United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Plaintiff, <br><br> v. <br><br> Circuitronix, LLC, Defendant. | ) ) ) ) ) ) ) ) )   Civil Action No. 21-60125-Civ-Scola |

### Order Requiring *Second* Amended Complaint

    Previously, the Court ordered Plaintiff Jiangmen Benlida Printed Circuit Co. to amend its complaint because its allegations of diversity jurisdiction were lacking. (Ct.'s Order, ECF No. 4.) Among the many deficiencies the Court noted was that Benlida's allegations are presented only "upon information and belief." (*Id.* at 2–3.) As the Court specifically pointed out, "Benlida's *beliefs* as to the membership of the parties and their respective citizenships do not qualify as 'facts' establishing jurisdiction." (*Id.* at 2.) Perplexingly, Benlida's amended complaint once again lodges the entirety of Benlida's allegations "upon information and belief." (Am. Compl., ECF No. 6, 1.)

    Accordingly, the Court, once again, is unable to ascertain whether complete diversity truly exists. The Court therefore orders Benlida to file a second amended complaint by **February 3, 2021**. This is Benlida's final opportunity to properly allege the Court's subject-matter jurisdiction. If Benlida fails to file a second amended complaint by that date or that complaint in any way fails to provide the facts necessary to establish jurisdiction, this Court *will* dismiss this case without prejudice.

    **Done and ordered** in Miami, Florida, on January 29, 2021.

                                                           _____
                                                           Robert N. Scola, Jr.
                                                           United States District Judge