**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant.
_____/

**DECLARATION OF CHAUNCEY D. COLE IV IN SUPPORT OF**
**DEFENDANT CIRCUITRONIX, LLC'S MOTION TO DISMISS**

1. I am a member of the Bar of the State of Florida and New York and I am the owner and managing partner of the law firm Chauncey Cole, PA. I have been a member of the Florida Bar since 2013 and a member of the New York Bar since 2007. In addition, I am admitted to practice law in the United States District Court, Southern District of Florida, and the United States District Court, Southern District of New York. I make the following declaration based upon my personal knowledge.

2. A true and correct copy of the executed Standard Manufacturing And Representation Agreement, dated March 1, 2012 ("Manufacturing Agreement") is attached hereto as **Exhibit 1**.

3. A true and correct copy of the executed Letter Agreement regarding Manufacturing Agreement, dated July 21, 2016 ("Letter Agreement") is attached hereto as **Exhibit 2**.

4. A true and correct copy of email correspondence from opposing counsel, dated October 21, 2020, attaching a draft complaint is attached hereto as **Exhibit 3**.

5. A true and correct copy of email correspondence from Melonnie Rhoden, dated August 1, 2019, attaching a monthly reconciliation statement and wire confirmation slips, showing payment of $1.2 million against invoices totaling $840,661.50, is attached hereto as **Exhibit 4**.

6. A true and correct copy of email correspondence from opposing counsel, dated January 8, 2021, attaching a draft complaint is attached hereto as **Exhibit 5**.

7. A true and correct copy of email correspondence from undersigned counsel, dated January 20, 2021, is attached hereto as **Exhibit 6**.

8. A true and correct copy of email correspondence from undersigned counsel and opposing counsel, dated March 5, 2021, is attached hereto as **Exhibit 7**.

9. A true and correct copy of commercial invoice number BLDCCT-HK19091001, from Jiangmen Benlida Printed Circuit Co., Ltd., to Circuitronix (Hong Kong) Limited, dated September 10, 2019, is attached hereto as **Exhibit 8**.

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Chauncey D. Cole IV
Executed on April 12, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on April 12, 2021 as filed with the Clerk of the Court using CM/ECF.   By: /s/ *Chauncey D. Cole IV*
Chauncey D. Cole IV