circuitronix

July 21st 2016

**Jiangmen Benlida Printed Circuit Co., Ltd.**
76, Longxi Road, High-tech Industrial Park
Jiangmen, Guangdong, China
Attn: Mr. Hanchao (Douglas) Huang

**ROK Printed Circuit Co., Ltd.**
21 Workshop, 8, High-tech Industrial Park
Dongnan Industrial Park, Jianghai District
Jiangmen, Guangdong, China
Attn: Mr. Hanchao (Douglas) Huang

Re: **Letter Agreement ("Agreement") regarding Manufacturing Agreement**

Dear Mr. Huang:

Reference is hereby made to that certain Standard Manufacturing and Representation Agreement (the "**Existing Agreement**") entered into by and between: (i) Circuitronix, LLC, a limited liability company organized and existing under the laws of the State of Florida, whose principal place of business is located at 3131 SW 42nd Street, Fort Lauderdale, Florida 33312 ("**CTX USA**"); (ii) Circuitronix (Hong Kong), Limited, a limited company organized and existing under the laws of Hong Kong, whose principal place of business is located at Unit 16 7/F Block A, Po Lung Centre, 11 Wang Chiu Road, Kowloon ("**CTX HK**") and that will join in this Agreement and in the Secondary Manufacturing Agreement (as defined below); (iii) Jiangmen Benlida Printed Circuit Co., Ltd., a People's Republic of China company (incorrectly referred to as a Hong Kong company in the Existing Agreement) whose principal place of business is located at 76, Longxi Road, High-tech Industrial Park, Jiangmen, Guangdong, China ("**Benlida**"); and (iv) ROK Printed Circuit Co., Ltd., a Hong Kong company whose principal place of business is located at 21 Workshop, 8, High-tech Industrial Park, Dongnan Industrial Park, Jianghai District, Jiangmen, Guangdong, China ("**ROK**" and together with Benlida, the "**Manufacturer**").

Due to discrepancies between CTX USA and Manufacturer with respect to the balances of certain accounts under the Existing Agreement (the "**Discrepancy**"), CTX USA, CTX HK, and Manufacturer have agreed to negotiate in good faith a new manufacturing and representation agreement (the "**Secondary Manufacturing Agreement**"). However, until such time as CTX USA, CTX HK and Manufacturer enter into the Secondary Manufacturing Agreement or this Agreement otherwise terminates pursuant to Section 7 hereof, CTX USA has agreed to continue to make payments to Manufacturer, irrespective of the Discrepancy, in accordance with the payment schedule set forth in the Existing Agreement (even if such payments would result in CTX USA having overpaid under the Existing Agreement) ("**Regularly Scheduled Payments**").

circuitronix

In light of the foregoing and in consideration of CTX USA's agreement to continue to make the Regularly Scheduled Payments irrespective of the Discrepancy, Manufacturer and CTX USA hereby agree as follows:

1. Except as expressly modified hereby, the Existing Agreement shall remain in full force and effect.

2. Notwithstanding anything to the contrary contained in this Agreement or the Existing Agreement, Manufacturer shall not, and shall cause its officers, directors and/or employees to not, for a period of two (2) years after the termination of the Existing Agreement, whether individually or as an officer, director, partner, joint venture, shareholder, agent, or independent contractor, solicit, recruit, hire, or attempt to solicit, recruit or hire, directly or by assisting another to do so, a shareholder, officer, employee or agent of: (a) CTX USA, (b) CTX USA's affiliates, or (c) CTX USA or its affiliates' employees, vendors or customers. Manufacturer hereby acknowledges that the restrictions contained in this Section 2 are reasonably necessary to further CTX USA's legitimate business interests, including protecting CTX USA's: (i) trade secrets; (ii) valuable confidential business information or professional information; (iii) substantial relationships with specific, prospective or existing customers; and (iv) customer goodwill associated with CTX USA's trademarks and service marks. In addition, the unauthorized disclosure of the existence and the very nature of the relationship between the Manufacturer and Circuitronix shall be deemed a breach of the confidentiality provision set forth in Section 8.1 of the Existing Agreement.

3. Manufacturer acknowledges that CTX USA is reposing a significant amount of trust in Manufacturer to act as CTX USA's agent vis-à-vis the companies listed on **Schedule A**, and that when Manufacturer has to perform an action for these companies, or when it is communicating directly with these companies, Manufacturer is in a superior position than CTX USA to affect CTX USA's relationship with these companies. Accordingly, Manufacturer hereby acknowledges that it owes CTX USA a contractual, common law and statutory duty of good faith, fair dealing, loyalty, and care and hereby represents and warrants that it will use its best efforts to promote and further CTX USA's business interests with respect to the companies listed on **Schedule A**. Consistent therewith, Manufacturer shall subordinate and refrain from acting upon any of its desires that may adversely affect CTX USA's interests with the companies on **Schedule A**. Without limiting the generality of the foregoing, it shall be deemed a material breach of this Agreement, a breach of the fiduciary duties that Manufacturer owes CTX USA, as well as a breach of its contractual obligation to act in good faith, if Manufacturer does not permit the companies listed on **Schedule A** to visit its factor(ies), or perform an audit, or if Manufacturer refuses to provide any other information or documentation about itself to the companies, all within a reasonable period of time, not to exceed one (1) week, upon receiving such a request.

4. Manufacturer shall not engage in or effect any change of Control without the prior written consent of CTX USA. For the purposes of this Agreement, "**Control**" shall mean, with respect to Manufacturer, the power to direct the management and policies of Manufacturer, directly or indirectly, whether through the ownership of voting securities or other beneficial interest, by contract or otherwise.



