**Subject:** Benlida v. Circuitronix; DRAFT complaint
**Date:** Wednesday, October 21, 2020 at 2:45:49 PM Eastern Daylight Time
**From:** Richard Lerner
**To:** Chauncey Cole
**CC:** Jean-Claude Mazzola, Richard Lerner
**Attachments:** image001.jpg, Circuitronix DRAFT complaint.pdf

Dear Chauncey –

As discussed yesterday, here's a draft complaint -- pretty straightforward, albeit lengthy, because there are an awful lot of unpaid invoices.

Rich



# Richard E. Lerner

Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
D: 646.813.4345 | M: 917.584.4864 | richard@mazzolalindstrom.com
www.mazzolalindstrom.com

MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(c) 646.250.6666
jean-claude@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x

JIANGMEN BENLIDA PRINTED                          CM/ECF
CIRCUIT CO., LTD.,
                              Plaintiffs,          Civil Action No.:

        -against-

                                                   **Complaint**
CIRCUITRONIX LLC,
                              Defendant.            Jury Trial Demanded
-----------------------------------------------------------------x

To:   Circuitronix LLC
      3131 SW 42nd Street, Fort Lauderdale, Florida 33312

      Agent for Service of Process: Torres Law, P.A., 888 Southeast 3rd Ave, Fort Lauderdale,
      Florida 33316, Attn: OsvaldoTorres

        Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida"), through its undersigned

attorneys, alleges as follows for its complaint against defendant Circuitronix LLC upon

information and belief:

                                        **Parties**

        1.      At all material times, plaintiff Benlida was and is a citizen of the People's

Republic of China, where it was formed as a limited liability company, and maintains its

principal place of business at No. 76 Long, High-Tech Industrial Park, Jiangmen, Guangdong,

People's Republic of China, and is engaged in the manufacture and sale of computer circuit

boards. It maintains no office in the State of Florida.

        2.      As of the date of the filing of the complaint herein, plaintiff Benlida's owners are

Huang Xiangjiang, Huang Hanchao, and Zhang Qing, who collectively own 100% of Benlida.

1

a.   Huang Xiangjiang is a citizen and resident of the People's Republic of China, and conducts business at No. 76 Long, High-Tech Industrial Park, Jiangmen, Guangdong, People's Republic of China. He maintains no residence or office in the State of Florida.

b.   Huang Hanchao is a citizen and resident of the People's Republic of China, and conducts business at No. 76 Long, High-Tech Industrial Park, Jiangmen, Guangdong, People's Republic of China. He maintains no residence or office in the State of Florida.

c.   Huang Hanchao is a citizen and resident of the People's Republic of China, and conducts business at No. 76 Long, High-Tech Industrial Park, Jiangmen, Guangdong, People's Republic of China. He maintains no residence or office in the State of Florida.

3.     At all material times, defendant Circuitronix was and is a citizen of the State of Florida, having been formed in Florida, having its principal office located at 3131 SW 42nd Street, Fort Lauderdale, Florida 33312, and having no members that are citizens, residents or domiciliaries of the People's Republic of China.

4.     Upon information and belief, as of the date of the filing of the complaint herein defendant Circuitronix was and is owned by Rishi Kukreja, a domiciliary of the State of Florida, with neither citizenship nor residency in the People's Republic of China.

5.     At the material times alleged herein, defendant Circuitronix ordered circuit boards from plaintiff Benlida.

6.      At the material times alleged herein, the goods ordered by defendant Circuitronix were delivered to defendant, and accepted without complaint as to the quality of the goods, but defendant has failed to pay for such goods, thus owing plaintiff at the time of the filing of this complaint $5,303,213.21.

## Jurisdiction and Venue

7.      This court possesses jurisdiction over this case pursuant to 28 U.S.C. § 1332(a), as there is diversity between a citizen of a foreign state (plaintiff Benlida, which was formed in the People's Republic of China, where it maintains its principal place of business, and where all of its owners are domiciled) and a citizen of the State of Florida (Circuitronix, which was formed in the State of Florida, where it maintains its principal place of business, and has no members who are citizens, residents or domiciliaries of the People's Republic of China), and the amount in controversy exceeds $75,000.00.

8.      Venue is proper in this case pursuant to 28 U.S.C. §1391(b), as Circuitronix's principal place of business – according to the website of the Division of Corporations of the State of Florida, as of the date of the filing of this complaint – is 3131 SW 42nd Street, Fort Lauderdale, Florida 33312, thus within Broward County and within the United States District for the Southern District of Florida.

