| | |
|---|---|
| **Subject:** | Benlida Payment Detail and bank slip- May 2019 Invoices |
| **Date:** | Thursday, August 1, 2019 at 4:24:38 PM Eastern Daylight Time |
| **From:** | Melonnie Rhoden |
| **To:** | Tracy benlida, accounting@benlida.com, Benlida Sales01 |
| **CC:** | Marcia Delgado, Nicole Donaldson, Chu kwok Wai, Rishi Kukreja |
| **Attachments:** | image001.png, Benlida_300K_7.26.2019.pdf, Benlida_300K_7.19.2019.pdf, Benlida_600K_7.3.19.pdf, Benlida Payment Details August 1, 2019 (May 2019 Invoices).pdf |

Tracy,

Please see attached the Benlida payment detail and bank slips for May 2019 invoices.

*Regards,*

*Melonnie Rhoden*
*Accounts Payable Specialist*
**circuitronix**
*3131 SW 42nd Street*
*Fort Lauderdale, FL 33312*
*Office:  786-364-4430*

# circuitronix

**From Circuitronix, LLC.**
**To: Jiangmen Benlida**
**Payment Detail August 1, 2019**

| Bill Number | Bill Date | Invoice Total |
|---|---|---|
| CCT-BLD-19050601 | 5/7/2019 | $ 3,162.79 |
| CCT-BLD-190507001 | 5/9/2019 | $ 32,339.31 |
| CCT-BLD-190507002 | 5/9/2019 | $ 6,931.20 |
| CCT-BLD-190510001 | 5/14/2019 | $ 36,559.08 |
| CCT-BLD-190510002 | 5/14/2019 | $ 50,015.61 |
| CCT-BLD-190510003 | 5/14/2019 | $ 16,084.64 |
| CCT-BLD-19051301 | 5/14/2019 | $ 2,561.48 |
| CCT-BLD-190514001 | 5/16/2019 | $ 57,133.36 |
| CCT-BLD-190514002 | 5/16/2019 | $ 54,743.50 |
| CCT-BLD-190514003 | 5/17/2019 | $ 52,232.43 |
| CCT-BLD-190517001 | 5/20/2019 | $ 28,836.50 |
| CCT-BLD-190517002 | 5/22/2019 | $ 5,693.92 |
| CCT-BLD-190517003 | 5/20/2019 | $ 11,725.43 |
| CCT-BLD-190521001 | 5/23/2019 | $ 44,392.38 |
| CCT-BLD-190521002 | 5/24/2019 | $ 9,934.76 |
| CCT-BLD-19052101 | 5/22/2019 | $ 26,473.65 |
| CCT-BLD-190524001 | 5/28/2019 | $ 62,248.86 |
| CCT-BLD-190524002 | 5/28/2019 | $ 27,808.00 |
| CCT-BLD-190524003 | 5/28/2019 | $ 27,204.88 |
| CCT-BLD-190524004 | 5/29/2019 | $ 74,114.54 |
| CCT-BLD-190528001 | 5/31/2019 | $ 63,547.15 |
| CCT-BLD-19052801 | 5/29/2019 | $ 21,060.02 |
| CCT-BLD-19052802 | 6/1/2019 | $ 1,120.00 |
| CCT-BLD-190531001 | 6/4/2019 | $ 36,294.87 |
| CCT-BLD-190531002 | 6/4/2019 | $ 35,780.80 |
| CCT-BLD-190531003 | 6/5/2019 | $ 52,662.34 |
| | Subtotal $ | 840,661.50 |
| | Credit Balance from July 1, 2019 $ | (6,299,963.72) |
| | Less payment July 3, 2019 $ | (600,000.00) |
| | Less payment July 19, 2019 $ | (300,000.00) |
| | Less payment July 26, 2019 $ | (300,000.00) |
| | **August 1, 2019 CTXUS Credit Balance** $ | **(6,659,302.22)** |

The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $600,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit<br>No. 76 LongXI RD, High-Tech<br>Industrial Park, JiangMen<br>Guang Dong China |
| Beneficiary Account | ▇▇▇▇375 |
| Bank | BANK OF CHINA<br>22 GANGKOU ROAD<br>JIANGMEN<br>CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1840016869 |

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $300,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit<br>No. 76 LongXI RD, High-Tech Industrial Park, JiangMen<br>Guang Dong China |
| Beneficiary Account | ▬▬▬375 |
| Bank | BANK OF CHINA<br>22 GANGKOU ROAD<br>JIANGMEN<br>CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1990000442 |

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $300,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit<br>No. 76 LongXI RD, High-Tech Industrial Park, JiangMen<br>Guang Dong China |
| Beneficiary Account | ▇▇▇▇▇375 |
| Bank | BANK OF CHINA<br>22 GANGKOU ROAD<br>JIANGMEN<br>CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2070003583 |