| | |
|---|---|
| **Subject:** | RE: Benlida adv. Circuitronix; proposed complaint |
| **Date:** | Wednesday, January 20, 2021 at 10:10:38 AM Eastern Standard Time |
| **From:** | Chauncey Cole |
| **To:** | Richard Lerner |
| **CC:** | Jean-Claude Mazzola, Steven Prifti |
| **Attachments:** | image001.jpg, image002.jpg, RE: Benlida Payment Detail and bank slip- April 2019 Invoices.eml, Benlida Payment Detail and bank slip- May 2019 Invoices.eml, RE: Benlida Payment Detail and bank slip- June 2019 Invoices.eml, Benlida Payment detail and bank slip for-July 2019 invoices.eml, Benlida Payment detail for August 2019 invoices.eml, Benlida Payment detail for September 2019 invoices.eml |

Good Morning Richard,

    I've had a chance to speak to my client about the updated draft complaint. As before, they are a little perplexed by the claim that all of these invoices have not been paid. They will need additional time to have their accounting staff review all of the invoices listed in the new complaint, and pull out the appropriate records and confirmations, but it seems clear that there is a very serious disconnect between their records and what is alleged in the complaint.

    It may take some time to gather all of the material given that the previous claim by BLD was for around $5.3 million, and that amount has now jumped all the way up to around $13.7 million. However, some of the materials that I was provided when CTX reviewed the original draft complaint do appear to confirm that many of the invoices listed in the new complaint were actually paid in full. I have attached here a series of monthly statements and payment details covering the period from April 2019 to September 2019, which were sent by CTX to BLD. The last time I met with my client's accounting folks, they seemed quite confident that they could provide documentation showing payments for any period throughout the time these companies have done business together.

    As before, my clients are open to having any kind of meeting or discussion that may be helpful in resolving this, including having the principals meet, having lawyers or accounting staff meet, or any other combination that makes sense. They have also said repeatedly that if they legitimately owe anything, they will pay it. However, at this point they certainly feel that they do not owe anything and the impression is that BLD is just making unfounded claims for large sums. The fact that the amount being claimed suddenly increased by over $8 million certainly contributes to the feeling that the claim is arbitrary and will not hold up in court. Nonetheless, we are open to any sort of dialogue that may be helpful in achieving a resolution, we are in the process of analyzing the latest claim and gathering the appropriate records, and I would be happy to share with you any information that may be useful in resolving this matter.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782

---

**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Sent:** Friday, January 15, 2021 10:14 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Steven Prifti <steven@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. Circuitronix; proposed complaint

Chauncey,

Overnight, we received an email from our client Benlida directing that we file the complaint on Tuesday, as they felt it extremely unlikely that this matter will move towards resolution without an action actually being brought. I wrote back this morning (which is after business hours in China) to advise that Monday is a holiday here in the USA, and requested that they not direct us to pull the trigger on litigation before Wednesday.

I suspect we won't hear back until Sunday (which will be Monday morning in China).

Meantime, I'm just letting you know, so that you understand why we might be forced to file on Tuesday. Of course, I'll keep you posted if they agree on Sunday to hold off another day. Maybe if on Tuesday (or before) you can present an offer, or at least tell me that an offer will be presented on Wednesday, I'll be able to buy some time.

Rich

---

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, January 11, 2021 5:03 PM
**To:** Richard Lerner <Richard@mazzolalindstrom.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Steven Prifti <steven@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. Circuitronix; proposed complaint

Hi Richard,
         I would be happy to speak with you.  I'm in the middle of a trial that is scheduled to conclude on Wednesday afternoon or Thursday morning.  I could speak with you on Thursday afternoon or Friday if that works for you.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782

**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Sent:** Monday, January 11, 2021 10:36 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Steven Prifti <steven@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. Circuitronix; proposed complaint

Dear Chauncey,

Before we e-file, would you like to set up a conference call? We're pretty flexible. How about tomorrow afternoon? If so, please suggest a time.

Rich



Richard E. Lerner
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com www.mazzolalindstrom.com
NEW YORK * LOS ANGELES

**From:** Richard Lerner
**Sent:** Friday, January 8, 2021 1:19 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Ruofei Xiang <ruofei@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; Jessica Chen <jessica@mazzolalindstrom.com>; Steven Prifti <steven@mazzolalindstrom.com>
**Subject:** Benlida adv. Circuitronix; proposed complaint

Dear Chauncey,

As we discussed before Thanksgiving, we are now forwarding to you a finalized version of the complaint that we intend to file in behalf of our client Benlida early next week against Circuitronix.

We are, of course, amenable to speaking with you before we file, if you think it might be useful. If you require any professional courtesies in this regard, please let us know.

Could you also let us know whether you will waive service after we file the complaint.

Best regards,

Rich Lerner



Richard E. Lerner
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com www.mazzolalindstrom.com
NEW YORK * LOS ANGELES