**Subject:** RE: Benlida v. Circuitronix status call
**Date:** Friday, March 5, 2021 at 10:09:13 AM Eastern Standard Time
**From:** Richard Lerner
**To:** Chauncey Cole
**CC:** Jean-Claude Mazzola, Steven Prifti

Works for me.

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Friday, March 5, 2021 8:18 AM
**To:** Richard Lerner <Richard@mazzolalindstrom.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Steven Prifti <steven@mazzolalindstrom.com>
**Subject:** Re: Benlida v. Circuitronix status call

Good Morning Gentlemen,
	Just following up on our call yesterday afternoon.  I proposed the idea of early mediation to try to resolve the case before the parties engage in any litigation.  Your view seemed to be that it would be a waste of time in light of the differences in the parties' positions.  In light of you turning down that proposal, we are proceeding with our response to the complaint accordingly.

	At the same time, I think it would be prudent for us to schedule a Rule 26 conference to discuss an appropriate schedule and  discovery plan.  Please let me know if we can set aside some time for that during the week of March 15.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782

**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Date:** Thursday, March 4, 2021 at 2:10 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>, Steven Prifti <steven@mazzolalindstrom.com>
**Subject:** RE: Benlida v. Circuitronix status call

Dialing in now.

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Thursday, March 4, 2021 2:10 PM
**To:** Richard Lerner <Richard@mazzolalindstrom.com>

**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Steven Prifti <steven@mazzolalindstrom.com>
**Subject:** Re: Benlida v. Circuitronix status call

Hi, I'm on the line.

Sent from my iPhone

> On Mar 4, 2021, at 2:08 PM, Richard Lerner <Richard@mazzolalindstrom.com> wrote:
>
> We're awaiting Chauncey getting free from another call.
>
> Chauncey, let us know when to dial in.
>
> ---
>
> **From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
> **Sent:** Thursday, March 4, 2021 2:08 PM
> **To:** Richard Lerner <Richard@mazzolalindstrom.com>; Chauncey Cole <chauncey.cole@coletrial.com>; Steven Prifti <steven@mazzolalindstrom.com>
> **Subject:** Re: Benlida v. Circuitronix status call
>
> We having call?
>
> JC Mazzola
> 646-250-6666
>
> ---
>
> **From:** Richard Lerner <Richard@mazzolalindstrom.com>
> **Sent:** Thursday, March 4, 2021 1:57:45 PM
> **To:** Chauncey Cole <chauncey.cole@coletrial.com>; Steven Prifti <steven@mazzolalindstrom.com>
> **Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
> **Subject:** RE: Benlida v. Circuitronix status call
>
> No problem. Shoot us an email when you become free.
>
> -----Original Message-----
> From: Chauncey Cole <chauncey.cole@coletrial.com>
> Sent: Thursday, March 4, 2021 1:57 PM
> To: Steven Prifti <steven@mazzolalindstrom.com>
> Cc: Richard Lerner <Richard@mazzolalindstrom.com>; Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>

Subject: Re: Benlida v. Circuitronix status call

Good Afternoon,
  I need about 5 minutes past the hour to wrap up another call.  Apologies for the inconvenience.

Sent from my iPhone

> On Mar 3, 2021, at 2:46 PM, Steven Prifti <steven@mazzolalindstrom.com> wrote:
>
> Mazzola Lindstrom Conference Line information below:
>
> Dial-in number: (646) 887-2868
> Pass code: 5678
>
>
> <meeting.ics>