江门市奔力达电路有限公司

JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

COMMERCIAL INVOICE/商业发票
------------------------------------

TO: Circuitronix (Hong Kong) Limited
　　5/F, Continental Electric Building,
　　17 Wang Chiu Road, Kowloon Bay

DATE : 10th,Sep.,2019
INVOICE NO.: BLDCCT-HK19091001

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 40040XGA0 | D15M17R2 | A01-4500106594-X88(HK) | 180pcs | 0.825 | USD148.50 | 4 |
| 40040W1A1 | 702062011-N1 | 201934-5500001365-X33(HK) | 915pcs | 0.268 | USD245.22 | 4 |
| | | | 1095 | | US$393.72 | |

THE PAYMENT INSTRUCTION AS FOLLOW :
Beneficiary Bank :
Industrial and Commercial Bank of China Guangdong Branch
SWIFT BIC:ICBKCNBJGDG
Beneficiary Account No: ███████████428
Beneficiary Name
JIANGMEN BENLIDA PRINTED CIRCUIT CO.,LTD
Beneficiary Add. and Tel
NO.76 LONGXI RD,HIGH-TECH INDUSTRIAL PARK,JIANGMEN,GUANGDONG,CHINA.
0750-3962006
The receivables of above mentioned goods have been assigned to Industrial and Commercial Bank of China
付款期限：出货后150日
最迟付款日：2020-2-10

制表人：黄丽容