# United States District Court
# Southern District of Florida
# Fort Lauderdale Division Case

**Docket No.: 21-cv-60125-RNS**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
JIANGMEN BENLIDA PRINTED CIRCUIT CO.,
LTD., plaintiff,

-against-

CIRCUTRONIX LLC, defendant.
-----------------------------------------------------------------x

**First Motion, Pursuant to FRCP Rule 6, for Enlargement of
Time to Respond to Defendant's Motion to Dismiss**

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. respectfully submits this motion for an enlargement of time to respond to defendant Circuitronix LLC's' motion to dismiss, and in support thereof states as follows, under penalty of perjury pursuant to 28 USC 1746:

1. On January 19, 2021, plaintiff filed a complaint against defendant, alleging breach of contract and account stated, and claiming approximately $13 million in damages.

2. Thereafter, the court conducted sua sponte jurisdictional inquiries, requiring the plaintiff to file amended complaints, clarifying the membership structure of the plaintiff entity.

3. The second amended complaint was filed on February 1, 2021.

4. On February 16, defendant waived service and appeared.

5. On April 16, 2021, defendant moved to dismiss, arguing (1) that the action was premature because the contract between the parties required mediation prior to institution of the

1

lawsuit, and (2) failure to name necessary parties, and that naming such parties would destroy diversity jurisdiction.

6. On April 16, our firm wrote to defense counsel, requesting that defendant agree to hold the motion in abeyance pending mediation, which plaintiff was willing to engage in immediately.

7. Our firm also advised that the lack-of-diversity argument was unfounded because named defendant Circuitronix LLC (a US entity) had agreed to bear all the liabilities for its Hong Hong affiliate, the entity as to which defendant claimed plaintiff failed to name as a necessary party.

8. Defendant also stated that an additional entity affiliated with the plaintiff should have been named, but, as will be shown in opposition to the motion to dismiss, it is not a necessary party because the moneys claimed to be owed are owed to the plaintiff itself rather than to an affiliate of plaintiff.

9. In response to the request to hold the motion in abeyance, opposing counsel advised that he could not agree.

10. A true copy of the email chain of April 16 to April 19, 2021 (with attachment thereto) is annexed hereto as exhibit "A."

11. This motion is not submitted for the purpose of unnecessary delay. Granting the instant motion will not cause prejudice to any party, but denying the motion could cause a waste of judicial resources, as mediation may result in the resolution of the case.

WHEREFORE, plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. respectfully requests that this court enter an order holding defendant's motion to dismiss in abeyance pending the parties' engagement in mediation. In the alternative, it is respectfully requested that the return date of the motion be set for sixty days from the date of the court's order.

Dated: New York, New York
      April 21, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP

By: Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com

Service via ECF