UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/SNOW

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant.
_____/

**Motion for Enlargement of Time to Submit Oppositon to the
Defendant's Motion to Dismiss**

Plaintifff Jiangmen Benlida Printed Circuit Co., Ltd. respectfully moves this Court for an order enlarging its time to submit its opposition to defendant Circuitronix LLC's motion to dismiss (DE 14) from May 26, 2021 to June 4, 2021.

The reason for the request is that the parties are engaged in settlement negotiations. The parties spent over four hours with an experienced comercial mediator on May 24th, and another six hours with the mediator today, May 25th. The parties have been making progress, and will conduct a third mediation session on Friday, May 28th.

If the mediation is successful, it will moot the motion, of course. Apart from that, however, due to the time spent at mediation, and the numerous hours preparing for the mediation, our attention has been diverted from the motion, and we therefore submit that there is good cause for the enlargement of time to sumbit opposition papers in plaintiff's behalf.

## Certification

Our office has conferred with all counsel for defendant Circuitronix LLC, the party who may be affected by the relief sought in the motion in a good faith effort to resolve the issue. Attorney Chauncey Cole, counsel for Circuitronix LLC, advises that he does not object to the requested relief of a brief extension of time, but only through June 4, 2021.

Dated: New York, New York
May 25, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP
Attorneys for plaintiff
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
Tel: (646) 216-8585
Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on May 25, 2021 as filed with the Clerk of the Court using CM/ECF.

By: */s/ Jean-Claude Mazzola*