UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/SNOW

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant.
_____/

**Motion for Leave to Amend the Complaint to Add Additional Party Plaintiff Pursuant to FRCP Rules 15 and 19 and to Recaption the Case Accordingly**

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., and prospective party plaintiff ROK Printed Circuit Co., Ltd., respectfully moves this Court for an order granting leave to amend the complaint to add ROK as an additional plaintiff and to recaption the case accordingly. Such complaint would be denominated the Third Amended Complaint, and a copy is submitted herewith as exhibit "A."[1]

This motion is brought because defendant Circuitronix LLC has moved to dismiss (see DE 14) this action on three grounds: The first is that the contract and amendment thereto upon which plaintiff Benlida brought suit has a clause requiring that the parties mediate in good faith prior to bringing suit. The second is that an entity related to defendant Circuitronix LLC – viz.,

---

[1] A redline doc-compare version has been provided to defense counsel, and will be provided to the Court upon request.

1

Circuitronix Hong Kong, Ltd. – must be named as a party defendant. The third is that ROK Printed Circuit Co., Ltd. must be named as a plaintiff.

This motion is made in order to render moot the third argument. ROK Printed Circuit Co., Ltd. hereby voluntarily agrees to submit to the court's jurisdiction and become a party plaintiff in this action. The other two points raised by defendant in its motion to dismiss will be addressed in the opposition thereto, which papers are due on June 4th.

Defendant Circuitronix has argued that ROK must be joined as a party plaintiff pursuant to FRCP Rule 19 because it is a signatory to the manufacturing agreement between it and plaintiff Benlida. Rule 19 provides that "[i]f a person has not been joined as required, the court must order that the person be made a party. A person who refuses to join as a plaintiff may be made either a defendant or, in a proper case, an involuntary plaintiff." Adding ROK as a party plaintiff will not destroy diversity jurisdiction, as ROK is limited liability company formed in the People's Republic of China, whose two members are both citizens and domiciliaries of the People's Republic of China, with no residences within the State of Florida.

As the Court well knows, a motion to amend the complaint, pursuant to Rule 15, should be freely given when justice so requires. Accordingly, ROK hereby agrees to join in this action as a plaintiff, and Benlida and ROK jointly request that the Court grant leave to amend the complaint to name ROK as a party plaintiff, and direct the clerk of the court to amend the caption accordingly.

## Certification

Our office has conferred with all counsel for defendant Circuitronix LLC, the party who may be affected by the relief sought in the motion to request its consent to the relief sought herein, in a good faith effort to resolve the issue. Attorney Chauncey Cole, counsel for Circuitronix, advises that it does not object to the requested relief. However, counsel advises that

Circuitronix does not agree that the proposed *third* amended complaint cures any of the deficiencies identified in its motion to dismiss the *second* amended complaint, and reserves its right to object on the basis of any defense that may be applicable, including failure to state a claim, lack of subject matter jurisdiction, or failure to join a party under Rule 19, and that Circuitronix intends to file a new motion to dismiss once the third amended complaint is filed.

Dated: New York, New York
June 1, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP
Attorneys for plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., and prospective party plaintiff ROK Printed Circuit Co., Ltd.
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
Tel: (646) 216-8585
Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 1, 2021 as filed with the Clerk of the Court using CM/ECF.

By: */s/ Jean-Claude Mazzola*