# MAZZOLA LINDSTROM LLP

Jean-Claude Mazzola
JEANCLAUDE@MAZZOLALINDSTROM.COM
646-250-6666

October 29, 2021

**Via ECF**

Hon. Robert N. Scola, USDJ
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 12-3
Miami, Florida 33128

      Re:    Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC
              Civil Action No. 21-60125-Civ-Scola

## Interim Joint Status Report

Dear Judge Scola:

The parties have met and conferred, and hereby submit this interim joint status report:

a) **Have all defendants been served?**
Yes.

b) **Have all defendants responded to the complaint?**
Yes.

c) **If this is a class action, has a motion for class certification been filed? If so, what is its status?**
N/A.

d) **Have the parties agreed on and selected a mediator? Have the parties agreed upon a place, date, and time for mediation?**
Yes. In May 2021, the parties engaged in mediation with Retired Chief Judge, 11th Judicial Circuit, Florida Joseph P. Farina acting as the mediator. The parties came to an impasse at that time. However, it is believed that further mediation efforts will be worthwhile.

e) **Have the parties engaged in informal settlement negotiations? If not, explain the reasons for the failure to do so. If yes, state the status of such negotiations (e.g., ongoing, impasse, etc.) and the relative prospects for resolution through informal means.**

Yes, counsel have engaged in informal settlement negotiations. Additionally, there have been principal-to-principal discussions. At this time, the parties are in ongoing discussions to retain a mutually agreed-upon bilingual CPA to conduct a forensic audit in aid of mediation and settlement. Accordingly, there is some prospect of resolution through informal means.

f) **Describe the status of discovery conducted to date, and identify whether the parties reasonably believe that they will be able to complete discovery by the Court's deadline. If not, explain the reasons.**

The parties have not exchanged or conducted formal discovery; however, the parties do not believe that the Court's deadline needs to be modified.

g) **Identify any other issues that the Court should be aware of that may affect the resolution of this matter or the schedule as currently set.**

At this time, the plaintiff is contemplating moving to dismiss some of the affirmative defenses and counterclaims. However, the parties have agreed that the plaintiff's time to answer the counterclaims or otherwise move against them, and the affirmative defenses, should be enlarged from November 5th to Monday, December 6th.

Respectfully submitted,

*/s/ Jean-Claude Mazzola*

Jean-Claude Mazzola

MAZZOLA LINDSTROM LLP