# United States District Court
# Southern District of Florida
# Fort Lauderdale Division

Docket No.: 21-cv-60125-RNS

------------------------------------------------------------------x
JIANGMEN BENLIDA PRINTED CIRCUIT
CO., LTD.,
                Plaintiff,

    -against-

CIRCUTRONIX LLC,
                Defendant.
------------------------------------------------------------------x

## First Motion, Pursuant to FRCP Rule 6, for Enlargement of Time to Answer or Otherwise Move Against Defendant Circuitronix LLC's Counterclaims

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. respectfully submits this motion for an enlargement of time to answer or otherwise move to dismiss defendant Circuitronix LLC's' counterclaims, and in support thereof states as follows, under penalty of perjury pursuant to 28 USC 1746:

1. This action was commenced on January 19, 2021.

2. The current operative complaint – *i.e.*, the third-amended complaint – was interposed by plaintiff Benlida on June 1, 2021.

3. Defendant Circuitronix moved to dismiss the complaint. On September 22, 2021, this court issued an order granting dismissal as to the claims of ROK Printed Circuit Co., Ltd., and otherwise denying the motion to dismiss.

4.   On October 15, 2021, defendant interposed its answer with counterclaims against plaintiff Benlida.

5.   Plaintiff Benlida's time to answer or otherwise move against the counterclaim pleading expires on November 5th.

6.   Plaintiff has requested, and defendant – through counsel – has agreed to an enlargement to December 6, 2021, for plaintiff to answer or otherwise move to dismiss the counterclaims.

7.   The parties intend, nonetheless, to proceed with discovery, and do not believe that an enlargement of time to answer or otherwise move to dismiss the counterclaims will require alteration of the scheduling orders currently in place.

WHEREFORE, plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. respectfully requests that this court enter an order enlarging to December 6, 2021, its time to answer or otherwise move to dismiss defendant Circuitronix LLC's counterclaims.

Dated:  New York, New York
        November 2, 2021

Respectfully submitted,
MAZZOLA LINDSTROM LLP
*/s/ Jean-Claude Mazzola*
By: Jean-Claude Mazzola
Attorneys for plaintiff
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585 Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com

Service via ECF