MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(c) 646.250.6666
jean-claude@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------x
JIANGMEN BENLIDA PRINTED             CM/ECF
CIRCUIT CO., LTD.,
                                     Civil Action No.: 21-60125-CIV-
            Plaintiff,               SCOLA/SNOW

      -against-                      **Plaintiff's Answer to Defendant's Counterclaim**

CIRCUITRONIX LLC,

            Defendant.               Jury Trial Demanded
-------------------------------------------------------------------x

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., through the undersigned attorneys, alleges as follows for its answer to defendant Circuitronix LLC's counterclaim:

## Introduction

1. Admit as to the characterization of the nature of the action, but deny any implication that there has been a breach by Benlida.

2. Admit.

3. Admit.

4. Admit that Benlida and Circuitronix entered into a contract, but deny that it gave rise to fiduciary duties of the breadth and scope alleged, and deny any breach thereof, and refer all issues of law to the court as to the breadth and scope of such alleged duties.

5. Deny.

1

## Parties

**Circuitronix**

6. Admit.

7. Deny knowledge or information sufficient to form a belief.

8. Admit.

**Benlida**

9. Admit.

10. Admit that Benlida is a manufacturer of printed circuit boards, but deny as ambiguous the allegation that it provides contract manufacturing related work and services involving printed circuit boards.

## Jurisdiction and Venue

11. Plaintiff repeats and realleges the above answers.

12. Admit.

13. Admit.

14. Admit that all conditions precedent to suit have been satisfied, but deny that there has been any waiver.

## General Allegations

**Background**

15. Deny knowledge or information sufficient to form a belief.

16. Admit.

17. Admit.

18. Deny knowledge or information sufficient to form a belief.

**The Manufacturing Agreement**

19. Admit.

20. Admit.

21. Admit.

22. Admit, but deny any implication that Benlida was required to produce in any greater capacity than had been contractually agreed to.

23. Deny as alleged, inasmuch as acceptance and fulfillment is based on contractually agreed upon supplies, not to supplies in excess of such agreed upon amounts.

24. Admit, to the extent that Benlida is required to provide adequate justification to increase prices, and rising materials costs warrants increases in prices, and not that quantities in excess of the contractual amounts are not subject to such price limitations.

25. Admit.

26. Admit.

27. Admit that the letter agreement uses the word "agent," but denies that Benlida was an agent in fact or in law, and refer all issues of law to the court as to same.

28. Admit that Benlida and Circuitronix entered into a contract, but deny that it gave rise to fiduciary duties of the breadth and scope alleged, deny any breach thereof, and refer all issues of law to the court as to same.

**Circuitronix's Performance, Payments and Credit Balance**

29. Admit.

30. Admit.[1]

31. Deny knowledge or information sufficient to form a belief.

32. Deny.

---

[1] Deny, as alleged, the allegations in the footnote to paragraph 30.

33. Deny, as alleged, and aver that since December, 2019, CTX has *prepaid* for all orders with Benlida and ROK, meaning that all purchase orders and invoices have been *paid in full* even before Benlida or ROK ship the product to CTX.

34. Deny.

35. Deny.

36. Deny as alleged, and note that overpayments offset past debt, on a FIFO – first-in-first-out – basis.

**Benlida's Breaches**

37. Deny.

38. Deny.

39. Deny.

    39(a). Deny.

    39(b). Deny.

    39(c). Deny.

    39(d). Deny.

    39(e). Deny.

40. Deny.

    40(a). Deny.

    40(b). Deny.

    40(c). Deny.

    40(d). Deny.

    40(e). Deny.

41. Deny.

## Count I (Breach of Contract)

42. Plaintiff repeats and realleges the above answers.

43. Admit.

44. Deny.

45. Deny.

46. Deny.

## Count II (Breach of Fiduciary Duty)

47. Plaintiff repeats and realleges the above answers.

48. Deny as alleged, and refer all issues of law to the court.

49. Deny.

50. Deny.

51. Deny.

52. Deny.

\*\*\*

## Jury Demand

Plaintiff demands a trial by jury as to all issues so triable.

\*\*\*

WHEREFORE, plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. demands judgment against defendant Circuitronix LLC (a) for $13,655,335.93; (b) for prejudgment interest in accordance with the contract between the parties or statutory interest from the date of loss, plus costs; and (c) for such other and further relief as this court deems proper and just.

Dated: New York, New York
November 29, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP

*/s/ Jean-Claude Mazzola*
By: Jean-Claude Mazzola
*Attorneys for plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
Tel: (646) 216-8585
Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com