MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(c) 646.250.6666

[jean-claude@mazzolalindstrom.com](jean-claude@mazzolalindstrom.com)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------x

| | |
|---|---|
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD., and ROK PRINTED CIRCUIT CO., LTD., | CM/ECF |
| | Civil Action No.: 21-60125-CIV-SCOLA/SNOW |
| Plaintiffs, | |
| -against- | |
| CIRCUITRONIX LLC, | |
| Defendant. | |

-------------------------------------------------------------------x

**Notice of Striking Docket Entry 45**

Pursuant to the Clerk's Notice, DE 46, undersigned counsel, on behalf of plaintiff Jiangmen Benlida Printed Circuit Co., LTD. hereby gives notice that Docket Entry 45 has been stricken due to a filing error.


Dated: January 11, 2022
        New York, New York

By: _____
Jean Claude Mazzola
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2d Fl
New York, NY 10019
*Attorneys for Plaintiff*