MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(c) 646.250.6666
jean-claude@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
------------------------------------------------------------------x
JIANGMEN BENLIDA PRINTED                CM/ECF
CIRCUIT CO., LTD.,
                                        Civil Action No.: 21-60125-CIV-
            Plaintiff,                  SCOLA/SNOW

      -against-

CIRCUITRONIX LLC,

            Defendant.
------------------------------------------------------------------x

I, Jean-Claude Mazzola, of full age, hereby certifies and says:

1.      I am counsel for plaintiffs Jiangmen Benlida Printed Circuit Co., LTD.

2.      I have personal knowledge of the facts set forth herein and I am authorized to make this affidavit of proof in support of plaintiff's motion for partial summary judgment pursuant to Fed. R. Civ. P. 56(a) regarding the guarantee by Circuitronix (CTX) to assume liability for any and all debts incurred by Circuitronix Hong Kong (CTX-HK).

3.      Attached as exhibit A to this declaration is a true and correct copy of the so-called "Business Authorization," whereby CTX expressly authorized CTX-HK to place orders on behalf of CTX and CTX guaranteed and assumed all CTX-HK's debts due to any order placed on behalf of CTX. The Business Authorization provides as follows:

> For the purposes of our company's business, Circuitronix, LLC. Hereby authorize CIRCUITRONIX (HONG KONG), LIMITED to place orders to your company on our behalf. CIRCUITRONIX, LLC assumes all CIRCUITRONIX (HONG KONG), LIMITED's debts due to these orders.

Mazz. Decl. Exhibit A.

1

5. Mr. Rishi Kukreja is the principal of CTX. Alleged in Third Amended Complaint (ECF No. 26) Paragraph 6; Admitted in CTX's Answer (ECF No. 34) Paragraph 6.

6. Mr. Rishi Kukreja is also the principal of Circuitronix Hong Kong ("CTX-HK"). See Letter Agreement (ECF No. 15-2) Page 4 (addresses and notice parties) and Page 5 (Signature Block).

7. On January 1, 2014, Mr. Rishi Kukreja of CTX authorized CTX-HK to place orders on behalf of CTX. See Exhibit A and Letter Agreement (ECF No. 15-2) Paragraph 1 ("Except as expressly modified hereby, the Existing Agreement shall remain in full force and effect").

8. Accordingly, defendant CTX has assumed all liability for debts incurred by CTX-HK for the purchase orders at issue in this litigation.

9. No genuine dispute exists over CTX's assumption of CTX-HK's debts.

10. Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct.

Dated: February 15, 2022
New York, New York

By: _____
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(646) 250-6666
jeanclaude@mazzolalindstrom.com

# EXHIBIT A

# 业务授权书

## Business authorization

江门市奔力达电路有限公司

JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD：

我公司因业务需要，现授权 CIRCUITRONIX（HONG KONG），LIMITED 向贵公司下订单，并承担 CIRCUITRONIX（HONG KONG），LIMITED 因此项业务产生的债务。

For the purposes of our company's business, Circuitronix, LLC. hereby authorize CIRCUITRONIX（HONG KONG），LIMITED to place orders to your company on our behalf. CIRCUITRONIX, LLC assumes all CIRCUITRONIX（HONG KONG），LIMITED's debts due to these orders.

授权人（签名盖章）

Authorizer(signature and seal):
(CIRCUITRONIX, LLC)

日期：2014年 1月 1日

Date:   2014. 01. 01

AGREE TO THE ENGLISH VERSION ONLY

