MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
(c) 646.250.6666
jean-claude@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------x
JIANGMEN BENLIDA PRINTED                     CM/ECF
CIRCUIT CO., LTD.,
                                             Civil Action No.: 21-60125-CIV-
                Plaintiffs,        SCOLA/SNOW

    -against-

CIRCUITRONIX LLC,

                Defendant.
-------------------------------------------------------------------x

**Statement of Material and Undisputed Facts**

                                  MAZZOLA LINDSTROM LLP
                                  Jean-Claude Mazzola (JM 4962)
                                  *Attorneys for plaintiff*
                                  1350 Avenue of the Americas, 2nd Floor
                                  New York, New York 10019
                                  Tel: (646) 216-8585
                                  Cell: (646) 250-6666
                                  jeanclaude@mazzolalindstrom.com

Of Counsel: Richard E. Lerner

Plaintiff Jiangmen Benlida Printed Circuit Co., LTD., in support of its motion for summary judgment and pursuant to Fed. R. Civ. P. 56(a) and S.D. Fla. L. R. 56.1 provides the following statement of material facts as to which Benlida contends there are no genuine issues to be tried.

1. This is an action for damages brought by Benlida to recover for the defendant Circuitronix LLC's ("CTX") failure to pay for circuit boards that were purchased, but not paid for in 2018, 2019, and 2020. (Alleged in Third Amended Complaint (ECF No. 26) Paragraph 11; admitted in CTX's Answer (ECF No. 34) Paragraph 11).

2. Based in Fort Lauderdale, Florida, Circuitronix LLC ("CTX") specializes in the manufacture and distribution of printed circuit boards (PCBs), electrical components used in a variety of products, including automobiles, lighting fixtures, and security systems. (Alleged in Third Amended Complaint (ECF No. 26) Paragraph 5; admitted in CTX's Answer (ECF No. 34) Paragraph 5).

3. On March 1, 2012, Benlida entered into a written contract with CTX for the manufacture of PCBs. (See Manufacturing Agreement (ECF No. 15-1) Paragraph 3).

4. In exchange for the PCBs manufactured by Benlida and sold to CTX, the latter agreed to pay the former therefor. (See Manufacturing Agreement (ECF No. 15-1) Paragraphs 4.1 and 4.2).

5. Mr. Rishi Kukreja is the principal of CTX. (Alleged in Third Amended Complaint (ECF No. 26) Paragraph 6; admitted in CTX's Answer (ECF No. 34) Paragraph 6).

6. Mr. Kukreja is also the principal of Circuitronix Hong Kong ("CTX-HK"). (See Letter Agreement (ECF No. 15-2) Page 4 (addresses and notice parties) and Page 5 (signature block)).

7.	On January 1, 2014, Mr. Kukreja authorized CTX-HK to place orders on behalf of CTX. (See Exhibit A and Letter Agreement (ECF No. 15-2) Paragraph 1 ("Except as expressly modified hereby, the Existing Agreement shall remain in full force and effect")).

8.	In this January 1 authorization, CTX agreed to assume all of CTX-HK's debts due to Benlida for these orders on behalf of CTX. (See Exhibit A and Letter Agreement (ECF No. 15-2) Paragraph 1 ("Except as expressly modified hereby, the Existing Agreement shall remain in full force and effect")).

9.	In exchange for the PCBs ordered by CTX-HK on behalf of CTX, manufactured by Benlida, and then sold to CTX, the latter agreed to pay Benlida therefor. (See Exhibit A English Lines 1-4 and Letter Agreement (ECF No. 15-2) Page 1, Paragraph 2, Lines 5-10). That is, CTX agreed to act as the guarantor of CTX-HK's obligations and debts.

10.	CTX is therefore liable for all the invoices that are the subject of this litigation.

### Conclusion

For all the foregoing reasons, plaintiffs' motion for partial summary judgment must be granted in its entirety.

Dated:	New York, New York
	February 15, 2022

MAZZOLA LINDSTROM LLP

Jean-Claude Mazzola
*Attorneys for plaintiffs*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
Tel: (646) 216-8585
Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com

Of Counsel: Richard E. Lerner