**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant.

_____/

**DECLARATION OF CHAUNCEY D. COLE IV IN SUPPORT OF
DEFENDANT CIRCUITRONIX, LLC'S OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1.      I am a member of the Bar of the State of Florida and New York and I am the owner and managing partner of the law firm Chauncey Cole, PA.  I have been a member of the Florida Bar since 2013 and a member of the New York Bar since 2007.  In addition, I am admitted to practice law in the United States District Court, Southern District of Florida, and the United States District Court, Southern District of New York.  I make the following declaration based upon my personal knowledge.

2.      I previously filed a supporting declaration in connection with Circuitronix's motion to dismiss [DE 15] that attached certain documents for the Court's consideration, and I hereby reaffirm and incorporate that declaration by reference.

3.      In addition, a true and correct copy of an email communication dated October 5, 2018, from Jiangmen Benlida Printed Circuit Co., Ltd. to Circuitronix LLC, attaching a proposed contract, was previously filed with the Court as docket entry DE 30-1.

1

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

_____
Chauncey D. Cole IV
Executed on March 1, 2022

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of
Notices of Electronic Filing generated by CM/ECF on March 1, 2022 as filed with the Clerk of the
Court using CM/ECF.                                       By:  /s/ *Chauncey D. Cole IV*___
                                                                    Chauncey D. Cole IV