MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-----------------------------------------------------------------x
| | |
|---|---|
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD., | CM/ECF |
| Plaintiff, | Civil Action No.: 21-60125-CIV-SCOLA/SNOW |
| -against- | |
| CIRCUITRONIX LLC, | |
| Defendant. | |
-----------------------------------------------------------------x

**On-Consent Motion for Enlargement of Time to Interpose Answer**

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., by and through counsel, Mazzola Lindstrom LLP, respectfully moves this Court for an order enlarging their time to submit their reply to Defendant Circuitronix LLC's opposition to Benlida's motion for partial summary judgment (DE 56) from March 8, 2022 to March 15, 2022. This is plaintiff's first request for an enlargement of time to answer.

The reason for this request is that I am commencing trial in another matter on Monday, March 7th, and am currently devoting all available time to preparing for the trial. Moreover, the trial will be in Indiana, so I will be unable to supervise my colleagues in the preparation of the reply papers while I'm away. I expect the trial to be finished by Thursday, March 10th.

## Certification

On March 3, my associate, Kevin Kelly, exchanged emails with Chauncey D. Cole IV, Esq., counsel for defendant, to request an enlargement of time to reply because of the undersigned's trial, and Mr. Cole graciously consented to an enlargement of Benlida's time to respond to March 15, 2022.

Dated: New York, New York
March 4, 2022

                                             Respectfully submitted,
                                             MAZZOLA LINDSTROM LLP

By: _____
Jean-Claude Mazzola, Esq.
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 250-6666
*Attorneys for Plaintiff*

To:    Chauncey D. Cole IV, Esq. (via email)

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on March 4, 2022 as filed with the Clerk of the Court using CM/ECF.

By: _____
Jean-Claude Mazzola, Esq.