MAZZOLA LINDSTROM, LLP
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------x

| | |
|---|---|
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD., | CM/ECF |
| Plaintiff, | Civil Action No.: 21-60125-CIV-SCOLA/SNOW |
| -against- | |
| CIRCUITRONIX LLC, | |
| Defendant. | |

-------------------------------------------------------------------x

### Notice of Withdrawal of Motion for Partial Summary Judgment

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., by and through counsel, Mazzola Lindstrom LLP, respectfully withdraws its motion for partial summary judgment without prejudice.

Dated: New York, New York
March 16, 2022

Respectfully submitted,
MAZZOLA LINDSTROM LLP

By: _____
Jean-Claude Mazzola, Esq.
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 250-6666
*Attorneys for Plaintiff*

To:   Chauncey D. Cole IV, Esq. (via email)
      Stephen F. Rosenthal, Esq. (via email)

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on March 16, 2022 as filed with the Clerk of the Court using CM/ECF.

By: _____
Jean-Claude Mazzola, Esq.