# EXHIBIT A

*Model for Letters of Request recommended for use in applying the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*

**Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language. However, the provisions of the second and third paragraphs may permit use of English, French or another language.*

*In order to avoid confusion, please spell out the name of the month in each date.*

*Please fill out an original and one copy of this form (use additional space if required).*

1. Sender

2. Central Authority of the Requested State

3. Person to whom the executed request is to be returned

4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request

    Date

    Reason for urgency*

_____

* Omit if not applicable.

IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:

5. a   Requesting judicial authority (Article 3,*a)*)

   b   To the competent authority of (Article 3, *a)*)

   c   Names of the case and any identifying number

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3, *b)*)

   a   Plaintiff

       Representatives

   b   Defendant

       Representatives

   c   Other parties

       Representatives

_____

* Omit if not applicable.

7.   *a*     Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (Article 3, *c)*)

      *b*     Summary of complaint

      *c*     Summary of defence and counterclaim*

      *d*     Other necessary information or documents*

8.   *a*     Evidence to be obtained or other judicial act to be performed (Article 3, *d)*)

      *b*     Purpose of the evidence or judicial act sought

9. Identity and address of any person to be examined (Article 3, *e)*)*

10. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (Article 3, *f)*)*

_____

* Omit if not applicable.

11. Documents or other property
    to be inspected
    (Article 3, *g)*)*

12. Any requirement that the
    evidence be given on oath
    or affirmation and any
    special form to be used
    (Article 3, *h)*)*

13. Special methods or procedure
    to be followed (e.g. oral or
    in writing, verbatim,
    transcript or summary,
    cross-examination, etc.)
    (Articles 3, *i)* and 9)*

14. Request for notification of
    the time and place for the
    execution of the Request
    and identity and address of
    any person to be notified
    (Article 7)*

15. Request for attendance or
    participation of judicial
    personnel of the requesting
    authority at the execution
    of the Letter of Request
    (Article 8)*

_____

* Omit if not applicable.

16. Specification of privilege
    or duty to refuse to give
    evidence under the law of
    the State of origin
    (Article 11, *b*))*

17. The fees and costs incurred
    which are reimbursable under
    the second paragraph of
    Article 14 or under
    Article 26 of the Convention
    will be borne by*

DATE OF REQUEST

SIGNATURE AND SEAL OF THE
REQUESTING AUTHORITY         ----------------------------------------------------------------------

_____

* Omit if not applicable.

*建议在适用 1970 年 3 月 18 日《关于从国外调取民事或商事证据的海牙公约》*

*时使用的请求书范本*

**根据 1970 年 3 月 18 日《关于从国外调取民事或商事证据的海牙公约》**

**提交的国际司法协助请求**

*N.B.根据第 4 条第一款规定，请求书应使用被请求执行机关的语言或附有该语言的译文。但是，第二款和第三款规定可允许使用英语、法语或其他语言。*

*为避免混淆，请在每个日期中拼写月份的名称。*

*请填写此表格的原件和一份副本（如有需要，请另行附页）。*

1. 发件人

2. 被请求国中央机关

3. 寄回已执行请求的收件人

4. 请求机关要求收到对请求书的答复的指定日期

    日期

    紧急办理理由*

_____

* 如果不适用，请忽略。

**根据公约第 3 条规定，以下签名的申请人恭敬地提交以下请求：**

5.  *a*   提出请求的司法机关
         （第 3 条 *a*）项）

    b、  （第 3 条 *a*）项）
         的主管机关

    c、  案件名称以及任何识别号

6.  当事人及其代表的姓名和地址
    （包括在被请求国的代表*）
    （第 3 条 *b*）项）

    *a*   原告

         代表

    *b*   被告

         代表

    *c*   其他方

         代表

_____

* 如果不适用，请忽略。

7.    *a*    诉讼程序的性质
（离婚、亲子关系、违约、产品责任等）
（第 3 条 *c*）项）

        *b*    诉状摘要

        *c*    答辩状和反诉状摘要*

        *d*    其他必要信息或文件*

8、   *a*    将取得的证据或其他司法行为（第 3 条 *d)* 项）

        *b*    寻求证据或司法行为的目的

9、   任何被询问人的身份和地址
（第 3 条 *e*）项）*

10、   将向被询问人提出的问题，或者将被审查的主题事项陈述
（第 3 条 *f)* 项）*

_____

* 如果不适用，请忽略。

11、 待检查的文件或其他财产
   （第 3 条 g) 项）*

12、 以宣誓或确认方式提供证据的任何要求以及将使用的任何特殊形式
   （第 3 条 h) 项）*

13、 应遵循的特殊方法或程序（例如口头或书面、逐字记录、笔录或摘要、质证等）
   (第 3 条 i) 项以及第 9 条)*

14、 请求通知执行请求的时间和地点，以及任何被通知人的身份和地址
   （第 7 条）*

15、 申请由提出请求机关的司法人员出席或参与执行请求书
   （第 8 条）*

_____

* 如果不适用，请忽略。

16、 关于根据来源国法律规定拒绝作证
的特权或义务的说明
（第 11 条 b）项）＊

17、 根据公约第 14 条，第 2 款或第 26 条可报
销的费用和成本将由以下方承担*

提出请求的日期：

提出请求的
主管机关签章      ----------------------------------------------------------------

_____

* 如果不适用，请忽略。



Date: 04/14/2022											201959-001

## CERTIFICATE OF ACCURACY

To whom it may concern:

A copy of the following documents was translated by a team of linguists qualified to read and translate this material.

- SUBPOENA FOR DEPOSITION DUCES TECUM (CASE NO. 21-60125-CIV-SCOLA/SNOW)
- LETTER OF REQUEST FORM

All documents are accurately translated from English into Chinese (simplified) to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By
Project Manager

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me by means of _X_ physical presence - ____ online notarization this 14 day of April, 2022, by Briana Rapoza personally known _X_ or ____ produce identification. Type of Identification:.................

_____, Notary Public
My commission expires  10/23/22

66 West Flagler St., Suite 1200								Phone: (877) 255-0717
Miami, FL 33130									Fax: (888) 883-6408
www.trustedtranslations.com								sales@trustedtranslations.com