# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,

v.

CIRCUITRONIX LLC,

Defendant.
_____/

**SUBPOENA FOR DEPOSITION DUCES TECUM**

**TO:** **Corporate Representative(s) of**
**China Export & Credit Insurance Corporation ("Sinosure")**
**Fortune Times Building**
**11 Fenghuiyuan, Xicheng District**
**Beijing 100033, China**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 4, 28, 30(b)(6), and 45, Defendant Circuitronix LLC will take the deposition by oral examination of non-party China Export & Credit Insurance Corporation ("Sinosure") through one or more of its officers, directors, managing agents, or other persons who consent to testify on Sinosure's behalf and who are knowledgeable with respect to the topics set forth in the attached Exhibit A.

The deposition will take place on **[date and time]** at a mutually agreed location in Beijing, China, Hong Kong, or another mutually agreed location before US Legal Support, Court Reporter and Notary Public, or any other Notary Public or officer authorized by law to take depositions in these locations.

At least five days prior to the deposition you shall have all documents responsive to this subpoena and requested on Exhibit A available to all counsel of record and transmit them electronically or make arrangements for them to be provided as hard copies. Counsel of record will coordinate the production with you. All copies of electronically stored documents shall be produced in electronic form in their "native" format (that is, without converting it to a PDF). You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.

If you fail to appear, you may be in contempt of Court. You are subpoenaed to appear by the following attorneys and unless excused from this subpoena by these attorneys or the Court, you shall respond to this Subpoena as directed.

*If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Stephen F. Rosenthal, Esq., PODHURST ORSECK, P.A., 1 SE 3rd Ave., Suite 2300, Miami, FL 33131, Tel: (305) 358-2800, srosenthal@podhurst.com, within two working days of your receipt of this Subpoena; if you are hearing or voice impaired, call 1-800-955-8771.*

If you fail to:

1. appear as specified;
2. furnish the records in Exhibit A; and/or
3. object to this subpoena;

you may be in contempt of Court. You are subpoenaed by the attorneys whose names appear on the subpoena and unless excused from this subpoena by the attorneys or the Court, you shall respond to this subpoena as directed.

DATED on April 15, 2022.

BY:

| | |
|---|---|
| **PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-2800<br><br>*By: /s/ Stephen F. Rosenthal*<br>Stephen F. Rosenthal<br>Florida Bar No. 0131458<br>srosenthal@podhurst.com<br>Robert C. Josefsberg<br>Florida Bar No. 040856<br>rjosefsberg@podhurst.com<br>Matthew Weinshall<br>Florida Bar No. 84783<br>mweishall@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com | **CHAUNCEY COLE, PA**<br>*Co-Counsel for Circuitronix, LLC*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>Tel.:   (786) 497-7053<br><br>By: /s/ *Chauncey D. Cole IV*<br>Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com<br><br> |

**Exhibit A to Subpoena on China Export & Credit Insurance Corporation ("Sinosure")**

**in**

*Jiangmen Benlida Printed Circuit Co., Ltd. et al. v. Circuitronix LLC*, Case No. 21-60125

**DEFINITIONS**

1. The term "**Sinosure**" means China Export & Credit Insurance Corporation, and any present, former, or related entities, subsidiaries, subcontractors, affiliates, facilities, locations, divisions, officers, directors, administrators, agents, employees, investigators, attorneys, or other representatives.

2. The term "**Benlida**" refers to Jiangmen Benlida Printed Circuit Co., Ltd.

3. The term "**Plaintiffs**" refers to Jiangmen Benlida Printed Circuit Co. and ROK Printed Circuit Co., Ltd.

4. The term "**Defendant**" or "**CTX**" refers to Circuitronix LLC

5. The terms "**document**" and "**materials**" are to be used in the broadest possible sense and mean, without limitation, any written, printed, typed, photostatic, photographed, recorded, or otherwise reproduced communication or representation, whether comprised of letters, words, numbers, pictures, sounds, or symbols, or any combination thereof. This definition includes copies of duplicates of documents contemporaneously or subsequently created which have any non-conforming notes or other markings. Without limiting the generality of the foregoing, "document" includes, but is not limited to, all writings, correspondence, memoranda, notes, records, e-mail (including attachments thereto), letters, envelopes, text messages, emails, telegrams, messages, studies, analyses, contracts, agreements, working papers of all kinds, statements, entries, ledgers, balances, reconciliations, accounts, analytical records, reports, summaries of investigations, trade letters, press releases, comparisons, books, calendars, diaries, articles, magazines, newspapers, booklets, brochures, pamphlets, circulars, bulletins, notices, drawings, diagrams, instructions, notes or minutes of meetings or of other communications of any type, including inter- and intra-office communications, questionnaires, surveys, charts, graphs, papers, indices, data sheets, forms, manuals, lists, photographs, phonograph recordings, films, tapes, discs, data cells, drums, printouts of information stored or maintained by electronic data processing or word processing equipment, and all other data compilations from which information can be obtained including, without limitation, electromagnetically sensitive storage media such as floppy disks and hard disks, and any preliminary versions, drafts, or revisions of any of the foregoing.

