United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 21-60125-Civ-Scola ) |
| Circuitronix, LLC, Defendant. | ) ) |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Defendant's motion for the issuance of a letter of request to obtain evidence abroad (**ECF No. 64**) to United States Magistrate Judge Lurana S. Snow to be heard and determined, consistent with 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Magistrate Judge Rules.

**Done and ordered** in Miami, Florida, on April 18, 2022.

_____
Robert N. Scola, Jr.
United States District Judge