# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------X
JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., plaintiff,

   -against-

CIRCUITRONIX LLC, defendant.
---------------------------------------------------------X

Case No. 21-60125-Civ-Scola/Strauss

## Joint Motion for 30-Day Stay of Proceedings to Allow the Parties to Formalize Settlement Agreement

MAZZOLA LINDSTROM LLP
Jean-Claude Mazzola
Attorneys for plaintiff Benlida
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

This motion is made on consent of the parties. Plaintiff Benlida[1] and defendant Circuitronix, LLC reached an agreement in principle to settle this matter during mediation yesterday, June 1st, before mediator Joseph Farina, subject to formalization of the terms. [DE 80 - FINAL MEDIATION REPORT by Hon. Joseph P. Farina]. As Benlida (a Chinese manufacturer of printed circuit boards) and Circuitronix, LLC have, throughout this litigation continued to do business together, notwithstanding this commercial dispute that was brought before the court, and as a new manufacturing agreement needs to be entered into as part of the settlement agreement that will govern their future relationship (with a view to avoiding the problems that gave rise to this lawsuit), the parties expect that it may take several weeks to completely formalize the settlement agreement.

Once the settlement is formally documented in full, the parties intend to file a joint stipulation of dismissal of this case.

Of course, counsel will endeavor to formalize the settlement and new manufacturing agreements expeditiously, which will be complicated somewhat by the fact that Benlida is based in China, and so each draft of the documents will involve an extra day for turn-around.

Given the fact that the parties have agreed to settle this case, it would be a significant waste of the time and resources of the parties and the Court if the case continues unabated on the current schedule. The deadline for completion of discovery and expert reports is set for June 24, 2022. Several unresolved discovery motions are pending before the Court, and multiple witnesses are scheduled to be deposed over the next 30 days, including multiple witnesses who reside in China. Granting this request for a 30-day stay, to formalize the settlement and dismiss the action, will alleviate the need for the parties to expend significant resources on legal and

---

[1] In this motion, plaintiff employs the same abbreviations as previously used in the course of this litigation.

expert fees dedicated to these tasks, and the interruptions caused by depositions of their executives (all of which should be unnecessary in light of the settlement). In addition, granting the stay will remove the burden on the Court of considering and resolving the pending discovery motions, all of which will become moot once the case is dismissed.

As there are hundreds of thousands of pages of documents that have been exchanged in discovery, and each of the parties (who have retained experts to review the documents) wish to avoid further – and quite substantial – litigation expenses, we request that a stay be issued immediately, so that we can instruct our respective experts to postpone further work at this time, and the parties can focus our efforts on bringing about a resolution of the action.

## Conclusion

Accordingly, it is respectfully requested that the court issue an order staying all proceedings for thirty days.

## Certification

Counsel defendant CTX joins in this motion.

Dated:  New York, New York
        June 2, 2022                                    Respectfully submitted,

                                                        MAZZOLA LINDSTROM LLP
                                                        By: */s/ Jean-Claude Mazzola*
                                                        Jean-Claude Mazzola
                                                        Attorneys for plaintiff Benlida
                                                        1350 Avenue of the Americas, 2nd Floor
                                                        New York, NY 10019
                                                        646.250.6666
                                                        jeanclaude@mazzolalindstrom.com

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 2, 2022 as filed with the Clerk of the Court using CM/ECF.

By: */s/ Jean-Claude Mazzola*