**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE STIPULATION OF DISMISSAL**

The Parties (collectively, plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., and defendant Circuitronix, LLC) hereby jointly request a 14-day extension of time to file a stipulation of dismissal of this action pursuant to Rule 6 of the Federal Rules of Civil Procedure. In support of this motion, the Parties hereby state as follows:

1. The Parties agreed to settle this case during a mediation held on June 1, 2022, with mediator Hon. Joseph P. Farina. [DE 80-81].

2. Accordingly, the Court granted the Parties' request to stay the action and entered an Order on June 3, 2022, administratively closing the case, directing the Parties to file a stipulation of dismissal by July 8, 2022, and providing any party leave to move to reopen the case following problems in reaching a final settlement agreement. [DE 83].

3. The Court subsequently granted the Parties' two separate requests to extend the deadline to file the stipulation of dismissal, first to August 8, 2022, and again to September 7, 2022. [DE 87, DE 89].

1

4.  The Parties' settlement agreement required formalization of the terms in a long form settlement agreement, including a detailed new manufacturing agreement that will govern the Parties' ongoing business relationship. The Parties have been working diligently to complete the required documents formalizing the settlement and have made progress on a number of points. However, they additional time to close out the remaining details.

5.  As a result, the Parties hereby jointly request a 14-day extension of time to file a stipulation of dismissal, to September 21, 2022.

6.  Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, when "an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

7.  The Court has broad discretion to grant such requests, particularly where, as here, the request is made before the expiration of the original deadline. *See, e.g., Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995) ("the district court is granted broad discretion to expand filing deadlines"). Further, granting such a request is particularly appropriate where the parties jointly request the extension.

8.  As the case remains administratively closed, the requested extension will not result in any prejudice to the Parties or to the Court. It will not impact or require revision of any existing case schedule or impair the rights of any Party in the case.

9.  The Parties respectfully request this modest extension in good faith, and not for any improper or dilatory purpose.

## CONCLUSION

Accordingly, the Parties respectfully request that the Court grant this motion and grant leave to file a stipulation of dismissal on or before September 21, 2022.

Dated: September 7, 2022                                                                 Respectfully submitted,

| **MAZZOLA LINDSTROM LLP**<br>*Attorneys for Plaintiff Benlida*<br><br>By: */s/ Jean-Claude Mazzola*<br>Jean-Claude Mazzola<br>1350 Avenue of the Americas, 2nd Floor New York, NY 10019<br>646.250.6666<br>jeanclaude@mazzolalindstrom.com | **PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br><br>By: */s/ Stephen F. Rosenthal*<br>Stephen F. Rosenthal, Esq.<br>Florida Bar No. 0131458<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 3313<br>305.358.2800<br>srosenthal@podhurst.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on September 7, 2022.

By:  */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola