## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-60125-CIV-SCOLA/SNOW

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

### MOTION TO RESTORE CASE TO ACTIVE CALENDAR

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. hereby requests that this case be restored to the active calendar, and that motions that were pending at the time this case was marked off calendar be restored. Benlida further requests that the Court grant such other and further relief as it may deem just. In support of this motion, plaintiff Benlida states as follows:

1.      Subject to the parties reaching an agreement as to the terms of their ongoing business relationship, and entering into a new contract, the parties agreed to settle this case during a mediation held on June 1, 2022, with mediator Hon. Joseph P. Farina. (DE 80-81). Unfortunately, the parties have not reached a final resolution of the outstanding issues.

2.      While the parties have an on-going business relationship, the terms that remain unresolved, in sum, involve an acceptable pricing structure that would extend beyond the near term, and extend several years hence.

1

3.      Owing to the unpredictability of the pricing in the future, and due to the volatility of the market, the parties have not reached a meeting of the minds, and Benlida respectfully requests that the case be restored to the active calendar.

4.      Presently before the Court is a motion that was interposed on September 7, 2022 (DE 90), requesting a further two-week extension of time, in order that the parties could continue negotiating a resolution of the case. However, as the parties have not yet reached a meeting of the minds, and as the court has not yet decided that motion, it is respectfully requested that the September 9th motion (DE 90) be deemed moot, and that this case be restored to active status, and that the following motions be taken up and decided:

- Defendant Circuitronix's motion for Issuance of Letter Request to Obtain Evidence Abroad (DE 64).

- Defendant Circuitronix's motion to compel Benlida witnesses to appear in person for depositions in the Southern District of Florida (DE 66).

- Plaintiff Benlida's cross-motion for a protective order to permit its China-domiciled witnesses to be deposed via Zoom or the like (DE 67).

**CONCLUSION**

Accordingly, the Benlida respectfully requests that the Court grant this motion and restore this case to the active calendar. Benlida further requests that the Court grant such other and further relief as it may deem just.

## CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Benlida certifies that we have conferred with counsel for defendant Circuitronix in a good faith effort to reach agreement on the issues raised in this motion, and we have been unable to do so. It is Circuitronix's position, which we expect it shall brief to the Court, that there is an enforceable settlement agreement. Circuitronix further advises, however, that it would not oppose the Court granting an additional period, not to exceed 21 days, to complete settlement negotiations.

Dated: September 21, 2022                                        Respectfully submitted,

**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff Benlida*

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on September 21, 2022.

By: */s/ Jean-Claude Mazzola*
           Jean-Claude Mazzola