UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/SNOW

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Parties (Plaintiff, Jiangmen Benlida Printed Circuit Co., Ltd., and Defendant, Circuitronix, LLC) hereby jointly and respectfully request a 14 day extension of time to file a stipulation of dismissal of this action. In support hereof, the Parties hereby state as follows:

1. The Parties agreed to settle this case during mediation held on June 1, 2022, with mediator, Hon. Joseph P. Farina. [DE 80-81].

2. Accordingly, the Court granted the Parties' request to stay the action, and entered an Order on June 3, 2022, administratively closing the case, and directing the Parties to file a stipulation of dismissal by July 8, 2022. [DE 83]. The Court subsequently granted the Parties' requests to extend the deadline to file the stipulation of dismissal to August 8, 2022, September 7, 2022, and October 12, 2022. [DE 87, 89, 92].

3. The Parties' settlement agreement required formalization of the terms in a long form settlement agreement, including a detailed new manufacturing agreement that will govern

the Parties' ongoing business relationship. The Parties have been working diligently to complete the required documents formalizing the settlement; however, due to the complexity of the agreement, as well as the challenges of transpacific communications, with a 12-hour time difference and language barrier, the Parties require additional time to complete the agreement and dismiss this action. The Parties have made substantial progress and are significantly closer to finalizing the required documentation, but require additional time to bring the deal to its conclusion.

4. Accordingly, the Parties hereby jointly request a 14-day extension of time to file a stipulation of dismissal, to October 26, 2022.

5. Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, when "an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

6. The Court has broad discretion to grant such requests, particularly where, as here, the request is made before the expiration of the original deadline. *See, e.g., Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995) ("the district court is granted broad discretion to expand filing deadlines"). Further, granting such a request is particularly appropriate where the parties jointly request the extension.

7. As the case remains administratively closed, the requested extension will not result in any prejudice to the Parties or to the Court. It will not impact or require revision of any existing case schedule, or impair the rights of any Party in the case.

8. The Parties respectfully request this modest extension in good faith, and not for any improper or dilatory purpose.

## CONCLUSION

Accordingly, the Parties respectfully request that the Court grant this motion and grant leave to file a stipulation of dismissal on or before October 26, 2022.

Dated: October 12, 2022                                                                 Respectfully submitted,

| **MAZZOLA LINDSTROM LLP** | **CHAUNCEY COLE, PA** |
|---|---|
| *Attorneys for Plaintiff Benlida* | *Co-Counsel for Circuitronix, LLC* |
|  | 9100 South Dadeland Blvd., Suite 1553 |
| By: */s/ Jean-Claude Mazzola* | Miami, Florida 33156 |
| Jean-Claude Mazzola | Tel.:    (786) 497-7053 |
| 1350 Avenue of the Americas, 2nd Floor New York, NY 10019 |  |
| 646.250.6666 | By: /s/ *Chauncey D. Cole IV* |
| jeanclaude@mazzolalindstrom.com | Chauncey D. Cole, IV, Esq. |
|  | Florida Bar No. 102184 |
|  | chauncey.cole@coletrial.com |
|  |  |
|  | and |
|  | **PODHURST ORSECK, P.A.** |
|  | *Co-Counsel for Circuitronix, LLC* |
|  | SunTrust International Center |
|  | One S.E. 3rd Avenue, Suite 2300 |
|  | Miami, Florida 33131 |
|  | Tel.: 305-358-2800 |
|  |  |
|  | Stephen F. Rosenthal |
|  | Florida Bar No. 0131458 |
|  | srosenthal@podhurst.com |
|  | Robert C. Josefsberg |

3

|  | Florida Bar No. 040856 rjosefsberg@podhurst.com Matthew Weinshall Florida Bar No. 84783 mweishall@podhurst.com Christina H. Martinez Florida Bar No. 1029432 cmartinez@podhurst.com |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on October 12, 2022.

By: /s/ *Chauncey D. Cole IV*
Chauncey D. Cole IV