**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Parties (Plaintiff, Jiangmen Benlida Printed Circuit Co., Ltd., and Defendant, Circuitronix, LLC) hereby jointly and respectfully request a 4 day extension of time to file a stipulation of dismissal of this action. In support hereof, the Parties hereby state as follows:

1. The Parties agreed to settle this case during mediation held on June 1, 2022, with mediator, Hon. Joseph P. Farina. [DE 80-81].

2. Accordingly, the Court granted the Parties' request to stay the action, and entered an Order on June 3, 2022, administratively closing the case, and directing the Parties to file a stipulation of dismissal by July 8, 2022. [DE 83]. The Court subsequently granted the Parties' requests to extend the deadline to file the stipulation of dismissal to August 8, 2022, September 7, 2022, October 12, 2022, October 26, 2022, and October 31, 2022. [DE 87, 89, 92, 96].

3. The Parties' settlement agreement required formalization of the terms in a long form settlement agreement, including a detailed new manufacturing agreement that will govern

1

the Parties' ongoing business relationship. The Parties have been working diligently to complete the required documents formalizing the settlement and are nearing completion; however, due to the complexity of the agreement, as well as the challenges of transpacific communications, with a 12-hour time difference and language barrier, the Parties require additional time to complete the agreement and dismiss this action. The Parties have made substantial progress and are at the point of finalizing the required documentation, but require additional time to bring the deal to its conclusion.

4. Accordingly, the Parties hereby jointly request a 4-day extension of time to file a stipulation of dismissal, to Friday, November 4, 2022.

5. Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, when "an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

6. The Court has broad discretion to grant such requests. *See, e.g., Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995) ("the district court is granted broad discretion to expand filing deadlines"). Further, granting such a request is particularly appropriate where the parties jointly request the extension.

7. As the case remains administratively closed, the requested extension will not result in any prejudice to the Parties or to the Court. It will not impact or require revision of any existing case schedule, or impair the rights of any Party in the case.

8. The Parties respectfully request this modest extension in good faith, and not for any improper or dilatory purpose.

## **CONCLUSION**

Accordingly, the Parties respectfully request that the Court grant this motion and grant leave to file a stipulation of dismissal on or before November 4, 2022.


Dated: November 1, 2022                                              Respectfully submitted,


| **MAZZOLA LINDSTROM LLP** | **CHAUNCEY COLE, PA** |
|---|---|
| *Attorneys for Plaintiff Benlida* | *Co-Counsel for Circuitronix, LLC* |
| | 9100 South Dadeland Blvd., Suite 1553 |
| By: */s/ Jean-Claude Mazzola* | Miami, Florida 33156 |
| Jean-Claude Mazzola | Tel.:   (786) 497-7053 |
| 1350 Avenue of the Americas, 2nd Floor New York, NY 10019 | |
| 646.250.6666 | By: /s/ *Chauncey D. Cole IV* |
| jeanclaude@mazzolalindstrom.com | Chauncey D. Cole, IV, Esq. |
| | Florida Bar No. 102184 |
| | chauncey.cole@coletrial.com |
| |  |
| | and |
| | **PODHURST ORSECK, P.A.** |
| | *Co-Counsel for Circuitronix, LLC* |
| | SunTrust International Center |
| | One S.E. 3rd Avenue, Suite 2300 |
| | Miami, Florida 33131 |
| | Tel.: 305-358-2800 |
| | |
| | Stephen F. Rosenthal |
| | Florida Bar No. 0131458 |
| | srosenthal@podhurst.com |
| | Robert C. Josefsberg |

4

|  | Florida Bar No. 040856<br>rjosefsberg@podhurst.com<br>Matthew Weinshall<br>Florida Bar No. 84783<br>mweishall@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on November 1, 2022.

By: /s/ *Chauncey D. Cole IV*
 Chauncey D. Cole IV