UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/SNOW

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Parties (Plaintiff, Jiangmen Benlida Printed Circuit Co., Ltd., and Defendant, Circuitronix, LLC) hereby jointly and respectfully request a three-day extension of time to file a stipulation of dismissal of this action. In support hereof, the parties incorporate the representations made in the prior motions for an enlargement of time, with the following further explanation as to why additional time is needed, as directed by this Court in its November 3, 2022 docket order.

1. The parties have finalized their settlement agreement and incorporated Revised Manufacturing Agreement ("RMA") that will govern substantially all aspects of their commercial partnership for the next decade, as discussed in detail in the parties' joint motion of November 4, 2022 (DE 99).

2. The parties' settlement is, by agreement, contingent upon CTX's review and approval of Benlida's auditor-certified financial statements for 2021, and financial statements for Q1, Q2, and Q3 of 2022. The parties have ageed that this requirement is necessary to demonstrate

proof of Benlida's financial stability, more specifically, the absence of short- to medium-term risk of insolvency or financial collapse. This term is essential because CTX has agreed to make a substantial cash investment in Benlida in connection with the settlement.

3. The required financial statements were originally produced in Chinese, and had to be translated prior to being transmitted to CTX for review. At considerable expense, Benlida directed that the financials be translated into English in anticipation of the closing of the settlement agreement. The translation was accomplished on an expedited basis, and Benlida's counsel had a bilingual CPA double-check the translation and confirm its accuracy.

4. However, due to these challenges of translating the financial statements from Chinese and ensuring the accuracy of the fully translated results before transmission, it took slightly longer than anticipated for CTX to receive the financial statements. The translated financial statements were provided to CTX on the afternoon of Wednesday, November 9, 2022.

5. The parties' settlement agreement provides for CTX to have 5 business days to review and approve the financial statements. CTX is currently reviewing the financial statements with its professional advisors, on an expedited basis. However, having received the documents on November 9, and with Friday, November 11, having been a federal holiday (Veteran's Day), CTX requires additional time to complete its review and approval process. Accordingly, we respectfully request a three-day extension of time, to November 17, 2022, to file a stipulation of dismissal of this action.

6. With sincere apologies to the Court for the number of times that it has been necessary to request additional time to address new and unforeseen challenges in negotiating and finalizing the settlement agreement and RMA, we must again request a short extension of time to finally resolve this case. The parties and their attorneys are working extraordinarily hard to get

this deal done; and we are mindful of the Court's admonition to provide further justification for any further extensions of time.   We respectfully – and on behalf of our clients, apologetically – request an additional three days to complete the deal.

## **CONCLUSION**

Accordingly, the Parties respectfully request that the Court grant this motion and grant leave to file a stipulation of dismissal on or before November 17, 2022.

Dated: November 14, 2022                                        Respectfully submitted,

| **MAZZOLA LINDSTROM LLP**<br>*Attorneys for Plaintiff Benlida*<br><br>By: */s/ Jean-Claude Mazzola*<br>Jean-Claude Mazzola<br>1350 Avenue of the Americas, 2nd Floor New York, NY 10019<br>646.250.6666<br>jeanclaude@mazzolalindstrom.com | CHAUNCEY COLE, PA<br>*Co-Counsel for Circuitronix, LLC*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>Tel.:    (786) 497-7053<br><br>By: /s/ *Chauncey D. Cole IV*<br>Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com<br><br><br><br>and<br><br>**PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131 |

|  | Tel.: 305-358-2800 <br><br> Stephen F. Rosenthal <br> Florida Bar No. 0131458 <br> srosenthal@podhurst.com <br> Robert C. Josefsberg <br> Florida Bar No. 040856 <br> rjosefsberg@podhurst.com <br> Matthew Weinshall <br> Florida Bar No. 84783 <br> mweishall@podhurst.com <br> Christina H. Martinez <br> Florida Bar No. 1029432 <br> cmartinez@podhurst.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on November 14, 2022.

By: /s/ *Chauncey D. Cole IV*
Chauncey D. Cole IV