UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/SNOW

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL
TO A DATE DEEMED REASONABLE BY THE COURT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Parties (Plaintiff, Jiangmen Benlida Printed Circuit Co., Ltd. ("BLD"), and Defendant, Circuitronix, LLC ("CTX")) hereby jointly and respectfully request an an extension to file a stipulation of dismissal of this action. In support hereof, the parties incorporate the representations made in the prior motions for an enlargement of time, with the following further explanation as to why additional time is needed, as directed by this Court in its November 3, 2022 docket order.

1. The parties finalized a settlement agreement and incorporated Revised Manufacturing Agreement ("RMA") that will govern substantially all aspects of their commercial partnership for the next decade, as discussed in detail in the parties' joint motion of November 4, 2022 (DE 99).[1]

---

[1] If it would be beneficial to the Court, the parties are prepared to file copies of the settlement agreement and RMA under seal.

2. However, the parties' settlement was, by agreement, contingent upon CTX's review and approval of BLD's auditor-certified financial statements for 2021, and financial statements for Q1, Q2, and Q3 of 2022. The parties agreed that this requirement was necessary to demonstrate proof of BLD's financial stability, more specifically, the absence of short- to medium-term risk of insolvency or financial collapse. This term was essential because CTX has agreed to make a substantial cash investment in BLD in connection with the settlement.

3. The required financial statements were originally produced in Chinese, and had to be translated prior to being transmitted to CTX for review. At considerable expense, BLD directed that the financials be translated into English in anticipation of the closing of the settlement agreement. The translation was accomplished on an expedited basis, and BLD's counsel had a bilingual CPA double-check the translation and confirm its accuracy.

4. The translated financial statements were provided to CTX on the afternoon of Wednesday, November 9, 2022.

5. The parties' settlement agreement provided for CTX to have 5 business days to review and approve the financial statements. Accordingly, CTX carefully reviewed the financial statements with its professional advisors, on an expedited basis. In the course of this due diligence, CTX flagged a number of issues concerning the risk of financial instability and insolvency that, in CTX's view, required additional due diligence.

6. In an effort to complete the transaction on schedule, CTX and BLD agreed to have a direct principal-to-principal meeting by Zoom on the morning of November 17, 2022 at 8:30 am EST (9:30 pm in China). The meeting lasted about three hours, and the parties were able to make substantial progress in addressing the outstanding concerns about BLD's financial condition. However, in light of these concerns, CTX exercised its option to void the agreement. It is Benlida's

view that the voiding of the agreement is a nullity. Nonetheless, the parties have agreed in principle to proceed on the same settlement terms, with a modification to allow additional time for financial due diligence. The parties are presently attempting to coordinate further Zoom meetings with the aim of answering CTX's questions and addressing its concerns regarding BLD's finances. This is complicated by the fact that the parties and the attorneys are operating in multiple time zones, across China, Europe, and the United States, and the parties are having further conversations with financial consultants / CPA's who are located in various other time zones.

7. It is CTX's belief that an extension to November 29th is needed to file a stipulation of dismissal of this action. However, it is Benlida's position that this should be resolved within 3 business days, and request an extension to Tuesday, November 22nd. Both parties defer to the Court's wisdom.

8. With sincere apologies to the Court for the number of times that it has been necessary to request additional time to address new and unforeseen challenges in negotiating and finalizing the settlement agreement and RMA, we must again request an extension of time to try to resolve this case. The parties and their attorneys are working extraordinarily hard to get this deal done; and we are mindful of the Court's admonition to provide further justification for any further extensions of time.

## **CONCLUSION**

Accordingly, the Parties respectfully request that the Court grant this motion and grant an extension of time to such date as the Court deems reasonable to file a stipulation of dismissal.

Dated: November 17, 2022                                        Respectfully submitted,

| | |
|---|---|
| **MAZZOLA LINDSTROM LLP**<br>*Attorneys for Plaintiff Benlida*<br><br>By: */s/ Jean-Claude Mazzola*<br>Jean-Claude Mazzola<br>1350 Avenue of the Americas, 2nd Floor New York, NY 10019<br>646.250.6666<br>jeanclaude@mazzolalindstrom.com | **CHAUNCEY COLE, PA**<br>*Co-Counsel for Circuitronix, LLC*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>Tel.:   (786) 497-7053<br><br>By: /s/ *Chauncey D. Cole IV*<br>Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com<br><br><br><br>and<br><br>**PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-2800<br><br>Stephen F. Rosenthal<br>Florida Bar No. 0131458<br>srosenthal@podhurst.com<br>Robert C. Josefsberg<br>Florida Bar No. 040856<br>rjosefsberg@podhurst.com<br>Matthew Weinshall<br>Florida Bar No. 84783<br>mweishall@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on November 17, 2022.

                                                    By:  /s/ *Chauncey D. Cole IV*
                                                       Chauncey D. Cole IV