United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Plaintiff, <br><br> v. <br><br> Circuitronix, LLC, Defendant. | ) ) ) ) ) Civil Action No. 21-60125-Civ-Scola ) ) ) |

### Order Referring Motion to Magistrate Judge

The Court **refers** the Plaintiff's motion to enforce the parties' settlement agreement (**ECF No. 104**) to United States Magistrate Judge Jonathan Goodman for either an order or a report and recommendations, consistent with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of the Local Magistrate Judge Rules.

**Done and ordered** in Miami, Florida, on November 29, 2022.

_____
Robert N. Scola, Jr.
United States District Judge