**United States District Court**
**Southern District of Florida**

Case No. 21-60125-CIV-Scola/Snow

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., plaintiff,

    v.

CIRCUITRONIX, LLC, defendant.

**Motion Requesting Permission for Certain Benlida Witnesses**
**to be Allowed to Attend Hearing Remotely, or Alternatively to**
**Reschedule Hearing for Earlier Date in January**

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida" or "BLD"), by the law firm of Mazzola Lindstrom LLP, and counsel of record Jean-Claude Mazzola, hereby moves for an order allowing certain Benlida witnesses – specifically, Benlida officers Huang Sulan ("Tracy") and Wu Yukun ("Roger"), and Huang Hanchao ("Douglas") – to attend the scheduled evidentiary hearing, currently scheduled for January 24, 2023 at 9:00 am. In the alternative, Benlida requests an early January hearing date. I state the following facts under penalty of perjury, pursuant ot 28 U.S.C. § 1746.

    1.    As the court will recall, on November 28, 2022, Benlida filed a motion to enforce the settlement agreement entered into by the parties, and on November 30th, the court issued a paperless order scheduling an evidentiary hearing, stating that "CTX is required to bring as witnesses all persons involved in the decision to send the November 17, 2022 'Notice of Termination of Settlement Agreement' letter."

    2.    While the paperless order of November 30th scheduled the hearing for December 14th, on December 1st Circuitronix requested an adjournment of the hearing, which – as Circuitronix noted in its application – was opposed by Benlida. On the same day, this court adjourned the hearing to January 24, 2023 at 9:00 am.

1

3.  Based upon the terms of the original order, it is Benlida's belief that its own witnesses directors and officers are not required at the hearing. Nevertheless, it may be necessary to call certain Benlida witnesses in order to rebut statements made by Circuitronix witnesses, should there be testimony at the hearing about what was stated during the Zoom conference call that took place on the morning of November 17th, or to otherwise rebut testimony from Circuitronix witnesses. As Benlida's witnesses would only be necessary for rebuttal, it is respectfully requested that they be permitted to attend via Zoom (or the like, such as via Teams Meeting).[1]

4.  In the event that the Benlida's witnesses cannot attend by Zoom or the like, it is respectfully requested that the hearing be moved to an early date in January, because, upon their return to China, the Benlida witnesses would still be required to quarantine. Though China has recently eased certain restrictions, the rules applicable to those returning to China are still onerous, with at least a five-day quarantine still required. See "China Travel Restrictions & Travel Advisory (Updated December 8, 2022)" at link.

5.  Chinese New Year, a weeklong national holiday in China, begins on Sunday, January 22, 2023. If required to travel for the January 24th hearing, the Benlida witnesses would lose out on their entire holiday and vacation.

6.  We respectfully requrest that the Benlida witnesses, all of whom are officers of the company, either be permitted to attend the January 24th hearing remotely, via Zoom (or the

---

[1] Tracy Huang is the sales director for Benlida; Roger Wu is the accounting/finance manager; Douglas Huang is director of operations. We note that while they all understand English, Roger Wu would require a Cantonese translator (or at least a Mandarin translator), while Tracy and Douglas are fluent English speakers. We understand that cumulative testimony would neither be allowed nor appreciated, and that – if necessary – we would therefore expect to call only Ms. Huang in rebuttal, as she is the most fluent. However, depending on what is elicited by Circuitronix, the game plan (so to speak) may change. Benlida also expects to have in attendance, in person, its forensic accountant Randall Paulikens, CPA.

like), or telephone-only (should the court prefer); in the alternative, Benlida respectfully requests that the court reschedule the three-hour hearing for an earlier date in January.

7. We have consulted with counsel for Circuitronix, who advises that January 11, 12, and 13 would work, if an earlier date were to be scheduled. (Counsel also advised that the week of January 16th would work for Circuitronix; however, that week poses the same problem for Benlida because of the quarantine requirement upon their witnesses' return to China). Accordingly, Benlida respectfully requests that the hearing be conducted on January 11, 12, or 13, in the event the court declines to permit Benlida witnesses to appear remotely.

## Certification

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Benlida certifies that I have conferred with opposing counsel Stephen Rosenthal, who advises that he consents to the relief sought herein, with the proviso that Circuitronix's agreement that Benlida may appear remotely for the hearing is not a waiver of its right to require in-person attendance of Benlida witnesses in the event that the termination of the settlement agreement is upheld and the case proceeds to further discovery and trial.

Dated: New York, New York
      December 14, 2022　　　　　　　　　　Respectfully submitted,

**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff Benlida*

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on December 14, 2022.

By: /s/ *Jean-Claude Mazzola*___
Jean-Claude Mazzola