# EXHIBIT 1
Declaration of Chauncey D. Cole IV

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

      Plaintiff,

v.

CIRCUITRONIX LLC,

      Defendant.

_____/

## <u>DECLARATION OF CHAUNCEY D. COLE IV</u>

1.      I am a member of the Bar of the State of Florida and I am owner and managing partner of the law firm Chauncey Cole, PA.  I have been a member of the Florida Bar since 2013 and a member of the New York Bar since 2007.  In addition, I am admitted to practice law in the United States District Court, Southern District of Florida, and the United States District Court, Southern District of New York. I make the following declaration based upon my personal knowledge.

2.      CTX shall be filing a motion for leave to file several confidential documents under seal in connection with its Response to Motion to Reopen and Enforce Settlement Agreement ("Response"), namely:

        a.      A true and correct copy of the Settlement Agreement between the parties, referenced in the Response as **Exhibit A** in CTX's Response;

        b.      A true and correct copy of the Revised Manufacturing Agreement, referenced in the Response as **Exhibit B** in CTX's Response;

        c.      A true and correct copy of a draft of the Settlement Agreement, referenced in the Response as an attachment to the email attached hereto as **Exhibit C**;

       d.      A true and correct copy of the financial documents CTX received from Benlida, referenced in the Response as an attachment to the email attached hereto as **Exhibit F**; and

       e.      A true and correct copy of spreadsheets CTX compiled to present the financial information Benlida provided CTX, referenced in the Response as an attachment to the email attached hereto as **Exhibit G**.

3.      A true and correct copy of an email string dated October 25, 2022 that I received from JC Mazzola is attached hereto as **Exhibit C**.

4.      A true and correct copy of an email string dated October 25, 2022 that I received from Stephen Rosenthal is attached hereto as **Exhibit D**.

5.      A true and correct copy of an email string dated October 26, 2022 that I received from JC Mazzola is attached hereto as **Exhibit E**.

6.      A true and correct copy of an email string dated November 9, 2022 that I received from JC Mazzola is attached hereto as **Exhibit F**.  The attachments are the subject of a motion to file under seal.

7.      A true and correct copy of an email that I sent on November 17, 2022 at 8:55 a.m. is attached hereto as **Exhibit G**.  The attachments are the subject of a motion to file under seal.

8.      A true and correct copy of the email that I sent on November 16, 2022 at 7:26 p.m. is attached hereto as **Exhibit H**.

9.      A true and correct copy of an email that I sent on November 17, 2022 at 4:31 p.m., along with its attached Notice of Termination, is attached hereto as **Exhibit I**.

10.      A true and correct copy of an email that I sent on November 17, 2022 at 7:31 p.m., along with its attached draft of a joint motion, is attached hereto as **Exhibit J**.

11.      A true and correct copy of the email string that I sent on November 21, 2022 at 2:46 p.m. is attached hereto as **Exhibit K**.

12.      A true and correct copy of an email string dated November 17, 2022 that I received from JC Mazzola is attached hereto as **Exhibit L**.

13.      A true and correct copy of an email string that I forwarded on November 22, 2022 at 12:41 a.m. is attached hereto as **Exhibit M**.

### <u>VERIFICATION</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Chauncey D. Cole IV
Executed on December 19, 2022

**EXHIBIT A**
**Settlement Agreement**

**[confidential and to be filed under seal]**

**EXHIBIT B**
**Revised Manufacturing Agreement**

**[confidential and to be filed under seal]**

**EXHIBIT C**
**Email String dated October 25, 2022**
**from JC Mazzola**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> |
| **Sent:** | Tuesday, October 25, 2022 10:52 AM |
| **To:** | Chauncey Cole; STEPHEN F. ROSENTHAL |
| **Cc:** | Richard Lerner; AGUAN@GECPAS.COM |
| **Subject:** | RE: Benlida adv. CTX |
| **Attachments:** | Manufacturing Agreement - BLD v. CTX (Final)(10.21) JCM, 1.docx; Settlement Agreement - BLD v. CTX (10-25-22)  JCM, 1.docx |

Hello – Please see attached.  On the settlement agreement I have proposed what I think are minor revisions.  We did discuss the addition of the wire details, the addition of the word "reasonably" before "determines" and the striking of "sole," and expanding the Confidentiality section to include the financials that Benlida will be sharing with CTX.  I did modify paragraph 3. b. so that when CTX's prepay obligations have ended, so does Benlida's with respect to sharing financials which I think makes sense. On the Manufacturing Agreement, at paragraph 1.6 b) I added language that reflects that Benlida's representation is being made after having "exercised all due diligence".  I have noted the changes in highlighted and strikethrough.  I do recall that CTX was going to add some additional language regarding the tolling as it relates to the customer list which I did not add.  I also recall that there was discussion about "3 days" in connection with that.  Our side's only issue is that the "3 days" be Chinese Business Days.  We have the financials and are in the process of translating to English.   Please review and get back to us your soonest.  Thank you and thank you for your assistance with this,  JCM



## Jean-Claude Mazzola

Attorney

Mazzola Lindstrom LLP

1350 Avenue of the Americas, 2nd Floor  New York, NY 10019

M: +1 (646) 250-6666 |O: +1 (646) 216-8585

jeanclaude@mazzolalindstrom.com

---

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:15 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Sure, let's do 1:30.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com

Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 9:14 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. CTX

Can you do 1PM or 130PM?  Please let me know.  Thank,  JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:13 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Hi JC,

     Stephen and I are generally available this afternoon.  Do you want to set up a call at 12:30?

