# United States District Court
# Southern District of Florida

**Case No. 21-60125-CIV-Scola/Goodman**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

        Plaintiff,

v.

CIRCUITRONIX, LLC,

        Defendant.

## Declaration of Huang ("Tracy")Sulan

I, Huang Sulan, state under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the sales director of Jiangmen Benlida Printed Circuit Co., Ltd., and am familiar with the facts stated herein.

2. I submit this declaration in opposition to the unsealing of: (a) documents that contain financial terms of settlement; (b) documents that containpricing information regarding the special pricing terms provided to Circuitronix as part of the settlement of this action; and (c) documents that containBenlida's financial information.

3. The informationthat Benlida submits should remain under seal includes terms ofthe settlement with CTX. In the event of future litigation against other customers, Benlida would be placed at a disadvantage in negotiations were it to become known to Benlida's adversaries in such litigation the terms upon which Benlida agreed to settle with CTX, as such terms would be presented by Benlida's adversaries as the baseline in any future negotiations, rather than terms that resulted from a very lengthy negotiation process between Benlida and CTX.

1

4. Additionally, the terms of the Revised Manufacturing Agreement are extraordinarily favorable to CTX, having been agreed to by Benlida in order to put an end to this burdensome litigation, yet if other Benlida customers learn of the pricing terms that Benlida agreed to provide CTX, they will clamor for equally favorable terms. The disclosure of this information would put Benlida at a competitive disadvantage.

5. Finally, the non-public financial information provided to CTX after the settlement agreement was executed is private and proprietary, reflecting the profitability of Benlida, and allocation of its resources. Such information could be used by potential competitors to enter into the markets currently serviced by Benlida.

6. Benlida therefore respectfully submits that the documents and information at issue should remain under seal, as sealing is the only way to protect its privacy, proprietary and commercial interests.

7. Moreover, when this information was disclosed, Benlida had every expectation that this case would conclude, that the information would remain confidential, and that CTX would not seek to renege on the settlement.

8. It is respectfully requested that Benlida's expectations of privacy be respected. When the information was provided to CTX, Benlida had every expectation that the information would not be released to the public, as the disclosures were subject to confidentiality agreements.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on December 28, 2022
Jiangmen, China

Huang ("Tracy") Sulan