**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

  Plaintiffs,

v.

CIRCUITRONIX LLC,

  Defendant.
_____/

**UNOPPOSED MOTION FOR LEAVE TO BRING ELECTRONIC DEVICES INTO COURT FOR USE DURING THE EVIDENTIARY HEARING**

Defendant, Circuitronix, LLC ("CTX"), moves this Court for entry of an order granting CTX permission to bring several laptop computers and power cords into the courthouse for use during the evidentiary hearing on January 13, 2023, as well as to allow its two employee witnesses to bring their cell phones into the courthouse.

Specifically, CTX requests leave for Stephen F. Rosenthal, Esq. and Chauncey D. Cole, Esq. to be able to bring five (5) laptop computers and their power cords into the courthouse on January 13, 2023, so that all participants in the hearing, including the Court, can view certain exhibits in digital form.

In addition, CTX requests leave for Rishi Kukreja and Celin Astudillo to be able to bring their cellular telephones into the courthouse.  A proposed order is being submitted herewith.

1

## <u>CERTIFICATE OF COMPLAINCE WITH LOCAL RULE 7.1</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel conferred with J.C. Mazzola, Plaintiff's counsel, on January 10, 2023 regarding the relief sought in this motion, and Plaintiff represented that it does not object.

By:  /s/ Stephen F. Rosenthal
Stephen F. Rosenthal

Dated: January 11, 2023

Respectfully submitted

**PODHURST ORSECK, P.A.**
*Co-Counsel for Circuitronix, LLC*
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

By:  /s/  Stephen F. Rosenthal
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Robert C. Josefsberg
Florida Bar No. 040856
rjosefsberg@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweinshall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

**CHAUNCEY COLE, PA**
*Co-Counsel for Circuitronix, LLC*
9100 South Dadeland Blvd., Suite 1553
Miami, Florida 33156
Tel.:    (786) 497-7053

By: /s/ Chauncey D. Cole IV
Chauncey D. Cole, IV, Esq.
Florida Bar No. 102184
chauncey.cole@coletrial.com



**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of

Notices of Electronic Filing generated by CM/ECF on January 11, 2023 as filed with the Clerk of the

Court using CM/ECF.

By:  <u>/s/ *Stephen F. Rosenthal*      </u>
                     Stephen F. Rosenthal