**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

    Plaintiffs,

v.

CIRCUITRONIX LLC,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE**
**TO BRING ELECTRONIC DEVICES INTO COURT**
**FOR USE DURING THE EVIDENTIARY HEARING ON JANUARY 13, 2023**

The Court having considered the Motion for Leave to Bring Electronic Devices Into Court for Use During the Evidentiary Hearing and being otherwise duly advised herein, it is hereby:

ORDERED AND ADJUDGED that the motion is hereby GRANTED.

The Marshals are requested to permit Stephen F. Rosenthal, Esq., and Chauncey D. Cole, Esq., to bring five laptop computers and power cords into the James Lawrence King U.S. Federal Justice Building and Courthouse for use during a hearing on January 13, 2023.

In addition, the Marshals are requested to permit for Rishi Kukreja and Celin Astudillo to bring their cellular telephones into the courthouse on that same day.

DONE and ORDERED in Chambers in Miami, Miami- Dade County, Florida this ____ day of January, 2023.

                                                                          _____
                                                                          HON. JONATHAN GOODMAN
                                                                          UNITED STATES MAGISTRATE JUDGE

Copies to: All counsel of record