**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**


JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

      Plaintiffs,

v.

CIRCUITRONIX LLC,

      Defendant.

_____/

**ORDER GRANTING MOTION FOR LEAVE**
**TO BRING ELECTRONIC DEVICES INTO COURT FOR USE**
**DURING THE EVIDENTIARY HEARING ON JANUARY 13, 2023**

The Court having considered the Motion for Leave to Bring Electronic Devices

Into Court for Use During the Evidentiary Hearing and being otherwise duly advised

herein, it is hereby:

ORDERED AND ADJUDGED that the motion is **GRANTED**. The Marshals are

requested to permit Stephen F. Rosenthal, Esq., and Chauncey D. Cole, Esq., to bring

five laptop computers and power cords into the James Lawrence King U.S. Federal

Justice Building and Courthouse for use during a hearing on January 13, 2023.

In addition, the Marshals are requested to permit for Rishi Kukreja and Celin

Astudillo to bring their cellular telephones into the courthouse on that same day.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on January 11, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Robert N. Scola, Jr.
All Counsel of Record