**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

     Plaintiffs,

v.

CIRCUITRONIX LLC,

     Defendant.

_____/

**[Proposed] Order Granting Motion for Leave to Bring**
**Electronic Devices into Court for Use During the Evidentiary**
**Hearing on January 13, 2023**

The Court having considered plaintiff Benlida's motion for leave to bring electronic devices into court for use during the evidentiary hearing and being otherwise duly advised herein, it is hereby:

ORDERED AND ADJUDGED that the motion is hereby GRANTED.

The Marshals are requested to permit Jean-Claude Mazzola, Esq., and Richard Lerner, Esq., to bring two laptop computers (with power cords) and their cellphones into the James Lawrence King U.S. Federal Justice Building and Courthouse for use during a hearing on January 13, 2023.

In addition, the Marshals are requested to permit Huang "Tracy" Sulan, Wu "Roger" Yukun, and Randall Paulikens to bring their laptop computers (with power cords) and their cellphones into the courthouse on that same day.

DONE and ORDERED in Chambers in Miami, Miami- Dade County, Florida this _____day of January, 2023.

_____
HON. JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

Copies to: All counsel of record