UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

     Plaintiffs,

v.

CIRCUITRONIX LLC,

     Defendant.

_____/

**Order Granting Motion for Leave to
Bring Electronic Devices into Court for Use
During the Evidentiary Hearing on January 13, 2023**

The Court having considered Plaintiff Benlida's motion for leave to bring electronic devices into Court for use during the evidentiary hearing and being otherwise duly advised herein, it is hereby:

ORDERED AND ADJUDGED that the motion is GRANTED.

The Marshals are requested to permit Jean-Claude Mazzola, Esq., and Richard Lerner, Esq., to bring two laptop computers (with power cords) and their cellphones into the James Lawrence King U.S. Federal Justice Building and Courthouse for use during a hearing on January 13, 2023.

In addition, the Marshals are requested to permit Huang "Tracy" Sulan, Wu "Roger" Yukun, and Randall Paulikens to bring their laptop computers (with power cords) and their cellphones into the courthouse on that same day.

  DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida this 11th day of January, 2023.

                                              HON. JONATHAN GOODMAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies to: All counsel of record