## United States District Court Southern District of Florida

### CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant.

### Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd's Exhibits as to January 13, 2023 Evidentiary Hearing

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEYS: | DEFENDANT'S ATTORNEYS: |
|---|---|---|
| Honorable US Magistrate Judge Jonathan Goodman | Jean-Claude Mazzola (admitted in SD Fla.) <br> Richard E. Lerner (not admitted in SD Fla.) | Chauncey D. Cole IV <br> Stephen F. Rosenthal |
| HEARING DATE: <br> January 13, 2023 at 9:00 am | | |

| PLF. NO. | DEF. NO. | DESCRIPTION OF EXHIBITS |
|---|---|---|
| A | 1 | Settlement Agreement and General Release – **Note: Benlida version has execution page. Redacted per Judge Goodman's January 18, 2023 Paperless Order.** |
| B | 2 | Revised Manufacturing Agreement– **Note: Benlida version has execution page. Redacted per Judge Goodman's January 18, 2023 Paperless Order.** |
| C | | Redacted email dated October 28, 2022 (5:26 p.m.) from Chauncey Cole IV |
| D | | Email dated October 31, 2022 (10:45 a.m.) from Jean Claude Mazzola |
| E | | Email dated October 31, 2022 (9:31 p.m.) from Jean Claude Mazzola |
| F | | Email dated November 1, 2022 (10:51 a.m.) from Richard Lerner |
| G | | Email dated November 3, 2022 (9:02 p.m.) from Chauncey Cole IV |
| H | | Text Message dated November 5, 2022 (2:53 p.m.) from Chauncey Cole IV |
| I | | Text Message chain dated November 7, 2022 (10:12 p.m.) between Jean Claude Mazzola, Stephen Rosenthal, and Chauncey Cole IV |
| J | 30 | Email dated November 7, 2022 (6:03 p.m.) from Jean Claude Mazzola |
| K | | Email exchange dated November 8, 2022 (3:41 p.m.) from Chauncey Cole to Jean-Claude Mazzola <br> *and* <br> November 9, 2022 (6:40 pm) from JCM to Chauncey Cole |

| PLF. NO. | DEF NO. | DESCRIPTION OF EXHIBITS |
|---|---|---|
| L | | Text November 8, 2022 (9:41 p.m.) from Jean Claude Mazzola |
| M | 13 | Email dated November 16, 2022 (7:26 p.m.) from Chauncey Cole to Jean-Claude Mazzola |
| ~~14~~ | ~~13~~ | ~~Email dated November 16, 2022 (7:26 p.m.) from Chauncey Cole IV~~ |
| N | 14 | Email dated November 17, 2022 (4:31 p.m.) from Chauncey Cole IV with "Notice of Termination" |
| O | | Email dated September 21, 2022 (10:51 a.m.) from Stephen Rosenthal |
| P | | Email dated November 21, 2022 (2:46 p.m.) from Chauncey Cole IV |
| Q | 18 | Email dated November 22, 2022 (12:41 a.m.) from Chauncey Cole IV |
| R | | Screenshot of "Circuitronix Company Overview" video (at 28 second mark) from YouTube. |
| S | | Representation of Benlida facilities taken from the Circuitronix website on January 12, 2023. |
| T | 8 | Draft of the Settlement Agreement (October 25, 2022) – **Note: Added and redacted per Judge Goodman's January 18, 2023 Paperless Order.** |
| U | 3 | Benlida's Audited Financials– **Note: Added per Judge Goodman's January 18, 2023 Paperless Order.** |
| V | 4 | Benlida's Quarterly Financials  – **Note: Added per Judge Goodman's January 18, 2023 Paperless Order.** |
| W | 8 | December 27, 2022 Declaration of Huang ("Tracy") Sulan (DE 120) – **Note: Added and redacted per Judge Goodman's January 18, 2023 Paperless Order.** |

Dated: January 20, 2023

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff Benlida*

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

I HEREBY CERTIFY that a true copy of the foregoing has been served via email on January 20, 2023. I further certify that that prior to submitting these exhibits, which contain redactions, they were forwarded to counsel for defendant Circuitronix, who have not responded with any objection

By: /s/ *Jean Claude Mazzola*
Jean Claude Mazzola