**Exhibit C**

**Redacted email dated October 28, 2022**

**(5:26 p.m.) from Chauncey Cole IV**

**Jean-Claude Mazzola**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Friday, October 28, 2022 5:26 PM |
| **To:** | Jean-Claude Mazzola; STEPHEN F. ROSENTHAL; AGUAN@GECPAS.COM |
| **Cc:** | Richard Lerner |
| **Subject:** | Re: Benlida adv. CTX - [confidential settlement privileged communication] |
| **Attachments:** | Revised Manufacturing Agreement - BLD v. CTX (10-28-22 CTX).docx |

Good Afternoon,

    Our clients have accepted the proposal from Benlida for the tin and copper prices, and we have added that to the matrix on page 25 of the attached Revised Manufacturing Agreement. We also went ahead and updated the exchange rate in the same table using the prior proposal because that was left blank in the latest versions.

    Our clients cannot accept the proposed changes to the gold price or the 10% cost reduction. As to the percentage reduction, we are told that the cost reductions have been offset by a 10% premium that Benlida has been charging and have not approached the matrix prices in the Revised Manufacturing Agreement. Our understanding is that in almost all cases the matrix price will be lower than the percentage reduction, but there are certain parts where the 10% reduction ends up being a better price and none where 5% would be better than the matrix.

    Everything else is unchanged from the prior versions. Please take a look at the attached, particularly the table on page 25 and let us know if we are clear for execution.

    Thanks, and have a nice weekend.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782

1



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Thursday, October 27, 2022 at 9:07 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>, "AGUAN@GECPAS.COM" <aguan@gecpas.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX - [confidential settlement privileged communication]

Hello Chauncey and Stephen,

Please see attached what I am advised is the response to your paragraph 4. I assume your side can add to document.

Our side has suggested adding in the costs for tin and copper. I am advised that they are using the market price found at https://www.smm.cn. I am also told the Rishi and Akshay will agree this as a known source for prices. The updated prices as of October 27, 2022, are: tin - 174500 RMB with VAT per ton; copper - 64700 RMB with VAT per ton. Please note I did not mark up the document to reflect this because frankly, I do not know how to.

As regards immersion gold prices I am advised that they were set some time ago as follows:

1) Imm Gold (2u" min) ▇▇▇/sq inch
2) Imm Gold (3u" min) ▇▇▇/sq inch

Considering the price of gold it is proposed to change as follows:

1) Imm Gold (2u" min) ▇▇▇/sq inch
2) Imm Gold (3u" min) ▇▇▇/sq inch

I did not make this change either for the same reasons as above.

Additionally, there is a suggested change to section 2.4 of the Revised Manufacturing Agreement. I have been assured by the Benlida Team that neither Rishi nor Akshay will have any issue with the suggestion. When the 10% language was proposed pricing was much higher. Throughout the summer months Benlida and CTX had agreed to regular price reductions driving the price down. For example, I am advised, the base price for double sided in May was ▇▇▇. In June it was reduced again to ▇▇▇ and again in August to its current price of ▇▇▇. With a 10% reduction that would bring the price to ▇▇▇ less than the number provided for in the matrix. There is no dispute that 2.4, as drafted, is clear in its spirit and intent that the *lower* price would be the starting base price, but I am advised that because of the regular price decreases, the impact of 2.4 was not anticipated by the parties. As a means of compromise and to keep things easy, Benlida proposes reducing the 10% to 5%. I have marked up the Revised Manufacturing Agreement to reflect that. As indicated, I am advised that CTX would understand the request and likely raise no serious objection.

2

Please advise any comments.

Thank you,

JCM



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Sent:** Wednesday, October 26, 2022 5:13 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; AGUAN@GECPAS.COM
**Subject:** Re: Benlida adv. CTX - [confidential settlement privileged communication]

I approve and thank you for handling and efiling

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Wednesday, October 26, 2022 5:03:07 PM
**To:** Richard Lerner <Richard@mazzolalindstrom.com>; Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; AGUAN@GECPAS.COM <aguan@gecpas.com>
**Subject:** Re: Benlida adv. CTX - [confidential settlement privileged communication]

Gentlemen,
   Please let me know if you have any comments or concerns regarding the attached draft to extend the time to Monday (10/31), otherwise I will go ahead and file by the end of the day.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782

3



**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Date:** Wednesday, October 26, 2022 at 2:25 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>, "AGUAN@GECPAS.COM" <aguan@gecpas.com>
**Subject:** Re: Benlida adv. CTX - [confidential settlement privileged communication]

I'm heading out to an event. JC is on the road. Please circulate a draft of the motion for a further extension but if you don't hear back from either me or JC with comments within a half hour of your sending it to us, then just go ahead and file it. Thx

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Wednesday, October 26, 2022 2:39:28 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM <aguan@gecpas.com>
**Subject:** Re: Benlida adv. CTX - [confidential settlement privileged communication]

Thanks JC. We have communicated this to our client and we do not anticipate any problem with accepting your changes, although we need to get final approval from the client. The Cost Change Parameter appears to be the final piece, so if we can get that and it looks okay on our side we should be clear to finalize.

Since today is the court deadline, I would suggest we make one last request for additional time, so we can get everything executed in an orderly fashion. Assuming you guys agree, we can prepare another request asking for an extension to Monday and get it on file once you've blessed it.

Stephen and I are both a bit tied up today, so a call might be difficult to arrange this afternoon, but it seems like everything is coming together.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553

4

Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Wednesday, October 26, 2022 at 10:33 AM
**To:** "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>, Richard Lerner <Richard@mazzolalindstrom.com>, "AGUAN@GECPAS.COM" <aguan@gecpas.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** RE: Benlida adv. CTX - [confidential settlement privileged communication]

Hello Stephen and Chauncey,

We did speak with our clients this morning. Please see the Settlement Agreement and the Revised Manufacturing Agreement in redline attached.

Regarding the Settlement Agreement, we have accepted all changes but did add a line in 3. b. to reflect that the financials to be provided during the 23-month payment period will be used for the same purpose as in paragraph 3. a. "to demonstrate proof of BLD's financial stability, demonstrating a lack of short to medium term risk of insolvency or financial collapse." We also removed "sub" from "subsection" in paragraph 3. a. to reflect that the confidentiality of the financials relates to the entirety of paragraph 3. It is likely superfluous as it is all addressed in paragraph 8. Nevertheless, as you can imagine, our clients, although amenable to sharing their financials, do want to ensure their confidentiality.

With respect to the Revised Manufacturing Agreement, we have accepted all changes. Benlida will provide to us tonight the information needed for the Cost Change Parameters spreadsheet at Schedule B in response to your request at your number 4 in your email below.

Please have look and let us know when is good to discuss. We do have to get back to the court today. We do expect that we will be able to sign all on our end tomorrow.

Thank you,

JCM



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Sent:** Tuesday, October 25, 2022 8:43 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** RE: Benlida adv. CTX - [confidential settlement privileged communication]

Resending, since the RMA failed to attach.

Stephen

Stephen F. Rosenthal | Partner | Podhurst Orseck, P.A. | Miami, FL | 305-358-2800 | www.podhurst.com

**From:** STEPHEN F. ROSENTHAL
**Sent:** Tuesday, October 25, 2022 8:42 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** RE: Benlida adv. CTX - [confidential settlement privileged communication]

JC, Rich and Angela,

We have spoken to our client, and Benlida's request to modify the language in Section 3.a. of the Settlement Agreement—where Benlida is giving CTX threshold assurances of its financial health—in a way that would limit CTX's discretion to decide that this long-term deal presents too great a financial risk for it, has unfortunately been counterproductive. Your proposed changes have conveyed an unhelpful message to CTX that only increases its concern.

If Benlida is confident in its own financial position, then it should either just accept that provision as written in the attached draft, or it should provide CTX with the requested financials right away, in advance of the signing of the Agreement, to give CTX appropriate assurances (and we can jointly ask Judge Scola for another week's time). Either way, CTX will agree to treat those documents as confidential, as Benlida has requested. Prior to you having sent additional redlines to the Settlement Agreement, we had drafted and inserted a comparable provision (in redline in Section 3) to accomplish that confidentiality request. We have also added the phrase into Section 8 regarding confidentiality of those documents that you requested in your draft. If Benlida is willing to provide the financials in advance of the closing of the deal, CTX will of course agree to keep them confidential and a freestanding agreement can be drawn up for that purpose. Let us know.

Similarly, Benlida's request to delete its previously agreed-to obligation (in Section 3.b.) to provide updated financials on a quarterly basis throughout the period that CTX was agreeing to make settlement payments to Benlida is also unacceptable. That change in position (from the one you communicated as recently as our call yesterday) only underscores the importance of Benlida giving CTX insight into its financial stability.

6

Aside from those primary issues, there are four other issues to discuss:

1. We inserted language in redline in Sections 1.4 and 1.5 of the Revised Manufacturing Agreement for the issues regarding the exclusive customers that we discussed during yesterday's phone call.

2. Regarding Benlida's new proposed language about the exercise of due diligence in Section 1.6(b) of the Revised Manufacturing Agreement, CTX can accept it if it's moved it in that sentence as set forth below in red, since it is Benlida's representation, not something CTX could independently know:

   > BLD hereby represents and confirms, after exercising all due diligence, that it has not, either directly or indirectly through some third party, had any communication with any Exclusive Customer or Identified Potential Customer …

3. In Section 2.4 of the Revised Manufacturing Agreement, CTX wishes to add the line in red to eliminate a possible ambiguity:

   > **Agreed Pricing For Existing Part Numbers.** The Parties have specifically agreed that as of the Effective Date, pricing for all existing part numbers shall become the lower of: (1) the price calculated in the Pricing Matrix, or (2) 10% less than the pricing as of the day before the Effective Date. The pricing as of the day before the Effective Date means the price without any surcharge. This provision takes priority over the Pricing Matrix for existing part numbers.

4. Please note that in the draft of the Revised Manufacturing Agreement that Benlida had approved, there are blanks that CTX was waiting for Benlida to fill in for the "Cost Change Parameters" spreadsheet in Schedule B (page 25), specifically the "Remark" field for tin cost, copper cost, and exchange rate, to confirm that the parties are on the same page on this set of variables. Please have Benlida send the information it believes should be plugged in.

Regards,

Stephen

Stephen F. Rosenthal I Partner I Podhurst Orseck, P.A. I Miami, FL I 305-358-2800 I www.podhurst.com

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Tuesday, October 25, 2022 10:52 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Subject:** RE: Benlida adv. CTX

Hello – Please see attached. On the settlement agreement I have proposed what I think are minor revisions. We did discuss the addition of the wire details, the addition of the word "reasonably" before "determines" and the striking of "sole," and expanding the Confidentiality section to include the financials that Benlida will be sharing with CTX. I did modify paragraph 3. b. so that when CTX's prepay obligations have ended, so does Benlida's with respect to sharing financials which I think makes sense. On the Manufacturing Agreement, at paragraph 1.6 b) I added language that reflects that Benlida's representation is being made after having "exercised all due diligence". I have noted the changes in highlighted and strikethrough. I do recall that CTX was going to add some additional language regarding the tolling as it relates to the customer list which I did not add. I also recall that there was discussion about "3 days" in connection with that. Our side's only issue is that the "3 days" be Chinese Business Days. We have the financials and are in the process of translating to English. Please review and get back to us your soonest. Thank you and thank you for your assistance with this, JCM



## Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:15 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Sure, let's do 1:30.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



---

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 9:14 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. CTX

Can you do 1PM or 130PM? Please let me know. Thank, JCM

8



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:13 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Hi JC,

Stephen and I are generally available this afternoon.  Do you want to set up a call at 12:30?

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 8:41 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

9

Gents – Are you available for a call today? We did discuss with our clients, and they are generally in agreement with all. I do have couple of questions that I think would be more efficient via telephone. Thank so much. JCM



Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com