**Exhibit D**

**Email dated October 31, 2022 (10:45 a.m.) from Jean Claude Mazzola**

**Michaela Kamemoto**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola |
| **Sent:** | Monday, October 31, 2022 10:45 AM |
| **To:** | Chauncey Cole; STEPHEN F. ROSENTHAL |
| **Cc:** | Richard Lerner; AGUAN@GECPAS.COM |
| **Subject:** | FW: Fw:RE: urgent discussion on existing P/N ( FOR DISCUSSUON PURPOSES ONLY) |

Gents, FYI – Please see below.  Appears that our respective clients got together this morning regarding Section 2.4 and reached an agreement.   Seems there is nothing else.  Unless you advise otherwise, we will refine Section 2.4 accordingly.  It will be a couple of hours as we have a hearing this morning.  Our side is ready to sign though it will be on our overnight.   Please advise any comments.  JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** 黄素兰 <tracy@benlida.com>
**Sent:** Monday, October 31, 2022 10:34 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Fw:RE: urgent discussion on existing P/N ( FOR DISCUSSUON PURPOSES ONLY)

Hi JC and Rich,

RGDS

Tracy

---

**From:** "Rishi Kukreja <RishiK@circuitronix.com>"
**To:** "Tracy benlida <tracy@benlida.com>"
**CC:** "gecpasonline <gecpasonline@gmail.com>","kun吴宇焜 <kunnywoo@126.com>","Akshay Koul <AkshayK@Circuitronix.co.in>"
**Sent:** 2022-10-31 19:23
**Subject:** RE: urgent discussion on existing P/N ( FOR DISCUSSUON PURPOSES ONLY)

Tracy


I think the following verbiage should address your concern :

- For any existing  P/N which was not produced between 01/01/21 and 07/31/22 the price will be lower of 5% of existing price and the new price matrix.

- For any existing P/N which was produced between 01/01/21 and 07/31/22 or has not been produced since 01/01/21 until effective date of agreement the price will be lower of 10% of existing price and the new price matrix.

Please review and advise.

Thank you.

Regards/Rishi Kukreja

---

**From:** tracy@benlida.com <tracy@benlida.com>
**Sent:** Sunday, October 30, 2022 11:14 PM
**To:** Rishi Kukreja <RishiK@circuitronix.com>
**Cc:** gecpasonline <gecpasonline@gmail.com>; kun吴宇焜 <kunnywoo@126.com>
**Subject:** urgent discussion on existing P/N

Rishi,

Can we(Douglas and me) have urgent discussion with you on Revised Manufacturing Agreement item 2.4?

> 2.4 Agreed Pricing For Existing Part Numbers. The Par[ties agree] that as of the Effective Date, pricing for all existing part numbers s[hall be] the price calculated in the Pricing Matrix, or (2) 10% less than the [price as of] the Effective Date. The pricing as of the day before the Effective [Date excludes] any surcharge. This provision takes priority over the Pricing Matrix[.]

This is the final term we need further discussion with you. Please let me know or call me. Thank you.

RGDS

Tracy

---

JIANGMEN BENLIDA
tracy@benlida.com

2