**Exhibit E**

**Email dated October 31, 2022 (9:31 p.m.) from Jean Claude Mazzola**

**Michaela Kamemoto**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola |
| **Sent:** | Monday, October 31, 2022 9:31 PM |
| **To:** | 'Chauncey Cole'; Richard Lerner; STEPHEN F. ROSENTHAL |
| **Cc:** | AGUAN@GECPAS.COM |
| **Subject:** | RE: You guys sending us the execution copies of the docs? |

Thank you, Chauncey.  We'll get to our clients tonight for signing.  Regards,  JCM



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 31, 2022 9:21 PM
**To:** Richard Lerner <Richard@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Subject:** Re: You guys sending us the execution copies of the docs?
**Importance:** High

Thanks, JC / Rich.  We have discussed with our client and I believe we are all in agreement.  Please see the attached settlement agreement, which incorporates all of the prior changes.  We revised the new language in Section 2.4 of the Revised Manufacturing Agreement slightly so please take a look at it.  We added a line to clarify that the existing prices are without any premiums that were being charged, and cleaned up the grammar slightly.  I believe we should be in a position to execute these documents tomorrow.  If there are any hiccups, I would recommend that we provide an update to the Court tomorrow and ask for a very brief extension, but hopefully it is all smooth sailing.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Date:** Monday, October 31, 2022 at 5:14 PM
**To:** Richard Lerner <Richard@mazzolalindstrom.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Subject:** Re: You guys sending us the execution copies of the docs?

Just waiting for some feedback from our client before we get back to you.  Should be very shortly.  I don't expect any hiccups, but if there are any I would suggest that we give the Court an update tomorrow morning.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Date:** Monday, October 31, 2022 at 4:32 PM
**To:** "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>, Chauncey Cole <chauncey.cole@coletrial.com>

2

**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Subject:** RE: You guys sending us the execution copies of the docs?

JC reminded me that once the contract is signed, and we get you the financials, you've got to review them, so I guess we can't file a stip of d/c tonight in any event.

However, let's at least be able to report to the judge that we've got a signed settlement agreement subject to review of the financials, which we are having translated now (at rather significant expense, as it is being expedited).

**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Sent:** Monday, October 31, 2022 4:22 PM
**To:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; Chauncey Cole <chauncey.cole@coletrial.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** You guys sending us the execution copies of the docs?

Let's get this executed today. Our client is ready to sign when they wake up. Please send us, with , with Rishi's execution, the version with that final edit that Rishi and Benlida agreed to this morning.

I don't think the judge will be upset if we let him know tomorrow that it's been settled, though there's really no reason we can't get the stip of discontinuance on file tonight once the settlement agreement is executed by all.

Rich



### Richard E. Lerner

Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com www.mazzolalindstrom.com
NEW YORK * LOS ANGELES