**Exhibit F**

**Email dated November 1, 2022 (10:51 a.m.) from Richard Lerner**

**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Date:** Tuesday, November 1, 2022 at 10:51 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>, "AGUAN@GECPAS.COM" <aguan@gecpas.com>
**Subject:** Benlida v. CTX

Dear Chauncey and Stephen,

Attached are our client's execution pages. Please have your client sign, and then circulate a complete package.

Later this afternoon, let's talk about calling chambers or updating the court by letter or joint motion.



Richard E. Lerner
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com  www.mazzolalindstrom.com
NEW YORK * LOS ANGELES