**Exhibit G**

**Email dated November 3, 2022 (9:02 p.m.) from Chauncey Cole IV**

**Michaela Kamemoto**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Thursday, November 3, 2022 9:02 PM |
| **To:** | Richard Lerner; STEPHEN F. ROSENTHAL |
| **Cc:** | Jean-Claude Mazzola |
| **Subject:** | Re: Benlida v. CTX |
| **Attachments:** | Settlement Agreement - BLD v. CTX (11-2-22 CTX).docx; Revised Manufacturing Agreement - BLD v. CTX (11-2-22 CTX).docx |
| **Importance:** | High |

Hi Richard and JC,

Please see the attached redlines of the Settlement Agreement and the Revised Manufacturing Agreement.  We have been carefully reviewing and discussing this with our client in order to ensure that it can be executed without further edits.  We did find a few relatively minor items that needed to be revised in order to bring this to a conclusion.  You can see those changes in the attached redlines, but I have also summarized them here for clarity and hopefully to avoid any hang-ups.  We believe these revisions should not be controversial, and if they are acceptable, we are prepared to finalize and execute.

## Settlement Agreement

1. We made one minor change to Section 7, to make it apply in the event of an early termination of the Revise Manufacturing Agreement ("RMA").  The purpose of this change is to offer our client some protection in the unlikely event that Benlida decides to quickly terminate the RMA after it is signed. Understandably, our client does not want to be caught in the unlikely position of having to pay the $5 million under the Settlement Agreement if the RMA has already been terminated.  Again, we don't think that this is likely, and it certainly doesn't seem to be anyone's intention to sign the RMA and then immediately terminate it, but previously there was really no protection from that contingency and because our client is taking the risk of laying out millions of dollars this sort of protection is necessary.  This is the only change we have.

## Revised Manufacturing Agreement ("RMA")

1. Section 2.4 - We made minor revisions to the new language just to clarify it and clean things up.  The changes don't alter the substance at all, but it was necessary because the language that was in there wasn't exactly grammatically correct English and there were some ambiguities that needed to be rectified.  Again, the substance is still the same, we are just streamlining the language and making it a little bit more precise.

2. Section 8.3 - We made a change concerning the CTX UL logo associated with Benlida.  We were advised by our client that we needed to add this clarification language

because CTX apparently has multiple UL logos that it is authorized to use. The "CTX" UL logo is the one associated with Benlida, which is what this paragraph is intended to apply to. However, there are others, like "CTX-1", "CTX-2," and so forth, that are not associated with Benlida and are used for other products. We added some language here to clarify that.

3. <u>Section 10.1</u> – We revised to make the initial term of the agreement 10 years instead of 5. Since our client is now agreeing to shell out $5 million, they want the two companies to have a longer commitment to growing the business together and making profits to recoup the $5 million outlay.

4. <u>Section 10.2</u> – We made a minor change to say that if a party becomes insolvent/bankrupt, etc., then the agreement <u>can</u> be terminated, but is not <u>automatically</u> terminated. In other words, it is an option for either party to terminate if the other one goes bankrupt, but it is not an automatic event. We think this is more favorable to both sides.

5. <u>Schedule B, Section 3</u> – The CU Adder Table. We made one very minor change to the first column of the table, just adding the word "minimum" to indicate that the thickness specified in the table is the minimum thickness. We had to take out the whole table in order to just add the one word, "minimum", because in the last version the table was formatted as an image file that couldn't be edited. So, when you look at the redline, it looks like it's a completely new table, but the only change here is the addition of the word "minimum" in that first column heading. Hopefully non-controversial.

Our client is of course eager to review and hopefully approve the financials as well, so please do provide those at your earliest convenience. It also seems that the judge is running out of patience with us, so please do let us know if you think there will be any problem finalizing this thing tomorrow.


Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Date:** Wednesday, November 2, 2022 at 4:07 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Subject:** RE: Benlida v. CTX

"Shortly" ?

Could you please get Rishi's execution pages to us today?



**Richard E. Lerner**
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com www.mazzolalindstrom.com
NEW YORK * LOS ANGELES

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Tuesday, November 1, 2022 3:45 PM
**To:** Richard Lerner <Richard@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Subject:** Re: Benlida v. CTX

Hi Richard,
     We are waiting for some additional feedback from our client, which I'm hoping to have shortly.  I don't foresee any issues, but I'm also not sure if I will have executed signature pages in the next two hours.  Since it's getting late in the afternoon now, it might make sense to ask the Court for a bit more time, just to be on the safe side.  Let me know what you think.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



---

**From:** Richard Lerner <Richard@mazzolalindstrom.com>
**Date:** Tuesday, November 1, 2022 at 10:51 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>, "AGUAN@GECPAS.COM" <aguan@gecpas.com>
**Subject:** Benlida v. CTX

Dear Chauncey and Stephen,

Attached are our client's execution pages. Please have your client sign, and then circulate a complete package.

Later this afternoon, let's talk about calling chambers or updating the court by letter or joint motion.



Richard E. Lerner
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com www.mazzolalindstrom.com
NEW YORK * LOS ANGELES