**Exhibit H**

**Text Message dated November 5, 2022 (2:53 p.m.) from Chauncey Cole IV**

