**Exhibit I**

**Text Message chain dated November 7, 2022 (10:12 p.m.) between
Jean Claude Mazzola, Stephen Rosenthal, and Chauncey Cole IV**

