**Exhibit J**

**Email dated November 7, 2022 (6:03 p.m.) from Jean Claude Mazzola**

**Michaela Kamemoto**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola |
| **Sent:** | Monday, November 7, 2022 6:03 PM |
| **To:** | 'Chauncey Cole'; STEPHEN F. ROSENTHAL |
| **Cc:** | Richard Lerner |
| **Subject:** | Benlida adv. CTX |
| **Attachments:** | P5 SA.pdf; P6 SA.pdf; P14 MA.pdf |

HI Chauncey, signatures attached.  We are considering this case settled as of today in accordance with our earlier communications.  We will provide you with financials in the next day or so.  Thank you,  JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

---

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, November 7, 2022 3:46 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Yes, I think we should.  I'm awaiting final final client approval to release signature pages.  If you can send yours please do, it might make it easier for me to release ours.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 7, 2022 at 7:38 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Good morning, We exchanging signature pages?  Please send.  Thank you,  JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

2