**Exhibit L**

**Text Message dated November 8, 2022 (9:41 p.m.) from Jean Claude Mazzola**



Tue, Nov 8, 21:41

Following on from my telecon with Chauncey, Benlida are ok with the proposed changes, to wit, addition of the word "minimum" and taking out "in June 2022" and replacing with "as of Effective Date". Please share CTX's signatures, you have ours. Also please share the Schedule D.

Regarding the gold plating issue raised in your email, I understand from our client that there's much more to the issue than the email exchange reflected. We understand that much was lost in the communications and that is an easy issue.

Wed, Nov 9, 15:21

Hey Chauncey - give me a call. No issue, ready to push send

