**Exhibit O**

**Email dated September 21, 2022 (10:51 a.m.) from Stephen Rosenthal**

**Michaela Kamemoto**

---

| | |
|---|---|
| **From:** | STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com> |
| **Sent:** | Wednesday, September 21, 2022 10:51 AM |
| **To:** | Richard Lerner |
| **Cc:** | Chauncey Cole; Jean-Claude Mazzola |
| **Subject:** | Re: Benlida adv. CTX |
| **Attachments:** | image002.jpg; image003.jpg; 2022.09.20 draft motion to restore case to active calendar.docx |

Rich,

Please hold off filing until the last minute on this. I have not been able to reach Rishi since he has been traveling.  What is the deadline to file?

If you do file, you do NOT have our consent to file it as a joint motion since, as we have been clear, CTX's position is that an enforceable settlement agreement was reached that Benlida has refused to honor.

Chauncey or I will be in touch as the day goes on.

Regards,

Stephen


> On Sep 21, 2022, at 9:39 AM, Richard Lerner <Richard@mazzolalindstrom.com> wrote:
>
>
> As we still haven't received Rishi's price matrix, we don't seem to have much choice but to file the motion to restore. Do you see an alternative? Please advise whether you have any revisions, or if you disagree with presenting it as a joint motion. In any event, what's the status of Rishi's proposal?
>
> A copy of the proposed motion is attached.
>
>
> # Richard E. Lerner
> Mazzola Lindstrom LLP
> 1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
> 1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
> D: 646.813.4345 | M: 917.584.4864 |
> richard@mazzolalindstrom.com www.mazzolalindstrom.com
> NEW YORK * LOS ANGELES

---

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, September 19, 2022 2:36 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>

1

**Cc:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; Michaela Kamemoto <michaela@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Still work in progress will get back to you on it soon.

Sent from my iPhone

> On Sep 19, 2022, at 5:49 PM, Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> wrote:

Hello – Any word from your client?  Please advise.  Thank you. JCM

## Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant

_____/

**JOINT MOTION TO RESTORE CASE TO ACTIVE CALENDAR**

The Parties (collectively, plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., and

defendant Circuitronix, LLC) hereby jointly request that this case be restored to the active calendar,

and restore pending motions. In support of this motion, the Parties hereby state as follows:

1.      Though the Parties agreed, in principle, to settle this case during a mediation held

on June 1, 2022, with mediator Hon. Joseph P. Farina. [DE 80-81], the parties have reached an

impasse with respect to final terms of the settlement.

2.      As the Parties have an on-going business relationship, the terms that remain

unresolved are, in sum, an acceptable pricing structure that would extend beyond the near term,

and extend several years hence.

3.      Owing to the unpredictability of the pricing in the future, due to the volatility of the

market, the Parties are at an impasse and respectfully request that the case be restored to the active

calendar.

4.      Presently before the Court is a motion that was interposed on September 7, 2022

(DE 90), requesting a further two-week extension of time, in order that the Parties could continue

1

negotiating a resolution of the case. However, as it is now apparent that the Parties are at an impasse, and as the Court has not yet decided that motion, it is respectfully requested that the September 9th motion (DE 90) be deemed moot, and that this case be restored to active status, and that the following motions be taken up and decided:

- Defendant Circuitronix's motion for Issuance of Letter Request to Obtain Evidence Abroad (DE 64).

- Defendant Circuitronix's motion to compel Benlida witnesses to appear in person for depositions in the Southern District of Florida (DE 66).

- Plaintiff Benlida's cross-motion for a protective order to permit its China-domiciled witnesses to be deposed via Zoom or the like (DE 67).

## CONCLUSION

Accordingly, the Parties respectfully request that the Court grant this motion and restore this case to the active calendar.

Dated: September 20, 2022                                      Respectfully submitted,

| MAZZOLA LINDSTROM LLP<br>*Attorneys for Plaintiff Benlida*<br><br>By: */s/ Jean-Claude Mazzola*<br>Jean-Claude Mazzola<br>1350 Avenue of the Americas, 2nd Floor New York, NY 10019<br>646.250.6666<br>jeanclaude@mazzolalindstrom.com | PODHURST ORSECK, P.A.<br>*Co-Counsel for Circuitronix, LLC*<br><br>By: */s/ Stephen F. Rosenthal*<br>Stephen F. Rosenthal, Esq.<br>Florida Bar No. 0131458<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 3313<br>305.358.2800<br>srosenthal@podhurst.com |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on January 19, 2023.

By: /s/ *Jean-Claude Mazzola*
Jean-Claude Mazzola