**Exhibit P**

**Email dated November 21, 2022 (2:46 p.m.) from Chauncey Cole IV**

**Jean-Claude Mazzola**

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, November 21, 2022 2:46 PM
**To:** Jean-Claude Mazzola; Richard Lerner
**Cc:** STEPHEN F. ROSENTHAL
**Subject:** Re: Benlida adv. CTX

Gentlemen,

    We've had a chance to confer with our clients, and we would like you to consider the following steps to try to bridge the gap and achieve resolution of this matter.

1. It is clear that based on the review of financial statements and the discussion last week, there are some very serious concerns on our side about the financial condition of BLD and its future as a going concern. We would like to attempt to alleviate those concerns through further disclosure and discussion through an open dialogue with BLD, with the goal of achieving a sufficient level of assurance.

2. In an effort to move forward toward a potential closing of the current proposed agreement, Mr. Astudillo is preparing a written recap of some of the facts discussed last week, for the purpose of providing that to BLD so that they can confirm and/or clarify the information in writing. The goal would be to have them confirm the information, then conduct at least one further zoom meeting for purposes of due diligence, like the one we had with them last Thursday. Then, at the end of the due diligence process – assuming we are comfortable moving forward – we would ask BLD to certify in writing any important facts we are relying on that come out in the due diligence process. Assuming BLD agrees to this process, and it could be achieved, that would potentially resolve one major hurdle.

3. The second major hurdle is based on information we learned for the first time last week. BLD has a new factory in Jiangxi, China, that is scheduled to begin production in March 2023. Our understanding previously was that the new factory would be operated under the BLD corporate umbrella, and would therefore automatically fall within the scope of the Revised Manufacturing Agreement (RMA). However, based on what was said during the call last week, that does not appear to be the case. Evidently, that factory is being operated through a newco that may not be formally affiliated with BLD. This creates a risk that once the new factory is up and running, BLD could begin funneling resources to the new operation, and/or formally dissolve while the newco and new factory continue to operate. We will need to revise the RMA to account for this, either by having the newco as a signatory, binding the principal owner, Mr. Huang, and/or specifying that the Jiangxi factory is included in the deal.

1

4. If everything goes smoothly – perhaps a major "if" – we believe that realistically the steps above are likely to take a fair amount of time to resolve. In that light, we propose that we give the court a realistic appraisal of the situation and ask for 30 days to try to resolve these issues.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 21, 2022 at 12:19 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Ok. Thank you.
JC Mazzola
646-250-6666

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, November 21, 2022 12:17
**To:** Jean-Claude Mazzola; STEPHEN F. ROSENTHAL
**Cc:** Richard Lerner
**Subject:** Re: Benlida adv. CTX

Hi JC,

We are conferring with our client and should have some feedback this afternoon around 2 pm.

2

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 21, 2022 at 9:56 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Hello – Hope all are well. We should talk soonest. Please advise when is good for your side? The judge is expecting us to get back to him and our client is ready and willing to answer any further questions. We understand that Rishi may have been traveling on the weekend, but we really need to get this moving. I don't think either of our client's wants to be non-responsive to the court. Rich and I are around all day, and we can loop in Angela as well. Thank you, JCM



### Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Saturday, November 19, 2022 5:53 PM
**To:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>

3

**Subject:** Re: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

Hi All, let's keep this moving, please. Send any residual questions to help the process. Thank you, JCM
JC Mazzola
646-250-6666

**From:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Sent:** Friday, November 18, 2022 15:43
**To:** Richard Lerner
**Cc:** Chauncey Cole; Jean-Claude Mazzola
**Subject:** Re: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

I'm out of court in the car for the next hour

> On Nov 18, 2022, at 3:20 PM, Richard Lerner <Richard@mazzolalindstrom.com> wrote:
>
> Dear Stephen and Chauncey,
>
> As it seems you won't be able to talk today, let's nonetheless try to keep this moving along expeditiously. Please email to JC and me any residual questions that CTX still has about the financials.
>
> Thanks,
>
> Rich



**Richard E. Lerner**
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
1999 Avenue of the Stars, Ste. 1100, Los Angeles, CA 90067
D: 646.813.4345 | M: 917.584.4864 |
richard@mazzolalindstrom.com  www.mazzolalindstrom.com
NEW YORK * LOS ANGELES

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Friday, November 18, 2022 3:04 PM
**To:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

Oh dear... let us know when we can all talk.

4



# Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Sent:** Friday, November 18, 2022 3:02 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time

Agree. I have been in trial in federal court in Ft. Lauderdale since Wednesday. Still here now.

> On Nov 18, 2022, at 2:57 PM, Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> wrote:
>
> I did send an earlier email to Chauncey. Adding Stephen, we should all get together and get this moving.
>
>
> Jean-Claude Mazzola
> Attorney
> Mazzola Lindstrom LLP
> 1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
> M: +1 (646) 250-6666 | O: +1 (646) 216-8585  jeanclaude@mazzolalindstrom.com
>
>
> -----Original Message-----
> From: cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
> Sent: Friday, November 18, 2022 12:42 PM
> To: flsd_cmecf_notice@flsd.uscourts.gov
> Subject: Activity in Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Order on Motion for Extension of Time
>
> This is an automatic e-mail message generated by the CM/ECF system.
> Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 11/18/2022 12:41 PM EST and filed on 11/18/2022

Case Name: Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC Case Number: 0:21-cv-60125-RNS https://ecf.flsd.uscourts.gov/cgi-bin/DktRpt.pl?585077

Filer:

WARNING: CASE CLOSED on 06/03/2022

Document Number: 103

Copy the URL address from the line below into the location bar of your Web browser to view the document:
103(No document attached)

Docket Text:
PAPERLESS ORDER: The Court denies, without prejudice, [101] [102] the parties' eighth and ninth joint motions for extensions of time. In light of the parties' repeated failures to accurately and realistically assess the amount of time needed to resolve this matter, the Court has no reason to believe that the estimates provided in their latest motions are any different. Accordingly, the Court orders the parties to file one last motion, requiring both sides to certify that the date they select will be the final date upon which their dismissal paperwork will be filed.
After that, no further extensions will be considered. Signed by Judge Robert N. Scola, Jr. (kbe)


0:21-cv-60125-RNS Notice has been electronically mailed to:
Chauncey David Cole
, IV chauncey.cole@coletrial.com

Jean-Claude Mazzola
jeanclaude@mazzolalindstrom.com

Matthew Weinshall
mweinshall@podhurst.com

Robert C. Josefsberg
rjosefsberg@podhurst.com, mvalledor@podhurst.com

Stephen Frederick Rosenthal
srosenthal@podhurst.com, cmartinez@podhurst.com, jmiller@podhurst.com, srodriguez@podhurst.com

6

0:21-cv-60125-RNS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.: