**Exhibit Q**

**Email dated November 22, 2022 (12:41 a.m.) from Chauncey Cole IV**

**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Tuesday, November 22, 2022 12:41 AM |
| **To:** | Jean-Claude Mazzola; Richard Lerner |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | FW: Conference Call Thursday November 17 |
| **Attachments:** | Conference call Thursday November 17, 2022.docx |

JC / Richard,

Following up on my prior email, Mr. Astudillo's write-up from last week's meeting is attached.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Rishi Kukreja <RishiK@circuitronix.com>
**Date:** Monday, November 21, 2022 at 3:39 PM
**To:** "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** FW: Conference Call Thursday November 17

**From:** Celin Astudillo <Celin.astudillo@circuitronix.com>
**Sent:** Monday, November 21, 2022 3:25 PM
**To:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Conference Call Thursday November 17

1

The conference call was focused on cash flow and how the company, based on the financials would be able to satisfy its short term debt. Numerical references are based on RMB.

1. Short term receivables total $▇ and Short term accounts payable $▇ at the end of Q3, 2022. Benlida mentioned there is also $▇ in inventory that is short term assets based on Local and GAAP regulations. While for presentation of financial statements it is accurate, for cash purposes, inventory first has to become a receivable and then cash. Benlida mentioned the inventory is made up of RAW material which could be sold immediately. Circuitronix (CTX) mentioned that's as Q3 2022, just $▇ or ▇ were Raw material, the rest was Work in process and Finished Goods.

2. CTX mentioned the slowdown of collections which now they are at 194 days outstanding and inventory rotation to 99 days. Conversion cycle of 293 days impact cash. Belinda explained Accounts payable has grown also. Payables matures on different dates during the year. CTX mentioned that the Cash Conversio Cycle (CCC) which is the net of AR days outstanding plus Inventory Turn Over minus Accounts Payable days outstanding deteriorated also during the period. That means the slowdown in collections/inventory is not as fast as the AP increase. The current CCC ratio is 67 days. CTX mentioned also that consistently Benlida has faced cash flow shortages.

3. CTX also mentioned that Cash Flow resulting from Operations is very small, it could represent a challenge at the moment to pay debt. Benlida mentioned that Short Term Payables have been consistently reducing; CTX mentioned that it has been more of a migration to Long Term Debt. In fact the reduction on Short Term Borrowing ($▇) is exactly the same amount increased in Long Borrowing.

4. CTX asked if any of the new facility in Jiangxi has been financed with Short or Long term debt; It was mentioned that it will be funded with some additional equity to be infused by current or new shareholders. There are no transactions in the financials shared with us which have anything to do with the Jiangxi factory

5. CTX asked about the increment in Long Term Payables to $▇, Benlida mentioned that it was the recognition of the full cost of leases. CTX asked where is the other side in the Balance Sheet because Fixed Assets has a net reduction in the same period $▇. Benlida answered that some of the assets which are within their useable life have been taken out of commission owing to issues such as efficiency or additional scrap the lines generate ; Two examples provided were of the PTH line and UV Exposure machines for Soldermask which were replaced because of additional scrap and technical capabilities respectively. CTX asked where is the impact of the impairment recorded in the Profit Loss statement because it is not easily traceable with the provided financial data.

6. The conference was muted for almost half of an hour while Benlida researched the Pledge information provided. They mentioned that none of the AR has been discounted in any bank; they assigned some of the receivables to an specific bank to channel the collections only. Benlida has financed ▇ equipment with Leasing agreement up to ▇ months.

7. There were 29 "pledged" transactions for the period 2019 to 2022; 14 for leasing activities, 7 non financing activities, 7 Collateralized for under $▇ approximately USD$▇ deemed not significant of Accounts Receivable. The only purpose of pledging these transactions was to build a banking relation with the institution.

2

Best regards.

**Celin Gonzalo Astudillo**
**CORPORATE CONTROLLER**
**circuitronix**

3131 SW 42ND ST
FT. LAUDERDALE, FL 33312
Direct: (+1) 786-475-3932
Mobil: (+1) 305-898-1147
Email: celin.astudillo@circuitronix.com
Website: http://circuitronix.com/

CONFIDENTIAL NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC.