**Exhibit R**

**Screenshot of "Circuitronix Company Overview" video (at 28 second mark) from YouTube**

