**Exhibit S**

**Representation of Benlida facilities taken from**

**the Circuitronix website on January 12, 2023**



# PCB Manufacturing facilities

Homepage (https://circuitronix.com) > About (https://circuitronix.com/about/) > PCB Manufacturing facilities

Circuitronix has PCB manufacturing locations in **Jiangmen**, **Jiangxi**, and **Huizhou, China**. Our factories are equipped with state-of-the-art machinery providing best-in-class operations. We are strategically positioned within China to mitigate natural disasters, employment challenges, and supply chain interruptions.

By maintaining the highest standards of workmanship, service and employee support, we are able to provide consistently the highest quality boards, on time.

## Where We Build Our PCBs



| Huizhou (Plant 1) | Jiangmen (Plant 2) | Jiangxi (plant 3) |
|---|---|---|
| Conventional PCB | Conventional PCB | Conventional PCB |
| HDI PCB | Rigid-Flex PCB | HDI PCB |
| Rigid-Flex PCB | | Rigid-Flex PCB |
| IMS PCB | | IMS PCB |

## Inside Our Plant



Call Us Now (https://circuitronix.com/contact/)                                (https://circuitronix.com)

Terms and Condition (https://circuitronix.com/terms-and-condition/)   Privacy Policy (https://circuitronix.com/privacy-policy/)
Site Map (https://circuitronix.com/site-map/)

© 2023 Circuitronix. All rights reserved



# PCB Manufacturing facilities

Homepage (https://circuitronix.com) > About (https://circuitronix.com/about/) > PCB Manufacturing facilities

Circuitronix has PCB manufacturing locations in **Jiangmen**, **Jiangxi**, and **Huizhou, China**. Our factories are equipped with state-of-the-art machinery providing best-in-class operations. We are strategically positioned within China to mitigate natural disasters, employment challenges, and supply chain interruptions.

By maintaining the highest standards of workmanship, service and employee support, we are able to provide consistently the highest quality boards, on time.

## Where We Build Our PCBs



| Huizhou (Plant 1) | Jiangmen (Plant 2) | Jiangxi (plant 3) |
|---|---|---|
| Conventional PCB | Conventional PCB | Conventional PCB |
| HDI PCB | Rigid-Flex PCB | HDI PCB |
| Rigid-Flex PCB |  | Rigid-Flex PCB |
| IMS PCB |  | IMS PCB |

## Inside Our Plant



Call Us Now (https://circuitronix.com/contact/)     (https://circuitronix.com)

Terms and Condition (https://circuitronix.com/terms-and-condition/)    Privacy Policy (https://circuitronix.com/privacy-policy/)
Site Map (https://circuitronix.com/site-map/)

© 2023 Circuitronix. All rights reserved







Call Us Now (https://circuitronix.com/contact/)          (https://circuitronix.com)

Terms and Condition (https://circuitronix.com/terms-and-condition/)    Privacy Policy (https://circuitronix.com/privacy-policy/)
Site Map (https://circuitronix.com/site-map/)

© 2023 Circuitronix. All rights reserved





Call Us Now (https://circuitronix.com/contact/)

(https://circuitronix.com)

Terms and Condition (https://circuitronix.com/terms-and-condition/)   Privacy Policy (https://circuitronix.com/privacy-policy/)
Site Map (https://circuitronix.com/site-map/)

© 2023 Circuitronix. All rights reserved