**Exhibit V**

**Benlida's Quarterly Financials**
**– Note: Added per Judge Goodman's January 18, 2023 Paperless Order.**

## Balance Sheet

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.　　　Period: 202203　　　Unit: yuan

| Asset | Line No. | Balance at the beginning of the year | Ending balance | Liability and owner's equity (or shareholder's equity) | Line No. | Balance at the beginning of the year | Ending balance |
|---|---|---|---|---|---|---|---|
| Current assets: | | | | Current liabilities: | | | |
| Monetary funds | 1 | ■ | ■ | Short-term borrowings | 30 | ■ | ■ |
| Tradable financial assets | 2 | ■ | ■ | Tradable financial liabilities | 31 | - | - |
| Derivative financial assets | 3 | - | - | Derivative financial liabilities | 32 | - | - |
| Bills receivable | 4 | ■ | ■ | Bills payable | 33 | ■ | ■ |
| Accounts receivable | 5 | ■ | ■ | Accounts payable | 34 | ■ | ■ |
| Advance payments | 6 | ■ | ■ | Advance payments collected | 35 | ■ | ■ |
| Other receivables | 7 | ■ | ■ | Payroll payable | 36 | ■ | ■ |
| Inventory | 8 | ■ | ■ | Taxes payable | 37 | ■ | ■ |
| Held-for-sale assets | 9 | - | - | Other payables | 38 | ■ | ■ |
| Current assets due within one year | 10 | - | - | Held-for-sale liabilities | 39 | - | - |
| Other current assets | 11 | ■ | - | Non-current liabilities due within one year | 40 | ■ | - |
| Total current assets | 12 | ■ | ■ | Other current liabilities | 41 | - | - |
| Non-current assets: | | - | - | Total current liabilities | 42 | ■ | ■ |
| Available for sale financial assets | 13 | - | - | Non-current liabilities: | | | |
| Held to maturity investments | 14 | - | - | Long-term borrowings | 43 | - | - |
| Long-term receivables | 15 | - | - | Bonds payable | 44 | - | - |
| Long-term equity investment | 16 | ■ | ■ | Of which: Preferred stock | 45 | - | - |
| Real estate for investment | 17 | - | - | Perpetual bonds | 46 | - | - |
| Fixed assets | 18 | ■ | ■ | Long-term payables | 47 | ■ | ■ |
| Construction-in-progress | 19 | ■ | ■ | Lease liabilities | 48 | ■ | - |
| Productive biological assets | 20 | - | - | Deferred income | 49 | ■ | ■ |
| Oil and gas assets | 21 | - | - | Deferred tax liabilities | 50 | - | - |
| Intangible assets | 22 | ■ | ■ | Other non-current liabilities | 51 | - | - |
| R&D expenditure | 23 | - | - | Total non-current liabilities | 52 | ■ | ■ |
| Goodwill | 24 | - | - | Total liabilities | 53 | ■ | ■ |
| Long-term prepaid expenses | 25 | ■ | ■ | Owner's equity (or shareholder's equity) | | - | - |
| Deferred tax assets | 26 | ■ | ■ | Paid-up capital (or share capital) | 54 | ■ | ■ |
| Other non-current assets | 27 | | | Other equity instruments | 55 | - | - |
| Total non-current assets | 28 | ■ | ■ | Of which: Preferred stock | 56 | - | - |
| | | | | Perpetual bond | 57 | - | - |
| | | | | Capital reserve | 58 | ■ | ■ |
| | | | | Less: Treasury stock | 59 | - | - |
| | | | | Other comprehensive income | 60 | - | - |
| | | | | Special reserve | 61 | - | - |
| | | | | Surplus reserve | 62 | ■ | ■ |
| | | | | Undistributed profit | 63 | ■ | ■ |
| | | | | Total owner's equity (or shareholder's equity) | 64 | ■ | ■ |
| Total assets | 29 | ■ | ■ | Total liabilities and owner's equity (or shareholder's equity) | 65 | ■ | ■ |

Head of enterprise (seal):　　　　　Head of finance and accounting (seal):

## Income Statement

Form AF-02

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.   Period: 202203   Unit: yuan

| Item | Line No. | Amount this month | Cumulative amount this year |
|---|---|---|---|
| I. Operating income | 1 | ▇▇▇ | ▇▇▇ |
| Less: Operating costs | 2 | ▇▇▇ | ▇▇▇ |
| Taxes and surcharges | 3 | ▇▇▇ | ▇▇▇ |
| Sales expenses | 4 | ▇▇▇ | ▇▇▇ |
| Management expenses | 5 | ▇▇▇ | ▇▇▇ |
| R&D expenses | 6 | ▇▇▇ | ▇▇▇ |
| Financial expenses | 7 | ▇▇▇ | ▇▇▇ |
| Of which: Interest expenses | 8 | ▇▇▇ | ▇▇▇ |
| Interest income | 9 | ▇▇▇ | ▇▇▇ |
| Asset depreciation loss | 10 | - | - |
| Add: Other income | 11 | ▇▇▇ | ▇▇▇ |
| Investment income (losses are denoted with "-") | 12 | - | ▇▇▇ |
| Of which: Investment income from associates and joint ventures | 13 | | |
| Gains on changes in fair value (losses are denoted with "-") | 14 | | |
| Gains from disposal of assets (losses are denoted with "-") | 15 | - | ▇▇▇ |
| II. Operating profit (losses are denoted with "-") | 16 | ▇▇▇ | ▇▇▇ |
| Add: Non-operating income | 17 | ▇▇▇ | ▇▇▇ |
| Less: Non-operating expenses | 18 | ▇▇▇ | ▇▇▇ |
| III. Total profit (losses are denoted with "-") | 19 | ▇▇▇ | ▇▇▇ |
| Less: Income tax expenses | 20 | ▇▇▇ | ▇▇▇ |
| IV. Net profit (losses are denoted with "-") | 21 | ▇▇▇ | ▇▇▇ |
| (1) Net profit from continuing operations (losses are denoted with "-") | 22 | ▇▇▇ | ▇▇▇ |
| (2) Net profit from discontinued operations (losses are denoted with "-") | 23 | | |
| V. Net after-tax of other comprehensive income | 24 | - | - |
| (1) Other comprehensive income that cannot be classified into profit or loss | 25 | - | - |
| 1. Remeasurement of changes in defined benefit plans | 26 | | |
| 2. Other comprehensive income that cannot be transferred to profit or loss | 27 | | |
| | 28 | | |
| (2) Other comprehensive income that can be classified into profit or loss | 29 | - | - |
| 1. Other comprehensive income that can be transferred to profit or loss | 30 | | |
| 2. Changes in fair value of available for sale financial assets | 31 | | |
| 3. Gains and losses of held-to-maturity investments reclassified into available for sale financial assets | 32 | | |
| 4. Effective portion of cash flow through hedging | 33 | | |
| 5. Conversion difference of foreign currency in financial statements | 34 | | |
| | 35 | | |
| VI. Total comprehensive income | 36 | ▇▇▇ | ▇▇▇ |
| VII. Earnings per share | 37 | | |
| (1) Basic earnings per share | 38 | | |
| (2) Diluted earnings per share | 39 | | |

## Income Statement

Form AF-02

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.     Period: 202203     Unit: yuan

| Item | Line No. | Amount this month | Cumulative amount this year |
|---|---|---|---|
| I. Operating income | 1 | ▮ | ▮ |
| Less: Operating costs | 2 | ▮ | ▮ |
| Taxes and surcharges | 3 | ▮ | ▮ |
| Sales expenses | 4 | ▮ | ▮ |
| Management expenses | 5 | ▮ | ▮ |
| R&D expenses | 6 | ▮ | ▮ |
| Financial expenses | 7 | ▮ | ▮ |
| Of which: Interest expenses | 8 | ▮ | ▮ |
| Interest income | 9 | ▮ | ▮ |
| Asset depreciation loss | 10 | - | - |
| Add: Other income | 11 | ▮ | ▮ |
| Investment income (losses are denoted with "-") | 12 | - | |
| Of which: Investment income from associates and joint ventures | 13 | | |
| Gains on changes in fair value (losses are denoted with "-") | 14 | | |
| Gains from disposal of assets (losses are denoted with "-") | 15 | - | ▮ |
| II. Operating profit (losses are denoted with "-") | 16 | ▮ | ▮ |
| Add: Non-operating income | 17 | ▮ | ▮ |
| Less: Non-operating expenses | 18 | ▮ | ▮ |
| III. Total profit (losses are denoted with "-") | 19 | ▮ | ▮ |
| Less: Income tax expenses | 20 | ▮ | ▮ |
| IV. Net profit (losses are denoted with "-") | 21 | ▮ | ▮ |
| (1) Net profit from continuing operations (losses are denoted with "-") | 22 | ▮ | ▮ |
| (2) Net profit from discontinued operations (losses are denoted with "-") | 23 | | |
| V. Net after-tax of other comprehensive income | 24 | - | - |
| (1) Other comprehensive income that cannot be classified into profit or loss | 25 | - | - |
| 1. Remeasurement of changes in defined benefit plans | 26 | | |
| 2. Other comprehensive income that cannot be transferred to profit or loss | 27 | | |
| | 28 | | |
| (2) Other comprehensive income that can be classified into profit or loss | 29 | - | - |
| 1. Other comprehensive income that can be transferred to profit or loss | 30 | | |
| 2. Changes in fair value of available for sale financial assets | 31 | | |
| 3. Gains and losses of held-to-maturity investments reclassified into available for sale financial assets | 32 | | |
| 4. Effective portion of cash flow through hedging | 33 | | |
| 5. Conversion difference of foreign currency in financial statements | 34 | | |
| | 35 | | |
| VI. Total comprehensive income | 36 | ▮ | ▮ |
| VII. Earnings per share | 37 | | |
| (1) Basic earnings per share | 38 | | |
| (2) Diluted earnings per share | 39 | | |

## Cash Flow Statement

Form AF-03

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.     2022     Unit: yuan

| Item | Line No. | Amount | Supplemental information | Line No. | Amount |
|---|---|---|---|---|---|
| **I. Cash flow from operating activities:** | | | **1. Reconciliation of net profit to cash flow from operating activities** | | |
| Cash received from sales of goods and provision of services | 1 | ▇ | Net profit | 57 | ▇ |
| Cash received from tax refunds | 3 | ▇ | Add: Provision for impairment of assets | 58 | - |
| Other cash related to operating activities | 8 | ▇ | Depreciation of fixed assets | 59 | ▇ |
| Subtotal of cash inflows | 9 | ▇ | Amortization of intangible assets | 60 | ▇ |
| Cash paid for purchasing goods and accepting labor services | 10 | ▇ | Amortization of long-term deferred expenses | 61 | |
| Cash paid to employees and for employees | 12 | ▇ | Reduction in prepaid expenses (Less increase) | 64 | - |
| Cash paid for various taxes and fees | 13 | ▇ | Increase in accrued expenses (Less: reduction) | 65 | - |
| Cash related to other operating activities | 18 | ▇ | Loss from disposal of fixed assets, intangible assets and other long-term assets (Less: gains) | 66 | - |
| Subtotal of cash outflows | 20 | ▇ | Loss from scrapping of fixed assets | 67 | - |
| Net cash flow from operating activities | 21 | ▇ | Financial expenses | 68 | ▇ |
| **II. Cash flow from investing activities:** | | | Investment losses (Less: gains) | 69 | ▇ |
| Cash received from investment recovery | 22 | | Deferred tax credit (Less: debit) | 70 | ▇ |
| Cash received from investment income | 23 | - | Reduction in inventory (Less: increase) | 71 | ▇ |
| Net cash received from disposal of fixed assets, intangible assets and other long-term assets | 25 | ▇ | Reduction in operating receivables (Less: increase) | 72 | ▇ |
| Cash received related to other investing activities | 28 | | Increase in operating payables (Less: reduction) | 73 | ▇ |
| Subtotal of cash inflows | 29 | | Other | 74 | ▇ |
| Cash paid for purchase and construction of fixed assets, intangible assets and other long-term assets | 30 | ▇ | Net cash flow from operating activities | 75 | ▇ |
| Cash paid for investments | 31 | ▇ | | | |
| Cash related to other investing activities | 35 | ▇ | | | |
| Subtotal of cash outflows | 36 | ▇ | | | |
| Total cash flow from investing activities | 37 | ▇ | **2. Investing and financing activities not involving cash** | | |
| **III. Cash flow from financing activities:** | | | Conversion of debt into capital | 76 | |
| Cash received from capital contribution | 38 | ▇ | Convertible corporate bonds due within one year | 77 | |
| Cash received from borrowing | 40 | | Fixed assets acquired under finance leases | 78 | |
| Cash received related to other financing activities | 43 | | | | |
| Subtotal of cash inflows | 44 | ▇ | | | |
| Cash paid for debt repayment | 45 | ▇ | | | |
| Cash paid for distribution of dividends and profits, and payment of interest | 46 | ▇ | **3. Overview of net increase in cash and cash equivalents** | | |
| Cash paid related to other financing activities | 52 | - | Ending cash balance | 79 | ▇ |
| Subtotal of cash outflows | 53 | ▇ | Less: Beginning cash balance | 80 | ▇ |
| Net cash flow from financing activities | 54 | ▇ | Add: Ending cash equivalents balance | 81 | |
| IV. Impact from changes in the exchange rate on cash and cash equivalents | 55 | ▇ | Less: Beginning cash equivalents balance | 82 | |
| V. Net increase in cash and cash equivalents | 56 | ▇ | Net increase in cash and cash equivalents | 83 | ▇ |

Head of enterprise:                Head of finance:                Prepared by:

## Balance Sheet

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.    Period: 202206    Unit: yuan

| Asset | Line No. | Balance at the beginning of the year | Ending balance | Liability and owner's equity (or shareholder's equity) | Line No. | Balance at the beginning of the year | Ending balance |
|---|---|---|---|---|---|---|---|
| **Current assets:** | | | | **Current liabilities:** | | | |
| Monetary funds | 1 | ■■■ | ■■■ | Short-term borrowings | 30 | ■■■ | ■■■ |
| Tradable financial assets | 2 | ■■■ | - | Tradable financial liabilities | 31 | - | - |
| Derivative financial assets | 3 | - | - | Derivative financial liabilities | 32 | - | - |
| Bills receivable | 4 | ■■■ | ■■■ | Bills payable | 33 | ■■■ | ■■■ |
| Accounts receivable | 5 | ■■■ | ■■■ | Accounts payable | 34 | ■■■ | ■■■ |
| Advance payments | 6 | ■■■ | ■■■ | Advance payments collected | 35 | ■■■ | ■■■ |
| Other receivables | 7 | ■■■ | ■■■ | Payroll payable | 36 | ■■■ | ■■■ |
| Inventory | 8 | ■■■ | ■■■ | Taxes payable | 37 | ■■■ | ■■■ |
| Held-for-sale assets | 9 | - | - | Other payables | 38 | ■■■ | ■■■ |
| Current assets due within one year | 10 | - | - | Held-for-sale liabilities | 39 | - | - |
| Other current assets | 11 | ■■■ | - | Non-current liabilities due within one year | 40 | ■■■ | - |
| Total current assets | 12 | ■■■ | ■■■ | Other current liabilities | 41 | - | - |
| **Non-current assets:** | | - | - | Total current liabilities | 42 | ■■■ | ■■■ |
| Available for sale financial assets | 13 | - | - | **Non-current liabilities:** | | | |
| Held to maturity investments | 14 | - | - | Long-term borrowings | 43 | - | - |
| Long-term receivables | 15 | - | - | Bonds payable | 44 | - | - |
| Long-term equity investment | 16 | ■■■ | ■■■ | Of which: Preferred stock | 45 | - | - |
| Real estate for investment | 17 | - | - | Perpetual bonds | 46 | - | - |
| Fixed assets | 18 | ■■■ | ■■■ | Long-term payables | 47 | ■■■ | ■■■ |
| Construction-in-progress | 19 | ■■■ | ■■■ | Lease liabilities | 48 | ■■■ | - |
| Productive biological assets | 20 | - | - | Deferred income | 49 | ■■■ | ■■■ |
| Oil and gas assets | 21 | - | - | Deferred tax liabilities | 50 | - | - |
| Intangible assets | 22 | ■■■ | ■■■ | Other non-current liabilities | 51 | - | - |
| R&D expenditure | 23 | - | - | Total non-current liabilities | 52 | ■■■ | ■■■ |
| Goodwill | 24 | - | - | Total liabilities | 53 | ■■■ | ■■■ |
| Long-term prepaid expenses | 25 | ■■■ | ■■■ | **Owner's equity (or shareholder's equity)** | | - | - |
| Deferred tax assets | 26 | ■■■ | ■■■ | Paid-up capital (or share capital) | 54 | ■■■ | ■■■ |
| Other non-current assets | 27 | | | Other equity instruments | 55 | - | - |
| Total non-current assets | 28 | ■■■ | ■■■ | Of which: Preferred stock | 56 | - | - |
| | | | | Perpetual bond | 57 | - | - |
| | | | | Capital reserve | 58 | ■■■ | ■■■ |
| | | | | Less: Treasury stock | 59 | - | - |
| | | | | Other comprehensive income | 60 | - | - |
| | | | | Special reserve | 61 | - | - |
| | | | | Surplus reserve | 62 | ■■■ | ■■■ |
| | | | | Undistributed profit | 63 | | |
| | | | | Total owner's equity (or shareholder's equity) | 64 | ■■■ | ■■■ |
| Total assets | 29 | ■■■ | ■■■ | Total liabilities and owner's equity (or shareholder's equity) | 65 | ■■■ | ■■■ |

Head of enterprise (seal):    Head of finance and accounting (seal):

## Income Statement

Form AF-02

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.   Period: 202206   Unit: yuan

| Item | Line No | Amount this month | Cumulative amount this year |
|---|---|---|---|
| I. Operating income | 1 | ■ | ■ |
| Less: Operating costs | 2 | ■ | ■ |
| Taxes and surcharges | 3 | ■ | ■ |
| Sales expenses | 4 | ■ | ■ |
| Management expenses | 5 | ■ | ■ |
| R&D expenses | 6 | ■ | ■ |
| Financial expenses | 7 | ■ | ■ |
| Of which: Interest expenses | 8 | ■ | ■ |
| Interest income | 9 | ■ | ■ |
| Asset depreciation loss | 10 | - | - |
| Add: Other income | 11 | ■ | ■ |
| Investment income (losses are denoted with "-") | 12 | ■ | ■ |
| Of which: Investment income from associates and joint ventures | 13 | | |
| Gains on changes in fair value (losses are denoted with "-") | 14 | | |
| Gains from disposal of assets (losses are denoted with "-") | 15 | ■ | ■ |
| II. Operating profit (losses are denoted with "-") | 16 | ■ | ■ |
| Add: Non-operating income | 17 | ■ | ■ |
| Less: Non-operating expenses | 18 | ■ | ■ |
| III. Total profit (losses are denoted with "-") | 19 | ■ | ■ |
| Less: Income tax expenses | 20 | ■ | ■ |
| IV. Net profit (losses are denoted with "-") | 21 | ■ | ■ |
| (1) Net profit from continuing operations (losses are denoted with "-") | 22 | ■ | ■ |
| (2) Net profit from discontinued operations (losses are denoted with "-") | 23 | | |
| V. Net after-tax of other comprehensive income | 24 | - | - |
| (1) Other comprehensive income that cannot be classified into profit or loss | 25 | - | - |
| 1. Remeasurement of changes in defined benefit plans | 26 | | |
| 2. Other comprehensive income that cannot be transferred to profit or loss | 27 | | |
| | 28 | | |
| (2) Other comprehensive income that can be classified into profit or loss | 29 | - | - |
| 1. Other comprehensive income that can be transferred to profit or loss | 30 | | |
| 2. Changes in fair value of available for sale financial assets | 31 | | |
| 3. Gains and losses of held-to-maturity investments reclassified into available for sale financial assets | 32 | | |
| 4. Effective portion of cash flow through hedging | 33 | | |
| 5. Conversion difference of foreign currency in financial statements | 34 | | |
| | 35 | | |
| VI. Total comprehensive income | 36 | ■ | ■ |
| VII. Earnings per share | 37 | | |
| (1) Basic earnings per share | 38 | | |
| (2) Diluted earnings per share | 39 | | |

## Cash Flow Statement

Form AF-03

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.   2022   Unit: yuan

| Item | Line No. | Amount | Supplemental information | Line No. | Amount |
|---|---|---|---|---|---|
| I. Cash flow from operating activities: | | | 1. Reconciliation of net profit to cash flow from operating activities | | |
| Cash received from sales of goods and provision of services | 1 | | Net profit | 57 | |
| Cash received from tax refunds | 3 | | Add: Provision for impairment of assets | 58 | |
| Other cash related to operating activities | 8 | | Depreciation of fixed assets | 59 | |
| Subtotal of cash inflows | 9 | | Amortization of intangible assets | 60 | |
| Cash paid for purchasing goods and accepting labor services | 10 | | Amortization of long-term deferred expenses | 61 | |
| Cash paid to employees and for employees | 12 | | Reduction in prepaid expenses (Less increase) | 64 | |
| Cash paid for various taxes and fees | 13 | | Increase in accrued expenses (Less: reduction) | 65 | |
| Cash related to other operating activities | 18 | | Loss from disposal of fixed assets, intangible assets and other long-term assets (Less: gains) | 66 | |
| Subtotal of cash outflows | 20 | | Loss from scrapping of fixed assets | 67 | |
| Net cash flow from operating activities | 21 | | Financial expenses | 68 | |
| II. Cash flow from investing activities: | | | Investment losses (Less: gains) | 69 | |
| Cash received from investment recovery | 22 | | Deferred tax credit (Less: debit) | 70 | |
| Cash received from investment income | 23 | | Reduction in inventory (Less: increase) | 71 | |
| Net cash received from disposal of fixed assets, intangible assets and other long-term assets | 25 | | Reduction in operating receivables (Less: increase) | 72 | |
| Cash received related to other investing activities | 28 | | Increase in operating payables (Less: reduction) | 73 | |
| Subtotal of cash inflows | 29 | | Other | 74 | |
| Cash paid for purchase and construction of fixed assets, intangible assets and other long-term assets | 30 | | Net cash flow from operating activities | 75 | |
| Cash paid for investments | 31 | | | | |
| Cash related to other investing activities | 35 | | | | |
| Subtotal of cash outflows | 36 | | | | |
| Total cash flow from investing activities | 37 | | 2. Investing and financing activities not involving cash | | |
| III. Cash flow from financing activities: | | | Conversion of debt into capital | 76 | |
| Cash received from capital contribution | 38 | | Convertible corporate bonds due within one year | 77 | |
| Cash received from borrowing | 40 | | Fixed assets acquired under finance leases | 78 | |
| Cash received related to other financing activities | 43 | | | | |
| Subtotal of cash inflows | 44 | | | | |
| Cash paid for debt repayment | 45 | | | | |
| Cash paid for distribution of dividends and profits, and payment of interest | 46 | | 3. Overview of net increase in cash and cash equivalents | | |
| Cash paid related to other financing activities | 52 | | Ending cash balance | 79 | |
| Subtotal of cash outflows | 53 | | Less: Beginning cash balance | 80 | |
| Net cash flow from financing activities | 54 | | Add: Ending cash equivalents balance | 81 | |
| IV. Impact from changes in the exchange rate on cash and cash equivalents | 55 | | Less: Beginning cash equivalents balance | 82 | |
| V. Net increase in cash and cash equivalents | 56 | | Net increase in cash and cash equivalents | 83 | |

Head of enterprise:   Head of finance:   Prepared by:

## Balance Sheet

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.    Period: 202209    Unit: yuan

| Asset | Line No. | Balance at the beginning of the year | Ending balance | Liability and owner's equity (or shareholder's equity) | Line No. | Balance at the beginning of the year | Ending balance |
|---|---|---|---|---|---|---|---|
| Current assets: | | | | Current liabilities: | | | |
| Monetary funds | 1 | ■ | ■ | Short-term borrowings | 30 | ■ | ■ |
| Tradable financial assets | 2 | ■ | ■ | Tradable financial liabilities | 31 | ■ | ■ |
| Derivative financial assets | 3 | ■ | ■ | Derivative financial liabilities | 32 | ■ | ■ |
| Bills receivable | 4 | ■ | ■ | Bills payable | 33 | ■ | ■ |
| Accounts receivable | 5 | ■ | ■ | Accounts payable | 34 | ■ | ■ |
| Advance payments | 6 | ■ | ■ | Advance payments collected | 35 | ■ | ■ |
| Other receivables | 7 | ■ | ■ | Payroll payable | 36 | ■ | ■ |
| Inventory | 8 | ■ | ■ | Taxes payable | 37 | ■ | ■ |
| Held-for-sale assets | 9 | ■ | ■ | Other payables | 38 | ■ | ■ |
| Current assets due within one year | 10 | ■ | ■ | Held-for-sale liabilities | 39 | ■ | ■ |
| Other current assets | 11 | ■ | ■ | Non-current liabilities due within one year | 40 | ■ | ■ |
| Total current assets | 12 | ■ | ■ | Other current liabilities | 41 | ■ | ■ |
| Non-current assets: | | | | Total current liabilities | 42 | ■ | ■ |
| Available for sale financial assets | 13 | ■ | ■ | Non-current liabilities: | | | |
| Held to maturity investments | 14 | ■ | ■ | Long-term borrowings | 43 | ■ | ■ |
| Long-term receivables | 15 | ■ | ■ | Bonds payable | 44 | ■ | ■ |
| Long-term equity investment | 16 | ■ | ■ | Of which: Preferred stock | 45 | ■ | ■ |
| Real estate for investment | 17 | ■ | ■ | Perpetual bonds | 46 | ■ | ■ |
| Fixed assets | 18 | ■ | ■ | Long-term payables | 47 | ■ | ■ |
| Construction-in-progress | 19 | ■ | ■ | Lease liabilities | 48 | ■ | ■ |
| Productive biological assets | 20 | ■ | ■ | Deferred income | 49 | ■ | ■ |
| Oil and gas assets | 21 | ■ | ■ | Deferred tax liabilities | 50 | ■ | ■ |
| Intangible assets | 22 | ■ | ■ | Other non-current liabilities | 51 | ■ | ■ |
| R&D expenditure | 23 | ■ | ■ | Total non-current liabilities | 52 | ■ | ■ |
| Goodwill | 24 | ■ | ■ | Total liabilities | 53 | ■ | ■ |
| Long-term prepaid expenses | 25 | ■ | ■ | Owner's equity (or shareholder's equity) | | | |
| Deferred tax assets | 26 | ■ | ■ | Paid-up capital (or share capital) | 54 | ■ | ■ |
| Other non-current assets | 27 | ■ | ■ | Other equity instruments | 55 | ■ | ■ |
| Total non-current assets | 28 | ■ | ■ | Of which: Preferred stock | 56 | ■ | ■ |
| | | | | Perpetual bond | 57 | ■ | ■ |
| | | | | Capital reserve | 58 | ■ | ■ |
| | | | | Less: Treasury stock | 59 | ■ | ■ |
| | | | | Other comprehensive income | 60 | ■ | ■ |
| | | | | Special reserve | 61 | ■ | ■ |
| | | | | Surplus reserve | 62 | ■ | ■ |
| | | | | Undistributed profit | 63 | ■ | ■ |
| | | | | Total owner's equity (or shareholder's equity) | 64 | ■ | ■ |
| Total assets | 29 | ■ | ■ | Total liabilities and owner's equity (or shareholder's equity) | 65 | ■ | ■ |

Head of enterprise (seal):        Head of finance and accounting (seal):

## Income Statement

Form AF-02

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.   Period: 202209   Unit: yuan

| Item | Line No. | Amount this month | Cumulative amount this year |
|---|---|---|---|
| I. Operating income | 1 | | |
| Less: Operating costs | 2 | | |
| Taxes and surcharges | 3 | | |
| Sales expenses | 4 | | |
| Management expenses | 5 | | |
| R&D expenses | 6 | | |
| Financial expenses | 7 | | |
| Of which: Interest expenses | 8 | | |
| Interest income | 9 | | |
| Asset depreciation loss | 10 | | |
| Add: Other income | 11 | | |
| Investment income (losses are denoted with "-") | 12 | | |
| Of which: Investment income from associates and joint ventures | 13 | | |
| Gains on changes in fair value (losses are denoted with "-") | 14 | | |
| Gains from disposal of assets (losses are denoted with "-") | 15 | | |
| II. Operating profit (losses are denoted with "-") | 16 | | |
| Add: Non-operating income | 17 | | |
| Less: Non-operating expenses | 18 | | |
| III. Total profit (losses are denoted with "-") | 19 | | |
| Less: Income tax expenses | 20 | | |
| IV. Net profit (losses are denoted with "-") | 21 | | |
| (1) Net profit from continuing operations (losses are denoted with "-") | 22 | | |
| (2) Net profit from discontinued operations (losses are denoted with "-") | 23 | | |
| V. Net after-tax of other comprehensive income | 24 | - | - |
| (1) Other comprehensive income that cannot be classified into profit or loss | 25 | - | - |
| 1. Remeasurement of changes in defined benefit plans | 26 | | |
| 2. Other comprehensive income that cannot be transferred to profit or loss | 27 | | |
| | 28 | | |
| (2) Other comprehensive income that can be classified into profit or loss | 29 | - | - |
| 1. Other comprehensive income that can be transferred to profit or loss | 30 | | |
| 2. Changes in fair value of available for sale financial assets | 31 | | |
| 3. Gains and losses of held-to-maturity investments reclassified into available for sale financial assets | 32 | | |
| 4. Effective portion of cash flow through hedging | 33 | | |
| 5. Conversion difference of foreign currency in financial statements | 34 | | |
| | 35 | | |
| VI. Total comprehensive income | 36 | | |
| VII. Earnings per share | 37 | | |
| (1) Basic earnings per share | 38 | | |
| (2) Diluted earnings per share | 39 | | |

## Cash Flow Statement

Prepared by: Jiangmen Benlida Electric Circuit Co., Ltd.  2022

Form AF-03  Unit: yuan

| Item | Line No. | Amount | Supplemental information | Line No. | Amount |
|---|---|---|---|---|---|
| **I. Cash flow from operating activities:** | | | **1. Reconciliation of net profit to cash flow from operating activities** | | |
| Cash received from sales of goods and provision of services | 1 | | Net profit | 57 | |
| Cash received from tax refunds | 3 | | Add: Provision for impairment of assets | 58 | |
| Other cash related to operating activities | 8 | | Depreciation of fixed assets | 59 | |
| Subtotal of cash inflows | 9 | | Amortization of intangible assets | 60 | |
| Cash paid for purchasing goods and accepting labor services | 10 | | Amortization of long-term deferred expenses | 61 | |
| Cash paid to employees and for employees | 12 | | Reduction in prepaid expenses (Less increase) | 64 | |
| Cash paid for various taxes and fees | 13 | | Increase in accrued expenses (Less: reduction) | 65 | |
| Cash related to other operating activities | 18 | | Loss from disposal of fixed assets, intangible assets and other long-term assets (Less: gains) | 66 | |
| Subtotal of cash outflows | 20 | | Loss from scrapping of fixed assets | 67 | |
| Net cash flow from operating activities | 21 | | Financial expenses | 68 | |
| **II. Cash flow from investing activities:** | | | Investment losses (Less: gains) | 69 | |
| Cash received from investment recovery | 22 | | Deferred tax credit (Less: debit) | 70 | |
| Cash received from investment income | 23 | | Reduction in inventory (Less: increase) | 71 | |
| Net cash received from disposal of fixed assets, intangible assets and other long-term assets | 25 | | Reduction in operating receivables (Less: increase) | 72 | |
| Cash received related to other investing activities | 28 | | Increase in operating payables (Less: reduction) | 73 | |
| Subtotal of cash inflows | 29 | | Other | 74 | |
| Cash paid for purchase and construction of fixed assets, intangible assets and other long-term assets | 30 | | Net cash flow from operating activities | 75 | |
| Cash paid for investments | 31 | | | | |
| Cash related to other investing activities | 35 | | | | |
| Subtotal of cash outflows | 36 | | | | |
| Total cash flow from investing activities | 37 | | **2. Investing and financing activities not involving cash** | | |
| **III. Cash flow from financing activities:** | | | Conversion of debt into capital | 76 | |
| Cash received from capital contribution | 38 | | Convertible corporate bonds due within one year | 77 | |
| Cash received from borrowing | 40 | | Fixed assets acquired under finance leases | 78 | |
| Cash received related to other financing activities | 43 | | | | |
| Subtotal of cash inflows | 44 | | | | |
| Cash paid for debt repayment | 45 | | | | |
| Cash paid for distribution of dividends and profits, and payment of interest | 46 | | **3. Overview of net increase in cash and cash equivalents** | | |
| Cash paid related to other financing activities | 52 | | Ending cash balance | 79 | |
| Subtotal of cash outflows | 53 | | Less: Beginning cash balance | 80 | |
| Net cash flow from financing activities | 54 | | Add: Ending cash equivalents balance | 81 | |
| **IV. Impact from changes in the exchange rate on cash and cash equivalents** | 55 | | Less: Beginning cash equivalents balance | 82 | |
| **V. Net increase in cash and cash equivalents** | 56 | | Net increase in cash and cash equivalents | 83 | |

Head of enterprise:  Head of finance:  Prepared by: