**Exhibit W**

**December 27, 2022 Declaration of Huang ("Tracy") Sulan (DE 120)
– Note: Added and redacted per Judge Goodman's January 18, 2023 Paperless Order.**

# United States District Court
# Southern District of Florida

### Case No. 21-60125-CIV-Scola/Goodman

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

           Plaintiff,            ~~To be Filed Under Seal~~

v.                                          Redacted

CIRCUITRONIX, LLC,

           Defendant.

## Declaration of Huang ("Tracy")Sulan

I, Huang Sulan, state under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the sales director of Jiangmen Benlida Printed Circuit Co., Ltd., and am familiar with the facts stated herein.

2. I am aware that Circuitronix's counsel stated in its memorandum of law that Benlida affiliate ROK Printed Circuit Co., Ltd. "ran out of cash and ceased operations in 2018." To the contrary, however, ROK never "ran out of cash," but instead its operations weretaken over by Benlida, and the ROK entity "ceased operations" because it was no longer needed.

3. I am also aware the CTX's counsel states in its memorandum thatBenlida had a long history of running short of cash, and requesting funds from CTX. To the contrary, however, Benlida has remained profitable, and has continued to grow, notwithstanding that CTX fell some $13 million behind in its payments for circuit boards sold to it by Benlida. While it is true that on myriad occasions, Benlida requested payment from CTX, such requests were primarily for CTX to pay what it owed to Benlida.

1

4. Moreover, I understand that CTX claims that it fears that Benlida is at risk of short- to medium-term financial instability or collapse. In fact, Benlida remains profitable, and is expanding, with an additional production being built, within the umbrella of Benlida-affiliated companies, and a less efficient production line is being shut down. It should be obvious to the court that a company that is at risk of financial collapse would not be shutting down an inefficient productionline and bringing a new production line into operation; rather, a company at risk of financial collapse would continue running the old production line. Nor would a company at risk of financial collapse pay dividends to its investors and maintain substantial cash reserves, as reflected in the Benlida financial statements.

5. Finally, CTX obviously does not truly believe that Benlida is at risk of financial collapse, as it continues to do business with Benlida, and in fact, prepays for circuit boards that it purchases from Benlida. Indeed, since November 7, 2022, when it executed the settlement agreement and the Revised Manufacturing Agreement, it has ordered the following from Benlida, and prepaid for all, totaling $337,309.12:

| Date | CTX Purchase Order | Benlida Product | QtyOrdered | U.S. Dollars |
|---|---|---|---|---|
| 07-Nov-22 | A01-574274 | 2631E-1 (106563) | 3,000.00 | $ |
| 11-Nov-22 | 202245-VA6264EU | 332335DMF | 200.00 | $ |
| 14-Nov-22 | A01-4503158812 | D-8794775CBP01+H | 10,000.00 | $ |
| 14-Nov-22 | A01-FM65986 | 3323340FE | 200.00 | $ |
| 15-Nov-22 | 202246-VA6715EU | E03103303 REV C | 9,000.00 | $ |
| 21-Nov-22 | A02-973297-1 | 5108441 | 1,000.00 | $ |
| 22-Nov-22 | 202247-VA6715EU | E03103303 REV C | 9,000.00 | $ |
| 22-Nov-22 | A02-985982-1 | 5110479 | 2,000.00 | $ |
| 22-Nov-22 | A02-985983-1 | 5110479 | 2,000.00 | $ |
| 22-Nov-22 | A89-120000402 | P00146538 P03 | 1,350.00 | $ |
| 22-Nov-22 | A90-120000402 | P00146538 P03 | 1,350.00 | $ |
| 22-Nov-22 | A91-120000402 | P00146538 P03 | 1,350.00 | $ |
| 23-Nov-22 | A01-FM65998 | 3325370CB | 18,000.00 | $ |
| 23-Nov-22 | B09-5500023017 | 1019257 Index D Version 03 | 30,000.00 | $ |
| 30-Nov-22 | CONUS-20221130-X72 | 4714668 Rev A | 300.00 | $ |

2

| Date | Order No. | Part No. | Qty | Amount |
|---|---|---|---|---|
| 01-Dec-22 | 202248-MR6031US | E09440604 Rev AF<br>3E35701G0 Rev AP | 36000<br>8040 | $ |
| 01-Dec-22 | 202248-VA6715EU | E03103303 REV C | 9,000.00 | $ |
| 01-Dec-22 | A01-4503154945 | D-8794775CGP01+F | 24,000.00 | $ |
| 01-Dec-22 | A01-4503159988 | 1059010+4-1 | 1,500.00 | $ |
| 01-Dec-22 | A01-4503162111 | D-8794775CBP01+H | 10,000.00 | $ |
| 02-Dec-22 | 202248-SBP10577 | E05358806 rev AG | 200.00 | $ |
| 02-Dec-22 | A02-F147635 | 0648-146178 | 1,000.00 | $ |
| 05-Dec-22 | PO014207 | 9030952 Rev 8 | 23,400.00 | $ |
| 06-Dec-22 | 202249-VA6715EU | E03103303 REV C | 6,000.00 | $ |
| 06-Dec-22 | A01-30137628-263 | 6400253201 Rev C | 2,000.00 | $ |
| 08-Dec-22 | 202249-MR6031US | E09440604 Rev AF | 12,200.00 | $ |
| 08-Dec-22 | A01-4503155857 | 1116013+2 | 3,500.00 | $ |
| 08-Dec-22 | A01-4503174306 | 1059010+4-1 | 1,800.00 | $ |
| 08-Dec-22 | A01-POC92275 | 99-1252 | 11,760.00 | $ |
| 08-Dec-22 | A02-4503154945-02 | D-8794775CGP01+F | 27,000.00 | $ |
| 08-Dec-22 | A02-P553063 | 296949 Rev.E | 6,000.00 | $ |
| 09-Dec-22 | CONUS-20221209-X72 | 4714668 Rev A | 300.00 | $ |
| 12-Dec-22 | A01-9125615-3-1-4 | 10103818P1-01 | 33,000.00 | $ |
| 13-Dec-22 | A03-4503154945-03 | D-8794775CGP01+F | 27,000.00 | $ |
| 16-Dec-22 | 202250-VA6715EU | E03103303 REV C | 6,000.00 | $ |

6. As of this date, CTX has made payments of $352,635.25 for circuit boards ordered from Benlida since November 7, and prior to shipping the above-referenced circuit boards, the total of $337,309.12 must be paid. As CTX has paid $352,635.25 since the date that it executed the settlement agreement, and continues to pre-pay for circuit boards even after it purported to terminate the settlement agreement, Benlida submits that this itself establishes that CTX does not truly believe that Benlida is at risk of financial collapse or insolvency.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on December 27, 2022
Jiangmen, China

*Tracy Huang*
Huang ("Tracy") Solan