**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant
_____/

**NOTICE OF FILING**

Please take notice that in accordance with the Court's Paperless Order dated January 18, 2023 (ECF. No. 130) Defendant, Circuitronix LLC ("CTX") hereby respectfully gives notice of filing the attached partially redacted documents that were admitted in support of CTX's response in opposition (ECF. No. 112) to Plaintiff, Jiangmen Benlida Printed Circuit Co., Ltd.'s ("Benlida") Motion to Reopen Case And Enforce Settlement (ECF. No. 104):

1. Defendant's Exhibit 2 (Revised Manufacturing Agreement)

2. Defendant's Exhibit 5 (Spreadsheets by CTX of BLD's Balance Sheet)

3. Defendant's Exhibit 6 (Spreadsheet by CTX of BLD's Profit and Loss Data)

4. Defendant's Exhibit 12A (Spreadsheet by CTX of BLD's Financial Data)

5. Defendant's Exhibit 12B (Spreadsheet by CTX of BLD's Financial Data)

6. Defendant's Exhibit 12C (Spreadsheet by CTX of BLD's Financial Data)

7. Defendant's Exhibit 12D (Spreadsheet by CTX of BLD's Financial Data)

Dated: January 20, 2023                                         Respectfully submitted,

| **PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br>SunTrust International Center<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-2800<br><br>Stephen F. Rosenthal<br>Florida Bar No. 0131458<br>srosenthal@podhurst.com<br>Robert C. Josefsberg<br>Florida Bar No. 040856<br>rjosefsberg@podhurst.com<br>Matthew Weinshall<br>Florida Bar No. 84783<br>mweishall@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com | **CHAUNCEY COLE, PA**<br>*Co-Counsel for Circuitronix, LLC*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>Tel.:    (786) 497-7053<br><br>By: /s/ *Chauncey D. Cole IV*<br>Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com<br><br> |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on January 21, 2023.

By:  /s/ *Chauncey D. Cole IV*
         Chauncey D. Cole IV