| PERIOD :2022 Asset | Line No. | Dec 31 2020 | Dec 31 2021 | March 31 2022 | June 30 2022 | September 30 2022 | Liability and owner's equity\|or share holder's equity | line No. | Dec 31 2020 | Dec 31 2021 | Mar 31 2022 | Jun 30 2022 | Sep 30 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets :** | | | | | | | **Currents liabilities :** | | | | | | |
| Monetary Funds | 1 | | | | | | Short-term borrowings | 30 | | | | | |
| Tradable financial assets | 2 | | | | | | Tradable financlia liabilities | 31 | | | | | |
| Derivative Financial Assests | 3 | | | | | | Derivative financial liabilities | 32 | | | | | |
| Bills Receivable | 4 | | | | | | Bills payable | 33 | | | | | |
| Accounts receivable | 5 | | | | | | Accounts payable | 34 | | | | | |
| Advance payments | 6 | | | | | | advance payment collected | 35 | | | | | |
| Other receivables | 7 | | | | | | Payroll payable | 36 | | | | | |
| Inventory | 8 | | | | | | Taxes payable | 37 | | | | | |
| Held-for-sale assets | 9 | | | | | | Other payables | 38 | | | | | |
| Current Assets due within one year | 10 | | | | | | Held for sale liabilities | 39 | | | | | |
| Other current assets | 11 | | | | | | Non-current liabilities due within one year | 40 | | | | | |
| Total current assets | 12 | | | | | | Other current liabilities | 41 | | | | | |
| **Non-current assets :** | | | | | | | Total current liabilities | 42 | | | | | |
| Available for sale financial assets | 13 | | | | | | **Non-current liabilities :** | | | | | | |
| Held to maturity investments | 14 | | | | | | Long-borrowings | 43 | | | | | |
| Long-term receivables | 15 | | | | | | Bonds payable | 44 | | | | | |
| Long-term equity investment | 16 | | | | | | Of which: Preferred stock | 45 | | | | | |
| Real state for investment | 17 | | | | | | Perpetual Bonds | 46 | | | | | |
| Fixed assets | 18 | | | | | | Long-term payables | 47 | | | | | |
| Construction in - progress | 19 | | | | | | Lease liabilities | 48 | | | | | |
| Productive biological assets | 20 | | | | | | Deferred income | 49 | | | | | |
| Oil and gas assets | 21 | | | | | | Deferred tax liabilities | 50 | | | | | |
| Intangible assets | 22 | | | | | | Other non-current liabilities | 51 | | | | | |
| R&D expenditure | 23 | | | | | | Total non- current liabilities | 52 | | | | | |
| Goodwill | 24 | | | | | | Total liabilities | 53 | | | | | |
| Long-term prepaid expenses | 25 | | | | | | **Owner's equity ( or shareholders equity)** | | | | | | |
| Deferred tax assets | 26 | | | | | | Paid-up capital ( or share capital) | 54 | | | | | |
| Other non- current assets | 27 | | | | | | Other equity instruments | 55 | | | | | |
| Total non-current assets | 28 | | | | | | Of which: Preferred stock | 56 | | | | | |
| | | | | | | | Perpetual Bond | 57 | | | | | |
| | | | | | | | Capital reserve | 58 | | | | | |
| | | | | | | | Less:Treasury | 59 | | | | | |
| | | | | | | | Other comprehensive income | 60 | | | | | |
| | | | | | | | Special reserve | 61 | | | | | |
| | | | | | | | Surplus reserve | 62 | | | | | |
| | | | | | | | Undistributed profit | 63 | | | | | |
| | | | | | | | Total owners equity ( or share holders equity) | 64 | | | | | |
| Total Assets | 29 | | | | | | tal liabilities and owner's equity ( or share holders equit | 65 | | | | | |

| TRADE AR GROUPING | Dec 31 2020 | Dec 31 2021 | March 31 2022 | June 30 2022 | September 30 2022 | TRADE AP GROUPING | Dec 31 2020 | Dec 31 2021 | March 31 2022 | June 30 2022 | September 30 2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bills Receivable | | | | | | Bills payable | | | | | |
| Accounts receivable | | | | | | Accounts payable | | | | | |
| Other receivables | | | | | | | | | | | |
| TOTAL TRADE AR | | | | | | | | | | | |
| Total revenue | | | | | | Total Cost | | | | | |
| DSO | | | | | | DPO | | | | | |

| | Dec 31 2020 | Dec 31 2021 | March 31 2022 | June 30 2022 | September 30 2022 |
|---|---|---|---|---|---|
| Average Inventory | | | | | |
| Inventory turn over in days | | | | | |
| Inventory turn over | | | | | |



DEFENDANT'S EXHIBIT 12-A