| | 2020 Additions | Deletions | 2021 |
|---|---|---|---|
| **TOTAL NET BOOK VALUE** | | | |
| buildings | | | |
| machinery Equipment | | | |
| Transportations equipment | | | |
| Electronic equipment | | | |
| Tools, appliances and Furniture | | | |
| TOTAL | | | |
| **COST** | | | |
| buildings | | | |
| machinery Equipment | | | |
| Transportations equipment | | | |
| Electronic equipment | | | |
| Tools, appliances and Furniture | | | |
| TOTAL | | | |
| **DEPRECIATION** | | | |
| buildings | | | |
| machinery Equipment | | | |
| Transportations equipment | | | |
| Electronic equipment | | | |
| Tools, appliances and Furniture | | | |
| TOTAL | | | |



Constructions in Process



RIGHT TO USE ASSETS
Factory office building and domitory
Accrued depreciaton



DEFENDANT'S EXHIBIT 12-C