| Item | PERIOD 2022 Line No. | 2020 YTD | 2021 YTD | Q3 2022 YTD | Q1 | Q2 | Q3 | YOY |
|---|---|---|---|---|---|---|---|---|
| I. Operating income | 1 | | | | | | | |
| Less: Operating costs | 2 | | | | | | | |
| Taxes and surcharges | 3 | | | | | | | |
| Sales expenses | 4 | | | | | | | |
| Management expenses | 5 | | | | | | | |
| R&D expenses | 6 | | | | | | | |
| Financial expenses | 7 | | | | | | | |
| Of which: Interest expenses | 8 | | | | | | | |
| Interest income | 9 | | | | | | | |
| Asset depreciation loss | 10 | | | | | | | |
| Add: Other income | 11 | | | | | | | |
| Investment income ( losses are denoted with "-") | 12 | | | | | | | |
| Of which: Investment income from associates and joint ventures | 13 | | | | | | | |
| Gains on changes in fair value ( losses are denoted with"-") | 14 | | | | | | | |
| Gains from disposal of assets (losses are denoted with"-") | 15 | | | | | | | |
| II. Operating profit ( losses are denoted with "-") | 16 | | | | | | | |
| Add: Non- operating income | 17 | | | | | | | |
| Less: Non- operating expenses | 18 | | | | | | | |
| Initial profit ( losses are denoted with "-") | 19 | | | | | | | |
| Less: Income Tax expenses | 20 | | | | | | | |
| IV. Net profit ( losses are denoted with "-") | 21 | | | | | | | |
| (1) Net profit from continuing operations ( losses are denoted with "-") | 22 | | | | | | | |
| (2) Net profit from discontinued operations ( losses are denoted with "-") | 23 | | | | | | | |
| V. Net after tax of other comprehensive income | 24 | | | | | | | |
| (1) Other comprehensive income that cannot be classified into profit or loss | 25 | | | | | | | |
| 1. Measurement of changes in defined benefit plans | 26 | | | | | | | |
| 2.Other comprehensive income that cannot be transferred to profit or loss | 27 | | | | | | | |
|  | 28 | | | | | | | |
| (2) Other comprehensive income that can be classified into profit or loss | 29 | | | | | | | |
| 1. Other comprehensive income that can be transfer to profit or loss | 30 | | | | | | | |
| 2. Changes in fair value of available for sale financial assets | 31 | | | | | | | |
| 3. Gains and losses of held-to-maturity investments reclassified into available for | 32 | | | | | | | |
| 4.Effective portion of cash flow through hedging | 33 | | | | | | | |
| 5. Conversion difference of foreign currency in financial statements | 34 | | | | | | | |
|  | 35 | | | | | | | |
| VI. Total comprehensive income | 36 | | | | | | | |
| VII. Earnings per share | 37 | | | | | | | |
| (1) Basic earning per share | 38 | | | | | | | |
| (2) Diluted earnings per share | 39 | | | | | | | |
| IV. Net profit ( losses are denoted with "-") | 21 | | | | | | | |
| (1) Net profit from continuing operations ( losses are denoted with "-") | 22 | | | | | | | |
| (2) Net profit from discontinued operations ( losses are denoted with "-") | 23 | | | | | | | |
| V. Net after tax of other comprehensive income | 24 | | | | | | | |
| (1) Other comprehensive income that cannot be classified into profit or loss | 25 | | | | | | | |

DEFENDANT'S EXHIBIT 12-D

| | |
|---|---|
| 1. Measurement of changes in defined benefit plans | 26 |
| 2. Other comprehensive income that cannot be transferred to profit or loss | 27 |
| | 28 |
| (2) Other comprehensive income that can be classified into profit or loss | 29 |
| 1. Other comprehensive income that can be transfer to profit or loss | 30 |
| 2. Changes in fair value of available for sale financial assets | 31 |
| 3. Gains and losses of held-to-maturity investments reclassified into available for : | 32 |
| 4. Effective portion of cash flow through hedging | 33 |
| 5. Conversion difference of foreign currency in financial statements | 34 |
| | 35 |
| VI. Total comprehensive income | 36 |
| VII. Earnings per share | 37 |
| (1) Basic earning per share | 38 |
| (2) Diluted earnings per share | 39 |



**REVENUE**
Income from Domestic sales
Income from foreign sales
Scrap income
Electricity charges
Income from sale of materials
Water charges
Income from lease of fixed assets
other income

**COST OF GOOD SOLD**
Cost from Domestic sales
Cost from foreign sales
Scrap expenditure
Electricity charges
Scrap transportation for environmental protection processing
Cost of sale of materials
Water charges
Appliances expenditures
Other



Total margin
**MARGIN**
Cost from Domestic sales
Cost from foreign sales
Scrap expenditure
Electricity charges
Scrap transportation for environmental protection processing
Cost of sale of materials
Water charges
Appliances expenditures
Other

**Margin Percentage**
Cost from Domestic sales
Cost from foreign sales
Scrap expenditure

**Rest of Revenue lines**
Revenue
Cost
Cost Other
Maraging w/O other
Maraging with other

**TAXES AND SURGECHARGES**
Municipal Constructions tax
Education surge charge
local education surge charge
Real state tax
Stam duty
Land Use tax
Environment protection tax
Vehicle and vessel tax

**SALES EXPENSES**
Business Promotion expenses
Wages
Business Entertainment expenses
Custom fees
Travel expenses
Marketing expenses
Other
Leases expenses
Unknown

**MANAGEMENT EXPENSES**
Wages
Repair expenses
Benefit expenses
Social Security expenses
Insurance expenses
Inspection expenses
labor Charges
Housing provident fund
Consulting fees
Accrued depreciation on right of use assets
Office expenses
Amortization on intangible assets
Other

Business entertainment expenses
Depreciation expenses
Telephone charges
Attorney's fees
Other
Unknown

**R& D EXPENSES**
Direct material Investment
Wages and salary expenditure
Utilities
Depreciation of Fixed Assets
Various basic social security Contributions
Agent fees for patent a-application
Agent fees for patent application  Housing provident fund

**FINANCIAL EXPENSES**
Financial institution loan interest expenditure
Other units loan interest expenditure
Interest expenditure on discounted bill
Interest income
Exchange losses Financial processing fees
Other units loan interest expenditure
Unknown

