UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA
PRINTED CIRCUIT CO., LTD.,

    Plaintiff,

v.

CIRCUITRONIX, LLC,

    Defendant.

_____/

**NOTICE OF FILING DEFENDANT CIRCUITRONIX LLC'S EXHIBITS INTRODUCED DURING THE JANUARY 13, 2023 EVIDENTIARY HEARING**

Defendant Circuitronix, LLC, through the undersigned counsel, files copies of its exhibits introduced in evidence during the January 23, 2003 hearing, pursuant to the Court's order, ECF [123]. The following index lists Defendant's exhibits being filed by exhibit number. Where applicable, the Plaintiff's exhibit letter is also indicated.[1]

| PLF. NO. | DEF. NO. | DESCRIPTION OF EXHIBITS |
|---|---|---|
| A | 1 | Settlement Agreement and General Release (*Redacted per January 18, 2023 Order, ECF [130]*) |
| B | 2 | Revised Manufacturing Agreement (*Redacted per January 18, 2023 Order, ECF [130]*) |
|   | 3 | Benlida's Audited Financials (*Redacted per January 18, 2023 Order, ECF [130]*) |
|   | 4 | Benlida's Quarterly Financials (*Redacted per January 18, 2023 Order, ECF [130]*) |
|   | 5 | Spreadsheets by CTX of Benlida's Balance Sheet (*Redacted per January 18, 2023 Order, ECF [130]*; *see also* Ex. 12A-D) |

---

[1] Where the Court ordered Plaintiff to file redacted copies of certain exhibits and those exhibits were the same underlying document as one of Defendant's exhibits, Defendant is filing the redacted version that Plaintiff created, with an additional legend indicating Defendant's exhibit number as well on the document.

| PLF NO. | DEF NO. | DESCRIPTION OF EXHIBITS |
|---|---|---|
|  | 6 | Spreadsheet by CTX of Benlida's Profit and Loss Data<br>(*Redacted per January 18, 2023 Order, ECF [130]*; *see also* Ex. 12A-D) |

| PLF NO. | DEF NO. | DESCRIPTION OF EXHIBITS |
|---|---|---|
|  | 7 | Email dated October 25, 2022 from JC Mazzola |
|  | 8 | Draft of the Settlement Agreement (October 25, 2022)<br>(*Redacted per January 18, 2023 Order, ECF [130]*) |
|  | 9 | Email dated October 25, 2022 from Stephen Rosenthal |
|  | 10 | Email dated October 26, 2022 from JC Mazzola |
|  | 11 | Email dated November 9, 2022 from JC Mazzola |
|  | 12 | Email dated November 17, 2022 from Chauncey Cole |
|  | 12-A | Excel Spreadsheet Entitled "Balance"<br>(*Redacted per January 18, 2023 Order, ECF [130]*) |
|  | 12-B | Excel Spreadsheet Entitled "Inventory"<br>(*Redacted per January 18, 2023 Order, ECF [130]*) |
|  | 12-C | Excel Spreadsheet Entitled "Fixed Assets"<br>(*Redacted per January 18, 2023 Order, ECF [130]*) |
|  | 12-D | Excel Spreadsheet Entitled "Income Statement" (Profit & Loss)<br>(*Redacted per January 18, 2023 Order, ECF [130]*) |
|  | 12-E | Excel File (digital format of Exhibits 12-A – 12-D) on USB drive<br>(*to be filed conventionally*) |
| M | 13 | Email dated November 16, 2022 (7:26 p.m.) from Chauncey Cole to Jean-Claude Mazzola |
| N | 14 | Email dated November 17, 2022 (4:31 p.m.) from Chauncey Cole IV with attached "Notice of Termination" |
|  | 15 | Email dated November 17, 2022 from Chauncey Cole with draft of joint motion |
| P | 16 | Email dated November 21, 2022 from Chauncey Cole |
|  | 17 | Email dated November 17, 2022 from JC Mazzola |
| Q | 18 | Email dated November 22, 2022 from Chauncey Cole |
|  | 19 | Email dated November 14, 2022 from Celin Astudillo |

| PLF NO. | DEF NO. | DESCRIPTION OF EXHIBITS |
|---|---|---|
|  | 20 | Email dated November 22, 2022 from JC Mazzola |
|  | 21 | Declaration of Huang Hanchao |
|  | 22 | Declaration of Jean-Claude Mazzola |
|  | 23 | Plaintiffs Jiangmen Benlida Printed Circuit Co., Ltd. and ROK Printed Circuit Co., Ltd.'s Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Third Amended Complaint |
|  | 24 | Email dated June 1, 2022 from Chauncey Cole including Mediation Term Sheet |
|  | 25 | Final Mediation Report |
|  | 26 | Email dated October 26 from JC Mazzola attaching Settlement Agreement redline |
|  | 27 | Email dated June 9, 2022 from Chauncey Cole attaching draft Settlement Agreement and Manufacturing Agreement (*Redacted to be consistent with January 18, 2023 Order, ECF [130]*) |
|  | 28 | Email dated June 22, 2022 from JC Mazzola attaching draft Settlement Agreement |
|  | 29 | Email dated July 1, 2022 from Chauncey Cole |
| J | 30 | Email dated November 7, 2022 from JC Mazzola |
|  | 31 | Email dated March 3, 2016 from Huang Sulan (aka "Tracy") (Bates No. CTX_00000979-983) |
|  | 32 | Email dated March 7, 2016 from Huang Sulan (aka "Tracy") (Bates No. CTX_00001147-1150) |
|  | 33 | Email dated March 8, 2016 from Huang Sulan (aka "Tracy") (Bates No. CTX_00001327) |
|  | 34 | Email dated March 21, 2016 from Huang Sulan (aka "Tracy") (Bates No. CTX_00002196-2202) |
|  | 35 | Email dated May 14, 2016 from Huang Sulan (aka "Tracy") (Bates No. CTX_00001152) |
|  | 36 | Email dated September 23, 2016 from Huang Sulan (aka "Tracy") (Bates No. CTX_00002173) |
|  | 37 | Email dated March 21, 2017 from Huang Sulan (aka "Tracy") (Bates No. CTX_00002070) |
|  | 38 | Email dated April 26, 2017 from Huang Sulan (aka "Tracy") (Bates No. CTX_00003519-3520) |

| PLF NO. | DEF NO. | DESCRIPTION OF EXHIBITS |
|---|---|---|
|  | 39 | Email dated April 27, 2018 from Huang Sulan (aka "Tracy") (Bates No. CTX_00002010) |

Dated: January 23, 2023

Respectfully submitted,

| | |
|---|---|
| **PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-2800<br><br>By: /s/ *Stephen F. Rosenthal*<br>Stephen F. Rosenthal<br>Florida Bar No. 0131458<br>srosenthal@podhurst.com<br>Robert C. Josefsberg<br>Florida Bar No. 040856<br>rjosefsberg@podhurst.com<br>Matthew Weinshall<br>Florida Bar No. 84783<br>mweishall@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com | **CHAUNCEY COLE, PA**<br>*Co-Counsel for Circuitronix, LLC*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>Tel.:   (786) 497-7053<br><br>Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com<br><br> |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on January 23, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Stephen F. Rosenthal*<br>Stephen F. Rosenthal