**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> |
| **Sent:** | Wednesday, October 26, 2022 12:33 PM |
| **To:** | STEPHEN F. ROSENTHAL; Richard Lerner; AGUAN@GECPAS.COM |
| **Cc:** | Chauncey Cole |
| **Subject:** | RE: Benlida adv. CTX - [confidential settlement privileged communication] |
| **Attachments:** | Settlement Agreement - BLD v. CTX (10-26-22 CTX redline) (JCM1), 1.docx; Revised Manufacturing Agreement - BLD v. CTX (10-26-22 CTX redline) (531407.3) (JCM1), 1.docx |

Hello Stephen and Chauncey,

We did speak with our clients this morning. Please see the Settlement Agreement and the Revised Manufacturing Agreement in redline attached.

Regarding the Settlement Agreement, we have accepted all changes but did add a line in 3. b. to reflect that the financials to be provided during the 23-month payment period will be used for the same purpose as in paragraph 3. a. "to demonstrate proof of BLD's financial stability, demonstrating a lack of short to medium term risk of insolvency or financial collapse." We also removed "sub" from "subsection" in paragraph 3. a. to reflect that the confidentiality of the financials relates to the entirety of paragraph 3. It is likely superfluous as it is all addressed in paragraph 8. Nevertheless, as you can imagine, our clients, although amenable to sharing their financials, do want to ensure their confidentiality.

With respect to the Revised Manufacturing Agreement, we have accepted all changes. Benlida will provide to us tonight the information needed for the Cost Change Parameters spreadsheet at Schedule B in response to your request at your number 4 in your email below.

Please have look and let us know when is good to discuss. We do have to get back to the court today. We do expect that we will be able to sign all on our end tomorrow.

Thank you,

JCM



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Sent:** Tuesday, October 25, 2022 8:43 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM

DEFENDANT'S EXHIBIT 10

**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** RE: Benlida adv. CTX - [confidential settlement privileged communication]

Resending, since the RMA failed to attach.

Stephen

Stephen F. Rosenthal I Partner I Podhurst Orseck, P.A. I Miami, FL I 305-358-2800 I www.podhurst.com

**From:** STEPHEN F. ROSENTHAL
**Sent:** Tuesday, October 25, 2022 8:42 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Cc:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** RE: Benlida adv. CTX - [confidential settlement privileged communication]

JC, Rich and Angela,

We have spoken to our client, and Benlida's request to modify the language in Section 3.a. of the Settlement Agreement—where Benlida is giving CTX threshold assurances of its financial health—in a way that would limit CTX's discretion to decide that this long-term deal presents too great a financial risk for it, has unfortunately been counterproductive. Your proposed changes have conveyed an unhelpful message to CTX that only increases its concern.

If Benlida is confident in its own financial position, then it should either just accept that provision as written in the attached draft, or it should provide CTX with the requested financials right away, in advance of the signing of the Agreement, to give CTX appropriate assurances (and we can jointly ask Judge Scola for another week's time). Either way, CTX will agree to treat those documents as confidential, as Benlida has requested. Prior to you having sent additional redlines to the Settlement Agreement, we had drafted and inserted a comparable provision (in redline in Section 3) to accomplish that confidentiality request. We have also added the phrase into Section 8 regarding confidentiality of those documents that you requested in your draft. If Benlida is willing to provide the financials in advance of the closing of the deal, CTX will of course agree to keep them confidential and a freestanding agreement can be drawn up for that purpose. Let us know.

Similarly, Benlida's request to delete its previously agreed-to obligation (in Section 3.b.) to provide updated financials on a quarterly basis throughout the period that CTX was agreeing to make settlement payments to Benlida is also unacceptable. That change in position (from the one you communicated as recently as our call yesterday) only underscores the importance of Benlida giving CTX insight into its financial stability.

Aside from those primary issues, there are four other issues to discuss:

1. We inserted language in redline in Sections 1.4 and 1.5 of the Revised Manufacturing Agreement for the issues regarding the exclusive customers that we discussed during yesterday's phone call.

2. Regarding Benlida's new proposed language about the exercise of due diligence in Section 1.6(b) of the Revised Manufacturing Agreement, CTX can accept it if it's moved it in that sentence as set forth below in red, since it is Benlida's representation, not something CTX could independently know:

   > BLD hereby represents and confirms, after exercising all due diligence, that it has not, either directly or indirectly through some third party, had any communication with any Exclusive Customer or Identified Potential Customer …

3. In Section 2.4 of the Revised Manufacturing Agreement, CTX wishes to add the line in red to eliminate a possible ambiguity:

2

**Agreed Pricing For Existing Part Numbers.** The Parties have specifically agreed that as of the Effective Date, pricing for all existing part numbers shall become the lower of: (1) the price calculated in the Pricing Matrix, or (2) 10% less than the pricing as of the day before the Effective Date. The pricing as of the day before the Effective Date means the price without any surcharge. This provision takes priority over the Pricing Matrix for existing part numbers.

4. Please note that in the draft of the Revised Manufacturing Agreement that Benlida had approved, there are blanks that CTX was waiting for Benlida to fill in for the "Cost Change Parameters" spreadsheet in Schedule B (page 25), specifically the "Remark" field for tin cost, copper cost, and exchange rate, to confirm that the parties are on the same page on this set of variables. Please have Benlida send the information it believes should be plugged in.

Regards,

Stephen

Stephen F. Rosenthal I Partner I Podhurst Orseck, P.A. I Miami, FL I 305-358-2800 I www.podhurst.com


**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Tuesday, October 25, 2022 10:52 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>; AGUAN@GECPAS.COM
**Subject:** RE: Benlida adv. CTX

Hello – Please see attached. On the settlement agreement I have proposed what I think are minor revisions. We did discuss the addition of the wire details, the addition of the word "reasonably" before "determines" and the striking of "sole," and expanding the Confidentiality section to include the financials that Benlida will be sharing with CTX. I did modify paragraph 3. b. so that when CTX's prepay obligations have ended, so does Benlida's with respect to sharing financials which I think makes sense. On the Manufacturing Agreement, at paragraph 1.6 b) I added language that reflects that Benlida's representation is being made after having "exercised all due diligence". I have noted the changes in highlighted and strikethrough. I do recall that CTX was going to add some additional language regarding the tolling as it relates to the customer list which I did not add. I also recall that there was discussion about "3 days" in connection with that. Our side's only issue is that the "3 days" be Chinese Business Days. We have the financials and are in the process of translating to English. Please review and get back to us your soonest. Thank you and thank you for your assistance with this, JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com


**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:15 AM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL

<SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Sure, let's do 1:30.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 9:14 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** RE: Benlida adv. CTX

Can you do 1PM or 130PM? Please let me know. Thank, JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, October 24, 2022 11:13 AM

4

**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Hi JC,

    Stephen and I are generally available this afternoon. Do you want to set up a call at 12:30?

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, October 24, 2022 at 8:41 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Gents – Are you available for a call today? We did discuss with our clients, and they are generally in agreement with all. I do have couple of questions that I think would be more efficient via telephone. Thank so much. JCM



### Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

5

6