**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| From: | Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> |
| Sent: | Wednesday, November 9, 2022 6:40 PM |
| To: | Chauncey Cole; STEPHEN F. ROSENTHAL |
| Cc: | AGUAN@GECPAS.COM; Richard Lerner |
| Subject: | Benlida adv. CTX |
| Attachments: | SA P6 20221107.pdf; RMA P14 20221107.pdf; SA P5 20221107.pdf; Benlida Quarterly Financials - BLD adv CTX - CONFIDENTIAL.pdf; Benlida Audited Financials - BLD adv CTX - CONFIDENTIAL.pdf |
| Importance: | High |

Hi Chauncey, Further, to my text to you and Stephen, and our telephone conversation last night, our clients have no issues with the below and are agreeable. I did send you our clients' signature pages yesterday but attach here again for completeness.   Please send us Schedule D.  Also please send me your clients' signature page which you advised over the weekend that you have.  Also attached are the 2022 Quarterlies and the 2021 Year End Audit Financials as well.  You have confirmed your client will hold these documents strictly confidential and use them consistent only with the terms of the settlement,  As we have advised, we understand that the effective date of this settlement agreement is November 7, 2022.   Please advise any questions.  Regards,  JCM



**Jean-Claude Mazzola**
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Tuesday, November 8, 2022 3:41 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX
**Importance:** High

Gentlemen,

While reviewing this with our client, we discovered two minor changes that are required for the RMA, which you can see on pages 25 an 26 of the attached redline. Hopefully these are non-issues and with these changes we can execute the agreement:

1. We added the word "minimum" to column 2 of the CU adder found on page 25, to make it match the other column headings, which already had the word "minimum" added.


DEFENDANT'S EXHIBIT 11

2. On page 26, changed the language in the "Remark" column of the laminate price cost change parameter from "in June 2022" to "as of Effective Date", i.e., the date we are completing the agreement, just to make it current.

Please let us know if either change is an issue, otherwise we can proceed with the signature pages you've already sent and we can provide the complete agreement with those changes included.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Tuesday, November 8, 2022 at 12:11 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Hello – Further to our various communications, please see attached. We have had our clients re-sign the most recent versions to keep things orderly. I had them date them for November 7, 2022 as per our understanding in my email of yesterday. The earlier signatures were from last week before your client ask for additional changes which our clients agreed. For completeness, please send over the Schedule D referenced at Section 8.3 of the RMA. Please also send your client's signatures which you advised me that you have. Thank you, JCM



Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Jean-Claude Mazzola
**Sent:** Monday, November 7, 2022 6:03 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

HI Chauncey, signatures attached.  We are considering this case settled as of today in accordance with our earlier communications.  We will provide you with financials in the next day or so.  Thank you,  JCM



Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, November 7, 2022 3:46 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Yes, I think we should.  I'm awaiting final final client approval to release signature pages.  If you can send yours please do, it might make it easier for me to release ours.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 7, 2022 at 7:38 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Good morning, We exchanging signature pages?  Please send.  Thank you,  JCM



Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

4