**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| From: | Chauncey Cole <chauncey.cole@coletrial.com> |
| Sent: | Thursday, November 17, 2022 8:55 AM |
| To: | Jean-Claude Mazzola; Richard Lerner; AGUAN@GECPAS.COM |
| Cc: | STEPHEN F. ROSENTHAL |
| Subject: | FW: First pass Benlida Analysis |
| Attachments: | excel Balance sheet.xlsx; Copy of Profit and Loss.xlsx |

JC / Richard / Angela,

Our clients provided us with the attached spreadsheets, summarizing some of the information in the Benlida financials. They may want to refer to these during the discussion this morning. Please feel free to share with the folks from Benlida who will be attending. Thank you.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782





1