2020    2021

Work in Process
Goods Finished
Raw materials
Delivered Goods
Low vaue consumables



DEFENDANT'S EXHIBIT 12-B