| | 2020 | Additions | Deletions | 2021 |
|---|---|---|---|---|
| TOTAL NET BOOK VALUE | | | | |
| buildings | | | | |
| machinery Equipment | | | | |
| Transportations equipment | | | | |
| Electronic equipment | | | | |
| Tools, appliances and Furniture | | | | |
| TOTAL | | | | |
| COST | | | | |
| buildings | | | | |
| machinery Equipment | | | | |
| Transportations equipment | | | | |
| Electronic equipment | | | | |
| Tools, appliances and Furniture | | | | |
| TOTAL | | | | |
| | | | | |
| DEPRECIATION | | | | |
| buildings | | | | |
| machinery Equipment | | | | |
| Transportations equipment | | | | |
| Electronic equipment | | | | |
| Tools, appliances and Furniture | | | | |
| TOTAL | | | | |

Constructions in Process

RIGHT TO USE ASSETS
Factory office building and domitory
Accrued depreciaton

DEFENDANT'S EXHIBIT 12-C