**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Wednesday, November 16, 2022 7:26 PM |
| **To:** | Jean-Claude Mazzola; Richard@mazzolalindstrom.com |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | Benlida / CTX - settlement agreement / dismissal |
| | |
| **Importance:** | High |

JC / Richard,

Our clients have completed their review of the Benlida financial statements and they are prepared to make a decision on approval of the financials tomorrow. Prior to doing so, they would like to have a conference call with representatives of Benlida on the line so that they can go over some of the information in the financials and ask some questions about information that is not completely clear from the documents. The purpose is really to get additional information and comfort with the numbers before making the final decision on approval. To that end, could we schedule a conference call with Benlida **tomorrow morning at 8:30 am**? I expect that on our side we would be joined by the CEO and the corporate controller from CTX, and there should be someone there from Benlida who has familiarity with the financials. Please let us know. Thanks.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782





1