# STEPHEN F. ROSENTHAL

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Thursday, November 17, 2022 4:31 PM |
| **To:** | Jean-Claude Mazzola; Richard@mazzolalindstrom.com |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | BENLIDA / CTX - NOTICE OF TERMINATION |
| **Attachments:** | TERMINATION NOTICE.pdf |

Gentlemen,

Please see the attached Notice of Termination.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782





DEFENDANT'S EXHIBIT 14

1

# LAW OFFICE OF CHAUNCEY D. COLE IV

CHAUNCEY COLE, PA
9100 SOUTH DADELAND BLVD., SUITE 1553
MIAMI, FL 33156
CHAUNCEY.COLE@COLETRIAL.COM
T: 786-497-7053

November 17, 2022

**VIA EMAIL**

Jean-Claude Mazzola, Esq.
Richard Lerner, Esq.
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor, New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com
richard@mazzolalindstrom.com
*Counsel for Jiangmen Benlida Printed Circuit Co., Ltd. ("BLD") and ROK Printed Circuit Co., Ltd. ("ROK")*

## NOTICE OF TERMINATION OF SETTLEMENT AGREEMENT

Dear Sirs:

We write to you on behalf of Circuitronix, LLC and Circuitronix Hong Kong, Ltd. (together, "Circuitronix" or "CTX"), whom we represent as counsel.

We are providing you with this notice of termination, in accordance with Section 3a of the Settlement Agreement and General Release ("Agreement") entered into by and between: BLD and ROK on one hand; and CTX on the other hand.

Section 3a of the Agreement states:

No later than 5 business days after the Effective Date, BLD shall provide CTX with its auditor certified financial statements for 2021, and financial statements for Q1, Q2, and Q3 2022. The financials must include a balance sheet, income statement and cash flow statement and must be translated in English. This requirement is necessary to demonstrate proof of BLD's financial stability, demonstrating a lack of short to medium term risk of insolvency or financial collapse. This is an essential and necessary term of this Agreement and, within 5 business days after receiving the BLD financial statements, if CTX determines in its sole discretion that BLD faces an unacceptable risk of instability, this Agreement becomes immediately voidable at CTX's sole discretion. All financial data provided by BLD in connection with this section shall be kept strictly confidential by CTX and shall not be disclosed to third-parties, other than CTX's attorneys, accountants, or other professional advisors.

Page 2

CTX has carefully reviewed the BLD financial statements and determined that BLD faces an unacceptable risk of instability, and has failed to demonstrate that BLD does not face a short to medium term risk of insolvency or financial collapse.

Accordingly, CTX hereby elects to immediately void and terminate the Agreement.

Respectfully yours,

/s *Chauncey D. Cole IV*
Chauncey D. Cole IV, Esq.
Law Office of Chauncey D. Cole IV
*Counsel for Circuitronix, LLC*
9100 South Dadeland Blvd., Suite 1553
Miami, Florida 33156
Telephone: (786) 497-7053
Email: chauncey.cole@coletrial.com

CC: Stephen Rosenthal, Esq.