**STEPHEN F. ROSENTHAL**

| | |
|---|---|
| **From:** | Chauncey Cole <chauncey.cole@coletrial.com> |
| **Sent:** | Thursday, November 17, 2022 7:31 PM |
| **To:** | Jean-Claude Mazzola; Richard@mazzolalindstrom.com |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | BLD / CTX - proposed joint motion |
| **Attachments:** | 2022.11.17 BENLIDA JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL.docx |

Gents,

    We prepared the attached proposed joint motion, asking the Court to give us a 30 day extension to try to complete the deal and have the case formally dismissed. I tried to keep it relatively short and sweet, while still giving the Court an honest update of where things stand. Please let us know if you can get authority to for this to be filed jointly, or if you have any comments or changes. If you cannot, I understand, and we will plan to file substantially the same motion but with it being only on behalf of CTX. I'll wait until around 10:30 pm before I proceed with it. JC, I'll give you a call shortly.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782


THE FLORIDA BAR
BOARD CERTIFIED
BUSINESS LITIGATION


DEFENDANT'S EXHIBIT 15

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant

_____/

**JOINT MOTION FOR EXTENSION OF TIME**
**TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the Parties (Plaintiff, Jiangmen Benlida Printed Circuit Co., Ltd. ("BLD"), and Defendant, Circuitronix, LLC ("CTX")) hereby jointly and respectfully request a 30 day extension of time to file a stipulation of dismissal of this action. In support hereof, the parties incorporate the representations made in the prior motions for an enlargement of time, with the following further explanation as to why additional time is needed, as directed by this Court in its November 3, 2022 docket order.

1. The parties finalized a settlement agreement and incorporated Revised Manufacturing Agreement ("RMA") that will govern substantially all aspects of their commercial partnership for the next decade, as discussed in detail in the parties' joint motion of November 4, 2022 (DE 99).[1]

2. However, the parties' settlement was, by agreement, contingent upon CTX's review and approval of BLD's auditor-certified financial statements for 2021, and financial

---

[1] If it would be beneficial to the Court, the parties are prepared to file copies of the settlement agreement and RMA under seal.

1

statements for Q1, Q2, and Q3 of 2022. The parties agreed that this requirement was necessary to demonstrate proof of BLD's financial stability, more specifically, the absence of short- to medium-term risk of insolvency or financial collapse. This term was essential because CTX has agreed to make a substantial cash investment in BLD in connection with the settlement.

3. The required financial statements were originally produced in Chinese, and had to be translated prior to being transmitted to CTX for review. At considerable expense, BLD directed that the financials be translated into English in anticipation of the closing of the settlement agreement. The translation was accomplished on an expedited basis, and BLD's counsel had a bilingual CPA double-check the translation and confirm its accuracy.

4. However, due to these challenges of translating the financial statements from Chinese and ensuring the accuracy of the fully translated results before transmission, it took slightly longer than anticipated for CTX to receive the financial statements. The translated financial statements were provided to CTX on the afternoon of Wednesday, November 9, 2022.

5. The parties' settlement agreement provided for CTX to have 5 business days to review and approve the financial statements. Accordingly, CTX carefully reviewed the financial statements with its professional advisors, on an expedited basis. In the course of this due diligence, CTX flagged a number of issues that it determined created an unacceptable risk of instability, and determined that the financials did not demonstrate that BLD does not face a short to medium term risk of insolvency or financial collapse.

6. Even so, in an effort to complete the transaction on schedule, CTX and BLD agreed to have a direct principal-to-principal meeting by Zoom on the morning of November 17, 2022 at 8:30 am EST (9:30 pm in China). The meeting lasted over two hours, and the parties were able to make substantial progress in addressing the outstanding concerns about BLD's financial condition.

The parties are presently attempting to coordinate a further meeting with the aim of resolving these issues. However, given the explicit and bargained-for 5-day deadline for CTX to evaluate BLD's financials, and CTX's determination that BLD faces an unacceptable risk of instability, including a short to medium term risk of insolvency or financial collapse, CTX exercised its option to void the settlement agreement on November 17, 2022.

7. Even so, the parties are actively discussing options in an attempt to resolve the issue through further discussion and financial disclosures, and are hopeful that the matter can still be resolved in short order. Accordingly, we respectfully request a 30 day extension of time, to file a stipulation of dismissal of this action.

8. With sincere apologies to the Court for the number of times that it has been necessary to request additional time to address new and unforeseen challenges in negotiating and finalizing the settlement agreement and RMA, we must again request an extension of time to try to resolve this case. The parties and their attorneys are working extraordinarily hard to get this deal done; and we are mindful of the Court's admonition to provide further justification for any further extensions of time. We respectfully – and on behalf of our clients, apologetically – request an additional 30 days to complete the deal.

## CONCLUSION

Accordingly, the Parties respectfully request that the Court grant this motion and grant a 30 day extension of time to file a stipulation of dismissal.

Dated: November 17, 2022                                    Respectfully submitted,

| **MAZZOLA LINDSTROM LLP** | **CHAUNCEY COLE, PA** |
| *Attorneys for Plaintiff Benlida* | *Co-Counsel for Circuitronix, LLC* |
| | 9100 South Dadeland Blvd., Suite 1553 |
| By: /s/ *Jean-Claude Mazzola* | Miami, Florida 33156 |
| Jean-Claude Mazzola | Tel.:   (786) 497-7053 |
| 1350 Avenue of the Americas, 2nd Floor New York, NY 10019 | |
| 646.250.6666 | By: /s/ *Chauncey D. Cole IV* |
| jeanclaude@mazzolalindstrom.com | Chauncey D. Cole, IV, Esq. |
| | Florida Bar No. 102184 |
| | chauncey.cole@coletrial.com |
| |  |
| | and |
| | **PODHURST ORSECK, P.A.** |
| | *Co-Counsel for Circuitronix, LLC* |
| | SunTrust International Center |
| | One S.E. 3rd Avenue, Suite 2300 |
| | Miami, Florida 33131 |
| | Tel.: 305-358-2800 |
| | |
| | Stephen F. Rosenthal |
| | Florida Bar No. 0131458 |
| | srosenthal@podhurst.com |
| | Robert C. Josefsberg |
| | Florida Bar No. 040856 |
| | rjosefsberg@podhurst.com |
| | Matthew Weinshall |
| | Florida Bar No. 84783 |
| | mweishall@podhurst.com |
| | Christina H. Martinez |
| | Florida Bar No. 1029432 |
| | cmartinez@podhurst.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on December 19, 2022.

By: /s/ *Chauncey D. Cole IV*
Chauncey D. Cole IV