# STEPHEN F. ROSENTHAL

| | |
|---|---|
| **From:** | Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com> |
| **Sent:** | Thursday, November 17, 2022 11:16 PM |
| **To:** | Chauncey Cole; AGUAN@GECPAS.COM; Richard Lerner |
| **Cc:** | STEPHEN F. ROSENTHAL |
| **Subject:** | Re: |

What we just discussed. But, I just tried calling and the point that may not be clear, is that BLD is available to talk as soon as tomorrow and so it would be good idea to get something planned soonest.

JC Mazzola
646-250-6666

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Thursday, November 17, 2022 11:05:28 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; AGUAN@GECPAS.COM <aguan@gecpas.com>; Richard Lerner <Richard@mazzolalindstrom.com>
**Cc:** STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Subject:** RE:

What does this mean?

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Sent:** Thursday, November 17, 2022 11:01 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>; AGUAN@GECPAS.COM; Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:**



1

Mr. Huang wants 3 business days but the Benlida team will be available to discuss along lines as today.

JC Mazzola
646-250-6666