**From:** Celin Astudillo <Celin.astudillo@circuitronix.com>
**Sent:** Monday, November 14, 2022 6:35 PM
**To:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** First pass Benlida Analysis

Rishi, I have been able to make a best effort to input the information in excel to facilitate any comparison and analysis, the information sent seams like a paper list attached to a previous audited financial statement. By the way, this information it is not certified by a third party.   There are certain accounts in the Profit and Loss Statement support in which the numbers do not align with the concepts ; there are more values than concepts.  It will be very useful to have trial balances for all of the period so we could find the accounts grouping in the report. It will also facilitate the analysis for 2022 as we do not have notes with the breakdown of that data.

This is a review that could be refined  once more detailed information becomes available, however, the tendency will not change significantly unless there is a significant error on reporting

**INCOME STATEMENT.**
1.- Revenues in 2021 grew by 45% compared to 2020: 2022 YTD represents 57% of 2021 revenue; based on that tendency, unless a big jump due to Q4 expectations,  revenue might fell short compared to 2021. Foreign sales grew in 2021 82% compared to 2020 whereas Domestic grew 32%. Margins went down in 2021; Domestic by 3% and foreign by 17% compared to 2020. Foreign sales increased with a hit on profitability.

DEFENDANT'S EXHIBIT 19

Overall margin went down from 19% to 15% because the total direct costs by grew 52% while revenue only grew by 45% year over year.

2.- 2022 Margin Q3 YTD is 14%.  Q1-2022 Revenue is $160M with a margin of 14%; Q2 2022 Revenue is $146M with a 13% margin and Q3 2022revenue is $121M with a margin of 15%. Without further analysis, it is not easy to understand the correlation of revenues and cost per revenue streams, markets, customers, product, etc.

2.- Taxes and Surge charges went down by 44% Manly on Municipal Construction Tax and Local education Surge charge. Municipal construction reduction does not align with the Construction in progress' 2021 (CIP) movement. CIP increased by 100% while the Tax decreased by almost 50%. Also, Local Education Tax has zero value in 2021; those taxes normally are consistent; perhaps the company reported that expenditure somewhere else.

4.- Sales expenses went up by 82% compared to 2020 mainly due to a line described as "Other" for $6.3M A description would be important to understand such significant increment.

5.- In Management Expenses, Social Security expense grew by 218% to $5.5M while wages only grew by 8%; maybe it s associated with a long term liability catch up , I couldn't find such concept it in the balance sheet. Also there are two "Other" concepts within the same group. One of the "Other" concept had a similar value YOY, whereas the other went down from $1.2M to $.2M. Also a description would be necessary to understand them.

6.- Financial expenses went down by $6M or 33% mainly because the exchange rate loss in 2020; in 2021 the exchange loss vent down by $4.2M and interest charged bu "Non financial institution and Discounted bills went down by $1.7M; tis will make sense as Short Term borrowings went down by $14M . Financial institutions D, E and F went down by $69M whereas Financial institution A went up by $55M that might explain the reduction of interest expenses. However, in 2022, in Financial expenses  there is a gain of $10M that could be associated with Exchange Rate gains or Investment income, additional explanation would be required to understand this variance.  In the balance sheet, Banks have an increment of $$15M as of September 2022 compared to 12.31.21, the revaluation of the exchange rate  could justify a portion of it.

7.- Sales Expenses, Management expenses and Financial expenses are the groups that have more line values than concepts, therefore, I added a name "unknown" an highlighted them in red in the excel worksheet used for the analysis. That information used is part of the notes to the financials statements.

**BALANCE SHEET**

1.- 2020 and 2021  balance sheet  mistakenly reported in the line Oil and Gas assets,  a factory office building and dormitory. However as part of an adjustment made to beginning balance for Q3 2022 it was totally eliminated from December 31 2021 balance.

2.- Attached is a list of adjustments made to the 12/31/2021 balance  reported in Q3 2022 Balance Sheet.

| Liability and owner's equity(or share holder's equity | Chage on 2021 |
|---|---|
| Currents liabilities : | Liabilities |
| Accounts payable | -315,589.64 |
| advance payment collected | |
| Taxes payable | -2,040,403.50 |
| Other payables | 1,863,831.15 |
| Non-current liabilities due within one year | -2,115,825.58 |
| Lease liabilities | -12,478,800.27 |
| Deferred tax liabilities | |
| Paid-up capital ( or share capital) | |
| Surplus reserve | -63,952.21 |
| Undistributed profit | 14,426,142.68 |
| Modification | -724597.37 |

| Asset | Chage on 2021 BS |
|---|---|
| Current Assets : | Asstes |
| Accounts receivable | 14,208,012.24 |
| Advance payments | (203,490.34) |
| Other current assets | (3,659,172.90) |
| Oil and gas assets | (11,292,020.03) |
| Deferred tax assets | 222,073.66 |
| Total Assets | (724,597.37) |

An understanding of this adjustment would be needed.

3.- Main financial ratios:
DSO in days, calculated based on total sales. There is no information of credit sales or a consistent brake down for 2022 so it was used the entire revenue reported. For AR, it was included Bills Receivable, Accounts receivable and Other Receivables. Totals receivables had the highest value in Q2 which is consistent with the higher revenue in Q1 and Q2. Collections are slowing down.

Intercompany transactions would affect this ratio.

Receivables are concentrated in few customers. High dependency for revenue

| TRADE AR GROUPING | Dec 31 2020 | Dec 31 2021 |
|---|---|---|
| DSO | 150 | 12< |

DPO, consistent with the increment in DSO, payables have also increased their payment time. Aligned with the slowdown on collections, payables are also slowed down.
Intercompany transactions could also affect this index

| TRADE AP GROUPING | Dec 31 2020 | Dec 31 2021 |
|---|---|---|
| DPO | 182 | 1⁷ |

Consistently the company has been turning inventory 4 times per year.

| Inventory turn over in days | 93 | ⁵ |
|---|---|---|
| Inventory turn over | 4 | |

4.- Basic cash conversion cycle analysis, in 2020 it was 61 days, in 2021 21 days, in q1 2022, 28 days, in Q2 2022 48 days and Q2 2022 67 days. The deterioration is driven by collections delays.

5.- The company converted some of its debt to long term which will give them some relief considering AR collections slowdown.

6.- On the equity side, I could totally understand how the company is reporting 2022 movement of results; perhaps there are some changes not reported through the P&L that's is affecting the equity. I presume it is related to the revised presentation in September 2022 financial data. That would imply a modification to the 2021 Income Statement that was received.

To have a better understanding of the company standing, detailed information per customers, line of product, aging of AR and AP as well as inventory longevity will provide a more accurate view of the company as well as a detailed trial balance to avoid misclassification due to the unformatted reports provided.

I will continue with the analysis, mainly focused on Cash Flows, the reports provided are not that user friendly. I wanted to provide you with what I have now.

Best regards.

**Celin Gonzalo Astudillo**
**CORPORATE CONTROLLER**
**circuitronix**
**3131 SW 42ND ST**
**FT. LAUDERDALE, FL 33312**
**Direct:** (+1) 786-475-3932
**Mobil:** (+1) 305-898-1147
**Email:** celin.astudillo@circuitronix.com
**Website:** http://circuitronix.com/

CONFIDENTIAL NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC.