IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

-----------------------------------------------------------------x

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., and ROK PRINTED
CIRCUIT CO., LTD.,

          Plaintiffs,

-against-

CIRCUITRONIX LLC,

          Defendant.

-----------------------------------------------------------------x

CM/ECF

Civil Action No.: 21-60125-CIV-SCOLA/SNOW

## Declaration of Huang Hanchao

I, Huang Hanchao, state under penalty of perjury, pursuant to 28 USC 1746, as follows:

1. In English I use the name "Douglas."

2. Huang Xiangjiang and I are principals and members of both plaintiff Jiangmen Benlida Printed Circuit Co., Ltd., and plaintiff ROK Printed Circuit Co., Ltd.

2. Mr. Huang and I, along with several other employees and members of Benlida, participated in over eighteen hours of mediation, with retired judge Joseph Farina acting as the mediator, on May 24, 25, and 28. (As we participated remotely via Zoom, from China, these sessions carried over into the following days, as we are 12 hours ahead in China.) CTX's principal Rishi Kukreja was also in attendance; as he knows us both personally, and our positions, he could not have any confusion that both Benlida and ROK were "present" during the mediation, as Mr. Kukreja is quite aware that both Mr. Huang and speak for Benlida and ROK. Indeed, I was the signatory to the 2012 and 2016 agreements with CTX, having executed the agreements

DEFENDANT'S EXHIBIT 21

1

in behalf of both Benlida and ROK, so Mr. Kukreja could not have any good-faith basis to believe that ROK was not a participant at the mediation.

4. I understand that CTX is claiming to be confused by the allegations in the complaint regarding which sums claimed on the invoices identified as unpaid in the complaint originated from Benlida versus ROK. To clarify, none of the invoices identified are ROK invoices. Rather, Benlida issued all of the invoices. All of the moneys owed by CTX are owed to Benlida, not ROK. In fact, ROK ceased manufacturing and selling goods to CTX by mid 2018.

5. The "CCT-BLD"-denominated invoices identified in paragraphs 13 through 260 of the third amended complaint are Benlida invoices issued to CTX; the "BLDCCT-HK"-denominated invoices identified in paragraphs 261 through 431 are Benlida invoices that were issued to CTX-HK which, according to the Business Authorization (exhibit "A" to Mazzola declaration), are the responsibility of CTX.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2021
Jiangmen, China

_____
Huang Hanchao ("Douglas")