IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
-------------------------------------------------------------------x

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., and ROK PRINTED
CIRCUIT CO., LTD.,

          Plaintiffs,

  -against-

CIRCUITRONIX LLC,

          Defendant.
-------------------------------------------------------------------x

CM/ECF

Civil Action No.: 21-60125-CIV-SCOLA/SNOW

## Declaration of Jean-Claude Mazzola

I, Jean-Claude Mazzola, state under penalty of perjury, pursuant to 28 USC 1746, as follows:

1. I am an attorney with the firm Mazzola Lindstrom LLP, counsel for plaintiffs Jiangmen Benlida Printed Circuit Co., Ltd., and ROK Printed Circuit Co., Ltd.

2. Having reviewed the file maintained for the prosecution of this action, I am familiar with the facts stated herein.

3. Annexed as exhibit "A" hereto is a true and accurate copy of the January 1, 2014 "Business Authorization," pursuant to which Circuitronix LLC agreed to be responsible for its Hong Kong affiliate Circuitronix Hong Kong Ltd's obligations and debts.

4. Annexed as exhibit "B" is a true and accurate copy of our firm's May 27, 2021 email (exhibits to email omitted from attached exhibit) to CTX's counsel of the proposed third amended complaint, which was sent to counsel during the mediation proceedings.

1



5. I personally participated in the mediation sessions, which lasted in total over eighteen hours, on May 24th (4+ hours); May 25th (6+ hours); and May 28th (6 hours).

6. In attendance (via Zoom) during the entire process were Huang Xiangjiang ("Mr. Huang") and Huang Hanchao ("Douglas"), who – as alleged in the third amended complaint – are principals and members of both Benlida and ROK. See TAC ¶¶ 2a, 2b, 4a, and 4c. This is also confirmed in Douglas's accompanying declaration.

7. Douglas also states in his declaration that ROK ceased manufacturing and selling products in 2018, and that, although it is a signatory to the 2012 and 2016 agreements with CTX, none of the unpaid invoices identified in the complaint concern ROK products.

Dated: New York, New York
      June 28, 2021

                                              MAZZOLA LINDSTROM LLP
/s/Jean-Claude Mazzola
Jean-Claude Mazzola
*Attorneys for plaintiffs*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
Tel: (646) 216-8585
Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com