| | |
|---|---|
| **Subject:** | Re: Benlida v. CTX - mediation proposal |
| **Date:** | Wednesday, June 1, 2022 at 7:19:25 PM Eastern Daylight Time |
| **From:** | Chauncey Cole |
| **To:** | Joseph Farina |
| **Priority:** | High |
| **Attachments:** | image001.jpg, image002.jpg, image003.jpg, image004.jpg |

Thanks, Judge. We also agree to the terms below, subject to finalizing in long form. Great job today, we really appreciate your efforts.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782



**From:** Joseph Farina <josephpfarina@gmail.com>
**Date:** Wednesday, June 1, 2022 at 6:48 PM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject:** Fwd: Benlida v. CTX - mediation proposal

FYI



Joseph P. Farina



Page 1 of 5

Legal Luminary Best Mediator Award
Retired Chief Judge 11th Judicial Circuit
Florida Supreme Court Certified Circuit Civil Mediator
Florida Supreme Court Qualified Arbitrator
Court Appointed Special Magistrate
JAMS
TEL I 305-371-5267

Begin forwarded message:

**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Subject: RE: Benlida v. CTX - mediation proposal**
**Date:** June 1, 2022 at 6:45:32 PM EDT
**To:** Joseph Farina <josephpfarina@gmail.com>, Kevin Kelly <kevin@mazzolalindstrom.com>

Agreed,



## Jean-Claude Mazzola

Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 | O: +1 (646) 216-8585 jeanclaude@mazzolalindstrom.com

**From:** Joseph Farina <josephpfarina@gmail.com>
**Sent:** Wednesday, June 1, 2022 4:31 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; Kevin Kelly <kevin@mazzolalindstrom.com>
**Subject:** Fwd: Benlida v. CTX - mediation proposal



Joseph P. Farina
Legal Luminary Best Mediator Award
Retired Chief Judge 11th Judicial Circuit
Florida Supreme Court Certified Circuit Civil Mediator
Florida Supreme Court Qualified Arbitrator
Court Appointed Special Magistrate
JAMS
TEL I 305-371-5267

Begin forwarded message:

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Subject: FW: Benlida v. CTX - mediation proposal**
**Date:** June 1, 2022 at 4:29:29 PM EDT
**To:** Joseph Farina <josephpfarina@gmail.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>

Deal points to be included in a long-form settlement agreement (all terms are essential):

1. BLD agrees to return all CTX signage to the factory and display said signage at all times. BLD and CTX will cooperate in all aspects as they have done historically including but not limited to communication strategy with customers. The only issues not covered by this clause are the ones specifically addressed in the settlement agreement.

1. No customers shall be removed from the existing exclusive customer list

1. Settlement agreement must incorporate a comprehensive manufacturing agreement, similar in form and substance to the 2012 manufacturing agreement

1. Settlement Payment:
    a. CTX shall pay BLD a total of $2.5 million as follows:
        i. $1.5 million within 10 days of signing
        ii. $50,000 per month starting 01/01/23 for 20 months.

1. Pricing:
    a. Existing P/Ns will be at the <u>lower</u> of:
        i. Price per the attached matrix, OR
        ii. 10% less than current pricing

    b. New P/Ns will be:

   a. Price per attached matrix

   c. No other customer will be provided lower pricing

1. Contract Payment Terms:
   a. Prepayment for 12 months from signing
   b. AMS 30 days thereafter
   c. Not conditioned on availability of credit insurance

1. Capacity:
   a. BLD can produce up to 8000 sq. meters per week
   b. No penalty for CTX if orders are less than 8000 sq. meters per week

1. Proof of BLD financial stability to be provided by BLD

1. Confidentiality

1. <span style="color:red">CTX shall communicate fact of settlement to customers on exclusive customer list in its sole discretion</span>

1. Full release of litigation and all claims (including against ROK, CTX-HK, etc.)

1. Any material breach of settlement agreement/manufacturing agreement shall entitle CTX to stop Settlement Payment and recover amounts paid to that point

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782

