IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

JIANGMEN BENLIDA PRINTED
CIRCUIT CO.,

CASE NO: 21-60125-CIV-SCOLA/SNOW

Plaintiff,

v.

CIRCUITRONIX, LLC.

Defendant.

_____/

### MEDIATOR'S REPORT

COMES NOW the undersigned JAMS mediator who reports to the Court that the parties mediated the above-captioned case on June 1, 2022.

The mediator reports that the parties entered into a settlement agreement, and their attorneys are preparing the final settlement documents.

Joseph P. Farina
JAMS Mediator/Neutral
June 2, 2022

*Copies provided Attorneys*

