**Subject:** Benlida adv. CTX
**Date:** Monday, November 7, 2022 at 6:03:03 PM Eastern Standard Time
**From:** Jean-Claude Mazzola
**To:** Chauncey Cole, STEPHEN F. ROSENTHAL
**CC:** Richard Lerner
**Attachments:** image003.jpg, image004.jpg, image005.jpg, P5 SA.pdf, P6 SA.pdf, P14 MA.pdf

HI Chauncey, signatures attached. We are considering this case settled as of today in accordance with our earlier communications. We will provide you with financials in the next day or so. Thank you, JCM



Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

**From:** Chauncey Cole <chauncey.cole@coletrial.com>
**Sent:** Monday, November 7, 2022 3:46 PM
**To:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>; STEPHEN F. ROSENTHAL <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Re: Benlida adv. CTX

Yes, I think we should. I'm awaiting final final client approval to release signature pages. If you can send yours please do, it might make it easier for me to release ours.

Respectfully yours,

Chauncey D. Cole IV, Esq.

Chauncey Cole, PA
9100 South Dadeland Blvd., Suite 1553
Miami, FL 33156
chauncey.cole@coletrial.com
Direct: 786-497-7053
Mobile: 518-229-2782





**From:** Jean-Claude Mazzola <jeanclaude@mazzolalindstrom.com>
**Date:** Monday, November 7, 2022 at 7:38 AM
**To:** Chauncey Cole <chauncey.cole@coletrial.com>, "srosenthal@podhurst.com" <SROSENTHAL@podhurst.com>
**Cc:** Richard Lerner <Richard@mazzolalindstrom.com>
**Subject:** Benlida adv. CTX

Good morning, We exchanging signature pages?  Please send.  Thank you,  JCM



## Jean-Claude Mazzola
Attorney
Mazzola Lindstrom LLP
1350 Avenue of the Americas, 2nd Floor  New York, NY 10019
M: +1 (646) 250-6666 |O: +1 (646) 216-8585
jeanclaude@mazzolalindstrom.com

otherwise.

15.     **Counterparts**. This Agreement may be executed by the Parties in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

16.     **Authority to Execute Agreement**. By signing below, each Party warrants and represents that the person signing this Agreement on its behalf has authority to bind that Party and that the Party's execution of this Agreement is not in violation of any By-law, Covenants and/or other restrictions placed upon them by their respective entities.

17.     **Enforcement of Agreement; Attorneys' Fees and Costs.** The prevailing party shall be entitled to its attorneys' fees and costs in any dispute related to or arising from this Agreement, including those attorneys' fees and costs related to pre-litigation investigations and negotiations, as well as those attorneys' fees and costs associated with litigation, arbitration, mediation, appeals and quasi-judicial proceedings, as well as all litigation regarding entitlement and amount of fees and costs. "Costs" shall be given the broadest possible definition available under the law, and shall include copying costs, travel costs, filing fees, government fees, expert fees, court reporter and videographer costs, retention of experts and accountants, and all other costs reasonably incurred by the prevailing party to advance its position during the dispute.

**IN WITNESS WHEREOF**, and intending to be legally bound, each of the Parties hereto have caused this Agreement to be executed as of the date(s) set forth below. Each person signing this Agreement in a representative capacity warrants that he or she has full authority to bind his or her principal to this Agreement.

| Jiangmen Benlida Printed Circuit Co., Ltd. | Circuitronix, LLC |
|---|---|
| Signature: 黄裕江 | Signature: |
| Print Name: | Print Name: |
| Title: Director | Title: |
| Date: Nov 1st, 2022 | Date: |

5

| ROK Printed Circuit Co. Ltd. | Circuitronix Hong Kong, Ltd. |
|---|---|
| Signature: | Signature: |
| Print Name: | Print Name: |
| Title: _Director_ | Title: |
| Date: _Nov 1st, 2022_ | Date: |

**IN WITNESS WHEREOF**, and intending to be legally bound, each of the Parties hereto have caused this Agreement to be executed as of the date(s) set forth below. Each person signing this Agreement in a representative capacity warrants that he or she has full authority to bind his or her principal to this Agreement.

| Jiangmen Benlida Printed Circuit Co., Ltd. | Circuitronix, LLC |
|---|---|
| Signature: | Signature: |
| Print Name: | Print Name: |
| Title: *Director* | Title: |
| Date: Nov 1st, 2022 | Date: |
|  | Circuitronix Hong Kong, Ltd. |
|  | Signature: |
|  | Print Name: |
|  | Title: |
|  | Date: |