| | |
|---|---|
| Date: | Thu, 3 Mar 2016 11:17:07 PM -0500 |
| Sent: | Thu, 3 Mar 2016 11:17:51 PM -0500 |
| Subject: | 2 million loan and Sinosure |
| From: | tracy <tracy@benlida.com> |
| To: | Rishi Kukreja <RishiK@circuitronix.com>; |
| CC: | Douglas@benlida.com; |
| Attachments: | image001(03-04-12-16-23).png; image002(03-04-12-16-24).png |

Dear Rishi,

Would you please let us know your response? It is urgent now.

Thank you.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

---

发件人: tracy
发送时间: 2016-03-03 19:07:05
收件人: Rishi Kukreja
抄送: 黄瀚超
主题: Re: Re: RE: RMB wire between CTX and Benlida

Dear Rishi,

1) Please confirm you will help us and wire 2 million as loan.
2) As update from Sinosure today, they contact Tachun about withdrawing, but they can not help much since it is Tachun's choice how fast they want to move on. So please talk to Tachun and push them on the withdrawing.

Thank you.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

---

发件人: 黄瀚超
发送时间: 2016-03-02 17:06:36
收件人: Rishi Kukreja
抄送: tracy

CONFIDENTIAL


DEFENDANT'S EXHIBIT 31

CTX_00000979

主题：Re: RE: RMB wire between CTX and Benlida

Rishi,

The problem become bigger since the issue has been lasting too long. A lot of suppliers calling me every minutes. The problem now is that Tachun told Sinosure they have not received money yet by today. Please check with Tachun and also please contact Sinosure as soon as possible.

Regards,
Doug

黄瀚超

**From:** tracy
**Date:** 2016-03-02 12:11
**To:** Rishi Kukreja
**CC:** douglas@benlida.com
**Subject:** RE: RMB wire between CTX and Benlida

Dear Rishi,

Please be advised as following:

As our initial plan before CNY holidays, we will wire out at beginning of March. But we could not get bank loan since middle of Feb due to canceling CTX credit limit in Sinosure system. As the update information from Sinosure, Tachun still have not withdraw appeal. We think that Sinosure can not resume CTX credit in the coming two weeks, so we may not get bank loan in March. Two months loan is 2.6 million USD. Moreover, we have one RMB loan due on 03/09 with 5 million RMB and another RMB loan due on 03/17 with 6.2 million RMB. These both together put us in difficult situation on cash float.

We need 2 million USD wire from CTX as loan by 03/08, or we do not even have money to pay the suppliers. We can pay interest on this and the pay back date can be set to May, because there will be no USD to return to the bank since there is no loan was released in Feb. Once we get the loan from you, we can address payment listed below. Please check and revert.

Thank you.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

发件人：Rishi Kukreja
发送时间：2016-03-01 19:41:51
收件人：douglas@benlida.com
抄送：tracy (tracy@benlida.com)

CONFIDENTIAL                                                                                                                          CTX_00000980

主题：FW: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida
Douglas/Tracy

This needs to be addressed. Please advise what is being done on this.

Regards/Rishi Kukreja

**From:** Ao Shen
**Sent:** Monday, February 29, 2016 12:24 PM
**To:** tracy
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** RE: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Tracy,

Please advise below payment status:

- **August - RMB 1,689,234.15**
- **November – RMB 114,731.31**

Regards,

## Ao Shen
**circuitronix**

3131 SW 42ND ST
FT. LAUDERDALE, FL 33312
Phone: (786) 364-4471
Fax: (305) 377-9008

**From:** tracy [mailto:tracy@benlida.com]
**Sent:** Tuesday, February 02, 2016 5:15 AM
**To:** Ao Shen
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** Re: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Dear Ao,

As discussed with accounting, we will wire payment for August in the beginning of March. After that, please also settle due payment (Aug, Sep and Oct shipment) and wire out to us.

RGDS

CONFIDENTIAL
CTX_00000981

Jiangmen Benlida Printed Circuit Board Cooperation

发件人: Ao Shen
发送时间: 2016-02-02 03:03:00
收件人: tracy
抄送: Rishi Kukreja; Lina Ochoa
主题: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Tracy,

Please advise the payment status for August (**RMB 1,689,234.15**).

Regards,

**Ao Shen**
**circuitronix**

**3131 SW 42ND ST**
**FT. LAUDERDALE, FL 33312**
**Phone: (786) 364-4471**
**Fax: (305) 377-9008**

**From:** tracy [mailto:tracy@benlida.com]
**Sent:** Wednesday, January 27, 2016 1:35 AM
**To:** Ao Shen
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** Re: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Dear Ao,

210489.99 was wired yesterday, it should reach your account already.

For the August payment, I will keep you posted.

RGDS

Tracy

中国工商银行   网上银行电子回单

电子回单号码: 0011-8856-7821-1100             打印日期: 2016年1月27日

| 付款人 | 户名 | 江门市奔力达电路有限公司 | 收款人 | 户名 | 世科创力(深圳)科技有限公司 |
|---|---|---|---|---|---|
| | 账号 | 20120023090245113OB | | 账号 | 40000103092O0204918 |
| | 开户银行 | 北街支行 | | 开户银行 | 工行广东省深圳分行业务处理中心 |

CONFIDENTIAL

CTX_00000982

Tracy Huang
Jiangmen Benlida Printed Circuit Board Cooperation
Tel: 750-3962099
Fax: 750-3962007

---

This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL

CTX_00000983