| | |
|---|---|
| Date: | Mon, 7 Mar 2016 5:21:45 AM -0500 |
| Sent: | Mon, 7 Mar 2016 5:19:46 AM -0500 |
| Subject: | need wire to Benlida |
| From: | tracy <tracy@benlida.com> |
| To: | Rishi Kukreja <RishiK@circuitronix.com>; |
| CC: | Douglas@benlida.com; |
| Attachments: | image001(03-07-17-59-47).png; image002(03-07-17-59-47).png; 中行收款路线(美元).doc |

Dear Rishi,

Since we have one RMB loan due on 03/09, we really need at least USD500K reach our account tomorrow. Please help to send out wire firstly. Also for the loan agreement proposal, please let us know update.

PS:
From now on, all USD wire to Benlida please use attached account in BANK OF CHINA. I will send another email to your accounting and let them keep it as record.

RGDS

**Jiangmen Benlida Printed Circuit Board Cooperation**

---

发件人：tracy
发送时间：2016-03-02 12:11:36
收件人：Rishi Kukreja
抄送：douglas@benlida.com
主题：RE: RMB wire between CTX and Benlida

Dear Rishi,

Please be advised as following:

As our initial plan before CNY holidays, we will wire out at beginning of March. But we could not get bank loan since middle of Feb due to canceling CTX credit limit in Sinosure system. As the update information from Sinosure, Tachun still have not withdraw appeal. We think that Sinosure can not resume CTX credit in the coming two weeks, so we may not get bank loan in March. Two months loan is 2.6 million USD. Moreover, we have one RMB loan due on 03/09 with 5 million RMB and another RMB loan due on 03/17 with 6.2 million RMB. These both together put us in difficult situation on cash float.

We need 2 million USD wire from CTX as loan by 03/08, or we do not even have money to pay the suppliers. We can pay interest on this and the pay back date can be set to May, because there will be no USD to return to the bank since there is no loan was released in Feb. Once we get the loan from you, we can address payment listed below. Please check and revert.

Thank you.

RGDS

**Jiangmen Benlida Printed Circuit Board Cooperation**



CONFIDENTIAL

CTX_00001147

发件人：Rishi Kukreja
发送时间：2016-03-01 19:41:51
收件人：douglas@benlida.com
抄送：tracy (tracy@benlida.com)
主题：FW: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Douglas/Tracy

This needs to be addressed. Please advise what is being done on this.

Regards/Rishi Kukreja

**From:** Ao Shen
**Sent:** Monday, February 29, 2016 12:24 PM
**To:** tracy
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** RE: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Tracy,

Please advise below payment status:

- **August - RMB 1,689,234.15**
- **November – RMB 114,731.31**

Regards,

**Ao Shen**
**circuitronix**

3131 SW 42ND ST
FT. LAUDERDALE, FL 33312
Phone: (786) 364-4471
Fax: (305) 377-9008

**From:** tracy [mailto:tracy@benlida.com]
**Sent:** Tuesday, February 02, 2016 5:15 AM
**To:** Ao Shen
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** Re: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Dear Ao,

As discussed with accounting, we will wire payment for August in the beginning of March. After that, please also settle due payment (Aug, Sep and Oct shipment) and wire out to us.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

CONFIDENTIAL

CTX_00001148

发件人： Ao Shen
发送时间： 2016-02-02 03:03:00
收件人： tracy
抄送： Rishi Kukreja; Lina Ochoa
主题： RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Tracy,

Please advise the payment status for August (**RMB 1,689,234.15**).

Regards,

**Ao Shen**
**circuitronix**

3131 SW 42ND ST
FT. LAUDERDALE, FL 33312
Phone: (786) 364-4471
Fax: (305) 377-9008

**From:** tracy [mailto:tracy@benlida.com]
**Sent:** Wednesday, January 27, 2016 1:35 AM
**To:** Ao Shen
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** Re: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Dear Ao,

210489.99 was wired yesterday, it should reach your account already.

For the August payment, I will keep you posted.

RGDS

Tracy

---

**中国工商银行** 网上银行电子回单

电子回单号码：0011-8856-7821-1100          打印日期：2016年1月27日

| 付款人 | 户名 | 江门市崩力达电路有限公司 | 收款人 | 户名 | 世科创力（深圳）科技有限公司 |
|---|---|---|---|---|---|
| | 账号 | 2012002309024511308 | | 账号 | 4000010309200204916 |
| | 开户银行 | 北街支行 | | 开户银行 | 工行广东省深圳分行业务处理中心 |
| 金额 | | 人民币（大写）：贰拾壹万零肆佰捌拾玖元玖角玖分  ￥210,489.99元 | | | |
| 摘要 | | 7月货款 | 业务（产品）种类 | | 汇划发报 |
| 用途 | | 7月货款 | | | |
| 交易流水号 | | 09200773 | 时间戳 | | 2016-01-26-15.38.03 699683 |

备注：
用途：7月货款 汇出行：0201200033 汇出行名称：工行广东省江门业务处理中心 汇入行：0400000260 指令编号：H QP1144336251 提交人：111111.c.2012 最终授权人：BLD2222.c.2012

验证码：4Trb2DIxiRIfTsrqSrz69DeKeNg=

| 记账网点 | 0033 | 记账柜员 | 00012 | 记账日期 | 2016年01月26日 |

重要提示：
1.如果您是收款方，请到工行网站www.icbc.com.cn电子回单验证处进行回单验证。 2.本回单不作为收款方发货依据，并请勿

CONFIDENTIAL                                                                                             CTX_00001149

Tracy Huang
Jiangmen Benlida Printed Circuit Board Cooperation
Tel: 750-3962000
Fax: 750-3962010

This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL

CTX_00001150