**Date:** Tue, 8 Mar 2016 8:42:22 AM -0500
**Sent:** Tue, 8 Mar 2016 8:42:55 AM -0500
**Subject:** Re:loan proposal
**From:** Tracy <tracy@benlida.com>
**To:** Rishi Kukreja <RishiK@circuitronix.com>;
**CC:** douglas@benlida.com <douglas@benlida.com>; 黄素兰 <tracy@benlida.com>;

Dear Rishi,

Today we received USD257K from CTX US and I should receive payment slip from Todor later today which can show how the number come out.

As update from Sinosure today, still no progress on Tachun. We are having more and more problem on cash float, so we really need loan from CTX reach our account within this week. Otherwise, we can not pay clear due amount of hot-press subcontractor and they will stop building boards for us. This will become disaster to both Benlida and CTX.

Please release loan to Benlida with 1.5 million and push Tachun to proceed withdrawing. Both are urgent, we really need your help.

Thank you.

RGDS

Tracy

---

From: "Tracy <tracy@benlida.com>"
To: "Rishi Kukreja <rishik@circuitronix.com>"
CC: "douglas@benlida.com <douglas@benlida.com>","黄素兰 <tracy@benlida.com>"
Sent: 2016-03-04 23:19
Subject: loan proposal

Dear Rishi,
Before we have conference call tomorrow, here we give you some idea about loan agreement:
Current bank interest in China is 6% per year, equal to 0.5% per month. If loan amount is USD2000K, interest of 3 months' loan is USD30K, CTX can wire USD1970K to Benlida and Benlida return USD2000K in May.
For more detail, let's discuss tomorrow.
Thank you.
RGDS
Tracy

---

This email has been scanned by the Symantec Email Security.cloud service.


DEFENDANT'S EXHIBIT 33

CONFIDENTIAL

CTX_00001327