| | |
|---|---|
| Date: | Mon, 21 Mar 2016 3:13:46 AM -0400 |
| Sent: | Mon, 21 Mar 2016 3:13:21 AM -0400 |
| Subject: | Fw: Re: need wire to Benlida |
| From: | tracy <tracy@benlida.com> |
| To: | Rishi Kukreja <RishiK@circuitronix.com>; |
| CC: | Douglas@benlida.com; |
| Attachments: | image001(03-21-14-47-10).png; Image002(03-21-14-47-10).png |

Dear Rishi,

Another one week passed, there is no hope to get bank loan this month. So now two month's loan is missing. Cash float problem become more serious, hot-press subcontractors stop receiving our orders from this week since we cannot pay clear due amount.

For the big orders we received from CTX in the last two weeks, I did try my best to prepare laminates and they will be delivered to us within this week. For those 4~6L orders, I plan to release into inner layer and hot-press once we get laminates. So please give me your support on the money and give me your resolving plan.

Again, resuming CTX credit limit is the most important issue these days. I am really in the big big big pressure.

RGDS

tracy Huang
Jiangmen Benlida Printed Circuit Board Cooperation

---

发件人: tracy
发送时间: 2016-03-11 13:13:28
收件人: Rishi Kukreja
抄送: Douglas@benlida.com
主题: Fw: Re: need wire to Benlida

Dear Rishi,

We did not receive loan agreement from you, please send us within today. Today is Friday, as check again, no any progress in Sinosure. Our cash float became worser when things did not happen as we want.

Again, we need loan wire come out no later than tomorrow, if we can not get money at beginning of next week, hot-press shop will stop delivering our boards. This is very serious to both of us.

Please help and finish process of loan.

Thank you.

RGDS


DEFENDANT'S EXHIBIT 34

CONFIDENTIAL

CTX_00002196

Jiangmen Benlida Printed Circuit Board Cooperation

发件人：tracy
发送时间：2016-03-09 18:48:35
收件人：Rishi Kukreja
抄送：Douglas@benlida.com
主题：Re: 回复: Re: need wire to Benlida

Dear Rishi,

Please let us know when you can talk with us.

BTW, no wire reach Benlida today.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

发件人：黄瀚超
发送时间：2016-03-09 15:02:47
收件人：Rishi Kukreja
抄送：tracy
主题：回复: Re: need wire to Benlida
Dear Rishi,
I will be ready anytime, please be sure to call, since we need to understand what is the situation now.
Thank you,
Doug

黄瀚超

发件人：Rishi Kukreja
发送时间：2016-03-09 10:21
收件人：黄瀚超
抄送：tracy
主题：Re: need wire to Benlida

Douglas
I will call you tomorrow morning Miami time. I am boarding a flight.
I wired the balance of 500k from the HKG system.

CONFIDENTIAL
CTX_00002197

Regards/Rishi Kukreja
Sent from my BlackBerry 10 smartphone.

**From:** 黄瀚超
**Sent:** Tuesday, March 8, 2016 9:05 PM
**To:** Rishi Kukreja
**Cc:** tracy
**Subject:** Re: Re: need wire to Benlida

Dear Rishi,
May I have your feedback on this? Another week has pasted again and we still have no reponse from Sinosure. We cannot wait any longer.
Regards,
Doug

---

黄瀚超

**From:** 黄瀚超
**Date:** 2016-03-07 18:40
**To:** Rishi Kukreja
**CC:** tracy
**Subject:** Re: need wire to Benlida

Rishi,
Per our information got from Sinosure, Tachun still did not withdraw the claim until today. What's the problem with Tachun, and that is unbelievable!!! Tachun just ruined Benlida's regular running.Somce suppliers have already stopped delivering, including Enthone.
Please at least wire out 500k today, the RMB loan is due tomorrow not 9th. Please also help to approve the loan from CTX ASAP.  It is very very urgent!!!
Regards,
Doug

---

黄瀚超

**From:** tracy
**Date:** 2016-03-07 18:19
**To:** Rishi Kukreja
**CC:** Douglas@benlida.com
**Subject:** need wire to Benlida

Dear Rishi,

Since we have one RMB loan due on 03/09, we really need at least USD500K reach our account tomorrow. Please help to send out wire firstly. Also for the loan agreement proposal, please let us know update.

PS:

CONFIDENTIAL

CTX_00002198

From now on, all USD wire to Benlida please use attached account in BANK OF CHINA. I will send another email to your accounting and let them keep it as record.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

---

发件人: tracy
发送时间: 2016-03-02 12:11:36
收件人: Rishi Kukreja
抄送: douglas@benlida.com
主题: RE: RMB wire between CTX and Benlida

Dear Rishi,

Please be advised as following:

As our initial plan before CNY holidays, we will wire out at beginning of March. But we could not get bank loan since middle of Feb due to canceling CTX credit limit in Sinosure system. As the update information from Sinosure, Tachun still have not withdraw appeal. We think that Sinosure can not resume CTX credit in the coming two weeks, so we may not get bank loan in March. Two months loan is 2.6 million USD. Moreover, we have one RMB loan due on 03/09 with 5 million RMB and another RMB loan due on 03/17 with 6.2 million RMB. These both together put us in difficult situation on cash float.

We need 2 million USD wire from CTX as loan by 03/08, or we do not even have money to pay the suppliers. We can pay interest on this and the pay back date can be set to May, because there will be no USD to return to the bank since there is no loan was released in Feb. Once we get the loan from you, we can address payment listed below. Please check and revert.

Thank you.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

---

发件人: Rishi Kukreja
发送时间: 2016-03-01 19:41:51
收件人: douglas@benlida.com
抄送: tracy (tracy@benlida.com)
主题: FW: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

CONFIDENTIAL

CTX_00002199

Douglas/Tracy

This needs to be addressed. Please advise what is being done on this.

Regards/Rishi Kukreja

**From:** Ao Shen
**Sent:** Monday, February 29, 2016 12:24 PM
**To:** tracy
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** RE: RE: RE: Re: RE: RE: RE; Re: RE: RMB wire between CTX and Benlida

Tracy,

Please advise below payment status:

- **August - RMB 1,689,234.15**
- **November – RMB 114,731.31**

Regards,

**Ao Shen**

**circuitronix**

**3131 SW 42ND ST**
**FT. LAUDERDALE, FL 33312**
**Phone: (786) 364-4471**
**Fax: (305) 377-9008**

**From:** tracy [mailto:tracy@benlida.com]
**Sent:** Tuesday, February 02, 2016 5:15 AM
**To:** Ao Shen
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** Re: RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Dear Ao,

As discussed with accounting, we will wire payment for August in the beginning of March. After that, please also settle due payment (Aug, Sep and Oct shipment) and wire out to us.

RGDS

Jiangmen Benlida Printed Circuit Board Cooperation

发件人： Ao Shen
发送时间： 2016-02-02 03:03:00
收件人： tracy
抄送： Rishi Kukreja; Lina Ochoa
主题： RE: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Tracy,

Please advise the payment status for August (**RMB 1,689,234.15**).

Regards,

**Ao Shen**
**circuitronix**

**3131 SW 42ND ST**
**FT. LAUDERDALE, FL 33312**
**Phone: (786) 364-4471**
**Fax: (305) 377-9008**

**From:** tracy [mailto:tracy@benlida.com]
**Sent:** Wednesday, January 27, 2016 1:35 AM
**To:** Ao Shen
**Cc:** Rishi Kukreja; Lina Ochoa
**Subject:** Re: RE: Re: RE: RE: RE: Re: RE: RMB wire between CTX and Benlida

Dear Ao,

210489.99 was wired yesterday, it should reach your account already.

For the August payment, I will keep you posted.

RGDS

Tracy

中国工商银行   网上银行电子回单

电子回单号码：0011-8856-7821-1100                 打印日期：2016年1月27日

| 付款人 | 户 名 | 江门市奔力达电路有限公司 | 收款人 | 户 名 | 世科创力(深圳)科技有限公司 |
|---|---|---|---|---|---|
| | 账 号 | 2012002309024511308 | | 账 号 | 4000010309200204918 |
| | 开户银行 | 北街支行 | | 开户银行 | 工行广东省深圳分行业务处理中心 |
| 金 额 | | 人民币(大写) 贰拾壹万零肆佰捌拾玖元玖角玖分　￥210,489.99元 | | | |
| 摘 要 | | 7月货款 | 业务(产品)种类 | | 汇划发报 |
| 用 途 | | 7月货款 | | | |

CONFIDENTIAL                                                                                      CTX_00002201

Tracy Huang
Jiangmen Benlida Printed Circuit Board Cooperation
Tel: 750-3962999
Fax: 750-3962003

CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.

This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL

CTX_00002202