**Date:** Fri, 23 Sep 2016 2:31:48 AM -0400
**Sent:** Fri, 23 Sep 2016 2:33:55 AM -0400
**Subject:** need help on wire transfer
**From:** tracy@benlida.com
**To:** Rishi Kukreja <RishiK@circuitronlx.com>;
**CC:** douglas <douglas@benlida.com>;

Dear Rishi,

As we metioned several times, we need to make some wire transfering from CTX to Benlida/ROK to cover the gap show in custom system which cause by debit notes. Now we suggest to do as following:

Step 1: We (use my personal account in HKG) wire money to you (pls advise which account use to reveive).

Step 2: CTX (use CTX US account) wire same amount to Benlida/ROK (same account as currently use)

To cover CTX wires record, we suggust to have one machine investment agreement. For example, CTX invest Imm Tin line in Benlida/ROK, investment value is USD500K. Please check with Howard this is workable or not. If yes, we will proceed the first wire next week.

We must proceed several wires with total amount USD500~600K within this year, Administration of Exchange Control is keeping eyes on ROK's number very closely.

Please review and revert.

Thank you.
RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

---

This email has been scanned by the Symantec Email Security.cloud service.



CONFIDENTIAL

CTX_00002173