**Date:** Fri, 27 Apr 2018 9:53:40 AM -0400
**Sent:** Fri, 27 Apr 2018 9:53:39 AM -0400
**Subject:** payment for this week shipment
**From:** tracy@benlida.com
**To:** Rishi Kukreja <RishiK@circuitronix.com>;
**CC:** Akshay Koul <AkshayK@Circuitronix.co.in>; Tracy benlida <tracy@benlida.com>;

Rishi,

Today we received USD375K, thank you.
Regarding the payment for this week shipment, as we reported to Akshay in yesterday's meeting, we will have 800~850K ship this week.
Benlida need CTX to pull in and start to release wire from today.
ROK need USD200K for bank loan return which is due on 2nd of May, please help to release it.
Update shipment report will be sent after we make truck shipment on 04/28 and 04/29.
Your positive response would be much appreciated. Thank you.
RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

This email has been scanned by the Symantec Email Security.cloud service.



CONFIDENTIAL

CTX_00002010