```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION
                     CASE NO. 21-cv-60125-RNS
 3

 4   JIANGMEN BENLIDA PRINTED      Miami, Florida
     CIRCUIT COMPANY, LTD,
 5                                 January 13, 2023
             Plaintiff,
 6                                 9:06 a.m. to 5:55 p.m.
         vs.
 7                                 Courtroom 11th Floor
     CIRCUITRONIX, LLC,            99 Building
 8
             Defendant.            (Pages 1 to 294)
 9   _____

10                    EVIDENTIARY HEARING
          BEFORE THE HONORABLE JONATHAN GOODMAN
11             UNITED STATES MAGISTRATE JUDGE

12   APPEARANCES:

13    FOR THE PLAINTIFF:     JEAN-CLAUDE MAZZOLA, ESQ.
                             Mazzola Lindstrom, LLP
14                           Second Floor
                             1350 Avenue of the Americas
15                           New York, NY  10019
                             (646) 250-6666
16                           jeanclaude@mazzolalindstrom.com

17                           XIAOMING GUAN, "ANGELA"
                             Gables Estates Tax & Advisory Services
18                           396 Alhambra Circle, Suite 200
                             Miami, FL  33134-5007
19                           (305) 665-5508
                             aguan@gecpas.com
20

21    FOR THE DEFENDANT:     STEPHEN F. ROSENTHAL, ESQ.
                             Podhurst Orseck, P.A.
22                           SunTrust International Center
                             1 Southeast Third Avenue, Suite 2700
23                           Miami, FL  33131-1715
                             (305) 358-2800
24                           srosenthal@podhurst.com

25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:        CHAUNCEY D. COLE, ESQ.
                                Chauncey Cole, P.A.
 3                              9100 South Dadeland Boulevard
                                Suite 1553
 4                              Miami, FL  33156
                                (786) 497-7053
 5                              chauncey.cole@coletrial.com

 6    Also Present:            Serena Chou, Interpreter
                               Richard Lerner, Esq.
 7
      REPORTED BY:             STEPHANIE A. McCARN, RPR
 8                             Official Court Reporter
                               400 North Miami Avenue
 9                             13th Floor
                               Miami, Florida 33128
10                             (305) 523-5518
                               Stephanie_McCarn@flsd.uscourts.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<pre>
 1                          I N D E X

 2                          WITNESSES

 3

 4   WITNESSES FOR THE PLAINTIFF:                        Page

 5   Roger Wu
        Direct Examination by Mr. Mazzola                 25
 6      Cross-Examination by Mr. Rosenthal                67
        Redirect Examination by Mr. Mazzola              94
 7   Tracy Huang
        Direct Examination by Mr. Mazzola               102
 8      Cross-Examination by Mr. Cole                    111
        Redirect Examination by Mr. Mazzola             162
 9

10

11   WITNESSES FOR THE DEFENDANT:                        Page

12   Rishi Kukreja
        Direct Examination by Mr. Cole                  174
        Cross-Examination by Mr. Mazzola                203
13   Celin Astudillo
        Direct Examination by Mr. Rosenthal             243
14      Cross-Examination by Mr. Mazzola                250

15

16   EXHIBITS IN EVIDENCE                  IDENTIFIED   ADMITTED

17   Plaintiff's Exhibit A                    100        100
     Plaintiff's Exhibit B                    100        100
18   Plaintiff's Exhibit C                    100        100
     Plaintiff's Exhibit D                    100        100
19   Plaintiff's Exhibit E                    100        100
     Plaintiff's Exhibit F                    100        100
20   Plaintiff's Exhibit G                    100        100
     Plaintiff's Exhibit H                    100        100
21   Plaintiff's Exhibit I                    100        100
     Plaintiff's Exhibit J                    100        100
22   Plaintiff's Exhibit K                    100        100
     Plaintiff's Exhibit L                    100        100
23   Plaintiff's Exhibit M                    100        100
     Plaintiff's Exhibit N                    100        100
24

25
</pre>

<pre>
 1                        I N D E X

 2                        EXHIBITS

 3

 4    EXHIBITS IN EVIDENCE                 IDENTIFIED   ADMITTED

 5    Plaintiff's Exhibit O                     100        100
      Plaintiff's Exhibit P                     100        100
 6    Plaintiff's Exhibit Q                     100        100
      Plaintiff's Exhibit R                     226        229
 7    Plaintiff's Exhibit S                     230        233

 8    Defendant's Exhibit No.  1               100        100
      Defendant's Exhibit No.  2               100        100
 9    Defendant's Exhibit No.  3                30         31
      Defendant's Exhibit No.  4                30         31
10    Defendant's Exhibit No.  5               100        100
      Defendant's Exhibit No.  6               100        100
11    Defendant's Exhibit No.  7               100        100
      Defendant's Exhibit No.  8               100        100
12    Defendant's Exhibit No.  9               100        100
      Defendant's Exhibit No. 10               100        100
13    Defendant's Exhibit No. 11               100        100
      Defendant's Exhibit No. 12               100        100
14    Defendant's Exhibit No. 13               100        100
      Defendant's Exhibit No. 14               100        100
15    Defendant's Exhibit No. 15               100        100
      Defendant's Exhibit No. 16                37         37
16    Defendant's Exhibit No. 17               100        100
      Defendant's Exhibit No. 18                52         52
17    Defendant's Exhibit No. 19               100        100
      Defendant's Exhibit No. 20               100        100
18    Defendant's Exhibit No. 21               100        100
      Defendant's Exhibit No. 22               100        100
19    Defendant's Exhibit No. 23               100        100
      Defendant's Exhibit No. 24               100        100
20    Defendant's Exhibit No. 25               100        100
      Defendant's Exhibit No. 26               100        100
21    Defendant's Exhibit No. 27               100        100
      Defendant's Exhibit No. 28               100        100
22    Defendant's Exhibit No. 29               100        100
      Defendant's Exhibit No. 30               100        100
23    Defendant's Exhibit No. 31               100        100
      Defendant's Exhibit No. 32               100        100
24    Defendant's Exhibit No. 33               100        100

25
</pre>

```
1                          I N D E X

2                           EXHIBITS

3

4    EXHIBITS IN EVIDENCE              IDENTIFIED    ADMITTED

5    Defendant's Exhibit No. 34           100          100
     Defendant's Exhibit No. 35           100          100
6    Defendant's Exhibit No. 36           100          100
     Defendant's Exhibit No. 37           100          100
7    Defendant's Exhibit No. 38           100          100
     Defendant's Exhibit No. 39           100          100
8    Defendant's Exhibit No. 40           167          --
     Defendant's Exhibit No. DE 120       149          --
9

10

11

                         MISCELLANEOUS
12
                                                     Page
13   Proceedings.......................................  6
     Court Reporter's Certificate.....................  260
14

15

16

17

18

19

20

21

22

23

24

25
```

1          (The following proceedings were held at 9:06 a.m.)

2               THE COURTROOM DEPUTY:  All rise.

3               District Court is now in session.  The Honorable Judge

4    Goodman presiding.

5               Calling case, Jiangmen Benlida Printed Circuit

6    Company, LTD, v. Circuitronix, LLC, Case No.

7    21-60125-civil-Scola.

8               THE COURT:  Good morning, folks.  Please be seated.

9    Make yourselves comfortable.

10               So, folks, the first thing, welcome, everyone.

11               The second thing is we're going to have appearances,

12   but I'm making a seating chart here, so I'd like everybody to

13   speak slowly, give me your names slowly, loudly and proudly.

14               And we'll start off with the Plaintiff and -- on the

15   inside pole position, so to speak.  Please, start with you.

16               MR. MAZZOLA:  Good morning, Judge, it's JC Mazzola,

17   and I'm the attorney for the Plaintiff.

18               THE COURT:  Thank you.

19               MR. MAZZOLA:  And, Trina, is that coming through clear

20   enough, can you hear me?

21               THE COURTROOM DEPUTY:  Yes.

22               MR. MAZZOLA:  You can.  Okay.

23               One more thing, Judge.  Richard Lerner is my law

24   partner from New York.

25               THE COURT:  I heard Richard, it sounded like Lerner

1    but I wasn't sure?

2          MR. MAZZOLA:  Yes, he's my law partner from New York.

3    Richard is not admitted in this court, but he's been working

4    with me in preparation, he's been drafting.

5          Would Your Honor approve him to sit next to me at

6    counsel table?

7          THE COURT:  To sit next to you?  Anybody can be in the

8    courtroom as an observer.  Are you really asking can he

9    participate, is that what you're asking?

10          MR. MAZZOLA:  No.  I'm asking can he help me with

11    documents?  Can he -- because he is a seasoned attorney, can he

12    help me with some handwritten suggestions?

13          THE COURT:  Sure.

14          MR. MAZZOLA:  But there will be no speaking from

15    Richard.

16          THE COURT:  Very well.

17          Who's next?

18          MS. GUAN:  Good morning, Your Honor, Angela Guan,

19    G-U-A-N.  I'm the legal counsel as well.

20          THE COURT:  Thank you.

21          And next to you?

22          MS. HUANG:  Good morning, Judge, Huang Sulan,

23    Tracy Huang.  I'm the sales director from Benlida.

24          THE COURT:  Okay.  The first name is Tracy?

25          MS. HUANG:  Tracy Huang, H-U-A-N-G.

```
 1              THE COURT:  Thank you so much.  And next to you?

 2              THE INTERPRETER:  Interpreter Serena Chou.

 3              THE COURT:  All right.  Thank you so much.  Spell your

 4    first and last name, please.

 5              THE INTERPRETER:  S-E-R-E-N-A, last name C-H-O-U.

 6              THE COURT:  Thank you.

 7              For the Defense?

 8              MR. ROSENTHAL:  Good morning, Your Honor,

 9    Stephen Rosenthal, Podhurst Orseck, along with my cocounsel.

10              MR. COLE:  Good morning, Your Honor, Chauncey Cole for

11    Circuitronix LLC.

12              Your Honor, this is our client, this is Mr. Rishi

13    Kukreja.  He's the CEO and corporate representative of

14    Circuitronix.

15              MR. KUKREJA:  Good morning.

16              THE COURT:  Good morning.  And if you don't mind, sir,

17    spelling your name, please.

18              MR. KUKREJA:  Sure.  R-I-S-H-I, last name

19    K-U-K-R-E-J-A.

20              THE COURT:  K-U-K-R --

21              MR. KUKREJA:  E-J-A.

22              THE COURT:  Thank you, sir.

23              Please be seated, folks.  Welcome.

24              Let me begin with a few introductory comments for

25    purposes of organization.  First of all -- that's odd, I just
```

1    heard sort of a squeaking noise.

2        MR. MAZZOLA:  That's me, Judge, I was pushing the

3    chair.

4        THE COURT:  All right.  In any event, there are

5    already a substantial number of documents in this case filed

6    under seal, which I have to tell you, generally speaking, I

7    don't like.  I'm a big believer in court files being open,

8    documents being presumptively open.  There are, of course,

9    legitimate reasons for certain documents, or more specifically

10   portions of documents to be filed under seal when we're dealing

11   with legitimate confidential information such as pricing

12   information, such as personal identifying information such as

13   Social Security numbers, blood types, private medical

14   information, things like that.

15       But in my experience, lawyers and parties tend to

16   indiscriminately file documents under seal for a lot of

17   different reasons.  Maybe they're embarrassed about the

18   document.  That's not a reason to file it under seal.  Maybe

19   they would prefer that the document not be filed, but that's

20   certainly not the litmus test because if that were the

21   standard, documents would be filed under seal routinely in

22   every single case.  So I have not yet ruled on the specific

23   documents, which I'm going to unseal, but I wanted to tell you

24   how it's going to work.

25       It's very difficult for the clerk's office to unseal

1    portions of documents.  If the document is filed under seal,

2    and then you say to me, Well, Judge, what we really want to do

3    is redact two paragraphs on Page 9, three sentences on Page 47

4    and one line on Page 50 and a footnote on Page 60, that's

5    really beyond the logistical capabilities of the clerk's

6    office.

7         They can't go in and start surgically striking out

8    portions to be redacted and then filing modified documents

9    under seal.  It turns out to be an administrative headache of

10   massive proportions.

11        So what will happen is I will be entering a written

12   ruling indicating which is truly deserving of under-seal

13   treatment, such as pricing information and other categories,

14   and then I will instruct the Plaintiff, because it's basically

15   the Plaintiff who is seeking to keep the information under

16   seal, and I will have you file a redacted version of every

17   document that had been filed under seal.  Even if -- well, that

18   way you will get my ruling, and a document under seal will then

19   be refiled but in a redacted way.

20        Everybody understand that ?

21        MR. ROSENTHAL:  Your Honor, just one thing since you

22   were referring to the Plaintiff, the Defense as well filed I

23   think a document or two where we had done a partial designation

24   of things we thought were -- where we did a partial designation

25   of things we thought should be maintained under seal because

Proceedings
January 13, 2023                                        11
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1    they fit the description I think of what you just described,

 2    sensitive pricing information.  And so I guess we'll do the

 3    same.

 4              THE COURT:  Right.  So once I make my rulings,

 5    whichever party is seeking to have the document remain

 6    confidential will have the responsibility of filing a redacted

 7    version.

 8              But it's the party who truly is the one seeking the

 9    sealed status, not the party who happened to coincidently file

10    the document.

11              So if you filed a memorandum of law and attached an

12    exhibit, and you said it's under seal, not because we think it

13    deserves to be under seal, but because the other side flagged

14    it as confidential, we are acting in accordance with the

15    protective order or their request.

16              So although technically you may have been the party

17    who filed it, you don't care two hoots either way whether the

18    document is filed, it's the Plaintiff.  So it's the Plaintiff

19    who will -- then will have the responsibility of filing on

20    CM-ECF the redacted version of the document consistent with my

21    ruling.  Does that make sense?

22              MR. ROSENTHAL:  Absolutely.

23              THE COURT:  Okay.  Now -- that's fine, do you have

24    more water there in your cup?

25              UNIDENTIFIED SPEAKER:  I'm fine.

Proceedings
January 13, 2023                                          12
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1              THE COURT:  All right.  Well, feel free to take a

2    break if you need to.

3              Now, the other -- the other problem about having

4    documents filed under seal, in addition to it's just contrary

5    to my overall philosophy of the court system, it imposes a

6    significant burden on me.

7              I'll tell you why.  At some point I'm going to have to

8    be issuing a written report and recommendation.  I don't have

9    the case on consent, I'm the paired magistrate judge, and so I

10   will be preparing for the district judge a report and

11   recommendation.

12             My general preference is to file a report and

13   recommendation publicly.  I'm a judge, I shouldn't be making,

14   as a general rule, secret rulings.  The public has a right to

15   know what I'm up to, the basis of my ruling, the evidence that

16   supports it, the legal authority which I rely on, so I

17   generally try to file my rulings publicly.

18             Now, if I'm issuing a report and recommendation, and

19   I'm making reference to documents which are filed under seal or

20   specific information which is under seal like, for example,

21   pricing information, logistically how do I do that?  How do I

22   take a 40-page report recommendation and figure out what

23   particular word or sentence has to be redacted in order to

24   maintain the integrity of the confidential sealing process?  I

25   guess, theoretically, a Hercules-type judge could do that if he

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 13 of 294
Proceedings
January 13, 2023
13
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   or she had unlimited time and a team of 10 law clerks who could

2   cross-reference every single sentence and every single word

3   with the sealed documents to see if there's any overlap and

4   then determine which portions had to remain redacted.  So I'm

5   not doing that, and you wouldn't expect me to.

6           Well, then what do I do?  Well, I'm telling you in

7   advance what I'm going to do.  When I issue my report and

8   recommendation, in order to remove the burden which I would

9   otherwise have to go through of figuring out what portions are

10  confidential or not, the entire report and recommendation will

11  be filed under seal.  And then within 10 days, the parties will

12  jointly file a proposed redacted version of the report and

13  recommendation.

14          And in addition, you will submit that proposed

15  redacted version to me, to my efile inbox, which is

16  goodman@flsd.uscourts.gov in Word format.

17          Now, I see that all of you are diligently taking

18  notes, and that's the good thing, but don't worry because after

19  today's hearing or on Tuesday, I will be issuing a posthearing

20  administrative order summarizing the rulings that I've made

21  today.  So you'll have it in writing, in the court file, in

22  addition to the notes that you're frantically scribbling down

23  right now.

24          So you'll need to cooperate in deciding what portions

25  are truly worthy of redaction.  And I'm suggesting to you that

Proceedings
January 13, 2023
14
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    when you jointly discuss which particular sentences or words or

2    phrases or paragraphs need to be redacted from the report and

3    recommendations, you'll follow my general philosophy and err on

4    the side of being conservative.  In other words, you're not

5    going to be willy-nilly in a very broad brush way suggesting

6    that large portions of the report and recommendations be

7    redacted.  You'll only be suggesting those redactions which are

8    genuinely in need of confidential treatment.

9           Everybody understand?

10          (No audible response.)

11          THE COURT:  Good.

12          Next.  This is all under the general category of

13   getting organized for today's hearing.  So the next

14   organizational comment has to do with the report and

15   recommendation.  After this hearing is over today, this

16   evidentiary hearing, within 30 days each side will be

17   submitting to me a proposed report and recommendations.  It

18   will be drafted for my signature.

19           In other words, it will be drafted as if I wrote it,

20   and it will be drafted in a way so that, if I were so inclined,

21   I could simply put my signature on the last page.  I don't do

22   that, of course, but I'm just telling you that's the format

23   that it will be in.  So you don't start off, for example, in

24   the proposed report and recommendation saying the Court has

25   instructed me to submit a proposed -- because I wouldn't draft

Proceedings
January 13, 2023                                 15
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    a report that way, it's just as if it were the actual report

2    itself.

3           These proposed reports and recommendations, which will

4    be filed within 30 days of today, will, like an appellate

5    brief, make citations to the record.  And therefore you will

6    need to order the transcript of the evidentiary hearing on an

7    expedited basis, and you will split the cost between you.

8           You don't need to wait to get the transcript before

9    you start drafting your proposed report and recommendations.

10          First, the law will remain the law.  Whatever legal

11   authority you are relying on will be the same, the transcript

12   is not going to change that.  The documents that you rely on,

13   whether it be the settlement agreement, the revised

14   manufacturing agreement or some other document will remain the

15   same.

16          And third, you will, of course, be taking good notes

17   during the evidentiary hearing.  And you can certainly draft

18   what a witness said during the hearing based on your

19   recollection and, more importantly, your notes.  And then later

20   on, after you get the transcript, you can simply plug in the

21   appropriate page numbers from the transcript.

22          Each side today gets a total of three hours for both

23   direct, cross and redirect, so please be laser-like in your

24   questioning and cover only those points which you deem to be

25   most relevant.  We're going to be taking a one-hour lunch

 1   break.  I can't tell you right now exactly when that will be,

 2   it will be when there's a natural break in the testimony,

 3   perhaps between witnesses or perhaps between direct and cross

 4   or maybe even some other logical breaking point.

 5           I have already reviewed your submissions.  I wasn't

 6   anticipating either side making an opening statement because

 7   this is an evidentiary hearing, but if either side has a strong

 8   preference for making a five-minute opening statement, I'll

 9   permit that even though I'm not requesting it.  It's up to you.

10           So, Plaintiff, what are your thoughts, would you like

11   to make a five-minute opening statement even though I don't

12   think I need one or not?

13           MR. MAZZOLA:  No, Your Honor.

14           THE COURT:  Mr. Rosenthal?

15           MR. ROSENTHAL:  Prepared to do it, Your Honor, but if

16   you prefer not to, I know you're well read on the subject

17   already, so whatever your preference is, if you would like us

18   to frame it.  We do have a preliminary point that I think is in

19   the response to the motion, which is not likely to carry the

20   day about preliminary legal issues, which would moot the need

21   for an evidentiary hearing.  We think that because everyone is

22   here, regardless of the Court's view on that, those issues, we

23   should have a hearing.

24           THE COURT:  Are you talking about the fact that you

25   believe that the RMA is incorporated into the settlement

Proceedings
January 13, 2023
17
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    agreement, and therefore we shouldn't be here, and instead it

2    should have followed the dispute resolution mechanism outlined

3    in the RMA?

4              MR. ROSENTHAL:  That is one of the two points, yes.

5              THE COURT:  What's the other point?

6              MR. ROSENTHAL:  The other one is that under Third DCA

7    law, the particular discretion -- can you hear me okay?

8              THE COURT:  I'm hearing you perfectly.

9              MR. ROSENTHAL:  The particular discretion conferred by

10   the settlement agreement, Paragraph 3A, which is the operative

11   provision here, falls under that *Sunshine Gas* case, which says

12   that the implied covenant of fair dealing doesn't even apply

13   arguably assortative.

14             If the Court were to find that that is the case here,

15   I think that that would undermine the entire sort of factual

16   premise of the motion to enforce.  I just wanted to present

17   that point to the Court, and we're obviously prepared to put on

18   all the evidence today regardless.

19             THE COURT:  Sure.  Well, I know that you did make that

20   point in your paper, so thank you for highlighting it again.

21             So, Plaintiff, you're the movant, so you go first.

22   Who is the first witness, please?

23             MR. MAZZOLA:  Judge, one more preliminary matter.  I

24   did speak with Mr. Cole about sequestration of witnesses.  And

25   so we have -- this gentleman will be our first witness.

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

18

 1    Ms. Huang is our corporate representative.  Randy Paulikens

 2    is -- was noted as an expert, and I know Mr. Astudillo is

 3    present as well.  So we would ask the witnesses be sequestered

 4    while the testimony is progressing.

 5            THE COURT:  Which -- well, let's -- let's talk about

 6    that for -- for a minute.

 7            Obviously, once this discussion is over, the first

 8    witness doesn't need to be excluded.

 9            MR. MAZZOLA:  That's right.

10            THE COURT:  He'll be the first witness.  Somebody

11    needs to start the ball rolling.

12            Corporate counsel doesn't need to be excluded, right?

13            MR. MAZZOLA:  Of course not.

14            THE COURT:  Okay.  Each side gets a corporate

15    representative to sit at counsel table, correct?

16            MR. MAZZOLA:  Yes.

17            THE COURT:  And so who is it from the Defense that

18    you're seeking to exclude from the courtroom?

19            MR. MAZZOLA:  Mr. Astudillo.

20            THE COURT:  And I take it he's not the corporate

21    representative because Mr. Kukreja is the corporate

22    representative?

23            MR. ROSENTHAL:  That is correct, Your Honor.

24            THE COURT:  All right.  I think he needs to be

25    excluded.  The request once made is required, so the witness

Proceedings
January 13, 2023
19
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1   sequestration rule is now in effect.

 2          Sir, I'm so sorry, nothing personal, but you need to

 3   remain outside until your testimony is needed, all right?

 4          Thank you so much.

 5          MR. COLE:  Thank you, Your Honor.  And we have the

 6   same request with regards to the Plaintiff's other witnesses,

 7   Mr. Paulikens, I believe, and there's another witness as well.

 8          THE COURT:  Well, there's another witness who's going

 9   to be the first witness, so I guess I could exclude him for 30

10   seconds --

11          MR. COLE:  No, no, no.  No, Your Honor, I'm not asking

12   for that.  If he's going to be the first witness, obviously, no

13   need.  Although I would ask that he be excluded, I guess, after

14   in case they want to call him on rebuttal, but.

15          THE COURT:  We'll take that up at that time.  We'll

16   see how that happens, we'll see how that unfolds.

17          But, sir, you'll need to also leave the courtroom as

18   well.  Thank you so much.

19          Any other preliminary matters to bring to my

20   attention?

21          MR. MAZZOLA:  Judge, we have exhibit binders.  Do you

22   want us to hand those up now, or may I approach Your Honor when

23   we use a document?

24          THE COURT:  Well, do the binders contain all the

25   exhibits?
```

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

20

1          MR. MAZZOLA:  Not necessarily, no.  I mean, what's

2     going to be as you imagined it's going to be a hit parade of

3     documents that you will have from everyone, and then there's

4     some that we have solely for impeachment.  I'm okay with --

5          MR. ROSENTHAL:  If I can just -- we've agreed to

6     basically stipulate to the admissibility of each other's

7     documents reserving, you know, given the nature of them,

8     reserving arguments about relevance and weight, obviously.  And

9     we prepared this notebook of the Plaintiff's exhibits, some of

10    which overlap the Defense -- I think you guys -- I'm sorry,

11    we're the Defense.

12         They have one, so it might be easier for Your Honor

13    just to have a tab set that you can use on the bench if you

14    like.

15         THE COURT:  Sure.  So I see that the Plaintiff has

16    white binders, and the Defense has black binders.

17         MR. ROSENTHAL:  No inference drawn from that.

18         THE COURT:  I understand.  But I'm glad that you each

19    have a different color.  You could have had mauve and teal

20    perhaps, but you went with more basic colors.

21         Sure, you can hand those up, please.

22         Thank you, sir.

23         COURT SECURITY OFFICER:  You're welcome, sir.

24         THE COURT:  Any other preliminary matters?

25         MR. ROSENTHAL:  For the Defense, no, Your Honor.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 21 of 294
21
Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          MR. MAZZOLA:  No, I think we're all set, Judge.

2          The Plaintiff will call their first witness.

3          THE COURT:  And what is the witness's name?

4          MR. MAZZOLA:  Robert Wu Huang, H-U-A-N-G.

5          THE COURT:  So, folks, I'm sorry, the name of the

6     witness is?

7          THE WITNESS:  Roger Wu.

8          THE COURT:  Come on up, Mr. Wu.

9          And for time calculation purposes, it's -- I'm going

10    to -- I'll start you at 9:32.

11          Trina, will you please swear in the witness.

12          THE COURTROOM DEPUTY:  Please raise your right hand --

13          THE COURT:  Oh, wait, wait, I'm sorry.

14          I'm sorry.  Because we have an interpreter, we need to

15    first swear in the interpreter, so please do that.

16          THE COURTROOM DEPUTY:  Please raise your right hand.

17          Do you solemnly swear or affirm that the testimony

18    you're about to give will be the truth --

19          THE COURT:  No, no, no, Trina.  For the interpreter,

20    she's not testifying.  You have the interpreter's oath where

21    they say I hereby certify that I will accurately and truthfully

22    translate from English to the other language, remember that

23    oath?

24          THE COURTROOM DEPUTY:  I never had that oath actually.

25    It's my first one.

1    THE COURT:  Well, there is an interpreter's oath, and

2  bear with me for just a minute.  Will you find that, please?

3    THE COURTROOM DEPUTY:  I sure will.

4    THE COURT:  Because the first oath for testifying is

5  not appropriate because the interpreter is not going to be

6  testifying.

7    I have a better idea, Trina.  I'm going to wing it

8  myself, we'll get the form later.

9    Please raise your right hand.

10    Do you certify and declare that you will do your best

11  to accurately and comprehensively translate from English

12  into --

13    THE INTERPRETER:  Cantonese.

14    THE COURT:  -- Cantonese and from Cantonese into

15  English all of the questions and answers from the witnesses and

16  the lawyers?

17    THE INTERPRETER:  I do, Your Honor.

18    THE COURT:  Thank you very much.

19    And now, Trina, we're going to be swearing in, in just

20  a minute, the witness, but before I do, I want to give one

21  additional instruction to our interpreter.

22    I don't think we've ever worked before, have we?

23    THE INTERPRETER:  No.

24    THE COURT:  All right.  So here's my rule.  You

25  interpret everything.

1          THE INTERPRETER:  Yes.

2          THE COURT:  Including what I'm saying now, you should

3    have been doing that all along.

4          So, naturally, you translate the questions, and you

5    also translate the answers and also any additional comments

6    that the lawyers may make, and also any additional comments

7    that I make or anyone else in the courtroom makes.

8          If any witness or lawyer is speaking too quickly for

9    you, then you have my authority to raise your hand and ask the

10   witness to speak more slowly.

11         Would you do that for me?

12         THE INTERPRETER:  Of course, Your Honor.

13         THE COURT:  Did you translate "Would you do that for

14   me?"

15         And the answer is, Of course, Your Honor.

16         Thank you.

17         Now, Trina, please swear in the witness, slowly.

18                    (Time 9:37 a.m.)

19                        ROGER WU,

20   a witness for Plaintiff testified as follows:

21         THE WITNESS:  Yes.

22         THE COURTROOM DEPUTY:  Thank you.

23         THE COURT:  Please seated, sir.

24         And, Counsel, it's now 9:37, so, obviously, I'm not

25   using up those five minutes from your time.

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

24

```
1          Please begin.
2          MR. MAZZOLA:  Thank you, Judge.
3          May it please the Court.
4          THE COURT:  I'm sorry.  I'm sorry.
5          He just said "May it please the Court," did you
6   translate that?
7          Did you translate that?
8          THE INTERPRETER:  I just did because I -- I was
9   adjusting the microphone.
10          THE COURT:  When I mean translate everything, I mean
11   everything, including when a lawyer says, May it please the
12   Court.  Thank you.
13          So it's now 9:38 to start your examination.
14          MR. MAZZOLA:  And, Your Honor, is there any objection
15   to me standing over here?
16          THE COURT:  You have to use the handheld microphone.
17          MR. MAZZOLA:  Okay.
18          THE COURTROOM DEPUTY:  It may give feedback.
19          THE COURT:  Folks, because we have an interpreter, you
20   have to pause to let the interpreter translate before going
21   into your next sentence.
22          So, for example, you asked me whether you could stand
23   there before I had the chance to answer and before the
24   interpreter had the opportunity to translate, you began
25   speaking again.  So let's try it again.
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 25 of 294
Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS
25

1          MR. MAZZOLA:  So, Your Honor, do you have any

2   objection to me from time to time standing over here by the

3   jury box?

4          THE COURT:  I don't as long as you use the handheld

5   microphone.

6          MR. MAZZOLA:  Thank you, Judge.

7                      DIRECT EXAMINATION

8   BY MR. MAZZOLA:

9   Q.  Roger, can you please state your name for the Judge and the

10  court reporter?

11  A.  My Chinese name is Yukan, and my English name is Roger.

12  Q.  And for the Judge, from time to time I suspect

13  Mr. Rosenthal and Mr. Cole and myself will be referring to some

14  of the witnesses by their first names because that's how the

15  parties have communicated.

16          MR. MAZZOLA:  Is that okay with the Court?

17          THE COURT:  Yes.

18  BY MR. MAZZOLA:

19  Q.  Roger, can you please state your current position, job

20  position?

21  A.  Currently, my position in the company is CEO -- CFO, I'm

22  sorry.

23  Q.  And that's the CFO of Benlida; is that correct?

24  A.  Yes.

25  Q.  There is going to be some talk about a new factory.  Is it

1  fair to say that you are the group CEO that includes Benlida

2  and the new factory?

3  A.  CFO.  It's a group CFO.

4  Q.  Do you have any particular training in accounting and

5  financing?

6  A.  I was studying in England in the -- I have a master degree,

7  and also I pass the test on CFA.

8  Q.  And what is your master degree in?

9  A.  Financial economics.

10 Q.  And what does it mean --

11         MR. ROSENTHAL:  I'm sorry, I couldn't hear that.

12 Could you repeat that, please?

13         THE INTERPRETER:  Financial economics.

14         MR. ROSENTHAL:  Can you translate my question?

15 BY MR. MAZZOLA:

16 Q.  And what is --

17         THE COURT:  Wait.

18         MR. MAZZOLA:  I'm sorry.

19         THE COURT:  Did you translate the lawyer's question or

20 comment?

21         I'm asking for the interpreter.  Did you translate --

22         THE INTERPRETER:  No, I did not, just repeating

23 myself.

24         THE COURT:  Could you work with me here and do your

25 best to try to translate everything?

Direct Examination - Roger Wu
27

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1      THE INTERPRETER:  I will try, Your Honor.

2      THE COURT:  Thank you.

3      And one other question.  Mr. Wu, because you went to

4  school in England, do you speak any English?

5      THE WITNESS:  I was studying in England.  I can write

6  and read very well, but hearing and verbal is a little lessened

7  since I went back to my country for a long period of time.

8      THE COURT:  Thank you.

9  BY MR. MAZZOLA:

10  Q.  How long have you worked for Benlida?

11  A.  Four years.

12  Q.  Do you know who CTX is?

13  A.  It's one of our customer.

14  Q.  And you understand that you're here today to give testimony

15  in a hearing regarding a lawsuit that was filed against CTX by

16  Benlida?

17  A.  It's between Benlida and CTX.

18  Q.  You understand that to be the case; is that right, Roger?

19  A.  Yes.

20      THE COURT:  So, Mr. Wu, I noticed that you said yes

21  before the translator interpreted.  Please wait for the

22  translation before answering.

23      Thank you.

24  BY MR. MAZZOLA:

25  Q.  Regarding the business relationship between CTX and

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 28 of 294

28
Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  Benlida, can you give the Judge a description about the volume

2  or the size of that business?

3  A.   The CTX and Benlida business total in 2020 is about

4  4 percent.  2021 is about 8 percent.  On 2022, it's 9 percent.

5  So in total it's less than 10 percent.

6  Q.   Can you describe to the -- the Court what the impact to

7  Benlida's bottom line business would be if Benlida completely

8  lost CTX as a customer?

9  A.   The fact total in 2022, the last half of the year is less

10  than 5 percent.  So even though if we lost CTX, but our

11  business has been increase tremendously, so I don't think it's

12  going to cause a lot of effect to our company.

13          THE COURT:  Excuse me.  I have one more comment.  I am

14  beginning to have a great deal of empathy for you, our

15  interpreter, because the witness answers with many, many, many

16  sentences and expects you to remember everything.  So if the

17  witness -- if any witness speaks too long without pausing, feel

18  free to tell the witness to stop.

19          It's not natural to pause after every sentence or two.

20  I've been a judge for 12 1/2 years, and I've had many

21  interpreters, so I've learned to speak in shorter sentences and

22  to pause and not to load up the interpreter with too much at

23  one time.

24          I normally, in my private life, don't speak this

25  slowly.  I don't pause this often.  Does that make sense?

```
1              THE WITNESS:  Yes.

2              THE COURT:  So, witness, please do your best.

3         And please feel free to tell any witness to stop so

4   that you can translate without your head exploding.

5   BY MR. MAZZOLA:

6   Q.  Roger, do you recall there being a Zoom meeting on

7   November 17, 2022?

8   A.  Yes.

9   Q.  And at that meeting you were present?

10  A.  Yes.

11  Q.  And also at that meeting Tracy was present; is that

12  correct?

13  A.  Yes.

14  Q.  I was there?

15  A.  Yes.

16  Q.  Richard was there?

17  A.  Yes.

18  Q.  I think Angela may have been on the phone as well?

19  A.  Yes.

20  Q.  Chauncey and Stephen?

21  A.  Yes.

22  Q.  And Rishi was on the phone?

23  A.  Yes.

24  Q.  And so was Celin?

25  A.  Yes.
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 30 of 294

30
Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Q.  As you sit here today, do you have any thoughts or views

2   about how that meeting went?

3   A.  I feel that we answered all the questions.

4   Q.  And what kinds of questions, if you remember, were being

5   asked of you by CTX?

6   A.  Mainly it's something related to Defendants.  Basically

7   it's about our payable and receivable.

8   Q.  And at the end of the meeting, do you believe that you

9   fully and adequately answered all their questions?

10  A.  Yes.

11          MR. MAZZOLA:  Your Honor, may I approach the witness

12  with some documents?

13          THE COURT:  You may.

14          MR. MAZZOLA:  Judge, it's Defendant's 3 and

15  Defendant's 4.

16      (Defendant's Exhibit Nos. 3 and 4 were identified.)

17          THE COURT:  So, obviously, Mr. Rosenthal has seen them

18  because they're his exhibits?

19          MR. ROSENTHAL:  Yes, Your Honor, Mr. Cole and I have

20  both seen them and collaborated for this presentation.

21          THE COURT:  And, Mr. Mazzola, do I find them in your

22  white hearing binder or in -- I'm sorry, do I find it in

23  Defendant's?

24          MR. MAZZOLA:  They would be Defendant's 3 and 4,

25  Judge.

 1              THE COURT:  In -- in the black binder?

 2              MR. MAZZOLA:  In the -- yes, in the black binder.

 3              THE COURT:  Are you offering these into evidence?

 4              MR. MAZZOLA:  I am, Your Honor.

 5              THE COURT:  Any objection?

 6              MR. ROSENTHAL:  No, Your Honor.

 7              THE COURT:  Without objection, Defendant's Exhibits 3

 8    and 4 are in evidence.

 9         (Defendant's Exhibit Nos. 3 and 4 were admitted into

10          evidence.)

11    BY MR. MAZZOLA:

12    Q.   So, Roger, there's two sets of documents in front of you.

13    One is what we've been referring to as the audited financials.

14    Can you do me and the Court a favor, just find that document so

15    you have it in front of you?

16    A.   This one?

17    Q.   Thank you.  Then there's another set of documents in front

18    of you, I think they're in a manila folder that looks like

19    this.  And those are the quarterly reports for Q1, 2, 3 of

20    2022; is that right, Roger?

21    A.   Correct.

22    Q.   Now, one thing that jumps out -- well, before we get to

23    that, who prepared the Q1s, Q2s and Q3s of 2022?

24    A.   This is our company's financial department prepared it.

25    This document we only use internally.

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Q.   And was it -- and was it prepared by people on your team at

2    Benlida?

3    A.   Yes.

4    Q.   Now, you said it was typically only used for internal use.

5    What did you mean by that?

6    A.   That mean it's not been audited yet.

7    Q.   And it's for internal use at Benlida?

8    A.   Yes.

9    Q.   So the Q1, Q2 and Q3 that is for internal use at Benlida,

10   that's the same document right there that you gave to CTX; is

11   that correct?

12   A.   Yes.

13   Q.   Also in front of you are the audited financials for 2021.

14   Do you see those?

15   A.   Yes.

16   Q.   Who prepared them?

17   A.   It's our auditor prepared this document.

18   Q.   Can you tell us their name?

19   A.   Pagow Accounting firm, Pagow Accounting (phonetic) firm.

20   Q.   And where is that accounting firm located?

21   A.   In Guangdong province.  It's very large accounting firm.

22   They started their company since 1999.  They have a registered

23   certified accountant, more than ten of them.

24   Q.   And, Roger, I -- I appreciate that you're trying to get the

25   information out, but also do let me ask some of the questions.

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1      How long, how many years has this accounting firm worked

2   with Benlida?

3   A.   About six to seven years.

4   Q.   And do you know how many years the accounting firm has been

5   in business?

6   A.   Started since 1999.

7   Q.   Does Benlida owe the accounting firm any money?

8   A.   No.

9   Q.   So in other words, there's no accounts payable from Benlida

10  to the accounting firm?

11  A.   Correct.

12  Q.   In terms of the preparation of the audited financial

13  reports, what is your role as CFO of Benlida Group?

14  A.   I was in charge of inspect and also make sure everything

15  confirmed, make sure everything's correct.

16  Q.   And that's part of your professional duty?

17  A.   Yes.

18  Q.   And in China, are you subject to any regulations or any

19  rules as a CFO and a CFA?

20  A.   Yes.

21  Q.   In China, can you -- perhaps the Judge doesn't know.  Can

22  you explain to the Judge what kind of penalty you would face if

23  you were providing incorrect or nontruthful information to

24  auditors?

25  A.   First, you will get sued by the government if we use this

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    kind of document.  And I will be restricted to continue to do

2    this type of business or profession.

3    Q.  So in other words, you have both legal, from the

4    government, and professional restrictions or obligations to be

5    truthful and honest to all your communications with your

6    auditors?

7    A.  Yes.

8    Q.  When you review an audited -- scratch that question.

9         MR. MAZZOLA:  But please translate.

10   BY MR. MAZZOLA:

11   Q.  What day was the audited financial issued?

12   A.  Was signed this document on May 25th of 2022.

13   Q.  Does the audited financials contain any comment about

14   subsequent events?  Do you know what that means, Roger, when I

15   say that?

16   A.  Yes.

17   Q.  If you're looking at it, it might be helpful to tell the

18   Judge the page number.

19   A.  On tens page -- ten page.

20   Q.  Page 10?

21   A.  Yes.

22   Q.  I had asked you, Roger, about subsequent events.

23        MR. ROSENTHAL:  I'm sorry, Mr. Mazzola, you spoke over

24   the interpreter, and I couldn't hear her response.

25        What page?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 35 of 294

35
Direct Examination - Roger Ng
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1           THE INTERPRETER:  Page 10.

2           THE WITNESS:  Sorry, I need correction.  On Page 31,

3   on eighth column on the second paragraph.  It point out when

4   the report come out, and report indicate that report was come

5   out on 2021.  In that period of time, there's nothing

6   important, there's no important event happen.

7   BY MR. MAZZOLA:

8   Q.  So that means there's nothing -- no subsequent important

9   events that would impact the conclusions in the report from

10  December 2021 to May 25, 2022?

11  A.  Yes.

12  Q.  Roger, you jumped ahead a little bit, and I think that's

13  because you anticipated the next question I was going to ask,

14  and you -- and you referred the Judge to Page 10.  What were

15  you looking at on Page 10?

16  A.  On the Page 10, second part of the second paragraph.

17      All these are pointed out.  After the report come out, less

18  than 12 months, he indicate the company can be operated

19  normally.

20  Q.  Are you looking at -- are you looking at roman numeral

21  No. II on Page 10, the second paragraph of that heading?

22  A.  Yes.

23  Q.  And is that the paragraph that discusses Benlida being able

24  to operate for the foreseeable future period of not less than

25  12 months from the date of the approval?

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.  Correct.

2   Q.  And that is in the notes section of the audit report; is

3   that correct, Roger?

4   A.  Yes.

5   Q.  And this was a -- this is an independent audit company; is

6   that correct, Roger?

7   A.  Yes.  Yes.

8   Q.  As the CFO of the company, do you have any reason to

9   believe that Benlida poses a risk of short to medium term

10  insolvency or collapse?

11  A.  I don't believe so.

12  Q.  Why is that?

13  A.  Because we have plenty of cash flow, and second part is we

14  have bank support --

15          THE INTERPRETER:  Interpreter needs to clarify a

16  statement.  Okay.

17          THE WITNESS:  Also based off business customer paying

18  their payment is right on time.

19          MR. ROSENTHAL:  I'm sorry, I couldn't hear that.  Can

20  you repeat that last statement, Madam Translator?

21          THE INTERPRETER:  Our business customer is paying

22  their statement on time.

23          MR. MAZZOLA:  May I approach the witness, Your Honor?

24          THE COURT:  Yes.  For what -- by the way, for what

25  purpose?

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 37 of 294
Direct Examination - Roger Wu
January 13, 2023
37
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1              MR. MAZZOLA:  To give him a -- to hand him a document,
 2      a new document, Your Honor.
 3              THE COURT:  Yes.  Yes, what document?
 4              MR. MAZZOLA:  This is Defendant's 16 from Defendant's
 5      binder.
 6              THE COURT:  Are you seeking to introduce that into
 7      evidence?
 8              MR. MAZZOLA:  I am, Your Honor.
 9              THE COURT:  Any objection?
10              MR. ROSENTHAL:  No, Your Honor.  Sorry.
11              MR. MAZZOLA:  Your Honor, you will note on the version
12      that the Court has --
13              THE COURT:  I'm sorry.  Without objection, Defense
14      Exhibit 16 is in evidence.
15          (Defendant's Exhibit No. 16 was identified and admitted
16           into evidence.)
17              THE COURT:  But I have a question for you.  Do you
18      have a list of exhibits for my courtroom deputy so that we can
19      keep track?
20              MR. ROSENTHAL:  Your Honor, in the sleeve of the black
21      notebook, at the front, there is the exhibit list of the
22      Defendant, which also lists the Plaintiff's letters.  If you're
23      not using it, perhaps you could give that to the deputy.
24              THE COURT:  Yes, you may approach.
25
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 38 of 294

38
Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    BY MR. MAZZOLA:

2    Q.   Roger, I have put a document in front of you that the Court

3    has admitted into evidence.   I refer to it -- to the Judge as

4    Defendant's Exhibit --

5         THE COURT:   16.

6    MR. MAZZOLA:

7    Q.   -- 16.   I'm going to ask you to look at that in a moment,

8    but I just want to get that in front of you.

9        Roger, I think you know that there's been a lot of

10   discussion from CTX about this new -- about a new factory.   And

11   there have been suggestions or allegations that the financial

12   documents that Benlida provided to CTX in connection with this

13   settlement do not account for the factory; is that true?

14   A.   No.

15   Q.   Are you saying that the accounting documents that Benlida

16   presented to CTX as part of the settlement agreement do show

17   where the factory is?

18   A.   Yes.

19   Q.   Using the quarterly reports that are in front of you and

20   the audited financials that are in front of you, could you --

21   would you help guide the Judge and show him where the

22   financials show some record of the factory?

23   A.   Can you refer to Q3 balance sheet, and under -- in that

24   report under 16, column 16.

25   Q.   So you're referring to the balance sheet.

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS
39

1              MR. MAZZOLA:  And that would be Defendant's 4, Judge.

2              THE WITNESS:  Yes.

3              THE COURT:  What page number?

4              MR. MAZZOLA:  It would be the first balance sheet you

5    see in Defendant 4.  If you look in the -- towards the upper

6    right-hand corner, you'll see the period is March 2022.

7              THE COURT:  Yes.

8    BY MR. MAZZOLA:

9    Q.  So I'm not an accountant, Roger, all right?  I'm not a

10   businessman, Roger.  I'm not a CFO.  I'm not a corporate

11   controller.  So can you point out to me and the Judge what

12   shows -- you know, where you show financially a factory?

13   A.  Under column 16.

14   Q.  Do you mean line 16?

15   A.  Yes.

16   Q.  And what are you looking at, I see long-term equity

17   investment?

18   A.  Correct.  This is the stockholder investment for long-term

19   investment from Benlida company.

20   Q.  And how does that indicate that there's a factory?

21   A.  Because the --

22              THE INTERPRETER:  Interpreter need to clarify.

23              THE WITNESS:  The new company, the new factory

24   Jianghai province Benlida Company is our branch company.  So we

25   will put all our investment under this column.

1   BY MR. MAZZOLA:

2   Q.  So what you're saying is there's -- one, there's a large

3   difference between the beginning balance and the ending balance

4   for the quarter, is that something you're looking at?

5   A.  Correct.

6   Q.  And the beginning balance and the ending balance for that

7   quarter is quite significant, it's almost by a factor of 10?

8   A.  Correct.

9   Q.  And are you saying that because it's such a big factor and

10  such a large number, that's it clearly, obviously, some very

11  big investment?

12  A.  Correct.

13  Q.  And in your view, is this something that a well trained

14  financial person would be able to see and perhaps ask a

15  question about?

16  A.  Yes.

17  Q.  So in your view, it's as plain as black and white?

18  A.  Yes.

19  Q.  Is there any other reference -- scratch that.

20      Why -- why did Benlida decide to build a new factory?

21  A.  First thing is because our orders increased.  And the

22  company in Jianghai province and the main Benlida company is

23  totally two different factory, and the product is different

24  too.  And in the future in Jianghai province, the Benlida

25  company, the product have less cost factor.  And in the factory

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 41 of 294

Direct Examination - Roger Wu
January 13, 2023                                          41
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   in Guangdong Benlida company will have more negative value.

2   Q.  So it sounds to me that you built the new factory because

3   your business is good and improving?

4   A.  Yes.

5   Q.  That the new factory was built to augment the factory in

6   Jiangmen?

7   A.  Yes.

8           MS. GUAN:  Your Honor, I would like to correct one of

9   the translations the translator --

10          THE COURT:  You can either -- you can either come to

11  the lectern -- excuse me.  Before speaking, let's have the

12  interpreter translate what I said.  You may either come to the

13  lectern or remain at counsel table and move the microphone

14  closer to you.  Your choice.  All right.

15          MS. GUAN:  Yes, Your Honor, Angela Guan here, Florida

16  practicing attorney, the U.S. -- the counsel for Jiangmen

17  Benlida.

18          I would like to make a correction of the translation

19  of one of the sentence the -- the translator translated.

20  Mr. Wu mentioned the product produced by Jiangmen Benlida.  I

21  think that I heard the translator translated the product has

22  negative value.  In fact, the product produced by Jiangmen

23  Benlida has added value.

24          MR. ROSENTHAL:  Your Honor, may I be heard?

25          THE COURT:  In a minute.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 42 of 294

Direct Examination - Roger Wu
January 13, 2023
42
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1          MS. GUAN:  In fact, the added value was indicated --

 2          THE COURT:  Counsel, please stop.

 3          And, sir, I'd like the opportunity to talk if you

 4   don't mind.  Right now what you are starting to do is not

 5   merely flag a potential translation error, but you are, in

 6   effect, converting yourself into a witness.

 7          MS. GUAN:  Oh, I apologize.

 8          THE COURT:  Can you wait until the interpreter speaks,

 9   please?

10          You are trying to testify about events.  You are

11   giving additional explanations.  If there is an objection to a

12   specific translated word such as the word was positive, not

13   negative, then your objection, assuming it's even proper to

14   make in the first place, and we'll get into that in just a

15   moment, would end with the raising of that one point.  You

16   would not go beyond that and start to explain why the business

17   was positive and not negative.

18          And it appeared to me as though you were trying to go

19   beyond merely mentioning one word which you think was

20   translated incorrectly.

21          But, Mr. Rosenthal, you said you had an objection.

22          MR. ROSENTHAL:  Your Honor just stated the basis of my

23   objection, so I don't think it's necessary anymore.

24          THE COURT:  I don't remember hearing the witness

25   through the interpreter use the term "negative" instead of

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 43 of 294

Direct Examination - Roger Wu
January 13, 2023
43
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1   positive.

 2          Do you remember using the term "negative" rather than

 3   positive?

 4          THE INTERPRETER:  Yes, Your Honor.

 5          THE COURT:  Uh-uh, remember how it goes, first you

 6   translate my question.

 7          THE INTERPRETER:  Yes, I did.  And I even clarified

 8   with the witness before I translated.

 9          THE COURT:  Anything further?

10          MS. GUAN:  Nothing further, Your Honor.

11          THE COURT:  Next question, please.

12   BY MR. MAZZOLA:

13   Q.  I think I was recapping your testimony, Roger.  Discussing

14   the reasons that you testified to as to why Benlida was

15   building the new factory.  I recall that my last question to

16   you was that one of the reasons that you had listed off earlier

17   was that the new factory was going to augment the Jiangmen

18   factory, you know, build something different, a different type

19   of product.  Is that still right, Roger?

20   A.  No.  Can I repeat myself?  Can I restart myself?

21   Q.  You're welcome to, Roger.

22          THE INTERPRETER:  The interpreter need to clarify.

23          THE WITNESS:  In the Jiangmen factory and Jianghai

24   factory, we both -- in both factory can produce the

25   double-sided and multiple-sided product.  But in Jianghai

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 44 of 294

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

44

1    factory produce the double-sided product is much lower cost.

2          THE INTERPRETER:  Interpreter need to clarify the

3    statement.

4          THE WITNESS:  Due to the product cost factor, in the

5    future we're going to produce the double-sided product in

6    Jianghai, and in Jiangmen we're going to produce the

7    multiple-sided product.

8    BY MR. MAZZOLA:

9    Q.  So the building of the new factory, that was an expansion

10   done by Benlida?

11   A.  Yes.

12   Q.  How was the new factory financed?

13   A.  Currently, we have three resource.  The first one would be

14   the new stockholder investment and also the -- the -- an income

15   from the Benlida companies.  And also the bank support.

16   Q.  Are you aware that there's been some complaints or

17   allegations by CTX that this factory was somehow or should not

18   have been set up as a separate entity, are you aware of that?

19   A.  Yes, I do.

20   Q.  It might help you to look at the Defendant's Exhibit 16

21   that I put in front of you earlier.  Do you see that?

22   A.  Yes.

23   Q.  You said earlier you're able to read English well, that's

24   correct?

25   A.  Correct.

January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    Q.  And, of course, when you took your CFA exams, you took
 2    those in English; is that correct?
 3    A.  Yes.
 4    Q.  So you're an American CFA then, right?
 5    A.  Yes.
 6    Q.  How many exams do you take to get a CFA?
 7    A.  Three times.
 8    Q.  Three times?
 9    A.  Yes.
10    Q.  Over how many years?
11    A.  Between three to five years.
12    Q.  So I'm drawing your attention to this Paragraph 3.
13            THE COURT:  Which document are you on, sir?
14            MR. MAZZOLA:  Defendant's Exhibit 16.  It's an email
15    from Mr. Cole to myself and Mr. Lerner.
16    BY MR. MAZZOLA:
17    Q.  Do you see at Paragraph 3 where there's talk about a major
18    hurdle being the factory in Jianghai?
19    A.  Yes.
20    Q.  And do you see how there's a line there that it says
21    evidently that factory is being operated through a new co, and
22    then it -- do you see that?
23    A.  Yes.
24    Q.  And then it goes on to say that this creates a risk that
25    once the new factory is up and running, BLD could begin
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 46 of 294

46
Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   funneling resources to the new operation and/or formally

2   dissolve while the new co and new factory continue to operate.

3   Do you see that?

4   A.   Yes.

5   Q.   My first question regarding that is, why was it set up as a

6   separate entity?

7   A.   Because it's in different province.  Because that was the

8   basic requirement from the tax department and also

9   Environmental Protection Agency.  And we need to apply the

10  licensing Jianghai province.

11  Q.   And so it had to be set up as a separate entity?

12  A.   Correct.

13  Q.   Is that similar to opening a business in New York and then

14  try and open another business in California, perhaps?

15  A.   Yes.

16  Q.   So Jianghai province had different laws and regulations

17  regarding the opening of a business from those in Jiangmen?

18  A.   Yes, there's difference.

19  Q.   And so it was set up separately because the tax law

20  required you?

21  A.   Correct.

22  Q.   And I think you may have said the environmental laws

23  required you as well?

24  A.   Yes.

25  Q.   So the setting up the new factory as a separate entity was

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   a requirement of Chinese regulatory law?

2   A.  Yes.

3   Q.  You guys used to have another entity, separate entity

4   called -- was it ROK?

5   A.  Yes.

6   Q.  And why did that close?  Scratch that.

7       There's been some allegations that ROK closed --

8           MR. ROSENTHAL:  Your Honor, can I interpose an

9   objection during the pause?

10          THE COURT:  Why don't you wait until counsel returns

11  so he can focus on your objection.

12          MR. ROSENTHAL:  That's fine.

13  BY MR. MAZZOLA:

14  Q.  There was an allegation that ROK --

15          THE COURT:  Counsel, before you finish, let's hear

16  Mr. Rosenthal's objection.

17          MR. ROSENTHAL:  I believe that Mr. Mazzola is about to

18  inquire about the history of this ROK company, and I want to

19  interpose a foundation/speculation objection because the

20  witness said he's only been with Benlida for four years.

21          THE COURT:  Your response?

22          MR. MAZZOLA:  That's -- that's okay, Judge.  I mean,

23  I -- we know he's the CFO.  We know he's the CFO of the group

24  companies.  He's been there for four years.  He's got to have a

25  sense of what went down and what corporate history looks like.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 48 of 294

Direct Examination - Roger Ng
January 13, 2023
48
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1          THE COURT:  I'm confused.  After the objection, you

 2   said, quote, That's okay, close quote.  Which I construed to

 3   mean you were not going to proceed with that line of

 4   questioning.  You then began to substantively respond to the

 5   objection.

 6          So are you abandoning the question, or are you seeking

 7   to go forward with it?

 8          MR. MAZZOLA:  I am not abandoning the question and

 9   seeking to go forward with it.  I can -- and I think, frankly,

10   Mr. Roger's answer will be subject to cross-examination about

11   his memory, his knowledge of corporate history.

12          MR. ROSENTHAL:  Your Honor, it's just a question of

13   laying the foundation of personal knowledge, Rule 602, hasn't

14   been done yet.  If he can do it, perhaps it's moot.

15          THE COURT:  Would you like to lay a foundation?

16          MR. MAZZOLA:  I am merely mindful --

17          THE COURT:  Counsel.

18          When I said Counsel, I meant give the interpreter the

19   chance to do her job.

20          MR. MAZZOLA:  Okay.

21          THE COURT:  I didn't mean I didn't want to hear from

22   you.  I know it's difficult going through the process with an

23   interpreter.  Let's try to do our best.

24          Would you like to lay a foundation?

25          MR. MAZZOLA:  Yes.

Direct Examination - Roger Wu
January 13, 2023
49
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    BY MR. MAZZOLA:
 2    Q.   Roger, you've talked about how you've worked for Benlida, I
 3    think you said four years; is that correct?
 4    A.   Yes.
 5    Q.   And during that time you have been the CFO of the Benlida
 6    Group?
 7    A.   Yes.
 8    Q.   And in your role as the CFO of the Benlida Group, are
 9    you -- do you have intimate knowledge of the Benlida Group's
10    financial affairs, all of them?
11    A.   Basically, yes.
12    Q.   And does that -- well, what do you mean basically?
13    A.   Yes.  Yes, I'm very clear with previous history.
14    Q.   And is being clear of the previous financial history of
15    Benlida Group, is that part of your job?
16    A.   Yes.
17    Q.   And are you aware of the -- as part of that being part of
18    the job, are you aware of the circumstances as to why ROK, a
19    separate entity, was closed?
20    A.   Basic -- the first thing is after they stop operating is
21    after I working with the company, so I understand why they stop
22    operation.
23    Q.   So you -- you have knowledge as to why they stopped
24    operation?
25    A.   Yes.
```

 1   Q.  Before you go to that, I want to ask you a more pointed

 2   question.  Did ROK stop its operations --

 3             MR. MAZZOLA:  I'm sorry, Judge.

 4   BY MR. MAZZOLA:

 5   Q.  Did ROK stop its operations because it ran out of money?

 6   A.  No.

 7   Q.  Why did ROK stop its operations?

 8   A.  Because we were planning IPO at that time, and we were told

 9   now we have two different company.  And the security company

10   inform us about the information.  And if we operate two company

11   together, there would be a conflict, and at that point how we

12   can only have one company operate.  And we choose Benlida will

13   continue operate.

14   Q.  And as you mentioned -- you mentioned IPO?

15   A.  Yes.

16   Q.  Is that something that Benlida is still considering?

17   A.  Yes.

18   Q.  How far along are you in the IPO process?

19   A.  It's about three to four years time, maybe more.

20   Q.  I want to draw your attention, Roger, to Defendant's

21   Exhibit 16, this is the same one that's in front of you.  And

22   it's the Paragraph 3.

23   A.  Yes.

24   Q.  Is there any risk that once the new factory gets up and

25   running that Benlida is going to run away?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 51 of 294
Direct Examination - Roger Wu
January 13, 2023
51
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  A.  No.

2  Q.  Was Benlida playing any sort of secret shell game?

3  A.  No.

4  Q.  Can you explain why CTX's allegation that Benlida's going

5  to close and run away with the new co is something you disagree

6  with?

7  A.  Because like already I mentioned, the first thing is that

8  Jianghai Benlida and Jiangmen Benlida is different, and the

9  product is going to be different.  And also the Jiangmen

10  Benlida, their equipment cannot be removed.  And also the

11  sourcing is Jiangmen Benlida has 25 years history.

12       THE INTERPRETER:  Interpreter need to clarify the

13  statement, Your Honor.

14       THE COURT:  Yes.

15       THE WITNESS:  And if in any point we was thinking

16  about IPO that Jiangmen Benlida would be the main focus.

17  BY MR. MAZZOLA:

18  Q.  So it's incomprehensible to you that you would close down

19  Benlida and run away with all the business to the new co?

20  A.  Correct.

21       MR. MAZZOLA:  One question.

22       (Pause in proceedings.)

23       MR. MAZZOLA:  18.

24       MR. ROSENTHAL:  I gave it to you on your stack on your

25  desk.  18 is over there.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 52 of 294

Direct Examination - Roger Wu
January 13, 2023
52
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1              MR. MAZZOLA:  Okay.

 2      (Pause in proceedings.)

 3              MR. MAZZOLA:  May I approach the witness, Judge?

 4              THE COURT:  Yes.

 5              MR. MAZZOLA:  This is Defendant's 18, Judge.

 6              THE COURT:  Any objection, Mr. Rosenthal?

 7              MR. ROSENTHAL:  No, Your Honor.

 8              THE COURT:  Without objection, Defense Exhibit 18 is

 9      in evidence.

10      (Defendant's Exhibit No. 18 was identified and admitted

11        into evidence.)

12      BY MR. MAZZOLA:

13      Q.  Roger, I just put another document in front of you.  It's

14      been marked into evidence.  It's got a tab on the bottom that

15      says Defense Exhibit 18.

16      A.  Yes.

17      Q.  You may have to turn through the pages a few to get to what

18      I'm -- want to draw your attention to.  It's an email from

19      Celin Astudillo to Rishi.

20      A.  Yes.

21      Q.  And it has numbered paragraphs, do you see that, 1, 2, 3,

22      4?

23      A.  Yes.

24      Q.  I want to talk to you about some of the statements that

25      Mr. Astudillo made in this email of November 21, 2022.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 53 of 294

Direct Examination - Roger Wu
January 13, 2023                                    53
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   Okay.

2    Q.   Do you see on -- let's look at Paragraph No. 2.

3    A.   Yes.

4    Q.   If you could take a moment to read that.

5    A.   Yes.

6    Q.   And you can see where Mr. Astudillo says that regarding

7    Benlida facing cash-flow shortages, do you see that?

8    A.   Yes.

9    Q.   Do you agree with the concerns that Mr. Astudillo is

10   advising Mr. -- is advising Rishi of on November 21?

11   A.   I disagree.

12   Q.   And why do you disagree?

13   A.   Because our cash flow has no problem at all.  We were on

14   time paying all the payment.  But in the other hand, the CTX

15   wasn't paying on time with their payment.  And if CTX was

16   paying on time, our cash flow would be even more strong.

17   Q.   Let's look at paragraph -- you said earlier though -- you

18   said earlier when you first got on the witness stand, Roger,

19   that at no time had CTX, at least in the last few years, ever

20   been more than 10 percent of your business.

21        Do you remember that?

22   A.   Yes.

23   Q.   So why are you now saying that if they're a small player in

24   terms of their total revenue, why does their not paying you

25   have an impact on the cash flow?

```
 1    A.  Previously they didn't pay on time, so -- so their account

 2    payable, the -- they're able to pay account payable decrease.

 3    Q.  Okay.  So I think what you're saying is, you just said

 4    their ability to pay account payables, did you mean ability to

 5    pay accounts receivables?

 6    A.  It's our account receivables and based on the product that

 7    they -- that we provided for them.

 8    Q.  So what I'm hearing then is although CTX is a bit player on

 9    purchasing from you --

10          THE INTERPRETER:  I'm sorry, can you repeat that?

11    BY MR. MAZZOLA:

12    Q.  Although CTX is a bit player, small player in purchasing

13    from you, they're a big player in not paying their bills to

14    you.  Is that fair?

15    A.  Yes.

16    Q.  So let's look at Paragraph 3.

17    A.  Yes.

18    Q.  We're looking again at the email that Mr. Astudillo wrote

19    to Rishi on November 21, at Paragraph 3.  Read that quickly if

20    you can.

21    A.  Yes, I did.

22    Q.  Do you agree with that as the CFO of Benlida?

23          MR. ROSENTHAL:  Objection, vague.  There are multiple

24    parts of that paragraph.  I don't know what he's asking.

25          THE COURT:  Sustained.  Please rephrase your question.
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 55 of 294

Direct Examination - Roger Wu
January 13, 2023                                      55
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1

2      BY MR. MAZZOLA:

3    Q.   After having read that paragraph, Roger, do you agree with

4    the statements that the cash flow from operations is very small

5    and presents a challenge?

6    A.   I don't agree.

7    Q.   Why is that?

8           THE INTERPRETER:   Interpreter need to clarify the

9    statement.

10          THE WITNESS:   And our payable, after we pay all the

11   payables and our account payable and with our -- is almost

12   equal our -- the net income.   And also our account payable is

13   decreasing mostly.

14          MR. MAZZOLA:   Could the madam court reporter read back

15   the last question, please?

16      (The reporter read back the referred to portion of the

17       record.)

18          MR. MAZZOLA:   And then I asked him to explain it, are

19   you still translating it?

20          Is there an answer, Roger?

21          THE WITNESS:   Can I start over again?

22          THE COURT:   Did you translate it, Madam translator?

23          THE INTERPRETER:   Yes, I did.   Yes.

24          THE COURT:   Because it seems that the court reporter,

25   the last thing that we have is I disagree.   But there's no

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 56 of 294
Direct Examination - Roger Wu
January 13, 2023
56
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1   explanation.

 2           THE WITNESS:  Then I will start again.

 3           THE COURT:  Okay.  Thank you.

 4           THE WITNESS:  The operating cash flow is equal to our

 5   net income.  In this period of time, we pay a lot of account

 6   payable.  So basically in the whole picture, basically the

 7   account payable and our net income, there is not much different

 8   and definitely shows small amount of cash flow.  This is very

 9   normal situation.

10           The other thing is if CTX, based on the requirement

11   that paid -- that amount they supposed to pay, and our whole

12   outlook of cash flow would be even more strong and healthy.

13   BY MR. MAZZOLA:

14   Q.  So if CTX paid their bills, the numbers would be even

15   healthier?

16   A.  Yes.

17   Q.  Can you look at Paragraph 4, this is the email from

18   Celin Astudillo dated November 21?

19   A.  Yes.

20   Q.  Do you see where Mr. Astudillo writes, There are no

21   transactions in the financials shared with us, which have

22   anything to do with the Jianghai factory?

23   A.  Yes, I see it.

24   Q.  You talked about that earlier; is that correct, Roger?

25   A.  Yes.  Yes.

Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Q.   And you don't agree with that statement?

2   A.   Correct.

3   Q.   For the reasons you explained to the Judge earlier about

4   the investment?

5   A.   Yes.

6   Q.   In Paragraph 5 there's talk about assembly lines.  Do you

7   see that, PTH line, UV exposure line?

8   A.   Yes.

9   Q.   And do you recall at the Zoom meeting on November 17th that

10  you were being asked about why you would take lines down before

11  they were depreciated, do you remember that?

12  A.   Yes.

13  Q.   Why is that?  Why would Benlida take an assembly line, take

14  it out, scrap it, if it hadn't been fully depreciated?

15  A.   Part of them because the equipment need to upgrade, and we

16  can sell the old equipment.

17  Q.   So Benlida was making a commercial financial decision to

18  upgrade their assembly lines and sell the old equipment to

19  someone else?

20  A.   Yes.

21  Q.   Do you remember explaining that to Rishi and Celin on

22  November 17th?

23  A.   Yes.

24  Q.   I had asked you earlier about -- of course you're the CFO,

25  but I asked you earlier about whether you saw or perceived

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 58 of 294

Direct Examination - Roger Wu
January 13, 2023
58
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  Benlida having a risk of short or medium term insolvency or

2  financial collapse; do you remember that?  And your answer was?

3  A.  No, no risk.

4  Q.  Do you remember we talked also about subsequent events?

5  A.  Yes.

6  Q.  So since November 7th, have there been any subsequent

7  events in the Benlida Group of companies that you, as a CFO,

8  that you think would have some bearing on the financial well

9  being of Benlida?

10          THE INTERPRETER:  Interpreter need to clarify the

11  statement.

12          THE WITNESS:  Recently, the Jianghai factory just

13  obtained the line of one billion from the bank to support the

14  company.  One billion -- 1,000 billion -- million, I'm sorry.

15  BY MR. MAZZOLA:

16  Q.  Can you write it down the number of zeroes, Roger, maybe

17  that will help?

18  A.  It's 1 billion, B.  It's 100 million.

19          THE COURT:  In U.S. dollars?  In U.S. dollars?

20          THE WITNESS:  No, it's renminbi.

21          THE COURT:  I'm sorry?

22          THE WITNESS:  Renminbi.

23          THE COURT:  R-E-N-B?

24          MR. MAZZOLA:  Chinese yuan, Judge.

25          THE COURT:  So it's not United States dollars, it is

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 59 of 294

Direct Examination - Roger Ng
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

59

```
 1    100 million Chinese, and what's the precise currency that you

 2    mentioned?

 3             MR. MAZZOLA:  Judge, I refer to them as yuan, but

 4    you'll also sometimes see in the exchange markets RMB.

 5             THE COURT:  All right.  Thank you.

 6             And, Counsel, just to help me out, approximately how

 7    much is 100 million Chinese RMB in U.S. dollars?

 8             MR. MAZZOLA:  Close to 15 million, it's 14,866,580.

 9             THE COURT:  So I appreciate you telling me that

10    information.

11        (Pause in proceedings.)

12             THE COURT:  Did some equipment break?  What happened,

13    please?

14             THE INTERPRETER:  It dropped.

15             THE COURT:  I understand.  Let's see if it caused any

16    damage.

17             MR. ROSENTHAL:  Judge --

18             THE COURT:  Not now, Mr. Rosenthal.

19             Trina, can you go over there and see what's happening,

20    please?

21        (Pause in proceedings.)

22             THE COURT:  Is that the handheld microphone?

23             THE COURTROOM DEPUTY:  Yes, it is.

24             Can she use the other mic?

25             MR. MAZZOLA:  Yes, she can.
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 60 of 294

Direct Examination - Roger Wu
January 13, 2023
60
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
1              THE COURTROOM DEPUTY:  I have to work on it.

2              THE COURT:  Could you help them, Trina, turn the

3    microphone on, please.

4              THE COURTROOM DEPUTY:  It should be.

5              THE COURT:  Well, they seem to be having some

6    difficulty.

7         (Pause in proceedings.)

8              THE INTERPRETER:  Okay.  Thank you.

9              THE COURT:  So the last time we had a microphone drop

10   during a trial, I think the replacement was about $300.  And

11   the odd part about this was it was done intentionally in

12   closing argument.  A Plaintiff's lawyer wanted to emulate an

13   entertainer doing a mic drop, and it dropped and then broke.

14              This was before you were working with me, Trina.

15              In any event, what I was about to say, I appreciate

16   your answer that 100 million Chinese RMB is approximately

17   14.8 million U.S. dollars.  Let's see if our witness, who has

18   accounting training, who is the CFO, and who has an American

19   CFA agrees that that amount is approximately the correct

20   exchange rate.

21              THE WITNESS:  Yes.

22              THE COURT:  Please continue.  I'm sorry, wait just one

23   minute.

24              Right after the microphone was damaged, Mr. Rosenthal,

25   you stood to make a comment, and I temporarily put your comment
```

1    on hold.  What were you going to say?

2           MR. MAZZOLA:  And I've spoken to Stephen about this.

3    Mr. Rosenthal was going to -- just said to me, Hey, JC, for

4    purposes of going forward with this hearing today, can we just

5    agree to fix seven as the exchange rate so it's easier for

6    people to do numbers in their head rather than, you know, raise

7    it every time.  And I have no objection to that.

8           MR. ROSENTHAL:  And, Your Honor, you're looking at me.

9    We agree that that's a good rough go-by measure for

10   conversation, even though currency fluctuates of course.

11          THE COURT:  So just so the record is clear, as I

12   understand it, for today's hearing the parties have agreed to

13   an exchange rate of approximately 7 to 1 for converting Chinese

14   RMB to U.S. dollars, yes?

15          MR. MAZZOLA:  Yes.

16          THE COURT:  Let's proceed, please.

17   BY MR. MAZZOLA:

18   Q.  So, Roger, you just -- I was asking you about subsequent

19   and material events and things that have happened to Benlida

20   since November, I think I picked the day 7, from a financial

21   perspective, and you advised the Judge that it sounds like the

22   new factory has been approved --

23          THE COURT:  Counsel, Counsel, Mr. Mazzola.

24          MR. MAZZOLA:  Yes, sir?

25          THE COURT:  You are loading up multiple sentences at

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 62 of 294
Direct Examination - Roger Wu
62
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    one time.  And the interpreter, in my opinion, is being too

2    polite and gracious and is not interrupting you as I told her

3    to, to tell you to slow down at the pause.

4            If any lawyer is including too much English before you

5    interpret, please let them know.

6            You told me about an hour and a half ago that you

7    would do that.

8            THE INTERPRETER:  Yes, Your Honor.

9            THE COURT:  But I haven't heard you do that even once.

10           That last question that counsel started to ask you,

11   did you sense that it was too much English before you started

12   to interpret?

13           THE INTERPRETER:  Your Honor, the interpreter was

14   trying to busy writing down the information, that's why I don't

15   have time to stop him, because if I don't write down

16   information, it would stop my thought, and I would totally lose

17   the whole thing.

18           THE COURT:  Listen, you're the interpreter, you handle

19   it however you'd like.  If you are a super interpreter and can

20   process eight or ten sentences without a pause, and you can do

21   so accurately, then it's not my place to require you to stop

22   the witness.  But I see you frantically writing things down,

23   and I say to myself if I were the interpreter, I would be very

24   nervous.

25           Please proceed with your questions.  And if possible,

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 63 of 294

Direct Examination - Roger Wu
January 13, 2023                                         63
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1    try to pause every two or three sentences, all right?

 2            MR. MAZZOLA:  Yes, Judge.

 3            THE COURT:  I can't even follow you in English.

 4    BY MR. MAZZOLA:

 5    Q.  In conjunction with this loan --

 6            THE COURT:  There you go, you paused after an

 7    introductory sentence.  Perfect.

 8    BY MR. MAZZOLA:

 9    Q.  -- did the bank perform their due diligence?

10    A.  Yes.

11    Q.  Can you explain what they did in regards to that due

12    diligence?

13    A.  They sent six of their staff to come to factory and also

14    Jianghai factory.  About one week they did their investigation

15    there.  They send their people including their rest factory and

16    also the leader from the bank and also the accounting expert.

17    Q.  And they sent these people to Benlida in Jiangmen?

18    A.  Both Jiangmen and Jianghai.  In Jianghai nonfactory they

19    stay there for one week.

20    Q.  So they visited personally Benlida in Jiangmen and Jianghai

21    as well?

22    A.  Yes.

23    Q.  When they came to visit Benlida, did you meet with them?

24    A.  Yes.

25    Q.  Did they review financial records?

```
 1   A.   Yes.

 2   Q.   Did they ask you questions?

 3   A.   Yes.

 4   Q.   Did they get a chance to look at records by themselves?

 5   A.   Yes.

 6   Q.   When did they do this audit?

 7   A.   Roughly, around August.

 8   Q.   Between -- when did they approve the loan?

 9   A.   October.

10   Q.   Between the time they came to visit and the time the loan

11   was approved in October, did -- were they provided with

12   additional information if requested?

13   A.   Yes.

14   Q.   What is the name of the bank that is providing this loan?

15   A.   Guangzhou, Bank of Guangzhou.  Guangzhou bank.

16           THE COURT REPORTER:  I'm sorry, could you spell it?

17           THE WITNESS:  G-A-N-G-Z-H-O-U [sic].

18           THE COURT REPORTER:  Okay.  Thank you.

19           THE COURT:  Let's try that one more time.

20           Is it G-A-N-G-Z -- listen, we both can't talk at the

21   same time.

22           THE INTERPRETER:  Okay.  The witness corrected.  It is

23   G as George, A as apple, N as Nancy.  The second word is Z as

24   zebra, H as Harry, O as orange, U as universe.

25           THE COURT:  Thank you.
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 65 of 294
Direct Examination - Roger Wu                65
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1   BY MR. MAZZOLA:

 2   Q.   And is Guangzhou a well known commercial bank in China?

 3   A.   It's the biggest bank local -- locally.

 4   Q.   You mean local as in the province?

 5   A.   The city.

 6   Q.   The what city?

 7   A.   Guangzhou city.

 8           MR. MAZZOLA:   Thank you, Roger.

 9           THE COURT:   So it is now -- I'm sorry.   It is now

10   11:26, so let's see how much time you have used up.   I think

11   that's 1 hour and 48 minutes.   Somebody double-check my math;

12   is that correct?

13           MR. ROSENTHAL:   Yes.

14           THE COURT:   1 hour, 48 minutes.   All right.

15           MR. MAZZOLA:   Your Honor, may I approach with counsel?

16           THE COURT:   Approach who?

17           MR. MAZZOLA:   You.

18           THE COURT:   Why can't you just speak from there?

19           MR. MAZZOLA:   It's a personal health aspect to it, and

20   I just wanted to --

21           THE COURT:   You need to take a break?

22           MR. MAZZOLA:   Yes.   But there's slightly more to it.

23   Yes, I do need to take a break.

24           THE COURT:   If I say we'll take a break --

25           MR. MAZZOLA:   We can resolve it.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 66 of 294

66
Direct Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1            THE COURT:  You don't need to tell me anything more
 2   than that.
 3            MR. MAZZOLA:  Probably still.
 4            THE COURT:  Is there something you want off the
 5   record?
 6            MR. MAZZOLA:  Yes, off the record.
 7            THE COURT:  Bear with me.
 8            Mr. Rosenthal, do you have any objection if counsel
 9   approaches to tell me something off the record about a health
10   issue?
11            MR. ROSENTHAL:  No, Your Honor, as long he divulged it
12   to me.
13            THE COURT:  All right.  Come up here please both of
14   you.  And this will be off the record.
15       (Sidebar proceeding occurred:)
16       (Sidebar concluded and the following occurred:)
17            THE COURT:  Would a 10-minute break be sufficient?
18            5-minute break will be sufficient.  All right, I'll
19   make a full six minutes because I'm such a flexible guy.  We'll
20   make it 11:35.
21       (A recess was taken from 11:28 a.m. to 11:36 a.m.)
22            THE COURTROOM DEPUTY:  All rise.
23            THE COURT:  Folks, please be seated.
24            Any luck, Trina, fixing the microphone?
25            THE COURTROOM DEPUTY:  Yes, I fixed it.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 67 of 294
Cross-Examination - Roger Wu
67
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          THE COURT:  Good for you.

2          Mr. Rosenthal, it is now 11:38.  Please do your best

3  to pause when necessary for the interpreter's benefit.

4                    CROSS-EXAMINATION

5  BY MR. ROSENTHAL:

6  Q.  Good morning, sir.

7  A.  Good morning.

8  Q.  My name is Stephen Rosenthal.  May I refer to you as

9  Mr. Wu, is that appropriate?

10  A.  Yes.

11  Q.  What date did you join the Benlida companies?

12  A.  In February of 2018.

13  Q.  And you joined Jiangmen Benlida Printed Circuit Company?

14  A.  Yes.

15  Q.  And I'll refer to that company as Benlida?

16  A.  Yes.

17  Q.  And you are responsible for the financial statements from

18  Benlida provided to Circuitronix, correct?

19  A.  Yes.

20  Q.  I think you said to Mr. Mazzola that you oversaw the team

21  that prepared them?

22  A.  Yes.

23  Q.  And are you also the person at Benlida responsible for

24  inspecting the annual financial statements?

25  A.  Yes.

Cross Examination - Roger Wu
January 13, 2023
68
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Q.   And when I say inspecting the annual financial statements,

2   I'm referring, in particular, to the 2021 statement provided to

3   the auditors.

4   A.   Yes.

5   Q.   Okay.  And I believe you have the documents in front of you

6   that Mr. Mazzola was asking you about?

7   A.   Yes.

8   Q.   So is Exhibit No. 3 the audited financial statements from

9   2021?

10  A.   Yes.

11  Q.   Does it -- that's a translation of the original, correct?

12  A.   Yes.

13  Q.   I assume the original is in Chinese, Cantonese?

14  A.   Yes.

15  Q.   Did you review the English translation?

16  A.   Yes.  Yes.

17  Q.   At the time that it was translated?

18  A.   Yes.

19  Q.   Because you read -- I'm sorry, yes, you read English quite

20  well, correct?

21  A.   Yes.

22  Q.   Was the original audited financials from 2021 signed by

23  Benlida?

24  A.   The certified accountant signed it.

25  Q.   No one from Benlida signed the financial forms that are

1    within the audited statement?

2    A.   Correct.   We hand it to the auditor, the auditor signed it.

3    Q.   To make clear that I understand your testimony, please turn

4    to Page 5 of Exhibit 3.   Do you see at the top it says balance

5    sheet December 31, 2021?

6    A.   Yes.

7    Q.   And at the very bottom there are three titles?

8    A.   Yes.

9    Q.   Such as legal representative?

10   A.   Yes.

11   Q.   And those are from what company?

12   A.   This hasn't been signed.

13   Q.   It has not been signed, correct?

14   A.   Correct.

15   Q.   Which company was supposed to sign it?

16   A.   This is unnecessary to sign because this is just a report,

17   the auditor report.

18          MR. ROSENTHAL:   I'm going to move to strike as

19   nonresponsive.

20          THE COURT:   Denied.

21          Ask a follow-up question.

22   BY MR. ROSENTHAL:

23   Q.   Which company was supposed to sign that form -- Benlida,

24   the accounting firm or somebody else?

25   A.   This form should be Benlida.

1    Q.   It should be that Benlida would sign that form?

2    A.   Yes.

3    Q.   And that form has a name at the top right-hand corner,

4    correct?

5    A.   No.  No, name.

6    Q.   Well, what I mean is it says Form AF-01?

7    A.   Yes.

8    Q.   Are you familiar with that abbreviation?

9    A.   It's the standard financial form.

10   Q.   So yes, you are familiar with this standard financial form?

11   A.   Yes.

12   Q.   And you're also familiar with the next page, which is

13   Form AF-02?

14   A.   Yes.

15   Q.   As well as AF-03, which is Page 7?

16   A.   Yes.

17   Q.   And also Page AF-04, which is Page 8 and 9?

18   A.   Yes.

19   Q.   And those are financial statement standard forms that

20   Benlida provides to its auditors, correct?

21   A.   Yes.

22   Q.   And all of those are unsigned, correct?

23   A.   The copy here without signature, but there is a copy with

24   signature.

25   Q.   You have seen the copy with the signatures?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 71 of 294

Cross-Examination - Roger Wu
71
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  A.  Yes.

2  Q.  Did Benlida provided signed copies to Circuitronix?

3  A.  No.

4  Q.  Why not?

5  A.  Because you need an auditor report.  In auditor report,

6  there's no signature.

7  Q.  Let me ask you to turn to Page 4 of the audited report,

8  Exhibit 3.  Do you see in the bottom part of the page, it says

9  Chinese Certified Public Accountant on the right side, and the

10  word "signature" in square brackets?

11  A.  Yes.

12  Q.  So that is where the accounting -- sorry.

13      That is where the translator indicated that there was a

14  signature in the original document, correct?

15  A.  Yes.

16  Q.  So where there were signatures, the translating firm

17  indicated that, correct?

18  A.  It's supposed to be.

19  Q.  And it appears to be in this document, correct?

20  A.  Yes.

21  Q.  Did you review this audited financial statement as it was

22  translated, provide -- before it was provided to Circuitronix?

23  A.  Yes, I did.

24  Q.  And did you review it for its accuracy compared to the

25  Chinese original?

Cross Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.  Yes, I did.

2   Q.  And did you find that it was accurate?

3   A.  Yes.

4   Q.  Let me ask you to turn to Pages 8 and 9.

5   A.  Yes.

6   Q.  These are Form AF-04.  On Page 8, it's entitled "Statement

7   of Changes in Owner's Equity."  Do you see that?

8   A.  Yes.

9   Q.  For the year 2021, correct?

10  A.  Yes.

11  Q.  And it says on the left side "Prepared by Benlida"?

12  A.  Yes.

13  Q.  And if you go to the bottom right-hand corner, in the last

14  column --

15  A.  Yes.

16  Q.  -- it says, The total owner's equity is

17  150 million-some-odd RMB, correct?

18  A.  Correct.

19  Q.  If you look at Page 9, it has the same title as Page 8,

20  correct?

21  A.  Yes.

22  Q.  For the same period of time, 2021, correct?

23  A.  Yes.

24  Q.  But at the bottom right-hand corner where it says balance

25  of the end of the year, it has a different number,

1   127 million-some-odd RMB.  Do you see that?

2   A.  Yes.

3   Q.  So these two pages, 8 and 9, have completely different

4   numbers in them for the same thing, for the same period of

5   time, correct?

6   A.  I think on the Page 9 the title is wrong.

7   Q.  What should the title be?

8   A.  That should be 2020.

9           THE COURT:  I'm sorry?

10          THE WITNESS:  It should be 2020.

11  BY MR. ROSENTHAL:

12  Q.  So you're saying the year is wrong?  I thought you said you

13  reviewed this for its accuracy previously.  Did you or did you

14  not?

15  A.  I did not see this error.

16  Q.  So you can see that is an error in the translation?

17  A.  Yes.

18  Q.  And I think I heard your testimony when Mr. Mazzola was

19  questioning you that the name of the accounting firm that

20  prepared this was Bei Bou; is that right?

21  A.  Bei Bou.

22  Q.  I'm not saying it correctly.  Say it again.

23  A.  Bei Bou.

24          THE COURT REPORTER:  Can you spell it?

25          THE WITNESS:  B-E-I B-O-U.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 74 of 294
Cross-Examination - Roger Wu
January 13, 2023
74
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
1              THE COURT:  I'm sorry, is that one word or two words?

2              THE INTERPRETER:  Two separate word.

3              THE COURT:  So first tell us the first word, how to

4    spell it.

5              THE WITNESS:  B-E-I.

6              THE COURT:  That means the second word has to be

7    B-O-U?

8              THE WITNESS:  Yes.

9              MR. ROSENTHAL:  Thank you.

10   BY MR. ROSENTHAL:

11   Q.  Who wrote the notes to the 2021 financial statements for

12   Benlida?

13   A.  The auditor.

14   Q.  And you're referring to make sure that we're talking about

15   the same thing to the text that begins on Page 10?

16   A.  Yes.

17   Q.  And continues on for many pages, correct?

18   A.  Yes.

19   Q.  Do you recall how many -- strike that.

20       Do you recall how much total monetary funds Benlida had at

21   the end of 2021?  If you have to consult the document, that's

22   okay.

23   A.  Are you talking about the cash flow at the end of the year?

24   Q.  I am talking about something that accountants call monetary

25   funds.
```

Cross-Examination - Roger Wu
January 13, 2023
75
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.  Can you indicate which column or which line?

2    Q.  Do you understand what I'm asking when I'm asking for

3    monetary funds?

4    A.  Not really.

5    Q.  Okay.  Let me direct you to Page 20 of your company's

6    certified annual report from 2021.  Do you see in the middle of

7    the page there's a rectangle with the number 1 above it, and

8    next to the number 1 it says "monetary funds"?

9    A.  Yes, I can see that.

10   Q.  Are you familiar with that term, "monetary funds"?

11   A.  If I -- if I hear it, it's not very familiar to me, but

12   when I see it, it's very familiar.

13   Q.  Okay.  So at the end of 2021, Benlida had on hand a total

14   of 11.8 million RMBs in monetary funds, correct?

15   A.  Yes.

16   Q.  That's somewhere between 1 and 2 million dollars?

17           THE COURT:  U.S. dollars?

18           THE WITNESS:  Yes.

19   BY MR. ROSENTHAL:

20   Q.  Yes, U.S. dollars?

21   A.  Yes.

22   Q.  Okay.  I'm going to shift to a different topic.

23       Do you agree with this statement regarding receivables?

24   A.  Yes.

25   Q.  For accounts receivable with conclusive evidence -- you

1   might want to translate that -- that there is a significant

2   difference of recoverability, individual identification is used

3   to make a bad debt provision.

4       I'll repeat it.  For accounts receivable with conclusive

5   evidence that there is a significant difference in

6   recoverability, individual identification is used to make a bad

7   debt provision.  My question is, is that Benlida's practice?

8   A.   Yes, if evidence show that that's that, we would do that.

9   Q.   How long can a receivable be past due before Benlida

10  considers that delay, before Benlida considers that delay to be

11  conclusive evidence of a significant difference in

12  recoverability?

13  A.   There's a comparison, I think that is -- that that did not

14  collect in over one year is either 10 percent or 20 percent

15  chance of not being able to collect, but I don't have the --

16  remember exactly.  But then after two years, there's different

17  percentage.

18  Q.   So if I understand you correctly, you're saying that

19  Benlida does not discount its receivables until they've been

20  past due for over one year?

21  A.   Or maybe some other evidence show up.

22  Q.   Okay.  But yes, as to my question?

23          MR. ROSENTHAL:  I'm sorry, Your Honor, I have to point

24  out, the -- Ms. Huang is nodding to the witness, and he's

25  looking at her, so I don't think this kind of communication is

 1    appropriate.

 2            THE COURT:  Folks, I did not see what Mr. Rosenthal

 3    said he saw because I wasn't looking over at that portion of

 4    the courtroom.  So I have no way of evaluating that comment.

 5    But at the risk of stating the obvious, nobody in this

 6    courtroom may signal any witness about how to answer a

 7    question.  That includes shaking your head, nodding your head,

 8    raising your finger, raising your eyebrows, pulling on your

 9    ear.  I didn't say that as a joke, folks.  There are lawyers

10    who work out in advance a system with witnesses, which could

11    include something like a tug on the ear.

12            If I see any of that going on from either side, the

13    person who engaged in that activity will be immediately removed

14    from the courtroom and may also confront additional sanctions,

15    including contempt of court.

16            But I'm saying this only as a general comment, not in

17    reference to any specific person or persons.  Because as I say,

18    I did not see what Mr. Rosenthal said he saw.

19            Let's proceed with the next question.

20            MR. ROSENTHAL:  Purely to preserve the record on this

21    issue, Your Honor, may I ask a follow-up about that subject?

22    BY MR. ROSENTHAL:

23    Q.  Mr. Wu, during my questioning of you at times you have

24    looked over to your colleagues or your colleague at the table

25    to my left, correct?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 78 of 294
Cross-Examination - Roger Wu
January 13, 2023
78
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   I only look at you, Attorney.

2   Q.   You understand that when you testify in this court, you're

3   under oath, and you must tell the truth, correct?

4   A.   Yes.

5           THE COURT:  Mr. Wu, I've noticed that in response to

6   the previous two questions, you answered before the interpreter

7   even began translating.

8           THE WITNESS:  She was speaking.

9           THE COURT:  No, sir, I was sitting three feet away

10  from you, and I heard you give the answer before the

11  interpreter began.  Because we're using an interpreter, please

12  use her services.  Do not answer before the question is

13  translated.  Do not look to the right-hand side of your

14  counsel's table while you are testifying because those two

15  individuals cannot provide you with an answer.

16          Please focus your eyes on the lectern and the lawyer

17  asking the questions.

18          And just so you understand that -- what did he just

19  say?

20          THE INTERPRETER:  Understood.

21          THE COURT:  I wasn't finished with my sentence.

22          Just so you understand, following that instruction is

23  actually helpful to you because if I see you looking over at

24  your two colleagues while the question is pending and before

25  you answer, there's a risk that I may conclude that you are

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 79 of 294

Cross-Examination - Roger Wu
79
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    looking for coaching.  If you want to avoid that risk, then

2    don't look over there.

3           Does that make sense?

4           THE WITNESS:  Yes.

5           THE COURT:  Do you understand?

6           THE WITNESS:  Yes.

7           THE COURT:  Let's proceed.

8    BY MR. ROSENTHAL:

9    Q.  Mr. Wu, I believe you testified that Circuitronix was a --

10   a bit or a small customer of Benlida's, correct?

11   A.  Compared to current business, yes, it's small.

12   Q.  You didn't qualify your testimony to Mr. Mazzola that way,

13   did you?

14   A.  I'm sorry?

15   Q.  I'll repeat my question.

16          THE COURT:  Sir, why are you speaking in English?  I

17   just heard you say "I'm sorry."  You should be saying that in

18   Cantonese with the interpreter translating.

19          THE WITNESS:  Okay.

20          MR. ROSENTHAL:  I'll repeat the question.

21   BY MR. ROSENTHAL:

22   Q.  When Mr. Mazzola asked you if Circuitronix is a bit or

23   small customer, you testified yes, correct?

24   A.  Yes.

25   Q.  And a moment ago you just clarified the time period that

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 80 of 294

80
Cross-Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    you are referring to; is that right?

2    A.   Yes.

3    Q.   So you're saying now that's an accurate statement, that

4    they're a small customer, right?

5    A.   Yes.

6    Q.   But previously you would admit they were a significant

7    customer of Benlida?

8    A.   Prior to 2020, yes.

9    Q.   Prior to 2020?

10   A.   Yes.

11   Q.   Okay.  But in 2021, a customer who provides Benlida with

12   8 percent or 9 percent of its sales would be relatively large,

13   correct?

14   A.   Not correct.

15   Q.   I'm incorrect that a customer that provides 8 percent or

16   9 percent of Benlida's sales would be considered relatively

17   large?

18   A.   That's correct.

19   Q.   It's correct that I'm incorrect, right?

20   A.   Yes.

21   Q.   Okay.  Let me ask you to turn to Page 21 of Exhibit 3, your

22   2021 financial statements.

23   A.   Yes.

24   Q.   Actually, look at Page 20, the bottom.

25           MR. ROSENTHAL:  This is Exhibit 3, Your Honor.

1          THE WITNESS:  Yes.

2   BY MR. ROSENTHAL:

3   Q.  You see at the bottom of Page 20 there's a number 4, and it

4   says "accounts receivable"?

5   A.  Yes.

6   Q.  Page 21 it carries over, and there's a chart?

7   A.  Yes.

8   Q.  And it says, "Units with relatively large accounts

9   receivable as of the end of the period are as follows"?

10  A.  Yes.

11  Q.  And companies that are classified as relatively large have

12  as little as 5.77 percent of the accounts receivable of

13  Benlida, correct?

14  A.  Yes, these are account receivable.

15  Q.  Right.  So in other words, Customer E, which had 5.77

16  percent of Benlida's accounts receivable, was considered a

17  relatively large customer?

18  A.  Yes.  But this is account receivable, it's different than

19  the net income.

20  Q.  And if you add up these customers, five customers, A, B, C,

21  D and E, it shows that, in 2021, more than 60 percent of

22  Benlida's accounts receivables were from five companies alone?

23  A.  Yes.

24  Q.  Let me turn to a different subject.  You testified about a

25  Zoom meeting that took place on, I think, November 17, 2022?

1   A.   Yes.

2   Q.   And you participated in that meeting, correct?

3   A.   Yes.

4   Q.   It began at approximately 9 o'clock at night in China,

5   correct?

6   A.   It should be.

7   Q.   And it lasted anywhere from two and a half to three hours?

8   A.   Yes.

9   Q.   And this was a meeting over Zoom where Circuitronix was

10  trying to learn additional information about Benlida's

11  financials, correct?

12  A.   Yes.

13  Q.   And the meeting ended, it was close to midnight in China,

14  correct?

15  A.   Yes.

16  Q.   I believe you said that Circuitronix has been paying late

17  or something to that effect, correct?

18  A.   Yes.

19  Q.   And you said to Mr. Mazzola that Benlida's cash position

20  would be stronger if Circuitronix paid on time?

21  A.   Yes.

22  Q.   And you said you joined the company in 2018, correct?

23  A.   Yes.

24  Q.   Are you aware of the fact that, pursuant to the terms of

25  the agreement between Benlida and Circuitronix, that since

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 83 of 294
Cross-Examination - Roger Wu
January 13, 2023
83
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    2019, Circuitronix has had to prepay Benlida for its orders?

2    A.   Yes.

3    Q.   And Circuitronix has been prepaying for its business with

4    Benlida since 2019, correct?

5    A.   Yes, since 2019 they prepaid with their order, but

6    previously it hasn't been paid.

7    Q.   So when you were certifying about Circuitronix not paying

8    and it impacting Benlida's cash flow, you were talking about a

9    historical dispute before 2019, correct?

10   A.   Correct.

11   Q.   In fact, that's what this lawsuit is about, right?

12   A.   Yes.

13   Q.   Are you familiar with the fact that Benlida sued

14   Circuitronix for these outstanding moneys that it claims it is

15   owed?

16   A.   Yes.

17   Q.   Let me come back to the Zoom call.  Mr. Mazzola asked you

18   some questions about an email.  Let me start with the first one

19   chronologically.

20        Exhibit 18.  Do you have that up there?

21   A.   Yes.

22   Q.   Okay.  And this is an email between Celin Astudillo and

23   Rishi Kukreja, dated November 21, 2022.  And the subject line

24   on the email says, "Conference call Thursday, November 17th,"

25   do you see that?

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 84 of 294
Cross-Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS
84

1  A.  Yes.

2  Q.  Okay.  Do you remember Mr. Mazzola asked you a number of

3  questions about this document?

4  A.  Yes.

5  Q.  Had you seen this document prior to today in court?

6  A.  Previously, yes.

7  Q.  Did you see it close in time to the date that it was sent,

8  Monday, November 21st?

9  A.  I don't quite remember the time period, but it shouldn't be

10  later -- any later than that.

11  Q.  I'm not sure I understood your testimony.  So are you --

12  let me clarify.  Are you saying that you believe that you saw

13  this email at some point during your business at Benlida prior

14  to today's proceeding?

15  A.  Yes.

16  Q.  Okay.  So let me ask you a few questions about it.  I think

17  you testified that the conversation during the Zoom call was

18  focused on Benlida's cash flow, correct?

19  A.  Yes.

20  Q.  Because Circuitronix had expressed concern about Benlida's

21  ability to do that, correct, to pay its debts?

22  A.  Yes.

23  Q.  Number 1 in Exhibit 18 has a discussion about raw materials

24  and Benlida's inventory, do you see that?

25  A.  Yes.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 85 of 294

Cross-Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS
85

1   Q.  Do you remember that during the Zoom conversation,

2   Circuitronix raised questions about that?

3   A.  I remember the talk, but I do not remember exactly the

4   detail.

5   Q.  Okay.  Let me ask you about Paragraph 2.  Do you remember,

6   if you look at the last line of it, Mr. Mazzola asked you about

7   this, where it says, "CTX mentioned also that consistently

8   Benlida has faced cash-flow shortages," you remember that CTX

9   had made that point on the conversation on Zoom?

10  A.  Not really remember.  Only after I read this document, I

11  saw the question.

12  Q.  You don't dispute that Circuitronix may have raised that

13  question during the Zoom call, do you?

14  A.  I remember mention of Benlida cash-flow problem but did not

15  mention anything about continuously.

16  Q.  And to shortcut things here, your testimony to Mr. Mazzola

17  was that you dispute Circuitronix's characterization of

18  Benlida's financial status, right?

19  A.  Correct.

20  Q.  But you don't dispute that during the Zoom call,

21  Circuitronix was raising these questions about Benlida's

22  financials that are listed in Exhibit 18, correct?

23  A.  At that time we did not agree with them they think we have

24  risks.

25          MR. ROSENTHAL:  They think we have what,

```
 1   Ms. Translator?

 2         THE INTERPRETER:  That they think we have risks.

 3   BY MR. ROSENTHAL:

 4   Q.  Risk.  So just to be clear, the things that are documented

 5   in Exhibit 18, the items, were the subject of the Zoom

 6   discussion, correct?

 7   A.  Yes.

 8   Q.  But you disagree with Circuitronix's interpretation of the

 9   evidence?

10   A.  Correct.

11   Q.  Just a quick question on something unrelated.  What was the

12   date that ROK stopped its operations?

13         THE INTERPRETER:  The interpreter need to verify the

14   date.

15         THE WITNESS:  I roughly remember it's at 2018, but I

16   don't quite remember exactly.

17   BY MR. ROSENTHAL:

18   Q.  Before you joined the company, Benlida?

19   A.  After.

20   Q.  So you testified about a new loan, a new line of credit

21   that Benlida just got in October of 2022, do you remember that?

22   A.  Yes.  Yes.  Yes.

23   Q.  And you mentioned that was the Bank of Guangzhou?

24   A.  Guangzhou.

25   Q.  I was trying to pronounce it correctly.
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 87 of 294

87
Cross Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.  It is a city in Jianghai.

2    Q.  Jianghai, okay.  That's a -- is that a new banking

3    relationship for Benlida, or had that bank been providing

4    credit to Benlida before?

5    A.  It's a new bank.

6    Q.  New bank.  Did Benlida approach existing banking customers,

7    banking relationships for this loan?

8    A.  Yes.

9    Q.  And did they say no, they would not give Benlida additional

10   lines of credit?

11   A.  No.

12           THE INTERPRETER:  Interpreter need to clarify

13   question.  I'm sorry, I don't think I quite get your question.

14   You mean the current bank that they deal with or the bank --

15           MR. ROSENTHAL:  Yes.  I'm -- can I --

16           THE INTERPRETER:  I'm sorry, I translated wrong to

17   him.

18           MR. ROSENTHAL:  Okay.  So let me just restate my

19   question.

20           THE INTERPRETER:  Okay.

21   BY MR. ROSENTHAL:

22   Q.  My question is, did the old banks, the existing banks that

23   I believe the witness testified Benlida spoke to declined to

24   give new credit for this Jianghai factory?

25   A.  Not that we are not willing but we probably is not in the

1   same city.

2   Q.  If they're not in the same city, why did you go to them at

3   all?

4   A.  Because they have a branch in that Jianghai.

5   Q.  So they are in that city?

6   A.  Because our business relationship deal with the bank, with

7   the one in Jianghai, there's not really has a --

8       (The court reporter requested a repeat or clarification.)

9           THE INTERPRETER:  They don't have really communication

10  that they can connect to it.

11          MR. ROSENTHAL:  Did you say connect to it?

12          THE INTERPRETER:  Connection to it.

13          MR. ROSENTHAL:  Connection.  Let's move on.

14  BY MR. ROSENTHAL:

15  Q.  Now, you remember that the subject of this new factory in

16  Jianghai came up during the November 17th Zoom conversation

17  with Circuitronix?

18  A.  Yes.

19  Q.  Because you were on that Zoom conversation?

20  A.  Yes.

21  Q.  At the beginning of your testimony, Mr. Mazzola asked you

22  if a variety of different people were on that Zoom

23  conversation, right?

24  A.  Yes.

25  Q.  And you said yes, yes, yes, yes.  And you said that I was

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 89 of 294
Cross Examination - Roger Wu
89
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1  on that Zoom conversation, correct?

 2  A.  I did say yes earlier, but let me think about it.  I can't

 3  remember exactly were you there, but I remember Chelsea and the

 4  other one is there.

 5  Q.  So when you testified earlier yes, that I was on the Zoom

 6  conversation, that's not accurate, correct?

 7  A.  It should be I don't remember.

 8  Q.  That was the answer that you should have given, you mean?

 9  A.  Yes.

10  Q.  Okay.  And you were also asked some questions about

11  Exhibit 16, do you have that up there?

12  A.  Yes.

13  Q.  And Paragraph 3 on that document talks about the new

14  factory in Jianghai?

15  A.  Yes.

16  Q.  You see where it says in the first line, "The second major

17  hurdle is based upon information we learned for the first time

18  last week."  Do you remember on the Zoom conversation that

19  Mr. Kukreja was surprised to learn about this new factory in

20  Jianghai China?

21  A.  I don't quite remember this.

22  Q.  Okay.  You don't remember a statement by Benlida during the

23  conversation -- strike that.

24      Do you remember your testimony today when Mr. Mazzola asked

25  you to show the Court where -- where in Benlida's financial

1    statement the new factory investment is recorded, do you

2    remember that?

3    A.   Yes.

4    Q.   And you directed us to -- or the Court to look at

5    Exhibit 4, the quarterly financial statement?

6    A.   Yes.

7    Q.   Line 16, long-term equity investment on the balance sheet?

8    A.   Yes.

9    Q.   During the Zoom conversation, nobody at Benlida made the

10   point of saying, Look, here's where it's reported on our

11   financials, did they?

12   A.   At that time I don't think this was point out, so we didn't

13   say anything.

14   Q.   You're saying that you don't believe that Circuitronix

15   raised the question during the Zoom call of how Benlida was

16   financing this new factory?

17   A.   They did ask where the financial support coming, the

18   resource coming from, but they did not mention where it show on

19   the financial report.

20   Q.   But Benlida didn't volunteer that information either, did

21   it?

22   A.   We only mentioned where the financial support coming from.

23   Q.   Right.  And --

24   A.   Because that's two different part of question.

25   Q.   Okay.

1   A.   You ask the question is where the money come from, then

2   earlier the question when you say where the money show up.

3   Q.   And, in fact, what Benlida told Circuitronix on that Zoom

4   call was that the new factory would be funded with additional

5   equity from current or new shareholders, correct?

6   A.   Part of them is from the stockholder for the additional.

7   Q.   Part of it you're saying?

8   A.   Yes.

9   Q.   But during the Zoom conversation, Benlida didn't say part

10   of it, it said that's where the money's coming from, correct?

11   A.   No, we did mention that part of resource where the money

12   come from.

13   Q.   Oh, so you mentioned during the Zoom conversation this new

14   bank that was -- gave a loan just a couple weeks before the

15   Zoom conversation?

16   A.   No.

17   Q.   You never told Circuitronix about that new line of credit?

18   A.   Because we got approved in October, but contract was signed

19   just a few days ago.

20   Q.   You got approved in October, but the Zoom conversation

21   about Benlida's financials was on November 17th, correct?

22   A.   Yes.   Can I add to it?   Because at that time approval, it

23   was under certain restriction and condition, so we have to wait

24   until after the contract signed before we can --

25   Q.   Before you can what?

1  A.  Before we can announce.

2          THE COURT:  I'm sorry, before we can what?

3          THE WITNESS:  Announce the --

4          THE COURT:  Announce.

5  BY MR. ROSENTHAL:

6  Q.  So you couldn't even announce it to Circuitronix in a

7  confidential conversation with a business partner?

8  A.  Because at that time we still have to -- we still have to

9  verify other condition to -- to meet their requirement.

10 Q.  Okay.  And you testified here today that the size of that

11 line of credit was in dollars, approximately $14.8 million,

12 correct?

13 A.  Yes.

14 Q.  That's a significant amount of money, do you agree?

15 A.  Yes.

16 Q.  I'm getting to the end of my question here.  Mr. Mazzola

17 asked you about the end of the audited 2021 financial

18 statement, Exhibit 3, Page 31.  Do you remember that?

19 A.  Yes.

20 Q.  I think you pointed us to that page for something?

21 A.  Yes.

22 Q.  And you're aware -- are you aware of how much money Benlida

23 is asking Circuitronix to pay it in this lawsuit?

24 A.  Yes.

25 Q.  And it's over $13 million that it's claiming?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 93 of 294

93
Cross-Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1    A.   Yes.

 2    Q.   And you're aware that Circuitronix has asserted a

 3    counterclaim against Benlida for more than a million dollars,

 4    correct?

 5    A.   Can you repeat the question?  I'm sorry.

 6    Q.   Yes.  Are you also aware that Circuitronix is asserting a

 7    counterclaim against Benlida for more than a million dollars?

 8    A.   I'm not very certain that I'm very clear with this.

 9    Q.   Okay.  But you know about the $13 million claim that

10    Benlida is asserting against Circuitronix?

11    A.   Yes.

12    Q.   And you would consider that to be a significant claim, a

13    significant amount of money?

14    A.   Yes.

15    Q.   And you testified that you have an obligation under Chinese

16    law to be truthful in providing information to the auditors,

17    correct?

18    A.   Yes.

19    Q.   Yet Benlida represented to its auditors in 2021, and I'm

20    reading from Page 31, that, quote, The company has no

21    significant pending litigation or arbitration and has no

22    contingent liabilities that should be disclosed.

23    A.   Yes.

24         MR. ROSENTHAL:  No further questions, Your Honor.

25         THE COURT:  So, thank you.  It is now 12:42, so that

Redirect Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    means that you took up 1 hour and 4 minutes.

 2              Any redirect?

 3              MR. MAZZOLA:  One second, Judge.

 4              THE COURT:  I'm sorry?

 5              MR. MAZZOLA:  One second, Your Honor.

 6              THE COURT:  Oh, sure.

 7              MR. MAZZOLA:  I want to confer.

 8              THE COURT:  Sure.

 9        (Pause in proceedings.)

10              THE COURT:  So I take it --

11              MR. MAZZOLA:  Yes, Your Honor, one -- one question.

12              THE COURT:  Sure.

13              MR. MAZZOLA:  And it's never one, but I'll try to keep

14    it to one.

15              THE COURT:  So why set yourself up for failure?

16              MR. MAZZOLA:  I don't know.

17              THE COURT:  So it is now 12:44.

18                          REDIRECT EXAMINATION

19    BY MR. MAZZOLA:

20    Q.  Roger, Mr. Rosenthal was just asking you about the

21    $13 million claim that Benlida has against CTX.  And in that

22    question, Mr. Rosenthal asked you to look at Page 31?

23    A.  Yes.

24    Q.  And Mr. Rosenthal was asking why the litigation against

25    Circuitronix is not reflected there?
```

January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1      THE COURT:  No, sir, he didn't ask that question.  He

2  simply pointed out that it was not there.  He didn't ask why.

3      MR. MAZZOLA:  Well, then I will -- I will stand

4  corrected, Your Honor.

5  BY MR. MAZZOLA:

6  Q.  That litigation is not present in this contingent matter

7  section, and that's your claim for 13 million.  Why is it not

8  there?

9      THE INTERPRETER:  Interpreter need to clarify.

10      THE WITNESS:  Okay, because the CTX at the account

11  receivable did adjustment and tried to decrease the -- the

12  value of the account receivable.  So in the report, it doesn't

13  show it's 13 million --

14      THE COURT REPORTER:  I'm sorry, doesn't show it's 13

15  million -- that last part?

16      THE WITNESS:  That extreme.

17  BY MR. MAZZOLA:

18  Q.  Are you saying Benlida already wrote off much of the

19  $13 million?

20  A.  Not the whole thing.  At the end of 2021, roughly about

21  7 million.

22  Q.  Was written off?

23  A.  We decreased to 7 million.

24      MR. MAZZOLA:  Thank you, Your Honor.

25      Thank you, Roger.

Redirect Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          I have no further questions.

2          THE COURT:  All right.  So it is now 12:47, so you

3    took up a full 3 minutes.

4          And we're going to be taking a lunch recess now.

5    We'll be back ready to begin testimony at 1:48, so please be in

6    your seats before then.

7          We'll be in recess, thank you.

8          COURT SECURITY OFFICER:  All rise.

9          MR. COLE:  Your Honor, I just have one quick question

10   off the record.

11         THE COURT:  Wait, wait.  I don't go off the record

12   often, so whatever you have to say, unless it's a personal

13   health matter --

14         MR. COLE:  It can be off the record.

15         THE COURT:  Let me finish.  It will be on the record.

16         And lawyers always do this as I start to get up and

17   walk off the bench.  So what is it that's so important, sir?

18         MR. COLE:  I apologize, Your Honor, I didn't want to

19   interrupt.  Is it all right if we --

20         THE COURT:  Interpreter.

21         Yes, sir?

22         MR. COLE:  Is it all right if we leave our things

23   during the lunch break?

24         THE COURT:  Trina, will we be locking the courtroom?

25         THE COURTROOM DEPUTY:  Yes.

Redirect Examination - Roger Wu
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          THE COURT:  Okay.  The courtroom will be locked, so if

2    you would like to leave your materials here, you can.

3          MR. COLE:  Thank you, Your Honor.

4          COURT SECURITY OFFICER:  All rise.

5        (A lunch recess was taken at 12:49 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1                     A F T E R N O O N   S E S S I O N

2          (Time 1:47 p.m.)

3               THE COURTROOM DEPUTY:  All rise.

4               MR. ROSENTHAL:  I think I saw them outside.  I could

5     go and get them.

6               THE COURT:  Please be seated, if you don't mind.

7     Thank you.

8          (Pause in proceedings.)

9               MR. LERNER:  Judge, may I get clarification about the

10    timing?  The question is when you allot three hours, is it

11    three hours of questioning per side?  We have an hour and 48

12    minutes with our witness on direct and then a few minutes for

13    redirect.  Does that count?

14              THE COURT:  The answer to your question is already

15    contained in a written order that I entered quite some time

16    ago.  But to the extent that you didn't remember, the ruling is

17    the three hours covers everything, direct, redirect, cross, all

18    questioning of any type.

19              MR. LERNER:  Um-hmm.

20              THE COURT:  So, before we continue with our next

21    witness, does anybody anticipate a need to recall Mr. Wu, who I

22    now see sitting in the courtroom?

23              MR. ROSENTHAL:  No, Your Honor.

24              MR. MAZZOLA:  No, Judge.

25              THE COURT:  All right.  So that would mean there's no

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 99 of 294
Proceedings
99
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    further need for the witness sequestration rule, as far as I

2    could tell.  Does anybody disagree?

3            MR. MAZZOLA:  No, Your Honor.

4            MR. ROSENTHAL:  No.

5            THE COURT:  I see nobody indicating yes.

6            Mr. Wu, you're free to remain in the courtroom.

7        (Witness excused.)

8            THE COURT:  Call your next witness, please.

9            MR. MAZZOLA:  Judge, before we start, I do have one

10   question regarding the use of the exhibits.  I do recall before

11   we started, myself and Mr. Rosenthal, in conjunction with

12   Your Honor, reached a stipulation that if it was in our binder,

13   it was in -- admitted.  And there may have been one or two

14   times, Your Honor, during my direct examination where

15   Your Honor said, Do you want to admit that into evidence?  And

16   I did, but I just want to clarify so that we have a complete

17   and proper record.

18           THE COURT:  That was not my understanding.  My

19   understanding wasn't that every single exhibit in the binders

20   were admitted.  My understanding was that you were simply

21   giving me these binders for convenience and on an exhibit by an

22   exhibit basis, if you wanted to introduce them, you could.  But

23   if I misunderstood, I'm happy to revisit the issue.

24           So, Mr. Rosenthal, is it your position that every

25   exhibit in one binder, which is I guess your own binder, which

1  is 39 exhibits, and all of the exhibits in the Plaintiff's

2  binders, which would be, they're not numbers, they're letters

3  for some reason, A through Q, so is it your position that all

4  of those exhibits are now admitted and are in evidence?

5       MR. ROSENTHAL:  Yes, Your Honor.  We -- we actually

6  agreed that they could be admitted as long as we our preserving

7  our arguments on both sides to relevance and weight.  But we

8  have no problem, no evidentiary objections to them coming in

9  evidence.  And I don't foresee there being any relevant

10 objection that would be sufficient to carry the day to exclude

11 it under 401 anyway.

12       THE COURT:  All right.

13       MR. ROSENTHAL:  It would be easier for everyone if

14 they're just treated as admitted.

15       THE COURT:  I'm just waiting for Mr. Mazzola to finish

16 chitchatting with his fellow team members.

17       MR. MAZZOLA:  I'm okay, Your Honor.

18       THE COURT:  So all of the exhibits in the Defense

19 binder, 1 through 39, and all the exhibits in the Plaintiff's

20 binder, A through Q, by stipulation are admitted into evidence.

21    (Defendant's Exhibit Nos. 1 through 39 were identified and

22     admitted into evidence.)

23    (Plaintiff's Exhibits A through Q were identified and

24     admitted into evidence.)

25       THE COURT:  I know, Mr. Rosenthal, that you gave me a

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   list of all the exhibits that you say were tucked into the
2   front sleeve.  Do you have a similar list, Mr. Mazzola, of your
3   exhibits?
4           MR. MAZZOLA:  Yeah, there's list of the -- should be
5   the first page of the binder, Judge.
6           THE COURT:  All right.  I see it.
7           Trina, do you have a copy of that list as well?  It's
8   in the white binder.  No?
9           THE COURTROOM DEPUTY:  No.
10          MR. ROSENTHAL:  Incidentally, Your Honor, the only
11  thing that's worth noting for avoidance -- for avoidance of
12  confusion, if you look at the Defense list, we've also listed
13  where the two parties' exhibits coincide.  So some things --
14  you're going to get multiple copies of some things in those two
15  different binders.  But the Defense exhibit list has both of
16  them listed so you can see what they are.
17          THE COURT:  Mr. Mazzola, who is your next witness,
18  sir?
19          MR. MAZZOLA:  Yes, Your Honor, Benlida calls
20  Tracy Huang.
21          THE COURT:  Do we need an interpreter?
22          MR. MAZZOLA:  No, we're going to proceed without the
23  interpreter, Your Honor.
24
25

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 102 of 294                                                                 102

Direct Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1                    (Time 1:53 p.m.)

 2                     TRACY HUANG,

 3   a witness for the Plaintiff testified as follows:

 4            THE WITNESS:  Yes, I do.

 5            THE COURTROOM DEPUTY:  Please state your name for the

 6   record and spell your last name.

 7            THE WITNESS:  I am Sulan Huang, S-U-L-A-N, H-U-A-N-G.

 8            THE COURTROOM DEPUTY:  Thank you.

 9            THE COURT:  Before we begin and I note the time, I am

10   just curious, this didn't specifically come up, but I'm just

11   curious.  During this often-discussed Zoom meeting in November

12   where Mr. Wu was participating, were all those conversations in

13   English?  Do you know, Mr. Mazzola?

14            MR. MAZZOLA:  Yes, they were, Judge.

15            THE COURT:  They were.  I had a feeling.

16            MR. MAZZOLA:  But --

17            MS. GUAN:  I assisted in the translations, Your Honor.

18            THE COURT:  Fair enough.  It is now 1:54.

19            MR. MAZZOLA:  Okay.

20                    DIRECT EXAMINATION

21   BY MR. MAZZOLA:

22   Q.  Good afternoon, Tracy.

23   A.  Good afternoon.

24   Q.  You've been sworn in.

25       How long have you worked for Benlida?
```

Direct Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1   A.   22 years.

 2   Q.   And what is your role with Benlida?

 3   A.   I am the sales director of Benlida.

 4   Q.   And how long have you been the sales director?

 5   A.   Since 2012, so that means 11 years.

 6   Q.   And you are aware that a lawsuit was brought by Benlida

 7   against CTX?

 8   A.   Yes.

 9   Q.   And you're also aware that you're here today for

10   evidentiary hearing regarding a dispute over the settlement

11   agreement?

12   A.   Yes.

13   Q.   Did there come a time when you understood that the case

14   between Benlida and Circuitronix was settled?

15   A.   Yes.

16   Q.   When was that?

17   A.   It should be I remember is November 7, when we signed and

18   send back the settlement agreement and the revised

19   manufacturing agreement to you to pass to Circuitronix.

20   Q.   Do you remember that day as November 7?

21   A.   November 7 or November 8 because we have the time

22   difference between China and U.S.

23   Q.   You remember November 7th as the effective date of the

24   settlement agreement; is that correct?

25   A.   Yes.
```

Direct Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Q.  Do you remember a time when signatures on this settlement

2    agreement were exchanged before November 7th?

3    A.  Before November 7th is 1st of November.

4    Q.  And what do you recall then?

5    A.  First of November we signed the first version of the

6    settlement agreement, and I make the revised manufacturing

7    agreement.  And then after that, two days or -- yeah, it should

8    be two days after, we got your notice.  You send us email and

9    saying that Circuitronix put out two or three minor change on

10   the terms.  But they said minor, but I think that the important

11   one is the one -- the period of the RMA, so.

12   Q.  What do you remember about Circuitronix's request for a

13   change to the RMA?

14   A.  The period on the RMA date change from five years to ten

15   years.

16   Q.  And what was Benlida's response to that?

17   A.  We say yes after we discuss internally.

18   Q.  What's the next thing you recall with respect to this

19   settlement agreement?

20   A.  So after we sign and send to you, and then one or two days

21   after and then big boss, I said big boss means the director of

22   Benlida Group, Mr. Huang.  He asked me about did you see Rishi

23   sign the agreement, and then I -- I send email to you or call

24   you, I cannot remember.  And then JC, you, told me that you got

25   the text from Chauncey that Rishi already signed.  But we never

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 105 of 294

105

Direct Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    saw the initial.

2    Q.  Tracy, your name was -- you're not related to Mr. Huang,

3    are you?

4    A.  No, not related.

5         MR. MAZZOLA:  I've got a document, Your Honor, I'd

6    like to use.

7         THE COURT:  Is it already in the binders?

8         MR. MAZZOLA:  It is not already in the binders.

9         May I approach the witness?

10        THE COURT:  You may.  Do you have an exhibit number on

11   the document?

12        MR. MAZZOLA:  Well, I need to put one on it, so I

13   think we'll have to go to the next one on the list.  It would

14   be our Exhibit R.

15        May I write it on this, Your Honor?

16        THE COURT:  I think it would be better if you handed

17   it up to my deputy, and she will put an exhibit sticker on it.

18        MR. MAZZOLA:  There you go, Trina.

19        May I approach the witness, Judge?

20        THE COURT:  Yes.

21        Have you shown a copy to the Defense counsel?

22        MR. MAZZOLA:  I have, Judge.

23        THE COURT:  All right.  So just to save time, are you

24   seeking to introduce this?

25        MR. MAZZOLA:  I'm actually -- yes, I am seeking to

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 106 of
294                                                                                           106
Direct Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    introduce it.
 2                THE COURT:  Any objection?
 3                MR. ROSENTHAL:  No, Your Honor.
 4                THE COURT:  Without objection, Plaintiff's Exhibit R
 5    is now in evidence.
 6                MR. MAZZOLA:  This is the wrong exhibit.
 7                THE COURT:  I'm sorry?
 8                MR. MAZZOLA:  This is the wrong exhibit.
 9                THE COURT:  You want us to hand it back to you?
10                MR. MAZZOLA:  Yes, please, Judge.
11                THE COURT:  All right.  We'll hand that back to you.
12    BY MR. MAZZOLA:
13    Q.  So, Tracy, you recall a conversation with me; is that
14    correct?
15    A.  Yes.
16    Q.  And during that conversation, you recall what related to
17    this signature from Circuitronix?
18    A.  We ask about the signed it one from Circuitronix, and then
19    you said that Chauncey text you that Rishi already signed.
20    Q.  What happened next?
21    A.  And after that, because you told me that they already
22    signed, so according to the agreement, we should submit the
23    financial report.
24    Q.  And were the financial reports submitted to CTX?
25    A.  Yes.
```

Direct Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Q.  And when were those financial reports submitted to CTX?

2    A.  It should be 9, 9 of November.  November 9th I think.

3    Q.  Prior to the financial reports being submitted to CTX, do

4    you have any recollection of any other communications from

5    CT -- from CTX?

6    A.  During that week we didn't, and then maybe the last date,

7    we should have the -- get the answer because, according to the

8    agreement, we give them five day to reveal the financial

9    report.  I think the last day they said that they have

10   questions.

11   Q.  Well, what I'm getting at, Tracy, is after the signatures

12   were given to me again --

13   A.  Um-hmm.

14   Q.  -- I think that's what you said?

15   A.  Um-hmm.

16   Q.  Do you recall anything happening between that time period

17   and the time that you authorized me to release the financials

18   to CTX?

19   A.  There is still some discussion about the terms on the

20   price.

21   Q.  Can you explain that to the Judge?

22   A.  Because that is pretty complicated, we have existing part

23   number and then we have new order, so at that time the terms on

24   the price didn't -- means -- we think that if you have some

25   misunderstanding on some words so that's why Rishi change the

1    terms and then send to us to confirm again.

2    Q.  And what was Benlida's position with regard to the request

3    for change of terms on November 8th?

4    A.  All say yes.

5    Q.  And then after that?

6    A.  And then after that we submit the financial report.

7    Q.  And then what's the next thing you recall?

8    A.  The next thing is that we give them five day to reveal the

9    financial report.  And then at the last day, they said that

10   they have questions, and they want a conference call to

11   discuss.

12   Q.  And that's the Zoom call?

13   A.  Yes.

14   Q.  And the Zoom call was had when?

15   A.  17 -- November 17.

16        MR. MAZZOLA:  May I approach the witness, Your Honor?

17        THE COURT:  Yes.

18        MR. MAZZOLA:  Judge, I'm bringing up -- they're

19   Plaintiff's B and A.

20        MR. ROSENTHAL:  Those are numbers 1 and 2 as well,

21   Your Honor.

22   MR. MAZZOLA:

23   Q.  Tracy, I'm going to hand you two documents that are

24   admitted into evidence.  They are Plaintiff's A and B and

25   Defendant's 1 and 2.

Direct Examination- Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   BY MR. MAZZOLA:

2   Q.  Do you recognize those documents?

3   A.  Yes.

4   Q.  What is the one in the A tab?

5   A.  Pardon?

6   Q.  That first one, yes.

7   A.  So can you repeat your question?

8   Q.  What is that document you're looking at, the first one?

9   A.  This is the -- first one is the settlement agreement.

10  Q.  And what is the second one?

11  A.  Second one is a revised manufacturing agreement.

12  Q.  And is there a signature page affixed to both of those?

13  A.  Ah, yes.

14  Q.  Do you see CTX's signature there?

15  A.  No.  Only our signature.

16  Q.  Have you ever seen CTX's signature?

17  A.  No.

18  Q.  And then what happened next?

19  A.  We have Zoom call and discuss several hour about the

20  financial.

21  Q.  And then?

22  A.  And then around several days after, I cannot remember exact

23  how many days after that, and then we receive your call and

24  also email saying that they put out that they terminate the

25  settlement agreement.

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  Q.  Tracy, is it -- Tracy, is it your understanding that

2  Benlida had a settled case?

3  A.  Yes.

4          MR. MAZZOLA:  Thank you.

5          THE COURT:  By thank you and sitting down, does that

6  mean you're done?

7          MR. MAZZOLA:  I beg your -- I beg your pardon, Judge.

8  I'm done with the questioning.  I'm sorry.

9          THE COURT:  All right.  Listen, lawyers have all

10  different styles, and I haven't seen that style before.

11          All right.  Fair enough.  So it's now 2:08 so that

12  took you 14 minutes.

13          Mr. Rosenthal, do you have any cross?

14          MR. COLE:  We do, Your Honor, if it's all right with

15  the Court, we've divided the witnesses.

16          THE COURT:  Sure.

17          MR. COLE:  And may it please the Court, my name is

18  Chauncey Cole, Your Honor.

19          THE COURT:  Yes, sir.

20          It's now still 2:08.

21          MR. COLE:  Thank you, Your Honor.  May I proceed?

22          THE COURT:  Yes.

23          MR. COLE:  Thank you, sir.

24

25

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1                    **CROSS-EXAMINATION**

2    BY MR. COLE:

3    Q.  Good afternoon, ma'am.

4    A.  Good afternoon, sir.

5    Q.  My name is Chauncey Cole.  Your name is Huang Sulan; is

6    that correct?

7    A.  Yes.

8    Q.  All right.  But you use the name Tracy when dealing with

9    Westerners --

10   A.  Yes.

11   Q.  -- is that right?

12   A.  Yes.

13   Q.  All right.  So if we see those names in some documents,

14   that's you, correct?

15   A.  Yes.

16   Q.  How long have you worked for Benlida?

17   A.  22 years.

18   Q.  All right.  And for purposes of this case, you are

19   Benlida's corporate representative; is that correct?

20   A.  Ah, yes.

21   Q.  You try to do what's best for Benlida, is that right?

22   A.  Of course.

23   Q.  You're a loyal employee of 22 years, right?

24   A.  Yes.

25   Q.  All right.  Try to do the best you can to help the company;

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 112 of
294
Cross-Examination - Tracy Huang
112
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   is that correct?

2   A.   Of course.

3   Q.   All right.  And that includes coming here all the way from

4   China to testify, correct?

5   A.   Yes.

6   Q.   All right.  And you did travel all the way from China to be

7   with us here this afternoon, right?

8   A.   Pardon?

9   Q.   You did travel here all the way from China to be with us

10   this afternoon; is that correct?

11   A.   Yes.  Yes.

12   Q.   All right.  And please allow me to say welcome and thank

13   you for being here.  So you're able to travel here to the

14   United States for the court proceedings in this case when that

15   is necessary; is that correct?

16   A.   Yes.

17   Q.   All right.  Who is Huang Xiang Jiang?  And I'll just spell

18   it for the benefit of the court reporter.

19      It's H-U-A-N-G, X-I-A-N-G, J-I-A-N-G.

20   A.   Mr. Huang Xiang Jiang is our big boss.

21   Q.   Big boss?

22   A.   Yes.  He's our boss.

23   Q.   He is the principal owner of Benlida; is that correct?

24   A.   Yes.  Yes.

25   Q.   All right.  And by the way, if I've mispronounced your name

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 113 of 294

Cross-Examination - Tracy Huang
January 13, 2023                                              113
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    or Mr. Huang's name or any of the other Chinese names, I

 2    sincerely apologize for that.  That's my own limitation.  I'll

 3    do the best I can, but please understand if I mispronounce, I

 4    do not mean any disrespect.

 5    A.   Okay.  Thank you.

 6    Q.   And who is Huang Hanchao, H-U-A-N-G, H-A-N-C-H-A-O?

 7    A.   President of Benlida.

 8    Q.   All right.  And is that Mr. Huang's adult son?

 9    A.   Yes.

10    Q.   Okay.  And he's also a part owner of Benlida?

11    A.   Yes.

12    Q.   All right.  And he also works for Benlida as an executive?

13    A.   Yes.

14    Q.   All right.  And you said I think in your direct, you are --

15    even though your family name is also Huang --

16    A.   Um-hmm.

17    Q.   -- you are not related to Mr. Huang or the gentleman that

18    uses the name Douglas, his son; is that right?

19    A.   No, I'm not related with them.

20    Q.   Understood.  Is that -- is that a common family name in

21    Southern China?

22    A.   Southern China, yes, H-U-A-N-G is a common last name.

23    Q.   Understood.

24         Ms. Huang, do you use email to conduct business?

25    A.   Yes.
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 114 of
294
Cross-Examination - Tracy Huang
114
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Q.  Do you ever email back and forth with people from

2   Circuitronix?

3   A.  Yes.  My name, Tracy@Benlida.com.

4   Q.  Okay.  That's your email address, correct?

5   A.  Yes.  Yes.

6   Q.  In the course of your business with Benlida, do you

7   communicate with people from -- and sometimes I'll refer to

8   Circuitronix as CTX; is that all right?

9   A.  It's okay.

10  Q.  Okay.  Thank you.

11      In the course of your business, do you communicate with

12  people from CTX with some regularity?

13  A.  Yes, of course.

14  Q.  How often would you estimate you email back and forth with

15  someone from CTX?

16          THE COURT REPORTER:  I'm sorry, repeat the question

17  slower, please.

18          MR. COLE:  Pardon me.

19  BY MR. COLE:

20  Q.  How often would you estimate that you email back and forth

21  with someone from CTX?

22  A.  Depends on the case, if there's busy season maybe every day

23  several emails.  And some slow season maybe only one or two

24  email maybe a week.  Yeah, depends on case, yeah.

25  Q.  Understood.  Now, the reason we're here today is because

Cross-Examination - Tracy Huang

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    there was a settlement agreement; is that right?

2    A.   Yes.

3    Q.   Okay.  And Benlida is asking the Court, Judge Goodman, to

4    enforce a settlement agreement against my client, CTX; is that

5    right?

6    A.   Yes.

7    Q.   All right.  I want to talk to you about that settlement

8    agreement, okay?

9    A.   Um-hmm.

10   Q.   All right.  Are you aware that there was a mediation that

11   was conducted in this case on June 1, 2022?

12   A.   June 2022, yes.

13   Q.   Okay.  Did you participate in the mediation on behalf of

14   Benlida?

15   A.   Ah, yes, I'm one of the guys who join this mediation.

16   Q.   Okay.  And as a result of the June 1, 2022, mediation, the

17   parties, Benlida and CTX, agreed to a settlement in principle;

18   is that true?

19   A.   Yes, in principle.

20   Q.   All right.  And following that mediation, there was an

21   effort to document the settlement in a long-form agreement that

22   included a new manufacturing agreement, correct?

23   A.   Yes.

24   Q.   All right.  And that process of formalizing the settlement

25   agreement went on for several months; isn't that right?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 116 of 294

Cross-Examination - Tracy Huang
January 13, 2023
116
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   Yes.

2   Q.   Okay.  And CTX and Benlida were able to finalize that

3   long-form settlement agreement on November 7, 2022; is that

4   correct?

5   A.   Yes.

6   Q.   Okay.  And one of the requirements of the settlement

7   agreement was that Benlida would provide CTX with its financial

8   statements; is that correct?

9   A.   Yes.  Yes.

10  Q.   All right.  And Benlida did, in fact, provide the financial

11  statements two days after the agreement was finalized on

12  November 9, 2022, correct?

13  A.   Correct.

14  Q.   All right.  And the terms of the settlement agreement

15  authorized CTX to terminate or void the settlement agreement

16  within five business days of receiving those financial

17  statements if, quote, CTX determines in its sole discretion

18  that BLD, meaning Benlida, faces an unacceptable risk of

19  instability, end quote; isn't that correct?

20  A.   Correct.

21  Q.   All right.  And, in fact, five business days after

22  receiving the financial statements from Benlida on November 17,

23  2022, CTX exercised that option to terminate the settlement

24  agreement; isn't that true?

25  A.   It is a same day or after -- I cannot remember if it is

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   exact last business day that you put out termination.  I cannot

2   remember that.

3   Q.  All right.

4           MR. COLE:  Your Honor, I'd like to introduce

5   Defendant's Exhibit 14 into evidence.

6           THE COURT:  Isn't that already in evidence?

7           MR. COLE:  I believe that -- I believe there was --

8   was there a stipulation that they're all in evidence at this

9   point?  I think so.  All right.

10          THE COURT:  Yeah, so just so -- Counsel, all the

11  exhibits in your binder and all the exhibits in Plaintiff's

12  binder, by stipulation, are in evidence.

13          MR. COLE:  Excellent.  Thank you, Your Honor.

14          THE COURT:  So if you just want to refer me to an

15  exhibit number or letter, that's fine.

16          MR. COLE:  Yes, sir, Your Honor.  I'm going to refer

17  to Defendant's Exhibit No. 14.

18          May I approach the witness and provide her with a

19  copy, Your Honor?

20          THE COURT:  Yes.

21          MR. COLE:  Thank you.

22  BY MR. COLE:

23  Q.  All right.  Ms. Huang, you see that I'm providing you --

24  excuse me one second.

25      I'm providing you a copy of what we marked as Defendant's

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 118 of
294
Cross-Examination: Tracy Huang
January 13, 2023
118
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Exhibit 14.  It is an email from me to your counsel dated

2   November 17, 2022.  Do you see that?

3   A.  Yes.

4   Q.  All right.  And if you look at the back page of the

5   document, there is a letter that is attached to the email.  Do

6   you see that?

7   A.  Yes.

8   Q.  All right.  And it appears on my law firm's letterhead, do

9   you see that?

10  A.  Um-hmm.

11  Q.  All right.  And it's addressed to your lawyers, Mr. Mazzola

12  and Mr. Lerner?  Yes?

13  A.  Yes.  Yes.

14  Q.  Okay.  And the heading there says "Notice of Termination of

15  Settlement Agreement," do you see that?

16  A.  I see that.

17  Q.  All right.  Have you ever seen this document before today?

18  A.  Yes.  Yes.

19  Q.  All right.  So just to clarify the time line, in fact,

20  Circuitronix did provide written notification of termination on

21  November 17, 2022, correct?

22  A.  Correct.

23  Q.  Okay.  Now, Benlida now claims that CTX did not have the

24  right to do that; is that correct?

25  A.  You have the right, but we already signed the agreement and

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   then you say no.

2   Q.   Right.  But doesn't the contract allow us to do that?

3   A.   Contract allow you when you think we have the risk on the

4   financial statement.

5   Q.   Okay.  But isn't -- am I misunderstanding?  I mean, isn't

6   it true that Benlida is here because Benlida is claiming that,

7   under the circumstances, CTX did not have the right to do this?

8   A.   Because English is not my first language, okay?

9   Q.   Um-hmm.

10  A.   So it's my understanding that you have the right to

11  terminate, but we also have the right to disagree to this

12  action, so.

13  Q.   Okay.  So you don't like the fact that we terminated the

14  agreement?

15  A.   Um-hmm, yes, yes.

16  Q.   Okay.  Understood.  But as I understood your testimony, and

17  please correct me if I'm wrong, you're not claiming that we

18  didn't have a contractual right to do that; is that right?

19  A.   I don't know how to answer this question.

20  Q.   Okay.  Well, if we had the right to terminate the contract,

21  and we elected to do that, other than Benlida being unhappy

22  with that, why are we here?

23  A.   Okay.  So I say yes.

24  Q.   Okay.  What is the answer?

25  A.   The answer is that we don't think you can determine because

1  we submit our financial statement, and we do -- there's no

2  clear evidence to show that Benlida have the instant short-term

3  financial risk.

4  Q.  I see.  Is Benlida claiming that Circuitronix, my client

5  Circuitronix, in exercising its right to terminate was somehow

6  acting in bad faith?

7  A.  Yes, we think so.  We think so.

8  Q.  Okay.  Can you give me a shred of evidence that Mr. Kukreja

9  or anybody else at Circuitronix was acting in bad faith?

10  A.  Because we didn't receive the payment since we have this

11  bills happen to now, it means that, at least from 2018, when we

12  come here to -- to -- to discuss and then again and again we

13  still didn't come to agreement, and we didn't receive the

14  money.

15  Q.  Okay.

16  A.  So we think Circuitronix didn't pay the bill.

17  Q.  Okay.  You're talking about the underlying lawsuit?

18  A.  Um, yes.

19  Q.  Okay.  Other than that, do you have any other evidence you

20  want to share with us that my client acted in bad faith by

21  deciding to terminate the agreement?

22  A.  No.

23  Q.  Okay.  I would like to go back to the mediation where the

24  case was originally settled in principle, so we're not confused

25  2022, okay?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 121 of
294
121
Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1   A.  Okay.

 2   Q.  All right.  There was a term that was included right from

 3   the beginning, one of the essential deal points when the

 4   parties agreed to settle the case was that Benlida would

 5   provide information to prove its financial stability.  Do you

 6   recall that?

 7   A.  Yes.

 8   Q.  All right.  In fact, that was in a mediated term sheet that

 9   was -- that was put in writing at the time of mediation.  Do

10   you recall that?

11   A.  Yes.

12   Q.  All right.  And --

13          MR. COLE:  Your Honor, for purposes of time, I'll just

14   refer -- that is Exhibit 24 in the binder.  I don't think we

15   need to go into it in detail, but that is the mediated

16   settlement term sheet for purposes of the record.

17      (Defendant's Exhibit No. 24 was identified.)

18   BY MR. COLE:

19   Q.  Okay.  Now, as we discussed a moment ago, after the

20   mediation, there was a period of time, which started as days,

21   turned into weeks, ultimately became months, where the parties

22   were attempting to document the settlement in long form,

23   correct?

24   A.  Yes.

25   Q.  All right.  And are you aware that during that whole

1    process from June to November of last year, CTX was requesting

2    that Benlida make the financials available for review?

3    A.   That day, I cannot remember this.

4    Q.   Okay.  But the fact is that Benlida did not provide the

5    financial statements until November 9th of 2022, correct?

6    A.   Yes.

7    Q.   Now, strictly speaking, the agreement did not require

8    Benlida to provide the financials earlier than that, right?

9    A.   Yes.

10   Q.   Okay.  Nonetheless, CTX repeatedly requested that the

11   financials be provided for review much earlier than that; isn't

12   that true?

13   A.   I cannot remember.

14   Q.   Okay.  In fact, even though the contract, strictly

15   speaking, did not require it, Benlida could have provided the

16   financials much earlier than November 9, 2022, if Benlida

17   wanted to do that, right?

18   A.   If, yeah.

19   Q.   Okay.  In other words, you didn't have to do that, but you

20   could have, correct?

21   A.   Correct.

22   Q.   And if Benlida wanted to do that, that could have been done

23   in June or July, right?

24   A.   We didn't think it is necessary.

25   Q.   Okay.  But I'm just saying, if you had decided to do it, it

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 123 of 294

123

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   could have been done June, July, August, right?

2   A.   Um.

3   Q.   Could have been September or October even?

4   A.   Yes, because we are a private company, we don't think we --

5   it is necessary at that time.

6   Q.   Right.  So BLD, Benlida, chose not to disclose the

7   financials to Circuitronix until November 9, 2022, correct?

8   A.   Correct.

9   Q.   Basically, Benlida waited until nearly the last possible

10   day under the terms of the contract, isn't that right?

11        MR. MAZZOLA:  I have an objection, somewhat, Judge, to

12   the characterization of that question.

13        THE COURT:  Overruled.

14        THE WITNESS:  So should I answer the question?

15        THE COURT:  Right.  You know, since we haven't

16   explained the rules before, let me just briefly mention them.

17        If a question is asked, and a lawyer objects, there

18   are two rulings usually, either sustained or overruled.

19        THE WITNESS:  Okay.

20        THE COURT:  If I overrule the objection, that means

21   that the witness answers the question.

22        THE WITNESS:  Understood.

23        THE COURT:  If I sustain the objection, then you do

24   not answer the question.

25        THE WITNESS:  Okay.  Thank you.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 124 of 294

124

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          THE COURT:  Sure.

2    BY MR. COLE:

3    Q.  I'm sorry, would you like me to repeat the question?

4    A.  Yes, please repeat.

5    Q.  Yeah, the question was, so basically Benlida decided to

6    wait until nearly the last possible day under the terms of the

7    contract to disclose the financials, correct?

8    A.  Correct.

9    Q.  And so as it turned out, Circuitronix only had five

10   business days to review and analyze the financial statements

11   before making a decision about whether to exercise the right to

12   terminate the contract, correct?

13   A.  Correct.

14   Q.  I'd like to ask you some questions about those financial

15   statements if I can.

16   A.  Ah, because I am not financial people, so I don't think I

17   can answer this professional question.

18          THE COURT:  So, Ms. Huang, we'll take it a question at

19   a time.

20          THE WITNESS:  Okay.

21          THE COURT:  If a question is asked about the

22   financials --

23          THE WITNESS:  Um-hmm.

24          THE COURT:  -- and you don't know the answer --

25          THE WITNESS:  Um-hmm.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 125 of 294

125

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    THE COURT:  -- then you just tell us that you don't
2    know.
3            THE WITNESS:  Okay.  Okay.
4            THE COURT:  But if you do know, then you'll answer.
5            THE WITNESS:  Okay.
6            THE COURT:  And if you know part of the answer but not
7    the other part, just tell us the part that you do know.
8            THE WITNESS:  Okay.  Thank you.  Understood.
9            MR. COLE:  All right.  Your Honor, I'd like to refer
10   to Defendant's Exhibit No. 3, which is a copy of the Benlida
11   2021 financials.
12           THE COURT:  Does the witness have the document in
13   front of her?
14           MR. COLE:  I believe there's a copy on the stand.  If
15   I may approach, I can maybe assist the witness in locating --
16   oh, you have it?  Okay, great.  Thank you very much.
17           THE WITNESS:  Which page?
18           MR. COLE:  Just give me a moment, please.
19   BY MR. COLE:
20   Q.  Let's just look at the first page for a moment.  Have you
21   ever seen this document before today, do you recognize it?
22   A.  Ah, yes.
23   Q.  All right.  Did you have an opportunity at some point prior
24   to today to look at the English translation version, which is
25   the one that we are using as Exhibit 3?

1   A.  Ah, yes.

2   Q.  Okay.  Now, my understanding is this document, Exhibit 3,

3   this covers the full year of 2021; is that right?

4   A.  Yes.

5   Q.  Okay.  Now, if we go to Page 4 of the document, the one

6   that's numbered 4 on the bottom -- just let me know when

7   you're -- when you're there.

8   A.  Yeah, yeah, I'm here.

9   Q.  Okay.  You see there is a date, it says May 25, 2022?

10  A.  Yeah.

11  Q.  Okay.  My understanding is that's the date that the

12  auditors signed off on this; is that right?

13  A.  Yes.

14  Q.  Okay.  So this was essentially, even though it covers the

15  period of 2021, this was finalized as of May 25, 2022; is that

16  right?

17  A.  Yes.

18  Q.  All right.  Now, if we could go to Page 20.  The one that

19  has the number 20 on the bottom.  Just let me know when you're

20  there.

21  A.  Yeah.

22  Q.  Okay.  Great.  I want to direct your attention to --

23  there's a section, it's Section No. VII in roman numerals, and

24  I says, "Description of important items and accounting

25  statements," do you see that?

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   Um, yes.

2   Q.   Okay.  And the first thing that's listed there --

3           THE COURT:  Counsel, I'm sorry, I don't see that here.

4   Oh, I see it, roman numeral VII.

5           MR. COLE:  This is Page 20.  The one that has a 20 on

6   the bottom.

7           THE COURT:  I see it.

8           MR. COLE:  Okay.

9   BY MR. COLE:

10  Q.   And so the first thing that's listed there, it says,

11  "Monetary funds," do you see that?

12  A.   Monetary funds, yes, I see.

13  Q.   Okay.  And then below that there's a table, and so monitory

14  funds consists of cash, bank deposits, other monetary funds,

15  right?

16  A.   Yes.

17  Q.   And then below that, at the bottom of the page, and it

18  continues over onto the next page, there's a section for

19  accounts receivable, do you see that?

20  A.   Can you repeat?

21  Q.   Yeah, the very last thing that's written at the bottom of

22  Page 20, it says -- there's a heading, No. 4, "Accounts

23  Receivable," do you see that?

24  A.   Yes.  Yes.

25  Q.   Okay.  And then -- and then that section continues onto the

Cross-Examination: Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   next page.  Do you see that?

2   A.  Yes.

3   Q.  All right.  And there is some information in this table

4   that says, "Units with relatively large accounts receivable as

5   of the end of the period are as follows."  Do you see that?  On

6   the top of Page 21?

7   A.  Um-hmm.

8   Q.  Yes?

9   A.  Yes.

10  Q.  Okay.  Now, there's a number of customers, it just says

11  Customer A, B, C, D, E, they're not identified by their actual

12  names.  Do you see that?

13  A.  Yes.

14  Q.  Okay.  Is that the way it appears in the original Chinese

15  version of this statement, or was that changed for purposes of

16  the translation?

17  A.  This is the original from our Chinese one.

18  Q.  Okay.  So in other words, you just -- you just write them

19  out there in your own financials as Customer A, B, C, D, you

20  don't say who they are?

21  A.  I am not the accounting, so I don't know whether --

22  Q.  It's okay if you don't know.

23  A.  Yeah, yeah, because what I saw is from the Chinese one is

24  it also only show customer also, A, B, C, D, yeah.

25  Q.  Okay.  Does this strike you as strange in any way that they

1   don't actually say who the -- who the customers are in your own

2   financials?

3   A.   I'm not financial, so I cannot answer your question.

4   Q.   Okay.  Does it seem reasonable to you that somebody

5   reviewing this potentially for purposes of making an investment

6   in Benlida would have a question or concern about that?

7   A.   I don't know because I'm not the accounting.

8   Q.   Okay.  If we go down a little further on Page 21, there's a

9   section No. 7 that says inventory, do you see that?

10  A.   Yeah, inventory.  Yeah, I saw.

11  Q.   All right.  And that includes work in progress, goods

12  finished, and then continuing to the next page there's raw

13  materials.  Those things are included in inventory, correct?

14  A.   Ah, yes.

15  Q.   Okay.  And the inventory, that's basically products or raw

16  materials that you guys have sitting at the factory or perhaps

17  in the warehouse on a shelf somewhere; is that right?

18  A.   Yes.  This I can understand, yes.

19  Q.   All right.  Now, I want to skip down to Page 31, and

20  towards the bottom of Page 31, there's a section, and it's

21  roman numeral VIII, it says "Other important items to note," do

22  you see that?

23  A.   Other important -- yes.

24  Q.   Okay.  And the first one, it says "contingent matters," do

25  you see that?

1   A.   Yes.

2   Q.   Okay.  And then it says, quote, The company has no

3   significant pending litigation or arbitration."  Do you see

4   that?

5   A.   Yes.

6   Q.   Okay.  And this is a 2021 financial statement?

7   A.   Yes.

8   Q.   Okay.  And it was finalized in May of 2022, right?

9   A.   Yes.

10  Q.   Okay.  The underlying case here was filed in this court in

11  January of 2021; isn't that correct?

12  A.   Yes.

13  Q.   Okay.  And in that lawsuit, Benlida has claimed that

14  Circuitronix owes Benlida more than $13.5 million, correct?

15  A.   Correct.

16  Q.   Okay.  And Circuitronix has filed a counterclaim in excess

17  of 1 million against Benlida, right?

18  A.   Yes.

19  Q.   Okay.  But none of that is disclosed here.  In fact, it

20  says the company has no significant pending litigation or

21  arbitration, right?

22  A.   Yes.

23  Q.   Okay.  And, in fact, in May of 2022, prior to any agreement

24  to settle the case, right?

25  A.   Yes.

1    Q.   Okay.  In fact, the case was very actively litigated at

2    that point in time; isn't that correct?

3    A.   Correct.

4    Q.   There are depositions happening and so forth, right?

5    A.   Yes.

6    Q.   Okay.  Can you understand why somebody who's aware that

7    Benlida was involved in litigation like that at the time would

8    have a concern about the fact that it's not disclosed here and,

9    in fact, it says there's no significant litigation pending?

10   A.   Because I'm not the accounting, I'm not the financial, so I

11   don't know how the logic in -- in our accounting goes to

12   reflect this issue.  So I cannot understand -- I cannot answer

13   your question.

14   Q.   Okay.  But just putting aside any accounting expertise,

15   just as a matter of common sense, can you understand, or can

16   you make room in your mind for the possibility that some person

17   might find that lack of disclosure about this lawsuit

18   concerning?

19   A.   Can you repeat your question?

20   Q.   Let me try to rephrase it.  A person who was considering

21   investing more than a million dollars with Benlida or a federal

22   judge, can you understand why somebody in that position might

23   have a concern about the fact that this lawsuit was not

24   disclosed in this part of the financial statements of Benlida?

25   A.   This is out of my knowledge.

1    Q.  All right.  Sorry.  I'll move on.

2        Prior to the day this lawsuit was filed, the underlying

3    lawsuit, did you ever communicate to anybody at CTX in writing,

4    in any of your emails with them, that Benlida believed CTX owed

5    Benlida more than $13.5 million?

6    A.  No, I didn't read this email.

7    Q.  Okay.  To your knowledge, did anyone at Benlida ever

8    communicate that in writing to Circuitronix prior to this

9    lawsuit being filed?

10            THE COURT REPORTER:  I'm sorry, the question much

11   slower.

12            MR. COLE:  I apologize.  Let me repeat.

13            MR. MAZZOLA:  I'm sorry, Madam Court Reporter, I

14   missed what you said.

15            THE COURT REPORTER:  I asked him to repeat the

16   question.

17   BY MR. COLE:

18   Q.  Ms. Huang, to your knowledge, did anyone from Benlida ever

19   communicate in writing to CTX prior to the day this lawsuit was

20   filed that Benlida thought CTX owed Benlida $13.5 million?

21   A.  No.

22   Q.  Okay.  Have you ever seen any email to that effect

23   anywhere?

24   A.  No.

25   Q.  All right.  I'd like you to take a look at Exhibit No. 4,

 1   Defendant's Exhibit No. 4.  And I'll share a copy with you.

 2           MR. COLE:  Your Honor, may I approach the witness?

 3           THE COURT:  Yes.

 4   BY MR. COLE:

 5   Q.  Ms. Huang, have you ever seen Exhibit No. 4 before today?

 6   A.  Yes.

 7   Q.  My understanding is Exhibit No. 4 is a copy of unaudited

 8   quarterly financials from Benlida for 2022; is that right?

 9   A.  Yes.  Three quarters, yes.

10   Q.  First three quarters of 2022?

11   A.  Yes.

12   Q.  Okay.  Now, if we just look at the fist page of the

13   document, at the top it says balance sheet, do you see that?

14   Just Page 1.

15   A.  Okay.

16   Q.  Do you see that it says balance sheet?

17   A.  Yes.

18   Q.  Okay.  Do you know what a balance sheet is?

19   A.  Yeah, I know some.

20   Q.  Okay.  Now, if we look on the left-hand side towards the

21   top of the page, there is a row there, it's Row No. 12, do you

22   see that?

23   A.  Yeah, total current assets.

24   Q.  Yeah, total current assets.  Do you see that?

25   A.  Yes.

1    Q.  All right.  And then there's a column on the right of that

2    that says ending balance, do you see that?

3    A.  Can you repeat?

4    Q.  Yes.  Ending balance, there's a column, it's two columns

5    over from where it says 12?

6            THE COURT:  It says, for example, 410, 937, 425.

7            MR. COLE:  Yes.

8            THE WITNESS:  Ah, ah, ah, okay, okay.

9            THE COURT:  Do you see that?

10           THE WITNESS:  I see.

11   BY MR. COLE:

12   Q.  Okay.  So this is indicating that the ending balance for

13   the first quarter of 2022, Benlida's current assets, total

14   current assets at that time was approximately 410 million

15   Chinese RMB; is that right?

16   A.  Yes.  Yes.

17   Q.  Okay.  Now, if you look at the columns on the right of

18   that, do you see there's one there, it's No. 42, it says total

19   current liabilities?

20   A.  Yes.

21   Q.  Okay.  And if you look at the column all the way on the

22   right, it says ending balance, and it's approximately 425

23   million RMB, correct?

24   A.  Yes, correct.

25   Q.  Okay.  So in other words, looking at this, according to the

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 135 of 294
135
Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   balance sheet, at this point in time the total current

2   liabilities of Benlida was greater than the total current

3   assets of Benlida; isn't that true?

4   A.   Yes.

5   Q.   Okay.  And can you make room in your mind for the

6   possibility that a reasonable person looking at this might have

7   some concerns about that?

8   A.   Yes, might have concern, yeah.

9   Q.   Okay.  Have you ever heard of the term "insolvency"?

10  A.   Ah, yes.

11  Q.   Okay.  And I know you don't have the accounting expertise,

12  but isn't it true that if your liabilities are higher than your

13  assets, you're technically insolvent?  Do you know whether

14  that's the case?

15  A.   No, I don't know about the accounting.

16  Q.   Okay.

17  A.   So I -- I'm not sure whether only this one can -- can make

18  the -- the -- the how to say, the conclusion that this is the

19  problem, so.

20  Q.   All right.  But in any event, the fact that this document

21  reflects that, at this point in time, the total current

22  liabilities for Benlida was higher than the total for assets?

23  A.   Than the assets, yes.

24  Q.   You can understand why somebody might have a question --

25          THE COURT:  Counsel, right now you're in about fourth

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    gear, why don't you bring it down to about third gear.

2              MR. COLE:  Sorry, Your Honor.

3              THE COURT:  I think in a prior life I used to be a

4    court reporter, so I have a natural empathy for court reporters

5    confronted with fast-talking lawyers.

6              MR. COLE:  Sorry, Your Honor.  I appreciate it.

7    BY MR. COLE:

8    Q.  All right.  But just as a matter of common sense, you can

9    understand, can't you, why somebody might have a concern or a

10   question about that, right?

11   A.  Yes.

12   Q.  Okay.  Now, I want to focus for a moment on what the

13   current assets actually consist of, okay?  This figure that's

14   reflected in Line No. 12, that is the sum of the items that are

15   listed above, correct, Lines 1 through --

16   A.  Total assets you mean?

17   Q.  Yes.

18   A.  600 million something?

19   Q.  No, no, I'm focusing on total current assets, Line No. 12,

20   do you see that?

21   A.  Okay.

22   Q.  Okay.  That's the sum of all the items that are listed in

23   Lines 1 through 11 above that, right?

24   A.  Ah, okay.

25   Q.  Okay.  So the first one is monetary funds, do you see that?

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 137 of
294
Cross-Examination - Tracy Huang                           137
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1  A.  Monetary funds --

 2         THE COURT:  Top line.

 3  BY MR. COLE:

 4  Q.  Number 1, yeah.

 5  A.  I see that, but I cannot understand monetary funds what

 6  Chinese mean because I'm not the professional on financial.

 7  Q.  Well, we just saw that a moment ago in Exhibit No. 3,

 8  right?  That's cash, bank deposits?

 9  A.  Ah, okay.

10  Q.  Right?

11  A.  Okay.

12  Q.  That's basically cash, right?

13  A.  Okay.

14  Q.  Okay.  So here the number is approximately 15.6 RMB,

15  correct?

16  A.  Correct.

17  Q.  All right.  So the cash, essentially, is less than 5

18  percent of the total current assets, right?

19  A.  Okay.

20  Q.  All right.  Now, if we look at Line No. 5, there's a line

21  item for accounts receivable, right?

22  A.  Yes.

23  Q.  Okay.  And that's nearly 200 million RMB, correct?

24  A.  Correct.

25  Q.  All right.  So just that one line item for accounts

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 138 of 294

138

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   receivable, that's roughly 50 percent of the current assets,

2   right?

3   A.   Around 50, yes.

4   Q.   Okay.  Now, accounts receivable, that means someone owes

5   you money, but they haven't paid yet, correct?

6   A.   Correct.

7   Q.   Okay.  And so those are accounts that still have to be

8   collected, right?

9   A.   Right.

10  Q.   All right.  And it's true, isn't it, that sometimes people

11  do not pay?

12  A.   Yes.

13  Q.   In fact, in the underlying lawsuit, Benlida made that claim

14  against CTX, correct?

15  A.   Correct.

16  Q.   All right.  So the fact that something is in accounts

17  receivable does not necessarily mean that you're ever actually

18  going to get the cash from that person, right?

19  A.   Yes.

20  Q.   Okay.  There's a possibility the person won't pay, or they

21  won't pay in full, true?

22  A.   Yes.

23  Q.   And as a matter of fact, the longer it takes, the more time

24  that goes by before accounts receivable are collected, the

25  greater the risk tends to be that you won't collect all of it,

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  right?

2  A.  It is complicated to say yes because there's many -- from

3  my experience, because I am only in charge on the sales, so

4  there is many -- many things can impact this final result, so I

5  cannot say yes on that.

6  Q.  Okay.  But in any case, sometimes it's not all collected,

7  true?

8  A.  Ah, yes.

9  Q.  Okay.  Can you understand then why it may be concerning to

10  someone looking at these financial statements that such a large

11  concentration of Benlida's current assets consist of

12  uncollected receivables?

13        MR. MAZZOLA:  Judge, I'm going to raise an objection,

14  and I don't mean to do this because I understand --

15        THE COURT:  Counsel, I don't have speaking objections.

16  Just tell me the basis of your objection.

17        MR. MAZZOLA:  The objection is it's beyond the scope

18  of direct examination.  I understand this is an evidentiary

19  hearing, and a lot of latitude is given, but we're getting into

20  things that -- things that were never addressed on direct

21  examination.

22        THE COURT:  Overruled.  And if the witness doesn't

23  know, she can tell us she doesn't know.  And she hasn't

24  hesitated to do that.  She has told us on many occasions that

25  it's beyond her expertise in sales, and she's not familiar with

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 140 of
294
Cross-Examination: Tracy Huang                           140
January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1   financial statements.  And if she's not able to answer the

 2   question, then she'll tell us that.

 3           Overruled.

 4   BY MR. COLE:

 5   Q.  Ms. Huang, would you like me to repeat the question?

 6   A.  Please repeat.

 7   Q.  Yeah.  Can you understand why it may be concerning to

 8   someone looking at these financial statements that such a large

 9   concentration of Benlida's current assets consists of

10   uncollected receivables?

11   A.  I don't know.

12   Q.  All right.  Has Benlida ever assigned any receivables to a

13   third party for collection such as Signoger (phonetic) or

14   another third party?

15   A.  Sometimes.

16   Q.  All right.  Has Benlida ever assigned receivables to a

17   third party for collection and then at the same time also tried

18   to collect the payment from the person who owes the money

19   itself?

20   A.  No.

21   Q.  All right.  I want to focus on the other major component of

22   Benlida's current assets according to this financial statement.

23   And I want to focus you on Line No. 8, which says inventory, do

24   you see that?

25   A.  Yes.

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Q.   Okay.  And that amount is approximately 135 million RMB?

2   A.   Yes.

3   Q.   So that's around one-third of the current assets, correct?

4   A.   Yes.

5   Q.   All right.  Now, as we said before, the inventory can

6   consist of finished products or partially built products that

7   are sitting on a shelf, right?

8   A.   Yes.

9   Q.   It can also consist of raw materials; is that true?

10  A.   Yes.

11  Q.   Okay.  So this is material that you have possession of, but

12  you haven't yet sold it and converted it into money, right?

13  A.   Right.

14  Q.   And isn't it a fact that just as a general proposition

15  sometimes inventory can't actually be sold, and it can't

16  actually be sold -- or it can't actually be sold at full value;

17  isn't that true?

18  A.   It's true, but it is only very low percentage of this.

19  Q.   All right.  But in any event if that does happen, isn't it

20  true that the inventory that can't be sold has to be disposed

21  of, either for no money at all or for less than full value?

22  A.   Yes.

23  Q.   Okay.  And actually, in some cases, you may need to

24  actually incur expenses to dispose of the unused inventory

25  because you may have to pay someone to come in and take it

1  away, to dispose of it, right?

2  A.  No.  For PCB, if for the PCB final product, no need to pay

3  someone to come and -- and scrap them.  So because it can be --

4  some of them can be recycled, so they pay money to us.

5  Q.  All right.  Isn't it true that in the PCB manufacturing

6  process, there can be a lot of harsh chemicals, potential

7  environmental contaminants that are used to build product?

8  A.  Yes.

9  Q.  Okay.  And so the raw materials may include those same

10  kinds of chemicals, true?

11  A.  Yes.

12  Q.  All right.  But your testimony is that it's never the case

13  that old unused inventory like that has to be deposed of by

14  somebody?

15  A.  Most of the unused can be salvaged.  And only some small

16  part need to pay money to collect.

17  Q.  Okay.  But, in fact, that can happen sometimes, right?

18  A.  Yes, sometimes.

19  Q.  All right.  Can you understand why somebody looking at

20  these financial statements may have a concern about the fact

21  that a large concentration of your company's current assets,

22  around one-third, are tied up in inventory that has not been

23  disposed of or converted to cash?

24  A.  I don't know.

25  Q.  Can you understand why someone who is familiar with the PCB

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 143 of 294

Cross-Examination - Tracy Huang
January 13, 2023
143
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1  industry may have concerns about whether you have assigned

 2  appropriate value to this inventory?

 3  A.  I don't know.

 4  Q.  All right.  I want to move on to a new subject.  There's

 5  been some discussion about a Zoom video conference call that

 6  was conducted on November 17, 2022?

 7  A.  Okay.

 8  Q.  Do you recall that?

 9  A.  Yes.

10  Q.  Okay.  And the purpose was to discuss the financial

11  statements that Benlida had provided to CTX, true?

12  A.  Yes.

13  Q.  Okay.  And it was CTX that requested to have that meeting,

14  right?

15  A.  Yes.

16  Q.  Okay.  Now, CTX didn't have to do that, right?

17  A.  Yes, of course.

18  Q.  I'm correct that they did not have to do that?

19  A.  Yes, yes, yes.

20  Q.  In other words, they could have just looked at the

21  financial statements, drawn a conclusion, and not had that

22  meeting at all, right?

23  A.  Right.

24  Q.  Okay.  But they asked to meet with you to have a discussion

25  to talk, to find out more information, right?

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 144 of 294

144

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   Yes.

2    Q.   Okay.  And you -- you attended that meeting on behalf of

3    Benlida, true?

4    A.   True.

5    Q.   And the meeting lasted about three hours; is that right?

6    A.   Yes, around that.

7    Q.   And because of the time difference, we had to start the

8    meeting, unfortunately it was quite late in China, correct?

9    A.   Yes.

10   Q.   Okay.  And it was late in the evening already when we were

11   starting, true?

12   A.   True.

13   Q.   All right.  And so the folks who attended that from the

14   Benlida side were doing that at night, correct?

15   A.   Correct.

16   Q.   All right.  And by the time the meeting was concluded, it

17   was around midnight in China, true?

18   A.   Yes.  Yes.

19   Q.   Okay.  Isn't it true that the main reason everyone decided

20   to wrap up the call at that point was because it was getting

21   extremely late in China, and it was not really fair to ask

22   everyone to stay awake all night to continue?

23   A.   Yes.

24   Q.   Okay.  And, in fact, there was some discussion about trying

25   to reconvene everyone at another time, after people had had a

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   chance to sleep, and try to have some further discussions,

2   right?

3   A.   Right.

4   Q.   Okay.  During that call there was some discussion about

5   pledged transactions that Benlida has.  Do you recall that,

6   pledged transactions?

7   A.   Pledged transaction?

8   Q.   Yeah.

9   A.   I cannot remember.

10  Q.   Okay.  Do you recall folks from Benlida expressing some

11  surprise that CTX was aware that there were these pledged

12  transaction?

13  A.   Pledged transaction?  I cannot remember this part.

14  Q.   Okay.  Are you aware that after the call, CTX drafted and

15  sent a written recap to your counsel?

16  A.   Written recap, yes.

17  Q.   Okay.  And isn't it true that, I mean, nobody from Benlida

18  ever responded to that or wrote back and said, Hey, wait a

19  minute, something you guys have written out here was not

20  discussed, or words to that effect, or you guys misunderstood

21  something, or something like that?

22  A.   I cannot remember whether we send response.  I cannot

23  remember that.

24  Q.   Did you -- did you take a look at that recap after it came

25  in?

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 146 of
294                                                                                    146
Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1   A.  No.

 2   Q.  Okay.  Do you know whether anyone from the Benlida side

 3   looked at it?

 4   A.  We look at it --

 5   Q.  Yeah.

 6   A.  We look at it, but I cannot remember whether we send

 7   response.

 8   Q.  Okay.  As far as you can recall, there was no response

 9   sent; is that fair, as far as you know?

10   A.  Yes.

11   Q.  Okay.  You didn't prepare a response saying, Hey, wait,

12   something out here has been misstated; is that correct?

13   A.  I didn't prepare that response.

14           THE COURT:  Mr. Cole, just to help me out, what

15   exhibit number is the recap?

16           MR. COLE:  Yes, Your Honor.  This is Exhibit 18,

17   Defendant's Exhibit 18.

18           THE COURT:  Thank you.

19   BY MR. COLE:

20   Q.  As you sit here today, is there anything that you recall

21   that stands out in your mind from that written recap that was

22   grossly inaccurate or incorrect or anything of that nature?

23   A.  Because in this case I'm not -- since I'm not the financial

24   guy, so I'm not sure whether other call-in discuss with our

25   lawyer about that, so --
```

1   Q.  Okay.

2   A.  Yeah.

3   Q.  Were you present for the whole call?

4   A.  I present for a whole call.

5   Q.  Okay.  Were you able to kind of follow along in the

6   discussion that was happening in English?

7   A.  So, so that's why we need Angela during the call.

8   Q.  All right.  Understood.

9         MR. ROSENTHAL:  Your Honor, can I just ask what time

10  we started with this witness?

11        THE COURT:  Yes.  2:08.

12        MR. ROSENTHAL:  Thank you, Your Honor.

13        MR. COLE:  Okay.  Thank you, Your Honor.

14  BY MR. COLE:

15  Q.  Ms. Huang, isn't it true that Benlida used to have a sister

16  company called ROK?

17  A.  Yes.

18  Q.  That was some sort of an affiliate or subsidiary; is that

19  right?

20  A.  Yes.

21  Q.  Okay.  Do you know what the exact relationship was between

22  ROK and Benlida?

23  A.  Mr. Huang owned ROK also.

24  Q.  Okay.  While it was in business, ROK operated another

25  printed circuit board factory, correct?

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   Yes.

2    Q.   Okay.  And it was not the same factory as the Benlida

3    factory in Jiangmen; is that right?

4    A.   Yes, separate factory.

5    Q.   Different factories?

6    A.   Yes.

7    Q.   Okay.  ROK went out of business in 2018; isn't that

8    correct?

9    A.   Yes.  Some -- some months of 2018, exactly which months, I

10   cannot remember.

11   Q.   Okay.  So ROK no longer manufactures or sells PCBs, right?

12   A.   Right.

13   Q.   Okay.  And do you recall filing a declaration in this case?

14   A.   Pardon?

15   Q.   Do you recall filing -- submitting a declaration, some

16   written testimony in this case?

17   A.   I cannot understand this.

18        THE COURT:  Was a signed statement typed out, and then

19   you signed it?

20        THE WITNESS:  Yes, yes, yes.

21        THE COURT:  That's what lawyers called a declaration.

22        THE WITNESS:  Okay.  I signed it.  Okay.  I signed it,

23   yes.

24        MR. COLE:  Okay.  And this is DE 120, Your Honor.

25   It's been filed with the Court.

```
 1        (Defendant's Exhibit No. DE 120 was identified.)

 2   BY MR. COLE:

 3   Q.  I just want to -- just want to make sure I understand some

 4   of the substance of that.  You said in there --

 5        THE COURT:  Counsel, if you're going to be questioning

 6   the witness about a declaration --

 7        MR. COLE:  Yes.

 8        THE COURT:  -- can you give it to her so she can look

 9   at it?

10        MR. COLE:  She can, yes, Your Honor.

11        MR. MAZZOLA:  Which one is this one?

12        THE COURT:  ECF 120.

13      (Pause in proceedings.)

14        MR. COLE:  Your Honor, may I approach the witness?

15        THE COURT:  You may.  Are there some additional notes

16   on there?

17        MR. COLE:  Of course it's the only hard copy we

18   brought.

19        THE COURT:  Well, let me ask you a question though.

20   What's the ECF number there, 120?

21        MR. COLE:  Yes, sir.

22        THE COURT:  Trina, do you have the ability to print

23   out ECF 120?

24        COURTROOM DEPUTY:  Yes.

25        THE COURT:  All right.  Bear with me just a minute.
```

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          (Pause in proceedings.)

2               MR. LERNER:  May we request an extra copy?

3               MR. MAZZOLA:  She is printing copies.

4          (Pause in proceedings.)

5               THE COURT:  And then give one to the Plaintiff's

6     counsel.

7               MR. COLE:  All right.  Your Honor, may I proceed?

8               THE COURT:  You may.

9               MR. COLE:  Thank you.  And I apologize for that

10    interruption, Your Honor.

11              THE COURT:  No worries.

12    BY MR. COLE:

13    Q.  Ms. Huang, this is a copy of the declaration that you

14    submitted in connection with this hearing; is that right?

15    A.  Yes.

16    Q.  And if you look at the last page of it, you see there's

17    a -- your signature appears at the bottom?

18    A.  Yes.

19    Q.  Okay.  And above that there's a statement that says, "I

20    declare under penalty of perjury under the laws of the

21    United States of America" --

22              THE COURT:  Counsel.  Speak into the microphone

23    because you're away, and also slowly.  Because people tend to

24    speak more quickly when they are reading from a document.

25              MR. COLE:  Understood.  Thank you, Your Honor.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 151 of 294

Cross-Examination - Tracy Huang
January 13, 2023                                                      151
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1   BY MR. COLE:

 2   Q.   Ms. Huang, the document says there above your signature, "I

 3   declare under penalty of perjury under the laws of United

 4   States of America and pursuant to 28 USC, Section 1746, that

 5   the foregoing is true and correct."

 6        Do you see that?

 7   A.   Yes.

 8   Q.   And it's dated December 27, 2022?

 9   A.   2022, yes.

10   Q.   Okay.  So when you signed this, you understood that you

11   were providing this under penalty of perjury; is that true?

12   A.   Yes.

13   Q.   Now, I want to focus your attention on Paragraph No. 2,

14   there's a statement here -- you seem to take issue with the --

15            THE COURT:  Slowly, I could tell already you were

16   building up to fifth gear.

17            MR. COLE:  Sorry, Your Honor.

18   BY MR. COLE:

19   Q.   There's a statement here, it says ROK never, quote, ran out

20   of cash, but instead its operations were taken over by Benlida,

21   and the ROK entity ceased operations because it was no longer

22   needed."  Do you see that?

23   A.   Yes.

24   Q.   Okay.  So is it correct to say that whatever cash ROK had

25   at the time it went out of business went to Benlida?

1   A.   I don't know.

2   Q.   Okay.  Do you know whether Benlida has ever taken the

3   position that any creditors of ROK, anybody who ROK may have

4   owed money to would be paid by Benlida after it took over ROK?

5   A.   No, I don't think so.

6   Q.   Okay.  So the creditors were sort of left holding the bag;

7   is that right?

8   A.   Yes.  Yes.

9   Q.   Okay.  And Benlida ended up getting whatever assets ROK had

10  left; is that true?

11  A.   I don't know, I'm not the accounting.

12  Q.   Okay.  In any event, the ROK factory closed down, and the

13  company is no longer in business; is that right?

14  A.   Yeah, no business.

15  Q.   All right.  And on multiple occasions before ROK went out

16  of business, isn't it true that you asked -- you personally,

17  Huang Sulan, asked CTX to send money to ROK because ROK was

18  short on cash; isn't that true?

19  A.   Yes.

20  Q.   Okay.  And, in fact, you emailed Mr. Kukreja a number of

21  times asking for loans or other cash infusions to recover debts

22  of ROK; isn't that true?

23  A.   Yes.

24  Q.   Okay.  Now, I want to talk with you just briefly about the

25  prepayment issue that's described in your declaration.  This is

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 153 of
294
Cross-Examination - Tracy Huang                          153
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Paragraphs 5 and 6.  You've written here, it says, "CTX
2    obviously does not truly believe that Benlida is at risk of
3    financial collapse as it continues to do business with Benlida
4    and, in fact, prepays for circuit boards that it purchases from
5    Benlida."  Do you see that.
6    A.  Yes.
7    Q.  Okay.  And, in fact, Circuitronix has prepaid for
8    everything that it has purchased from Benlida since 2019,
9    correct?
10   A.  I remember it's 2020, so --
11   Q.  Okay.  In any event for several years --
12   A.  Yeah, for several years.
13   Q.  -- they've been prepaying for everything?
14   A.  Yes.
15   Q.  Okay.  So whatever cash-flow issues there may be today in
16   2023, CTX hasn't been contributing to that, at least for the
17   last few years since they've been prepaying, right?
18   A.  Yes.
19   Q.  Okay.  Now, you say here going on in Paragraph 5, Since
20   November 7, 2022, when it executed the settlement agreement and
21   revised the manufacturing agreement, it, meaning CTX, has
22   ordered the following from Benlida and prepaid for all,
23   totalling approximately 337,000 U.S., right?
24   A.  Right.
25   Q.  Okay.  And as I understand it, what you're saying is

1    essentially if Benlida goes out of business now, Circuitronix

2    will lose that money; is that right?

3    A.   Right, yeah.

4    Q.   Okay.  So none of this stuff that's listed here and none of

5    this product has actually shipped from Benlida?

6    A.   No, we are building this and -- and ship.

7    Q.   Okay.  So some of it has already shipped; is that right?

8    A.   I cannot remember because the date now, already January, so

9    I don't know whether all this shipped or some has shipped.  But

10   actually some has shipped, yeah.

11   Q.   Okay.  But in any case, I mean isn't it reasonable to

12   believe that even if Benlida were to go out of business

13   tomorrow, CTX would be able to receive some of the stuff that's

14   here?

15   A.   If you are in this logic, I can say yes.

16   Q.   Okay.  And prepaying for products, buying stuff from a

17   company where you prepaid, that's a little different than

18   making an investment where you're not really getting anything

19   back, you're just investing.  You would agree with that, right?

20   A.   Yes, um-hmm.

21   Q.   Now, I want to focus your attention on Paragraph 6 because

22   there's a statement out here that I don't quite understand, and

23   I want to see if you can help me to understand it better, okay?

24        It says, "As of this date, CTX has made payments of

25   $352,635.25 for circuit boards ordered from Benlida since

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    November 7, and prior to shipping the above referenced circuit

2    boards, the total of 337,309.12 must be paid."

3        Do you see that?

4    A.   Yes.

5    Q.   So I'm not -- can you help me understand what that means?

6    Has CTX already paid the amount it's supposed to pay or not,

7    according to you?

8    A.   Ah, so these 352,000-something for circuit boards, we

9    already finished production.  Circuitronix already paid.  And

10   then we already make shipment.

11       And then another number is $337,000-something, that is the

12   order, Circuitronix order and have not paid, but they will pay

13   before shipment.

14   Q.   I see.  So these are two different things --

15   A.   Yes, yes, yes.

16   Q.   -- the 352 and the 337 is two different sets of orders?

17   A.   Yes, yes.

18   Q.   Okay.  Thank you.

19       There's a new factory being built in Jianghai province; is

20   that correct?

21   A.   Yes.

22   Q.   And who's the principal owner of the factory, is that

23   Mr. Huang?

24   A.   Jiangmen Benlida.

25   Q.   Jiangmen Benlida is the principal owner?

Yes

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 156 of 294
Cross-Examination - Tracy Huang
January 13, 2023
156
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  A.   Yes.

2  Q.   Okay.  And is there another company that's been set up to

3  be the entity that actually, you know, controls the factory, or

4  is it actually Jiangmen Benlida?

5  A.   Actually Jiangmen Benlida.

6  Q.   Okay.  So the gentleman who testified earlier today, he

7  was --

8  A.   Oh, no, no, no.  I misunderstand your question.

9       So Jiangmen Benlida invest Jianghai Benlida, so there's two

10  entities.

11  Q.   Two different companies?

12  A.   Two different companies.

13  Q.   Okay.  What is the name of the new company that is going to

14  have ownership of this factory?

15  A.   Jianghai Benlida printed circuit company.

16  Q.   I see.  Okay.  So there's a Jiangmen Benlida, which is the

17  company that you're here representing --

18  A.   Yes.

19  Q.   -- and then there's going to be a Jianghai Benlida?

20  A.   Yes.

21  Q.   True?

22  A.   Yes.

23  Q.   What is the relationship between those two companies?

24  A.   Jiangmen Benlida invest 100 percent on Jianghai Benlida.

25  Q.   Okay.  So Jianghai Benlida is a subsidiary?

1  A.  Yes.

2  Q.  I see.  Okay.  Now, when is the factory going to become

3  operational?

4  A.  Maybe end of May or June this year.

5  Q.  Okay.  That's the anticipated start of production?

6  A.  Have not started yet.

7  Q.  Okay.  But you anticipate that it will start by June?

8  A.  Yes, we will start by June.

9  Q.  Okay.  Is it in the process of being built right now?

10  A.  Already finished the construction.

11  Q.  Construction is a hundred percent finished?

12  A.  100 percent finished.

13  Q.  Okay.  Wasn't this factory originally supposed to open in

14  2018 or 2019?

15  A.  I think as our initial plan these factories should be open

16  2021.

17  Q.  Okay.  So it's been delayed for some period?

18  A.  Yes.

19  Q.  All right.  Isn't it true that at one point in time Benlida

20  approached Circuitronix about getting capital from Circuitronix

21  to finance the construction of the factory?

22  A.  I cannot remember that.

23  Q.  All right.  Isn't it true that the opening of the factory

24  has been delayed numerous times due to the COVID-19 pandemic

25  and for other reasons?

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   Yes, the market issue and also the pandemic issue.

2    Q.   When you say the market issue --

3    A.   Because of the pandemic and then the slowdown, vis-à-vis

4    market, so, yeah.

5    Q.   You're referring generally to the --

6    A.   Generally, yes.

7    Q.   Like the -- what we call the global supply chain crisis?

8    A.   Yes, yes.

9    Q.   All right.  And that's -- that's hurt the print circuit

10   board industry generally, right?

11   A.   Generally, yes.

12   Q.   Okay.  And it's created a big slowdown in the automotive

13   industry?

14   A.   Yes.

15   Q.   Okay.  And that hasn't helped anybody's business, right?

16   A.   Yes, it hurts everyone.

17   Q.   All right.  And it's hurt a lot of PCB manufacturers in

18   China; isn't that true?

19   A.   Yes.

20   Q.   Okay.  You mentioned something in your declaration, in

21   Paragraph 4, about an older, less efficient production line

22   being shut down.  What are you referring to there?

23   A.   Just one minute.  Less efficiently production line is being

24   shut down, yes.

25   Q.   Yeah, where is that -- where is that located?

Cross-Examination - Tracy Huang
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   Located in Jiangmen Benlida.

2   Q.   Is that at the Jiangmen Benlida factory?

3   A.   Yes.

4   Q.   Okay.  All right.  Given that there's this history where

5   ROK ceased operations because it was no longer necessary.

6   A.   Um-hmm.

7   Q.   And Benlida took over -- took over the company, right?

8   A.   Right.

9   Q.   Can you understand why somebody who was aware of that

10  history --

11  A.   Um-hmm.

12  Q.   -- was now looking at a situation where you're building a

13  new factory --

14  A.   Um-hmm.

15  Q.   -- a new company --

16  A.   Um-hmm.

17  Q.   -- might have a concern --

18  A.   Um-hmm.

19  Q.   -- that the same thing could happen with Jiangmen Benlida?

20  A.   You can have -- someone can have concern, but we can have

21  answer to let them know these are two different cases.

22  Q.   All right.  If CTX had not exercised the option to

23  terminate the agreement, settlement agreement back in November,

24  it would have been obligated to make an immediate payment to

25  Benlida of $1.5 million, correct?

Cross-Examination - Tracy Huang
January 13, 2023
160
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   Correct.

2   Q.   Would have also had --

3          MR. MAZZOLA:   Objection, Judge, I think that's a

4   mistake of what the -- the Exhibit says.

5          MR. COLE:   I don't think so.

6          THE COURT:   Well, folks, the objection is overruled.

7          If you want to clear it up on redirect, you can.   The

8   document is going to say what it says, and if it's wrong, we'll

9   be able to quickly find that out.

10  BY MR. COLE:

11  Q.   All right.   In addition to the initial 1.5 million, CTX

12  would have had to pay another 3.5 million over the next two

13  years, correct?

14  A.   Let me check the settlement agreement.   Yes, it should be,

15  yes.

16  Q.   Okay.

17  A.   Yes.

18         MR. COLE:   This is Exhibit 1, Page 1, Your Honor.

19         THE COURT:   Right.   So, Counsel, I'm looking at the

20  settlement agreement, Defendant's Exhibit 1, Page 1, settlement

21  payment, and it breaks down the payment stream of $5 million.

22  And it says $1,500,000 within ten business days.

23         MR. MAZZOLA:   Gosh, Judge, I beg your pardon, I must

24  have just conflated the numbers just like that.   If that's what

25  it says.

```
 1              THE COURT:  All right.  So you're -- you're
 2    withdrawing your objection?
 3              MR. MAZZOLA:  I'll have to withdraw the objection.
 4              THE COURT:  All right.  We'll consider it removed,
 5    rescinded, obliterated.
 6              MR. MAZZOLA:  Erased.
 7              THE COURT:  Erased, destroyed, demolished.
 8              Next question, please.
 9    BY MR. COLE:
10    Q.  Ms. Huang, do you make room in your mind for the
11    possibility that Circuitronix could have had a legitimate, good
12    faith concern that all of that cash might end up with this new
13    Jianghai company at the end of the day once the factory is
14    finished, just as all of ROK's money ended up with Benlida,
15    with all the creditors left holding the bag?
16    A.  No.
17              MR. COLE:  All right.  I have no further questions,
18    Your Honor.  Thank you.
19              THE COURT:  Okay.  It's now 3:15, so that means that
20    you used up 1 hour and 7 minutes.
21              Do you have any redirect?
22              MR. MAZZOLA:  Yes, Your Honor.
23              THE COURT:  All right.  It's now 3:15.  Please
24    continue.
25
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 162 of 294

Redirect Examination - Tracy Huang                    162
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1                    REDIRECT EXAMINATION

2    BY MR. MAZZOLA:

3    Q.   Do you know what the expression "holding the bag" means?

4    A.   Holding what?

5    Q.   Holding the bag?

6    A.   Holding the bag.

7    Q.   You don't know what that means?

8    A.   Please explain.

9    Q.   Do you know what it means?

10   A.   No.

11   Q.   Mr. Cole was talking to you a little bit earlier about the

12   general slowdown in the automobile industry and how that's hurt

13   the PCB business.  Do you remember that?

14   A.   Yes.  Yes, yes, yes.

15   Q.   Does that general slowdown also, in your mind, hurt CTX?

16   A.   Yes.

17   Q.   Why does CTX have to prepay?

18   A.   Because we have disputes since, I think, some months of

19   2016, and then the two party negotiate a lot again and again.

20   And even in 2018, we have some accounting re-cancellation but

21   still we cannot come to the agreement on receivable and

22   payable.  So we cannot let the -- let our receivable on

23   Circuitronix to be bigger and bigger, so at that time we put

24   out that we need prepayment.

25   Q.   Do you know of any other PCB manufacturers in China have

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 163 of 294

Redirect Examination - Tracy Huang                              163
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  required CTX to prepay?

2  A.  I think so, yeah.

3  Q.  Do you know if any PCB manufacturers in China have

4  shortened the payment period for CTX?

5  A.  Ah, yes.

6  Q.  CTX has issued some purchase orders for January; is that

7  right?

8  A.  You mean this January?

9  Q.  Yes.

10  A.  Yes.

11  Q.  In those purchase orders, did you require a prepayment?

12  A.  Ah, yes.

13       MR. MAZZOLA:  One second, Judge.

14     (Pause in proceedings.)

15  BY MR. MAZZOLA:

16  Q.  How much did CTX order in the last two weeks?

17  A.  In the last two weeks, I think it is around ten --

18  200,000-something.

19  Q.  In dollars?

20  A.  In dollars, U.S. dollars.

21       MR. MAZZOLA:  Thank you, Tracy.

22       No further questions, Judge.

23       THE COURT:  Thank you.  You may step down.

24     (Witness excused.)

25       THE COURT:  It is now 3:18, so you used up three

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    minutes.

2           Who is your next witness?

3           MR. ROSENTHAL:  We'll take a stipulated break for two

4    minutes, if the Court will permit?

5           THE COURT:  We will.  But before we do that, I just

6    have a quick question for Mr. Cole.  It has nothing to do with

7    this case.

8           Mr. Cole, I'm just curious about something.

9           MR. COLE:  Yes, sir.

10          THE COURT:  I noticed from your letterhead that your

11   office is on South Dadeland Boulevard.

12          MR. COLE:  That's correct.

13          THE COURT:  So I have a question for you because I

14   live sort of near there.

15          MR. COLE:  I -- okay, yeah, go on.  I heard something

16   I'll share with you about that.

17          THE COURT:  Oh, you're anticipating what I'm going to

18   ask you?

19          MR. COLE:  No, no, no.  Tell me.  Tell me please.

20          THE COURT:  Well, I have never been there, but there's

21   a new store that opened about two stores to the left of the

22   Roasters 'N Toasters delicatessen.

23          MR. COLE:  Okay.

24          THE COURT:  And it's called Artisanal Gelato.  Some

25   company, I forget the name, but it describes itself as

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 165 of
294

165
Proceedings
January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1  artisanal gelato.  Have you ever been in there?

 2          MR. COLE:  I have not, Your Honor.

 3          THE COURT:  But you know what I'm talking about?

 4          MR. COLE:  I know Roasters 'N Toasters for sure,

 5  that's a staple.  But I have not been to the gelato place.

 6          THE COURT:  I have been there, every time I drive by

 7  there, there's nobody in there, and so I'm predicting that that

 8  gelato store will soon go by the wayside.

 9          MR. COLE:  Okay.

10          THE COURT:  What did you think I was going ask you

11  about?

12          MR. COLE:  No, I thought -- well, what I wanted to

13  mention, Your Honor, so since I've never had the privilege of

14  being in a hearing before, I asked some of my friends and

15  colleagues about you just doing my normal due diligence.  And I

16  have a friend named Doug Wolfe who lives in Pinecrest a few

17  blocks south of where I live.  And he said he knows -- he knows

18  you because he sees you walk your dogs around Palmetto Island

19  like every day.

20          THE COURT:  Right.

21          MR. COLE:  So I wanted to mention that, I don't know

22  why.

23          MR. ROSENTHAL:  With a melting gelato in his hand.

24          THE COURT:  I'm out there most mornings and every

25  single evening.  That's true.

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          All right, folks.  We'll take a five-minute break.

2  Please be back here at about 25 after.

3          MR. ROSENTHAL:  Do you have the next witness waiting,

4  we just want to make sure we have somebody lined up.

5          THE COURT:  Okay.  So 3:25, folks.

6          COURT SECURITY OFFICER:  All rise.

7      (A recess was taken from 3:20 p.m. to 3:26 p.m.)

8          COURT SECURITY OFFICER:  All rise.

9          THE COURT:  Please be seated, folks.

10         Mr. Cole, are we waiting for Mr. Rosenthal?

11         MR. COLE:  Is it easier for the Court to refer to

12  docket entry.

13         THE COURT:  Folks, do you think we're on the record at

14  this point?  Why don't we just wait for Mr. Rosenthal to get

15  back, and then we'll talk about whatever we need to talk about.

16         MR. COLE:  I'll just go and check.

17     (Pause in proceedings.)

18         THE COURT:  First, just so we have a complete record,

19  Mr. Cole, the name of the location I was referencing is called

20  Freddo, F-R-E-D-D-O, Artisanal Gelato.

21         MR. COLE:  Okay.

22         THE COURT:  At 9455 South Dixie Highway.

23         MS. GUAN:  I'll try it for you.

24         THE COURT:  And Roasters 'N Toasters is at 9465 South

25  Dixie Highway.  So you can throw a pastrami sandwich from one

1   door to the next.

2          In any event, you folks wanted to talk to me about one

3   of the exhibits that was being discussed with the witness.  I

4   think it was the exhibit that is -- that was filed already in

5   the docket, as I understand it.  Did you want to designate that

6   as an exhibit for this trial?  It was ECF-120.

7          MR. COLE:  It's fine with us if we designate that as

8   Defendant's Exhibit 40, Your Honor.

9          THE COURT:  Defendant's Exhibit 40.  All right.

10         Trina, do you have a copy of that exhibit?  If not,

11  whoever they handed it to, just bring it up so Trina can mark

12  it as Defense Exhibit 40.  Not -- not your marked-up version,

13  Mr. Cole, but the unmarked one.  Maybe it's still up on the

14  witness stand perhaps?

15         MR. COLE:  May I approach, Your Honor?

16         THE COURT:  You may.

17         MR. COLE:  Thank you, Your Honor.

18         THE COURT:  Sure.

19         So, Trina, that will be Defendant's Exhibit 40.

20     (Defendant's Exhibit No. 40 was identified.)

21     THE COURT:  Do you have any additional witnesses,

22      Mr. Mazzola?

23         MR. MAZZOLA:  No, Judge, we do not.  We had our

24  expert, but we have made a decision to not proceed with him due

25  to time constraints.  So no additional witnesses, we'll just

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    proceed with theirs and cross-examination.

2             THE COURT:  All right.

3             MR. MAZZOLA:  Thank you, Judge.

4             MR. ROSENTHAL:  Your Honor, may we be heard on a

5    three-minute motion at this interlude?

6             THE COURT:  All right.

7             MR. ROSENTHAL:  Okay.  Well, we would move, to the

8    extent that it's applicable in the Court's judgment, for the

9    equivalent of a directed verdict at this point since they carry

10   the burden as the movant and under the law and under the

11   contract itself to show that essentially Circuitronix did not

12   act -- acted in bad faith.

13            So I would articulate the standard and tell Your Honor

14   why we think at this point we don't need to go forward.  We're,

15   of course, prepared to do that, and, you know, at the Court's

16   guidance we'll proceed regardless of its ruling on this, but

17   the standard is a really high bar for them.

18            In order to show in a contract where there's sole

19   discretion conferred, right, they have to show either, as the

20   11th Circuit said in this *Bernie Harry Ford* case, which is in

21   our brief, that no reasonable party would have made the same

22   discretionary decision.  And as the *Mount Sinai* case, a Judge

23   Martinez decision from this district court, that, quote, a

24   conscious and deliberate act, unquote, of bad faith was

25   conducted by Circuitronix in exercising its clear contractual

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    right not to continue with the contract.

2           You heard from Ms. Huang, Tracy Huang, just a moment

3    ago conceding on the witness stand that she is not alleging for

4    her company any bad faith by Circuitronix, except for the fact

5    that it had not paid some bills, according to her, back in 2018

6    and before that.  Nothing in connection with its exercise of

7    its right to terminate the agreement.

8           And you've also heard ample evidence already without

9    us even putting any witnesses on from our side that there are a

10   number of different things that a reasonable person could say

11   we don't think these financials necessarily add up.  And

12   there's a snapshot of balance sheet insolvency.  I would tell

13   the Court if it's looking for definitions of insolvency, which

14   is a term that's used in Section 3A of the settlement

15   agreement, the settlement agreement is governed by Florida law.

16   You can look to several sources of Florida law for a definition

17   of insolvency.  And here we're just talking about an

18   unacceptable risk in Circuitronix's judgment, potential

19   insolvency.

20          If you look in the UCC, which is Section 671.201(23),

21   that's a definition of insolvency.  And it defines balance

22   sheet insolvency, which is assets versus liabilities, and

23   defines cash flow insolvency, which is, quote, being unable to

24   pay debts as it comes due.

25          And there's another thing, Florida corporations law,

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    Section 607.01401 --

 2           THE COURT REPORTER:  I'm sorry, again?

 3           MR. ROSENTHAL:  It's 607.01401(42) Florida statutes,

 4    also defines insolvency in the same way, both cash flow and

 5    balance sheet insolvency.

 6           And if you need one further reference point, there's

 7    an 11th Circuit decision called Cox Enterprises, which is at

 8    794 F.3d 1259 at 1273 and footnote 95.  Don't know why there's

 9    so many footnotes.  And even though it's talking about yet

10    another Florida statute, it references this notion of balance

11    sheet insolvency, and it actually calls the other one equity

12    insolvency, which is a synonym for cash flow insolvency.

13           Point being the law makes clear what they need to

14    show, they failed to do it, they've acknowledged no bad faith

15    here.  Why are we even here?  We had pure good faith exercising

16    a contractual right that they agreed to, knew about all along

17    since the mediated settlement in June before Judge Farina, I

18    believe it was.  And, unfortunately, even though both sides

19    wanted to try to work it out, the risks were simply too great

20    of short to near term insolvency, so Circuitronix exercised its

21    contractual right.

22           We're prepared to put on in the time we have both

23    Mr. Kukreja and Mr. Astudillo.  Mr. Kukreja is the CEO of the

24    company.  And Mr. Astudillo is --

25           THE COURT:  Second gear, sir.  You're about in sixth
```

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    gear right now.

 2              MR. ROSENTHAL:  Oh, I apologize.

 3              THE COURT:  Which is problematic because the Court

 4    only has five gears.

 5              MR. ROSENTHAL:  I apologize.  And I was rushing on

 6    purpose.

 7              Mr. Astudillo is the corporate controller.  We won't

 8    have a lot of time, so we'll put on what we can in the, I

 9    think, 50 minutes or so that we have left.

10              But I just wanted to make that motion to the Court

11    because we honestly don't believe that they've met their

12    threshold burden to proceed any further.

13              THE COURT:  Mr. Mazzola, your response?

14              MR. MAZZOLA:  Judge, the Court did order mediation.

15    And because the Court ordered mediation, that required good

16    faith on both sides.  You did hear today from the CFO of the

17    company.  And the CFO of the company testified, I believe

18    rather credibly, that the company is sound, solid, their

19    numbers are good.  The CFO was also able to provide testimony

20    contrary to the emails that further evidence will show and that

21    the record will reflect were the emails that formed the basis

22    for CTX to make their decision.

23              And when we talk about bad faith, we've always talked

24    about this in the very beginning, that the bad faith exists

25    because CTX simply ran out of time.  They could have asked for
```

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    more time.  In fact, you heard Mr. Cole say, you know, we asked

2    for these financials in June, you could have given them to us.

3    That's an indication that CTX bargained for not enough time.

4         And bad faith is going to be established, and it will

5    be established in the documents that have been admitted and, of

6    course, the further testimony of CTX.  And another important

7    fact is that CTX is continuing to do business with BLD, with

8    Benlida.  So their actions show this continuing bad faith to

9    the factfinder.

10        And, of course, as the evidence did show, Benlida is a

11   very highly solvent company.  Just last week they received, as

12   the testimony was, a 100 million RMB loan from a commercial

13   bank in China.  So for those reasons, Judge, I think there is,

14   at a minimum, circumstantial evidence of bad faith and, of

15   course, enough evidence to proceed forward with this hearing.

16        THE COURT:  Understood.  Thank you very much.

17        I have a question, Mr. Rosenthal.  Are you familiar

18   with the phrase "be careful what you wish for"?

19        MR. ROSENTHAL:  I am, Your Honor.  And I would ask

20   that you reserve ruling on this motion and allow us to put on

21   the evidence to create as -- I would call a bulletproof record

22   of the hearing.

23        THE COURT:  Because I was about to say, if I were to

24   go ahead and grant your motion right now and shut down the

25   hearing and say you win, the plaintiff has not met its burden

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    to provide sufficient evidence of bad faith, maybe you'd have

2    an immediate victory, but then subject to appeal, and you

3    wouldn't have the other evidence that you are going to be

4    presenting.

5            So are you still making that motion right now, or do

6    you want to wait until the end of your witnesses' presentation?

7            MR. ROSENTHAL:  We would like to ask Your Honor to

8    reserve judgment on that motion and allow us to put the

9    witnesses on who are here.

10           THE COURT:  Fair enough.  I will reserve ruling on the

11   motion.  And at the end of your case, you may renew that

12   motion.

13           Who is your next witness, or your first witness I

14   should say?

15           MR. COLE:  Your Honor, we'd like to call Mr. Rishi

16   Kukreja.

17           THE COURT:  All right.  Sir, come on up.

18                      (Time 3:38 p.m.)

19                       RISHI KUKREJA,

20   a witness for THE Defendant testified as follows:

21           THE WITNESS:  Yes, I do.

22           THE COURTROOM DEPUTY:  Please state your full name,

23   your title and the spelling of your last name.

24           THE WITNESS:  Sure.  Rishi Kukreja, I'm the CEO of

25   Circuitronix.  And my last name is spelled K-U-K-R-E-J-A.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 174 of 294

Direct Examination - Rishi Kukreja
January 13, 2023
174
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          THE COURT:  Thank you, sir.  Have a seat.

2          It is now 3:38 p.m.

3          MR. COLE:  Thank you, Your Honor.

4          Your Honor, before I proceed with the questioning of

5    Mr. Kukreja, I do just have one minor point.  There was some

6    suggestion that Mr. Paulikens, the expert, may testify in

7    rebuttal.  I don't know if that's the case.

8          MR. MAZZOLA:  He's not.

9          MR. COLE:  He's not?  Okay.  Just wanted to inquire

10   about the sequestration rule.

11         THE COURT:  Please continue.

12         MR. COLE:  Thank you, Your Honor.

13                    DIRECT EXAMINATION

14   BY MR. COLE:

15   Q.  Good afternoon, Mr. Kukreja, how are you, sir?

16   A.  I'm good.

17   Q.  All right.  Mr. Kukreja, where were you born?

18   A.  In India.

19   Q.  All right.  Can you just briefly summarize your education?

20   A.  I'm an electrical engineer.

21   Q.  All right.  And where did you receive your electrical

22   engineering degree, what institution?

23   A.  Manipal Institute of Technology in India.

24         THE COURT:  I'm sorry, sir, if you could say that name

25   one more time slowly and spell it for the benefit of the court

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 175 of
294                                                                                    175
Direct Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    reporter and also for me because I didn't get it.

2            THE WITNESS:  Sure.  Manipal, M-A-N-I-P-A-L,

3    Institute, I-N-S-T-I-T-U-T-E.

4            THE COURT:  Thank you.

5            MR. COLE:  All right.  Thank you, sir.

6    BY MR. COLE:

7    Q.  And how is it that you first came to the United States?

8    A.  Through employment.  I got an H-1B visa through a company

9    in -- in Pembroke Pines.

10   Q.  Okay.  What was the name of the company?

11   A.  The activation was Stacy -- it was Sysha Technology

12   (phonetic).

13   Q.  All right.  And what were you hired to do there?

14   A.  I was an electrical engineer.  I was basically designing

15   circuit boards.

16   Q.  And what year did you get that job and come to the U.S.?

17   A.  December of 1996.

18   Q.  All right.  And since that time, have you become a U.S.

19   citizen?

20   A.  Yes, I have.

21   Q.  And when did that -- when did you get your citizenship?

22   A.  I think it was 2012.

23   Q.  All right.  And have you lived in Florida more or less

24   continuously from 1996 to the present?

25   A.  I have.

Direct Examination - Kosh Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  Q.  All right.  Tell us what you do for a living today, sir?

2  A.  I run five or six different companies, most of which I

3  founded, I was the founder of.  And one of them Circuitronix,

4  who is the Defendant in this case.

5  Q.  All right.  And in what year did you found Circuitronix?

6  A.  In 2002.

7  Q.  All right.  Can you just very briefly tell us a little bit

8  about that, how did you get the company started?

9  A.  I had -- in my job prior to Circuitronix, I was designing

10  print circuit boards, and at some point in time I realized that

11  sitting behind a desk and designing PCBs was not something

12  which I'd like to do for the rest of my life.  And so at that

13  point in time, China had started becoming more and more

14  relevant in the print circuit board manufacturing, global print

15  circuit board manufacturing.  And so I took the knowledge,

16  which I had, and I aligned myself with a PCB manufacture in

17  Southern China and started selling print circuit boards on

18  their behalf.  Actually, not on their behalf, I was buying

19  print circuit boards from them and selling it to customers in

20  North America and Europe.

21  Q.  All right.  And where is Circuitronix headquartered today?

22  A.  In Fort Lauderdale, Florida.

23  Q.  And how many employees does the company have?

24  A.  In Florida?

25  Q.  Yes.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 177 of
294                                                                            177
Direct Examination - Kosh Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   In Florida we have 55 employees.

2    Q.   And what about around the world?

3    A.   Around the world we have around 300, 315 employees.

4    Q.   Okay.  And in terms of annual revenue, what is the size of

5    Circuitronix today?

6    A.   Circuitronix is roughly around $200 million.

7    Q.   All right.  Now, at the time you started Circuitronix, when

8    you founded the company, how many employees were there?

9    A.   Just me.

10   Q.   Okay.  And how much capital did you start with?

11   A.   Basic capital, means I had my savings, which may have been

12   less than $20,000.

13   Q.   Okay.  So fair to say, I mean you built the company into

14   what it is today from -- basically from scratch, right?

15   A.   Yes, I did.

16   Q.   In addition to Circuitronix, can you just list the other

17   companies that you own or are chief executive of today that are

18   involved in manufacturing?

19   A.   Sure.  There is Sun Air Electronics, which is based in

20   Hollywood, Florida.  We manufacture high frequency radios for

21   the U.S. Navy.  There is -- what we do, plastic injection

22   molded parts for predominantly the automotive industry.

23   There's chrome, which does decorated plastics, it's the -- if

24   you look at your grill of the car, it's a metallic -- it's a

25   metallic plastic.  So we do, it's called decorative plastics,

Direct Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    and we do decorative plastics.  I have a company in India,

2    which is called Ei EMS, which does -- Ei EMS it sells -- for

3    print circuit boards.  Basically, you take a bare board, which

4    a company like Benlida produces and we populate the board with

5    components and make it into working product.

6        And, yeah, so those are the --

7    Q.  Okay.  And in your years of experience in business, have

8    you had an opportunity to become somewhat familiar with

9    corporate financial statements?

10   A.  Sure.

11   Q.  Tell us a little bit about that, what's your involvement in

12   producing, reviewing financial statements?

13   A.  So I think it would be fair to say that you cannot run the

14   company without having a very keen knowledge of financial

15   statements.  And I review financial statements on a periodic

16   basis, at least once a month for all the companies.

17   Q.  Are you involved when the -- when the companies that you

18   own or are chief executive of have to prepare or produce their

19   financial statements, are you involved in that process?

20   A.  So the CFOs of those companies are involved in that process

21   because it has to come to me for review.  And then I review the

22   financials, ask them the questions.  And so I'm aware of

23   everything, every aspect of the financials with the companies.

24   Q.  All right.  And during your business career, have you ever

25   purchased or acquired companies that are already in existence?

Direct Examination - Rishi Kukreja

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.  The only company which I acquired was Sun Air Electronics.

2          THE COURT:  I'm sorry, what was that name again?

3          THE WITNESS:  Sun Air.

4          THE COURT:  Sun Air.  Thank you.

5   BY MR. COLE:

6   Q.  All right.  And on other occasions, have you explored the

7   possibility of purchasing companies and decided not to?

8   A.  Several times.

9   Q.  All right.  And in that process have you participated in

10  due diligence where one of the things you had to do was review

11  the financial statements and analyze them?

12  A.  Sure.  Actually, we're doing that right now with a company

13  in Costa Rica.

14          THE COURT:  I didn't hear that.

15          THE WITNESS:  We are -- we're doing our due diligence

16  with a company in Costa Rica.

17  BY MR. COLE:

18  Q.  All right.  Can you just tell us generally what is the

19  business of Circuitronix?

20  A.  So we virtually manufacture print circuit boards through

21  subcontractors such as Jiangmen Benlida.

22  Q.  And when did Benlida and CTX begin doing business together?

23  A.  2005.

24  Q.  And during that whole period of time, from 2005 to today

25  when the two companies were working together, have members of

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 180 of 294

180

Direct Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Benlida's management ever told you that they were having

2    financial difficulties or cash shortages?

3    A.  So in 2008 or 2009, Benlida's current chairman, Mr. Huang,

4    he -- he experienced bad health, so he sold a good portion of

5    the company to somebody else.  And then in 2012 he started --

6    he returned back -- I don't know the years exactly, but it

7    could be 2000 -- in 2011, '12, he came back, and he bought

8    his -- bought Benlida back, the shares, back from the other

9    gentlemen.  And just prior to that, they also started ROK.

10   Q.  All right.  Mr. Kukreja, I just -- we have very limited

11   time, I just want to focus on any kind of financial

12   difficulties or cash shortages that Benlida may have

13   communicated to you?

14   A.  Sure.

15   Q.  Do you recall any examples of that that may have happened

16   over the course of the relationship?

17   A.  Sure, sure.  So the reason I had mentioned that is that

18   when that event happened, both -- they bought the company back

19   from -- they -- they started off with a cash flow issue.  So

20   since the time I've known Benlida, since 2012, the new Benlida,

21   they've always had -- they've always had cash flow issues.

22   Q.  All right.  Has Benlida ever asked you to make cash

23   infusions or provide cash loans to cover Benlida's operating

24   costs?

25   A.  So it's not loans.  They've asked to be given money.  We

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 181 of
294

Direct Examination - Kash Rakhra/J4                    181
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    had payment terms with Benlida of say every 60 days.  And say

2    money was not due for two months out, they would ask us for --

3    they would basically ask us to pay the money ahead of time.

4    And at some point in time, they started asking for more and

5    more money, which was not actually covered by moneys we owed to

6    them.

7    Q.  All right.  Have they ever asked you to provide money so

8    that they could pay suppliers?

9    A.  I mean it was -- it happened every week for a long time.

10   Q.  Did they ever ask you to provide money so that they could

11   repay loans?

12   A.  Every week we were being asked.

13   Q.  Okay.  Did they otherwise ask you to pay money to them so

14   that they could cover debts because they were in a cash crunch?

15   A.  Yes.

16   Q.  All right.  And did you do that from time to time?

17   A.  I did that.

18   Q.  And why did you do that, why did you agree to do that?

19   A.  So, Mr. Huang and his son Douglas, and Tracy, I think I can

20   sit here and say that we have a -- we enjoy a great

21   relationship actually.  Even today I consider Mr. Huang to be a

22   mentor.  And so whenever they needed help, and if I was in a

23   position to help, I helped.  And on the flip side, they've also

24   helped me a lot with customer audits and expediting parts to

25   the factory.  So it's been -- until 2019, it was a good

1    relationship where both parties were helping each other out.

2    Q.  All right.  Are you familiar with a company called ROK?

3    A.  Yes, I am.

4    Q.  What was ROK?

5    A.  It was a company which Mr. Huang start -- started just

6    prior to buying the shares from Benlida, from -- of Benlida

7    back from the other owner.

8    Q.  All right.  Did ROK go out of business sometime in 2018?

9    A.  Yes, they did.

10   Q.  What did the people at Benlida tell you about why ROK went

11   out of business?

12   A.  So ROK went out of business because the -- they do not own

13   the -- the wastewater treatment license, it was owned by the

14   landlord in the other building.  And the landlord was holding

15   them hostage and demanding more and more money from them, which

16   actually caused them to go into financial distress.  And they

17   even had a lawsuit with that landlord and -- because of the

18   financial distress.  Because that event led to the financial

19   distress.

20   Q.  So they were having problems paying the landlord, that's

21   what you were told?

22   A.  Yeah, they -- they were -- I mean the landlord, I believe,

23   was acting unreasonably.  But yeah, it led to financial

24   trouble.

25   Q.  Okay.  But regardless of who was acting unreasonably, they

Direct Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   were unable to pay the landlord; is that true based on what you

2   were told by them?

3   A.  Yeah.

4   Q.  All right.  During the time that ROK was in business, did

5   Benlida ever ask you to send money that was owed to Benlida to

6   ROK instead because ROK was having some kind of cash problem?

7   A.  Sure.  Yes, several times.

8   Q.  Can you explain that or elaborate on that, what happened?

9   A.  So Tracy would write me emails saying that X amount of

10  money, which was owed to Benlida, should be -- rather than

11  sending it to Benlida, send it to ROK.  And we ended up sending

12  close to -- between 2, 2.5 million dollars to ROK, which was

13  actually owed to Benlida.

14          MR. COLE:  All right.  Your Honor, I'd like to focus

15  the witness on exhibit, Defendant's Exhibit 37.

16          May I approach the witness, Your Honor?

17          THE COURT:  Yes.

18  BY MR. COLE:

19  Q.  All right.  Mr. Kukreja, do you see here, Exhibit 37 is an

20  email from Tracy@Benlida.com to you dated March 21, 2017?

21  A.  Yes.

22  Q.  And the subject of the email says, "Urgent issue on ROK

23  foreign exchange," followed by three exclamation points.  Do

24  you see that?

25  A.  Yes.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 184 of 294

184

Direct Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Q.  And it says, "Dear Rishi, we received formal notice from

2    tax department this afternoon that ROK is now in blacklist due

3    to foreign exchange get-back from customer is much less than

4    the amount exported."  Do you see that?

5    A.  Yes.

6    Q.  And it says, "It is the fact that such problem caused by,

7    one, discount amount deduct on ROK receivable is 1.5 million

8    USD; two, debit notes on quality and lead time penalties since

9    2012, this amount is around .6 million USD; three, invoice

10   discrepancy."  Do you see that?

11   A.  Yes.

12   Q.  And it says, "Big boss, Mr. Huang, collect a urgent meeting

13   with financial manager and me.  He suggests that CTX must only

14   wire to ROK account in March when we collect both Benlida and

15   ROK's payment.  As the email I wrote today, we need 2.2 million

16   USD from CTX in the balanced days of March."

17       Let me just pause there.  Do you see that?

18   A.  I do.

19   Q.  So they're asking for 2.2 million between the 21st of

20   March, 2017, and the end of the month, ten days later, is

21   that --

22   A.  Yes.

23   Q.  Okay.  Is this an example of one of the occasions you were

24   referring to earlier of them asking you to make payments that

25   were owed to Benlida to ROK, to help ROK out of a jam?

1   A.   Yes.

2   Q.   This email goes on to say, "So please urgently confirm CTX

3   buyer schedule of these two weeks.  We need the wire to reach

4   ROK ASAP.  Tomorrow we will also write a report to tax

5   department to explain.  Since we cannot explain as the fact, we

6   have to make up some other reasons.  We know that this problem,

7   mainly caused by ourselves, but now we really need CTX support;

8   otherwise, ROK exporting license will be suspended and create

9   big problem."

10       Do you see that?

11   A.   Yes.

12   Q.   And was this typical of the kind of requests that you were

13   getting periodically from either Benlida or ROK during the life

14   of that business?

15   A.   Absolutely.

16   Q.   Okay.  Prior to this lawsuit being filed in January of

17   2021, did anyone from Benlida ever reach out to you or

18   communicate to you in any way that Benlida believed that

19   Circuitronix owed Benlida $13.6 million?

20   A.   No.

21   Q.   When ROK went out of business in 2018, did it owe

22   Circuitronix or its foreign affiliates such as Circuitronix

23   Hong Kong any money?

24   A.   Yes.

25   Q.   What happened to those debts?

1  A.   They remain uncollected.

2  Q.   Did Benlida ever commit to paying Circuitronix back?

3  A.   No.

4  Q.   All right.  I want to focus on the settlement agreement in

5  this case, if I can.  Do you recall that on June 1, 2022, there

6  was a mediation?

7  A.   Yes.

8  Q.   And you participated in that on behalf of CTX, correct?

9  A.   Yes.

10  Q.   All right.  It's true that the settlement calls for initial

11  payment of over a million dollars by Circuitronix, right?

12  A.   Yes.

13  Q.   Okay.  And then there's additional payments over time,

14  correct?

15  A.   Yes.

16  Q.   All right.  There's also terms in the settlement that

17  require Benlida to provide favorable pricing to CTX over the

18  life of the agreement, correct?

19  A.   Yes.

20  Q.   Can you explain for the Court why an arrangement like that

21  made business sense to you and why you were interested in

22  pursuing settlement on those terms?

23  A.   Sure.  As I had said -- as I've always maintained that we

24  do not owe Benlida any money, and on the contrary, Benlida owes

25  us money.  What I -- the way I structured it was that I would

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 187 of 294

187

Direct Examination - Kishi Kurleja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    give Benlida this money, and over the course of five to ten

2    years find a way to recoup that money through favorable

3    pricing.  And so that's the reason I structured it in that

4    manner, where I would give them $1.5 million and then buy

5    product from them at favorable pricing terms and conditions,

6    which would allow me to recoup minimum $1.5 million during that

7    ten-month period and carry that on the following year and --

8    until the $5 million -- at minimum the 5 million dollars were

9    recouped.

10   Q.  All right.  So in other words, the way you were envisioning

11   it, it would have been profitable for you if it was carried

12   through to its conclusion, right?

13   A.  That's right.

14   Q.  All right.  Now, there was also a term in the contract

15   which required Benlida to provide the financial statements, and

16   it gave Circuitronix the option to terminate, it made a

17   determination in its sole discretion there was an unacceptable

18   risk of instability.  Do you recall that?

19   A.  Yes.

20   Q.  Why did you ask that that term be included in the

21   agreement?  Why was that important to you?

22   A.  So right at the onset, I am to a certain degree aware of

23   the -- how opaque some of these financial statements from

24   Chinese companies are.  And I knew that there are some things

25   which I knew that I would need to do a deep dive into, and I

Direct Examination - Rishi Kukreja

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   just needed to have the ability to make sure that -- basically,

2   I was making an investment up front, I just needed to make sure

3   that there was a way for me to recoup that investment.  And if

4   by chances I gave a certain sum of money, and Benlida was not

5   able to sell me product that was favorable terms and

6   conditions, there was going to be no way for me to recoup that

7   money.

8   Q.  All right.  So is it fair to say that you asked for this

9   termination option so that you had a way to get out if you made

10  a decision that you weren't going to be able to make profit on

11  this based on their financial condition?

12  A.  That is right.

13  Q.  All right.  All right.  Were there any other just broader

14  market conditions in the PCB industry that were relevant in

15  2020 or 2022 that created greater risk or uncertainty for PCB

16  manufacturers in China based on your knowledge of the industry?

17  A.  So the PCB -- majority of the PCB manufacturers in China

18  are on the verge of bankruptcy and are really hurting from a

19  financial perspective.

20          MR. MAZZOLA:  I'm going to object to that.  I'm not

21  sure what basis he's providing that.

22          THE COURT:  You will be able to go into the

23  cross-examination.

24          Next question.

25          THE WITNESS:  And there is no doubt about the fact

1   even financial -- Benlida's own financial statements show how

2   business has fallen drastically between 2021 and 2022.

3   BY MR. COLE:

4   Q.  All right.  Now, in connection with the settlement

5   agreement, Benlida did provide the financial statements that

6   are at issue here in Exhibits 3 and 4, on November 9, 2022,

7   right?

8   A.  Yes.

9   Q.  Okay.  Did CTX request during the period from June to

10  November that those financials be provided earlier than that?

11  A.  Yes.

12        MR. MAZZOLA:  I'm going to object to the relevance,

13  Judge.  I'm not quite sure what matters -- objection,

14  relevance, Your Honor.

15        THE COURT:  Overruled.

16        MR. COLE:  Thank you, Your Honor.

17  BY MR. COLE:

18  Q.  All right.  Once Circuitronix received the financial

19  statements on November 9th from Benlida, and they were provided

20  to you, what did you do?

21  A.  I immediately forwarded them to corporate controller Celin.

22  Q.  And that's Celin Astudillo?

23  A.  Yes.

24  Q.  All right.  And what's his position in the company?

25  A.  He's the corporate controller.

1   Q.   Is he -- is that the same role as a -- like a CFO?

2   A.   Yes.

3   Q.   Is he the -- is he the highest ranking financial executive

4   in the company?

5   A.   At -- in Circuitronix, yes.

6   Q.   All right.  And what did you ask him to do?

7   A.   So he -- Celin asked me immediately as to what the purpose

8   of this review was.  And I told him that I do not want to give

9   him too much information about what the purpose was, I just

10  wanted him to, in a very objective manner, review the

11  financials and -- review the financials and flag any concerns

12  he has regarding the financial health of Benlida.

13  Q.   All right.  And did he, in fact, perform that analysis and

14  provide you with some feedback about that?

15  A.   Yes, he did.

16  Q.   All right.  And in addition to the analysis and feedback

17  you got from Mr. Astudillo, did you yourself take a look at

18  financials and perform your own sort of review?

19  A.   So the way the review is done is that when Mr. Astudillo

20  had completed his review and provided me with the report, I

21  called him into the conference room, and we projected the

22  financials on the -- on the screen, and we reviewed it

23  together, like reviewed the points, and they reviewed

24  everything.

25  Q.   Understood.  And did either you or Mr. Astudillo together

Case 0:21-cv-60125-RNS Document 140 Entered on FLSD Docket 02/13/2023 Page 191 of 294

Direct Examination - Rishi Kukreja
January 13, 2023
191
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  see any items within the financial statements that you

2  identified as areas of concern or red flags?

3  A.  Several.

4  Q.  All right.  Can you tell us what some of those were, what

5  some of those issues were?

6  A.  So the short-term liabilities exceeded short-term debt --

7  I'm sorry, short-term assets.  And in -- if you did not

8  consider inventory, inventory in the assets, and the reason why

9  we did not consider inventory is because the amount of time it

10  was taking to convert inventory in the finished goods or raw

11  material into cash.  We could see the metrics increasing.  It

12  was high before, 160 days or so, and it was even increasing

13  further.

14  Q.  And why is that a problem specifically in the print circuit

15  board industry?

16  A.  I think it's a problem in any industry, not only the -- at

17  the end of the day, the --

18  Q.  Let me ask this, Mr. Kukreja.  What is the shelf life of

19  finished print circuit boards, how long do they last before

20  they have to be scrapped?

21  A.  So depending on there's something which is called finish on

22  the PCB.

23          THE COURT:  I'm sorry, there's something that's

24  called?

25          THE WITNESS:  Finish.

Direct Examination - Rishi Kukreja

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          THE COURT:  Finish.  Thank you.

2          THE WITNESS:  And some finishes have a shelf life of 3

3    months, other finishes have -- the maximum is 12 months.  And

4    so after 12 months, the inventory has to be scrapped because it

5    exceeds its shelf life.

6          But I think that the laminate has the raw material

7    also has a shelf life.  The -- there's something which is

8    called photo resist, it has a shelf life of 3 months.  Prepack

9    has a shelf life of 3 months.  So if they're not used, even if

10   one goes to Benlida's own warehouse, they have a separate

11   warehouse for where expired material lies.

12         So the -- that inventory number does not represent

13   true as -- it does not represent asset on a dollar-to-dollar

14   basis.

15   Q.  Understood.  And just by the way, you have actually

16   personally been to the Benlida factory and the warehouse that

17   you're describing in China; is that right?

18   A.  Yes, several times.

19   Q.  All right.  Are you familiar with something called a cash

20   flow statement?

21   A.  Yes.

22   Q.  In analyzing the Benlida financials, did you have any

23   concerns about the cash flow statement?

24   A.  So the cash flow statement, which was provided by Benlida,

25   could not be really used for analysis because it was backward

Direct Examination - Roshan Kurakula/4
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    looking.  So we had to use the balance sheet and income

2    statement to derive to come up with forward looking cash flow

3    statement, which we did.  And Benlida -- we observed that

4    Benlida did not have the cash.

5        Benlida would not have the cash at the right time to pay

6    for its obligations, and that was something in line with what

7    we had seen.  We've seen continuously from 2012.

8    Q.  Did that cause you to have any concerns about going forward

9    with the settlement agreement?

10   A.  It did.

11   Q.  Did you have any concerns about the aging of Benlida's

12   receivables?

13   A.  It did -- I did.

14   Q.  Can you tell us about that?  What were those concerns and

15   what did you observe?

16   A.  So customers in this industry ask for payment terms.  And

17   let's assume the payment term is net 60 days, and that means

18   that after you invoice the product to them, they will give you

19   money within 60 days.

20       Chinese customers are notorious to pay late.

21           MR. MAZZOLA:  Objection, he's just disparaging now.

22   Chinese customers are notorious late payers?

23           THE COURT:  You can go into that in cross-examination.

24   Overruled.  If he has the experience to make that statement,

25   fine.  And if not, you'll be able to expose that as a blatant

Direct Examination - Keshi Rawli, Jr.
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    overstatement and exaggeration.  So I look forward to your

2    cross-examination.

3            THE WITNESS:  And so if the moneys do not hit the bank

4    on time, if you're not able to fulfill your obligations to your

5    supplier sometime, and the financial statements provided by

6    Benlida also showed that they were constantly late on making

7    payments to their suppliers, the H cable timeframe was very

8    long.

9    Q.  All right.  Did you have any concerns in analyzing

10   financial statements about Benlida's cash position, the amount

11   of cash they had?

12   A.  Definitely.

13   Q.  Tell us about that.  What were your concerns?

14   A.  I -- the amount of cash, which the Benlida had, was --

15   compared to their expenses was an extremely small amount.  So

16   if by chances there was any sort of event, which caused the

17   customers not to be able to pay the moneys, which they were

18   meant to pay Benlida, Benlida was at risk of an immediate

19   shortage of cash.

20   Q.  Right.  Did you observe anything in the financial

21   statements regarding the amount of time that it was taking for

22   Benlida to pay its debts that caused you to have concerns about

23   their financial condition?

24   A.  Yes.  And I referred to that just a few minutes ago.

25   Q.  All right.  Did you observe that it was taking somewhere

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 195 of 294
195
Direct Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   between 180 days to 220 days for Benlida to pay its bills?

2   A.   Yes.

3   Q.   Did that cause you to have any concerns about going forward

4   with the settlement agreement?

5           MR. MAZZOLA:   And, Judge, I've got these objections

6   that -- regarding the leading questions.

7           THE COURT:   Counsel, you're right, and I'm going to

8   sustain it.   But let me just point out by way of observation,

9   I'd say four-fifths of your questions to your own witnesses

10  were leading, and for some reason, it escaped me, the Defense

11  never objected.   So you got away with a massive amount of

12  leading questions yourself.   But that's history now.

13          You have raised a leading question -- you've raised an

14  objection as to leading, sustained.

15          Please rephrase your question.

16          MR. COLE:   All right.

17  BY MR. COLE:

18  Q.   Mr. Kukreja, what did you observe in your analysis of the

19  financial statements regarding the amount of time it was taking

20  for Benlida to pay its bills?

21  A.   So it was taking 180-days-plus to pay their bills.

22  Q.   And what concerns, if any, did that cause you to have about

23  going forward with the settlement agreement?

24  A.   It showed that Benlida was not being able to -- to fulfill

25  their payment obligations to their suppliers.

Direct Examination - Roshi Kukreja

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Q.  All right.  After you had a chance to review and analyze

2   the financial statements, did there come a time that you asked

3   to have a -- there had been some reference to a Zoom call or a

4   Zoom meeting?

5   A.  Yes.

6   Q.  Okay.  Why did you ask for that?

7   A.  To get further clarification on some of the questions we

8   had.

9   Q.  All right.  Are you aware of any obligation you had to do

10  that?

11  A.  No.

12  Q.  All right.  Did you participate in that Zoom meeting?

13  A.  I did.

14  Q.  Did Mr. Astudillo participate as well?

15  A.  Yes.

16  Q.  All right.  In addition to some of the concerns you've

17  already mentioned, were there other concerns that were

18  discussed during that Zoom meeting?

19  A.  The -- we had -- when we got the financials from Benlida,

20  we took -- we took a two-pronged approach.  Actually, a few

21  days prior to getting the financials also, a couple of days

22  prior, we had contacted an external CPA firm in China to

23  provide us with some publicly available information on Benlida.

24          MR. MAZZOLA:  I'm going to object, Judge.  This is

25  going to be hearsay.

1          MR. COLE:  Your Honor --

2          MR. MAZZOLA:  Contact to --

3          MR. COLE:  -- we're offering this just to show the

4    process that was followed, as a good faith process in

5    analyzing.

6          THE COURT:  Ask your question again and let me just

7    understand the context.

8          MR. COLE:  Sure.

9    BY MR. COLE:

10   Q.  Let's just back up, Mr. Kukreja.  In addition to the

11   analysis you were discussing with Mr. Astudillo and yourself,

12   you mentioned that you did some other steps, and you were

13   starting to describe those.  Can you tell the Court what those

14   other steps were?

15   A.  Sure.  We had engaged a company in -- in -- a CPA firm in

16   China to get any publicly available information on liens.

17         MR. MAZZOLA:  Judge, that becomes the hearsay

18   objection.

19         THE COURT:  So, Counselor, you're about 15 seconds

20   premature because right now all he said was I've contacted a

21   company.  Probably Mr. Cole is going to ask him what did you

22   learn from the company, or what did the company tell you, but

23   that's not the question yet.  So far he hasn't said anything by

24   way of hearsay, he simply said they contacted a company.

25         Next question, please.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 198 of 294

198

Direct Examination - Roshi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

BY MR. COLE:

Q.  All right.  What did you ask the company to do for you in terms of analyzing the financials?

A.  To get any publicly available information on Benlida's financial health including liens, including outstanding judgment, cold cases, just all that information.

Q.  All right.  And I don't -- I don't want to go into all the substance, but did they provide you with some information and some feedback pursuant to that request you made?

A.  Yes.

MR. MAZZOLA:  Judge, that's the hearsay.

THE COURT:  Not yet.  The question was, Did they provide you with feedback?  Answer, yes.

BY MR. COLE:

Q.  All right.  And, again, without going into the substance of it, did any of the information they provided you cause you to have additional concerns about moving forward with the settlement agreement?

A.  Yes.

Q.  Now, during the conference call, the Zoom call with the folks from Benlida --

THE COURT:  Mr. Cole, excuse me for just a minute. Just as a courtesy to you, you know, you're the quarterback, you and your cocounsel are quarterbacks.  And you can run out your time with this witness if you like, and I know you had

Direct Examination - Roshi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   another witness ready, but I'm simply pointing out to you that

2   by my calculation your time expires at 4:27.  So that's

3   about -- not too much from here.

4           So if you want to take up the remainder of your time

5   with this witness, fine, and then we won't hear from your next

6   witness.  But I thought as a courtesy I'd point that out to

7   you.

8           MR. COLE:  Thank you, Your Honor, I appreciate that.

9           If I may, let me just wrap up with Mr. Kukreja --

10          THE COURT:  All right.

11          MR. COLE:  -- and I will finish my questions.

12  BY MR. COLE:

13  Q.  Mr. Kukreja, I just want to just quickly summarize because

14  we are very short on time.

15      As a result of your review and analysis, which you

16  described the things that were discussed in the conference

17  call, did you make a decision to exercise the right to

18  terminate the settlement agreement?

19  A.  Yes, I did.

20  Q.  All right.  Did you do that in good faith based on your

21  analysis and your determination about the risks of going

22  forward?

23  A.  Yes, I did.

24  Q.  All right.  And did you ever instruct anybody to act in bad

25  faith or look for pretexts to terminate?

Direct Examination - Rishi Kukreja

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  A.  No, I did not.

2  Q.  Was your analysis completely based on the information that

3  you had available and your experience in business?

4  A.  Yes, I did.

5  Q.  Okay.  And can you just tell us very quickly in summary why

6  did you make the decision to terminate the settlement

7  agreement?

8  A.  Benlida had a cash flow issue, which would, in our opinion,

9  get exaggerated because of the funds, which were required by --

10 by the investment required in the new factory in Jianghai.  And

11 they had their financial statements, the balance sheets

12 according to, as per my knowledge, does not allow them to get

13 the loan, which they succeeded in getting, which they

14 apparently closed in December.  But according to me, that's not

15 a silver lining because now somebody has to service that loan.

16 And they don't have the moneys to even service that loan.  So

17 in my opinion, the -- it makes matters even worse.

18     There were certain -- there were certain pledges and liens

19 which were not disclosed to us.

20         MR. MAZZOLA:  Judge, I'm going to object to that

21 because I think we're getting into these pledges and liens that

22 came from hearsay.

23         MR. COLE:  I'm not offering it for the truth, it's a

24 factor in his decision.

25         THE COURT:  Overruled.

1    BY MR. COLE:

2    Q.  Go on.

3    A.  And it was during that -- during that call when certain

4    things were brought up with Benlida, they -- we were muted, and

5    they had internal discussions for half an hour or pretty

6    lengthy time.

7    Q.  Was anything said by Benlida during the call or anything

8    that you observed in terms of their demeanor when you were

9    discussing these issues that caused you to have some concerns

10   about going forward?

11   A.  Sure.  So --

12   Q.  Describe those for the Court, please.

13   A.  So when I flagged the issues about the pledges, they were

14   more concerned about where I got to know that information

15   rather than addressing the substance of that issue, which --

16   which they eventually did.  But their explanation also did not

17   add up.

18   Q.  All right.  And regarding this issue with the Jianghai

19   factory, can you just tell the Court very quickly why that

20   caused you to have concerns about going forward with the

21   settlement agreement as well?

22   A.  Firstly, any new factory, quite an investment.  And when

23   the choice has to be made whether we need to put $100 into

24   upgrading Jiangmen Benlida or $100 into a new piece of

25   equipment in Jianghai.

1    I think the natural tendency would be to go to the new

2    factory, which would definitely cause the old factory to

3    deteriorate.  And with the deterioration of the old factory,

4    the ability to -- for Benlida to live up to their end of the

5    bargain in terms of favorable terms and conditions gets highly

6    diminished.  And our ability to recoup our investment of 5

7    million spread over five years also -- it becomes highly

8    unlikely.

9             MR. COLE:  Thank you, Mr. Kukreja.  I have no further

10   questions.

11            THE COURT:  So it's now 4:23.  So that means you used

12   up 45 minutes, which means that your total is let's say 2 hours

13   and 11 minutes, and 45, it's 2 hours and 56 minutes.  You have

14   a full 4 minutes remaining.

15            MR. ROSENTHAL:  I had estimated it at 5, but I guess

16   we're a little off.  Thank you.

17            THE COURT:  You know, since I'm, as you know, a

18   flexible man, we'll make it 5 minutes.

19            MR. ROSENTHAL:  Thank you, Your Honor.

20            MR. MAZZOLA:  Good afternoon, Mr. Kukreja.

21            THE COURT:  Wait just a minute, please.  I need to

22   write down the time that we're beginning.  It is 4:24.

23            MR. MAZZOLA:  Judge, can I close this shade, the light

24   is coming in.

25            THE COURT:  Yes.

1          (Pause in proceedings.)

2               THE COURT:  You may proceed.

3                         CROSS-EXAMINATION

4    BY MR. MAZZOLA:

5    Q.   How long has Mr. Astudillo worked for you?

6    A.   He joined in September.

7    Q.   September of what year?

8    A.   2022.

9    Q.   What was it?

10   A.   2022.  So five months.

11   Q.   Did you ever get a chance to look at Mr. Astudillo's

12   LinkedIn profile?

13   A.   I cannot recollect whether it was done during his

14   recruitment process.

15   Q.   You know Mr. Astudillo talks about him as being someone

16   with finance operations, controllership and business unit

17   management skills.  But then he also talks somewhat a lot about

18   his ability for restructuring of businesses.

19        Did you know that, he's a restructuring guy?

20   A.   I did not.

21   Q.   Why did you hire a restructuring guy, did -- was he helping

22   you restructure?

23   A.   Because he has other skill sets that you just mentioned.

24   Q.   He doesn't -- he doesn't show up on his LinkedIn profile as

25   working for you.  Do you think that's an oversight?

Cross-Examination - Rishu Kukreja

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   I think you would have to ask him.

2   Q.   Well, we were advised that he was the corporate controller,

3   I just want to be sure that he is actually one of your

4   employees, and he wasn't someone you hired to assist in this

5   project?

6   A.   No.  We -- he was somebody we recruited as a normal -- it

7   was a job opening, and we recruited him for that position.

8   Q.   Just as Mr. Cole was finishing up, he was talking about the

9   Jianghai factory, and he was asking you about some of your

10  concerns.  And I have a question about the factories in China

11  because, as I understand it, for your customer base for the

12  supply chain, the factories that you use in China need to be

13  approved downstream in your supply chain; isn't that correct?

14  A.   I do not know what you -- what you're saying.

15  Q.   You just can't manufacture things at any factory in China,

16  they have to be approved by your customers?

17  A.   That is not a correct statement.

18  Q.   That's not a correct statement?  Let me ask you this

19  question then, what about Benlida, is Benlida an approved

20  factory?

21  A.   Benlida is an approved factory for certain customers, and

22  certain customers who do not require any -- certain customers

23  require the factory to be approved, and certain customers do

24  not need the factory to be approved.

25  Q.   So there are -- it is correct then that there are certain

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 205 of 294

205
Cross-Examination - Rishu Rukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  customers that require an approved factory?

2  A.  That is correct.

3  Q.  And in terms of this new Jianghai factory, if Benlida did

4  move their manufacturing to the Jianghai factory, would the

5  Jianghai factory automatically be an approved factory for those

6  certain customers?

7  A.  No.

8  Q.  It would not be, right?

9  A.  No.

10 Q.  So there's a risk then, not a risk for Benlida's financial

11 insolvency or collapse by moving to the new factory, but it

12 sounds like if they moved all the business to a new factory,

13 you would have a risk, a financial risk, because your

14 customers, those certain customers wouldn't see that as an

15 approved factory; isn't that correct?

16 A.  I do not understand your question.

17 Q.  You just said that certain of your customers require

18 factories to be approved, correct?

19 A.  That is correct.

20 Q.  I then asked you if Benlida moved all of their

21 manufacturing for you from Jiangmen to the Jianghai factory,

22 would the Jianghai factory automatically be approved for those

23 certain customers, and your answer was no; is that correct?

24 A.  That's correct.

25 Q.  So you would have to go through a whole nother approval

Case 0:21-cv-60125-RNS    Document 140    Entered on FLSD Docket 02/13/2023    Page 206 of
294                                                                                            206
Cross-Examination - Rishu Rukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  process with those certain customers of the Jianghai factory;

2  is that correct?

3  A.   That is correct.

4  Q.   So isn't that really the reason you were concerned about a

5  new factory, that you would have to go through a new approval

6  process with those certain customers?

7  A.   So --

8  Q.   It's a yes or no, is that the reason why?

9  A.   No.

10  Q.   No.  But that is a -- an approval process would be

11  required; isn't that correct?

12  A.   An approval process would be required assuming that that's

13  what we're going to be doing.

14  Q.   You talked earlier about during the Zoom conference that

15  there was a half-hour discussion that took place?

16  A.   We were muted.

17  Q.   You were muted.  I was on that call, and other people were

18  on that call.  And as I understand, you were in Germany at a

19  conference called Electronica; isn't that correct?

20  A.   Not on that day.

21  Q.   Not on that day?  And it was my recollection, I was on that

22  call, that you had to take a break yourself because you had to

23  meet with someone for 30 to 40 minutes yourself, do you

24  remember that?

25  A.   I do not.  I was sitting in the office right here in the

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    conference room.

2    Q.   You were here?

3    A.   In the conference room up here.

4    Q.   In United States, you were not in Germany?

5    A.   No.  I did go to Electronica, but I was not in Germany that

6    day.

7    Q.   When did you come back from Germany?

8    A.   I cannot recollect.  I -- I don't think I had gone to

9    Germany by that time.  I was going to go to Germany.

10   Q.   Well, let me -- does this refresh your recollection, the

11   Electronica conference for 2022 in Germany started on the 15th

12   of November, does that refresh your recollection?  And went

13   through to the 22nd, if I recall.

14   A.   So Electronica never goes for a week.  Electronica starts

15   on a Tuesday and it ends on a Friday, so it's for four days.  I

16   don't --

17   Q.   I beg your pardon.  Does this refresh your recollection,

18   the 2022 Electronica conference started on November 15, 2022,

19   and ended on November 18, 2022?

20   A.   I -- I -- it sounds correct.

21   Q.   But your testimony is you were not at the Electronica

22   conference when this Zoom call was had on the 17th?

23   A.   That is correct.

24   Q.   Let's talk about the procedure.  Your lawyer talked about

25   how financials have been requested in June of 2022, do you

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    remember that?

2    A.   I do.

3    Q.   And that that request for financials related to this deal

4    with Benlida, do you remember that?

5    A.   Benlida is --

6    Q.   Do you remember that?

7    A.   Benlida is obligated to provide their financials -- Benlida

8    is obligated to provide their financials to us based upon the

9    current operative agreement outside of the settlement

10   agreement.

11   Q.   That's a different issue.  Benlida, as part of the

12   settlement agreement, was required to give you -- you only

13   asked for two things, audited financials and Q1, Q2 and Q3?

14   A.   That is correct.

15   Q.   Within five days of the execution of the settlement

16   agreement.  Did Benlida comply with that?

17   A.   They did.

18   Q.   Now there's been a little talk, a lot of talk about perhaps

19   Benlida should have given you the financials earlier.  Did you

20   hear that, because your lawyer asked you that question?

21   A.   I -- as I said, Benlida was obligated to give us the

22   financials irrespective of the settlement agreement.

23   Q.   There's no obligation for Benlida to give you audited

24   financials outside of the settlement agreement?

25   A.   If you recollect -- if you review the current manufacturer

Cross-Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    agreement and the secondary agreement, they have an obligation

2    because our customers, our end customers --

3    Q.   Are you contending that they breached that obligation?

4    A.   Absolutely they did.

5    Q.   So if they were in breach of that obligation going back for

6    months and month and months, and if Benlida was -- and you

7    talked about having years of experience with Benlida and

8    China -- and they were a bad risk, a bad financial risk, why

9    did you enter the settlement agreement with them?

10   A.   I entered the settlement agreement because I have a very

11   close relationship with Douglas and Tracy.  And Douglas and

12   Tracy, in my opinion, are -- especially Tracy, she may be --

13   she's a very honest, straightforward, hardworking person.  And

14   Mr. Huang, whenever we go there, he is very respectful, kind.

15   It was a good relationship, we had a good working relationship,

16   so I was trying and I continue to try to make things work.

17   Q.   So let's -- let's talk about the date of the settlement.

18   The settlement was executed on November 7; is that correct?

19   A.   I -- I do not recollect --

20   Q.   Let me ask you this, did you ever sign --

21           THE COURT:  Counsel, Counsel --

22           MR. MAZZOLA:  I'm sorry.

23           THE COURT:  You're talking very rapidly, number one.

24   And number two, as a result, you're not letting the witness

25   finish his answer.

Cross-Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
1              So next question, please.
2   BY MR. MAZZOLA:
3   Q.  Did you sign the settlement agreement?
4   A.  I did.
5   Q.  Did you sign the RMA?
6   A.  What was the -- what is the RM --
7   Q.  Revised manufacturing agreement.
8   A.  I signed whatever my counsel -- whatever my lawyer sent to
9   me.
10  Q.  Do you know why those signed documents were never provided
11  to us?
12  A.  I have no idea.  I sent them over to -- to my lawyers.
13  Q.  So let's go through the time line.  The settlement
14  agreement was agreed.  Pursuant to the settlement agreement,
15  Benlida was required to give you the audited financials and Q1,
16  Q2 and Q3; is that correct?
17  A.  Yes.
18  Q.  And they did so on November 9; is that correct?
19  A.  It sounds correct.
20  Q.  What was the first thing you did with them when you
21  received them?
22  A.  I forwarded them to Celin Astudillo.
23  Q.  And did Celin Astudillo prepare some written memorandum for
24  you?
25  A.  He did.
```

1   Q.  There's an exhibit, it's Defendant's Exhibit 19, it may

2   still be up there.

3           MR. MAZZOLA:  May I approach, Judge?

4           THE COURT:  Yes.

5       (Pause in proceedings.)

6           MR. MAZZOLA:  I'm going to find a clean one, Judge.

7   BY MR. MAZZOLA:

8   Q.  Do you recall Mr. Astudillo writing you an email on

9   November 14th at approximately 6:35 p.m.?

10  A.  I -- I do not --

11  Q.  In November?

12  A.  Sure.

13  Q.  I'm going to dig it out and put it in front of you.

14      (Pause in proceedings.)

15          MR. MAZZOLA:  I'm just going to write 19 on it, if

16  that's okay with you, Judge, for the convenience of the

17  witness.

18          THE COURT:  All right.

19      (Defendant's Exhibit No. 19 was identified.)

20  BY MR. MAZZOLA:

21  Q.  So, Mr. Kukreja, we know that the financials audited --

22  audited financials and the Q1 and Q2 were provided to you on

23  November 9.  Did you look at them on November 9?

24  A.  Did I first look at them?

25  Q.  Yes.

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   No, I did not.

2   Q.   Okay.  Did you pass them over to Mr. Astudillo?

3   A.   I did.

4   Q.   Do you know if Mr. Astudillo, on November 9, made any

5   determination as to what he was seeing in his audited

6   financials?

7   A.   Sorry.  Repeat.

8   Q.   Do you know if Mr. Astudillo had already made any

9   determination based upon what he had seen in those audited

10  financials and the quarterlies?

11  A.   He described his observations to me.

12  Q.   On the 9th he gave you observations?

13  A.   No.

14  Q.   What about on the 10th, did he give you observations on the

15  10th?

16  A.   I think the 10th was Friday -- 11, 12.  Yeah.

17          THE COURT:  Counsel, would you return to the podium so

18  you can speak into the microphone or use a handheld microphone,

19  one of the two, please.

20          THE WITNESS:  I cannot recollect the exact time frame,

21  but he was reviewing it and getting it to me as fast as he

22  could because there was a lot of data.

23  BY MR. MAZZOLA:

24  Q.   So on the 9th, CTX had not made a determination about

25  whether they believed Benlida faced an unreasonable risk of

Cross-Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    insolvency or financial collapse, on the 9th, that hadn't been

2    made, right?

3    A.   I do not believe -- but I cannot recollect the dates.

4    Q.   Well, the first day, day one?

5    A.   I -- I do not think so.  I don't think --

6    Q.   Well, then let's look at this email we put in front of you.

7    This is the one that's dated November 14th.  Do you see this?

8    A.   Yes.

9    Q.   And that's what we call Defendant's Exhibit 19?

10   A.   Yes.

11   Q.   This is an email from Celin Astudillo; is that correct?

12   A.   Yes.

13   Q.   And best I know, this is the first written communication

14   between Mr. Astudillo and you regarding his review of the

15   financial records, do you see that?

16   A.   Yes.

17   Q.   And it says "First pass."  Is that correct?

18   A.   Yes.

19   Q.   It doesn't say second pass, third pass?

20   A.   It does not.

21   Q.   It didn't say Rishi, further to our previous discussions,

22   here are some more comments?

23   A.   No, it does not.

24   Q.   It says, "Rishi, I have been able to make a best effort and

25   go through this."  Is that what it says?

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   Yes.

2    Q.   So is it fair to say then that this is the first documented

3    communication at CTX between Mr. Astudillo and yourself?

4    A.   It seems to be.

5    Q.   Is it also fair to say this is the first documented

6    thinking about the audited financials and the quarterlies; is

7    that fair too?

8    A.   Yes.

9    Q.   So this is the first sort of analysis, first pass, right?

10   A.   Yes.

11   Q.   Let's look at this first pass together.  We'll do it very

12   quickly.  Let's look at the first paragraph.  You see in the

13   first paragraph around about the -- towards the third line to

14   the bottom, "It will be very useful to have trial balances for

15   all of the periods so we can find the accounts quickly in the

16   report."  Do you see that?

17   A.   I do.

18   Q.   So that's Mr. Astudillo saying he needs something more; is

19   that right?

20   A.   It seems to be, yes.

21   Q.   Let's look at -- let's just go to Paragraph 2 on the next

22   page.

23   A.   Sure.

24   Q.   You see here where Mr. Astudillo writes to you and I'll

25   draw your attention to it, it's just below the 14 percent next

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 215 of 294
Cross-Examination - Rishu Kukreja                215
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1    to the Q2.  Do you see that?

 2        It says, "Without further analysis, it is not easy to

 3    understand."  Do you see that?

 4    A.   Which one -- you're talking which page?

 5    Q.   The second page, Page 2 of 4.

 6    A.   Yes.

 7    Q.   Do you see that, Paragraph 2?

 8    A.   Yes.

 9    Q.   You see where he writes, "Without further analysis."  What

10    does that tell you, that tells you that Mr. Astudillo needed

11    more information; is that fair?

12    A.   That is correct.

13    Q.   And is it fair then -- you can look through the whole

14    thing, let's look at Paragraph 4.  It says, A description would

15    be important.  You see that, the second line of Paragraph 4?

16    A.   Sure.

17    Q.   Does that mean Mr. Astudillo wasn't able to make a

18    determination?

19    A.   He was not able to do a complete determination, but he

20    was -- he got a good idea of some of the things, as you can

21    also see.

22    Q.   By the 14th he wasn't able to make a complete

23    determination.  Let's go down on Paragraph 5.  Do you see at

24    the last sentence of Paragraph 5, also a description would be

25    necessary, does he write that too?

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.  Yes.

2   Q.  Let's go to page -- I'm kind of skipping through here.

3   Let's go to Page 4, right below the chart, "An understanding of

4   this adjustment would be necessary."  Do you see that?

5           MR. ROSENTHAL:  Where are you, I'm sorry?

6   BY MR. MAZZOLA:

7   Q.  Do you see that?

8           THE COURT:  I think you're on Page 3.

9           MR. MAZZOLA:  I beg your pardon, Judge.  I did say

10  Page 4, but I meant Page 3.

11  BY MR. MAZZOLA:

12  Q.  Do you see that, Mr. Kukreja?

13  A.  Yes.

14  Q.  So we now know that by November 14, CTX was unable to make

15  a decision either way; is that correct?

16  A.  What we know is it's work from progress.

17  Q.  Well, let me ask you this question.  By November 14th, were

18  you ready to pull the plug?

19  A.  No.

20  Q.  Why not?

21  A.  Because there was still work in progress.

22  Q.  What was still a work in progress, the review?

23  A.  His analysis, yes.

24  Q.  Let me ask you the next question.  By November 15th, were

25  you able to make a determination?

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 217 of 294

217

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  A.  I cannot recollect what was -- I cannot recollect the date

2  we had the conference, the Zoom call, but --

3  Q.  That wasn't on November 15th.  The Zoom call was on

4  November 17th.

5  A.  Understood.  So we were just collecting all the

6  information, and we thought that we were -- our thought process

7  was we were going ask all the questions at one time, get

8  clarifications and everything at one time, and then make a

9  decision once we get the clarification.

10 Q.  What are you still collecting on November 15th?  The only

11 thing you bargained for was the audited financials and the

12 quarterlies, right?

13 A.  Yes.

14 Q.  And is it also fair to say, because those are the only

15 things you bargained for, that those are the only things that

16 were going to go into the decision-making process; isn't that

17 fair to say?

18 A.  Anything which was required to give me comfort for -- to

19 make a determination of Benlida's financial stability, in my

20 opinion, should have been provided to us.  And failing which,

21 if I was not able to get the warm and fuzzies, I was going to

22 be -- I was -- I could make a decision not to move forward.

23 Q.  So anything you thought you needed, you believed you were

24 entitled to, is that what you said?

25 A.  From a financial perspective.

1  Q.  Okay.  And if you were not provided with that, you believed

2  that would give you a good faith basis to pull the plug and not

3  go forward, correct?

4  A.  Unless what I had was enough for me on a good faith basis

5  to pull the plug.  And at the end of it, we had enough to pull

6  the plug on a good faith basis.

7  Q.  Why didn't you ask for more information when you negotiated

8  the settlement agreement?  You asked for audited financials,

9  you knew they were coming from China, who you said is all

10  messed up, but you knew they were coming from China, you agreed

11  to that, right; yes or no?

12  A.  Yes, we did.

13  Q.  You agreed to get quarterlies from a Chinese company, you

14  agreed to that, right; yes or no?

15  A.  Yes.

16  Q.  And that was the universe of the information that we were

17  asked to provide you?

18  A.  And that was the universe of information in which I made a

19  good faith decision.

20  Q.  You keep going back to that good faith decision.  You don't

21  have to go there, you've said it enough times.  I'm trying to

22  understand how it is you made your decision because I know you

23  didn't make it on the 9th, I know you didn't make it on the

24  10th, I know you didn't make it on the 11th.  I'm pretty

25  certain you're the type of guy that works over the weekend and

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 219 of 294

219

Cross-Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    holidays, right?

2           MR. COLE:  Objection, form, Your Honor.  It's

3    argumentative and compound.

4           THE COURT:  Overruled.

5           And of course it's argumentative, it's

6    cross-examination.  It's -- by nature it's supposed to be a

7    little confrontational; otherwise, it would be an incredibly

8    boring cross-examination.

9    BY MR. MAZZOLA:

10   Q.  So I'm pretty sure you work on weekends and holidays; is

11   that true?

12   A.  Most of the times I do.

13   Q.  So we know you didn't make the decision to pull the plug on

14   the 9th, the 10th, the 11th, the 12th, the 13th or the 14th; is

15   that correct?

16   A.  The --

17   Q.  It's just a yes or no.

18   A.  No, because I was waiting for the information from --

19   complete picture from my --

20   Q.  From who?

21   A.  From my controller.

22   Q.  Okay.  So you got something from Celin on the 14th saying I

23   don't have a complete picture; is that correct?

24   A.  And he was still working on it.

25   Q.  So then by the 15th he was still working on it, right?

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   Yes, he was.

2    Q.   And then by the evening of the 16th, did you still have

3    enough information?

4    A.   Enough to request for a Zoom call for clarification on the

5    points which we thought were important.

6    Q.   So by the evening of the 16th, you do not have enough

7    information to make a decision either way, is that what you're

8    saying?

9    A.   And that's the reason why we requested for the call.

10   Q.   And then -- so we had the call on the morning of the 17th.

11   You say you were here in the U.S.  I'm telling you I had the

12   understanding you were in Germany, but that's what you say.

13        You had the call, and at the end of the call, how come you

14   didn't decide to pull the plug then?

15   A.   Because I wanted to discuss the feedback we received from

16   Benlida with Celin, which I did.  And we went back, and we

17   asked for some more information from you guys.  And then we

18   pulled the plug.

19   Q.   You know that afternoon -- did you get a chance to read the

20   papers that were submitted for this motion?

21   A.   Some of them I did.

22   Q.   Did you read the part where I swore under oath --

23            THE COURT:  Back to the microphone or use the handheld

24   microphone.

25

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 221 of
294
Cross-Examination - Rishi Kukreja
January 13, 2023
221
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    BY MR. MAZZOLA:

2    Q.  Did you read the part where I swore under oath that your

3    lawyer had told me at 2:30 in the afternoon that "Rishi just

4    needs more time."  Did you read that part?

5            MR. COLE:  Objection, Your Honor.  It's hearsay.  And

6    if we wants to testify, he's got to get on the witness stand.

7    We have no ability to cross-examine him on this.

8            THE COURT:  Overruled.

9            THE WITNESS:  I do not recollect reading that part.

10   BY MR. MAZZOLA:

11   Q.  You never recollect reading that part.

12       Did you ask your lawyer to ask for more time?

13   A.  I -- I said we needed more information.

14           MR. COLE:  Your Honor, object on the basis of

15   attorney/client privilege anyway.

16           THE COURT:  I'm sorry?

17           MR. COLE:  He asked him what he asked his lawyers.  I

18   mean, this is a confidential, attorney/client privilege --

19           THE COURT:  Sustained.

20           Next question.

21           MR. MAZZOLA:  It's not confidential in this context,

22   Judge.  There is no legal opinion, it's just did you ask your

23   lawyer to get more time.

24           MR. COLE:  If he's discussing with us whether he can

25   ask for more time --

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1           MR. MAZZOLA:  I didn't ask whether.  Did you ask for

2      more time?

3           MR. COLE:  It's privilege, Judge.

4           THE COURT:  For the simple point of did you ask for

5      additional time through your lawyer, that's permitted.

6      Anything beyond that sounds like it would be privilege.

7           So can you answer that question, sir, through your

8      lawyer did you request additional time?

9           THE WITNESS:  I cannot recollect, but I may have, yes.

10     BY MR. MAZZOLA:

11     Q.  And in asking for more time, you were asking for more time

12     to do what, to examine financials?

13     A.  I listed a whole bunch of concerns which I had during the

14     call.  They were a lot of issues which we were not able to

15     discuss during the call.  And when we -- when we disconnected

16     from the Zoom, there was some discussion between all of us that

17     we would reconvene the next day.  We waited for -- I waited for

18     that, and so at some point in time, I was not getting what I

19     needed, and I had to make the decision based upon the

20     information that I had at hand.

21          MR. MAZZOLA:  There's a document which has been

22     previously marked as Defendant's 16.  I'm going to bring it up

23     to the witness, is that okay, Judge?

24          THE COURT:  Yes.

25          MR. MAZZOLA:  And as a courtesy, I'm going to write on

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 223 of 294
Cross-Examination - Rishi Kukreja
223
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1    this.

 2    BY MR. MAZZOLA:

 3    Q.   That's an email that your lawyer wrote to me on

 4    November 21, do you see that, Mr. Kukreja?

 5    A.   Yes.

 6    Q.   Here your lawyer is talking about a way to bridge the gap

 7    on November 21.  Do you see that?

 8    A.   In a continued effort to -- to build a relationship with

 9    Benlida.

10    Q.   Let me ask you this question.  If on the afternoon at 4:31,

11    29 minutes before the clock was to expire, you believed, you

12    believed in good faith, in the best of faith because you had to

13    because that's the standard we got here today, you believed in

14    utmost good faith that Benlida was a piece of garbage company,

15    that they were a company that faced a short to medium term risk

16    of insolvency and financial collapse, so much so that you

17    needed to pull out of the contract, the one you had with

18    Mr. Huang, who was like a father to you, if they were so bad,

19    why are you letting your lawyer invite further discussions two

20    days later?

21            MR. COLE:  Your Honor, I object.  The question

22    misstates Florida law, and it also is compound.

23            THE COURT:  Sustained.

24            Please rephrase the question without all the

25    extraneous editorial comments and histrionics.  And also try to

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    shorten the question because I don't know of any witness who

2    can follow all of that and give a logical answer.

3    BY MR. MAZZOLA:

4    Q.  If you believed on the afternoon of November 7th -- 17th,

5    that Benlida was such a terrible financial risk that you needed

6    to pull out of the deal, what was the purpose of having your

7    lawyer write us an email four days letter -- later to invite

8    further discussion?

9    A.  What we did after the -- after that call and actually not

10   as a result of that call, we went back to our CPA in China

11   to -- for them to try to see -- to -- for us to try to get more

12   information from other avenues, which they -- which they tried

13   to and -- I mean, we continued making an effort to see whether

14   there were ways of elevating our concerns and bridging the gap.

15   And at some point in time, it became evident that we were not

16   going to be able to do it.  So this was what we thought was the

17   best way to bridge the gap.

18   Q.  So on the -- on the 21st, so you say on the 21st you

19   decided you still wanted to keep talking.  Doesn't this

20   really -- is that correct?

21   A.  On the 21st, we -- on the 21st, we -- we felt like

22   continuing to talk.  And even as I sit, I do not mind

23   continuing to talk.  But -- but that will be -- that will

24   depend upon -- that does not mean that it's going to result in

25   anything.  It depends on the information which I get back.

Cross-Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   Q.  So you still feel you need more information to make a

2   decision; is that what you're saying?

3   A.  There is inform -- based upon the information which has

4   been presented today, I believe -- I do not -- we will -- I do

5   not want to proceed ahead with the settlement agreement.

6   Q.  Based as of today?

7   A.  As of the date we terminated it.  And as of today because

8   nothing has changed, it's status quo.

9   Q.  So as of the 17th when you were terminated, you were fine,

10  finished, and ready to walk away; is that right?

11  A.  We're ready to walk away, yes.  We're not -- yes, we were

12  ready to walk away.

13  Q.  Let me ask you this question then.  So on the 21st, why did

14  your lawyer invite further discussions, what were you going to

15  learn?

16  A.  The thing is that I'm not sure whether you are aware of

17  this, but we have our employees who sit in the Benlida factory

18  today, and we will continue to try to remedy or straighten the

19  relationship out as much as we possibly can.  But that does not

20  mean there is a commitment or binding obligation on us to do

21  so.

22  Q.  Let's talk about the relationship with the Benlida factory.

23  We're going to have to mark this as -- well -- you presently --

24          THE COURT:  Is this something from the binder?

25          MR. MAZZOLA:  No, Judge, it's not.  It's a new one.

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          THE COURT:  What are you going to be designating it

2    as?

3          MR. MAZZOLA:  Plaintiff's R, Your Honor.  May I hand

4    you one?

5          THE COURT:  Sure.  Are you seeking to introduce this

6    into evidence?

7          MR. MAZZOLA:  Into evidence.

8          THE COURT:  Any objection from the Defense?

9          MR. COLE:  Your Honor, I don't know what the

10   foundation of this is.  We haven't seen this --

11         THE COURT:  Counsel, I try to avoid all of that

12   unnecessary questioning.  If you're going to agree, you don't

13   need to go through all that.  If you can't make a decision

14   either way because you don't know what this is, then I'll wait

15   to see if a foundation is laid.

16         MR. COLE:  Yeah, I would appreciate that, Your Honor.

17   I just don't know what -- I'm not sure what this is exactly.

18         MR. MAZZOLA:  So you want me to lay a foundation?

19         THE COURT:  Yes, apparently he does.

20      (Plaintiff's Exhibit R was identified.)

21   BY MR. MAZZOLA:

22   Q.  There's an image in front of you.  Do you see that image?

23   A.  Yes.

24   Q.  Do you recognize this image?

25   A.  Yes.

1    Q.  Is this an image or a screen shot that was taken from your

2    website or the YouTube video?

3    A.  I do not know.

4    Q.  All right.  Well, it says YouTube on the bottom, do you see

5    that?

6    A.  But I do not know if that's from the website.

7    Q.  You don't know that, okay.  Do you recognize the image?

8    A.  Yes.

9    Q.  Is that --

10             THE COURT REPORTER:  I'm sorry.

11             THE COURT:  Do you know if that is an image?

12             THE WITNESS:  Yes.

13   BY MR. MAZZOLA:

14   Q.  I guess my question is, does your website still reflect

15   your Circuitronix signage at the Benlida factory?

16   A.  I do not recollect.

17   Q.  You don't recollect that?

18       If I represented to you that this is a screen grab of a

19   video on your website, would that refresh your recollection?

20   A.  Not refresh my recollection, but I will believe you.

21   Q.  So my question is, why would your website still reflect a

22   corporate relationship with Benlida like this?

23   A.  We have a corporate relationship with Benlida.

24   Q.  But why would you promote your relationship with Benlida to

25   the whole world if you believe they're such a bad risk?

Cross-Examination - Rishi Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   We do not have a choice --

2    Q.   Financial risk?

3    A.   -- we have customers who have approved Benlida, Benlida

4    builds their products.  We don't have a choice.  This is what

5    the customers know.

6    Q.   Okay.  So you don't have -- so what you're telling me

7    then --

8           THE COURT:  I'm sorry, I keep on hearing a high

9    pitched --

10          MR. MAZZOLA:  So am I, Your Honor.

11          THE COURT:  -- and I don't know what that is.  It may

12   be -- let's continue.

13          Trina, do you have any theory about what it is?

14          COURTROOM DEPUTY:  Can you turn the mic back?

15          COURT SECURITY OFFICER:  Some kind of feedback.

16          THE COURT:  Some kind of feedback.

17          MR. MAZZOLA:  It seems like it wants to fall down.

18          Is that better?

19          THE COURT:  Sounds like it.

20          MR. MAZZOLA:  Madam Court Reporter, could you read

21   back the witness's last answer.

22      (The reporter read back the referred to portion of the

23       record.)

24   BY MR. MAZZOLA:

25   Q.  You said you don't have a choice because your customers

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  know and approve Benlida as a factory, right?

2  A.  Some customers, yes.

3  Q.  I'm going to bring something else up to you, we call this

4  Plaintiff --

5         THE COURT:  Mr. Mazzola, are you offering Exhibit R

6  into evidence, or have you moved on?

7         MR. MAZZOLA:  I would like to move it into evidence,

8  Your Honor.

9         THE COURT:  Is there an objection?

10         MR. COLE:  Your Honor, I don't think there's any

11  foundation, but I will waive an objection.

12         THE COURT:  Without objection, Exhibit R is now in

13  evidence.

14     (Plaintiff's Exhibit R was admitted into evidence.)

15         MR. MAZZOLA:  May I approach the witness, Judge?

16         THE COURT:  For what purpose?

17         MR. MAZZOLA:  I have another document I'd like to put

18  in front of him.

19         THE COURT:  What are you going to be marked it?

20         MR. MAZZOLA:  I'm marking it as Plaintiff's S.  And

21  it's not in the binder.

22         THE COURT:  Have you given a copy to Plaintiff's

23  counsel -- to Defense counsel?

24         MR. MAZZOLA:  I have, Judge.

25         THE COURT:  All right.

1          MR. MAZZOLA:  And here's a copy for you.

2          THE COURT:  Thank you.

3     (Plaintiff's Exhibit S was identified.)

4  BY MR. MAZZOLA:

5  Q.  Mr. Kukreja, I'm going to put in front of you what I think

6  you will agree are printouts from your website; is that

7  correct?

8          THE COURT:  Why don't you give him an opportunity to

9  look at it?

10         THE WITNESS:  They seem to be.

11  BY MR. MAZZOLA:

12  Q.  So you don't have, actually have a factory in Jiangmen, do

13  you?

14  A.  In the print circuit board world, there's something just

15  called virtual manufacturing.  And we are -- we are virtual

16  manufacturers using Benlida as a subcontractor.

17  Q.  So this goes back to the we don't have a choice because our

18  customers know and like Benlida; is that correct?

19  A.  They more like Circuitronix because they believe that that

20  is a Circuitronix factory, as you can see by the signage.

21  Q.  So you're saying you hold -- they believe it's a

22  Circuitronix factory?

23  A.  Because that's the part of the game, having -- that's part

24  of the industry.

25  Q.  What do you mean that's part of the game?  So you --

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   A.   That's part of the industry.  Virtual manufacturing,

2   subcontracting is a part of this industry.  Apple does not

3   manufacture their phones, Foxconn does, but Apple says they

4   manufacture phones.

5   Q.   But if you go to the Foxconn factory, you don't see Apple

6   on it, it says Foxconn it?

7   A.   It says Foxconn on it, that's correct.  But I know of --

8   that -- I know of companies which put their names on the

9   factories which are manufacturing the product.

10  Q.   Well, I guess what I'm hearing then is that you kind of

11  need Circuitronix, don't you?

12  A.   Circuitronix?

13  Q.   I beg your pardon, Benlida, you kind of need them?

14  A.   Absolutely.  This is a relationship, all companies need

15  each other.

16  Q.   And isn't it kind of -- let me ask you this question.  As

17  of today, really nothing's changed with your business

18  relationship with Benlida than it was six months ago, nine

19  months ago, right?  Same payment terms, same people you deal

20  with; is that correct?

21  A.   It --

22            MR. COLE:  Your Honor, I object.  It's compound again.

23  I don't know which question he gets to answer.

24            THE COURT:  Break it down into two separate questions,

25  please.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 232 of
294
232
Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    BY MR. MAZZOLA:

2    Q.   So your relationship with Benlida is virtually the same

3    today as it was six months ago, nine months ago; is that

4    correct?

5    A.   Sure.  Yes.

6    Q.   You deal with the same people, right?

7    A.   So as Tracy can attest, I used to speak with her very

8    often.  I don't speak with her that often.

9    Q.   You get the same good quality product, right?

10   A.   Benlida is a good company, I do not challenge that.

11   Q.   You ship that same good quality product off your -- off to

12   your downstream customers, right?

13   A.   Majorly good quality, sometimes there's bad quality, but

14   all of it in part and parcel of the -- nothing.

15   Q.   You're getting a great price, right?

16   A.   We're getting a competitive price in line with market.

17   Q.   The only difference is you don't have to pay them any

18   money.  You don't have to pay the settlement because you were

19   able to terminate it; isn't that correct?

20   A.   That is wrong because if we pay them the money, our price

21   is reduced by minimum 10 to 15 percent more.

22   Q.   That's right, you would have got best price guarantee,

23   right?

24   A.   Best price guarantee -- that best price guarantee would

25   have been one of the things which we would have gotten.  Our

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1   base pricing would have been 10 to 15 percent lower.

2   Q.   Your lawyer -- your lawyer talked about --

3           THE COURT:   Counsel, I'm sorry, are you seeking to

4   introduce Plaintiff's Exhibit S?

5           MR. MAZZOLA:   I'm not done with it yet, but I think we

6   should introduce it just in case I do run out of time.

7           THE COURT:   Any objections?

8           MR. COLE:   No objection, Your Honor.

9           THE COURT:   So without objection, Plaintiff's Exhibit

10  S is in evidence.

11      (Plaintiff's Exhibit S was admitted into evidence.)

12          THE COURT:   Please continue.

13  BY MR. MAZZOLA:

14  Q.   So to recap a little bit, Mr. Kukreja, on the 9th, you

15  hadn't made a decision; is that correct?

16  A.   I'm just going by the dates you're giving me.

17  Q.   But we know by the 14th there was no decision made; is that

18  correct?

19  A.   That is correct.

20  Q.   We know on the 17th that's when your lawyer issued the

21  notice of termination; is that correct?

22  A.   That's correct.  And once again --

23  Q.   And we know on the 21st your lawyer was suggesting further

24  discussions and more time; is that correct?

25  A.   Again, that's correct.

1  Q.  Do you know that your lawyers wanted to ask the court for

2  30 more days to consider discussions, did you know that?

3  A.  I'd heard something like during our discussions.

4  Q.  You heard -- you heard that, right?

5  A.  I mean, I cannot recollect if it was 30 days or 15 days,

6  but I heard a certain number of days, yes.

7  Q.  Let me ask you this question.  If you thought they were

8  such a horrible company after looking at it for five days, so

9  much so that you exercised your right to terminate, what were

10  you going to learn in the next five days, ten days, were you

11  thinking you were going to find some diamond in the rough?

12          MR. COLE:  Your Honor, I object.  It misstates his

13  testimony.  It's also compound again.

14          THE COURT:  Overruled.

15          THE WITNESS:  So the first thing is that we had sought

16  clarification of the -- we had sought clarification of the

17  relationship between Benlida -- Jianghai Benlida and Jiangmen

18  Benlida, and nobody on the call provided us with any

19  clarification.  So in the last -- since this -- since the

20  termination, we have a better idea of what the relationship is.

21          We've obviously heard about a new piece of information

22  we've heard is this line of credit, 100 million RMB line of

23  credit, which they got from the bank of -- I cannot recollect

24  which bank, but from the bank.  So there are things which we

25  are learning and would call -- we are continuing our research

1  into what I would call liens and pledges, which they've made.

2  So I cannot say we're not learning stuff, we're learning stuff.

3  Q.  But here is my point, my point is this, by 5 p.m. on the

4  17th of November, you had decided that they were a bad risk.

5  Why do you feel then that you continued to need to learn more

6  things about it?  It sounds a lot like to me like you're just

7  looking to get more time; is that fair?

8  A.  I think you may have heard the saying that a known devil is

9  better than an unknown devil.  We know Benlida well, we've had

10  a great working relationship with them.  Rather than going and

11  trying to establish a relationship with another company,

12  another factory, we will try our very best to try to salvage

13  our relationship.  And that was my commitment to Mr. Huang all

14  this time.  And that's been my commitment to Tracy and Douglas

15  all this time, and I continue with that effort.  But at some

16  point in time, they started taking advantage of that, and

17  that's where I had to draw the line.

18      For three or four years I was just paying -- whatever they

19  were asking me to pay, I was paying and got myself into an all

20  paid situation.

21  Q.  So there's a lot there.  It sounds to me like what you said

22  was you wanted, after the 17th, to continue discussions; is

23  that correct?

24  A.  I wanted to continue discussions to get further

25  information.  But based on the information which I had, I made

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 236 of 294

236

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  a decision, it was enough for me to make a decision -- a

2  decision to terminate the agreement.

3  Q.  Is it because if you didn't terminate it by 5 p.m., you'd

4  have to pay $1.5 million the next day, is that why?

5  A.  Not really.  I mean --

6  Q.  Not really.  Let's look at -- there's an Exhibit 18 up

7  there.  I think --

8          THE COURT:  Mr. Mazzola, just to give you the curtesy

9  of a heads-up, you've got about three minutes left on your

10  time.  You certainly can spend it all with this gentleman, or

11  you can keep the remainder in reserve in the event that

12  Mr. Rosenthal calls the next witness.

13  BY MR. MAZZOLA:

14  Q.  Let me ask you this.  As you sit here today, do you have

15  $1.5 million in CTX's bank account to pay to Benlida today and

16  also to make all of your normal payments in the normal course?

17  A.  I absolutely do.

18  Q.  When you agreed to sign the settlement, you were aware --

19  scratch that.

20          MR. MAZZOLA:  I'm going to reserve my three more

21  minutes, Judge.

22  BY MR. MAZZOLA:

23  Q.  Did you hire an independent investigator back in June when

24  there was an agreement in principle with Judge Farina to settle

25  this case?

Cross-Examination - Rishu Kukreja
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1        THE COURT:  Can you speak into the microphone, sir,
2   you're fading.
3        THE WITNESS:  We do not -- by independent
4   investigator, you mean the CPA?
5   BY MR. MAZZOLA:
6   Q.  Yes.
7   A.  We worked with that CPA, so we didn't hire him for this
8   purpose, it's just another engagement we give to that firm.
9        MR. MAZZOLA:  Thank you.  Thank you.
10       THE COURT:  Any redirect?
11       MR. COLE:  No, Your Honor.
12       THE COURT:  All right.  You may step down, sir.  Thank
13  you.
14       THE WITNESS:  Thank you, sir.
15     (Witness excused.)
16       MR. MAZZOLA:  Judge, can we take five minutes?
17       THE COURT:  Sure.
18       MR. ROSENTHAL:  Can I ask a housekeeping question
19  before Mr. Mazzola resumes?
20       I understand we have five minutes for -- we will call
21  Mr. Astudillo and use that five minutes.  I understand they
22  have like two minutes for cross.
23       THE COURT:  That's right.
24       MR. ROSENTHAL:  If Your Honor prefers, I'm happy to
25  give -- if you're willing to give them some more time on cross

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1    because two minutes is tough, and you give us the same amount

 2    of time, I'm happy to make that overture, I -- but it's the

 3    Court's time.

 4              THE COURT:  So I guess in terms of specifics, what is

 5    your proposal?

 6              MR. ROSENTHAL:  If you give us whatever, five more

 7    minutes, give them five more minutes.  Or three more minutes.

 8    I think so we're not rushing and taxing our court reporter at

 9    5:15 in the evening.

10              THE COURT:  All right.  So, Mr. Rosenthal, you will

11    have 10 minutes for the Defense, and Mr. Mazzola you will have

12    a total of seven minutes for Plaintiff.

13              MR. MAZZOLA:  Thank you, Judge.

14              THE COURT:  And now we'll take a five-minute break.

15    See you back here at 5:22.

16              COURT SECURITY OFFICER:  All rise.

17        (A recess was taken from 5:17 p.m. to 5:22 p.m.)

18              THE COURTROOM DEPUTY:  All rise.

19        (Pause in proceedings.)

20              THE COURT:  Folks, please be seated.

21              We are just waiting for my courtroom deputy to return.

22              MR. ROSENTHAL:  May I take a moment to do one

23    housekeeping thing while we wait?

24              THE COURT:  Well, my courtroom deputy has returned.

25    But yes, whatever administrative matter you want to bring up,

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 239 of
294                                                                                    239
                                    Proceedings
                                January 13, 2023
      Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

 1    please do.

 2          MR. ROSENTHAL:  One administrative matter, thank you,

 3    Your Honor, is that there's an oversized exhibit that is not in

 4    the Court's set of exhibits, and also a USB drive and these are

 5    all on the exhibit list.  But when we handed you the notebook

 6    because these don't fit in the notebook, we haven't put them in

 7    yet, so I'm handing them to Your Honor.

 8          THE COURT:  So just so I'm clear, you have a flash

 9    drive containing just the Defense exhibits or the Defense

10    exhibits and the Plaintiff's exhibits?

11          MR. ROSENTHAL:  Neither.  So let me tell you real

12    quickly what this is.  The oversized paper is Exhibits 12A

13    through 12D, as in dog.  Only two of them are on legal-sized

14    paper.  But they're clipped together because they're a set.

15          And the USB is marked as 12E, as in echo, and it is

16    simply the Excel spreadsheets file, which is printed out in

17    Exhibits 12A and 12D.  And in case there was going to be any

18    questioning or the Court wanted to look at the electronic file,

19    we will not have time for that, we had put here as little more

20    information than the printout because of the way this program

21    works.

22          THE COURT:  And so is there any objection from the

23    Plaintiff as to those exhibits?

24          MR. MAZZOLA:  We have no objection to that.

25          THE COURT:  All right.  So no objection to Defense

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
1    Exhibit 12A through D, which are admitted without objection.
2              And you may come up and deliver the flash drive and
3    the paper exhibit to Trina, my courtroom deputy.
4              So, Trina, add the binder -- I mean add the paper to
5    the binder of exhibits and then we'll keep the flash drive, or
6    I'll hold on to the flash drive, all right?
7              THE COURTROOM DEPUTY:  Um-hmm.
8              THE COURT:  Call your next witness, please.
9              MR. COLE:  Thank you, Your Honor.  We'd like to call
10   Mr. Celin Astudillo.
11             We had an issue that came up during the break.  I know
12   the witness is already off the stand, and I apologize for this.
13   Mr. Kukreja just wanted -- he asked me to correct something.
14   He just said he was in Fort Lauderdale during a call, he
15   checked his schedule to know if he was actually in Mexico at
16   the time.
17             I don't know if they want to cross-examine him about
18   that, but he asked me to correct the record on that.
19             THE COURT:  Well, that's interesting that he was in
20   Mexico.  The cross-examination suggested he was in Germany.
21             MR. COLE:  Correct.
22             THE COURT:  All right.  So --
23             MR. COLE:  He does a lot of travel, so.
24             THE COURT:  Well, thank you for your explanation.  But
25   just because I'm a little bit OCD about this and pretty much
```

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    everything else in life, sir, return to the witness stand.
 2            (Witness Rishi Kukreja recalled to the stand.)
 3            THE COURT:  Because it's one thing for you to
 4    summarize it, it's another thing for the witness to actually
 5    testify.
 6            MR. COLE:  Understood, Your Honor.
 7            THE COURT:  If you need to check your calendar for a
 8    date, please do that.
 9            You may sit down.  And you're still under oath, sir.
10            So ask whatever question you'd like of the witness in
11    order to clarify the prior testimony.
12            MR. COLE:  Thank you, Your Honor.
13                        REDIRECT EXAMINATION
14    BY MR. COLE:
15    Q.  Mr. Kukreja, I just want to give you an opportunity, you
16    had expressed an interest in clarifying the record about
17    exactly where you were physically at the time you joined the
18    Zoom conference on November the 17th, 2022, which has been the
19    subject of some discussion today.  Can you just let everybody
20    know where you were?
21    A.  Sure.  That week on Monday, Tuesday, I was in Germany on --
22    better say I was flying from Germany to Mexico.  And Wednesday
23    night and Thursday and Friday I was in Mexico.
24    Q.  All right.  Anything else you wish to say about this?
25    A.  No.
```

Redirect Examination - Kevin Kelleys
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          THE COURT:  Just so I'm clear, this famous, maybe even

2   infamous Zoom meeting or Zoom conference, you were

3   participating from Mexico?

4          THE WITNESS:  That is correct.

5          THE COURT:  During that entire approximate three-hour

6   meeting?

7          THE WITNESS:  Yes.

8          THE COURT:  And was there some time during that three

9   hours where you needed to leave for approximately half an hour

10  in order to meet with somebody?

11         THE WITNESS:  No.

12         THE COURT:  All right.  So that part, your testimony

13  remains the same, the only change is your physical location?

14         THE WITNESS:  Yes.

15         THE COURT:  Thank you so much.

16         MR. COLE:  Thank you.  Nothing further, Your Honor.

17         THE COURT:  You may step down, sir.

18     (Witness excused.)

19         THE COURT:  Call your next witness.

20         MR. ROSENTHAL:  The Defense calls Mr. Celin Astudillo.

21         THE COURT:  All right.  And remember you have a full

22  ten minutes.

23         MR. ROSENTHAL:  Thank you, Your Honor.

24         THE COURTROOM DEPUTY:  Please raise your right hand.

25

Direct Examination of Celin Astudillo
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1                    (Time 5:29 p.m.)

2                    CELIN ASTUDILLO,

3  a witness for the Defendant testified as follows:

4            THE WITNESS:  Yes, I do.

5            THE COURTROOM DEPUTY:  Thank you.  Oh, I'm sorry,

6  state your name, please, for the record.

7            THE WITNESS:  Celin Astudillo.

8            THE COURTROOM DEPUTY:  And spell your last name for

9  the record.

10           THE WITNESS:  A-S-T-U-D, like in David, I-L-L-O.

11           THE COURTROOM DEPUTY:  Thank you.

12           THE COURT:  Mr. Rosenthal, it's 5:30, sir.

13                    DIRECT EXAMINATION

14  BY MR. ROSENTHAL:

15  Q.  Mr. Astudillo, good afternoon.

16  A.  Good afternoon.

17  Q.  Thank you for waiting in the wings all day for this

18  opportunity.  I'm going to be very quick in my questioning of

19  you because of the time, and we have the total of ten minutes.

20      Can you tell us what your job title is?

21           THE COURT:  By the way, total of ten minutes for

22  direct and redirect.

23           MR. ROSENTHAL:  Yes, yes.

24           THE COURT:  All right.  Just pointing that out.

25           THE WITNESS:  Okay.  I am the corporate controller of

Direct Examination of Jose Francisco Astudillo

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Circuitronix, LLC.

2    BY MR. ROSENTHAL:

3    Q.   And when did you join Circuitronix?

4    A.   September 19, 2022.

5    Q.   Can you give the Court the benefit of a quick recitation of

6    your educational background?

7    A.   Okay.  I have a BA in my home country in accounting in

8    Ecuador.  And I have a master's in international business from

9    Nova University in Fort Lauderdale.

10   Q.   Nova University?

11   A.   Nova University.

12   Q.   And can you also tell us relatively quickly your work

13   experience background before you came to Circuitronix?

14   A.   I have -- I worked for big business companies, the

15   Pricewaterhouse, AT&T, R. J. Reynolds, and in different

16   capacities from controller to CFO to treasurer, business

17   manager, original CFO.

18   Q.   And in the capacities that you just mentioned, have you

19   developed any experience in reviewing corporate financial

20   statements?

21   A.   Yeah, that's my main job is analyzing the financial

22   statements of the corporation.

23   Q.   For how many years would you say you have developed that

24   experience?

25   A.   I have a total of 44 years of experience.

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 245 of 294

Direct Examination - Seth Kushnick
January 13, 2023
245
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
 1    Q.   In this area?

 2    A.   Yes.

 3    Q.   In November 2022, did Mr. Kukreja ask you to review some

 4    financial statements from a Chinese company known as Benlida?

 5    A.   Yes.

 6    Q.   Do you remember that?

 7    A.   Yes.

 8    Q.   What did Mr. Kukreja ask you to do?

 9    A.   He asked me to do a financial analysis of the information

10    provided.

11    Q.   You have to speak a little bit more slowly so that the

12    court reporter, the lady in red in front of you, can hear you

13    clearly because she's typing everything you say, okay?

14    A.   Okay.

15    Q.   So what did Mr. Kukreja ask you to do?

16    A.   He asked me to do financial analysis of the information

17    that was included in the flash drive that he gave to me.

18    Q.   You have some papers in front of you there at the witness

19    stand, one of them is marked, if you can find it, Exhibit 3,

20    and one's marked Exhibit 4.

21              MR. ROSENTHAL:  Your Honor, may I approach to assist?

22              THE COURT:  Sure.

23    BY MR. ROSENTHAL:

24    Q.   So do you see Exhibits 3 and 4?

25    A.   Yes.
```

1   Q.   Do you recognize those?

2   A.   Yes.   This is the information that was included in the

3   flash drive.

4   Q.   So that's what Mr. Kukreja asked you to analyze?

5   A.   Yes, he did.

6   Q.   And did you do that?

7   A.   Yes, I did.   He gave it to me on -- in the evening of the

8   day before, so I work from Friday, and then I see all of the

9   financials.   I -- during the weekend, I just put together what

10  the results were, and on Monday I finalized the analysis and

11  prepared a summary of my findings.

12  Q.   And when you initially looked at Exhibits 3 and 4, which

13  are, for the Court's benefit, Benlida's 2021 and the

14  quarterlies from the next year, did you have any difficulty

15  based upon the format of their presentation?

16  A.   Oh, yes.   The -- the financial statements, it was very

17  clear that they didn't look like they were in single piece of

18  paper.   It was like something was added, it was cut off from

19  something else and put on top of the information.   So the lines

20  didn't align completely, the numbers with the description of

21  the accounts.

22  Q.   What did you do as a result?

23  A.   I decided to create an Excel spread sheet because that was

24  going to be the best way to analyze the information.   And I

25  maintained the same format of the information, and I included a

Direct Examination of Gabriel Kastellanos
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    2020, 2021 and the three quarters for 2022, Quarter 1,

2    Quarter 2 and Quarter 3 in the Excel.

3    Q.  Let me show you what's been marked as Exhibits 12A through

4    12D and ask you whether this is a printout of the Excel

5    spreadsheets that you created.

6              MR. ROSENTHAL:  May I approach?

7              THE COURT:  Yes.

8              THE WITNESS:  Thank you.

9              Yes, this is the financial statement and the personal

10   authorization statements that were the summaries of the papers

11   that were given before.

12   BY MR. ROSENTHAL:

13   Q.  And why did you reformat it?

14   A.  I just put the information on a horizontal way so I would

15   be able to analyze and compare the information between the

16   years and the quarters and create a very easy way to determine

17   to create some ratios, financial ratios to understand the

18   financial situation of the -- of this company.

19   Q.  You mentioned that you had put together an analysis at the

20   end of several days of work, correct?

21   A.  Yes.

22   Q.  Let me ask you if Exhibit 19, which I'm going to give to

23   you, is that analysis.

24             MR. ROSENTHAL:  May I approach?

25             THE COURT:  Yes.

Case 0:21-cv-60125-RNS  Document 140  Entered on FLSD Docket 02/13/2023  Page 248 of 294
248
Direct Examination - Cesar Asociado
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1         THE WITNESS:  Yes, this is a summary that I prepared

2    based on the -- on the information.  I send from my corporate

3    email on November 14, and I call that the first pass of Benlida

4    analysis.

5    Q.  First pass?  Yes, you said?

6    A.  Yes, first pass.

7    Q.  Okay.  In that first analysis, did you have any concerns

8    that you identified about Benlida's financial status that you

9    brought to Mr. Kukreja attention through that email?

10   A.  Yes.

11   Q.  Can you state them very briefly in light of our time

12   constraints?

13   A.  Yes.  Based on the financial ratios, from my point of view,

14   it was clear that the company had a cash flow shortage or a

15   cash flow constraint.  In order to support my analysis, I have,

16   for example, the number of days that the company is taking to

17   recover the receivables that it clearly shows a deterioration

18   from 2020 to 2022.  And can also see the increment on payments,

19   the days of payments to their suppliers that also went from 182

20   days to 226 days.

21        Adding up all of this, it gave that the company has a 67

22   days in cash requirements, that's called that way from

23   suppliers in order to operate normally.

24        We also -- I also analyzed the -- using several ratios what

25   is the liquidity of the company, and we saw that the current

1  assets, including inventory, wasn't sufficient to cover the

2  liabilities that the company has in the financial statement.

3  There is a difference of around 100 million local currency,

4  RMBs.  And just by making -- another way to say 60 days that we

5  have as a lack of sufficient funds to work, also policy we

6  convert to the revenues of materials to around a lack of --

7  around $90 million pending the RMBs; therefore, the results

8  from the two analyses are very consistent with what we saw in

9  the financial statements.

10  Q.  After you provided that information to Mr. Kukreja, did he

11  ask you to participate in a Zoom conference call with people

12  from Benlida?

13  A.  Yes, he did.

14  Q.  Did you do that?

15  A.  Yes.  We had a call.

16        MR. ROSENTHAL:  Okay.  In light of the -- I'm going to

17  approach, Your Honor, if I may, and hand the witness

18  Exhibit 18.

19        THE COURT:  All right.

20  BY MR. ROSENTHAL:

21  Q.  Mr. Astudillo, apologies for rushing.  Is Exhibit 18 an

22  email that you prepared summarizing some of the key points that

23  were discussed on the Zoom conference call?

24  A.  Yes, it is.

25  Q.  And we're not going to have time to explore that.

Cross-Examination - Cetin Astudillo
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Let me ask you this.  At the time that Mr. Kukreja asked

2  you to perform the analysis that you did on those Benlida

3  financials, did you know why he wanted that done?

4  A.   No.  He just ask me to do a financial statement.  And my

5  first understanding it was like he was trying to have some

6  interest on buying the company, so that's why I focus a lot on

7  cash flow because I didn't know what he was really looking for

8  from the information.

9  Q.   Did Mr. Kukreja ask you to find some excuse to get him out

10  of a settlement agreement?

11  A.   No.  Definitely I didn't even know the existence of the

12  settlement agreement at that moment.

13        MR. ROSENTHAL:  No further questions, Your Honor.

14        THE COURT:  All right.  Thank you.  You've used up

15  your full ten minutes.

16        Cross-examination.

17                CROSS-EXAMINATION

18  BY MR. MAZZOLA:

19  Q.   Hello, Mr. Astudillo.

20  A.   Hello.

21  Q.   You have in front of you the audited financials; is that

22  correct?

23  A.   Yes.  I guess it's No. 3.

24  Q.   Yes.  Do you have any reason to believe that they were --

25  that the auditors that provided that were not credible?

A.  Well, the first thing is that they are not signed.  So if I

mention a statement that's not signed has no responsibility for

whoever wrote that -- that report.

    The second thing is like I mentioned before, when I saw the

papers like typed with the financial statements, like they

didn't look like they were prepared on a -- on a -- on

electronic way to say, well, you would have properly paid out

the documentation.

Q.  You know they were translated from Chinese to English?

A.  Like I said, this is all I received, and that's the only

information I had.

Q.  But do you have any reason to believe that if someone holds

themselves out to be an approved auditor in China, that they're

not credible, capable or honest?

A.  For that I don't have any -- any proof to say anything

important other than it's not signed before, it's not a valid

document, from my point of view.

Q.  If you had more time to review the audited financials and

the quarterlies, would you have been able to provide more

detail and more comments?

A.  Yeah, of course, because you will have more time to do

analysis.  And one of my comments that I made in the periods, I

said there would be additional information that would be

required in order to make a final analysis of the comparison of

the different calculations that I have made.

Cross-Examination - Yelin Astudillo

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    Q.   That was on Exhibit 18, your November -- I beg your pardon,

2    that was Exhibit 19, your November 14 email; is that correct?

3    A.   Yeah, in this one I even mentioned that I didn't have time

4    to review the -- to do the very deep analysis of the cash flow

5    presented.  First of all because to my point of view was very

6    cumbersome to understand, and we needed more information to

7    understand exactly how that was created.

8         And there were some other questions for what I see in the

9    report that I saw some changes or representations of the

10   beginning balances of 2020 -- balance of 2021 --

11   Q.   I don't -- I don't want to cut you off, I was just asking

12   if your comment about more time related to this one.  And that

13   we're all pressed for time here, Mr. Astudillo.

14        When did Rishi give you the -- the drive?

15   A.   Rishi give me the drive I think it was on Thursday evening

16   of November, perhaps November 10.

17   Q.   10, okay.  And you worked over the weekend?

18   A.   I worked on Friday, the weekend, and closed the thing on

19   Monday, the report.

20   Q.   And then after the Zoom call ends, what is the first thing

21   you did after ending the Zoom call?

22   A.   Well, I created the -- the -- the summary of the call,

23   which is Exhibit 18 and --

24   Q.   That's the one in Exhibit 18, you created that, that

25   summary, right?

1   A.   Right.

2          MR. ROSENTHAL:   Excuse me, Your Honor.   I don't know

3   if the witness had finished his answer when Mr. Mazzola --

4          THE COURT:   I don't know, but it's clear that the

5   witness prepared Exhibit 18 after the Zoom meeting.

6          Next question, please.

7   BY MR. MAZZOLA:

8   Q.   And how long did it take you to prepare this Exhibit 18?

9   A.   Well, it took me, I would say probably a full year putting

10  together from my notes that I have taken during the conference

11  call.

12  Q.   How long?

13  A.   A full day.

14  Q.   A full day?

15  A.   Full working day.

16  Q.   So it's fair to say that this note that you made,

17  Exhibit 18, was not completed on the 17th; is that correct?

18  A.   On the 17th, no, that can't be because we closed the -- we

19  completed the conference late, and I had to do part of my

20  normal duties.

21  Q.   Did you -- and then you sent this to Rishi on the 21st,

22  right?

23  A.   Correct.

24  Q.   Did you have a conference call with Rishi after the Zoom

25  call?

Cross-Examination - Cerin Astuakstro

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
1    A.   No.  We reviewed the document when he was in the office.

2    Q.   You reviewed this document when he came back?

3    A.   Before he came to the office, I take to him, I say these

4    are my notes, what I captured from the -- from the conference.

5    Q.   Because Rishi was in Mexico, right?  He was out of the

6    country on the 17th, right?

7    A.   He wasn't in Fort Lauderdale, that's only thing I would

8    say.  I'm told he had been communicating in Mexico.

9    Q.   So after the call, you went back to your office, and you

10   started typing this up, right?

11   A.   No.  After the call, I went and I did my work.

12   Q.   Okay.

13   A.   And then for Monday is when I start putting together the --

14   the things that I have to do in the summary.

15   Q.   After the call, when was the first time you communicated

16   with Rishi in either writing, Zoom or telephone?

17   A.   It was when I send the email with the document.

18   Q.   On the 21st, right?

19   A.   On the 21st, yeah.

20   Q.   So it was on the 21st that you provided the first feedback

21   about the call to Rishi?

22   A.   About the document, yes.

23   Q.   And what about telephone, Zoom, anything else?

24   A.   No.

25   Q.   So first time was on the 21st?
```

Case 0:21-cv-60125-RNS   Document 140   Entered on FLSD Docket 02/13/2023   Page 255 of
294
255
Cross-Examination - Sean Astudillo
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    A.   Yes.

2    Q.   Yeah, do you remember when we had the conference, and we

3    took the break, do you remember that?

4    A.   Yes.

5    Q.   Did Rishi leave as well?  Did he go have a meeting with

6    someone?

7    A.   I remember that we all left -- I was staying in the -- in

8    my office.  I wouldn't say Rishi left because he wasn't in Fort

9    Lauderdale, so I don't know.

10   Q.   But you don't remember if he also went off to have a

11   meeting?

12   A.   I don't remember.  I just remember everybody went out, and

13   I stay in the call just to be there.

14   Q.   Did you know -- you may not know because you were

15   sequestered all day -- that Benlida obtained a 100 million RMB

16   loan from a bank in China just over the past two weeks, did you

17   know that?

18   A.   No, I didn't know that.

19   Q.   Does that fact have any bearing -- does that fact have any

20   bearing on your decision about Benlida's financial well

21   willing?

22   A.   Well, if the $100 million was to cover the gap that they

23   had in the short-term cash flow needs, it will cover just

24   momentarily because it will have increased the liability.  So

25   the company is still having an issue on creating its own

Cross-Examination - Selim Astudillo
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1    operational cash flow in order to pay the debt.

2    Q.  So there's no significance in your mind to the financial

3    well being of Benlida if a bank did their own audit and

4    approved a $100 million -- a $100 million RMB loan, that

5    doesn't mean anything to you?

6           MR. ROSENTHAL:  Objection, misstates his testimony.

7           THE COURT:  Restate your question, please.

8    BY MR. MAZZOLA:

9    Q.  If you learned that Benlida was able to obtain a 100

10   million RMB loan from a bank after an audit, does that have any

11   bearing on your view about their financial well being?

12   A.  Like I said before, it just -- it's only by my perception

13   that the company is having a significant cash flow shortage,

14   that this loan, now 100 million which are we talking that they

15   are having in the short term, it's going to just temporary

16   because based on the cash flow cooperation that the company

17   generated is not creating enough funds to pay off the loan.  So

18   to me it would have been a detriment to the existing situation

19   of the company, that additional loan.

20          THE COURT:  Counsel, you're out of time.

21          MR. MAZZOLA:  Okay, thank you, Judge.

22          THE COURT:  You've gone over by about one or two

23   minutes.  Thank you very much.

24          Sir, you may step down.  Thank you very much.

25       (Witness excused.)

January 13, 2023
Proceedings
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1      THE COURT:  All right, folks, so the evidentiary

2   portion of the hearing is over.  Let me just summarize the

3   homework assignment, which is you're going to be submitting

4   within 30 days a proposed report and recommendation in a format

5   which would be appropriate for my signature.  It will be

6   double-spaced.  I know technically under the local rules,

7   you're permitted to file documents in one-and-a-half spacing,

8   but I have 67-year-old eyes, and one-and-a-half spacing doesn't

9   work for me.  So it will be a double-spaced proposed report and

10  recommendation, maximum of 35 pages.  So you'll be able to

11  discuss the facts and the law in 35 double-spaced pages.  But

12  you don't need to consider that aspirationally.

13      So if you can get it done in less, better.

14      I can tell you I went to the 11th Circuit conference

15  several months ago, and Justice Roberts was speaking there,

16  Chief Justice Roberts.  And he was talking about the length of

17  briefs, and he says, Listen, if you submit a brief to us, and

18  it's shorter than you're permitted, we are already liking you.

19  You're starting off favorably.

20      So I know that you've been practicing for many years,

21  and you probably know that already.

22      Oh, let's see, 35 pages double-spaced.  You'll need to

23  order the transcript on an expedited basis, splitting the cost.

24  The proposed R&Rs will have proper record citations to both

25  exhibit numbers or letters and pages for testimonial

Proceedings
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1  references.

2          Do any of you have any questions or comments about the

3  procedure I have outlined?

4          MR. MAZZOLA:  No, Your Honor.

5          MR. ROSENTHAL:  I do not, but I have a different

6  question when Your Honor is finished with this portion of the

7  proceeding.

8          THE COURT:  I'm finished.

9          MR. ROSENTHAL:  Okay.  I just want as a technical

10  matter to renew the motion that we had done clearly for, you

11  know, completeness, understanding that Your Honor is going to

12  rule based upon what the submissions are.  It's my

13  understanding, but we have so moved.

14          THE COURT:  So I'm going to reserve ruling on the

15  renewed motion.  And I look forward to seeing your submissions

16  and some continued top-notch legal writing.

17          And also, by the way, when I made the comment about

18  the page length, I'm reminded of a well known quote often

19  attributed to Mark Twain, but perhaps inaccurately so.  And the

20  quote is, Mark Twain apologized, he said, I'm sorry that I

21  wrote such a long letter.  I didn't have time to write a

22  shorter one.

23          So have you heard that quote before, both sides, yes?

24          MR. MAZZOLA:  I've heard it from everyone, Julius

25  Caesar, Cicero.

Court Reporter's Certificate
January 13, 2023
Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

```
1          THE COURT:  I think it's attributed to Napoleon, a lot
2    of different people.  And perhaps he stole it from somebody
3    else, right?
4          All right, folks, it's good to spend the entire day
5    with you from 9 a.m. until a few minutes before 6.  For those
6    of you folks who I know already, good to see you again.  For
7    those of you folks who I met today for the first time, good to
8    meet all of you.
9          To those of you who are traveling, I wish you safe
10   travels.  And are you staying here in South Florida any longer,
11   or are you heading right back to China?
12         MS. GUAN:  This weekend, Sunday night we go back to
13   China.
14         THE COURT:  Oh, so you have several days here to play.
15         So have you heard of what's called the Las Vegas rule?
16   The Las Vegas rule --
17         MS. GUAN:  Sort of like a Key West kind of girl --
18         THE COURT:  The Las Vegas rule is whatever happens in
19   Vegas stays in Vegas, and so we'll modify it, whatever happens
20   in Miami or the Keys, Key West, remains in the Keys.
21         All right, folks, we'll be in recess.  Take care.
22   Have a good weekend.
23         Right, if you want to retrieve any extra courtesy
24   copies of the documents, please do so.
25      (The proceedings adjourned at 5:55 p.m.)
```

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

1          **C E R T I F I C A T E**

2

3          I hereby certify that the foregoing is an

   accurate transcription of the proceedings in the
4
   above-entitled matter.
5

6

7    _02/10/2023_                    _Stephanie A. McCarn_____
        DATE                    STEPHANIE A. McCARN, RPR
8                               Official United States Court Reporter
                                400 North Miami Avenue, 13th Floor
9                               Miami, Florida 33128
                                (305) 523-5518
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,500,000** [1] - 160:24
**$100** [5] - 201:24, 201:25, 255:21, 256:3
**$13** [4] - 92:25, 93:9, 94:21, 95:19
**$20,000** [1] - 177:13
**$200** [1] - 177:7
**$300** [1] - 60:9
**$352,635.25** [1] - 155:2
**$90** [1] - 249:6

## '

**'12** [1] - 180:8

## 0

**02/10/2023** [1] - 260:7

## 1

**1** [31] - 1:8, 1:22, 4:8, 52:20, 58:17, 61:12, 65:11, 65:14, 75:7, 75:8, 75:16, 84:23, 94:1, 100:19, 100:21, 108:20, 108:25, 115:11, 115:16, 130:18, 133:15, 136:16, 136:24, 137:5, 160:20, 160:22, 161:22, 186:6, 246:25
**1,000** [1] - 58:13
**1.5** [7] - 160:2, 160:13, 184:8, 187:5, 187:7, 236:4, 236:15
**1/2** [1] - 28:20
**10** [19] - 4:12, 13:1, 13:11, 28:5, 34:20, 35:1, 35:14, 35:15, 35:16, 35:21, 40:6, 53:19, 74:15, 76:14, 232:21, 233:1, 238:11, 252:15, 252:16
**10-minute** [1] - 66:17
**100** [116] - 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 4:5, 4:5, 4:6, 4:8, 4:8, 4:10, 4:10, 4:11,

4:11, 4:12, 4:12, 4:13, 4:13, 4:14, 4:14, 4:15, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20, 4:20, 4:21, 4:21, 4:22, 4:22, 4:23, 4:23, 4:24, 5:5, 5:5, 5:6, 5:6, 5:7, 5:7, 58:17, 58:25, 59:6, 60:15, 157:1, 157:14, 172:13, 234:22, 249:2, 255:14, 256:8, 256:13
**10019** [1] - 1:15
**102** [1] - 3:7
**10th** [5] - 212:15, 212:16, 212:17, 218:25, 219:15
**11** [5] - 4:13, 103:5, 136:24, 202:14, 212:17
**11.8** [1] - 75:14
**111** [1] - 3:8
**11:26** [1] - 65:10
**11:28** [1] - 66:21
**11:35** [1] - 66:20
**11:36** [1] - 66:21
**11:38** [1] - 67:2
**11th** [6] - 1:7, 168:21, 170:8, 218:25, 219:15, 257:13
**12** [11] - 4:13, 28:20, 35:18, 35:25, 133:22, 134:6, 136:15, 136:20, 192:4, 192:5, 212:17
**120** [6] - 5:8, 148:25, 149:2, 149:13, 149:21, 149:24
**1259** [1] - 170:9
**127** [1] - 73:1
**1273** [1] - 170:9
**12:42** [1] - 93:25
**12:44** [1] - 94:17
**12:47** [1] - 96:2
**12:49** [1] - 97:5
**12A** [4] - 239:12, 239:17, 240:1, 247:2
**12D** [3] - 239:13, 239:17, 247:3
**12E** [1] - 239:15
**12th** [1] - 219:15
**13** [5] - 1:5, 4:14, 95:7, 95:13, 95:14
**13.5** [3] - 130:15, 132:6, 132:21
**13.6** [1] - 185:20
**135** [1] - 141:2

**1350** [1] - 1:14
**13th** [3] - 2:9, 219:15, 260:8
**14** [9] - 4:14, 110:12, 117:5, 117:17, 118:1, 215:1, 216:15, 248:2, 252:1
**14,866,580** [1] - 59:7
**14.8** [2] - 60:16, 92:11
**149** [1] - 5:8
**14th** [7] - 211:10, 213:8, 215:23, 216:18, 219:15, 219:23, 233:17
**15** [7] - 4:15, 59:7, 197:20, 207:19, 232:21, 233:1, 234:5
**15.6** [1] - 137:15
**150** [1] - 72:17
**1553** [1] - 2:3
**15th** [5] - 207:12, 216:25, 217:4, 217:11, 220:17
**16** [16] - 4:15, 37:4, 37:14, 37:15, 38:4, 38:6, 38:23, 39:12, 39:13, 44:19, 45:13, 50:20, 89:11, 90:7, 222:22
**160** [1] - 191:13
**162** [1] - 3:8
**167** [1] - 5:8
**16th** [2] - 220:3, 220:7
**17** [9] - 4:16, 29:7, 81:25, 108:15, 116:22, 118:2, 118:21, 143:7
**174** [1] - 3:12
**1746** [1] - 151:6
**17th** [17] - 57:8, 57:21, 83:24, 88:16, 91:21, 207:23, 217:5, 220:11, 224:4, 225:9, 233:20, 235:4, 235:22, 241:18, 253:16, 253:17, 254:5
**18** [23] - 4:16, 51:22, 51:24, 52:4, 52:7, 52:9, 52:14, 83:20, 84:23, 85:22, 86:5, 146:17, 146:18, 207:20, 236:6, 249:17, 249:20, 251:25, 252:22, 252:23, 253:4, 253:7, 253:16
**180** [1] - 195:2
**180-days-plus** [1] - 195:22

**182** [1] - 248:18
**19** [8] - 4:17, 211:2, 211:16, 211:20, 213:10, 244:3, 247:21, 252:1
**1996** [2] - 175:18, 175:25
**1999** [2] - 32:22, 33:6
**1:47** [1] - 98:2
**1:48** [1] - 96:5
**1:53** [1] - 102:1
**1:54** [1] - 102:18
**1st** [1] - 104:3

## 2

**2** [16] - 4:8, 31:19, 52:20, 53:1, 75:16, 85:5, 108:20, 108:25, 151:15, 183:13, 202:13, 202:14, 214:22, 215:6, 215:8, 247:1
**2.2** [2] - 184:16, 184:20
**2.5** [1] - 183:13
**20** [10] - 4:17, 75:5, 76:14, 80:24, 81:3, 126:19, 126:20, 127:6, 127:23
**200** [2] - 1:18, 137:24
**200,000-something** [1] - 163:19
**2000** [1] - 180:8
**2002** [1] - 176:7
**2005** [2] - 179:24, 179:25
**2008** [1] - 180:4
**2009** [1] - 180:4
**2011** [1] - 180:8
**2012** [6] - 103:5, 175:23, 180:6, 180:21, 184:10, 193:8
**2016** [1] - 162:20
**2017** [2] - 183:21, 184:21
**2018** [11] - 67:12, 82:22, 86:15, 120:11, 148:8, 148:10, 157:16, 162:21, 169:6, 182:9, 185:22
**2019** [7] - 83:1, 83:4, 83:5, 83:9, 153:10, 157:16, 182:1
**2020** [10] - 28:3, 73:8, 73:10, 80:8, 80:9, 153:12, 188:16, 246:25, 248:17,

**252**:9
**2021** [31] - 28:4, 32:13, 35:5, 35:10, 68:2, 68:9, 68:22, 69:5, 72:9, 72:22, 74:11, 74:21, 75:6, 75:13, 80:11, 80:22, 81:21, 92:17, 93:19, 95:20, 125:12, 126:4, 126:16, 130:7, 130:12, 157:18, 185:18, 189:3, 246:12, 246:25, 252:9
**2022** [51] - 28:4, 28:9, 29:7, 31:20, 31:23, 34:12, 35:10, 39:5, 52:24, 81:25, 83:23, 86:21, 115:11, 115:12, 115:16, 116:3, 116:12, 116:23, 118:2, 118:21, 120:25, 122:5, 122:16, 123:7, 126:10, 126:16, 130:9, 130:24, 133:9, 133:11, 134:14, 143:7, 151:10, 151:11, 153:22, 186:6, 188:16, 189:3, 189:7, 203:9, 203:11, 207:12, 207:19, 207:20, 208:1, 241:18, 244:3, 245:2, 246:25, 248:17
**2023** [2] - 1:5, 153:18
**203** [1] - 3:12
**21** [13] - 4:18, 52:24, 53:9, 54:18, 56:17, 80:21, 81:6, 83:23, 128:7, 129:9, 183:21, 223:4, 223:7
**21-60125-civil-Scola** [1] - 6:7
**21-cv-60125-RNS** [1] - 1:2
**21st** [13] - 84:8, 184:20, 224:18, 224:21, 225:13, 233:23, 253:20, 254:17, 254:18, 254:19, 254:24
**22** [4] - 4:18, 103:1, 111:17, 111:23
**220** [1] - 195:2
**226** [2] - 4:6, 248:19
**229** [1] - 4:6
**22nd** [1] - 207:14

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

**23** [1] - 4:19
**230** [1] - 4:7
**233** [1] - 4:7
**24** [3] - 4:19, 121:14, 121:17
**243** [1] - 3:13
**25** [7] - 3:5, 4:20, 35:10, 51:10, 126:10, 126:16, 166:3
**250** [1] - 3:14
**250-6666** [1] - 1:15
**25th** [1] - 34:12
**26** [1] - 4:20
**260** [2] - 1:8, 5:13
**27** [2] - 4:21, 151:10
**2700** [1] - 1:22
**28** [2] - 4:21, 151:6
**29** [2] - 4:22, 223:11
**2:08** [3] - 110:11, 110:20, 147:12
**2:30** [1] - 221:3

### 3

**3** [36] - 4:9, 30:14, 30:16, 30:24, 31:7, 31:9, 31:19, 45:11, 45:16, 50:21, 52:20, 54:15, 54:18, 68:8, 69:4, 71:8, 80:21, 80:25, 89:13, 92:18, 96:3, 125:11, 126:1, 126:3, 137:8, 189:7, 192:3, 192:9, 192:10, 216:9, 216:11, 245:18, 245:23, 246:11, 247:1, 250:22
**3.5** [1] - 160:14
**30** [10] - 4:9, 4:9, 4:22, 14:16, 15:4, 19:9, 206:24, 234:2, 234:5, 257:3
**300** [1] - 177:4
**305** [4] - 1:19, 1:23, 2:10, 260:9
**31** [10] - 4:9, 4:9, 4:23, 35:2, 69:5, 92:18, 93:20, 94:22, 129:20, 129:21
**315** [1] - 177:4
**32** [1] - 4:23
**33** [1] - 4:24
**33128** [2] - 2:9, 260:9
**33131-1715** [1] - 1:23
**33134-5007** [1] - 1:18
**33156** [1] - 1:24
**337** [1] - 155:18
**337,000** [1] - 153:25

**337,000-something** [1] - 155:13
**337,309.12** [1] - 155:4
**34** [1] - 5:5
**35** [4] - 5:5, 257:9, 257:10, 257:21
**352** [1] - 155:18
**352,000-something** [1] - 155:10
**358-2800** [1] - 1:23
**36** [1] - 5:6
**37** [5] - 4:15, 5:6, 183:16, 183:20
**38** [1] - 5:7
**39** [4] - 5:7, 100:1, 100:19, 100:21
**396** [1] - 1:18
**3:15** [2] - 161:21, 161:25
**3:18** [1] - 164:1
**3:20** [1] - 166:8
**3:25** [1] - 166:6
**3:26** [1] - 166:8
**3:38** [2] - 173:19, 174:3
**3A** [2] - 17:10, 169:15

### 4

**4** [33] - 4:9, 28:4, 30:15, 30:16, 30:24, 31:8, 31:9, 38:25, 39:4, 52:21, 56:16, 71:7, 81:3, 90:5, 94:1, 126:6, 126:7, 127:23, 133:1, 133:2, 133:6, 133:8, 158:23, 189:7, 202:15, 215:6, 215:15, 215:16, 216:4, 216:11, 245:19, 245:23, 246:11
**40** [7] - 5:8, 167:9, 167:10, 167:13, 167:20, 167:21, 206:24
**40-page** [1] - 12:22
**400** [2] - 2:8, 260:8
**401** [1] - 100:11
**410** [2] - 134:7, 134:15
**42** [1] - 134:19
**425** [2] - 134:7, 134:23
**44** [1] - 244:24
**45** [2] - 202:13, 202:14
**47** [1] - 10:3
**48** [3] - 65:11, 65:14, 98:11
**497-7053** [1] - 2:4
**4:23** [1] - 202:12

**4:24** [1] - 202:23
**4:27** [1] - 199:3
**4:31** [1] - 223:10

### 5

**5** [18] - 4:10, 28:10, 57:5, 69:4, 137:18, 137:21, 153:3, 153:21, 160:23, 187:9, 202:7, 202:16, 202:19, 215:24, 215:25, 235:3, 236:3
**5-minute** [1] - 66:18
**5.77** [2] - 81:12, 81:15
**50** [4] - 10:4, 138:2, 138:4, 171:10
**52** [2] - 4:16
**523-5518** [2] - 2:10, 260:9
**55** [1] - 177:2
**56** [1] - 202:14
**5:15** [1] - 238:9
**5:17** [1] - 238:17
**5:22** [2] - 238:15, 238:17
**5:29** [1] - 242:25
**5:30** [1] - 243:11
**5:55** [2] - 1:6, 259:24

### 6

**6** [6] - 4:10, 5:13, 153:3, 154:23, 184:10, 259:4
**60** [6] - 10:4, 81:21, 181:2, 193:18, 193:20, 249:3
**600** [1] - 136:19
**602** [1] - 48:12
**607.01401** [1] - 170:2
**607.01401(42** [1] - 170:4
**646** [1] - 1:15
**665-5508** [1] - 1:19
**67** [2] - 3:6, 248:20
**67-year-old** [1] - 257:7
**671.201(23** [1] - 169:21
**6:35** [1] - 211:10

### 7

**7** [15] - 4:11, 61:12, 61:19, 70:15, 95:21, 95:23, 103:17, 103:20, 103:21, 116:3, 129:10, 153:22, 155:3,

161:22, 209:19
**786** [1] - 2:4
**794** [1] - 170:9
**7th** [5] - 58:5, 103:23, 104:2, 104:3, 224:4

### 8

**8** [11] - 4:11, 28:4, 70:17, 72:4, 72:6, 72:19, 73:3, 80:12, 80:15, 103:21, 140:24
**8th** [1] - 108:3

### 9

**9** [22] - 4:12, 10:3, 28:4, 70:17, 72:4, 72:19, 73:3, 73:6, 80:12, 80:16, 82:4, 107:2, 116:12, 122:16, 123:7, 189:7, 210:19, 211:24, 212:5, 259:4
**9100** [1] - 2:3
**937** [1] - 134:7
**94** [1] - 3:6
**9455** [1] - 166:23
**9465** [1] - 166:25
**95** [1] - 170:9
**99** [1] - 1:7
**9:06** [2] - 1:6, 6:1
**9:32** [1] - 21:10
**9:37** [2] - 23:18, 23:24
**9:38** [1] - 24:13
**9th** [9] - 107:2, 122:5, 189:20, 212:13, 212:25, 213:2, 218:24, 219:15, 233:14

### A

**a.m** [6] - 1:6, 6:1, 23:18, 66:21, 259:4
**abandoning** [2] - 48:5, 48:7
**abbreviation** [1] - 70:8
**ability** [9] - 54:3, 84:21, 149:23, 188:2, 202:5, 202:7, 203:19, 221:7
**able** [32] - 35:23, 40:13, 44:22, 54:1, 76:15, 112:13, 116:2, 140:2, 147:6, 154:15, 160:11, 171:20, 188:6, 188:11, 188:23,

**194:1, 194:5,**
194:18, 195:25, 213:25, 215:18, 215:20, 215:23, 217:1, 217:22, 222:14, 224:16, 232:19, 247:14, 251:18, 256:8, 257:9
**above-entitled** [1] - 260:4
**absolutely** [5] - 11:22, 185:16, 209:5, 231:14, 236:17
**accordance** [1] - 11:14
**according** [8] - 106:22, 107:7, 135:1, 140:23, 155:9, 169:6, 200:13, 200:15
**account** [15] - 38:12, 53:25, 54:1, 54:3, 54:5, 55:10, 55:11, 56:4, 56:6, 81:14, 81:18, 95:10, 95:12, 184:15, 236:15
**accountant** [3] - 32:23, 39:8, 68:24
**Accountant** [1] - 71:9
**accountants** [1] - 74:24
**Accounting** [2] - 32:19
**accounting** [24] - 26:4, 32:20, 32:21, 33:1, 33:4, 33:7, 33:10, 38:14, 60:17, 63:15, 69:24, 71:12, 73:19, 126:25, 128:22, 129:8, 131:11, 131:12, 131:15, 135:12, 135:16, 152:13, 162:21, 244:6
**Accounts** [1] - 127:23
**accounts** [19] - 33:9, 54:4, 75:25, 76:4, 81:4, 81:8, 81:12, 81:16, 81:22, 127:20, 128:5, 137:22, 138:1, 138:5, 138:8, 138:17, 138:25, 214:16, 246:20
**accuracy** [2] - 71:24, 73:13
**accurate** [4] - 72:2, 80:3, 89:6, 260:3
**accurately** [3] - 21:21, 22:11, 62:20

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

**acknowledged** [1] - 170:15

**acquired** [2] - 179:1, 179:2

**act** [3] - 168:13, 168:25, 199:25

**acted** [2] - 120:20, 168:13

**acting** [5] - 11:14, 120:6, 120:9, 182:24, 183:1

**action** [1] - 119:12

**actions** [1] - 172:9

**activation** [1] - 175:12

**actively** [1] - 131:2

**activity** [1] - 77:13

**actual** [2] - 15:1, 128:12

**add** [6] - 81:20, 91:22, 169:12, 201:18, 240:4

**added** [3] - 41:22, 41:25, 246:17

**adding** [1] - 248:20

**addition** [8] - 12:4, 13:14, 13:22, 160:13, 177:17, 190:17, 196:17, 197:11

**additional** [19] - 22:21, 23:5, 23:6, 42:10, 64:11, 77:14, 82:10, 87:9, 91:4, 91:6, 149:16, 167:22, 168:1, 186:14, 198:18, 222:5, 222:8, 251:22, 256:18

**address** [1] - 114:4

**addressed** [2] - 118:11, 139:21

**addressing** [1] - 201:16

**adequately** [1] - 30:9

**adjourned** [1] - 259:24

**adjusting** [1] - 24:9

**adjustment** [2] - 95:11, 216:5

**administrative** [4] - 10:9, 13:20, 238:25, 239:2

**admissibility** [1] - 20:6

**admit** [2] - 80:6, 99:15

**admitted** [18] - 7:3, 31:9, 37:15, 38:2, 52:9, 99:13, 99:20, 100:4, 100:6, 100:14, 100:20, 100:22, 100:24,

108:24, 172:6, 229:14, 233:11, 240:1

**ADMITTED** [3] - 3:16, 4:4, 5:4

**adult** [1] - 113:8

**advance** [2] - 13:7, 77:10

**advantage** [1] - 235:16

**advised** [2] - 61:20, 204:3

**advising** [2] - 53:9

**Advisory** [1] - 1:17

**AF-01** [1] - 70:6

**AF-02** [1] - 70:13

**AF-03** [1] - 70:15

**AF-04** [2] - 70:17, 72:6

**affairs** [1] - 49:9

**affiliate** [1] - 147:19

**affiliates** [1] - 185:23

**affirm** [1] - 21:17

**affixed** [1] - 109:12

**afternoon** [15] - 102:22, 102:23, 111:3, 111:4, 112:7, 112:10, 174:16, 184:3, 202:21, 220:20, 221:3, 223:10, 224:4, 243:14, 243:15

**Agency** [1] - 46:8

**aging** [1] - 193:12

**ago** [13] - 62:5, 79:25, 91:19, 98:16, 121:19, 137:8, 169:4, 194:25, 231:18, 231:19, 232:3, 257:14

**agree** [14] - 53:8, 54:21, 55:2, 55:5, 56:25, 61:4, 61:8, 75:23, 85:23, 92:14, 154:21, 181:19, 226:12, 230:6

**agreed** [1] - 20:5, 61:11, 100:6, 115:17, 121:4, 170:17, 210:15, 218:11, 218:14, 218:15, 236:18

**agreement** [79] - 15:13, 15:14, 17:1, 17:10, 38:15, 82:25, 103:11, 103:18, 103:19, 103:24, 104:2, 104:6, 104:7, 104:19, 104:23, 106:22, 107:8, 109:9, 109:11,

109:25, 115:1, 115:4, 115:8, 115:21, 115:22, 115:25, 116:3, 116:7, 116:11, 116:14, 116:15, 116:24, 118:25, 119:14, 120:13, 120:21, 122:7, 130:24, 153:22, 153:23, 159:25, 160:16, 160:22, 162:22, 169:8, 169:16, 186:5, 186:19, 187:22, 189:6, 193:10, 195:5, 195:24, 198:19, 199:19, 200:8, 201:22, 208:10, 208:11, 208:13, 208:17, 208:23, 208:25, 209:2, 209:10, 209:11, 210:4, 210:8, 210:15, 218:9, 225:5, 236:2, 236:24, 250:9, 250:11

**Agreement** [1] - 118:15

**agrees** [1] - 60:18

**aguan@gecpas.com** [1] - 1:19

**ahead** [4] - 35:12, 172:25, 181:4, 225:5

**Air** [4] - 177:20, 179:2, 179:4, 179:5

**Alhambra** [1] - 1:18

**align** [1] - 246:19

**aligned** [1] - 176:17

**allegation** [2] - 47:13, 51:3

**allegations** [3] - 38:10, 44:16, 47:6

**alleging** [1] - 169:4

**allot** [1] - 98:10

**allow** [7] - 112:12, 119:2, 119:3, 172:21, 173:9, 187:7, 200:13

**almost** [2] - 40:6, 55:10

**alone** [1] - 81:22

**America** [3] - 150:22, 151:6, 176:21

**American** [2] - 45:3, 60:17

**Americas** [1] - 1:14

**amount** [19] - 56:7, 56:10, 60:18, 92:14,

93:13, 141:2, 155:8, 183:10, 184:5, 184:8, 184:10, 191:10, 194:11, 194:15, 194:16, 194:22, 195:12, 195:20, 238:1

**ample** [1] - 169:9

**analyses** [1] - 249:7

**analysis** [24] - 190:14, 190:17, 193:1, 195:19, 197:12, 199:16, 199:22, 200:3, 214:10, 215:3, 215:10, 216:24, 245:8, 245:15, 246:9, 247:18, 247:22, 248:3, 248:6, 248:14, 250:1, 251:21, 251:23, 252:3

**analyze** [6] - 124:11, 179:12, 196:2, 246:3, 246:23, 247:14

**analyzed** [1] - 248:23

**analyzing** [5] - 192:23, 194:10, 197:6, 198:4, 244:20

**Angela** [3] - 7:18, 29:18, 41:14, 147:8

**ANGELA** [1] - 1:17

**announce** [4] - 92:1, 92:3, 92:4, 92:6

**annual** [4] - 67:24, 68:1, 75:6, 177:5

**answer** [35] - 23:15, 24:23, 48:9, 55:19, 58:1, 60:15, 77:6, 78:10, 78:12, 78:15, 78:25, 89:8, 98:14, 107:7, 119:19, 119:24, 119:25, 123:14, 123:24, 124:18, 124:25, 125:5, 125:7, 129:4, 131:13, 140:2, 159:23, 198:14, 205:24, 210:1, 222:7, 224:2, 228:21, 231:23, 253:2

**answered** [3] - 30:3, 30:9, 78:6

**answering** [1] - 27:22

**answers** [4] - 22:15, 23:5, 28:15, 123:21

**anticipate** [2] - 98:21, 157:9

**anticipated** [2] - 35:13, 157:7

**anticipating** [2] - 16:6, 164:18

**anyway** [2] - 100:11, 221:15

**apologies** [1] - 249:20

**apologize** [8] - 42:6, 96:18, 113:2, 132:13, 150:10, 171:3, 171:6, 240:12

**apologized** [1] - 258:19

**appeal** [1] - 173:3

**appearances** [1] - 6:11

**APPEARANCES** [2] - 1:12, 2:1

**appeared** [1] - 42:17

**appellate** [1] - 15:4

**apple** [1] - 64:22

**Apple** [3] - 231:2, 231:3, 231:5

**applicable** [1] - 168:9

**apply** [2] - 17:12, 46:8

**appreciate** [6] - 32:24, 59:8, 60:14, 136:7, 199:9, 226:16

**approach** [24] - 19:22, 30:11, 36:23, 37:24, 52:2, 65:15, 65:16, 87:6, 105:9, 105:19, 108:16, 117:18, 125:16, 133:3, 149:15, 167:16, 183:17, 196:21, 211:4, 229:15, 245:20, 247:5, 247:23, 249:16

**approached** [1] - 157:22

**approaches** [1] - 66:9

**appropriate** [6] - 15:21, 22:5, 67:9, 77:1, 143:3, 257:4

**approval** [6] - 35:25, 91:22, 206:1, 206:6, 206:11, 206:13

**approve** [3] - 7:5, 64:7, 229:1

**approved** [18] - 61:21, 64:10, 91:18, 91:20, 204:14, 204:17, 204:20, 204:22, 204:24, 204:25, 205:2, 205:6, 205:16, 205:19, 205:23, 228:3, 251:12, 256:3

**approximate** [1] -

242:5
**arbitration** [3] - 93:21, 130:4, 130:22
**area** [1] - 244:25
**areas** [1] - 191:3
**arguably** [1] - 17:13
**argument** [1] - 60:11
**argumentative** [2] - 219:4, 219:6
**arguments** [2] - 20:8, 100:7
**arrangement** [1] - 186:21
**articulate** [1] - 168:14
**Artisanal** [2] - 164:25, 166:21
**artisanal** [1] - 165:2
**ASAP** [1] - 185:5
**aside** [1] - 131:15
**aspect** [2] - 65:19, 178:24
**aspirationally** [1] - 257:11
**assembly** [3] - 57:5, 57:12, 57:17
**asserted** [1] - 93:2
**asserting** [2] - 93:6, 93:10
**asset** [1] - 192:14
**assets** [23] - 133:24, 133:25, 134:14, 134:15, 135:4, 135:14, 135:23, 135:24, 136:14, 136:17, 136:20, 137:19, 138:2, 139:12, 140:10, 140:23, 141:4, 142:22, 152:11, 169:23, 191:8, 191:9, 248:25
**assigned** [3] - 140:13, 140:17, 143:2
**assignment** [1] - 257:2
**assist** [3] - 125:16, 204:5, 245:20
**assisted** [1] - 102:17
**assortative** [1] - 17:13
**assume** [2] - 68:13, 193:18
**assuming** [2] - 42:12, 206:13
**ASTUD** [1] - 243:9
**Astudillo** [43] - 3:13, 18:2, 18:19, 52:18, 52:24, 53:5, 53:8, 54:17, 56:17, 56:19, 83:22, 170:24, 170:25, 171:8,

189:23, 190:18, 190:20, 191:1, 196:15, 197:12, 203:6, 203:16, 210:23, 210:24, 211:9, 212:3, 212:5, 212:9, 213:12, 213:15, 214:4, 214:19, 214:25, 215:11, 215:18, 237:21, 240:10, 242:20, 243:6, 243:14, 249:20, 250:18, 252:12
**ASTUDILLO** [1] - 243:1
**Astudillo's** [1] - 203:12
**AT&T** [1] - 244:14
**attached** [2] - 11:11, 118:5
**attempting** [1] - 121:22
**attended** [2] - 144:3, 144:14
**attention** [9] - 19:20, 45:11, 50:19, 52:17, 126:23, 151:15, 154:23, 215:1, 248:8
**attest** [1] - 232:7
**Attorney** [1] - 78:1
**attorney** [3] - 6:17, 7:11, 41:15
**attorney/client** [2] - 221:15, 221:18
**attributed** [2] - 258:18, 258:25
**audible** [1] - 14:10
**audit** [5] - 36:2, 36:5, 64:5, 256:2, 256:9
**audited** [26] - 31:13, 32:6, 32:13, 33:12, 34:8, 34:11, 34:13, 38:19, 68:8, 68:22, 69:1, 71:7, 71:21, 92:17, 208:14, 208:24, 210:16, 211:22, 211:23, 212:6, 212:10, 214:7, 217:12, 218:9, 250:20, 251:17
**auditor** [8] - 32:17, 69:2, 69:17, 71:5, 74:13, 251:12
**auditors** [8] - 33:24, 34:6, 68:3, 70:20, 93:16, 93:19, 126:13, 250:24
**audits** [1] - 181:25

**augment** [2] - 41:4, 43:16
**August** [2] - 64:6, 123:1
**authority** [3] - 12:16, 15:11, 23:9
**authorization** [1] - 247:9
**authorized** [2] - 107:17, 116:15
**automatically** [2] - 205:6, 205:23
**automobile** [1] - 162:13
**automotive** [2] - 158:14, 177:23
**available** [5] - 122:2, 196:24, 197:17, 198:5, 200:4
**Avenue** [4] - 1:14, 1:22, 2:8, 260:8
**avenues** [1] - 224:12
**avoid** [2] - 79:1, 226:11
**avoidance** [2] - 101:11
**awake** [1] - 144:23
**aware** [22] - 44:15, 44:17, 49:16, 49:17, 82:24, 92:22, 93:2, 93:6, 103:6, 103:9, 115:10, 121:25, 131:7, 145:12, 145:15, 159:11, 178:23, 187:23, 196:10, 225:16, 226:18

---

## B

**B-E-I** [1] - 74:5
**B-O-U** [1] - 73:25
**BA** [1] - 244:6
**background** [2] - 244:5, 244:12
**backward** [1] - 193:1
**bad** [23] - 76:3, 76:6, 120:6, 120:9, 120:20, 168:13, 168:25, 169:5, 170:15, 171:24, 171:25, 172:5, 172:9, 172:15, 173:2, 180:5, 199:25, 209:9, 223:18, 227:25, 232:13, 235:4
**bag** [5] - 152:8, 161:17, 162:4, 162:6, 162:7
**balance** [25] - 38:22,

38:24, 39:3, 40:2, 40:5, 69:4, 72:24, 90:7, 133:14, 133:17, 133:19, 134:3, 134:5, 134:13, 134:23, 135:2, 169:13, 169:22, 170:6, 170:11, 193:2, 200:12, 252:9
**balanced** [1] - 184:17
**balances** [2] - 214:15, 252:9
**ball** [1] - 18:11
**bank** [28] - 36:14, 44:14, 58:12, 63:8, 63:15, 64:13, 64:14, 65:2, 65:3, 86:23, 87:3, 87:5, 87:6, 87:14, 88:6, 91:14, 127:15, 137:9, 172:14, 194:4, 234:23, 234:24, 236:15, 255:15, 256:2, 256:9
**Bank** [1] - 64:14
**banking** [3] - 87:2, 87:6, 87:7
**bankruptcy** [1] - 188:19
**banks** [2] - 87:22
**bar** [1] - 168:18
**bare** [1] - 178:4
**bargain** [1] - 202:6
**bargained** [3] - 172:4, 217:12, 217:16
**base** [2] - 204:12, 233:1
**based** [22] - 15:18, 36:17, 54:5, 56:9, 89:17, 177:20, 183:2, 188:12, 188:17, 199:21, 200:3, 208:9, 212:10, 222:19, 225:3, 225:6, 235:25, 246:14, 248:1, 248:12, 256:15, 258:11
**basic** [4] - 20:20, 46:7, 49:19, 177:12
**basis** [14] - 12:15, 15:7, 42:21, 99:22, 139:17, 171:22, 178:17, 188:22, 192:15, 218:3, 218:5, 218:7, 221:14, 257:22
**bear** [3] - 22:2, 66:7, 150:1

**bearing** [4] - 58:7, 255:18, 255:19, 256:10
**became** [2] - 121:21, 224:15
**become** [3] - 157:4, 175:19, 178:9
**becomes** [2] - 197:18, 202:8
**becoming** [1] - 176:14
**BEFORE** [1] - 1:10
**beg** [7] - 110:7, 160:25, 207:18, 216:10, 231:13, 251:25
**began** [5] - 24:24, 48:3, 78:7, 78:11, 82:4
**begin** [6] - 8:24, 24:1, 45:24, 96:5, 102:9, 179:23
**beginning** [8] - 28:14, 40:2, 40:5, 88:21, 121:3, 171:25, 202:23, 252:9
**begins** [1] - 74:15
**behalf** [5] - 115:13, 144:3, 176:19, 186:9
**behind** [1] - 176:12
**Bei** [3] - 73:20, 73:21, 73:23
**BEI** [1] - 73:25
**believer** [1] - 9:7
**below** [4] - 127:14, 127:18, 215:1, 216:4
**bench** [2] - 20:13, 96:17
**benefit** [5] - 67:3, 112:18, 175:1, 244:4, 246:12
**Benlida** [318] - 6:5, 7:23, 25:23, 26:1, 27:10, 27:16, 27:17, 28:1, 28:3, 28:7, 32:2, 32:7, 32:9, 33:2, 33:7, 33:9, 33:13, 35:23, 36:9, 38:11, 38:14, 39:18, 39:23, 40:19, 40:21, 40:23, 40:25, 41:16, 41:19, 41:22, 43:13, 44:9, 44:14, 47:19, 49:1, 49:4, 49:7, 49:8, 49:14, 50:11, 50:15, 50:24, 51:1, 51:7, 51:9, 51:10, 51:15, 51:18, 53:6, 54:21, 57:12, 57:16, 57:25, 58:6, 58:8, 61:18, 63:16, 63:19,

63:22, 67:11, 67:13, 67:15, 67:18, 67:23, 68:23, 68:25, 69:23, 69:25, 70:1, 70:20, 71:2, 72:11, 74:12, 74:20, 75:13, 76:9, 76:10, 76:19, 80:7, 80:11, 81:13, 82:25, 83:1, 83:4, 83:13, 84:13, 85:8, 85:14, 86:18, 86:21, 87:3, 87:4, 87:6, 87:9, 87:23, 89:22, 90:9, 90:15, 90:20, 91:3, 91:9, 92:22, 93:3, 93:7, 93:10, 93:19, 94:21, 95:18, 101:19, 102:25, 103:2, 103:3, 103:6, 103:14, 104:22, 110:2, 111:16, 111:21, 112:23, 113:7, 113:10, 113:12, 114:6, 115:3, 115:14, 115:17, 116:2, 116:7, 116:10, 116:18, 116:22, 118:23, 119:6, 119:21, 120:2, 120:4, 121:4, 122:2, 122:4, 122:8, 122:15, 122:16, 122:22, 123:6, 123:9, 124:6, 125:11, 129:7, 130:14, 130:15, 130:18, 131:8, 131:22, 131:25, 132:5, 132:6, 132:8, 132:19, 132:21, 133:9, 135:3, 135:4, 135:23, 138:14, 140:13, 140:17, 143:12, 144:4, 144:15, 145:6, 145:11, 145:18, 146:3, 147:16, 147:23, 148:3, 151:22, 152:2, 152:4, 152:6, 152:11, 153:4, 153:5, 153:7, 153:10, 153:24, 154:3, 154:7, 154:14, 155:2, 156:1, 156:2, 156:6, 156:7, 156:11, 156:17, 156:18, 156:21, 157:1, 157:2, 157:21,

159:3, 159:4, 159:9, 159:21, 160:2, 161:16, 172:9, 172:11, 178:5, 179:22, 179:23, 180:9, 180:13, 180:21, 180:23, 181:2, 182:7, 182:11, 183:6, 183:11, 183:12, 183:14, 184:15, 185:1, 185:14, 185:18, 185:19, 185:20, 186:3, 186:18, 186:25, 187:2, 187:16, 188:5, 189:6, 189:20, 190:13, 192:17, 192:23, 192:25, 193:4, 193:5, 193:6, 194:7, 194:15, 194:19, 194:23, 195:2, 195:21, 195:25, 196:20, 196:24, 198:22, 200:9, 201:5, 201:8, 201:25, 202:5, 204:20, 204:22, 205:4, 205:21, 208:5, 208:6, 208:8, 208:12, 208:17, 208:20, 208:22, 208:24, 209:7, 209:8, 210:16, 213:1, 220:17, 223:9, 223:14, 224:5, 225:17, 225:22, 227:15, 227:22, 227:23, 227:24, 228:3, 229:1, 230:16, 230:18, 231:13, 231:18, 232:2, 232:10, 234:17, 234:18, 235:9, 236:15, 245:3, 248:2, 249:11, 250:1, 255:14, 256:2, 256:8

**BENLIDA** [1] - 1:4
**Benlida's** [37] - 28:7, 51:3, 76:7, 79:10, 80:16, 81:16, 81:22, 82:10, 82:19, 83:8, 84:18, 84:20, 84:24, 85:18, 85:21, 89:25, 91:21, 104:16, 108:2, 111:19, 134:14, 139:12, 140:10, 140:23,

180:2, 180:4, 180:24, 189:2, 192:11, 193:12, 194:11, 198:5, 205:11, 217:20, 246:12, 248:7, 255:19
**Bernie** [1] - 168:21
**best** [17] - 22:10, 26:25, 29:2, 48:22, 67:2, 111:21, 111:25, 113:3, 213:14, 213:25, 223:12, 224:17, 232:22, 232:24, 235:12, 246:23
**better** [8] - 22:7, 105:16, 154:25, 228:18, 234:20, 235:9, 241:22, 257:12
**between** [26] - 15:7, 16:3, 27:17, 27:25, 40:2, 45:10, 64:7, 64:9, 75:16, 82:25, 83:22, 103:14, 103:22, 107:16, 147:22, 156:25, 183:13, 184:20, 189:3, 195:2, 213:15, 214:4, 222:16, 234:17, 247:14
**beyond** [6] - 10:5, 42:15, 42:18, 139:18, 140:1, 222:6
**Big** [1] - 184:13
**big** [11] - 9:7, 40:8, 40:10, 54:12, 104:21, 112:20, 112:21, 158:14, 185:10, 244:13
**bigger** [2] - 162:24
**biggest** [1] - 65:3
**bill** [1] - 120:16
**billion** [4] - 58:12, 58:13, 58:17
**bills** [7] - 54:12, 56:13, 120:11, 169:6, 195:2, 195:21, 195:22
**binder** [18] - 30:22, 31:1, 31:2, 37:5, 99:12, 99:25, 100:19, 100:20, 101:5, 101:8, 117:11, 117:12, 121:14, 225:24, 229:21, 240:4, 240:5
**binders** [10] - 19:21,

19:24, 20:16, 99:19, 99:21, 100:2, 101:15, 105:7, 105:8
**binding** [1] - 225:20
**bit** [11] - 35:12, 54:7, 54:11, 79:10, 79:22, 162:12, 176:8, 178:12, 233:14, 240:25, 245:10
**black** [5] - 20:16, 31:1, 31:2, 37:20, 40:16
**blacklist** [1] - 184:3
**blatant** [1] - 194:1
**BLD** [4] - 45:24, 116:18, 123:6, 172:8
**blocks** [1] - 165:18
**blood** [1] - 9:13
**board** [8] - 148:1, 158:12, 176:15, 176:16, 178:4, 178:5, 191:16, 230:14
**boards** [11] - 153:6, 155:2, 155:4, 155:10, 175:16, 176:11, 176:18, 176:20, 178:4, 179:21, 191:20
**boring** [1] - 219:9
**born** [1] - 174:18
**boss** [6] - 104:21, 112:20, 112:21, 112:22, 184:13
**bottom** [17] - 28:7, 52:13, 69:7, 71:8, 72:13, 72:24, 80:24, 81:3, 126:7, 126:20, 127:7, 127:18, 127:22, 129:21, 150:18, 214:15, 227:4
**Bou** [3] - 73:20, 73:21, 73:23
**BOU** [1] - 74:7
**bought** [3] - 180:8, 180:9, 180:19
**Boulevard** [2] - 2:3, 164:12
**box** [1] - 25:3
**brackets** [1] - 71:10
**branch** [2] - 39:23, 88:4
**breach** [1] - 209:6
**breached** [1] - 209:4
**break** [17] - 12:2, 16:1, 16:2, 59:11, 65:21, 65:23, 65:24, 66:17, 66:18, 96:23, 164:4, 166:2, 206:23, 231:24, 238:14,

240:11, 255:2
**breaking** [1] - 16:4
**breaks** [1] - 160:23
**bridge** [2] - 223:6, 224:17
**bridging** [1] - 224:14
**brief** [3] - 15:5, 168:22, 257:16
**briefly** [5] - 123:16, 153:1, 174:20, 176:8, 248:10
**briefs** [1] - 257:16
**bring** [6] - 19:19, 136:2, 167:12, 222:22, 229:3, 238:25
**bringing** [1] - 108:18
**broad** [1] - 14:5
**broader** [1] - 188:14
**broke** [1] - 60:12
**brought** [4] - 103:6, 149:19, 201:5, 248:8
**brush** [1] - 14:5
**build** [4] - 40:19, 43:17, 142:8, 223:8
**building** [6] - 43:14, 44:8, 151:18, 154:8, 159:14, 182:15
**Building** [1] - 1:7
**builds** [1] - 228:4
**built** [6] - 41:1, 41:4, 141:7, 155:21, 157:11, 177:14
**bulletproof** [1] - 172:22
**bunch** [1] - 222:13
**burden** [6] - 12:6, 13:8, 168:11, 171:13, 173:1
**business** [60] - 27:25, 28:2, 28:3, 28:7, 28:11, 33:5, 34:2, 36:17, 36:21, 41:2, 42:15, 46:12, 46:13, 46:16, 51:18, 53:19, 79:11, 83:3, 84:13, 88:6, 92:7, 113:24, 114:6, 114:11, 116:16, 116:21, 117:1, 124:11, 147:25, 148:8, 152:2, 152:15, 152:16, 152:18, 153:5, 154:3, 154:14, 158:17, 160:24, 162:14, 172:8, 178:8, 178:25, 179:20, 179:23, 182:9, 182:12, 182:13,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

183:5, 185:15, 185:22, 186:22, 189:3, 200:4, 203:17, 205:13, 231:17, 244:7, 244:13, 244:15
**businesses** [1] - 203:19
**businessman** [1] - 39:9
**busy** [2] - 62:13, 114:22
**buy** [1] - 187:5
**buyer** [1] - 185:4
**buying** [4] - 154:18, 176:19, 182:7, 250:5
**BY** [117] - 2:7, 25:8, 25:18, 26:15, 27:9, 27:24, 29:5, 31:11, 34:10, 35:7, 37:25, 39:7, 39:25, 43:11, 44:7, 45:15, 47:12, 48:25, 50:3, 51:16, 52:11, 54:10, 55:1, 56:12, 58:14, 61:16, 63:3, 63:7, 65:1, 67:5, 69:22, 73:11, 74:10, 75:19, 77:22, 79:8, 79:21, 81:2, 86:3, 86:17, 87:21, 88:14, 92:5, 94:19, 95:5, 95:17, 102:21, 106:12, 109:1, 111:2, 114:19, 117:22, 121:18, 124:3, 125:20, 127:10, 132:18, 133:5, 134:12, 136:8, 137:4, 140:5, 146:20, 147:15, 149:3, 150:13, 151:3, 151:20, 160:12, 161:11, 162:3, 163:16, 174:15, 175:7, 179:6, 179:18, 183:19, 189:4, 189:18, 195:18, 197:10, 198:2, 198:15, 199:13, 201:2, 203:5, 210:3, 211:8, 211:21, 212:24, 216:7, 216:12, 219:10, 221:1, 221:10, 222:10, 223:2, 224:3, 226:21, 227:13, 228:24, 230:4, 230:11, 232:1, 233:13,

236:13, 236:22, 237:5, 241:14, 243:13, 244:1, 245:22, 247:11, 249:19, 250:17, 253:6, 256:7

# C

**C-H-O-U** [1] - 8:5
**cable** [1] - 194:8
**Caesar** [1] - 258:24
**calculation** [2] - 21:9, 199:3
**calculations** [1] - 251:24
**calendar** [1] - 241:7
**California** [1] - 46:13
**call-in** [1] - 146:25
**cancellation** [1] - 162:21
**cannot** [36] - 51:9, 78:15, 104:24, 109:22, 116:25, 117:1, 122:3, 122:13, 129:4, 131:13, 137:6, 139:6, 145:10, 145:14, 145:23, 146:7, 148:11, 148:18, 154:10, 157:24, 162:22, 162:23, 178:14, 185:6, 203:14, 207:9, 212:21, 213:4, 217:2, 222:9, 234:5, 234:23, 235:2
**Cantonese** [5] - 22:13, 22:14, 68:13, 79:18
**capabilities** [1] - 10:5
**capable** [1] - 251:13
**capacities** [2] - 244:15, 244:17
**capital** [3] - 157:22, 177:11, 177:12
**captured** [1] - 254:3
**car** [1] - 177:25
**care** [2] - 11:17, 259:20
**career** [1] - 178:25
**careful** [1] - 172:19
**carried** [1] - 187:12
**carries** [1] - 81:6
**carry** [4] - 16:19, 100:10, 168:10, 187:8
**case** [37] - 6:5, 9:5, 9:22, 12:9, 17:11, 17:14, 19:14, 27:18, 103:13, 110:2,

111:18, 112:14, 114:22, 114:24, 115:11, 120:24, 121:4, 130:11, 130:25, 131:2, 135:15, 139:7, 142:13, 146:24, 148:14, 148:17, 154:13, 164:8, 168:21, 168:23, 173:12, 174:8, 176:5, 186:6, 233:6, 236:25, 239:17
**CASE** [1] - 1:2
**Case** [1] - 6:6
**cases** [3] - 141:24, 159:23, 198:7
**cash** [59] - 36:13, 53:6, 53:12, 53:15, 53:24, 55:3, 56:3, 56:7, 56:11, 74:23, 82:19, 83:8, 84:18, 85:8, 85:14, 127:15, 137:9, 137:13, 137:18, 138:19, 142:24, 151:22, 152:1, 152:20, 152:23, 153:17, 161:14, 169:24, 170:5, 170:13, 180:3, 180:13, 180:20, 180:22, 180:23, 180:24, 181:15, 183:7, 191:12, 192:20, 192:24, 192:25, 193:3, 193:5, 193:6, 194:11, 194:12, 194:15, 194:20, 200:9, 248:13, 248:14, 248:21, 250:6, 252:3, 255:22, 255:25, 256:12, 256:15
**cash-flow** [4] - 53:6, 85:8, 85:14, 153:17
**categories** [1] - 10:13
**category** [1] - 14:12
**caused** [8] - 59:14, 182:17, 184:7, 185:8, 194:17, 194:23, 201:10, 201:21
**ceased** [2] - 151:23, 159:7
**Celin** [17] - 3:13, 29:24, 52:18, 56:17, 57:20, 83:22, 189:22, 189:23, 190:8, 210:23,

210:24, 213:12, 219:23, 220:17, 240:10, 242:20, 243:6
**CELIN** [1] - 243:1
**Center** [1] - 1:22
**CEO** [5] - 8:13, 25:21, 26:1, 170:24, 173:25
**certain** [21] - 9:9, 91:23, 93:8, 187:23, 188:5, 200:19, 201:4, 204:22, 204:23, 204:24, 205:1, 205:7, 205:15, 205:18, 205:24, 206:2, 206:7, 219:1, 234:6
**certainly** [3] - 9:20, 15:17, 236:10
**Certificate................
....** [1] - 5:13
**Certified** [1] - 71:9
**certified** [3] - 32:23, 68:24, 75:6
**certify** [3] - 21:21, 22:10, 260:2
**certifying** [1] - 83:7
**CFA** [6] - 26:7, 33:19, 44:25, 45:3, 45:5, 60:18
**CFO** [22] - 25:21, 25:23, 26:3, 33:13, 33:19, 36:8, 39:9, 47:22, 49:4, 49:7, 54:21, 57:23, 58:6, 60:17, 171:17, 171:18, 171:20, 190:2, 244:15, 244:16
**CFOs** [1] - 178:21
**chain** [3] - 158:9, 204:13, 204:14
**chair** [1] - 9:3
**chairman** [1] - 180:4
**challenge** [2] - 55:4, 232:10
**chance** [8] - 24:23, 48:18, 64:3, 76:15, 145:2, 196:2, 203:12, 220:20
**chances** [2] - 188:5, 194:17
**change** [7] - 15:12, 104:9, 104:13, 104:14, 107:25, 108:3, 242:13
**changed** [3] - 128:16, 225:8, 231:17
**changes** [1] - 252:8
**Changes** [1] - 72:7

**characterization** [2] - 85:17, 123:12
**charge** [2] - 33:14, 139:4
**chart** [3] - 6:12, 81:6, 216:4
**CHAUNCEY** [1] - 2:2
**Chauncey** [7] - 2:2, 8:10, 29:20, 104:25, 106:19, 110:18, 111:5
**chauncey.cole@ coletrial.com** [1] - 2:5
**check** [4] - 65:11, 160:16, 166:17, 241:7
**checked** [1] - 240:15
**Chelsea** [1] - 89:3
**chemicals** [2] - 142:7, 142:11
**chief** [2] - 177:18, 178:19
**Chief** [1] - 257:15
**China** [37] - 33:18, 33:21, 65:2, 82:4, 82:13, 89:20, 103:22, 112:4, 112:6, 112:9, 113:21, 113:22, 144:9, 144:18, 144:22, 158:20, 163:1, 163:4, 172:14, 176:14, 176:18, 188:17, 188:18, 192:18, 196:23, 197:17, 204:11, 204:13, 204:16, 209:9, 218:10, 218:11, 224:10, 251:12, 255:15, 259:10, 259:12
**Chinese** [23] - 25:11, 46:25, 58:23, 58:25, 59:6, 60:15, 61:12, 68:13, 71:9, 71:25, 93:15, 113:1, 128:15, 128:18, 128:24, 134:16, 137:7, 187:25, 193:21, 193:23, 218:14, 245:3, 251:8
**chitchatting** [1] - 100:16
**choice** [6] - 41:13, 201:24, 228:1, 228:4, 228:25, 230:17
**choose** [1] - 50:11

January 13, 2023                                                                7

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

**chose** [1] - 123:6
**Chou** [2] - 2:6, 8:2
**chrome** [1] - 177:24
**chronologically** [1] -
83:19
**Cicero** [1] - 258:24
**Circle** [1] - 1:18
**Circuit** [5] - 6:5, 67:13,
168:21, 170:8,
257:13
**circuit** [18] - 148:1,
153:6, 155:2, 155:3,
155:10, 156:17,
158:11, 175:16,
176:11, 176:15,
176:16, 176:18,
176:20, 178:4,
179:21, 191:15,
191:20, 230:14
**CIRCUIT** [1] - 1:4
**Circuitronix** [86] - 6:6,
8:11, 8:14, 67:18,
71:2, 71:22, 79:9,
79:22, 82:9, 82:16,
82:20, 82:25, 83:1,
83:3, 83:7, 83:14,
84:20, 85:2, 85:12,
85:21, 88:17, 90:14,
91:3, 91:17, 92:6,
92:23, 93:2, 93:6,
93:10, 94:25,
103:14, 103:19,
104:9, 106:17,
106:18, 114:2,
114:8, 118:20,
120:4, 120:5, 120:9,
120:16, 123:7,
124:10, 130:15,
130:17, 132:9,
153:9, 154:3,
155:11, 155:14,
157:22, 161:13,
162:24, 168:12,
169:1, 169:5,
170:21, 174:1,
176:4, 176:6,
176:10, 176:22,
177:6, 177:7, 177:8,
177:17, 179:20,
185:20, 185:23,
186:3, 186:12,
187:17, 189:19,
190:6, 227:15,
230:19, 230:20,
230:22, 231:11,
231:12, 243:25,
244:2, 244:12
**CIRCUITRONIX** [1] -
1:7
**Circuitronix's** [4] -

85:17, 86:8, 104:12,
169:19
**circumstances** [2] -
49:17, 119:7
**circumstantial** [1] -
172:15
**citations** [2] - 15:5,
257:23
**citizen** [1] - 175:20
**citizenship** [1] -
175:22
**city** [7] - 65:5, 65:6,
65:7, 87:1, 88:1,
88:2, 88:5
**claim** [5] - 93:9, 93:12,
94:21, 95:7, 138:14
**claimed** [1] - 130:14
**claiming** [4] - 92:25,
119:6, 119:17, 120:4
**claims** [2] - 83:14,
118:23
**clarification** [8] - 88:8,
98:9, 196:8, 217:10,
220:5, 234:16,
234:19
**clarifications** [1] -
217:9
**clarified** [2] - 43:6,
79:25
**clarify** [13] - 36:15,
39:21, 43:21, 44:1,
51:11, 55:7, 58:9,
84:12, 87:12, 95:9,
99:16, 118:19,
241:11
**clarifying** [1] - 241:16
**classified** [1] - 81:11
**CLAUDE** [1] - 1:13
**clean** [1] - 211:7
**clear** [16] - 6:19,
49:12, 49:13, 61:10,
69:3, 86:4, 93:8,
120:2, 160:9, 169:1,
170:14, 239:8,
242:1, 246:16,
248:13, 253:3
**clearly** [4] - 40:9,
245:12, 248:16,
258:9
**clerk's** [2] - 9:25, 10:5
**clerks** [1] - 13:1
**client** [4] - 8:12, 115:4,
120:4, 120:20
**clipped** [1] - 239:14
**clock** [1] - 223:11
**close** [10] - 47:5, 48:1,
51:4, 51:17, 59:7,
82:13, 84:7, 183:13,
202:24, 209:12
**closed** [6] - 47:6,

49:18, 152:14,
200:15, 252:17,
253:17
**closer** [1] - 41:13
**closing** [1] - 60:11
**CM** [1] - 11:20
**CM-ECF** [1] - 11:20
**co** [4] - 45:20, 46:1,
51:4, 51:18
**coaching** [1] - 79:1
**cocounsel** [2] - 8:9,
198:25
**coincide** [1] - 101:13
**coincidently** [1] - 11:9
**cold** [1] - 198:7
**COLE** [131] - 2:2, 8:10,
19:5, 19:11, 96:9,
96:14, 96:18, 96:22,
97:3, 110:14,
110:17, 110:21,
110:23, 111:2,
114:18, 114:19,
117:4, 117:7,
117:13, 117:16,
117:21, 117:22,
121:13, 121:18,
124:3, 125:10,
125:15, 125:19,
125:20, 127:6,
127:9, 127:10,
132:13, 132:18,
133:3, 133:5, 134:8,
134:12, 136:3,
136:7, 136:8, 137:4,
140:5, 146:17,
146:20, 147:14,
147:15, 148:25,
149:3, 149:8,
149:11, 149:15,
149:18, 149:22,
150:8, 150:10,
150:13, 151:1,
151:3, 151:19,
151:20, 160:7,
160:12, 160:20,
161:11, 161:19,
164:10, 164:13,
164:16, 164:20,
164:24, 165:3,
165:5, 165:10,
165:13, 165:22,
166:12, 166:17,
166:22, 167:8,
167:16, 167:18,
173:16, 174:4,
174:10, 174:13,
174:15, 175:6,
175:7, 179:6,
179:18, 183:15,
183:19, 189:4,

189:17, 189:18,
195:17, 195:18,
197:2, 197:4, 197:9,
197:10, 198:2,
198:15, 199:9,
199:12, 199:13,
200:24, 201:2,
202:10, 219:3,
221:5, 221:14,
221:17, 221:24,
222:3, 223:21,
226:9, 226:16,
229:10, 231:22,
233:8, 234:12,
237:11, 240:9,
240:21, 240:23,
241:6, 241:12,
241:14, 242:16
**Cole** [21] - 2:2, 3:8,
3:12, 8:10, 17:24,
25:13, 30:19, 45:14,
110:18, 111:5,
146:15, 162:12,
164:7, 164:9,
166:11, 166:20,
167:14, 172:2,
197:22, 198:23,
204:9
**collaborated** [1] -
30:20
**collapse** [6] - 36:10,
58:1, 153:5, 205:12,
213:2, 223:16
**colleague** [1] - 77:24
**colleagues** [3] -
77:24, 78:24, 165:16
**collect** [7] - 76:14,
76:15, 139:1,
140:19, 142:17,
184:13, 184:15
**collected** [3] - 138:9,
138:25, 139:7
**collecting** [2] - 217:6,
217:11
**collection** [2] -
140:14, 140:18
**color** [1] - 20:19
**colors** [1] - 20:20
**column** [9] - 35:3,
38:23, 39:12, 39:24,
72:14, 75:1, 134:2,
134:5, 134:22
**columns** [2] - 134:5,
134:18
**comfort** [1] - 217:19
**comfortable** [1] - 6:9
**coming** [10] - 6:19,
90:17, 90:18, 90:22,
91:10, 100:8, 112:3,
202:25, 218:10,

218:11
**comment** [10] - 14:14,
26:20, 28:13, 34:13,
60:24, 77:4, 77:16,
252:11, 258:16
**comments** [8] - 8:24,
23:5, 23:6, 213:23,
223:25, 251:19,
251:21, 258:1
**commercial** [3] -
57:16, 65:2, 172:13
**commit** [1] - 186:3
**commitment** [3] -
225:20, 235:13,
235:14
**common** [4] - 113:20,
113:22, 131:16,
136:9
**communicate** [6] -
114:7, 114:11,
132:4, 132:9,
132:20, 185:19
**communicated** [3] -
25:15, 180:14,
254:14
**communicating** [1] -
254:7
**communication** [4] -
76:25, 88:9, 213:14,
214:4
**communications** [2] -
34:5, 107:4
**companies** [22] -
44:14, 47:23, 58:6,
67:11, 81:11, 81:22,
156:13, 156:14,
156:25, 176:3,
177:18, 178:17,
178:18, 178:21,
178:24, 179:1,
179:8, 180:1,
187:25, 231:8,
231:14, 244:13
**COMPANY** [1] - 1:4
**company** [90] - 25:21,
28:12, 32:22, 35:18,
36:5, 36:8, 39:18,
39:22, 39:23, 40:21,
40:24, 40:25, 47:17,
49:20, 50:8, 50:9,
50:11, 58:13, 67:15,
69:11, 69:15, 69:23,
82:22, 86:18, 93:20,
111:25, 123:4,
130:3, 130:21,
147:17, 152:15,
154:19, 156:4,
156:15, 156:17,
156:19, 159:9,
159:17, 161:15,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

165:1, 169:5, 170:25, 171:18, 171:19, 172:12, 175:9, 175:11, 176:9, 176:24, 177:9, 177:14, 178:2, 178:5, 178:15, 179:2, 179:13, 179:17, 180:6, 180:19, 182:3, 182:6, 189:25, 190:5, 197:16, 197:22, 197:23, 197:25, 198:3, 218:14, 223:14, 223:15, 232:10, 234:8, 235:11, 245:3, 247:17, 248:13, 248:15, 248:20, 248:24, 249:1, 250:5, 255:24, 256:12, 256:15, 256:18

**Company** [3] - 6:6, 39:23, 67:13

**company's** [3] - 31:24, 75:5, 142:22

**compare** [1] - 247:14

**compared** [3] - 71:24, 79:11, 194:16

**comparison** [2] - 76:13, 251:23

**competitive** [1] - 232:16

**complaints** [1] - 44:15

**complete** [6] - 99:16, 166:19, 215:20, 215:23, 219:20, 219:24

**completed** [3] - 190:21, 253:16, 253:18

**completely** [4] - 28:7, 73:3, 200:3, 246:19

**completeness** [1] - 258:10

**complicated** [2] - 107:22, 139:3

**comply** [1] - 208:17

**component** [1] - 140:22

**components** [1] - 178:6

**compound** [4] - 219:4, 223:22, 231:22, 234:13

**comprehensively** [1] - 22:11

**conceding** [1] - 169:4

**concentration** [3] - 139:12, 140:10, 142:22

**concern** [11] - 84:20, 129:7, 131:9, 131:24, 135:9, 136:10, 142:21, 159:19, 159:22, 161:14, 191:3

**concerned** [2] - 201:15, 206:5

**concerning** [3] - 131:19, 139:10, 140:8

**concerns** [22] - 53:8, 135:8, 143:2, 190:12, 192:24, 193:9, 193:12, 193:15, 194:10, 194:14, 194:23, 195:4, 195:23, 196:17, 196:18, 198:18, 201:10, 201:21, 204:11, 222:13, 224:14, 248:6

**conclude** [1] - 78:25

**concluded** [2] - 66:16, 144:17

**conclusion** [3] - 135:19, 143:22, 187:13

**conclusions** [1] - 35:9

**conclusive** [3] - 75:25, 76:4, 76:11

**condition** [4] - 91:23, 92:9, 188:12, 194:24

**conditions** [4] - 187:6, 188:7, 188:15, 202:6

**conduct** [1] - 113:24

**conducted** [3] - 115:11, 143:7, 169:1

**confer** [1] - 94:7

**conference** [23] - 108:10, 143:6, 190:22, 198:21, 199:17, 206:15, 206:20, 207:2, 207:4, 207:12, 207:19, 207:23, 217:3, 241:18, 242:2, 249:10, 249:22, 253:9, 253:18, 253:23, 254:3, 255:1, 257:13

**Conference** [1] - 83:24

**conferred** [2] - 17:9, 168:20

**confidential** [9] - 9:11,

11:6, 11:14, 12:24, 13:10, 14:8, 92:7, 221:18, 221:21

**confirm** [2] - 108:1, 185:3

**confirmed** [1] - 33:15

**conflated** [1] - 161:1

**conflict** [1] - 50:10

**confront** [1] - 77:14

**confrontational** [1] - 219:8

**confronted** [1] - 136:6

**confused** [2] - 47:25, 120:24

**confusion** [1] - 101:12

**conjunction** [2] - 63:4, 99:11

**connect** [2] - 88:10, 88:11

**connection** [5] - 38:11, 88:12, 150:15, 169:7, 189:5

**Connection** [1] - 88:13

**conscious** [1] - 168:25

**consent** [1] - 12:9

**conservative** [1] - 14:4

**consider** [7] - 93:12, 161:6, 181:22, 191:9, 191:10, 234:2, 257:11

**considered** [2] - 80:16, 81:16

**considering** [2] - 50:15, 131:21

**considers** [2] - 76:10

**consist** [4] - 136:14, 139:12, 141:7, 141:10

**consistent** [2] - 11:20, 249:7

**consistently** [1] - 85:7

**consists** [2] - 127:15, 140:10

**constantly** [1] - 194:7

**constraint** [1] - 248:14

**constraints** [2] - 168:1, 248:11

**construction** [3] - 157:12, 157:13, 157:23

**construed** [1] - 48:1

**consult** [1] - 74:21

**Contact** [1] - 197:3

**contacted** [3] - 196:23, 197:21, 197:25

**contain** [2] - 19:24,

34:13

**contained** [1] - 98:15

**containing** [1] - 239:9

**contaminants** [1] - 142:8

**contempt** [1] - 77:15

**contending** [1] - 209:4

**context** [2] - 197:8, 221:21

**contingent** [3] - 93:22, 95:6, 129:25

**continue** [16] - 34:1, 46:1, 50:12, 60:21, 98:20, 144:23, 162:1, 169:2, 174:12, 209:17, 225:18, 228:12, 233:12, 235:15, 235:22, 235:24

**CONTINUED** [1] - 2:1

**continued** [4] - 223:8, 224:13, 235:5, 258:15

**continues** [4] - 74:17, 127:19, 128:1, 153:5

**continuing** [6] - 129:13, 172:8, 172:9, 224:22, 224:23, 234:25

**continuously** [3] - 85:15, 175:25, 193:8

**contract** [14] - 91:18, 91:24, 119:2, 119:3, 119:20, 122:14, 123:10, 124:8, 124:13, 168:12, 168:19, 169:2, 187:15, 223:17

**contractual** [4] - 119:18, 169:1, 170:17, 170:22

**contrary** [3] - 12:4, 171:21, 186:25

**contributing** [1] - 153:18

**controller** [8] - 39:10, 171:8, 189:22, 190:1, 204:3, 219:22, 243:24, 244:15

**controllership** [1] - 203:17

**controls** [1] - 156:5

**convenience** [2] - 99:21, 211:17

**conversation** [19] - 61:9, 84:17, 85:1, 85:9, 88:16, 88:19, 88:23, 89:1, 89:6, 89:18, 89:23, 90:9,

91:9, 91:13, 91:15, 91:20, 92:7, 106:13, 106:16

**conversations** [1] - 102:12

**convert** [2] - 191:11, 249:5

**converted** [2] - 141:13, 142:24

**converting** [2] - 42:5, 61:12

**cooperate** [1] - 13:24

**cooperation** [1] - 256:15

**copies** [4] - 71:2, 101:14, 150:4, 259:23

**copy** [17] - 70:23, 70:25, 101:7, 105:21, 117:19, 117:25, 125:11, 125:15, 133:2, 133:8, 149:18, 150:3, 150:14, 167:11, 229:22, 230:1

**corner** [4] - 39:5, 70:3, 72:13, 72:24

**corporate** [20] - 8:13, 18:1, 18:12, 18:14, 18:20, 18:21, 39:9, 47:24, 48:10, 111:19, 171:8, 178:10, 189:22, 190:1, 204:3, 227:22, 227:23, 243:24, 244:18, 248:1

**corporation** [1] - 244:21

**corporations** [1] - 170:1

**correct** [199] - 18:15, 18:23, 25:23, 29:12, 31:21, 32:11, 33:11, 33:15, 36:1, 36:3, 36:6, 39:17, 40:4, 40:7, 40:11, 41:7, 44:23, 44:24, 45:1, 46:11, 46:20, 49:2, 51:19, 56:23, 57:1, 60:18, 65:12, 67:18, 68:11, 68:20, 69:2, 69:13, 69:14, 70:4, 70:20, 70:22, 71:14, 71:17, 71:19, 72:9, 72:17, 72:18, 72:20, 72:22, 73:5, 74:17, 75:14, 77:25, 78:3, 79:10, 79:23, 80:13,

80:14, 80:18, 80:19,
81:13, 82:2, 82:5,
82:11, 82:14, 82:17,
82:22, 83:4, 83:9,
83:10, 84:18, 84:21,
85:19, 85:22, 86:6,
86:10, 89:1, 89:6,
91:5, 91:10, 91:21,
92:12, 93:4, 93:17,
103:24, 106:14,
111:6, 111:14,
111:19, 112:1,
112:4, 112:10,
112:15, 112:23,
114:4, 115:22,
116:4, 116:8,
116:12, 116:13,
116:19, 116:20,
118:21, 118:22,
118:24, 119:17,
121:23, 122:5,
122:20, 122:21,
123:7, 123:8, 124:8,
124:9, 124:13,
124:14, 129:14,
130:12, 130:15,
130:16, 131:3,
131:4, 134:24,
134:25, 136:16,
137:16, 137:17,
137:24, 137:25,
138:6, 138:7,
138:15, 138:16,
141:4, 143:19,
144:9, 144:15,
144:16, 146:13,
148:1, 148:9, 151:7,
152:1, 153:11,
155:22, 160:2,
160:3, 160:15,
164:13, 186:9,
186:15, 186:19,
204:14, 204:18,
204:19, 205:1,
205:3, 205:16,
205:19, 205:20,
205:24, 205:25,
206:3, 206:4,
206:12, 206:20,
207:21, 207:24,
208:15, 209:19,
210:17, 210:19,
210:20, 213:12,
213:18, 215:13,
216:16, 218:4,
219:16, 219:24,
224:20, 230:7,
230:18, 231:7,
231:20, 232:4,
232:19, 233:15,
233:18, 233:19,

233:21, 233:22,
233:24, 233:25,
235:23, 240:13,
240:18, 240:21,
242:4, 247:19,
250:21, 252:1,
253:16, 253:22
**corrected** [2] - 64:21,
95:4
**correction** [2] - 35:2,
41:17
**correctly** [3] - 73:22,
76:18, 86:25
**cost** [5] - 15:7, 40:24,
43:25, 44:3, 257:22
**Costa** [2] - 179:14,
179:17
**costs** [1] - 180:25
**Counsel** [6] - 23:24,
59:5, 61:22, 117:10,
160:21, 209:22
**counsel** [33] - 7:6,
7:19, 18:12, 18:15,
41:12, 41:15, 42:1,
47:9, 47:14, 48:16,
48:17, 61:22, 62:9,
65:15, 66:8, 105:21,
118:1, 127:4, 136:1,
139:16, 145:16,
149:6, 150:7,
150:23, 195:8,
209:22, 210:9,
212:18, 226:11,
229:23, 233:3,
256:19
**counsel's** [1] - 78:14
**Counselor** [1] -
197:20
**count** [1] - 98:13
**counterclaim** [3] -
93:3, 93:7, 130:17
**country** [3] - 27:7,
244:6, 254:5
**couple** [2] - 91:14,
196:22
**course** [25] - 9:8,
14:22, 15:16, 18:13,
23:12, 23:15, 44:25,
57:23, 61:9, 111:22,
112:2, 114:6,
114:11, 114:13,
143:18, 149:18,
168:16, 172:7,
172:11, 172:16,
180:17, 187:2,
219:6, 236:16,
251:20
**Court** [36] - 2:8, 5:13,
6:3, 14:24, 17:14,
17:17, 24:3, 24:5,

24:12, 25:16, 28:6,
31:14, 37:12, 38:1,
89:25, 90:4, 110:15,
110:17, 115:3,
132:14, 149:1,
164:5, 166:12,
169:14, 171:4,
171:11, 171:15,
171:16, 186:21,
197:14, 201:13,
201:20, 228:20,
239:18, 244:4, 260:8
**COURT** [414] - 1:1,
6:8, 6:18, 6:25, 7:7,
7:13, 7:16, 7:20,
7:24, 8:1, 8:3, 8:6,
8:16, 8:20, 8:22, 9:4,
11:4, 11:23, 12:1,
14:11, 16:14, 16:24,
17:5, 17:8, 17:19,
18:5, 18:10, 18:14,
18:17, 18:20, 18:24,
19:8, 19:15, 19:24,
20:15, 20:18, 20:23,
20:24, 21:3, 21:5,
21:8, 21:13, 21:19,
22:1, 22:4, 22:14,
22:18, 22:24, 23:2,
23:13, 23:23, 24:4,
24:10, 24:16, 24:19,
25:4, 25:17, 26:17,
26:19, 26:24, 27:2,
27:8, 27:20, 28:13,
29:2, 30:13, 30:17,
30:21, 31:1, 31:3,
31:5, 31:7, 36:24,
37:3, 37:6, 37:9,
37:13, 37:17, 37:24,
38:4, 39:2, 39:6,
41:9, 41:24, 42:1,
42:7, 42:23, 43:4,
43:8, 43:10, 45:12,
47:9, 47:14, 47:20,
47:25, 48:14, 48:16,
48:20, 51:13, 52:3,
52:5, 52:7, 54:24,
55:21, 55:23, 56:2,
58:18, 58:20, 58:22,
58:24, 59:4, 59:8,
59:11, 59:14, 59:17,
59:21, 60:1, 60:4,
60:8, 60:21, 61:10,
61:15, 61:22, 61:24,
62:8, 62:17, 63:2,
63:5, 64:15, 64:17,
64:18, 64:24, 65:9,
65:14, 65:16, 65:18,
65:21, 65:24, 66:1,
66:4, 66:7, 66:13,
66:17, 66:23, 67:1,
69:20, 73:9, 73:24,

74:1, 74:3, 74:6,
75:17, 77:2, 78:5,
78:9, 78:21, 79:5,
79:7, 79:16, 92:2,
92:4, 93:25, 94:4,
94:6, 94:8, 94:10,
94:12, 94:15, 94:17,
95:1, 95:14, 96:2,
96:8, 96:11, 96:15,
96:20, 96:24, 97:1,
97:4, 98:6, 98:14,
98:20, 98:25, 99:5,
99:8, 99:18, 100:12,
100:15, 100:18,
100:25, 101:6,
101:17, 101:21,
102:9, 102:15,
102:18, 105:7,
105:10, 105:16,
105:20, 105:23,
106:2, 106:4, 106:7,
106:9, 106:11,
108:17, 110:5,
110:9, 110:16,
110:19, 110:22,
114:16, 117:6,
117:10, 117:14,
117:20, 123:13,
123:15, 123:20,
123:23, 124:1,
124:19, 124:22,
124:25, 125:2,
125:5, 125:7,
125:13, 127:4,
127:8, 132:11,
132:16, 133:4,
134:7, 134:10,
136:1, 136:4, 137:3,
139:16, 139:23,
146:15, 146:19,
147:12, 148:19,
148:22, 149:6,
149:9, 149:13,
149:16, 149:20,
149:23, 150:1,
150:6, 150:9,
150:12, 150:23,
151:17, 160:8,
160:21, 161:3,
161:6, 161:9,
161:21, 161:25,
163:24, 164:1,
164:6, 164:11,
164:14, 164:18,
164:21, 164:25,
165:4, 165:7,
165:11, 165:21,
165:25, 166:6,
166:7, 166:9,
166:10, 166:14,
166:19, 166:23,

166:25, 167:10,
167:17, 167:19,
167:22, 168:3,
168:7, 170:3, 171:1,
171:4, 171:14,
172:17, 172:24,
173:11, 173:18,
174:2, 174:12,
174:25, 175:5,
179:3, 179:5,
179:15, 183:18,
188:23, 189:16,
191:24, 192:2,
193:24, 195:8,
197:7, 197:20,
198:13, 198:23,
199:11, 201:1,
202:12, 202:18,
202:22, 203:1,
203:3, 209:22,
209:24, 211:5,
211:19, 212:18,
216:9, 219:5,
220:24, 221:8,
221:16, 221:19,
222:4, 222:24,
223:23, 225:24,
226:1, 226:5, 226:8,
226:11, 226:19,
227:10, 227:11,
228:8, 228:11,
228:15, 228:16,
228:19, 229:5,
229:9, 229:12,
229:16, 229:19,
229:22, 229:25,
230:2, 230:8,
231:24, 233:3,
233:7, 233:9,
233:12, 234:14,
236:8, 237:1,
237:10, 237:12,
237:17, 237:23,
238:4, 238:10,
238:14, 238:16,
238:20, 238:24,
239:8, 239:22,
239:25, 240:8,
240:19, 240:22,
240:24, 241:3,
241:7, 242:1, 242:5,
242:8, 242:12,
242:15, 242:17,
242:19, 242:21,
243:11, 243:20,
243:23, 245:21,
247:6, 247:24,
249:18, 250:13,
253:3, 256:6,
256:19, 256:21,
256:25, 258:7,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

258:13, 258:25, 259:13, 259:17
**court** [21] - 7:3, 9:7, 12:5, 13:21, 25:10, 55:13, 55:23, 77:15, 78:2, 84:5, 88:8, 112:14, 112:18, 130:11, 136:5, 168:24, 175:1, 234:1, 238:8, 245:11
**Court's** [6] - 16:22, 168:9, 168:16, 238:3, 239:4, 246:12
**courtesy** [4] - 198:24, 199:7, 222:25, 259:22
**COURTROOM** [27] - 6:2, 6:21, 21:12, 21:16, 21:24, 22:3, 23:22, 24:18, 59:22, 59:25, 60:3, 66:22, 66:25, 96:25, 98:3, 101:9, 102:5, 102:8, 149:25, 173:23, 228:14, 238:18, 240:7, 242:24, 243:4, 243:7, 243:10
**courtroom** [15] - 7:8, 18:18, 19:17, 23:7, 37:18, 77:4, 77:6, 77:14, 96:24, 97:1, 98:22, 99:6, 238:21, 238:24, 240:3
**Courtroom** [1] - 1:7
**covenant** [1] - 17:12
**cover** [6] - 15:24, 180:24, 181:15, 248:25, 255:21, 255:22
**covered** [1] - 181:6
**covers** [3] - 98:17, 126:4, 126:15
**COVID-19** [1] - 158:1
**Cox** [1] - 170:8
**CPA** [5] - 196:23, 197:16, 224:10, 237:4, 237:7
**create** [5] - 172:22, 185:9, 246:22, 247:15, 247:16
**created** [6] - 158:14, 188:16, 247:4, 252:6, 252:21, 252:23
**creates** [1] - 45:23
**creating** [2] - 255:24, 256:16
**credible** [2] - 250:24, 251:13
**credibly** [1] - 171:19

**credit** [8] - 86:20, 87:4, 87:10, 87:24, 91:17, 92:11, 234:22, 234:23
**creditors** [3] - 152:5, 152:8, 161:17
**crisis** [1] - 158:9
**CROSS** [4] - 67:4, 111:1, 203:4, 250:16
**Cross** [4] - 3:6, 3:8, 3:12, 3:14
**cross** [18] - 13:2, 15:23, 16:3, 48:9, 98:17, 110:13, 168:2, 188:24, 193:24, 194:3, 219:7, 219:9, 221:7, 237:22, 237:25, 240:17, 240:20, 250:15
**cross-examination** [9] - 48:9, 168:2, 188:24, 193:24, 194:3, 219:7, 219:9, 240:20, 250:15
**CROSS-EXAMINATION** [4] - 67:4, 111:1, 203:4, 250:16
**Cross-Examination** [4] - 3:6, 3:8, 3:12, 3:14
**cross-examine** [2] - 221:7, 240:17
**cross-reference** [1] - 13:2
**crunch** [1] - 181:15
**CT** [1] - 107:5
**CTX** [86] - 27:12, 27:15, 27:17, 27:25, 28:3, 28:8, 28:10, 30:5, 32:10, 38:9, 38:11, 38:15, 44:16, 53:13, 53:14, 53:18, 54:7, 54:11, 56:9, 56:13, 85:7, 85:8, 94:21, 95:10, 103:7, 106:24, 107:1, 107:3, 107:5, 107:18, 114:8, 114:12, 114:15, 114:21, 115:4, 115:17, 116:2, 116:7, 116:15, 116:17, 116:23, 118:23, 119:7, 122:1, 122:10, 132:4, 132:5, 132:20, 132:21, 138:15, 143:12,

143:14, 143:17, 145:12, 145:15, 152:19, 153:3, 153:18, 153:23, 154:15, 155:1, 155:8, 159:24, 160:13, 162:16, 162:18, 163:2, 163:5, 163:7, 163:17, 171:23, 172:1, 172:4, 172:7, 172:8, 179:23, 184:14, 184:17, 185:3, 185:8, 186:9, 186:18, 189:10, 212:25, 214:4, 216:15
**CTX's** [4] - 51:3, 109:14, 109:16, 236:15
**cumbersome** [1] - 252:5
**cup** [1] - 11:24
**curious** [3] - 102:10, 102:11, 164:9
**currency** [2] - 58:25, 61:9, 249:2
**current** [25] - 25:19, 79:11, 87:14, 91:5, 133:24, 133:25, 134:14, 134:15, 134:20, 135:2, 135:3, 135:22, 136:14, 136:20, 137:19, 138:2, 139:12, 140:10, 140:23, 141:4, 142:22, 180:4, 208:10, 209:1, 248:24
**curtesy** [1] - 236:8
**Customer** [3] - 81:15, 128:12, 128:20
**customer** [15] - 27:13, 28:8, 36:17, 36:21, 79:10, 79:23, 80:4, 80:7, 80:11, 80:15, 81:17, 128:25, 181:25, 184:4, 204:12
**customers** [31] - 81:20, 87:6, 128:11, 129:2, 176:20, 193:17, 193:21, 193:23, 194:18, 204:17, 204:22, 204:23, 204:24, 205:2, 205:7, 205:15, 205:18, 205:24, 206:2,

206:7, 209:3, 228:3, 228:5, 228:25, 229:2, 230:18, 232:12
**cut** [2] - 246:17, 252:10

# D

**Dadeland** [2] - 2:3, 164:12
**damage** [1] - 59:15
**damaged** [1] - 60:23
**data** [1] - 212:23
**DATE** [1] - 260:7
**date** [16] - 35:25, 67:11, 84:7, 86:12, 86:14, 103:23, 104:14, 107:6, 126:10, 126:12, 154:10, 155:1, 209:18, 217:2, 225:7, 241:8
**dated** [6] - 56:17, 83:23, 118:1, 151:10, 183:21, 213:8
**dates** [2] - 213:4, 233:16
**David** [1] - 243:9
**days** [45] - 13:11, 14:16, 15:4, 91:19, 104:7, 104:8, 104:20, 109:22, 109:23, 116:11, 116:16, 116:21, 121:20, 124:11, 160:24, 181:2, 184:17, 184:21, 191:13, 193:18, 193:20, 195:2, 196:22, 207:16, 208:16, 223:20, 224:7, 234:2, 234:5, 234:6, 234:8, 234:10, 247:19, 248:15, 248:18, 248:19, 248:21, 249:3, 257:3, 259:13
**DCA** [1] - 17:6
**DE** [3] - 5:8, 148:25, 149:2
**deal** [8] - 28:14, 87:14, 88:6, 121:3, 208:4, 224:6, 231:19, 232:6
**dealing** [3] - 9:10, 17:12, 111:8
**Dear** [1] - 184:2
**debit** [1] - 184:9
**debt** [4] - 76:3, 76:7,

191:7, 255:25
**debts** [6] - 84:21, 152:23, 169:25, 181:15, 186:1, 194:23
**December** [5] - 35:10, 69:5, 151:10, 175:18, 200:15
**decide** [2] - 40:19, 220:15
**decided** [7] - 122:25, 124:6, 144:20, 179:8, 224:19, 235:4, 246:22
**deciding** [2] - 13:24, 120:21
**decision** [29] - 57:16, 124:12, 167:25, 168:23, 168:24, 170:8, 171:23, 188:11, 199:18, 200:7, 200:25, 216:16, 217:10, 217:17, 217:23, 218:20, 218:21, 218:23, 219:14, 220:8, 222:19, 225:2, 226:13, 233:15, 233:17, 236:1, 236:2, 255:19
**decision-making** [2] - 217:17
**declaration** [7] - 148:14, 148:16, 148:22, 149:7, 150:14, 153:2, 158:22
**declare** [3] - 22:10, 150:21, 151:5
**declined** [1] - 87:23
**decorated** [1] - 177:24
**decorative** [2] - 178:1, 178:2
**decrease** [2] - 54:1, 95:11
**decreased** [1] - 95:23
**decreasing** [1] - 55:12
**deduct** [1] - 184:8
**deem** [1] - 15:24
**deep** [2] - 188:1, 252:3
**DEFENDANT** [3] - 1:21, 2:2, 3:10
**Defendant** [6] - 1:8, 37:22, 39:4, 173:21, 176:5, 243:2
**Defendant's** [78] - 4:8, 4:8, 4:9, 4:9, 4:10, 4:10, 4:11, 4:11, 4:12, 4:12, 4:13, 4:13, 4:14, 4:14,

4:15, 4:15, 4:16, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20, 4:20, 4:21, 4:21, 4:22, 4:22, 4:23, 4:23, 4:24, 5:5, 5:5, 5:6, 5:6, 5:7, 5:7, 5:8, 5:8, 30:14, 30:15, 30:16, 30:23, 30:24, 31:7, 31:9, 37:4, 37:15, 38:3, 38:25, 44:19, 45:13, 50:19, 52:4, 52:9, 100:21, 108:25, 117:5, 117:17, 117:25, 121:17, 125:11, 133:2, 146:18, 149:2, 160:22, 167:9, 167:10, 167:20, 167:21, 183:16, 211:2, 211:20, 213:10, 222:22

**Defendants** [1] - 30:6
**Defense** [23] - 8:7, 10:22, 18:17, 20:10, 20:11, 20:16, 20:25, 37:13, 52:7, 52:14, 100:18, 101:12, 101:15, 105:21, 167:13, 195:11, 226:8, 229:23, 238:11, 239:9, 239:25, 242:20
**defines** [3] - 169:22, 169:24, 170:5
**definitely** [4] - 56:7, 194:13, 202:3, 250:10
**definition** [2] - 169:17, 169:22
**definitions** [1] - 169:14
**degree** [4] - 26:6, 26:8, 174:23, 187:23
**delay** [2] - 76:10
**delayed** [2] - 157:19, 158:1
**deliberate** [1] - 168:25
**delicatessen** [1] - 164:23
**deliver** [1] - 240:2
**demanding** [1] - 182:16
**demeanor** [1] - 201:9
**demolished** [1] - 161:9
**denied** [1] - 69:20
**department** [4] -

31:24, 46:7, 184:3, 185:6
**deposed** [1] - 142:14
**depositions** [1] - 131:5
**deposits** [2] - 127:15, 137:9
**depreciated** [2] - 57:10, 57:13
**DEPUTY** [27] - 6:2, 6:21, 21:12, 21:16, 21:24, 22:3, 23:22, 24:18, 59:22, 59:25, 60:3, 66:22, 66:25, 96:25, 98:3, 101:9, 102:5, 102:8, 149:25, 173:23, 228:14, 238:18, 240:7, 242:24, 243:4, 243:7, 243:10
**deputy** [6] - 37:18, 37:23, 105:17, 238:21, 238:24, 240:3
**derive** [1] - 193:3
**describe** [3] - 28:6, 197:14, 201:13
**described** [4] - 11:1, 153:2, 199:17, 212:12
**describes** [1] - 165:1
**describing** [1] - 192:18
**description** [5] - 11:1, 28:1, 215:15, 215:25, 246:19
**Description** [1] - 126:25
**deserves** [1] - 11:13
**deserving** [1] - 10:12
**designate** [2] - 167:6, 167:8
**designating** [1] - 226:1
**designation** [2] - 10:23, 10:24
**designing** [3] - 175:15, 176:10, 176:12
**desk** [2] - 51:24, 176:12
**destroyed** [1] - 161:9
**detail** [3] - 85:4, 121:15, 251:19
**deteriorate** [1] - 202:4
**deterioration** [2] - 202:4, 248:16
**determination** [10] - 187:18, 199:22, 212:6, 212:10,

212:25, 215:19, 215:20, 215:24, 217:1, 217:20
**determine** [3] - 13:4, 119:25, 247:15
**determines** [1] - 116:17
**detriment** [1] - 256:17
**developed** [2] - 244:18, 244:22
**devil** [2] - 235:8, 235:9
**diamond** [1] - 234:11
**difference** [9] - 40:2, 46:17, 76:2, 76:5, 76:11, 103:22, 144:8, 232:17, 249:2
**different** [36] - 9:17, 20:19, 40:22, 43:17, 46:6, 46:15, 50:8, 51:7, 51:8, 56:6, 72:25, 73:3, 75:22, 76:16, 81:18, 81:24, 88:22, 90:24, 101:15, 110:10, 148:6, 154:19, 155:16, 155:18, 156:13, 156:14, 159:23, 169:11, 176:3, 208:12, 244:14, 251:24, 258:4, 259:1
**difficult** [2] - 9:25, 48:21
**difficulties** [2] - 180:3, 180:13
**difficulty** [2] - 60:5, 246:13
**dig** [1] - 211:14
**diligence** [5] - 63:8, 63:11, 165:16, 179:11, 179:16
**diligently** [1] - 13:17
**diminished** [1] - 202:7
**DIRECT** [4] - 25:7, 102:20, 174:14, 243:12
**Direct** [4] - 3:5, 3:7, 3:12, 3:13
**direct** [11] - 15:23, 16:3, 75:5, 98:12, 98:17, 99:14, 113:14, 126:23, 139:19, 139:21, 243:21
**directed** [2] - 90:4, 168:10
**director** [4] - 7:23, 103:3, 103:4, 104:21
**disagree** [7] - 51:4, 53:10, 53:11, 55:24,

86:8, 99:2, 119:11
**disclose** [2] - 123:6, 124:8
**disclosed** [5] - 93:22, 130:20, 131:9, 131:25, 200:20
**disclosure** [1] - 131:18
**disconnected** [1] - 222:15
**discount** [2] - 76:19, 184:8
**discrepancy** [1] - 184:11
**discretion** [5] - 17:7, 17:9, 116:17, 168:20, 187:18
**discretionary** [1] - 168:23
**discuss** [10] - 14:1, 104:17, 108:11, 109:19, 120:12, 143:11, 146:25, 220:16, 222:15, 257:10
**discussed** [7] - 102:11, 121:19, 145:21, 167:4, 196:19, 199:17, 249:22
**discusses** [1] - 35:23
**discussing** [4] - 43:12, 197:12, 201:10, 221:24
**discussion** [14] - 18:7, 38:9, 84:23, 86:6, 107:19, 143:6, 143:25, 144:25, 145:5, 147:7, 206:16, 222:16, 224:8, 241:19
**discussions** [10] - 145:2, 201:6, 213:22, 223:19, 225:14, 233:24, 234:2, 234:3, 235:22, 235:24
**disparaging** [1] - 193:22
**dispose** [2] - 141:25, 142:2
**disposed** [2] - 141:21, 142:24
**dispute** [6] - 17:2, 83:9, 85:12, 85:17, 85:20, 103:10
**disputes** [1] - 162:19
**disrespect** [1] - 113:4
**dissolve** [1] - 46:1
**distress** [3] - 182:17,

182:19, 182:20
**District** [1] - 6:3
**DISTRICT** [2] - 1:1, 1:1
**district** [2] - 12:10, 168:24
**dive** [1] - 188:1
**divided** [1] - 110:15
**DIVISION** [1] - 1:2
**divulged** [1] - 66:11
**Dixie** [2] - 166:23, 167:1
**docket** [2] - 166:13, 167:6
**document** [54] - 9:18, 9:19, 10:1, 10:17, 10:18, 10:23, 11:5, 11:10, 11:18, 11:20, 15:14, 19:23, 31:14, 31:25, 32:10, 32:17, 34:1, 34:12, 37:1, 37:2, 37:3, 38:1, 45:12, 52:12, 71:14, 71:19, 74:21, 84:3, 84:5, 85:10, 89:13, 105:5, 105:11, 109:8, 115:21, 118:5, 118:17, 121:22, 125:13, 125:22, 126:3, 126:6, 133:14, 135:21, 150:25, 151:4, 160:10, 222:21, 229:17, 251:16, 253:25, 254:1, 254:16, 254:21
**documentation** [1] - 251:7
**documented** [3] - 86:4, 214:3, 214:6
**documents** [29] - 7:11, 9:5, 9:8, 9:9, 9:10, 9:16, 9:21, 9:23, 10:1, 10:8, 12:4, 12:19, 13:3, 15:12, 20:3, 20:7, 30:12, 31:12, 31:17, 38:11, 38:14, 68:5, 108:23, 109:2, 111:13, 172:6, 210:11, 257:6, 259:23
**dog** [1] - 239:13
**dogs** [1] - 165:19
**dollar** [2] - 192:14
**dollar-to-dollar** [1] - 192:14
**dollars** [19] - 58:18, 58:24, 59:6, 60:16, 61:13, 75:16, 75:17,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

75:20, 92:11, 93:3, 93:7, 131:22, 163:20, 163:21, 183:13, 186:12, 187:9

**done** [14] - 10:23, 44:9, 48:13, 60:10, 110:6, 110:8, 122:22, 123:1, 190:20, 203:14, 233:5, 250:2, 257:12, 258:9

**door** [1] - 167:2

**double** [8] - 43:24, 43:25, 44:4, 65:11, 257:5, 257:8, 257:10, 257:21

**double-check** [1] - 65:11

**double-sided** [3] - 43:24, 43:25, 44:4

**double-spaced** [4] - 257:5, 257:8, 257:10, 257:21

**doubt** [1] - 189:1

**Doug** [1] - 165:17

**Douglas** [5] - 113:18, 181:20, 209:12, 235:14

**down** [27] - 13:22, 47:24, 51:17, 57:9, 58:15, 62:2, 62:13, 62:14, 62:21, 110:5, 129:9, 129:20, 136:2, 152:14, 158:24, 159:1, 160:23, 163:24, 172:25, 202:23, 215:24, 228:17, 231:24, 237:12, 241:9, 242:17, 256:23

**downstream** [2] - 204:14, 232:12

**draft** [2] - 14:25, 15:17

**drafted** [4] - 14:18, 14:19, 14:20, 145:15

**drafting** [2] - 7:4, 15:9

**drastically** [1] - 189:3

**draw** [4] - 50:19, 52:17, 215:1, 235:17

**drawing** [1] - 45:11

**drawn** [2] - 20:17, 143:22

**drive** [10] - 165:7, 239:4, 239:9, 240:2, 240:5, 240:6, 245:16, 246:2, 252:13, 252:14

**drop** [2] - 60:8, 60:12

**dropped** [2] - 59:13, 60:12

**due** [13] - 44:3, 63:8, 63:10, 76:9, 76:20, 158:1, 165:16, 167:25, 169:25, 179:11, 179:16, 181:3, 184:3

**during** [47] - 15:17, 15:18, 47:8, 49:4, 60:9, 77:23, 84:13, 84:17, 85:1, 85:13, 85:20, 88:16, 89:22, 90:9, 90:15, 91:9, 91:13, 96:23, 99:14, 102:11, 106:16, 107:6, 121:25, 145:5, 147:8, 178:25, 179:25, 183:5, 185:14, 187:7, 189:10, 196:19, 198:21, 201:4, 201:8, 203:14, 206:15, 222:13, 222:15, 234:3, 240:11, 240:14, 242:5, 242:8, 246:8, 253:9

**duties** [1] - 253:19

**duty** [1] - 33:16

---

# E

**E-J-A** [1] - 8:21

**ear** [2] - 77:9, 77:11

**easier** [4] - 20:12, 61:4, 100:13, 166:12

**easy** [2] - 215:3, 247:15

**ECF** [4] - 11:20, 149:13, 149:21, 149:24

**ECF-120** [1] - 167:7

**echo** [1] - 239:15

**economics** [2] - 26:9, 26:13

**Ecuador** [1] - 244:7

**editorial** [1] - 223:25

**education** [1] - 174:20

**educational** [1] - 244:5

**effect** [6] - 19:1, 28:12, 42:5, 82:17, 132:23, 145:21

**effective** [1] - 103:23

**efficient** [1] - 158:23

**efficiently** [1] - 158:25

**effort** [5] - 115:21, 213:25, 223:8, 224:13, 235:15

**efile** [1] - 13:15

**Ei** [2] - 178:3

**eight** [1] - 62:19

**eighth** [1] - 35:3

**either** [18] - 11:17, 16:6, 16:7, 41:9, 41:11, 76:14, 77:12, 90:20, 123:18, 141:22, 168:20, 185:14, 191:1, 216:16, 220:8, 226:14, 254:15

**elaborate** [1] - 183:9

**elected** [1] - 119:21

**electrical** [3] - 174:21, 174:22, 175:15

**electronic** [2] - 239:18, 251:6

**Electronica** [7] - 206:20, 207:6, 207:12, 207:15, 207:19, 207:22

**Electronics** [2] - 177:20, 179:2

**elevating** [1] - 224:14

**email** [36] - 45:13, 52:17, 52:24, 54:17, 56:16, 83:18, 83:22, 83:24, 84:13, 104:8, 104:23, 109:24, 113:24, 114:1, 114:4, 114:14, 114:20, 114:24, 118:1, 118:5, 132:7, 132:23, 183:21, 183:23, 184:16, 185:3, 211:9, 213:7, 213:12, 223:3, 224:7, 248:2, 248:8, 249:21, 252:1, 254:16

**emailed** [1] - 152:22

**emails** [5] - 114:23, 132:5, 171:21, 171:22, 183:10

**embarrassed** [1] - 9:17

**empathy** [2] - 28:14, 136:5

**employee** [1] - 111:23

**employees** [6] - 176:24, 177:2, 177:4, 177:9, 204:5, 225:17

**employment** [1] - 175:9

**EMS** [2] - 178:3

**emulate** [1] - 60:11

**end** [24] - 30:8, 42:14, 72:25, 74:21, 74:23,

75:13, 81:9, 92:16, 92:17, 95:20, 116:19, 128:6, 157:6, 161:14, 161:15, 173:7, 173:12, 184:21, 191:18, 202:5, 209:3, 218:6, 220:14, 247:19

**ended** [5] - 82:13, 152:11, 161:16, 183:12, 207:20

**ending** [7] - 40:2, 40:5, 134:3, 134:5, 134:13, 134:23, 252:20

**ends** [2] - 207:16, 252:19

**enforce** [2] - 17:16, 115:4

**engaged** [2] - 77:13, 197:16

**engagement** [1] - 237:8

**engineer** [2] - 174:21, 175:15

**engineering** [1] - 174:23

**England** [3] - 26:6, 27:4, 27:5

**English** [18] - 21:22, 22:11, 22:15, 25:11, 27:4, 44:22, 45:1, 62:3, 62:10, 63:2, 68:15, 68:19, 79:16, 102:13, 119:8, 125:25, 147:7, 251:8

**enjoy** [1] - 181:21

**enter** [1] - 209:10

**entered** [2] - 98:15, 209:11

**entering** [1] - 10:11

**Enterprises** [1] - 170:8

**entertainer** [1] - 60:12

**entire** [4] - 13:10, 17:15, 242:5, 259:3

**entities** [1] - 156:12

**entitled** [3] - 72:6, 217:25, 260:4

**entity** [9] - 44:17, 46:5, 46:10, 46:24, 47:2, 49:18, 151:23, 156:5

**entry** [1] - 166:13

**environmental** [2] - 46:21, 142:8

**Environmental** [1] - 46:8

**envisioning** [1] - 187:11

**equal** [2] - 55:11, 56:3

**equipment** [6] - 51:9, 57:14, 57:15, 57:17, 59:11, 202:1

**equity** [5] - 39:15, 72:16, 90:7, 91:5, 170:12

**Equity** [1] - 72:7

**equivalent** [1] - 168:10

**erased** [2] - 161:8, 161:9

**err** [1] - 14:3

**error** [3] - 42:4, 73:15, 73:16

**escaped** [1] - 195:11

**especially** [1] - 209:13

**ESQ** [3] - 1:13, 1:21, 2:2

**Esq** [1] - 2:6

**essential** [1] - 121:3

**essentially** [4] - 126:15, 137:18, 154:3, 168:12

**establish** [1] - 235:11

**established** [2] - 172:5, 172:6

**Estates** [1] - 1:17

**estimate** [2] - 114:14, 114:20

**estimated** [1] - 202:16

**Europe** [1] - 176:21

**evaluating** [1] - 77:4

**evening** [7] - 144:11, 166:1, 220:3, 220:7, 238:9, 246:6, 252:14

**event** [12] - 9:4, 35:6, 60:14, 135:21, 141:20, 152:14, 153:13, 167:3, 180:19, 182:19, 194:17, 236:11

**events** [7] - 34:14, 34:22, 35:9, 42:9, 58:3, 58:6, 61:18

**eventually** [1] - 201:17

**EVIDENCE** [3] - 3:16, 4:4, 5:4

**evidence** [49] - 12:15, 17:18, 31:3, 31:8, 31:10, 37:7, 37:14, 37:16, 38:2, 52:8, 52:10, 52:13, 75:25, 76:5, 76:8, 76:11, 76:21, 86:9, 99:15, 100:4, 100:9, 100:20, 100:22, 100:24, 106:5, 108:24, 117:5, 117:6, 117:8,

117:12, 120:2, 120:8, 120:19, 169:9, 171:21, 172:11, 172:15, 172:16, 172:22, 173:2, 173:4, 226:6, 226:7, 229:6, 229:7, 229:13, 229:14, 233:10, 233:11
**evident** [1] - 224:15
**evidentiary** [9] - 14:16, 15:6, 15:17, 16:7, 16:21, 100:8, 103:10, 139:19, 256:25
**EVIDENTIARY** [1] - 1:10
**evidently** [1] - 45:20
**exact** [4] - 109:22, 117:1, 147:22, 212:21
**exactly** [10] - 16:1, 76:16, 85:3, 86:16, 89:3, 148:10, 180:7, 226:17, 241:17, 252:6
**exaggerated** [1] - 200:10
**exaggeration** [1] - 194:2
**examination** [13] - 24:13, 48:9, 99:14, 139:19, 139:22, 168:2, 188:24, 193:24, 194:3, 219:7, 219:9, 240:20, 250:15
**Examination** [10] - 3:5, 3:6, 3:6, 3:7, 3:8, 3:8, 3:12, 3:12, 3:13, 3:14
**EXAMINATION** [11] - 25:7, 67:4, 94:18, 102:20, 111:1, 162:2, 174:14, 203:4, 241:13, 243:12, 250:16
**examine** [3] - 221:7, 222:12, 240:17
**example** [6] - 12:20, 14:23, 24:22, 134:7, 184:24, 248:15
**examples** [1] - 180:16
**exams** [2] - 44:25, 45:5
**exceeded** [1] - 191:7
**exceeds** [1] - 192:6
**Excel** [4] - 239:16, 246:22, 247:1, 247:3
**excellent** [1] - 117:13

**except** [1] - 169:5
**excess** [1] - 130:17
**exchange** [6] - 59:3, 60:19, 61:4, 61:12, 183:24, 184:4
**exchanged** [1] - 104:2
**exclamation** [1] - 183:24
**exclude** [3] - 18:18, 19:9, 100:10
**excluded** [4] - 18:8, 18:12, 18:25, 19:13
**excuse** [6] - 28:13, 41:10, 117:24, 198:23, 250:8, 253:1
**excused** [5] - 99:7, 163:25, 237:15, 242:18, 256:24
**executed** [2] - 153:22, 209:19
**execution** [1] - 208:16
**executive** [4] - 113:12, 177:18, 178:19, 190:4
**exercise** [3] - 124:12, 169:7, 199:18
**exercised** [4] - 116:23, 159:24, 170:21, 234:9
**exercising** [3] - 120:5, 169:1, 170:16
**Exhibit** [137] - 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 4:5, 4:5, 4:6, 4:6, 4:7, 4:8, 4:8, 4:9, 4:9, 4:10, 4:10, 4:11, 4:11, 4:12, 4:12, 4:13, 4:13, 4:14, 4:14, 4:15, 4:15, 4:16, 4:16, 4:17, 4:17, 4:18, 4:18, 4:19, 4:19, 4:20, 4:20, 4:21, 4:21, 4:22, 4:22, 4:23, 4:23, 4:24, 5:5, 5:5, 5:6, 5:6, 5:7, 5:7, 5:8, 5:8, 30:16, 31:9, 37:14, 37:15, 38:3, 44:19, 45:13, 50:20, 52:7, 52:9, 52:14, 68:8, 69:4, 71:8, 80:21, 80:25, 83:20, 84:23, 85:22, 86:5, 89:11, 90:5, 92:18, 100:21, 105:14, 106:4, 117:5, 117:17,

118:1, 121:14, 121:17, 125:11, 126:1, 126:3, 133:1, 133:2, 133:6, 133:8, 137:8, 146:17, 146:18, 149:2, 160:6, 160:20, 160:22, 167:9, 167:10, 167:13, 167:20, 167:21, 183:16, 183:20, 211:2, 211:20, 213:10, 226:20, 229:5, 229:12, 229:14, 230:3, 233:4, 233:9, 233:11, 236:6, 240:1, 245:18, 245:19, 247:21, 249:17, 249:20, 251:25, 252:1, 252:22, 252:23, 253:4, 253:7, 253:16
**exhibit** [23] - 11:12, 19:21, 37:21, 99:19, 99:21, 99:22, 99:25, 101:15, 105:10, 105:17, 106:6, 106:8, 117:15, 146:16, 167:5, 167:7, 167:11, 183:16, 211:2, 239:3, 239:5, 240:3, 257:24
**Exhibits** [8] - 31:7, 100:23, 189:7, 239:12, 239:17, 245:23, 246:11, 247:2
**EXHIBITS** [3] - 3:16, 4:4, 5:4
**exhibits** [20] - 4:2, 5:2, 19:25, 20:9, 30:18, 37:18, 99:10, 100:1, 100:4, 100:18, 100:19, 101:1, 101:3, 101:13, 117:11, 167:4, 239:4, 239:9, 239:10, 239:23, 240:5
**existence** [2] - 179:1, 250:10
**existing** [4] - 87:6, 87:22, 107:22, 256:17
**exists** [1] - 171:25
**expansion** [1] - 44:8
**expect** [1] - 13:5
**expects** [1] - 28:16

**expedited** [2] - 15:7, 257:22
**expediting** [1] - 181:25
**expenses** [2] - 141:25, 194:16
**experience** [10] - 9:15, 139:4, 178:8, 193:25, 200:4, 209:8, 244:12, 244:18, 244:23, 244:24
**experienced** [1] - 180:5
**expert** [4] - 18:2, 63:15, 167:25, 174:7
**expertise** [3] - 131:15, 135:12, 140:1
**expire** [1] - 223:11
**expired** [1] - 192:12
**expires** [1] - 199:3
**explain** [11] - 33:22, 42:15, 51:3, 55:17, 63:10, 107:21, 162:9, 183:9, 185:6, 186:21
**explained** [2] - 57:2, 123:16
**explaining** [1] - 57:20
**explanation** [3] - 55:25, 201:17, 240:24
**explanations** [1] - 42:10
**exploding** [1] - 29:4
**explore** [1] - 249:24
**explored** [1] - 179:7
**exported** [1] - 184:5
**exporting** [1] - 185:9
**expose** [1] - 194:1
**exposure** [1] - 57:6
**expressed** [2] - 84:20, 241:16
**expressing** [1] - 145:11
**expression** [1] - 162:4
**extent** [2] - 98:16, 168:9
**external** [1] - 196:23
**extra** [2] - 150:3, 259:22
**extraneous** [1] - 223:25
**extreme** [1] - 95:16
**extremely** [2] - 144:22, 194:16
**eyebrows** [1] - 77:8
**eyes** [2] - 78:16, 257:7

**F**

**F.3d** [1] - 170:9
**face** [1] - 33:22
**faced** [3] - 85:8, 213:1, 223:15
**faces** [1] - 116:18
**facing** [1] - 53:6
**fact** [41] - 16:24, 28:9, 41:21, 41:25, 82:24, 83:11, 83:13, 91:3, 116:10, 116:21, 118:19, 119:13, 121:8, 122:4, 122:14, 130:20, 130:24, 131:2, 131:9, 131:10, 131:24, 135:21, 138:14, 138:17, 138:24, 141:15, 142:18, 142:21, 144:25, 152:22, 153:6, 153:9, 169:5, 172:2, 172:8, 184:7, 185:6, 189:1, 190:14, 255:18
**factfinder** [1] - 172:10
**factor** [5] - 40:6, 40:8, 40:24, 44:3, 200:25
**factories** [6] - 148:6, 157:17, 204:11, 204:13, 205:19, 231:9
**factory** [96] - 25:25, 26:2, 38:9, 38:12, 38:16, 38:21, 39:11, 39:19, 39:22, 40:19, 40:22, 40:24, 41:1, 41:4, 43:14, 43:16, 43:17, 43:22, 43:23, 43:25, 44:8, 44:11, 44:16, 45:17, 45:20, 45:24, 46:1, 46:24, 50:23, 56:21, 58:11, 61:21, 63:12, 63:13, 63:14, 87:24, 88:15, 89:14, 89:19, 90:1, 90:16, 91:4, 129:17, 148:1, 148:3, 148:4, 148:5, 152:14, 155:21, 155:24, 156:5, 156:16, 157:4, 157:15, 157:23, 157:25, 159:4, 159:15, 161:15, 182:1, 192:17, 200:11, 201:20, 201:23, 202:3, 202:4, 204:10, 204:16,

204:21, 204:22, 204:24, 204:25, 205:2, 205:4, 205:5, 205:6, 205:12, 205:13, 205:16, 205:22, 205:23, 206:2, 206:6, 225:17, 225:22, 227:15, 229:1, 230:12, 230:20, 230:22, 231:5, 235:12

**facts** [1] - 257:10

**factual** [1] - 17:15

**fading** [1] - 237:2

**failed** [1] - 170:15

**failing** [1] - 217:21

**failure** [1] - 94:15

**fair** [20] - 17:12, 26:1, 54:13, 102:18, 110:11, 144:22, 146:10, 173:11, 177:14, 178:14, 188:9, 214:3, 214:6, 214:8, 215:12, 215:14, 217:15, 217:18, 235:7, 253:15

**faith** [27] - 120:6, 120:9, 120:20, 161:14, 168:13, 168:25, 169:5, 170:15, 170:16, 171:17, 171:24, 171:25, 172:5, 172:9, 172:15, 173:2, 197:5, 199:21, 200:1, 218:3, 218:5, 218:7, 218:20, 218:21, 223:12, 223:14

**fall** [1] - 228:17

**fallen** [1] - 189:3

**falls** [1] - 17:11

**familiar** [1] - 70:8, 70:10, 70:12, 75:10, 75:11, 75:12, 83:13, 140:1, 143:1, 172:18, 178:9, 182:3, 192:20

**family** [2] - 113:15, 113:20

**famous** [1] - 242:1

**far** [5] - 50:17, 99:1, 146:9, 146:10, 197:24

**Farina** [2] - 170:18, 236:24

**fast** [2] - 136:6, 212:22

**fast-talking** [1] - 136:6

**father** [1] - 223:18

**favor** [1] - 31:14

**favorable** [5] - 186:18, 187:3, 187:6, 188:6, 202:6

**favorably** [1] - 257:18

**February** [1] - 67:12

**federal** [1] - 131:22

**feedback** [9] - 24:18, 190:15, 190:17, 198:10, 198:14, 220:16, 228:15, 228:16, 254:19

**feet** [1] - 78:9

**fellow** [1] - 100:16

**felt** [1] - 221:20

**few** [11] - 8:24, 52:16, 53:18, 84:16, 91:19, 98:12, 153:19, 165:17, 194:25, 196:21, 259:4

**fifth** [1] - 151:18

**fifths** [1] - 195:10

**figure** [2] - 12:22, 136:14

**figuring** [1] - 13:9

**file** [11] - 9:16, 9:18, 10:16, 11:9, 12:12, 12:17, 13:12, 13:21, 239:16, 239:18, 257:6

**filed** [23] - 9:5, 9:10, 9:19, 9:21, 10:1, 10:17, 10:22, 11:11, 11:17, 11:18, 12:4, 12:19, 13:11, 15:4, 27:15, 130:11, 130:17, 132:3, 132:10, 132:21, 149:1, 167:5, 185:17

**files** [1] - 9:7

**filing** [5] - 10:8, 11:6, 11:19, 148:14, 148:16

**final** [3] - 139:5, 142:3, 251:23

**finalize** [1] - 116:2

**finalized** [4] - 116:11, 126:16, 130:9, 246:9

**finance** [2] - 157:23, 203:17

**financed** [1] - 44:11

**financial** [126] - 26:9, 26:13, 31:24, 33:12, 34:11, 38:10, 40:13, 49:9, 49:13, 57:16, 58:1, 58:7, 61:19, 63:24, 67:17, 67:24, 68:1, 68:8, 68:25, 70:9, 70:10, 70:19,

71:21, 74:11, 80:22, 85:18, 89:25, 90:5, 90:17, 90:19, 90:22, 92:17, 106:23, 106:24, 107:1, 107:3, 107:8, 108:6, 108:9, 109:20, 116:7, 116:10, 116:16, 116:22, 119:4, 120:1, 120:3, 121:5, 122:5, 124:11, 124:15, 124:17, 129:4, 130:7, 131:11, 131:25, 137:7, 139:11, 140:2, 140:9, 140:23, 142:21, 143:11, 143:22, 146:24, 153:5, 178:10, 178:13, 178:15, 178:16, 178:20, 179:12, 180:3, 180:12, 182:17, 182:19, 182:24, 184:14, 187:16, 187:24, 188:12, 188:20, 189:2, 189:6, 189:19, 190:4, 190:13, 191:2, 194:6, 194:11, 194:21, 194:24, 195:20, 196:3, 198:6, 200:12, 205:11, 205:14, 209:9, 213:2, 213:16, 217:20, 218:1, 223:16, 224:5, 228:2, 244:18, 244:20, 245:3, 245:8, 245:15, 246:15, 247:8, 247:16, 247:17, 248:7, 248:12, 249:1, 249:8, 250:3, 251:4, 255:19, 256:1, 256:10

**financially** [1] - 39:11

**financials** [57] - 31:13, 32:13, 34:13, 38:19, 38:21, 56:20, 68:22, 82:11, 85:22, 90:11, 91:21, 107:17, 122:2, 122:8, 122:11, 122:16, 123:7, 124:8, 124:23, 125:12, 128:20, 129:3, 133:9, 169:12, 172:3, 178:23,

178:24, 189:11, 190:12, 190:19, 190:23, 192:23, 196:20, 196:22, 198:4, 208:1, 208:4, 208:8, 208:9, 208:14, 208:20, 208:23, 208:25, 210:16, 211:22, 211:23, 212:7, 212:11, 214:7, 217:12, 218:9, 222:12, 246:8, 250:2, 250:20, 251:17

**financing** [2] - 26:5, 90:16

**findings** [1] - 246:10

**fine** [8] - 11:23, 11:25, 47:11, 117:15, 167:8, 194:1, 199:6, 225:9

**finger** [1] - 77:8

**finish** [8] - 47:14, 96:15, 100:15, 191:22, 192:1, 192:2, 199:12, 210:1

**finished** [14] - 78:21, 129:13, 141:7, 155:11, 157:12, 157:13, 157:14, 161:16, 191:11, 191:20, 225:10, 253:2, 258:5, 258:7

**finishes** [2] - 192:3, 192:4

**finishing** [1] - 204:9

**firm** [14] - 32:19, 32:20, 32:21, 33:1, 33:4, 33:7, 33:10, 69:24, 71:16, 73:19, 196:23, 197:16, 237:8

**firm's** [1] - 118:8

**first** [73] - 6:10, 7:24, 8:4, 8:25, 15:10, 17:21, 17:22, 17:25, 18:7, 18:10, 19:9, 19:12, 21:2, 21:15, 21:25, 22:4, 25:14, 33:25, 39:3, 40:20, 42:13, 43:4, 44:12, 46:4, 49:19, 51:6, 53:17, 74:3, 83:18, 89:16, 89:17, 101:5, 104:5, 109:6, 109:8, 109:9, 119:8, 125:21, 127:3, 127:11, 129:25, 133:11, 134:14,

137:1, 166:19, 173:14, 175:8, 210:21, 211:25, 213:5, 213:14, 214:3, 214:6, 214:10, 214:12, 214:13, 214:14, 234:15, 248:2, 248:4, 248:5, 248:6, 250:4, 250:25, 252:4, 252:19, 254:14, 254:19, 254:24, 259:6

**First** [1] - 213:18

**firstly** [1] - 201:23

**fist** [1] - 133:13

**fit** [2] - 11:1, 239:6

**five** [27] - 16:8, 16:11, 23:25, 45:10, 81:20, 81:22, 104:14, 107:8, 108:8, 116:16, 116:21, 124:10, 166:2, 171:5, 176:3, 187:2, 202:8, 203:11, 208:16, 234:8, 234:10, 237:16, 237:20, 237:21, 238:6, 238:7, 238:14

**five-minute** [4] - 16:8, 16:11, 166:2, 238:14

**fix** [1] - 61:4

**fixed** [1] - 66:25

**fixing** [1] - 66:24

**FL** [3] - 1:18, 1:23, 2:4

**flag** [2] - 42:4, 190:12

**flagged** [2] - 11:13, 201:14

**flags** [1] - 191:3

**flash** [6] - 239:8, 240:2, 240:5, 240:6, 245:16, 246:2

**flexible** [2] - 66:19, 202:19

**flip** [1] - 181:24

**Floor** [4] - 1:7, 1:14, 2:9, 260:8

**FLORIDA** [1] - 1:1

**Florida** [16] - 1:4, 2:9, 41:14, 169:16, 169:17, 170:1, 170:4, 170:11, 175:24, 176:23, 176:25, 177:2, 177:21, 223:22, 259:9, 260:9

**flow** [33] - 36:13, 53:6, 53:12, 53:15, 53:24, 55:3, 56:3, 56:7, 56:11, 74:23, 83:8,

84:18, 85:8, 85:14, 153:17, 169:24, 170:5, 170:13, 180:20, 180:22, 192:21, 192:24, 192:25, 193:3, 200:9, 248:13, 248:14, 250:6, 252:3, 255:22, 255:25, 256:12, 256:15
**fluctuates** [1] - 61:9
**flying** [1] - 241:22
**focus** [12] - 47:10, 51:15, 78:16, 136:13, 140:22, 140:24, 151:15, 154:23, 180:12, 183:15, 186:5, 250:5
**focused** [1] - 84:18
**focusing** [1] - 136:20
**folder** [1] - 31:18
**folks** [23] - 6:8, 6:10, 8:23, 21:5, 24:19, 66:23, 77:2, 77:9, 144:14, 145:11, 160:8, 166:2, 166:6, 166:10, 166:14, 167:3, 198:22, 238:20, 256:25, 259:3, 259:5, 259:6, 259:20
**follow** [6] - 14:3, 63:2, 69:21, 77:21, 147:6, 224:2
**follow-up** [2] - 69:21, 77:21
**followed** [3] - 17:2, 183:24, 197:5
**following** [6] - 6:1, 66:16, 78:22, 115:20, 153:24, 187:8
**follows** [6] - 23:20, 81:9, 102:3, 128:6, 173:21, 243:2
**footnote** [2] - 10:4, 170:9
**footnotes** [1] - 170:10
**FOR** [5] - 1:13, 1:21, 2:2, 3:4, 3:10
**Ford** [1] - 168:21
**foregoing** [2] - 151:7, 260:2
**foreign** [3] - 183:24, 184:4, 185:23
**foresee** [1] - 100:9
**foreseeable** [1] - 35:24
**forget** [1] - 165:1

**Form** [3] - 70:6, 70:13, 72:6
**form** [11] - 22:8, 69:23, 69:25, 70:1, 70:3, 70:9, 70:10, 115:21, 116:3, 121:22, 219:3
**formal** [1] - 184:2
**formalizing** [1] - 115:24
**formally** [1] - 45:25
**format** [5] - 13:16, 14:22, 246:14, 246:24, 257:3
**formed** [1] - 171:22
**forms** [2] - 68:25, 70:19
**Fort** [5] - 176:23, 240:14, 244:8, 254:6, 255:7
**forth** [4] - 114:1, 114:14, 114:20, 131:5
**forward** [17] - 48:6, 48:8, 61:3, 168:15, 172:16, 193:3, 193:9, 194:2, 195:4, 195:24, 198:18, 199:23, 201:11, 201:21, 217:23, 218:4, 258:14
**forwarded** [2] - 189:22, 210:23
**foundation** [7] - 48:12, 48:14, 48:23, 226:10, 226:15, 226:18, 229:11
**foundation/ speculation** [1] - 47:18
**founded** [2] - 176:4, 177:9
**founder** [1] - 176:4
**four** [9] - 27:11, 47:19, 47:23, 49:2, 50:18, 195:10, 207:16, 224:7, 235:18
**four-fifths** [1] - 195:10
**fourth** [1] - 136:1
**Foxconn** [4] - 231:3, 231:5, 231:6, 231:7
**frame** [2] - 16:18, 212:21
**frankly** [1] - 48:8
**frantically** [2] - 13:22, 62:21
**Freddo** [1] - 166:21
**FREDDO** [1] - 166:21
**free** [4] - 12:1, 28:18, 29:3, 99:6
**frequency** [1] - 177:21

**Friday** [5] - 207:16, 212:17, 241:23, 246:7, 252:17
**friend** [1] - 165:17
**friends** [1] - 165:15
**front** [24] - 31:12, 31:15, 31:17, 32:13, 37:21, 38:1, 38:7, 38:18, 38:19, 44:20, 50:20, 52:12, 68:5, 101:2, 125:14, 188:3, 211:14, 213:7, 226:22, 229:18, 230:5, 245:11, 245:17, 250:20
**fulfill** [2] - 194:5, 195:25
**full** [14] - 66:19, 96:3, 126:4, 138:22, 141:17, 141:22, 173:23, 202:15, 242:21, 250:14, 253:8, 253:12, 253:13, 253:14
**fully** [2] - 30:9, 57:13
**funded** [1] - 91:4
**funds** [16] - 74:20, 74:25, 75:3, 75:8, 75:10, 75:14, 127:12, 127:13, 127:15, 137:1, 137:2, 137:6, 200:10, 249:4, 256:16
**funneling** [1] - 45:25
**future** [3] - 35:24, 40:23, 44:4
**fuzzies** [1] - 217:22

**G**

**G-U-A-N** [1] - 7:19
**Gables** [1] - 1:17
**game** [3] - 51:1, 230:23, 230:25
**GANGZ** [1] - 64:19
**GANGZHOU** [1] - 64:16
**gap** [4] - 223:6, 224:14, 224:17, 255:21
**garbage** [1] - 223:14
**Gas** [1] - 17:11
**gear** [5] - 136:2, 151:18, 171:1, 171:2
**gears** [1] - 171:5
**Gelato** [2] - 164:25, 166:21
**gelato** [4] - 165:2,

165:6, 165:9, 165:24
**general** [8] - 12:12, 12:14, 14:3, 14:12, 77:16, 141:15, 162:13, 162:16
**generally** [7] - 9:6, 12:17, 158:7, 158:8, 158:12, 158:13, 179:19
**generated** [1] - 256:16
**gentleman** [4] - 17:25, 113:17, 156:8, 236:10
**gentlemen** [1] - 180:10
**genuinely** [1] - 14:8
**George** [1] - 64:22
**Germany** [11] - 206:19, 207:5, 207:6, 207:8, 207:10, 207:12, 220:13, 240:20, 241:21, 241:22
**get-back** [1] - 184:4
**girl** [1] - 259:16
**given** [10] - 20:7, 89:8, 107:12, 139:20, 159:6, 172:3, 181:1, 208:20, 229:22, 247:10
**glad** [1] - 20:18
**global** [2] - 158:9, 176:15
**go-by** [1] - 61:8
**Goodman** [2] - 6:4, 115:3
**GOODMAN** [1] - 1:10
**goodman@flsd. uscourts.gov** [1] - 13:16
**goods** [2] - 129:12, 191:11
**gosh** [1] - 160:25
**governed** [1] - 169:16
**government** [2] - 33:25, 34:4
**grab** [1] - 227:18
**gracious** [1] - 62:1
**grant** [1] - 172:25
**great** [7] - 28:14, 125:17, 126:23, 170:20, 181:21, 232:15, 235:10
**greater** [3] - 135:3, 139:1, 188:16
**grill** [1] - 177:25
**grossly** [1] - 146:23
**group** [3] - 26:1, 26:3, 47:22
**Group** [6] - 33:13,

49:5, 49:7, 49:14, 58:6, 104:22
**Group's** [1] - 49:8
**Guan** [2] - 7:18, 41:14
**GUAN** [11] - 1:17, 7:18, 41:7, 41:14, 41:25, 42:6, 43:9, 102:17, 166:24, 259:11, 259:16
**Guangdong** [2] - 32:21, 40:25
**Guangzhou** [7] - 64:14, 65:2, 65:7, 86:23, 86:24
**guarantee** [3] - 232:22, 232:24
**guess** [10] - 11:2, 12:25, 19:9, 19:13, 99:25, 202:16, 227:14, 231:10, 238:4, 250:22
**guidance** [1] - 168:17
**guide** [1] - 38:20
**guy** [5] - 66:19, 146:25, 203:20, 203:22, 219:1
**guys** [7] - 20:10, 47:2, 115:15, 129:17, 145:20, 145:21, 220:18

**H**

**H-1B** [1] - 175:9
**H-U-A-N-G** [3] - 7:25, 21:4, 102:7
**half** [8] - 28:9, 62:5, 82:7, 201:6, 206:16, 242:9, 257:6, 257:7
**half-hour** [1] - 206:16
**Hanchao** [1] - 113:6
**HANCHAO** [1] - 113:6
**hand** [24] - 19:22, 20:21, 21:12, 21:16, 22:9, 23:9, 37:1, 39:5, 53:13, 69:2, 70:3, 72:13, 72:24, 75:13, 78:13, 106:9, 106:11, 108:23, 133:21, 165:24, 222:20, 226:3, 242:24, 249:16
**handed** [3] - 105:16, 167:12, 239:5
**handheld** [5] - 24:16, 25:4, 59:21, 212:19, 220:24
**handing** [1] - 239:7
**handle** [1] - 62:17
**handwritten** [1] - 7:12

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

**happy** [3] - 99:23, 237:24, 238:2
**hard** [1] - 149:18
**hardworking** [1] - 209:14
**Harry** [2] - 64:23, 168:21
**harsh** [1] - 142:7
**head** [4] - 29:4, 61:5, 77:7
**headache** [1] - 10:9
**heading** [4] - 35:21, 118:14, 127:23, 259:10
**headquartered** [1] - 176:22
**heads** [1] - 236:9
**heads-up** [1] - 236:9
**health** [6] - 65:19, 66:9, 96:13, 180:5, 190:13, 198:6
**healthier** [1] - 56:14
**healthy** [1] - 56:11
**hear** [13] - 6:20, 17:7, 26:11, 34:24, 36:19, 47:14, 48:20, 75:11, 171:17, 179:15, 199:6, 208:21, 245:11
**heard** [24] - 6:25, 9:1, 41:20, 41:23, 62:8, 73:18, 78:10, 79:17, 135:10, 164:16, 168:5, 169:3, 169:9, 172:2, 234:3, 234:4, 234:6, 234:21, 234:22, 235:8, 258:22, 258:23, 259:14
**HEARING** [1] - 1:10
**hearing** [28] - 13:19, 14:13, 14:15, 14:16, 15:6, 15:17, 15:18, 16:7, 16:21, 16:23, 17:8, 27:6, 27:15, 30:22, 42:23, 54:7, 61:3, 61:11, 103:10, 139:20, 150:15, 165:15, 172:16, 172:23, 173:1, 228:8, 231:10, 257:1
**hearsay** [6] - 197:1, 197:18, 197:25, 198:12, 200:23, 221:5
**held** [1] - 6:1
**hello** [2] - 250:18, 250:19
**help** [14] - 7:10, 7:12, 38:20, 44:19, 58:16,

59:5, 60:1, 111:25, 146:15, 154:25, 155:7, 181:23, 181:24, 185:1
**helped** [3] - 158:17, 181:24, 181:25
**helpful** [2] - 34:17, 78:23
**helping** [2] - 182:2, 203:22
**Hercules** [1] - 12:25
**Hercules-type** [1] - 12:25
**hereby** [2] - 21:21, 260:2
**hesitated** [1] - 139:25
**high** [4] - 168:18, 177:21, 191:13, 228:8
**higher** [2] - 135:13, 135:23
**highest** [1] - 190:4
**highlighting** [1] - 17:20
**highly** [3] - 172:12, 202:6, 202:8
**Highway** [2] - 166:23, 167:1
**hire** [3] - 203:22, 236:23, 237:7
**hired** [2] - 175:14, 204:5
**historical** [1] - 83:9
**history** [9] - 47:17, 47:24, 48:10, 49:12, 49:13, 51:10, 159:6, 159:12, 195:13
**histrionics** [1] - 223:25
**hit** [2] - 20:2, 194:4
**hmm** [18] - 98:19, 107:13, 107:15, 113:16, 115:9, 118:10, 119:9, 119:15, 124:24, 125:1, 128:8, 154:22, 159:8, 159:13, 159:16, 159:18, 159:20, 240:7
**hold** [3] - 60:25, 230:21, 240:6
**holding** [7] - 152:8, 161:17, 162:4, 162:5, 162:6, 162:7, 182:15
**holds** [1] - 251:11
**holidays** [2] - 219:2, 219:11
**Hollywood** [1] -

177:21
**home** [1] - 244:6
**homework** [1] - 257:2
**honest** [3] - 34:5, 209:14, 251:13
**honestly** [1] - 171:12
**Hong** [1] - 185:24
**Honor** [147] - 7:5, 7:18, 8:8, 8:10, 8:12, 10:21, 16:13, 16:15, 18:23, 19:5, 19:11, 19:22, 20:12, 20:25, 22:17, 23:12, 23:15, 24:14, 25:1, 27:1, 30:11, 30:19, 31:4, 31:6, 36:23, 37:2, 37:8, 37:10, 37:11, 37:20, 41:7, 41:14, 41:23, 42:21, 43:3, 43:9, 47:7, 48:11, 51:12, 52:6, 61:7, 62:7, 62:12, 65:15, 66:11, 76:23, 77:21, 80:25, 93:24, 94:5, 94:11, 95:4, 95:24, 96:9, 96:18, 97:3, 98:23, 99:3, 99:12, 99:14, 99:15, 100:5, 100:17, 101:10, 101:19, 101:23, 102:17, 105:5, 105:15, 106:3, 108:16, 108:21, 110:14, 110:18, 110:21, 117:4, 117:13, 117:16, 117:19, 121:13, 125:10, 133:3, 136:3, 136:7, 146:17, 147:10, 147:13, 147:14, 148:25, 149:11, 149:15, 150:8, 150:11, 151:1, 151:19, 160:20, 161:20, 161:24, 165:3, 165:14, 167:9, 167:16, 167:18, 168:5, 168:14, 172:20, 173:8, 173:16, 174:4, 174:5, 174:13, 183:15, 183:17, 189:15, 189:17, 197:2, 199:9, 202:20, 219:3, 221:5, 221:14, 223:21, 226:3, 226:9, 226:16, 228:10,

229:8, 229:10, 231:22, 233:8, 234:12, 237:11, 237:24, 239:3, 239:7, 240:9, 241:6, 241:12, 242:16, 242:23, 245:20, 249:16, 250:12, 253:1, 258:3, 258:5, 258:10
**Honorable** [1] - 6:3
**HONORABLE** [1] - 1:10
**hoots** [1] - 11:17
**horizontal** [1] - 247:13
**horrible** [1] - 234:8
**hostage** [1] - 182:16
**hour** [12] - 15:25, 62:5, 65:11, 65:14, 94:1, 98:11, 109:19, 161:22, 201:6, 206:16, 242:5, 242:9
**hours** [9] - 15:22, 82:7, 98:10, 98:11, 98:17, 144:6, 202:13, 202:14, 242:9
**housekeeping** [2] - 237:18, 238:23
**Huang** [40] - 3:7, 7:22, 7:23, 7:25, 18:1, 21:4, 76:24, 101:20, 102:7, 104:22, 105:2, 111:5, 112:17, 112:20, 113:6, 113:15, 113:17, 113:24, 117:23, 124:19, 132:19, 133:6, 140:6, 147:16, 147:24, 150:14, 151:4, 152:19, 155:25, 161:12, 169:3, 180:4, 181:20, 181:22, 182:6, 184:13, 209:15, 223:18, 235:13
**HUANG** [6] - 7:22, 7:25, 102:2, 112:19, 113:6, 113:22
**Huang's** [2] - 113:1, 113:8
**hundred** [1] - 157:13
**hurdle** [2] - 45:17, 89:17
**hurt** [4] - 158:11, 158:19, 162:13, 162:16
**hurting** [1] - 188:19

**hurts** [1] - 158:18

**I**

**I-L-L-O** [1] - 243:9
**I-N-S-T-I-T-U-T-E** [1] - 175:4
**idea** [4] - 22:7, 210:13, 215:21, 234:20
**identification** [2] - 76:2, 76:6
**IDENTIFIED** [3] - 3:16, 4:4, 5:4
**identified** [14] - 30:16, 37:15, 52:9, 100:21, 100:23, 121:17, 128:12, 149:2, 167:21, 191:3, 211:20, 226:20, 230:3, 248:7
**identifying** [1] - 9:12
**II** [1] - 35:21
**image** [6] - 226:22, 226:24, 227:1, 227:7, 227:11
**imagined** [1] - 20:2
**immediate** [3] - 160:1, 173:3, 194:19
**immediately** [3] - 77:13, 189:22, 190:8
**impact** [4] - 28:6, 35:9, 53:24, 139:5
**impacting** [1] - 83:8
**impeachment** [1] - 20:4
**implied** [1] - 17:12
**important** [13] - 35:6, 35:8, 96:17, 104:10, 126:25, 129:22, 129:24, 172:7, 187:22, 215:16, 220:6, 251:15
**importantly** [1] - 15:19
**imposes** [1] - 12:5
**improving** [1] - 41:2
**IN** [3] - 3:16, 4:4, 5:4
**inaccurate** [1] - 146:23
**inaccurately** [1] - 258:18
**inbox** [1] - 13:15
**incidentally** [1] - 101:10
**inclined** [1] - 14:20
**include** [2] - 77:11, 142:10
**included** [7] - 115:22, 121:2, 129:14, 187:21, 245:16, 246:1, 246:24

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

**includes** [4] - 26:1, 77:7, 112:3, 129:12
**including** [8] - 23:2, 24:11, 62:3, 63:14, 77:15, 198:6, 248:25
**income** [6] - 44:13, 55:11, 56:4, 56:6, 81:19, 193:2
**incomprehensible** [1] - 51:17
**incorporated** [1] - 16:25
**incorrect** [4] - 33:23, 80:15, 80:19, 146:23
**incorrectly** [1] - 42:19
**increase** [1] - 28:11
**increased** [2] - 40:20, 255:23
**increasing** [2] - 191:12, 191:13
**incredibly** [1] - 219:8
**increment** [1] - 248:17
**incur** [1] - 141:25
**independent** [3] - 36:5, 236:23, 237:3
**India** [3] - 174:19, 174:24, 178:2
**indicate** [4] - 35:4, 35:18, 39:19, 75:1
**indicated** [3] - 41:25, 71:13, 71:17
**indicating** [3] - 10:12, 99:5, 134:13
**indication** [1] - 172:4
**indiscriminately** [1] - 9:16
**individual** [2] - 76:2, 76:6
**individuals** [1] - 78:15
**industry** [13] - 143:2, 158:12, 158:15, 162:13, 177:23, 188:15, 188:17, 191:16, 191:17, 193:17, 230:24, 231:1, 231:2
**infamous** [1] - 242:2
**inference** [1] - 20:17
**inform** [2] - 50:9, 225:3
**information** [65] - 9:11, 9:12, 9:14, 10:13, 10:15, 11:2, 12:20, 12:21, 32:25, 33:23, 50:9, 59:9, 62:13, 62:15, 64:11, 82:10, 89:17, 90:20, 93:16, 121:5, 128:4, 144:1, 190:10, 196:24, 197:17,

198:5, 198:7, 198:9, 198:17, 200:3, 201:15, 215:12, 217:7, 218:8, 218:17, 218:19, 219:19, 220:4, 220:8, 220:18, 221:13, 222:20, 224:12, 224:25, 225:1, 225:3, 234:21, 235:25, 239:20, 245:8, 245:15, 246:1, 246:18, 246:23, 246:24, 247:13, 247:14, 248:1, 249:9, 250:7, 251:10, 251:22, 252:5
**infusions** [2] - 152:23, 180:24
**initial** [4] - 105:1, 157:17, 160:13, 186:11
**injection** [1] - 177:22
**inquire** [2] - 47:17, 174:10
**inside** [1] - 6:15
**insolvency** [19] - 36:10, 57:25, 135:10, 169:13, 169:14, 169:18, 169:20, 169:22, 169:23, 169:24, 170:5, 170:6, 170:12, 170:13, 170:21, 205:12, 213:2, 223:16
**insolvent** [1] - 135:14
**inspect** [1] - 33:14
**inspecting** [2] - 67:24, 68:1
**instability** [2] - 116:19, 187:19
**instant** [1] - 120:2
**instead** [4] - 17:1, 42:24, 151:22, 183:7
**Institute** [2] - 174:24, 175:4
**institution** [1] - 174:23
**instruct** [2] - 10:14, 199:25
**instructed** [1] - 14:25
**instruction** [2] - 22:21, 78:22
**integrity** [1] - 12:24
**intentionally** [1] - 60:10
**interest** [2] - 241:16, 250:5

**interested** [1] - 186:22
**interesting** [1] - 240:19
**interlude** [1] - 168:6
**internal** [4] - 32:4, 32:7, 32:9, 201:6
**internally** [1] - 31:25, 104:17
**international** [1] - 244:7
**International** [1] - 1:22
**interpose** [2] - 47:7, 47:18
**interpret** [3] - 22:25, 62:4, 62:11
**interpretation** [1] - 86:8
**interpreted** [1] - 27:21
**INTERPRETER** [39] - 8:2, 8:5, 22:13, 22:17, 22:23, 23:1, 23:12, 24:8, 26:13, 26:22, 27:1, 35:1, 36:15, 36:21, 39:21, 43:3, 43:6, 43:21, 44:1, 51:11, 54:9, 55:7, 55:22, 58:9, 59:13, 60:7, 62:7, 62:12, 64:21, 74:2, 78:20, 86:2, 86:13, 87:12, 87:16, 87:20, 88:9, 88:12, 95:9
**Interpreter** [1] - 2:6
**interpreter** [40] - 8:2, 21:14, 21:15, 21:19, 22:5, 22:21, 24:19, 24:20, 24:24, 26:21, 28:15, 28:22, 34:24, 36:15, 39:21, 41:11, 42:7, 42:24, 43:21, 44:1, 48:17, 48:22, 51:11, 55:7, 58:9, 61:25, 62:12, 62:17, 62:18, 62:22, 78:6, 78:11, 79:18, 86:13, 87:12, 95:9, 96:20, 101:21, 101:23
**interpreter's** [3] - 21:20, 22:1, 67:3
**interpreters** [1] - 28:21
**interrupt** [1] - 96:19
**interrupting** [1] - 62:1
**interruption** [1] - 150:11
**intimate** [1] - 49:8
**introduce** [8] - 37:6, 99:22, 105:24, 106:1, 117:4, 226:5,

233:4, 233:6
**introductory** [2] - 8:24, 63:6
**inventory** [20] - 84:24, 129:10, 129:11, 129:14, 129:16, 140:24, 141:6, 141:16, 141:21, 141:25, 142:14, 142:23, 143:3, 191:9, 191:10, 191:11, 192:5, 192:13, 248:25
**invest** [2] - 156:11, 157:1
**investigation** [1] - 63:13
**investigator** [2] - 236:23, 237:4
**investing** [2] - 131:22, 154:21
**investment** [16] - 39:16, 39:17, 39:18, 39:24, 40:10, 44:13, 57:3, 90:1, 90:7, 129:6, 154:20, 188:3, 188:4, 200:11, 201:23, 202:7
**invite** [1] - 223:19, 224:7, 225:14
**invoice** [2] - 184:10, 193:19
**involved** [5] - 131:8, 177:19, 178:18, 178:20, 178:21
**involvement** [1] - 178:12
**IPO** [4] - 50:7, 50:13, 50:17, 51:15
**irrespective** [1] - 208:23
**Island** [1] - 165:19
**issue** [19] - 13:7, 66:10, 77:21, 99:23, 131:13, 151:16, 153:2, 158:3, 158:4, 180:20, 183:23, 189:7, 200:9, 201:16, 201:19, 208:12, 240:11, 255:24
**issued** [3] - 34:11, 163:7, 233:20
**issues** [8] - 16:20, 16:22, 153:17, 180:22, 191:6, 201:10, 201:14, 222:14
**issuing** [3] - 12:8,

12:18, 13:19
**item** [2] - 137:22, 138:1
**items** [6] - 86:5, 126:25, 129:22, 136:15, 136:23, 191:2
**itself** [4] - 15:2, 140:20, 165:1, 168:12

---

**J**

**J-I-A-N-G** [1] - 112:19
**jam** [1] - 185:1
**January** [6] - 1:5, 130:12, 154:10, 163:7, 163:9, 185:17
**JC** [3] - 6:16, 61:2, 104:24
**JEAN** [1] - 1:13
**JEAN-CLAUDE** [1] - 1:13
**jeanclaude@ mazzolalindstrom. com** [1] - 1:16
**Jiang** [2] - 112:17, 112:20
**Jianghai** [42] - 39:23, 40:21, 40:23, 43:22, 43:24, 44:5, 45:17, 46:9, 46:15, 51:7, 56:21, 58:11, 63:13, 63:17, 63:19, 87:1, 87:2, 87:24, 88:4, 88:7, 88:16, 89:14, 89:20, 155:21, 156:11, 156:17, 156:21, 157:1, 157:2, 161:15, 200:11, 201:19, 202:1, 204:10, 205:4, 205:5, 205:6, 205:22, 205:23, 206:2, 234:17
**JIANGMEN** [1] - 1:4
**Jiangmen** [33] - 6:5, 41:5, 41:15, 41:19, 41:21, 43:16, 43:22, 44:5, 46:16, 51:7, 51:8, 51:10, 51:15, 63:16, 63:17, 63:19, 67:13, 148:4, 156:1, 156:2, 156:6, 156:7, 156:11, 156:18, 157:1, 159:3, 159:4, 159:21, 179:22, 201:25, 205:22, 230:12, 234:17
**job** [9] - 25:19, 48:18,

49:14, 49:17,
175:17, 176:10,
204:8, 243:19,
244:20
**join** [3] - 67:11,
115:15, 244:2
**joined** [5] - 67:13,
82:22, 86:18, 203:7,
241:17
**jointly** [2] - 13:12, 14:1
**joke** [1] - 77:9
**JONATHAN** [1] - 1:10
**Judge** [69] - 6:3, 6:16,
6:23, 7:22, 9:2, 10:2,
17:23, 21:1, 24:2,
25:6, 25:9, 25:12,
28:1, 30:25, 33:21,
33:22, 34:18, 35:14,
38:2, 38:20, 38:25,
39:10, 47:21, 50:2,
52:2, 52:4, 57:2,
58:23, 61:20, 63:1,
94:3, 98:9, 98:24,
99:9, 101:5, 102:14,
105:19, 105:22,
106:10, 107:21,
110:7, 115:3,
123:11, 160:5,
160:25, 163:14,
163:23, 167:24,
168:4, 168:23,
170:18, 171:15,
172:14, 189:14,
195:6, 196:25,
211:4, 211:7,
211:17, 216:10,
221:22, 222:3,
222:23, 225:25,
229:15, 236:21,
236:24, 238:13,
256:20
**judge** [18] - 12:9,
12:10, 12:13, 12:25,
19:21, 28:20, 30:14,
59:2, 59:16, 108:18,
131:23, 139:14,
197:18, 198:12,
200:21, 202:24,
229:24, 237:16
**JUDGE** [1] - 1:11
**judgment** [4] - 168:9,
169:19, 173:9, 198:7
**Julius** [1] - 258:23
**July** [2] - 122:23,
123:1
**jumped** [1] - 35:12
**jumps** [1] - 31:22
**June** [15] - 115:11,
115:12, 115:16,
122:1, 122:23,

123:1, 157:6, 157:9,
157:10, 170:18,
172:3, 186:6,
189:10, 208:1,
236:23
**jury** [1] - 25:3
**Justice** [2] - 257:14,
257:15

## K

**K-U-K-R-E-J-A** [2] -
8:19, 174:1
**keen** [1] - 178:15
**keep** [8] - 10:15,
37:19, 94:13,
218:21, 224:19,
228:8, 236:11, 240:5
**key** [1] - 249:21
**Key** [2] - 259:16,
259:19
**Keys** [2] - 259:19
**kind** [15] - 33:22, 34:1,
76:25, 147:6,
180:12, 183:7,
185:13, 209:15,
216:3, 228:15,
228:16, 231:10,
231:13, 231:16,
259:16
**kinds** [2] - 30:4,
142:11
**knowledge** [11] -
48:10, 48:12, 49:8,
49:22, 132:1, 132:8,
132:19, 176:16,
178:15, 188:17,
200:13
**known** [5] - 65:2,
180:21, 235:8,
245:3, 258:17
**knows** [2] - 165:18
**Kong** [1] - 185:24
**KUKR** [1] - 8:20
**Kukreja** [39] - 3:11,
8:13, 18:21, 83:23,
89:19, 120:8,
152:22, 170:24,
173:17, 173:25,
174:6, 174:16,
174:18, 180:11,
183:20, 191:19,
195:19, 197:11,
199:10, 199:14,
202:10, 202:21,
211:22, 216:13,
223:4, 230:5,
233:14, 240:13,
241:2, 241:15,
245:2, 245:7,

245:14, 246:3,
248:8, 249:9,
249:25, 250:8
**KUKREJA** [4] - 8:15,
8:18, 8:21, 173:20

## L

**lack** [3] - 131:18,
249:4, 249:5
**lady** [1] - 245:11
**laid** [1] - 226:15
**laminate** [1] - 192:7
**landlord** [6] - 182:15,
182:18, 182:21,
182:23, 183:2
**language** [2] - 21:22,
119:8
**large** [13] - 14:6,
32:21, 40:1, 40:9,
80:12, 80:17, 81:8,
81:11, 81:17, 128:5,
139:11, 140:9,
142:22
**Las** [3] - 259:14,
259:15, 259:17
**laser** [1] - 15:23
**laser-like** [1] - 15:23
**last** [38] - 8:4, 8:5,
8:18, 14:21, 28:9,
36:20, 43:14, 53:18,
55:14, 55:24, 60:8,
62:9, 72:13, 85:6,
89:18, 95:15, 102:6,
107:6, 107:9, 108:9,
113:22, 117:1,
122:1, 123:9, 124:7,
127:22, 150:17,
153:19, 163:17,
163:18, 172:12,
173:24, 174:1,
191:20, 215:25,
228:21, 234:19,
243:7
**lasted** [2] - 82:7, 144:6
**late** [8] - 82:16, 144:9,
144:11, 144:22,
193:21, 193:23,
194:7, 253:18
**latitude** [1] - 139:20
**Lauderdale** [5] -
176:23, 240:14,
244:8, 254:6, 255:8
**law** [18] - 6:23, 7:2,
11:11, 13:1, 15:10,
17:7, 46:18, 46:25,
93:16, 118:8,
168:11, 169:16,
169:17, 170:1,
170:14, 223:22,

257:10
**laws** [4] - 46:15,
46:21, 150:21, 151:5
**lawsuit** [15] - 27:15,
83:11, 92:23, 103:6,
120:17, 130:14,
131:18, 131:24,
132:3, 132:4,
132:10, 132:20,
138:14, 182:18,
185:17
**lawyer** [24] - 23:8,
24:11, 60:11, 62:3,
78:16, 123:17,
147:1, 207:25,
208:21, 210:9,
221:3, 221:12,
221:23, 222:5,
222:8, 223:3, 223:6,
223:19, 224:7,
225:14, 233:2,
233:20, 233:23
**lawyer's** [1] - 26:19
**lawyers** [12] - 9:15,
22:16, 23:6, 77:9,
96:16, 110:9,
118:11, 136:6,
148:22, 210:13,
221:17, 234:1
**lay** [3] - 48:14, 48:23,
226:18
**laying** [1] - 48:12
**lead** [1] - 184:9
**leader** [1] - 63:15
**leading** [5] - 195:7,
195:11, 195:13,
195:14, 195:15
**learn** [4] - 82:10,
89:19, 197:23,
225:15, 234:10,
235:5
**learned** [3] - 28:21,
89:17, 256:8
**learning** [3] - 234:25,
235:2
**least** [4] - 53:18,
120:11, 153:18,
178:17
**leave** [5] - 19:17,
96:22, 97:2, 242:9,
255:4
**lectern** [3] - 41:10,
41:12, 78:16
**led** [2] - 182:19,
182:24
**left** [11] - 72:11, 77:25,
133:21, 152:8,
152:12, 161:17,
164:22, 171:10,
236:9, 255:6, 255:7

**left-hand** [1] - 133:21
**legal** [9] - 7:19, 12:16,
15:10, 16:20, 34:3,
69:9, 221:22,
239:13, 258:15
**legal-sized** [1] -
239:13
**legitimate** [3] - 9:9,
9:11, 161:13
**length** [2] - 257:15,
258:17
**lengthy** [1] - 201:7
**Lerner** [5] - 2:6, 6:23,
6:25, 45:14, 118:12
**LERNER** [3] - 98:9,
98:19, 150:3
**less** [13] - 28:5, 28:9,
35:17, 35:24, 40:24,
137:18, 141:22,
158:23, 158:25,
175:24, 177:13,
184:4, 257:12
**lessened** [1] - 27:6
**letter** [4] - 117:15,
118:5, 224:7, 258:20
**letterhead** [2] - 118:8,
164:11
**letters** [3] - 37:22,
100:2, 257:24
**letting** [2] - 209:25,
223:19
**liabilities** [8] - 93:22,
134:20, 135:3,
135:13, 135:23,
169:23, 191:7, 249:1
**liability** [1] - 255:23
**license** [2] - 182:14,
185:9
**licensing** [1] - 46:9
**liens** [5] - 197:17,
198:6, 200:19,
200:22, 235:1
**lies** [1] - 192:12
**life** [12] - 28:24, 136:4,
176:13, 185:14,
186:19, 191:19,
192:3, 192:6, 192:8,
192:9, 192:10, 241:1
**light** [3] - 202:24,
248:10, 249:15
**likely** [1] - 16:19
**limitation** [1] - 113:2
**limited** [1] - 180:11
**Lindstrom** [1] - 1:13
**Line** [4] - 136:15,
136:20, 137:21,
140:24
**line** [31] - 10:4, 28:7,
39:13, 45:19, 48:2,
57:6, 57:12, 58:12,

75:1, 83:23, 85:6,
86:20, 89:16, 90:7,
91:17, 92:11,
118:19, 137:3,
137:21, 138:1,
158:23, 158:25,
193:7, 210:14,
214:14, 215:16,
232:16, 234:22,
235:17
**lined** [1] - 166:5
**lines** [6] - 57:5, 57:9,
57:17, 87:10,
136:16, 246:18
**Lines** [1] - 136:24
**lining** [1] - 200:16
**LinkedIn** [2] - 203:13,
203:25
**liquidity** [1] - 248:24
**list** [11] - 37:18, 37:21,
101:1, 101:2, 101:4,
101:7, 101:12,
101:15, 105:13,
177:17, 239:5
**listed** [10] - 43:15,
85:22, 101:12,
101:16, 127:3,
127:11, 136:16,
136:23, 154:6,
222:13
**listen** [3] - 62:17,
64:19, 110:9
**Listen** [1] - 257:16
**lists** [1] - 37:22
**litigated** [1] - 131:2
**litigation** [7] - 93:21,
94:24, 95:6, 130:4,
130:21, 131:8,
131:10
**litmus** [1] - 9:20
**live** [3] - 164:15,
165:18, 202:5
**lived** [1] - 175:24
**lives** [1] - 165:17
**living** [1] - 176:2
**LLC** [4] - 1:7, 6:6,
8:11, 243:25
**LLP** [1] - 1:13
**load** [1] - 28:22
**loading** [1] - 61:24
**loan** [17] - 63:4, 64:7,
64:9, 64:13, 86:20,
87:7, 91:14, 172:13,
200:14, 200:16,
200:17, 255:15,
256:3, 256:9,
256:13, 256:16,
256:18
**loans** [4] - 152:23,
180:24, 181:1,

181:12
**local** [4] - 65:3, 65:4,
249:2, 257:5
**locally** [1] - 65:3
**located** [3] - 32:20,
159:2, 159:3
**locating** [1] - 125:16
**location** [2] - 166:20,
242:13
**locked** [1] - 97:1
**locking** [1] - 96:24
**logic** [2] - 131:12,
154:17
**logical** [2] - 16:4,
224:2
**logistical** [1] - 10:5
**logistically** [1] - 12:21
**long-form** [2] -
115:21, 116:3
**long-term** [3] - 39:15,
39:17, 90:7
**Look** [1] - 90:10
**look** [52] - 38:6, 39:4,
44:19, 53:1, 53:16,
54:15, 56:16, 64:3,
72:19, 78:1, 78:13,
79:2, 80:24, 85:6,
90:4, 94:22, 101:12,
118:4, 125:21,
125:25, 133:1,
133:13, 133:21,
134:18, 134:22,
137:21, 145:25,
146:5, 146:7, 149:9,
150:17, 169:17,
169:21, 177:25,
190:18, 194:2,
200:1, 203:12,
211:24, 211:25,
213:7, 214:12,
214:13, 214:22,
215:14, 215:15,
230:9, 236:6,
239:18, 246:16,
251:5, 258:14
**looked** [4] - 77:24,
143:21, 146:4,
246:11
**looking** [26] - 34:17,
35:15, 35:20, 39:15,
40:3, 54:17, 61:7,
76:25, 77:3, 78:23,
79:1, 109:8, 135:1,
135:7, 139:11,
140:9, 142:20,
159:14, 160:21,
169:14, 193:2,
193:3, 234:8, 235:7,
250:6
**looks** [2] - 31:18,

47:24
**lose** [2] - 62:15, 154:4
**lost** [2] - 28:8, 28:10
**loudly** [1] - 6:13
**low** [1] - 141:19
**lower** [2] - 43:25,
233:1
**loyal** [1] - 111:23
**LTD** [2] - 1:4, 6:6
**luck** [1] - 66:24
**lunch** [4] - 15:25,
96:4, 96:23, 97:5

## M

**ma'am** [1] - 111:3
**Madam** [4] - 36:20,
55:21, 132:14,
228:20
**madam** [1] - 55:13
**magistrate** [1] - 12:9
**MAGISTRATE** [1] -
1:11
**main** [4] - 40:21,
51:15, 144:20,
244:20
**maintain** [1] - 12:24
**maintained** [3] -
10:25, 186:24,
246:24
**major** [3] - 45:16,
89:16, 140:22
**majority** [1] - 188:18
**majorly** [1] - 232:13
**man** [1] - 202:19
**management** [2] -
180:2, 203:18
**manager** [2] - 184:14,
244:16
**manila** [1] - 31:18
**Manipal** [2] - 174:24,
175:3
**MANIPAL** [1] - 175:3
**manner** [2] - 187:5,
190:11
**manufacture** [6] -
176:17, 177:21,
179:21, 204:16,
231:3, 231:4
**manufacturer** [1] -
209:1
**manufacturers** [6] -
158:19, 163:1,
163:4, 188:17,
188:18, 230:16
**manufactures** [1] -
148:12
**manufacturing** [16] -
15:14, 103:19,
104:6, 109:11,

115:22, 142:6,
153:23, 176:15,
176:16, 177:19,
205:5, 205:22,
210:8, 230:15,
231:1, 231:9
**March** [5] - 39:5,
183:21, 184:15,
184:17, 184:21
**mark** [2] - 167:12,
225:23
**Mark** [2] - 258:18,
258:19
**marked** [9] - 52:13,
117:25, 167:13,
222:22, 229:19,
239:15, 245:18,
245:19, 247:2
**marked-up** [1] -
167:13
**market** [5] - 158:3,
158:4, 158:6,
188:15, 232:16
**markets** [1] - 59:3
**marking** [1] - 229:20
**Martinez** [1] - 168:24
**massive** [2] - 10:10,
195:12
**master** [2] - 26:6, 26:8
**master's** [1] - 244:7
**material** [5] - 61:18,
141:12, 191:12,
192:7, 192:12
**materials** [7] - 84:23,
97:2, 129:14,
129:17, 141:10,
142:10, 249:5
**math** [1] - 65:11
**matter** [10] - 17:23,
95:6, 96:13, 131:16,
136:9, 138:24,
238:25, 239:2,
258:9, 260:4
**matters** [5] - 19:19,
20:24, 129:25,
189:14, 200:18
**mauve** [1] - 20:19
**maximum** [2] - 192:4,
257:9
**MAZZOLA** [222] - 1:13,
6:16, 6:19, 6:22, 7:2,
7:10, 7:14, 9:2,
16:13, 17:23, 18:9,
18:13, 18:16, 18:19,
19:21, 20:1, 21:1,
21:4, 24:2, 24:14,
24:17, 25:1, 25:6,
25:8, 25:16, 25:18,
26:15, 26:18, 27:9,
27:24, 29:5, 30:11,

30:14, 30:24, 31:2,
31:4, 31:11, 34:9,
34:10, 35:7, 36:23,
37:1, 37:4, 37:8,
37:11, 37:25, 38:5,
38:25, 39:3, 39:7,
39:25, 43:11, 44:7,
45:13, 45:15, 47:12,
47:21, 48:7, 48:15,
48:19, 48:24, 48:25,
50:2, 50:3, 51:16,
51:20, 51:22, 51:25,
52:2, 52:4, 52:11,
54:10, 55:1, 55:13,
55:17, 56:12, 58:14,
58:23, 59:2, 59:7,
59:24, 61:1, 61:14,
61:16, 61:23, 63:1,
63:3, 63:7, 65:1,
65:8, 65:15, 65:17,
65:19, 65:22, 65:25,
66:3, 66:6, 94:3,
94:5, 94:7, 94:11,
94:13, 94:16, 94:19,
95:3, 95:5, 95:17,
95:24, 98:24, 99:3,
99:9, 100:17, 101:4,
101:19, 101:22,
102:14, 102:16,
102:19, 102:21,
105:5, 105:8,
105:12, 105:18,
105:22, 105:25,
106:6, 106:8,
106:10, 106:12,
108:16, 108:18,
108:22, 109:1,
110:4, 110:7,
123:11, 132:14,
139:14, 139:18,
149:12, 150:4,
160:5, 160:25,
161:5, 161:8,
161:24, 162:3,
163:14, 163:16,
163:22, 167:24,
168:4, 171:15,
174:9, 188:21,
189:13, 193:22,
195:6, 196:25,
197:3, 197:18,
198:12, 200:21,
202:21, 202:24,
203:5, 209:23,
210:3, 211:4, 211:7,
211:8, 211:16,
211:21, 212:24,
216:7, 216:10,
216:12, 219:10,
221:1, 221:10,
221:21, 222:1,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

222:10, 222:21, 222:25, 223:2, 224:3, 225:25, 226:3, 226:7, 226:18, 226:21, 227:13, 228:10, 228:17, 228:20, 228:24, 229:7, 229:15, 229:17, 229:20, 229:24, 230:1, 230:4, 230:11, 232:1, 233:5, 233:13, 236:13, 236:20, 236:22, 237:5, 237:9, 237:16, 238:13, 239:24, 250:17, 253:6, 256:7, 256:20, 258:3, 258:23

**Mazzola** [37] - 1:13, 3:5, 3:6, 3:7, 3:8, 3:12, 3:14, 6:16, 30:21, 34:23, 47:16, 61:22, 67:20, 68:6, 73:18, 79:12, 79:22, 82:19, 83:17, 84:2, 85:6, 85:16, 88:21, 89:24, 92:16, 100:15, 101:2, 101:17, 102:13, 118:11, 167:23, 171:14, 229:5, 236:8, 237:19, 238:11, 253:2

**McCARN** [2] - 2:7, 260:7

**mean** [41] - 20:1, 24:10, 26:10, 32:5, 32:6, 39:13, 47:21, 48:2, 48:20, 49:11, 54:3, 65:4, 70:6, 87:14, 89:8, 98:25, 110:6, 113:4, 119:5, 136:17, 137:7, 138:18, 139:15, 145:18, 154:13, 163:9, 177:14, 181:10, 182:23, 215:18, 221:18, 224:13, 224:24, 225:20, 230:25, 234:5, 236:5, 237:4, 240:4, 256:4

**meaning** [2] - 116:18, 153:23

**means** [19] - 34:14, 35:8, 74:6, 94:1, 103:5, 104:21, 107:24, 120:11,

123:20, 138:5, 155:7, 161:21, 162:4, 162:8, 162:10, 177:12, 193:18, 202:12, 202:13

**meant** [3] - 48:17, 194:19, 216:11

**measure** [1] - 61:8

**mechanism** [1] - 17:2

**mediated** [3] - 121:8, 121:15, 170:18

**mediation** [11] - 115:10, 115:13, 115:15, 115:16, 115:20, 120:23, 121:9, 121:20, 171:15, 171:16, 186:7

**medical** [1] - 9:13

**medium** [3] - 36:9, 57:25, 223:15

**meet** [6] - 63:22, 92:9, 143:25, 206:24, 242:10, 259:7

**meeting** [26] - 29:6, 29:9, 29:11, 30:2, 30:8, 57:8, 81:25, 82:2, 82:9, 82:13, 102:11, 143:14, 143:23, 144:3, 144:6, 144:9, 144:17, 184:13, 196:5, 196:13, 196:19, 242:2, 242:6, 253:4, 255:4, 255:10

**melting** [1] - 165:24

**members** [2] - 100:16, 180:1

**memorandum** [2] - 11:11, 210:24

**memory** [1] - 48:10

**mention** [8] - 85:14, 85:15, 90:18, 91:11, 123:16, 165:14, 165:22, 251:1

**mentioned** [18] - 41:19, 50:13, 51:6, 59:1, 85:7, 86:23, 90:22, 91:13, 158:22, 180:18, 196:18, 197:13, 203:24, 244:17, 247:18, 251:3, 252:2

**mentioning** [1] - 42:18

**mentor** [1] - 181:23

**merely** [3] - 42:4, 42:18, 48:15

**messed** [1] - 218:11

**met** [3] - 171:12, 173:1, 259:6

**metallic** [2] - 177:25, 178:1

**metrics** [1] - 191:12

**Mexico** [7] - 240:15, 240:20, 241:22, 241:23, 242:3, 254:4, 254:7

**MIAMI** [1] - 1:2

**Miami** [9] - 1:4, 1:18, 1:23, 2:4, 2:8, 2:9, 259:19, 260:8, 260:9

**mic** [3] - 59:23, 60:12, 228:14

**microphone** [15] - 24:9, 24:16, 25:5, 41:12, 59:21, 60:2, 60:8, 60:23, 66:24, 150:23, 212:19, 220:24, 220:25, 237:1

**middle** [1] - 75:6

**midnight** [2] - 82:13, 144:18

**might** [12] - 20:12, 34:17, 44:19, 76:1, 131:18, 131:23, 135:7, 135:9, 135:25, 136:10, 159:19, 161:14

**million** [62] - 58:13, 58:17, 58:25, 59:6, 59:7, 60:15, 60:16, 72:17, 73:1, 75:14, 75:16, 92:11, 92:25, 93:3, 93:7, 93:9, 94:21, 95:7, 95:13, 95:15, 95:19, 95:21, 95:23, 130:15, 130:18, 131:22, 132:6, 132:21, 134:15, 134:24, 136:19, 137:24, 141:2, 160:2, 160:13, 160:14, 160:23, 172:13, 177:7, 183:13, 184:8, 184:10, 184:16, 184:20, 185:20, 186:12, 187:5, 187:7, 187:9, 202:8, 234:22, 236:4, 236:15, 249:2, 249:6, 255:14, 255:21, 256:3, 256:9, 256:13

**million-some-odd** [2] - 72:17, 73:1

**mind** [10] - 8:16, 42:3,

98:6, 131:17, 135:6, 146:22, 161:12, 162:16, 224:22, 256:1

**mindful** [1] - 48:15

**minimum** [4] - 172:15, 187:7, 187:9, 232:21

**minor** [3] - 104:9, 104:10, 174:6

**minute** [15] - 16:8, 16:11, 18:6, 22:2, 22:20, 41:24, 60:22, 145:20, 150:1, 158:25, 166:2, 168:6, 198:23, 202:22, 238:14

**minutes** [39] - 23:25, 65:11, 65:14, 66:19, 94:1, 96:3, 98:12, 110:12, 161:22, 164:2, 164:5, 171:10, 194:25, 202:13, 202:14, 202:15, 202:19, 206:24, 223:11, 236:9, 236:21, 237:16, 237:20, 237:21, 237:22, 238:1, 238:7, 238:11, 238:12, 242:22, 243:18, 243:20, 250:14, 256:22, 259:4

**MISCELLANEOUS** [1] - 5:11

**mispronounce** [1] - 113:3

**mispronounced** [1] - 112:25

**missed** [1] - 132:15

**misstated** [1] - 146:13

**misstates** [3] - 223:22, 234:12, 256:5

**mistake** [1] - 160:6

**misunderstand** [1] - 156:10

**misunderstanding** [2] - 107:25, 119:5

**misunderstood** [2] - 99:23, 145:21

**modified** [1] - 10:8

**modify** [1] - 259:18

**molded** [1] - 177:23

**moment** [12] - 38:6, 42:14, 53:3, 79:25, 121:19, 125:19, 125:21, 136:13, 137:8, 169:3, 238:22, 250:11

**momentarily** [1] -

255:23

**Monday** [5] - 84:8, 241:21, 246:9, 252:18, 254:12

**Monetary** [1] - 127:12

**monetary** [11] - 74:20, 74:24, 75:3, 75:8, 75:10, 75:14, 127:13, 127:15, 137:1, 137:2, 137:6

**money** [39] - 33:7, 50:4, 91:1, 91:2, 91:11, 92:14, 92:22, 93:13, 120:14, 138:6, 140:19, 141:13, 141:22, 142:5, 142:17, 152:6, 152:19, 154:4, 161:16, 181:1, 181:3, 181:4, 181:6, 181:8, 181:11, 181:14, 182:16, 183:6, 183:11, 185:24, 186:25, 187:1, 187:2, 187:3, 188:5, 188:8, 193:20, 232:18, 232:20

**money's** [1] - 91:10

**moneys** [5] - 83:14, 181:6, 194:4, 194:18, 200:17

**monitory** [1] - 127:14

**month** [4] - 178:17, 184:21, 187:8, 209:7

**months** [21] - 35:18, 35:25, 115:25, 121:21, 148:10, 162:19, 181:3, 192:4, 192:5, 192:9, 192:10, 203:11, 209:7, 231:18, 231:19, 232:3, 257:14

**moot** [2] - 16:20, 48:13

**morning** [11] - 6:8, 6:16, 7:18, 7:22, 8:8, 8:10, 8:15, 8:16, 67:6, 67:7, 220:11

**mornings** [1] - 165:25

**most** [5] - 15:25, 142:16, 165:25, 176:3, 219:13

**mostly** [1] - 55:12

**motion** [13] - 16:19, 17:16, 168:6, 171:11, 172:21, 172:25, 173:6, 173:9, 173:12,

January 13, 2023

21

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

173:13, 220:21,
258:9, 258:14
**Mount** [1] - 168:23
**movant** [2] - 17:21,
168:11
**move** [9] - 41:12,
69:18, 88:13, 132:2,
143:5, 168:8, 205:5,
217:23, 229:7
**moved** [4] - 205:13,
205:21, 229:6,
258:12
**moving** [2] - 198:18,
205:12
**MR** [461] - 6:16, 6:19,
6:22, 7:2, 7:10, 7:14,
8:8, 8:10, 8:15, 8:18,
8:21, 9:2, 10:21,
11:22, 16:13, 16:15,
17:4, 17:6, 17:9,
17:23, 18:9, 18:13,
18:16, 18:19, 18:23,
19:5, 19:11, 19:21,
20:1, 20:5, 20:17,
20:25, 21:1, 21:4,
24:2, 24:14, 24:17,
25:1, 25:6, 25:8,
25:16, 25:18, 26:11,
26:14, 26:15, 26:18,
27:9, 27:24, 29:5,
30:11, 30:14, 30:19,
30:24, 31:2, 31:4,
31:6, 31:11, 34:9,
34:10, 34:23, 35:7,
36:19, 36:23, 37:1,
37:4, 37:8, 37:10,
37:11, 37:20, 37:25,
38:5, 38:25, 39:3,
39:7, 39:25, 41:23,
42:21, 43:11, 44:7,
45:13, 45:15, 47:7,
47:11, 47:12, 47:16,
47:21, 48:7, 48:11,
48:15, 48:19, 48:24,
48:25, 50:2, 50:3,
51:16, 51:20, 51:22,
51:23, 51:25, 52:2,
52:4, 52:6, 52:11,
54:10, 54:22, 55:1,
55:13, 55:17, 56:12,
58:14, 58:23, 59:2,
59:7, 59:16, 59:24,
61:1, 61:7, 61:14,
61:16, 61:23, 63:1,
63:3, 63:7, 65:1,
65:8, 65:13, 65:15,
65:17, 65:19, 65:22,
65:25, 66:3, 66:6,
66:11, 67:5, 69:18,
69:22, 73:11, 74:9,

74:10, 75:19, 76:23,
77:20, 77:22, 79:8,
79:20, 79:21, 80:25,
81:2, 85:25, 86:3,
86:17, 87:15, 87:18,
87:21, 88:11, 88:13,
88:14, 92:5, 93:24,
94:3, 94:5, 94:7,
94:11, 94:13, 94:16,
94:19, 95:3, 95:5,
95:17, 95:24, 96:9,
96:14, 96:18, 96:22,
97:3, 98:4, 98:9,
98:19, 98:23, 98:24,
99:3, 99:4, 99:9,
100:5, 100:13,
100:17, 101:4,
101:10, 101:19,
101:22, 102:14,
102:16, 102:19,
102:21, 105:5,
105:8, 105:12,
105:18, 105:22,
105:25, 106:3,
106:6, 106:8,
106:10, 106:12,
108:16, 108:18,
108:20, 108:22,
109:1, 110:4, 110:7,
110:14, 110:17,
110:21, 110:23,
111:2, 114:18,
114:19, 117:4,
117:7, 117:13,
117:16, 117:21,
117:22, 121:13,
121:18, 123:11,
124:3, 125:10,
125:15, 125:19,
125:20, 127:6,
127:9, 127:10,
132:13, 132:14,
132:18, 133:3,
133:5, 134:8,
134:12, 136:3,
136:7, 136:8, 137:4,
139:14, 139:18,
140:5, 146:17,
146:20, 147:10,
147:13, 147:14,
147:15, 148:25,
149:3, 149:8,
149:11, 149:12,
149:15, 149:18,
149:22, 150:3,
150:4, 150:8,
150:10, 150:13,
151:1, 151:3,
151:19, 151:20,
160:5, 160:7,
160:12, 160:20,

160:25, 161:5,
161:8, 161:11,
161:19, 161:24,
162:3, 163:14,
163:16, 163:22,
164:4, 164:10,
164:13, 164:16,
164:20, 164:24,
165:3, 165:5,
165:10, 165:13,
165:22, 165:24,
166:4, 166:12,
166:17, 166:22,
167:8, 167:16,
167:18, 167:24,
168:4, 168:5, 168:8,
170:4, 171:3, 171:6,
171:15, 172:20,
173:8, 173:16,
174:4, 174:9,
174:10, 174:13,
174:15, 175:6,
175:7, 179:6,
179:18, 183:15,
183:19, 188:21,
189:4, 189:13,
189:17, 189:18,
193:22, 195:6,
195:17, 195:18,
196:25, 197:2,
197:3, 197:4, 197:9,
197:10, 197:18,
198:2, 198:12,
198:15, 199:9,
199:12, 199:13,
200:21, 200:24,
201:2, 202:10,
202:16, 202:20,
202:21, 202:24,
203:5, 209:23,
210:3, 211:4, 211:7,
211:8, 211:16,
211:21, 212:24,
216:6, 216:7,
216:10, 216:12,
219:3, 219:10,
221:1, 221:5,
221:10, 221:14,
221:17, 221:21,
221:24, 222:1,
222:3, 222:10,
222:21, 222:25,
223:2, 223:21,
224:3, 225:25,
226:3, 226:7, 226:9,
226:16, 226:18,
226:21, 227:13,
228:10, 228:17,
228:20, 228:24,
229:7, 229:10,
229:15, 229:17,

229:20, 229:24,
230:1, 230:4,
230:11, 231:22,
232:1, 233:5, 233:8,
233:13, 234:12,
236:13, 236:20,
236:22, 237:5,
237:9, 237:11,
237:16, 237:18,
237:24, 238:6,
238:13, 238:22,
239:2, 239:11,
239:24, 240:9,
240:21, 240:23,
241:6, 241:12,
241:14, 242:16,
242:20, 242:23,
243:13, 243:22,
244:1, 245:20,
245:22, 247:5,
247:11, 247:23,
249:15, 249:19,
250:12, 250:17,
253:1, 253:6, 256:5,
256:7, 256:20,
258:3, 258:4, 258:8,
258:23
**MS** [12] - 7:18, 7:22,
7:25, 41:7, 41:14,
41:25, 42:6, 43:9,
102:17, 166:24,
259:11, 259:16
**multiple** [6] - 43:24,
44:6, 54:22, 61:24,
101:14, 152:17
**multiple-sided** [2] -
43:24, 44:6
**must** [4] - 78:3, 155:4,
160:25, 184:14
**muted** [3] - 201:5,
206:17, 206:18

**N**

**name** [41] - 7:24, 8:4,
8:5, 8:17, 8:18, 21:3,
21:5, 25:9, 25:11,
32:18, 64:13, 67:8,
70:3, 70:5, 73:19,
102:5, 102:6, 105:2,
110:17, 111:5,
111:8, 112:25,
113:1, 113:15,
113:18, 113:20,
113:22, 114:3,
156:15, 165:1,
166:20, 173:23,
173:24, 174:1,
174:25, 175:11,
179:3, 243:5, 243:7
**named** [1] - 165:17

**names** [6] - 6:13,
25:14, 111:13,
113:1, 128:13, 231:8
**Nancy** [1] - 64:22
**Napoleon** [1] - 258:25
**natural** [4] - 16:2,
28:19, 136:5, 202:2
**naturally** [1] - 23:4
**nature** [3] - 20:7,
146:23, 219:7
**Navy** [1] - 177:22
**near** [2] - 164:15,
170:21
**nearly** [3] - 123:9,
124:7, 137:24
**necessarily** [3] - 20:1,
138:18, 169:12
**necessary** [8] - 42:22,
67:3, 112:15,
122:24, 123:5,
159:7, 216:1, 216:5
**need** [61] - 12:2,
13:24, 14:2, 14:8,
15:6, 15:8, 16:12,
16:20, 18:8, 18:12,
19:2, 19:13, 19:17,
21:14, 35:2, 39:21,
43:21, 44:1, 46:8,
51:11, 55:7, 57:14,
58:9, 65:21, 65:23,
66:1, 71:5, 86:13,
87:12, 95:9, 98:21,
99:1, 101:21,
105:12, 121:15,
141:24, 142:3,
142:17, 147:8,
162:25, 166:16,
168:15, 170:7,
170:14, 184:16,
185:4, 185:8, 188:1,
201:24, 202:22,
204:13, 204:25,
225:1, 226:13,
231:11, 231:13,
231:14, 235:5,
241:7, 257:11,
257:21
**needed** [13] - 19:3,
151:24, 181:23,
188:2, 188:3,
215:11, 217:24,
221:13, 222:19,
223:17, 224:5,
242:9, 252:5
**needs** [6] - 18:11,
18:24, 36:15,
214:19, 221:4,
255:22
**negative** [6] - 40:25,
41:21, 42:12, 42:16,

42:24, 43:1
**negotiate** [1] - 162:20
**negotiated** [1] - 218:8
**nervous** [1] - 62:23
**net** [5] - 55:11, 56:4, 56:6, 81:19, 193:18
**never** [13] - 21:24, 91:17, 94:13, 104:25, 139:21, 142:13, 151:21, 164:21, 165:14, 195:12, 207:15, 210:11, 221:11
**New** [4] - 1:15, 6:24, 7:2, 46:12
**new** [61] - 25:25, 26:2, 37:2, 38:9, 39:22, 40:19, 41:1, 41:4, 43:14, 43:16, 44:8, 44:11, 44:13, 45:20, 45:24, 45:25, 46:1, 46:24, 50:23, 51:4, 51:18, 61:21, 86:20, 87:2, 87:5, 87:6, 87:24, 88:15, 89:13, 89:19, 90:1, 90:16, 91:4, 91:5, 91:13, 91:17, 107:23, 115:22, 143:5, 155:21, 156:15, 159:15, 159:17, 161:14, 164:22, 180:21, 200:11, 201:23, 201:25, 202:2, 205:4, 205:12, 205:13, 206:6, 225:25, 234:21
**next** [47] - 7:5, 7:7, 7:17, 7:21, 8:1, 14:12, 14:13, 24:21, 35:13, 43:10, 70:12, 75:8, 77:19, 98:20, 99:8, 101:17, 104:18, 105:13, 106:20, 108:7, 108:8, 109:18, 127:19, 128:2, 129:13, 160:14, 161:10, 164:3, 166:4, 167:2, 173:14, 188:25, 198:1, 199:6, 210:2, 214:22, 215:1, 216:25, 221:20, 222:17, 234:10, 236:4, 236:12, 240:8, 242:19, 246:13, 253:5
**night** [5] - 82:4,

144:15, 144:23, 241:23, 259:11
**nilly** [1] - 14:5
**nine** [2] - 231:18, 232:3
**NO** [1] - 1:2
**nobody** [6] - 77:5, 90:9, 99:5, 145:18, 165:8, 234:18
**noise** [1] - 9:1
**none** [3] - 130:20, 154:6
**nonetheless** [1] - 122:10
**nonfactory** [1] - 63:17
**nonresponsive** [1] - 69:19
**nontruthful** [1] - 33:23
**normal** [6] - 56:8, 165:16, 204:7, 236:16, 253:19
**normally** [3] - 28:24, 35:19, 248:22
**North** [3] - 2:8, 176:21, 260:8
**Nos** [3] - 30:16, 31:9, 100:21
**notch** [1] - 258:15
**note** [4] - 37:11, 102:9, 129:22, 253:15
**notebook** [4] - 20:9, 37:21, 239:5, 239:6
**noted** [1] - 18:2
**notes** [10] - 13:18, 13:22, 15:16, 15:19, 36:2, 74:11, 149:16, 184:9, 253:9, 254:3
**nother** [1] - 206:1
**Nothing** [1] - 169:7
**nothing** [8] - 19:2, 35:5, 35:8, 43:9, 164:7, 225:8, 232:14, 242:16
**nothing's** [1] - 231:17
**Notice** [1] - 118:14
**notice** [3] - 104:8, 184:2, 233:21
**noticed** [3] - 27:20, 78:5, 164:11
**notification** [1] - 118:20
**noting** [1] - 101:11
**notion** [1] - 170:11
**notorious** [2] - 193:21, 193:23
**Nova** [1] - 244:8
**nova** [2] - 244:9, 244:10
**November** [73] - 29:7,

52:24, 53:9, 54:18, 56:17, 57:8, 57:21, 58:5, 61:19, 81:25, 83:23, 83:24, 84:8, 88:16, 91:21, 102:11, 103:17, 103:20, 103:21, 103:23, 104:2, 104:3, 104:5, 107:2, 108:3, 108:15, 116:3, 116:12, 116:22, 118:2, 118:21, 122:1, 122:5, 122:16, 123:7, 143:7, 153:22, 155:3, 159:25, 189:7, 189:11, 189:20, 207:13, 207:19, 207:20, 209:19, 210:19, 211:10, 211:12, 211:24, 212:5, 213:8, 216:15, 216:18, 216:25, 217:4, 217:5, 217:11, 223:4, 223:7, 224:4, 235:4, 241:18, 245:2, 248:2, 251:25, 252:1, 252:15
**number** [26] - 9:5, 34:18, 39:2, 40:9, 58:15, 72:25, 75:7, 75:8, 81:3, 84:2, 105:10, 107:23, 117:15, 126:20, 128:11, 137:15, 146:16, 149:21, 152:22, 155:13, 169:11, 192:13, 209:24, 209:25, 234:6, 248:15
**Number** [2] - 84:23, 137:5
**numbered** [2] - 52:20, 126:7
**numbers** [11] - 9:13, 15:21, 56:13, 61:5, 73:4, 100:2, 108:20, 161:1, 171:20, 246:19, 257:24
**numeral** [3] - 35:20, 127:5, 129:22
**numerals** [1] - 126:24
**numerous** [1] - 158:1
**NY** [1] - 1:15

# O

**o'clock** [1] - 82:4
**oath** [9] - 21:20, 21:23, 21:24, 22:1, 22:4, 78:3, 220:23, 221:2, 241:9
**object** [8] - 188:21, 189:13, 196:25, 200:21, 221:14, 223:21, 231:22, 234:12
**objected** [1] - 195:12
**objection** [50] - 24:14, 25:2, 31:5, 31:7, 37:9, 37:13, 42:10, 42:12, 42:20, 42:22, 47:8, 47:10, 47:15, 47:18, 47:25, 48:4, 52:5, 52:7, 54:22, 61:6, 66:8, 100:10, 106:2, 106:4, 123:11, 123:20, 123:23, 139:14, 139:17, 139:18, 160:5, 160:8, 161:4, 161:5, 189:14, 193:22, 195:15, 197:19, 221:5, 226:8, 229:9, 229:11, 229:12, 233:8, 233:9, 239:22, 239:24, 239:25, 240:1, 256:5
**Objection** [1] - 219:3
**objections** [4] - 100:8, 139:16, 195:6, 233:7
**objective** [1] - 190:11
**objects** [1] - 123:17
**obligated** [4] - 160:1, 208:8, 208:9, 208:22
**obligation** [7] - 93:15, 196:10, 208:24, 209:2, 209:4, 209:6, 225:20
**obligations** [4] - 34:4, 193:7, 194:5, 196:1
**obliterated** [1] - 161:7
**observation** [1] - 195:9
**observations** [3] - 212:12, 212:13, 212:15
**observe** [4] - 193:16, 194:21, 195:1, 195:19
**observed** [2] - 193:4, 201:9
**observer** [1] - 7:8
**obtain** [1] - 256:8

**obtained** [2] - 58:12, 255:14
**obvious** [1] - 77:5
**obviously** [9] - 17:17, 18:7, 19:12, 20:8, 23:24, 30:17, 40:9, 153:4, 234:21
**occasions** [4] - 139:25, 152:17, 179:7, 184:24
**occurred** [2] - 66:15, 66:16
**OCD** [1] - 240:25
**October** [6] - 64:8, 64:10, 86:21, 91:18, 91:20, 123:3
**odd** [4] - 8:25, 60:10, 72:17, 73:1
**OF** [1] - 1:1
**offering** [4] - 31:3, 197:4, 200:24, 229:5
**office** [8] - 9:25, 10:6, 164:12, 207:1, 253:25, 254:2, 254:8, 255:7
**OFFICER** [7] - 20:23, 96:8, 97:4, 166:7, 166:9, 228:15, 238:16
**Official** [1] - 260:8
**official** [1] - 2:8
**often** [8] - 28:25, 96:12, 102:11, 114:14, 114:20, 232:8, 258:17
**often-discussed** [1] - 102:11
**old** [6] - 57:15, 57:17, 87:22, 142:14, 202:3, 202:4
**older** [1] - 158:23
**once** [11] - 11:4, 18:7, 18:25, 45:24, 50:23, 62:8, 161:15, 178:17, 189:19, 217:10, 233:22
**one** [126] - 6:23, 10:4, 10:21, 11:8, 15:25, 16:12, 17:4, 17:6, 17:23, 20:12, 21:25, 22:20, 27:3, 27:13, 28:13, 28:23, 31:13, 31:16, 31:22, 40:1, 41:7, 41:18, 42:14, 42:18, 43:15, 44:12, 50:11, 50:20, 51:20, 58:12, 58:13, 60:21, 61:25, 63:13, 63:18, 64:18, 68:25, 74:1, 76:14, 76:20, 83:18,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

88:7, 89:4, 94:3, 94:5, 94:11, 94:13, 94:14, 96:9, 99:9, 99:13, 99:25, 104:11, 104:20, 105:12, 105:13, 106:18, 109:4, 109:6, 109:8, 109:9, 109:10, 109:11, 114:23, 115:15, 116:6, 117:24, 121:3, 126:1, 126:6, 126:19, 127:6, 128:18, 128:24, 129:25, 134:19, 135:18, 137:1, 138:1, 141:4, 142:23, 149:12, 150:6, 157:21, 158:25, 163:14, 167:1, 167:3, 167:14, 170:7, 170:12, 174:6, 175:1, 176:4, 179:11, 184:8, 184:24, 192:11, 204:4, 209:24, 211:7, 212:20, 213:5, 213:8, 215:5, 217:8, 217:9, 223:17, 225:25, 226:4, 232:25, 238:22, 239:2, 241:3, 245:18, 251:21, 252:2, 252:11, 252:23, 256:21, 257:6, 257:7, 258:21
**one's** [1] - 245:19
**one-and-a-half** [2] - 257:6, 257:7
**one-hour** [1] - 15:25
**one-third** [2] - 141:4, 142:23
**onset** [1] - 187:23
**opaque** [1] - 187:24
**open** [5] - 9:7, 9:8, 46:13, 157:15, 157:17
**opened** [1] - 164:22
**opening** [7] - 16:6, 16:8, 16:11, 46:12, 46:16, 157:25, 204:8
**operate** [6] - 35:24, 46:1, 50:9, 50:11, 50:12, 248:22
**operated** [3] - 35:18, 45:20, 147:25
**operating** [3] - 49:19, 56:3, 180:24

**operation** [3] - 45:25, 49:21, 49:23
**operational** [2] - 157:5, 255:25
**operations** [9] - 50:1, 50:4, 50:6, 55:3, 86:12, 151:22, 151:23, 159:7, 203:17
**operative** [2] - 17:10, 208:10
**opinion** [6] - 61:25, 200:9, 200:18, 209:13, 217:21, 221:22
**opportunity** [7] - 24:24, 42:2, 125:24, 178:9, 230:8, 241:15, 243:17
**option** [4] - 116:23, 159:24, 187:17, 188:10
**orange** [1] - 64:23
**order** [20] - 11:15, 12:23, 13:8, 13:20, 15:6, 83:5, 98:15, 107:23, 155:14, 163:17, 168:19, 171:15, 241:11, 242:10, 248:14, 248:22, 251:23, 255:25, 257:22
**ordered** [3] - 153:24, 155:2, 171:16
**orders** [5] - 40:20, 83:1, 155:18, 163:7, 163:12
**organization** [1] - 8:25
**organizational** [1] - 14:14
**organized** [1] - 14:13
**original** [8] - 68:11, 68:13, 68:22, 71:14, 71:25, 128:15, 128:18, 244:16
**originally** [1] - 120:24, 157:15
**Orseck** [2] - 1:21, 8:9
**otherwise** [4] - 13:9, 181:14, 185:9, 219:8
**ourselves** [1] - 185:8
**outlined** [2] - 17:2, 258:2
**outlook** [1] - 56:11
**outside** [4] - 19:3, 98:4, 208:10, 208:25
**outstanding** [2] - 83:14, 198:6
**overall** [1] - 12:5
**overlap** [2] - 13:3,

20:10
**overrule** [1] - 123:20
**overruled** [11] - 123:13, 123:18, 139:23, 140:4, 160:8, 189:16, 193:25, 201:1, 219:5, 221:8, 234:14
**oversaw** [1] - 67:20
**oversight** [1] - 204:1
**oversized** [2] - 239:3, 239:12
**overstatement** [1] - 194:2
**overture** [1] - 238:2
**owe** [3] - 33:7, 185:22, 186:25
**owed** [10] - 83:15, 132:5, 132:21, 152:6, 181:6, 183:6, 183:11, 183:14, 185:1, 185:20
**owes** [4] - 130:15, 138:5, 140:19, 186:25
**own** [1] - 99:25, 113:2, 128:20, 129:2, 177:18, 178:19, 182:13, 189:2, 190:19, 192:11, 195:10, 255:24, 256:2
**owned** [2] - 147:24, 182:14
**owner** [5] - 112:23, 113:10, 155:24, 156:2, 182:8
**Owner's** [1] - 72:7
**owner's** [1] - 72:16
**ownership** [1] - 156:16

# P

**P.A** [2] - 1:21, 2:2
**p.m** [15] - 1:6, 97:5, 98:2, 102:1, 166:8, 173:19, 174:3, 211:10, 235:3, 236:3, 238:17, 242:25, 259:24
**page** [28] - 14:21, 15:21, 34:18, 34:19, 34:25, 39:2, 70:12, 71:8, 75:7, 92:20, 101:5, 109:12, 118:4, 125:18, 125:21, 127:18, 127:19, 128:2, 129:13, 133:13,

133:22, 150:17, 214:23, 215:5, 215:6, 216:3, 258:17
**Page** [48] - 3:4, 3:10, 5:12, 10:3, 10:4, 34:20, 35:1, 35:2, 35:14, 35:15, 35:16, 35:21, 69:4, 70:15, 70:17, 71:7, 72:6, 72:19, 73:6, 74:15, 75:5, 80:21, 80:24, 81:3, 81:6, 92:18, 93:20, 94:22, 126:6, 126:19, 127:6, 127:23, 128:7, 129:9, 129:20, 129:21, 133:15, 160:20, 160:22, 215:6, 216:4, 216:9, 216:11
**pages** [7] - 52:16, 73:3, 74:17, 257:9, 257:10, 257:21, 257:24
**Pages** [2] - 1:8, 72:4
**Pagow** [2] - 32:19
**paid** [13] - 56:10, 56:13, 82:20, 83:6, 138:6, 152:6, 155:4, 155:8, 155:11, 155:14, 169:6, 235:20, 251:6
**paired** [1] - 12:9
**Palmetto** [1] - 165:19
**pandemic** [2] - 158:1, 158:3, 158:5
**paper** [6] - 17:20, 239:12, 239:14, 240:3, 240:4, 246:17
**papers** [4] - 220:21, 245:17, 247:9, 251:4
**parade** [1] - 20:2
**paragraph** [9] - 35:3, 35:16, 35:21, 35:23, 53:16, 54:23, 55:2, 214:13, 214:14
**Paragraph** [21] - 17:10, 45:11, 45:16, 50:21, 53:1, 54:15, 54:18, 56:16, 57:5, 85:5, 89:13, 151:15, 153:21, 154:23, 158:23, 214:22, 215:8, 215:15, 215:16, 215:24, 215:25
**paragraphs** [3] - 10:3, 14:2, 52:20
**Paragraphs** [1] - 153:3

**parcel** [1] - 232:14
**pardon** [10] - 109:5, 110:7, 112:8, 114:18, 148:15, 160:25, 207:18, 216:10, 231:13, 251:25
**part** [38] - 33:16, 35:16, 36:13, 38:15, 49:14, 49:16, 57:14, 60:10, 71:8, 90:24, 91:6, 91:7, 91:9, 91:11, 95:15, 107:22, 113:10, 125:7, 125:8, 131:25, 142:17, 145:14, 208:12, 220:23, 221:2, 221:4, 221:9, 221:11, 230:23, 230:25, 231:1, 231:2, 232:14, 242:12, 253:18
**partial** [2] - 10:23, 10:24
**partially** [1] - 141:7
**participate** [5] - 7:9, 115:13, 196:13, 196:15, 249:10
**participated** [3] - 82:2, 179:10, 186:9
**participating** [2] - 102:12, 242:3
**particular** [6] - 12:23, 14:1, 17:7, 17:9, 26:4, 68:2
**parties** [8] - 9:15, 13:11, 25:15, 61:11, 115:17, 121:4, 121:21, 182:2
**parties'** [1] - 101:13
**partner** [3] - 6:24, 7:2, 92:7
**parts** [3] - 54:23, 177:23, 181:25
**party** [9] - 11:5, 11:8, 11:9, 11:16, 140:14, 140:15, 140:18, 162:20, 168:22
**pass** [11] - 26:7, 103:19, 212:3, 213:18, 213:20, 214:10, 214:12, 248:2, 248:4, 248:5
**past** [3] - 76:9, 76:20, 255:15
**pastrami** [1] - 167:1
**Paulikens** [3] - 18:1, 19:7, 174:7
**pause** [10] - 24:20,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

28:19, 28:22, 28:25, 47:8, 62:2, 62:19, 62:25, 67:3, 184:18
**Pause** [16] - 51:21, 52:1, 59:10, 59:20, 60:6, 94:9, 98:8, 149:14, 150:2, 150:5, 163:15, 166:18, 203:2, 211:6, 211:15, 238:19
**paused** [1] - 63:5
**pausing** [1] - 28:17
**pay** [41] - 53:25, 54:1, 54:3, 54:4, 55:9, 56:4, 56:10, 84:21, 92:23, 120:16, 138:12, 138:21, 138:22, 142:1, 142:3, 142:5, 142:17, 155:8, 155:14, 160:14, 169:25, 181:4, 181:9, 181:14, 183:2, 193:6, 193:21, 194:18, 194:19, 194:23, 195:2, 195:21, 195:22, 232:17, 232:18, 232:20, 235:19, 236:4, 236:15, 255:25, 256:16
**payable** [10] - 30:7, 33:9, 54:1, 55:9, 55:10, 55:11, 56:5, 56:6, 162:23
**payables** [2] - 54:3, 55:10
**payers** [1] - 193:23
**paying** [13] - 36:17, 36:21, 53:13, 53:14, 53:15, 53:23, 54:12, 82:16, 83:7, 182:21, 186:3, 235:18, 235:19
**payment** [16] - 36:18, 53:13, 53:14, 120:10, 140:19, 160:1, 160:23, 163:5, 181:2, 184:16, 186:12, 193:17, 193:18, 196:1, 231:19
**payments** [7] - 155:1, 184:25, 186:14, 194:8, 236:16, 248:17, 248:18
**PCB** [14] - 142:3, 142:6, 143:1,

158:19, 162:14, 163:1, 163:4, 176:17, 188:15, 188:16, 188:18, 191:23
**PCBs** [2] - 148:12, 176:12
**Pembroke** [1] - 175:10
**penalties** [1] - 184:9
**penalty** [4] - 33:22, 150:21, 151:5, 151:13
**pending** [6] - 78:24, 93:21, 130:4, 130:21, 131:10, 249:6
**people** [18] - 32:1, 61:5, 63:14, 63:16, 88:22, 114:1, 114:7, 114:12, 124:17, 138:11, 145:1, 150:24, 182:11, 206:18, 231:19, 232:6, 249:10, 259:1
**per** [2] - 98:11, 200:13
**perceived** [1] - 57:24
**percent** [23] - 28:4, 28:5, 28:10, 53:19, 76:14, 80:12, 80:15, 80:16, 81:12, 81:16, 81:21, 137:19, 138:2, 157:1, 157:13, 157:14, 215:1, 232:21, 233:1
**percentage** [2] - 76:17, 141:19
**perception** [1] - 256:11
**perfect** [1] - 63:6
**perfectly** [1] - 17:8
**perform** [4] - 63:8, 190:14, 190:19, 250:1
**perhaps** [14] - 16:3, 20:20, 33:21, 37:23, 40:13, 46:13, 48:13, 129:17, 167:15, 208:19, 252:15, 258:18, 259:1
**period** [21] - 27:7, 35:5, 35:24, 39:5, 56:4, 72:22, 73:4, 79:25, 81:9, 84:9, 104:11, 104:14, 107:16, 121:20, 126:16, 128:6, 157:19, 163:5, 179:25, 187:8, 189:10
**periodic** [1] - 178:16

**periodically** [1] - 185:14
**periods** [2] - 214:16, 251:21
**perjury** [3] - 150:21, 151:5, 151:13
**permit** [2] - 16:9, 164:5
**permitted** [3] - 222:5, 257:6, 257:17
**person** [12] - 40:13, 67:23, 77:13, 77:17, 131:17, 131:21, 135:7, 138:19, 138:21, 140:19, 169:11, 209:14
**personal** [6] - 9:12, 19:2, 48:12, 65:19, 96:12, 247:8
**personally** [3] - 63:19, 152:18, 192:17
**persons** [1] - 77:17
**perspective** [3] - 61:20, 188:20, 218:1
**philosophy** [2] - 12:5, 14:3
**phone** [2] - 29:18, 29:22
**phones** [2] - 231:3, 231:4
**phonetic** [2] - 32:19, 140:14
**phonetic)** [1] - 175:13
**photo** [1] - 192:9
**phrase** [1] - 172:19
**phrases** [1] - 14:2
**physical** [1] - 242:13
**physically** [1] - 241:17
**picked** [1] - 61:19
**picture** [3] - 56:5, 219:20, 219:24
**piece** [4] - 201:25, 223:14, 234:21, 246:16
**Pinecrest** [1] - 165:17
**Pines** [1] - 175:10
**pitched** [1] - 228:9
**place** [5] - 42:13, 62:20, 81:25, 165:6, 206:16
**plain** [1] - 40:16
**Plaintiff** [17] - 1:5, 6:14, 6:17, 10:14, 10:15, 10:22, 11:18, 16:10, 17:21, 20:15, 21:2, 23:20, 102:3, 229:4, 238:12, 239:23
**plaintiff** [1] - 173:1
**PLAINTIFF** [2] - 1:13,

3:4
**Plaintiff's** [41] - 3:17, 3:17, 3:18, 3:18, 3:19, 3:19, 3:20, 3:20, 3:21, 3:21, 3:22, 3:22, 3:23, 3:23, 4:5, 4:5, 4:6, 4:6, 4:7, 19:6, 20:9, 37:22, 60:11, 100:1, 100:19, 100:23, 106:4, 108:19, 108:24, 117:11, 150:6, 226:3, 226:20, 229:14, 229:20, 229:22, 230:3, 233:4, 233:9, 233:11, 239:10
**plan** [1] - 157:17
**planning** [1] - 50:7
**plastic** [2] - 177:22, 178:1
**plastics** [3] - 177:24, 178:1, 178:2
**play** [1] - 259:13
**player** [5] - 53:22, 54:7, 54:11, 54:12
**playing** [1] - 51:1
**pledged** [4] - 145:6, 145:7, 145:12, 145:14
**Pledged** [1] - 145:8
**pledges** [4] - 200:19, 200:22, 201:14, 235:1
**plenty** [1] - 36:13
**plug** [8] - 15:20, 216:19, 218:3, 218:6, 218:7, 219:14, 220:15, 220:19
**Podhurst** [2] - 1:21, 8:9
**podium** [1] - 212:18
**point** [43] - 12:7, 16:4, 16:18, 17:5, 17:17, 17:20, 35:3, 39:10, 42:14, 50:10, 51:14, 76:23, 84:13, 85:9, 90:10, 90:12, 117:9, 125:24, 131:3, 135:2, 135:22, 144:21, 157:21, 166:15, 168:10, 168:15, 170:7, 170:14, 174:6, 176:11, 176:14, 181:5, 195:9, 199:7, 222:4, 222:18, 224:15, 235:3, 235:16, 248:12,

251:16, 252:4
**pointed** [4] - 35:17, 49:25, 92:20, 95:2
**pointing** [2] - 199:2, 243:23
**points** [7] - 15:24, 17:4, 121:3, 183:24, 190:24, 220:6, 249:21
**pole** [1] - 6:15
**policy** [1] - 249:4
**polite** [1] - 62:1
**populate** [1] - 178:5
**portion** [6] - 55:15, 77:3, 180:5, 228:22, 257:1, 258:5
**portions** [7] - 9:10, 10:1, 10:8, 13:4, 13:9, 13:24, 14:6
**poses** [1] - 36:9
**position** [14] - 6:15, 25:19, 25:20, 25:21, 82:19, 99:24, 100:3, 108:2, 131:23, 152:5, 181:24, 189:25, 194:11, 204:8
**positive** [4] - 42:11, 42:16, 42:25, 43:2
**possession** [1] - 141:12
**possibility** [5] - 131:17, 135:7, 138:21, 161:13, 179:8
**possible** [3] - 62:24, 123:9, 124:7
**possibly** [1] - 225:19
**posthearing** [1] - 13:19
**potential** [3] - 42:4, 142:7, 169:19
**potentially** [1] - 129:6
**practice** [1] - 76:7
**practicing** [2] - 41:15, 257:19
**precise** [1] - 58:25
**predicting** [1] - 165:8
**predominantly** [1] - 177:23
**prefer** [2] - 9:19, 16:16
**preference** [3] - 12:12, 16:8, 16:17
**prefers** [1] - 237:24
**preliminary** [5] - 16:18, 16:20, 17:23, 19:19, 20:24
**premature** [1] - 197:21
**premise** [1] - 17:16
**Prepack** [1] - 192:9

**prepaid** [4] - 83:5, 153:9, 153:24, 154:19
**preparation** [2] - 7:4, 33:12
**prepare** [5] - 146:12, 146:14, 178:19, 210:24, 253:7
**Prepared** [1] - 72:11
**prepared** [17] - 16:15, 17:17, 20:9, 31:23, 31:24, 32:1, 32:16, 32:17, 67:21, 73:20, 168:16, 170:23, 246:10, 247:25, 249:21, 251:5, 253:4
**preparing** [1] - 12:10
**prepay** [3] - 83:1, 162:18, 163:2
**prepaying** [4] - 83:3, 153:15, 153:19, 154:18
**prepayment** [3] - 153:2, 162:25, 163:12
**prepays** [1] - 153:6
**present** [8] - 17:16, 18:3, 29:9, 29:11, 95:6, 147:4, 147:5, 175:25
**Present** [1] - 2:6
**presentation** [3] - 30:20, 173:7, 246:14
**presented** [3] - 38:15, 225:4, 252:4
**presenting** [1] - 173:5
**presently** [1] - 225:23
**presents** [1] - 55:4
**preserve** [1] - 77:20
**preserving** [1] - 100:6
**president** [1] - 113:7
**presiding** [1] - 6:4
**pressed** [1] - 252:12
**presumptively** [1] - 9:8
**pretexts** [1] - 200:1
**pretty** [5] - 107:22, 201:6, 218:25, 219:11, 240:25
**previous** [4] - 49:12, 49:13, 78:6, 213:22
**previously** [6] - 53:25, 73:13, 80:6, 83:6, 84:6, 222:22
**price** [8] - 107:20, 107:24, 232:15, 232:16, 232:20, 232:22, 232:24
**Pricewaterhouse** [1] - 244:14

**pricing** [8] - 9:11, 10:13, 11:2, 12:21, 186:18, 187:4, 187:6, 233:1
**principal** [3] - 112:23, 155:24, 156:2
**principle** [4] - 115:17, 115:19, 120:24, 236:24
**print** [12] - 149:23, 158:11, 176:11, 176:15, 176:18, 176:20, 178:4, 179:21, 191:15, 191:20, 230:14
**Printed** [2] - 6:5, 67:13
**PRINTED** [1] - 1:4
**printed** [3] - 148:1, 156:17, 239:16
**printing** [1] - 150:4
**printout** [2] - 239:20, 247:3
**printouts** [1] - 230:6
**private** [3] - 9:13, 28:24, 123:4
**privilege** [5] - 165:14, 221:15, 221:18, 222:3, 222:6
**problem** [11] - 12:3, 53:12, 85:14, 100:8, 135:20, 183:7, 184:7, 185:7, 185:10, 191:15, 191:17
**problematic** [1] - 171:4
**problems** [1] - 182:21
**procedure** [2] - 207:25, 258:2
**proceed** [16] - 48:2, 61:15, 62:24, 77:19, 79:7, 101:22, 110:21, 150:8, 167:25, 168:2, 168:17, 171:13, 172:16, 174:5, 203:3, 225:5
**proceeding** [3] - 66:15, 84:14, 258:6
**proceedings** [20] - 6:1, 51:21, 52:1, 59:10, 59:20, 60:6, 94:9, 98:8, 112:14, 149:14, 150:2, 150:5, 163:15, 166:18, 203:2, 211:6, 211:15, 238:19, 259:24, 260:3
**Proceedings** ...............

........................ [1] - 5:13
**process** [20] - 12:24, 48:21, 50:17, 62:19, 115:24, 122:1, 142:7, 157:11, 178:20, 178:21, 179:10, 197:5, 203:15, 206:2, 206:7, 206:11, 206:13, 217:7, 217:17
**produce** [5] - 43:23, 43:25, 44:4, 44:5, 178:19
**produced** [2] - 41:19, 41:21
**produces** [1] - 178:5
**producing** [1] - 178:13
**product** [23] - 40:22, 40:24, 41:19, 41:20, 41:21, 43:18, 43:24, 43:25, 44:3, 44:4, 44:6, 51:8, 54:5, 142:3, 142:8, 154:7, 178:6, 187:6, 188:6, 193:19, 231:9, 232:9, 232:11
**production** [4] - 155:11, 157:7, 158:23, 158:25
**products** [5] - 129:16, 141:7, 154:18, 228:4
**profession** [1] - 34:2
**professional** [4] - 33:16, 34:4, 124:18, 137:7
**profile** [2] - 203:13, 203:25
**profit** [1] - 188:11
**profitable** [1] - 187:12
**program** [1] - 239:20
**progress** [4] - 129:12, 216:17, 216:22, 216:23
**progressing** [1] - 18:4
**project** [1] - 204:6
**projected** [1] - 190:22
**promote** [1] - 227:24
**pronged** [1] - 196:21
**pronounce** [1] - 86:25
**proof** [1] - 251:14
**proper** [3] - 42:12, 99:17, 257:23
**properly** [1] - 251:6
**proportions** [1] - 10:10
**proposal** [1] - 238:5
**proposed** [10] - 13:12,

13:14, 14:17, 14:24, 14:25, 15:3, 15:9, 257:3, 257:8, 257:23
**proposition** [1] - 141:15
**Protection** [1] - 46:8
**protective** [1] - 11:15
**proudly** [1] - 6:13
**prove** [1] - 121:5
**provide** [25] - 71:22, 78:15, 116:7, 116:10, 117:18, 118:20, 121:5, 122:4, 122:8, 171:20, 173:2, 180:24, 181:8, 181:11, 186:18, 187:16, 189:6, 190:15, 196:24, 198:9, 198:14, 208:8, 208:9, 218:18, 251:18
**provided** [25] - 38:11, 54:6, 64:10, 67:18, 68:2, 71:2, 71:22, 122:11, 122:15, 143:12, 189:11, 189:20, 190:21, 192:25, 194:6, 198:17, 210:11, 211:23, 217:21, 218:2, 234:18, 245:9, 249:9, 250:24, 254:19
**provides** [3] - 70:20, 80:11, 80:15
**providing** [8] - 33:23, 64:13, 87:3, 93:16, 117:23, 117:25, 151:13, 188:22
**province** [9] - 32:21, 39:23, 40:21, 40:23, 46:6, 46:9, 46:15, 65:4, 155:21
**provision** [3] - 17:11, 76:3, 76:7
**PTH** [1] - 57:6
**public** [1] - 12:14
**Public** [1] - 71:9
**publicly** [5] - 12:13, 12:17, 196:24, 197:17, 198:5
**pull** [6] - 216:19, 218:3, 218:6, 219:14, 220:15, 223:17, 224:6
**pulled** [1] - 220:19
**pulling** [1] - 77:8
**purchase** [2] - 163:7, 163:12

**purchased** [2] - 153:10, 179:1
**purchases** [1] - 153:6
**purchasing** [3] - 54:8, 54:11, 179:8
**pure** [1] - 170:16
**purely** [1] - 77:20
**purpose** [8] - 36:25, 143:11, 171:7, 190:8, 190:10, 224:6, 229:16, 237:8
**purposes** [8] - 8:25, 21:9, 61:3, 111:18, 121:13, 121:16, 128:16, 129:6
**pursuant** [4] - 82:24, 151:6, 198:10, 210:15
**pursuing** [1] - 186:23
**pushing** [1] - 9:2
**put** [30] - 14:21, 17:17, 38:1, 39:24, 44:20, 52:12, 60:24, 104:9, 105:12, 105:17, 109:24, 117:1, 121:9, 162:24, 170:23, 171:9, 172:21, 173:9, 201:24, 211:14, 213:7, 229:17, 230:5, 231:8, 239:6, 239:19, 246:8, 246:18, 247:13, 247:18
**putting** [4] - 131:15, 169:10, 253:8, 254:12

## Q

**Q1** [5] - 31:19, 32:9, 208:14, 210:16, 211:23
**Q1s** [1] - 31:23
**Q2** [5] - 32:9, 208:14, 210:17, 211:23, 215:2
**Q2s** [1] - 31:23
**Q3** [4] - 32:9, 38:22, 208:14, 210:17
**Q3s** [1] - 31:23
**qualify** [1] - 79:12
**quality** [5] - 184:9, 232:9, 232:11, 232:13
**quarter** [3] - 40:3, 40:6, 134:14
**Quarter** [3] - 246:25, 247:1
**quarterback** [1] -

198:24
**quarterbacks** [1] -
198:25
**quarterlies** [6] -
212:11, 214:7,
217:13, 218:14,
246:13, 251:18
**quarterly** [4] - 31:19,
38:18, 90:5, 133:9
**quarters** [4] - 133:10,
133:11, 246:25,
247:15
**questioning** [12] -
15:24, 48:3, 73:19,
77:23, 98:11, 98:18,
110:8, 149:6, 174:5,
226:12, 239:18,
243:17
**questions** [35] - 22:15,
23:4, 30:3, 30:4,
30:9, 32:25, 62:24,
64:1, 78:6, 78:17,
83:18, 84:3, 84:16,
85:2, 85:21, 89:10,
93:24, 96:1, 107:10,
108:10, 124:15,
161:19, 163:23,
178:23, 195:7,
195:10, 195:13,
196:8, 199:12,
202:11, 217:8,
231:24, 250:12,
252:7, 258:1
**quick** [5] - 86:11, 96:9,
164:7, 243:17, 244:4
**quickly** [11] - 23:8,
54:18, 150:25,
160:11, 199:14,
200:6, 201:20,
214:13, 214:16,
239:12, 244:11
**quite** [11] - 40:6,
68:19, 84:9, 86:16,
87:13, 89:21, 98:15,
144:9, 154:24,
189:14, 201:23
**quo** [1] - 225:8
**quote** [12] - 48:1,
93:20, 116:17,
116:19, 130:3,
151:21, 168:24,
169:24, 258:17,
258:19, 258:22

**R**

**R&Rs** [1] - 257:23
**radios** [1] - 177:21
**raise** [7] - 21:12,
21:16, 22:9, 23:9,

61:5, 139:14, 242:24
**raised** [5] - 85:2,
85:12, 90:15, 195:14
**raising** [4] - 42:14,
77:8, 85:21
**ran** [3] - 50:4, 151:21,
172:1
**Randy** [1] - 18:1
**ranking** [1] - 190:4
**rapidly** [1] - 209:24
**rate** [3] - 60:19, 61:4,
61:12
**rather** [6] - 43:1, 61:5,
171:19, 183:11,
201:16, 235:10
**ratios** [4] - 247:16,
248:12, 248:23
**raw** [7] - 84:23,
129:13, 129:16,
141:10, 142:10,
191:11, 192:7
**re** [1] - 162:21
**re-cancellation** [1] -
162:21
**reach** [2] - 185:4,
185:18
**reached** [1] - 99:12
**read** [18] - 16:16, 27:6,
44:22, 53:3, 54:18,
55:2, 55:13, 55:15,
68:19, 85:10, 132:7,
220:20, 220:23,
221:2, 221:4,
228:20, 228:22
**reading** [4] - 93:20,
150:25, 221:9,
221:11
**ready** [6] - 96:5, 199:2,
216:19, 225:10,
225:11, 225:12
**real** [1] - 239:11
**realized** [1] - 176:11
**really** [19] - 7:8, 10:2,
10:5, 75:4, 85:10,
88:7, 88:9, 144:22,
154:20, 168:18,
185:8, 188:19,
193:1, 206:5,
224:20, 231:17,
236:5, 236:6, 250:6
**reason** [14] - 9:18,
36:8, 100:3, 114:25,
144:20, 180:18,
187:4, 191:9,
195:11, 206:5,
206:9, 220:10,
250:23, 251:11
**reasonable** [5] -
129:5, 135:7,
154:13, 168:22,

169:11
**reasons** [8] - 9:9,
9:17, 43:13, 43:15,
57:2, 158:2, 172:14,
185:7
**rebuttal** [2] - 19:14,
174:8
**recalled** [1] - 241:2
**recap** [6] - 145:16,
145:17, 145:25,
146:16, 146:22,
233:14
**recapping** [1] - 43:12
**receivable** [22] - 30:7,
75:25, 76:4, 76:9,
81:4, 81:9, 81:12,
81:14, 81:16, 81:18,
95:11, 95:12,
127:20, 128:5,
137:22, 138:2,
138:5, 138:18,
138:25, 162:22,
162:23, 184:8
**Receivable** [1] -
127:24
**receivables** [11] -
54:4, 54:5, 75:23,
76:19, 81:22,
139:13, 140:11,
140:13, 140:17,
193:13, 248:16
**receive** [5] - 109:23,
120:10, 120:13,
154:15, 174:22
**received** [6] - 172:12,
184:2, 189:19,
210:22, 220:16,
251:9
**receiving** [2] - 116:16,
116:22
**recently** [1] - 58:11
**recess** [7] - 66:21,
96:4, 96:7, 97:5,
166:8, 238:17,
259:20
**recitation** [1] - 244:4
**recognize** [5] - 109:2,
125:22, 226:24,
227:7, 245:25
**recollect** [15] - 203:14,
207:9, 209:1,
209:20, 212:21,
213:4, 217:2, 221:9,
221:11, 222:9,
227:16, 227:17,
234:5, 234:23
**recollection** [8] -
15:19, 107:4,
206:22, 207:11,
207:13, 207:18,

227:19, 227:20
**recommendation** [12]
- 12:8, 12:11, 12:13,
12:18, 12:22, 13:8,
13:10, 13:13, 14:15,
14:24, 257:3, 257:9
**recommendations** [5]
- 14:3, 14:6, 14:17,
15:3, 15:9
**reconvene** [2] - 145:1,
222:17
**record** [26] - 15:5,
38:21, 55:16, 61:10,
66:5, 66:6, 66:9,
66:14, 77:20, 96:10,
96:11, 96:14, 96:15,
99:17, 102:6,
121:16, 166:14,
166:19, 171:22,
172:22, 228:23,
240:18, 241:16,
243:5, 243:8, 257:23
**recorded** [1] - 90:1
**records** [3] - 63:24,
64:3, 213:16
**recoup** [5] - 187:3,
187:7, 188:4, 188:7,
202:7
**recouped** [1] - 187:10
**recover** [2] - 152:23,
248:16
**recoverability** [3] -
76:2, 76:6, 76:12
**recruited** [2] - 204:7,
204:8
**recruitment** [1] -
203:15
**rectangle** [1] - 75:7
**recycled** [1] - 142:5
**red** [2] - 191:3, 245:11
**redact** [1] - 10:3
**redacted** [1] - 10:8,
10:16, 10:19, 11:6,
11:20, 12:23, 13:4,
13:12, 13:15, 14:2,
14:7
**redaction** [1] - 13:25
**redactions** [1] - 14:7
**Redirect** [2] - 3:6, 3:8
**redirect** [5] - 15:23,
94:2, 98:13, 98:17,
160:9, 161:23,
237:10, 243:21
**REDIRECT** [3] - 94:18,
162:2, 241:13
**reduced** [1] - 232:21
**refer** [11] - 38:2, 38:22,
59:2, 67:8, 67:15,
114:7, 117:14,
117:16, 121:14,

125:10, 166:12
**reference** [6] - 12:19,
13:2, 40:18, 77:17,
170:7, 196:4
**referenced** [1] - 155:3
**references** [2] -
170:11, 257:25
**referencing** [1] -
166:20
**referred** [4] - 35:14,
55:15, 194:25,
228:22
**referring** [10] - 10:22,
25:13, 31:13, 38:24,
68:2, 74:14, 80:1,
158:7, 158:24,
184:25
**refiled** [1] - 10:19
**reflect** [4] - 131:13,
171:22, 227:14,
227:21
**reflected** [2] - 94:25,
136:15
**reflects** [1] - 135:22
**reformat** [1] - 247:12
**refresh** [5] - 207:11,
207:13, 207:18,
227:19, 227:20
**regard** [1] - 108:2
**regarding** [14] - 27:15,
27:25, 46:4, 46:16,
53:5, 75:23, 99:10,
103:10, 190:13,
194:22, 195:7,
195:20, 201:19,
213:15
**regardless** [4] - 16:22,
17:18, 168:17, 183:1
**regards** [2] - 19:6,
63:10
**registered** [1] - 32:22
**regularity** [1] - 114:12
**regulations** [2] -
33:18, 46:15
**regulatory** [1] - 46:25
**related** [8] - 30:6,
105:2, 105:4,
106:16, 113:17,
113:19, 208:4,
252:11
**relationship** [25] -
27:25, 87:3, 88:6,
147:22, 156:25,
180:17, 181:22,
182:2, 209:12,
209:16, 223:8,
225:19, 225:22,
227:22, 227:23,
227:24, 231:14,
231:18, 232:2,

234:17, 234:20, 235:10, 235:11, 235:13
**relationships** [1] - 87:7
**relatively** [7] - 80:12, 80:16, 81:8, 81:11, 81:17, 128:5, 244:11
**release** [1] - 107:17
**relevance** [4] - 20:8, 100:7, 189:13, 189:15
**relevant** [4] - 15:25, 100:9, 176:15, 188:15
**rely** [2] - 12:16, 15:12
**relying** [1] - 15:11
**remain** [8] - 11:5, 13:4, 15:10, 15:14, 19:3, 41:12, 99:6, 186:2
**remainder** [2] - 199:5, 236:11
**remaining** [1] - 202:15
**remains** [2] - 242:13, 259:19
**remedy** [1] - 225:18
**remember** [68] - 21:22, 28:16, 30:4, 42:23, 43:1, 43:4, 53:20, 57:10, 57:20, 58:1, 58:3, 76:16, 84:2, 84:9, 85:1, 85:3, 85:5, 85:8, 85:10, 85:14, 86:15, 86:16, 86:21, 88:15, 89:3, 89:7, 89:18, 89:21, 89:22, 89:24, 90:2, 92:18, 98:16, 103:17, 103:20, 103:23, 104:1, 104:12, 104:24, 109:22, 116:25, 117:2, 122:3, 122:13, 145:10, 145:14, 145:23, 145:24, 146:7, 148:11, 153:12, 154:10, 157:24, 162:14, 206:25, 208:2, 208:5, 208:7, 242:21, 245:5, 255:1, 255:2, 255:6, 255:9, 255:11
**reminded** [1] - 258:17
**remove** [1] - 13:8
**removed** [3] - 51:9, 77:13, 161:6
**RENB** [1] - 58:22
**renew** [2] - 173:12,

258:9
**renewed** [1] - 258:14
**renminbi** [1] - 58:19
**Renminbi** [1] - 58:21
**repay** [1] - 181:12
**repeat** [21] - 26:12, 36:20, 43:19, 54:9, 76:4, 79:15, 79:20, 88:8, 93:5, 109:7, 114:16, 124:4, 124:5, 127:21, 131:20, 132:13, 132:16, 134:4, 140:6, 140:7, 212:8
**repeatedly** [1] - 122:10
**repeating** [1] - 26:22
**rephrase** [4] - 54:24, 131:21, 195:16, 223:24
**replacement** [1] - 60:9
**report** [43] - 12:8, 12:10, 12:12, 12:18, 12:22, 13:7, 13:10, 13:12, 14:2, 14:6, 14:14, 14:17, 14:24, 15:1, 15:9, 35:4, 35:9, 35:17, 36:2, 38:23, 69:16, 69:17, 71:5, 71:7, 75:6, 90:19, 95:12, 106:23, 107:9, 108:6, 108:9, 185:5, 190:21, 214:17, 251:2, 252:8, 252:18, 257:3, 257:8
**REPORTED** [1] - 2:7
**reported** [1] - 90:10
**Reporter** [4] - 2:8, 132:14, 228:20, 260:8
**reporter** [11] - 25:10, 55:13, 55:15, 55:23, 88:8, 112:18, 136:5, 175:2, 228:22, 238:8, 245:11
**REPORTER** [9] - 64:15, 64:17, 73:24, 95:14, 114:16, 132:11, 132:16, 170:3, 227:10
**Reporter's** [1] - 5:13
**reporters** [1] - 136:5
**reports** [7] - 15:3, 31:19, 33:13, 38:18, 106:24, 107:1, 107:3
**represent** [2] - 192:13, 192:14
**representations** [1] - 252:8

**representative** [7] - 8:13, 18:1, 18:15, 18:21, 18:22, 69:9, 111:19
**represented** [2] - 93:19, 227:18
**representing** [1] - 156:19
**request** [11] - 11:15, 18:25, 19:6, 104:12, 108:2, 150:3, 189:10, 198:10, 208:4, 220:5, 222:8
**requested** [6] - 64:11, 88:8, 122:10, 143:14, 208:1, 220:10
**requesting** [2] - 16:9, 122:1
**requests** [1] - 185:13
**require** [9] - 62:20, 122:7, 122:15, 163:12, 186:18, 204:23, 204:24, 205:2, 205:18
**required** [14] - 18:25, 46:19, 46:22, 163:2, 171:16, 187:16, 200:10, 200:11, 206:12, 206:13, 208:13, 210:16, 217:19, 251:23
**requirement** [4] - 46:7, 46:25, 56:9, 92:9
**requirements** [2] - 116:6, 248:21
**rescinded** [1] - 161:7
**research** [1] - 234:25
**reserve** [6] - 172:21, 173:9, 173:11, 236:11, 236:20, 258:13
**reserving** [2] - 20:7, 20:8
**resist** [1] - 192:9
**resolution** [1] - 17:2
**resolve** [1] - 65:25
**resource** [3] - 44:12, 90:18, 91:11
**resources** [1] - 45:25
**respect** [1] - 104:18
**respectful** [1] - 209:15
**respond** [1] - 48:3
**responded** [1] - 145:19
**response** [12] - 14:10, 16:19, 34:24, 47:20, 78:5, 104:16, 145:23, 146:8,

146:9, 146:12, 146:14, 171:14
**responsibility** [3] - 11:6, 11:19, 251:1
**responsible** [2] - 67:17, 67:23
**rest** [2] - 63:14, 176:13
**restart** [1] - 43:19
**restate** [2] - 87:18, 256:6
**restricted** [1] - 34:1
**restriction** [1] - 91:23
**restrictions** [1] - 34:4
**restructure** [1] - 203:23
**restructuring** [3] - 203:19, 203:20, 203:22
**result** [7] - 115:16, 139:5, 199:16, 209:25, 224:10, 224:24, 246:21
**results** [2] - 246:9, 249:6
**resumes** [1] - 237:19
**retrieve** [1] - 259:22
**return** [3] - 212:18, 238:21, 241:1
**returned** [2] - 180:7, 238:24
**returns** [1] - 47:9
**reveal** [2] - 107:8, 108:8
**revenue** [2] - 53:23, 177:5
**revenues** [1] - 249:5
**review** [26] - 34:8, 63:24, 68:15, 71:21, 71:24, 122:2, 122:11, 124:11, 178:16, 178:22, 179:11, 190:9, 190:11, 190:12, 190:19, 190:20, 190:21, 196:2, 199:16, 209:1, 213:15, 216:23, 245:2, 251:17, 252:3
**reviewed** [7] - 16:5, 73:13, 190:23, 190:24, 253:25, 254:1
**reviewing** [4] - 129:6, 178:13, 212:22, 244:18
**revised** [6] - 15:13, 103:18, 104:6, 109:11, 153:23, 210:8
**revisit** [1] - 99:23

**Reynolds** [1] - 244:14
**Rica** [2] - 179:14, 179:17
**Richard** [6] - 2:6, 6:23, 6:25, 7:3, 7:15, 29:16
**right-hand** [5] - 39:5, 70:3, 72:13, 72:24, 78:13
**rise** [9] - 6:2, 66:22, 96:8, 97:4, 98:3, 166:7, 166:9, 238:16, 238:18
**Rishi** [28] - 3:11, 8:12, 29:22, 52:18, 53:9, 54:18, 57:20, 83:23, 104:22, 104:25, 106:19, 107:25, 173:16, 173:25, 184:2, 213:22, 213:25, 221:3, 241:2, 252:13, 252:14, 253:20, 253:23, 254:4, 254:15, 254:20, 255:4, 255:7
**RISHI** [2] - 8:18, 173:20
**Risk** [1] - 86:4
**risk** [29] - 36:9, 45:23, 50:23, 57:25, 58:2, 77:5, 78:25, 79:1, 116:18, 119:3, 120:3, 139:1, 153:4, 169:19, 187:19, 188:16, 194:19, 205:11, 205:14, 209:9, 213:1, 223:15, 224:5, 227:25, 228:2, 235:4
**risks** [4] - 85:24, 86:2, 170:20, 199:22
**RM** [1] - 210:7
**RMA** [6] - 16:25, 17:3, 104:11, 104:13, 104:14, 210:6
**RMB** [16] - 59:3, 59:6, 60:15, 61:13, 72:17, 73:1, 134:16, 134:24, 137:15, 137:24, 141:2, 172:13, 234:22, 255:14, 256:3, 256:9
**RMBs** [3] - 75:14, 249:3, 249:6
**Roasters** [3] - 164:23, 165:5, 166:25
**Robert** [1] - 21:4
**Roberts** [2] - 257:14, 257:15

**Roger** [34] - 3:5, 21:7, 25:9, 25:11, 25:19, 27:18, 29:6, 31:12, 31:20, 32:24, 34:14, 34:22, 35:12, 36:3, 36:6, 38:1, 38:8, 39:8, 39:9, 43:12, 43:18, 43:20, 49:1, 50:19, 52:12, 53:17, 55:2, 55:19, 56:23, 58:15, 61:17, 65:8, 94:20, 95:25
**ROGER** [1] - 23:19
**Roger's** [1] - 48:9
**ROK** [49] - 47:3, 47:6, 47:13, 47:17, 49:17, 50:1, 50:4, 50:6, 86:12, 147:17, 147:23, 147:24, 147:25, 148:8, 148:12, 151:21, 151:23, 152:1, 152:5, 152:6, 152:11, 152:14, 152:17, 152:19, 152:24, 159:7, 180:10, 182:3, 182:5, 182:9, 182:11, 182:13, 183:5, 183:7, 183:12, 183:13, 183:23, 184:3, 184:8, 184:15, 185:1, 185:5, 185:9, 185:14, 185:22
**ROK's** [2] - 161:16, 184:16
**role** [4] - 33:13, 49:7, 103:2, 190:2
**rolling** [1] - 18:11
**roman** [4] - 35:20, 126:24, 127:5, 129:22
**room** [6] - 131:17, 135:6, 161:12, 190:22, 207:2, 207:4
**ROSENTHAL** [105] - 1:21, 8:8, 10:21, 11:22, 16:15, 17:4, 17:6, 17:9, 18:23, 20:5, 20:17, 20:25, 26:11, 26:14, 30:19, 31:6, 34:23, 36:19, 37:10, 37:20, 41:23, 42:21, 47:7, 47:11, 47:16, 48:11, 51:23, 52:6, 54:22, 59:16, 61:7, 65:13, 66:11, 67:5, 69:18, 69:22, 73:11, 74:9, 74:10,

75:19, 76:23, 77:20, 77:22, 79:8, 79:20, 79:21, 80:25, 81:2, 85:25, 86:3, 86:17, 87:15, 87:18, 87:21, 88:11, 88:13, 88:14, 92:5, 93:24, 98:4, 98:23, 99:4, 100:5, 100:13, 101:10, 106:3, 108:20, 147:10, 147:13, 164:4, 165:24, 166:4, 168:5, 168:8, 170:4, 171:3, 171:6, 172:20, 173:8, 202:16, 202:20, 216:6, 237:18, 237:24, 238:6, 238:22, 239:2, 239:11, 242:20, 242:23, 243:13, 243:22, 244:1, 245:20, 245:22, 247:5, 247:11, 247:23, 249:15, 249:19, 250:12, 253:1, 256:5, 258:4, 258:8
**Rosenthal** [29] - 3:6, 3:13, 8:9, 16:14, 25:13, 30:17, 42:20, 52:5, 59:17, 60:23, 61:2, 66:8, 67:2, 67:8, 77:2, 77:18, 94:20, 94:22, 94:24, 99:11, 99:24, 100:25, 110:13, 166:11, 166:15, 172:18, 236:12, 238:10, 243:11
**Rosenthal's** [1] - 47:15
**rough** [2] - 61:8, 234:11
**roughly** [5] - 64:6, 86:15, 95:20, 138:2, 177:7
**routinely** [1] - 9:21
**row** [1] - 133:22
**Row** [1] - 133:22
**RPR** [2] - 2:7, 260:7
**rule** [9] - 12:14, 19:1, 22:24, 99:1, 174:11, 258:11, 259:14, 259:15, 259:17
**Rule** [1] - 48:12
**ruled** [1] - 9:22
**rules** [3] - 33:19, 123:16, 257:5
**ruling** [9] - 10:12,

10:18, 11:21, 12:15, 98:16, 168:17, 172:21, 173:11, 258:13
**rulings** [5] - 11:4, 12:14, 12:17, 13:20, 123:18
**run** [7] - 50:24, 51:4, 51:18, 176:3, 178:14, 198:25, 233:6
**running** [2] - 45:24, 50:24
**rushing** [3] - 171:6, 238:8, 249:20

**S**

**safe** [1] - 259:8
**sales** [7] - 7:23, 80:12, 80:16, 103:3, 103:4, 139:4, 140:1
**salvage** [1] - 235:12
**salvaged** [1] - 142:16
**sanctions** [1] - 77:14
**sandwich** [1] - 167:1
**save** [1] - 105:23
**savings** [1] - 177:12
**saw** [14] - 57:24, 77:3, 77:18, 84:12, 85:11, 98:4, 105:1, 128:24, 129:11, 137:8, 248:24, 249:7, 251:3, 252:8
**schedule** [2] - 185:4, 240:15
**school** [1] - 27:4
**scope** [1] - 139:18
**scrap** [2] - 57:13, 142:4
**scrapped** [2] - 191:21, 192:5
**scratch** [5] - 34:8, 40:18, 47:5, 177:15, 236:19
**screen** [3] - 190:23, 227:1, 227:18
**scribbling** [1] - 13:22
**seal** [18] - 9:6, 9:10, 9:16, 9:18, 9:21, 10:1, 10:9, 10:12, 10:16, 10:17, 10:18, 10:25, 11:12, 11:13, 12:4, 12:19, 12:20, 13:11
**sealed** [2] - 11:9, 13:3
**sealing** [1] - 12:24
**season** [2] - 114:22, 114:23
**seasoned** [1] - 7:11

**seat** [1] - 174:2
**seated** [7] - 6:8, 8:23, 23:23, 66:23, 98:6, 166:10, 238:20
**seating** [1] - 6:12
**seats** [1] - 96:6
**Second** [1] - 1:14
**second** [20] - 6:11, 35:3, 35:16, 35:21, 36:13, 64:22, 74:6, 89:16, 94:3, 94:5, 109:10, 109:11, 117:24, 163:14, 171:1, 213:20, 215:6, 215:16, 251:3
**secondary** [1] - 209:2
**seconds** [2] - 19:10, 197:20
**secret** [2] - 12:14, 51:1
**Section** [5] - 126:24, 151:6, 169:15, 169:21, 170:2
**section** [7] - 36:2, 95:7, 126:24, 127:19, 128:1, 129:10, 129:21
**SECURITY** [7] - 20:23, 96:8, 97:4, 166:7, 166:9, 228:15, 238:16
**security** [2] - 9:13, 50:8
**see** [137] - 13:3, 13:17, 19:16, 20:15, 32:14, 39:4, 39:5, 39:15, 40:13, 44:20, 45:16, 45:19, 45:21, 46:2, 52:20, 53:1, 53:5, 53:6, 56:19, 56:22, 57:6, 59:3, 59:14, 59:18, 60:16, 62:21, 65:10, 69:4, 71:8, 72:7, 73:1, 73:15, 73:16, 75:6, 75:9, 75:12, 77:2, 77:12, 77:18, 78:23, 81:3, 83:25, 84:7, 84:24, 89:16, 98:22, 99:5, 101:6, 101:16, 104:22, 109:14, 111:13, 117:23, 118:2, 118:6, 118:9, 118:15, 118:16, 120:4, 126:10, 127:1, 127:4, 127:5, 127:8, 127:12, 127:13, 127:20, 127:24, 128:2, 128:6, 128:13, 129:10, 129:23,

130:1, 130:4, 133:14, 133:17, 133:23, 133:25, 134:3, 134:10, 134:11, 134:19, 136:21, 137:1, 137:6, 140:25, 150:17, 151:8, 151:24, 153:7, 154:25, 155:5, 155:16, 156:18, 157:4, 183:20, 183:25, 184:5, 184:11, 184:18, 185:11, 191:2, 191:12, 205:15, 213:8, 213:16, 214:3, 214:17, 214:25, 215:2, 215:4, 215:8, 215:10, 215:16, 215:22, 215:24, 216:5, 216:8, 216:13, 223:4, 223:7, 224:11, 224:13, 226:15, 226:22, 227:4, 230:20, 231:5, 238:15, 245:23, 246:7, 248:17, 252:7, 257:21, 259:5
**seeing** [2] - 212:6, 258:14
**seeking** [11] - 10:15, 11:5, 11:8, 18:18, 37:6, 48:5, 48:8, 105:24, 105:25, 226:5, 233:3
**seem** [4] - 60:4, 129:5, 151:16, 230:10
**sees** [1] - 165:19
**sell** [3] - 57:15, 57:17, 188:6
**selling** [2] - 176:18, 176:20
**sells** [2] - 148:12, 178:3
**send** [13] - 63:14, 103:18, 104:8, 104:20, 104:23, 108:1, 145:23, 146:7, 152:19, 183:6, 183:12, 248:1, 254:16
**sending** [2] - 183:12
**sense** [8] - 11:21, 28:25, 47:24, 62:10, 79:3, 131:16, 136:9, 186:22
**sensitive** [1] - 11:2

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

**sent** [8] - 63:12, 63:16, 84:7, 145:16, 146:10, 210:9, 210:13, 253:20

**sentence** [8] - 12:23, 13:2, 24:21, 28:19, 41:18, 63:6, 78:21, 215:25

**sentences** [7] - 10:3, 14:1, 28:16, 28:21, 61:24, 62:19, 62:25

**separate** [10] - 44:17, 46:5, 46:10, 46:24, 47:2, 49:18, 74:2, 148:5, 192:11, 231:24

**separately** [1] - 46:18

**September** [4] - 123:3, 203:7, 203:8, 244:3

**sequestered** [2] - 18:3, 255:14

**sequestration** [4] - 17:24, 19:1, 99:1, 174:11

**SERENA** [1] - 8:5

**Serena** [2] - 2:6, 8:2

**service** [2] - 200:16, 200:17

**Services** [1] - 1:17

**services** [1] - 78:12

**session** [1] - 6:3

**set** [11] - 20:13, 21:1, 31:17, 44:17, 46:4, 46:10, 46:18, 94:15, 156:4, 239:4, 239:14

**sets** [3] - 31:12, 155:18, 203:24

**setting** [1] - 46:24

**settle** [3] - 121:4, 130:25, 236:24

**settled** [3] - 103:14, 110:2, 120:24

**settlement** [64] - 15:13, 16:25, 17:10, 38:12, 38:15, 103:10, 103:18, 103:24, 104:1, 104:6, 104:19, 109:9, 109:25, 115:1, 115:4, 115:7, 115:17, 115:21, 115:24, 116:3, 116:6, 116:14, 116:15, 116:23, 121:16, 121:22, 153:22, 159:25, 160:16, 160:22, 169:15, 169:16, 170:18, 186:5, 186:11, 186:17,

186:23, 189:5, 193:10, 195:5, 195:24, 198:19, 199:19, 200:7, 201:22, 208:10, 208:13, 208:16, 208:23, 208:25, 209:10, 209:11, 209:18, 209:19, 210:4, 210:14, 210:15, 218:9, 225:5, 232:18, 236:18, 250:9, 250:11

**Settlement** [1] - 118:15

**seven** [3] - 33:3, 61:4, 238:12

**several** [15] - 109:19, 109:22, 114:23, 115:25, 153:13, 153:14, 169:17, 179:9, 183:8, 191:4, 192:19, 247:19, 248:23, 257:14, 259:13

**shade** [1] - 202:24

**shaking** [1] - 77:7

**share** [3] - 120:20, 133:2, 164:17

**shared** [1] - 56:20

**shareholders** [1] - 91:5

**shares** [2] - 180:9, 182:7

**sheet** [17] - 38:22, 38:24, 39:3, 69:5, 90:7, 121:8, 121:16, 133:14, 133:17, 133:19, 135:2, 169:13, 169:23, 170:6, 170:12, 193:2, 246:22

**sheets** [1] - 200:12

**shelf** [8] - 129:18, 141:8, 191:19, 192:3, 192:6, 192:8, 192:9, 192:10

**shell** [1] - 51:1

**shift** [1] - 75:22

**ship** [2] - 154:8, 232:11

**shipment** [2] - 155:12, 155:15

**shipped** [5] - 154:7, 154:9, 154:11, 154:12

**shipping** [1] - 155:3

**short** [12] - 36:9, 57:25, 120:2,

152:20, 170:21, 191:7, 191:8, 199:15, 223:15, 255:22, 256:14

**short-term** [5] - 120:2, 191:7, 191:8, 255:22

**shortage** [3] - 194:20, 248:13, 256:12

**shortages** [4] - 53:6, 85:8, 180:3, 180:13

**shortcut** [1] - 85:16

**shorten** [1] - 224:1

**shortened** [1] - 163:5

**shorter** [3] - 28:21, 257:17, 258:21

**shot** [1] - 227:1

**show** [24] - 38:15, 38:20, 38:21, 39:11, 76:8, 76:21, 89:25, 90:18, 91:2, 95:13, 95:14, 120:2, 128:25, 168:12, 168:19, 168:20, 170:15, 171:21, 172:9, 172:11, 189:2, 197:4, 203:25, 247:2

**showed** [2] - 194:7, 195:25

**shown** [1] - 105:21

**shows** [4] - 39:11, 56:7, 81:21, 248:16

**shred** [1] - 120:8

**shut** [3] - 158:24, 159:1, 172:25

**sic]** [1] - 64:16

**side** [17] - 11:13, 14:4, 14:16, 15:22, 16:6, 16:7, 18:14, 71:9, 72:11, 77:12, 78:13, 98:11, 133:21, 144:15, 146:3, 169:10, 181:24

**sidebar** [2] - 66:15, 66:16

**sided** [5] - 43:24, 43:25, 44:4, 44:6

**sides** [4] - 100:7, 170:19, 171:17, 258:22

**sign** [10] - 69:15, 69:16, 69:23, 70:1, 104:20, 104:23, 209:21, 210:4, 210:6, 236:18

**signage** [2] - 227:15, 230:20

**signal** [1] - 77:6

**signature** [15] - 14:18, 14:21, 70:23, 70:24,

71:6, 71:10, 71:14, 106:17, 109:12, 109:14, 109:15, 109:16, 150:18, 151:4, 257:4

**signatures** [4] - 70:25, 71:16, 104:1, 107:11

**signed** [28] - 34:12, 68:22, 68:24, 68:25, 69:2, 69:12, 69:13, 71:2, 91:18, 91:24, 103:17, 104:5, 104:25, 106:18, 106:19, 106:22, 118:25, 126:13, 148:19, 148:20, 148:23, 151:12, 210:9, 210:11, 250:25, 251:1, 251:15

**significance** [1] - 256:1

**significant** [14] - 12:6, 40:6, 76:1, 76:5, 76:11, 80:6, 92:14, 93:12, 93:13, 93:21, 130:4, 130:21, 131:10, 256:12

**Signoger** [1] - 140:14

**silver** [1] - 200:16

**similar** [2] - 46:12, 101:2

**simple** [1] - 222:4

**simply** [9] - 14:21, 15:20, 95:2, 99:20, 170:20, 172:1, 197:25, 199:2, 239:16

**Sinai** [1] - 168:23

**sincerely** [1] - 113:2

**single** [6] - 9:22, 13:2, 99:19, 166:1, 246:16

**sister** [1] - 147:16

**sit** [10] - 7:5, 7:7, 18:15, 30:1, 146:21, 181:21, 224:22, 225:17, 236:14, 241:9

**sitting** [7] - 78:9, 98:22, 110:5, 129:17, 141:8, 176:12, 207:1

**situation** [5] - 56:8, 159:14, 235:20, 247:17, 256:17

**six** [6] - 33:3, 63:12, 66:19, 176:3, 231:18, 232:3

**sixth** [1] - 171:1

**size** [3] - 28:2, 92:10,

177:5

**sized** [1] - 239:13

**skill** [1] - 203:24

**skills** [1] - 203:18

**skip** [1] - 129:20

**skipping** [1] - 216:3

**sleep** [1] - 145:2

**sleeve** [2] - 37:20, 101:2

**slightly** [1] - 65:22

**slow** [2] - 62:2, 114:23

**slowdown** [4] - 158:5, 158:14, 162:13, 162:16

**slower** [2] - 114:17, 132:12

**slowly** [9] - 6:13, 23:10, 23:17, 28:25, 150:24, 151:17, 175:1, 245:10

**small** [10] - 53:22, 54:11, 55:3, 56:7, 79:10, 79:11, 79:23, 80:4, 142:16, 194:16

**snapshot** [1] - 169:13

**social** [1] - 9:13

**sold** [6] - 141:13, 141:16, 141:17, 141:21, 180:5

**sole** [3] - 116:17, 168:19, 187:18

**solely** [1] - 20:4

**solemnly** [1] - 21:17

**solid** [1] - 171:19

**solvent** [1] - 172:12

**someone** [15] - 57:18, 114:15, 114:21, 138:5, 139:11, 140:9, 142:1, 142:4, 143:1, 159:22, 203:16, 204:5, 206:24, 251:11, 255:5

**sometime** [2] - 182:9, 194:6

**sometimes** [9] - 59:3, 114:7, 138:11, 139:7, 140:16, 141:16, 142:18, 142:19, 232:13

**somewhat** [3] - 123:11, 178:9, 203:18

**somewhere** [3] - 75:16, 129:18, 195:1

**son** [3] - 113:8, 113:18, 181:20

**soon** [1] - 165:9

**sorry** [61] - 19:2, 20:10, 21:5, 21:13,

January 13, 2023

30

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

21:14, 24:4, 25:22, 26:11, 26:18, 30:22, 34:23, 35:2, 36:19, 37:10, 37:13, 50:2, 54:9, 58:13, 58:20, 60:21, 64:15, 65:9, 68:19, 71:12, 73:9, 74:1, 76:23, 79:14, 79:17, 87:13, 87:16, 92:2, 93:5, 94:4, 95:14, 106:7, 110:8, 114:16, 124:4, 127:4, 132:2, 132:11, 132:14, 136:3, 136:7, 151:19, 170:3, 174:25, 179:3, 191:8, 191:24, 209:23, 212:8, 216:6, 221:16, 227:10, 228:8, 233:3, 243:4, 258:19

**sort** [10] - 9:1, 17:15, 51:1, 147:19, 152:8, 164:15, 190:19, 194:17, 214:10, 259:16

**sought** [2] - 234:15, 234:16

**sound** [1] - 171:19

**sounded** [1] - 6:25

**sounds** [9] - 41:1, 61:20, 205:13, 207:21, 210:20, 222:6, 228:19, 235:6, 235:21

**sources** [1] - 169:17

**sourcing** [1] - 51:10

**south** [1] - 165:18

**South** [5] - 2:3, 164:12, 166:23, 166:25, 259:9

**Southeast** [1] - 1:22

**SOUTHERN** [1] - 1:1

**Southern** [3] - 113:21, 113:22, 176:18

**spaced** [4] - 257:5, 257:8, 257:10, 257:21

**spacing** [2] - 257:6, 257:7

**speaking** [11] - 7:14, 9:6, 23:8, 24:25, 41:10, 78:8, 79:16, 122:7, 122:15, 139:16, 257:14

**speaks** [2] - 28:17, 42:7

**specific** [4] - 9:22, 12:20, 42:11, 77:17

**specifically** [3] - 9:9, 102:10, 191:15

**specifics** [1] - 238:4

**spell** [8] - 8:3, 64:15, 73:24, 74:4, 102:6, 112:17, 175:1, 243:7

**spelled** [1] - 174:1

**spelling** [2] - 8:17, 173:24

**spend** [2] - 236:10, 259:3

**split** [1] - 15:7

**splitting** [1] - 257:22

**spoken** [1] - 61:1

**spread** [2] - 202:8, 246:22

**spreadsheets** [2] - 239:16, 247:4

**square** [1] - 71:10

**squeaking** [1] - 9:1

**srosenthal@ podhurst.com** [1] - 1:24

**stability** [2] - 121:5, 217:20

**stack** [1] - 51:23

**Stacy** [1] - 175:12

**staff** [1] - 63:12

**stand** [11] - 24:22, 53:17, 95:3, 125:15, 167:15, 169:4, 221:6, 240:12, 241:1, 241:2, 245:18

**standard** [7] - 9:21, 70:9, 70:10, 70:19, 168:14, 168:18, 223:13

**standing** [2] - 24:15, 25:2

**stands** [1] - 146:22

**staple** [1] - 165:6

**start** [21] - 6:14, 6:15, 10:7, 14:23, 15:9, 18:11, 21:10, 24:13, 42:15, 55:20, 56:1, 83:18, 96:16, 99:9, 144:8, 157:7, 157:9, 157:10, 177:11, 182:6, 254:12

**started** [21] - 32:22, 33:6, 62:9, 62:10, 99:11, 121:20, 147:11, 157:8, 176:9, 176:14, 176:18, 177:8, 180:6, 180:10, 180:20, 181:5, 182:6, 207:12, 207:19, 235:16, 254:9

**starting** [4] - 42:3, 144:12, 197:14, 257:18

**starts** [1] - 207:15

**state** [6] - 25:9, 25:19, 102:5, 173:23, 243:5, 248:10

**statement** [43] - 16:6, 16:8, 16:11, 36:16, 36:20, 36:22, 44:2, 51:12, 55:8, 56:25, 58:10, 68:2, 69:1, 70:19, 71:21, 75:23, 80:3, 89:22, 90:1, 90:5, 92:18, 119:4, 120:1, 128:16, 130:7, 140:23, 148:19, 150:20, 151:16, 151:21, 154:24, 192:21, 192:24, 192:25, 193:3, 193:4, 193:25, 204:18, 204:19, 247:8, 249:1, 250:3, 251:1

**Statement** [1] - 72:6

**statements** [48] - 52:23, 55:3, 67:17, 67:24, 68:1, 68:8, 74:11, 80:22, 116:8, 116:11, 116:17, 116:22, 122:5, 124:11, 124:16, 127:1, 131:25, 139:11, 140:2, 140:9, 142:21, 143:12, 143:22, 178:10, 178:13, 178:16, 178:20, 179:12, 187:16, 187:24, 189:2, 189:6, 189:20, 191:2, 194:6, 194:11, 194:22, 195:20, 196:3, 200:12, 244:19, 244:21, 245:3, 246:15, 247:9, 249:8, 251:4

**STATES** [2] - 1:1, 1:11

**States** [7] - 58:24, 112:14, 150:22, 151:6, 175:8, 207:5, 260:8

**stating** [1] - 77:5

**status** [4] - 11:9, 85:18, 225:8, 248:7

**statute** [1] - 170:11

**statutes** [1] - 170:4

**stay** [3] - 63:18,

144:23, 255:12

**staying** [2] - 255:6, 259:9

**stays** [1] - 259:18

**step** [4] - 163:24, 237:12, 242:17, 256:23

**STEPHANIE** [2] - 2:7, 260:7

**Stephanie_McCarn @flsd.uscourts. gov** [1] - 2:10

**Stephen** [4] - 8:9, 29:20, 61:1, 67:8

**STEPHEN** [1] - 1:21

**steps** [2] - 197:13, 197:15

**sticker** [1] - 105:17

**still** [26] - 43:18, 50:15, 55:18, 66:3, 92:8, 107:19, 110:20, 120:13, 138:8, 162:22, 167:14, 173:6, 211:3, 216:22, 216:23, 217:11, 219:25, 220:1, 220:3, 224:19, 225:1, 227:14, 227:21, 241:9, 255:24

**stipulate** [1] - 20:6

**stipulated** [1] - 164:4

**stipulation** [4] - 99:12, 100:20, 117:8, 117:12

**stockholder** [3] - 39:17, 44:13, 91:6

**stole** [1] - 259:1

**stood** [1] - 60:24

**stop** [11] - 28:18, 29:3, 42:1, 49:19, 49:20, 50:1, 50:4, 50:6, 62:14, 62:15, 62:20

**stopped** [2] - 49:22, 86:12

**store** [2] - 164:22, 165:9

**stores** [1] - 164:22

**straighten** [1] - 225:18

**straightforward** [1] - 209:14

**strange** [1] - 129:1

**stream** [1] - 160:23

**strictly** [2] - 122:7, 122:14

**strike** [4] - 69:18, 74:19, 89:23, 129:1

**striking** [1] - 10:7

**strong** [3] - 16:7,

53:15, 56:11

**stronger** [1] - 82:20

**structured** [2] - 187:1, 187:4

**studying** [2] - 26:6, 27:5

**stuff** [5] - 154:6, 154:15, 154:18, 235:2

**style** [1] - 110:10

**styles** [1] - 110:10

**subcontracting** [1] - 231:2

**subcontractor** [1] - 230:16

**subcontractors** [1] - 179:22

**subject** [12] - 16:16, 33:18, 48:9, 77:21, 81:24, 83:23, 86:5, 88:15, 143:5, 173:3, 183:23, 241:19

**submissions** [3] - 16:5, 258:11, 258:14

**submit** [6] - 13:14, 14:25, 106:22, 108:6, 120:1, 257:16

**submitted** [5] - 106:24, 107:1, 107:3, 150:15, 220:21

**submitting** [3] - 14:17, 148:16, 257:2

**subsequent** [6] - 34:14, 34:22, 35:8, 58:3, 58:5, 61:17

**subsidiary** [2] - 147:19, 157:2

**substance** [4] - 149:5, 198:9, 198:16, 201:16

**substantial** [1] - 9:5

**substantively** [1] - 48:3

**succeeded** [1] - 200:14

**sued** [3] - 33:25, 83:13

**sufficient** [6] - 66:17, 66:18, 100:10, 173:2, 248:25, 249:4

**suggested** [1] - 240:20

**suggesting** [4] - 13:25, 14:5, 14:7, 233:23

**suggestion** [1] - 174:7

**suggestions** [2] - 7:12, 38:10

**suggests** [1] - 184:14

**Suite** [3] - 1:18, 1:22,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

2:3

**Sulan** [4] - 7:22, 102:7, 111:5, 152:19

**SULAN** [1] - 102:7

**sum** [3] - 136:15, 136:23, 188:5

**summaries** [1] - 247:9

**summarize** [4] - 174:20, 199:14, 241:4, 257:1

**summarizing** [2] - 13:20, 249:21

**summary** [6] - 200:6, 246:10, 247:25, 252:21, 252:24, 254:13

**Sun** [4] - 177:20, 179:2, 179:4, 179:5

**Sunday** [1] - 259:11

**Sunshine** [1] - 17:11

**SunTrust** [1] - 1:22

**super** [1] - 62:18

**supplier** [1] - 194:6

**suppliers** [5] - 181:9, 194:8, 196:1, 248:18, 248:22

**supply** [3] - 158:9, 204:13, 204:14

**support** [7] - 36:14, 44:14, 58:12, 90:17, 90:22, 185:8, 248:14

**supports** [1] - 12:16

**supposed** [7] - 56:10, 69:15, 69:23, 71:18, 155:8, 157:15, 219:7

**surgically** [1] - 10:7

**surprise** [1] - 145:12

**surprised** [1] - 89:19

**suspect** [1] - 25:12

**suspended** [1] - 185:9

**sustain** [2] - 123:23, 195:9

**sustained** [5] - 54:24, 123:18, 195:15, 221:19, 223:23

**swear** [4] - 21:11, 21:15, 21:17, 23:17

**swearing** [1] - 22:19

**swore** [2] - 220:23, 221:2

**sworn** [1] - 102:24

**synonym** [1] - 170:13

**Sysha** [1] - 175:12

**system** [2] - 12:5, 77:10

**T**

**tab** [3] - 20:13, 52:13, 109:4

**table** [7] - 7:6, 18:15, 41:12, 77:24, 78:14, 127:14, 128:4

**talks** [3] - 89:13, 203:16, 203:18

**Tax** [1] - 1:17

**tax** [4] - 46:7, 46:18, 184:3, 185:5

**taxing** [1] - 238:8

**teal** [1] - 20:19

**team** [4] - 13:1, 32:1, 67:20, 100:16

**technical** [1] - 258:8

**technically** [3] - 11:16, 135:14, 257:5

**Technology** [2] - 174:24, 175:12

**telephone** [2] - 254:15, 254:22

**temporarily** [1] - 60:24

**temporary** [1] - 256:14

**ten** [14] - 32:23, 34:19, 62:19, 104:14, 160:24, 163:18, 184:21, 187:2, 187:8, 234:10, 242:22, 243:18, 243:20, 250:14

**ten-month** [1] - 187:8

**tend** [2] - 9:15, 150:24

**tendency** [1] - 202:2

**tends** [1] - 139:1

**tens** [1] - 34:19

**term** [24] - 36:9, 39:15, 39:17, 42:24, 43:1, 57:25, 75:10, 90:7, 120:2, 121:2, 121:8, 121:16, 135:10, 169:15, 170:21, 187:15, 187:21, 191:7, 191:8, 193:18, 223:15, 255:22, 256:14

**terminate** [18] - 109:24, 116:15, 116:23, 119:11, 119:20, 120:5, 120:21, 124:13, 159:25, 169:8, 187:17, 199:19, 200:1, 200:7, 232:19, 234:9, 236:2, 236:3

**terminated** [3] - 119:13, 225:7, 225:9

**termination** [5] - 117:1, 118:20, 188:10, 233:21, 234:20

**Termination** [1] -

118:14

**terms** [25] - 33:12, 53:23, 82:24, 104:10, 107:19, 107:23, 108:1, 108:3, 116:14, 123:10, 124:7, 177:5, 181:2, 186:17, 186:23, 187:6, 188:6, 193:17, 198:4, 201:9, 202:6, 205:4, 231:19, 238:4

**terrible** [1] - 224:5

**test** [2] - 9:20, 26:7

**testified** [16] - 23:20, 43:13, 79:9, 79:23, 81:24, 84:17, 86:20, 87:23, 89:5, 92:10, 93:15, 102:3, 156:8, 171:18, 173:21, 243:2

**testify** [6] - 42:9, 78:2, 112:4, 174:7, 221:6, 241:5

**testifying** [4] - 21:20, 22:4, 22:6, 78:14

**testimonial** [1] - 257:24

**testimony** [25] - 16:2, 18:4, 19:3, 21:17, 27:14, 43:12, 69:3, 73:18, 79:12, 84:11, 85:16, 88:21, 89:24, 96:5, 119:16, 142:13, 148:17, 171:20, 172:7, 172:13, 207:22, 234:13, 241:11, 242:12, 256:5

**text** [3] - 74:15, 104:25, 106:19

**THE** [555] - 1:10, 1:13, 1:21, 2:2, 3:4, 3:10, 6:2, 6:8, 6:18, 6:21, 6:25, 7:7, 7:13, 7:16, 7:20, 7:24, 8:1, 8:2, 8:3, 8:5, 8:6, 8:16, 8:20, 8:22, 9:4, 11:4, 11:23, 12:1, 14:11, 16:14, 16:24, 17:5, 17:8, 17:19, 18:5, 18:10, 18:14, 18:17, 18:20, 18:24, 19:8, 19:15, 19:24, 20:15, 20:18, 20:24, 21:3, 21:5, 21:7, 21:8, 21:12, 21:13, 21:16, 21:19, 21:24, 22:1, 22:3, 22:4, 22:13,

22:14, 22:17, 22:18, 22:23, 22:24, 23:1, 23:2, 23:12, 23:13, 23:21, 23:22, 23:23, 24:4, 24:8, 24:10, 24:16, 24:18, 24:19, 25:4, 25:17, 26:13, 26:17, 26:19, 26:22, 26:24, 27:1, 27:2, 27:5, 27:8, 27:20, 28:13, 29:1, 29:2, 30:13, 30:17, 30:21, 31:1, 31:3, 31:5, 31:7, 35:1, 35:2, 36:15, 36:17, 36:21, 36:24, 37:3, 37:6, 37:9, 37:13, 37:17, 37:24, 38:4, 39:1, 39:2, 39:6, 39:21, 39:22, 41:9, 41:24, 42:1, 42:7, 42:23, 43:3, 43:4, 43:6, 43:8, 43:10, 43:21, 43:22, 44:1, 44:3, 45:12, 47:9, 47:14, 47:20, 47:25, 48:14, 48:16, 48:20, 51:11, 51:13, 51:14, 52:3, 52:5, 52:7, 54:9, 54:24, 55:7, 55:9, 55:20, 55:21, 55:22, 55:23, 56:1, 56:2, 56:3, 58:9, 58:11, 58:18, 58:19, 58:20, 58:21, 58:22, 58:24, 59:4, 59:8, 59:11, 59:13, 59:14, 59:17, 59:21, 59:22, 59:25, 60:1, 60:3, 60:4, 60:7, 60:8, 60:20, 60:21, 61:10, 61:15, 61:22, 61:24, 62:7, 62:8, 62:12, 62:17, 63:2, 63:5, 64:15, 64:16, 64:17, 64:18, 64:21, 64:24, 65:9, 65:14, 65:16, 65:18, 65:21, 65:24, 66:1, 66:4, 66:7, 66:13, 66:17, 66:22, 66:23, 66:25, 67:1, 69:20, 73:9, 73:10, 73:24, 73:25, 74:1, 74:2, 74:3, 74:5, 74:6, 74:8, 75:17, 75:18, 77:2, 78:5, 78:8, 78:9, 78:20, 78:21, 79:4, 79:5, 79:6, 79:7, 79:16, 79:19, 81:1, 86:2, 86:13, 86:15, 87:12, 87:16,

87:20, 88:9, 88:12, 92:2, 92:3, 92:4, 93:25, 94:4, 94:6, 94:8, 94:10, 94:12, 94:15, 94:17, 95:1, 95:9, 95:10, 95:14, 95:16, 96:2, 96:11, 96:15, 96:20, 96:24, 96:25, 97:1, 98:3, 98:6, 98:14, 98:20, 98:25, 99:5, 99:8, 99:18, 100:12, 100:15, 100:18, 100:25, 101:6, 101:9, 101:17, 101:21, 102:4, 102:5, 102:7, 102:8, 102:9, 102:15, 102:18, 105:7, 105:10, 105:16, 105:20, 105:23, 106:2, 106:4, 106:7, 106:9, 106:11, 108:17, 110:5, 110:9, 110:16, 110:19, 110:22, 114:16, 117:6, 117:10, 117:14, 117:20, 123:13, 123:14, 123:15, 123:19, 123:20, 123:22, 123:23, 123:25, 124:1, 124:19, 124:21, 124:22, 124:24, 124:25, 125:1, 125:2, 125:4, 125:5, 125:6, 125:7, 125:9, 125:13, 125:18, 127:4, 127:8, 132:11, 132:16, 133:4, 134:7, 134:9, 134:10, 134:11, 136:1, 136:4, 137:3, 139:16, 139:23, 146:15, 146:19, 147:12, 148:19, 148:21, 148:22, 148:23, 149:6, 149:9, 149:13, 149:16, 149:20, 149:23, 150:1, 150:6, 150:9, 150:12, 150:23, 151:17, 160:8, 160:21, 161:3, 161:6, 161:9, 161:21, 161:25, 163:24, 164:1, 164:6, 164:11, 164:14, 164:18,

January 13, 2023

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

164:21, 164:25,
165:4, 165:7,
165:11, 165:21,
165:25, 166:6,
166:10, 166:14,
166:19, 166:23,
166:25, 167:10,
167:17, 167:19,
167:22, 168:3,
168:7, 170:3, 171:1,
171:4, 171:14,
172:17, 172:24,
173:11, 173:18,
173:21, 173:22,
173:23, 173:25,
174:2, 174:12,
174:25, 175:3,
175:5, 179:3, 179:4,
179:5, 179:15,
179:16, 183:18,
188:23, 189:1,
189:16, 191:24,
192:1, 192:2, 192:3,
193:24, 194:4,
195:8, 197:7,
197:20, 198:13,
198:23, 199:11,
201:1, 202:12,
202:18, 202:22,
203:1, 203:3,
209:22, 209:24,
211:5, 211:19,
212:18, 212:21,
216:9, 219:5,
220:24, 221:8,
221:9, 221:16,
221:19, 222:4,
222:9, 222:24,
223:23, 225:24,
226:1, 226:5, 226:8,
226:11, 226:19,
227:10, 227:11,
227:12, 228:8,
228:11, 228:16,
228:19, 229:5,
229:9, 229:12,
229:16, 229:19,
229:22, 229:25,
230:2, 230:8,
230:10, 231:24,
233:3, 233:7, 233:9,
233:12, 234:14,
234:15, 236:8,
237:1, 237:3,
237:10, 237:12,
237:14, 237:17,
237:23, 238:4,
238:10, 238:14,
238:18, 238:20,
238:24, 239:8,
239:22, 239:25,

240:7, 240:8,
240:19, 240:22,
240:24, 241:3,
241:7, 242:1, 242:4,
242:5, 242:7, 242:8,
242:11, 242:12,
242:14, 242:15,
242:17, 242:19,
242:21, 242:24,
243:3, 243:4, 243:6,
243:7, 243:9,
243:10, 243:11,
243:20, 243:23,
243:24, 245:21,
247:6, 247:7,
247:24, 247:25,
249:18, 250:13,
253:3, 256:6,
256:19, 256:21,
256:25, 258:7,
258:13, 258:25,
259:13, 259:17
**theirs** [1] - 168:2
**themselves** [2] - 64:3,
251:12
**theoretically** [1] -
12:25
**theory** [1] - 228:13
**therefore** [3] - 15:5,
17:1, 249:6
**they've** [10] - 76:19,
153:15, 153:19,
170:15, 171:12,
180:22, 181:1,
181:24, 235:1
**thinking** [3] - 51:14,
214:7, 234:11
**third** [9] - 15:16,
136:2, 140:14,
140:15, 140:18,
141:4, 142:23,
213:20, 214:14
**Third** [2] - 1:22, 17:6
**thoughts** [2] - 16:10,
30:1
**three** [29] - 10:3,
15:22, 44:12, 45:6,
45:7, 45:10, 50:18,
62:25, 69:7, 78:9,
82:7, 98:10, 98:11,
98:17, 104:9,
133:10, 133:11,
144:6, 164:1, 168:6,
183:24, 184:10,
235:18, 236:9,
236:20, 238:7,
242:5, 242:8, 246:25
**three-hour** [1] - 242:5
**three-minute** [1] -
168:6

**threshold** [1] - 171:13
**throw** [1] - 167:1
**Thursday** [3] - 83:24,
241:23, 252:14
**tied** [1] - 142:23
**timeframe** [1] - 194:8
**timing** [1] - 98:10
**title** [5] - 72:19, 73:6,
73:7, 173:24, 243:19
**titles** [1] - 69:7
**Toasters** [3] - 164:23,
165:5, 166:25
**today** [40] - 13:21,
14:15, 15:4, 15:22,
17:18, 27:14, 30:1,
61:3, 84:5, 89:24,
92:10, 103:9,
114:25, 118:17,
125:22, 125:25,
133:6, 146:21,
153:17, 156:8,
171:17, 176:2,
176:22, 177:6,
177:15, 177:18,
179:25, 181:22,
184:16, 223:13,
225:4, 225:6, 225:7,
225:18, 231:17,
232:3, 236:14,
236:15, 241:19,
259:6
**today's** [4] - 13:19,
14:13, 61:11, 84:14
**together** [11] - 50:10,
179:23, 180:1,
190:24, 191:1,
214:12, 239:14,
246:8, 247:18,
253:9, 254:12
**tomorrow** [2] -
154:15, 185:5
**took** [15] - 44:25,
81:25, 94:1, 96:3,
110:12, 152:6,
159:9, 176:16,
196:21, 206:16,
253:8, 255:2
**top** [8] - 69:4, 70:3,
128:7, 133:14,
133:22, 137:3,
246:18, 258:15
**top-notch** [1] - 258:15
**topic** [1] - 75:22
**total** [25] - 15:22, 28:3,
28:5, 28:9, 53:23,
72:16, 74:20, 75:13,
133:24, 133:25,
134:14, 134:19,
135:2, 135:3,
135:22, 135:23,

136:17, 136:20,
137:19, 155:4,
202:13, 238:12,
243:18, 243:20,
244:24
**totalling** [1] - 153:25
**totally** [2] - 40:22,
62:15
**tough** [1] - 238:1
**towards** [4] - 39:4,
129:21, 133:21,
214:14
**track** [1] - 37:19
**TRACY** [1] - 102:2
**Tracy** [23] - 3:7, 7:23,
7:24, 7:25, 29:11,
101:20, 102:22,
105:2, 106:13,
107:11, 108:23,
110:1, 111:8,
163:22, 169:3,
181:20, 183:10,
209:12, 209:13,
232:7, 235:14
**Tracy@Benlida.com**
[2] - 114:3, 183:21
**trained** [1] - 40:12
**training** [2] - 26:4,
60:17
**transaction** [3] -
145:8, 145:13,
145:14
**transactions** [3] -
56:20, 145:6, 145:7
**transcript** [6] - 15:6,
15:8, 15:11, 15:20,
15:21, 257:22
**transcription** [1] -
260:3
**translate** [20] - 21:22,
22:11, 23:4, 23:5,
23:13, 24:6, 24:7,
24:10, 24:20, 24:24,
26:14, 26:19, 26:21,
26:25, 29:4, 34:9,
41:11, 43:5, 55:21,
76:1
**translated** [10] -
41:18, 41:20, 42:11,
42:19, 43:7, 68:17,
71:22, 78:13, 87:16,
251:8
**translating** [4] - 55:18,
71:16, 78:7, 79:18
**translation** [8] - 27:22,
41:17, 42:4, 68:11,
68:15, 73:16,
125:25, 128:17
**translations** [2] - 41:8,
102:17

**Translator** [1] - 36:20
**translator** [7] - 27:21,
41:8, 41:18, 41:20,
55:21, 71:13, 86:1
**travel** [4] - 112:6,
112:9, 112:13,
240:23
**traveling** [1] - 259:8
**travels** [1] - 259:9
**treasurer** [1] - 244:15
**treated** [1] - 100:14
**treatment** [3] - 10:13,
14:8, 182:14
**tremendously** [1] -
28:11
**trial** [3] - 60:9, 167:7,
214:15
**tried** [3] - 95:11,
140:18, 224:12
**Trina** [20] - 6:19,
21:11, 21:19, 22:7,
22:19, 23:17, 59:18,
60:1, 60:13, 66:24,
96:24, 101:7,
105:18, 149:23,
167:11, 167:12,
167:20, 228:13,
240:3, 240:4
**trouble** [1] - 182:25
**true** [40] - 38:12,
115:18, 116:24,
119:6, 122:12,
135:4, 135:13,
138:11, 138:22,
139:8, 141:10,
141:18, 141:19,
141:21, 142:6,
142:11, 143:12,
144:4, 144:5,
144:12, 144:13,
144:18, 144:20,
145:18, 147:16,
151:7, 151:13,
152:12, 152:18,
152:20, 152:24,
156:23, 157:21,
157:25, 158:20,
166:1, 183:2,
186:11, 192:14,
219:12
**truly** [4] - 10:12, 11:8,
13:25, 153:4
**truth** [3] - 21:18, 78:3,
200:24
**truthful** [2] - 34:5,
93:16
**truthfully** [1] - 21:21
**try** [23] - 12:17, 24:25,
26:25, 27:1, 46:13,
48:22, 62:25, 64:18,

94:13, 111:21, 111:25, 131:21, 145:2, 166:24, 170:20, 209:17, 223:25, 224:11, 225:18, 226:11, 235:12

**trying** [11] - 32:24, 42:9, 42:17, 62:13, 82:10, 86:25, 144:25, 209:17, 218:22, 235:11, 250:4

**tucked** [1] - 101:1
**Tuesday** [3] - 13:19, 207:16, 241:21
**tug** [1] - 77:11
**turn** [8] - 52:16, 60:1, 69:3, 71:7, 72:4, 80:21, 81:24, 228:14
**turned** [2] - 121:21, 124:10
**turns** [1] - 10:9
**Twain** [2] - 258:18, 258:19
**two** [60] - 10:3, 10:23, 11:17, 17:4, 28:19, 31:12, 40:22, 50:8, 50:9, 62:25, 73:3, 74:1, 74:2, 76:16, 78:6, 78:14, 78:24, 82:7, 90:24, 99:13, 101:13, 101:14, 104:7, 104:8, 104:9, 104:20, 108:23, 114:23, 116:11, 123:18, 134:5, 155:16, 155:18, 156:11, 156:13, 156:14, 156:25, 159:23, 160:14, 162:20, 163:17, 163:18, 164:4, 164:22, 180:1, 181:3, 184:9, 185:4, 196:21, 208:14, 209:25, 212:20, 223:19, 231:24, 237:22, 238:1, 239:13, 249:7, 255:15, 256:21
**two-pronged** [1] - 196:21
**type** [5] - 12:25, 34:2, 43:17, 98:18, 219:1
**typed** [2] - 148:19, 251:4
**types** [1] - 9:13
**typical** [1] - 185:13
**typically** [1] - 32:4

**typing** [2] - 245:12, 254:9

# U

**U.S** [15] - 41:15, 58:18, 59:6, 60:16, 61:13, 75:17, 75:20, 103:22, 153:25, 163:21, 175:17, 175:19, 177:22, 220:12
**UCC** [1] - 169:21
**ultimately** [1] - 121:21
**Um-hmm** [1] - 115:9
**um-hmm** [17] - 98:19, 107:13, 107:15, 113:16, 118:10, 119:9, 119:15, 124:24, 125:1, 128:8, 154:22, 159:8, 159:13, 159:16, 159:18, 159:20, 240:7
**unable** [3] - 169:24, 183:2, 216:15
**unacceptable** [3] - 116:18, 169:19, 187:18
**unaudited** [1] - 133:8
**uncertainty** [1] - 188:16
**uncollected** [3] - 139:13, 140:11, 186:2
**under** [43] - 9:6, 9:10, 9:16, 9:18, 9:21, 10:1, 10:9, 10:12, 10:15, 10:17, 10:18, 10:25, 11:12, 11:13, 12:4, 12:19, 12:20, 13:11, 14:12, 17:6, 17:11, 38:22, 38:23, 39:12, 39:24, 78:3, 91:23, 93:15, 100:11, 119:7, 123:10, 124:7, 150:21, 151:5, 151:13, 168:11, 220:23, 221:2, 241:9, 257:5
**under-seal** [1] - 10:12
**underlying** [4] - 120:17, 130:11, 132:3, 138:14
**undermine** [1] - 17:15
**understood** [18] - 78:20, 84:11, 103:13, 113:20, 113:23, 114:25,

119:16, 123:22, 125:9, 147:9, 151:1, 151:12, 172:17, 191:1, 192:16, 217:6, 241:6
**unfolds** [1] - 19:16
**unfortunately** [2] - 144:9, 170:19
**unhappy** [1] - 119:21
**unit** [1] - 203:17
**UNITED** [2] - 1:1, 1:11
**United** [7] - 58:24, 112:14, 150:22, 151:5, 175:8, 207:5, 260:8
**Units** [2] - 81:8, 128:5
**universe** [3] - 64:23, 218:17, 218:19
**University** [3] - 244:8, 244:9, 244:10
**unknown** [1] - 235:9
**unless** [2] - 96:12, 218:5
**unlikely** [1] - 202:9
**unlimited** [1] - 13:1
**unmarked** [1] - 167:14
**unnecessary** [2] - 69:16, 226:12
**unquote** [1] - 168:25
**unreasonable** [1] - 213:1
**unreasonably** [2] - 182:24, 183:1
**unrelated** [1] - 86:11
**unseal** [2] - 9:23, 9:25
**unsigned** [1] - 70:22
**unused** [3] - 141:25, 142:14, 142:16
**up** [75] - 12:15, 16:9, 19:15, 19:22, 20:21, 21:8, 23:25, 28:22, 44:17, 45:24, 46:4, 46:10, 46:18, 46:24, 50:23, 61:24, 65:10, 66:13, 69:21, 76:21, 77:21, 81:20, 83:20, 88:16, 89:11, 91:2, 94:1, 94:15, 96:3, 96:16, 102:10, 105:17, 108:18, 142:23, 144:21, 151:18, 152:11, 156:4, 160:9, 161:14, 161:16, 161:22, 164:1, 166:5, 167:12, 167:13, 167:14, 169:12, 173:18, 183:12, 185:7, 188:3, 193:3,

197:11, 199:5, 199:10, 201:5, 201:18, 202:5, 202:13, 203:25, 204:9, 207:4, 211:3, 218:11, 222:22, 229:3, 236:6, 236:9, 238:25, 240:2, 240:11, 248:20, 250:13, 254:9
**upgrade** [2] - 57:14, 57:17
**upgrading** [1] - 201:25
**upper** [1] - 39:4
**Urgent** [1] - 183:23
**urgent** [1] - 184:13
**urgently** [1] - 185:3
**USB** [2] - 239:4, 239:15
**USC** [1] - 151:6
**USD** [3] - 184:9, 184:10, 184:17
**useful** [1] - 214:15
**uses** [1] - 113:18
**utmost** [1] - 223:14
**UV** [1] - 57:6

# V

**vague** [1] - 54:22
**valid** [1] - 251:15
**value** [8] - 40:25, 41:21, 41:22, 41:25, 95:12, 141:17, 141:22, 143:3
**variety** [1] - 88:22
**Vegas** [5] - 259:14, 259:15, 259:17, 259:18
**verbal** [1] - 27:6
**verdict** [1] - 168:10
**verge** [1] - 188:19
**verify** [2] - 86:13, 92:9
**version** [10] - 10:16, 11:7, 11:20, 13:12, 13:15, 37:11, 104:5, 125:25, 128:16, 167:13
**versus** [1] - 169:23
**victory** [1] - 173:3
**video** [3] - 143:6, 227:2, 227:19
**view** [7] - 16:22, 40:12, 40:16, 248:12, 251:16, 252:4, 256:10
**views** [1] - 30:1
**VII** [2] - 126:24, 127:5
**VIII** [1] - 129:22

**virtual** [3] - 230:15, 231:1
**virtually** [2] - 179:21, 232:2
**vis-à-vis** [1] - 158:5
**visa** [1] - 175:9
**visit** [2] - 63:22, 64:9
**visited** [1] - 63:19
**VOICE** [1] - 11:25
**void** [1] - 116:15
**volume** [1] - 28:1
**volunteer** [1] - 90:20
**vs** [1] - 1:6

# W

**wait** [19] - 15:8, 21:13, 26:17, 27:21, 42:7, 47:9, 60:21, 91:23, 96:11, 124:7, 145:19, 146:12, 166:15, 173:7, 202:22, 226:14, 238:23
**waited** [3] - 123:9, 222:17
**waiting** [6] - 100:15, 166:4, 166:11, 219:19, 238:21, 243:16
**waive** [1] - 229:11
**walk** [5] - 96:17, 165:19, 225:10, 225:11, 225:12
**wants** [2] - 221:6, 228:17
**warehouse** [4] - 129:18, 192:11, 192:12, 192:17
**warm** [1] - 217:22
**wastewater** [1] - 182:14
**water** [1] - 11:24
**ways** [1] - 224:14
**wayside** [1] - 165:9
**website** [6] - 227:2, 227:6, 227:14, 227:19, 227:21, 230:6
**Wednesday** [1] - 241:22
**week** [10] - 63:13, 63:18, 89:18, 107:6, 114:24, 172:12, 181:10, 181:13, 207:15, 241:21
**weekend** [6] - 219:1, 246:8, 252:16, 252:17, 259:11, 259:21

Jiangmen Benlida Printed Circuit Co v. Circuitronix, LLC, 21-cv-60125-RNS

**weekends** [1] - 219:11
**weeks** [6] - 91:14, 121:21, 163:17, 163:18, 185:4, 255:15
**weight** [2] - 20:8, 100:7
**welcome** [5] - 6:10, 8:23, 20:23, 43:20, 112:12
**West** [2] - 259:16, 259:19
**Westerners** [1] - 111:9
**whichever** [1] - 11:5
**white** [4] - 20:16, 30:22, 40:16, 101:8
**whole** [12] - 56:5, 56:10, 62:16, 95:20, 121:25, 147:4, 147:5, 179:25, 206:1, 215:14, 222:13, 227:25
**willing** [3] - 87:25, 237:25, 255:20
**willy** [1] - 14:5
**willy-nilly** [1] - 14:5
**win** [1] - 173:1
**wing** [1] - 22:7
**wings** [1] - 243:16
**wire** [2] - 184:15, 185:4
**wish** [3] - 172:19, 241:24, 259:8
**withdraw** [1] - 161:5
**withdrawing** [1] - 161:4
**Witness** [6] - 99:7, 163:25, 237:15, 241:2, 242:18, 256:24
**witness** [88] - 15:18, 17:22, 17:25, 18:8, 18:10, 18:25, 19:7, 19:8, 19:9, 19:12, 22:20, 23:8, 23:10, 23:17, 23:20, 28:15, 28:17, 28:18, 29:2, 29:3, 30:11, 36:23, 42:5, 42:23, 43:7, 47:19, 52:2, 53:17, 60:16, 62:21, 64:21, 76:24, 77:6, 87:23, 98:12, 98:21, 99:1, 99:8, 101:17, 102:3, 105:9, 105:19, 108:16, 117:18, 123:21, 125:13, 125:16, 133:3, 139:23, 147:11,

149:7, 149:15, 164:3, 166:4, 167:4, 167:15, 169:4, 173:14, 173:21, 183:16, 183:17, 199:1, 199:2, 199:6, 199:7, 209:25, 211:18, 221:6, 222:23, 224:1, 229:15, 236:12, 240:8, 240:12, 241:1, 241:4, 241:10, 242:19, 243:2, 245:17, 249:16, 253:2, 253:4
**WITNESS** [78] - 21:7, 23:21, 27:5, 29:1, 35:2, 36:17, 39:1, 39:22, 43:22, 44:3, 51:14, 55:9, 55:20, 56:1, 56:3, 58:11, 58:19, 58:21, 60:20, 64:16, 73:10, 73:25, 74:5, 74:8, 75:18, 78:8, 79:4, 79:6, 79:19, 81:1, 86:15, 92:3, 95:10, 95:16, 102:4, 102:7, 123:14, 123:19, 123:22, 123:25, 124:21, 124:24, 125:1, 125:4, 125:6, 125:9, 125:18, 134:9, 134:11, 148:21, 148:23, 173:22, 173:25, 175:3, 179:4, 179:16, 189:1, 192:1, 192:3, 194:4, 212:21, 221:9, 222:9, 227:12, 230:10, 234:15, 237:3, 237:14, 242:4, 242:7, 242:11, 242:14, 243:3, 243:6, 243:9, 243:24, 247:7, 247:25
**witness's** [2] - 21:3, 228:21
**witnesses** [13] - 16:3, 17:24, 18:3, 19:6, 22:15, 25:14, 77:10, 110:15, 167:22, 168:1, 169:10, 173:10, 195:10
**WITNESSES** [3] - 3:2, 3:4, 3:10
**witnesses'** [1] - 173:7
**Wolfe** [1] - 165:17

**word** [11] - 12:23, 13:2, 42:11, 42:18, 64:22, 71:10, 74:1, 74:2, 74:3, 74:6
**Word** [1] - 13:16
**words** [14] - 14:1, 14:4, 14:19, 33:9, 34:3, 74:1, 81:15, 107:25, 122:19, 128:19, 135:1, 143:21, 145:21, 187:11
**works** [3] - 113:12, 219:1, 239:21
**world** [4] - 177:3, 177:4, 227:25, 230:14
**worries** [1] - 150:12
**worry** [1] - 13:18
**worse** [1] - 200:18
**worth** [1] - 101:11
**worthy** [1] - 13:25
**wrap** [2] - 144:21, 199:10
**write** [13] - 27:5, 58:15, 62:14, 105:15, 128:19, 183:10, 185:5, 202:23, 211:16, 216:1, 222:25, 224:7, 258:20
**writes** [3] - 56:19, 214:25, 215:10
**writing** [10] - 13:21, 62:13, 62:21, 121:9, 132:4, 132:9, 132:20, 211:9, 254:15, 258:15
**written** [14] - 10:11, 12:8, 95:22, 98:15, 118:20, 127:22, 145:16, 145:17, 145:20, 146:22, 148:17, 153:3, 210:24, 213:14
**wrote** [9] - 14:19, 54:17, 74:11, 95:18, 145:19, 184:16, 223:3, 251:2, 258:20
**WU** [1] - 23:19
**Wu** [14] - 3:5, 21:4, 21:7, 21:8, 27:3, 27:20, 41:19, 67:9, 77:23, 78:5, 79:9, 98:21, 99:6, 102:12

**X**

**Xiang** [2] - 112:17, 112:20

**XIANG** [1] - 112:19
**XIAOMING** [1] - 1:17

**Y**

**year** [16] - 28:9, 72:9, 72:25, 73:12, 74:23, 76:14, 76:20, 122:1, 126:4, 157:6, 175:17, 176:6, 187:8, 203:8, 246:13, 253:8
**years** [34] - 27:11, 28:20, 33:1, 33:3, 33:4, 45:9, 45:10, 47:19, 47:23, 49:2, 50:18, 51:10, 53:18, 76:16, 103:1, 103:5, 104:14, 104:15, 111:17, 111:23, 153:13, 153:14, 153:19, 160:15, 178:8, 180:7, 187:3, 202:8, 209:8, 235:18, 244:22, 244:24, 247:15, 257:19
**York** [4] - 1:15, 6:24, 7:2, 46:12
**yourself** [8] - 42:5, 94:15, 190:18, 195:13, 197:12, 206:23, 206:24, 214:4
**yourselves** [1] - 6:9
**YouTube** [2] - 227:2, 227:4
**yuan** [2] - 58:23, 59:2
**Yukan** [1] - 25:11

**Z**

**zebra** [1] - 64:23
**zeroes** [1] - 58:15
**Zoom** [51] - 29:6, 57:8, 81:25, 82:9, 83:17, 84:17, 85:1, 85:9, 85:13, 85:20, 86:5, 88:16, 88:19, 88:22, 89:1, 89:5, 89:18, 90:9, 90:15, 91:3, 91:9, 91:13, 91:15, 91:20, 102:11, 108:12, 108:14, 109:19, 143:6, 196:4, 196:5, 196:13, 196:19, 198:21, 206:15, 207:23, 217:3, 217:4, 220:5,

222:16, 241:18, 242:2, 249:10, 249:22, 252:19, 252:20, 253:4, 253:23, 254:15, 254:22