UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant.

_____/

**JOINT PROPOSED REVISED SCHEDULING PLAN**

In light of the Court's recent Report and Recommendations [DE 144], denying Plaintiff's Motion to Enforce Settlement Agreement, the parties hereby respectfully submit the following revised joint scheduling plan to aid the Court in rescheduling this matter for trial.

On March 8, 2023, the Court entered a Sealed Report and Recommendations on Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. ("BLD")'s Motion to Enforce Settlement Agreement. [DE 144] (The "R&R").  The R&R was subsequently unsealed. [DE 148-149].

The R&R recommends "that the District Court deny Plaintiff's motion to enforce and enter an order reopening this case so that litigation can continue on the parties' unresolved underlying dispute." [DE 144 at 56].  BLD has elected not to object to the R&R and seek review with the District Judge within 14 days.  *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

Accordingly, the parties have met and conferred regarding this proposed scheduling plan and respectfully request that this proposed schedule be adopted by the Court in a new scheduling order.

1

By way of refresher, and as context for this request, the parties mediated this case on June 1, 2022, and filed a report the following day indicating that the parties had entered into a settlement agreement, and were preparing the final settlement documents. [DE 144 at 3-5]. Pursuant to the parties joint request at that time, the Court stayed these proceedings and administratively closed the case, denying all pending discovery motions as moot. [DE 83].

As discussed in the R&R, the process of preparing final settlement documents turned into a prolonged negotiation occupying many months because, as part of the settlement agreement, the parties also negotiated a revised manufacturing agreement that would govern in detailed fashion the terms of the business relationship going forward, and the Court afforded the parties time to complete these negotiations. [DE 82; 87; 89; 92; 94; 96; 98; 100; 103].

On November 17, 2022, after reviewing BLD's financial statements, Defendant Circuitronix, LLC ("CTX") exercised its contractual option to terminate the settlement agreement. BLD's challenged the termination of the settlement agreement in its motion to enforce, which was resolved by the recent R&R.

In providing this revised scheduling plan, the parties have endeavored to adhere to a schedule similar to the one that existed before the 2022 mediation, and subsequent stay of proceedings. *See* [DE 70] (Revised Scheduling Order). The proposal below is an effort to adhere closely to the prior framework, particularly as it pertains to the length of time between the end of discovery, trial, and deadlines for filing dispositive motions and pretrial motions. In addition, the parties have attempted to strike an appropriate balance between the interest of resolving the case quickly and providing sufficient time to complete the required work, in an orderly manner.

The international complexities of this case are well-known to the Court, as discussed in detail in the R&R, as well as the Court's prior scheduling orders [DE 22, 70]. For all of those

reasons, as well as the fact that the case has been stayed for an extended period of time, since June 3, 2022, the parties request the entry of the proposed schedule below. In addition, at the time the case was stayed, a number of unresolved outstanding discovery motions were denied as moot. These and other discovery issues will need to be revisited by the parties and may ultimately require determination by the Court. The proposed schedule below accounts for these considerations and provides sufficient time to resolve all discovery matters. Further, partly because of the procedural history of the case and the extended stay, counsel for the parties have made other trial and appellate commitments that would make a shorter timeline infeasible. The proposal below accounts for all of these factors, and provides what the parties respectfully suggest is the optimal timeline for the remainder of the case.

The following table summarizes the existing deadlines prior to the entry of the stay, alongside the new deadlines proposed by the parties:

| EVENT | PRIOR DEADLINE (DE 70) | NEW PROPOSED DEADLINE |
|---|---|---|
| Calendar Call | 10/4/22 | 11/27/23 |
| Trial | 10/11/22 | 12/4/23 |
| Fact Discovery Deadline | 6/24/22 | 8/18/23 |
| Expert Report Deadline | 6/24/22 | 8/18/23 |
| Dispositive Motions | 7/1/22 | 8/25/23 |
| Mediation | 7/5/22 | None (completed) |
| Expert Discovery | 8/2/22 | 9/25/23 |
| Motions in limine and *Daubert* motions | 8/9/22 | 10/2/23 |
| Pretrial Stip and Disclosure | 9/13/22 | 11/6/23 |
| Jury Instructions / Verdict Forms | 9/27/22 | 11/20/23 |

For all of these reasons, we respectfully request that the Court enter the proposed scheduling order below, as suggested by the parties.

## PROPOSED SCHEDULE

| Date | EVENT |
|---|---|
| **Date** | **EVENT** |
| Completed | *Deadline to join additional parties or to amend pleadings.* |
| Completed | *Deadline to file joint interim status report.* |
| Completed | *Deadline to file Proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order).* |
| 8/18/23 | Deadline to complete all fact discovery.<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition.<br><br>Deadline to exchange expert witness summaries/reports pursuant to Federal Rule of Civil Procedure 26(a)(2). Rebuttal disclosures are permitted, and must conform to the deadline set forth in Federal Rule of Civil Procedure 26(a)(2)(D)(ii). |
| 8/25/23 | Deadline for the filing of all dispositive motions. |
| Completed | *Deadline to complete mediation, consistent with the Order of Referral to Mediation (which immediately follows this scheduling order).* |
| 9/25/23 | Deadline to complete all expert discovery. |
| 8 weeks BEFORE calendar call | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions. |
| 4 weeks BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 2 weeks BEFORE the trial date | Deadline to file proposed jury instructions (if the matter is set for a jury trial) or proposed findings of fact and conclusions of law (if the matter is set for a bench trial) pursuant to Local Rule 16.1(k). |
| 11/27/23 | Calendar Call |
| 12/4/23 | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial period) |

Dated: March 24, 2023                                        Respectfully submitted,

| **MAZZOLA LINDSTROM LLP** | **CHAUNCEY COLE, PA** |
|---|---|
| *Attorneys for Plaintiff Benlida* | *Co-Counsel for Circuitronix, LLC* |
|  | 9100 South Dadeland Blvd., Suite 1553 |
| By: */s/ Jean-Claude Mazzola* | Miami, Florida 33156 |
| Jean-Claude Mazzola | Tel.:    (786) 497-7053 |
| 1350 Avenue of the Americas, 2nd Floor New York, NY 10019 |  |
| 646.250.6666 | By: /s/ *Chauncey D. Cole IV* |
| jeanclaude@mazzolalindstrom.com | Chauncey D. Cole, IV, Esq. |
|  | Florida Bar No. 102184 |
|  | chauncey.cole@coletrial.com |
|  |  |
|  | and |
|  | **PODHURST ORSECK, P.A.** |
|  | *Co-Counsel for Circuitronix, LLC* |
|  | SunTrust International Center |
|  | One S.E. 3rd Avenue, Suite 2300 |
|  | Miami, Florida 33131 |
|  | Tel.: 305-358-2800 |
|  | Stephen F. Rosenthal |
|  | Florida Bar No. 0131458 |
|  | srosenthal@podhurst.com |
|  | Robert C. Josefsberg |
|  | Florida Bar No. 040856 |
|  | rjosefsberg@podhurst.com |
|  | Matthew Weinshall |
|  | Florida Bar No. 84783 |
|  | mweishall@podhurst.com |

|  | Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com |
|---|---|

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on a registered CM/ECF user on March 24, 2023.

By: /s/ *Chauncey D. Cole IV*
Chauncey D. Cole IV