UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Plaintiff,

v.

CIRCUITRONIX, LLC,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF HEARING

Pursuant to the Magistrate Judge Goodman's Discovery Procedures Order [DE 154], please take notice that a hearing will take place before Magistrate Judge Goodman on June 6, 2023, at 10:00 a.m. via Zoom.

The hearing shall address the disputes pertaining to outstanding discovery requests for the following documents first mentioned during depositions of Plaintiff's witnesses between May 23 to 26, 2023 and on May 31, 2023, and which Plaintiff has not provided, or promised to provide by a date certain, before the June 8, 2023 discovery cutoff:

1. All versions of Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd's ("Benlida") database of aging debts of accounts receivable for Circuitronix, LLC since 2012 (responsive to First Request for Production No. 11);

2. Any prior versions or snapshots, stored or shared in any format or location including but not limited to WeChat, from 2012 of the Excel spreadsheet marked as Exhibit 83 (which Benlida served on the morning of May 25, 2023 before Ms. Chen Zhanjiao's

    deposition, which Ms. Chen testified was entitled "CCT Payment Details" and which she testified that she updated in 2020) (responsive to First Request for Production No. 11);

3. Metadata of the above-referenced Exhibit 83;

4. All communications between Benlida and the Chinese Tax Authority concerning the subject of Benlida obtaining from Circuitronix, LLC an agreement or pledge or authorization for the payment of debts of Circuitronix Hong Kong, Ltd. ("CTX HK"), both prior to the 2014 Business Authorization and afterwards through 2018 (responsive to Second Request for Production No. 4 and/or First Request for Production No. 13);

5. All versions or snapshots, stored or shared in any format or location including but not limited to WeChat, of the file for Circuitronix, LLC accounts receivable from the Jindie software platform (responsive to First Request for Production No. 11);

6. All versions or snapshots, stored or shared in any format or location including but not limited to WeChat, of the file for CTX HK accounts receivable from the Jindie software platform (responsive to First Request for Production No. 11);

7. Any communications between Benlida and the Hua Nan firm prior to March 17, 2019 (referenced in Exhibit 107 and which Ms. Tracy Huang identified during her deposition) relating to Circuitronix, LLC and CTX HK, including but not limited to the firm's work product in connection with the parties' 2019 reconciliation effort (responsive to First Request for Production No. 13);

8. Any communications between Benlida and Jiangmen Bei Dou Certified Public Accountants Co. Ltd. relating to Circuitronix, LLC and CTX HK, including but not

        limited to the firm's work product in connection with the parties' 2019 reconciliation effort (responsive to First Request for Production No. 13); and

9. Final, executed, and complete claims forms submitted to China Export & Credit Insurance Corporation ("Sinosure"), with spreadsheets and any other attachments (responsive to First Request for Production Nos. 3 and Third Request for Production No. 29).

Additionally, the hearing will address the adequacy of Plaintiff's response to Interrogatory No. 14 (unsworn version served on May 18, 2023), which provided the combined amount of money that Circuitronix, LLC paid to Benlida *and ROK Printed Circuit Co., Ltd.* during a particular time period although Interrogatory No. 14 requests the amount of money Circuitronix, LLC paid to Benlida *only*.

## **Certificate of Compliance with Local Rule 7.1(a)(3)**

Defendant's counsel has conferred as described above with Plaintiff's counsel in a good faith effort to resolve the issues raised in this notice and has been unable to do so.  Defendant's counsel has emailed Plaintiff's counsel multiple times regarding the list of outstanding documents and also conferred with them several times in person but has not received the requested documents or assurance that the documents will be provided before the June 8, 2023 discovery deadline.  Plaintiff's counsel has indicated that the requested searches for further documentation cannot be conducted until relevant witness return to China to conduct the search, and counsel has represented that the witness(es) "fully intend to have a further search conducted on an expedited basis" "when [they] get back to China."

Dated: June 1, 2023

Respectfully submitted,

| | |
|---|---|
| **PODHURST ORSECK, P.A.** | **CHAUNCEY COLE, PA** |
| *Co-Counsel for Circuitronix, LLC* | *Co-Counsel for Circuitronix, LLC* |
| One S.E. 3rd Avenue, Suite 2300 | 9100 South Dadeland Blvd., Suite 1553 |
| Miami, Florida 33131 | Miami, Florida 33156 |
| Tel.: 305-358-2800 | Tel.:   (786) 497-7053 |

By: /s/ *Christina H. Martinez*
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

Chauncey D. Cole, IV, Esq.
Florida Bar No. 102184
chauncey.cole@coletrial.com



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 1, 2023 filed with the Clerk of the Court using CM/ECF.

By:  /s/ *Christina H. Martinez*
       Christina H. Martinez