# MAZZOLA LINDSTROM LLP

Jean Claude Mazzola
Jeanclaude@mazzolalindstrom.com
646.216.8585

June 5, 2023

**Via Email**

Magistrate Judge Goodman
James Lawrence King Federal Justice Building
99 N.E. Fourth Street, Room 1168
Miami, Florida 33132

Re:   Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC
       Docket No. 21-60125 (Scola/Goodman)

Dear Magistrate Judge Goodman:

In advance of tomorrow's conference, we provide herewith plaintiff Benlida's letter response to defendant Circuitronix's follow-up requests for discovery made during the depositions of Benlida's witnesses. We believe that there remains only one issue outstanding – *viz*., a request for a disaggregation of certain dollar figures in Benlida's response to Circuitronix's interrogatory number 14. We hope to be able to provide that information to Circuitronix's counsel by the time of tomorrow's conference, assuming that the numbers can be disaggregated by our client Benlida.

Earlier today, Circuitronix disclosed to us approximately 44,000 pages of documents that it had inadvertently failed to disclose previously. (We accept Circuitronix's representation that such failure was a good-faith omission caused by a computer glitch of some sort.) We expect to complete our review of these documents expeditiously, and trust that Circuitronix would agree that discovery should remain open until we have had an opportunity to review them.

In the attached letter, we also identify certain deficiencies in Circuitronix's disclosures, and therefore bring them to the Court's attention for discussion during tomorrow's discovery conference. We also enclose a copy of Benlida's discovery demands, which manifestly include within their scope the items requested from Circuitronix.

Finally and unfortunately, I am not able to attend tomorrow's conference as I am traveling on business in the Highlands of Scotland, and will have only spotty internet access at best. My colleague Richard Lerner, who attended the January hearing with me, is able to participate in my stead. Circuitronix's counsel is aware that Mr. Lerner is not admitted to practice in the Southern District of Florida, as we advised Your Honor during the January hearing. If the conference needs to be adjourned for that reason, I believe I will be able to get internet access next week.

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

_____
Jean Claude Mazzola

Encl:   Benlida's June 5, 2023 letter to Circuitronix;
          Benlida's discovery demands of April 20, 2022

1350 Avenue of The Americas, Second Floor, New York, New York 10019
1999 Avenue of The Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com

cc: (via email)
Chauncey Cole
Christina Martinez
Richard Lerner

MAZZOLA LINDSTROM LLP