UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Plaintiff,

v.

CIRCUITRONIX, LLC,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF HEARING**

Pursuant to the Magistrate Judge Goodman's Discovery Procedures Order [DE 154], please take notice that a hearing will take place before Magistrate Judge Goodman on June 12, 2023, at 4pm via Zoom.

The hearing shall address the disputes pertaining to outstanding discovery requests for the following documents clearly within the scope of Benlida's requests for production of April 20, 2022. Specifically, at Rishi Kukreja's deposition on June 1, 2023, Mr. Kukreja testified that Benlida badmouthed Circuitronix to Chinese suppliers and to Circuitronix customers. He further testified that he had documentation of same. Benlida memorialized their demand for copies of such documents, which are clearly within the scope of their requests for production of April 20, 2022. Those demands are:

5. All Documents and communications that CTX relied upon to support the allegations in paragraph 40(e) of the Counterclaim that Benlida, "communicat[ed] and correspond[ed] with other PCB suppliers and manufacturers in China in a coordinated effort to get multiple PCB suppliers to gang up on CTX and demand higher prices and other

commercial concessions in violation of its fiduciary duties of good faith, fair dealing, and

loyalty."

7. All Documents that CTX is relying upon to assert in paragraph 28 of the Counterclaim

that, "Benlida further agreed that it 'shall subordinate and refrain from acting on any of

its desires that may adversely affect CTX USA's interests.'"

Additionally, Circuitronix has failed to disclose any back-up for its counterclaim as to

damages allegedly caused by Benlida. Benlida has requested all documentation of airfreight bills,

line-down penalties, and/or loss of business sustained by Circuitronix (US and HK) that results from

any breach by Benlida, which documents would be clearly within the scope of demand number 14,

which demanded:

14. All Documents relating to CTX's allegation in paragraph 45 of Defendant's

Counterclaim that, "Benlida's breaches have caused damage to CTX . . ."

Finally, Mr. Kukreja testified that Circuitronix prepared "intermediary reconciliations."

Benlida has requested that if Circuitronix ever provided what it considers to be a "final"

reconciliation for CTX-US and CTX-HK, they provide them immediately, or confirm that no such

final reconciliation(s) exist. Such documentation would be clearly within the scope of demands for

all documents relevant to the claims in the case, as well as to the counterclaims. (See Document

demands 1, 2, 8, 9, and 13). Specifically, demands number 8 and 13 requested:

8. All Documents relating to payments made in accordance with the terms of the

Manufacturing Agreement and Letter Agreement."

13. All Documents relating to payments made under this Manufacturing Agreement and

Letter Agreement.

CTX's final reconciliation numbers, which they have failed to produce, would clearly fall

within the scope of these demands.

## Certificate of Compliance with Local Rule 7.1(a)(3)

Plaintiff's counsel has conferred as described above with Defendant's counsel in a good faith effort to resolve the issues raised in this notice and has been unable to do so.  Plaintiff's counsel has emailed Defendant's counsel several times regarding the list of outstanding documents and also conferred with them in person; however, the documents have not been received, nor has Circuitronix's counsel given assurance that the documents will be provided before the June 8, 2023 discovery deadline.

Dated:  New York, New York
June 7, 2023

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

*/s/ Jean-Claude Mazzola*
By: Jean-Claude Mazzola
Attorneys for plaintiff
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
Tel: (646) 216-8585
Cell: (646) 250-6666
jeanclaude@mazzolalindstrom.com

Service via ECF

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 7, 2023 filed with the Clerk of the Court using CM/ECF.

By:  <u>/s/ *Jean-Claude Mazzola*</u>