# EXHIBIT 2

```
 1                    UNITED STATES DISTRICT COURT

 2                    SOUTHERN DISTRICT OF FLORIDA

 3                         ---oooOooo---

 4
    JIANGMEN BENLIDA PRINTED        )
 5  CIRCUIT CO., LTD.,              )
                                    )              Case No.
 6                  Plaintiff,      )     21-60125-CIV-SCOLA/SNOW
                                    )
 7          vs.                     )          Deposition of:
                                    )
 8  CIRCUITRONIX LLC,               )            LINA OCHOA
                                    )
 9               Defendant.         )
                                    )
10  _____)

11

12

13                 The deposition of Lina Ochoa, a witness in the

14        above-entitled cause, taken at the instance of the

15        Plaintiff, on May 25, 2022, at the hour of 10:06 a.m.,

16        before Hope Hecker, Digital Reporter and Notary Public

17

18

19                         ---oooOooo---

20

21

22

23

24

25
```

```
 1   Q.   And Circuitronix Germany, that's a subsidiary of

 2        Circuitronix Hong Kong?

 3   A.   Yes.

 4   Q.   And what business are they in?

 5   A.   Selling printed circuit boards.

 6   Q.   Okay.  Circuit boards.  And Circuitronix Hong Kong is

 7        in circuit boards; is that correct?

 8   A.   Circuit boards and injection molding.  Selling

 9        injection molding too.

10   Q.   And Circuitronix U.S. is involved with circuit boards,

11        of course, right?

12   A.   Yes.

13   Q.   Does Circuitronix U.S. do any injection molding?

14   A.   We also sell injection moldings, Circuitronix U.S.

15   Q.   Okay.  Is it fair to say that Circuitronix U.S., here,

16        manages and is responsible or has overall control of

17        all these other operations you've talked about?

18   A.   No.

19              MR. COLE:  Objection to form.

20   Q.   Why is that not fair to say?

21   A.   Each entity is independently structured, run, and

22        operated.

23   Q.   Okay.

24   A.   There are certain functions like the HR function that

25         is shared, or the management is overseen, but each
```

```
 1   Q.   Okay.  So what is a payment detail again?

 2   A.   It's a preparation of the statement of what we have to

 3        pay a particular statement for a particular period of

 4        time.

 5   Q.   Well, how is the payment detail generated?

 6   A.   So based on payment terms with the supplier, then we

 7        capture particular period of time, the transactions in

 8        the system.  We request the suppliers to give us their

 9        statement for the same period of time.  And then we

10        reconcile it.  And --

11   Q.   Pay the bill?

12   A.   Yeah.  Then it's presented for approval, and it's --

13   Q.   To who?

14   A.   -- approved.  To Rishi.  And it's approved.  Then the

15        payment is set up.

16   Q.   Does Rishi have any assistants that help with the

17        approval of the purchase orders and the --

18   A.   No.

19   Q.   Do you have a sense of how many purchase orders are

20        issued on a daily basis by Circuitronix?

21   A.   I don't -- I'm not sure.

22   Q.   Who approved the Circuitronix Hong Kong purchase

23        orders?

24   A.   Rishi.

25   Q.   Okay.  But he approves those?
```

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)