# EXHIBIT 3

```
 1   A.   Correct.
 2   Q.   How would you know what invoices are being paid; how
 3        would you go about doing that process?
 4   A.   Based on the payment detail.
 5   Q.   But what's the payment detail?
 6   A.   We create payment details based on payment terms.  So
 7        if I'm doing a payment detail for Benlida for a certain
 8        period, say April, so we collect all of Benlida's April
 9        invoices, you total it up.  If there's a balance from a
10        previous month, we put a balance.  If there's an
11        amount -- if there were payments made to Benlida, we
12        deduct the payments.  If there are debit memos, we
13        deduct the debit memos.  The bottom line, if we owe
14        Benlida money, we pay them.  If we don't, that balance
15        carries over -- the credit carries over to the next
16        payment detail.  If we do owe them money, say $100,000,
17        we'll make a payment for $100,000; the bank statement
18        will show the wire going out, $100,000 on whatever day
19        payment was released.
20   Q.   And then who records what invoices that 100,000 is
21        paying?  Do you record that?
22   A.   The person who creates the payment detail, they record
23        the payment in the system, they apply that payment to
24        those invoices.
25   Q.   The payment detail?
```

```
 1   A.   Uh-huh (affirmative).
 2   Q.   Who creates the payment detail?
 3   A.   Right now, Paul.
 4   Q.   Paul does?
 5   A.   Uh-huh (affirmative).
 6   Q.   Okay.  Who was creating it back in 2017 to 2019?
 7   A.   I was.
 8   Q.   Okay.  And who was creating it when Todor was around?
 9   A.   Todor.
10   Q.   What does the payment detail look like; is it on the
11        Sage system?
12   A.   In order to create a payment detail, we would have to
13        go into Sage and look for open invoices for a certain
14        period.  So we pull those invoices.
15   Q.   Okay.
16   A.   In the report.
17   Q.   You pull the invoices?
18   A.   In the report, yes.  Well, invoice numbers, not the
19        actual invoice document.
20   Q.   Back to the Sage system, does that track purchase
21        orders?
22   A.   Yes.
23   Q.   It tracks invoices?
24   A.   Yes.
25   Q.   So when an invoice comes in, that's entered into Sage?
```

```
 1        ROK one.  Now let's go to just -- December 2017 is up.
 2   BY MR. MAZZOLA:
 3   Q.   And these are done for every year, Nicole?
 4   A.   Every year.  I don't know about before --
 5   Q.   Or after you.
 6   A.   -- 2017.
 7   Q.   What about after you?
 8   A.   Yes.
 9   Q.   So you've seen a 2021 and a 2020?
10   A.   Yes.
11   Q.   Okay.  Let's go to line 315.  And that's sort of where
12        it separates between U.S. and H.K.  These are all
13        Benlida.  When you say Benlida U.S. versus Benlida
14        H.K., what does that mean?
15   A.   The U.S. invoices or purchase orders are separate from
16        the Hong Kong.
17   Q.   Okay.  And why are they separate?
18   A.   Because -- I don't know.  There're just purchases made
19        from U.S. side and then there are purchases made from
20        Hong Kong side.
21   Q.   Okay.  So if they're made from the U.S. side, that
22        means the purchase is made by the salespeople here in
23        the U.S., Circuitronix people, right?
24   A.   I'm not sure exactly what it means or where the
25        salespeople are located.  I just know that there are
```

```
 1        U.S. orders and invoices and there are Hong Kong orders
 2        and invoices.
 3   Q.   But when you say U.S., that's -- and Hong Kong, that's
 4        you guys as U.S. and Hong Kong, not Benlida or ROK as
 5        U.S. and Hong Kong?
 6   A.   So Circuitronix U.S. or Benlida U.S. invoices.
 7   Q.   Okay.
 8   A.   Benlida U.S. invoices to --
 9   Q.   Oh.
10   A.   -- Circuitronix U.S.
11   Q.   Okay.  And then --
12   A.   And Benlida Hong Kong invoices to Circuitronix Hong
13        Kong.
14   Q.   Okay.  Circuitronix Hong Kong.  Okay.  Okay.  So
15        they're all Benlida invoices, but some are for the U.S.
16        guys and some are for the Hong Kong folks --
17   A.   Yes.
18   Q.   -- but always for Circuitronix, right?
19   A.   Different companies, yes.  U.S. company.  Hong Kong
20        company.
21   Q.   Okay.  Circuitronix Hong Kong and Circuitronix U.S.?
22   A.   Yes.
23   Q.   So let's just look at this line 315, then, right?
24   A.   Line 315 represents what Benlida says they are owed on
25        Circuitronix U.S. invoices, right?
```

Trustpoint.One Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)