# EXHIBIT 4

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2             IN AND FOR MIAMI-DADE COUNTY, FLORIDA

 3             CASE NO.: 21-60125-CIV-SCOLA/GOODMAN

 4    JIANGMEN BENLIDA PRINTED CIRCUIT CO, LTD,

 5               Plaintiff,

 6    vs.

 7    CIRCUITRONIX LLC,

 8               Defendant.

 9

10
      VIDEOTAPED
11    DEPOSITION OF:   HUANG SULAN

12    DATE TAKEN:      May 26, 2023

13    TIME:            9:40 A.M. - 7:49 P.M.

14    PLACE:           Podhurst Orseck, PA
                       1 SE 3rd Avenue
15                     Suite 2300
                       Miami, Florida 33131
16
      TAKEN BEFORE:    ABBY G. SCHOFEL, FPR
17                     AND NOTARY PUBLIC

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And that you know that he was affiliated with |
| 3 | | Circuitronix LLC, a United States company; right? |
| 4 | A. | Yes. |
| 5 | Q. | Did you also learn at some point that he was |
| 6 | | affiliated with a company headquartered or based in Hong |
| 7 | | Kong called Circuitronix Hong Kong Limited? |
| 8 | A. | Yes. |
| 9 | Q. | Okay.  So in this interrogatory answer, you |
| 10 | | say:  Circuitronix, parenthesis, US and HK, are you |
| 11 | | referring to both of those companies? |
| 12 | A. | Yes. |
| 13 | Q. | Okay.  When we're talking today just for |
| 14 | | precision in language, when I say Circuitronix, I will |
| 15 | | be referring to Circuitronix United States.  If you'd |
| 16 | | like me to be clearer about it, I can try to say |
| 17 | | Circuitronix US or CTX US.  Okay? |
| 18 | A. | Okay.  You should say CTX US. |
| 19 | Q. | CTX US.  Okay. And if I am referring to |
| 20 | | Circuitronix Hong Kong, what should I say?  CTX HK or |
| 21 | | Hong Kong? |
| 22 | A. | CTX Hong Kong. |
| 23 | Q. | Okay.  CTX US and CTX Hong Kong. |
| 24 | A. | Hong Kong. |
| 25 | Q. | And I would ask you to do the same? |

| | |
|---|---|
| 1 | complaint.  If you turn to page 6, paragraph 13.  That |
| 2 | is the first invoice that is listed.  Top of the page. |
| 3 | A.   Which page? |
| 4 | Q.   Six. |
| 5 | A.   Six.  Okay. |
| 6 | Q.   Are you familiar with the codes -- I assume |
| 7 | you are since you head the sales department -- that |
| 8 | Benlida uses for its invoices? |
| 9 | A.   Yes. |
| 10 | Q.   Okay.  That first invoice means that it is |
| 11 | from Benlida to Circuitronix -- CTX USA; right? |
| 12 | A.   CTX -- yes.  USA. |
| 13 | Q.   That's what -- that's what the CCT means? |
| 14 | A.   Yeah, CCT-VID means -- yeah -- for CTX US. |
| 15 | Q.   Okay.  And the numbers we interpret to mean |
| 16 | the year 2018, the month 12 is December, and the date is |
| 17 | 29 is the date that the invoice was prepared? |
| 18 | A.   Yes. |
| 19 | Q.   So that earliest invoice is December 29th, |
| 20 | 2018? |
| 21 | A.   Yes. |
| 22 | Q.   Okay.  So does that refresh your memory as to |
| 23 | what the earliest invoice is that you are suing upon? |
| 24 | A.   Yes. |
| 25 | Q.   Okay.  So now back to what we were talking |

1  Yeah.
2      Q.   Okay.  So to summarize what I think you just
3  testified, tell me if this is correct, you asked Rishi
4  to sign this attachment to your e-mail, which is
5  Exhibit 61, and it is entitled Letter of Authorization
6  for Payment and Trust?
7      A.   Yes.
8      Q.   But he did not sign it?
9      A.   Yes.
10     Q.   So as a result or subsequent thereto, the
11 custom record for Benlida --
12     A.   For Benlida and Circuitronix Hong Kong.
13     Q.   Remained imbalanced.
14     A.   Yes.
15     Q.   Unbalanced?
16     A.   Yes.
17     Q.   And as a result, Benlida had to pay --
18     A.   Pay the VAT, yes.
19     Q.   -- the VAT tax to the customs department?
20     A.   Yes.  Yes.
21     Q.   Okay.  Did Benlida then look to Circuitronix
22 to say, hey, you made me pay taxes that I shouldn't have
23 had to pay.  Can you pay me something?
24     A.   No.  No.  We know that Circuitronix will not
25 agree to do so.

1        A.   Yes.
2        Q.   So that was before this period of time of
3   February 1st, 2019?
4        A.   Yes.
5        Q.   So what is Circuitronix Hong Kong's balance
6   with Benlida have to do with Circuitronix US's balance
7   with Benlida as of February 1st, 2019?
8        A.   Because starting from 2014, we combined these
9   two accounts together.  So in Benlida's records, we
10  treat Circuitronix Hong Kong and Circuitronix US
11  together.  So when I only receive the US, nothing I can
12  do.  Nothing we can do.  It means we cannot reconcile --
13  reconcile --
14           MR. LERNER:  Reconcile?
15           THE WITNESS:  Yeah, reconcile.
16  BY MR. ROSENTHAL:
17       Q.   So your interpretation of the 2014 business
18  authorization document that Rishi signed --
19       A.   Yes.
20       Q.   -- that we looked at is that as of that date
21  Circuitronix US was saying for purposes of accounts
22  receivable, you can treat Circuitronix US and
23  Circuitronix Hong Kong as one and the same?
24       A.   No.  We cannot say so.
25       Q.   You have to keep them separate; right?

1      A.   We keep them separated because -- because we
2  need to separate the record to -- it means to work on
3  that, we cannot combine together because Circuitronix
4  Hong Kong issue PO, we have bills, and then we have
5  debit notes also separated.  Everything is separate.
6  But finally for the receivable, we can -- it means
7  combine two number together.
8      Q.   So everything is kept separate because you
9  have to keep track of things?
10     A.   Yes, keep tracking on the --
11     Q.   But then when it comes to the money that you
12 receive --
13     A.   Yes.
14     Q.   -- you comingled it together?
15     A.   Yes.  Yes.  Yes.
16          MR. LERNER:  Objection to the term comingling.
17          THE WITNESS:  I don't know what mean by
18     comingle.  Okay.
19 BY MR. ROSENTHAL:
20     Q.   It means you put them together in the same
21 bucket?
22     A.   Yes.
23     Q.   I mean, basically if you simplify it, if you
24 are taking money and putting it into a bucket as a -- if
25 you do it separate, you would have one bucket for money

| | |
|---|---|
| 1 | you received from Circuitronix US. |
| 2 | A.   Uh-huh. |
| 3 | Q.   And another bucket for money you received from |
| 4 | Circuitronix Hong Kong; right? |
| 5 | A.   Right. |
| 6 | Q.   If you comingle them, that's just a term or |
| 7 | mix them together, you would have one bucket and you put |
| 8 | both sets of dollars in that same bucket; right? |
| 9 | A.   Right. |
| 10 | Q.   Okay.  That is what I mean by comingle. |
| 11 | So what Benlida was doing with the -- when it |
| 12 | received money from Circuitronix Benlida -- I am |
| 13 | sorry -- |
| 14 | A.   US. |
| 15 | Q.   -- Circuitronix United States and Circuitronix |
| 16 | Hong Kong, it was putting those dollars into the same |
| 17 | bucket from an accounting perspective? |
| 18 | A.   Yes.  Yes. |
| 19 | Q.   Okay.  And the reason that I understand you're |
| 20 | saying you felt it was okay to do that -- |
| 21 | A.   Yes. |
| 22 | Q.   -- was that in 2014, Rishi Kukreja signed this |
| 23 | business authorization document? |
| 24 | A.   Yes. |
| 25 | Q.   So if Rishi had approved this putting both |

1        A.    I don't know.
2        Q.    Okay.  Okay.  So let me just ask you this.
3    You understood from Exhibit 98, which is this payment
4    detail.
5        A.    Uh-huh.  Yes.
6        Q.    And is this payment detail similar to other
7    payment details that Circuitronix US would send Benlida?
8        A.    Yes.
9        Q.    They all kind of look the same?
10       A.    Yes.
11       Q.    They just have different data.
12       A.    Yes.
13       Q.    But you understood as you testified that this
14   is Circuitronix US saying, I am paying for the following
15   invoices for this time period?
16       A.    Yes.  Yes.
17       Q.    Right?  And even though I am sending you big
18   round numbers like $300,000.  $480,000, $470,000.
19   $250,000, I want you to apply it to these invoices that
20   are listed here; right?
21       A.    Yes.
22       Q.    Okay.
23       A.    That is what the payment detail did.
24       Q.    I mean, that's a reasonable reading of what
25   this document is?

1        A.    Yes.  Yes.
2        Q.    It is what you understood it to be?
3        A.    Yes.  Agreed.
4        Q.    Okay.  But notwithstanding that, did you also
5    know that when the finance department, Ms. Chen, was
6    doing the accounts receivable for Circuitronix US --
7        A.    Yes.
8        Q.    -- she was also mixing the money received from
9    Circuitronix US with the money received from
10   Circuitronix Hong Kong in one big bucket essentially?
11       A.    Okay.
12       Q.    You were aware of that; right?
13       A.    Yes.  Yes.  Yes.
14       Q.    Okay.  Were you aware of which -- when you
15   were hearing that there were invoices that remained
16   unpaid from the past, that was part of a discrepancy;
17   right?
18       A.    Okay.
19       Q.    I mean, you're aware of that?
20       A.    Yes.
21       Q.    That was one of the sort of disputes that was
22   going on over time?
23       A.    Yes.
24       Q.    And you and Rishi tried hard to resolve it if
25   you could.

1       A.   Resolve this, yes.

2       Q.   In good faith.

3       A.   Yes.  Agree.

4       Q.   Did you ever tell Rishi the reason for some of

5  these invoice discrepancies on our books at Benlida is

6  that we are comingling the money --

7            MR. LERNER:  Objection.

8  BY MR. ROSENTHAL:

9       Q.   -- from -- received from CTX US and CTX Hong

10 Kong in the same bucket and applying it to the invoices

11 from both companies?

12      A.   No.  This is not related to the invoice

13 discrepancy.

14      Q.   Okay.

15      A.   It is only the payment how to apply.

16      Q.   How to apply?

17      A.   Yes.

18      Q.   Correct.

19      A.   And invoice is invoice, number is number.  So

20 price is price.  So this is not the reason.

21      Q.   So let me ask you a hypothetical question.  If

22 you have a dispute about what you are calling the

23 invoice discrepancy, the reason for that discrepancy --

24 well, let me ask to be clear.  Was -- give me an example

25 why.  Why was there an invoice discrepancy in the past

1       before.  Or worse.
2              MR. LERNER:  This -- let the record reflect
3       this is day four of depositions and one of us --
4       one of us has had enough.
5              MR. ROSENTHAL:  Yeah.
6   BY MR. ROSENTHAL:
7       Q.   So, Tracy, we just handed you I think 99, 100,
8   101, -2 and -3 and -4.
9       A.   100 okay.
10      Q.   -5, and 106; right?
11      A.   Yes.
12      Q.   Just in the interest of time, take the time
13  you need, but can you flip through those and tell me
14  whether or not these are all payment details that
15  Circuitronix US sent to Benlida --
16      A.   Yes.  From March to October.
17             (Whereupon the document was marked as
18       Defendant's 99-106 for identification purposes
19       after which the following proceedings were held.)
20  BY MR. ROSENTHAL:
21      Q.   Of 2019?
22      A.   Yes, 2019.
23      Q.   And are you on these e-mails as a recipient?
24      A.   Yes.
25      Q.   Okay.  So you don't question that you received

1  these e-mails from Circuitronix on the dates that
2  they -- that these e-mails state?
3       A.   No, don't have any question.  I did receive
4  this.
5       Q.   Okay.  And so is it fair to say that it was at
6  least during the period that is reflected in Exhibits
7  98 -- I'll go backwards one -- through 105?
8       A.   105.
9       Q.   I am sorry 106; right?
10      A.   6, yes.
11      Q.   That Circuitronix US actually on a very
12 regular basis sent Benlida --
13           MR. LERNER:  Objection.
14 BY MR. ROSENTHAL:
15      Q.   -- payment details for consecutive months that
16 then attached the -- not only listed the payments that
17 they are saying they are paying those listed invoices
18 for, but even attached some type of record of the bank
19 payment.
20      A.   This is only this period and only Circuitronix
21 US.  Nothing I can get -- we -- we receive from
22 Circuitronix Hong Kong.
23      Q.   But is the answer to the question I asked yes?
24      A.   Yes.
25      Q.   Okay.

1       A.    Price discrepancy issue, yes.
2       Q.    Right.  Which at some point was identified at
3  different amounts, $311,000, then $500,000, then
4  $700,000 it looked at --
5       A.    Yes.
6       Q.    -- for the year -- whatever the time period
7  was at the time.  The business continued between the two
8  companies and there was still money coming into Benlida
9  from Circuitronix US?
10      A.    And also Circuitronix Hong Kong.
11      Q.    And also Circuitronix Hong Kong; correct.
12            And you've explained that the accounting
13 department at Benlida used one bucket of moneys coming
14 in from both Circuitronix Hong Kong and Circuitronix US
15 and applied that money against both invoices from
16 Circuitronix Hong Kong and Circuitronix US?
17      A.    Yes.
18      Q.    Or not from those companies, but to those
19 companies, the invoices that were sent to them?
20      A.    Yes.  Yes.
21      Q.    And did you ever tell Rishi Kukreja in 2017,
22 2018 --
23      A.    Uh-huh.
24      Q.    -- when you were asking him to pay $2.5
25 million or $2.8 million by a certain date that when he

1  paid that, you're going to be applying it to invoices

2  from years before because of Benlida's view of what

3  Circuitronix USA owes it?

4       A.   Because what?  Can you repeat?

5            MR. ROSENTHAL:  Sure.  Would you mind

6       repeating my question?

7            (Whereupon the requested portion was read back

8       by the court reporter after which the following

9       proceedings were held.)

10           MR. ROSENTHAL:  And then I said did you

11      ever -- oh, yeah, that's it.  You are right.

12      Sorry.

13           THE WITNESS:  No, I didn't tell this to Rishi.

14      No.

15 BY MR. ROSENTHAL:

16      Q.   Okay.  And why not?

17      A.   Because this is our books and you are saying

18 the wrong -- it should not say that we are -- at that

19 time absolutely not paying one years ago invoice.  But

20 at that time, I don't know -- for example, some month of

21 2017 and now, I didn't remember at that time when we

22 collect the payment and which invoice is the oldest

23 invoice would apply.  Okay.  So absolutely not one years

24 ago.  Because during that days, our transaction is

25 around Circuitronix Hong Kong and Circuitronix US

1  together should be 2 million something every month.  So
2  even though we have a gap, it should not go back to one
3  years ago.  This is -- we are talking about more than 10
4  million US dollar.  So I don't think so.
5       Q.   So when you identified this gap -- I am
6  sorry -- when -- yeah, when you identified this gap in
7  Exhibit 109, which was your e-mail from November 3rd,
8  2016, of $700,000 for the year 2015?
9       A.   700 US --
10      Q.   Number three on your list there at the top?
11      A.   Invoice discrepancy 700 -- okay.
12      Q.   When you -- when you identified that dispute
13 about $700,000 that you said Circuitronix owed Benlida
14 from 2015 --
15      A.   Yes.
16      Q.   -- you didn't tell Rishi Kukreja or anybody at
17 Circuitronix that when you would be collecting
18 $2.8 million that you were asking for that you would be
19 applying that to wipe out the $700,000 difference, did
20 you?
21      A.   No.
22      Q.   Because you were applying -- you understood
23 that it would be used for the $2.74 million of invoices
24 that your company had just sent to Circuitronix; right?
25      A.   This is not the logic.  Even for Circuitronix,

```
1   they are using the FIFO.  So -- so we are also using the
2   FIFO.  So that is -- it means the methodology.  So why I
3   need to tell Rishi on that?  I just need to tell him
4   that we have the difference on the invoice.  So how it
5   books, it doesn't change the fact that we have the
6   discrepancy.  And this is Circuitronix owe us.  Right?
7            MR. LERNER:  That's right.
8            MR. ROSENTHAL:  One vote for it's right from
9       your lawyer.
10  BY MR. ROSENTHAL:
11       Q.   Let's take a look at another exhibit, which we
12  will mark 1251, which is what number?  110.
13           So at the bottom of page 1251.  It's an e-mail
14       from November 17th, 2016 --
15       A.   Okay.
16       Q.   -- soon after the one we just looked at.  And
17  you e-mailed Rishi and the subject is payment need in
18  November.  And you wrote the following, tell me if I am
19  reading this correctly:  Please confirm that $500,000
20  already come out from CTX.  I am under big pressure of
21  collecting CTX payment.  In our accounting books after
22  we receive 500,000 last week, 3.2 million is due in
23  November.  Since invoice discrepancy in 2015 and 2016 is
24  still pending to resolve, I cannot explain anymore to
25  them.  Invoice discrepancy was put out in beginning of
```