# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

       Plaintiff,

  vs.

CIRCUITRONIX, LLC,

       Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS
DEPOSITION OF WU YUKUN

Wednesday, May 24, 2023
One Southeast Third Avenue, Suite 2300
Miami, Florida  33131
9:18 a.m. - 7:58 a.m.

Stenographically Reported By:
LAUREL A. MAZUR
Florida Professional Reporter

```
 1        A    Yes.
 2        Q    I am going to ask you to look at Exhibit 62.
 3   We have already put numbers on a lot of these.
 4             Do you recognize that first page of the
 5   document as the Third Amended Complaint in this
 6   lawsuit?
 7        A    Yes.
 8        Q    You have to answer verbally, not just uh-huh.
 9        A    Okay.
10        Q    So yes, you recognize this as the Third
11   Amended Complaint?
12        A    Yes.
13        Q    I should ask you this.  How is your ability
14   to read English?
15        A    I think it's okay.
16        Q    You are comfortable reading English written
17   material?
18        A    Correct.
19        Q    Let me ask you to turn to Page 6 please.
20             Do you see Paragraph No. 13 at the top of the
21   page?
22        A    Yes.
23        Q    The first words say Invoice CCT-BLD dash some
24   numbers.  Do you see that?
25        A    Yes.
```

| | |
|---|---|
| 1 | Q    So in Paragraph 13, that set of numbers tells |
| 2 | us that the invoice was dated December 29, 2018? |
| 3 | A    According to my understanding, yes. |
| 4 | Q    Is that a code that Benlida uses for its |
| 5 | invoices? |
| 6 | A    Yes. |
| 7 | Q    Okay.  And then you see in Paragraph 13 it's |
| 8 | followed by three numbers, 001? |
| 9 | A    Yes. |
| 10 | Q    What does that represent? |
| 11 | A    Well, I am not familiar with this.  This one, |
| 12 | I think it's the sales department created a number for |
| 13 | their own record. |
| 14 |          MR. ROSENTHAL:  For their own record you |
| 15 |      said? |
| 16 |          THE INTERPRETER:  Right. |
| 17 | BY MR. ROSENTHAL: |
| 18 | Q    So take a look at Paragraph 15, 16, 17 and |
| 19 | 18.  Do you see each of those has an invoice from the |
| 20 | same date, December 31, 2018? |
| 21 | A    Yes. |
| 22 | Q    And then they have 001, 002, 3 and 4? |
| 23 | A    Yes. |
| 24 | Q    Does that indicate anything to you? |
| 25 | A    My understanding is that those invoices were |

1   made in December 31, 2018.
2       Q   Right.  And are they separate invoices
3   because of that last number, or do you not know?
4       A   Different invoices.
5       Q   So that may be a serial number to
6   differentiate them?
7       A   Correct, I suppose so.
8       Q   And you said you believe the sales department
9   comes up with those numbers?
10      A   Correct.
11      Q   And the person in the sales department at
12  Benlida responsible for Circuitronix was Tracy,
13  correct?
14      A   Correct.
15      Q   And the date that you told me is in this code
16  for the invoice name reflects the date that the invoice
17  was sent; is that right?
18      A   It should represent the date when we sent our
19  invoices or create invoice.  Create invoice.
20      Q   The date when the invoice was created at
21  Benlida's computer system?
22      A   According to my understanding, yes, but it
23  was not created by my department.
24      Q   It was created by the sales department?
25      A   Correct.

```
 1      Q    So if you look at the Third Amended
 2   Complaint, just at the CCT-BLD designation from Page 6,
 3   all the ones on that page are from Benlida to
 4   Circuitronix, correct, invoices?
 5           Take a moment and look, but tell me if you
 6   agree with me that it's invoices from Benlida to
 7   Circuitronix all the way through Page 30 at
 8   Paragraph 260.
 9      A    Is it 260 or 268?
10      Q    My question to you is do you agree through
11   Paragraph 260, two-six-zero.
12      A    Okay.
13      Q    Just to be clear, you agree with me that all
14   of the invoices listed in the Third Amended Complaint
15   from Paragraph 13 through Paragraph 260 are invoices
16   that Benlida issued to Circuitronix USA?
17      A    Yes.
18      Q    And look at Paragraph 261 on Page 30.  That
19   has a different abbreviation in the invoice name,
20   correct?
21      A    Yes.
22      Q    It says CCT-BLD-HK?
23      A    Correct.
24      Q    What does that mean?
25      A    That represents the invoice from Benlida to
```

 1  Circuitronix Hong Kong.
 2      Q   So that is from Benlida to a different
 3  company, correct?
 4      A   Correct.
 5      Q   And will you agree with me by looking at the
 6  Third Amended Complaint that the invoices listed from
 7  Paragraph 261 all the way down through Page 47 at
 8  Paragraph 431 are invoices that Benlida issued to
 9  Circuitronix Hong Kong?
10      A   I agree.
11      Q   That just saved us from talking about all of
12  them.  Thank you.
13          So going back to the date that you explained,
14  if you look at Page 6 of the Third Amended Complaint --
15      A   Okay.
16      Q   -- the invoices listed in Paragraph 13
17  through Paragraph 18 were all created in the year 2018,
18  correct?
19      A   Correct.
20      Q   And the invoices listed in Paragraphs 19 all
21  the way through Paragraph 260 were all created in the
22  year 2019, correct?
23      A   Correct.
24      Q   So the Complaint that Benlida has filed
25  against Circuitronix with respect to invoices that

```
 1   Benlida sent to Circuitronix only lists invoices from
 2   December 29, 2018, through September 21, 2019; is that
 3   correct?
 4              THE INTERPRETER:  From December --
 5              MR. ROSENTHAL:  December 29, 2018 through --
 6              THE INTERPRETER:  Through September 21, 2019?
 7              MR. ROSENTHAL:  Correct.
 8              THE WITNESS:  Yes.
 9   BY MR. ROSENTHAL:
10        Q    That is approximately a nine-month period of
11   time, correct?
12              MR. ROSENTHAL:  Can you translate what he is
13         saying please?
14              THE INTERPRETER:  "In Paragraph 259, and the
15         date here is February '18."  That is what he said.
16   BY MR. ROSENTHAL:
17        Q    You mean the date -- you are pointing out in
18   Paragraph 259 the date of that invoice was actually
19   December 18, 2019?
20        A    Yes.
21        Q    So let me revise the question.
22              The invoices that Benlida is suing
23   Circuitronix for payment for, that were issued to
24   Circuitronix USA, fall within the time period of
25   approximately one year, December 29, 2018, through
```

```
 1   December 18, 2019?
 2        A    You said it's about a year.
 3        Q    Correct.
 4        A    But this one shows December '18.
 5        Q    Which one are you referring to when you are
 6   saying this one?
 7             THE INTERPRETER:  It's the same paragraph.
 8             MR. ROSENTHAL:  Can you just translate that?
 9             THE INTERPRETER:  Sorry.
10             THE WITNESS:  259.
11   BY MR. ROSENTHAL:
12        Q    What are you pointing out about
13   Paragraph 259?
14             THE INTERPRETER:  He is trying to clarify
15        with me what you said was about a one-year period
16        instead of nine-month period.
17   BY MR. ROSENTHAL:
18        Q    Do you agree with me that the date that
19   Benlida created the invoice in Paragraph 259 was
20   December 18, 2019?
21        A    Yes.
22        Q    And from -- the earliest invoice that Benlida
23   issued to Circuitronix in the Complaint, which was
24   December 29, 2018, until the date that is in
25   Paragraph 259, which is December 18, 2019, that is
```

```
 1   essentially one year, correct?
 2        A    Yes.
 3        Q    And with respect to the invoices that Benlida
 4   sent to Circuitronix Hong Kong, the date range that is
 5   in the Complaint is how long?
 6        A    So the time period is approximately 11
 7   months.
 8        Q    From what date to what date?
 9        A    So it's from December 18, 2018, to
10   November 19, 2019.
11        Q    And those are the only invoices to your
12   knowledge that Benlida is suing Circuitronix for
13   payment for, correct?
14             MR. LERNER:  Objection.
15             MR. ROSENTHAL:  Let me clarify the question.
16   BY MR. ROSENTHAL:
17        Q    The invoices listed in the Complaint are the
18   only invoices that Benlida is suing Circuitronix for
19   payment, correct?
20             MR. LERNER:  Objection.
21             THE WITNESS:  Yes.
22   BY MR. ROSENTHAL:
23        Q    Let me ask you about some of the other
24   abbreviations that are listed in the Complaint.
25             Look at Page 8, Paragraph 39 please.  Do you
```

```
 1   files.
 2       Q    Do you know if they were designated as
 3   something like CCT-BLD, the way that the invoices are
 4   designated?
 5       A    I am not sure.
 6       Q    Today is there a record of the historical
 7   data in the files related to Circuitronix as of the
 8   date of the filing of the Complaint in this lawsuit,
 9   the original Complaint?
10       A    I am not sure about the question.
11       Q    Benlida and Circuitronix have continued to do
12   business since this lawsuit was started, correct?
13       A    Yes.
14       Q    So new information is being put into the
15   files about Circuitronix in Benlida's records, correct?
16       A    Yes.
17       Q    So what I am asking you is whether there is a
18   snapshot, a picture, of the historical records as they
19   existed with Circuitronix the day before the Complaint
20   in this lawsuit was filed?
21       A    I don't have a snapshot.
22       Q    So it's not like a version of the files was
23   saved from a particular date in the past, correct?
24            THE INTERPRETER:  Can you repeat the
25       question?
```

```
 1   BY MR. ROSENTHAL:
 2        Q    You can answer if you know.
 3             THE INTERPRETER:  I need to hear the question
 4        again.  I am sorry.
 5             (The pending question is read
 6              back by the court reporter.)
 7             THE WITNESS:  I know, but I wasn't the one
 8        responsible to collect the data.
 9   BY MR. ROSENTHAL:
10        Q    Who was responsible to collect the data?
11        A    Possibly Tracy.
12        Q    Have you ever seen the Excel spreadsheet for
13   Circuitronix that showed which invoices it had not paid
14   in Benlida's records from 2018 and 2019?
15        A    So you are asking me if I have seen a
16   document like that between 2018 or '19?
17        Q    My question was a little different.  You
18   testified that there is an Excel spreadsheet in
19   Benlida's computer system for Circuitronix showing
20   which invoices were paid and which were not paid,
21   correct?
22        A    Yes.
23        Q    Have you seen that spreadsheet before?
24        A    Yes.
25        Q    When is the last time you looked at it?
```

1  department, but I wasn't told.
2      Q    Did you ever have any conversations with
3  anybody at Circuitronix in which you told them that
4  their payments in 2018 were being applied to the oldest
5  outstanding debts in Benlida's records?
6      A    Is it that me and Circuitronix had a
7  conversation?
8      Q    Correct, that is what I am asking.
9      A    No.
10     Q    Do you know if anybody from Benlida had that
11 conversation with Circuitronix during the period of
12 time before the prepayment started?
13     A    I don't know.
14     Q    Would that likely have been someone in the
15 sales department?
16     A    I don't know.
17     Q    So we talked earlier about the fact that the
18 earliest date on the invoice in the Third Amended
19 Complaint as to Circuitronix was December 29, 2018?  Do
20 you remember that?
21     A    Yes.
22     Q    How much did Benlida's records say that
23 Circuitronix owed Benlida as of that date?
24     A    I don't understand your question.
25     Q    Okay.  So as of the date on the first invoice

```
 1      A    Well, correct, but I am not quite sure if the
 2   document that we were talking about has the correct
 3   data in regard to the date.
 4      Q    Does Benlida keep a separate document of the
 5   age of its debts, how old they are?  And I should
 6   clarify.  The debts of its customers, money that it's
 7   owed.
 8      A    Yes.
 9      Q    What is that document called or that database
10   called?
11      A    I don't remember the specific name.
12      Q    Is it kept in the system we call Jin Die?
13      A    Jin Die does contain data about accounts
14   receivable, but it doesn't tell how old those
15   receivables are.
16      Q    I may have asked you this.  Forgive me.  Do
17   you know the name of the document or the system that
18   the age of the debt is listed in?
19      A    Yes.
20      Q    You do know the name of it?
21      A    I am not sure about a name.
22      Q    Is it a tool that you use in the finance
23   department?
24      A    When don't have a special tool, it's just a
25   document, a file that we use to make the records.
```

```
 1   this one-page piece of paper, is what authorized
 2   Benlida to use the money that Circuitronix USA paid to
 3   also pay the invoices that Benlida issued to
 4   Circuitronix Hong Kong?
 5        A    Yes.
 6        Q    Yes?
 7        A    Yes.
 8        Q    Now, you know that -- well, do you know that
 9   when Circuitronix USA sent Benlida payment details --
10   we talked about that right --
11        A    Yeah.
12        Q    -- that Circuitronix would say on that
13   payment detail a list of invoices, right?
14        A    Yes.
15        Q    And those payment details came from -- strike
16   that.
17             The payment details that Circuitronix USA
18   sent you listed invoices only for Circuitronix USA,
19   right?
20        A    Yeah.
21        Q    And at the same time, when Circuitronix Hong
22   Kong sent payment details, those payment details listed
23   only invoices that were sent to Circuitronix Hong Kong,
24   right?  So Circuitronix USA and Circuitronix Hong Kong
25   kept -- gave Benlida separate payment details, correct?
```

Wu Yukun
May 24, 2023

| | |
|---|---|
| 1 | A    Yes. |
| 2 | Q    They kept their records separate, right? |
| 3 | A    Yes. |
| 4 | Q    Yet, when you received money from one |
| 5 | company, you would use it to pay the oldest debts for |
| 6 | either company, whichever was oldest, right? |
| 7 | A    Yes. |
| 8 | MR. LERNER:  Okay, question.  Have you |
| 9 | completed the corporate rep dep yet?  You have |
| 10 | been going I think more than seven hours -- |
| 11 | MR. ROSENTHAL:  Most of this thing is |
| 12 | corporate rep. |
| 13 | MR. LERNER:  You have been going well more |
| 14 | than seven hours. |
| 15 | MR. ROSENTHAL:  I am sure. |
| 16 | MR. LERNER:  So the rule is seven hours. |
| 17 | MR. ROSENTHAL:  We have not been keeping |
| 18 | track of the breaks and things like that.  And |
| 19 | turns out that his English is fantastic and we |
| 20 | took twice and long as we needed to for about five |
| 21 | hours. |
| 22 | MR. LERNER:  His English isn't fantastic, but |
| 23 | it's better than my Chinese. |
| 24 | MR. ROSENTHAL:  And you speak Chinese, |
| 25 | correct? |