# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/SNOW

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

      Plaintiff,

v.

CIRCUITRONIX LLC,

      Defendant.
_____/

## DECLARATION OF LINA OCHOA

1. I, Lina Ochoa, am the Operations Manager/Global Operations Manager for Circuitronix, LLC ("CTX"). I have been the Operations Manager/Global Operations Manager since February 5, 2008. I make the following declaration based upon my personal knowledge.

2. In that capacity, I supervise the CTX accounting department and, as a result, am familiar with CTX's payment practices and documentation.

3. I have been made aware that in this lawsuit, Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida") claims that invoices Benlida sent to CTX from December 2018 through December 2019 were unpaid as of the date Benlida filed this lawsuit. That assertion is inconsistent with what I know to be true: that CTX paid those invoices.

4. CTX regularly sent Benlida wire transfers during the period of time covered by the invoice dates Benlida is suing upon. On a relatively regular basis, CTX's Accounting Department prepared documents entitled "Payment Details, which after review, were emailed to Benlida in the regular course of business. An example of one such Payment Detail is attached as Exhibit A hereto.

5. The Payment Detail listed the invoices from Benlida to CTX for the period of time since the last Payment Detail. It itemized the invoices and listed the invoice dollar amount. It sometimes listed (as credits against the invoices), debit memoranda CTX sent to Benlida for various reasons. Then at the bottom, it itemized the roll-over balance CTX had with Benlida and any new wire transfers had CTX made to Benlida. CTX attached to the Payment Details wire transfer information derived from the bank from which CTX wired the money to show support for the payments listed on the Payment Details.

6. The purpose of the Payment Detail was, as its name suggests, to explain to Benlida how CTX had paid for the invoices listed.

7. I was not aware, until very recently during this lawsuit, that Benlida was not applying the funds CTX was sending to the invoices we listed on the Payment Details as we intended but, instead, applying them to older debts Benlida believed CTX (or Circuitronix (Hong Kong) Ltd.) owed it. I have no recollection of anyone at Benlida ever telling me that they were commingling the monies received from CTX and Circuitronix (Hong Kong) Ltd. for their accounts receivable calculations or that Benlida was applying CTX's payments differently than what we communicated through our Payment Details.

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____   June 9, 2023
Lina Ochoa

# Exhibit A

| | |
|---|---|
| Date: | Fri, 12 Apr 2019 11:27:22 AM -0400 |
| Sent: | Fri, 12 Apr 2019 11:27:21 AM -0400 |
| Subject: | Benlida Payment Detail and bank slips for your reference - January 2019 invoices |
| From: | Melonnie Rhoden |
| To: | Benlida Sales01 <sales01@benlida.com>; accounting@benlida.com; Tracy benlida <tracy@benlida.com>; |
| CC: | Rishi Kukreja <RishiK@circuitronix.com>; Marcia Delgado <MarciaD@circuitronix.com>; Nicole Donaldson <NicoleD@circuitronix.com>; Chu kwok Wai <ChuW@Circuitronix.hk>; |
| Attachments: | Benlida Payment Details April 1, 2019 (January 2019 Invoices).pdf; Benlida_300K_4.4.19.pdf; Benlida_250K_3.18.19.pdf; Benlinda_400K_3-8-19.pdf; Benlida_300K_4.2.19.pdf; image001.png |

Tracy,

Please see attached the Benlida payment detail and bank slips for January 2019 invoices.

Regards,

**Melonnie Rhoden**
**Accounts Payable Specialist**
**circuitronix**

**3131 SW 42nd Street**
**Fort Lauderdale, FL 33312**
**Office: 786-364-4430**

CTX_00971145

# circuitronix

From Circuitronix, LLC.
To: Jiangmen Benlida
Payment Detail April 1, 2019

| Bill Number | Bill Date | Invoice Total |
|---|---|---|
| CCT-BLD-181231004 | 1/9/2019 | $ 56,406.52 |
| CCT-BLD-190104001 | 1/9/2019 | $ 89,750.75 |
| CCT-BLD-190104002 | 1/9/2019 | $ 112,847.60 |
| CCT-BLD-19010401 | 1/5/2019 | $ 11,978.29 |
| CCT-BLD-190108001 | 1/11/2019 | $ 78,157.69 |
| CCT-BLD-190111001 | 1/16/2019 | $ 58,979.40 |
| CCT-BLD-190111002 | 1/16/2019 | $ 86,227.54 |
| CCT-BLD-190111003 | 1/15/2019 | $ 48,634.31 |
| CCT-BLD-19011101 | 1/12/2019 | $ 20,082.95 |
| CCT-BLD-190115001 | 1/17/2019 | $ 45,553.43 |
| CCT-BLD-190118001 | 1/23/2019 | $ 91,067.44 |
| CCT-BLD-190118002 | 1/21/2019 | $ 83,098.10 |
| CCT-BLD-19011801 | 1/19/2019 | $ 3,334.97 |
| CCT-BLD-19012101 | 1/22/2019 | $ 662.87 |
| CCT-BLD-190122001 | 1/24/2019 | $ 59,236.47 |
| CCT-BLD-19012401 | 1/25/2019 | $ 2,953.74 |
| CCT-BLD-190125001 | 1/30/2019 | $ 86,445.00 |
| CCT-BLD-190125002 | 1/30/2019 | $ 58,150.80 |
| CCT-BLD-190125003 | 1/28/2019 | $ 71,207.75 |
| CCT-BLD-190129001 | 1/31/2019 | $ 75,033.61 |
| CCT-BLD-190129002 | 1/31/2019 | $ 7,451.62 |
| CCT-BLD-1901cancella | 1/4/2019 | $ 15,296.09 |
| CCT-BLD-1901NRE | 1/31/2019 | $ 300.00 |
| BEN-DM20190305 | 3/5/2019 | $ (84.50) |
| BEN-DM20190307 | 3/7/2019 | $ (586.65) |
| BEN-DM20190326 | 3/26/2019 | $ (309.52) |
| BEN-DM20190326-1 | 3/26/2019 | $ (209.84) |
| BEN-DM20190326-2 | 3/26/2019 | $ (40.23) |
| BEN-DM20190408 | 4/8/2019 | $ (97.74) |
| | Subtotal | $ 1,161,528.46 |
| | Credit Balance from March 1, 2018 | $ (7,487,963.59) |
| | Less payment March 8, 2019 | $ (400,000.00) |
| | Less payment March 18, 2019 | $ (250,000.00) |
| | Less payment April 2, 2019 | $ (300,000.00) |
| | Less payment April 4, 2019 | $ (300,000.00) |
| | **February 1, 2019 CTXUS Credit Balance** | **$ (7,576,435.13)** |

The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $300,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 0940016582 |

CTX_00971147

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit<br>No. 76 LongXI RD, High-Tech Industrial Park, JiangMen<br>Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA<br>22 GANGKOU ROAD<br>JIANGMEN<br>CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 0770059747 |

CTX_00971148

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $400,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Citibank Reference Number | 0660001192 |

CTX_00971149

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $300,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 0920008327 |