## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED CIRCUIT
CO., LTD.,

    Plaintiff,

v.

CIRCUITRONIX, LLC,

    Defendant.

_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

On June 12, 2023, the Undersigned held a Zoom videoconference hearing on the parties' discovery disputes. [ECF Nos. 171; 175; 179]. At the start of the hearing, Plaintiff represented to the Court that the issues noticed by the parties were resolved. Plaintiff further advised the Court that a new dispute arose between the parties. Specifically, the parties could not agree on whether the designation "Highly Confidential -- Attorneys' Eyes Only" was properly ascribed to four documents pursuant to the Confidentiality Agreement/Protective Order [ECF No. 163]. The Undersigned reviewed the four documents *in camera* and **ordered** as follows:

The "Highly Confidential -- Attorneys' Eyes Only" designation is inappropriate for the four documents at issue. Therefore, the client (in addition to the attorney) may review the documents. The Court finds that the four documents at issue are routine, garden-variety

communications. The mere fact that a party is embarrassed by a communication, would rather that the other side not learn of a communication, or that a communication places the client in an awkward situation are insufficient reasons to affix the designation "Highly Confidential -- Attorneys' Eyes Only" to that communication.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on June 13, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Robert N. Scola, Jr.
All Counsel of Record