UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Plaintiff,

v.

CIRCUITRONIX LLC,

    Defendant.
_____/

**NOTICE OF FILING DEFENDANT CIRCUITRONIX, LLC'S CORRECTED MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF MATERIAL FACTS ADDING ECF REFERENCES TO CITED DOCUMENTS**

    Counsel for Circuitronix, LLC ("CTX") belatedly recognized, after filing its summary judgment motion and statement of material facts, that this Court employs a special procedure for the citation of supporting materials in summary judgment motions. *See* Third Am. Sch. Order (DE 153) at 2, ¶ 2 (requiring the pre-filing of exhibits so that they can be referenced using the ECF number). CTX had only followed Local Rule 56.1(b)(1)(B) and used ECF numbers to reference those documents which had previously been filed before the summary judgment filings.

    Having recognized this technical mistake, counsel hereby attaches for the Court's ease of use corrected versions of CTX's summary judgment papers that merely insert the ECF numbers assigned to the documents in the citations in both CTX's motion for summary judgment (DE 178) and statement of material facts (DE 177). Utilizing these otherwise unchanged versions of those filings will facilitate the Court's review of the motion for summary judgment and will not prejudice Plaintiff in any way, since Plaintiff's response to the motion is not yet due.

Dated: June 20, 2023                                         Respectfully submitted,

| **PODHURST ORSECK, P.A.**<br>*Co-Counsel for Circuitronix, LLC*<br>One S.E. 3rd Avenue, Suite 2300<br>Miami, Florida 33131<br>Tel.: 305-358-2800/Fax: 305-358-2382<br><br>*/s/ Christina H. Martinez*<br>Stephen F. Rosenthal<br>Florida Bar No. 0131458<br>srosenthal@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com | **CHAUNCEY COLE, PA**<br>*Co-Counsel for Circuitronix, LLC*<br>9100 South Dadeland Blvd., Suite 1553<br>Miami, Florida 33156<br>Tel.:   (786) 497-7053<br><br>Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com<br><br> |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on June 20, 2023 as filed with the Clerk of the Court using CM/ECF.

By: */s/ Christina H. Martinez*
      Christina H. Martinez