United States District Court
Southern District of Florida
Case No. 21-60125-CIV-Scola/Goodman

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

        Plaintiff,

v.

CIRCUITRONIX, LLC,

        Defendant.

**Declaration of Jean-Claude Mazzola**

I, Jean-Claude Mazzola, state under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with the firm of Mazzola Lindstrom LLP, counsel for plaintiff Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida"), and am counsel of record herein, and duly admitted to practice before this court.

2. I submit this declaration, and accompanying exhibits, in opposition to the motion for summary judgment submitted by defendant Circuitronix, LLC ("CTX-US"). I also submit, by simultaneously e-filing same (such constituting service upon defendant CTX-US), the declarations of Huang Sulan ("Tracy Huang"), and Wu Yukun ("Roger Wu"), with the exhibits thereto, along with Benlida's memorandum of law in opposition to CTX-US's motion for summary judgment.

3. True and correct copies of the following exhibits are annexed hereto:

Exhibit "A"    CTX-US's interrogatories of April 23, 2022, and notice of service, with attached document bearing the electronic file name "Exclusive Customer List.pdf," and identifying such customers as CTX-US's "exclusive" customers in Interrogatory No. 15.

1

| | |
|---|---|
| Exhibit "B" | Benlida's April 27, 2022 objections (on grounds of numerosity) to CTX-US's interrogatories. |
| Exhibit "C" | CTX-US's email request of May 1, 2023, that the parties meet and confer to resolve the numerosity issue as to the interrogatories it served on Benlida. |
| Exhibit "D" | CTX-US's amended interrogatories of May 4, 2023. |
| Exhibit "E" | Benlida's interrogatory responses of May 18, 2023, corrected responses of May 24, 2023 (with corrected certification), and revised response of June 8, 2023. |
| Exhibit "F" | Excerpts of deposition testimony of CTX-US witness Akshay Koul, pp. 1, 11-14, 50-51, 78-114. |
| Exhibit "G" | Excerpts of deposition testimony of Benlida bookkeeper Chen Zhanjiao, pp. 1, 140–142, 165-188, and exhibits thereto. |
| Exhibit "H" | Excerpts of the deposition testimony of CTX-US witness Rishi Kukreja, pp. 1, 51, 71-72, 86-87, 102-104, 108. |
| Exhibit "I" | Two Business Authorizations executed by CTX-US, dated January 1, 2014, authorizing CTX-HK to place orders for CTX-US, and agreeing to be responsible for such orders. (One authorization was for orders placed with Benlida, and one was for orders placed with its affiliate ROK). |

I declare under penalty, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: June 26, 2023
New York, New York

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

By: Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd FL
New York, New York 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

*Attorneys for plaintiff Jiangmen Benlida Printed Circuit Co., Ltd.*

**Service via ECF**