# Exhibit A to Declaration of Jean-Claude Mazzola

| | |
|---|---|
| **From:** | JESSICA MILLER |
| **To:** | Jean-Claude Mazzola; Richard Lerner; Ruofei Xiang |
| **Cc:** | STEPHEN F. ROSENTHAL; MATT P. WEINSHALL; Christina H. Martinez; LISA LAUCK; Chauncey Cole |
| **Subject:** | SERVICE OF COURT DOCUMENT - Case 0:21-cv-60125-RNS Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC |
| **Date:** | Saturday, April 23, 2022 11:22:40 PM |
| **Attachments:** | First Set of Interrogatories to Benlida.pdf<br>Exclusive Customer List.pdf |

| | |
|---|---|
| Court: | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA |
| Case No: | 0:21-cv-60125-RNS |
| Style: | Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC |
| Document Title: | 1. DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF with ATTACHMENT |
| Sender's Name: | CHAUNCEY COLE and STEPHEN ROSENTHAL |
| Sender's Telephone No: | 786.497.7053 |

| | |
|---|---|
| | Please note that pursuant to Fed.R.Civ.Pro 5(b)(2)(E) and the S.D. Fla. Local Rules you are being served with court documents and you will not receive paper copies. |

Regards,
Jessica Miller

Jessica Miller
Podhurst Orseck, P.A.
Suntrust International Center
One SE Third Avenue, Suite 2300
Miami, FL 33131
305 358-2800 (phone)
305 358-2382  (fax)
jmiller@podhurst.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/SNOW**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,

v.

CIRCUITRONIX LLC,

Defendant,
_____/

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO**
**PLAINTIFF JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.**

Defendant/Counter-Plaintiff, Circuitronix, LLC ("CTX"), pursuant to Federal Rule of Civil Procedure 33, gives notice of propounding interrogatories, numbered 1 through 18, directed to Plaintiff/Counter-Defendant, Jiangmen Benlida Printed Circuit., Ltd. ("Benlida"), who is hereby requested and required to be answered under oath and in writing, within the time prescribed by said rule.

WE HEREBY CERTIFY that a copy of the forging was served via electronic mail this 23 day of April, 2022 to: Jean-Claude Mazzola, Esq., jeanclaude@mazzolalindstrom.com, and Richard Lerner, Esq., richard@mazzolalindstrom.com, Mazzola Lindstrom, LLP, 1350 Avenue of the Americas, 2nd Floor, New York, New York 10019.

Respectfully submitted,

| | |
|---|---|
| **PODHURST ORSECK, P.A.** | **CHAUNCEY COLE, PA** |
| SunTrust International Center | 9100 South Dadeland Blvd., Suite 1553 |
| One S.E. 3rd Avenue, Suite 2300 | Miami, Florida 33156 |
| Miami, Florida 33131 | Tel.:   (786) 497-7053 |
| Tel.: 305-358-2800/Fax: 305-358-2382 | |

By: /s/ Stephen F. Rosenthal
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Robert C. Josefsberg
Florida Bar No. 040856
rjosefsberg@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweishall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

By: /s/ Chauncey D. Cole IV
Chauncey D. Cole, IV, Esq.
Florida Bar No. 102184
chauncey.cole@coletrial.com



*Counsel for Circuitronix, LLC*

## DEFINITIONS

1. The terms "identification," "identify," or "identity," when used in reference to a natural person, shall mean to state the full name, the present or last known home and business address, home and business telephone numbers, their employer and job title and present whereabouts of each such person.

2. The terms "identification," "identify," or "identity" when used in reference to a corporation or other entity or person, shall mean to state the full legal name, state of incorporation or organization, address of the home office, and of the principal place of business, and in the case of LLCs and other non-incorporated business entities, identify the majority owner(s) and the manager(s) of the business.

3. The terms "identification," "identify," or "identity," when used in reference to a document, communication or file, shall mean to state its author, the manner and date or time period in which it originated, was developed or kept, its original location, its present location, and all persons who have been custodians of the document or file. Such identification should be made with a sufficient level of particularity to enable you to respond to a request to produce same.

4. "Benlida" shall mean Jiangmen Benlida Printed Circuit Co., Ltd., as well as any predecessor, successor, affiliate, subsidiary, partner, agent, employee, representative or other individual or entity acting on behalf of Jiangmen Benlida Printed Circuit Co., Ltd.

5. "You" or "your" shall mean Benlida, as well as any predecessor, successor, affiliate, subsidiary, partner, agent, employee, representative or other individual or entity acting on their behalf.

6. "Sinosure" shall mean China Export & Credit Insurance Corporation.

7. "Communication" means all documents relating in any way to transmission or exchange of information between two or more persons or entities, orally or in writing, and includes, without limitation, any conversation or discussion, whether face-to-face or by means of telephone, telegraph, telex, telecopier, electronic, text, or other medium.

## INSTRUCTIONS

1. If you object to fully identifying a document or oral communication because of a privilege, please provide the following information, unless divulging the information would disclose the privileged information:
   a. the nature of the privilege claimed (including work product);
   b. if the privilege is being asserted in connection with a claim or defense governed by state law, the state privilege rule being invoked;
   c. the date of the document or oral communication;
   d. if a document: its type (correspondence, memorandum, facsimile, etc.), custodian, location, and such other information sufficient to identify the document for a subpoena duces tecum or a document request, including where appropriate the author, the addressee, and, if not apparent, the relationship between the author and addressee;
   e. if an oral communication: the place where it was made, the names of the persons present while it was made, and, if not apparent, the relationship of the persons present to the declarant; and
   f. the general subject matter of the document or oral communication.

2. Please state in your respective answer whether any or all of the names, documents, or information requested is aggregated in a computerized or electronic database and, if so, where the database is located and maintained and whether such database is searchable.

4

## **INTERROGATORRIES**

1. State the accounting methodology or methodologies you used for your business with Circuitronix, LLC between January 1, 2016 to January 1, 2021, such as "FIFO" (first in, last out), "LIFO" (last in, first out), and the period of time during which each such methodology was used.

2. With respect to your allegation in Paragraph 12 of the Third Amended Complaint that "the first" invoice "was paid in part," identify which invoice you are referring to, its amount, the amount you allege Circuitronix, LLC paid towards it, and the date that allegedly partial payment was made.

3. Explain in detail how the amount you claim in Paragraph 437 of the Third Amended Complaint that Circuitronix, LLC owes for "price increases" ($2,115,927.57) was calculated, showing the amount of "price increase" for each invoice you used in your calculation of this figure (and each applicable invoice number).

4. Explain in detail how the amount you claim in Paragraph 437 of the Third Amended Complaint as "the invoiced amount" ($11,539,408.36) was calculated, showing the amount for each invoice you used in your calculation of this figure (and each applicable invoice number).

5. In Paragraph 443 of the Third Amended Complaint, you allege that "Circuitroinix failed to make full payment for such goods." With respect to each invoice you are referring to in this allegation, identify:
   a. the dollar amount by which you claim Circuitronix, LLC fell short of making "full" payment, and
   b. the date on which the less than full payment you attribute to that invoice occurred.

5

6. State the key facts which, in your view, support your allegation in Paragraph 444 of the Third Amended Complaint that the "lead-time penalty" discussed was "unconsented-to," including the date, location and participants at any meeting and/or written communications evidencing your lack of consent to lead-time penalties.

7. To the extent you agree that you incurred any lead-time penalties as of the date that, as you allege in Paragraph 444 of the Third Amended Complaint, "Defendant Circuitronix alleged that … Benlida owed it a total of $6,561,044.21," state the amount of lead-time penalties that had accrued as of that date by your own calculations.

8. With respect to your allegation in Paragraph 455 of the Third Amended Complaint that "Defendant Circuitronix has failed to remit payment of the debt although it has been in possession of the invoices":
   a. identify which invoices this allegation relates to;
   b. state whether you agree that Circuitronix, LLC remitted any payments to you after its receipt of those invoices; and,
   c. if so, explain why you did not credit any or all of those payments to those invoices.

9. Identify who served as the primary points of contact at Benlida and at Sinosure between those two companies, between January 1, 2016 and the present, concerning business with Circuitronix, LLC, and provide those individuals' mailing addresses, email addresses, and telephone numbers. For the Benlida employees, state whether they are still employed with Benlida (or ROK Printed Circuit Co. Ltd.), and if not, provide their last known contact information.

10. Identify any contract or agreement you had with Sinosure between January 1, 2016 to the present that applied or applies to your business with Circuitronix, LLC.

11. With respect to each contract or agreement with Sinosure that is responsive to Interrogatory No. 10 above, identify the provision or provisions that you were relying upon when you insisted that Circuitronix, LLC make a 120% prepayment of the order value before you would release the orders.

12. Identify all communications you had with Sinosure between January 1, 2016 to the present in which you informed Sinosure that Circuitronix, LLC was indebted to you.

13. Identify all communications you had with any bank or other financial institution between January 1, 2016 to the present concerning the subject of any debt you owe or owed Circuitronix, LLC or any debt Circuitronix, LLC owed or owes you.

14. Identify all communications you had with any of the following companies between January 1, 2016 and the present, who from Benlida communicated with them, the subject-matters of the communications:
    a. Shenzhen Kinwong Electronic Co., Ltd.;
    b. Kinwong Electronic (Hong Kong) Co., Ltd.
    c. Super Tech Circuit Board Co., Ltd.;
    d. Winglung
    e. Guangdong Kingshine

15. Identify all communications you had with any of the customers on the attached Exclusive Customer list between January 1, 2016 and the present, who from Benlida communicated with them, the subject-matters of the communications.

16. From the date of the earliest invoice identified in your Third Amended Complaint to July 1, 2020, state how much money Benlida was paid by Circuitronix, LLC and the start date you use for calculating the figure in your answer.

17. For the payments you considered in your answer to Interrogatory No. 16, above, identify any communications from you to Circuitronix, LLC that explain how that money was credited by Benlida.

18. From January 1, 2016 to July 1, 2020, how much money was Benlida paid by Circuitronix, LLC?

19. For the payments you considered in your answer to Interrogatory No. 18, above, identify any communications from you to Circuitronix, LLC that explain how that money was credited by Benlida.

20. Who at Benlida has been responsible for credit insurance between January 1, 2016 and the present? Provide those individuals' mailing addresses, email addresses, and telephone numbers.

21. Identify all notices from the customs authority of China and tax department of China between January 1, 2016 and the present received by Benlida and/or ROK Printed Circuit Co. Ltd. stating that either company was in default.

22. Disclose the amount of your annual sales (in dollars) in the United States, Japan, European Union countries, and Hong Kong for 2016-2021.

8

# **SCHEDULE A**

Identified Potential Customers and Circuitronix Customers

**Updated: 03/07/2020**

1) Preco Electronics, USA
2) MSI Manuafacturing, USA
3) Electrolux, Global Locations
4) PKG, USA
5) Curtis Instruments
6) First Alert/BRK
7) Gecko
8) Seveco
9) MicroCraft / Niles
10) Universal Lighting
11) Logican
12) Trico
13) Lear Corporation
14) Alps Automotive
15) Magna Electronics
16) Saturn Electronics
17) Panasonic: All Global Locations and Contract Manufacturers
18) Cherry: All Global Locations and Contract Manufacturers
19) Honeywell Corporation: All Global Locations.
20) Cooper Electronics: All Global Locations besides MTL in Europe. ➔ revised to Eaton/Cooper (2019/02/14)
21) Checkpoint System:    All Global Locations.

22) Celestica: All Global Locations.

23) SMTC: All Global Locations

24) Emerson: All Global Locations beside China and as agreed as per e-mail between the Parties

25) Tyco Electronics: All Global Locations

26) Osram Industries: All Global Locations

27) Ingersoll Rand: All Global Locations

28) Kimball Electronics: All Global Locations

29) Helbakao:    All Global Locations.

30) Harman International (Crown Division)

31) Canon Hi Tech, Thailand

32) Draxelmaeir

33) ITL

34) Methode Electronics

35) Celestica

36) Beckwith Electric

37) Star Microelectronics

38) Sitronics

39) Kaba

40) Leoni

41) Novita Technologies

42) Ducummon

43) Marquardt Switches

44) Valeo

45) EBW

46) Creationtech

47) Arcelik

48) Bourns

49) VLE Electronics

50) ZKW

51) Leviton

52) GBM

53) Epic Technologies

54) Computime

55) Ayrshine

56) Invensys

57) APAG

58) Flextronics (Mexico, Canada & Singapore)

59) Hella

60) Airborn

61) John Deere

62) Wabco

63) ZF

64) MTA (http://www.mta.it)

65) ML&S GmbH & Co., KG (http://www.mlands.com)

66) Fujutsu

67) Automated logic

68) Trane

69) UTEC

70) Ametek

71) BBM

72) Calcomp

73) UTC

74) Heliox

75) Jabil (except China, North America & Europe location -- 2015/11/16)

76) KSR

77) Leesys

78) Lutron

79) Napco

80) Peavey

81) Phelon

82) PNY

83) Syncro

84) Theben

85) Tomar

86) Touch Sensor

87) Viscount

88) Wellex

89) Xolutronics

90) Yazaki

91) The Genie Company (http://www.geniecompany.com/)

92) Brose

93) Littlefuse

94) Keytronics

95) KCB Electronics

96) TRW Automotive

97) WILO 威乐 ： All locations and subcontractors (will be specified)

98) Autoliv 奥托立夫 : All locations and subcontractors (will be specified)

99) IMI (North America & Europe location -- 2015/11/16)

100) MTA (http://www.mta.it/en/home -- 2015/11/30)

101) Maxway Tech (深圳夏瑞科技—2015/12/15)

102) Gentherm (www.gentherm.com/2016/04/25)

103) Delphi (2016/06/06)

104) Draxelmaier (2016/06/06)

105) EMZ (2016/06/29)

106) Becom Hochstrass Austria (2016/07/02)

107) Philips (all division besides Philips lighting)

108) Grupo Antolin (2016/08/01)

109) Oncore (2016/08/26)  昂扩电子

110) Harting Technology Group (2016/9/13)

111) Katek (2016/11/24)

112) Watlow (2017/02/16, division of Ingersoll Rand 英格索兰)

113) Deltec Automotive Gmbh (2017/03/03)

114) EGO Product (http://www.egoproducts.com/en/home/ 2017/06/01)

115) BSH Hausgeräte GmbH (https://www.bsh-group.com/2017/06/01)

116) JSHT    http://www.jshtgroup.com/jsht/default.aspx 2017/07/17

117) Inveta    http://www.intevaproducts.com/ 2017/07/17

118) SVI （2017/07/17）

119) TQ-Group 特酷 (2017/8/1)

120) Pentair http://www.pentair.com/ (2017/08/01)

121) Bitron http://www.bitron.net/ (2017/08/30)

122) Seuffer www.seuffer.de(2017/08/30)

123) SET electronics www.set-electronics.com (2017/8/30)

124) Gemphil Technologies Inc (2017/9/18)

125) Krypton Solutions (207/10/26)

126) Honortone 惠州鸿通电子，Newell 的 SMT 厂 (2017/12/09)

127) Walbro http://www.walbro.com/ (2018/2/23)

128) Haldex http://www.haldex.com (2018/3/3)

129) WAHL http://www.wahlglobal.com/ (2018/3/9)

130) Molex https://www.molex.com/molex/home(2018/6/14)

131) Generac http://www.generac.com/(2018/8/6)

132) Hitachi Automotive http://www. hitachi-automotive.co.jp/(2018/9/17)

133) BIG ASS FANS https://www.bigassfans.com/(2018/10/05)

134) Gracon https://www.grakon.com/ (2018/10/16)

135) Grundig (2018/11/13)

136) Medtronic https://www.medtronic.com/us-en/index.html (2018/11/23)

137) Wells Vehicle Electronics http://www.wellsve.com/ (2019/01/11)

138) Lenze https://www.lenze.com/en-de/about-lenze/ (2019/01/23)

139) Eaton (2019/2/12)

140) EI Electronics https://www.eielectronics.com/(2019/02/14)

141) Gentex (2019/02/14)

142) Arad www.arad.co.il (2019/02/14)

143) Vivint https://www.vivint.com/ (2019/03/12)

144) Acuity Brands (2019/3/4)

145) Rebo Group (2019/3/19)

146) Lacroix (2019/4/16)

147) Weidmuller (2019/5/6)

148) Viessmann (2019/5/18)

149) Kurz Elektronik (2019/5/18)

150) ASKGROUP (2019/5/18)

151) Fleetwood Electronics (2019/5/25)

152) Aimtron (2019/5/25)

153) ENICS (2019/5/28)

154) FIH Mexico (2019/6/13)

155) NOTE (2019/6/21)

156) Delvis (2019/8/14)

157) Keba (2019/8/14)

158) Efore (2019/8/14)

159) E-T-A (2019/8/14)

160) Robert Shaw (2019/8/14)

161) EPE Corp (2019/8/22)

162) WNC (Wistron NeWeb Corp) (2019/9/5)

163) Commscope (2019/9/6)

164) Tangent Services (2019/9/12)

165) Kepco Power (2019/9/12)

166) SICK Sensor Intelligence (2019/09/20)

167) EE technology (2019/10/11)

168) Spyder controls (2019/10/17)

169) Price Industries in Exclusive (2019/10/17)

170) Cebi (2019/10/18)

171) First Customer Inc (2020/03/07)

172) ATS (2020/5/7)

173) MinebeaMitsumi // NMB (2020/5/7)

174) Brusa (7/30/2020)

175) DIEHL (8/6/2020)

176) Core Health and Fitness (11/9/2020)

177) Husqvarna (6/16/2021)

178) Energomera (9/1/2021)

179) Kenwood (10/13/2021)

180) Zollner (10/19/2021)

181) BenchMark (11/13/2021)

182) Info-Tek Corp (PSA) (12/10/2021)

183) Luminar (2/9/2022)

184) Eberle/Schneider Electric (2/18/2022) – Eberle – no conflict, Scneider – Conflict by Tracy. However Eberle/Schneider Electric are same company

185) Pepperl+Fuchs (3/4/2022)

186) Shenzhen Topband Co., Ltd. (3/4/2022)

187) Fideltronik (3/4/2022)

188) Leeds (3/10/2022)

189) Odelo (4/12/2022)