# Exhibit E to Declaration
# of Jean-Claude Mazzola

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,

v.

CIRCUITRONIX LLC,

Defendant,

_____/

# Benlida's Responses to Circuitronix's Interrogatories

1.      State the accounting methodology or methodologies you used for your business with
        Circuitronix, LLC between January 1, 2016 to January 1, 2021, such as "FIFO" (first in,
        first out), "LIFO" (last in, first out), and the period of time during which each such
        methodology was used.

        **Answer: Benlida has always used FIFO, and has applied current payments to past
        due invoices, thereby reducing the Circuitronix (US and HK) A/R from the earliest
        periods. Since prepayment commenced, however, the premiums added on to the
        purchases and the prepayment for the unshipped products have been applied to pay
        down past debt on a FIFO basis.**

2.      Explain in detail how the amount you claim in Paragraph 437 of the Third Amended
        Complaint that Circuitronix, LLC owes for "price increases" ($2,115,927.57) was
        calculated.

        **Answer: Benlida and Circuitronix met on December 14, 2016. At the meeting, CTX
        agreed to pay increasing prices on shipments that started from March 2017. (The
        logic of calculation was fixed in the meeting minutes.) Until September 2019, BLD's
        calculation result is US$2,115,927.57. This calculation was set forth in a spread
        sheet sent by Tracy Huang to Rishi Kukreja, with amount of US$3,336,902.28. This
        number was brought down due to FIFO to US$2.11 million before litigation was
        commenced. VAT of CCL in Benlida records support this number.**

1

3.      Explain in detail how the amount you claim in Paragraph 437 of the Third Amended Complaint as "the invoiced amount" ($11,539,408.36) was calculated.

**Answer:**

Currency: USD

| Cutoff Date | May 31st, 2023 |
|---|---|
| Shipment Amount Through Cutoff Date | US$156,031,184.88 |
| Payment Amount Through Cutoff Date | US$140,303,257.65 |
| Debit notes BLD/ROK Confirm[1] | US$4,188,518.87 |
| **Balance Amount** | **US$11,539,408.36** |

**Per agreement, not recognized as payment for shipments is U$742,000 which is out of payment amount on above sheet.**

| ITEM | AMOUNT |
|---|---|
| BLD received OSP chemical payment | US$235,000.00 |
| ROK received OSP chemical payment | US$142,000.00 |
| BLD received Immersion tin investment payment | US$80,000.00 |
| ROK received Immersion tin investment payment | US$60,000.00 |
| BLD received fit up cost | US$25,000.00 |
| wire transfer by Tracy | US$200,000.00 |
| **TOTAL** | **US$742,000.00** |

4.      In Paragraph 443 of the Third Amended Complaint, you allege that "Circuitroinix failed to make full payment for such goods."  With respect to this allegation, identify any invoice as to which BLD alleges partial payment was received.

**Answer: Through the end of May 2020, partial payment US$11,569.69 was received on INV# BLDCCT-HK181218001.**

---

[1] Benlida / ROK did not agree to all of the debit notes that Circuitronix sent. Lead time penalties and air freight claims were and are in dispute.

5.      State the key facts which, in your view, support your allegation in Paragraph 444 of the Third Amended Complaint that the "lead-time penalty" discussed was "unconsented-to," including the date, location and participants at any meeting and/or written communications evidencing your lack of consent to lead-time penalties.

**Answer: In an email sent by Tracy Huang to Rishi Kukreja on November 13/14, 2019, entitled "Lead Time Penalty for Benlida for May 2019 --Benlida feedback," Ms. Huang stated clearly that Benlida did not agree to the lead-time penalty amount claimed by Circuitronix. In the email Ms. Huang also included several attachments setting forth the parties' calculations / agreements for the period of September 2015 to October 2017.**

6.      To the extent you agree that you incurred any lead-time penalties as of the date that, as you allege in Paragraph 444 of the Third Amended Complaint, "Defendant Circuitronix alleged that … Benlida owed it a total of $6,561,044.21," state the amount of lead-time penalties that had accrued as of that date by your own calculations.

**Answer: Using the logic mentioned above, the amount of lead-time penalties that had accrued was US$1,133,106 as to the order period of February 2016 to May 2019.**

7.      With respect to your allegation in Paragraph 455 of the Third Amended Complaint that "Defendant Circuitronix has failed to remit payment of the debt although it has been in possession of the invoices," identify whether the allegation refers to all of the invoices in the Third Amended Complaint or, if a subset of the invoices, the paragraph numbers of the Third Amended Complaint that comprise that subset.

**Answer: Through the end of May 2020, and based upon the FIFO method set forth in answer to question 1, the invoices stated in the Third Amended Complaint remain unpaid.**

3

8.    Identify who served as the primary points of contact at Benlida and at Sinosure between those two companies, between January 1, 2016 and the present, concerning business with Circuitronix, LLC, and provide those individuals' mailing addresses, email addresses, and telephone numbers.  For the Benlida employees, state whether they are still employed with Benlida (or ROK Printed Circuit Co. Ltd.), and if not, provide their last known contact information.

**Answer: Benlida's main contact with Sinosure was Ms. Chen Zhanjiao, <u>accounting@benlida.com</u>, 86-750-3962065. Ms. Chen is still employed by Benlida.**

**Sinosure's main current contact with Benlida is Lyndon Liu （刘卓麟）, China Export & Credit Insurance Corportaion Guangdong Branch Indemnity & Collection Department, Collection Office, Vice Manager, Phone: 13533039891, <u>liuzhuolin@sinosure.com.cn</u> (Note: the prior Sinosure contact is no longer employed by Sinosure, and the address and other contact information for the former employee is unknown).**

9.    With respect to each contract or agreement that you had with Sinosure between January 1, 2016 to the present that applied or applies to your business with Circuitronix, LLC, identify the provision or provisions that you were relying upon when you insisted that Circuitronix, LLC make a 120% prepayment of the order value before you would release the orders.

**Answer: Please refer to email "2020.02.24回复_ 赔后溢价出货申请.eml".  Sinosure required minimum 10% premium of shipment amount.**

10.    Identify all communications you had with Sinosure between January 1, 2016 to the present in which you informed Sinosure that Circuitronix, LLC was indebted to you.

**Answer: (refer to September 18, 2019 email: "两厂自合作至2019.08应收CCT余额（扣款按所有扣款单金额）(2)(1).eml" Upon information and belief, all email communications between Benlida and Sinosure have been disclosed).**

11.    Identify all communications you had with any bank or other financial institution between January 1, 2016 to the present concerning the subject of any debt you owe or owed Circuitronix, LLC or any debt Circuitronix, LLC owed or owes you.

**Answer: Benlida does not include Sinosure in response to this question. While Benlida did report to banks and financial institutions debts generally owed to Benlida, it did not make any representations to any banks or financial institutions about Circuitronix's debts owed to Benlida.**

12.    Identify all communications involving Huang Xiangjiang, Tracy Huang, Huang Hanchao, Yukun Wu, or Chen Zhanjiao, that you had with any of the following companies between January 1, 2016 and the present and the subject-matters of the communications:

        a.  Shenzhen Kinwong Electronic Co., Ltd.;
        b.  Kinwong Electronic (Hong Kong) Co., Ltd.
        c.  Super Tech Circuit Board Co., Ltd.;
        d.  Winglung
        e.  Guangdong Kingshine

**Answer: There were no written communications with a-d, but there were oral communications with a, b, and e.  There were no direct communications, written or oral with c or d.**

**Topics of communications with a and b: They reached out to Benlida to speak about its own litigation with Circuitronix. Douglas Huang and Roger Wu met with them.**

**Topic of communications with e:  Mr. Huang met with them to discussion market conditions for PCBs.**

13.    Identify all communications you had with any Circuitronix Customer (as defined in § 1.5 of the Manufacturing Agreement) between January 1, 2016 and the present (April 23, 2022), with the exception of communications related to Customers' coordinated and Circuitronix-authorized site visits to Benlida's factory.

**Answer: None that Benlida can recall.**

14.  From the date of the earliest invoice identified in your Third Amended Complaint to July 1, 2020, state how much money Benlida was paid by Circuitronix, LLC and the start date you use for calculating the figure in your answer.

**Answer: Earliest date of invoice is Dec 18, 2018. From December 18 to 23, no payment received from Circuitronix US or Circuitronix HKG, so the earliest date of payment is December 24, 2018.**

| ITEM | PAYMENT AMOUNT | SHIPMENT AMOUNT | NOTE |
|---|---|---|---|
| CTX-US paid to BLD+ROK | US$12,240,285.87 | US$10,058,195.91 | Includes US$100,000 received on OSP chemical payment |
| CTX-HKG paid to BLD+ROK | US$2,756,127.94 | US$6,372,566.07 | |
| **TOTAL** | **US$14,996,413.81** | **US$16,430,761.98** | |

**Through the end of December 2018, Circuitronix owed Benlida US$10,486,885.95 as receivables, with US$5,792,229.02 overdue as of the end of December 2018.**

15.  For the payments you considered in your answer to Interrogatory No. 16, above, identify any communications from you to Circuitronix, LLC that explain how that money was credited by Benlida.

**Answer: During the above period, monthly statements were sent, and since February 2020, the statements have included the payments received during that month and the total amount of the receivable.**

16.     From January 1, 2016 to July 1, 2020, how much money was Benlida paid by Circuitronix, LLC?

**Answer:**

|  | PAYMENT AMOUNT | | SHIPMENT   AMOUNT | |
|---|---|---|---|---|
|  | BLD | ROK | BLD | ROK |
| CTX-US PAID | US$50,166,450.79 | US$21,466,823.05 | US$49,556,967.46 | US$17,972,275.97 |
| CTX-HKG PAID | US$17,039,336.45 | US$1,360,000.00 | US$26,106,620.62 | US$2,084,308.41 |
| TOTAL | US$67,205,787.24 | US$22,826,823.05 | US$75,663,588.08 | US$20,056,584.38 |
| **BLD+ROK TOTAL** | **US$90,032,610.29** | | **US$95,720,172.46** | |

**Through the end of December 2015, CTX owed BLD US$6,510,527.92 as receivables, with $282757.74 overdue as of the end of 2015**

**Note:**
**1) BLD payment amount includes OSP chemical payment US$235,000**
**2) ROK payment amount includes OSP chemical payment US$377,000 + wire transfer by Tracy Huang account US$200,000.**

17.     For the payments you considered in your answer to Interrogatory No. 16, above, identify any communications from you to Circuitronix, LLC that explain how that money was credited by Benlida.

**Answer: During above period, monthly statements were sent. For the months of January 2016 to December 2017, emails show the payments received, each month and the total amount of receivables. For the months of February 2020 to July 2020, emails show the payments received that month and the total amount of receivable.**

18.     Who at Benlida has been responsible for credit insurance between January 1, 2016 and the present?  Provide those individuals' mailing addresses, email addresses, and telephone numbers.

**Answer: See answer to question 8 above.**

7

19.     Identify all notices from the customs authority of China and tax department of China between January 1, 2016 and the present received by Benlida and/or ROK Printed Circuit Co. Ltd. stating that either company was in default.

**Answer: The tax refunds were withdrawn according to the regulations, but these actions were handled by the tax department, and there were no specific notifications or certifications for these actions.**

20.     For each claim Benlida made upon China Export & Credit Insurance Corporation (a/k/a Sinosure), between 2016 through 2021, for alleged losses arising from Benlida's business with Circuitronix, LLC, identify the amount of money Benlida sought.

**Answer: US$7.144 million.**

Dated: May 17, 2023
          New York, New York

                                        **MAZZOLA LINDSTROM LLP**
                                        *Attorneys for Plaintiff Benlida*

                                        By: */s/ Jean-Claude Mazzola*
                                        Jean-Claude Mazzola
                                        1350 Avenue of the Americas, 2nd Floor
                                        New York, NY 10019
                                        646.250.6666
                                        jeanclaude@mazzolalindstrom.com

Service via email upon counsel for defendant Circuitronix LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED

CIRCUIT CO., LTD., *et al.*


Plaintiffs,                                          **[corrected: May 24, 2023]**


v.


CIRCUITRONIX LLC,


Defendant,

_____/


# **Benlida's Responses to Circuitronix's Interrogatories**


1.      State the accounting methodology or methodologies you used for your business with
Circuitronix, LLC between January 1, 2016 to January 1, 2021, such as "FIFO" (first in,
first out), "LIFO" (last in, first out), and the period of time during which each such
methodology was used.


        **Answer: Benlida has always used FIFO, and has applied current payments to past
due invoices, thereby reducing the Circuitronix (US and HK) A/R from the earliest
periods. Since prepayment commenced, however, the premiums added on to the
purchases and the prepayment for the unshipped products have been applied to pay
down past debt on a FIFO basis.**


2.      Explain in detail how the amount you claim in Paragraph 437 of the Third Amended
Complaint that Circuitronix, LLC owes for "price increases" ($2,115,927.57) was
calculated.

1

**Answer: Benlida and Circuitronix met on December 14, 2016. At the meeting, CTX agreed to pay increasing prices on shipments that started from March 2017. (The logic of calculation was fixed in the meeting minutes.) Until September 2019, BLD's calculation result is US$2,115,927.57. This calculation was set forth in a spread sheet sent by Tracy Huang to Rishi Kukreja, with amount of US$3,336,902.28. This number was brought down due to FIFO to US$2.11 million before litigation was commenced. VAT of CCL in Benlida records support this number.**

3. Explain in detail how the amount you claim in Paragraph 437 of the Third Amended Complaint as "the invoiced amount" ($11,539,408.36) was calculated.

**Answer:**

Currency: USD

| Cutoff Date | May 31st, 2020 |
|---|---|
| Shipment Amount Through Cutoff Date | US$156,031,184.88 |
| Payment Amount Through Cutoff Date | US$140,303,257.65 |
| Debit notes BLD/ROK Confirm[1] | US$4,188,518.87 |
| **Balance Amount** | **US$11,539,408.36** |

**Per agreement, not recognized as payment for shipments is U$742,000 which is out of payment amount on above sheet.**

| ITEM | AMOUNT |
|---|---|
| BLD received OSP chemical payment | US$235,000.00 |
| ROK received OSP chemical payment | US$142,000.00 |
| BLD received Immersion tin investment payment | US$80,000.00 |
| ROK received Immersion tin investment payment | US$60,000.00 |
| BLD received fit up cost | US$25,000.00 |
| wire transfer by Tracy | US$200,000.00 |
| **TOTAL** | **US$742,000.00** |

---

[1] Benlida / ROK did not agree to all of the debit notes that Circuitronix sent. Lead time penalties and air freight claims were and are in dispute.

3

4.      In Paragraph 443 of the Third Amended Complaint, you allege that "Circuitroinix failed to make full payment for such goods."  With respect to this allegation, identify any invoice as to which BLD alleges partial payment was received.

**Answer: Through the end of May 2020, partial payment US$11,569.69 was received on INV# BLDCCT-HK181218001.**

5.      State the key facts which, in your view, support your allegation in Paragraph 444 of the Third Amended Complaint that the "lead-time penalty" discussed was "unconsented-to," including the date, location and participants at any meeting and/or written communications evidencing your lack of consent to lead-time penalties.

**Answer: In an email sent by Tracy Huang to Rishi Kukreja on November 13/14, 2019, entitled "Lead Time Penalty for Benlida for May 2019 --Benlida feedback," Ms. Huang stated clearly that Benlida did not agree to the lead-time penalty amount claimed by Circuitronix. In the email Ms. Huang also included several attachments setting forth the parties' calculations / agreements for the period of September 2015 to October 2017.**

6.      To the extent you agree that you incurred any lead-time penalties as of the date that, as you allege in Paragraph 444 of the Third Amended Complaint, "Defendant Circuitronix alleged that … Benlida owed it a total of $6,561,044.21," state the amount of lead-time penalties that had accrued as of that date by your own calculations.

**Answer: Using the logic mentioned above, the amount of lead-time penalties that had accrued was US$1,133,106 as to the order period of February 2016 to May 2019.**

7.      With respect to your allegation in Paragraph 455 of the Third Amended Complaint that "Defendant Circuitronix has failed to remit payment of the debt although it has been in possession of the invoices," identify whether the allegation refers to <u>all</u> of the invoices in the Third Amended Complaint or, if a subset of the invoices, the paragraph numbers of the Third Amended Complaint that comprise that subset.

**Answer: Through the end of May 2020, and based upon the FIFO method set forth in answer to question 1, the invoices stated in the Third Amended Complaint remain unpaid.**

5

6

8.     Identify who served as the primary points of contact at Benlida and at Sinosure between those two companies, between January 1, 2016 and the present, concerning business with Circuitronix, LLC, and provide those individuals' mailing addresses, email addresses, and telephone numbers. For the Benlida employees, state whether they are still employed with Benlida (or ROK Printed Circuit Co. Ltd.), and if not, provide their last known contact information.

**Answer: Benlida's main contact with Sinosure was Ms. Chen Zhanjiao, <u>accounting@benlida.com</u>, 86-750-3962065. Ms. Chen is still employed by Benlida.**

**Sinosure's main current contact with Benlida is Lyndon Liu （刘卓麟）, China Export & Credit Insurance Corportaion Guangdong Branch Indemnity & Collection Department, Collection Office, Vice Manager, Phone: 13533039891, <u>liuzhuolin@sinosure.com.cn</u> (Note: the prior Sinosure contact is no longer employed by Sinosure, and the address and other contact information for the former employee is unknown).**

9.     With respect to each contract or agreement that you had with Sinosure between January 1, 2016 to the present that applied or applies to your business with Circuitronix, LLC, identify the provision or provisions that you were relying upon when you insisted that Circuitronix, LLC make a 120% prepayment of the order value before you would release the orders.

**Answer: Please refer to email "2020.02.24回复_ 赔后溢价出货申请.eml". Sinosure required minimum 10% premium of shipment amount.**

10.    Identify all communications you had with Sinosure between January 1, 2016 to the present in which you informed Sinosure that Circuitronix, LLC was indebted to you.

7

**Answer: (refer to September 18, 2019 email:
"两厂自合作至2019.08应收CCT余额（扣款按所有扣款单金额）(2)(1).eml" Upon
information and belief, all email communications between Benlida and Sinosure
have been disclosed).**

11.     Identify all communications you had with any bank or other financial institution between January 1, 2016 to the present concerning the subject of any debt you owe or owed Circuitronix, LLC or any debt Circuitronix, LLC owed or owes you.

**Answer: Benlida does not include Sinosure in response to this question. While Benlida did report to banks and financial institutions debts generally owed to Benlida, it did not make any representations to any banks or financial institutions about Circuitronix's debts owed to Benlida.**

12.     Identify all communications involving Huang Xiangjiang, Tracy Huang, Huang Hanchao, Yukun Wu, or Chen Zhanjiao, that you had with any of the following companies between January 1, 2016 and the present and the subject-matters of the communications:

      a.   Shenzhen Kinwong Electronic Co., Ltd.;
      b.   Kinwong Electronic (Hong Kong) Co., Ltd.
      c.   Super Tech Circuit Board Co., Ltd.;
      d.   Winglung
      e.   Guangdong Kingshine

**Answer: There were no written communications with a-d, but there were oral communications with a, b, and e.  There were no direct communications, written or oral with c or d.**

**Topics of communications with a and b: They reached out to Benlida to speak about its own litigation with Circuitronix. Douglas Huang and Roger Wu met with them.**

**Topic of communications with e:  Mr. Huang met with them to discussion market conditions for PCBs.**

13.     Identify all communications you had with any Circuitronix Customer (as defined in § 1.5 of the Manufacturing Agreement) between January 1, 2016 and the present (April 23,

2022), with the exception of communications related to Customers' coordinated and Circuitronix-authorized site visits to Benlida's factory.

**Answer: None that Benlida can recall.**

14.    From the date of the earliest invoice identified in your Third Amended Complaint to July 1, 2020, state how much money Benlida was paid by Circuitronix, LLC and the start date you use for calculating the figure in your answer.

**Answer: Earliest date of invoice is Dec 18, 2018. From December 18 to 23, no payment received from Circuitronix US or Circuitronix HKG, so the earliest date of payment is December 24, 2018.**

| ITEM | PAYMENT AMOUNT | SHIPMENT AMOUNT | NOTE |
|---|---|---|---|
| CTX-US paid to BLD+ROK | US$12,240,285.87 | US$10,058,195.91 | Includes US$100,000 received on OSP chemical payment |
| CTX-HKG paid to BLD+ROK | US$2,756,127.94 | US$6,372,566.07 | |
| **TOTAL** | **US$14,996,413.81** | **US$16,430,761.98** | |

**Through the end of December 2018, Circuitronix owed Benlida US$10,486,885.95 as receivables, with US$5,792,229.02 overdue as of the end of December 2018.**

15.     For the payments you considered in your answer to Interrogatory No. 16, above, identify any communications from you to Circuitronix, LLC that explain how that money was credited by Benlida.


        **Answer: During the above period, monthly statements were sent, and since February 2020, the statements have included the payments received during that month and the total amount of the receivable.**

11

16.   From January 1, 2016 to July 1, 2020, how much money was Benlida paid by Circuitronix, LLC?

**Answer:**

|  | PAYMENT AMOUNT | | SHIPMENT   AMOUNT | |
|---|---|---|---|---|
|  | BLD | ROK | BLD | ROK |
| CTX-US PAID | US$50,166,450.79 | US$21,466,823.05 | US$49,556,967.46 | US$17,972,275.97 |
| CTX-HKG PAID | US$17,039,336.45 | US$1,360,000.00 | US$26,106,620.62 | US$2,084,308.41 |
| TOTAL | US$67,205,787.24 | US$22,826,823.05 | US$75,663,588.08 | US$20,056,584.38 |
| **BLD+ROK TOTAL** | **US$90,032,610.29** | | **US$95,720,172.46** | |

**Through the end of December 2015, CTX owed BLD US$6,510,527.92 as receivables, with $282757.74 overdue as of the end of 2015**

**Note:**

**1) BLD payment amount includes OSP chemical payment US$235,000**

**2) ROK payment amount includes OSP chemical payment US$377,000 + wire transfer by Tracy Huang account US$200,000.**

17.   For the payments you considered in your answer to Interrogatory No. 16, above, identify any communications from you to Circuitronix, LLC that explain how that money was credited by Benlida.

12

**Answer: During above period, monthly statements were sent. For the months of January 2016 to December 2017, emails show the payments received, each month and the total amount of receivables. For the months of February 2020 to July 2020, emails show the payments received that month and the total amount of receivable.**

18.     Who at Benlida has been responsible for credit insurance between January 1, 2016 and the present?  Provide those individuals' mailing addresses, email addresses, and telephone numbers.

**Answer: See answer to question 8 above.**

13

19.     Identify all notices from the customs authority of China and tax department of China between January 1, 2016 and the present received by Benlida and/or ROK Printed Circuit Co. Ltd. stating that either company was in default.

**Answer: The tax refunds were withdrawn according to the regulations, but these actions were handled by the tax department, and there were no specific notifications or certifications for these actions.**

20.     For each claim Benlida made upon China Export & Credit Insurance Corporation (a/k/a Sinosure), between 2016 through 2021, for alleged losses arising from Benlida's business with Circuitronix, LLC, identify the amount of money Benlida sought.

**Answer: US$7.144 million.**

**I, Tracy Huang, state under penalty of perjury, pursuant to 28 U.S.C. 1746  this 24th day of May 2023, that the above responses to Circuitronix's interrogatories are true and correct.**



_____

                                                **Tracy Huang**

Dated: May 24, 2023

        New York, New York

14

**MAZZOLA LINDSTROM LLP**

*Attorneys for Plaintiff Benlida*


By: <u>/s/ *Jean-Claude Mazzola*</u>

Jean-Claude Mazzola

1350 Avenue of the Americas, 2nd Floor

New York, NY 10019

646.250.6666

jeanclaude@mazzolalindstrom.com



Service via email upon counsel for defendant Circuitronix LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,
v.
CIRCUITRONIX LLC,
Defendant,
_____/

# Benlida's Revised Response to Interrogatory 14

14. From the date of the earliest invoice identified in your Third Amended Complaint to July 1, 2020, state how much money Benlida was paid by Circuitronix, LLC and the start date you use for calculating the figure in your answer.

**Answer: Earliest date of invoice is Dec 18, 2018. From December 18 to 23, no payment was received from Circuitronix US or Circuitronix HKG, so the earliest date of payment is December 24, 2018.**

| ITEM | PAYMENT AMOUNT | SHIPMENT AMOUNT | NOTE |
|---|---|---|---|
| CTX-US paid to BLD | US$12,240,285.87 | US$10,058,195.91 | Includes US$100,000 received on OSP chemical payment |
| CTX-HKG paid to BLD | US$2,756,127.94 | US$6,372,566.07 | |
| **TOTAL** | **US$14,996,413.81** | **US$16,430,761.98** | |

**Through the end of December 2018, Circuitronix owed Benlida US$10,486,885.95 as receivables, with US$5,792,229.02 overdue as of the end of December 2018.**

1

**I, Tracy Huang, state under penalty of perjury, pursuant to 28 U.S.C. 1746 this 8th day of June 2023, that the above responses to Circuitronix's interrogatory 14 is true and correct.**

_____

**Tracy Huang**

Dated:  June 8, 2023
        New York, New York

**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff Benlida*

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

Service via email upon counsel for defendant Circuitronix LLC

2