Chen Zhanjiao
May 25, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN


JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

        Plaintiff,

    vs.

CIRCUITRONIX, LLC,

        Defendant.
_____/



TRANSCRIPT OF PROCEEDINGS
DEPOSITION OF CHEN ZHANJIAO



Thursday, May 25, 2023
One Southeast Third Avenue, Suite 2300
Miami, Florida  33131
10:30 a.m. - 8:40 p.m.



Stenographically Reported By:
LAUREL A. MAZUR
Florida Professional Reporter

Chen Zhanjiao
May 25, 2023

1   on the computer screen, which has been marked as

2   Exhibit 83, created?  Was it December 2020?

3        A    Yes.

4        Q    Okay, I am going to close this document.

5             Did -- I think you told me this, but I am not

6   positive, so let me ask.  Are you aware that CCT would

7   send payment details to Benlida on a periodic basis?

8        A    Yes.

9        Q    I am going to show you a document that I will

10  mark as Exhibit 85.

11             (Thereupon, Deposition Exhibit No. 85

12              is marked for identification.)

13  BY MR. ROSENTHAL:

14        Q    So if you turn to the second page, you see a

15  document I am holding it up.  It looks like this.

16             Okay.  Do you recognize the format of that

17  document?

18        A    Yes.

19        Q    What is it?

20        A    I heard that -- I heard from the sales

21  department and they told me that CCT sent this document

22  over and it contained some invoices number, the

23  amounts, and also some dates.

24        Q    What did you do with it when the sales

25  department brought it to your attention?

Chen Zhanjiao
May 25, 2023

1      A    So I would look at the balance on this chart,

2   and if it doesn't match what we have in our own record,

3   I would let the sales department know.

4      Q    Okay.  If you turn the page, you see another

5   document that looks like this.  Do you recognize what

6   that is?

7      A    Yes.

8      Q    What is that?

9           THE INTERPRETER:  I need clarification.

10          (Interpreter seeks clarification.)

11          THE WITNESS:  So this is a -- it contains

12      information about CCT's bank account before they

13      sent out payments to us.

14   BY MR. ROSENTHAL:

15      Q    Do you recall seeing those bank payment

16   documents along with the payment detail document?

17      A    No.  So CCT does not send us this document on

18   a regular basis.  Sometimes it shows in a very

19   different format.  Sometimes it does not have any of

20   the payment information, payment details.

21      Q    You received these documents from the sales

22   department at Benlida, correct?

23      A    Yes.

24      Q    And you don't know whether the sales

25   department only gave you the payment details page,

Chen Zhanjiao
May 25, 2023

1    correct?

2              THE INTERPRETER:  I apologize.  Can I hear

3        the question again?

4    BY MR. ROSENTHAL:

5        Q    I believe I asked you get these from the

6    sales department, and you don't know whether the sales

7    department only gave you the payment detail page.

8        A    So do you mean that it includes both the bank

9    information and also the payment details?

10       Q    No.  I am asking you whether you know whether

11   the sales department may have separated the two before

12   they gave it to you, the payment details.

13       A    I don't remember whether or not.

14       Q    So you did say that you sometimes -- well,

15   before you entered into your database, your Excel

16   spreadsheet, the money received from CCT, you would

17   have a bank slip or some type of information from the

18   bank, correct?

19       A    So do you mean that when CCT sent us money

20   there would be a bank slip or that there would be an

21   e-mail sent to us?

22       Q    Are you asking me a question right now?

23       A    Yes.

24       Q    Yes, that is what I mean.  No, let me

25   clarify.

Chen Zhanjiao
May 25, 2023

1          MR. LERNER:  So long as it's by Zoom.

2          MR. ROSENTHAL:  Of course.  So you have some

3     questions?

4          MR. LERNER:  Yeah.  Can you bring up document

5     83?  I think it's this -- go to that, and tab for

6     2018, and go down to Line 561 and 562.

7                    CROSS-EXAMINATION

8  BY MR. LERNER:

9     Q    Ms. Chen, you testified earlier that the data

10  on Line 562 was entered in December of 2020.  Can you

11  explain why it was entered in December of 2020?

12     A    Because I have been doing this record

13  according to just the way that I have been -- the

14  pattern that I have been doing the according to the

15  shipment records and the payment details, payment

16  information from the customer, and that in two

17  thousand -- the year 2020 there had been some

18  prepayment situation.

19          MR. LERNER:  Some payment situation?

20          THE INTERPRETER:  Prepayment.

21  BY MR. LERNER:

22     Q    With regard to Column D on Line 562, does

23  that indicate to you that a payment was received in

24  December of 2020 that was attributed to that invoice

25  CCT BLD 181229001?

Chen Zhanjiao
May 25, 2023

```
 1              MR. ROSENTHAL:  Object to the form.

 2              THE INTERPRETER:  Can I hear the question

 3       again.  Sorry?

 4              (The pending question is read

 5               back by the court reporter.)

 6              THE WITNESS:  Can you repeat it.

 7  BY MR. LERNER:

 8       Q    Let me do it this way.

 9              MR. ROSENTHAL:  Welcome to my world.

10  BY MR. LERNER:

11       Q    In December of 2020, did you receive a

12  payment that was attributed to the invoice listed in

13  Line 562, Column A?

14              MR. ROSENTHAL:  Object to the form.

15              THE WITNESS:  Yes.

16  BY MR. LERNER:

17       Q    So does that indicate to you that CTX was

18  about two years behind in their payments?

19              MR. ROSENTHAL:  Object to the form.

20              THE WITNESS:  So are you talking about two

21       years behind their payment -- their invoice?

22  BY MR. LERNER:

23       Q    Yes.

24       A    Yes.

25       Q    How many customers does Benlida have?
```

Chen Zhanjiao
May 25, 2023

1       A    I don't remember exactly how many, but I

2   think it's more than a hundred.

3       Q    Is it fair to say that every day you receive

4   bank details indicating that there are -- that moneys

5   have been wired into the Benlida bank account?

6       A    Yes.

7       Q    And when you would get -- withdrawn.

8            Did you -- do you always work in the office,

9   or do you work from home as well?

10           THE INTERPRETER:  Can I hear the question

11      again?

12   BY MR. LERNER:

13      Q    Do you work in the office, the Benlida

14   office, or do you work from home, or some combination?

15      A    In the office in Benlida.

16      Q    Do you work five days a week or six days a

17   week?

18      A    Six days.

19      Q    When you would get to your desk in the

20   morning, would you check your -- the bank account every

21   day?

22      A    Yes.

23      Q    And there would be notices of payments logged

24   into your bank, correct?

25      A    Yes.

Chen Zhanjiao
May 25, 2023

1    Q    And is it fair to say that some clients, when

2  they send payments, along with the payments they

3  designate an invoice that is being paid?

4          MR. ROSENTHAL:  Object to the form.

5          THE WITNESS:  Yes, we have -- we do have

6      clients that when they sent money to us there will

7      be invoice details.

8  BY MR. LERNER:

9    Q    And when there are invoice details on the

10  bank record itself, do you log that invoice as having

11  been paid?

12    A    Yes.

13    Q    And what is the custom where -- withdrawn.

14          What is your practice if the bank details of

15  the wire received does not indicate a particular

16  invoice?

17    A    I will ask the sales department to ask the

18  client whether -- which -- to know which invoice the

19  amount is for.

20    Q    Were you told by the sales department with

21  regard to CTX that payments should be attributed FIFO

22  if there were no invoice details on the slip?

23    A    Yes.

24    Q    Was there -- withdrawn.

25          Do you recall any invoice -- withdrawn.

Chen Zhanjiao
May 25, 2023

1          Do you recall any bank slips received from

2   CTX of wire transfers where on the slip itself it

3   designated a particular invoice to be paid?

4        A    No, there is no specific invoice information.

5             MR. LERNER:   Thank you.

6             MR. ROSENTHAL:   I have one question or line

7        of questions as a result of Mr. Lerner's

8        questions.

9             Can you show her Exhibit 85 please.

10                   REDIRECT EXAMINATION

11   BY MR. ROSENTHAL:

12        Q    Do you have 85 in front of you?

13        A    Okay.

14        Q    I see that you have turned to the page that

15   has the CCT payment detail for September 1, 2018,

16   correct?  You testified that the sales department would

17   bring these to you, correct?

18        A    Yes.

19        Q    You see that this has a list of invoice

20   numbers on the left-hand column?

21        A    Yes.

22        Q    And you see at the very bottom with red ink

23   there are numbers that they say payments?

24        A    Yes.

25        Q    Do you see the first payment says $300,000?

Chen Zhanjiao
May 25, 2023

1       A    Yes.

2       Q    Can you turn to the next page, which is a

3  bank record?  Do you see the amount is $300,000?

4            MR. LERNER:  Objection.  That is not a bank

5       record.

6            THE WITNESS:  Correct.

7  BY MR. ROSENTHAL:

8       Q    Can you turn back to the payment detail?  Do

9  you see that the next red payment amount is listed as

10  $370,000?

11      A    Yes.

12      Q    Now turn to the second information about a

13  bank payment.

14      A    But from what I see from the -- my own bank

15  record, I don't see any invoice numbers.

16      Q    That is fine.  You are pointing out on this

17  page we are looking at, it has the amount $370,000,

18  correct?

19      A    Correct.

20      Q    You are pointing out on that page there is no

21  invoice numbers, correct?

22      A    Correct.

23      Q    My question is you see that the number

24  370,000 on that information about a bank payment is the

25  same number 370,000 that is on the payment detail,

Chen Zhanjiao
May 25, 2023

1   correct?

2       A    Correct, but the amount of money that we

3   received does not match what we have -- for the invoice

4   total in this chart.  So the total in this chart is

5   approximately 2 million, and that we received 300,000

6   and 370,000, amounts like that.  It does not match what

7   the invoice total is.

8            MR. ROSENTHAL:  I am going to come back to

9        this, but our videographer says we have to change

10       the tape.

11           MR. LERNER:  Take a break.

12           MR. ROSENTHAL:  I don't want to take break.

13       Just change the tape.

14           THE VIDEOGRAPHER:  The time is 7:55 p.m.  We

15       are going off the record.

16           (Thereupon, there is a pause in the

17            proceedings.)

18           THE VIDEOGRAPHER:  The time is 7:56 p.m.  We

19       are back on the record.

20   BY MR. ROSENTHAL:

21       Q    On the payment detail at the bottom in red --

22   I am going to say it, so write this question down

23   please -- there are listed four different payments of

24   300, 370, 400 and 300.  And then attached are -- is

25   information about wire transfers of 300, 370, 400 and

Chen Zhanjiao
May 25, 2023

1  300.  Is that correct?

2       A    I cannot tell you that I am a hundred percent

3  sure that this is a wire transfer information from the

4  bank, because I cannot see the date.

5       Q    I didn't ask you that.  My question is do you

6  agree with me that the four numbers listed on the

7  bottom of the payment detail as payments match the four

8  numbers of the attached bank information that follow?

9       A    Yes, the amounts match.

10      Q    And CCT sent this information to Benlida,

11 correct?

12      A    Yes.

13      Q    And this is similar to what CCT sent Benlida

14 many times, correct, over a period of time?

15           MR. LERNER:  Objection.

16           THE WITNESS:  According to what I learned --

17      my experience, this is not a regular pattern from

18      CCT.  The sales department sent me information

19      documents like that not every month.  They sent

20      the -- CCT sent it to the sales department

21      sometimes a few months, once a few months.  So

22      it's not a pattern that I know of.

23 BY MR. ROSENTHAL:

24      Q    But aside from the frequency with which they

25 sent them, when they sent them, they looked like this,

Chen Zhanjiao
May 25, 2023

1    right?

2         A    No, I would have to go back to see the

3    documents to see how they look like.

4         Q    I am going to show you two others that I have

5    right here.

6              MR. LERNER:  Have they been marked in?

7              MR. ROSENTHAL:  No, they are about to be.

8              That is going to be the next exhibit, which

9         is 92, and then 93.

10             (Thereupon, Deposition Exhibits No. 92

11              and 93 are marked for identification.)

12   BY MR. ROSENTHAL:

13        Q    Let's do them one at a time.  I am handing

14   you a document that has been marked Exhibit 92.  If you

15   can give one to your lawyer.

16             I want you to turn to the payment detail.  Do

17   you see that that is a payment detail from CCT dated

18   July 1, 2018?

19        A    Yes.

20        Q    And you see it has at the bottom a list of,

21   in red ink, payments that CCT is telling Benlida that

22   it has made?

23        A    Yes.

24        Q    Then attached to that you can see that there

25   are a lot of pages of bank information for those

Chen Zhanjiao
May 25, 2023

1    payments that CCT is saying it made to Benlida?

2         A    I don't think -- it doesn't seem right to me.

3    The first one I see, the account, the numbers on the

4    payment details, the payment -- the quantity of the

5    payments, it seems like to me there is 11, but when I

6    counted the pages behind it I have 12.

7         Q    And the reason is that one of the things it

8    says 500,000, but there is two 250,000 wire transfer

9    records, correct?

10        A    I don't know.

11        Q    Well, you are questioning it.  Do you want us

12   to go through and match them up?

13        A    I cannot tell whether or not the numbers are

14   right.

15        Q    Well, you are a bookkeeper who enters data

16   into Benlida's system, correct?

17        A    Yes, I am a bookkeeper.

18        Q    That is your job, correct?

19        A    Yes.

20        Q    Do you have a pen?  I am going to lend you my

21   pen -- or Mr. Lerner will lend you his pen.

22             MR. LERNER:  Are you going to have her do

23        math here?

24             MR. ROSENTHAL:  No.

25

Chen Zhanjiao
May 25, 2023

1   BY MR. ROSENTHAL:

2        Q    I am going to go through this payment detail.

3   There is -- do you see on the payment detail the first

4   payment CCT says it made is 250,000, right?

5        A    Yes --

6        Q    Don't write on it.  I want you to go to some

7   information about a wire transfer that CCT says it made

8   and find the first one that says 250,000.  And --

9        A    Yes, the first bank slip information shows

10  250,000, but there are many 250.

11       Q    Ms. Chen, if you can just listen to what I am

12  asking you to do it will be faster, okay?  We are going

13  to check whether these -- this information about wire

14  transfers matches up to the information that is listed

15  on the payment detail, okay?

16            I haven't asked you a question.  I just need

17  you to listen to my question.  I am sorry.

18            So here is what I would like you to do.  When

19  you find -- we will go through it together.  When you

20  find a piece of paper behind the payment detail that

21  matches the number on the payment detail, I want you to

22  take the pen and put a checkmark on it so we know that

23  that one has already been accounted for, okay?  Ready?

24  I will lead you?

25       A    Do I mark it on this payment detail?

Chen Zhanjiao
May 25, 2023

```
 1        Q    No, I want you to mark it on the piece of
 2   paper behind it.
 3             MR. LERNER:  Ready.
 4   BY MR. ROSENTHAL:
 5        Q    So the first one on the payment detail says
 6   250.  Why don't you one dot next to the 250.
 7             Now we are going to look for a document
 8   behind it that says 250, okay?
 9             The first one says 250, correct?  The first
10   document behind the page you are looking at says 250,
11   correct?
12        A    Okay.
13        Q    Put a big checkmark on that page, because we
14   founds the first dot.
15             THE INTERPRETER:  Put a dot on this payment
16        detail?
17             MR. ROSENTHAL:  She has already done that,
18        right?
19             THE INTERPRETER:  No, she has not.
20             MR. ROSENTHAL:  So do that.
21   BY MR. ROSENTHAL:
22        Q    Now, let's look for the next one, which is
23   375.  The next page says 375, correct?
24        A    Yes.
25        Q    So put a big check on that page.
```

Chen Zhanjiao
May 25, 2023

```
 1          THE INTERPRETER:  She did.

 2   BY MR. ROSENTHAL:

 3       Q    So now we go to the next one, 150.  Did you

 4   find a bank information with 150 on it?

 5       A    Yes.

 6       Q    Okay, and you checked that one.

 7            Let's go back to the payment detail.  It says

 8   500.  Putting a dot there.  Let's flip to see is there

 9   one that has 500?

10       A    Yes, I saw one.

11       Q    So put a check on the 500 so we know we have

12   counted it.

13            Let's come back to the front.  What is the

14   next one listed?

15       A    250,000.

16       Q    250,000.  Let's look for 250,000.  Did you

17   find it?  Put a check on it.

18            Now we come back, and the next one is also

19   250,000.  Did you find another one with 250,000 that

20   you have not checked yet?

21       A    Yes.

22            MR. ROSENTHAL:  She just did it?  I have to

23       keep up, so let me know.

24   BY MR. ROSENTHAL:

25       Q    Okay, so now we are back to the payment
```

Chen Zhanjiao
May 25, 2023

1   detail.  The next one is also 250,000, correct?  Now

2   let's look to see if there is a matching record for

3   250,000.  Put a check.

4        A    Yes.

5        Q    Now we come back to the front.  There is

6   another 250,000.  Let's look again.  Is there another

7   250,000?

8        A    Yes.

9        Q    Did you check it?

10            THE INTERPRETER:  She check it.

11  BY MR. ROSENTHAL:

12       Q    Now we go back to the front and there is

13  another 250,000, correct?

14       A    Yeah.

15       Q    Is there another one that says 250,000 in the

16  back?

17       A    Yes.

18       Q    Put a check on that.

19            Now we are back to the front.  What is the

20  next number?

21       A    200,000.

22       Q    Let's look for one for 200,000.

23       A    Yes, I saw it.

24       Q    Let's put a check on that.

25       A    So the last one is 578,000.

Chen Zhanjiao
May 25, 2023

```
 1        Q    Okay.  Now let's see if you can find a record
 2   of -- regarding the bank payment for 578,000 that
 3   matches.  Put a check on that.
 4        A    I found it.
 5        Q    Now, if we go to the front, do you have a dot
 6   next to all --
 7             MR. ROSENTHAL:  Can you until I finish to
 8        translate?
 9             THE INTERPRETER:  I am sorry.
10   BY MR. ROSENTHAL:
11        Q    If you go back to the payment detail, have
12   you put a dot with your pen next to each of the
13   payments that CCT sent to Benlida that it had made?
14        A    Yes.
15        Q    And have you looked to see if all of the
16   pages behind it have a checkmark?
17        A    The last page does not have a checkmark.
18        Q    We are going to have to do this again.
19             So there is more payments here than there are
20   payments listed?
21        A    Well, I cannot say that there is more
22   payments that we received.  I can only tell that --
23             THE INTERPRETER:  I am sorry.  I need
24        clarification with her.
25             (Interpreter seeks clarification.)
```

Chen Zhanjiao
May 25, 2023

1           THE WITNESS:  I cannot tell according to what

2      we just find out, I cannot tell that this is

3      actually a payment that we received in a bank is

4      more than what we have in this record.

5   BY MR. ROSENTHAL:

6      Q    I understand.  Have you satisfied yourself

7   that the records that CCT sent to Benlida with its

8   payment detail at least have some backup that CCT is

9   saying that it paid as listed on the payment detail?

10          MR. LERNER:  Objection.

11          THE WITNESS:  I am not sure.  I would have to

12      go back and check the records.

13   BY MR. ROSENTHAL:

14      Q    This is from what date; July 1, 2019?

15          MR. LERNER:  What is this?  Exhibit 92?

16          MR. ROSENTHAL:  Yes.

17   BY MR. ROSENTHAL:

18      Q    Look on the payment detail page.

19      A    I saw that it's the July 1, 2018.

20      Q    Eighteen.  Maybe I misspoke.  July 1, 2019.

21          Okay, take a look now at Exhibit 93.  Oh, we

22   haven't given it to you yet.

23          Turn to the payment detail page.  You see

24   that is from August 1, 2018?

25      A    Yes.

Chen Zhanjiao
May 25, 2023

1      Q     That is the next month after the one we just
2  looked at, right?
3      A     Yes.
4      Q     Do you see that CCT says it made seven
5  payments that are applicable to this payment detail?
6      A     Yes.
7      Q     Can you use the process that you and I just
8  went through at length by yourself to put dots on the
9  payment detail for each payment and then checkmark on
10  the attached information of payment that CCT provided
11  and put a check on it when you found a matching one.
12      A     Yes.
13      Q     Go ahead.  You don't need me to do it.
14            MR. LERNER:  We can stipulate that there is
15        seven pages there.  Seven payments, seven pages.
16            THE WITNESS:  Okay.
17  BY MR. ROSENTHAL:
18      Q     Did you find them all?
19      A     Yes.
20      Q     And they matched perfectly?
21      A     Yes.
22      Q     What I would like you to do is just sign your
23  name on the -- next to the dots that you made so we
24  know that you are the person that made those dots on
25  the payment detail.

Chen Zhanjiao
May 25, 2023

1        A    How can I sign it without knowing that --

2    whether or not we actually received the payment?

3        Q    All you are signing is that you did the dots

4    and found a matching thing that you checked.

5        A    Can I just write it on the paper next to my

6    signature that I signed it only because I marked the

7    numbers with the dot behind it and also with the

8    checkmark for those bank information documents?

9        Q    If that makes you happy, that is fine.  On 92

10   and 93 all you are signing that you are the person who

11   made the marks on the document.

12       A    Just what I want to say earlier.

13       Q    If you'd like.  Your lawyer can also tell you

14   that it's probably safe to just put your name because

15   all we are saying is you made the marks.

16            MR. LERNER:  As you wish.  It doesn't matter.

17       Tell her it doesn't matter.

18            I have a question or two.

19            MR. ROSENTHAL:  Can I ask one question so I

20       don't go out of turn?  It has to do with the cover

21       e-mail --

22            MR. LERNER:  Fine.  Of 93?

23            MR. ROSENTHAL:  We should probably do it as

24       two questions.

25

Chen Zhanjiao
May 25, 2023

1   BY MR. ROSENTHAL:

2       Q   So on No. 92 -- no, Ms. Chen, on the cover

3   e-mail on the first page -- do you see this one here in

4   the middle?  This one here.  Do you see that the date

5   is June 29, 2018?

6       A   Yes.

7       Q   And it was sent to Tracy@Benlida.com?

8       A   Yes.

9       Q   And then another two more Benlida.com

10  addresses?

11      A   Yes.

12      Q   And then the last address is you,

13  Accounting@Benlida.com, right?

14      A   Yes.

15      Q   So you would have received this in your

16  e-mail around the date that it was sent, correct?

17      A   Yes.

18      Q   And then it says Subject: Benlida Payment

19  Details and Bank Slips for your Reference April 2018

20  Invoices?  Do you see that?

21      A   Yes.

22      Q   Okay.  Let's look at Exhibit 93, the other

23  one.

24          Do you see the e-mail at the bottom, and I am

25  pointing to -- it's an e-mail dated August 1, 2018.

Chen Zhanjiao
May 25, 2023

```
 1        A     Yeah.

 2        Q     Sent to the same people as the last e-mail we

 3   looked at?

 4        A     Yes.

 5        Q     And the subject says Benlida Payment Details

 6   and Bank Slips for your Reference May 2018 Invoices?

 7        A     Yes.

 8              MR. ROSENTHAL:  Okay.

 9                       RECROSS-EXAMINATION

10   BY MR. LERNER:

11        Q     Let's go to Exhibit 85 please, the second

12   page.

13              I want you to assume a payment of $300,000

14   was wired to Benlida on August 7, 2018.

15              THE INTERPRETER:  Say it again.

16   BY MR. LERNER:

17        Q     I want you to assume that the payment

18   designated as -- of August 7, 2018, for $300,000 was

19   actually received by Benlida.

20        A     Okay.

21        Q     Now, if you look at Page 1, you will see this

22   e-mail was sent on September 6, 2018.  By the time you

23   received this e-mail with this attachment, would you

24   have already logged in the 300,000-dollar payment in

25   accordance with FIFO principles?
```

Chen Zhanjiao
May 25, 2023

1      A    So recorded the amount in my own file, Excel

2  spreadsheet record, or this particular payment detail

3  over here?

4      Q    If you received the payment on August 7 and

5  hadn't received payment details until approximately a

6  month later, wouldn't you have already logged it in as

7  FIFO?

8           THE INTERPRETER:  I need to clarify the

9      question again.

10          (The pending question is read

11           back by the court reporter.)

12          THE WITNESS:  Yes.

13  BY MR. LERNER:

14     Q    According to this -- according to Page 2,

15  there was a payment on August 14 for $370,000.

16     A    Yes.

17     Q    So approximately two weeks later -- well,

18  three weeks -- almost three weeks later you received

19  this e-mail.  By the time you received this e-mail, had

20  you already logged it in in accordance with FIFO

21  principles?

22     A    Yes.

23     Q    Would you have the same answer for -- with

24  respect to a payment made on August 20, 2018, where you

25  don't receive an e-mail notice until September 6, 2018?

Chen Zhanjiao
May 25, 2023

1      A    Yes.

2      Q    Would your answer be the same as to a payment

3   made on August 27, 2018, when you didn't receive an

4   e-mail regarding that until September 6, 2018?

5      A    Yes.

6           MR. LERNER:  No further questions.

7           MR. ROSENTHAL:  I have a question.  Sorry,

8      Ms. Chen.

9                 FURTHER REDIRECT EXAMINATION

10  BY MR. ROSENTHAL:

11     Q    When you just gave those answers to

12  Mr. Lerner saying you would have logged it in in

13  accordance with FIFO principles, what does that mean

14  logged it in?  Where would you have put it in your

15  spreadsheet?

16     A    I record it to log it into my own -- the file

17  we were talking about earlier, Excel spreadsheet file,

18  and also the Jin Die system that we use.

19     Q    So you would have taken the August 7, 2018,

20  wire transfer, that we are assuming for purposes of

21  this question was sent on that day, and taken that

22  $300,000 and applied it to the last -- earliest unpaid

23  invoice in CCT's record of your database spreadsheet?

24     A    Yes.

25     Q    And you would have done that close in time to

Chen Zhanjiao
May 25, 2023

```
1    when you received the e-mail on September 6, 2018?

2              MR. LERNER:  Objection.  She said --

3              MR. ROSENTHAL:  No speaking objections.

4    BY MR. ROSENTHAL:

5         Q    The question, again, is and you would have

6    logged that information in close in time to when you

7    received this e-mail on September 6, 2018?

8              MR. LERNER:  Objection to "close in time".

9              THE WITNESS:  No, because every time I

10        receive a payment I would have to go to the sales

11        department to do the verification.  So there is a

12        verification process.

13   BY MR. ROSENTHAL:

14        Q    I think I might have asked my question in a

15   confusing way, so let me clarify it, and I hope this is

16   the last question.

17             MR. LERNER:  Me too.

18   BY MR. ROSENTHAL:

19        Q    The date of the payment that we were using as

20   the example was actually August 7, 2018, right?

21        A    Yes.

22        Q    And the answers that you gave to Mr. Lerner's

23   questions were that by the time this e-mail came in,

24   like, a month later in September 2018, you already

25   would have applied or logged the payment information
```

Chen Zhanjiao
May 25, 2023

1    into your spreadsheet, correct?

2        A    Yes, but I do not verify the content in the

3    e-mail, because invoice shown over here are different.

4        Q    The invoice shown over here are -- you mean

5    you go through a verification process before you put

6    any information into your spreadsheet first, right?

7        A    Yes, to verify the invoice records first.

8        Q    And would that typically have taken you less

9    than a month?

10       A    Yes, we do it on a monthly basis.

11           MR. ROSENTHAL:  Thank you.  No further

12       questions.

13           MR. LERNER:  Thank you.

14           THE VIDEOGRAPHER:  That concludes today's

15       testimony.  The time is 8:40 p.m.  We are off the

16       record.

17           (Thereupon, the deposition adjourned

18            sine die.)

19                          *   *   *

20

21

22

23

24

25

# Deposition Exhibit No. 85

| | |
|---|---|
| Date: | Thu, 6 Sep 2018 1:24:00 PM -0400 |
| Sent: | Thu, 6 Sep 2018 1:24:15 PM -0400 |
| Subject: | Benlida Payment Detail and bank slips for your reference - June 2018 invoices |
| From: | Nicole Donaldson |
| To: | Tracy benlida <tracy@benlida.com>; Benlida Sales01 <sales01@benlida.com>; accounting@benlida.com; |
| CC: | Rishi Kukreja <RishiK@circuitronix.com>; Chu kwok Wai <ChuW@Circuitronix.hk>; Ivonne Suarez <IvonneS@circuitronix.com>; Marcia Delgado <MarciaD@circuitronix.com>; |
| Attachments: | image001.jpg; Benlida Payment Details September 1, 2018 (June 2018 Invoices).pdf; Benlida_300K_8.7.2018.pdf; Benlida_370K.pdf; Benlida_400K_8.20.18.pdf; Benlida_300K_8.27.18.pdf |

Tracy,

Please see attached the Benlida payment detail and bank slips for June 2018 invoices.


Regards,


**Nicole Donaldson**
**circuitronix**

**3131 SW 42ND ST**
**Ft. Lauderdale, FL 33312**
**Office: (786) 364-4472**
**Fax: (305) 377-9008**



CTX_01480939

**circuitronix**

From Circuitronix, LLC.
To: Jiangmen Benlida
Payment Detail September 1, 2018

| Bill Number | Bill Date | Invoice Total |
|---|---|---|
| CCT-BLD-180601001 | 6/5/2018 | $ 46,124.28 |
| CCT-BLD-180601002 | 6/5/2018 | $ 71,791.32 |
| CCT-BLD-18060101 | 6/2/2018 | $ 73,814.20 |
| CCT-BLD-18060102 | 6/2/2018 | $ 32,542.00 |
| CCT-BLD-180604A | 6/4/2018 | $ 24,814.87 |
| CCT-BLD-180605001 | 6/5/2018 | $ 79,451.78 |
| CCT-BLD-180605002 | 6/5/2018 | $ 71,535.99 |
| CCT-BLD-180606A | 6/7/2018 | $ 68,871.23 |
| CCT-BLD-180606B | 6/7/2018 | $ 31,137.80 |
| CCT-BLD-180608001 | 6/8/2018 | $ 60,040.99 |
| CCT-BLD-180608002 | 6/8/2018 | $ 56,339.21 |
| CCT-BLD-180608003 | 6/8/2018 | $ 40,752.88 |
| CCT-BLD 18060801 | 6/8/2018 | $ 59,674.20 |
| CCT-BLD-180612001 | 6/12/2018 | $ 45,553.77 |
| CCT-BLD-180612002 | 6/15/2018 | $ 78,035.62 |
| CCT-BLD-180612003 | 6/15/2018 | $ 62,979.66 |
| CCT-BLD-180612004 | 6/12/2018 | $ 72,534.81 |
| CCT-BLD-180613A | 6/13/2018 | $ 108,374.65 |
| CCT-BLD-180615001 | 6/15/2018 | $ 80,235.78 |
| CCT-BLD-180615002 | 6/20/2018 | $ 58,539.46 |
| CCT-BLD-180615003 | 6/20/2018 | $ 60,527.69 |
| CCT-BLD-180619A | 6/20/2018 | $ 83,480.64 |
| CCT-BLD-180620001 | 6/22/2018 | $ 73,045.16 |
| CCT-BLD-180620002 | 6/20/2018 | $ 76,186.69 |
| CCT-BLD-180620003 | 6/20/2018 | $ 77,924.73 |
| CCT-BLD-180620004 | 6/26/2018 | $ 59,637.70 |
| CCT-BLD-180622001 | 6/22/2018 | $ 56,492.16 |
| CCT-BLD-180622002 | 6/26/2018 | $ 47,343.87 |
| CCT-BLD-1806221 | 6/21/2018 | $ 87,038.42 |
| CCT-BLD-180626001 | 6/26/2018 | $ 81,993.84 |
| CCT-BLD-180626002 | 6/26/2018 | $ 70,716.99 |
| CCT-BLD-18062801 | 6/19/2018 | $ 63,400.37 |
| CCT-BLD-180629001 | 6/29/2018 | $ 42,177.11 |
| CCT-BLD-180629002 | 6/29/2018 | $ 62,121.58 |
| CCT-BLD-180629003 | 6/29/2018 | $ 63,666.85 |
| CCT-BLD-1806NRE | 6/30/2018 | $ 300.00 |
| EXCCT-BLD-180613 | 6/13/2018 | $ 0.16 |
| BEN-DM20180821 | 8/21/2018 | $ (5,215.63) |

|  |  |  |
|---|---|---|
| Subtotal | $ | 2,223,982.83 |
| Credit Balance from August 1, 2018 | $ | (6,778,551.19) |
| Less payment August 7, 2018 | $ | (300,000.00) |
| Less payment August 14, 2018 | $ | (370,000.00) |
| Less payment August 20, 2018 | $ | (400,000.00) |
| Less payment August 27, 2018 | $ | (300,000.00) |
| **September 1, 2018 CTXUS Credit Balance** | **$** | **(5,924,568.36)** |

**The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs**

CTX_01480940

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $300,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2190055148 |

CTX_01480941

| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $370,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2260022863 |

CTX_01480942

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $400,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2310004367 |

CTX_01480943

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $300,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2380006517 |

CTX_01480944

# Deposition Exhibit No. 92

**JESSICA MILLER**

| | |
|---|---|
| **From:** | Evan Chu <ChuW@Circuitronix.hk> |
| **Sent:** | Thursday, May 25, 2023 2:08 PM |
| **To:** | Donovan Waite |
| **Cc:** | Celin Astudillo |
| **Subject:** | FW: Benlida Payment Details and bank slips for your reference - April 2018 invoices |
| **Attachments:** | Benlida Payment Details July 1, 2018 (April 2018 Invoices).pdf; Benlida_250K_4.12.18.pdf; Benlida_375K_4.26.18.pdf; Benlida_150K_5.11.18.pdf; Benlida_250K_6.6.18.pdf; Benlida_250K_6.7.18.pdf; Benlida_250K_6.11.18.pdf; Benlida_250K_6.14.18.pdf; Benlida_200K_6.19.18.pdf; Benlida_578K.pdf; Benlida_500K_5.31.18.pdf; Benlida_250K_6.17.18.pdf |

**From:** Nicole Donaldson
**Sent:** Friday, June 29, 2018 5:42 PM
**To:** 'tracy' (tracy@benlida.com) <tracy@benlida.com>; 'sales01@benlida.com' (sales01@benlida.com) <sales01@benlida.com>; accounting@benlida.com
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>; Chu kwok Wai <ChuW@Circuitronix.hk>; Alfredo am. Mora <AlfredoM@circuitronix.com>
**Subject:** Benlida Payment Details and bank slips for your reference - April 2018 invoices

Tracy,

:ase see attached the Benlida payment detail and bank slips for April 2018 invoices.

Regards,

*Nicole Donaldson*
**circuitronix**
**3131 SW 42ND ST**
**Ft. Lauderdale, FL 33312**
**Office: (786) 364-4472**
**Fax: (305) 377-9008**

**EXHIBIT**
**92**

**circuitronix**

From Circuitronix, LLC.
To: Jiangmen Benlida
Payment Detail July 1, 2018

| Bill Number | Bill Date | Invoice Total |
|---|---|---|
| CCT-BLD-180402A | 4/2/2018 | $ 92,701.48 |
| CCT-BLD-180403001 | 4/9/2018 | $ 42,988.08 |
| CCT-BLD-180404A | 4/4/2018 | $ 46,399.58 |
| CCT-BLD-180406A | 4/9/2018 | $ 67,856.00 |
| CCT-BLD-180407001 | 4/7/2018 | $ 59,090.12 |
| CCT-BLD-18040701 | 4/7/2018 | $ 79,103.50 |
| CCT-BLD-180409001 | 4/10/2018 | $ 82,929.69 |
| CCT-BLD-180410001 | 4/10/2018 | $ 25,878.71 |
| CCT-BLD-180411A | 4/12/2018 | $ 12,409.95 |
| CCT-BLD-180413A | 4/13/2018 | $ 26,450.48 |
| CCT-BLD-180414001 | 4/18/2018 | $ 49,756.46 |
| CCT-BLD-180414002 | 4/14/2018 | $ 86,375.62 |
| CCT-BLD-180414003 | 4/14/2018 | $ 57,640.95 |
| CCT-BLD-180416001 | 4/16/2018 | $ 98,767.18 |
| CCT-BLD-180416002 | 4/16/2018 | $ 30,292.14 |
| CCT-BLD-180416601 | 4/17/2018 | $ 100,604.33 |
| CCT-BLD-180416A | 4/16/2018 | $ 113.20 |
| CCT-BLD-180417A | 4/17/2018 | $ 2,317.64 |
| CCT-BLD-180419A | 4/19/2018 | $ 38,326.96 |
| CCT-BLD-18042001 | 4/20/2018 | $ 58,671.91 |
| CCT-BLD-180421001 | 4/21/2018 | $ 26,776.06 |
| CCT-BLD-180421002 | 4/21/2018 | $ 84,682.70 |
| CCT-BLD-180421003 | 4/21/2018 | $ 85,349.63 |
| cct-bld-180423001 | 4/27/2018 | $ 51,678.13 |
| CCT-BLD-180423002 | 4/23/2018 | $ 52,216.08 |
| CCT-BLD-180423003 | 4/27/2018 | $ 71,846.49 |
| CCT-BLD-180425A | 4/25/2018 | $ 6,504.53 |
| CCT-BLD-180426A | 4/27/2018 | $ 17,881.27 |
| CCT-BLD-18042701 | 4/28/2018 | $ 50,917.84 |
| CCT-BLD-18042801 | 4/30/2018 | $ 55,737.76 |
| CCT-BLD-18042802 | 4/30/2018 | $ 78,365.78 |
| CCT-BLD-18042803 | 4/30/2018 | $ 68,939.19 |
| CCT-BLD-180429A | 4/29/2018 | $ 63,689.33 |
| CCT-BLD-1804NRE | 4/30/2018 | $ 900.00 |
| BEN-DM20180523 | 5/23/2018 | $ (244.48) |
| BEN-DM20180523-2 | 5/23/2018 | $ (253.05) |
| BEN-DM20180618-10 | 6/18/2018 | $ (1,682.37) |
| BEN-DM20180618-2 | 6/18/2018 | $ (110.40) |
| BEN-DM20180618-3 | 6/18/2018 | $ (1,648.90) |
| BEN-DM20180618-4 | 6/18/2018 | $ (1,620.95) |
| BEN-DM20180618-5 | 6/18/2018 | $ (958.27) |
| BEN-DM20180618-6 | 6/18/2018 | $ (1,574.70) |
| BEN-DM20180618-7 | 6/18/2018 | $ (1,675.19) |
| BEN-DM20180618-8 | 6/18/2018 | $ (1,661.39) |
| BEN-DM20180618-9 | 6/18/2018 | $ (1,674.22) |
| BEN-DM20180621 | 6/21/2018 | $ (1,604.00) |
| BEN-DM20180621-3 | 6/21/2018 | $ (704.63) |
| BEN-DM20180621-4 | 6/21/2018 | $ (86.19) |
| BEN-DM20180621-5 | 6/21/2018 | $ (55,055.34) |
| BEN-DM20180621-6 | 6/21/2018 | $ (2.32) |

| | | |
|---|---|---|
| Subtotal | $ | 1,703,602.37 |
| Credit Balance from June 1, 2018 | $ | (4,534,237.60) |
| Less payment April 13, 2018 | $ | (250,000.00) |
| Less payment April 26, 2018 | $ | (375,000.00) |
| Less payment May 11, 2018 | $ | (150,000.00) |
| Less payment May 31, 2018 | $ | (500,000.00) |
| Less payment June 6, 2018 | $ | (250,000.00) |
| Less payment June 7, 2018 | $ | (250,000.00) |
| Less payment June 11, 2018 | $ | (250,000.00) |
| Less payment June 14, 2018 | $ | (250,000.00) |
| Less payment June 17, 2018 | $ | (250,000.00) |
| Less payment June 19, 2018 | $ | (200,000.00) |
| Less payment June 22, 2018 | $ | (578,000.00) |
| **July 1, 2018 CTXUS Credit Balance** | **$** | **(6,133,635.23)** |

陈鹏飞
2023.3.26
此整路及确认东文件上的“√”勾

The above reflects P/Ns, Quantities and Prices  for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs

| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1020053793 |

| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $375,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1160015950 |

| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $150,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1310031142 |

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1570013999 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1570013999 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1580008719 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1610008182 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1650008746 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $200,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1700020436 |

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $578,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| | |
| Citibank Reference Number | 1730019110 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $500,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1510062198 |

| Source Account | ******2698 (Checking) |
|---|---|
| Amount | $250,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1680003217 |

# Deposition Exhibit No. 93

**JESSICA MILLER**

| | |
|---|---|
| ~om: | Donovan Waite <Donovan.Waite@circuitronix.com> |
| ~nt: | Thursday, May 25, 2023 1:57 PM |
| To: | Celin Astudillo |
| Subject: | FW: Benlida Payment Details and bank slips for your reference - May 2018 invoices |
| Attachments: | Benlida Payment Details August 1, 2018 (May 2018 Invoices).pdf; Benlida_500K_7.2.18.pdf; Benlida_200K_7.3.18.pdf; Benlida_375K_7.9.18.pdf; Benlida_530K_7.16.18.pdf; Benlida_400K_7.23.18.pdf; Benlida_200K_7.24.18.pdf; Benlida_650K.pdf |

**From:** Evan Chu <ChuW@Circuitronix.hk>
**Sent:** Thursday, May 25, 2023 1:56 PM
**To:** Donovan Waite <Donovan.Waite@circuitronix.com>
**Subject:** FW: Benlida Payment Details and bank slips for your reference - May 2018 invoices

**From:** Nicole Donaldson
**Sent:** Wednesday, August 1, 2018 4:29 PM
**To:** 'tracy' (tracy@benlida.com) <tracy@benlida.com>; 'sales01@benlida.com' (sales01@benlida.com) <sales01@benlida.com>; accounting@benlida.com
~c: Rishi Kukreja <RishiK@circuitronix.com>; Chu kwok Wai <ChuW@Circuitronix.hk>; Ivonne Suarez .vonneS@circuitronix.com>
**Subject:** Benlida Payment Details and bank slips for your reference - May 2018 invoices

Tracy,

Please see attached the Benlida payment detail and bank slips for May 2018 invoices.

Regards,

*Nicole Donaldson*
**circuitronix**
**3131 SW 42ND ST**
**Ft. Lauderdale, FL 33312**
**Office: (786) 364-4472**
**Fax: (305) 377-9008**

EXHIBIT
93

1

**circuitronix**

From Circuitronix, LLC.
To: Jiangmen Benlida
Payment Detail August 1, 2018

| Bill Number | Bill Date | Invoice Total |
|---|---|---|
| CCT-BLD-180503A | 5/3/2018 | $ 50,876.81 |
| CCT-BLD-180504A | 5/4/2018 | $ 27,401.68 |
| CCT-BLD-180505001 | 5/5/2018 | $ 52,085.02 |
| CCT-BLD-180505002 | 5/5/2018 | $ 39,522.99 |
| CCT-BLD-180505003 | 5/5/2018 | $ 83,111.54 |
| CCT-BLD-180505004 | 5/8/2018 | $ 67,627.00 |
| CCT-BLD-180508A | 5/8/2018 | $ 35,811.62 |
| CCT-BLD-180509A | 5/9/2018 | $ 16,857.73 |
| CCT-BLD-180510001 | 5/10/2018 | $ 73,381.55 |
| CCT-BLD-180510002 | 5/14/2018 | $ 79,195.90 |
| CCT-BLD-180510003 | 5/14/2018 | $ 62,807.91 |
| CCT-BLD-18051101 | 5/11/2018 | $ 74,940.29 |
| CCT-BLD-18051102 | 5/14/2018 | $ 82,473.97 |
| CCT-BLD-180514001 | 5/14/2018 | $ 30,778.54 |
| CCT-BLD-180515001 | 5/15/2018 | $ 42,172.92 |
| CCT-BLD-180515A | 5/15/2018 | $ 85,366.58 |
| CCT-BLD-180517A | 5/17/2018 | $ 50,219.18 |
| CCT-BLD-180517B | 5/17/2018 | $ 52,139.78 |
| CCT-BLD-18051801 | 5/18/2018 | $ 88,007.82 |
| CCT-BLD-180519001 | 5/19/2018 | $ 73,164.96 |
| CCT-BLD-180519002 | 5/21/2018 | $ 69,308.97 |
| CCT-BLD-180519003 | 5/19/2018 | $ 55,091.71 |
| CCT-BLD-180519004 | 5/21/2018 | $ 63,819.30 |
| CCT-BLD-180521A | 5/21/2018 | $ 8,523.59 |
| CCT-BLD-180522001 | 5/21/2018 | $ 82,327.90 |
| CCT-BLD-180522002 | 5/31/2018 | $ 79,490.99 |
| CCT-BLD-180523A | 5/23/2018 | $ 107,662.59 |
| CCT-BLD-180525001 | 5/25/2018 | $ 73,478.85 |
| CCT-BLD-180525002 | 5/25/2018 | $ 48,622.32 |
| CCT-BLD-180525003 | 5/31/2018 | $ 56,082.70 |
| CCT-BLD-180525004 | 5/25/2018 | $ 61,469.09 |
| CCT-BLD-18052501 | 5/25/2018 | $ 63,804.48 |
| CCT-BLD-18052502 | 5/25/2018 | $ 62,760.33 |
| CCT-BLD-180529001 | 5/29/2018 | $ 71,501.61 |
| CCT-BLD-180529002 | 6/1/2018 | $ 41,254.76 |
| CCT-BLD-180529A | 5/29/2018 | $ 81,693.63 |
| CCT-BLD-180531A | 5/31/2018 | $ 32,930.10 |
| CCT-BLD-1805NRE | 5/31/2018 | $ 900.00 |
| BEN-DM20180621-6ADJ | 6/21/2018 | $ 2.32 |
| BEN-DM20180407-3 | 4/7/2018 | $ 96.39 |
| BEN-DM20180702 | 7/2/2018 | $ (1,041.26) |
| BEN-DM20180702-5 | 7/2/2018 | $ (10,000.00) |
| BEN-DM20180702-3 | 7/2/2018 | $ (1,453.15) |
| BEN-DM20180702-2 | 7/2/2018 | $ (1,416.03) |
| BEN-DM20180703 | 7/3/2018 | $ (1,980.60) |
| BEN-DM20180705 | 7/5/2018 | $ (87.21) |
| BEN-DM20180714-2 | 7/14/2018 | $ (1,495.60) |
| BEN-DM20180723 | 7/23/2018 | $ (61.84) |
| BEN-DM20180723-2 | 7/23/2018 | $ (277.69) |
| BEN-DM20180726 | 7/26/2018 | $ (868.00) |
| | Subtotal | $ 2,210,084.04 |
| | Credit Balance from July 1, 2018 | $ (6,133,635.23) |
| | Less payment July 2, 2018 | $ (500,000.00) |
| | Less payment July 3, 2018 | $ (200,000.00) |
| | Less payment July 9, 2018 | $ (375,000.00) |
| | Less payment July 16, 2018 | $ (530,000.00) |
| | Less payment July 23, 2018 | $ (400,000.00) |
| | Less payment July 24, 2018 | $ (200,000.00) |
| | Less payment July 31, 2018 | $ (650,000.00) |
| | **August 1, 2018 CTXUS Credit Balance** | **$ (6,778,551.19)** |

The above reflects P/Ns, Quantities and Prices  for parts we have received. It does not
indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime
Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs

陈凤娇 2023.7.06
出货无次部认 东文件上打 "√"记"

| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $500,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1830042169 |

| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $200,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1840025695 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $375,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1900016485 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $530,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 1970010712 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $400,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2040021252 |



| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $200,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2050017168 |

| | |
|---|---|
| Source Account | ******2698 (Checking) |
| Amount | $650,000.00 |
| Beneficiary | Jiangmen Benlida Printed Circuit No. 76 LongXI RD, High-Tech Industrial Park, JiangMen Guang Dong China |
| Beneficiary Account | 721158921375 |
| Bank | BANK OF CHINA 22 GANGKOU ROAD JIANGMEN CHINA |
| SWIFT | BKCHCNBJ44K |
| Special Instructions | Beneficiary's complete name is Jiangmen Benlida Printed Circuit Company Limited |
| Citibank Reference Number | 2120008494 |