# Exhibit G to Declaration of Jean-Claude Mazzola

```
 1             UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
 2
           CASE NO. 21-60125-CIV-SCOLA/GOODMAN
 3

 4


 5   JIANGMEN BENLIDA PRINTED
     CIRCUIT CO., LTD.,
 6
              Plaintiff,
 7
         vs.
 8
     CIRCUITRONIX, LLC,
 9
              Defendant.
10   _____/

11

12

13
                TRANSCRIPT OF PROCEEDINGS
14              DEPOSITION OF RISHI KUKREJA

15

16

17          Thursday, June 1, 2023
       One Southeast Third Avenue, Suite 2300
18            Miami, Florida  33131
              9:22 a.m. - 7:03 p.m.
19

20

21

22        Stenographically Reported By:
                 LAUREL A. MAZUR
23        Florida Professional Reporter

24

25
```

```
 1   engineering.
 2        Q    What about Akshay, where does he work?
 3        A    Whenever you have a chance, can I take a
 4   break?
 5        Q    We will take a break right now.  Where does
 6   Akshay work?
 7        A    Akshay is based in Circuitronix Hong Kong.
 8        Q    Akshay is in -- so A-K-S-H-A-Y  K-O-U-L -- is
 9   in Circuitronix Hong Kong?
10        A    Yes.
11        Q    Was he working at Circuitronix Hong Kong in
12   2018?
13        A    Yes.  I think he has been there since 2014.
14        Q    Why would he keep an e-mail address that says
15   Circuitronix.co.India?
16        A    Because he started in India and he was moved
17   from India.
18        Q    So he just kept the e-mail address?
19        A    Yes.
20             MR. MAZZOLA:  Let's take a break.
21             (Thereupon, there is a short break.)
22   BY MR. MAZZOLA:
23        Q    So we were asking about Akshay.
24        A    Yes.
25        Q    And Akshay works, as you said, for CTX Hong
```

```
 1        Q    If you look back to the spreadsheet now on
 2   the page before --
 3        A    Yes.
 4        Q    -- there are bill numbers.  You see that,
 5   right?
 6        A    Yes.
 7        Q    Those bill numbers are unique numbers that
 8   were created by Benlida; is that correct?
 9        A    Yes.
10        Q    And then there is a bill date.  Do you see
11   that?
12        A    Yes.
13        Q    And this is a ledger of what is being paid
14   prepared by Circuitronix; is that correct?
15        A    Yes.
16        Q    So I can understand the dates, payment
17   detail, October 1, 2019 -- do you see that?
18        A    Yes.
19        Q    But if I look below, all the bill dates are
20   all from July, August, and it looks like there is a
21   debit memo at the bottom from September.  Do you see
22   that?
23        A    Yes.
24        Q    And this e-mail was sent in October; is that
25   correct?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | When were the payments made? The payments |
| 3 | would have been made in September; is that correct? | |
| 4 | A | September 6 and September 18. |
| 5 | Q | So why such a long lag time between the bill |
| 6 | date and the payment detail that is prepared? | |
| 7 | A | So the contractual payment terms are AMS 60 |
| 8 | days. So payments for bills in July are payable in | |
| 9 | October based upon AMS 60 days. | |
| 10 | Q | How do you understand AMS 60 days to operate? |
| 11 | A | I understand it exactly the way everybody |
| 12 | should understand it. It stands for after monthly | |
| 13 | statement 60 days. | |
| 14 | Q | So 60 days after you get the bill? |
| 15 | A | Sixty days after we get the monthly |
| 16 | statements. So all of July shipments Benlida gives -- | |
| 17 | contractually supposed to give us a statement say the | |
| 18 | first few working dates of August, and 60 days starts | |
| 19 | from the monthly statement. | |
| 20 | Q | So a bill date that says July 5, 2019, may |
| 21 | not have been received until some other time; is that | |
| 22 | what you are saying? | |
| 23 | A | No. |
| 24 | Q | It was received on July 5? |
| 25 | A | In that time frame. But the actual statement |

1  2019, so now we need to go back to 2012.  In 2019, if
2  you apply the statute of limitations, you passed 2012,
3  2013, and all of 2014 actually.
4         But leave that aside.  The most important
5  thing is that once we gave the reconciliations, they
6  have accepted our reconciliations.  They have accepted
7  our -- they flagged certain errors in our
8  reconciliations, we corrected those errors, and
9  actually what they flagged increased the number, did
10 not decrease what was owed by them to us.
11     Q   So you simply just don't believe that those
12 invoices remained unpaid from 2011, '12, '13, '14?
13         MR. ROSENTHAL:  Object to the form.
14         THE WITNESS:  I don't -- it's not that I
15     don't believe.  I don't think they believe the
16     same.
17 BY MR. MAZZOLA:
18     Q   But you don't believe it either?
19     A   I certainly do not believe it.
20     Q   Let me ask you this question.  What does your
21 accounts receivable department do if a customer has got
22 some AR and they pay in to you?  Does your accounts
23 receivable department apply to the oldest invoice or
24 apply to the newest invoice?
25     A   GAAP doesn't allow that.

```
 1      Q    What does your accountant do?
 2      A    GAAP does not allow that.  You put it into a
 3   suspense account and you continue to follow up with the
 4   customer to provide you with a statement of what they
 5   have paid.  And until the time they provide you with a
 6   statement, you leave it in the suspension account.
 7   International accounting rules do not allow you to
 8   randomly apply invoices wherever you want to apply
 9   invoices.
10      Q    So your people don't do that?
11      A    It's not -- it's not allowed by GAAP.
12      Q    So your people don't do that; is that what
13   you are telling me?
14      A    Yes, yes, they do not do that.
15      Q    Yes, they do not do that?
16      A    Yes.
17      Q    They don't do that?
18      A    They do not do that.
19      Q    And you don't believe the Benlida people were
20   doing that?
21      A    They didn't tell us they were doing, they
22   just fabricated everything for Sinosure, for Sinosure
23   and for China Customs.
24      Q    Do you have -- have you ever lied to the Tax
25   Authority or Customs officials?
```

```
1      A     If you can show me the Business Authorization
2  I will be able to --
3      Q     It's exhibit 27.
4      A     "For the purposes of our company's business,
5  Circuitronix LLC hereby authorizes Circuitronix Hong
6  Kong Limited to place orders to your company on our
7  behalf.  Circuitronix LLC assumes all of Circuitronix
8  Limited's debts due to these orders."
9            There were three types of orders which we
10 were placing with Benlida.  Circuitronix LLC was
11 placing orders for Circuitronix LLC's requirements.
12     Q     Hold on.  Okay, so Circuitronix LLC was
13 placing orders on its own behalf?
14     A     Yes.  Circuitronix Hong Kong was placing
15 orders --
16     Q     Let me guess, on behalf of CTX LLC?
17     A     Circuitronix Hong Kong.
18           MR. ROSENTHAL:  Why don't you just let him
19     answer.
20           MR. MAZZOLA:  I think I know where he is
21     going.
22           MR. ROSENTHAL:  But you didn't.
23 BY MR. MAZZOLA:
24     Q     On its own behalf?
25     A     Yes.  And then there was these orders,
```

```
 1  Circuitronix LLC orders, which required some sort of
 2  secondary operation in China.  As an example, their
 3  boards which required PTF, so Circuitronix Benlida was
 4  expected to build the boards and ship it to a PTF
 5  subcontractor.
 6       Q    Who was expected to build the boards and ship
 7  it to the subcontractor?
 8       A    Benlida was expected.
 9       Q    To build and ship to subcontractor for
10  additional work?
11       A    Yes.  But the subcontractor was not their
12  subcontractor, it was a Circuitronix subcontractor.
13            So initially what was decided was for those
14  specific orders, Circuitronix LLC would place the
15  purchase order in Benlida, Benlida -- Circuitronix Hong
16  Kong -- Benlida would ship those boards to Circuitronix
17  Hong Kong.
18            So the order for that -- for that specific
19  was supposed to come from two places, because --
20  because the boards, when they were released to a
21  subcontractor -- let's assume a hundred thousand
22  dollars worth of boards were released to our
23  subcontractor -- if something got lost, those boards
24  got lost, Benlida wanted a way to get -- be made whole
25  for those boards.
```

```
 1            And so -- because it was our subcontractor.
 2   They were not working with that subcontractor.  So
 3   there was -- this was put in place that Circuitronix --
 4   since those boards were being consigned to Circuitronix
 5   Hong Kong, if those boards got lost before being
 6   returned to Benlida, we would be responsible for
 7   Circuitronix Hong Kong's debt on those boards.
 8       Q    I am sorry, Rishi.  You are an awesome
 9   witness.  I have deposed thousands of witnesses, but
10   that is barely passing the straight face test for me.
11            MR. ROSENTHAL:  Objection.
12   BY MR. MAZZOLA:
13       Q    Can you explain where it says that on this
14   document, Exhibit 27?
15       A    That is what it says, that for specific
16   orders -- so Circuitronix Hong Kong never placed orders
17   for Circuitronix LLC.  Circuitronix Hong Kong placed
18   orders for Circuitronix Hong Kong; Circuitronix LLC
19   placed orders for Circuitronix LLC; and in those
20   specific cases Circuitronix Hong Kong placed orders for
21   Circuitronix LLC for those specific cases.
22       Q    Were the invoices different?  Were the
23   purchase orders different?
24            Let's start the first time.  Were the
25   purchase orders different?
```

1  situation. There were other situations which were
2  being contemplated where, say, Kinwong would build
3  boards -- and it actually happened sometime in the
4  future after 2014 -- Kinwong would build boards and
5  ship it to Benlida for OSP or immersion tin.
6           And so that -- in that situation also
7  Circuitronix Hong Kong was doing certain transactions
8  for Circuitronix LLC, but it's a very limited scope
9  of -- Circuitronix Hong Kong never placed orders for
10 Circuitronix LLC. Simple and straight. Never.
11      Q   The orders are only placed for Circuitronix
12 Hong Kong?
13      A   Circuitronix Hong Kong. Every board
14 Circuitronix Hong Kong got from Benlida went to
15 Circuitronix Hong Kong customers, besides this narrow
16 set of three, four, five transaction part numbers
17 where --
18      Q   Didn't every board that was produced by
19 Benlida go to clear it's way through Circuitronix Hong
20 Kong?
21      A   So every board either went to a warehouse
22 which was owned by Circuitronix Hong Kong or a
23 third-party warehouse which was not owned by us but we
24 subcontracted.
25      Q   But it all went to Hong Kong?