# Exhibit I to Declaration
# of Jean-Claude Mazzola

## 业务授权书

### Business authorization

江门市奔力达电路有限公司

**JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD:**

我公司因业务需要，现授权 CIRCUITRONIX（HONG KONG），LIMITED 向贵公司下订单，并承担 CIRCUITRONIX（HONG KONG），LIMITED 因此项业务产生的债务。

For the purposes of our company's business, Circuitronix, LLC. hereby authorize CIRCUITRONIX（HONG KONG），LIMITED to place orders to your company on our behalf. CIRCUITRONIX, LLC assumes all CIRCUITRONIX（HONG KONG），LIMITED's debts due to these orders.

授权人（签名盖章）

Authorizer(signature and seal):

(CIRCUITRONIX, LLC)

日期：2014年 1月 1日

Date:   2014. 01. 01

AGREE TO THE ENGLISH VERSION ONLY

CONFIDENTIAL

CTX_00004394

业务授权书

**Business authorization**

江门市凯禹电路有限公司

ROK PRINTED CIRCUIT CO., LTD.:


我公司因业务需要，现授权 CIRCUITRONIX（HONG KONG），LIMITED

向贵公司下订单，并承担 CIRCUITRONIX（HONG KONG），LIMITED 因

此项业务产生的债务。

For the purposes of our company's business, Circuitronix, LLC. hereby

authorize CIRCUITRONIX（HONG KONG），LIMITED to place orders to your

company on our behalf. CIRCUITRONIX, LLC assumes all CIRCUITRONIX

（HONG KONG），LIMITED's debts due to these orders.

授权人（签名盖章）

Authorizer(signature and seal):

(CIRCUITRONIX, LLC)

日期: 2012年 1 月 1 日

Date:   2014. 01. 01

AGREE TO ENGLISH VERSION

ONLY