# Exhibit A to Declaration
# of Tracy Huang

**From:**          Rishi Kukreja
**Sent:**          Sat, 25 Jun 2016 06:52:48 +0000
**To:**            tracy (tracy@benlida.com)
**Cc:**            Akshay Koul
**Subject:**       Becom Hochstrass, Austria

Tracy

We would like to add Becom Hochstrass, Austria to our excusive customer list.

Please confirm.

Regards/Rishi Kukreja

(M) : 305(331)8581

---

CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.

---

**From:**          Akshay Koul
**Sent:**          Tue, 12 Sep 2017 00:31:25 +0000
**To:**            Tracy benlida
**Cc:**            Rishi Kukreja
**Subject:**       E xclusive Customer List- Gemphil Technologies

Tracy-

Please review and add Gemphil Technologies Inc. which is in Laguna, Philippines to Exclusive customer list.

Thank you.

Regards

Akshay Koul
**CIRCUITRONIX**

| | |
|---|---|
| **From:** | Rishi Kukreja |
| **Sent:** | Wed, 16 Feb 2022 12:24:10 +0000 |
| **To:** | Tracy benlida |
| **Cc:** | Akshay Koul |
| **Subject:** | FW: RE: Exclusive Customer List: Info-Tek Corp (PSA) |
| **Attachments:** | SCHEDULE A-BLD.doc |

Hello Tracy

My apologies for a delayed revert but the following is our response regarding the text in red.

We cannot accept this since :

  a. Majority of the delay in  account development is related  to BLD's defaulting on the Terms and conditions of the Manufacturing Agreement/Secondary Letter Agreement.
  b. The Secondary Letter Agreement specifically implies that the Exclusive Customer List will be what it is on that day not counting the additions since until we resolve issues on hand which as you would agree we are working towards aggressively.

That being said if there is a specific account which you would like to remove since there is business opportunity for Benlida from another Sales Channel I am willing to discuss on a case by case basis for mutual success.

I had held back writing this email since I did not want to add any fuel to the fire and make things any worse than they are.

Thank you.

Regards/Rishi Kukreja

---

**From:** tracy@benlida.com <tracy@benlida.com>
**Sent:** Friday, December 10, 2021 4:25 PM
**To:** Akshay Koul <AkshayK@Circuitronix.co.in>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Re: RE: Exclusive Customer List: Info-Tek Corp (PSA)

Akshay,

1) Confirm no conflict on Info-Tek Corp (PSA).

2) For the customer CTX applied to add into exclusive list but didn't start any business, we request again to delete it.  According to our Manufacturing Agreement, as long as the customer does not place an order within the exclusive sales period, the exclusive sales period ends. If the exclusive sales period is postponed due to non quality problems, we can ask CTX to delete customers, unless CTX can give reasons for not deleting. So please review customers in the list which added before Nov 2019, and let us know which ones should be kept.

Thank you.

RGDS

Tracy

---

JIANGMEN BENLIDA
tracy@benlida.com

**From:** Akshay Koul
**Date:** 2021-12-10 13:10
**To:** Tracy benlida
**CC:** Rishi Kukreja
**Subject:** RE: Exclusive Customer List: Info-Tek Corp (PSA)

Gentle reminder.

---

**From:** Akshay Koul
**Sent:** Wednesday, December 8, 2021 7:56 PM
**To:** Tracy benlida <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** RE: Exclusive Customer List: Info-Tek Corp (PSA)

Gentle reminder.

---

**From:** Akshay Koul
**Sent:** Tuesday, December 7, 2021 4:19 PM
**To:** tracy@benlida.com
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Exclusive Customer List: Info-Tek Corp (PSA)

Hi Tracy

Please add Info-Tek Corp (PSA) into exclusive customer list and confirm no conflicts.

Info-tek corp is the subcontractor of ASK group

Website: http://www.psaitc.com/

**From:** tracy@benlida.com <tracy@benlida.com>
**Sent:** Saturday, May 18, 2019 12:51 PM
**To:** Akshay Kaul <AkshayK@Circuitronix.co.in>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Re: RE: Exclusive Customer List: ASKGROUP

Confirm.

_____

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

> **From:** Akshay Kaul
> **Date:** 2019-05-18 10:59
> **To:** Tracy benlida
> **CC:** Rishi Kukreja
> **Subject:** RE: Exclusive Customer List: ASKGROUP
> I did receive your confirmation on text but please confirm over email as well.

_____

**From:** Akshay Kaul
**Sent:** Wednesday, May 15, 2019 3:16 PM
**To:** Tracy benlida <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Exclusive Customer List: ASKGROUP

Tracy-

Please review and advise if we can add Askgroup to exclusive customer list. This is urgent. They want to visit on 17th May.

Website:  www.askgroup.de

Thank you.

Regards

Akshay Koul

**CIRCUITRONIX**

| | |
|---|---|
| **From:** | tracy@benlida.com |
| **Sent:** | Thu, 2 Apr 2020 12:07:55 +0800 |
| **To:** | Akshay Koul |
| **Cc:** | Rishi Kukreja |
| **Subject:** | Re: RE: Exclusive Customer List: Creation Tech |
| **Attachments:** | SCHEDULE A-BLD.doc |

Akshay,

The comments you metioned in below email is not fair for Benlida. It is the fact that CTX didn't release orders for many years on those customers (text in red).

Again, for the customers text in red in attched list, we already removed and they are not valid as per our Manufacturing Agreement.

RGDS

Tracy

JIANGMEN BENLIDA
tracy@benlida.com

**From:** Akshay Koul
**Date:** 2020-04-02 01:40
**To:** Tracy benlida
**CC:** Rishi Kukreja
**Subject:** RE: Re: Exclusive Customer List: Creation Tech

Dear Tracy

This email is to again advise you that we have not accepted any customers to be removed from the list.

Please also be advised we have MLS in the list already, please double confirm no conflicts.

**From:** Akshay Koul
**Sent:** Thursday, October 17, 2019 6:14 AM
**To:** tracy@benlida.com
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** RE: Re: Exclusive Customer List: Creation Tech

Please discuss this list with Mr. Rishi for text in red. I cannot confirm to you if these are invalid or not.

Regarding Creationtech we are going to have customer audit soon.

**From:** tracy@benlida.com <tracy@benlida.com>
**Sent:** Thursday, October 17, 2019 12:06 PM
**To:** Akshay Koul <AkshayK@Circuitronix.co.in>
**Subject:** Re: Re: Exclusive Customer List: Creation Tech

Moreover, here is the most update customer list. Red ones are invalid.

RGDS

---

JIANGMEN BENLIDA

tracy@benlida.com

---

**From:** tracy@benlida.com
**Date:** 2019-10-17 12:01
**To:** Akshay Koul
**Subject:** Re: RE: Exclusive Customer List: Creation Tech

46) Creationtech

Akshay,

Creationtech was in the list before, since we didn't get any order at least in the last three year, I put it into red and remove. Please let me know the update so that we can make further decision.

Thank you.

RGDS

JIANGMEN BENLIDA

tracy@benlida.com

**From:** Akshay Koul
**Date:** 2019-10-14 21:25
**To:** Tracy benlida
**Subject:** RE: Exclusive Customer List: Creation Tech

Gentle follow up.

_____

**From:** Akshay Koul
**Sent:** Saturday, October 12, 2019 8:27 AM
**To:** Tracy benlida <tracy@benlida.com>
**Subject:** RE: Exclusive Customer List: Creation Tech


Gentle follow up.

_____

**From:** Akshay Koul
**Sent:** Friday, October 11, 2019 12:31 PM
**To:** Tracy benlida <tracy@benlida.com>
**Subject:** Exclusive Customer List: Creation Tech


Tracy

As per my understanding and knowledge we already have this customer in the Exclusive Customer list: Just double confirming- Please confirm ASAP.

Website: www.creationtech.com


Thank you.

Regards

Akshay Koul
**CIRCUITRONIX**

| | |
|---|---|
| **From:** | tracy@benlida.com |
| **Sent:** | Fri, 11 Oct 2019 16:46:43 +0800 |
| **To:** | Akshay Koul |
| **Cc:** | Rishi Kukreja |
| **Subject:** | Re: Re: Exclusive Customer List: EE Technology |

Confirm!

_____

tracy@benlida.com

**From:** Akshay Koul
**Date:** 2019-10-11 16:28
**To:** Tracy benlida
**CC:** Rishi Kukreja
**Subject:** Re: Exclusive Customer List: EE Technology
Please close this today.

Thank you.
Regards
Akshay Koul

On Oct 10, 2019, at 13:01, Akshay Koul <AkshayK@circuitronix.co.in> wrote:

Gentle follow up.

_____

**From:** Akshay Koul

**Sent:** Wednesday, October 02, 2019 1:46 PM

**To:** Tracy benlida <tracy@benlida.com>

**Cc:** Rishi Kukreja <RishiK@circuitronix.com>

**Subject:** Exclusive Customer List: EE Technology

Dear Tracy-

Please add EE technology to Exclusive customer list and confirm no conflicts.

Website: http://eetechinc.com/

Thank you.

Regards

Akshay Koul
**CIRCUITRONIX**

**From:**           tracy@benlida.com
**Sent:**           Wed, 9 Feb 2022 09:56:37 +0800
**To:**              Akshay Koul
**Cc:**              Rishi Kukreja
**Subject:**      Re: RE: Exclusive Customer List: Luminar (All Global Locations and Contract Manufacturers)

Confirm no conflicts.

RGDS

Tracy

---

JIANGMEN BENLIDA
tracy@benlida.com

> **From:** Akshay Koul
> **Date:** 2022-02-09 09:31
> **To:** Tracy benlida
> **CC:** Rishi Kukreja
> **Subject:** RE: Exclusive Customer List: Luminar (All Global Locations and Contract Manufacturers)

Gentle reminder.

---

**From:** Akshay Koul
**Sent:** Monday, February 7, 2022 8:40 AM
**To:** Tracy benlida <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** RE: Exclusive Customer List: Luminar (All Global Locations and Contract Manufacturers)

Gentle Reminder.

---

**From:** Akshay Koul
**Sent:** Monday, January 31, 2022 9:01 AM
**To:** Tracy benlida <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Exclusive Customer List: Luminar (All Global Locations and Contract Manufacturers)

Hi Tracy

Please add Luminar (All Global Locations and Contract Manufacturers) into Exclusive customer list and confirm no conflicts.

Website: www.luminartech.com



Thank you.


Regards

Akshay Koul
**CIRCUITRONIX**

| | |
|---|---|
| **From:** | tracy@benlida.com |
| **Sent:** | Fri, 18 Oct 2019 14:47:35 +0800 |
| **To:** | Akshay Koul |
| **Cc:** | Rishi Kukreja |
| **Subject:** | Re: RE: Exclusive Customer List: Cebi |

Confirm!

---

JIANGMEN BENLIDA
tracy@benlida.com

> **From:** Akshay Koul
> **Date:** 2019-10-18 13:56
> **To:** Tracy benlida
> **CC:** Rishi Kukreja
> **Subject:** RE: Exclusive Customer List: Cebi

Gentle follow up, please close this today.

---

**From:** Akshay Koul

**Sent:** Wednesday, October 16, 2019 3:43 PM

**To:** Tracy benlida <tracy@benlida.com>

**Cc:** Rishi Kukreja <RishiK@circuitronix.com>

**Subject:** RE: Exclusive Customer List: Cebi


Gentle follow up. Please close this today.

---

**From:** Akshay Koul

**Sent:** Tuesday, October 15, 2019 12:25 PM

**To:** Tracy benlida <tracy@benlida.com>

**Cc:** Rishi Kukreja <RishiK@circuitronix.com>

**Subject:** Exclusive Customer List: Cebi

Hello Tracy-

Please add Cebi to Exclusive customer list and confirm no conflicts.

Website: https://www.cebi.com/en

Thank you.

Regards

Akshay Koul
**CIRCUITRONIX**

| | |
|---|---|
| **From:** | tracy@benlida.com |
| **Sent:** | Fri, 8 May 2020 09:39:49 +0800 |
| **To:** | Rishi Kukreja |
| **Cc:** | Akshay Koul |
| **Subject:** | Re: RE: Exclusive Customer List: MinebeaMitsumi // NMB |
| **Attachments:** | SCHEDULE A-BLD.doc |

Rishi,

Two different issue:

1) For the customers we highlight in red and request to remove, CTX didn't place order to us since at least 2016 and this is not related to business mode changed. And what we request is just per our Manufacturing agreement, CTX should check each of the name and confirm one by one.

2) We fully understand your comments during last conference call and we agreed. That's why we confirm to add new customer into the list.

RGDS

Tracy

JIANGMEN BENLIDA
tracy@benlida.com

**From:** Rishi Kukreja
**Date:** 2020-05-07 20:53
**To:** Tracy benlida
**CC:** Akshay Koul
**Subject:** RE: RE: Exclusive Customer List: MinebeaMitsumi // NMB

Dear Tracy

The text in green is not accepted and was discussed in the last conference call. The fact that Benlida is not getting orders is since they have changed the terms and conditions and asking for prepayment on Purchase Orders.

**WE DO NOT ACCEPT REMOVAL OF THESE CUSTOMERS FROM THE EXCLUSIVE CUSTOMER LIST AND BENLIDA IS NOT ALLOWED TO APPROACH THESE CUSTOMERS IN ANY MANNER DIRECTLY OR INDIRECTLY OTHERWISE IT WILL BE BREACH OF OUR AGREEMENTS.**

Regards/Rishi Kukreja

---

**From:** tracy@benlida.com <tracy@benlida.com>
**Sent:** Wednesday, May 6, 2020 10:30 PM
**To:** Akshay Koul <AkshayK@Circuitronix.co.in>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Re: RE: Exclusive Customer List: MinebeaMitsumi // NMB

Akshay,

MinebeaMitsumi // NMB is OK to be added in customer list.

Again, for those customers are not in active (red writing in attachment), CTX must remove. This is not fair when orders are ont building in Benlida but they are still in the list.

RGDS

Tracy

---

JIANGMEN BENLIDA

tracy@benlida.com

**From:** Akshay Koul
**Date:** 2020-05-04 15:10
**To:** Tracy benlida
**CC:** Rishi Kukreja
**Subject:** RE: Exclusive Customer List: MinebeaMitsumi // NMB
Gentle Reminder

---

**From:** Akshay Koul
**Sent:** Monday, April 20, 2020 10:01 AM
**To:** Tracy benlida <tracy@benlida.com>

**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** RE: Exclusive Customer List: MinebeaMitsumi // NMB

Gentle Reminder.

---

**From:** Akshay Koul
**Sent:** Wednesday, April 15, 2020 10:28 AM
**To:** Tracy benlida <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** RE: Exclusive Customer List: MinebeaMitsumi // NMB

Gentle follow up.

---

**From:** Akshay Koul
**Sent:** Wednesday, April 8, 2020 2:53 PM
**To:** Tracy benlida <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** RE: Exclusive Customer List: MinebeaMitsumi // NMB

Gentle Follow up.

---

**From:** Akshay Koul
**Sent:** Friday, April 3, 2020 7:01 AM
**To:** Tracy benlida <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** RE: Exclusive Customer List: MinebeaMitsumi // NMB

Gentle Reminder.

---

**From:** Akshay Koul
**Sent:** Wednesday, April 1, 2020 3:28 PM
**To:** Tracy <tracy@benlida.com>
**Cc:** Rishi Kukreja <RishiK@circuitronix.com>
**Subject:** Exclusive Customer List: MinebeaMitsumi // NMB

Hello Tracy-

Please add NMB to exclusive customer list and confirm no conflicts.

Website: https://www.minebeamitsumi.com/

Thank you.

Regards

Akshay Koul
**CIRCUITRONIX**