# Exhibit B to Declaration of Tracy Huang



# Purchase Order

| Date | PO # |
|---|---|
| 4/22/2016 | ROK-5500111312-U12-ABG-X51 |

3131 SW 42nd Street  
Fort Lauderdale, FL 33312  
United States

Page 1 of 2

| Vendor | Ship To |
|---|---|
| Rok Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park,<br>High-tech Industry Zone<br>Guangdong Province<br>China | CIRCUITRONIX, HKG |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
|  | 5/11/2016 |  |  | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 233.767.011-00 | Piece | 19,200 | P/N: 233.767.011-00 (per Gerber) (File: projekt_233767011.zip, 233767010_01_F_001.tif) [20120605]<br>FR4, UL approved material permitted; 0.063±0.006 Board THK; 1/1 OZ (Assumed finish); 2L; 9.457X7.992(24); 18X24(4); 0.012/0.006(Line/space); 0.012(Hole); SMOBC; 0SS; ENIG (> 2.4 u" Au over > 189 u" Ni);<br>Notes:<br>1> Rout length: 149/Panel; Hole: 1948/Panel; V-cut 0/Panel;<br>2> PTH Ø0.92mm+0.07/-0.04mm;<br>3> PTH hole size tolerance +0.004/-0.002;<br>4> Circuit size tolerance ±0.004;<br>5> Residual ring width >0.15mm (partial 0.05mm allowed);<br>6> Tolerated offset holes to connecting area ±0.15mm;<br>7> Tolerated offset solder resist to conductive pattern ±0.15mm;<br>8> X-outs on panels: not allowed (per spec 941077019-01 ver 5);<br>9> Initial sample inspection report per PPAP level 3 (per spec 941077019-01 ver 5);<br>10> Minimum technical requirements per IPC-A-600 Class 3, IPC-SM-840 Class H, IPC-4101C (per spec 941077019-01 ver 5);<br>11> Hole wall copper thickness: 25 to 50 um (per spec 941077019-01 ver 5);<br>12> SMD pad tolerance: ±20% (per spec 941077019-01 ver 5);<br>13> Bow and twist: max of 0.75% over whole panel (per spec 941077019-01 ver 5);<br>14> Solder mask thickness: 15 to 30 um over laminate ref to 1 oz copper, >/=4 um over edge of conductor, 10 to 25 um over conductor (per spec 941077019-01 ver 5);<br>15> Solder mask max misalignment: ±0.002 ref to 1 oz copper (per spec 941077019-01 ver 5);<br>16> Approved solder mask: Huntsman Probimer 77-72101, Coates Imagecure SMART T4, Taiyo PSR-4000 MPHF, Taiyo PSR4000 Z26/CA-40 Z26K, Goo PSR-550B G900M1 (per spec 941077019-01 ver 5);<br>17> Approved base material: Isola DE104ML, Isola FR402 (for leaded only), Isola IS400/IS410, Kingboard 6160/6164, ShengYi S1000, ShengYi S1141 (for leaded only), ITEQ IT-140 (per spec 941077019-01 ver 5);<br>18> Qualification shall be carried out per IPC-6012 Class 3 (per spec 941077019-01 ver 5);<br>19> Cleanliness tested per Ion Chromatography method (max limits in ug/sq in): 2.0 Chloride, 3.0 Nitrite, 6.0 Bromide, 3.0 Nitrate, 3.0 Phosphate, 3.0 Sulfate, 25.0 Weak Organic Acids. PCBs shall also | 0.139 | 2,668.80 |



# Purchase Order

| Date | PO # |
|---|---|
| 4/22/2016 | ROK-5500111312-U12-ABG-X51 |

3131 SW 42nd Street  
Fort Lauderdale, FL 33312  
United States

Page 2 of 2

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | meet standard cleanliness test with surface contamination max standard limit of 0.8 ug/sq cm (per spec 941077019-01 ver 5); 20> PCBs to be compliant to ELV and RoHS directives (per spec 941000019 Rev 7); 21> PCB to meet quality system, production process and delivery requirements per spec 941000019 (applicable for parts used in automotive switches or automotive systems); 22> Supplier to be ISO 9001/9002 certified & to develop quality management conforming to VDA 6.1, QS 9000 or ISO TS 16949 within two years (per spec 941000019 Rev 7); 23> Material changes without customer approval and initial sampling are not admissible (per spec 941000019 Rev 7); 24> Initial sample inspection report per VDA 2 or PPAP Level 3 (per spec 941000019 Rev 7); 25> Surface cleaning with demineralised water required; 26> Vias 100% closed, full plugging;<br><br>MUST USE CTX UL LOGO. | | |
| | | | Total | | $2,668.80 |

This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.

If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.

# Purchase Order

| Date | PO # |
|---|---|
| 17/11/2016 | ROK-120000402-27-X19 |

**Circuitronix (Hong Kong) Limited**

Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 1 of 2

| Vendor | Ship To |
|---|---|
| ROK Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park, High-tech Industry Zone<br>Guangdong Province,<br>China | CTX HKG |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 15/12/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| P00146538 P02 | 20,000 | P/N: P00146538 P02 (per Gerber) / BMW PDM UKL2_LU (per spec) / DRW00004783 Rev 03 (per array dwg) (File: 3.1-PDM_double_side_PCB 6-fold_panel_for_LK_LU.zip / 3.1-PDM_double_side_PCB 6-fold_panel_for_LU [07-16-2015] DRW00004783-A03-BMW_UKL2-PDM_PCB_double_side_6-fold_panel_Blatt_1.pdf, DRW00004783-A03-BMW_UKL2-PDM_PCB_double_side_6-fold_panel_Blatt_2.pdf, LDCH_0412_DRW00004783_03.pdf [07-24-2015] FR4, Tg150C, S1000, IT158 (2nd choice); 0.067±10% overall Board THK; 3/3 OZ (Min Finish); 2L; 8.15X9.622(6); 18X24(4); 0.028/0.016 (Line/space); 0.020 (Hole); SMOBC (Tamura DSR-330 S50-99G, Jiang Men ABQ RS-2000 (2nd choice), Glossy green per email); 0SS; LF HAL<br>Notes:<br>1> Rout Length:82/Panel; Hole:3666/panel; Vcut 0 /panel;<br>2> AOI required;<br>3> 1.5mm base material thickness;<br>4> Final copper thickness 105um, min 100um delivery;<br>5> Copper thickness in hole >25um;<br>6> Min annular ring >0.25mm;<br>7> Solder mask thickness over: flanges >7um, copper >10um, double coated;<br>8> Solder mask misalignment ±0.2mm;<br>9> Max storage time before soldering: 6 months after production time;<br>10> Quality requirements of PCB: IPC-6012B;<br>11> Mechanical warpage 0.5%; Allowed bending max 0.5% of edge length;<br>12> Mill/punch;<br>13> Wave soldering, lead free solder;<br>14> General + position tolerance ±0.05mm if not specified;<br>15> Samples according AA3151 + COMP 3003;<br>16> Outline tolerance ±0.1mm;<br>17> Tooling slot tolerance ±0.1mm;<br>18> Feature to feature tolerance ±0.1mm;<br>19> Slot 1.05+0.2/-0mm x 3.4±0.1mm;<br>20> Slot 0.85+0.1/-0mm x 5.8±0.1mm;<br>21> CoC required with each shipment (date code). CoC should include ionic contamination results (before SM printing);<br>22> Solderability test report is also required with each shipment (date code);<br>23> Pack 5 panels separately (part of the production PO, 5 panels will just be packed separately);<br>24> PPAP level 3 required;<br>25> Packaging and logistics terms (per Circuitronix_Logistics_Terms.pdf); | 0.632 | 12,640.00 | Pieces |

# Purchase Order

| Date | PO # |
|---|---|
| 17/11/2016 | ROK-120000402-27-X19 |

**Circuitronix (Hong Kong) Limited**

Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 2 of 2

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| Use CTX UL Logo on all boards. | | | Total | $12,640.00 | |

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.

# Purchase Order

| Date | PO # |
|---|---|
| 25/1/2016 | BEN-44500779435-X27 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 1 of 3

| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong, China | CTX, Hong Kong |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 25/1/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| XX00147 Rev G | 6 | P/N: XX00147 Rev G (File: file -X00147-1.zip, file-X00147-2.zip, Project Outputs for XX00147_22-Jan.zip, ReleaseNotes.docx )<br>[01-22-2016]<br>FR4 per IPC4101/129 (Tg170 / Td340), 94V-0; 0.087" +/-0.005" Board THK; H/H OZ (Finish);  2L; 7.611X8.976(76); 20X24(6); 0.020"/0.010" (Line/space); 0.020" (Hole); SMOBC (LPI, Green); 2SS (White); LF OSP<br>Notes:<br>1> Rout Length:279/Panel; Hole:386/panel; Vcut 28 /panel;<br>2> IPC Class 2;<br>3> Hole location tolerance: +/-0.1mm;<br>4> Assembly Profile 1 (Industrial/Automotive - High Temp / Lead-free - Peak 260C);<br>5> Solder mask alighnment to metal: +/-0.076mm;<br>6> With via plugging/filling;<br>7> Routed feature tolerance: +/-0.05mm;<br>8> Packaging: vacuum sealed, no backers, no separator sheets;<br>9> Lead-free , RoHS compliant;<br>10> NPTH tolerance 0.05mm, PTH tolerance 0.075mm;<br>11> Coil resistance as measured from PCB test points: 14.2ohm / 15.6ohm;<br>12> Coil inductance as measured from PCB test points: 270uH / 320uH;<br>13> Controlled depth milling:<br> - Section A: pocket created with R1.25+/-0.20 depth 1.93 0.05mm, pocket created 3/16" ball end mill in bottom layer;<br>- Section B: pocket created with 1.8mm+/-0.05mm depth from top layer (2 places);<br>- Section C: pocket created 3/16" ball end mill, depth 1.93mm, width 1.19mm;<br>14> First piece & PPAP doc per SM1.100 with IMDS forms (per DSG-RGDSPEC Rev A);<br>15> Lead free assembly (Reflow Profile 1): 255+5º/-0ºC, profile requiring high temp, lead-free solder (per DSG-RGDSPEC Rev A);<br>16> Approved materials per IPC-4101: (per DSG-RGDSPEC Rev A);<br>- Resin coated foil per IPC-CF-148: MR500, MR600, RCF400<br>17> Unless specified, finished board thickness measured over plating and mask (per DSG-RGDSPEC Rev A);<br>18> PTH copper plating 0.001" average with absolute minimum 0.0008"; Holes with aspect ratio > 5:1 shall have absolute minimum 0.001" (per DSG-RGDSPEC Rev A);<br>19> Pattern registration ±0.0039" (per DSG-RGDSPEC Rev A);<br>20> Conductor width ±0.002"/±20% whichever is less (per DSG-RGDSPEC Rev A);<br>21> Warp & twist shall not exceed 0.7% (per DSG-RGDSPEC Rev A);<br>22> Plated vias, when required to be filled, shall use the resin provided by the prepreg material during a single or multiple lamination process, or may be filled with a Peters SD2361 epoxy, Taiyo HBI-200HD84, or other approved equivalent (per DSG-RGDSPEC Rev A);<br>23> Min annular ring at the neck of the trace per IPC-6012 Class 3, tangency at any other location. (per DSG-RGDSPEC Rev A);<br>24> No copper voids allowed for IPC Class 2 and Class 3 boards (per DSG-RGDSPEC Rev A);<br>25> Unless otherwise indicated on the fabrication drawing, repairs to correct broken, nicked, or thin conductors on all boards are not acceptable. There shall be no repair to any controlled impedance, matching conductor or critical nets (per DSG-RGDSPEC Rev A);<br>26> Short repairs: maximum of 6 repairs to any fabrication panel layer per side and no more than 4 repairs to any individual "board" image per layer per side. Repairs may be made to remove shorts prior to lamination and only external layers after lamination. No repair to | 0.00 | 0.00 | Panels |

# Purchase Order

| Date | PO # |
|---|---|
| 25/1/2016 | BEN-44500779435-X27 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 2 of 3

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| | | inner layer shorts after lamination (per DSG-RGDSPEC Rev A);<br>27> Weld repairs are not allowed (per DSG-RGDSPEC Rev A);<br>28> OSP: Entek Plus Cu-106A(X) HT manufactured by Enthone or Tamura Solderite WPF 21 (per DSG-RGDSPEC Rev A);<br>29> Ionic contamination: NaCl equivalent shall not exceed "3.0 ug/sq in" per IPC-TM-650 method 2.3.25 (Dynamic Extraction Method) using Omega-Meter model SMD 600 or 700 (per DSG-RGDSPEC Rev A);<br>30> Preferred Standard LPI Soldermask or approved equivalent: DSR3241-CR, DSR3241A-B, DSR3241A-G(MD)(ES), DSR3241A-U, PSR-4000 AUS5/AUS7/Z26/G24/G23K/GF5/GF8/GF60/Z100, DSR-2200 T7, Probimer 77 (8030), SD2467SM (per DSG-RGDSPEC Rev A);<br>31> Soldermask: SMOBC, per IPC-SM-840 Class H, registration: +/-0.003 (per DSG-RGDSPEC Rev A);<br>32> Soldermask thickness: 0.0004" min thick in copper traces. Soldermask thickness less than 0.001" shall meet the absolute min dielectric breakdown voltage of 500 volts DC (per DSG-RGDSPEC Rev A);<br>33> If array does not have X-out indicator, x-outs are not allowed.<br>34> X-out: Unless otherwise indicated in the fabrication drawing, max 25% of X-out per array. If no allowed percentage of x-outs per lot is noted on the fab drawing, the default shall be max of 10% (per DSG-RGDSPEC Rev A);<br>35> Packaging per DSG-RGDSPEC Rev A;<br>- Moisture indicator (HIC) required, max of 25 boards/panels per package, use Dri-Shield 2700 metalized bags or approved equivalent;<br>- Plastic materials shall be silicone free. Cardboard and paper used for packing and shipping shall be sulfur and chlorine free;<br>- A desiccant material shall be placed on board and the outer packaging material or along the edge of the arrays;<br>- All boards shall be packed using air tight, vacuum sealed containers;<br>36> Design guidelines for packaging per DG 08 (Rev 02) Design Guidelines for Packaging.doc;<br>37> (If PPAP is required) All customer specified "SC" dimensions and symbol denoting characteristics in the drawing are critical and SPC have to be performed (per customer requirement);<br>38> For parts that requires PPAP, complete package approved form (PAF) per SMF 3.100.4 Supplier Packaging Approval Form (Rev D).xls;<br>39> Tooling hole radius tolerance: +0.08mm/-0;<br><br>Please Note: CTX UL logo to be used. | | | |
| XX00148 Rev F | 6 | P/N: X00148 Rev F (File: file -X00148-1.zip, file- X00148-2.zip, file -X00148-3.zip, ReleaseNotes.docx ) [01-22-2016]<br>FR4 per IPC4101/129 (Tg170 / Td340), 94V-0, 0.087" +/-0.005" Board THK; H/H OZ (Finish);  2L; 8.000X7.303(60); 18X24(6); 0.031"/0.008" (Line/space); 0.020" (Hole); SMOBC (LPI, Green); 2SS (White); LF OSP<br>Notes:<br>1> Rout Length:136/Panel; Hole:125/panel; Vcut 20 /panel;<br>2> IPC Class 2;<br>3> Hole location tolerance: +/-0.1mm;<br>4> Assembly Profile 1 (Industrial/Automotive - High Temp / Lead-free - Peak 260C);<br>5> Solder mask alignment to metal: +/-0.076mm;<br>6> With via plugging/filling;<br>7> Packaging: vacuum sealed, no backers, no separator sheets;<br>8> Lead-free , RoHS compliant;<br>9> Tooling hole radius tolerance: +0.08mm/-0;<br>10> Routed feature tolerance: +/-0.05mm;<br>11> Circuit feature dimensional tolerance: +/-0.05mm, +/-0.03mm;<br>12> NPTH tolerance 0.05mm, PTH tolerance 0.075mm;<br>13> Coil resistance as measured from PCB test points: 14.2ohm / 15.6ohm;<br>14> Coil inductance as measured from PCB test points: 270uH / 320uH;<br>15> Controlled depth milling:<br> - Section B: pocket created with 1.85mm+/-0.05mm depth from top layer (2 places);<br>16> First piece & PPAP doc per SM1.100 with IMDS forms (per DSG-RGDSPEC Rev A);<br>17> Lead free assembly (Reflow Profile 1): 255+5°/-0°C, profile requiring high temp, lead-free solder (per DSG-RGDSPEC Rev A);<br>18> Approved materials per IPC-4101: (per DSG-RGDSPEC Rev A);<br>- Resin coated foil per IPC-CF-148: MR500, MR600, RCF400<br>19> Unless specified, finished board thickness measured over plating and mask (per DSG-RGDSPEC Rev A);<br>20> PTH copper plating 0.001" average with absolute minimum 0.0008"; Holes with aspect ratio > 5:1 shall have absolute minimum | 0.00 | 0.00 | Panels |

CONFIDENTIAL

CTX_00246945

# Purchase Order

| Date | PO # |
|---|---|
| 25/1/2016 | BEN-44500779435-X27 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 3 of 3

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| | | 0.001" (per DSG-RGDSPEC Rev A); 21> Pattern registration ±0.0039" (per DSG-RGDSPEC Rev A); 22> Conductor width ±0.002"/±20% whichever is less (per DSG-RGDSPEC Rev A); 23> Warp & twist shall not exceed 0.7% (per DSG-RGDSPEC Rev A); 24> Plated vias, when required to be filled, shall use the resin provided by the prepreg material during a single or multiple lamination process, or may be filled with a Peters SD2361 epoxy, Taiyo HBI-200HD84, or other approved equivalent (per DSG-RGDSPEC Rev A); 25> Min annular ring at the neck of the trace per IPC-6012 Class 3, tangency at any other location. (per DSG-RGDSPEC Rev A); 26> No copper voids allowed for IPC Class 2 and Class 3 boards (per DSG-RGDSPEC Rev A); 27> Unless otherwise indicated on the fabrication drawing, repairs to correct broken, nicked, or thin conductors on all boards are not acceptable. There shall be no repair to any controlled impedance, matching conductor or critical nets (per DSG-RGDSPEC Rev A); 28> Short repairs: maximum of 6 repairs to any fabrication panel layer per side and no more than 4 repairs to any individual "board" image per layer per side. Repairs may be made to remove shorts prior to lamination and only external layers after lamination. No repair to inner layer shorts after lamination (per DSG-RGDSPEC Rev A); 29> Weld repairs are not allowed (per DSG-RGDSPEC Rev A); 30> OSP: Entek Plus Cu-106A(X) HT manufactured by Enthone or Tamura Solderite WPF 21 (per DSG-RGDSPEC Rev A); 31> Ionic contamination: NaCl equivalent shall not exceed "3.0 ug/sq in" per IPC-TM-650 method 2.3.25 (Dynamic Extraction Method) using Omega-Meter model SMD 600 or 700 (per DSG-RGDSPEC Rev A); 32> Preferred Standard LPI Soldermask or approved equivalent: DSR3241-CR, DSR3241A-B, DSR3241A-G(MD)(ES), DSR3241A-U, PSR-4000 AUS5/AUS7/Z26/G24/G23K/GF5/GF8/GF60/Z100, DSR-2200 T7, Probimer 77 (8030), SD2467SM (per DSG-RGDSPEC Rev A); 33> Soldermask: SMOBC, per IPC-SM-840 Class H, registration: +/-0.003 (per DSG-RGDSPEC Rev A); 34> Soldermask thickness: 0.0004" min thick in copper traces. Soldermask thickness less than 0.001" shall meet the absolute min dielectric breakdown voltage of 500 volts DC (per DSG-RGDSPEC Rev A); 35> If array does not have X-out indicator, x-outs are not allowed. 36> X-out: Unless otherwise indicated in the fabrication drawing, max 25% of X-out per array. If no allowed percentage of x-outs per lot is noted on the fab drawing, the default shall be max of 10% (per DSG-RGDSPEC Rev A); 37> Packaging per DSG-RGDSPEC Rev A; - Moisture indicator (HIC) required, max of 25 boards/panels per package, use Dri-Shield 2700 metalized bags or approved equivalent; - Plastic materials shall be silicone free. Cardboard and paper used for packing and shipping shall be sulfur and chlorine free; - A desiccant material shall be placed on board and the outer packaging material or along the edge of the arrays; - All boards shall be packed using air tight, vacuum sealed containers; 38> Design guidelines for packaging per DG 08 (Rev 02) Design Guidelines for Packaging.doc; 39> (If PPAP is required) All customer specified "SC" dimensions and symbol denoting characteristics in the drawing are critical and SPC have to be performed (per customer requirement); 40> For parts that requires PPAP, complete package approved form (PAF) per SMF 3.100.4 Supplier Packaging Approval Form (Rev D).xls; Please Not: CTX UL logo to be used. | | | |
| | | | Total | $0.00 | |

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.



# Purchase Order

| Date | PO # |
|---|---|
| 1/20/2016 | ROK-547941-X30 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

Page 1 of 4

| Vendor | Ship To |
|---|---|
| Rok Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park,<br>High-tech Industry Zone<br>Guangdong Province<br>China | CIRCUITRONIX, HKG |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
|  | 2/10/2016 |  |  | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1712-7103-01 REV AO | Piece | 1,000 | P/N: 1712-7103-01 REV AO (File: 0312-7103-01A0_CAM.zip, 1712-7103-01-A0_GERBER.zip ) [12-10-2014], email info [12-22-2014]<br>FR4 (94V-V1 or better); 0.062 +/-0.006 over plating Board THK; H/1/1/H OZ (Base (per previous EQ reply)); 4L; 6.082X6.082(4); 20X24(9); 0.008/0.008 (Line/space); 0.012 (Hole); SMOBC( Black Matt ); 2SS (white); ENIG (Ni 100uin, Au 2uin per email)<br>Notes:<br>1> Rout Length:73/Panel; Hole:1044/panel; Vcut 0 /panel;<br>2> A-stage:RoHS compliant and RoHS compatible, REACH acceptable;<br>3> Material shall withstand 5x reflow at 250°C peak temperature;<br>4> Min copper thickness on all layers: 1oz;<br>5> Min plating in holes: 0.025mm;<br>6> All hole centers shall be within 0.076mm;<br>7> Stackup: 1oz finished copper// PP 0.076mm min//1oz copper// Core 0.20mm min //1oz copper// PP 0.076mm min // 1oz finished copper;<br>9> CTX suggested array per panel sketch concept (unit size: round Ø2.441");<br>10> Meet requirements for IPC Class 2, unless otherwise indicated (per spec 3610-0270-00 rev D);<br>11> Bow & Twist: Comply with IPC-6012A section 3.4.4 (0.75% max) (per spec 3610-0270-00 rev D);<br>12> Supplier shall be UL recognized (per spec 3610-0270-00 rev D);<br>13> Cleanliness: Ionic Contamination max of 6.45 µg/in2 of NaCl, tested per IPC-TM-650 or Omegameter (per spec 3610-0270-00 rev D);<br>14> Material: RoHS compliant & compatible, meet UL 94V-1 or better, Td of 340°C or better, Tg of 170°C or better & withstand five (5) reflow excursions at 250°C peak temperatures (per spec 3610-0270-00 rev D);<br>15> Solder Mask: LPI (per spec 3610-0270-00 rev D);<br>16> Conductor width and spacing: shall never be less than 0.1016 mm (0.004") (per spec 3610-0270-00 rev D);<br>17> Annular Ring min: 0.0254 mm (0.001") internal & 0.0508 mm (0.002") external (per spec 3610-0270-00 rev D);<br>18> Conductor repairs are not allowed. It can be a cause for rejection of the entire lot (per spec 3610-0270-00 rev D);<br>19> IPC-1601 must be used for reference about packaging methods, standard packaging must be based on IPC-1601 (general customer requirement);<br>20> Requirement Packaging: Antistatic Vacuum Bag must include HIC & Desiccant in each standard package (general customer requirement); | 0.64 | 640.00 |

# Purchase Order

| Date | PO # |
|---|---|
| 1/20/2016 | ROK-547941-X30 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

Page 2 of 4

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1712-7109-01 Rev B | Piece | 1,200 | 21> All shipments must contain humidity indicator and desiccant ( per customer requirement); 22> Add center fill. Needs the center pc added (not left open) (per previous revision per email ); 23> Hole size tolerance to use if not specified - PTH: +/-3 mils, NPTH:+/-2 mils ( per EQ reply);<br><br>Please note:<br>*CTX UL Logo must be used on these boards.*<br>**All shipments for all Above part no must contain humidity indicator and desiccant ( per customer requirement)**<br><br>P/N: 1712-7109-01 Rev B (File: 1712-7109-01_B_GERBER.zip ) [12-22-2014] FR4, UL 94V-1 or better; 0.062±0.006 over plating Board THK; H/1/1/1/1/1/1/H OZ (Base per previous revision 5 EQ reply); 8L; 7.696X11.023(6); 12X24(3); 0.005/0.005 (Line/space); 0.012 (Hole); SMOBC; 2SS (White); ENIG (NI: 100u", Au 2u"-5u")<br>Notes:<br>1> Rout Length:93/Panel; Hole:5770/panel; Vcut 0 /panel;<br>2> RoHS compliant;<br>3> Material shall withstand 5x reflow at 250 deg peak temp;<br>4> Min plating in holes: 0.025mm;<br>5> All hole centers shall be within 0.076mm of hole symbol on drill artwork;<br>6> Stack up:1oz copper// 0.195mm/0.185mm + 1oz copper foil/0.17mm/0.185mm + 1oz copper foil /0.17mm/0.185mm + 1oz copper foil /0.195mm;<br>7> CTX suggested array based from previous revision 5 (unit size 3.248 x 3.141);<br>8> Meet requirements for IPC Class 2, unless otherwise indicated (per spec 3610-0270-00 rev D);<br>9> Bow & Twist: Comply with IPC-6012A section 3.4.4 (0.75% max) (per spec 3610-0270-00 rev D);<br>10> Supplier shall be UL recognized (per spec 3610-0270-00 rev D);<br>11> Cleanliness: Ionic Contamination max of 6.45 μg/in2 of NaCl, tested per IPC-TM-650 or Omegameter (per spec 3610-0270-00 rev D);<br>12> Material:Td of 340°C or better, Tg of 170°C or better (per spec 3610-0270-00 rev D);<br>13> Solder Mask: LPI (per spec 3610-0270-00 rev D);<br>14> Conductor width and spacing: shall never be less than 0.1016 mm (0.004") (per spec 3610-0270-00 rev D);<br>15> Annular Ring min: 0.0254 mm (0.001") internal & 0.0508 mm (0.002") external (per spec 3610-0270-00 rev D);<br>16> Conductor repairs are not allowed. It can be a cause for rejection of the entire lot (per spec 3610-0270-00 rev D);<br>17> IPC-1601 must be used for reference about packaging methods, standard packaging must be based on IPC-1601 (general customer requirement);<br>18> Requirement Packaging: Anti-static Vacuum Bag must include HIC & Desiccant in each standard package (general customer requirement);<br>19> All shipments must contain humidity indicator and desiccant (per customer requirement);<br>20> 1oz min finished in all layers;<br><br>Please note:<br>*CTX UL Logo must be used on these boards.*<br>**All shipments for all Above part no must contain humidity indicator and desiccant ( per customer requirement)** | 1.739 | 2,086.80 |

# Purchase Order

**circuitronix**

| Date | PO # |
|---|---|
| 1/20/2016 | ROK-547941-X30 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

Page 3 of 4

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1712-7117-01 Rev A0 | Piece | 1,000 | P/N: 1712-7117-01 Rev A0 (File: 1712-7117-01A0_GERBER.ZIP, 0312-7117-01A0_CAM.ZIP ) [12-10-2014] email info [12-22-2014]<br>FR4, Nelco N4000-12, UL 94V-1 or better; 0.062±0.006 Board THK; 1/1 OZ (Min finish); 2L; 6.394X7.257(30); 20X24(9); 0.008/0.008 (Line/space); 0.012 (Hole); SMOBC; 2SS (white); ENIG (Ni 100uin, Au 2uin per email)<br>Notes:<br>1> Rout Length:116/Panel; Hole:724/panel; Vcut 0 /panel;<br>2> RoHS compliant, RoHS compatible;<br>3> Material shall withstand 5x reflow at 250C peak temperatures;<br>4> Min plating in holes 0.001;<br>5> All hole centers shall be within 0.003;<br>6> PCB manufacturing process must be REACH acceptable;<br>7> CTX Suggested 30up array approved (unit size 0.9842 x 1.0236); See approved WG (panel.gbr, work.zip) per previous revision;<br>8> Copper thieving is allowed/preferred (per email on previous revision);<br>9> Meet requirements for IPC Class 2, unless otherwise indicated (per spec 3610-0270-00 rev D);<br>10> Bow & Twist: Comply with IPC-6012A section 3.4.4 (0.75% max) (per spec 3610-0270-00 rev D);<br>11> Supplier shall be UL recognized (per spec 3610-0270-00 rev D);<br>12> Cleanliness: Ionic Contamination max of 6.45 µg/in2 of NaCl, tested per IPC-TM-650 or Omegameter (per spec 3610-0270-00 rev D);<br>13> Material: RoHS compliant & compatible, meet UL 94V-1 or better, Td of 340°C or better, Tg of 170°C or better & withstand five (5) reflow excursions at 250°C peak temperatures (per spec 3610-0270-00 rev D);<br>14> Solder Mask: LPI (per spec 3610-0270-00 rev D);<br>15> Conductor width and spacing: shall never be less than 0.1016 mm (0.004") (per spec 3610-0270-00 rev D);<br>16> Annular Ring min: 0.0254 mm (0.001") internal & 0.0508 mm (0.002") external (per spec 3610-0270-00 rev D);<br>17> Conductor repairs are not allowed. It can be a cause for rejection of the entire lot (per spec 3610-0270-00 rev D);<br>18> Dash No.: <01> Surface finish shall be ENIG with 2-5 µ" gold over 100 µ" nickel, green mask (per spec 3610-0270-00 rev D);<br>19> IPC-1601 must be used for reference about packaging methods, standard packaging must be based on IPC-1601 (general customer requirement);<br>20> Requirement Packaging: Antistatic Vacuum Bag must include HIC & Desiccant in each standard package (general customer requirement);<br>21> All shipments must contain humidity indicator and desiccant ( per customer requirement);<br>22> ShengYi S1000-2 is approved alternative wherever Nelco material was required. ( Per updated description on previous revision.);<br><br>Please note:<br>*CTX UL Logo must be used on these boards.*<br>**All shipments for all Above part no must contain humidity indicator and desiccant ( per customer requirement)** | 0.08 | 80.00 |

# Purchase Order

**Circuitronix**

| Date | PO # |
|---|---|
| 1/20/2016 | ROK-547941-X30 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

Page 4 of 4

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | | Total | $2,806.80 |

This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.

If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.



# Purchase Order

| Date | PO # |
|---|---|
| 5/13/2016 | ROK-32534-X30-A |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

Page 1 of 2

| Vendor | Ship To |
|---|---|
| Rok Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park,<br>High-tech Industry Zone<br>Guangdong Province<br>China | CIRCUITRONIX, HKG |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
|  | 6/17/2016 |  |  | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 012304 Rev 15 | Piece | 630 | P/N: 012304 Rev 15 (File: 012304R15_RC642D_BASE.zip, Last round boards .xls ) [06-18-2013]<br>FR4 (UL 94V-1 or better); 0.062 +/-0.0062 Board THK; 1/1 OZ (Assume Min finish); 2L; 6.600X8.900(2); 20X24(6); 0.008/0.006 (Line/space); 0.015 (Hole); SMOBC (LPI, Green matte finish, PSR-2000 MG/CA-25 M or equivalent); 2SS (White); LF HASL<br>Notes:<br>1> Rout Length:31/Panel; Hole:2190/panel; Vcut Remaining material 0.016 +/-0.004 angle 30Deg +/- 5 deg., 6 /panel;<br>2> ANSI/IPC-A-600 Rev E, Aug 1995 - Class 2;<br>3> Max bow and twist 1.5% max as measured by IPC-TM-650;<br>4> Copper Plating in hole wall 0.001 min.;<br>5> Conductor width tolerance +/-0.003;<br>6> NPTH tolerance +0.004/-0;<br>7> Pull back soldermask a minimum of 0.003 from all surface lands. for fine pitch parts, a minimum of 0.004 mask dam is required between pads in order to adhere to board. smaller fine pitch areas may be relieved in rectangular strips;<br>8> X-outs not allowed (customer requirement);<br>9> Lead free, Assumed RoHS compliant;<br>10> Outer box and inner pack bar codes (per customer requirement);<br>        - the barcode font must be "code 39"<br>        - no border around the barcode<br>11> [FOR ISOLATED FIDUCIAL ONLY] Add a ring of etched copper around each fiducial with 110mil inner diameter and a 125 mil outer diameter. Adjust the solder mask clearance to 90 mil to cover the copper ring;<br>12> Packaging must include moisture barrier bags meeting the requirements of J-STD-033 (a WVTR of < 0.002 gm/100 in 2/24 hrs.) (per customer requirement);<br>13> Humidity Indicator Cards (as specified in J-STD-033 Section 3.3.2.3) to provide a visual indication of moisture level to which PCBs are exposed (per customer requirement);<br>14> Desiccant material selected must be in accordance with IPC/J-STD-033 and must be sulfur free. Number of desiccant packages must be calculated as follows: (0.231 x Bag Surface Area x Bag WVTR x Months) / Moisture Capacity) (per customer requirement);<br>15> PCB moisture content before packaging: Maximum Moisture Content (MMC)/volatile of the product immediately prior to PCB packaging must be 0.170 (recommended level with a reflow temperature of 250C) (per customer requirement);<br>16> Packaging must include a label indicating part number (both numeric and bar coded), quantity in bag, | 1.08 | 680.40 |

# circuitronix

# Purchase Order

| Date | PO # |
|---|---|
| 5/13/2016 | ROK-32534-X30-A |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

Page 2 of 2

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | date code of PCBs, and date packaged (per customer requirement); 17> Moisture Sensitive Label (as specified in J-STD-033 Section 3.3.3.1) to indicate moisture sensitive component as classified in J-STD-020D.1 (per customer requirement); | | |
| | | | | Total | $680.40 |

This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.

If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.

# circuitronix

Circuitronix, LLC
3131 SW 42nd Street
Fort Lauderdale, FL 33312

**Phone:** 7863644458
**Fax:** 3053779008

| Entry number | Date | Supplier |
|---|---|---|
| PO003663 | 10/9/2018 | JIANG001 |

**Reference**
X63

**Supplier:**
Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road  High-tech Industrial Park
Jiangmen, Guangdong, China
 Hong Kong

**Ship To CTX Address:**
Circuitronix, LLC
C/O DHL Global Forwarding (Hong Kong) Limited
8/F Block 1, Goodman Tuen Mun Distribution Centre,
3A Hung Cheung Road, Tuen Mun, NT
 Hong Kong

| Supplier PN | CoC | PPAP | Receipt date | Ordered quantity | Net price | Tax excluded amount |
|---|---|---|---|---|---|---|
| 10103977P1 | Yes | None | 12/19/2018 | 1,002 PC | 0.88300 | 884.77 |

| | | | |
|---|---|---|---|
| **Shipment mode** | None | **Tax excluded line total** | 884.77 USD |
| **Payment term** | 60 Day After Monthly Statement | **TOTAL TAX** | 0.00 USD |
| **Incoterm** | Free on board | **TOTAL TAX INC** | 884.77 USD |
| **Incoterm Town** | HKG | | |

Page 1 of 1

# circuitronix

Circuitronix, LLC
3131 SW 42nd Street
Fort Lauderdale, FL 33312

Phone:     7863644458
Fax:       3053779008

| Entry number | Date | Supplier |
|---|---|---|
| PO003663 | 10/9/2018 | JIANG001 |

**Reference**

X63

**Supplier:**

Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road  High-tech Industrial Park
Jiangmen, Guangdong, China
 Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
C/O DHL Global Forwarding (Hong Kong) Limited
8/F Block 1, Goodman Tuen Mun Distribution Centre,
3A Hung Cheung Road, Tuen Mun, NT
 Hong Kong

**Supplier PN**

## 10103977P1

P/N: 10103977P1 (per filename) (File: 10103977P1 - gerbers.zip, email info [10-13-2015], email info [11-13-2015] ), 10103977P1-panel.pdf [11-20-2015]
FR4, Tg170 per email ; 0.063 ±10% (per email) Board THK; 1/1/1/1 OZ (Finish per EQ reply); 4L; 3.909X9.285(3); 20X24(10); 0.010/0.008 (Line/space); 0.020 (Hole); SMOBC (green); 2SS (White); ENIG (Ni>120u", Au 2-5u" per EQ reply)
Notes:
1> Rout Length: 63/Panel; Hole: 902/panel; Vcut 0 /panel;
2> IPC-A-600G;
3> ROHS Compliant per email;
4> Lead free per gerber;
5> CTX suggested array (circuit size: 3.209 x 2.795); ☐ approved 10103977P1-panel.pdf per EQ reply
6> Pth tolerance: ±0.003", Npth tolerance: ±0.002" (per email);
7> Packaging requirements per GCMP008 rev 6 (Global Packaging Aesthetic Standard);
8> Suppliers are required to adhere with Supplier Quality Manual Exhibit 1;
9> Suppliers must be certified/registered to one of the following: ISO 9001, ISO/TS16949 and/or SAE AS9100 (per Supplier Quality Manual Exhibit 1);
10> All production part sample submissions shall be in accordance with PPAP (per Supplier Quality Manual Exhibit 1);
11> Suppliers shall not ship production parts until a Full or Interim approval is received via a signed Parts Warrant (PSW) (per Supplier Quality Manual Exhibit 1);
12> Suppliers are required to implement ProCert (per Supplier Quality Manual Exhibit 1);
13> PPAP requirements per Appendix 1 (per Supplier Quality Manual Exhibit 1);
14> PSW format per Attachment 1 (per Supplier Quality Manual Exhibit 1);
15> Initial Sample Inspection Report/Dimensional Test Result format per Attachment 3 (per Supplier Quality Manual Exhibit 1);
16> Material Test Resuts format per Attachment 4 (per Supplier Quality Manual Exhibit 1);
17> Performance Test Results format per Attachment 5 (per Supplier Quality Manual Exhibit 1);
18> Appearance Approval Report format per Attachment 6 (per Supplier Quality Manual Exhibit 1);
19> Control Plan format per Supplier Quality Manual Exhibit 1;
20> With using plant consent, Suppliers may use their own internal documents/forms, as long as they contain all required information (per Supplier Quality Manual Exhibit 1);
21> Stack-up per EQ reply:
1------------H OZ + Plating (finished 1 OZ)
PP: 7628+7628H 0.37mm
2-------------1 OZ
Core: 0.63mm
3-------------1 OZ
PP:7628+7628H 0.37mm
4------------H OZ + Plating (finished 1 OZ)
Final board thickness:1.6±0.16mm.

** Please use CTX UL logo.

# Purchase Order

| Date | PO # |
|---|---|
| 2/12/2016 | BEN-0069266-X15 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong,<br>China | CIRCUITRONIX, HKG |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
|  | 2/26/2016 |  |  | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| P27150A5Z Rev A5 | Piece | 1,000 | P/N: P27150A5Z Rev A5 (File: P27150A5Z.zip ) [10-15-2013]<br>Nanya FR-4-86 only with watermark NP UV block; 0.062 +/-0.0075 Board THK; H/H OZ (Finish); 2L; 23.8X5.201(1); 36X48(10); 0.010/0.007 (Line/space); 0.012 (Hole); SMOCB (LPI,Electra EMP110 1579(black), 1 pass, Thk:0.0007 to 0.001"); 1SS (White); OSP<br>Notes:<br>1> Rout Length:110/Panel; Hole:581/panel; Vcut 1 /panel;<br>2> CoC Required with every shipment, indicating material type and laminate manufacturer;<br>3> Per IPC-A-600,Class 2;<br>4> Packaging shall be plastic wrap,air tight;<br>5> Etching tolerance: +/- 0.001, Trace width of registration boxes to be CTQ and must be measured to be 0.010 +/- 0.001";<br>6> Pattern plating required on double sided board;<br>7> Plating thickness: 0.0008" min on holes, 0.0015" max on surface;<br>8> Boards to pass cleanliness test using Ion Chromatography per IPC-TM-650 method 2.3.28 ,<br>   Chloride levels <2.5ug/in2;<br>   Bromide levels <6.0ug/in2;<br>   Sulfate levels < 3.0ug/in2;<br>   Weak Organic Acids (WOAs) < 200.0ug/in2;<br>9> Counter-bore from bottom side 0.040 to 0.050 on 0.236 diameter NPTH;<br>10> Compliant to ROHS/WEEE Directives per spec 703E0070 Rev A;<br>11> Must be UL Recognized Component printed wiring board and marked per UL Follow-Up service requirements;<br><br>Please Note:-<br>CTX UL logo to be used on all boards. | 4.136 | 4,136.00 |

|  |  |  |  | Total | $4,136.00 |
|---|---|---|---|---|---|

This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.

If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.