# Exhibit B to Declaration of Tracy Huang

江门市奔力达　路有限公司

JiangMen  Benlida  Printed  Circuit  Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial  Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL  INVOICE/商业发票

------------------------------------------

TO : CIRCUITRONIX, LLC   DATE : 18th,Jan.,2018

3131 SW 42nd Street   INVOICE NO. : CCT-BLD-190118002

Fort Lauderdale, FL 33312,USA

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 40040QJA0 | 4714226 Rev A | PO004423-X72 | 4,055set | 4.402 | USD17,850.11 | 4 |
| 40040TTA1 | 4714382 Rev A | A01-8235766-X72 | 74set | 3.3 | USD244.20 | 4 |
| 40040TVA1 | 4714364 Rev A | PO004349-X72 | 275set | 3.918 | USD1,077.45 | 4 |
| 40040MSA1 | 4713719 Rev A | PO004349-X72 | 125set | 6.096 | USD762.00 | 4 |
| 6004038A1 | 4713888 Rev A | PO004349-X72 | 146set | 4.734 | USD691.16 | 6 |
| 6004038A1 | 4713888 Rev A | PO004485-X72 | 29set | 4.734 | USD137.29 | 6 |
| 40040UFA0 | 4714361 Rev B | PO004349-X72 | 115set | 3.825 | USD439.88 | 4 |
| 40040UFA0 | 4714361 Rev B | PO004405-X72 | 10set | 3.825 | USD38.25 | 4 |
| 40040MLA1 | 4713660 Rev A | A01-8236382-X72 | 192set | 3.605 | USD692.16 | 4 |
| 40040MLA1 | 4713660 Rev A | A01-8238421-X72 | 40set | 3.605 | USD144.20 | 4 |
| 40040GEA1 | 4713431 Rev B | PO004349-X72 | 581set | 2.984 | USD1,733.70 | 4 |
| 40040VMA2 | 4714086 Rev E | A01-8236743-X72 | 2,150set | 3.387 | USD7,282.05 | 4 |
| 40040GJA3 | 4713279A | PO004405-X72 | 75set | 6.248 | USD468.60 | 4 |
| 40040W3A1 | 4714464 Rev A | PO004405-X72 | 37set | 3.466 | USD128.24 | 4 |
| 20040HEA3 | 4713848A | PO004485-X72 | 402set | 1.453 | USD584.11 | 2 |
| 20040HEA3 | 4713848A | PO004586-X72 | 1,098set | 1.453 | USD1,595.39 | 2 |
| 20040PZA0 | 4714139 Rev A. | PO004485-X72 | 200set | 2.025 | USD405.00 | 2 |
| 20040HSA1 | 4712513 Rev F | PO004562-X72 | 239set | 1.951 | USD466.29 | 2 |
| 20040HSA1 | 4712513 Rev F | PO004586-X72 | 500set | 1.951 | USD975.50 | 2 |
| 20040HPA1 | 4713714 Rev B | PO004562-X72 | 50set | 1.941 | USD97.05 | 2 |
| 20040HPA1 | 4713714 Rev B | PO004586-X72 | 225set | 1.941 | USD436.73 | 2 |
| 20040NCA2 | 4713865 Rev B | PO004562-X72 | 100set | 2.293 | USD229.30 | 2 |
| 20040QKA2 | 4714145 Rev A | PO004562-X72 | 293set | 7.01 | USD2,053.93 | 2 |
| 20040QKA2 | 4714145 Rev A | PO004586-X72 | 107set | 7.01 | USD750.07 | 2 |
| 20040IIA1 | 4713504 Rev F | PO004586-X72 | 175set | 2.483 | USD434.53 | 2 |
| 20040GKA1 | 4713366 Rev A | PO004586-X72 | 75set | 2.398 | USD179.85 | 2 |
| 20040N8A1 | 4714053 Rev B | PO004586-X72 | 1,250set | 2.046 | USD2,557.50 | 2 |
| 20040JQA1 | 471848E | PO004586-X72 | 200set | 3.497 | USD699.40 | 2 |
| 6A01029C0 | 1712-7068-03 Rev A | PO004190-X65 | 50set | 19.05 | USD952.50 | 6 |
| 2A01439B0 | 05661061 Rev B | PO004466-X65 | 315set | 2.92 | USD919.80 | 2 |
| 2A01088B0 | 0565225 REV D | PO004466-X65 | 375set | 3.46 | USD1,297.50 | 2 |
| 2A01430A0 | EX940-00097-B | A01-461988-X65 | 73pcs | 1.356 | USD98.99 | 2 |
| 4A01362A1 | 1105286 +1 | A01-4502221122-X70 | 94pcs | 2.81 | USD264.14 | 4 |
| 4A01461C1 | 24689283+E1 | A01-4502029563-3-X70 | 64pcs | 0.84 | USD53.76 | 4 |
| 2A01463A1 | 1116013+2 | A01-4502239546-X70 | 600pcs | 0.298 | USD178.80 | 2 |
| 6A01441C1 | N623-057+B | A01-4502123535-1-X70 | 76pcs | 1.72 | USD130.72 | 6 |

INV总

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 49 | | 20040QNA1 | 2674468-2 | A01-4502252379-X70 | 7,000pcs | 0.73 | USD5,110.00 | 2 |
| 50 | | 40040V7A1 | 3B0YA0390 Rev AE | 201847-MR6031US-X57 | 100pcs | 7.254 | USD725.40 | 4 |
| 51 | | 40040VCB1 | E05358806 | 201849-MR6031US-1-X57 | 4,912pcs | 1.965 | USD9,652.08 | 4 |
| 52 | | 40040VCB1 | E05358806 | 201849-MR6031US-X57 | 2,088pcs | 1.965 | USD4,102.92 | 4 |
| 53 | | 20040Q0A0 | 1076-83-802 Rev A | PO004400-X29 | 200pcs | 1.193 | USD238.60 | 2 |
| 54 | | 2A01551A0 | 1102-83-51 Rev A | PO004571-X29 | 1,050pcs | 1.412 | USD1,482.60 | 2 |
| 55 | | 40040P6D1 | 2EE-00003AA. | A01-P1800471-X21 | 16,128pcs | 0.205 | USD3,306.24 | 4 |
| 56 | | 40040P6D1 | 2EE-00003AA. | A01-P1800484-X21 | 47,019pcs | 0.205 | USD9,638.90 | 4 |
| 57 | | 2A01036A2 | Q20010010(1Q1 2362490 EN 01 | A01-7300098749-X82 | 1,650pcs | 0.212 | USD349.80 | 2 |
| 58 | | 4A01042A2 | P84716 REV G | A01-4510652025-X8 | 100pcs | 6.899 | USD689.90 | 4 |
| 59 | | 20040WLB0 | P84835 Rev K | A01-4510549737-X8 | 75pcs | 2.086 | USD156.45 | 2 |
| 60 | | 20040SVB0 | P-039348-0772-ROHS | A01-9067781-31-1-1-X63 | 1,000pcs | 0.595 | USD595.00 | 2 |
| 61 | | | | | 95,787 | | USD83,098.04 | |
| 62 | | | | | | | | |
| 63 | | | | | | | | |
| 64 | | THE PAYMENT INSTRUCTION AS FOLLOW : This amount has been assigned to BANK OF CHINA LIMITED, JIANGMEN Branch, who is authorized to collect payment through this assignment in settlement of this account. Payment in respect of this invoice must be made to BANK OF CHINA, LIMITED, JIANGMEN Branch , Account number: 728965954846 . When effecting payment, please quote the following reference number: | | | | | | |
| 65 | | 制表人：黄丽容 | | | | | | |

江门市奔力达 路有限公司

JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO : CIRCUITRONIX, LLC            DATE : 11th,March ,2018
3131 SW 42nd Street               INVOICE NO. : CCT-BLD-180311A
Fort Lauderdale, FL 33312,USA

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 20040L6B0 | P27835A2Z Rev A2 | A01-0072281-X15 | 900pcs | 2.171 | USD1,953.90 | 2 |
| 20040SCA0 | 4712620 Rev D | CONUS-20170928-X72 | 100set | 2.27 | USD227.00 | 2 |
| 20040UBA0 | 1186-83-1001 Rev A | A05-2395-X29 | 450pcs | 1.49 | USD670.50 | 2 |
| 20040VBB0 | CHY1H-801587-D | PO001378 | 2,925set | 1.188 | USD3,474.90 | 2 |
| 20040W6B0 | CHY1H-801578-F | PO001267-X74 | 150set | 1.333 | USD199.95 | 2 |
| 40040QJA0 | 4714226 Rev A | PO000924-X72 | 4,100set | 4.402 | USD18,048.20 | 4 |
| 40040SEA0 | 4713765 Rev A | CONUS-20170908-X72 | 300set | 4.25 | USD1,275.00 | 4 |
| 40040V7A0 | 3B0YA0390 Rev AE | PO001579 | 142set | 7.254 | USD1,030.07 | 4 |
| 40040VCB0 | E05358806 | PO001507-X57 | 2,394pcs | 1.965 | USD4,704.21 | 4 |
| 40040VCB0 | E05358806 | PO001600-X57 | 806pcs | 1.965 | USD1,583.79 | 4 |
| 6004038A0 | 4713888 Rev A | CONUS-20170908-X72 | 64set | 4.734 | USD302.98 | 6 |
| 6004038A0 | 4713888 Rev A | CONUS-20170921-X72 | 300set | 4.734 | USD1,420.20 | 6 |
| 2A01025A1 | 0566402 Rev A | A02-J20047677-X65 | 267set | 2.27 | USD606.09 | 2 |
| 2A01025A1 | 0566402 Rev A | A02-J20047301-X65 | 300set | 2.27 | USD681.00 | 2 |
| 2A01246E0 | 36765G | PO002025 | 1,234set | 1 | USD1,234.00 | 2 |
| 2A01369A1 | 0566747 Rev C | A02-J20047303-X65 | 291set | 2.82 | USD820.62 | 2 |
| 4A01020A0 | 0565989 REV H | A01-J20047300-X65 | 168set | 3.605 | USD605.64 | 4 |
| 4A01043B0 | 1712-3121-03 Rev A | PO001453-X65 | 517set | 5.2 | USD2,688.40 | 4 |
| 4A01044A4 | 1712-3122-01 REV B | PO001326-X65 | 342set | 6.283 | USD2,148.79 | 4 |
| 4A01054A0 | 23496860+A | A01-4501932440-X70 | 1,050set | 2.53 | USD2,656.50 | 4 |
| 4A01065D0 | 0566937 Rev D | A02-J20047303-X65 | 277set | 6.78 | USD1,878.06 | 4 |
| 4A01380C0 | FNG1H-SAE-LDM-STOP-PCB(747-FNG-701168-03) | PO001462-X74 | 4,000set | 3.952 | USD15,808.00 | 4 |
| 4A01382C0 | FNG1H-TAIL-PCB(747-FNG-701171-03) | PO001972-X74 | 100set | 3.972 | USD397.20 | 4 |
| 4A01470B0 | 747-FNG-703317-02 (FNG1H-703317) | PO001650-X74 | 4,500set | 3.971 | USD17,869.50 | 4 |
| 4A01473B0 | 747-FNG-702809-04 (FNG1H-702809-04) | PO001716-X74 | 2set | 3.878 | USD7.76 | 4 |
| 4A01473B0 | 747-FNG-702809-04 (FNG1H-702809-04) | PO001956-X74 | 67set | 3.878 | USD259.83 | 4 |
| 6A01029C0 | 1712-7068-03 Rev A | PO001293-X65 | 740set | 19.05 | USD14,097.00 | 6 |
| 20040HEA3 | 4713848A | CONUS-20171101-X72 | 614set | 1.453 | USD892.14 | 2 |
| 6A01011A0 | 1712-3112-02 REV A | PO001293-X65 | 360set | 14.941 | USD5,378.76 | 6 |
| | | | 27,460pcs | | USD102,919.99 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 46 | | This amount has been assigned to BANK OF CHINA LIMITED,␣JIANGMEN␣Branch, who is authorized to collect payment through this assignment in settlement of this account. Payment in respect of this invoice must be made to BANK OF CHINA, LIMITED,␣JIANGMEN␣␣Branch, Account number: 728965954846␣␣. When effecting payment, please quote the following reference number:＿＿＿＿＿＿＿. | | | | | | |
| 47 | | 付款期限：出货后60日 | | | | | | |
| 48 | | 最迟付款日：2018-5-11 | | | | | | |
| 49 | | 制表人：蒋祖堂 | | | | | | |

江门市奔力达　路有限公司

JiangMen  Benlida  Printed  Circuit  Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial  Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL   INVOICE/商业发票

-------------------------------------------

TO : CIRCUITRONIX, LLC                                         DATE   :   20th,March ,2018

3131 SW 42nd Street                                            INVOICE NO. :  CCT-BLD-180320001

Fort Lauderdale, FL 33312,USA

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 20040GQB2 | 4713468A | CONUS-20171124-X72 | 65set | 3.792 | USD246.48 | 2 |
| 20040HEA3 | 4713848A | CONUS-20171101-X72 | 1,942set | 1.453 | USD2,821.73 | 2 |
| 20040HEA3 | 4713848A | CONUS-20171109-X72 | 1,658set | 1.453 | USD2,409.07 | 2 |
| 20040LFA1 | 4713467 Rev B | CONUS-20170809-X72 | 55set | 4.127 | USD226.99 | 2 |
| 20040MKA0 | 4713470 Rev A | CONUS-20170928-X72 | 86set | 2.258 | USD194.19 | 2 |
| 20040N7B1 | 2EE-00108AA | A01-P1700415-X21 | 900pcs | 1.008 | USD907.20 | 2 |
| 20040QNA1 | 2674468-2 | A01-4501897251-X70 | 250pcs | 0.726 | USD181.50 | 2 |
| 20040TBA1 | D-8794705NKP02+7. | A07-5500014273-X70 | 480pcs | 0.98 | USD470.40 | 2 |
| 20040TCA0 | 4714224 Rev B | A01-8194915-X72 | 287set | 1.993 | USD571.99 | 2 |
| 20040ULB0 | 2674466 Rev 3 | A09-55081329 | 2,788pcs | 0.971 | USD2,707.15 | 2 |
| 20040UMB0 | 2674468 Rev 3 | A07-55081329 | 213pcs | 0.726 | USD154.64 | 2 |
| 20040UMB0 | 2674468 Rev 3 | A09-55081329 | 9,037pcs | 0.726 | USD6,560.86 | 2 |
| 6004043A0 | 4713964 Rev A | CONUS-20170921-X72 | 44set | 3.992 | USD175.65 | 6 |
| 1A01232A0 | 0565884 Rev B | A02-J20047303-X65 | 90set | 2.71 | USD243.90 | 1 |
| 2A01034A1 | 0562788 REV G | A02-J20047303-X65 | 196set | 2.6 | USD509.60 | 2 |
| 2A01051D0 | 0565414 Rev F | A02-J20047677-X65 | 144set | 3.376 | USD486.14 | 2 |
| 2A01055A1 | 0566187 REV B | A02-J20047301-X65 | 160set | 3.376 | USD540.16 | 2 |
| 2A01086A0 | 0566030 REV C | A02-J20047677-X65 | 159set | 3.376 | USD536.78 | 2 |
| 2A01149A0 | 9030952 Rev 8 | A14-231300045-1 | 120pcs | 0.203 | USD24.36 | 2 |
| 2A01149A0 | 9030952 Rev 8 | A15-231300045-1 | 6,852pcs | 0.203 | USD1,390.96 | 2 |
| 2A01149A0 | 9030952 Rev 8 | A16-231300045-1 | 22,752pcs | 0.203 | USD4,618.66 | 2 |
| 2A01249C0 | 0566962 Rev C | PO001419-X65 | 146set | 2.92 | USD426.32 | 2 |
| 2A01249C0 | 0566962 Rev C | PO001740 | 926set | 2.92 | USD2,703.92 | 2 |
| 2A01350A0 | 0566999 Rev A | A02-J20047301 | 240set | 4.16 | USD998.40 | 2 |
| 2A01408A0 | 0566285 Rev C | A02-J20047677-X65 | 17set | 3.37 | USD57.29 | 2 |
| 2A01526A2 | D-8794705NRP02+5 | A14-5500014384-X70 | 3,543pcs | 0.94 | USD3,330.42 | 2 |
| 4A01054A0 | 23496860+A | A01-4501932440-X70 | 105pcs | 2.53 | USD265.65 | 4 |
| 4A01342A0 | 0566730 Rev C | A02-J20047303-X65 | 22set | 3.96 | USD87.12 | 4 |
| 4A01343B0 | 05661010 Rev B | A01-J20047589-X65 | 262set | 6.63 | USD1,737.06 | 4 |
| 6A01018A0 | 0566918 REV D | A02-J20047301-X65 | 180set | 8.29 | USD1,492.20 | 6 |
| 6A01449A0 | 1712-7077-01 Rev D | PO001417-X65 | 500pcs | 4.96 | USD2,480.00 | 6 |
| 20040W6B0 | CHY1H-801578-F | PO001212-X74 | 5,997pcs | 1.333 | USD7,994.00 | 2 |
|  |  |  | 60,216pcs |  | USD47,550.79 |  |

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| 48 | | | | | | | |
| 49 | THE PAYMENT INSTRUCTION AS FOLLOW :<br>Beneficiary Bank :<br>Industrial and Commercial Bank of China Guangdong Branch<br>SWIFT BIC:ICBKCNBJGDG<br>Beneficiary Account No : 2012002319014001428<br>Beneficiary Name<br>JIANGMEN BENLIDA PRINTED CIRCUIT CO.,LTD<br>Beneficiary Add. and Tel<br>NO.76 LONGXI RD,HIGH-TECH INDUSTRIAL PARK,JIANGMEN,GUANGDONG,CHINA.<br>0750-3962006<br>The receivables of above mentioned goods have been assigned to Industrial and Commercial Bank of China<br>付款期限：出货后150日<br>最迟付款日：2018-8-20 | | | | | | |
| 50 | 制表人：蒋祖堂 | | | | | | |

江门市奔力达　路有限公司

JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO : CIRCUITRONIX, LLC  
3131 SW 42nd Street  
Fort Lauderdale, FL 33312,USA  

DATE : 21th,May,2019  
INVOICE NO. : CCT-BLD-190521001

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 40040GKA1 | 4712968 Rev A | PO005192-X72 | 127set | 1.518 | USD192.79 | 4 |
| 40040GKA1 | 4712968 Rev A | PO005265-X72 | 23set | 1.518 | USD34.91 | 4 |
| 40040XWA0 | 4714668 Rev A | PO005304-X72 | 496set | 7.3 | USD3,620.80 | 4 |
| 40040XWA0 | 4714668 Rev A | PO005318-X72 | 103set | 7.3 | USD751.90 | 4 |
| 20040N8A1 | 4714053 Rev B | PO005265-X72 | 135set | 2.046 | USD276.21 | 2 |
| 20040N8A1 | 4714053 Rev B | PO005318-X72 | 2set | 2.046 | USD4.09 | 2 |
| 20040HWA3 | 4713156B | PO005265-X72 | 283set | 2.962 | USD838.25 | 2 |
| 20040HWA3 | 4713156B | PO005318-X72 | 26set | 2.962 | USD77.01 | 2 |
| 20040GKA1 | 4713366 Rev A | PO005265-X72 | 500set | 2.398 | USD1,199.00 | 2 |
| 20040HSA1 | 4712513 Rev F | PO005265-X72 | 12set | 1.951 | USD23.41 | 2 |
| 20040JQA1 | 471848E | PO005265-X72 | 271set | 3.497 | USD947.69 | 2 |
| 6A01444C1 | 24670119+E1 | A01-4502105864-4-X70 | 363pcs | 1.49 | USD540.87 | 6 |
| 20040QNA1 | 2674468-2 | A01-4502290501-X70 | 3,960pcs | 0.73 | USD2,890.80 | 2 |
| 2A01545B1 | HM100927.00C | A01-4502296719-X70 | 252pcs | 0.184 | USD46.37 | 2 |
| 6A01449A2 | 1712-7077-01 Rev D | PO004994-X65 | 37set | 4.96 | USD183.52 | 6 |
| 6A01449A2 | 1712-7077-01 Rev D | PO005059-X65 | 1,000set | 4.96 | USD4,960.00 | 6 |
| 6A01449A2 | 1712-7077-01 Rev D | PO005098-X65 | 95set | 4.96 | USD471.20 | 6 |
| 6A01029C0 | 1712-7068-03 Rev A | PO005154-X65 | 20set | 19.05 | USD381.00 | 6 |
| 40040RNA2 | 3E35701G0 Rev AP | 201912-MR6031US-1-X57 | 1,407pcs | 1.535 | USD2,159.75 | 4 |
| 40040RNA2 | 3E35701G0 Rev AP | 201912-MR6031US-X57 | 12pcs | 1.535 | USD18.42 | 4 |
| 40040J9A1 | 3E11V0110 REV.AB | 201914-MR6031US-X57 | 88pcs | 0.429 | USD37.75 | 4 |
| 2A01462A0 | 6400-1322-01 Rev A | A01-A000096978-X31 | 24pcs | 0.995 | USD23.88 | 2 |
| 20040Q4A1 | 1176-83-1601 Rev A | PO005228-X29 | 6pcs | 1.761 | USD10.57 | 2 |
| 40040P6D1 | 2EE-00003AA. | A01-P1900102-X21 | 819pcs | 0.205 | USD167.90 | 4 |
| 2A01477E0 | 2EE-00838AD | A01-P1900120-X21 | 4,648pcs | 0.036 | USD167.33 | 2 |
| 20040L6B0 | P27835A2Z Rev A2 | A01-76027-X15 | 162pcs | 2.171 | USD351.70 | 2 |
| 20040RLA0 | 38717A REV.03 | A01-926703-X90 | 30pcs | 1.7 | USD51.00 | 2 |
| 20040VBB2 | CHY1H-801587-D | J59F70793-X74 | 7,128pcs | 1.188 | USD8,468.06 | 2 |
| 20040VBB2 | CHY1H-801587-D | J59F70794-X74 | 10,998pcs | 1.188 | USD13,065.62 | 2 |
| 2A01003A0 | 621073-05[WPL-W10165347] | 37G527249-X74 | 126pcs | 0.693 | USD87.32 | 2 |
| 40040MLA1 | 4713660 Rev A | PO005265-X72 | 350set | 3.605 | USD1,261.75 | 4 |
| 40040MLA1 | 4713660 Rev A | PO005318-X72 | 300set | 3.605 | USD1,081.50 | 4 |
|  |  |  | 33,803 |  | US$44,392.37 |  |

INV总

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 48 |   | THE PAYMENT INSTRUCTION AS FOLLOW : This amount has been assigned to BANK OF CHINA LIMITED, JIANGMEN Branch, who is authorized to collect payment through this assignment in settlement of this account. Payment in respect of this invoice must be made to BANK OF CHINA, LIMITED, JIANGMEN Branch , Account number: 728965954846  . When effecting payment, please quote the following reference number: | | | | | | |
| 49 |   | 制表人：黄丽容 | | | | | | |

INV总

江门市奔力达　路有限公司

JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO : CIRCUITRONIX, LLC  
3131 SW 42nd Street  
Fort Lauderdale, FL 33312,USA

DATE : 26th,July,2019  
INVOICE NO. : CCT-BLD-190726001

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 40040QJA0 | 4714226 Rev A | PO004748-X72 | 2,775set | 4.402 | USD12,215.55 | 4 |
| 40040SEA1 | 4713765 Rev A | PO005469-X72 | 257set | 4.25 | USD1,092.25 | 4 |
| 40040W3A1 | 4714464 Rev A | PO005469-X72 | 4set | 3.466 | USD13.86 | 4 |
| 40040W3A1 | 4714464 Rev A | PO005594-X72 | 796set | 3.466 | USD2,758.94 | 4 |
| 40040VMA3 | 4714086 Rev E | A01-8256823-X72 | 700set | 3.387 | USD2,370.90 | 4 |
| 20040NFB0 | 4702993 Rev D | PO005594-X72 | 690pcs | 0.071 | USD48.99 | 2 |
| 20040TCA0 | 4714224 Rev B | PO005702-X72 | 174set | 1.993 | USD346.78 | 2 |
| 20040WXD0 | 0059-5240 Rev 003 | PO005369-X47 | 100pcs | 1.327 | USD132.70 | 2 |
| 2A01149A0 | 9030952 Rev 8 | A02-5500012011-X14 | 348pcs | 0.203 | USD70.64 | 2 |
| | | | 5,844 | | US$19,050.61 | |

THE PAYMENT INSTRUCTION AS FOLLOW :  
This amount has been assigned to BANK OF CHINA LIMITED, JIANGMEN Branch, who is authorized to collect payment through this assignment in settlement of this account. Payment in respect of this invoice must be made to BANK OF CHINA, LIMITED, JIANGMEN Branch, Account number: 728965954846 . When effecting payment, please quote the following reference number:

制表人：黄丽容

江门市奔力达 路有限公司

JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO : Circuitronix (Hong Kong) Limited　　　　　　　　　　　DATE : 29th,Dec.,2018

5/F, Continental Electric Building,　　　　　　　　　　　　INVOICE NO. : BLDCCT-HK181229001

17 Wang Chiu Road, Kowloon Bay

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 20040TJA0 | P00141665 P06 | A33-120000387-X19(HK) | 1,465pcs | 0.85 | USD1,245.25 | 2 |
| 20040WSC1 | P00146538 P03 | A29-120000402-X19(HK) | 19,650pcs | 0.632 | USD12,418.80 | 2 |
| 20040WTC0 | P00146539 P03 | A25-120000403-X19(HK) | 2,160pcs | 0.632 | USD1,365.12 | 2 |
| 20040X0C0 | P00141054 P11 | A52-120000350-X19(HK) | 4,215pcs | 0.862 | USD3,633.33 | 2 |
| 20040X1C0 | P00141665 P08 | A32-120000387-X19(HK) | 750pcs | 0.85 | USD637.50 | 2 |
| 20040X7B0 | P00321940AD | 125000331-X19(HK) | 100pcs | 0.86 | USD86.00 | 2 |
| 20040XMA0 | 1131070+0. | A01-4502228935-X70(HK) | 548pcs | 1.99 | USD1,090.52 | 2 |
| 20040XMA0 | 1131070+0. | A01-4502234025-X70(HK) | 7,114pcs | 1.99 | USD14,156.86 | 2 |
| 40040PAB1 | E00987304 | 201847-VA6264EU-1-X57(HK) | 486pcs | 0.864 | USD419.90 | 4 |
| 40040PAB1 | E00987304 | 201847-VA6264EU-2-X57(HK) | 2,402pcs | 0.864 | USD2,075.33 | 4 |
| 40040SWA2 | 3325370CB | 201843-VA6264EU-1-X57(HK) | 580pcs | 0.91 | USD527.80 | 4 |
| 40040SWA2 | 3325370CB | 201843-VA6264EU-2-X57(HK) | 400pcs | 0.91 | USD364.00 | 4 |
| 40040SWA2 | 3325370CB | 201847-VA6264EU-1-X57(HK) | 1,120pcs | 0.91 | USD1,019.20 | 4 |
| 40040SWA2 | 3325370CB | 201847-VA6264EU-2-X57(HK) | 3,000pcs | 0.91 | USD2,730.00 | 4 |
| 40040UXA1 | E00987506 | 201843-RB000241-2-X57(HK) | 1,420pcs | 1.165 | USD1,654.30 | 4 |
| 40040UXA1 | E00987506 | 201848-RB000241-X57(HK) | 18,536pcs | 1.165 | USD21,594.44 | 4 |
| 40040UYA3 | E00987505 | 201847-VA6264EU-1-X57(HK) | 4,600pcs | 1.165 | USD5,359.00 | 4 |
| 40040UYA3 | E00987505 | 201847-VA6264EU-2-X57(HK) | 200pcs | 1.165 | USD233.00 | 4 |
| 40040VEA1 | E03103303 Rev C | 201848-VA6715EU-X57(HK) | 552pcs | 0.481 | USD265.51 | 4 |
| 40040XCA0 | 2196114 | A01-770895-X89(HK) | 5set | 7.942 | USD39.71 | 4 |
| 40040XCA0 | 2196114 | A01-770899-X89(HK) | 206set | 7.942 | USD1,636.05 | 4 |
| 40040XCA0 | 2196114 | A01-770902-X89(HK) | 480set | 7.942 | USD3,812.16 | 4 |
| 6004079A1 | E08680202 | 201810-RB000241-X57(HK) | 3,664pcs | 1.762 | USD6,455.97 | 6 |
|  |  |  | 73653 |  | 82819.75 |  |

THE PAYMENT INSTRUCTION AS FOLLOW :
Beneficiary Bank :
Industrial and Commercial Bank of China Guangdong Branch
SWIFT BIC:ICBKCNBJGDG
Beneficiary Account No : 2012002319014001428
Beneficiary Name
JIANGMEN BENLIDA PRINTED CIRCUIT CO.,LTD
Beneficiary Add. and Tel
NO.76 LONGXI RD,HIGH-TECH INDUSTRIAL PARK,JIANGMEN,GUANGDONG,CHINA.
0750-3962006
The receivables of above mentioned goods have been assigned to Industrial and Commercial Bank of China
付款期限：出货后150日
最迟付款日：2019-05-29

# JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO : Circuitronix (Hong Kong) Limited　　　　　　　　　　DATE : 18th,June,2019

5/F, Continental Electric Building,　　　　　　　　　　INVOICE NO. : BLDCCT-HK190618001

17 Wang Chiu Road, Kowloon Bay

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 6004079A1 | E08680202 | 201914-RB000241-X57(HK) | 32pcs | 1.762 | USD56.38 | 6 |
| 20040X0C1 | P00141054 P11 | A78-120000350-X19(HK) | 585pcs | 0.862 | USD504.27 | 2 |
| 20040X0C1 | P00141054 P11 | A79-120000350-X19(HK) | 15,165pcs | 0.862 | USD13,072.23 | 2 |
| 40040VEA1 | E03103303 Rev C | 201914-VA6715EU-2-X57(HK) | 1,674pcs | 0.481 | USD805.19 | 4 |
| 40040UYA3 | E00987505 | 201914-RB000241-1-X57(HK) | 12,748pcs | 1.165 | USD14,851.42 | 4 |
| 40040W1A1 | 702062011-N1 | 20190404-5500001365-X33(HK) | 22,515pcs | 0.268 | USD6,034.02 | 4 |
| 40040WTA1 | 702120405-N1 | 20190422-5500001365-X33(HK) | 84pcs | 0.765 | USD64.26 | 4 |
| 40040VAC0 | 702270702-N2 | 20190404-5500001365-X33(HK) | 3,572pcs | 0.613 | USD2,189.64 | 4 |
| 40040VAC0 | 702270702-N2 | 20190410-5500001365-X33(HK) | 100pcs | 0.613 | USD61.30 | 4 |
| 40040XIA0 | 350118 Index 03 | A01-4264287-X17(HK) | 3,807pcs | 0.646 | USD2,459.32 | 4 |
| | | | 60282 | | US$40,098.03 | |

THE PAYMENT INSTRUCTION AS FOLLOW :
Beneficiary Bank :
Industrial and Commercial Bank of China Guangdong Branch
SWIFT BIC:ICBKCNBJGDG
Beneficiary Account No : 2012002319014001428
Beneficiary Name
JIANGMEN BENLIDA PRINTED CIRCUIT CO.,LTD
Beneficiary Add. and Tel
NO.76 LONGXI RD,HIGH-TECH INDUSTRIAL PARK,JIANGMEN,GUANGDONG,CHINA.
0750-3962006
The receivables of above mentioned goods have been assigned to Industrial and Commercial Bank of China
付款期限：出货后150日
最迟付款日：2019-11-18

制表人：黄丽容

江门市奔力达　路有限公司

JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL INVOICE/商业发票

-------------------------------------------

TO : Circuitronix (Hong Kong) Limited　　　　DATE : 2nd,August,2019

5/F, Continental Electric Building,　　　　INVOICE NO. : BLDCCT-HK19080201

17 Wang Chiu Road, Kowloon Bay

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 6004079A1 | E08680202 | 201918-RB000241-1-X57 | 64pcs | 1.762 | USD112.77 | 6 |
|  |  |  | 64 |  | US$112.77 |  |

THE PAYMENT INSTRUCTION AS FOLLOW :
Beneficiary Bank :
Industrial and Commercial Bank of China Guangdong Branch
SWIFT BIC:ICBKCNBJGDG
Beneficiary Account No : 2012002319014001428
Beneficiary Name
JIANGMEN BENLIDA PRINTED CIRCUIT CO.,LTD
Beneficiary Add. and Tel
NO.76 LONGXI RD,HIGH-TECH INDUSTRIAL PARK,JIANGMEN,GUANGDONG,CHINA.
0750-3962006
The receivables of above mentioned goods have been assigned to Industrial and Commercial Bank of China
付款期限：出货后150日
最迟付款日：2020-1-2

制表人：黄丽容

INV总

# 江门市奔力达　路有限公司

## JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

中国广东省江门市江海区龙溪路76号

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO : Circuitronix (Hong Kong) Limited　　　　　　　　　DATE : 2nd,August,2019

5/F, Continental Electric Building,　　　　　　　　　INVOICE NO. : BLDCCT-HK190802001

17 Wang Chiu Road, Kowloon Bay

| Benlida P/N | DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT | LAYER |
|---|---|---|---|---|---|---|
| 20040TEA1 | D-8794705TGP01C+A | A01-4502292195-X70(HK) | 234pcs | 0.91 | USD212.94 | 2 |
| 20040X1C0 | P00141665 P08 | A47-120000387-X19(HK) | 1,875pcs | 0.85 | USD1,593.75 | 2 |
| 20040X0C1 | P00141054 P11 | A83-120000350-X19(HK) | 250pcs | 0.862 | USD215.50 | 2 |
|  |  |  | 2359 |  | US$2,022.19 |  |

THE PAYMENT INSTRUCTION AS FOLLOW :
Beneficiary Bank :
Industrial and Commercial Bank of China Guangdong Branch
SWIFT BIC:ICBKCNBJGDG
Beneficiary Account No : 2012002319014001428
Beneficiary Name
JIANGMEN BENLIDA PRINTED CIRCUIT CO.,LTD
Beneficiary Add. and Tel
NO.76 LONGXI RD,HIGH-TECH INDUSTRIAL PARK,JIANGMEN,GUANGDONG,CHINA.
0750-3962006
The receivables of above mentioned goods have been assigned to Industrial and Commercial Bank of China
付款期限：出货后150日
最迟付款日：2020-1-2

制表人：黄丽容

INV总