# Exhibit E to Declaration of Tracy Huang

# 江门市奔力达 路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.
NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO： CIRCUITRONIX, LLC  
3131 SW 42nd Street  
Fort Lauderdale, FL 33312,USA

DATE ： June,29th,2013  
INVOICE NO. ： BLDhk1110629001

| DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| D-8794705TEP01+M | PO80703150208051 | 432pcs | 0.98 | USD423.36 |
| R19859-A | 13889 | 800SET | 4.44 | USD3,552.00 |
| | | | TOTAL: | US$3,975.36 |

TOTAL UNITED STATES DOLLARS THREE THOUSAND NINE HUNDRED SEVENTY-FIVE AND CENTS THIRTY-SIX ONLY.

COUNTRY OF ORIGIN : CHINA

BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.  
   Industrial&Commercial Bank of China, Guangdong Provincial Branch  
BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA  
SWIFT: CIBKCNBJ510  
ACCOUNT NO.:74910114963000000266

KINKI WONG  
-------------------------------

江门市奔力达 路有限公司

# JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票

-----------------------------------------

TO : CIRCUITRONIX, LLC　　　　　　　　　　　　　DATE : Sep,27th,2013

3131 SW 42nd Street　　　　　　　　　　　　　INVOICE NO. : HKBLD11109027001

Fort Lauderdale, FL 33312,USA

| DESCRIPTION OF GOODS | po | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 471-4022B | 4683 | 350set | 3.42 | USD1,197.00 |
| | TOTAL | | | USD1,197.00 |

TOTAL UNITED STATES DOLLARS ONE THOUSAND ONE HUNDRED AND NINETY-SEVEN ONLY.

COUNTRY OF ORIGIN : CHINA

　　　BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.
　　　　　　Industrial&Commercial Bank of China, Guangdong Provincial Branch
　　　BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA
　　　SWIFT: CIBKCNBJ510
　　　ACCOUNT NO.:7491011496300000266

　　　　　　　　　　　　　　　　　　　　KINKI WONG
　　　　　　　　　　　　　　　　----------------------------------------------------------------

# 江门市奔力达 路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

### COMMERCIAL INVOICE/商业发票
----------------------------------------

TO : CIRCUITRONIX, LLC  DATE : Nov,8th,2013
3131 SW 42nd Street  INVOICE NO. : HKBLD11101108001
Fort Lauderdale, FL 33312,USA

| DESCRIPTION OF GOODS | po | QUANTITY | UNIT PRICE | TOTAL AMOUNT | |
|---|---|---|---|---|---|
| 299351E | P554538-00 | 1,098PCS | 0.208 | USD228.38 | |
| 200-1450 Rev 1.01 | 20130916 | 756PCS | 0.154 | USD116.42 | |
| 0152268 | 229792 | 117PCS | 10.85 | USD1,269.45 | |
|  | TOTAL |  |  | USD1,614.26 | USD2,349.26 |

TOTAL UNITED STATES DOLLARS THIRTY-TWO THOUSAND SEVEN HUNDRED TWENTY-SIX AND CENTS FIFTY-SEVEN

COUNTRY OF ORIGIN : CHINA

BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.
　　　　　Industrial&Commercial Bank of China, Guangdong Provincial Branch
BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA
SWIFT: CIBKCNBJ510
ACCOUNT NO.:7491011496300000266

KINKI WONG
---------------------------------------------------------------

江门市奔力达 路有限公司

# JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票

-----------------------------------------

TO : CIRCUITRONIX, LLC   DATE : Nov,8th,2013
3131 SW 42nd Street   INVOICE NO. : HKBLDHK11101108002
Fort Lauderdale, FL 33312,USA

| DESCRIPTION OF GOODS | po | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| E00808703 Rev A(2.549mm) | email | 300PCS | 2.45 | USD735.00 |
|  | TOTAL |  |  | USD735.00 |

TOTAL UNITED STATES DOLLARS THIRTY-TWO THOUSAND SEVEN HUNDRED TWENTY-SIX AND CENTS FIFTY-SEVEN

COUNTRY OF ORIGIN : CHINA

BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.
    Industrial&Commercial Bank of China, Guangdong Provincial Branch
BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA
SWIFT: CIBKCNBJ510
ACCOUNT NO.:7491011496300000266

KINKI WONG
----------------------------------------------------------------

inv hk

# 江门市奔力达 路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.
NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

### COMMERCIAL INVOICE/商业发票

-------------------------------------------

TO :   CIRCUITRONIX, LLC                          DATE :   Dec,4th,2013
       3131 SW 42nd Street                        INVOICE NO. :   HKBLD11101103001
       Fort Lauderdale, FL 33312,USA

| DESCRIPTION OF GOODS | po | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 1205-83-100 Rev.A | 136-135509 | 290pcs | 1.466 | USD425.14 |
|  | TOTAL |  |  | USD425.14 |

TOTAL UNITED STATES DOLLARS THIRTY-TWO THOUSAND SEVEN HUNDRED TWENTY-SIX AND CENTS FIFTY-SEVEN

COUNTRY OF ORIGIN : CHINA

    BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.
              Industrial&Commercial Bank of China, Guangdong Provincial Branch
    BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA
    SWIFT: CIBKCNBJ510
    ACCOUNT NO.:7491011496300000266

                                        KINKI WONG
                        ----------------------------------------------------------------