# Exhibit F to Declaration of Tracy Huang

# 江门市奔力达 路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.
NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票

------------------------------------------

| TO : | CIRCUITRONIX, LLC | | | DATE : | Jan,14th,2013 |
|---|---|---|---|---|---|
| | 3131 SW 42nd Street | | | INVOICE NO. : | HKBLD201401140005 |
| | Fort Lauderdale, FL 33312,USA | | | | |

| DESCRIPTION OF GOODS | po | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 175-00039 Rev 1.00 | 20131115 | 444PCS | 0.154 | USD68.38 |
| 471-4032A | PO80703150208108 | 21PCS | 4.33 | USD90.93 |
| | TOTAL | | | USD159.31 |

TOTAL UNITED STATES DOLLARS ONE HUNDRED FIFTY NINE AND CENTS THIRTY ONE ONLY

COUNTRY OF ORIGIN : CHINA

BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.
　　　　Industrial&Commercial Bank of China, Guangdong Provincial Branch
BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA
SWIFT: CIBKCNBJ510
ACCOUNT NO.:7491011496300000266

KINKI WONG
----------------------------------------------------------------

INVHK

# 江门市奔力达 路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.
NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票

-------------------------------------------

| TO : | CIRCUITRONIX, LLC | | | DATE : | Jan,15th,2013 |
| | 3131 SW 42nd Street | | | INVOICE NO. : | HKBLD201401150001 |
| | Fort Lauderdale, FL 33312,USA | | | | |

| DESCRIPTION OF GOODS | po | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 12321 rev B | 20130412 | 150PCS | 0.513 | USD76.95 |
| 12321 rev B CHECKER CHARGE | 20130412 | 1PCS | 150 | USD150.00 |
| 12465 rev B | 20130412 | 150PCS | 0.475 | USD71.25 |
| 12465 rev B CHECKER CHARGE | 20130412 | 1PCS | 150 | USD150.00 |
| | | TOTAL | | USD448.20 |

TOTAL UNITED STATES DOLLARS FOUR HUNDRED FORTY EIGHT AND CENTS TWENTY ONLY

COUNTRY OF ORIGIN : CHINA

BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.
　　　　　Industrial&Commercial Bank of China, Guangdong Provincial Branch
BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA
SWIFT: CIBKCNBJ510
ACCOUNT NO.:7491011496300000266

　　　　　　　　　　　　　　　　　　　　KINKI WONG
　　　　　　　　　　　　　　　　　　　--------------------------------------------------------------

INVHK

# 江门市奔力达 路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.
NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票

------------------------------------------

TO： CIRCUITRONIX, LLC  
3131 SW 42nd Street  
Fort Lauderdale, FL 33312,USA

DATE： Jan,18th,2013  
INVOICE NO.： HKBLD201401180001

| DESCRIPTION OF GOODS | po | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| E00987303 | em704057(HK) | 10PCS | 0.923 | USD9.23 |
| E00987303 | em704057(HK) | 200PCS | 0.923 | USD184.60 |
| PC07896 Rev A | P099163-00 | 300PCS | 0.836 | USD250.80 |
| PC07896 Rev A CHECKER CHARGE | P099163-00 | 1PCS | 200 | USD200.00 |
| 19543XE | 44500779262 | 300PCS | 0.284 | USD85.20 |
| 19543XE CHECKER CHARGE | 44500779262 | 1PCS | 300 | USD300.00 |
| | TOTAL | | | USD1,029.83 |

TOTAL UNITED STATES DOLLARS ONE THOUSAND TWENTY NINE AND CENTS EIGHTY THREE ONLY

COUNTRY OF ORIGIN : CHINA

BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.  
    Industrial&Commercial Bank of China, Guangdong Provincial Branch  
BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA  
SWIFT: CIBKCNBJ510  
ACCOUNT NO.:7491011496300000266

KINKI WONG

---------------------------------------------------------------

# 江门市奔力达 路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.
NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票
----------------------------------------

TO : CIRCUITRONIX, LLC  
    3131 SW 42nd Street  
    Fort Lauderdale, FL 33312,USA

DATE : Feb,17th,2014  
INVOICE NO. : HKBLD2014021701

| DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| AND971181A | PWB-MY-16-A | 546pcs | 0.082 | USD44.77 |
|  |  |  | TOTAL: | US$44.77 |

COUNTRY OF ORIGIN : CHINA

BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.  
    Industrial&Commercial Bank of China, Guangdong Provincial Branch  
BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA  
SWIFT: CIBKCNBJ510  
ACCOUNT NO.:7491011496300000266

KINKI WONG  
--------------------------------

# circuitronix

From Circuitronix, LLC.
To: Jiangmen Benlida
Payment Detail August 1, 2015

| Bill Number | Bill Date | Memo | Amount Due |
|---|---|---|---|
| BLD2015050401 | 5/5/2015 | MR6031USAAAI-X57 | $3,836.61 |
| BLD2015050501 | 5/7/2015 | 108673-X72 | $197,090.39 |
| BLD2015050504 | 5/6/2015 | 8065027-X72 | $16,650.45 |
| BLD2015050701 | 5/8/2015 | 5500014245-15 | $5,097.60 |
| BLD2015050801 | 5/12/2015 | 231300045-8-E-X14 | $117,304.97 |
| BLD2015051001 | 5/11/2015 | CONPTF-022615-X72 | $13,948.57 |
| BLD2015051101 | 5/12/2015 | CONPTF-022615-X72 | $11,685.82 |
| BLD2015051201 | 5/13/2015 | MR6031USAAAI-X57 | $6,119.17 |
| BLD2015051301 | 5/18/2015 | 5500014272-X70 | $204,404.65 |
| BLD2015051401 | 5/15/2015 | PP14581824-V | $25,093.07 |
| BLD2015051501 | 5/19/2015 | 4501369752-X70 | $89,481.97 |
| BLD2015051506 | 5/16/2015 | MR6031USAAAI-X57 | $9,850.11 |
| BLD2015051601 | 5/18/2015 | 109161-X72 | $29,499.10 |
| BLD2015051801 | 5/9/2015 | MR6031USAAAI-X57 | $24,845.81 |
| BLD2015051901 | 5/20/2015 | 0067811-X15 | $8,296.78 |
| BLD2015052001 | 6/1/2015 | MR6031uSAAM-X57 | $8,946.97 |
| BLD2015052101 | 5/22/2015 | MR6031USAAAI-X57 | $4,041.90 |
| BLD2015052201 | 5/26/2015 | Conus-20150409-X72 | $247,618.75 |
| BLD201505221 | 5/23/2015 | PP14581824-X-X52 | $10,476.28 |
| BLD2015052501 | 5/26/2015 | MR6031USDDX-X57 | $14,606.76 |
| BLD2015052601 | 5/27/2015 | 136-146946-I-X29 | $97,201.63 |
| BLD2015052605 | 5/27/2015 | P554538-0005 | $20,598.12 |
| BLD2015052701 | 5/28/2015 | 8066107-X72 | $14,168.89 |
| BLD20150528001 | 5/29/2015 | 413390-000- OP-X21 | $17,892.04 |
| BLDEX2015051301 | 5/15/2015 | BLD-1812023 ON | $30.60 |
| BLDEXHK2015043001 | 5/2/2015 | BLD-1812023 ON | $34.00 |
| BLDEXHK2015043002 | 5/6/2015 | P300071-01-x16 | $92.94 |
| BLDHC2015051601 | 5/16/2015 | COC required | $56.00 |
| BEN-DM20150623 | 6/23/2015 | Shipping cost to return 8094 pcs to CTX HKG, PO:BEN-MR6031US-AG | ($1,017.64) |
| BEN-DM20150624 | 6/24/2015 | nt to customer for 3375pcs due to lead time decommit from the plant (10 weeks to ship), | ($1,800.00) |

|  |  |
|---|---|
| Subtotal: | $1,196,152.31 |
| Balance from July 1, 2015 | ($98,567.15) |
| Payment made on 07-22-2015 | ($500,000.00) |
| Payment made on 07-27-2015 | ($80,000.00) |
| Payment made on 07-28-2015 | ($500,000.00) |
| Total amount due: | $17,585.16 |

# 江门市奔力达电路有限公司
## JiangMen Benlida Printed Circuit Co.,Ltd.

NO.76 LongXi RD,High-Tech Industrial Park,JiangMen,GuangDong,China

## COMMERCIAL INVOICE/商业发票
--------------------------------------------

TO： CIRCUITRONIX, LLC       DATE： Jun,23th,2016
3131 SW 42nd Street      INVOICE NO.：BLDHKEXCCT20160
Fort Lauderdale, FL 33312,USA

| DESCRIPTION OF GOODS | PO | QUANTITY | UNIT PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 4714287 Rev B | US-20160620-X72 | 20set | 4.56 | USD91.20 |
|  |  |  |  | USD91.20 |

TOTAL UNITED STATES DOLLARS FIFTEEN THOUSAND FOUR HUNDRED FIFTY SIX AND CENTS FIFTY TWO ONLY

COUNTRY OF ORIGIN：CHINA

    BANK NAME: CHINA CITIC BANK,JIANGMEN BRANCH.
        Industrial&Commercial Bank of China, Guangdong Provincial Branch
    BANK ADDRESS:NO.188, FAZHANDADAO,JIANGMEN,GUANGDONG, CHINA
    SWIFT: CIBKCNBJ510
    ACCOUNT NO.:7491011496300000266

                                      Mandy
                          ---------------------------------------------------------------



From Circuitronix, LLC.
To: Jiangmen Benlida
Payment Detail September 1, 2016

| Bill Number | Bill Date | Memo | Amount Due |
|---|---|---|---|
| BLD201604181 | 4/18/2016 | | $283.32 |
| ROKCCT16051601 | 6/1/2016 | BEN-P554538-11-X12 | $758.54 |
| BLD2016053001 | 6/3/2016 | no memo | $89,591.72 |
| BLD201606021 | 6/3/2016 | 4501592642-X70 | $7,163.40 |
| BLD2016060201 | 6/6/2016 | CONUS-20160408-X72 | $49,391.37 |
| BLD2016060601 | 6/10/2016 | PP14581824-BB-X52 | $144,189.58 |
| BLD2016061301 | 6/15/2016 | CONUS-20160502-X72 | $72,672.84 |
| BLD2016061401 | 6/20/2016 | CONUS-20160502-X72 | $76,861.17 |
| BLD2016061701 | 6/21/2016 | CONUS-20160502-X72 | $47,968.93 |
| BLD2016062001 | 6/23/2016 | CONUS-20160502-X72 | $78,253.13 |
| BLDHKEXCCT2016062301 | 6/24/2016 | US-20160620-X72 | $91.20 |
| BLD2016062401 | 6/27/2016 | CONUS-20160502-X72 | $96,888.83 |
| BLD2016062701 | 6/30/2016 | CONUS-20160518-X72 | $72,898.84 |
| BEN-DM20160829 | 8/29/2016 | Blow hole / Degassing | ($8,131.56) |
| BEN-DM20160915 | 9/15/2016 | Had to ship various part numbers from HKG to meet customer's dock date: 58291101, 582921301, & 582921202 | ($311.89) |
| BEN-DM20160919 | 9/19/2016 | Exposed Copper | ($11.52) |
| BEN-DM20160921 | 9/21/2016 | Through hole damage | ($53.02) |

|  |  |
|---:|---:|
| Subtotal: | $728,504.88 |
| Balance from 08.01.2016 | ($526,608.71) |
| Less: Payment 08-11-2016 | ($300,000.00) |
| Less: Payment 08-31-2016 | ($400,000.00) |
| Balance Due: | ($498,103.83) |

The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs

# circuitronix

**From Circuitronix, LLC.**
**To: Jiangmen Benlida**
**Payment Detail November 1, 2016**

| Bill Number | Bill Date | Memo | Amount Due |
|---|---|---|---|
| CCT-BLD-16072901 | 8/1/2016 | CONUS-20160614-X72 | $56,973.46 |
| BLDHKEXCCT2016080501 | 8/5/2016 | 8119439-x72 | $252.60 |
| CCT-BLD-16080501 | 8/8/2016 | Purchase Order #BLD-207413-X65 | $14,441.66 |
| CCT-BLD-16080301 | 8/8/2016 | CONUS-20160614-X72 | $89,244.02 |
| CCT-BLD-16080801 | 8/11/2016 | CCT-BLD-16080801 | $37,424.46 |
| CCT-BLD-16081301 | 8/15/2016 | Conus-20160711-X72 | $48,320.57 |
| CCT-BLD-16081701 | 8/18/2016 | PO30478-X52 | $1,058.58 |
| CCT-BLD-16081501 | 8/18/2016 | 136-160026-G | $112,150.82 |
| CCT-BLD-16082001 | 8/22/2016 | BEN-P1600162-X21 | $87,067.57 |
| BLDHKEXCCT2016082301 | 8/24/2016 | 8117365-x72 | $3.30 |
| CCT-BLD-1608230 | 8/24/2016 | MR6031USAAAZAV-X57 | $110,690.46 |
| CCT-BLD-16082401 | 8/25/2016 | MR6031USAAAZAV-X57 | $10,005.55 |
| CCT-BLD-16082601 | 8/30/2016 | 8119439-X72 | $87,748.74 |
| BLDNRE201608 | 8/31/2016 | BLDNRE201608 | $950.00 |
| BEN-DM20161026 | 10/26/2016 | Expedited shipping due to quality issues | ($691.21) |
| BEN-DM20161101 | 11/1/2016 | Hole size below spec. | ($287.34) |
| BEN-DM20161107 | 11/7/2016 | Late shipment from plant to HKG. Forced to air ship boards directly to customer | ($412.70) |
| | | Subtotal: | $654,940.54 |
| | | Balance from 10.01.2016 | ($864,131.24) |
| | | Less: Payment 10-13-2016 | ($250,000.00) |
| | | Less: Payment 10-21-2016 | ($250,000.00) |
| | | Less: Payment 11-07-2016 | ($250,000.00) |
| | | **Balance Due:** | **($959,190.70)** |

**The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs**

**circuitronix**

From Circuitronix, LLC.
To: Jiangmen Benlida
Payment Detail September 1, 2017

| Bill Number | Bill Date | Invoice Total |
|---|---|---|
| BLDEXCCT201706081 | 6/9/2017 | $ 32.40 |
| BLDEXCCT201706281 | 6/30/2017 | $ 382.10 |
| BLDEXCCTHK201706011 | 6/22/2017 | $ 309.96 |
| BLDNRE201706 | 6/30/2017 | $ 1,050.00 |
| CCT-BLD-17060201 | 6/6/2017 | $ 103,778.95 |
| CCT-BLD-17060202 | 3/31/2017 | $ 45,291.37 |
| CCT-BLD-1706021 | 6/3/2017 | $ 371.14 |
| CCT-BLD-17060501 | 3/31/2017 | $ 81,236.79 |
| CCT-BLD-1706051 | 6/6/2017 | $ 3,019.65 |
| CCT-BLD-1706071 | 6/8/2017 | $ 2,939.10 |
| CCT-BLD-17060901 | 3/31/2017 | $ 65,254.99 |
| CCT-BLD-1706091 | 6/9/2017 | $ 9,012.61 |
| CCT-BLD-17061201 | 6/15/2017 | $ 67,006.06 |
| CCT-BLD-1706151 | 6/15/2017 | $ 2,605.10 |
| CCT-BLD-17061601 | 6/16/2018 | $ 151,646.55 |
| CCT-BLD-1706161 | 6/17/2017 | $ 5,795.40 |
| CCT-BLD-17061901 | 6/23/2017 | $ 92,546.58 |
| CCT-BLD-1706191 | 6/20/2017 | $ 725.50 |
| CCT-BLD-17062301 | 6/23/2017 | $ 79,767.00 |
| CCT-BLD-1706231 | 6/25/2017 | $ 13,731.34 |
| CCT-BLD-17062601 | 6/29/2017 | $ 28,912.63 |
| CCT-BLD-1706261 | 6/26/2017 | $ 4,121.84 |
| CCT-BLD-17062901 | 6/29/2017 | $ 34,630.31 |
| CCT-BLD-1706281 | 6/28/2017 | $ 4,392.25 |
| BEN-DM20170619 | 6/19/2017 | $ (100.00) |
| | Subtotal | $ 798,459.62 |
| | Credit Balance from August 1, 2017 | $ (2,552,259.64) |
| | Less Payment September 6, 2017 | $ (145,000.00) |
| | Less Payment September 7, 2017 | $ (300,000.00) |
| | Less Payment September 13, 2017 | $ (350,000.00) |
| | **September 1, 2017 Credit Balance** | **$ (2,548,800.02)** |

**The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs**