# Exhibit G to Declaration of Tracy Huang

**ROK PRINTED CIRCUIT BOARD CO., LTD**
**AMS 60 Days**
**July 1, 2013**

| Invoice Number | PO Number | P/N: | QTY SHIPPED | Unit Price | Invoice Date | Amount | Comment |
|---|---|---|---|---|---|---|---|
| ROK20130508002 | ROK-4240056 | 349425 Index 04 | 4400 | $0.2150 | 5/8/2013 | $946.00 | HK |
| ROK20130513003 | rok-4239709(hk) | 349517_03 | 400 | $0.1700 | 5/13/2013 | $68.00 | HK |
| ROK20130520003 | 4500943903 | 11700058+E | 600 | $1.8300 | 5/20/2013 | $1,098.00 | HK |
| ROK20130520003 | ROK-4500824383-HK | 11700065+C | 90 | $0.0330 | 5/20/2013 | $2.97 | HK |
| ROK20130523003 | ROK-4500943907-HK | 1170217 Rev A | 648 | $0.2360 | 5/23/2013 | $152.93 | HK |
| ROK20130523003 | ROK-4240056 | 349425 Index 04 | 600 | $0.2150 | 5/23/2013 | $129.00 | HK |
| ROK20130523003 | ROK-4236798-B(HK)--samples | 349680 Index 06 | 140 | $0.1000 | 5/23/2013 | $14.00 | HK |
| ROK20130529003 | 4500949008-HK | 11700047+C | 400 | $4.8900 | 5/29/2013 | $1,956.00 | HK |
| ROK20130531002 | 4240099 | 349451_07 | 26400 | $0.2360 | 5/31/2013 | $6,230.40 | HK |
| ROK20130502001 | ROK-136-90871NP | CEBD430988-07-R Rev A | 63 | $1.9900 | 5/2/2013 | $125.37 | |
| ROK20130502001 | ROK-136-90871NP | NRE CEBD430988-07-R Rev A | 1 | $150.0000 | 5/2/2013 | $150.00 | |
| ROK20130506001 | ROK-J20020805 | 0566592 REV D | 10 | $2.6100 | 5/6/2013 | $26.10 | |
| ROK20130506001 | ROK-J20020891 | 0566592 REV D | 210 | $2.6100 | 5/6/2013 | $548.10 | |
| ROK20130506001 | J20021029 | 0566592 REV D | 185 | $2.4700 | 5/6/2013 | $456.95 | |
| ROK20130506001 | ROK-J20020016 | 0562788 REV G | 23 | $2.7800 | 5/6/2013 | $63.94 | |
| ROK20130506001 | ROK-J20020722 | 0562788 REV G | 142 | $2.7800 | 5/6/2013 | $394.76 | |
| ROK20130506001 | ROK-J20020805 | 0566637 REV C | 174 | $3.8500 | 5/6/2013 | $669.90 | |
| ROK20130506001 | ROK-J20020258 | 0566073 REV C | 730 | $3.8500 | 5/6/2013 | $2,810.50 | |
| ROK20130506001 | ROK-J20020016 | 0566594 REV.C | 3 | $3.7500 | 5/6/2013 | $11.25 | |
| ROK20130506001 | ROK-J20020722 | 0566594 REV.C | 234 | $3.7500 | 5/6/2013 | $877.50 | |
| ROK20130506001 | J20021029 | 0566594 REV.C | 208 | $3.6500 | 5/6/2013 | $759.20 | |
| ROK20130506001 | ROK-J20020891 | 0565762 REV G | 320 | $2.4200 | 5/6/2013 | $774.40 | |
| ROK20130506001 | ROK-J20020927 | 0566686 REV A | 879 | $2.4000 | 5/6/2013 | $2,109.60 | |
| ROK20130506001 | ROK-J20020525 | 0566780 Rev A | 297 | $3.0100 | 5/6/2013 | $893.97 | |
| ROK20130506001 | ROK-003275-00 | 8121080207 Rev C | 247 | $12.0260 | 5/6/2013 | $2,970.42 | |
| ROK20130506001 | ROK-003275-00, tooling charge:1 | 8121080207 Rev C | 1 | $300.0000 | 5/6/2013 | $300.00 | |
| ROK20130506001 | ROK-J20020891 | 0566307 REV E | 172 | $4.3600 | 5/6/2013 | $749.92 | |
| ROK20130506001 | ROK-J20021029 | 0566527 REV E | 1347 | $3.4700 | 5/6/2013 | $4,674.09 | |
| ROK20130506001 | ROK-J20020891 | 0566529 REV C | 1739 | $3.5600 | 5/6/2013 | $6,190.84 | |
| ROK20130506001 | PO80703150208011 | D-8794705NKP01+5 | 15900 | $1.3800 | 5/6/2013 | $21,942.00 | |
| ROK20130506001 | ROK-L039050M | 639323-07 | 51840 | $0.2900 | 5/6/2013 | $15,033.60 | |
| ROK20130506001 | ROK-32580 | 36765E | 7680 | $0.8760 | 5/6/2013 | $6,727.68 | |
| ROK20130506002 | ROK-J20021029 | 0566402 Rev A | 218 | $2.4600 | 5/6/2013 | $536.28 | |
| ROK20130506002 | ROK-J20020467 | 0566588 REV E | 161 | $2.5800 | 5/6/2013 | $415.38 | |
| ROK20130506002 | ROK-J20020805 | 0565979 REV C | 1561 | $2.5400 | 5/6/2013 | $3,964.94 | |
| ROK20130506002 | J20021322 | 0565979 REV C | 100 | $2.5400 | 5/6/2013 | $254.00 | |
| ROK20130506002 | ROK-J20020722 | 0565225 REV D | 490 | $3.6200 | 5/6/2013 | $1,773.80 | |
| ROK20130506002 | ROK-J20020805 | 0566061 REV B | 250 | $3.5600 | 5/6/2013 | $890.00 | |
| ROK20130506002 | ROK-FPCO0418-3-E/ROK-FPC00418-3-F | 365219805 REV A | 480 | $3.4000 | 5/6/2013 | $1,632.00 | |
| ROK20130506002 | ROK-FPCO0418-3-E/ROK-FPC00418-3-F | 365219805 REV A | 60 | $3.4000 | 5/6/2013 | $204.00 | |
| ROK20130506002 | ROK-FPC09579-1-D | 365210305 REV A | 100 | $3.5800 | 5/6/2013 | $358.00 | |
| ROK20130506002 | ROK-5500082260-U32-O | 233.765.011-02 | 553 | $0.5090 | 5/6/2013 | $281.48 | |
| ROK20130506002 | ROK-5500080040-U32-Q | 233.767.011-00 | 3484 | $0.1500 | 5/6/2013 | $522.60 | |
| ROK20130506002 | 5500080040-U32-R | 233.767.011-00 | 116 | $0.1500 | 5/6/2013 | $17.40 | |
| ROK20130506002 | ROK-L029717J | 621894-04 | 1390 | $0.1460 | 5/6/2013 | $202.94 | |
| ROK20130506002 | ROK-L029717K | 621894-04 | 620 | $0.1460 | 5/6/2013 | $90.52 | |
| ROK20130506002 | ROK-5500080759-U31-H | 233.784.011-00 | 800 | $0.7030 | 5/6/2013 | $562.40 | |
| ROK20130506002 | ROK-J20021029 | 0565918 REV C | 1615 | $2.5400 | 5/6/2013 | $4,102.10 | |
| ROK20130506002 | ROK-P553063-0006 | 296949 REV.E | 1340 | $0.0770 | 5/6/2013 | $103.18 | |
| ROK20130506002 | P553063-0013 | 296949 REV.E | 78010 | $0.0770 | 5/6/2013 | $6,006.77 | |
| ROK20130508001 | ROK-L038536E | 638460-02 | 1600 | $0.1490 | 5/8/2013 | $238.40 | |
| ROK20130508001 | ROK-92292 | HN3287 REV B | 400 | $1.3690 | 5/8/2013 | $547.60 | |
| ROK20130508001 | 4500944799 | 23394083REV B | 8000 | $0.6100 | 5/8/2013 | $4,880.00 | |
| ROK20130508001 | ROK-23100045-1-BR | 9030952-8 | 1140 | $0.2250 | 5/8/2013 | $256.50 | |
| ROK20130508001 | ROK-PO99652-1 | 341-40090(BLUE) | 400 | $4.2860 | 5/8/2013 | $1,714.40 | |
| ROK20130508001 | ROK-J20020805 | 0566352 REV D | 299 | $3.6600 | 5/8/2013 | $1,094.34 | |
| ROK20130508001 | 38978 | PC-1900 REV.8 | 200 | $2.3100 | 5/8/2013 | $462.00 | |
| ROK20130508001 | 4500928102 | 23584816 +B | 178 | $0.3900 | 5/8/2013 | $69.42 | |
| ROK20130508001 | 4500944856 | 23584816 +B | 1200 | $0.3900 | 5/8/2013 | $468.00 | |
| ROK20130508001 | 4500948279 | 23584816 +B | 872 | $0.3900 | 5/8/2013 | $340.08 | |
| ROK20130508001 | ROK-4500054232 | 32100003 | 298 | $6.0450 | 5/8/2013 | $1,801.41 | |
| ROK20130508001 | ROK-J20020929 | 0566964 Rev B | 1000 | $2.4780 | 5/8/2013 | $2,478.00 | |
| ROK20130508001 | rok-218563 | 0151282 | 4080 | $7.3000 | 5/8/2013 | $29,784.00 | |
| ROK20130508001 | ROK-31687C | 36755D | 172 | $0.5600 | 5/8/2013 | $96.32 | |
| ROK20130508001 | ROK-156034 | MPC-GC453-012 REV A | 2 | $4.8400 | 5/8/2013 | $9.68 | |
| ROK20130508001 | ROK-156034 | MPC-GC453-012 REV A | 16 | $0.0000 | 5/8/2013 | $0.00 | |
| ROK20130508001 | rok-bl54596 | 1700 2395(P83S11) | 150 | $0.2910 | 5/8/2013 | $43.65 | |
| ROK20130508001 | ROK-4505257150 | P84642H | 233 | $12.5600 | 5/8/2013 | $2,926.48 | |
| ROK20130508001 | ROK-H6131SJ-5 | E-0001-07-02D | 156 | $3.9660 | 5/8/2013 | $618.70 | |
| ROK20130508001 | ROK-4500924579 | 23393242 +D | 14625 | $1.7500 | 5/8/2013 | $25,593.75 | |
| ROK20130510001 | ROK-J20020258 | 0565450 REV.D | 200 | $2.2000 | 5/10/2013 | $440.00 | |
| ROK20130510001 | ROK-J20020722 | 0565450 REV.D | 50 | $2.2000 | 5/10/2013 | $110.00 | |
| ROK20130510001 | ROK-4500906593 | 23394042+F | 216 | $1.1700 | 5/10/2013 | $252.72 | |
| ROK20130510001 | ROK-J20020141 | 0565098 REV E | 73 | $3.6500 | 5/10/2013 | $266.45 | |
| ROK20130510001 | ROK-J20019856 | 0565609 REV C | 100 | $4.8500 | 5/10/2013 | $485.00 | |
| ROK20130510001 | ROK-J20020141 | 0566137 Rev C | 227 | $2.3760 | 5/10/2013 | $539.35 | |
| ROK20130510001 | ROK-92359 | 13301 REV U | 5056 | $0.5500 | 5/10/2013 | $2,780.80 | |
| ROK20130510001 | ROK-L039050M | 639323-07 | 44160 | $0.2900 | 5/10/2013 | $12,806.40 | |
| ROK20130510001 | ROK-136-90871NP | CEBD430988-07-R Rev A | 169 | $1.9900 | 5/10/2013 | $336.31 | |
| ROK20130513002 | ROK-J20020805 | 0566525 REV C | 2734 | $2.4400 | 5/13/2013 | $6,670.96 | |
| ROK20130513002 | ROK-J20020805 | 0566525 REV C | 11 | $0.0000 | 5/13/2013 | $0.00 | |
| ROK20130513002 | PO99903-1 | 341-40083 REV 5 | 500 | $3.6000 | 5/13/2013 | $1,800.00 | |
| ROK20130513002 | 26478 | 65077301 REV D | 200 | $3.5190 | 5/13/2013 | $703.80 | |
| ROK20130513002 | ROK-25687-A | 65069603 REV A(with 1-up 1/4 rails) | 125 | $1.9400 | 5/13/2013 | $242.50 | |
| ROK20130513002 | ROK-25660-A | 45072701(Option 2) | 940 | $0.2090 | 5/13/2013 | $196.46 | |
| ROK20130513002 | ROK-J20020343 | 0566744 REV D | 2182 | $3.0100 | 5/13/2013 | $6,567.82 | |
| ROK20130513002 | J20021322 | 0565640 Rev T | 3300 | $3.0700 | 5/13/2013 | $10,131.00 | |
| ROK20130513002 | 5500080040-U32-R | 233.767.011-00 | 9600 | $0.1500 | 5/13/2013 | $1,440.00 | |
| ROK20130513002 | PO80703150208011 | D-8794705NKP01+5 | 434 | $1.3800 | 5/13/2013 | $598.92 | |
| ROK20130513002 | PO80703150208018 | D-8794705NKP01+5 | 1066 | $1.3800 | 5/13/2013 | $1,471.08 | |
| ROK20130513002 | ROK-136-90871NP | CEBD430988-07-R Rev A | 568 | $1.9900 | 5/13/2013 | $1,130.32 | |
| ROK20130513002 | 4500948239 | 23393242 +D | 750 | $1.7500 | 5/13/2013 | $1,312.50 | |
| ROK20130513002 | ROK-J20020467 | 0566853 REV C | 46 | $6.5700 | 5/13/2013 | $302.22 | |
| ROK20130513002 | ROK-4505314529 | P84716 REV G | 180 | $7.5000 | 5/13/2013 | $1,350.00 | |
| ROK20130513002 | ROK-4505257150 | P84642H | 31 | $12.5600 | 5/13/2013 | $389.36 | |
| ROK20130513002 | rok-218563 | 0151282 | 640 | $7.3000 | 5/13/2013 | $4,672.00 | |
| ROK20130513002 | rok-4500925668 | 23565146+B+1 | 2100 | $0.7950 | 5/13/2013 | $1,669.50 | |
| ROK20130513002 | ROK-4500931045 | 23536758+C | 300 | $1.5500 | 5/13/2013 | $465.00 | |
| ROK20130513001 | ROK-L027948C | 621073-05 | 51 | $0.8100 | 5/13/2013 | $41.31 | |
| ROK20130513001 | ROK-J20020805 | 0565770 REV M | 1214 | $2.2400 | 5/13/2013 | $2,719.36 | |
| ROK20130513001 | ROK-L038536E | 638460-02 | 6400 | $0.1490 | 5/13/2013 | $953.60 | |
| ROK20130513001 | ROK-92292 | HN3287 REV B | 125 | $1.3690 | 5/13/2013 | $171.13 | |
| ROK20130513001 | J20021322 | 0566527 REV E | 1000 | $3.4700 | 5/13/2013 | $3,470.00 | |
| ROK20130513001 | ROK-J20020805 | 0566531 REV D | 812 | $3.5600 | 5/13/2013 | $2,890.72 | |
| ROK20130513001 | J20021322 | 0566531 REV D | 506 | $3.5600 | 5/13/2013 | $1,801.36 | |
| ROK20130513001 | 5500080759-U31-I | 233.784.011 -00 | 25500 | $0.7030 | 5/13/2013 | $17,926.50 | |
| ROK20130513001 | J20021029 | 0566289 REV D | 149 | $4.2600 | 5/13/2013 | $634.74 | |
| ROK20130513001 | 32580 | 36765E | 1508 | $0.8760 | 5/13/2013 | $1,321.01 | |
| ROK20130513001 | 4500941385 | 17-23394042+F REV A | 1592 | $1.1700 | 5/13/2013 | $1,862.64 | |
| ROK20130513001 | ROK-28524 | 1712-3112-02 REV A | 1020 | $15.6900 | 5/13/2013 | $16,003.80 | |
| ROK20130515001 | ROK-J20020722 | 0566877 REV C | 742 | $6.9000 | 5/15/2013 | $5,119.80 | |
| ROK20130515001 | ROK-4500906593 | 17-23394042+F REV A | 1132 | $1.1700 | 5/15/2013 | $1,324.44 | |
| ROK20130515001 | ROK-4500924651 | 17-23394042+F REV A | 1748 | $1.1700 | 5/15/2013 | $2,045.16 | |

| Order | Part | Rev | Qty | Price | Date | | Total |
|---|---|---|---|---|---|---|---|
| ROK20130520001 | ROK-J20020722 | 0565450 REV.D | 129 | $2.2000 | 5/20/2013 | - | $283.80 |
| ROK20130520001 | J20021322 | 0566182 REV C | 376 | $3.6600 | 5/20/2013 | - | $1,376.16 |
| ROK20130520001 | J20021322 | 0566245 REV B | 96 | $3.6600 | 5/20/2013 | - | $351.36 |
| ROK20130520001 | ROK-J20020722 | 0566672 REV B | 62 | $3.8500 | 5/20/2013 | - | $238.70 |
| ROK20130520001 | 4505322139 | P84629E | 200 | $2.8700 | 5/20/2013 | - | $574.00 |
| ROK20130520001 | P100083-1 | 341-40090(BLUE) | 225 | $4.2860 | 5/20/2013 | - | $964.35 |
| ROK20130520001 | ROK-FPC09550-1-R | 33072740 REV A | 356 | $3.1900 | 5/20/2013 | - | $1,135.64 |
| ROK20130520001 | 4505283804 | P84855N | 928 | $3.6330 | 5/20/2013 | - | $3,371.42 |
| ROK20130520001 | J20021029 | 0566289 REV D | 37 | $4.2600 | 5/20/2013 | - | $157.62 |
| ROK20130520001 | 26733 | 32757 REV B | 480 | $2.2500 | 5/20/2013 | - | $1,080.00 |
| ROK20130520001 | ROK-J20020141 | 0566802 REV B | 138 | $3.5900 | 5/20/2013 | - | $495.42 |
| ROK20130520001 | ROK-J20020805 | 0566558 REV B | 92 | $6.6600 | 5/20/2013 | - | $612.72 |
| ROK20130520002 | 92410 | HN3105 REV D | 300 | $3.8900 | 5/20/2013 | - | $1,167.00 |
| ROK20130520002 | ROK-FPC08402-1-G | 365211704 REV A | 20 | $4.8500 | 5/20/2013 | - | $97.00 |
| ROK20130520002 | ROK-FPC08402-1-H | 365211704 REV A | 600 | $4.8500 | 5/20/2013 | - | $2,910.00 |
| ROK20130520002 | FPC08402-1-1 | 365211704 REV A | 960 | $4.8500 | 5/20/2013 | - | $4,656.00 |
| ROK20130520002 | 26502 | 27068 REV E | 665 | $1.8000 | 5/20/2013 | - | $1,197.00 |
| ROK20130520002 | 26734 | 27068 REV E | 278 | $1.8000 | 5/20/2013 | - | $500.40 |
| ROK20130520002 | ROK-231300045-6-BF | 9031511 REV E | 130 | $0.2030 | 5/20/2013 | - | $26.39 |
| ROK20130520002 | 231300045-6-BG | 9031511 REV E | 1210 | $0.2030 | 5/20/2013 | - | $245.63 |
| ROK20130520002 | ROK-FPC14648-2-Q | 365204407 REV.A | 434 | $3.6600 | 5/20/2013 | - | $1,588.44 |
| ROK20130520002 | ROK-FPC14648-2-R | 365204407 REV.A | 166 | $3.6600 | 5/20/2013 | - | $607.56 |
| ROK20130520002 | ROK-26708 | 012201 REV 12 | 280 | $0.4920 | 5/20/2013 | - | $137.76 |
| ROK20130520002 | ROK-J20020805 | 0566885 REV A | 100 | $2.4800 | 5/20/2013 | - | $248.00 |
| ROK20130520002 | ROK-J20020343 | 0566744 REV D | 4100 | $3.0100 | 5/20/2013 | - | $12,341.00 |
| ROK20130520002 | ROK-PO156164 | 41-09615 Rev v1.4 | 1000 | $0.0780 | 5/20/2013 | - | $78.00 |
| ROK20130520002 | PO156164-A | 41-09615 Rev v1.4 | 43320 | $0.0780 | 5/20/2013 | - | $3,378.96 |
| ROK20130520002 | J20021322 | 0565640 Rev T | 5400 | $3.0700 | 5/20/2013 | - | $16,578.00 |
| ROK20130520002 | ROK-J20020141 | 0565847 REV B | 250 | $0.2050 | 5/20/2013 | - | $51.25 |
| ROK20130520002 | PO80703150208018 | D-8794705NKP01+5 | 3000 | $1.3800 | 5/20/2013 | - | $4,140.00 |
| ROK20130520002 | ROK-J20020891 | 0566849 REV A | 80 | $3.6600 | 5/20/2013 | - | $292.80 |
| ROK20130520002 | 4500948239 | 23393242 +D | 375 | $1.7500 | 5/20/2013 | - | $656.25 |
| ROK20130520002 | 4500944797 | 23394042+F | 2768 | $1.1700 | 5/20/2013 | - | $3,238.56 |
| ROK20130520002 | ROK-L039050L | 639323-07 | 59520 | $0.2900 | 5/20/2013 | - | $17,260.80 |
| ROK20130520002 | 4500952166 | 23565146+B+1 | 2154 | $0.7950 | 5/20/2013 | - | $1,712.43 |
| ROK20130523001 | ROK-J20020722 | 0565450 REV.D | 21 | $2.2000 | 5/23/2013 | - | $46.20 |
| ROK20130523001 | 117193-B | 22-30-116 rev.1 | 1632 | $0.0200 | 5/23/2013 | - | $32.64 |
| ROK20130523001 | J20021322 | 0562798 REV D | 120 | $4.7300 | 5/23/2013 | - | $567.60 |
| ROK20130523001 | ROK-5500003492-A | 03158-10801 REV.J | 33 | $2.3200 | 5/23/2013 | - | $76.56 |
| ROK20130523001 | J20021353 | 0565762 REV G | 410 | $2.4200 | 5/23/2013 | - | $992.20 |
| ROK20130523001 | J20021353 | 0566061 REV B | 250 | $3.5600 | 5/23/2013 | - | $890.00 |
| ROK20130523001 | J20021029 | 0566417 REV C | 144 | $3.5600 | 5/23/2013 | - | $512.64 |
| ROK20130523001 | ROK-5500080443-U31-T | 233.695.021-06 | 2600 | $0.4050 | 5/23/2013 | - | $1,053.00 |
| ROK20130523001 | 5500080443-U31-U | 233.695.021-06 | 2400 | $0.4050 | 5/23/2013 | - | $972.00 |
| ROK20130523001 | 4500955392 | 2A2732-1+F | 2880 | $0.6280 | 5/23/2013 | - | $1,808.64 |
| ROK20130523001 | 4505340915 | P84872 REV D | 80 | $7.1200 | 5/23/2013 | - | $569.60 |
| ROK20130523001 | ROK-4500931045 | 23536758+C | 232 | $1.5500 | 5/23/2013 | - | $359.60 |
| ROK20130523001 | 4500944818 | 23536758+C | 2400 | $1.5500 | 5/23/2013 | - | $3,720.00 |
| ROK20130523001 | 4500948327 | 23536758+C | 3824 | $1.5500 | 5/23/2013 | - | $5,927.20 |
| ROK20130523002 | J20021322 | 0566531 REV D | 80 | $3.5600 | 5/23/2013 | - | $284.80 |
| ROK20130523002 | ROK-5500082670-U34-B | 233.755.011-02 | 14400 | $0.0500 | 5/23/2013 | - | $720.00 |
| ROK20130523002 | 5500082260-U32-O | 233.765.011-02 | 10500 | $0.5090 | 5/23/2013 | - | $5,344.50 |
| ROK20130523002 | 5500080759-U31-I | 233.784.011-00 | 3800 | $0.7030 | 5/23/2013 | - | $2,671.40 |
| ROK20130523002 | 4500948290 | 23404841+F | 3848 | $0.2570 | 5/23/2013 | - | $988.94 |
| ROK20130523002 | 32580 | 36765E | 408 | $0.8760 | 5/23/2013 | - | $357.41 |
| ROK20130523002 | ROK-FPC14648-2-R | 365204407 REV.A | 934 | $3.6600 | 5/23/2013 | - | $3,418.44 |
| ROK20130523002 | ROK-FPC14648-2-S | 365204407 REV.A | 41 | $3.6600 | 5/23/2013 | - | $150.06 |
| ROK20130523002 | ROK-25687-A | 65069603 REV A(with 1-up 1/4 rails) | 51 | $1.9400 | 5/23/2013 | - | $98.94 |
| ROK20130523002 | ROK-J20020525 | 0566780 Rev A | 400 | $3.0100 | 5/23/2013 | - | $1,204.00 |
| ROK20130523002 | 5500080040-U32-R | 233.767.011-00 | 4800 | $0.1500 | 5/23/2013 | - | $720.00 |
| ROK20130523002 | PO80703150208018 | D-8794705NKP01+5 | 186 | $1.3800 | 5/23/2013 | - | $256.68 |
| ROK20130523002 | ROK-J20020960 | 0566342 Rev B | 160 | $2.4030 | 5/23/2013 | - | $384.48 |
| ROK20130523002 | ROK-J20020960 | 0566342 Rev B | 1 | $150.0000 | 5/23/2013 | - | $150.00 |
| ROK20130523002 | 4500948239 | 23393242 +D | 627 | $1.7500 | 5/23/2013 | - | $1,097.25 |
| ROK20130529001 | ROK-J20020960 | 0566581 REV B | 49 | $2.4700 | 5/29/2013 | - | $121.03 |
| ROK20130529001 | J20021322 | 0562798 REV D | 56 | $4.7300 | 5/29/2013 | - | $264.88 |
| ROK20130529001 | J20021322 | 0565098 REV E | 300 | $3.6500 | 5/29/2013 | - | $1,095.00 |
| ROK20130529001 | J20021322 | 0565098 REV E | 43 | $0.0000 | 5/29/2013 | - | $0.00 |
| ROK20130529001 | PO8070-AB | 9030822 | 9870 | $0.0238 | 5/29/2013 | - | $234.91 |
| ROK20130529001 | 92410 | HN3105 REV D | 15 | $3.8900 | 5/29/2013 | - | $58.35 |
| ROK20130529001 | 23100045-1-BS | 9030952-8 | 92316 | $0.2250 | 5/29/2013 | - | $20,771.10 |
| ROK20130529001 | 4505283804 | P84855N | 27 | $3.6330 | 5/29/2013 | - | $98.09 |
| ROK20130529001 | ROK-PO155453-B | 34-1134 rev 05(option 2:LF HASL) | 12780 | $0.0690 | 5/29/2013 | - | $881.82 |
| ROK20130529001 | po155453-c | 34-1134 rev 05(option 2:LF HASL) | 12000 | $0.0690 | 5/29/2013 | - | $828.00 |
| ROK20130529001 | 003471-00 | 8076046203 REV A | 66 | $0.2460 | 5/29/2013 | - | $16.24 |
| ROK20130529001 | 4500955392 | 2A2732-1+F | 360 | $0.6280 | 5/29/2013 | - | $226.08 |
| ROK20130529001 | ROK-J20020343 | 0566744 REV D | 4800 | $3.0100 | 5/29/2013 | - | $14,448.00 |
| ROK20130529001 | ROK-J20020525 | 0566780 Rev A | 194 | $3.0100 | 5/29/2013 | - | $583.94 |
| ROK20130529001 | PO156164-A | 41-09615 Rev v1.4 | 5800 | $0.0780 | 5/29/2013 | - | $452.40 |
| ROK20130529001 | 5500080040-U32-R | 233.767.011-00 | 84 | $0.1500 | 5/29/2013 | - | $12.60 |
| ROK20130529001 | 5500080040-U32-S | 233.767.011-00 | 2316 | $0.1500 | 5/29/2013 | - | $347.40 |
| ROK20130529001 | ROK-4500931044 | 23393242 +D | 3500 | $1.7500 | 5/29/2013 | - | $6,125.00 |
| ROK20130529001 | ROK-4500948239 | 23393242 +D | 2748 | $1.7500 | 5/29/2013 | - | $4,809.00 |
| ROK20130529001 | ROK-4500924579 | 23393242 +D | 1375 | $1.7500 | 5/29/2013 | - | $2,406.25 |
| ROK20130529001 | 4500944793 | 23393242 +D | 3500 | $1.7500 | 5/29/2013 | - | $6,125.00 |
| ROK20130529001 | 4500944793 | 23393242 +D | 1 | $0.0000 | 5/29/2013 | - | $0.00 |
| ROK20130529001 | 4505340915 | P84872 REV D | 20 | $7.1200 | 5/29/2013 | - | $142.40 |
| ROK20130529001 | J20021029 | 0566356 REV A | 23 | $4.1000 | 5/29/2013 | - | $94.30 |
| ROK20130529001 | 4500944800 | 23496860+A | 3400 | $2.7200 | 5/29/2013 | - | $9,248.00 |
| ROK20130529001 | 4500928088 | 23496860+A | 3500 | $2.7200 | 5/29/2013 | - | $9,520.00 |
| ROK20130529002 | L025128U | 61330003 | 903 | $1.5490 | 5/29/2013 | - | $1,398.75 |
| ROK20130529002 | L025128V | 61330003 | 29 | $1.5490 | 5/29/2013 | - | $44.92 |
| ROK20130529002 | 5500082260-U32-O | 233.765.011-02 | 6035 | $0.5090 | 5/29/2013 | - | $3,071.82 |
| ROK20130529002 | 5500082260-U32-P | 233.765.011-02 | 9365 | $0.5090 | 5/29/2013 | - | $4,766.79 |
| ROK20130529002 | 5500080443-U31-U | 233.695.021-06 | 3600 | $0.4050 | 5/29/2013 | - | $1,458.00 |
| ROK20130529002 | 5500080443-U31-V | 233.695.021-06 | 4600 | $0.4050 | 5/29/2013 | - | $1,863.00 |
| ROK20130529002 | J20021322 | 0565755 REV G | 1309 | $2.4700 | 5/29/2013 | - | $3,233.23 |
| ROK20130529002 | ROK-4500913874 | 2A2733-1+F | 40 | $0.5800 | 5/29/2013 | - | $23.20 |
| ROK20130529002 | 4500955400 | 2A2733-1+F | 3500 | $0.5800 | 5/29/2013 | - | $2,030.00 |
| ROK20130529002 | 4500966703 | 2A2733-1+F | 20 | $0.5800 | 5/29/2013 | - | $11.60 |
| ROK20130529002 | ROK-25660-A | 45072701(Option 2) | 60 | $0.2090 | 5/29/2013 | - | $12.54 |
| ROK20130529002 | ROK-30435 | 1712-3121-01 REV B | 451 | $5.0000 | 5/29/2013 | - | $2,255.00 |
| ROK20130529002 | 4500944797 | 23394042+F | 1592 | $1.1700 | 5/29/2013 | - | $1,862.64 |
| ROK20130529002 | 4500944797 | 23394042+F | 1288 | $1.1700 | 5/29/2013 | - | $1,506.96 |
| ROK20130529002 | ROK-28524 | 1712-3112-02 REV A | 120 | $15.6900 | 5/29/2013 | - | $1,882.80 |
| ROK20130529002 | J20021322 | 0565770 REV M | 528 | $2.1800 | 5/29/2013 | - | $1,151.04 |
| ROK20130529002 | ROK-J20020343 | 0566744 REV D | 800 | $3.0100 | 5/29/2013 | - | $2,408.00 |
| ROK20130529002 | 5500080040-U32-S | 233.767.011-00 | 1200 | $0.1500 | 5/29/2013 | - | $180.00 |
| ROK20130529002 | po155453-c | 34-1134 rev 05(option 2:LF HASL) | 11880 | $0.0690 | 5/29/2013 | - | $819.72 |
| ROK20130529002 | ROK-155641-1 | MPC-T1841-013 REV C | 338 | $0.8700 | 5/29/2013 | - | $294.06 |
| ROK20130529002 | 155641-2 | MPC-T1841-013 REV C | 600 | $0.8700 | 5/29/2013 | - | $522.00 |
| ROK20130529002 | ROK-P553065-00-0003 | 296952 REV.E | 72000 | $0.0770 | 5/29/2013 | - | $5,544.00 |
| ROK20130531001 | 26154-A | 1001-0302 REV A | 550 | $0.9300 | 5/31/2013 | - | $511.50 |
| ROK20130531001 | 223835 | M0056854 | 3000 | $1.1000 | 5/31/2013 | - | $3,300.00 |
| ROK20130531001 | 4505321103 | P84328F | 450 | $1.1870 | 5/31/2013 | - | $534.15 |
| ROK20130531001 | ROK-FPC00419-3-F | 365219905 REV A | 30 | $3.4800 | 5/31/2013 | - | $104.40 |
| ROK20130531001 | FPC00419-3-G | 365219905 REV A | 81 | $3.4800 | 5/31/2013 | - | $281.88 |
| ROK20130531001 | DIC00190-3 | 365220301 REV B | 300 | $1.5000 | 5/31/2013 | - | $450.00 |
| ROK20130531001 | J20021322 | 0565979 REV C | 1900 | $2.5400 | 5/31/2013 | - | $4,826.00 |
| ROK20130531001 | J20021674 | 0565979 REV C | 94 | $2.5400 | 5/31/2013 | - | $238.76 |
| ROK20130531001 | ROK-FPC00418-3-F | 365219805 REV A | 20 | $3.4000 | 5/31/2013 | - | $68.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ROK20130531001 | ROK-P553063-0012 | 296949 REV.E | 6020 | $0.0770 | 5/31/2013 | | - | $463.54 | |
| ROK20130531001 | P553063-0013 | 296949 REV.E | 1990 | $0.0770 | 5/31/2013 | | - | $153.23 | |
| ROK20130531001 | ROK-L039050L | 639323-07 | 21120 | $0.2900 | 5/31/2013 | | - | $6,124.80 | |
| ROK20130531001 | ROK-4500931042 | 23518368+B+1 | 1000 | $2.7200 | 5/31/2013 | | - | $2,720.00 | |
| ROK20130531001 | ROK-4500924773 | 23518368+B+1 | 1577 | $2.7200 | 5/31/2013 | | - | $4,289.44 | |
| ROK20130531001 | ROK-J20020452 | 0565989 REV H | 135 | $3.9200 | 5/31/2013 | | - | $529.20 | |
| ROK20130531001 | ROK-J20020343 | 0566744 REV D | 200 | $3.0100 | 5/31/2013 | | - | $602.00 | |
| ROK20130531001 | P100458-1 | 341-40083 REV 5 | 400 | $3.6000 | 5/31/2013 | | - | $1,440.00 | |
| ROK20130531001 | 5500080040-U32-S | 233.767.011-00 | 84 | $0.1500 | 5/31/2013 | | - | $12.60 | |
| ROK20130531001 | 5500080040-U32-T | 233.767.011-00 | 4716 | $0.1500 | 5/31/2013 | | - | $707.40 | |
| ROK20130531001 | J20021322 | 0566187 REV B | 155 | $3.6600 | 5/31/2013 | | - | $567.30 | |
| ROK20130531001 | L027948D | 621073-05 | 718 | $0.8100 | 5/31/2013 | | - | $581.58 | |
| ROK20130531001 | L027948E | 621073-05 | 782 | $0.8100 | 5/31/2013 | | - | $633.42 | |
| ROK20130531001 | ROK-26627 | 012102 REV.23 | 200 | $1.2320 | 5/31/2013 | | - | $246.40 | |
| | | | | | | **Spreadsheet Sum Inaccuracy** | | **$0.03** | |
| ROK20130531001 | 26956 | 012102 REV.23 | 800 | $1.2320 | 5/31/2013 | | - | $985.60 | |
| | | | | | | **US Invoice Total** | | **$546,762.91** | |
| | | | | | | **HK Invoice Total** | | **$10,597.30** | |
| | | | | | | **Subtotal** | | **$557,360.21** | |
| | | | | | | **Balance due from June 1, 2013** | | **$330,475.26** | |
| | | | | | | **Debit Memo** | | ($36,811.42) | ROK-DM20130604, ROK-DM20130604-2, ROK-DM20130605-2, ROK-DM20130621, ROK-DM20130626, ROK-DM20130627, ROK-DM20130621-2, ROK-DM20130628, ROK-DM20130709, ROK-DM20130709-2, ROK-DM20130710, ROK-DM20130709-3, ROK-DM20130723, ROK-DM20130603, ROK-DM20130619, ROK-DM20130801 |
| | | | | | | **Payment made on July 17, 2013** | | ($340,000.00) | |
| | | | | | | **Total Amount Due on August 1, 2013** | | **$511,024.05** | balance to be carried to next payment detail |

# circuitronix

From Circuitronix, LLC.
To ROK Printed Circuit Board Co., Ltd.
Payment Detail January 1, 2016

| Bill Number | Bill Date | Memo | Amount Due | |
|---|---|---|---|---|
| ROKCCT15092801 | 10/2/2015 | 1806071 | $74,415.42 | |
| ROKCCT15100601 | 10/7/2015 | 136-147699-D-X29 | $38,476.13 | |
| ROKCCT15101401 | 10/16/2015 | 136-147699-D-X29 | $66,386.82 | |
| ROKCCT15102101 | 10/23/2015 | ME34E0280978 | $62,614.01 | |
| ROKCCT15102301 | 10/24/2015 | ROK-005429-00 | $12,294.19 | |
| ROKCCT15102201 | 10/26/2015 | 003301-X9 | $44,909.80 | |
| ROKCCT15102901 | 11/2/2015 | 545892-X65 | $119,996.75 | |
| ROKCCTEX1510301 | 11/2/2015 | ROK-31829-X30 | $612.36 | |
| ROK-DM20151130 | 11/30/2015 | Total penalty for lead-time exceedances for PO's in July 2015 | ($19,232.19) | |
| ROK-DM20151201 | 12/1/2015 | Bad Fiducials | ($1.09) | |
| ROK-DM20151201-2 | 12/1/2015 | Scratch on the board | ($5.01) | |
| ROK-DM20151201-3 | 12/1/2015 | Contamination on board | ($4.60) | |
| ROK-DM20151203 | 12/3/2015 | Mixed revisions | ($600.50) | |
| ROK-DM20151207-3 | 12/7/2015 | Defective fiducials, PO: ROK-J59K89682-X74 | ($10.40) | |
| ROK-DM20151207 | 12/7/2015 | efective fiducials and exposed copper, PO: ROK-J59K98264-X7 | ($42.59) | |
| ROK-DM20151207-2 | 12/7/2015 | Defective fiducials, PO: ROK-J59K88450-X74 | ($131.65) | |
| ROK-DM20151214 | 12/14/2015 | Expedited shipping cost for shipment of 1000pcs | ($654.09) | |
| ROK-DM20151215 | 12/15/2015 | Hand carry shipment ; ROK-003361-X9 | ($225.00) | |
| ROK-DM20151231 | 12/31/2015 | Total penalty for lead-time exceedances for PO's in August 2015 | ($19,682.02) | |
| ROKCCTHK15092801 | 10/1/2015 | | $27,213.74 | HK |
| ROKHKCCT15100601 | 10/6/2015 | | $3,672.24 | HK |
| ROKCCTEXHK1510131 | 10/13/2015 | | $2.16 | HK |
| ROKCCTHK15101401 | 10/14/2015 | | $60,708.33 | HK |
| ROKCCTHK15102101 | 10/21/2015 | | $28,786.13 | HK |
| ROKCCTHK15102201 | 10/22/2015 | | $1,010.25 | HK |
| ROKCCTHK15102301 | 10/23/2015 | | $122.64 | HK |
| ROKCCTHK15102901 | 11/1/2015 | | $25,247.74 | HK |
| ROKCCTEXHK1510301 | 11/1/2015 | | $4.32 | HK |
| ROK-HKDM20151130 | 11/30/2015 | | ($1,535.62) | HK |
| ROK-HKDM20151204 | 12/4/2015 | | ($324.00) | HK |
| ROK-HKDM20151207 | 12/7/2015 | | ($618.26) | HK |
| ROK-HKDM20151223 | 12/23/2015 | | ($3,147.55) | HK |
| ROK-HKDM20150817 | 12/31/2015 | | ($277.00) | HK |
| ROK-HKDM20151231 | 12/31/2015 | | ($4,977.68) | HK |
| | | Subtotal | $515,003.78 | |
| | | Balance from November 1, 2015 detail | ($533,460.55) | |
| | | Less: Payment made on 12-16-2015 | ($250,000.00) | |
| | | Less: Payment made on 12-29-2015 | ($400,000.00) | |
| | | Total Amount Due | ($668,456.77) | |

**circuitronix**

From Circuitronix, LLC.
To ROK Printed Circuit Board Co., Ltd.
Payment Detail October 1, 2016

| Bill Number | Bill Date | Memo | Amount Due | |
|---|---|---|---|---|
| ROKCCT16062702 | 7/4/2016 | ROKCCT16062702 | $129,670.96 | |
| ROKCCT16070101 | 7/5/2016 | P410074-X73 | $76,850.16 | |
| ROKCCT1607051 | 7/6/2016 | PO29868-X52 | $24,753.23 | |
| ROKCCT1607081 | 7/9/2016 | 007470-X9 | $5,704.00 | |
| ROKCCT16070701 | 7/11/2016 | J20038926-X65 | $43,005.05 | |
| ROKCCT16070501 | 7/11/2016 | J20038925-X65 | $55,240.36 | |
| ROKCCT16071101 | 7/14/2016 | 0069853-X15 | $63,077.85 | |
| ROKCCT1607141 | 7/15/2016 | P51994-x1 | $7,245.10 | |
| ROKCCT16071401 | 7/18/2016 | J20038925-X65 | $61,878.84 | |
| ROKCCT16071801 | 7/22/2016 | PO29537 | $117,982.69 | |
| ROKCCT16072201 | 7/26/2016 | J20038926-X65 | $91,133.35 | |
| ROKCCT16072501 | 7/28/2016 | J20038923-X65 | $101,197.60 | |
| ROKCCT1607281 | 7/30/2016 | J59U53508-X74 | $72,430.14 | |
| | | **U.S. Total** | **$850,169.33** | |
| ROKHKCCT16062702 | 7/1/2016 | unit price | $41,967.57 | HK |
| ROKHKCCT16070101 | 7/1/2016 | unit price | $30,040.28 | HK |
| ROKHKCCT1607051 | 7/5/2016 | unit price / 4252248-A-X17 | $9,328.65 | HK |
| ROKHKCCT16070501 | 7/5/2016 | unit price / 120000403-10-X19 | $35,452.04 | HK |
| ROKHKCCT1607061 | 7/6/2016 | unit price / VA6264EU-A-192-X57 | $8,430.88 | HK |
| ROKHKCCT16070701 | 7/7/2016 | unit price | $14,250.72 | HK |
| ROKHKCCT16071101 | 7/11/2016 | 120000402-14-X19 / unit price | $15,530.70 | HK |
| ROKHKCCT16071401 | 7/14/2016 | unit price | $26,835.22 | HK |
| ROKHKCCT16071801 | 7/18/2016 | unit price, 4501597850-X70 | $38,183.54 | HK |
| ROKHKCCT16072201 | 7/22/2016 | unit price | $25,784.92 | HK |
| ROKCCT-HK16072201 | 7/22/2016 | UNIT PRICE, 4500292216 | $10,269.31 | HK |
| ROKHKEXCCT1607251 | 7/25/2016 | unit price 638460 Rev 02 | $17.28 | HK |
| ROKHKCCT16072501 | 7/25/2016 | unit price | $32,619.64 | HK |
| ROKCCT-HK16072501 | 7/25/2016 | 120000402-15-X19 | $5,915.52 | HK |
| ROKHKCCT1607281 | 7/28/2016 | unit price | $26,355.64 | HK |
| ROKCCT-HK1607291 | 7/29/2016 | unit price, 3352070CB | $9,002.50 | HK |
| ROK-HKDM20160801 | 8/1/2016 | mutiple defects | ($606.50) | HK |
| ROK-HKDM20160802 | 8/2/2016 | 44174-02E / Blue solder mask (VZM0000-08-32), debit PN cost for boards found "exposed cooper" after sorting, qty=70 | ($450.51) | HK |
| ROK-HKDM20160819 | 8/19/2016 | debit ROK PN for QN# 0303223 | ($177.39) | HK |
| | | **H.K. Total** | **$328,750.01** | |
| | | **Subtotal** | **$1,178,919.34** | |
| | | Balance from 09-01-2016 | ($205,872.63) | |
| | | Less Payment 10-05-2016 | ($500,000.00) | |
| | | Less Payment 10-25-2016 | ($500,000.00) | |
| | | Less Payment 10-31-2016 | ($250,000.00) | |
| | | **Total Amount Due** | **($276,953.29)** | |

The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs

# circuitronix

**From Circuitronix, LLC.**
**To ROK Printed Circuit Board Co., Ltd.**
**Payment Detail February 1, 2018**

| Bill Number | Bill Date | Memo | Invoice Total | |
|---|---|---|---|---|
| ROKCCT17110201 | 11/2/2017 | | $ 9,453.31 | |
| ROKCCT171103001 | 11/3/2017 | | $ 16,179.23 | |
| ROKCCT17110301 | 11/3/2017 | | $ 5,139.91 | |
| ROKCCT17110302 | 11/3/2017 | | $ 23,268.11 | |
| ROKCCT17110601 | 11/6/2017 | | $ 56,741.74 | |
| ROKCCT171107001 | 11/7/2017 | | $ 20,649.43 | |
| ROKCCT17110701 | 11/7/2017 | | $ 18,918.70 | |
| ROKCCT17110801 | 11/8/2017 | | $ 24,478.40 | |
| ROKCCT17110901 | 11/9/2017 | | $ 26,614.52 | |
| ROKCCT171110001 | 11/10/2017 | | $ 50,452.95 | |
| ROKCCT17111001 | 11/10/2017 | | $ 20,964.22 | |
| ROKCCT17111002 | 11/10/2017 | | $ 17,300.26 | |
| ROKCCT17111301 | 11/13/2017 | | $ 43,282.33 | |
| ROKCCT171114001 | 11/14/2017 | | $ 21,655.12 | |
| ROKCCT17111401 | 11/14/2017 | | $ 5,372.62 | |
| ROKCCT17111501 | 11/15/2017 | | $ 9,741.00 | |
| ROKCCT17111601 | 11/16/2017 | | $ 16,761.95 | |
| ROKCCT171117001 | 11/17/2017 | | $ 11,425.74 | |
| ROKCCT17111701 | 11/17/2017 | | $ 7,642.01 | |
| ROKCCT17111702 | 11/18/2017 | | $ 27,022.21 | |
| ROKCCT17112001 | 11/20/2017 | | $ 22,715.20 | |
| ROKCCT171121001 | 11/21/2017 | | $ 21,639.78 | |
| ROKCCT17112101 | 11/20/2017 | | $ 14,411.75 | |
| ROKCCT17112201 | 11/22/2017 | | $ 26,542.98 | |
| ROKCCT17112301 | 11/23/2017 | | $ 19,234.77 | |
| ROKCCT17112401 | 11/24/2017 | | $ 42,119.96 | |
| ROKCCT17112701 | 11/27/2017 | | $ 17,289.36 | |
| ROKCCT171128001 | 11/28/2017 | | $ 17,876.70 | |
| ROKCCT17112801 | 11/28/2017 | | $ 25,897.20 | |
| ROKCCT17112901 | 11/29/2017 | | $ 29,755.59 | |
| ROKCCT1711300A | 11/30/2017 | | $ 17,416.94 | |
| ROK-DM20171115-7 | 11/15/2017 | | $ (2,118.40) | |
| ROK-DM20171115 | 11/16/2017 | | $ (1,111.55) | |
| ROK-DM20171115-2 | 11/16/2017 | | $ (352.53) | |
| ROK-DM20171115-2 | 11/16/2017 | | $ (135.34) | |
| ROK-DM20171115-2 | 11/16/2017 | | $ (408.94) | |
| ROK-DM20171115-2 | 11/16/2017 | | $ (393.20) | |
| ROK-DM20171115-3 | 11/16/2017 | | $ (397.70) | |
| ROK-DM20171115-3 | 11/16/2017 | | $ (254.18) | |
| ROK-DM20171115-4 | 11/16/2017 | | $ (1,029.26) | |
| ROK-DM20171115-4 | 11/16/2017 | | $ (138.42) | |
| ROK-DM20171115-4 | 11/16/2017 | | $ (1,067.43) | |
| ROK-DM20171115-5 | 11/16/2017 | | $ (1,538.49) | |
| ROK-DM20171115-5 | 11/16/2017 | | $ (368.88) | |
| ROK-DM20171115-6 | 11/16/2017 | | $ (1,211.00) | |
| ROK-DM20171115-6 | 11/16/2017 | | $ (775.00) | |
| ROK-DM20171115-4 | 12/2/2017 | | $ (1,091.53) | |
| ROK-DM20171116 | 12/2/2017 | | $ (738.59) | |
| ROK-DM20171117-2 | 12/2/2017 | | $ (106.66) | |
| ROK-DM20171117-2 | 12/2/2017 | | $ (108.73) | |
| ROK-DM20171117-2 | 12/2/2017 | | $ (217.46) | |
| ROK-DM20171117-2 | 12/2/2017 | | $ (380.56) | |
| ROK-DM20171117-2 | 12/2/2017 | | $ (380.56) | |
| ROK-DM20171117-2 | 12/2/2017 | | $ (54.37) | |
| ROK-DM20171117-3 | 12/2/2017 | | $ (184.55) | |
| ROK-DM20171127 | 12/2/2017 | | $ (774.08) | |
| ROK-DM20171127 | 12/2/2017 | | $ (1,857.79) | |
| ROK-DM20171127-10 | 12/2/2017 | | $ (284.38) | |
| ROK-DM20171127-11 | 12/2/2017 | | $ (951.47) | |
| ROK-DM20171127-12 | 12/2/2017 | | $ (751.04) | |
| ROK-DM20171127-13 | 12/2/2017 | | $ (268.26) | |
| ROK-DM20171127-13 | 12/2/2017 | | $ (339.70) | |
| ROK-DM20171127-14 | 12/2/2017 | | $ (41.90) | |
| ROK-DM20171127-14 | 12/2/2017 | | $ (306.94) | |
| ROK-DM20171127-14 | 12/2/2017 | | $ (460.41) | |
| ROK-DM20171127-14 | 12/2/2017 | | $ (47.75) | |
| ROK-DM20171127-15 | 12/2/2017 | | $ (70.21) | |
| ROK-DM20171127-16 | 12/2/2017 | | $ (255.67) | |
| ROK-DM20171127-17 | 12/2/2017 | | $ (55.93) | |
| ROK-DM20171127-17 | 12/2/2017 | | $ (111.87) | |
| ROK-DM20171127-17 | 12/2/2017 | | $ (70.32) | |
| ROK-DM20171127-18 | 12/2/2017 | | $ (484.23) | |
| ROK-DM20171127-19 | 12/2/2017 | | $ (253.51) | |
| ROK-DM20171127-2 | 12/2/2017 | | $ (676.20) | |
| ROK-DM20171127-20 | 12/2/2017 | | $ (1,117.28) | |
| ROK-DM20171127-3 | 12/2/2017 | | $ (225.56) | |
| ROK-DM20171127-3 | 12/2/2017 | | $ (262.28) | |
| ROK-DM20171127-4 | 12/2/2017 | | $ (166.87) | |
| ROK-DM20171127-4 | 12/2/2017 | | $ (1,091.42) | |
| ROK-DM20171127-5 | 12/2/2017 | | $ (559.07) | |
| ROK-DM20171127-6 | 12/2/2017 | | $ (254.09) | |
| ROK-DM20171127-7 | 12/2/2017 | | $ (250.99) | |
| ROK-DM20171127-7 | 12/2/2017 | | $ (891.45) | |
| ROK-DM20171127-8 | 12/2/2017 | | $ (1,003.02) | |
| ROK-DM20171127-8 | 12/2/2017 | | $ (209.37) | |
| ROK-DM20171127-8 | 12/2/2017 | | $ (41.87) | |
| ROK-DM20171127-9 | 12/2/2017 | | $ (320.86) | |
| ROK-DM20171128 | 12/2/2017 | | $ (3,556.44) | |
| ROK-DM20171128-2 | 12/2/2017 | | $ (107.36) | |
| ROK-DM20171128-3 | 12/2/2017 | | $ (144.89) | |
| ROK-DM20171128-3 | 12/2/2017 | | $ (217.34) | |
| ROK-DM20171128-3 | 12/2/2017 | | $ (73.67) | |
| ROK-DM20171128-5 | 12/2/2017 | | $ (736.28) | |
| ROK-DM20171128-5 | 12/2/2017 | | $ (1,054.81) | |
| ROK-DM20171128-6 | 12/2/2017 | | $ (1,408.07) | |
| ROK-DM20171128-6 | 12/2/2017 | | $ (777.05) | |
| ROK-DM20171128-7 | 12/2/2017 | | $ (519.13) | |
| ROK-DM20171117 | 12/4/2017 | | $ (107.59) | |
| | | U.S. Total | $ 650,242.23 | |
| ROKCCT-HK171103001 | 11/6/2017 | | $ 1,226.75 | HK |
| ROKCCT-HK17110302 | 11/4/2017 | | $ 7,048.58 | HK |
| ROKCCT-HK17110601 | 11/6/2017 | | $ 2,434.34 | HK |
| ROKCCT-HK171107001 | 11/7/2017 | | $ 8,071.80 | HK |
| ROKCCT-HK17110701 | 11/7/2017 | | $ 561.18 | HK |
| ROKCCT-HK17110801 | 11/8/2017 | | $ 5,612.60 | HK |
| ROKCCT-HK171110001 | 11/30/2017 | | $ 9,041.44 | HK |
| ROKCCT-HK17111002 | 11/11/2017 | | $ 4,451.96 | HK |
| ROKCCT-HK17111301 | 11/13/2017 | | $ 2,970.30 | HK |
| ROKCCT-HK17111401 | 11/15/2017 | | $ 5,498.46 | HK |
| ROKCCT-HK17111501 | 11/15/2017 | | $ 3,778.46 | HK |
| ROKCCT-HK17112301 | 11/24/2017 | | $ 1,401.40 | HK |
| ROKCCT-HK17112401 | 11/25/2017 | | $ 4,629.72 | HK |
| ROKCCT-HK17112701 | 11/27/2017 | | $ 4,352.50 | HK |
| ROKCCT-HK17112901 | 11/29/2017 | | $ 2,279.26 | HK |
| ROKCCT-HK1711300A | 12/1/2017 | | $ 3,060.62 | HK |
| ROK-HKDM20171112 | 11/12/2017 | | $ (240.50) | HK |
| ROK-HKDM20171214 | 12/14/2017 | | $ (34.12) | HK |
| ROK-HKDM20171214-2 | 12/14/2017 | | $ (40.63) | HK |
| ROK-HKDM20171214-3 | 12/14/2017 | | $ (121.91) | HK |
| ROK-HKDM20171214-4 | 12/14/2017 | | $ (89.30) | HK |
| ROK-HKDM20171215 | 12/15/2017 | | $ (1,373.00) | HK |
| ROK-HKDM20171215-2 | 12/15/2017 | | $ (3,611.03) | HK |
| ROK-HKDM20171215-3 | 12/15/2017 | | $ (4,567.93) | HK |
| ROK-HKDM20171215-4 | 12/15/2017 | | $ (116.04) | HK |
| ROK-HKDM20171222 | 12/26/2017 | | $ (19.55) | HK |
| | | H.K. Total | $ 56,205.36 | |
| | | Subtotal | $ 706,447.59 | |
| | | Balance from January 1, 2017 | $ 751,108.98 | |
| | | Less Payment from February 1, 2018 | $ (300,000.00) | |
| | | February 1, 2018 Balance | $ 1,157,556.56 | |

The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies
which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes
owing to Quality Issues, Expedited Freight and Line Down Costs



From Circuitronix, LLC.
To ROK Printed Circuit Board Co., Ltd.
Payment Detail July 1, 2018

| Bill Number | Bill Date | Memo | Invoice Total | |
|---|---|---|---|---|
| ROKCCT180427A | 4/28/2018 | | $ 117.60 | |
| ROK-DM20180410 | 4/10/2018 | | $ (370.15) | |
| ROK-DM20180420 | 4/20/2018 | | $ (118.73) | |
| ROK-DM20180420-2 | 4/20/2018 | | $ (57.45) | |
| | | U.S. Total | $ (428.73) | |
| ROKCCT-HK180407A | 4/7/2018 | | $ 621.85 | CTXHK |
| ROKCCT-HK180416A | 4/16/2018 | | $ 406.46 | CTXHK |
| ROKCCT-HK180420A | 4/20/2018 | | $ 1,042.20 | CTXHK |
| ROK-HKDM20180918 | 9/18/2018 | | $ (399.11) | CTXHK |
| | | H.K. Total | $ 1,671.40 | |
| | | Total U.S. & H.K. Invoices | $ 1,242.67 | |
| | | Credit Balance from June 1, 2018 | $ (1,727,384.29) | |
| | | Less Payment from June 1, 2018 | $ (200,000.00) | CTXUS |
| | | July 1, 2018 Credit Balance | $ (1,926,141.62) | |

**The above reflects P/Ns, Quantities and Prices for parts we have received. It does not indicate monies which are owed to Benlida/ROK which maybe different owing to Leadtime Penalties and Debit Notes owing to Quality Issues, Expedited Freight and Line Down Costs**