# Exhibit H to Declaration of Tracy Huang

**circuitronix**

# DEBIT MEMO

Debit No: BEN-HKDM20160120

**Circuitronix (Hong Kong) LTD**
Rm 715-716, Block A, Po Lung Centre, 11 Wang Chiu Rd
Kowloon Bay, Hong Kong

Date: 1/20/2016

**DEBIT TO (Name & Address) :**

Benlida Circuit Board (HK) Co. Limited
No. 76 LongXi Rd, Hight-tech Industrial Park,
Jiangmen, Guangdong, China

| Part Number | DESCRIPTION | Qty | Unit Price (USD) | Total (USD) |
|---|---|---|---|---|
| Multiple | Penalty for lead-time exceedances for PO in September 2015 | 1.00 | 30,590.240000 | 30,590.24 |
|  |  |  |  | - |
|  |  |  |  | - |
|  |  |  |  | - |
|  |  |  |  | - |
|  |  |  |  | - |
|  |  |  |  | - |
|  |  |  |  | - |

**Reason:**
Total penalty for lead-time exceedances for Sept 2015 HK PO's

TOTAL   USD  $   30,590.24

**TERMS & CONDITIONS**

1. Please use this Debit Memo to decrease your Circuitronix Receivables Account.
2. Price basis:  USD
3. Other:

Requested by  Sourabh S.

Created by:  Jim C.



CONFIDENTIAL                                                                                                                    CTX_00295737