# Exhibit I to Declaration of Tracy Huang

**Circuitronix, LLC**
*Jiangmen Benlida* & ROK Penalty for Lead-Time Exceedances for <span style="color:red">Aug 2017</span> Purchase Orders

| Changes | Date is today() | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PO Date | Purchase Order | Item | Layer Count | PO Quantity | QTY RCVD | Unit Price | PO&PN | Amount |
| 8/3/2017 | A01-014167-X9 | 13770 Rev F | 2 | 1751 | | | A01-014167-X913770 | 3,291.88 |
| 8/3/2017 | A01-014376-X9 | 13657 Rev B1 | 2 | 12768 | | 0.018 | 14376-X913657 R | 229.82 |
| 8/3/2017 | R01-5500120632-U13-X57 | 233.663.011-02 | 2 | 2400 | | 0.16 | 0632-U13-X57233 | 398.34 |
| 8/3/2017 | A03-POJ00785-X53 | 34-1134 rev 05(option 2:LF HASL) | 2 | 1590 | | 0.063 | 34-1134 rev 05(o | 100.75 |
| 8/3/2017 | PO000809-X74 | 639323-09[GAA1H-1000043788-0000000-E] | 4 | 100000 | | 0.29 | 3-09[GAA1H-100 | 29,000.00 |
| 8/4/2017 | PO000516-X57 | E01526706 Rev.AG | 4 | 11550 | | 2.651 | 6-X57E01526706 | 31,462.92 |
| 8/4/2017 | PO000616-X57 | E01526706 Rev.AG | 4 | 19050 | | 2.651 | 6-X57E01526706 | 51,893.38 |
| 8/4/2017 | A01-1181710763-X24 | JE8400119-02 | 4 | 25000 | | 1.417 | 1710763-X24JE840 | 35,421.41 |
| 8/7/2017 | PO000728 | OSR2362490A | 2 | 45000 | | 0.212 | 000728OSR236249 | 9,540.00 |
| 8/9/2017 | A01-5500014384-X70 | D-8794705NRP02+5 | 2 | 20000 | | 0.94 | 4384-X70D-87947 | 18,800.00 |
| 8/9/2017 | A04-5500120631-U13-X51 | 233.661.011-02 | 2 | 19000 | | 0.37 | 0631-U13-X51233 | 7,945.63 |
| 8/9/2017 | R01-5500119712-U13-X51 | 233.891.011-01 | 2 | 9600 | | 0.033 | 9712-U13-X51233 | 425.40 |
| 8/9/2017 | R02-5500133147-U12-X51 | 233.767.011-01 | 2 | 21600 | | 0.141 | 3147-U12-X51233 | 3,054.30 |
| 8/9/2017 | A06-34253-X30 | 012003 Rev 18 | 4 | 160 | | 5.06 | 4253-X30012003 | 809.61 |
| 8/9/2017 | A05-34256-X30 | 012101 Rev.20 | 2 | 3000 | | 1.15 | 4256-X30012101 | 3,661.70 |
| 8/9/2017 | A06-34257-X30 | 012102 Rev 25 | 2 | 2400 | | 1.09 | 4257-X30012102 | 2,755.00 |
| 8/9/2017 | A07-34258-X30 | 012104(SE6166)Rev 10 | 2 | 800 | | 2.13 | -X30012104(SE61 | 1,721.85 |
| 8/9/2017 | A01-G165666-X43 | 9911-500199 REV E | 2 | 1200 | | 0.54 | 666-X439911-5001 | 695.84 |
| 8/9/2017 | A01-72272-X65 | 1712-0366-03 REV A | 2 | 400 | | 7.54 | 2-X651712-0366-0 | 3,111.96 |
| 8/9/2017 | A01-72272-X65 | 1712-3072-02 REV A | 4 | 200 | | 5.83 | 2-X651712-3072-0 | 1,302.51 |
| 8/9/2017 | A01-72272-X65 | 1712-3112-02 REV A | 6 | 3000 | | 13.6 | 2-X651712-3112-0 | 44,826.05 |
| 8/9/2017 | A01-72272-X65 | 1712-7068-03 Rev A | 6 | 4200 | | 19.05 | 2-X651712-7068-0 | 80,010.00 |
| 8/9/2017 | PO000482-X74 | 747-FNG-703316-04(FNG1H-703316) | 4 | 3400 | | 4.914 | 7-FNG-703316-04 | 16,707.60 |
| 8/9/2017 | PO000487-X74 | 747-FNG-703316-04(FNG1H-703316) | 4 | 3400 | | 4.914 | 7-FNG-703316-04 | 16,707.60 |
| 8/9/2017 | PO000486-X74 | NG1H-SAE-LDM-STOP-PCB(747-FNG-701168-0 | 4 | 13000 | | 3.872 | AE-LDM-STOP-P( | 51,638.29 |
| 8/9/2017 | A05-5500120631-U13-X51 | 233.661.011-02 | 2 | 3070 | | 0.37 | 0631-U13-X51233 | 1,283.85 |
| 8/9/2017 | R02-5500120632-U13-X51 | 233.663.011-02 | 2 | 4800 | | 0.16 | 0632-U13-X51233 | 796.69 |
| 8/9/2017 | 5500120631-U13-AZ-X51 | 233.661.011-02 | 2 | 5000 | | 0.37 | -U13-AZ-X51233 | 2,090.95 |
| 8/9/2017 | A01-0071434-X15 | P27831A2Z Rev A2 | 2 | 800 | | 1.82 | 34-X15P27831A2 | 1,474.88 |
| 8/9/2017 | A07-34253-X30 | 012003 Rev 18 | 4 | 160 | | 5.06 | 4253-X30012003 | 809.61 |
| 8/9/2017 | A05-34255-X30 | 012100 Rev 16 | 4 | 5600 | | 0.501 | 4255-X30012100 | 2,805.54 |
| 8/9/2017 | A06-34256-X30 | 012101 Rev.20 | 2 | 600 | | 1.15 | 4256-X30012101 | 732.34 |
| 8/9/2017 | A08-34258-X30 | 012104(SE6166)Rev 10 | 2 | 400 | | 2.13 | -X30012104(SE61 | 860.93 |
| 8/9/2017 | PO000553-X74 | NG1H-ECE-LDM-STOP-PCB(747-FNG-701170-0 | 4 | 1200 | | 3.872 | CE-LDM-STOP-P( | 4,766.61 |
| 8/9/2017 | PO000651-X74 | NG1H-ECE-LDM-STOP-PCB(747-FNG-701170-0 | 4 | 1200 | | 3.872 | CE-LDM-STOP-P( | 4,766.61 |
| 8/9/2017 | A01-A000085656-X31 | 6400-1322-01 Rev A | 2 | 800 | | 0.904 | 5656-X316400-132 | 796.17 |
| 8/9/2017 | A08-120000387(HK) | P00141665 P06 | 2 | 4500 | | 0.85 | 000387(HK)P0014 | 3,825.00 |
| 8/9/2017 | A09-120000387-X19(HK) | P00141665 P06 | 2 | 12000 | | 0.85 | 0387-X19(HK)P00 | 10,200.00 |
| 8/9/2017 | A10-120000387-X19(HK) | P00141665 P06 | 2 | 9215 | | 0.85 | 0387-X19(HK)P00 | 7,832.75 |
| 8/15/2017 | CONUS-20170419-X72 | 4712513 Rev F | 2 | 400 | | 1.951 | 0170419-X7247125 | 780.41 |
| 8/15/2017 | CONUS-20170419-X72 | 4713156 Rev B | 2 | 300 | | 2.962 | 0170419-X7247131 | 888.71 |
| 8/15/2017 | CONUS-20170419-X72 | 4713431 Rev B | 4 | 600 | | 2.803 | 0170419-X7247134 | 1,681.60 |

|   | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |   |   |
| 2 |   |   |   |   |   |   | $ | Area |
| 3 |   |   |   |   |   | Total On Time | $15,305.21 | 3377.62032 |
| 4 |   |   |   |   |   | Total Penalty | $115,510.79 | 13308.75317 |
| 5 |   |   |   |   |   |   |   |   |
| 6 |   |   |   |   |   | Panelty based on Lead time agreement with Plant |   |   |
| 7 | Item Receipt Date | Sales Rep | Layer Count | Vendor Ship Date Per Agreement | Timeliness | Days Late | Penalty | Area |
| 8 | 8/22/2017 |   | 2 | 8/31/2017 | TIMELY | -9 | $329.19 | 54.44242119 |
| 9 | 9/9/2017 |   | 2 | 8/31/2017 | LATE | 9 | $22.98 | 4.111369248 |
| 10 | 8/15/2017 |   | 2 | 8/31/2017 | TIMELY | -16 | $39.83 | 5.685138094 |
| 11 | 10/26/2017 |   | 2 | 8/31/2017 | LATE | 56 | $10.08 | 2.11657715 |
| 12 | 11/6/2017 |   | 4 | 8/31/2017 | LATE | 67 | $2,900.00 | 305.8454464 |
| 13 | 10/17/2017 |   | 4 | 9/1/2017 | LATE | 46 | $3,146.29 | 249.5119595 |
| 14 | 10/17/2017 |   | 4 | 9/1/2017 | LATE | 46 | $5,189.34 | 411.5327124 |
| 15 | 9/15/2017 |   | 4 | 9/1/2017 | LATE | 14 | $3,542.14 | 290.5924022 |
| 16 | 12/5/2017 |   | 2 | 9/4/2017 | LATE | 92 | $954.00 | 156.0660634 |
| 17 | 9/30/2017 |   | 2 | 9/6/2017 | LATE | 24 | $1,880.00 | 313.3117008 |
| 18 | 9/15/2017 |   | 2 | 9/6/2017 | LATE | 9 | $794.56 | 102.4218167 |
| 19 | 8/29/2017 |   | 2 | 9/6/2017 | TIMELY | -8 | $42.54 | 5.871120762 |
| 20 | 9/8/2017 |   | 2 | 9/6/2017 | LATE | 2 | $30.54 | 43.88799415 |
| 21 | 9/9/2017 |   | 4 | 9/6/2017 | LATE | 3 | $16.19 | 9.50818336 |
| 22 | 9/3/2017 |   | 2 | 9/6/2017 | TIMELY | -3 | $73.23 | 63.410256 |
| 23 | 9/16/2017 |   | 2 | 9/6/2017 | LATE | 10 | $275.50 | 47.693184 |
| 24 | 9/3/2017 |   | 2 | 9/6/2017 | TIMELY | -3 | $34.44 | 29.8134016 |
| 25 | 9/30/2017 |   | 2 | 9/6/2017 | LATE | 24 | $69.58 | 11.381328 |
| 26 | 9/23/2017 |   | 2 | 9/6/2017 | LATE | 17 | $311.20 | 39.71293747 |
| 27 | 9/21/2017 |   | 4 | 9/6/2017 | LATE | 15 | $130.25 | 10.40766958 |
| 28 | 11/13/2017 |   | 6 | 9/6/2017 | LATE | 68 | $4,482.60 | 237.7336109 |
| 29 | 11/24/2017 |   | 6 | 9/6/2017 | LATE | 79 | $8,001.00 | 437.0824071 |
| 30 | 9/22/2017 |   | 4 | 9/6/2017 | LATE | 16 | $1,670.76 | 162.4147892 |
| 31 | 11/29/2017 |   | 4 | 9/6/2017 | LATE | 84 | $1,670.76 | 162.4147892 |
| 32 | 9/19/2017 |   | 4 | 9/6/2017 | LATE | 13 | $5,163.83 | 590.48704 |
| 33 | 10/9/2017 |   | 2 | 9/6/2017 | LATE | 33 | $128.38 | 16.54920934 |
| 34 | 9/21/2017 |   | 2 | 9/6/2017 | LATE | 15 | $79.67 | 11.37027619 |
| 35 | Wrong PO# |   | 2 | 9/6/2017 | LATE | 0 | $0.00 | 26.95310967 |
| 36 | 9/3/2017 |   | 2 | 9/6/2017 | TIMELY | -3 | $29.50 | 28.24633984 |
| 37 | 9/9/2017 |   | 4 | 9/6/2017 | LATE | 3 | $16.19 | 9.50818336 |
| 38 | 10/27/2017 |   | 4 | 9/6/2017 | LATE | 51 | $280.55 | 32.93720192 |
| 39 | 9/13/2017 |   | 2 | 9/6/2017 | LATE | 7 | $58.59 | 12.6820512 |
| 40 | 9/3/2017 |   | 2 | 9/6/2017 | TIMELY | -3 | $17.22 | 14.9067008 |
| 41 | 9/18/2017 |   | 4 | 9/6/2017 | LATE | 12 | $476.66 | 54.506496 |
| 42 | 10/23/2017 |   | 4 | 9/6/2017 | LATE | 47 | $476.66 | 54.506496 |
| 43 | 9/3/2017 |   | 2 | 9/6/2017 | TIMELY | -3 | $15.92 | 11.87168 |
| 44 | 8/31/2017 |   | 2 | 9/6/2017 | TIMELY | -6 | $229.50 | 51.4739216 |
| 45 | 9/5/2017 |   | 2 | 9/6/2017 | TIMELY | -1 | $51.00 | 137.2637909 |
| 46 | 10/10/2017 |   | 2 | 9/6/2017 | LATE | 34 | $783.28 | 105.4071528 |
| 47 | 1/3/2018 |   | 2 | 9/12/2017 | LATE | 113 | $78.04 | 13.137885 |
| 48 | 9/18/2017 |   | 2 | 9/12/2017 | LATE | 6 | $53.32 | 7.986542648 |
| 49 | 9/15/2017 |   | 4 | 9/12/2017 | LATE | 3 | $33.63 | 16.90885344 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 8/15/2017 | CONUS-20170419-X72 | 4713537 Rev A | 4 | 500 | | 3.92 | 0170419-X7247135 | 1,959.95 |
| 51 | 8/15/2017 | CONUS-20170419-X72 | 4713765 Rev A | 4 | 600 | | 4.25 | 0170419-X7247137 | 2,550.00 |
| 52 | 8/15/2017 | CONUS-20170419-X72 | 4713865 Rev B | 2 | 500 | | 2.437 | 0170419-X7247138 | 1,218.70 |
| 53 | 8/15/2017 | CONUS-20170419-X72 | 4714060 Rev A | 4 | 500 | | 1.959 | 0170419-X7247140 | 979.50 |
| 54 | 8/15/2017 | CONUS-20170419-X72 | 4714086 Rev E | 4 | 3200 | | 3.387 | 0170419-X7247140 | 10,838.40 |
| 55 | 8/15/2017 | CONUS-20170419-X72 | 4714139 Rev A. | 2 | 200 | | 1.938 | 0170419-X7247141 | 405.07 |
| 56 | 8/15/2017 | CONUS-20170419-X72 | 4714178 Rev B | 4 | 100 | | 2.411 | 0170419-X7247141 | 241.10 |
| 57 | 8/15/2017 | CONUS-20170419-X72 | 4714188 Rev A | 2 | 100 | | 1.0695 | 0170419-X7247141 | 112.38 |
| 58 | 8/15/2017 | CONUS-20170419-X72 | 4714364 Rev A | 4 | 500 | | 3.68 | 0170419-X7247143 | 1,840.00 |
| 59 | 8/15/2017 | CONUS-20170419-X72 | 4711749 Rev A | 4 | 200 | | 2.195 | 0170419-X7247117 | 438.95 |
| 60 | 8/15/2017 | CONUS-20170419-X72 | 4712883 Rev A | 2 | 100 | | 2.4264 | 0170419-X7247128 | 244.10 |
| 61 | 8/15/2017 | CONUS-20170419-X72 | 4713340 Rev A | 2 | 300 | | 2.102 | 0170419-X7247133 | 630.56 |
| 62 | 8/15/2017 | CONUS-20170419-X72 | 4713366 Rev A | 2 | 1400 | | 2.398 | 0170419-X7247133 | 3,357.67 |
| 63 | 8/15/2017 | CONUS-20170419-X72 | 4713776 Rev A | 2 | 100 | | 3.957 | 0170419-X7247137 | 395.70 |
| 64 | 8/15/2017 | PO000472-X63 | 10104067P1 | 4 | 1002 | | 0.914 | 00472-X6310104067 | 915.83 |
| 65 | 8/15/2017 | A01-517-893646 | 0059-4893 Rev F | 2 | 200 | | 1.525 | 7-8936460059-489 | 305.00 |
| 66 | 8/15/2017 | A19-VA6264EU-X57(HK) | E01452502 | 4 | 600 | | 3.327 | 264EU-X57(HK)E | 2,161.45 |
| 67 | 8/15/2017 | PO000476-X57 | 3E11V0110 REV.AB | 4 | 2884 | | 0.395 | 6-X573E11V0110 | 1,240.88 |
| 68 | 8/15/2017 | PO000477-X57 | E02861703 Rev AF | 4 | 2840 | | 0.224 | 77-X57E02861703 | 658.88 |
| 69 | 8/15/2017 | A01-4508850011-X8 | P84328F | 2 | 501 | | 1.05 | 4508850011-X8P84 | 554.65 |
| 70 | 8/15/2017 | A01-4508858488-X8 | P84855N | 2 | 1000 | | 3.27 | 508858488-X8P84 | 3,438.91 |
| 71 | 8/15/2017 | A01-4508875396-X8 | P82473 REV F | 2 | 1504 | | 0.411 | 8875396-X8P8247 | 614.86 |
| 72 | 8/15/2017 | A01-4508898978-X8 | P84629E | 2 | 200 | | 2.52 | 508898978-X8P84 | 535.78 |
| 73 | 8/15/2017 | A01-4508916957-X8 | P84629E | 2 | 200 | | 2.52 | 508916957-X8P84 | 535.78 |
| 74 | 8/15/2017 | A01-4508917758-X8 | P83511 Rev E | 1 | 4000 | | 0.26 | 8917758-X8P8351 | 1,051.40 |
| 75 | 8/15/2017 | A01-4508938632-X8 | P84716 REV G | 4 | 200 | | 6.69 | 8938632-X8P84716 | 1,412.91 |
| 76 | 8/15/2017 | A01-4508938633-X8 | P84716 REV G | 4 | 200 | | 6.69 | 8938633-X8P84716 | 1,412.91 |
| 77 | 8/15/2017 | A01-4508938636-X8 | P84716 REV G | 4 | 200 | | 6.69 | 8938636-X8P84716 | 1,412.91 |
| 78 | 8/15/2017 | A01-4508939436-X8 | P84716 REV G | 4 | 200 | | 6.69 | 8939436-X8P84716 | 1,412.91 |
| 79 | 8/15/2017 | A01-4508946525-X8 | P84642H | 4 | 200 | | 11.74 | 508946525-X8P84 | 2,349.60 |
| 80 | 8/15/2017 | A01-4501824259-X70 | 23565146+B2 | 4 | 852 | | 0.73 | 1824259-X702356 | 621.96 |
| 81 | 8/15/2017 | A02-P1700124-X21 | 2EE-00838AD | 2 | 16800 | | 0.034 | 700124-X212EE-0 | 571.20 |
| 82 | 8/15/2017 | A01-8164740-X72 | 4713968 Rev D | 2 | 500 | | 2.967 | 64740-X724713968 | 1,483.48 |
| 83 | 8/15/2017 | A02-517-893646-X47 | 0059-4893 Rev F | 2 | 300 | | 1.525 | 93646-X470059-4 | 457.50 |
| 84 | 8/15/2017 | A01-J20043904-X65 | 0566730 Rev C | 4 | 60 | | 3.96 | 043904-X65056673 | 237.12 |
| 85 | 8/15/2017 | A01-J20043904-X65 | 0566241 REV B | 2 | 70 | | 3.37 | 43904-X65056624 | 237.58 |
| 86 | 8/15/2017 | A01-J20043904-X65 | 0566535 REV D | 6 | 120 | | 8.49 | 43904-X65056653 | 1,019.86 |
| 87 | 8/15/2017 | A01-J20043904-X65 | 0565414 Rev F | 2 | 160 | | 3.376 | 043904-X65056541 | 543.03 |
| 88 | 8/15/2017 | A01-J20043904-X65 | 0565823 REV B | 2 | 200 | | 2.18 | 43904-X65056582 | 473.29 |
| 89 | 8/15/2017 | A01-J20043904-X65 | 0566307 REV E | 4 | 200 | | 3.88 | 43904-X65056630 | 821.45 |
| 90 | 8/15/2017 | A01-J20043904-X65 | 0565762 REV G | 2 | 300 | | 2.29 | 43904-X65056576 | 673.90 |
| 91 | 8/15/2017 | A01-J20043904-X65 | 0566061 REV B | 2 | 300 | | 3.37 | 43904-X65056606 | 991.19 |
| 92 | 8/15/2017 | A01-J20043904-X65 | 05661010 Rev B | 4 | 300 | | 6.63 | 43904-X65056610 | 2,033.76 |
| 93 | 8/15/2017 | A01-J20043904-X65 | 0566747 Rev C | 2 | 300 | | 2.82 | 043904-X65056674 | 851.54 |
| 94 | 8/15/2017 | A01-J20043904-X65 | 0566801 REV A | 4 | 300 | | 3.41 | 43904-X65056680 | 1,023.92 |
| 95 | 8/15/2017 | A01-J20043904-X65 | 0566522 REV B | 4 | 320 | | 6.038 | 43904-X65056652 | 1,980.55 |
| 96 | 8/15/2017 | A01-J20043904-X65 | 0566937 Rev C | 4 | 320 | | 6.78 | 043904-X65056693 | 2,169.35 |
| 97 | 8/15/2017 | A01-J20043904-X65 | 0566226 REV C | 2 | 360 | | 4.374 | 43904-X65056622 | 1,673.39 |
| 98 | 8/15/2017 | A01-J20043904-X65 | 0566520 REV F | 4 | 400 | | 5.83 | 43904-X65056652 | 2,511.69 |

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 50 | 9/26/2017 | | 4 | 9/12/2017 | LATE | 14 | $195.99 | 17.48935575 |
| 51 | 9/21/2017 | | 4 | 9/12/2017 | LATE | 9 | $255.00 | 20.9872269 |
| 52 | 9/15/2017 | | 2 | 9/12/2017 | LATE | 3 | $24.37 | 15.66989949 |
| 53 | 10/30/2017 | | 4 | 9/12/2017 | LATE | 48 | $97.95 | 9.582342003 |
| 54 | 9/27/2017 | | 4 | 9/12/2017 | LATE | 15 | $1,083.84 | 84.48148458 |
| 55 | 9/26/2017 | | 2 | 9/12/2017 | LATE | 14 | $40.51 | 5.89093408 |
| 56 | 9/18/2017 | | 4 | 9/12/2017 | LATE | 6 | $14.47 | 3.067390161 |
| 57 | 9/16/2017 | | 2 | 9/12/2017 | LATE | 4 | $3.37 | 1.565724583 |
| 58 | 9/18/2017 | | 4 | 9/12/2017 | LATE | 6 | $110.40 | 18.58524408 |
| 59 | 9/18/2017 | | 4 | 9/12/2017 | LATE | 6 | $26.34 | 5.251928 |
| 60 | 9/12/2017 | | 2 | 9/12/2017 | TIMELY | 0 | $0.00 | 4.231108367 |
| 61 | 9/3/2017 | | 2 | 9/12/2017 | TIMELY | -9 | $63.06 | 11.21227192 |
| 62 | 9/15/2017 | | 2 | 9/12/2017 | LATE | 3 | $67.15 | 46.87273026 |
| 63 | 8/1/2017 | | 2 | 9/12/2017 | TIMELY | -42 | $39.57 | 5.51646 |
| 64 | 8/29/2017 | | 4 | 9/12/2017 | TIMELY | -14 | $91.58 | 8.44586954 |
| 65 | 12/21/2017 | | 2 | 9/12/2017 | LATE | 100 | $30.50 | 5.46803774 |
| 66 | 9/18/2017 | | 4 | 9/12/2017 | LATE | 6 | $129.69 | 17.88621956 |
| 67 | 9/18/2017 | | 4 | 9/12/2017 | LATE | 6 | $74.45 | 11.79502568 |
| 68 | 9/7/2017 | | 4 | 9/12/2017 | TIMELY | -5 | $26.36 | 5.246315121 |
| 69 | 9/8/2017 | | 2 | 9/12/2017 | TIMELY | -4 | $16.64 | 9.461656375 |
| 70 | 9/8/2017 | | 2 | 9/12/2017 | TIMELY | -4 | $103.17 | 45.8696875 |
| 71 | 9/9/2017 | | 2 | 9/12/2017 | TIMELY | -3 | $12.30 | 11.08465988 |
| 72 | 8/26/2017 | | 2 | 9/12/2017 | TIMELY | -17 | $53.58 | 9.0328 |
| 73 | 8/26/2017 | | 2 | 9/12/2017 | TIMELY | -17 | $53.58 | 9.0328 |
| 74 | 9/18/2017 | | 1 | 9/5/2017 | LATE | 13 | $105.14 | 22.582 |
| 75 | 9/15/2017 | | 4 | 9/12/2017 | LATE | 3 | $28.26 | 13.83954 |
| 76 | 9/15/2017 | | 4 | 9/12/2017 | LATE | 3 | $28.26 | 13.83954 |
| 77 | s PO / correct PO# A01-4508939436-X8 on A71 | | 4 | 9/12/2017 | LATE | 0 | $0.00 | 13.83954 |
| 78 | 9/12/2017 | | 4 | 9/12/2017 | TIMELY | 0 | $0.00 | 13.83954 |
| 79 | 10/26/2017 | | 4 | 9/12/2017 | LATE | 44 | $234.96 | 25.808 |
| 80 | 9/23/2017 | | 4 | 9/12/2017 | LATE | 11 | $62.20 | 5.82983491 |
| 81 | 8/29/2017 | | 2 | 9/12/2017 | TIMELY | -14 | $57.12 | 8.289574958 |
| 82 | 9/18/2017 | | 2 | 9/12/2017 | LATE | 6 | $89.01 | 15.721911 |
| 83 | 12/21/2017 | | 2 | 9/12/2017 | LATE | 100 | $45.75 | 8.20205661 |
| 84 | 9/25/2017 | | 4 | 9/12/2017 | LATE | 13 | $23.71 | 2.4606315 |
| 85 | 9/13/2017 | | 2 | 9/12/2017 | LATE | 1 | $1.19 | 4.23593156 |
| 86 | 9/21/2017 | | 6 | 9/12/2017 | LATE | 9 | $101.99 | 7.26159696 |
| 87 | 9/4/2017 | | 2 | 9/12/2017 | TIMELY | -8 | $54.30 | 9.68212928 |
| 88 | 9/4/2017 | | 2 | 9/12/2017 | TIMELY | -8 | $47.33 | 8.202105 |
| 89 | 9/21/2017 | | 4 | 9/12/2017 | LATE | 9 | $82.15 | 8.03274 |
| 90 | 9/3/2017 | | 2 | 9/12/2017 | TIMELY | -9 | $67.39 | 12.31409364 |
| 91 | 9/21/2017 | | 2 | 9/12/2017 | LATE | 9 | $99.12 | 18.1539924 |
| 92 | 10/19/2017 | | 4 | 9/12/2017 | LATE | 37 | $203.38 | 18.1539924 |
| 93 | 9/21/2017 | | 2 | 9/12/2017 | LATE | 9 | $85.15 | 12.3031575 |
| 94 | 9/15/2017 | | 4 | 9/12/2017 | LATE | 3 | $20.48 | 12.2499285 |
| 95 | 10/19/2017 | | 4 | 9/12/2017 | LATE | 37 | $198.05 | 19.36425856 |
| 96 | 9/30/2017 | | 4 | 9/12/2017 | LATE | 18 | $216.93 | 19.36425856 |
| 97 | 9/4/2017 | | 2 | 9/12/2017 | TIMELY | -8 | $167.34 | 28.221048 |
| 98 | 9/21/2017 | | 4 | 9/12/2017 | LATE | 9 | $251.17 | 24.2053232 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 99 | 8/15/2017 | A01-J20043905-X65 | 0566735 REV B | 2 | 400 | | 3.647 | 43905-X65056673 | 1,458.30 |
| 100 | 8/15/2017 | A01-J20043905-X65 | 0566948 Rev G | 4 | 400 | | 4.6 | 043905-X65056694 | 1,840.00 |
| 101 | 8/15/2017 | A01-J20043905-X65 | 0566637 REV C | 2 | 480 | | 3.376 | 43905-X65056663 | 1,725.10 |
| 102 | 8/15/2017 | A01-J20043905-X65 | 0566739 REV B | 2 | 480 | | 3.37 | 43905-X65056673 | 1,585.90 |
| 103 | 8/15/2017 | A01-J20043905-X65 | 0565225 REV D | 2 | 500 | | 3.46 | 43905-X65056522 | 1,732.88 |
| 104 | 8/15/2017 | A01-J20043905-X65 | 0566877 Rev D | 6 | 500 | | 6.23 | 43905-X65056687 | 3,256.45 |
| 105 | 8/15/2017 | A01-J20043905-X65 | 0566083 REV C | 2 | 560 | | 7.038 | 43905-X65056608 | 4,080.33 |
| 106 | 8/15/2017 | A03-J20043907-X65 | 0566073 REV C | 2 | 800 | | 3.37 | 43907-X65056607 | 2,715.16 |
| 107 | 8/15/2017 | A03-J20043907-X65 | 0566007 REV F | 2 | 900 | | 3.376 | 43907-X65056600 | 3,054.56 |
| 108 | 8/15/2017 | A03-J20043907-X65 | 0566686 REV B | 2 | 1000 | | 2.22 | 43907-X65056668 | 2,231.64 |
| 109 | 8/15/2017 | A03-J20043907-X65 | 05661123 REV B | 2 | 1200 | | 2.82 | 43907-X650566112 | 3,384.00 |
| 110 | 8/15/2017 | A03-J20043907-X65 | 0565770 Rev N | 2 | 1360 | | 2.01 | 043907-X65056577 | 2,756.88 |
| 111 | 8/15/2017 | A03-J20043907-X65 | 0566352 Rev E | 2 | 320 | | 3.37 | 43907-X65056635 | 1,089.27 |
| 112 | 8/15/2017 | A03-J20043907-X65 | 0566529 REV C | 2 | 1760 | | 3.37 | 43907-X65056652 | 5,814.96 |
| 113 | 8/15/2017 | A03-J20043907-X65 | 0566780 Rev A | 2 | 900 | | 2.82 | 43907-X65056678 | 2,552.83 |
| 114 | 8/15/2017 | A03-J20043907-X65 | 0566525 REV C | 2 | 2900 | | 2.31 | 43907-X65056652 | 6,567.86 |
| 115 | 8/15/2017 | A01-517-880175-X47 | 0059-4619 Rev D | 2 | 1600 | | 0.77 | 80175-X470059-46 | 1,232.00 |
| 116 | 8/15/2017 | 721818(HK) | 2188503 | 4 | 354 | | 0.718 | 21818(HK)218850 | 254.17 |
| 117 | 8/15/2017 | 719704(HK) | 2188503 | 4 | 438 | | 0.718 | 19704(HK)218850 | 314.48 |
| 118 | 8/15/2017 | A01-4501849147-X70 | 6400-2698-01+D | 2 | 2500 | | 1.25 | 849147-X706400-2 | 3,125.00 |
| 119 | 8/15/2017 | A01-20170608-1-X70 | 6400-2672-01+B | 2 | 2275 | | 0.38 | 0608-1-X706400-2 | 864.50 |
| 120 | 8/15/2017 | A01-20170608-2-X70 | 6400-2692-01+B | 2 | 2000 | | 0.48 | 0608-2-X706400-2 | 960.00 |
| 121 | 8/15/2017 | A01-20170608-3-X70 | 6400-2698-01+D | 2 | 5000 | | 1.25 | 0608-3-X706400-2 | 6,250.00 |
| 122 | 8/15/2017 | A01-201706080-4-X70 | 6400-2713-01+C | 2 | 5550 | | 0.48 | 06080-4-X706400-2 | 2,664.00 |
| 123 | 8/15/2017 | A01-20170608-5-X70 | 6400-2716-01+D | 2 | 15300 | | 0.38 | 0608-5-X706400-2 | 5,814.00 |
| 124 | 8/15/2017 | A01-20170609-1-X70 | 6400-2695-01+D | 2 | 10500 | | 0.48 | 0609-1-X706400-2 | 5,040.00 |
| 125 | 8/15/2017 | A01-5500120632-U13-X51 | 233.663.011-02 | 2 | 2320 | | 0.176 | 0632-U13-X51233 | 408.32 |
| 126 | 8/15/2017 | R04-5500120632-U13-X51 | 233.663.011-02 | 2 | 2400 | | 0.176 | 0632-U13-X51233 | 422.40 |
| 127 | 8/15/2017 | A06-5500120631-U13-X51 | 233.661.011-02 | 2 | 8000 | | 0.441 | 0631-U13-X51233 | 3,528.00 |
| 128 | 8/15/2017 | A01-4500314642(HK) | 638460 Rev 02 | 2 | 27840 | | 0.143 | 314642(HK)63846 | 4,315.20 |
| 129 | 8/15/2017 | A01-OP-30186423-40(HK) | 15.6634.4.000 | 2 | 6480 | | 0.793 | 186423-40(HK)15 | 5,138.64 |
| 130 | 8/15/2017 | A01-OP-30186423-40(HK) | 15.6634.4.000 | 2 | 2520 | | 0.793 | 186423-40(HK)15 | 1,998.36 |
| 131 | 8/15/2017 | A01-014251-X9 | 12490 rev A. | 2 | 4376 | | 0.42 | 014251-X912490 r | 1,936.62 |
| 132 | 8/15/2017 | A01-014251-X9 | 12829 Rev A2 | 2 | 9101 | | 0.907 | 14251-X912829 R | 8,254.61 |
| 133 | 8/15/2017 | A01-014344-X9 | 12465 rev B. | 2 | 4376 | | 0.42 | 014344-X912465 r | 1,936.62 |
| 134 | 8/15/2017 | A01-014376-X9 | 12466 rev A. | 2 | 4376 | | 0.387 | 014376-X912466 r | 1,781.58 |
| 135 | 8/15/2017 | A01-014376-X9 | 12827 Rev A3 | 2 | 9101 | | 0.907 | 14376-X912827 R | 8,254.61 |
| 136 | 8/15/2017 | A01-014436-X9 | 13410 Rev B | 2 | 3255 | | 1.84 | 014376-X913410 R | 5,989.20 |
| 137 | 8/15/2017 | A01-014436-X9 | 13030 REV D | 2 | 5330 | | 3.157 | 14436-X913030 R | 16,826.81 |
| 138 | 8/15/2017 | A01-014436-X9 | 13031 Rev D1 | 2 | 5267 | | 1.433 | 14436-X913031 R | 7,607.62 |
| 139 | 8/18/2017 | A28-VA6264EU-X57(HK) | E00987504 | 4 | 65000 | | 1.34 | 264EU-X57(HK)E | 87,100.00 |
| 140 | 8/18/2017 | PO000588-X72 | 4714226 Rev A | 4 | 10000 | | 4.402 | 588-X724714226 | 44,020.00 |
| 141 | 8/18/2017 | A03-RB000241-432285(HK) | E00987506 | 4 | 54000 | | 1.223 | 0241-432285(HK) | 66,042.00 |
| 142 | 8/18/2017 | A20-VA6264EU-X57(HK) | E04061401 | 4 | 5000 | | 2.99 | 264EU-X57(HK)E | 14,950.00 |
| 143 | 8/18/2017 | PO000495-X63 | 2990435 REV 01 (RoHS) | 4 | 2273 | | 0.207 | K632990435 REV | 470.51 |
| 144 | 8/18/2017 | 5500001257-X33-104(HK) | 702061813-N2 | 4 | 72000 | | 0.439 | -X33-104(HK)702 | 31,608.00 |
| 145 | 8/18/2017 | 5500001257-X33-203(HK) | 702062009-N1(代码291) | 4 | 80000 | | 0.251 | -203(HK)7020620 | 20,080.00 |
| 146 | 8/18/2017 | 5500001257-X33-500(HK) | 702270207-N4 | 6 | 20000 | | 0.9024 | -X33-500(HK)702 | 18,048.00 |
| 147 | 8/18/2017 | 5500014272-25-X70 | D-8794705PNP02+01 | 4 | 15000 | | 1.43 | -25-X70D-879470 | 23,100.00 |

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 99 | 9/25/2017 | | 2 | 9/12/2017 | LATE | 13 | $145.83 | 14.58152 |
| 100 | 10/17/2017 | | 4 | 9/12/2017 | LATE | 35 | $184.00 | 16.40421 |
| 101 | 9/4/2017 | | 2 | 9/12/2017 | TIMELY | -8 | $172.51 | 29.04638784 |
| 102 | 9/8/2017 | | 2 | 9/12/2017 | TIMELY | -4 | $47.58 | 29.04638784 |
| 103 | 9/25/2017 | | 2 | 9/12/2017 | LATE | 13 | $173.29 | 18.2269 |
| 104 | 9/28/2017 | | 6 | 9/12/2017 | LATE | 16 | $325.65 | 20.5052625 |
| 105 | 9/3/2017 | | 2 | 9/12/2017 | TIMELY | -9 | $408.03 | 70.63288288 |
| 106 | 9/25/2017 | | 2 | 9/12/2017 | LATE | 13 | $271.52 | 48.4106464 |
| 107 | 9/28/2017 | | 2 | 9/12/2017 | LATE | 16 | $305.46 | 54.4619772 |
| 108 | 9/3/2017 | | 2 | 9/12/2017 | TIMELY | -9 | $223.16 | 39.7888388 |
| 109 | 9/8/2017 | | 2 | 9/12/2017 | TIMELY | -4 | $101.52 | 49.21263 |
| 110 | 9/4/2017 | | 2 | 9/12/2017 | TIMELY | -8 | $275.69 | 49.138432 |
| 111 | 9/1/2017 | | 2 | 9/12/2017 | TIMELY | -11 | $108.93 | 19.36425856 |
| 112 | 9/3/2017 | | 2 | 9/12/2017 | TIMELY | -9 | $581.50 | 106.5034221 |
| 113 | 9/13/2017 | | 2 | 9/12/2017 | LATE | 1 | $12.76 | 36.9094725 |
| 114 | 9/3/2017 | | 2 | 9/12/2017 | TIMELY | -9 | $656.79 | 120.0933987 |
| 115 | 8/29/2017 | | 2 | 9/12/2017 | TIMELY | -14 | $123.20 | 22.22276709 |
| 116 | 11/9/2017 | | 4 | 9/12/2017 | LATE | 58 | $25.42 | 2.687383037 |
| 117 | 11/9/2017 | | 4 | 9/12/2017 | LATE | 58 | $31.45 | 3.325067147 |
| 118 | 8/29/2017 | | 2 | 9/12/2017 | TIMELY | -14 | $312.50 | 40.32881636 |
| 119 | 9/13/2017 | | 2 | 9/12/2017 | LATE | 1 | $4.32 | 11.20247856 |
| 120 | 9/8/2017 | | 2 | 9/12/2017 | TIMELY | -4 | $28.80 | 12.3259008 |
| 121 | 9/1/2017 | | 2 | 9/12/2017 | TIMELY | -11 | $625.00 | 80.65763272 |
| 122 | 9/1/2017 | | 2 | 9/12/2017 | TIMELY | -11 | $266.40 | 34.20437472 |
| 123 | 9/20/2017 | | 2 | 9/12/2017 | LATE | 8 | $581.40 | 75.33974592 |
| 124 | 9/8/2017 | | 2 | 9/12/2017 | TIMELY | -4 | $151.20 | 64.7109792 |
| 125 | 8/31/2017 | | 2 | 9/12/2017 | TIMELY | -12 | $40.83 | 5.495633491 |
| 126 | 8/31/2017 | | 2 | 9/12/2017 | TIMELY | -12 | $42.24 | 5.685138094 |
| 127 | 8/31/2017 | | 2 | 9/12/2017 | TIMELY | -12 | $352.80 | 43.12497547 |
| 128 | 9/5/2017 | | 2 | 9/12/2017 | TIMELY | -7 | $345.22 | 68.89867705 |
| 129 | | | 2 | 9/12/2017 | TIMELY | -42990 | $513.86 | 93.71624994 |
| 130 | | | 2 | 9/12/2017 | TIMELY | -42990 | $199.84 | 36.44520831 |
| 131 | 8/31/2017 | | 2 | 9/12/2017 | TIMELY | -12 | $193.66 | 33.55522846 |
| 132 | 8/31/2017 | | 2 | 9/12/2017 | TIMELY | -12 | $825.46 | 138.871977 |
| 133 | 8/31/2017 | | 2 | 9/12/2017 | TIMELY | -12 | $193.66 | 33.55522846 |
| 134 | 9/8/2017 | | 2 | 9/12/2017 | TIMELY | -4 | $53.45 | 30.89570782 |
| 135 | 10/12/2017 | | 2 | 9/12/2017 | LATE | 30 | $825.46 | 138.871977 |
| 136 | 9/16/2017 | | 2 | 9/12/2017 | LATE | 4 | $179.68 | 101.5620934 |
| 137 | 9/11/2017 | | 2 | 9/12/2017 | TIMELY | -1 | $84.13 | 311.6001788 |
| 138 | 9/18/2017 | | 2 | 9/12/2017 | LATE | 6 | $456.46 | 138.92546 |
| 139 | 10/30/2017 | | 4 | 9/15/2017 | LATE | 45 | $8,710.00 | 971.1033901 |
| 140 | 1/20/2018 | | 4 | 9/15/2017 | LATE | 127 | $4,402.00 | 420.5721231 |
| 141 | 9/25/2017 | | 4 | 9/15/2017 | LATE | 10 | $6,604.20 | 660.0702009 |
| 142 | 9/25/2017 | | 4 | 9/15/2017 | LATE | 10 | $1,495.00 | 149.0518297 |
| 143 | 10/18/2017 | | 4 | 9/15/2017 | LATE | 33 | $47.05 | 4.202552541 |
| 144 | 9/29/2017 | | 4 | 9/15/2017 | LATE | 14 | $3,160.80 | 331.2980315 |
| 145 | 11/13/2017 | | 4 | 9/15/2017 | LATE | 59 | $2,008.00 | 216.5981581 |
| 146 | 10/17/2017 | | 6 | 9/15/2017 | LATE | 32 | $1,804.80 | 94.873434 |
| 147 | 10/17/2017 | | 4 | 9/15/2017 | LATE | 32 | $2,310.00 | 244.3396111 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 148 | 8/18/2017 | A08-120000350(HK) | P00141054 P08 | 2 | 17800 | | 0.862 | 000350(HK)P0014 | 15,343.60 |
| 149 | 8/18/2017 | A22-VA6264EU-X57(HK) | 3325370CB | 4 | 3500 | | 0.88 | 264EU-X57(HK)3 | 3,080.00 |
| 150 | 8/18/2017 | A22-VA6264EU-X57(HK) | E02344502 | 4 | 250 | | 1.59 | 264EU-X57(HK)E | 424.68 |
| 151 | 8/18/2017 | PO000529-X57 | E02861703 Rev AF | 4 | 1340 | | 0.224 | 9-X57E02861703 | 310.88 |
| 152 | 8/18/2017 | A01-PO33111-X52 | 5829198 Rev 05 | 2 | 8100 | | 1.38 | 33111-X525829198 | 11,361.67 |
| 153 | 8/18/2017 | A01-PO33112-X52 | 5829198 Rev 05 | 2 | 4050 | | 1.38 | 33112-X525829198 | 5,680.83 |
| 154 | 8/18/2017 | A01-PO33112-X52 | 5829238 Rev 06 | 2 | 13600 | | 0.424 | 33112-X525829238 | 5,766.40 |
| 155 | 8/14/2017 | PO000551-X61(HK) | 17735101C Rev C | 4 | 300 | | 1.921 | -X61(HK)1773510 | 576.30 |
| 156 | 8/18/2017 | A26-VA6264EU-X57(HK) | 3325370CB | 4 | 2300 | | 0.88 | 264EU-X57(HK)3 | 2,024.00 |
| 157 | 8/18/2017 | A01-P1700136-X21 | 2EE-00228AB | 2 | 3600 | | 0.154 | 700136-X212EE-0 | 568.52 |
| 158 | 8/18/2017 | A01-P1700136-X21 | 2EE-00257 Rev A | 2 | 13500 | | 0.06 | 0136-X212EE-002 | 831.54 |
| 159 | 8/18/2017 | A01-P1700136-X21 | AND971181A | 2 | 8800 | | 0.076 | 700136-X21AND9 | 681.75 |
| 160 | 8/16/2017 | PO000625-X31 | 6400282603 Rev E | 2 | 500 | | 0.048 | 25-X316400282603 | 24.00 |
| 161 | 8/18/2017 | A01-4501828331-X70 | 2674468-2 | 2 | 8000 | | 0.726 | 01828331-X70267 | 6,066.73 |
| 162 | 8/18/2017 | PO000587-X63 | 10103707P1 | 4 | 30000 | | 0.673 | 00587-X631010370 | 20,190.00 |
| 163 | 8/18/2017 | A01-4501830064-X70 | D-8794705SYP01+1 Rev A | 4 | 1000 | | 1.95 | 4-X70D-8794705S | 1,950.00 |
| 164 | 8/18/2017 | A01-4501834294-X70 | D-8794705SYP01+1 Rev A | 4 | 4000 | | 1.95 | 4-X70D-8794705S | 7,800.00 |
| 165 | 8/18/2017 | A02-MTD017024 | 009-00839-00 Rev A | 2 | 400 | | 0.342 | 017024009-00839- | 137.91 |
| 166 | 7/25/2017 | A28-VA6264EU-X57(HK) | E05053701 | 4 | 2000 | | 2.608 | 264EU-X57(HK)E | 5,216.00 |
| 167 | 8/18/2017 | A01-4501839322-X70 | PCB101030+D | 2 | 1000 | | 0.88 | 839322-X70PCB1 | 893.15 |
| 168 | 8/18/2017 | A04-5500014404-X70 | D-8794705TGP01+A | 2 | 20000 | | 0.92 | 4404-X70D-87947 | 18,400.00 |
| 169 | 8/18/2017 | A01-P1700151-X21 | 2EE-00003AA | 4 | 14700 | | 0.205 | 700151-X212EE-0 | 3,171.00 |
| 170 | 8/18/2017 | A01-P1700151-X21 | 2EE-00228AB | 2 | 3600 | | 0.154 | 700151-X212EE-0 | 568.52 |
| 171 | 8/18/2017 | A01-P1700151-X21 | 2EE-00255 Rev A | 2 | 13500 | | 0.057 | 0151-X212EE-002 | 831.54 |
| 172 | 8/18/2017 | A01-P1700151-X21 | 2EE-00257 Rev A | 2 | 13500 | | 0.06 | 0151-X212EE-002 | 831.54 |
| 173 | 8/18/2017 | A01-P1700151-X21 | AND971181A | 2 | 12600 | | 0.076 | 700151-X21AND9 | 976.15 |
| 174 | 8/18/2017 | 425523-D(HK) | 349564 Index 06. | 2 | 20000 | | 0.049 | -D(HK)349564 In | 946.46 |
| 175 | 8/18/2017 | A01-20170601-531-X11(HK) | HE3113001-04 | 2 | 2000 | | 0.975 | 1-531-X11(HK)H | 1,950.00 |
| 176 | 8/18/2017 | A01-4501844278-X70 | 2674468-2 | 2 | 4000 | | 0.726 | 01844278-X70267 | 3,033.37 |
| 177 | 8/14/2017 | PO000753-X61(HK) | 17735101C Rev C | 4 | 300 | | 1.921 | -X61(HK)1773510 | 576.30 |
| 178 | 8/18/2017 | A32-VA6264EU-X57(HK) | E00987503 | 4 | 11148 | | 1.34 | 264EU-X57(HK)E | 14,938.32 |
| 179 | 8/18/2017 | A02-517-880175-X47 | 0059-4619 Rev D | 2 | 16000 | | 0.77 | 80175-X470059-46 | 12,320.00 |
| 180 | 8/18/2017 | A02-517-880180-X47 | 0059-4527 Rev L | 2 | 5200 | | 0.56 | 80180-X470059-4 | 2,912.00 |
| 181 | 8/18/2017 | A01-136-173479-X29 | 1179-83-300 Rev A | 2 | 2400 | | 0.267 | 3479-X291179-83- | 640.80 |
| 182 | 8/18/2017 | A02-PO0016166-X12(HK) | 299351E. | 4 | 103500 | | 0.17 | 016166-X12(HK) | 21,528.00 |
| 183 | 8/18/2017 | A05-12000402-X19(HK) | P00146538 P02-A05 | 2 | 10120 | | 0.632 | 2-X19(HK)P0146 | 6,395.84 |
| 184 | 8/18/2017 | A01-J20043900-X65 | 0562726 Rev C | 2 | 100 | | 4.37 | 043900-X65056272 | 440.73 |
| 185 | 8/18/2017 | A01-J20043900-X65 | 0562798 REV D | 2 | 360 | | 4.37 | 43900-X650562798 | 1,583.39 |
| 186 | 8/18/2017 | A01-J20043900-X65 | 0562906 REV E | 2 | 200 | | 1.72 | 43900-X650562906 | 367.79 |
| 187 | 8/18/2017 | A01-J20043900-X65 | 0562973 REV F | 2 | 450 | | 1.65 | 43900-X650562973 | 748.99 |
| 188 | 8/18/2017 | A01-J20043900-X65 | 0565098 REV E | 2 | 320 | | 3.37 | 43900-X650565098 | 1,086.07 |
| 189 | 8/18/2017 | A01-J20043900-X65 | 0565234 REV E | 2 | 200 | | 3.1 | 43900-X650565234 | 625.41 |
| 190 | 8/18/2017 | A01-J20043900-X65 | 0565246 REV D | 2 | 180 | | 3.376 | 43900-X650565246 | 646.01 |
| 191 | 8/18/2017 | A01-J20043900-X65 | 0565349 rev H | 1 | 75 | | 2.71 | 043900-X65056534 | 204.76 |
| 192 | 8/18/2017 | A01-J20043900-X65 | 0565624 Rev A | 2 | 100 | | 2.21 | 043900-X65056562 | 223.48 |
| 193 | 8/18/2017 | A01-J20043900-X65 | 0565762 REV G | 2 | 200 | | 2.29 | 43900-X650565762 | 449.26 |
| 194 | 8/18/2017 | A01-J20043900-X65 | 0565827 Rev C | 2 | 100 | | 2.28 | 043900-X650565827 | 230.55 |
| 195 | 8/18/2017 | A01-J20043900-X65 | 0565884 Rev B | 1 | 100 | | 2.71 | 043900-X65056588 | 273.02 |
| 196 | 8/18/2017 | A01-J20043900-X65 | 0565989 REV H | 4 | 200 | | 3.605 | 43900-X650565989 | 738.53 |

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 148 | 9/22/2017 | | 2 | 9/15/2017 | LATE | 7 | $1,227.49 | 203.6079566 |
| 149 | 9/27/2017 | | 4 | 9/15/2017 | LATE | 12 | $308.00 | 29.31137954 |
| 150 | 9/15/2017 | | 4 | 9/15/2017 | TIMELY | 0 | $0.00 | 4.023580271 |
| 151 | 9/7/2017 | | 4 | 9/15/2017 | TIMELY | -8 | $31.09 | 2.475374036 |
| 152 | 9/26/2017 | | 2 | 9/15/2017 | LATE | 11 | $1,136.17 | 207.369832 |
| 153 | 9/29/2017 | | 2 | 9/15/2017 | LATE | 14 | $568.08 | 103.684916 |
| 154 | 9/20/2017 | | 2 | 9/15/2017 | LATE | 5 | $230.66 | 100.6211204 |
| 155 | 9/13/2017 | | 4 | 9/11/2017 | LATE | 2 | $5.76 | 5.113658737 |
| 156 | 10/26/2017 | | 4 | 9/15/2017 | LATE | 41 | $202.40 | 19.2617637 |
| 157 | 9/12/2017 | | 2 | 9/15/2017 | TIMELY | -3 | $11.37 | 7.723472413 |
| 158 | 9/30/2017 | | 2 | 9/15/2017 | LATE | 15 | $83.15 | 10.86306475 |
| 159 | 9/13/2017 | | 2 | 9/15/2017 | TIMELY | -2 | $6.82 | 9.417057168 |
| 160 | 7/14/2017 | | 2 | 9/13/2017 | TIMELY | -61 | $2.40 | 0.308880283 |
| 161 | 9/3/2017 | | 2 | 9/15/2017 | TIMELY | -12 | $606.67 | 97.66988049 |
| 162 | 11/3/2017 | | 4 | 9/15/2017 | LATE | 49 | $2,019.00 | 173.7594895 |
| 163 | 9/9/2017 | | 4 | 9/15/2017 | TIMELY | -6 | $117.00 | 18.032829 |
| 164 | 9/16/2017 | | 4 | 9/15/2017 | LATE | 1 | $39.00 | 72.13131601 |
| 165 | 9/15/2017 | | 2 | 9/15/2017 | TIMELY | 0 | $0.00 | 2.384808155 |
| 166 | 9/22/2017 | | 4 | 8/22/2017 | LATE | 31 | $521.60 | 53.76011057 |
| 167 | 9/11/2017 | | 2 | 9/15/2017 | TIMELY | -4 | $26.79 | 11.071632 |
| 168 | 9/28/2017 | | 2 | 9/15/2017 | LATE | 13 | $1,840.00 | 312.5916576 |
| 169 | 10/11/2017 | | 4 | 9/15/2017 | LATE | 26 | $317.10 | 30.51044219 |
| 170 | 9/18/2017 | | 2 | 9/15/2017 | LATE | 3 | $11.37 | 7.723472413 |
| 171 | 9/9/2017 | | 2 | 9/15/2017 | TIMELY | -6 | $49.89 | 10.86306475 |
| 172 | 10/23/2017 | | 2 | 9/15/2017 | LATE | 38 | $83.15 | 10.86306475 |
| 173 | 12/6/2017 | | 2 | 9/15/2017 | LATE | 82 | $97.61 | 13.48351367 |
| 174 | 10/12/2017 | | 2 | 9/15/2017 | LATE | 27 | $94.65 | 17.3791072 |
| 175 | 9/8/2017 | | 2 | 9/15/2017 | TIMELY | -7 | $156.00 | 31.50246197 |
| 176 | 9/20/2017 | | 2 | 9/15/2017 | LATE | 5 | $121.33 | 48.83494024 |
| 177 | 9/13/2017 | | 4 | 9/11/2017 | LATE | 2 | $5.76 | 5.113658737 |
| 178 | 9/8/2017 | | 4 | 9/15/2017 | TIMELY | -7 | $1,195.07 | 166.5517014 |
| 179 | 9/26/2017 | | 2 | 9/15/2017 | LATE | 11 | $1,232.00 | 222.2276709 |
| 180 | 9/8/2017 | | 2 | 9/15/2017 | TIMELY | -7 | $232.96 | 53.0431824 |
| 181 | 9/15/2017 | | 2 | 9/15/2017 | TIMELY | 0 | $0.00 | 12.0565298 |
| 182 | 9/30/2017 | | 4 | 9/15/2017 | LATE | 15 | $2,152.80 | 224.5389596 |
| 183 | 10/23/2017 | | 2 | 9/15/2017 | LATE | 38 | $639.58 | 85.33880991 |
| 184 | 9/4/2017 | | 2 | 9/15/2017 | TIMELY | -11 | $44.07 | 7.83918 |
| 185 | 9/25/2017 | | 2 | 9/15/2017 | LATE | 10 | $158.34 | 28.221048 |
| 186 | 9/4/2017 | | 2 | 9/15/2017 | TIMELY | -11 | $36.78 | 6.19392 |
| 187 | 9/9/2017 | | 2 | 9/15/2017 | TIMELY | -6 | $44.94 | 13.35564 |
| 188 | 9/1/2017 | | 2 | 9/15/2017 | TIMELY | -14 | $108.61 | 19.36425856 |
| 189 | 9/21/2017 | | 2 | 9/15/2017 | LATE | 6 | $37.52 | 10.06512 |
| 190 | 10/17/2017 | | 2 | 9/15/2017 | LATE | 32 | $64.60 | 10.89239544 |
| 191 | 9/21/2017 | | 1 | 9/8/2017 | LATE | 13 | $20.48 | 4.5384981 |
| 192 | 8/29/2017 | | 2 | 9/15/2017 | TIMELY | -17 | $22.35 | 3.9762063 |
| 193 | 9/8/2017 | | 2 | 9/15/2017 | TIMELY | -7 | $35.94 | 8.20939576 |
| 194 | 8/29/2017 | | 2 | 9/15/2017 | TIMELY | -17 | $23.05 | 4.1010525 |
| 195 | 9/21/2017 | | 1 | 9/8/2017 | LATE | 13 | $27.30 | 6.0513308 |
| 196 | 9/21/2017 | | 4 | 9/15/2017 | LATE | 6 | $44.31 | 7.22624 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 197 | 8/18/2017 | A01-J20043900-X65 | 0566059 Rev A | 2 | 200 | | 3.37 | 43900-X65056605 | 680.39 |
| 198 | 8/18/2017 | A01-J20043900-X65 | 05661036 Rev A | 2 | 30 | | 4.16 | 43900-X65056610 | 130.20 |
| 199 | 8/18/2017 | A01-J20043900-X65 | 0566126 REV E | 4 | 120 | | 4.915 | 43900-X65056612 | 607.11 |
| 200 | 8/18/2017 | A01-J20043900-X65 | 0566182 REV C | 2 | 180 | | 3.226 | 43900-X65056618 | 612.71 |
| 201 | 8/18/2017 | A01-J20043900-X65 | 0566187 REV B | 2 | 160 | | 3.376 | 43900-X65056618 | 544.63 |
| 202 | 8/18/2017 | A01-J20043900-X65 | 0566245 REV B | 2 | 96 | | 3.37 | 43900-X65056624 | 326.78 |
| 203 | 8/18/2017 | A01-J20043900-X65 | 0566247 Rev B | 2 | 50 | | 3.37 | 43900-X65056624 | 170.10 |
| 204 | 8/18/2017 | A01-J20043900-X65 | 0566289 REV D | 2 | 360 | | 4.16 | 43900-X650566289 | 1,441.42 |
| 205 | 8/18/2017 | A01-J20043900-X65 | 0566400 Rev A | 2 | 200 | | 2.27 | 43900-X65056640 | 459.05 |
| 206 | 8/18/2017 | A01-J20043900-X65 | 0566402 Rev A | 2 | 300 | | 2.27 | 43900-X65056640 | 686.17 |
| 207 | 8/18/2017 | A01-J20043900-X65 | 0566431 Rev A | 2 | 150 | | 3.376 | 43900-X65056643 | 510.59 |
| 208 | 8/18/2017 | A01-J20043900-X65 | 0566558 REV C | 4 | 120 | | 5.58 | 43900-X65056655 | 702.00 |
| 209 | 8/18/2017 | A01-J20043900-X65 | 0566581 REV B | 2 | 60 | | 2.28 | 43900-X65056658 | 137.79 |
| 210 | 8/18/2017 | A01-J20043900-X65 | 0566847 REV B | 2 | 300 | | 2.176 | 43900-X65056684 | 688.57 |
| 211 | 8/18/2017 | A01-J20043900-X65 | 0566849 Rev B | 4 | 240 | | 4.91 | 43900-X65056684 | 1,178.40 |
| 212 | 8/18/2017 | A01-J20043900-X65 | 0566879 REV A | 2 | 300 | | 2.288 | 43900-X65056687 | 709.94 |
| 213 | 8/18/2017 | A01-J20043900-X65 | 0566933 Rev D | 2 | 300 | | 2.82 | 43900-X65056693 | 841.94 |
| 214 | 8/18/2017 | A01-J20043900-X65 | 0566999 Rev A | 2 | 300 | | 4.16 | 43900-X65056699 | 1,301.99 |
| 215 | 8/26/2017 | A08-120000403-X19(HK) | P00146539 P02-A05 | 2 | 16200 | | 0.632 | 3-X19(HK)P0014 | 10,238.40 |
| 216 | 8/26/2017 | A06-120000402-X19(HK) | P00146538 P02-A05 | 2 | 42400 | | 0.632 | 2-X19(HK)P0014 | 26,796.80 |
| 217 | 8/25/2017 | PO000723-X57 | 3E35701G0 Rev AP | 4 | 14249 | | 1.35 | 3-X573E35701G0 | 19,236.15 |
| 218 | 8/25/2017 | PO000702-X57 | 3E35701G0 Rev AP | 4 | 14551 | | 1.35 | 2-X573E35701G0 | 19,643.85 |
| 219 | 8/26/2017 | A01-PO33260-X52 | 5829198 Rev 05 | 2 | 4050 | | 1.38 | 3260-X525829198 | 5,680.83 |
| 220 | 8/26/2017 | A01-PO33260-X52 | 5829213 Rev 01 | 2 | 30000 | | 0.0481 | 3260-X525829213 | 1,447.54 |
| 221 | 8/25/2017 | PO000649-X57 | E01526706 Rev.AG | 4 | 5550 | | 2.651 | 9-X57E01526706 | 15,118.54 |
| 222 | 8/25/2017 | PO000648-X57 | 3E35701G0 Rev AP | 4 | 450 | | 1.35 | 8-X573E35701G0 | 607.50 |
| 223 | 8/26/2017 | A02-55081251 | 3772657 Rev 1 | 2 | 128 | | 0.817 | 50812513772657 | 104.58 |
| 224 | 8/26/2017 | A02-55081329 | 2674466 Rev 3 | 2 | 2985 | | 0.971 | 50813292674466 | 2,898.44 |
| 225 | 8/26/2017 | A02-55081329 | 2674468 Rev 3 | 2 | 8113 | | 0.726 | 50813292674468 | 5,890.04 |
| 226 | 8/26/2017 | A02-55081329 | 2729278 REV 6 PRELIM D | 2 | 1489 | | 0.873 | 292729278 REV 6 | 1,299.90 |
| 227 | 8/26/2017 | A02-55081329 | 3394771 Rev 3 | 2 | 17097 | | 0.925 | 50813293394771 | 15,814.73 |
| 228 | 8/26/2017 | A02-55081329 | 3394772 Rev 3 | 2 | 13611 | | 1.017 | 50813293394772 | 13,842.39 |
| 229 | 8/26/2017 | A02-55081329 | 3610261 Rev 1 | 2 | 1617 | | 1.017 | 50813293610261 | 1,644.49 |
| 230 | 8/26/2017 | A02-PO33111-X52 | 5829204 Rev 04. | 2 | 12000 | | 0.099 | 3111-X525829204 | 1,203.17 |
| 231 | 8/26/2017 | A02-PO33112-X52 | 582918609 Rev.09. | 2 | 27000 | | 0.206 | 3112-X5258291860 | 5,562.00 |
| 232 | 8/26/2017 | A02-PO33112-X52 | 5829197 Rev 05. | 2 | 4050 | | 1.38 | 3112-X525829197 | 5,680.83 |
| 233 | 8/26/2017 | A01-4501824260-X70 | 24689283+E1 | 4 | 2500 | | 0.79 | 1824260-X702468 | 1,975.00 |
| 234 | 8/26/2017 | A01-34263-X30 | 012302 Rev 8 | 2 | 600 | | 1.15 | 4263-X30012302 | 732.34 |
| 235 | 8/26/2017 | A01-4501854345-X70 | 23584816 +B | 2 | 1200 | | 0.36 | 1854345-X702358 | 444.23 |
| 236 | 8/25/2017 | A01-4501833500-X70(HK) | 1055449+5. | 2 | 5000 | | 1.99 | 833500-X70(HK)1 | 10,060.76 |
| 237 | 8/25/2017 | A01-4501843179-X70(HK) | 1131070+0 | 2 | 8500 | | 1.99 | 843179-X70(HK)1 | 16,915.00 |
| 238 | 8/25/2017 | PO000722-X57 | E01526706 Rev.AG | 4 | 23850 | | 2.651 | 2-X57E01526706 | 64,968.88 |
| 239 | 8/26/2017 | A02-0071700-X15 | P27831A2Z Rev A2 | 2 | 1600 | | 1.82 | 700-X15P27831A2 | 2,949.77 |
| 240 | 8/26/2017 | A01-0071700-X15 | P27835A2Z Rev A2 | 2 | 2000 | | 1.99 | 700-X15P27835A2 | 4,389.42 |
| 241 | 8/26/2017 | A01-EBE00004751(HK) | 35821509 | 2 | 2112 | | 0.242 | E00004751(HK)3 | 511.10 |
| 242 | 8/26/2017 | A01-EBE00004751(HK) | 35821510 | 2 | 2112 | | 0.242 | E00004751(HK)3 | 511.10 |
| 243 | 8/26/2017 | A01-8175907-X72 | 4714140A | 2 | 700 | | | A01-8175907-X724714 | 4,897.90 |
| 244 | 8/26/2017 | A01-8171572-X72 | 4712437 Rev A | 2 | 175 | | 3.5 | 71572-X724712437 | 611.98 |
| 245 | 8/26/2017 | A01-8174300-X72 | 4713961 Rev B | 4 | 350 | | | A01-8174300-X724713961 | 1,577.45 |

| | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 197 | 9/9/2017 | | 2 | 9/15/2017 | TIMELY | -6 | $40.82 | 12.1026616 |
| 198 | 8/25/2017 | | 2 | 9/15/2017 | TIMELY | -21 | $13.02 | 1.81539924 |
| 199 | 10/24/2017 | | 4 | 9/15/2017 | LATE | 39 | $60.71 | 7.26159696 |
| 200 | 9/7/2017 | | 2 | 9/15/2017 | TIMELY | -8 | $61.27 | 10.89239544 |
| 201 | 9/4/2017 | | 2 | 9/15/2017 | TIMELY | -11 | $54.46 | 9.68212928 |
| 202 | 9/7/2017 | | 2 | 9/15/2017 | TIMELY | -8 | $32.68 | 5.809277568 |
| 203 | 9/26/2017 | | 2 | 9/15/2017 | LATE | 11 | $17.01 | 3.0256654 |
| 204 | 10/19/2017 | | 2 | 9/15/2017 | LATE | 34 | $144.14 | 21.78479088 |
| 205 | 9/25/2017 | | 2 | 9/15/2017 | LATE | 10 | $45.90 | 8.166619 |
| 206 | 9/9/2017 | | 2 | 9/15/2017 | TIMELY | -6 | $41.17 | 12.2499285 |
| 207 | 9/4/2017 | | 2 | 9/15/2017 | TIMELY | -11 | $51.06 | 9.0769962 |
| 208 | 9/16/2017 | | 4 | 9/15/2017 | LATE | 1 | $3.51 | 7.26159696 |
| 209 | 9/21/2017 | | 2 | 9/15/2017 | LATE | 6 | $8.27 | 2.4606315 |
| 210 | 9/8/2017 | | 2 | 9/15/2017 | TIMELY | -7 | $55.09 | 12.2499285 |
| 211 | 9/21/2017 | | 4 | 9/15/2017 | LATE | 6 | $70.70 | 14.52319392 |
| 212 | 9/8/2017 | | 2 | 9/15/2017 | TIMELY | -7 | $56.80 | 12.3031575 |
| 213 | 9/30/2017 | | 2 | 9/15/2017 | LATE | 15 | $84.19 | 12.3031575 |
| 214 | 9/25/2017 | | 2 | 9/15/2017 | LATE | 10 | $130.20 | 18.1539924 |
| 215 | 9/29/2017 | | 2 | 9/23/2017 | LATE | 6 | $614.30 | 136.6095574 |
| 216 | 9/15/2017 | | 2 | 9/23/2017 | TIMELY | -8 | $2,679.68 | 357.546002 |
| 217 | 9/23/2017 | | 4 | 9/22/2017 | LATE | 1 | $96.18 | 156.5622798 |
| 218 | Incorrect PO / Not found | | 4 | 9/22/2017 | LATE | 0 | $0.00 | 159.824943 |
| 219 | 10/9/2017 | | 2 | 9/23/2017 | LATE | 16 | $568.08 | 103.684916 |
| 220 | 10/31/2017 | | 2 | 9/23/2017 | LATE | 38 | $144.75 | 26.57873777 |
| 221 | 9/27/2017 | | 4 | 9/22/2017 | LATE | 5 | $604.74 | 119.8953572 |
| 222 | 9/1/2017 | | 4 | 9/22/2017 | TIMELY | -21 | $60.75 | 4.94441897 |
| 223 | 9/19/2017 | | 2 | 9/23/2017 | TIMELY | -4 | $3.14 | 1.757424321 |
| 224 | 10/24/2017 | | 2 | 9/23/2017 | LATE | 31 | $289.84 | 48.73183066 |
| 225 | 10/24/2017 | | 2 | 9/23/2017 | LATE | 31 | $589.00 | 99.04946755 |
| 226 | 9/15/2017 | | 2 | 9/23/2017 | TIMELY | -8 | $129.99 | 20.82631416 |
| 227 | 11/1/2017 | | 2 | 9/23/2017 | LATE | 39 | $1,581.47 | 287.1644691 |
| 228 | 11/14/2017 | | 2 | 9/23/2017 | LATE | 52 | $1,384.24 | 251.3719064 |
| 229 | 9/15/2017 | | 2 | 9/23/2017 | TIMELY | -8 | $164.45 | 27.64313116 |
| 230 | 9/16/2017 | | 2 | 9/23/2017 | TIMELY | -7 | $96.25 | 21.9385501 |
| 231 | 9/30/2017 | | 2 | 9/23/2017 | LATE | 7 | $444.96 | 97.50374987 |
| 232 | 10/9/2017 | | 2 | 9/23/2017 | LATE | 16 | $568.08 | 103.684916 |
| 233 | 9/16/2017 | | 4 | 9/23/2017 | TIMELY | -7 | $158.00 | 20.38729574 |
| 234 | 9/12/2017 | | 2 | 9/23/2017 | TIMELY | -11 | $73.23 | 12.6820512 |
| 235 | 10/10/2017 | | 2 | 9/23/2017 | LATE | 17 | $44.42 | 5.616798407 |
| 236 | 11/8/2017 | | 2 | 9/22/2017 | LATE | 47 | $1,006.08 | 139.2592744 |
| 237 | 11/8/2017 | | 2 | 9/22/2017 | LATE | 47 | $1,691.50 | 236.7407665 |
| 238 | 10/24/2017 | | 4 | 9/22/2017 | LATE | 32 | $6,496.89 | 515.2259943 |
| 239 | 9/23/2017 | | 2 | 9/23/2017 | TIMELY | 0 | $0.00 | 56.49267968 |
| 240 | 9/21/2017 | | 2 | 9/23/2017 | TIMELY | -2 | $43.89 | 77.18312361 |
| 241 | 9/16/2017 | | 2 | 9/23/2017 | TIMELY | -7 | $40.89 | 8.604826741 |
| 242 | 9/16/2017 | | 2 | 9/23/2017 | TIMELY | -7 | $40.89 | 8.604826741 |
| 243 | 9/27/2017 | | 2 | 9/23/2017 | LATE | 4 | $146.94 | 68.29663949 |
| 244 | 9/20/2017 | | 2 | 9/23/2017 | TIMELY | -3 | $12.24 | 10.8754912 |
| 245 | 10/10/2017 | | 4 | 9/23/2017 | LATE | 17 | $157.75 | 14.07251527 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 246 | 8/26/2017 | A01-4501835201-X70 | 23394042+F2 | 4 | 3000 | | 1.08 | 1835201-X702339 | 3,320.51 |
| 247 | 8/26/2017 | A01-4501830211-X70 | 1059010+3 | 4 | 3000 | | 6.326 | 01830211-X70105 | 18,977.13 |
| 248 | 8/26/2017 | A01-4501835202-X70 | 24670119+E1 | 6 | 3000 | | 1.42 | 1835202-X702467 | 4,260.00 |
| 249 | 8/26/2017 | A01-4501854344-X70 | 23565146+B2 | 4 | 852 | | 0.73 | 1854344-X702356 | 621.96 |
| 250 | 8/26/2017 | A01-4501844485-X70 | 1105286 +1 | 4 | 6000 | | 2.81 | 01844485-X701105 | 16,876.76 |

Aug 2017

|  | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|
| 246 | 10/30/2017 |  | 4 | 9/23/2017 | LATE | 37 | $332.05 | 30.11331572 |
| 247 | 10/26/2017 |  | 4 | 9/23/2017 | LATE | 33 | $1,897.71 | 168.9079081 |
| 248 | 1/12/2018 |  | 6 | 9/23/2017 | LATE | 111 | $426.00 | 28.92259332 |
| 249 | 10/26/2017 |  | 4 | 9/23/2017 | LATE | 33 | $62.20 | 5.82983491 |
| 250 | 10/27/2017 |  | 4 | 9/23/2017 | LATE | 34 | $1,687.68 | 130.8268749 |