# Exhibit J to Declaration of Tracy Huang

**From:** Rishi Kukreja <RishiK@circuitronix.com>
**Sent:** Monday, November 30, 2015 12:53 PM EST
**To:** tracy <tracy@benlida.com>
**CC:** douglas@benlida.com <douglas@benlida.com>
**Subject:** RE: RE: Arcelik Electronics

Let me check on Arcelik and revert.

Thank you.

---

**From:** tracy [mailto:tracy@benlida.com]
**Sent:** Sunday, November 29, 2015 10:57 PM
**To:** Rishi Kukreja
**Cc:** douglas@benlida.com
**Subject:** Re: RE: Arcelik Electronics

Dear Rishi,

1) Arcelik, as we know from the web, subsidiaries are Beko and Altus. Beside these two companies, is there any others? Let us know if you have more info.

2) Karel Electronics, subcontractor of Arcelik-- confirm!

RGDS

2015-11-30

Tracy Huang
Jiangmen Benlida Printed Circuit Board Cooperation
Tel: 750-3962099
Fax: 750-3962007

---

发件人： Rishi Kukreja
发送时间： 2015-11-30  08:01:09
收件人： tracy
抄送： douglas@benlida.com
主题： RE: Arcelik Electronics
Please provide feedback.

---

**From:** Rishi Kukreja
**Sent:** Monday, November 23, 2015 7:30 AM
**To:** tracy
**Cc:** douglas@benlida.com
**Subject:** Re: Arcelik Electronics

The only subcontractor we would like to have as an exclusive customer is Karel Electronics currently.

Sent from my BlackBerry 10 smartphone.

**From:** tracy
**Sent:** Monday, November 23, 2015 5:35 AM
**To:** Rishi Kukreja
**Cc:** douglas@benlida.com
**Subject:** Re: Arcelik Electronics

Dear Rishi,

Currently we are developing several Turkey customers. Please give me some time to find out weither they are subcontractors for Arcelik.

I will confirm a.s.a.p. Thank you.

RGDS

2015-11-23

Tracy Huang
Jiangmen Benlida Printed Circuit Board Cooperation
Tel: 750-3962099
Fax: 750-3962007

---

发件人： Rishi Kukreja
发送时间： 2015-11-23  08:46:52
收件人： tracy (tracy@benlida.com)
抄送： douglas@benlida.com
主题： Arcelik Electronics

Dear Tracy

Arcelik Electronics, Turkey will be auditing Benlida on Wednesday 11/25/15. Please help our team with the preparation.

Arcelik is on our Exclusive Customer list. I will update it to state :

Arcelik Electronic and all subsidiaries, related companies and subcontractors

Please confirm.

Thank you.

Regards/Rishi Kukreja

(M) : 305(331)8581

_____
CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
_____

_____
CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.
_____

_____
This email has been scanned by the Symantec Email Security.cloud service.
_____

_____
CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.
_____