# Exhibit K to Declaration of Tracy Huang

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**     Circuitronix LLC          **Date：** **2015.01.31**

| *Invoice No* | *Cur.* | *Credit* | *Amount* | *Issued Date* | *Due Date* | *Comments* |
|---|---|---|---|---|---|---|
| BLD2015010901 | | | 256939.15 | 2015.04.15 | 15.01.31 | USA |
| BLD2015011401 | | | 873.60 | 2015.04.15 | 15.01.31 | USA |
| BLD2015011501 | | | 156531.33 | 2015.04.15 | 15.01.31 | USA |
| BLD2015012001 | | | 182319.84 | 2015.04.15 | 15.01.31 | USA |
| BLD2015012301 | | | 127397.85 | 2015.04.15 | 15.01.31 | USA |
| BLD2015012901 | | | 258929.04 | 2015.04.15 | 15.01.31 | USA |
| BLDEX2015011101 | | | 4.80 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDEX2015011301 | | | 211.20 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDEX2015011601 | | | 98.00 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDEXHK2015011101 | | | 39.41 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDEXHK2015012301 | | | 450.24 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDEXHK2015012501 | | | 673.40 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDEXHK2015012801 | | | 86.04 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDEXHK2015012901 | | | 97.68 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDHC2015012201 | | | 546.00 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDHC2015012401 | | | 682.50 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |
| BLDHCHK2015012701 | | | 389.60 | 2015.04.15 | 15.01.31 | hand carry/EXPRESS |

| | | | |
|---|---|---|---|
| BLDHK2015010901 | 56388.17 | 2015.04.15 | 15.01.31 HK |
| BLDHK2015011401 | 1714.10 | 2015.04.15 | 15.01.31 HK |
| BLDHK2015011501 | 60154.63 | 2015.04.15 | 15.01.31 HK |
| BLDHK2015012001 | 26038.17 | 2015.04.15 | 15.01.31 HK |
| BLDHK2015012301 | 17882.80 | 2015.04.15 | 15.01.31 HK |
| BLDHK2015012901 | 23768.32 | 2015.04.15 | 15.01.31 HK |
| BLDNRE201501 | 800.00 | 2015.04.15 | 15.01.31 USA |
| BLDNREHK201501 | 300.00 | 2015.04.15 | 15.01.31 USA |
| BEN-SCRAP-012015 | 516.70 | 2015.04.15 | 15.01.31 USA |

| | | |
|---|---|---|
| **Overdue on JAN.15,2015:** | 67806.93 | among of them USA 1445.91 should remit to SITU JIAN |
| **Overdue on FEB.15,2016:** | 930121.92 | among of them USA 1969.69should remit to SITU JIAN |
| **To be due on MAR.15,2016:** | 1012000.66 | among of them USA 2300.35should remit to SITU JIAN |
| **To be due onAIP.15,2017:** | 1173832.56 | among of them USA 3278.86should remit to SITU JIAN |
| **Total Amout:** | **3183762.07** | among of them USD135547.91should |

As above, up to JAN.01 2015, total open invoice Circuitronix should pay to BLD is USD3183762.07

Among them USD1173832.56 is total amount of shipments in JAN 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

# *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**   <u>Circuitronix LLC</u>      **Date：2015.02.28**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD2015020301 | | | 105535.39 | 2015.05.15 | 15.02.28 | USA |
| BLD2015020401 | | | 7681.46 | 2015.05.15 | 15.02.28 | USA |
| BLD2015020801 | | | 16907.96 | 2015.05.15 | 15.02.28 | USA |
| BLD2015021101 | | | 113691.93 | 2015.05.15 | 15.02.28 | USA |
| BLD2015021104 | | | 75369.79 | 2015.05.15 | 15.02.28 | USA |
| BLD2015021301 | | | 17115.28 | 2015.05.15 | 15.02.28 | USA |
| BLD2015022801 | | | 17245.90 | 2015.05.15 | 15.02.28 | USA |
| BLDEXHK2015020801 | | | 409.20 | 2015.05.15 | 15.02.28 | hand carry/EXPRESS |
| BLDHK2015020301 | | | 16328.01 | 2015.05.15 | 15.02.28 | HK |
| BLDHK2015020401 | | | 1050.61 | 2015.05.15 | 15.02.28 | HK |
| BLDHK2015020801 | | | 346.51 | 2015.05.15 | 15.02.28 | HK |
| BLDHK2015021101 | | | 18017.55 | 2015.05.15 | 15.02.28 | HK |
| BLDHK2015021301 | | | 47288.05 | 2015.05.15 | 15.02.28 | HK |
| BLDHK2015022601 | | | 2044.80 | 2015.05.15 | 15.02.28 | hand carry/EXPRESS |
| BLDHK2015022801 | | | 13335.40 | 2015.05.15 | 15.02.28 | HK |
| BLDHKHC2015021301 | | | 1358.50 | 2015.05.15 | 15.02.28 | hand carry/EXPRESS |
| BLDHKHC2015021302 | | | 1291.50 | 2015.05.15 | 15.02.28 | hand carry/EXPRESS |
| BLDNRE201502 | | | 850.00 | 2015.05.15 | 15.02.28 | USD |

| | | |
|---|---|---|
| **Overdue on MAR.15,2016:** | 1280245.92 | among of them USA 142429.89should remit to SITU JIAN |
| **To be due onAIP.15,2017:** | 1173832.56 | among of them USA 3278.86should remit to SITU JIAN |

| | | |
|---|---|---|
| **To be due onMAY.15,2017:** | 455867.84 | among of them USA 5104.00should remit to SITU JIAN |
| **Total Amout:** | **2909946.32** | among of them USD150812.75should |

As above, up to FEB.28 2015, total open invoice Circuitronix should pay to BLD is USD2909946.32

Among them USD1280245.92 is total amount of shipments in FEB 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

# *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**     Circuitronix LLC          **Date：2015.03.31**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD2015030201 | | | 7045.48 | 2015.06.15 | 15.03.31 | USA |
| BLD2015030601 | | | 86203.32 | 2015.06.15 | 15.03.31 | USA |
| BLD2015030901 | | | 1192.00 | 2015.06.15 | 15.03.31 | USA |
| BLD2015030902 | | | 62663.94 | 2015.06.15 | 15.03.31 | USA |
| BLD2015031101 | | | 8373.87 | 2015.06.15 | 15.03.31 | USA |
| BLD2015031201 | | | 11222.37 | 2015.06.15 | 15.03.31 | USA |
| BLD2015031301 | | | 12053.25 | 2015.06.15 | 15.03.31 | USA |
| BLD2015031302 | | | 97913.61 | 2015.06.15 | 15.03.31 | USA |
| BLD2015031701 | | | 2502.00 | 2015.06.15 | 15.03.31 | USA |
| BLD2015031901 | | | 345.60 | 2015.06.15 | 15.03.31 | USA |
| BLD2015032001 | | | 159774.43 | 2015.06.15 | 15.03.31 | USA |
| BLD2015032301 | | | 1092.52 | 2015.06.15 | 15.03.31 | USA |
| BLD2015032401 | | | 6738.22 | 2015.06.15 | 15.03.31 | USA |
| BLD2015032501 | | | 25434.22 | 2015.06.15 | 15.03.31 | USA |
| BLD2015032502 | | | 134814.77 | 2015.06.15 | 15.03.31 | USA |
| BLD2015032701 | | | 37372.00 | 2015.06.15 | 15.03.31 | USA |
| BLD2015033001 | | | 32457.25 | 2015.06.15 | 15.03.31 | USA |
| BLDEX2015032201 | | | 32.50 | 2015.06.15 | 15.03.31 | hand carry/EXPRESS |
| BLDEXHK2015031301 | | | 976.96 | 2015.06.15 | 15.03.31 | hand carry/EXPRESS |
| BLDEXHK2015032001 | | | 316.94 | 2015.06.15 | 15.03.31 | hand carry/EXPRESS |
| BLDHC2015031201 | | | 1623.75 | 2015.06.15 | 15.03.31 | hand carry/EXPRESS |
| BLDHC2015032301 | | | 2574.00 | 2015.06.15 | 15.03.31 | hand carry/EXPRESS |
| BLDHC2015032401 | | | 2574.00 | 2015.06.15 | 15.03.31 | hand carry/EXPRESS |
| BLDHK2015030201 | | | 16755.40 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015030401 | | | 10192.00 | 2015.06.15 | 15.03.31 | HK |

| | | | | |
|---|---|---|---|---|
| BLDHK2015030601 | 55282.74 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015030901 | 11760.00 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015030902 | 25677.50 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015031302 | 20962.62 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015031901 | 17329.58 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015032001 | 32266.66 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015032301 | 13391.70 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015032401 | 3920.00 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015032501 | 8232.00 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015032502 | 12596.59 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015032701 | 12152.00 | 2015.06.15 | 15.03.31 | HK |
| BLDHK2015033001 | 11599.20 | 2015.06.15 | 15.03.31 | HK |
| BLDNREHK201503 | 700.00 | 2015.06.15 | 15.03.31 | HK |

| | | |
|---|---|---|
| **Overdue on APR.15,2015:** | 1086107.03 | among of them USA 145708.75should remit to SITU JIAN |
| **To be due on MAY.15,2015:** | 455867.84 | among of them USA 5104should remit to SITU JIAN |
| **To be due on JUN.15,2015:** | 948115.00 | among of them USA 8098.15should remit to SITU JIAN |
| **Total Amout:** | **2490089.87** | among of them USD158910.3should |

As above, up to MAR.31 2015, total open invoice Circuitronix should pay to BLD is USD2490089.87

Among them USD948115 is total amount of shipments in MAR 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**    <u>Circuitronix LLC</u>        **Date：2015.04.30**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD2015040101 | | | 199070.31 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015040701 | | | 35450.40 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015040801 | | | 119864.99 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015041101 | | | 69098.66 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015041301 | | | 5700.37 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015041501 | | | 22082.60 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015041601 | | | 181010.34 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015041701 | | | 378.13 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042001 | | | 14750.32 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042101 | | | 114272.73 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042201 | | | 3174.34 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042301 | | | 1716.00 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042401 | | | 10998.40 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042701 | | | 20515.33 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042801 | | | 53734.98 | 2015.07.15 | 15.04.30 | *USA* |
| BLD2015042804 | | | 21001.41 | 2015.07.15 | 15.04.30 | *USA* |
| BLDEX2015040801 | | | 72.65 | 2015.07.15 | 15.04.30 | hand carry/EXPRESS |
| BLDEXHK2015040801 | | | 145.30 | 2015.07.15 | 15.04.30 | hand carry/EXPRESS |
| BLDEXHK2015041501 | | | 0.00 | 2015.07.15 | 15.04.30 | hand carry/EXPRESS |
| BLDEXHK2015042401 | | | 573.62 | 2015.07.15 | 15.04.30 | hand carry/EXPRESS |
| BLDHK2015040101 | | | 31992.45 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015040701 | | | 31360.00 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015040801 | | | 2830.10 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015040901 | | | 24489.75 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015041101 | | | 16187.12 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015041301 | | | 28061.71 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015041501 | | | 10952.32 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015041601 | | | 28021.75 | 2015.07.15 | 15.04.30 | *HK* |

| | | | | |
|---|---|---|---|---|
| BLDHK2015041701 | 18051.75 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042001 | 19461.26 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042101 | 20007.41 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042201 | 12096.28 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042301 | 11571.00 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042401 | 10094.80 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042701 | 14318.21 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042801 | 26712.64 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042804 | 6282.30 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015042901 | 8330.00 | 2015.07.15 | 15.04.30 | *HK* |
| BLDHK2015051201 | 480.48 | 2015.07.15 | 15.04.30 | *HK* |
| BLDNRE201504 | 950.00 | 2015.07.15 | 15.04.30 | *USA* |
| BLDNREHK201504 | 300.00 | 2015.07.15 | 15.04.30 | *HK* |

| | | |
|---|---|---|
| **Overdue on APR.15,2015:** | 282042.18 | among of them USA 145708.75should remit to SITU JIAN |
| **To be due on MAY.15,2015:** | 455867.84 | among of them USA 5104should remit to SITU JIAN |
| **To be due on  JUN.15,2017:** | 948115.00 | among of them USA 8098.15should remit to SITU JIAN |
| **To be due on  JULY.15,2017:** | 1196162.22 | among of them USA 791.57should remit to SITU JIAN |
| **Total Amout:** | **2882187.24** | among of them USD159701.87should |

As above, up to APR.30 2015, total open invoice Circuitronix should pay to BLD is USD2882187.24

Among them USD1196162.22 is total amount of shipments in APR 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**  <u>Circuitronix LLC</u>          **Date：2015.05.30**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD2015050401 | | | 4058.91 | 2015.08.15 | 15.05.30 | USA |
| BLD2015050501 | | | 210396.87 | 2015.08.15 | 15.05.30 | USA |
| BLD2015050504 | | | 16871.88 | 2015.08.15 | 15.05.30 | USA |
| BLD2015050701 | | | 5097.60 | 2015.08.15 | 15.05.30 | USA |
| BLD2015050801 | | | 120405.23 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051001 | | | 14147.70 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051101 | | | 11686.01 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051201 | | | 568.16 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051301 | | | 213461.41 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051401 | | | 26077.48 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051501 | | | 90952.59 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051506 | | | 10288.59 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051601 | | | 30030.47 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051801 | | | 22161.20 | 2015.08.15 | 15.05.30 | USA |
| BLD2015051901 | | | 8589.99 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052001 | | | 9153.17 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052101 | | | 4152.00 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052201 | | | 250909.69 | 2015.08.15 | 15.05.30 | USA |
| BLD201505221 | | | 10851.40 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052501 | | | 15532.54 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052601 | | | 106790.64 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052605 | | | 21014.58 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052701 | | | 14733.97 | 2015.08.15 | 15.05.30 | USA |
| BLD20150528001 | | | 18536.06 | 2015.08.15 | 15.05.30 | USA |
| BLD2015052801 | | | 23250.44 | 2015.08.15 | 15.05.30 | USA |
| BLD20150529001 | | | 5869.02 | 2015.08.15 | 15.05.30 | USA |
| BLDEX2015051301 | | | 30.60 | 2015.08.15 | 15.05.30 | hand carry/EXPRESS |
| BLDEXHK2015043001 | | | 34.00 | 2015.08.15 | 15.05.30 | hand carry/EXPRESS |
| BLDEXHK2015043002 | | | 92.94 | 2015.08.15 | 15.05.30 | hand carry/EXPRESS |

| | | | | |
|---|---|---|---|---|
| BLDEXHK2015050801 | 1568.00 | 2015.08.15 | 15.05.30 | hand carry/EXPRESS |
| BLDHC2015051601 | 56.00 | 2015.08.15 | 15.05.30 | hand carry/EXPRESS |
| BLDHK2015050401 | 4166.70 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015050501 | 6645.29 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015050504 | 2098.99 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015050701 | 2156.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015050801 | 7547.97 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051001 | 10275.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051101 | 23210.20 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051201 | 8673.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051301 | 23908.50 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051401 | 18424.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051501 | 10799.02 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051506 | 6369.15 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051601 | 9774.85 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051801 | 8820.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015051901 | 13089.56 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052001 | 7840.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052101 | 11466.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052201 | 27085.08 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052221 | 10780.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052501 | 15190.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052601 | 24853.87 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052605 | 22846.62 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052701 | 5762.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK20150528001 | 7802.90 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK2015052801 | 13959.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDHK20150529001 | 24526.70 | 2015.08.15 | 15.05.30 | *HK* |
| BLDNRE201505 | 1150.00 | 2015.08.15 | 15.05.30 | *HK* |
| BLDNREHK201505 | 200.00 | 2015.08.15 | 15.05.30 | *HK* |

| | | |
|---|---|---|
| **Overdue on JUN.15,2015:** | 506025.02 | among of them USA 158910.9should remit to SITU JIAN |
| **To be due on  JULY.15,2017:** | 1196162.22 | among of them USA 791.57should remit to SITU JIAN |
| **To be due on  AUG.15,2018:** | 1596789.55 | among of them USA 1781.54should remit to SITU JIAN |

**Total Amout:**   **3298976.79**   among of them
USD161484.01should

As above, up to MAY.30 2015, total open invoice Circuitronix should pay to BLD is USD3298976.79

Among them USD1596789.55 is total amount of shipments in APR 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**   Circuitronix LLC                    **Date：2015.06.30**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date |
|---|---|---|---|---|---|
| BLD201506011 | | | 19789. 80 | 2015. 8. 15 | 15. 06. 30 |
| BLD2015060201 | | | 124226. 03 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506031 | | | 7389. 33 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506041 | | | 7205. 76 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506051 | | | 15143. 42 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506081 | | | 4068. 92 | 2015. 8. 15 | 15. 06. 30 |
| BLD2015060901 | | | 100095. 37 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506101 | | | 15352. 48 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506111 | | | 10638. 71 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506121 | | | 17124. 22 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506151 | | | 7200. 59 | 2015. 8. 15 | 15. 06. 30 |
| BLD2015061601 | | | 179563. 44 | 2015. 8. 15 | 15. 06. 30 |
| BLD2015061901 | | | 80303. 69 | 2015. 8. 15 | 15. 06. 30 |
| BLD2015062201 | | | 116835. 65 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506221 | | | 4233. 80 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506241 | | | 8889. 14 | 2015. 8. 15 | 15. 06. 30 |
| BLD201506251 | | | 3657. 50 | 2015. 8. 15 | 15. 06. 30 |
| BLD2015062701 | | | 210288. 63 | 2015. 8. 15 | 15. 06. 30 |
| BLDHCHK201506051 | | | 753. 00 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506011 | | | 16954. 00 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK2015060201 | | | 55071. 42 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506031 | | | 12564. 14 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506041 | | | 9408. 00 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506051 | | | 7517. 00 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506081 | | | 14150. 99 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK2015060901 | | | 42064. 79 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506101 | | | 9353. 19 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506111 | | | 3479. 00 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506121 | | | 7385. 50 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506151 | | | 18589. 00 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK2015061601 | | | 32891. 70 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506181 | | | 8826. 40 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK2015061901 | | | 17190. 75 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK2015062201 | | | 1399. 71 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506221 | | | 16009. 12 | 2015. 8. 15 | 15. 06. 30 |
| BLDHK201506241 | | | 20409. 22 | 2015. 8. 15 | 15. 06. 30 |

| | | | |
|---|---|---|---|
| BLDHK201506251 | 5831.00 | 2015.8.15 | 15.06.30 |
| BLDHK2015062701 | 44542.74 | 2015.8.15 | 15.06.30 |
| BLDHK201506291 | 7494.66 | 2015.8.15 | 15.06.30 |
| BLDNRE201506 | 500.00 | 2015.8.15 | 15.06.30 |
| BLDNREHK201506 | 350.00 | 2015.8.15 | 15.06.30 |

**Overdue on AUG.15,2015:** 1548976.79 among of them USA 1781.54should remit to SITU JIAN

**o be due on SEP.15,2018:** 1284741.80 among of them USA 753should remit to SITU JIAN

**Total Amout: 2833718.59** among of them USD163099.64should remit to SITU JIAN

As above, up to JUNE.30 2015, total open invoice Circuitronix should pay to BLD is USD2833718.59

Among them USD1284741.80 is total amount of shipments in JUNE 2015

Here is the account detail of SITU JIAN

SITU JIAN

Account No :04347892125469

| Comments |
| --- |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| |
| *USA* |
| |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| *USA* |
| hand |
| carry/EXPR |
| ESS |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |
| *HK* |

*HK*
*HK*
*HK*
*HK*
*HK*

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**　　Circuitronix LLC　　　　　**Date**：**2015.07.30**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD201507021 | | | 1031.53 | 2015.09.15 | 15.06.30 | *USA* |
| BLD2015070301 | | | 89176.15 | 2015.09.15 | 15.06.30 | *USA* |
| BLD2015070701 | | | 120226.59 | 2015.09.15 | 15.06.30 | *USA* |
| BLD2015071001 | | | 90740.52 | 2015.09.15 | 15.06.30 | *USA* |
| BLD2015071301 | | | 96351.03 | 2015.09.15 | 15.06.30 | *USA* |
| BLD2015071701 | | | 75028.97 | 2015.09.15 | 15.06.30 | *USA* |
| BLD2015072101 | | | 76534.94 | 2015.09.15 | 15.06.30 | *USA* |
| BLD2015072801 | | | 187918.24 | 2015.09.15 | 15.06.30 | *USA* |
| BLD201507291 | | | 460.13 | 2015.09.15 | 15.06.30 | *USA* |
| BLDHC201507071 | | | 189.94 | 2015.09.15 | 15.06.30 | *hand carry/EXPRESS* |
| BLDHCHK201507061 | | | 672.69 | 2015.09.15 | 15.06.30 | *hand carry/EXPRESS* |
| BLDHK201507021 | | | 17346.00 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK2015070301 | | | 32522.68 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507061 | | | 16415.00 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK2015070701 | | | 13619.02 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507081 | | | 16023.00 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK2015071001 | | | 34191.90 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507101 | | | 11368.00 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK2015071301 | | | 48522.91 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507151 | | | 15631.00 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507161 | | | 7742.00 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK2015071701 | | | 19444.88 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507171 | | | 7255.84 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK2015072101 | | | 16499.16 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507221 | | | 17463.60 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507241 | | | 16120.95 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK2015072801 | | | 50208.51 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507291 | | | 14222.75 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507301 | | | 13715.16 | 2015.09.15 | 15.06.30 | *HK* |
| BLDHK201507311 | | | 15434.62 | 2015.09.15 | 15.06.30 | *HK* |
| BLDNRE201507 | | | 150.00 | 2015.09.15 | 15.06.30 | *HK* |

| | | |
|---|---|---|
| **Overdue on AUG.15,2015:** | 1548976.79 | among of them USA 1781.54should remit to SITU JIAN |
| **To be due on  SEP.15,2018:** | 1284741.80 | among of them USA 753should remit to SITU JIAN |
| **To be due on  OCT.15,2018:** | 1122227.70 | among of them USA 862.63should remit to SITU JIAN |
| **Total Amout:** | **3955946.29** | among of them USD163099.64should |

As above, up to JULY.30 2015, total open invoice Circuitronix should pay to BLD is USD3955946.29

Among them USD1122227.70 is total amount of shipments in JULY 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**　　<u>Circuitronix LLC</u>　　　**Date**：**2015.08.31**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD2015072801 | | | 12046.16 | 2015.11.15 | 2015.08.30 | USA |
| BLD2015080401 | | | 155254.19 | 2015.11.15 | 2015.08.30 | USA |
| BLD2015080701 | | | 64268.00 | 2015.11.15 | 2015.08.30 | USA |
| BLD2015081101 | | | 27410.80 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508121 | | | 264.01 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508131 | | | 1147.14 | 2015.11.15 | 2015.08.30 | USA |
| BLD2015081401 | | | 89232.90 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508141 | | | 679.38 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508171 | | | 68.54 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508181 | | | 1656.75 | 2015.11.15 | 2015.08.30 | USA |
| BLD2015081901 | | | 63847.47 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508201 | | | 1428.68 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508211 | | | 5929.40 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508241 | | | 2115.33 | 2015.11.15 | 2015.08.30 | USA |
| BLD2015082501 | | | 110964.90 | 2015.11.15 | 2015.08.30 | USA |
| BLD201508261 | | | 2876.48 | 2015.11.15 | 2015.08.30 | USA |
| BLD2015082801 | | | 151825.01 | 2015.11.15 | 2015.08.30 | USA |
| BLDEXHK201508101 | | | 54.14 | 2015.11.15 | 2015.08.30 | hand carry/EXPRESS |
| BLDEXHK201508141 | | | 69.72 | 2015.11.15 | 2015.08.30 | hand carry/EXPRESS |
| BLDEXHK201508151 | | | 9.28 | 2015.11.15 | 2015.08.30 | hand carry/EXPRESS |
| BLDEXHK201508251 | | | 330.96 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK2015080401 | | | 24445.63 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508051 | | | 8292.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK2015080701 | | | 22409.01 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508071 | | | 23932.87 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK2015081101 | | | 41283.44 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508121 | | | 21560.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508131 | | | 8085.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK2015081401 | | | 30602.25 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508141 | | | 12219.14 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508171 | | | 17071.55 | 2015.11.15 | 2015.08.30 | HK |

| | | | | |
|---|---|---|---|---|
| BLDHK201508181 | 7497.78 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK2015081901 | 15475.36 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508201 | 4227.50 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508211 | 15043.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508241 | 23307.40 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK2015082501 | 40885.23 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508261 | 19012.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508271 | 10878.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK2015082801 | 8377.99 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508281 | 7644.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDHK201508311 | 24157.00 | 2015.11.15 | 2015.08.30 | HK |
| BLDNRE201508 | 550.00 | 2015.11.15 | 2015.08.30 | USA |
| BLDNREHK201508 | 300.00 | 2015.11.15 | 2015.08.30 | HK |

| | | |
|---|---|---|
| **To be due on  SPE,15,2015:** | 1451301.78 | among them USA 162236.4should remit to SITU JIAN |
| **To be due on  OCT.15,2015:** | 1122227.70 | among of them USA 862.63should remit to SITU JIAN |
| **To be due on  NOV.15,2015:** | 1078735.39 | among of them USA 133.14should remit to SITU JIAN |
| **Total Amout:** | **3652264.87** | among of them USD163232.17should remit to |

As above, up to AUG.31 2015, total open invoice Circuitronix should pay to BLD is USD3652264.87

Among them USD1078735.39 is total amount of shipments in AUG 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**   <u>Circuitronix LLC</u>          **Date**：**2015.09.31**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|------------|------|--------|--------|-------------|----------|----------|
| BLD201509011 | | | 7295.23 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015090501 | | | 133843.98 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015090701 | | | 4981.78 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015091101 | | | 65718.61 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015091401 | | | 3442.08 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015091501 | | | 50674.69 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015091701 | | | 4474.05 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015091801 | | | 4856.46 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015092101 | | | 3590.71 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015092201 | | | 164473.07 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015092301 | | | 876.32 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015092501 | | | 2810.96 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015092801 | | | 59870.21 | 2015.12.15 | 2015.09.30 | USA |
| BLD2015092901 | | | 68.54 | 2015.12.15 | 2015.09.30 | USA |
| BLDEX20150911 | | | 76.37 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEX201509151 | | | 295.99 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEX201509302 | | | 69.55 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEXHK20150911 | | | 53.25 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEXHK201509291 | | | 210.16 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEXHK201509292 | | | 1078.00 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEXHK201509293 | | | 113.50 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEXHK201509301 | | | 2744.00 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDEXHK201509303 | | | 196.25 | 2015.12.15 | 2015.09.30 | hand carry/EXPRESS |
| BLDHK201509011 | | | 19681.03 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015090201 | | | 43283.96 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015090501 | | | 52730.65 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015090701 | | | 295.50 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015090901 | | | 14080.15 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015091001 | | | 8526.00 | 2015.12.15 | 2015.09.30 | HK |

| | | | | |
|---|---|---|---|---|
| BLDHK2015091101 | 60827.72 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK201509111 | 7840.00 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015091401 | 16366.00 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015091501 | 36987.21 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015091701 | 26069.00 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015091801 | 11613.00 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015092101 | 27214.60 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015092201 | 64924.10 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015092301 | 21851.80 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015092501 | 17430.89 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015092801 | 40051.07 | 2015.12.15 | 2015.09.30 | HK |
| BLDHK2015092901 | 15092.00 | 2015.12.15 | 2015.09.30 | HK |
| BLDHKNRE201509 | 400.00 | 2015.12.15 | 2015.09.30 | HK |
| BLDNRE201509 | 1250.00 | 2015.12.15 | 2015.09.30 | HK |

| | | |
|---|---|---|
| **To be due on  SPE,15,2015:** | 651301.78 | among of them USA 162236.4should remit to SITU JIAN |
| **To be due on  OCT.15,2015:** | 1122227.70 | among of them USA 862.63should remit to SITU JIAN |
| **To be due on  NOV.15,2015:** | 1078735.39 | among of them USA 133.14should remit to SITU JIAN |
| **To be due on  DEC.15,2015:** | 998328.44 | among of them USA 4837.06should remit to SITU JIAN |
| **Total Amout:** | **3850593.31** | among of them USD168069.23should remit to |

As above, up to AUG.31 2015, total open invoice Circuitronix should pay to BLD is USD3652264.87

Among them USD1078735.39 is total amount of shipments in AUG 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL BANK
TSIMSHATSUI BRANCH

## *JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.*

**Customer:**   <u>Circuitronix LLC</u>                **Date：2015.10.31**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD201510081 | | | 1197.04 | 2016.01.15 | 2015.10.31 | USA |
| BLD2015100901 | | | 75632.91 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510091 | | | 9408.00 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510141 | | | 1746.00 | 2016.01.15 | 2015.10.31 | USA |
| BLD2015101501 | | | 189959.68 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510161 | | | 36.90 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510191 | | | 6189.21 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510211 | | | 169.63 | 2016.01.15 | 2015.10.31 | USA |
| BLD2015102301 | | | 107153.47 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510231 | | | 52756.55 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510261 | | | 4579.20 | 2016.01.15 | 2015.10.31 | USA |
| BLD2015102701 | | | 104922.86 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510281 | | | 5968.37 | 2016.01.15 | 2015.10.31 | USA |
| BLD2015102901 | | | 58861.44 | 2016.01.15 | 2015.10.31 | USA |
| BLD201510301 | | | 1460.56 | 2016.01.15 | 2015.10.31 | USA |
| BLDEX201510081 | | | 17.97 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDEX201510201 | | | 82.54 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDEX201510231 | | | 231.84 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDEX201510271 | | | 23.10 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDEX201510301 | | | 389.99 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDEXCTXHK2015102601 | | | 0.00 | 2016.01.15 | 2015.10.31 | |
| BLDEXHK201510081 | | | 139.65 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDEXHK201510152 | | | 1340.48 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDEXHK201510311 | | | 1131.60 | 2016.01.15 | 2015.10.31 | hand carry/EXPRESS |
| BLDHK2015100601 | | | 13230.00 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510081 | | | 22818.09 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK2015100901 | | | 43005.66 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510121 | | | 21903.00 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510141 | | | 16072.00 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK2015101501 | | | 70302.41 | 2016.01.15 | 2015.10.31 | HK |

| | | | | |
|---|---|---|---|---|
| BLDHK201510161 | 14494.20 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510191 | 18937.46 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510211 | 15877.36 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK2015102301 | 71161.82 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510231 | 17001.00 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510261 | 17848.88 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK2015102701 | 32561.43 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510281 | 11512.55 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK2015102901 | 48792.00 | 2016.01.15 | 2015.10.31 | HK |
| BLDHK201510301 | 12587.35 | 2016.01.15 | 2015.10.31 | HK |
| BLDHKNRE201510 | 150.00 | 2016.01.15 | 2015.10.31 | HK |
| BLDNRE201510 | 400.00 | 2016.01.15 | 2015.10.31 | HK |
| cancellation20151006 | 2078.50 | 2016.01.15 | 2015.10.31 | USA |

| | | |
|---|---|---|
| OCT.15,2015: | 282645.38 | among of them USA 163099.03should remit to SITU JIAN |
| NOV.15,2015: | 1078735.39 | among of them USA 133.14should remit to SITU JIAN |
| DEC.15,2015: | 998328.44 | among of them USA 4837.06should remit to SITU JIAN |
| JAN.01,2016: | 1074132.70 | among of them USA 3357.17should remit to SITU JIAN |
| **Total Amout:** | **3433841.91** | among of them USD171426.4s |

As?above,?up?to AUG.31?2015, total open invoice?Circuitronix?should?pay?to BLD?is USD3652264.87

Among?them?USD1078735.39?is?total?amount?of?shipments?in AUG 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account
No.:043478921254
69
SWIFT
CODE:NYCBHKH

# JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.

**Customer:**   Circuitronix LLC                **Date**：**2015.11.31**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|------------|------|--------|--------|-------------|----------|----------|
| BLD201511021 | | | 3491.97 | 2016.02.15 | 2015.11.31 | USA |
| BLD2015110501 | | | 82395.56 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511051 | | | 30719.67 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511091 | | | 1431.92 | 2016.02.15 | 2015.11.31 | USA |
| BLD2015111201 | | | 154696.51 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511121 | | | 360.25 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511161 | | | 2204.65 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511181 | | | 2282.51 | 2016.02.15 | 2015.11.31 | USA |
| BLD2015111901 | | | 169275.79 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511201 | | | 11500.70 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511231 | | | 21953.90 | 2016.02.15 | 2015.11.31 | USA |
| BLD2015112401 | | | 49460.31 | 2016.02.15 | 2015.11.31 | USA |
| BLD201511251 | | | 11242.82 | 2016.02.15 | 2015.11.31 | USA |
| BLD2015112701 | | | 94733.68 | 2016.02.15 | 2015.11.31 | USA |
| BLDEX201511051HAND | | | 4.95 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEX201511121HAND | | | 1099.38 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEX201511141HAND | | | 110.63 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEX201511152HAND | | | 1053.90 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEX201511171HAND | | | 26.34 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEX201511181HAND | | | 138.11 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEX201511251 | | | 0.00 | 2016.02.15 | 2015.11.31 | USA |
| BLDEX201511301HAND | | | 101.30 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEX201511302HAND | | | 207.59 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |

| | | | | |
|---|---|---|---|---|
| BLDEXHK201511051HAND | 590.72 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511101HAND | 675.92 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511151HAND | 579.36 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511161 | 346.48 | 2016.02.15 | 2015.11.31 | HK |
| BLDEXHK201511171HAND | 426.00 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511181HAND | 107.92 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511201 | 0.00 | 2016.02.15 | 2015.11.31 | HK |
| BLDEXHK201511202HAND | 749.76 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511231HAND | 261.28 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511261HAND | 391.92 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511271HAND | 153.36 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDEXHK201511302HAND | 7.68 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDHC201511241HAND | 348.00 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDHC201511251HAND | 348.00 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDHC201511261HAND | 686.72 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDHCHK201511281HAND | 140.45 | 2016.02.15 | 2015.11.31 | hand carry/EXPRESS |
| BLDHK201511021 | 17472.68 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK2015110501 | 67997.34 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511051 | 20874.00 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511061 | 9506.00 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511091 | 25372.28 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK2015111201 | 36470.86 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511121 | 29206.22 | 2016.02.15 | 2015.11.31 | HK |

| | | | | |
|---|---|---|---|---|
| BLDHK201511131 | 12769.00 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511161 | 19610.79 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511181 | 21585.97 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK2015111901 | 37938.70 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511201 | 21314.80 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511231 | 19305.64 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK2015112401 | 20829.11 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511251 | 24634.36 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK2015112701 | 60036.30 | 2016.02.15 | 2015.11.31 | HK |
| BLDHK201511271 | 20941.66 | 2016.02.15 | 2015.11.31 | HK |
| BLDHKNRE201511 | 700.00 | 2016.02.15 | 2015.11.31 | HK |
| BLDNRE201511 | 1500.00 | 2016.02.15 | 2015.11.31 | HK |

| | | |
|---|---|---|
| **Overdue on NOV.15,2015** | 213941.76 | among of them USA 163232.78should remit to SITU JIAN |
| **To be due on  DEC.15,2015** | 998328.44 | among of them USA 4837.06should remit to SITU JIAN |
| **To be due on  JAN.15,2016** | 1074132.70 | among of them USA 3357.17should remit to SITU JIAN |
| **To be due on  FEB.15,2016** | 1112371.69 | among of them USA 8209.29should remit to SITU JIAN |
| **Total Amout: 3398774.59** | | among of them USD179636.30should remit to |

As above, up to DEC.31 2015, total open invoice Circuitronix should pay to BLD is USD3398774.59

Among them USD1212270.2 is total amount of shipments in DEC 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL
BANK  TSIMSHATSUI BRANCH

### JIANGMEN BENLILDA PRINTED CIRCUITS CO. LTD.

**Customer:** <u>Circuitronix LLC</u>　　　　**Date：2015.12.31**

| Invoice No | Cur. | Credit | Amount | Issued Date | Due Date | Comments |
|---|---|---|---|---|---|---|
| BLD2015120201 | | | 124546.987 | 2016.03.15 | 2015.12.31 | USA |
| BLD201512031 | | | 250.14 | 2016.03.15 | 2015.12.31 | USA |
| BLD201512041 | | | 566.8 | 2016.03.15 | 2015.12.31 | USA |
| BLD2015120901 | | | 140816.26 | 2016.03.15 | 2015.12.31 | USA |
| BLD201512101 | | | 5096.54 | 2016.03.15 | 2015.12.31 | USA |
| BLD2015121501 | | | 177703.607 | 2016.03.15 | 2015.12.31 | USA |
| BLD201512171 | | | 18674.756 | 2016.03.15 | 2015.12.31 | USA |
| BLD201512211 | | | 11817.728 | 2016.03.15 | 2015.12.31 | USA |
| BLD2015122201 | | | 211629.973 | 2016.03.15 | 2015.12.31 | USA |
| BLD201512221 | | | 34.848 | 2016.03.15 | 2015.12.31 | USA |
| BLD2015122801 | | | 175162.107 | 2016.03.15 | 2015.12.31 | USA |
| BLD201512281 | | | 198.228 | 2016.03.15 | 2015.12.31 | USA |
| BLDEX201512041 | | | 126.432 | 2016.03.15 | 2015.12.31 | hand carry/EXPRESS |
| BLDEX201512111 | | | 52.47 | 2016.03.15 | 2015.12.31 | hand carry/EXPRESS |
| BLDEX201512261 | | | 26.64 | 2016.03.15 | 2015.12.31 | hand carry/EXPRESS |
| BLDEXHK201512151 | | | 12.6 | 2016.03.15 | 2015.12.31 | hand carry/EXPRESS |
| BLDEXHK201512161 | | | 0 | 2016.03.15 | 2015.12.31 | HK |
| BLDEXHK201512171 | | | 0 | 2016.03.15 | 2015.12.31 | HK |
| BLDEXHK201512191 | | | 3.842 | 2016.03.15 | 2015.12.31 | hand carry/EXPRESS |
| BLDHK201512011 | | | 32045.345 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK2015120201 | | | 77341.99 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512031 | | | 15359.05 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512041 | | | 7208.536 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512081 | | | 30953.564 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK2015120901 | | | 62131.982 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512101 | | | 23685.2 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512141 | | | 32652.405 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK2015121501 | | | 39317.804 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512171 | | | 38474.01 | 2016.03.15 | 2015.12.31 | HK |

| | | | | |
|---|---|---|---|---|
| BLDHK201512211 | 26710 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK2015122201 | 30902.98 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512221 | 15582 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK2015122801 | 76699.35 | 2016.03.15 | 2015.12.31 | HK |
| BLDHK201512281 | 52036.44 | 2016.03.15 | 2015.12.31 | HK |
| BLDNRE201512 | 950 | 2016.03.15 | 2015.12.31 | HK |
| BLDNREHK201512 | 400 | 2016.03.15 | 2015.12.31 | HK |

| | | |
|---|---|---|
| **Overdue on DEC.15,2015** | 232270.19 | among of them USA 168069.24 should remit to SITU JIAN |
| **To be due on  JAN.15,2016** | 1074132.70 | among of them USA 3357.17should remit to SITU JIAN |
| **To be due on  FEB.15,2016** | 1112371.70 | among of them USA 8209.29should remit to SITU JIAN |
| **To be due on  MAR.15,2016** | 1429170.61 | among of them USA 221.98 should remit to SITU JIAN |
| **Total Amout:** | **3847945.20** | among of them USD179857.68should remit to |

As above, up to DEC.31 2015, total open invoice Circuitronix should pay to BLD is USD3847945.20

Among them USD1429170.61 is total amount of shipments in DEC 2015

Here is the account detail of SITU JIAN

SITU JIAN
Account No.:04347892125469
SWIFT CODE:NYCBHKHH
Bank: NANYANG COMMERCIAL
BANK  TSIMSHATSUI BRANCH