# Exhibit A to
# Declaration of Roger Wu

## CONFIRMATION FOR AUDIT PURPOSES
企业询证函

Reference No.: _____
询证编号：_____

To: Circuitronix(HongKong)Limited

The auditor, Jiangmen Beidou Certified Public Accountants Co., Ltd. ("**Auditor**"), engaged by our company, is performing an audit of the financial statements of our company. Our current accounts relating to your company should be confirmed in accordance with China's Independent Auditing Standards.

本公司聘请的江门北斗会计师事务所有限公司正在对本公司的财务报表进行审计。按照中国注册会计师审计准则的要求，应当询证本公司与贵公司的往来账项。

The below balance is from the account books of our company. If it agrees with your records please confirm by signing and stamping at the foot of this page (the place said "Confirmed"). If you note any discrepancy please give details of the difference at the place said "Discrepancy needed further explanation". Please fax the signed copy to **the Auditor** first and send the original copy to **the Audit or** directly.

下表所列数据出自本公司账簿记录，如与贵公司记录相符，请在本函下端"记录相符"处签章证明，如有不符，请在"记录不符"处列明不符之处。回函请直接寄至我们的审计人员：

The auditor's information is as follows:
Jiangmen Beidou Certified Public Accountants Co., Ltd.
Add:3/F, Foreign Trade Building, 82-1 Jianshe Road, Jiangmen, Guangdong 529000 CHINA
Tel: +86 750 328 6006, 328 6013          Fax: +86 750 328 6000

审计师信息如下：
江门北斗会计师事务所有限公司
地址：江门市蓬江区建设路82号之一外贸大厦三楼
电话：+86 750 328 6006, 328 6013        传真：+86 750 328 6000

This is only for confirmation of the accounts, not a request for payment.
本公司与贵公司的往来账项列示如下：

| Balance at:<br>截止日期 | Due from your company<br>贵公司欠 | Due to your company<br>欠贵公司 | Remark<br>备 注 |
|---|---|---|---|
| 2019.12.31 | USD12,154,164.25 | USD 0.00 | |

You may have settled the above account after the date mentioned above, but the account is still needed be confirmed so this page is still needed be faxed and sent out.
您可能在上述日期后已结清上述款项，但账户仍需确认，因此本页仍需确认

Thank you for your co-operation.
谢谢您的合作。

Our company's name: _____          Date:_____
                      (Our company's chop)
本公司名称：_____                  日期：_____
                      (本公司的印章)

_____

Confirmed:_____          Date:_____
    (Signature & your company's chop)
记录相符：_____    日期：_____
    （签名和公司印章）

Discrepancy needed further explanation:_____    Date:_____
    (Signature & your company's chop)

记录不符，差异需要进一步解释_____    日期：_____
    （签名和公司印章）

# CONFIRMATION FOR AUDIT PURPOSES
## 企业询证函

Reference No.: _____
询证编号：_____

To: **CIRCUITRONIXLLC**

The auditor, Jiangmen Beidou Certified Public Accountants Co., Ltd. ("**Auditor**"), engaged by our company, is performing an audit of the financial statements of our company. Our current accounts relating to your company should be confirmed in accordance with China's Independent Auditing Standards.

本公司聘请的江门北斗会计师事务所有限公司正在对本公司的财务报表进行审计。按照中国注册会计师审计准则的要求，应当询证本公司与贵公司的往来账项。

The below balance is from the account books of our company. If it agrees with your records please confirm by signing and stamping at the foot of this page (the place said "Confirmed"). If you note any discrepancy please give details of the difference at the place said "Discrepancy needed further explanation". Please fax the signed copy to **the Auditor** first and send the original copy to **the Audit or** directly.

下表所列数据出自本公司账簿记录，如与贵公司记录相符，请在本函下端"记录相符"处签章证明，如有不符，请在"记录不符"处列明不符之处。回函请直接寄至我们的审计人员：

The auditor's information is as follows:
Jiangmen Beidou Certified Public Accountants Co., Ltd.
Add:3/F, Foreign Trade Building, 82-1 Jianshe Road, Jiangmen, Guangdong 529000 CHINA
Tel: +86 750 328 6006, 328 6013    Fax: +86 750 328 6000

审计师信息如下：
江门北斗会计师事务所有限公司
地址：江门市蓬江区建设路 82 号之一外贸大厦三楼
电话：+86 750 328 6006, 328 6013    传真：+86 750 328 6000

This is only for confirmation of the accounts, not a request for payment.
本公司与贵公司的往来账项列示如下：

| Balance at: 截止日期 | Due from your company 贵公司欠 | Due to your company 欠贵公司 | Remark 备注 |
|---|---|---|---|
| 2019.12.31 | USD 0.00 | USD 75,684.83 | |

You may have settled the above account after the date mentioned above, but the account is still needed be confirmed so this page is still needed be faxed and sent out.
您可能在上述日期后已结清上述款项，但账户仍需确认，因此本页仍需确认

Thank you for your co-operation.
谢谢您的合作。

Our company's name: _____                Date:_____
         (Our company's chop)                                      日期：_____
本公司名称：_____
         （本公司的印章）

Confirmed:_____                Date:_____
    (Signature & your company's chop)
记录相符：_____        日期：_____
    （签名和公司印章）

Discrepancy needed further explanation:_____        Date:_____
         (Signature & your company's chop)

记录不符，差异需要进一步解释_____        日期：_____
         （签名和公司印章）