# Exhibit B to
# Declaration of Roger Wu

Ref. _____
No. _____
Date. _____

## CONFIRMATION OF BALANCES
## 企　業　詢　證　函

To:　CIRCUITRONIX (HONG KONG) LIMITED:

　　　Our auditor, Pan-China Certified Public Accountants LLP is currently performing an audit of our financial statements for the year ended <u>December 31, 2017</u>. In accordance with the requirements of China's Auditing Standards, our auditor has asked us to obtain your confirmation of the balances shown in our records as owing from you and to you. The balances included in the table below are extracted from our books and records. If the balances agree with your records, please confirm by signing below your company chop under the column "balance agreed". If there are any discrepancies, please list out the discrepancies and sign with your company chop under the column "balance disagreed". Please return the confirmation **DIRECTLY** to our auditor at the below address using the enclosed address envelope:

本公司聘請的天健會計師事務所（特殊普通合夥）廣東分所正在對本公司 2017 年度財務報表進行審計，按照中國註冊會計師審計準則的要求，應當詢證本公司與貴公司的往來賬項等事項。下列資訊出自本公司的記錄：如與貴公司記錄相符，請在本函"記錄相符"處簽字與蓋章。如有不符，請在本函"記錄不符"處列明不符之處。回函請直接寄至我們的審計人員：

**Return Postal Address:** <u>43</u> F, 16#Zhujiangdong Road, Tianhe District, Guangzhou, China

**Contact Person:** <u>Yadong Gu</u>　　　　　　　**Dept.** <u>Business Dept.1</u>

**Post code:** <u>510623</u>　　**Tel.:** <u>13750028294</u>　　**Fax:** <u>+86 20 3760 6120</u>

1. Current accounts between our company and your company

| Balance as at | Due to us by your company | Due to your company by us | Annual Sales | Remark |
|---|---|---|---|---|
| December 31, 2017 | $4,501,874.69 | 4,501,874.69 ＊ | $6,961,779.09 | |

2. Other Matters

This is for audit purposes only and is not a request for settlement. If the above balances have been settled after the date stated in the table, please still confirm at your earliest convenience.

Yours faithfully,

Company Name:

Date:　　　　　　June 01, 2018

---

Balance agreed　　　　　　　　　　　　　　　Balance disagreed
　　　　　　　　　　　　　　　　　　　　　　Details of discrepancies:

＊ PAYMENTS OWED NEED TO BE OFFSET WITH PAYMENTS MADE BY CIRCUITRONIX, USA ON BEHALF OF CIRCUITRONIX, HKG

Signature and Company Chop　　　　　　　　Signature and Company Chop

＊ THERE ARE US$ 3 MILLION IN OPEN DEBIT NOTES WHICH
　　　　　　　　　　　　　　　　　　　　　　TO BE APPLIED

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CTX_00004393