**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA
PRINTED CIRCUIT CO., LTD.

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant.

---

**NOTICE OF CORRECTION OF PLAINTIFF'S EXHIBIT B**
**TO THE HUANG DECLARATION FOR THE MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd.'s collection of purchase-order documents called Exhibit B to the Huang Declaration (DE 186) was inadvertently incomplete.

Therefore, Plaintiff's counsel respectfully requests that the attached corrected Exhibit (noted as "Exibit B (Corrected)") be considered an amendment to the previously filed entry, and as the true and correct exhibit. Its material is rearranged, highlighted, and indexed, for much-improved readability.

Dated: June 27, 2023
New York, New York

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff Benlida*

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

# Exhibit B (Corrected) to Declaration of Tracy Huang

**Contents:**

X29 CTX-US-BLD pp. 2-3
X63 CTX-US-BLD pp. 4-5
X29 CTX-US-ROK pp. 6-7
X31 CTX-US-ROK pp. 8-9

X19 CTX-HK-BLD pp. 10-11
X27 CTX-HK-BLD pp. 12-14
X66 CTX-HK-BLD p. 15
X19 CTX-HK-ROK pp. 16-17



# Purchase Order

| Date | PO # |
| --- | --- |
| 5/12/2016 | BEN-136-160032-C-X29 |

**3131 SW 42nd Street**
**Fort Lauderdale, FL 33312**
**United States**

Page 1 of 2

| Vendor | Ship To |
| --- | --- |
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong,<br>China | CTX Hong Kong |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
| --- | --- | --- | --- | --- | --- |
| | 6/9/2016 | | | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 1092-83-1102-R Rev C | Piece | 600 | 1092-83-1102-R Rev C (File: 1065414_3_1_GB1092-83-1102-RC.zip ) [07-24-2013] FR4 (11); 0.062+/-0.0075 Board THK; 2/2 OZ (Finish); 2L; 6.8X3.9(1); 21X24(15); 0.020/0.020 (Line/space); 0.018 (Hole); SMOBC (Dark Blue color, DSR 3241 or TAIYO INK S222 NA404 or HYSOL SR1010); 1SS (White); LF IM Silver<br>Notes:<br>1> Rout Length:26/Panel; Hole:504/panel; Vcut 0 /panel;<br>2> Lead free, RoHS compliant;<br>3> Build to ANSI Standard Y14.5 and IPC-A-600;<br>4> Solderability test requirements per ANSI J-STD-003;<br>5> All holes are +/-0.003 total indicator reading from x-y coordinates, except tooling holes location tolerance +/-0.002;<br>6> Material must be recognized by UL796 & per UL category ZMPV2 at 525 deg.F(274 deg.C) minimum soldering temperature for five seconds minimum;<br>7> Each hole must have an annular ring of copper except where specified by design;<br>8> Copper pattern to be +0/-0.003 from supplied artwork or gerber;<br>9> COC required;<br>10> Surface Ionic Contamination: Below 6.4 micro-grams / square inch NaCl equivalent per IPC TM-650 method 2.3.28 or 2.3.28.2 (Ion Chromatography). (per spec GI 754 rev T);<br>11> Surface Insulation Resistance: Greater than 100 Mega ohms per IPC TM-650 method 2.9.27. (per spec GI 754 rev T);<br>12> U.L. Requirements: Flammability - 94V-0 ; Maximum Operating Temperature - 130 degrees C; UL category code: ZPMV2 and ZPMV8. (per spec GI 754 rev T);<br>13> All PCBs must have a CTI of 175 or greater which corresponds to PLC 3 or less (per spec GI 754 rev T);<br>14> Flatness of board: Paper/Composite (CEM-1, FR-1, FR-2) = .015 inch/inch; Glass based and multilayer (FR-4) = .010 inch/inch; Surface Mount (FR-4) = .0075 inch/inch. (per spec GI 754 rev T);<br>15> Copper thickness (PTH): 0.0009 inch minimum. (per spec GI 754 rev T);<br>16> No repairs inside of surface mount patterns (per spec GI 754 rev T);<br>17> Conductor widths: Not to be reduced more than 20% for any reason. (per spec GI 754 rev T);<br>18> Spacing between conductors: Not to be decreased by more than 20%. (per spec GI 754 rev T);<br>19> No pad breakout. (per spec GI 754 rev T);<br>20> Approved Laminates for Glass Based FR-4/CEM-3: Nanya NP140 (FR-4-86) Tg 140 (11), Nanya NP140-TL Tg 140 (11), Matsushita CEM-3 | 1.07 | 642.00 |



# Purchase Order

| Date | PO # |
|---|---|
| 5/12/2016 | BEN-136-160032-C-X29 |

**3131 SW 42nd Street**
**Fort Lauderdale, FL 33312**
**United States**



| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | R-1781-1786 (18). (per spec GI 754 rev T);<br>21> Approved Legend Inks (White): Haven PC441, Haven PC421, Tamura ? (for single-sided), UV Taiyo S-210W, UV Taiyo S-411W, UV OTC M-211W (per spec GI 754 rev T);<br>22> Bar coded label is required. Reference Bar Code Label Specifications for Receiving 12.1.11.docx;<br>23> Part numbers ending with "–R" suffix: Require PCB materials to be compliant to the latest recast of EU RoHS Directive 2002/95/EC. Shall use BLUE solder mask (approved list) unless otherwise specified in the drawing as "green" (per spec GI 754 rev T);<br><br>Notes to Factory:<br>1> Run boards through UV curing machine at 1m/min and then turn it around to cure the second side at the same speed;<br>2> and then wash with Enviro Gold #816 chemical or equivalent to clean the board before packing;<br><br>Please NOTE: CTX UL logo must be used on these boards. | | |

| | Total | $642.00 |
|---|---|---|

*This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.*

*Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.*

*If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.*



Circuitronix, LLC
3131 SW 42nd Street
Fort Lauderdale, FL 33312

**Phone:** 7863644458
**Fax:** 3053779008

| Entry number | Date | Supplier |
|---|---|---|
| PO003663 | 10/9/2018 | JIANG001 |

**Reference**

X63

**Supplier:**

Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road High-tech Industrial Park
Jiangmen, Guangdong, China
Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
C/O DHL Global Forwarding (Hong Kong) Limited
8/F Block 1, Goodman Tuen Mun Distribution Centre,
3A Hung Cheung Road, Tuen Mun, NT
Hong Kong

| Supplier PN | CoC | PPAP | Receipt date | Ordered quantity | Net price | Tax excluded amount |
|---|---|---|---|---|---|---|
| 10103977P1 | Yes | None | 12/19/2018 | 1,002 PC | 0.88300 | 884.77 |

| | |
|---|---|
| **Shipment mode** | None |
| **Payment term** | 60 Day After Monthly Statement |
| **Incoterm** | Free on board |
| **Incoterm Town** | HKG |

| | |
|---|---|
| **Tax excluded line total** | **884.77 USD** |
| **TOTAL TAX** | **0.00 USD** |
| **TOTAL TAX INC** | **884.77 USD** |

circuitronix

Circuitronix, LLC
3131 SW 42nd Street
Fort Lauderdale, FL 33312

**Phone:** 7863644458
**Fax:** 3053779008

| Entry number | Date | Supplier |
|---|---|---|
| PO003663 | 10/9/2018 | JIANG001 |

**Reference**

X63

**Supplier:**

Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road High-tech Industrial Park
Jiangmen, Guangdong, China
Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
C/O DHL Global Forwarding (Hong Kong) Limited
8/F Block 1, Goodman Tuen Mun Distribution Centre,
3A Hung Cheung Road, Tuen Mun, NT
Hong Kong

**Supplier PN**

**10103977P1**

P/N: 10103977P1 (per filename) (File: 10103977P1 - gerbers.zip, email info [10-13-2015], email info [11-13-2015] ), 10103977P1-panel.pdf [11-20-2015]
FR4, Tg170 per email ; 0.063 ±10% (per email) Board THK; 1/1/1/1 OZ (Finish per EQ reply); 4L; 3.909X9.285(3); 20X24(10); 0.010/0.008 (Line/space); 0.020 (Hole); SMOBC (green); 2SS (White); ENIG (Ni>120u", Au 2-5u" per EQ reply)
Notes:
1> Rout Length: 63/Panel; Hole: 902/panel; Vcut 0 /panel;
2> IPC-A-600G;
3> ROHS Compliant per email;
4> Lead free per gerber;
5> CTX suggested array (circuit size: 3.209 x 2.795); □ approved 10103977P1-panel.pdf per EQ reply
6> Pth tolerance: ±0.003", Npth tolerance: ±0.002" (per email);
7> Packaging requirements per GCMP008 rev 6 (Global Packaging Aesthetic Standard);
8> Suppliers are required to adhere with Supplier Quality Manual Exhibit 1;
9> Suppliers must be certified/registered to one of the following: ISO 9001, ISO/TS16949 and/or SAE AS9100 (per Supplier Quality Manual Exhibit 1);
10> All production part sample submissions shall be in accordance with PPAP (per Supplier Quality Manual Exhibit 1);
11> Suppliers shall not ship production parts until a Full or Interim approval is received via a signed Parts Warrant (PSW) (per Supplier Quality Manual Exhibit 1);
12> Suppliers are required to implement ProCert (per Supplier Quality Manual Exhibit 1);
13> PPAP requirements per Appendix 1 (per Supplier Quality Manual Exhibit 1);
14> PSW format per Attachment 1 (per Supplier Quality Manual Exhibit 1);
15> Initial Sample Inspection Report/Dimensional Test Result format per Attachment 3 (per Supplier Quality Manual Exhibit 1);
16> Material Test Resuts format per Attachment 4 (per Supplier Quality Manual Exhibit 1);
17> Performance Test Results format per Attachment 5 (per Supplier Quality Manual Exhibit 1);
18> Appearance Approval Report format per Attachment 6 (per Supplier Quality Manual Exhibit 1);
19> Control Plan format per Supplier Quality Manual Exhibit 1;
20> With using plant consent, Suppliers may use their own internal documents/forms, as long as they contain all required information (per Supplier Quality Manual Exhibit 1);
21> Stack-up per EQ reply:
1------------H OZ + Plating (finished 1 OZ)
PP: 7628+7628H 0.37mm
2-------------1 OZ
Core: 0.63mm
3-------------1 OZ
PP:7628+7628H 0.37mm
4------------H OZ + Plating (finished 1 OZ)
Final board thickness:1.6±0.16mm.

** Please use CTX UL logo.



# Purchase Order

| Date | PO # |
|---|---|
| 5/3/2016 | ROK-136-160041-F-X29 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States



| Vendor | Ship To |
|---|---|
| Rok Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park,<br>High-tech Industry Zone<br>Guangdong Province<br>China | CTX Hong Kong |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
| | 5/31/2016 | | | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1102-83-5 Rev A | Piece | 1,950 | P/N: 1102-83-5 Rev A (File: 1085726_1_1_GB1102-83-5A.ZIP ) [06-10-2014] FR-4; 0.062 +/-0.0075 Board THK; 1/1 OZ (Finished); 2L; 5.5X7.5(1); 24X18(9); 0.025/0.020 (Line/space); 0.038 (Hole); SMOBC (Lea Ronal Rona-screen OPSR 5600 or Enthone DSR 3241); 1SS (White); HASL (63/37 solder, thickness to be +0.003/-0.001 from solder mask surface)<br>Notes:<br>1> Rout Length:26/Panel; Hole:293/panel; Vcut 0 /panel;<br>2> Build to ANSI Standard Y14.5 and and IPC-A-600;<br>3> Solderability test per ANSI J-STD-003;<br>4> All holes are +/-0.003" total indicator reading from x-y coordinates;<br>5> Material must meet UL standard 796 and be UL recognized per UL ZMPV2 at 274 deg C min soldering temperature for 5 seconds min;<br>6> Each hole must have an annular ring of copper except where specified by design;<br>7> Copper pattern: +0.000/-0.003" from supplied artwork or Gerber files;<br>>Certification of compliance required;<br>8> Surface Ionic Contamination: Below 6.4 micro-grams / square inch NaCl equivalent per IPC TM-650 method 2.3.28 or 2.3.28.2 (Ion Chromatography) (per spec GI 754 rev T);<br>9> Surface Insulation Resistance: Greater than 100 Mega ohms per IPC TM-650 method 2.9.27. (per spec GI 754 rev T);<br>10> U.L. Requirements: Flammability - 94V-0 ; Maximum Operating Temperature - 130 degrees C; UL category code: ZPMV2 and ZPMV8. (per spec GI 754 rev T);<br>11 > All PCBs must have a CTI of 175 or greater which corresponds to PLC 3 or less. If the CTI information cannot be obtained directly through the UL Certification Directory, PLC <= 3 must be marked on the PCB in the area of the vendor's company marking. If the PCB needs a higher CTI, board must be marked PLC <= X where X is whatever lower number PLC of CTI is needed (per spec GI 754 rev T);<br>12> Flatness of board: Paper/Composite (CEM-1, FR-1, FR-2) = .015 inch/inch; Glass based and multilayer (FR-4) = .010 inch/inch; Surface Mount (FR-4) = .0075 inch/inch. (per spec GI 754 rev T);<br>13> Copper thickness (PTH): 0.0009 inch minimum. (per spec GI 754 rev T);<br>14> No repairs inside of surface mount patterns (per spec GI 754 rev T);<br>15> Conductor widths: Not to be reduced more than 20% for any reason. (per spec GI 754 rev T);<br>16> Spacing between conductors: Not to be decreased by more than 20%. (per spec GI 754 rev T); | 1.41 | 2,749.50 |



# Purchase Order

| Date | PO # |
|---|---|
| 5/3/2016 | ROK-136-160041-F-X29 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States



| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | 17> No pad breakout. (per spec GI 754 rev T);<br>18> HASL: ASTM alloy 63A, 63B or equivalent MIL SPEC QQ-S-571); Thickness: -0.001 to +0.003 from solder mask surface with an absolute minimum of 0.0009 inches (per spec GI 754 rev T);<br>19>Approved Legend Inks (White): Haven PC441, Haven PC421, Tamura ? (for single-sided), UV Taiyo S-210W, UV Taiyo S-411W, UV OTC M-211W (per spec GI 754 rev T);<br>20> Approved Laminates for Glass Based FR-4/CEM-3: Nanya NP140 (FR-4-86) Tg 140 (11), Nanya NP140-TL Tg 140 (11), Matsushita CEM-3 R-1781-1786 (18). (per spec GI 754 rev T);<br>21> Bar coded label is required. Reference Bar Code Label Specifications for Receiving 12.1.11.docx;<br>22> Follow 3.5 ug/sqin for Chloride requirement for HASL and LF HASL (customer requirement);<br><br>Please note:<br>CTX UL logo must be used on these boards. | | |

| | Total | $2,749.50 |
|---|---|---|

*This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.*

*Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.*

*If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.*



# Purchase Order

| Date | PO # |
|---|---|
| 5/18/2016 | ROK-A000078904-X31 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States



| Vendor | Ship To |
|---|---|
| Rok Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park,<br>High-tech Industry Zone<br>Guangdong Province<br>China | CIRCUITRONIX, HKG |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
| | 6/15/2016 | | | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 6400134001 / 6400-1340-01 Rev D | Piece | 2,000 | P/N: 6400134001 (per Excel) / 6400-1340-01 Rev D (per Gerber) (File: 64001340 gerber.zip, 64001340d_doc.pdf, Panel dwgs for Kris.zip\64001340b_PANEL.pdf ) [06-07-2013]<br>FR4 (See notes); 0.062±0.007 Board THK; 1/1 OZ (Finish); 2L; 6.309X9.496(4); 20X24(6); 0.008/0.007 (Line/space); 0.018 (Hole); SMOBC; 1SS; ENIG<br>Notes:<br>1> Rout Length:96/Panel; Hole:1020/panel; Vcut 0 /panel;<br>2> No x-out allowed (per Excel);<br>3> RoHS compliant, RoHS process;<br>4> Rout width tolerance: ±0.004;<br>5> All materials must be RoHS compliant & must meet or exceed UL 94V-0 flammability rating. (per spec ES 3515006 rev C);<br>6> Laminates: per IPC-4101A/24/26/29/99, Tg (DSC, TMA preferred): 170°C, Td (10 C/min, N2, 5% wt. loss): 340°C, T260 (TMA): 30 mins, T288 (TMA): 5 mins, UL approved 130°C Continuous Operating Temperature (per spec ES 3515006 rev C);<br>7> ENIG: Au 2-5u", Ni 150-250u" per IPC-4552 (per spec ES 3515006 rev C);<br>8> Solder mask: SMOBC, green LPI with matte finish. Preferred solder mask thickness is 0.4 mil. Must withstand soldering temperature of 260°C for 5 secs. (per spec ES 3515006 rev C);<br>9> Silk screened legend color shall be white unless otherwise specified (per spec ES 3515006 rev C);<br>10> Tolerances: Hole pattern and artwork registration: 0.006 of true position. Finished hole diameter: +/-0.003, board outline: +/-0.005 (per spec ES 3515006 rev C);<br>11> Warp or twist: of 1% max. (per spec ES 3515006 rev C);<br>12> General Manufacture, Procurement, Quality and Reliability of PCBs shall conform to IPC 6011. (per spec ES 3515006 rev C);<br>13> Qualification, Performance & Acceptability criteria of PCBs shall conform to IPC-6012 & IPC-A-600 Class 2 requirements, except for the following which shall conform to Class 3 - (1) solder mask registration, (2) annular ring & breakout, and (3) PTH requirements. (per spec ES 3515006 rev C);<br>14> Ionic contamination limits (ug/sq in): Anions: Flouride=0.50, Chloride=2.50, Nitrite=0.50, Sulfate=3.00, Bromide=7.00, Nitrate=0.50, Phosphate=0.50; Cations: Sodium=3.00, Ammonium=0.50, Potassium=3.00, Magnesium=0.50, Calcium=0.50.<br>15> Working Gerbers and completed PCB Supplier Checklist.xls required for new PN's before production begins. (per customer requirement);<br>16> Put additional sticker/marking on the box or inner packs that say "use by DD/MM" for all LF-HASL | 0.66 | 1,320.00 |



# Purchase Order

| Date | PO # |
|---|---|
| 5/18/2016 | ROK-A000078904-X31 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States



| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | and Enig boards (per customer requirement);<br><br>Please note:<br>CTX UL logo must be used on these boards. | | |

| | Total | $1,320.00 |
|---|---|---|

*This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.*

*Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.*

*If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.*

# Purchase Order

| Date | PO # |
|---|---|
| 17/11/2016 | BLD-120000350-12-X19 |

**Circuitronix (Hong Kong) Limited**
**Unit 15, 7/F, Block A, Po Lung Centre**
**11 Wang Chiu Road**
**Kowloon, HK**
**+852 2342 1862**



| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong, China | CTX HKG |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 15/12/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| P00141054 P08 | 18,000 | P/N: P00141054 P08 (per Gerber) / P00141054 P07(per array drawing) (File: 1.3.1 -PDM double side PCB 105-105_Benzin.zip ) [04-22-2016]<br>FR4 TG150 (Sheng Yi - S 1000 / Iteq - IT158 (only for second source)) ; 0.067” +/-10% Board THK; 100um/100um(Min finish copper thickness on surface); 2L; 7.047X12.579(5); 13.33X24(3); 0.028 / 0.015 (Line/space); 0.020 (Hole); SMOBC (matte green per previous email, Tamura DSR-330 S50-99G / Jiang Men ABQ RS-2000 (only for second source)); 0SS; LF HASL<br>Notes:<br>1> Rout Length:94/Panel; Hole:8257/panel; Vcut 0 /panel;<br>2> Electrical Test and AOI Test required.<br>3> Finish copper thicknesss 105um(min 100um delivery);<br>4> Soldermask thickness over: Flanges >7um; copper:>10um;double coated.<br>5> Solder mask misalignment: +/-0.2mm;<br>6> Max. storage time before soldering: 6 month after production time.<br>7> Quality requirements per IPC-6012;<br>8> Lead free solder;<br>9> Mechanical Warpage 0.5%;<br>10> General + position tolerance +/-0.05mm if not specified.<br>11> Electrical and optical see IPC 6012;<br>12> Min copper thickness in PTH >25um;<br>13> Hole Tolerance: PTH 1.15 & 1.65+0.08/-0.05, PTH 1.3 & 1.35 +/-0.05;<br>14> Slot tolerances(per previous);<br>- SLOT 1: 0.85 +0.2/-0 x 5.80 +/- 0.1mm<br>- SLOT 2: 1.05 +0.2/-0 x 3.4 +/- 0.1mm<br>- SLOT 3: 3 +/- 0.1mm x 4 +/- 0.1mm<br>15> Base material 1.5mm and Final overall thick of PCB should be 1.7mm +/- 10%.;<br>16> RoHS complaint(per previous);<br>17> PPAP required (per pervious email);<br>18> AA COMP 3003 Attachment 1 - Requirements to Initial sample inspection reports<br>19> AA COMP 3003 Attachment 2 - Table of contents<br>20> AA COMP 3003 Attachment 3 - Rating sheet serial process<br>21> AA COMP 3003 Attachment 4 - Rating sheet serial product<br>22> AA COMP 3003 Attachment 5<br>23> AA3137 - Commercial Statement of Requirements (Note: doc is different for each part)<br>24> AA3147 - Marking of Components<br>25> AA3151 - Sampling and Requalification of Purchased Parts<br>26>(Applies to PO qty of 270 pcs and above) Packaging and logistics terms (per Circuitronix_Logistics_Terms.pdf);<br>27> CoC required with each shipment (date code). CoC should include ionic contamination results (before SM printing).<br>28> Solderability test report is also required with each shipment (date code).<br>29> Pack 5 panels separately (part of the production PO, 5 panels will just be packed separately).<br>30> No ET Test mark allowed on the board (which includes board itself & rails / breakaway) except drawing or spec requirement from customer (per customer requirement); | 0.862 | 15,516.00 | Pieces |

# Purchase Order

| Date | PO # |
| --- | --- |
| 17/11/2016 | BLD-120000350-12-X19 |

**Circuitronix (Hong Kong) Limited**
**Unit 15, 7/F, Block A, Po Lung Centre**
**11 Wang Chiu Road**
**Kowloon, HK**
**+852 2342 1862**



| Item | Quantity | Description | Rate | Amount | Unit |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| Use CTX UL Logo on all boards. | | | Total | $15,516.00 | |

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.

# Purchase Order

| Date | PO # |
|---|---|
| 25/1/2016 | BEN-44500779435-X27 |

**Circuitronix (Hong Kong) Limited**
**Unit 15, 7/F, Block A, Po Lung Centre**
**11 Wang Chiu Road**
**Kowloon, HK**
**+852 2342 1862**

Page 1 of 3

| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong, China | CTX, Hong Kong |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 25/1/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| XX00147 Rev G | 6 | P/N: XX00147 Rev G (File: file -X00147-1.zip, file-X00147-2.zip, Project Outputs for XX00147_22-Jan.zip, ReleaseNotes.docx ) [01-22-2016]<br>FR4 per IPC4101/129 (Tg170 / Td340), 94V-0; 0.087" +/-0.005" Board THK; H/H OZ (Finish); 2L; 7.611X8.976(76); 20X24(6); 0.020"/0.010" (Line/space); 0.020" (Hole); SMOBC (LPI, Green); 2SS (White); LF OSP<br>Notes:<br>1> Rout Length:279/Panel; Hole:386/panel; Vcut 28 /panel;<br>2> IPC Class 2;<br>3> Hole location tolerance: +/-0.1mm;<br>4> Assembly Profile 1 (Industrial/Automotive - High Temp / Lead-free - Peak 260C);<br>5> Solder mask alighnment to metal: +/-0.076mm;<br>6> With via plugging/filling;<br>7> Routed feature tolerance: +/-0.05mm;<br>8> Packaging: vacuum sealed, no backers, no separator sheets;<br>9> Lead-free , RoHS compliant;<br>10> NPTH tolerance 0.05mm, PTH tolerance 0.075mm;<br>11> Coil resistance as measured from PCB test points: 14.2ohm / 15.6ohm;<br>12> Coil inductance as measured from PCB test points: 270uH / 320uH;<br>13> Controlled depth milling:<br>- Section A: pocket created with R1.25+/-0.20 depth 1.93 0.05mm, pocket created 3/16" ball end mill in bottom layer;<br>- Section B: pocket created with 1.8mm+/-0.05mm depth from top layer (2 places);<br>- Section C: pocket created 3/16" ball end mill, depth 1.93mm, width 1.19mm;<br>14> First piece & PPAP doc per SM1.100 with IMDS forms (per DSG-RGDSPEC Rev A);<br>15> Lead free assembly (Reflow Profile 1): 255+5º/-0ºC, profile requiring high temp, lead-free solder (per DSG-RGDSPEC Rev A);<br>16> Approved materials per IPC-4101: (per DSG-RGDSPEC Rev A);<br>- Resin coated foil per IPC-CF-148: MR500, MR600, RCF400<br>17> Unless specified, finished board thickness measured over plating and mask (per DSG-RGDSPEC Rev A);<br>18> PTH copper plating 0.001" average with absolute minimum 0.0008"; Holes with aspect ratio > 5:1 shall have absolute minimum 0.001" (per DSG-RGDSPEC Rev A);<br>19> Pattern registration ±0.0039" (per DSG-RGDSPEC Rev A);<br>20> Conductor width ±0.002"/±20% whichever is less (per DSG-RGDSPEC Rev A);<br>21> Warp & twist shall not exceed 0.7% (per DSG-RGDSPEC Rev A);<br>22> Plated vias, when required to be filled, shall use the resin provided by the prepreg material during a single or multiple lamination process, or may be filled with a Peters SD2361 epoxy, Taiyo HBI-200HD84, or other approved equivalent (per DSG-RGDSPEC Rev A);<br>23> Min annular ring at the neck of the trace per IPC-6012 Class 3, tangency at any other location. (per DSG-RGDSPEC Rev A);<br>24> No copper voids allowed for IPC Class 2 and Class 3 boards (per DSG-RGDSPEC Rev A);<br>25> Unless otherwise indicated on the fabrication drawing, repairs to correct broken, nicked, or thin conductors on all boards are not acceptable. There shall be no repair to any controlled impedance, matching conductor or critical nets (per DSG-RGDSPEC Rev A);<br>26> Short repairs: maximum of 6 repairs to any fabrication panel layer per side and no more than 4 repairs to any individual "board" image per layer per side. Repairs may be made to remove shorts prior to lamination and only external layers after lamination. No repair to | 0.00 | 0.00 | Panels |

# Purchase Order

| Date | PO # |
|---|---|
| 25/1/2016 | BEN-44500779435-X27 |

**Circuitronix (Hong Kong) Limited**

**Unit 15, 7/F, Block A, Po Lung Centre**
**11 Wang Chiu Road**
**Kowloon, HK**
**+852 2342 1862**



| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| | | inner layer shorts after lamination (per DSG-RGDSPEC Rev A);<br>27> Weld repairs are not allowed (per DSG-RGDSPEC Rev A);<br>28> OSP: Entek Plus Cu-106A(X) HT manufactured by Enthone or Tamura Solderite WPF 21 (per DSG-RGDSPEC Rev A);<br>29> Ionic contamination: NaCl equivalent shall not exceed "3.0 ug/sq in" per IPC-TM-650 method 2.3.25 (Dynamic Extraction Method) using Omega-Meter model SMD 600 or 700 (per DSG-RGDSPEC Rev A);<br>30> Preferred Standard LPI Soldermask or approved equivalent: DSR3241-CR, DSR3241A-B, DSR3241A-G(MD)(ES), DSR3241A-U, PSR-4000 AUS5/AUS7/Z26/G24/G23K/GF5/GF8/GF60/Z100, DSR-2200 T7, Probimer 77 (8030), SD2467SM (per DSG-RGDSPEC Rev A);<br>31> Soldermask: SMOBC, per IPC-SM-840 Class H, registration: +/-0.003 (per DSG-RGDSPEC Rev A);<br>32> Soldermask thickness: 0.0004" min thick in copper traces. Soldermask thickness less than 0.001" shall meet the absolute min dielectric breakdown voltage of 500 volts DC (per DSG-RGDSPEC Rev A);<br>33> If array does not have X-out indicator, x-outs are not allowed.<br>34> X-out: Unless otherwise indicated in the fabrication drawing, max 25% of X-out per array. If no allowed percentage of x-outs per lot is noted on the fab drawing, the default shall be max of 10% (per DSG-RGDSPEC Rev A);<br>35> Packaging per DSG-RGDSPEC Rev A;<br>- Moisture indicator (HIC) required, max of 25 boards/panels per package, use Dri-Shield 2700 metalized bags or approved equivalent;<br>- Plastic materials shall be silicone free. Cardboard and paper used for packing and shipping shall be sulfur and chlorine free;<br>- A desiccant material shall be placed on board and the outer packaging material or along the edge of the arrays;<br>- All boards shall be packed using air tight, vacuum sealed containers;<br>36> Design guidelines for packaging per DG 08 (Rev 02) Design Guidelines for Packaging.doc;<br>37> (If PPAP is required) All customer specified "SC" dimensions and symbol denoting characteristics in the drawing are critical and SPC have to be performed (per customer requirement);<br>38> For parts that requires PPAP, complete package approved form (PAF) per SMF 3.100.4 Supplier Packaging Approval Form (Rev D).xls;<br>39> Tooling hole radius tolerance: +0.08mm/-0;<br><br>Please Note: CTX UL logo to be used. | | | |
| XX00148 Rev F | 6 | P/N: X00148 Rev F (File: file -X00148-1.zip, file- X00148-2.zip, file -X00148-3.zip, ReleaseNotes.docx ) [01-22-2016]<br>FR4 per IPC4101/129 (Tg170 / Td340), 94V-0; 0.087" +/-0.005" Board THK; H/H OZ (Finish); 2L; 8.000X7.303(60); 18X24(6); 0.031"/0.008" (Line/space); 0.020" (Hole); SMOBC (LPI, Green); 2SS (White); LF OSP<br>Notes:<br>1> Rout Length:136/Panel; Hole:125/panel; Vcut 20 /panel;<br>2> IPC Class 2;<br>3> Hole location tolerance: +/-0.1mm;<br>4> Assembly Profile 1 (Industrial/Automotive - High Temp / Lead-free - Peak 260C);<br>5> Solder mask alignment to metal: +/-0.076mm;<br>6> With via plugging/filling;<br>7> Packaging: vacuum sealed, no backers, no separator sheets;<br>8> Lead-free , RoHS compliant;<br>9> Tooling hole radius tolerance: +0.08mm/-0;<br>10> Routed feature tolerance: +/-0.05mm;<br>11> Circuit feature dimensional tolerance: +/-0.05mm, +/-0.03mm;<br>12> NPTH tolerance 0.05mm, PTH tolerance 0.075mm;<br>13> Coil resistance as measured from PCB test points: 14.2ohm / 15.6ohm;<br>14> Coil inductance as measured from PCB test points: 270uH / 320uH;<br>15> Controlled depth milling:<br>- Section B: pocket created with 1.85mm+/-0.05mm depth from top layer (2 places);<br>16> First piece & PPAP doc per SM1.100 with IMDS forms (per DSG-RGDSPEC Rev A);<br>17> Lead free assembly (Reflow Profile 1): 255+5º/-0ºC, profile requiring high temp, lead-free solder (per DSG-RGDSPEC Rev A);<br>18> Approved materials per IPC-4101: (per DSG-RGDSPEC Rev A);<br>- Resin coated foil per IPC-CF-148: MR500, MR600, RCF400<br>19> Unless specified, finished board thickness measured over plating and mask (per DSG-RGDSPEC Rev A);<br>20> PTH copper plating 0.001" average with absolute minimum 0.0008"; Holes with aspect ratio > 5:1 shall have absolute minimum | 0.00 | 0.00 | Panels |

# Purchase Order

| Date | PO # |
|---|---|
| 25/1/2016 | BEN-44500779435-X27 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862



| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| | | 0.001" (per DSG-RGDSPEC Rev A);<br>21> Pattern registration ±0.0039" (per DSG-RGDSPEC Rev A);<br>22> Conductor width ±0.002"/±20% whichever is less (per DSG-RGDSPEC Rev A);<br>23> Warp & twist shall not exceed 0.7% (per DSG-RGDSPEC Rev A);<br>24> Plated vias, when required to be filled, shall use the resin provided by the prepreg material during a single or multiple lamination process, or may be filled with a Peters SD2361 epoxy, Taiyo HBI-200HD84, or other approved equivalent (per DSG-RGDSPEC Rev A);<br>25> Min annular ring at the neck of the trace per IPC-6012 Class 3, tangency at any other location. (per DSG-RGDSPEC Rev A);<br>26> No copper voids allowed for IPC Class 2 and Class 3 boards (per DSG-RGDSPEC Rev A);<br>27> Unless otherwise indicated on the fabrication drawing, repairs to correct broken, nicked, or thin conductors on all boards are not acceptable. There shall be no repair to any controlled impedance, matching conductor or critical nets (per DSG-RGDSPEC Rev A);<br>28> Short repairs: maximum of 6 repairs to any fabrication panel layer per side and no more than 4 repairs to any individual "board" image per layer per side. Repairs may be made to remove shorts prior to lamination and only external layers after lamination. No repair to inner layer shorts after lamination (per DSG-RGDSPEC Rev A);<br>29> Weld repairs are not allowed (per DSG-RGDSPEC Rev A);<br>30> OSP: Entek Plus Cu-106A(X) HT manufactured by Enthone or Tamura Solderite WPF 21 (per DSG-RGDSPEC Rev A);<br>31> Ionic contamination: NaCl equivalent shall not exceed "3.0 ug/sq in" per IPC-TM-650 method 2.3.25 (Dynamic Extraction Method) using Omega-Meter model SMD 600 or 700 (per DSG-RGDSPEC Rev A);<br>32> Preferred Standard LPI Soldermask or approved equivalent: DSR3241-CR, DSR3241A-B, DSR3241A-G(MD)(ES), DSR3241A-U, PSR-4000 AUS5/AUS7/Z26/G24/G23K/GF5/GF8/GF60/Z100, DSR-2200 T7, Probimer 77 (8030), SD2467SM (per DSG-RGDSPEC Rev A);<br>33> Soldermask: SMOBC, per IPC-SM-840 Class H, registration: +/-0.003 (per DSG-RGDSPEC Rev A);<br>34> Soldermask thickness: 0.0004" min thick in copper traces. Soldermask thickness less than 0.001" shall meet the absolute min dielectric breakdown voltage of 500 volts DC (per DSG-RGDSPEC Rev A);<br>35> If array does not have X-out indicator, x-outs are not allowed.<br>36> X-out: Unless otherwise indicated in the fabrication drawing, max 25% of X-out per array. If no allowed percentage of x-outs per lot is noted on the fab drawing, the default shall be max of 10% (per DSG-RGDSPEC Rev A);<br>37> Packaging per DSG-RGDSPEC Rev A;<br>- Moisture indicator (HIC) required, max of 25 boards/panels per package, use Dri-Shield 2700 metalized bags or approved equivalent;<br>- Plastic materials shall be silicone free. Cardboard and paper used for packing and shipping shall be sulfur and chlorine free;<br>- A desiccant material shall be placed on board and the outer packaging material or along the edge of the arrays;<br>- All boards shall be packed using air tight, vacuum sealed containers;<br>38> Design guidelines for packaging per DG 08 (Rev 02) Design Guidelines for Packaging.doc;<br>39> (If PPAP is required) All customer specified "SC" dimensions and symbol denoting characteristics in the drawing are critical and SPC have to be performed (per customer requirement);<br>40> For parts that requires PPAP, complete package approved form (PAF) per SMF 3.100.4 Supplier Packaging Approval Form (Rev D).xls;<br><br>Please Not: CTX UL logo to be used. | | | |

| | Total | $0.00 |
|---|---|---|

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.

# Purchase Order

| Date | PO # |
|---|---|
| 26/2/2016 | BEN-B1601074-X66 |

**Circuitronix (Hong Kong) Limited**

**Unit 15, 7/F, Block A, Po Lung Centre**
**11 Wang Chiu Road**
**Kowloon, HK**
**+852 2342 1862**

| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong, China | CTX Hong Kong |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 11/3/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| 14P902.1B | 86,000 | P/N: 14P902.1B (per rail), 01042100061 (Per Gerber), 6350-1781 Index 1A (Per Xls) (File: 13P902.1A.ZIP, 15P902.1A.ZIP, 14P902.1B.zip [07-16-2015], 70P902.1C.xls [08-06-2015], PCB production code and Witte number.pdf [08-13-2015])<br>FR4 Tg=155; 0.063 +/-10% Board THK; 1/1 OZ (Finish); 2L; 11.260X8.913 (64); 20X24(4); 0.020/0.012 (Line/space); 0.012 (Hole); SMOBC (Green); 2SS; LF HASL<br>Notes:<br>1> Rout Length: 339/Panel; Hole: 8720/panel; Vcut 2/panel;<br>2> IPC-6012B, IPC-A-600;<br>3> IPC Class 2, Complexity B;<br>4> All materials meets RoHs;<br>5> AOI required;<br>6> Packing material has to be ESD safe / scratches have to be prevented by using tissue;<br>7> PPAP required;<br><br>Please Note :<br><br>CTX UL Logo to be used on the boards. | 0.064 | 5,504.00 | Pieces |
| | | | Total | $5,504.00 | |

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.

# Purchase Order

| Date | PO # |
|---|---|
| 17/11/2016 | ROK-120000402-27-X19 |

**Circuitronix (Hong Kong) Limited**
**Unit 15, 7/F, Block A, Po Lung Centre**
**11 Wang Chiu Road**
**Kowloon, HK**
**+852 2342 1862**

Page 1 of 2

| Vendor | Ship To |
|---|---|
| ROK Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park, High-tech Industry Zone<br>Guangdong Province,<br>China | CTX HKG |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 15/12/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| P00146538 P02 | 20,000 | P/N: P00146538 P02 (per Gerber) / BMW PDM UKL2_LU (per spec) / DRW00004783 Rev 03 (per array dwg) (File: 3.1 -PDM_double_side_PCB 6-fold_panel_for_LK_LU.zip / 3.1 -PDM_double_side_PCB 6-fold_panel_for_LU [07-16-2015] DRW00004783-A03-BMW_UKL2-PDM_PCB_double_side_6-fold_panel_Blatt_1.pdf, DRW00004783-A03-BMW_UKL2-PDM_PCB_double_side_6-fold_panel_Blatt_2.pdf, LDCH_0412_DRW00004783_03.pdf [07-24-2015] FR4, Tg150C, S1000, IT158 (2nd choice); 0.067±10% overall Board THK; 3/3 OZ (Min Finish); 2L; 8.15X9.622(6); 18X24(4); 0.028/0.016 (Line/space); 0.020 (Hole); SMOBC (Tamura DSR-330 S50-99G, Jiang Men ABQ RS-2000 (2nd choice), Glossy green per email); 0SS; LF HAL<br>Notes:<br>1> Rout Length:82/Panel; Hole:3666/panel; Vcut 0 /panel;<br>2> AOI required;<br>3> 1.5mm base material thickness;<br>4> Final copper thickness 105um, min 100um delivery;<br>5> Copper thickness in hole >25um;<br>6> Min annular ring >0.25mm;<br>7> Solder mask thickness over: flanges >7um, copper >10um, double coated;<br>8> Solder mask misalignment ±0.2mm;<br>9> Max storage time before soldering: 6 months after production time;<br>10> Quality requirements of PCB: IPC-6012B;<br>11> Mechanical warpage 0.5%; Allowed bending max 0.5% of edge length;<br>12> Mill/punch;<br>13> Wave soldering, lead free solder;<br>14> General + position tolerance ±0.05mm if not specified;<br>15> Samples according AA3151 + COMP 3003;<br>16> Outline tolerance ±0.1mm;<br>17> Tooling slot tolerance ±0.1mm;<br>18> Feature to feature tolerance ±0.1mm;<br>19> Slot 1.05+0.2/-0mm x 3.4±0.1mm;<br>20> Slot 0.85+0.1/-0mm x 5.8±0.1mm;<br>21> CoC required with each shipment (date code). CoC should include ionic contamination results (before SM printing);<br>22> Solderability test report is also required with each shipment (date code);<br>23> Pack 5 panels separately (part of the production PO, 5 panels will just be packed separately);<br>24> PPAP level 3 required;<br>25> Packaging and logistics terms (per Circuitronix_Logistics_Terms.pdf); | 0.632 | 12,640.00 | Pieces |

# Purchase Order

| Date | PO # |
| --- | --- |
| 17/11/2016 | ROK-120000402-27-X19 |

**Circuitronix (Hong Kong) Limited**
**Unit 15, 7/F, Block A, Po Lung Centre**
**11 Wang Chiu Road**
**Kowloon, HK**
**+852 2342 1862**



| Item | Quantity | Description | Rate | Amount | Unit |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| Use CTX UL Logo on all boards. | | | Total | $12,640.00 | |

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.