3131 SW 42nd Street, Fort Lauderdale, FL 33312  USA     786. 364.4458
1.305.377.9008             sales@circuitronix.com           http://www.circuitronix.com

circuitronix

5. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida or, at the option of CTX USA, the laws of any jurisdiction in which CTX USA commences any suit, action or proceedings relating to this Agreement ("**Proceedings**") (other than such jurisdiction's rules of conflicts of laws to the extent that the laws of another jurisdiction would be required thereby). With respect to any Proceedings, Manufacturer irrevocably: (a) submits to the nonexclusive jurisdiction of the courts of the State of Florida and the United States District Court located in Broward County, Florida; and (b) waives any objection which it may have at any time to the laying of venue of any Proceedings brought in any such court, waives any claim that such Proceedings have been brought in an inconvenient forum and further waives the right to object, with respect to such Proceedings, that such court does not have jurisdiction over Manufacturer. Nothing in this Agreement precludes CTX USA from bringing Proceedings in any other jurisdiction nor will the bringing of Proceedings in any one or more jurisdictions preclude the bringing of Proceedings in any other jurisdiction. Manufacturer agrees that service of process in any Proceeding may be made by overnight courier in the manner set forth in the Notice provision below and agrees not to object to such service of process on the grounds that it was served upon Manufacturer by such method.

6. This Agreement and the Existing Agreement represent the parties' full and complete understanding regarding the subject matter hereof. All other prior agreements, covenants, representations or warranties, express or implied, oral or written, that refer or relate to the employment relationship have either been merged into this Agreement and/or the Existing Agreement or have been intentionally omitted therefrom. This Agreement and the Existing Agreement supersede any and all prior agreements or understandings between CTX USA and Manufacturer.

7. Notwithstanding anything to the contrary contained in this Agreement or the Existing Agreement, this Agreement shall remain in full force and effect and may not be terminated by Manufacturer until the earlier to occur of: (i) CTX USA and Manufacturer having entered into the Secondary Manufacturing Agreement; (ii) the Discrepancy having been resolved; or (iii) such other time as CTX USA shall determine in its sole and absolute discretion.

8. Any modification to this Agreement shall only bind the parties if it is in writing and signed by the parties.

9. In the event that any of the terms, conditions or covenants of this Agreement are held to be unenforceable or invalid the validity and enforceability of the remaining provisions, or portions thereof, shall not be affected thereby and effect shall be given to the remaining provisions.

10. Each party agrees to take all such other and further actions as may be necessary to carry out the intents and purposes of this Agreement.

11. All notices, demands, consents, approvals, requests or other communications which any of the parties to this Agreement may desire or be required to give hereunder (collectively, "**Notices**") shall be in writing and shall be given by personal delivery, or facsimile or reputable overnight courier service (charges prepaid) or United States registered or certified mail (postage prepaid, return receipt requested) addressed as hereinafter provided, provided, however, that any Notice given by facsimile shall also be given by personal delivery or United States registered or certified mail. Notice shall be

3131 SW 42nd Street, Fort Lauderdale, FL 33312 USA    786.364.4458
 1.305.377.9008    sales@circuitronix.com     http://www.circuitronix.com

circuitronix

deemed delivered on: (a) if by overnight express delivery or personal delivery, the date of receipt, or attempted delivery, if such communication is refused; (b) if sent by overnight courier service, one (1) business day after having been deposited for next day overnight delivery with any reputable overnight courier service; and (c) if sent by mail (as aforesaid), the date of receipt or attempted delivery, if such mailing is refused. Until further notice, notices and other communications under this Agreement shall be addressed to the parties listed below as follows:

If to Benlida:  Jiangmen Benlida Printed Circuit Co., LTD.
               76, Longxi Road, High-tech Industrial Park
               Jiangmen, Guangdong, China
               Attn: Mr. Hanchao Huang

If to ROK:     ROK Printed Circuit Co., LTD.
               21 Workshop, 8, High-tech Industrial Park
               Dongnan Industrial Park, Jianghai District
               Jiangmen, Guangdong, China
               Attn: Mr. Hanchao Huang

If to CTX USA: Circuitronix, LLC
               3131 SW 42nd Street
               Fort Lauderdale, Florida 33312
               Attn: Mr. Rishi Kukreja

If to CTX HK:  Circuitronix (Hong Kong), Limited
               Unit 16 7/F Block A,
               Po Lung Centre
               11 Wang Chiu Road, Kowloon
               Attn: Mr. Rishi Kukreja

Either party may designate another addressee (and/or change its address) for Notices hereunder by a Notice given pursuant to this Section. To the extent that Manufacturer changes its address at any time during the term of this Agreement or during any period in which Manufacturer is bound by the restrictive covenants contained herein or the Existing Agreement, Manufacturer shall provide Notice of a change in Manufacturer's mailing address within 10 days of a change thereof. Should Manufacturer's address change and Manufacturer has failed to give CTX USA Notice of such change, CTX USA and CTX HK shall be justified in relying upon the Manufacturer's address on file for purposes of the giving of any Notice hereunder.

3131 SW 42nd Street, Fort Lauderdale, FL 33312 USA    786.364.4458
1.305.377.9008           sales@circuitronix.com      http://www.circuitronix.com

circuitronix

Please indicate your agreement with the foregoing by signing where indicated below and by returning the originally signed counterpart hereof to the undersigned.

Sincerely,

Rishi Kukreja
FOR CTX USA AND CTX HK

**AGREED TO AND ACCEPTED:**

JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.

By: _____
Name: _____
Title: _Huang Hanchao_

ROK PRINTED CIRCUIT CO., LTD.

By: _____
Name: _____
Title: _Huang Hanchao_

3131 SW 42nd Street, Fort Lauderdale, FL 33312  USA   786.364.4458
1.305.377.9008   sales@circuitronix.com   http://www.circuitronix.com