## Background

9.      This is an action to recover moneys due for the goods sold by Benlida to Circuitronix.

10.      Benlida and Circuitronix entered into a contract with an effective date of March 1, 2012 for the purchase of "bare printed circuit boards." The contract provides that it is governed

3

by the law of Florida, and that the parties consent to the jurisdiction and venue of the federal and state courts sitting in Miami-Dade County, Florida.

11.     A supplemental letter agreement, modifying the 2012 contract, was entered into on July 21, 2016, due to discrepancies between the parties' accountings. The 2016 letter agreement provides that venue of any dispute must be laid in the state or federal courts sitting in Broward County, Florida, rather than Miami-Dade, as was stated in the original contract.

12.     Pursuant to the 2012 contract, separate invoices were issued for each tranche of circuit boards purchased by Circuitronix.

13.     This lawsuit arises out of Circuitronix's failure to pay for circuit boards that were purchased, but not paid for, in 2019 and 2020, and thus there is no statute of limitations that bars any portion of the claims made herein.

14.      From June 2019 through January 2020, Benlida issued the following invoices, and caused the circuit boards that were ordered by Circuitronix to be delivered in accordance with the terms of the invoices, but the invoices have not been paid, save for the first, which was paid in part:

15.     Invoice number CCT-BLD-190301001, with a due date of June 29, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $81,536.36. To date, Circuitronix has only paid only $37,416.86 of this invoice, leaving a balance due of $44,119.50.

16.     Invoice number CCT-BLD-19030100, with a due date of June 29, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $54,353.60. To date, Circuitronix has paid no portion of the amount owed.

17.     Invoice number CCT-BLD-190301003, with a due date of   June 29, 2019 , was issued by Benlida to Circuitronix, with an invoiced amount of $43,756.95. To date, Circuitronix has paid no portion of the amount owed.

18.     Invoice number CCT-BLD-19030101, with a due date of  June 29, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $369.32. To date, Circuitronix has paid no portion of the amount owed.

19.     Invoice number CCT-BLD-190305001, with a due date of July 3, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $39,243.19. To date, Circuitronix has paid no portion of the amount owed.

20.     Invoice number CCT-BLD-190305002, with a due date of July 3, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $69,327.28. To date, Circuitronix has paid no portion of the amount owed.

21.     Invoice number CCT-BLD-190308001, with a due date of July 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $29,091.11. To date, Circuitronix has paid no portion of the amount owed.

22.     Invoice number CCT-BLD-190308002, with a due date of July 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $76,939.36. To date, Circuitronix has paid no portion of the amount owed.

23.     Invoice number CCT-BLD-190308003, with a due date of July 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $20,735.88. To date, Circuitronix has paid no portion of the amount owed.

24.     Invoice number CCT-BLD-190308004, with a due date of July 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $14,624.52. To date, Circuitronix has paid no portion of the amount owed.

25.     Invoice number CCT-BLD-19030801, with a due date of July 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $470.95. To date, Circuitronix has paid no portion of the amount owed.

26.     Invoice number CCT-BLD-190312001, with a due date of July 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $31,622.86. To date, Circuitronix has paid no portion of the amount owed.

27.     Invoice number CCT-BLD-190312002, with a due date of July 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $58,677.88. To date, Circuitronix has paid no portion of the amount owed.

28.     Invoice number CCT-BLD-19031201, with a due date of July 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $2,504.51. To date, Circuitronix has paid no portion of the amount owed.

29.     Invoice number CCT-BLD-190315001, with a due date of July 13, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $78,512.15. To date, Circuitronix has paid no portion of the amount owed.

30.     Invoice number CCT-BLD-190315002, with a due date of July 13, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $30,374.72. To date, Circuitronix has paid no portion of the amount owed.

31. Invoice number CCT-BLD-190315003, with a due date of July 13, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $5,002.56. To date, Circuitronix has paid no portion of the amount owed.

32. Invoice number CCT-BLD-19031901, with a due date of July 17, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $1,741.16. To date, Circuitronix has paid no portion of the amount owed.

33. Invoice number CCT-BLD-190319001, with a due date of July 18, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $75,164.62. To date, Circuitronix has paid no portion of the amount owed.

34. Invoice number CCT-BLD-190319002, with a due date of July 18, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $34,164.58. To date, Circuitronix has paid no portion of the amount owed.

35. Invoice number CCT-BLD-190322001, with a due date of July 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $54,623.98. To date, Circuitronix has paid no portion of the amount owed.

36. Invoice number CCT-BLD-190322002, with a due date of July 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $19,770.08. To date, Circuitronix has paid no portion of the amount owed.

37. Invoice number CCT-BLD-190322003, with a due date of July 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $27,408.56. To date, Circuitronix has paid no portion of the amount owed.

38.     Invoice number CCT-BLD-19032501, with a due date of July 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $535.68. To date, Circuitronix has paid no portion of the amount owed.

39.     Invoice number CCT-BLD-190326001, with a due date of July 24, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $57,693.67. To date, Circuitronix has paid no portion of the amount owed.

40.     Invoice number CCT-BLD-190326002, with a due date of July 24, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $77,418.73. To date, Circuitronix has paid no portion of the amount owed.

41.     Invoice number CCT-BLD-190326003, with a due date of July 24, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $5,371.68. To date, Circuitronix has paid no portion of the amount owed.

42.     Invoice number CCT-BLD-190329001, with a due date of July 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $47,920.26. To date, Circuitronix has paid no portion of the amount owed.

43.     Invoice number CCT-BLD-190329002, with a due date of July 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $7,783.20. To date, Circuitronix has paid no portion of the amount owed.

44.     Invoice number CCT-BLD-19040201, with a due date of July 31, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $61.00. To date, Circuitronix has paid no portion of the amount owed.

45.     Invoice number CCT-BLD-190403001, with a due date of August 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $78,471.53. To date, Circuitronix has paid no portion of the amount owed.

46.     Invoice number CCT-BLD-190403002, with a due date of August 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $76,658.88. To date, Circuitronix has paid no portion of the amount owed.

47.     Invoice number CCT-BLD-190403003, with a due date of August 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $5,943.06. To date, Circuitronix has paid no portion of the amount owed.

48.     Invoice number CCT-BLD-190403004, with a due date of August 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $4,851.84. To date, Circuitronix has paid no portion of the amount owed.

49.     Invoice number CCT-BLD-19040801, with a due date of August 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $3,715.60. To date, Circuitronix has paid no portion of the amount owed.

50.     Invoice number CCT-BLD-190409001, with a due date of August 8, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $47,832.24. To date, Circuitronix has paid no portion of the amount owed.

51.     Invoice number CCT-BLD-190409002, with a due date of August 8, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $75,046.24. To date, Circuitronix has paid no portion of the amount owed.

52.     Invoice number CCT-BLD-190412001, with a due date of August 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $44,246.73. To date, Circuitronix has paid no portion of the amount owed.

53.     Invoice number CCT-BLD-190412002, with a due date of August 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $8,535.24. To date, Circuitronix has paid no portion of the amount owed.

54.     Invoice number CCT-BLD-190416001, with a due date of August 14, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $41,775.56. To date, Circuitronix has paid no portion of the amount owed.

55.     Invoice number CCT-BLD-19041701, with a due date of August 15, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $134.73. To date, Circuitronix has paid no portion of the amount owed.

56.     Invoice number CCT-BLD-190419001, with a due date of August 17, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $27,185.91. To date, Circuitronix has paid no portion of the amount owed.

57.     Invoice number CCT-BLD-190419002, with a due date of August 17, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $65,979.98. To date, Circuitronix has paid no portion of the amount owed.

58.     Invoice number CCT-BLD-190419003, with a due date of August 17, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $30,243.60. To date, Circuitronix has paid no portion of the amount owed.

59.     Invoice number CCT-BLD-190419004, with a due date of August 17, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $29,942.65. To date, Circuitronix has paid no portion of the amount owed.

60.     Invoice number CCT-BLD-19042201, with a due date of August 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $6,809.20. To date, Circuitronix has paid no portion of the amount owed.

61.     Invoice number CCT-BLD-190423001, with a due date of August 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $57,714.54. To date, Circuitronix has paid no portion of the amount owed.

62.     Invoice number CCT-BLD-190423002, with a due date of August 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $73,766.89. To date, Circuitronix has paid no portion of the amount owed.

63.     Invoice number CCT-BLD-190423003, with a due date of August 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $64,098.14. To date, Circuitronix has paid no portion of the amount owed.

64.     Invoice number CCT-BLD-190426001, with a due date of August 24, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $72,967.29. To date, Circuitronix has paid no portion of the amount owed.

65.     Invoice number CCT-BLD-190426002, with a due date of August 24, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $27,774.20. To date, Circuitronix has paid no portion of the amount owed.

66.     Invoice number CCT-BLD-190426003, with a due date of August 24, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $22,242.16. To date, Circuitronix has paid no portion of the amount owed.

67.     Invoice number CCT-BLD-19042901, with a due date of August 27, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $22,333.20. To date, Circuitronix has paid no portion of the amount owed.

68.     Invoice number CCT-BLD-190429001, with a due date of August 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $80,477.13. To date, Circuitronix has paid no portion of the amount owed.

69.     Invoice number CCT-BLD-190429002, with a due date of August 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $6,905.20. To date, Circuitronix has paid no portion of the amount owed.

70.     Invoice number CCT-BLD-19050601, with a due date of September 3, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $3,162.79. To date, Circuitronix has paid no portion of the amount owed.

71.     Invoice number CCT-BLD-190507001, with a due date of September 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $32,339.27. To date, Circuitronix has paid no portion of the amount owed.

72.     Invoice number CCT-BLD-190507002, with a due date of September 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $6,931.20. To date, Circuitronix has paid no portion of the amount owed.

12

73.     Invoice number CCT-BLD-190510001, with a due date of September 7, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $36,559.03. To date, Circuitronix has paid no portion of the amount owed.

74.     Invoice number CCT-BLD-190510003, with a due date of September 7, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $16,084.64. To date, Circuitronix has paid no portion of the amount owed.

75.     Invoice number CCT-BLD-19051002, with a due date of September 7, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $50,015.61. To date, Circuitronix has paid no portion of the amount owed.

76.     Invoice number CCT-BLD-19051301, with a due date of September 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $2,561.48. To date, Circuitronix has paid no portion of the amount owed.

77.     Invoice number CCT-BLD-190514001, with a due date of September 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $57,133.31. To date, Circuitronix has paid no portion of the amount owed.

78.     Invoice number CCT-BLD-190514002, with a due date of September 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $54,743.50. To date, Circuitronix has paid no portion of the amount owed.

79.     Invoice number CCT-BLD-190514003, with a due date of September 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $52,232.43. To date, Circuitronix has paid no portion of the amount owed.

80.     Invoice number CCT-BLD-190517001, with a due date of September 14, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $28,836.49. To date, Circuitronix has paid no portion of the amount owed.

81.     Invoice number CCT-BLD-190517002, with a due date of September 14, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $5,693.92. To date, Circuitronix has paid no portion of the amount owed.

82.     Invoice number CCT-BLD-190517003, with a due date of September 14, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $11,725.43. To date, Circuitronix has paid no portion of the amount owed.

83.     Invoice number CCT-BLD-190521001, with a due date of September 18, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $44,392.38. To date, Circuitronix has paid no portion of the amount owed.

84.     Invoice number CCT-BLD-190521002, with a due date of September 18, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $9,934.76. To date, Circuitronix has paid no portion of the amount owed.

85.     Invoice number CCT-BLD-19052101, with a due date of September 18, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $26,473.65. To date, Circuitronix has paid no portion of the amount owed.

86.     Invoice number CCT-BLD-190524001, with a due date of September 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $62,248.83. To date, Circuitronix has paid no portion of the amount owed.

87.     Invoice number CCT-BLD-190524002, with a due date of September 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $27,808.00. To date, Circuitronix has paid no portion of the amount owed.

88.     Invoice number CCT-BLD-190524003, with a due date of September 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $27,204.88. To date, Circuitronix has paid no portion of the amount owed.

89.     Invoice number CCT-BLD-190524004, with a due date of September 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $74,114.54. To date, Circuitronix has paid no portion of the amount owed.

90.     Invoice number CCT-BLD-190528001, with a due date of September 25, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $63,547.11. To date, Circuitronix has paid no portion of the amount owed.

91.     Invoice number CCT-BLD-19052801, with a due date of September 25, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $21,060.02. To date, Circuitronix has paid no portion of the amount owed.

92.     Invoice number CCT-BLD-19052802, with a due date of September 25, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $1,120.00. To date, Circuitronix has paid no portion of the amount owed.

93.     Invoice number CCT-BLD-190531001, with a due date of September 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $36,294.86. To date, Circuitronix has paid no portion of the amount owed.

94.     Invoice number CCT-BLD-190531002, with a due date of September 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $35,780.80. To date, Circuitronix has paid no portion of the amount owed.

95.     Invoice number CCT-BLD-190531003, with a due date of September 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $52,662.34. To date, Circuitronix has paid no portion of the amount owed.

96.     Invoice number CCT-BLD-190604001, with a due date of October 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $31,693.18. To date, Circuitronix has paid no portion of the amount owed.

97.     Invoice number CCT-BLD-19060501, with a due date of October 3, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $21,854.08. To date, Circuitronix has paid no portion of the amount owed.

98.     Invoice number CCT-BLD-190606001, with a due date of October 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $21,482.70. To date, Circuitronix has paid no portion of the amount owed.

99.     Invoice number CCT-BLD-190606002, with a due date of October 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $8,914.20. To date, Circuitronix has paid no portion of the amount owed.

100.    Invoice number CCT-BLD-190611001, with a due date of October 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $54,795.59. To date, Circuitronix has paid no portion of the amount owed.

101.     Invoice number CCT-BLD-19061201, with a due date of October 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $15,300.82. To date, Circuitronix has paid no portion of the amount owed.

102.     Invoice number CCT-BLD-19061202, with a due date of October 10, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $1,262.46. To date, Circuitronix has paid no portion of the amount owed.

103.     Invoice number CCT-BLD-190614001, with a due date of October 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $73,181.85. To date, Circuitronix has paid no portion of the amount owed.

104.     Invoice number CCT-BLD-190614002, with a due date of October 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $17,608.00. To date, Circuitronix has paid no portion of the amount owed.

105.     Invoice number CCT-BLD-190614003, with a due date of October 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $46,367.86. To date, Circuitronix has paid no portion of the amount owed.

106.     Invoice number CCT-BLD-190614004, with a due date of October 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $6,484.27. To date, Circuitronix has paid no portion of the amount owed.

107.     Invoice number CCT-BLD-190618001, with a due date of October 16, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $23,488.36. To date, Circuitronix has paid no portion of the amount owed.

108.    Invoice number CCT-BLD-190618002, with a due date of October 16, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $69,665.35. To date, Circuitronix has paid no portion of the amount owed.

109.    Invoice number CCT-BLD-190621001, with a due date of October 19, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $48,715.36. To date, Circuitronix has paid no portion of the amount owed.

110.    Invoice number CCT-BLD-190621002, with a due date of October 19, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $23,842.95. To date, Circuitronix has paid no portion of the amount owed.

111.    Invoice number CCT-BLD-19062101, with a due date of October 19, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $29,292.75. To date, Circuitronix has paid no portion of the amount owed.

112.    Invoice number CCT-BLD-19062102, with a due date of October 19, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $10,929.78. To date, Circuitronix has paid no portion of the amount owed.

113.    Invoice number CCT-BLD-190625001, with a due date of October 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $66,198.53. To date, Circuitronix has paid no portion of the amount owed.

114.    Invoice number CCT-BLD-190625002, with a due date of October 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $17,608.00. To date, Circuitronix has paid no portion of the amount owed.

115.    Invoice number CCT-BLD-19062501, with a due date of October 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $46,612.89. To date, Circuitronix has paid no portion of the amount owed.

116.    Invoice number CCT-BLD-19062502, with a due date of October 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $20,856.76. To date, Circuitronix has paid no portion of the amount owed.

117.    Invoice number CCT-BLD-190628001, with a due date of October 26, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $54,193.31. To date, Circuitronix has paid no portion of the amount owed.

118.    Invoice number CCT-BLD-190628002, with a due date of October 26, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $46,903.32. To date, Circuitronix has paid no portion of the amount owed.

119.    Invoice number CCT-BLD-190628003, with a due date of October 26, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $35,825.04. To date, Circuitronix has paid no portion of the amount owed.

120.    Invoice number CCT-BLD-190628004, with a due date of October 26, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $538.20. To date, Circuitronix has paid no portion of the amount owed.

121.    Invoice number CCT-BLD-190628005, with a due date of October 26, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $29,806.83. To date, Circuitronix has paid no portion of the amount owed.

122.    Invoice number CCT-BLD-190702002, with a due date of October 31, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $64,657.60. To date, Circuitronix has paid no portion of the amount owed.

123.    Invoice number CCT-BLD-190702001, with a due date of October 31, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $32,885.33. To date, Circuitronix has paid no portion of the amount owed.

124.    Invoice number CCT-BLD-19070502, with a due date of November 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $1,088.18. To date, Circuitronix has paid no portion of the amount owed.

125.    Invoice number CCT-BLD-19070501, with a due date of November 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $7,478.58. To date, Circuitronix has paid no portion of the amount owed.

126.    Invoice number CCT-BLD-190705003, with a due date of November 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $39,175.23. To date, Circuitronix has paid no portion of the amount owed.

127.    Invoice number CCT-BLD-190705002, with a due date of November 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $32,813.86. To date, Circuitronix has paid no portion of the amount owed.

128.    Invoice number CCT-BLD-190705001, with a due date of November 2, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $26,793.00. To date, Circuitronix has paid no portion of the amount owed.

20

129.    Invoice number CCT-BLD-190709002, with a due date of November 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $33,597.98. To date, Circuitronix has paid no portion of the amount owed.

130.    Invoice number CCT-BLD-190709001, with a due date of November 6, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $11,973.12. To date, Circuitronix has paid no portion of the amount owed.

131.    Invoice number CCT-BLD-19071202, with a due date of November 9, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $13,657.05. To date, Circuitronix has paid no portion of the amount owed.

132.    Invoice number CCT-BLD-19071201, with a due date of November 9, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $6,942.66. To date, Circuitronix has paid no portion of the amount owed.

133.    Invoice number CCT-BLD-190712003, with a due date of November 9, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $22,877.48. To date, Circuitronix has paid no portion of the amount owed.

134.    Invoice number CCT-BLD-190712002, with a due date of November 9, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $12,291.12. To date, Circuitronix has paid no portion of the amount owed.

135.    Invoice number CCT-BLD-190712001, with a due date of November 9, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $42,998.08. To date, Circuitronix has paid no portion of the amount owed.

136.    Invoice number CCT-BLD-19071801, with a due date of November 15, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $5,659.18. To date, Circuitronix has paid no portion of the amount owed.

137.    Invoice number CCT-BLD-190719004, with a due date of November 16, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $60,813.48. To date, Circuitronix has paid no portion of the amount owed.

138.    Invoice number CCT-BLD-190719003, with a due date of November 16, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $66,841.83. To date, Circuitronix has paid no portion of the amount owed.

139.    Invoice number CCT-BLD-190719002, with a due date of November 16, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $41,060.49. To date, Circuitronix has paid no portion of the amount owed.

140.    Invoice number CCT-BLD-190719001, with a due date of November 16, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $43,450.48. To date, Circuitronix has paid no portion of the amount owed.

141.    Invoice number CCT-BLD-19072302, with a due date of November 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $1,651.22. To date, Circuitronix has paid no portion of the amount owed.

142.    Invoice number CCT-BLD-19072301, with a due date of November 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $58,612.31. To date, Circuitronix has paid no portion of the amount owed.

143.     Invoice number CCT-BLD-190723002, with a due date of November 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $25,522.00. To date, Circuitronix has paid no portion of the amount owed.

144.     Invoice number CCT-BLD-190723001, with a due date of November 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $34,325.03. To date, Circuitronix has paid no portion of the amount owed.

145.     Invoice number CCT-BLD-190726003, with a due date of November 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $25,937.08. To date, Circuitronix has paid no portion of the amount owed.

146.     Invoice number CCT-BLD-190726002, with a due date of November 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $67,953.78. To date, Circuitronix has paid no portion of the amount owed.

147.     Invoice number CCT-BLD-190726001, with a due date of November 23, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $19,050.61. To date, Circuitronix has paid no portion of the amount owed.

148.     Invoice number CCT-BLD-190730002, with a due date of November 27, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $67,206.09. To date, Circuitronix has paid no portion of the amount owed.

149.     Invoice number CCT-BLD-190730001, with a due date of November 27, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $33,429.50. To date, Circuitronix has paid no portion of the amount owed.

150.     Invoice number CCT-BLD-190802001, with a due date of November 30, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $20,014.47. To date, Circuitronix has paid no portion of the amount owed.

151.     Invoice number CCT-BLD-190802002, with a due date of November 30, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $9,291.95. To date, Circuitronix has paid no portion of the amount owed.

152.     Invoice number CCT-BLD-190802003, with a due date of November 30, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $8,761.20. To date, Circuitronix has paid no portion of the amount owed.

153.     Invoice number CCT-BLD-19080201, with a due date of November 30, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $2,124.26. To date, Circuitronix has paid no portion of the amount owed.

154.     Invoice number CCT-BLD-19080202, with a due date of November 30, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $690.25. To date, Circuitronix has paid no portion of the amount owed.

155.     Invoice number CCT-BLD-19080601, with a due date of December 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $7,971.63. To date, Circuitronix has paid no portion of the amount owed.

156.     Invoice number CCT-BLD-19080602, with a due date of December 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $8,827.64. To date, Circuitronix has paid no portion of the amount owed.

157.     Invoice number CCT-BLD-190806001, with a due date of December 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $17,074.40. To date, Circuitronix has paid no portion of the amount owed.

158.     Invoice number CCT-BLD-190806002, with a due date of December 4, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $17,225.33. To date, Circuitronix has paid no portion of the amount owed.

159.     Invoice number CCT-BLD-190809003, with a due date of December 7, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $7,540.86. To date, Circuitronix has paid no portion of the amount owed.

160.     Invoice number CCT-BLD-190809002, with a due date of December 7, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $14,071.26. To date, Circuitronix has paid no portion of the amount owed.

161.     Invoice number CCT BLD 190809001, with a due date of December 7, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $30,497.32

162.     Invoice number CCT-BLD-190814002, with a due date of December 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $26,894.96. To date, Circuitronix has paid no portion of the amount owed.

163.     Invoice number CCT-BLD-190814001, with a due date of December 12, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $15,163.33. To date, Circuitronix has paid no portion of the amount owed.

164.    Invoice number CCT-BLD-19081501, with a due date of December 13, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $4,776.00. To date, Circuitronix has paid no portion of the amount owed.

165.    Invoice number CCT-BLD-19081502, with a due date of December 13, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $344.24. To date, Circuitronix has paid no portion of the amount owed.

166.    Invoice number CCT-BLD-190816001, with a due date of December 15, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $9,033.54. To date, Circuitronix has paid no portion of the amount owed.

167.    Invoice number CCT-BLD-190816002, with a due date of December 15, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $30,015.40. To date, Circuitronix has paid no portion of the amount owed.

168.    Invoice number CCT-BLD-190816003, with a due date of December 15, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $5,127.75. To date, Circuitronix has paid no portion of the amount owed.

169.    Invoice number CCT-BLD-190820002, with a due date of December 18, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $44,325.19. To date, Circuitronix has paid no portion of the amount owed.

170.    Invoice number CCT-BLD-190820001, with a due date of December 18, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $9,922.37. To date, Circuitronix has paid no portion of the amount owed.

171.    Invoice number CCT-BLD-19082201, with a due date of December 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $17,595.28. To date, Circuitronix has paid no portion of the amount owed.

172.    Invoice number CCT-BLD-19082202, with a due date of December 20, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $345.60. To date, Circuitronix has paid no portion of the amount owed.

173.    Invoice number CCT-BLD-190823001, with a due date of December 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $6,906.20. To date, Circuitronix has paid no portion of the amount owed.

174.    Invoice number CCT-BLD-190823002, with a due date of December 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $14,948.12. To date, Circuitronix has paid no portion of the amount owed.

175.    Invoice number CCT-BLD-190823003, with a due date of December 21, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $5,461.62. To date, Circuitronix has paid no portion of the amount owed.

176.    Invoice number CCT-BLD-190827002, with a due date of December 25, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $33,390.66. To date, Circuitronix has paid no portion of the amount owed.

177.    Invoice number CCT-BLD-190827001, with a due date of December 25, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $50,170.39. To date, Circuitronix has paid no portion of the amount owed.

178.     Invoice number CCT-BLD-19083001, with a due date of December 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $22,686.30. To date, Circuitronix has paid no portion of the amount owed.

179.     Invoice number CCT-BLD-190830003, with a due date of December 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $8,526.00. To date, Circuitronix has paid no portion of the amount owed.

180.     Invoice number CCT-BLD-190830002, with a due date of December 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $42,785.96. To date, Circuitronix has paid no portion of the amount owed.

181.     Invoice number CCT-BLD-190830001, with a due date of December 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $14,631.12. To date, Circuitronix has paid no portion of the amount owed.

182.     Invoice number CCT-BLD-19083002, with a due date of December 28, 2019, was issued by Benlida to Circuitronix, with an invoiced amount of $1,202.58. To date, Circuitronix has paid no portion of the amount owed.

183.     Invoice number CCT-BLD-190903002, with a due date of January 1, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $28,390.95. To date, Circuitronix has paid no portion of the amount owed.

184.     Invoice number CCT-BLD-190903001, with a due date of January 1, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $41,424.89. To date, Circuitronix has paid no portion of the amount owed.

185.    Invoice number CCT-BLD-190906003, with a due date of January 4, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $22,360.32. To date, Circuitronix has paid no portion of the amount owed.

186.    Invoice number CCT-BLD-190906002, with a due date of January 4, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $40,052.74. To date, Circuitronix has paid no portion of the amount owed.

187.    Invoice number CCT-BLD-190906001, with a due date of January 4, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $8,608.75. To date, Circuitronix has paid no portion of the amount owed.

188.    Invoice number CCT-BLD-19090602, with a due date of January 4, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $4,960.68. To date, Circuitronix has paid no portion of the amount owed.

189.    Invoice number CCT-BLD-19090601, with a due date of January 4, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $7,960.00. To date, Circuitronix has paid no portion of the amount owed.

190.    Invoice number CCT-BLD-19091001, with a due date of January 8, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $49,895.25. To date, Circuitronix has paid no portion of the amount owed.

191.    Invoice number CCT-BLD-19091002, with a due date of January 8, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $2,150.80. To date, Circuitronix has paid no portion of the amount owed.

192.     Invoice number CCT-BLD-190910001, with a due date of January 8, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $21,782.91. To date, Circuitronix has paid no portion of the amount owed.

193.     Invoice number CCT-BLD-190910002, with a due date of January 8, 2020, was issued by Benlida to Circuitronix, with an invoiced amount of $17,421.40. To date, Circuitronix has paid no portion of the amount owed.

* * *

194.     As of the date of this complaint, defendant Circuitronix has failed to pay $5,303,213.21.

195.     A total balance of $5,303,213.21 plus interest at the statutory rate remains due.

**First Cause of Action: Breach of Contract**

196.     Plaintiff repeats and re-alleges the foregoing paragraphs as if set forth here at full length.

197.     In exchange for the circuit boards manufactured by plaintiff Benlida and sold to defendant Circuitronix, the latter agreed to pay the former therefor.

198.     Plaintiff Benlida performed its obligations under the contract by delivering such circuit boards to defendant Circuitronix at the latter's designated place of delivery.

199.     Defendant Circuitronix received the shipments and accepted delivery of the goods.

200.     Plaintiff Benlida properly and correctly invoiced defendant Circuitronix for such goods.

201.    Defendant Circuitronix failed to make full payment for such goods, notwithstanding plaintiff Benlida's timely demand for payment of the debt due.

202.    By reason of the aforesaid, plaintiff Benlida sustained damages in the amount of $5,303,213.21 plus interest at the statutory rate and costs.

**Second Cause of Action: Account Stated**

203.    Plaintiff repeats and re-alleges the foregoing paragraphs as if set forth here at full length.

204.    Defendant Circuitronix expressly agreed to purchase the aforesaid goods from plaintiff Benlida.

205.    Defendant Circuitronix expressly agreed to pay the amounts specified in the invoices.

206.    Plaintiff Benlida delivered the aforesaid goods as specified in the invoices.

207.    Plaintiff Benlida presented the accounts stated by sending the invoices to defendant Circuitronix, which constituted the bill for the goods delivered.

208.    Plaintiff Benlida's invoices are correct and accurate as they reflect the dollar amounts agreed to by Circuitronix for the purchase of the goods.

209.    Defendant Circuitronix accepted delivery of the goods.

210.    The goods were free of defects.

211.    The goods conformed to the contract specifications.

212.    Defendant Circuitronix received the invoices from plaintiff Benlida as a bill for the sale of the delivered goods without objection.

213.    Defendant Circuitronix retained the invoices without objection as to the stated amounts contained therein.

214.    Defendant Circuitronix has failed to remit payment of the debt although it has been in possession of the invoices beyond a reasonable amount of time.

215.    Although plaintiff Benlida made a written demand for payment of the amount due, defendant Circuitronix remains delinquent in providing payment.

216.    By reason of the aforesaid, plaintiff Benlida has sustained damages in the amount of $5,303,213.21, plus interest at the statutory rate and costs, and, based upon the cause of action in account stated, plaintiff Benlida is entitled to a judgment against defendant Circuitronix for having failed to pay the debt that was properly billed, pursuant to the invoices, which invoices were timely sent in due course for the purchase of the goods that plaintiff Benlida delivered.

**Claim for Attorneys' Fees**

217.    The March 1, 2012 contract between Benlida and Circuitronix provides that the prevailing party in any litigation is entitled to recover reasonable attorneys' fees.

218.    Plaintiff Benlida therefore reserves to such time as it has been determined to be the prevailing party the right to request its attorneys fees.

**Jury Demand**

219.    Plaintiff Benlida demands a trial by jury as to all issues so triable.

***

WHEREFORE, plaintiff Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. demands judgment against defendant Circutronix LLC (a) for $5,303,213.21; (b) for prejudgment interest at the statutory rate from the date of loss, plus costs; and (c) for reasonable attorneys' fees; and (d) for such other and further relief as this court deems proper and just.

Dated:  New York, New York
          October \_\_\_, 2020

MAZZOLA LINDSTROM LLP

_____
          Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
jeanclaude@mazzolalindstrom.com