## SCOPE OF DEPOSITION EXAMINATION

1. Any insurance agreements between Sinosure and Benlida that may cover any claim Benlida may have against CTX.

2. Any claims that Benlida has made to Sinosure against CTX.

3. Any payments made by Sinosure to Benlida for any claims involving CTX as identified in Topic No. 2.

4. Any assignment agreements between Benlida and Sinosure relating to CTX.

5. Any communications between Benlida and Sinosure regarding CTX.

## DOCUMENTS REQUESTED

1. Insurance agreements between Sinosure and Benlida that may cover any claim Benlida may have against CTX.

2. Documents related to any claims Benlida has made to Sinosure against CTX.

3. Documents related to any payments made by Sinosure to Benlida for any claims involving CTX as identified in Request No. 2.

4. Assignment agreements between Benlida and Sinosure relating to CTX.

5. Documents containing any communications between Benlida and Sinosure regarding CTX.

美国联邦地区法院

佛罗里达州南区

案件编号 21-60125-CIV-SCOLA/SNOW

江门市奔力达

电路有限公司等

原告

诉

CIRCUITRONIX LLC,

被告。

_____/

要求进行庭外取证的传票

收件人： 以下公司的代表

中国出口信用保险公司（"中国信保"）

财富时代大厦

西城区丰汇园 11 号

中国北京市，邮编：100033

请注意，根据《联邦民事诉讼规则》第 4 条、第 28 条、第 30(b)(6) 条和第 45 条规定，被告 Circuitronix LLC 将通过案外人中国出口信用保险公司（"中国信保"）中同意代表中国信保作证并且了解附件 A 中所述事项的一名或多名高管人员、董事、管理代理人或其他人员，以口头询问方式对中国信保进行庭外取证。

庭外取证将于 **[ 日期和时间 ]** 在双方同意的位于中国北京、香港或双方同意的其他地点进行，在美国法律支持工作者、法庭记录员和公证人在场的情况下进行，或在法律授权在这些地点进行庭外录取证言的任何其他公证人或官员在场的情况下进行。

至少在庭外录取证言的五天前，你方应将回应本传票和附录 A 中要求的所有文件提供给所有记录在案的代理律师，并以电子方式传输或安排以硬拷贝形式提供该等文件。记录在案的代理律师将与你方协调准备。所有以电子方式存储的文件复本应以其"原始"电子格式（即不将其转换为 PDF）制作。 你方在准备这些复本前，可以要求对方提前支付合理的准备费用。

如果你方没有出场，则可能会构成藐视法庭。 以下律师传唤你方参加庭外取证。除非律师或法院有正当理由豁免执行本传票，否则你方应按照指示回应本传票。

如果你方是残疾人士，需要在本案诉讼中使用辅助用具，则你方有权免费使用我们提供的某些辅助用具。 在收到本传票后两个工作日内，请联系 Stephen F. Rosenthal 律师, 联系方式：PODHURST ORSECK, P.A., 1 SE 3rd Ave., Suite 2300, Miami, FL 33131, 电话：(305) 358-2800，电子邮件：srosenthal@podhurst.com。如果你方有听力或语音障碍，请致电 1-800-955-8771。

如果你方未能：

1、 按规定出场；

2、 提供附录 A 中所述的记录；和／或

3、 反对执行本传票；

你方可能会构成藐视法庭。 本传票上指明的律师传唤你方参加庭外取证。除非律师或法院有正当理由豁免执行本传票，否则你方应按照指示回应本传票。

2

日期： _____.

签署人：

| | |
|---|---|
| **PODHURST ORSECK, P.A.**<br>*Circuitronix, LLC 的共同代理律师*<br>SunTrust International Center<br>One S.E.3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>电话：305-358-2800<br><br>签署人：*Stephen F. Rosenthal*（签名）<br>Stephen F. Rosenthal<br>佛罗里达州律师执业证编号：0131458<br>srosenthal@podhurst.com<br>Robert C. Josefsberg<br>佛罗里达州律师执业证编号：040856<br>rjosefsberg@podhurst.com<br>Matthew Weinshall<br>佛罗里达州律师执业证编号：84783<br>mweishall@podhurst.com<br>Christina H. Martinez<br>佛罗里达州律师执业证编号：1029432<br>cmartinez@podhurst.com | **CHAUNCEY COLE, PA**<br>*Circuitronix, LLC 的共同代理律师*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>电话：          (786) 497-7053<br><br>签署人：*Chauncey D.Cole IV*（签名）<br>Chauncey D. Cole, IV 律师<br>佛罗里达州律师执业证编号：102184<br>chauncey.cole@coletrial.com<br><br> |

3

## 致中国出口信用保险公司（"中国信保"）的传票附录 A

### 关于

*江门市奔力达电路有限公司等诉 Circuitronix LLC，案件编号：21-60125*

### 定义

1. "**中国信保**"是指中国出口信用保险公司，及其任何现有、以前或相关的实体、子公司、分包商、**关**联公司、工厂、地点、部门、高管人员、董事、行政管理人员、代理人、员工、调查人员、律师或其他代表。

2. "**奔力达**"是指江门市奔力达电路有限公司。

3. "**原告**"是指江门市奔力达电路有限公司和 ROK Printed Circuit Co., Ltd.

4. "**被告**"或"**CTX**"是指 Circuitronix LLC

5. "**文件**"和"**材料**"应在最广泛的意义上使用，是指（且不限于）任何书面、印刷、打字、**复印、照相**、记录或以其他方式复制的通信或呈现方式，无论是否由字母、文字、数字、图片、声音或符号组成，或其任何组合。该定义包括同时或随后创建的具有任何不符合要求的注释或其他标记的文件副本。在不限制上述基本规定之前提下，"文件"包括但不限于所有文字、信函、备忘录、笔记、记录、电子邮件（包括其附件）、信件、信封、短信、电子邮件、电报、消息、研究、分析、合同、协议、**各种工作文件**、报表、条目、分类账、余额表、对账单、账目、分析记录、报告、调查摘要、商业信函、新闻报道、比较结果、书籍、日历、日记、文章、杂志、报纸、宣传册、宣传材料、小册子、通函、公告、通知、图纸、图表、说明、会议笔录或会议记录、或任何类型的其他通信，包括办公室之间和办公室内部的通信、问卷、调查、图表、图片、论文、索引、数据表、表格、手册、列表、照片、留声机录音、胶片、磁带、光盘、数据单元、磁鼓、由电子数据处理或文字处理设备存储或维护的信息打印输出，以及可以从中获取信息的所有其他数据汇编，包括但不限于电磁敏感存储介质（例如软盘和硬盘），以及上述各项的任何初步版本、草稿或修改版本。

## 庭外取证提问范围

1. 中国信保与奔力达之间可能涵盖奔力达对 CTX 可能提出的任何索赔的任何保险协议。

2. 奔力达已向中国信保提出的针对CTX的任何索赔。

3. 中国信保就上述第 2 项中确定的涉及 CTX 的任何索赔而向奔力达支付的任何款项。

4. 奔力达与中国信保之间关于 CTX 的任何转让协议。

5. 奔力达与中国信保之间关于 CTX 的任何通信。


## 要求提供的文件

1. 中国信保与奔力达之间可能涵盖奔力达对 CTX 可能提出的任何索赔的保险协议。

2. 与奔力达已向中国信保提出的针对 CTX 的任何索赔之相**关文件**。

3. 与中国信保就上述第 2 项中确定的涉及 CTX 的任何索赔而向奔力达支付的任何款项有关的文件。

4. 奔力达与中国信保之间关于 CTX 的转让协议。

5. 包含奔力达与中国信保之间关于 CTX 的任何通信的文件。



Date: 04/14/2022 201959-001

## CERTIFICATE OF ACCURACY

To whom it may concern:

A copy of the following documents was translated by a team of linguists qualified to read and translate this material.

- SUBPOENA FOR DEPOSITION DUCES TECUM (CASE NO. 21-60125-CIV-SCOLA/SNOW)
- LETTER OF REQUEST FORM

All documents are accurately translated from English into Chinese (simplified) to the best of our knowledge and belief.

Sincerely,

TRUSTED TRANSLATIONS, INC.

By
Project Manager

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me by means of __X__ physical presence - ____ online notarization this 14 day of April, 2022, by Briana Rapoza personally known __X__ or ____ produce identification. Type of Identification:..................

_____, Notary Public
My commission expires  10/23/22

---

66 West Flagler St., Suite 1200
Miami, FL 33130
www.trustedtranslations.com

Phone: (877) 255-0717
Fax: (888) 883-6408
sales@trustedtranslations.com