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553

Miami, FL 33156
[chauncey.cole@coletrial.com](mailto:chauncey.cole@coletrial.com)
Direct: 786-497-7053
Mobile: 518-229-2782



---

**From:** Jean-Claude Mazzola <[jeanclaude@mazzolalindstrom.com](mailto:jeanclaude@mazzolalindstrom.com)>
**Date:** Monday, October 24, 2022 at 8:41 AM
**To:** Chauncey Cole <[chauncey.cole@coletrial.com](mailto:chauncey.cole@coletrial.com)>, "[srosenthal@podhurst.com](mailto:srosenthal@podhurst.com)" <[SROSENTHAL@podhurst.com](mailto:SROSENTHAL@podhurst.com)>
**Cc:** Richard Lerner <[Richard@mazzolalindstrom.com](mailto:Richard@mazzolalindstrom.com)>
**Subject:** Benlida adv. CTX

Gents – Are you available for a call today?  We did discuss with our clients, and they are generally in agreement with all.  I do have couple of questions that I think would be more efficient via telephone.  Thank so much.  JCM



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
[jeanclaude@mazzolalindstrom.com](mailto:jeanclaude@mazzolalindstrom.com)

**Attachment to EXHIBIT C**
**Draft of Settlement Agreement**

**[confidential and to be filed under seal]**

**EXHIBIT D**

**Email string dated October 25, 2022
from Stephen Rosenthal (partially redacted)**

## STEPHEN F. ROSENTHAL

| | |
|---|---|
| **From:** | STEPHEN F. ROSENTHAL |
| **Sent:** | Tuesday, October 25, 2022 8:42 PM |
| **To:** | Jean-Claude Mazzola; Richard Lerner; AGUAN@GECPAS.COM |
| **Cc:** | Chauncey Cole |
| **Subject:** | RE: Benlida adv. CTX - [confidential settlement privileged communication] |
| **Attachments:** | Settlement Agreement - BLD v. CTX (10-25-22 CTX redline).docx |

JC, Rich and Angela,

We have spoken to our client, and Benlida's request to modify the language in Section 3.a. of the Settlement Agreement—where Benlida is giving CTX threshold assurances of its financial health—in a way that would limit CTX's discretion to decide that this long-term deal presents too great a financial risk for it, has unfortunately been counterproductive.  Your proposed changes have conveyed an unhelpful message to CTX that only increases its concern.

If Benlida is confident in its own financial position, then it should either just accept that provision as written in the attached draft, or it should provide CTX with the requested financials right away, in advance of the signing of the Agreement, to give CTX appropriate assurances (and we can jointly ask Judge Scola for another week's time).  Either way, CTX will agree to treat those documents as confidential, as Benlida has requested.  Prior to you having sent additional redlines to the Settlement Agreement, we had drafted and inserted a comparable provision (in redline in Section 3) to accomplish that confidentiality request.  We have also added the phrase into Section 8 regarding confidentiality of those documents that you requested in your draft.  If Benlida is willing to provide the financials in advance of the closing of the deal, CTX will of course agree to keep them confidential and a freestanding agreement can be drawn up for that purpose.  Let us know.

Similarly, Benlida's request to delete its previously agreed-to obligation (in Section 3.b.) to provide updated financials on a quarterly basis throughout the period that CTX was agreeing to make settlement payments to Benlida is also unacceptable.  That change in position (from the one you communicated as recently as our call yesterday) only underscores the importance of Benlida giving CTX insight into its financial stability.

Aside from those primary issues, there are four other issues to discuss:

1. We inserted language in redline in Sections 1.4 and 1.5 of the Revised Manufacturing Agreement for the issues regarding the exclusive customers that we discussed during yesterday's phone call.

2. Regarding Benlida's new proposed language about the exercise of due diligence in Section 1.6(b) of the Revised Manufacturing Agreement, CTX can accept it if it's moved it in that sentence as set forth below in red, since it is Benlida's representation, not something CTX could independently know:



3. In Section 2.4 of the Revised Manufacturing Agreement, CTX wishes to add the line in red to eliminate a possible ambiguity:

███████████████████████████████████████████████

4.  Please note that in the draft of the Revised Manufacturing Agreement that Benlida had approved, there are blanks that CTX was waiting for Benlida to fill in for the "Cost Change Parameters" spreadsheet in Schedule B (page 25), specifically the "Remark" field for tin cost, copper cost, and exchange rate, to confirm that the parties are on the same page on this set of variables.  Please have Benlida send the information it believes should be plugged in.

Regards,

Stephen

Stephen F. Rosenthal I Partner I Podhurst Orseck, P.A. I Miami, FL I 305-358-2800 I www.podhurst.com

---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Tuesday, October 25, 2022 10:52 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Subject:** RE: Benlida adv. CTX

Hello – Please see attached.  On the settlement agreement I have proposed what I think are minor revisions.  We did discuss the addition of the wire details, the addition of the word "reasonably" before "determines" and the striking of "sole," and expanding the Confidentiality section to include the financials that Benlida will be sharing with CTX.  I did modify paragraph 3. b. so that when CTX's prepay obligations have ended, so does Benlida's with respect to sharing financials which I think makes sense. On the Manufacturing Agreement, at paragraph 1.6 b) I added language that reflects that Benlida's representation is being made after having "exercised all due diligence".  I have noted the changes in highlighted and strikethrough.  I do recall that CTX was going to add some additional language regarding the tolling as it relates to the customer list which I did not add.  I also recall that there was discussion about "3 days" in connection with that.  Our side's only issue is that the "3 days" be Chinese Business Days.  We have the financials and are in the process of translating to English.   Please review and get back to us your soonest.  Thank you and thank you for your assistance with this,  JCM



## Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:15 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Sure, let's do 1:30.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 9:14 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com"
<SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. CTX

Can you do 1PM or 130PM?  Please let me know.  Thank,  JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:13 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL
<SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Hi JC,

   Stephen and I are generally available this afternoon.  Do you want to set up a call at 12:30?

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 8:41 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Gents – Are you available for a call today?  We did discuss with our clients, and they are generally in agreement with all.  I do have couple of questions that I think would be more efficient via telephone.  Thank so much.  JCM



Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

# EXHIBIT E

## Email string dated October 26, 2022 from JC Mazzola (partially redacted)

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> |
| **Sent:** | Wednesday, October 26, 2022 12:33 PM |
| **To:** | STEPHEN F. ROSENTHAL; Richard Lerner; AGUAN@GECPAS.COM |
| **Cc:** | Chauncey Cole |
| **Subject:** | RE: Benlida adv. CTX - [confidential settlement privileged communication] |
| **Attachments:** | Settlement Agreement - BLD v. CTX (10-26-22 CTX redline) (JCM1), 1.docx; Revised Manufacturing Agreement - BLD v. CTX (10-26-22 CTX redline) (531407.3) (JCM1), 1.docx |

Hello Stephen and Chauncey,

We did speak with our clients this morning.  Please see the Settlement Agreement and the Revised Manufacturing Agreement in redline attached.

Regarding the Settlement Agreement, we have accepted all changes but did add a line in 3. b.  to reflect that the financials to be provided during the 23-month payment period will be used for the same purpose as in paragraph 3. a. "to demonstrate proof of BLD's financial stability, demonstrating a lack of short to medium term risk of insolvency or financial collapse."  We also removed "sub" from "subsection" in paragraph 3. a. to reflect that the confidentiality of the financials relates to the entirety of paragraph 3.  It is likely superfluous as it is all addressed in paragraph 8.  Nevertheless, as you can imagine, our clients, although amenable to sharing their financials, do want to ensure their confidentiality.

With respect to the Revised Manufacturing Agreement, we have accepted all changes. Benlida will provide to us tonight the information needed for the Cost Change Parameters spreadsheet at Schedule B in response to your request at your number 4 in your email below.

Please have look and let us know when is good to discuss.   We do have to get back to the court today.  We do expect that we will be able to sign all on our end tomorrow.

Thank you,

JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Sent:** Tuesday, October 25, 2022 8:43 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM

**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** RE: Benlida adv. CTX - [confidential settlement privileged communication]

Resending, since the RMA failed to attach.

Stephen

Stephen F. Rosenthal I Partner I Podhurst Orseck, P.A. I Miami, FL I 305-358-2800 I www.podhurst.com

---

**From:** STEPHEN F. ROSENTHAL
**Sent:** Tuesday, October 25, 2022 8:42 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** RE: Benlida adv. CTX - [confidential settlement privileged communication]

JC, Rich and Angela,

We have spoken to our client, and Benlida's request to modify the language in Section 3.a. of the Settlement Agreement—where Benlida is giving CTX threshold assurances of its financial health—in a way that would limit CTX's discretion to decide that this long-term deal presents too great a financial risk for it, has unfortunately been counterproductive. Your proposed changes have conveyed an unhelpful message to CTX that only increases its concern.

If Benlida is confident in its own financial position, then it should either just accept that provision as written in the attached draft, or it should provide CTX with the requested financials right away, in advance of the signing of the Agreement, to give CTX appropriate assurances (and we can jointly ask Judge Scola for another week's time). Either way, CTX will agree to treat those documents as confidential, as Benlida has requested. Prior to you having sent additional redlines to the Settlement Agreement, we had drafted and inserted a comparable provision (in redline in Section 3) to accomplish that confidentiality request. We have also added the phrase into Section 8 regarding confidentiality of those documents that you requested in your draft. If Benlida is willing to provide the financials in advance of the closing of the deal, CTX will of course agree to keep them confidential and a freestanding agreement can be drawn up for that purpose. Let us know.

Similarly, Benlida's request to delete its previously agreed-to obligation (in Section 3.b.) to provide updated financials on a quarterly basis throughout the period that CTX was agreeing to make settlement payments to Benlida is also unacceptable. That change in position (from the one you communicated as recently as our call yesterday) only underscores the importance of Benlida giving CTX insight into its financial stability.

Aside from those primary issues, there are four other issues to discuss:

1. We inserted language in redline in Sections 1.4 and 1.5 of the Revised Manufacturing Agreement for the issues regarding the exclusive customers that we discussed during yesterday's phone call.

2. Regarding Benlida's new proposed language about the exercise of due diligence in Section 1.6(b) of the Revised Manufacturing Agreement, CTX can accept it if it's moved it in that sentence as set forth below in red, since it is Benlida's representation, not something CTX could independently know:

   ████████████████████████████████████████
   ███████████████████████████████████
   ████████████████████████

3. In Section 2.4 of the Revised Manufacturing Agreement, CTX wishes to add the line in red to eliminate a possible ambiguity:



4. Please note that in the draft of the Revised Manufacturing Agreement that Benlida had approved, there are blanks that CTX was waiting for Benlida to fill in for the "Cost Change Parameters" spreadsheet in Schedule B (page 25), specifically the "Remark" field for tin cost, copper cost, and exchange rate, to confirm that the parties are on the same page on this set of variables. Please have Benlida send the information it believes should be plugged in.

Regards,

Stephen

Stephen F. Rosenthal I Partner I Podhurst Orseck, P.A. I Miami, FL I 305-358-2800 I www.podhurst.com

---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Tuesday, October 25, 2022 10:52 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Subject:** RE: Benlida adv. CTX

Hello – Please see attached. On the settlement agreement I have proposed what I think are minor revisions. We did discuss the addition of the wire details, the addition of the word "reasonably" before "determines" and the striking of "sole," and expanding the Confidentiality section to include the financials that Benlida will be sharing with CTX. I did modify paragraph 3. b. so that when CTX's prepay obligations have ended, so does Benlida's with respect to sharing financials which I think makes sense. On the Manufacturing Agreement, at paragraph 1.6 b) I added language that reflects that Benlida's representation is being made after having "exercised all due diligence". I have noted the changes in highlighted and strikethrough. I do recall that CTX was going to add some additional language regarding the tolling as it relates to the customer list which I did not add. I also recall that there was discussion about "3 days" in connection with that. Our side's only issue is that the "3 days" be Chinese Business Days. We have the financials and are in the process of translating to English. Please review and get back to us your soonest. Thank you and thank you for your assistance with this, JCM



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:15 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL

<SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Sure, let's do 1:30.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 9:14 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. CTX

Can you do 1PM or 130PM?  Please let me know.  Thank,  JCM



## Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:13 AM

**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Hi JC,

Stephen and I are generally available this afternoon.  Do you want to set up a call at 12:30?

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 8:41 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Gents – Are you available for a call today?  We did discuss with our clients, and they are generally in agreement with all.  I do have couple of questions that I think would be more efficient via telephone.  Thank so much.  JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**EXHIBIT F**
**Email String dated November 9, 2022**
**from JC Mazzola**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> |
| **Sent:** | Wednesday, November 9, 2022 6:40 PM |
| **To:** | Chauncey Cole; STEPHEN F. ROSENTHAL |
| **Cc:** | AGUAN@GECPAS.COM; Richard Lerner |
| **Subject:** | Benlida adv. CTX |
| **Attachments:** | SA P6 20221107.pdf; RMA P14 20221107.pdf; SA P5 20221107.pdf; Benlida Quarterly Financials - BLD adv CTX - CONFIDENTIAL.pdf; Benlida Audited Financials - BLD adv CTX - CONFIDENTIAL.pdf |
| **Importance:** | High |

Hi Chauncey, Further, to my text to you and Stephen, and our telephone conversation last night, our clients have no issues with the below and are agreeable. I did send you our clients' signature pages yesterday but attach here again for completeness.  Please send us Schedule D.  Also please send me your clients' signature page which you advised over the weekend that you have.  Also attached are the 2022 Quarterlies and the 2021 Year End Audit Financials as well.  You have confirmed your client will hold these documents strictly confidential and use them consistent only with the terms of the settlement,  As we have advised, we understand that the effective date of this settlement agreement is November 7, 2022.   Please advise any questions.  Regards,  JCM



## Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Tuesday, November 8, 2022 3:41 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX
**Importance:** High

Gentlemen,

　　While reviewing this with our client, we discovered two minor changes that are required for the RMA, which you can see on pages 25 an 26 of the attached redline.  Hopefully these are non-issues and with these changes we can execute the agreement:

1. We added the word "minimum" to column 2 of the CU adder found on page 25, to make it match the other column headings, which already had the word "minimum" added.

2. On page 26, changed the language in the "Remark" column of the laminate price cost change parameter from "in June 2022" to "as of Effective Date", i.e., the date we are completing the agreement, just to make it current.

Please let us know if either change is an issue, otherwise we can proceed with the signature pages you've already sent and we can provide the complete agreement with those changes included.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Tuesday, November 8, 2022 at 12:11 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Hello – Further to our various communications, please see attached.   We have had our clients re-sign the most recent versions to keep things orderly.  I had them date them for November 7, 2022 as per our understanding in my email of yesterday.  The earlier signatures were from last week before your client ask for additional changes which our clients agreed.   For completeness, please send over the Schedule D referenced at Section 8.3 of the RMA.   Please also send your client's signatures which you advised me that you have.  Thank you,  JCM



## Jean-Claude Mazzola

Attorney

Mazzola Lindstrom LLP

1350 Avenue of the Americas, 2nd Floor  New York, NY 10019

M: +1 (646) 250-6666 |O: +1 (646) 216-8585

jeanclaude@mazzolalindstrom.com

**From:** Jean-Claude Mazzola
**Sent:** Monday, November 7, 2022 6:03 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

HI Chauncey, signatures attached.  We are considering this case settled as of today in accordance with our earlier communications.  We will provide you with financials in the next day or so.  Thank you,  JCM



## Jean-Claude Mazzola

Attorney

Mazzola Lindstrom LLP

1350 Avenue of the Americas, 2nd Floor  New York, NY 10019

M: +1 (646) 250-6666 |O: +1 (646) 216-8585

jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, November 7, 2022 3:46 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Yes, I think we should.  I'm awaiting final final client approval to release signature pages.  If you can send yours please do, it might make it easier for me to release ours.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 7, 2022 at 7:38 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Good morning, We exchanging signature pages?  Please send.  Thank you,  JCM



## Jean-Claude Mazzola

Attorney

Mazzola Lindstrom LLP

1350 Avenue of the Americas, 2nd Floor  New York, NY 10019

M: +1 (646) 250-6666 |O: +1 (646) 216-8585

jeanclaude@mazzolalindstrom.com

**Attachments to EXHIBIT F**
**BLD's Financials**

**[confidential and to be filed under seal]**

**EXHIBIT G**
**Email dated November 17, 2022**
**from C. Cole**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Thursday, November 17, 2022 8:55 AM |
| **To:** | Jean-Claude Mazzola; Richard Lerner; AGUAN@GECPAS.COM |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | FW: First pass Benlida Analysis |
| **Attachments:** | excel  Balance sheet.xlsx; Copy of Profit and Loss.xlsx |

JC / Richard / Angela,

Our clients provided us with the attached spreadsheets, summarizing some of the information in the Benlida financials.  They  may want to refer to these during the discussion this morning.  Please feel free to share with the folks from Benlida who will be attending.  Thank you.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**Attachments to EXHIBIT G**
**CTX's Spreadsheets Organizing BLD's Financials**

**[confidential and to be filed under seal]**

**EXHIBIT H**

**Email dated November 16, 2022**
**from C. Cole**

## STEPHEN F. ROSENTHAL

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Wednesday, November 16, 2022 7:26 PM |
| **To:** | Jean-Claude Mazzola; Richard@mazzolalindstrom.com |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | Benlida / CTX - settlement agreement / dismissal |
| | |
| **Importance:** | High |

JC / Richard,

Our clients have completed their review of the Benlida financial statements and they are prepared to make a decision on approval of the financials tomorrow.  Prior to doing so, they would like to have a conference call with representatives of Benlida on the line so that they can go over some of the information in the financials and ask some questions about information that is not completely clear from the documents.  The purpose is really to get additional information and comfort with the numbers before making the final decision on approval.  To that end, could we schedule a conference call with Benlida **tomorrow morning at 8:30 am**?  I expect that on our side we would be joined by the CEO and the corporate controller from CTX, and there should be someone there from Benlida who has familiarity with the financials.  Please let us know.  Thanks.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



# EXHIBIT I

**Email dated November 17, 2022
from C. Cole with Attachment**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Thursday, November 17, 2022 4:31 PM |
| **To:** | Jean-Claude Mazzola; Richard@mazzolalindstrom.com |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | BENLIDA / CTX - NOTICE OF TERMINATION |
| **Attachments:** | TERMINATION NOTICE.pdf |

Gentlemen,

      Please see the attached Notice of Termination.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



# LAW OFFICE OF CHAUNCEY D. COLE IV

CHAUNCEY COLE, PA
9100 SOUTH DADELAND BLVD., SUITE 1553
MIAMI, FL 33156
CHAUNCEY.COLE@COLETRIAL.COM
T: 786-497-7053

November 17, 2022

**VIA EMAIL**

Jean-Claude Mazzola, Esq.
Richard Lerner, Esq.
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com
richard@mazzolalindstrom.com
*Counsel for Jiangmen Benlida Printed Circuit Co., Ltd. ("BLD") and ROK Printed Circuit Co., Ltd. ("ROK")*

## NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT

Dear Sirs:

We write to you on behalf of Circuitronix, LLC and Circuitronix Hong Kong, Ltd. (together, "Circuitronix" or "CTX"), whom we represent as counsel.

We are providing you with this notice of termination, in accordance with Section 3a of the Settlement Agreement and General Release ("Agreement") entered into by and between: BLD and ROK on one hand; and CTX on the other hand.

Section 3a of the Agreement states:

No later than 5 business days after the Effective Date, BLD shall provide CTX with its auditor certified financial statements for 2021, and financial statements for Q1, Q2, and Q3 2022. The financials must include a balance sheet, income statement and cash flow statement and must be translated in English. This requirement is necessary to demonstrate proof of BLD's financial stability, demonstrating a lack of short to medium term risk of insolvency or financial collapse. This is an essential and necessary term of this Agreement and, within 5 business days after receiving the BLD financial statements, if CTX determines in its sole discretion that BLD faces an unacceptable risk of instability, this Agreement becomes immediately voidable at CTX's sole discretion. All financial data provided by BLD in connection with this section shall be kept strictly confidential by CTX and shall not be disclosed to third-parties, other than CTX's attorneys, accountants, or other professional advisors.

Page 2

CTX has carefully reviewed the BLD financial statements and determined that BLD faces an unacceptable risk of instability, and has failed to demonstrate that BLD does not face a short to medium term risk of insolvency or financial collapse.

Accordingly, CTX hereby elects to immediately void and terminate the Agreement.

Respectfully yours,

/s *Chauncey D. Cole IV*
Chauncey D. Cole IV, Esq.
Law Office of Chauncey D. Cole IV
*Counsel for Circuitronix, LLC*
9100 South Dadeland Blvd., Suite 1553
Miami, Florida 33156
Telephone: (786) 497-7053
Email: chauncey.cole@coletrial.com

CC: Stephen Rosenthal, Esq.

**EXHIBIT J**

**Email dated November 17, 2022
from C. Cole with Attachment**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Thursday, November 17, 2022 7:31 PM |
| **To:** | Jean-Claude Mazzola; Richard@mazzolalindstrom.com |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | BLD / CTX - proposed joint motion |
| **Attachments:** | 2022.11.17 BENLIDA JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL.docx |

Gents,

        We prepared the attached proposed joint motion, asking the Court to give us a 30 day extension to try to complete the deal and have the case formally dismissed. I tried to keep it relatively short and sweet, while still giving the Court an honest update of where things stand. Please let us know if you can get authority to for this to be filed jointly, or if you have any comments or changes. If you cannot, I understand, and we will plan to file substantially the same motion but with it being only on behalf of CTX. I'll wait until around 10:30 pm before I proceed with it. JC, I'll give you a call shortly.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant

_____/

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Parties (Plaintiff, Jiangmen Benlida Printed Circuit Co., Ltd. ("BLD"), and Defendant, Circuitronix, LLC ("CTX")) hereby jointly and respectfully request a 30 day extension of time to file a stipulation of dismissal of this action.  In support hereof, the parties incorporate the representations made in the prior motions for an enlargement of time, with the following further explanation as to why additional time is needed, as directed by this Court in its November 3, 2022 docket order.

1.      The parties finalized a settlement agreement and incorporated Revised Manufacturing Agreement ("RMA") that will govern substantially all aspects of their commercial partnership for the next decade, as discussed in detail in the parties' joint motion of November 4, 2022 (DE 99).[1]

2.      However, the parties' settlement was, by agreement, contingent upon CTX's review and approval of BLD's auditor-certified financial statements for 2021, and financial

---

[1] If it would be beneficial to the Court, the parties are prepared to file copies of the settlement agreement and RMA under seal.

1

statements for Q1, Q2, and Q3 of 2022.  The parties agreed that this requirement was necessary to demonstrate proof of BLD's financial stability, more specifically, the absence of short- to medium-term risk of insolvency or financial collapse.  This term was essential because CTX has agreed to make a substantial cash investment in BLD in connection with the settlement.

3.      The required financial statements were originally produced in Chinese, and had to be translated prior to being transmitted to CTX for review.  At considerable expense, BLD directed that the financials be translated into English in anticipation of the closing of the settlement agreement. The translation was accomplished on an expedited basis, and BLD's counsel had a bilingual CPA double-check the translation and confirm its accuracy.

4.      However, due to these challenges of translating the financial statements from Chinese and ensuring the accuracy of the fully translated results before transmission, it took slightly longer than anticipated for CTX to receive the financial statements.  The translated financial statements were provided to CTX on the afternoon of Wednesday, November 9, 2022.

5.      The parties' settlement agreement provided for CTX to have 5 business days to review and approve the financial statements.  Accordingly, CTX carefully reviewed the financial statements with its professional advisors, on an expedited basis.  In the course of this due diligence, CTX flagged a number of issues that it determined created an unacceptable risk of instability, and determined that the financials did not demonstrate that BLD does not face a short to medium term risk of insolvency or financial collapse.

6.      Even so, in an effort to complete the transaction on schedule, CTX and BLD agreed to have a direct principal-to-principal meeting by Zoom on the morning of November 17, 2022 at 8:30 am EST (9:30 pm in China).  The meeting lasted over two hours, and the parties were able to make substantial progress in addressing the outstanding concerns about BLD's financial condition.

The parties are presently attempting to coordinate a further meeting with the aim of resolving these issues.  However, given the explicit and bargained-for 5-day deadline for CTX to evaluate BLD's financials, and CTX's determination that BLD faces an unacceptable risk of instability, including a short to medium term risk of insolvency or financial collapse, CTX exercised its option to void the settlement agreement on November 17, 2022.

7.     Even so, the parties are actively discussing options in an attempt to resolve the issue through further discussion and financial disclosures, and are hopeful that the matter can still be resolved in short order.  Accordingly, we respectfully request a 30 day extension of time, to file a stipulation of dismissal of this action.

8.     With sincere apologies to the Court for the number of times that it has been necessary to request additional time to address new and unforeseen challenges in negotiating and finalizing the settlement agreement and RMA, we must again request an extension of time to try to resolve this case.  The parties and their attorneys are working extraordinarily hard to get this deal done; and we are mindful of the Court's admonition to provide further justification for any further extensions of time.   We respectfully – and on behalf of our clients, apologetically – request an additional 30 days to complete the deal.

## **<u>CONCLUSION</u>**

Accordingly, the Parties respectfully request that the Court grant this motion and grant a 30 day extension of time to file a stipulation of dismissal.

Dated: November 17, 2022                          Respectfully submitted,

| | |
|---|---|
| **MAZZOLA LINDSTROM LLP**<br>*Attorneys for Plaintiff Benlida*<br><br>By: */s/ Jean-Claude Mazzola*<br>Jean-Claude Mazzola<br>1350 Avenue of the Americas, 2nd Floor New York, NY 10019<br>646.250.6666<br>jeanclaude@mazzolalindstrom.com | **CHAUNCEY COLE, PA**<br>*Co-Counsel for Circuitronix, LLC*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>Tel.:    (786) 497-7053<br><br>By: */s/ Chauncey D. Cole IV*<br>Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com<br><br><br><br>and<br><br>**PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-2800<br><br>Stephen F. Rosenthal<br>Florida Bar No. 0131458<br>srosenthal@podhurst.com<br>Robert C. Josefsberg<br>Florida Bar No. 040856<br>rjosefsberg@podhurst.com<br>Matthew Weinshall<br>Florida Bar No. 84783<br>mweinshall@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com |

## <u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on December 19, 2022.

                          By: <u>/s/ *Chauncey D. Cole IV*</u>
                                 Chauncey D. Cole IV

**EXHIBIT K**

**Email String dated November 21, 2022
from C. Cole**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Monday, November 21, 2022 2:46 PM |
| **To:** | Jean-Claude Mazzola; Richard Lerner |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | Re: Benlida adv. CTX |

Gentlemen,

We've had a chance to confer with our clients, and we would like you to consider the following steps to try to bridge the gap and achieve resolution of this matter.

1. It is clear that based on the review of financial statements and the discussion last week, there are some very serious concerns on our side about the financial condition of BLD and its future as a going concern. We would like to attempt to alleviate those concerns through further disclosure and discussion through an open dialogue with BLD, with the goal of achieving a sufficient level of assurance.

2. In an effort to move forward toward a potential closing of the current proposed agreement, Mr. Astudillo is preparing a written recap of some of the facts discussed last week, for the purpose of providing that to BLD so that they can confirm and/or clarify the information in writing. The goal would be to have them confirm the information, then conduct at least one further zoom meeting for purposes of due diligence, like the one we had with them last Thursday. Then, at the end of the due diligence process – assuming we are comfortable moving forward – we would ask BLD to certify in writing any important facts we are relying on that come out in the due diligence process. Assuming BLD agrees to this process, and it could be achieved, that would potentially resolve one major hurdle.

3. The second major hurdle is based on information we learned for the first time last week. BLD has a new factory in Jiangxi, China, that is scheduled to begin production in March 2023. Our understanding previously was that the new factory would be operated under the BLD corporate umbrella, and would therefore automatically fall within the scope of the Revised Manufacturing Agreement (RMA). However, based on what was said during the call last week, that does not appear to be the case. Evidently, that factory is being operated through a newco that may not be formally affiliated with BLD. This creates a risk that once the new factory is up and running, BLD could begin funneling resources to the new operation, and/or formally dissolve while the newco and new factory continue to operate. We will need to revise the RMA to account for this, either by having the newco as a signatory, binding the principal owner, Mr. Huang, and/or specifying that the Jiangxi factory is included in the deal.

4. If everything goes smoothly – perhaps a major "if" – we believe that realistically the steps above are likely to take a fair amount of time to resolve.  In that light, we propose that we give the court a realistic appraisal of the situation and ask for 30 days to try to resolve these issues.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 21, 2022 at 12:19 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Ok.  Thank you.
JC Mazzola
646-250-6666

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, November 21, 2022 12:17
**To:** Jean-Claude Mazzola; STEPHEN F. ROSENTHAL
**Cc:** Richard Lerner
**Subject:** Re: Benlida adv. CTX

Hi JC,

    We are conferring with our client and should have some feedback this afternoon around 2 pm.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 21, 2022 at 9:56 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Hello – Hope all are well.  We should talk soonest.  Please advise when is good for your side?  The judge is expecting us to get back to him and our client is ready and willing to answer any further questions.   We understand that Rishi may have been traveling on the weekend, but we really need to get this moving.  I don't think either of our client's wants to be non-responsive to the court.   Rich and I are around all day, and we can loop in Angela as well.  Thank you,  JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Saturday, November 19, 2022 5:53 PM
**To:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>

**Subject:** Re: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

Hi All, let's keep this moving, please.  Send any residual questions to help the process. Thank you, JCM
JC Mazzola
646-250-6666

---

**From:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Sent:** Friday, November 18, 2022 15:43
**To:** Richard Lerner
**Cc:** Chauncey Cole; Jean-Claude Mazzola
**Subject:** Re: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

I'm out of court in the car for the next hour

> On Nov 18, 2022, at 3:20 PM, Richard Lerner <Richard@mazzolalindstrom.com> wrote:
>
> Dear Stephen and Chauncey,
>
> As it seems you won't be able to talk today, let's nonetheless try to keep this moving along expeditiously. Please email to JC and me any residual questions that CTX still has about the financials.
>
> Thanks,
>
> Rich



**Richard E. Lerner**
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com www.mazzolalindstrom.com
NEW YORK * LOS ANGELES

---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Friday, November 18, 2022 3:04 PM
**To:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

Oh dear… let us know when we can all talk.



# Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Sent:** Friday, November 18, 2022 3:02 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

Agree. I have been in trial in federal court in Ft. Lauderdale since Wednesday.  Still here now.


> On Nov 18, 2022, at 2:57 PM, Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> wrote:
>
> I did send an earlier email to Chauncey. Adding Stephen, we should all get together and get this moving.
>
>
>
> Jean-Claude Mazzola
> Attorney
> Mazzola Lindstrom LLP
> 1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
> M: +1 (646) 250-6666 |O: +1 (646) 216-8585 jeanclaude@mazzolalindstrom.com
>
>
>
> -----Original Message-----
> From: cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
> Sent: Friday, November 18, 2022 12:42 PM
> To: flsd_cmecf_notice@flsd.uscourts.gov
> Subject: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time
>
> This is an automatic e-mail message generated by the CM/ECF system.
> Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 11/18/2022 12:41 PM EST and filed on 11/18/2022

Case Name: Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Case Number: 0:21-cv-60125-RNS https://ecf.flsd.uscourts.gov/cgi-bin/DktRpt.pl?585077

Filer:

WARNING: CASE CLOSED on 06/03/2022

Document Number: 103

Copy the URL address from the line below into the location bar of your Web browser to view the document:
103(No document attached)

Docket Text:
PAPERLESS ORDER: The Court denies, without prejudice, [101] [102] the parties' eighth and ninth joint motions for extensions of time. In light of the parties' repeated failures to accurately and realistically assess the amount of time needed to resolve this matter, the Court has no reason to believe that the estimates provided in their latest motions are any different. Accordingly, the Court orders the parties to file one last motion, requiring both sides to certify that the date they select will be the final date upon which their dismissal paperwork will be filed.
After that, no further extensions will be considered. Signed by Judge
Robert N. Scola, Jr. (kbe)

0:21-cv-60125-RNS Notice has been electronically mailed to:
Chauncey David Cole
, IV chauncey.cole@coletrial.com

Jean-Claude Mazzola
jeanclaude@mazzolalindstrom.com

Matthew Weinshall
mweinshall@podhurst.com

Robert C. Josefsberg
rjosefsberg@podhurst.com, mvalledor@podhurst.com

Stephen Frederick Rosenthal
srosenthal@podhurst.com, cmartinez@podhurst.com, jmiller@podhurst.com, srodriguez@podhurst.com

0:21-cv-60125-RNS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:

**EXHIBIT L**

**Email String dated November 17, 2022
from JC Mazzola**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> |
| **Sent:** | Thursday, November 17, 2022 11:16 PM |
| **To:** | Chauncey Cole; AGUAN@GECPAS.COM; Richard Lerner |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | Re: |

What we just discussed.  But, I just tried calling and the point that may not be clear, is that BLD is available to talk as soon as tomorrow and so it would be good idea to get something planned soonest.

JC Mazzola
646-250-6666

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Thursday, November 17, 2022 11:05:28 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; AGUAN@GECPAS.COM <aguan@gecpas.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Cc:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Subject:** RE:

What does this mean?

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Thursday, November 17, 2022 11:01 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; AGUAN@GECPAS.COM; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:**

Mr. Huang wants 3 business days but the Benlida team will be available to discuss along lines as today.

JC Mazzola
646-250-6666

# EXHIBIT M

**Email String dated November 22, 2022
from C. Cole (partially redacted)**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Tuesday, November 22, 2022 12:41 AM |
| **To:** | Jean-Claude Mazzola; Richard Lerner |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | FW: Conference Call Thursday November 17 |
| **Attachments:** | Conference call Thursday November 17, 2022.docx |

JC / Richard,

   Following up on my prior email, Mr. Astudillo's write-up from last week's meeting is attached.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Rishi Kukreja <RishiK@circuitronix.com>
**Date:** Monday, November 21, 2022 at 3:39 PM
**To:** "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** FW: Conference Call Thursday November 17

**From:** Celin Astudillo <Celin.astudillo@circuitronix.com>
**Sent:** Monday, November 21, 2022 3:25 PM
**To:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Conference Call Thursday November 17

The conference call was focused on cash flow and how the company, based on the financials would be able to satisfy its short term debt. Numerical references are based on RMB.

1. Short term receivables total $█████ and Short term accounts payable $█████ at the end of Q3, 2022. Benlida mentioned there is also $█████ in inventory that is short term assets based on Local and GAAP regulations. While for presentation of financial statements it is accurate, for cash purposes, inventory first has to become a receivable and then cash.  Benlida mentioned the inventory is made up of RAW material which could be sold immediately.  Circuitronix (CTX) mentioned  that's as Q3 2022, just $████ or ████ were Raw material, the rest was Work in process and Finished Goods.

2. CTX mentioned the slowdown of collections which now they are at 194 days outstanding and inventory rotation to 99 days. Conversion cycle of 293 days impact cash.  Belinda explained Accounts payable has grown also. Payables matures on different dates during the year. CTX mentioned that the Cash Conversio Cycle (CCC) which is the net of AR days outstanding plus Inventory Turn Over minus Accounts Payable days outstanding deteriorated also during the period. That means the slowdown in collections/inventory is not as fast as the AP increase. The current CCC ratio is 67 days. CTX mentioned also that consistently Benlida has faced cash flow shortages.

3. CTX also mentioned that Cash Flow resulting from Operations is very small, it could represent a challenge at the moment to pay debt. Benlida mentioned that Short Term Payables have been consistently reducing; CTX mentioned that it has been more of a migration to Long Term Debt. In fact the reduction on Short Term Borrowing ($████) is exactly the same amount increased in Long Borrowing.

4. CTX asked if any of the new facility in Jiangxi has been financed with Short or Long term debt; It was mentioned that it will be funded with some additional equity to be infused by current or new shareholders. There are no transactions in the financials shared with us which have anything to do with the Jiangxi factory

5. CTX asked about the increment in Long Term Payables to $████, Benlida mentioned that it was the recognition of the full cost of leases. CTX asked where is the other side in the Balance Sheet because Fixed Assets has a net reduction in the same period $████. Benlida answered that some of the assets which are within their useable life have been taken out of commission owing to issues such as efficiency or additional scrap the lines generate  ; Two examples provided were of the PTH line and UV Exposure machines for Soldermask  which were replaced because of additional scrap and technical  capabilities  respectively. CTX asked where is the impact of the impairment recorded in the Profit  Loss statement because it is not easily traceable with the provided financial data.

6. The conference was muted for almost half of an hour while Benlida researched the Pledge information provided.  They mentioned that none of the AR has been discounted in any bank; they assigned some of the receivables  to an specific bank to channel the collections only. Benlida has financed █ equipment with Leasing agreement up to ██ months.

7. There were 29 "pledged" transactions for the period 2019 to 2022; 14 for leasing activities, 7 non financing activities, 7 Collateralized  for under $████ approximately USD$████ deemed not significant of Accounts Receivable. The only purpose of pledging these transactions was to build a banking relation with the institution.

Best regards.

**Celin Gonzalo Astudillo**
**CORPORATE CONTROLLER**



**3131 SW 42ND ST**
**FT. LAUDERDALE, FL 33312**
**Direct:** (+1) 786-475-3932
**Mobil:** (+1) 305-898-1147
**Email:** celin.astudillo@circuitronix.com
**Website:** http://circuitronix.com/

CONFIDENTIAL NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC.