**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA
PRINTED CIRCUIT CO., LTD.

       Plaintiff,

v.

CIRCUITRONIX, LLC,

       Defendant.

_____

**NOTICE OF CORRECTION OF PLAINTIFF'S EXHIBIT C**
**TO THE HUANG DECLARATION FOR THE MOTION FOR SUMMARY JUDGMENT**

Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd.'s collection of purchase-order documents called Exhibit C to the Huang Declaration (DE 186) was inadvertently incomplete.

Therefore, Plaintiff's counsel respectfully requests that the attached corrected Exhibit (noted as "Exibit C (Corrected)") be considered an amendment to the previously filed entry, and as the true and correct exhibit. Its material is rearranged, highlighted, and indexed, for much-improved readability.

Dated: June 27, 2023
       New York, New York

                                      Respectfully submitted,

                                      **MAZZOLA LINDSTROM LLP**
                                      *Attorneys for Plaintiff Benlida*

                                      By: /s/ *Jean-Claude Mazzola*
                                      Jean-Claude Mazzola
                                      1350 Avenue of the Americas, 2nd Floor
                                      New York, NY 10019
                                      646.250.6666
                                      jeanclaude@mazzolalindstrom.com

# Exhibit C (Corrected) to Declaration of Tracy Huang

**Contents:**

X57 CTX-US-BLD    pp. 2-4
X57 CTX-US-ROK    p. 5
X57 CTX-HK-BLD    pp. 6-7
X57 CTX-HK-ROK    p. 8

X70 CTX-US-BLD    pp. 9-10
X70 CTX-US-ROK    pp. 11-12
X70 CTX-HK-BLD    pp. 13-15
X70 CTX-HK-ROK    pp. 16-17



**Circuitronix, LLC**
3131 SW 42nd Street
Fort Lauderdale, FL 33312

Phone:  7863644458
Fax:    3053779008

| Entry number | Date | Supplier |
|---|---|---|
| 201904-MR6031US-2 | 1/24/2019 | JIANG001 |

| Reference |
|---|
| X57 |

| Supplier: | Ship To CTX Address: |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road  High-tech Industrial Park<br>Jiangmen, Guangdong, China<br> Hong Kong | Circuitronix, LLC<br>C/O DHL Global Forwarding (Hong Kong) Limited<br>8/F Block 1, Goodman Tuen Mun Distribution Centre,<br>3A Hung Cheung Road, Tuen Mun, NT<br> Hong Kong |

| Supplier PN | CoC | PPAP | Receipt date | Ordered quantity | Net price | Tax excluded amount |
|---|---|---|---|---|---|---|
| E09440604 Rev AF | No | None | 2/24/2019 | 20,000 PC | 1.99000 | 39,800.00 |

| | | | | |
|---|---|---|---|---|
| **Shipment mode** | | **Tax excluded line total** | 39,800.00 | USD |
| **Payment term** | 60 Day After Monthly Statement | **TOTAL TAX** | 0.00 | USD |
| **Incoterm** | Free on board | **TOTAL TAX INC** | 39,800.00 | USD |
| **Incoterm Town** | HKG | | | |

Page 1 of 1



**Circuitronix, LLC**
3131 SW 42nd Street
Fort Lauderdale, FL 33312

Phone:   7863644458
Fax:     3053779008

| Entry number | Date | Supplier |
|---|---|---|
| 201904-MR6031US-2 | 1/24/2019 | JIANG001 |

Reference

X57

**Supplier:**

Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road  High-tech Industrial Park
Jiangmen, Guangdong, China
Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
C/O DHL Global Forwarding (Hong Kong) Limited
8/F Block 1, Goodman Tuen Mun Distribution Centre,
3A Hung Cheung Road, Tuen Mun, NT
Hong Kong

**Supplier PN**

### E09440604 Rev AF

P/N: E09440604 Rev AF  (File: LEAR_E09440604AF_pcbGerbers.zip  ) [05-05-2017]
High Grade FR4 per IPC4101/124, UL 94V-0 or better, Tg150 or better; 1.65mm+/- 10% (per EQ reply) Board THK; 2/2/2/2 OZ (Minimum Finish);  4L; 5.413 in X9.605 in(2); 20in X24in(8); 0.010in/0.0057in (Line/space); 0.013in (Hole); SMOBC(LPI, IPC-SM-840 Class H, Flat Matte, Green, Assumed Halogen-free); 2SS (White);  Imm Silver (IPC-4553)
Notes:
1> Rout Length:37/Panel; Hole:2950/panel; Vcut 0 /panel;
2> IPC-6011 and IPC-6012 Class 3;
3> Inner layers: 2oz or 55.7um min finished. Outer layers: 70um min finished;
4> Annular ring of conductive material on each PH to be a min of 0.001" with no break-out;
5> PCB must comply with current legal (ELV and other applicable laws regarding material content), customer material requirements;
6> Stack-up: PP 7628 (RC46) +1080 (RC67)// Core 4x7628//  PP 1080 (RC67) + 7628 (RC46);
7> PCB shall meet IPC-A-600 Class 3 (per LVP046 rev 05I);
8> Standard PCB: Copper THK after processing according to IPC 6012 Class 3; track width/spacing tolerance of +/-20%; centerline hole to centerline pad of +/-0.003; offset between copper layers of +/-0.004; offset between copper and mask of +/-0.004 (per LVP046 rev 05I);
9> Solder mask THK (for H to 2 oz base copper) - THK on track of 10 to 40 um, min THK on track corner of 6 um & min THK on bare laminate of 10 um (per LVP046 rev 05I);
10> Bow & twist (Class B): 0.75% max (per LVP046 rev 05I);
11> Dimensional tolerance : +/-0.10 mm (+/-0.004") for dimensions 200 mm (per LVP046 rev 05I);
12> NPTH dia tolerance: +/-0.05 mm (0.002"); PTH dia tolerance: +/-0.075 mm (0.003"); press-fit hole dia tolerance (IF ANY): +/-0.05 mm (0.002"); hole location tolerance: +/-0.075 mm (0.003") (per LVP046 rev 05I);
13> PTH copper plating: 25 to 50 um (0.001 to 0.002") (per LVP046 rev 05I);
14> 100% AOI for inner and outer layers is required (per LVP046 rev 05I);
15> Solder mask repair allowed to max of 5 defects/cm square, but it is NOT allowed to repair open tracks of copper (per LVP046 rev 05I);
16> Defective boards on the panel (array): NOT allowed (per LVP046 rev 05I);
17> Ionic contamination: 18> For Multilayer PCB's (per spec LVP047 level 07I);
- Prepregs must have multiple fabric glass layers, single layer is not allowed;
- Core with single ply are not allowed, must have more than 1 ply;
19> High Grade FR-4: Td min of 330°C, UL 94V-0 rating, CTI Grade 3 (175v to 249v), other requirements per IPC 4101/121 (per spec LVP047 level 07I);
20> CAF resistance certification (IPC-TM-650 2.6.25) for (Standard FR4 or High Grade FR4 or FR406 4101/26) (per spec LVP047 level 07I);
21> Supplier is not authorized to begin production or ship material prior to obtaining approval per the requirements of PPAP Manual. All PPAP sample submissions are to be Level 3 unless otherwise specified (per Global Supplier Quality Requirements Manual);
22> All changes to product, process and production location require advance written approval. PPAP approval is required. (per Global Supplier Quality Requirements Manual);
23> Supplier packaging, either expendable or returnable, must comply with the standards described in Supplier Packaging Requirements & Guidelines;
24> A completed Supplier Packaging SUPPLIER PACKAGING DATA FORM (Form 2100 ), File: 6FUX25-000_E01526706.xls for shall be submitted for customer approval during PPAP. (per Supplier Packaging Requirements & Guidelines);
25> Date identifiers have to follow the rules defined in ANSI MH10.8.2-2010. Same orders than appears (per customer requirement);
26> Minimum module width of barcode 0.3 mm (can be adapt) (per customer requirement);
27> Permanent glue, label not removable from unique package/reel, no paper labels (per customer requirement);
28> 20s and 20t information must be included in ASN fields and generated based on guidelines. This lot and serial number must be unique (per customer requirement);
29> Follow Suppliers label Electronics Introduction.pptx for unique identification of each packaging (reel or tray) (per customer requirement);
30> PCB should have cavity number in each production panel (per customer requirement);
31> Cavity number should be on top of the date code or near to the date code or in the UL logo (per customer requirement);



Circuitronix, LLC
3131 SW 42nd Street
Fort Lauderdale, FL 33312

Phone:  7863644458
Fax:    3053779008

| Entry number | Date | Supplier |
|---|---|---|
| 201904-MR6031US-2 | 1/24/2019 | JIANG001 |

Reference

X57

**Supplier:**

Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road  High-tech Industrial Park
Jiangmen, Guangdong, China
 Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
C/O DHL Global Forwarding (Hong Kong) Limited
8/F Block 1, Goodman Tuen Mun Distribution Centre,
3A Hung Cheung Road, Tuen Mun, NT
 Hong Kong

**Supplier PN**

32> ET mark will follow a line mark at the edge of the board. No stickers or stamp are allowed inside the circuit (per customer requirement);
33> Pth slot tolerance 0.046in +0/-0.003in x 0.098in +/-0.004in (per EQ reply);
** Please use CTX UL logo on these boards



# Purchase Order

| Date | PO # |
|---|---|
| 27-02-16 | VA6264EU-A-151-X57 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

| Vendor | Ship To |
|---|---|
| ROK Printed Circuit Board Co., Ltd<br>No. 21 Workingshop, Dongdan Industry Park,<br>High-tech Industry Zone<br>Guangdong Province,<br>China | CIRCUITRONIX, HKG |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
|  |  |  |  | AMS 30 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 3324690QE. | Piece | 20,000 | P/N: 3324690QE / 332469Q (PCB number, per Gerber) /332469  E01 (per ckt dwg) / 332469 Index E Dwg Level 01 (per array dwg) (File: LEAR_332469_0QE_gerber.zip ) [12-11-2013] High Grade FR-4 per spec LVP047 (non-halogen free laminate per previous rev), Tg>140 (DSC); 0.063 +0.008/-0.004 Board THK; 2/1/1/2 OZ (Nominal finish); 4L; 4.331X7.906(2); 18X24(10); 0.0059/0.0055 (Line/space); 0.008 (Hole); SMOBC (10-40um thk, halogen free); 0SS; OSP (Entek Plus HT)<br>Notes:<br>1> Rout Length:52/Panel; Hole:0.008: 2376/panel, total: 2504/panel; Vcut 0 /panel;<br>2> PTH copper plating: 25 to 50 µm (0.001 to 0.002") (per spec LVP046 rev 05l);<br>3> Outer layer finish copper thickness: 54.5-86.5um (70.5±16um);<br>4> Inner layer finish copper thickness: 26.5-38.5um (32.5±6um);<br>5> Dielectric Stack: up: 0.014 prepreg // 0.028 core // 0.014 prepreg;<br>6> Press-fit Drilled Hole Dia.: 1.1 -0.025 mm, Finished Hole Dia. = Drilled Hole + Plating: Nom. 1.0 mm;<br>7> Press-fit Drilled Hole Dia.: 1.55 -0.025mm, Finished Hole Dia. = Drilled Hole + Plating: Nom. 1.45;<br>7> Array & circuit dimension tolerance: ±0.004, tolerance for dimensions < 6mm: ±0.004, general tolerance for drilled holes: +0.004/-0; tooling hole tolerance: +0.004/-0.0, slot width tolerance: +0.004/-0.0;<br>8> 0.008 PTH tolerance: +0.004/-0;<br>9> PCB shall meet IPC 6011/6012/IPC-A-600 Class 3 (per spec LVP046 rev 05l);<br>10> Standard PCB: Copper THK after processing according to IPC 6012 Class 3; track width/spacing tolerance of ±20%; centerline hole to centerline pad of ±0.003; offset between copper layers of ±0.004; offset between copper and mask of ±0.004 (per spec LVP046 rev 05l);<br>11> Solder mask: green; meet UL 94V-0 (per spec LVP046 rev 05l); | 0.990 | 19,800.00 |
|  |  |  | Total | | $19,800.00 |

This order is subject to attached Circuitronix terms and conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.

If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.

CONFIDENTIAL                                                                                                                                                       CTX_00377892

# Purchase Order

| Date | PO # |
|---|---|
| 22/8/2016 | BLD-VA6264EU-A-292-X57 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 1 of 2

| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong, China | CTX HKG |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 22/9/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| E01452502 | 500 | P/N: E01452502 (per stackup/Gerber) / E014525 Index 02 Rev B (per dwg) (File:E01452502_gerber.zip ) [08-21-2013]<br>High Grade FR-4: Td min of 325°C,  Tg > 140 ( DSC ); 0.063 +0.008/-0.004 Board THK; 2/2/2/2 OZ (Finish);  4L; 5.315X8.693(1); 18X24(8); 0.008/0.006 (Line/space); 0.008 (Hole); SMOBC, 10-40 um thk(Matt Green Halogen Free According to IEC 61249-2-21); 0SS; ENIG<br>Notes:<br>1> Rout Length:29/Panel, Hole:0.008 (2049/panel) total 2648/panel; Vcut 0 /panel;<br>2> PCB shall meet IPC 6011/6012/IPC-A-600 Class 3. (per spec LVP046 rev 05I);<br>3> Standard PCB: Copper THK after processing according to IPC 6012 Class 3; track width/spacing tolerance of +/-20%; centerline hole to centerline pad of +/-0.003; offset between copper layers of 1/-0.004; offset between copper and mask of  1/-0.004. (per spec LVP046 rev 05I);<br>4> Solder mask: green; meet UL 94V-0. (per spec LVP046 rev 05I);<br>5> Solder mask THK (for H to 2 oz base copper) - THK on track of 10 to 40 µm, min THK on track corner of 6 µm & min THK on bare laminate of 10 µm. (per spec LVP046 rev 05I);<br>6> Approved solder mask types: Coates Imagecure XV 501, Vantico (Ciba) Probimer 65C SM/77 SM, Onstatic R-500 M3G/HD5 & Tamura Finedel DSR-2200TT 19G(M), Eternal 780H-MG56 - all should be green/satiny-dull. (per spec LVP046 rev 05I);<br>7> Bow & twist (Class A): 0.5% max for multilayer (per spec LVP046 rev 05I);<br>8> Hole location tolerance:  +/-0.075 mm (0.003"). (per spec LVP046 rev 05I);<br>9> PTH copper plating: 25 to 50 µm (0.001 to 0.002") (per spec LVP046 rev 05I);<br>10> Annular ring: 50 µm (0.002") min on inner and outer layers. (per spec LVP046 rev 05I);<br>11> 100% AOI for inner and outer layers is required. (per spec LVP046 rev 05I);<br>12> ENIG: 0.05 to 0.015 µm (2 to 6 µ") gold THK, 3 to 8 µm (120 to 320 µ") nickel THK. (per spec LVP046 rev 05I);<br>13> Solder mask repair allowed to max of 5 defects/cm square, but it is NOT allowed to repair open tracks of copper.  (per spec LVP046 rev 05I);<br>14> Ionic contamination: <2.58 µg/in2 (0.4 µg/cm2) equivalent NaCl, measured per IPC-TM-650 2.3.25; test report for Ion Chromatography per IPC-TM-650 2.3.28 needs to be submitted every 6 months. (per spec LVP046 rev 05I);<br>15> Supplier is not authorized to begin production or ship material prior to obtaining approval per the requirements of PPAP Manual. All PPAP sample submissions are to be Level 3 unless otherwise specified (per Global Supplier Quality Requirements Manual);<br>16> All changes to product, process and production location require advance written approval. PPAP approval is required. (per Global Supplier Quality Requirements Manual);<br>17> Supplier packaging, either expendable or returnable, must comply with the standards described in Supplier Packaging Requirements & Guidelines;<br>18> A completed Supplier Packaging Data Form (Form 2100).xls shall be submitted for customer approval during PPAP. (per Supplier Packaging Requirements & Guidelines);<br>19> Stackup: 0.0142 PP // 0.028 Laminate // 0.0142 PP;<br>20> External layers final thickness: 2.146 – 3.406 mils;<br>21> Internal layers final thickness:  2.283 – 3.031 mils;<br>22> PTH tolerance:  +0.004/-0;<br>23> Slot width tolerance:  +0.004/-0;<br>24> Overall dimension tolerance:  +/-0.004, non-tolerance dimensions <0.236 tolerance:  +/-0.004; | 3.327 | 1,663.50 | Pieces |

# Purchase Order

| Date | PO # |
|---|---|
| 22/8/2016 | BLD-VA6264EU-A-292-X57 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 2 of 2

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
|  |  | 25> Cpk >/= 1.67; |  |  |  |
| CTX UL logo to be used on all boards |  |  | Total | $1,663.50 |  |

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.

CONFIDENTIAL                                          CTX_00376295



**Circuitronix (Hong Kong) Limited**
Unit #15, 7th Floor
Block A, PO Lung Centre
No. 11 Wang Chui Road
KOWLOON,

Phone:   64618609
Fax:     23421299

| Entry number | Date | Supplier |
|---|---|---|
| A02-VA6264EU | 3/6/2017 | ROKPR001 |
| Reference | | |
| X57 | | |

**Supplier:**

Rok Printed Circuit Board Co.  Ltd
No. 21 Workingshop  Dongdan Industry Park
High-tech Industry Zone
Guangdong Province
 Hong Kong

**Ship To CTX Address:**

Circuitronix (Hong Kong) Limited
Unit #15, 7th Floor
Block A, PO Lung Centre
No. 11 Wang Chui Road
KOWLOON
Hong Kong

| Supplier PN | CoC | PPAP | Receipt date | Ordered quantity | Net price | Tax excluded amount |
|---|---|---|---|---|---|---|
| 3301690BA | No | None | 4/6/2017 | 890 PC | 0.53000 | 471.70 |
| 3352070CB | No | None | 4/6/2017 | 29,500 PC | 0.35000 | 10,325.00 |

| | | |
|---|---|---|
| Shipment mode | | |
| Payment term | 60 Day After Monthly Statement | |
| Incoterm | Free on board | |
| Incoterm Town | HKG | |

| | | |
|---|---|---|
| Tax excluded line total | 10 796.70 | USD |
| TOTAL TAX | 0.00 | |
| TOTAL TAX INC | 10 796.70 | USD |

Page 1 of 1

# circuitronix

**Circuitronix, LLC**
3131 SW 42nd Street
Fort Lauderdale, FL 33312

| Phone: | 7863644458 |
|---|---|
| Fax: | 3053779008 |

| Entry number | Date | Supplier |
|---|---|---|
| A16-5500014404 | 10/5/2017 | JIANG001 |

**Reference**
X70

**Supplier:**

Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road  High-tech Industrial Park
Jiangmen, Guangdong, China
Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
5/F, Continental Electric Building
17 Wang Chiu Road
KOWLOON BAY
Hong Kong

| Supplier PN | CoC | PPAP | Receipt date | Ordered quantity | Net price | Tax excluded amount |
|---|---|---|---|---|---|---|
| D-8794705TGP01+A | Yes | None | 11/1/2017 | 80,000 PC | 0.92000 | 73,600.00 |

| Shipment mode | | Tax excluded line total | 73 600.00 USD |
|---|---|---|---|
| **Payment term** | 60 Day After Monthly Statement | TOTAL TAX | 0.00 |
| **Incoterm** | | TOTAL TAX INC | 73 600.00 USD |
| **Incoterm Town** | | | |

Page 1 of 1

# Circuitronix

**Circuitronix, LLC**
3131 SW 42nd Street
Fort Lauderdale, FL 33312

| | |
|---|---|
| Phone: | 7863644458 |
| Fax: | 3053779008 |

| Entry number | Date | Supplier |
|---|---|---|
| A16-5500014404 | 10/5/2017 | JIANG001 |

**Reference**

X70

**Supplier:**

Jiangmen Benlida Printed Circuit Company Limited
No. 76 Long Xi Road  High-tech Industrial Park
Jiangmen, Guangdong, China
 Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
5/F, Continental Electric Building
17 Wang Chiu Road
KOWLOON BAY
Hong Kong

## Supplier PN

**D-8794705TGP01+A**

P/N: D-8794705TGP01 (per email) / 17-8794705TGP01+A Rev A (File: PSD 17-D-8794705TGP01+A 000 00.zip ) [06-02-2014]
FR4, Tg>140C, UL 94V-0 min, MOT of 125C; 0.062±10% Board THK; 1/1 OZ (Base); 2L; 5.4X8.972(2); 20X24(8); 0.012/0.007 (Line/space); 0.015 (Hole); SMOBC (LPI, Blue, IPC-SM-840 class T, 0.0005-0.002 thk); 1SS (White); LF HASL

Notes:
1> Rout Length:62/Panel; Hole:590/panel; Vcut 0 /panel;
2> Max bow & twist shall be 0.7%;
3> Hole location tolerance Ø0.008;
4> RoHS per 24A105187;
5> IPC-A-600 class 2;
6> Cleanliness shall be tested with IPC-6012 class 2 paragraph 3.9 with a limit of 10ug/sqin;
7> Fuse trace (intentional weak link) must be ±20% in width and deviation from this is not acceptable;
8> Finish copper thickness (2oz) 0.0024±0.0005;
9> Preserving solderability for a min of 6 months at 21 deg C and 70%RH (per spec 101510 rev G);
10> Solderability: unless specified on fabrication drawing, shall meet the requirements of J-STD-003 class 2 and paragraph 1.5.1 test C. Coating durability shall comply to J-STD-003 paragraph 1.8 category 2 (per spec 101510 rev G);
11> Fiducials shall be round within +/-0.05mm (0.002) and shall have a diameter tolerance of +/-10%; (per spec 101510 rev G);
12> Add copper rings around array fiducials on the rails as long as required clearances are maintained (per spec 101510 rev G);
13> X-outs in an array are not acceptable, unless specifically noted as allowed (per spec 101510 rev G);
14> If coupons are required they shall be designed to IPC 2221 criteria, if not required, analyze 2 cross sections of a PCB or Thermal Stress coupon in both X & Y Axis per lot (per spec 101510 rev G);
15> Perform solderability testing on both Plated Through Hole & Surface ( Minimum 5 per Lot) (per spec 101510 rev G);
16> No repair of circuit defects or to damaged laminate without prior written approval (per spec 101510 rev G);
17> Packaging: All PCBs to be treated as Moisture Sensitivity Level (MSL) 3. Each package shall have desiccant and HIC with 3 color spots of sensitivity values 5% RH, 10% RH and 60% RH. OK to use HIC with 10% to 60% RH color spots (per EQ reply). Anti-tarnish paper must be placed between HIC and board surface. Anti-tarnish paper must be placed between the humidity indicator and board surface (per spec 101510 rev G);
18> CoC is required for each deliver to include the total quantity of pieces and number of panels in the lot (per spec 101510 rev G);
19> Additional packing requirements: (per spec 101510 rev G);
- pack in shrink-wrap, max weight of 12.5 kg (28 lbs), max height of 15.2 cm (6 in);
- solid piece of material on top and bottom of the stack;
- each package to be heat sealed in an airtight bag to prevent moisture;
- each package to be marked with quantity, date code, part number and PO number;
- pack in boxes using only bubble-pack as filler (no particulate generating material such as styrofoam, cardboard, shredded or crumpled paper are allowed);
- outside of the box must include a label with the part number, lot number, date code, job run number and other Supplier information to ensure traceability to date of manufacture and associated data, i.e. test results.
20> Follow the requirements found on Shipment Labeling Standard.pdf (per customer requirement)
21> For all boards with fuse trace (IWL) at least 5 panel need to be measured on all fuse traces for both fuse trace width and fuse trace copper thickness in separate sheet (customer requirement);
22> Include a separate section in the CoCs for measurements of the IWLs (customer requirement);

CTX UL LOGO MUST BE USED ON ALL BOARDS.



**Circuitronix, LLC**
3131 SW 42nd Street
Fort Lauderdale, FL 33312

| Phone: | 7863644458 |
| Fax: | 3053779008 |

| Entry number | Date | Supplier |
|---|---|---|
| A01-4501854344 | 6/15/2017 | ROKPR001 |

| Reference |
|---|
| X70 |

| Supplier: | Ship To CTX Address: |
|---|---|
| Rok Printed Circuit Board Co. Ltd<br>No. 21 Workingshop Dongdan Industry Park<br>High-tech Industry Zone<br>Guangdong Province<br>Hong Kong | Circuitronix, LLC<br>5/F, Continental Electric Building<br>17 Wang Chiu Road<br>KOWLOON BAY<br>Hong Kong |

| Supplier PN | CoC | PPAP | Receipt date | Ordered quantity | Net price | Tax excluded amount |
|---|---|---|---|---|---|---|
| 23565146+B2 | Yes | None | 7/8/2017 | 852 PC | 0.73000 | 621.96 |

| Shipment mode | | |
|---|---|---|
| Payment term | 60 Day After Monthly Statement | |
| Incoterm | | |
| Incoterm Town | | |

| Tax excluded line total | 621.96 USD |
|---|---|
| TOTAL TAX | 0.00 |
| TOTAL TAX INC | 621.96 USD |



Circuitronix, LLC
3131 SW 42nd Street
Fort Lauderdale, FL 33312

Phone: 7863644458
Fax: 3053779008

| Entry number | Date | Supplier |
|---|---|---|
| A01-4501854344 | 6/15/2017 | ROKPR001 |

Reference

X70

**Supplier:**

Rok Printed Circuit Board Co.  Ltd
No. 21 Workingshop  Dongdan Industry Park
High-tech Industry Zone
Guangdong Province
 Hong Kong

**Ship To CTX Address:**

Circuitronix, LLC
5/F, Continental Electric Building
17 Wang Chiu Road
KOWLOON BAY
Hong Kong

**Supplier PN**

**23565146+B2**

P/N: 23565146+B2 Rev A (File: PSD 17-23565146+B2 000 00.zip ) [06-18-2015]
High Temp FR4 (IPC-410A/24/26/29/99), UL 94V-0, Tg>170 Min, Td>340, CTE-Z<3.5% T260 & T288>60mins; 0.062 +/-0.006 Board THK; 1/1/1/1 OZ (Finish); 4L; 7.132X4.461(3); 20X24(12); 0.010/0.007 (Line/space); 0.013 (Hole); SMOBC (LPI, Green, IPC-SM-840 Class 2); 2SS (White); ENIG (Au: 2-8u", Nickel: 150-250u")
Notes:
1> Rout Length:60/Panel; Hole:649/panel; Vcut 0 /panel;
2> Fabricate and test per ANSI IPC-A-600 Class 2, IPC-6011 & IPC-6012 Class 2, IPC-2221 and IPC-2222 Class B, Rework Per IPC-7711and IPC-7721;
3> RoHS compliant and Lead Free;
4> Trace width tolerance: <20%;
5> 0.033" PTH tolerance: +0.002"/-0;
6> Stack up: 1oz copper// PP 0.008"/ Core 0.040" +1/1oz copper// PP 0.008"// 1oz copper;
7> Maximum bow and twist : 0.7% as measured per IPC-TM-650, Method 2.4.22;
8> Solder mask: SMOBC, matte or semi-matte, Solder mask thickness: 0.0004 min thick and 0.002 max thick (per spec 101510 rev G);
9> Solderability: unless specified on fabrication drawing, shall meet the requirements of J-STD-003 class 2 and paragraph 1.5.1 test C. Coating durability shall comply to J-STD-003 paragraph 1.8 category 2 (per spec 101510 rev G);
10> Fiducials shall be round within +/-0.05mm (0.002) and shall have a diameter tolerance of +/-10%; (per spec 101510 rev G);
11> Add copper rings around array fiducials on the rails as long as required clearances are maintained (per spec 101510 rev G);
12> X-outs in an array are not acceptable, unless specifically noted as allowed (per spec 101510 rev G);
13> If coupons are required they shall be designed to IPC 2221 criteria, if not required, analyze 2 cross sections of a PCB or Thermal Stress coupon in both X & Y Axis per lot. (per spec 101510 rev G);
14> Perform solderability testing on both Plated Through Hole & Surface ( Minimum 5 per Lot). (per spec 101510 rev G);
15> Ionic contamination: <0.5 µg/cm2 (<3.23 µg/in2) NaCl equivalent (test per IPC-TM-650 2.3.25.5 or IPC-5704). (per spec 101510 rev G);
16> No repair of circuit defects or to damaged laminate without prior written approval. (per spec 101510 rev G);
17> Packaging: All PCBs to be treated as Moisture Sensitivity Level (MSL) 3. Each package shall have desiccant and HIC with 3 color spots of sensitivity values 5% RH, 10% RH and 60% RH. OK to use HIC with 10% to 60% RH color spots (per EQ reply). Anti-tarnish paper must be placed between the humidity indicator and board surface (per spec 101510 rev G);
18> CoC is required for each deliver to include the total quantity of pieces and number of panels in the lot (per spec 101510 rev G);
19> Additional packing requirements: (per spec 101510 rev G);
- pack in shrink-wrap, max weight of 12.5 kg (28 lbs), max height of 15.2 cm (6 in);
- solid piece of material on top and bottom of the stack;
- each package to be heat sealed in an airtight bag to prevent moisture;
- each package to be marked with quantity, date code, part number and PO number;
- pack in boxes using only bubble-pack as filler (no particulate generating material such as styrofoam, cardboard, shreded or crumpled paper are allowed);
- outside of the box must include a label with the part number, lot number, date code, job run number and other Supplier information to ensure traceability to date of manufacture and associated data, ie. test results.
20> Follow the requirements found on Shipment Labeling Standard.pdf. (per customer requirement);
21> Compliant to IPC-6012 Class 2 & IPC-A-600 Class 2 except for A/B coupons (per spec);

CTX UL LOGO MUST BE USED ON ALL BOARDS.

# Purchase Order

| Date | PO # |
|---|---|
| 26/7/2016 | BEN-4501647288-2-X70 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 1 of 3

| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong, China | Circuitronix,HKG |

| Currency | Terms | Ship Date |
|---|---|---|
| US Dollar | AMS 60 | 8/8/2016 |

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| C76038-008 with holes 1.54mm +/-0.03mm | 50 | Option B. press fit finished hole diameter of 1.54 +/- 0.03mm P/N: 17-C76038-008A 000 00 Rev A (per array drawing) / D76038-008 (per spec/fab drawing) (File: 17-C76038-008A 000 00.zip, email info ) [07-19-2016]<br>FR4, IPC 4101D/126, Tg 170 degC (DSC) min, Td 340 degC (TGA) min, T260 (TMA) 60 mins min, T288 (TMA) 15 mins min, max.CTE, z-axis, <Tg / >Tg 60/300 ppm/K, thermal proof (-40 degC to + 140 degC): 1000 cycles; 0.065 +/- 10% - including soldermask over copper Board THK; 1/1/1/1 OZ (Base), 4L; 10.472X8.287(8); 18X24(4); 0.008/0.008 (Line/space); 0.014 (Hole); SMOBC (IPC-SM-840C Class H, Green, Halogen Free, Matt or Semi-Matt); 0SS; Imm Tin (Thickness: 1.00 +0.50/-0um - confirm to follow 1.0um min (per IPC-4554) Imm tin thickness per EQ reply)<br>Notes:<br>1> Rout Length:186/Panel; Hole:7646/panel; Vcut 0 /panel;<br>2> RoHS compliant;<br>3> Press-fit required (Hole D 1.54 +/- 0.03mm). Plating thickness: 30um +100%/-0;<br>   - Cu thickness: 30-60 um;<br>   - Sn thickness: 1.15 +/- 0.15um; - confirm to follow 1.0um min (per IPC-4554) Imm tin thickness (per EQ reply)<br>   - Finished hole: 1.54 +/- 0.03mm;<br>4> No change on material without PCN;<br>5> CTI per IEC 60112: min UL Tracking Index (PLC): Grade 3 (CTI 175 - 249 V);<br>6> CAF resistance: per IPC-TM-650 Class 3 (2.6.25). Test report required;<br>7> Final copper thickness: Outer - 52.9um min., Inner - 24.9m min.;<br>8> Plating thickness in any hole: 25um +100%/-0;<br>9> Soldermask thickness: >=4um (edge of conductor), 15-75um (over laminate), 10-40um (over conductor);<br>10> Soldermask maybe max.10um thicker than solder pad (uncovered copper), if requested;<br>11> 100% ET and AOI;<br>12> PTH tolerance: +0.10/-0.15mm and +0.10/-0 mm; NPTH tolerance: +0.10/-0 mm;<br>13> Max hole roughness: Press-fit holes: 30um, all other: 75um;<br>14> Pattern: unevenness (+/-0.05mm), restring (>=0.05mm);<br>15> Deviation: Offset Pattern/Holes (<=0.15 mm), Pattern with tolerance: (<=30 %);<br>16> IPC-A-600F class 3, IPC-6011 class 3, IPC-6012B, IPC-TM-650 class 3, PERFAG 2E/3C;<br>17> Max. Bow and Twist 0.75% measured per IPC-TM-650 METHOD;<br>18> Fixing tabs and PCB-outline free of soldermask;<br>19> No X-outs;<br>20> Packing: Sealed in plastic foil. Desiccant allowed. 25 pcs stack height. No partition. Max weight 15kg;<br>21> Layer stack-up: 1oz Base Cu // PP: 126um (2116) + 211um (7628) // Core: 711um + 1/1 oz Cu // PP: 211um (7628) + 126um (2116) // 1oz Base Cu;<br>22> Outline tolerance: +/-0.15mm;<br>23> Tolerance for registered dimensions of PCB holes at X/Y directions: +/-0.07mm;<br>24> Tolerance for registered dimensions of PCB slots at X/Y directions: +/-0.1mm;<br>25> Solder coat shall be capable of preserving solderability for a min of 6 months beginning from arrival date;<br>26> Production gerber files should be provided to obtain approval prior to manufacturing;<br>27> GADSL (Global Automotive Declarable Substance List) compliance (per spec 588619-109 Index 109);<br>28> RoHS Directive 2000/53/EC compliance (per spec 588619-109 | 0.70 | 35.00 | Pieces |

# Purchase Order

**Circuitronix (Hong Kong) Limited**

Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

| Date | PO # |
|---|---|
| 26/7/2016 | BEN-4501647288-2-X70 |

Page 2 of 3

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
| | | Index 109); <br> 29> REACH regulation compliance (per spec 588619-109 Index 109); <br> 30> IMDS declaration required (per spec 588619-109 Index 109); <br> 31> PCB labelling per Labelling of PCB and Panels_Circuitronix_150305.pdf; <br> 32> Solderability: unless specified on drawing, shall meet requirements of J-STD-003 class 2 paragraph 1.5.1 test C. Coating shall comply to J-STD-003 paragraph 1.8 category 2 (per 101510 Rev H); <br> 33> Unless otherwise specified, manufacturer may add tooling holes & copper thieving in breakaway providing it meets section 3.8 (per 101510 Rev H); <br> 34> Non-functional pads on inner layers shall NOT be removed without written authorization (per 101510 Rev H); <br> 35> Fiducial shall be round within ±0.002 and shall have a diameter tolerance of ±10% (per 101510 Rev H); <br> 36> Supplier may add copper (protective) rings around the array fiducials as long as required clearances are maintained (per 101510 Rev H); <br> 37> Supplier must submit a deviation request form in writing and receive a written signature for material substitution or deviation approval prior to production for any deviation from drawing or spec (per 101510 Rev H); <br> 38> If coupons are required they shall be designed to IPC 2221 criteria. If not required, analyze 2 cross sections of a PCB or Thermal Stress coupon in both X & Y Axis per lot (per 101510 Rev H); <br> 39> 100% visual inspection per IPC-600 requirements by certified inspectors (per 101510 Rev H); <br> 40> Perform solderability testing on both PTH & surface (minimum 5 per lot) (per 101510 Rev H); <br> 41> Perform dimensional assessment on 1 PCB/array per each lot (IPC 6012, Table 4.3 - Dimensional) (per 101510 Rev H); <br> 42> Ionic contamination: <0.5 ug/cm2 (<3.23 ug/in2) NaCl equivalent per IPC-TM-650 Method 2.3.25.5 (per 101510 Rev H); NO REPAIR of defects in circuit or damaged laminate without prior written approval (per 101510 Rev H); <br> 43> Packaging & Shipment (per 101510 Rev H); <br> - treated as moisture sensitive level (MSL) 3 devices <br> - shrink-wrap with a max package weight of 12.5Kg (28 lbs.) & a max package height of 15.2cm (6 in) <br> - package shall have humidity indicator card (HIC) & desiccant (ref IPC/JEDEC J-STD-003B.1) <br> - HIC shall have a minimum of three (3) color spots with sensitivity values of 5% RH, 10% RH & 60% RH. OK to use HIC with 10% to 60% RH color spots (per EQ reply). <br> - anti-tarnish paper shall be placed between HIC & board surface <br> - each package shall have a solid piece of material on top & bottom of the stack <br> - each package to be heat sealed in an air tight bag to prevent moisture <br> - each package shall be marked with quantity, date code, part number & PO number <br> - packages to be packed in boxes, using only bubble-pack as filler. No particulate generating materials such as Styrofoam, cardboard, shredded or crumpled paper are allowed <br> - boxes shall weigh no more than 18 kg (40 lbs.) <br> - outside of the box must include part number, lot number, date code, job run number & other supplier information to ensure traceability to date of manufacture and associated data, i.e. test results <br> - electrical test COC (per IPC-9252) is required for each delivery <br> - COC is required for each delivery to include the total quantity of pieces & number of panels in the lot <br> - A separate C of C (hard copy) is required for each lot and must be signed by a Quality department representative; <br> 44> Follow the requirements found on Shipment Labeling Standard.pdf. (per customer requirement); <br> 45> Compliant to IPC-6012 Class 3 & IPC-A-600 Class 3 except for A/B coupons (per spec); <br> 46> All new parts require PPAP Level 3 (per customer requirement); <br> 47> Customer EQ replies: <br> - follow 8up array <br> - Please use IT180A base material with Taiyo PSR4000 MPH <br> - confirm to follow 1.0um min (per IPC-4554) Imm tin thickness <br> - confirm to follow gerber outline to build board <br> - we can relax slot tolerance to +0.1/-0.05mm <br> - follow 117-C76038-008A 000 00.pdf to build panel <br> - confirm the number of tabs is 9x <br> - Please put datecode according to Labelling spec - SL/CW/YY/XX, where all letters represent Supplier, Location, Calendar Week, Year and Batch number. Place and format for SL/CW/YY/XX is enough so no extra logo <br> - see "Roughness Measurement.pdf" and provide measurement report <br> - follow drawing requirement +0.1/-0mm tolerance for 1.10mm plated hole; | | | |

# Purchase Order

| Date | PO # |
|---|---|
| 26/7/2016 | BEN-4501647288-2-X70 |

**Circuitronix (Hong Kong) Limited**
Unit 15, 7/F, Block A, Po Lung Centre
11 Wang Chiu Road
Kowloon, HK
+852 2342 1862

Page 3 of 3

| Item | Quantity | Description | Rate | Amount | Unit |
|---|---|---|---|---|---|
|  |  | CTX UL logo must be used on all boards. |  |  |  |
|  |  |  | Total | $35.00 |  |

This order is subject to the attached Circuitronix Terms & Conditions.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at Incoming Inspection and Sorting etc.

IF THE TOTAL QUANTITY OF ANY ORDER IS NOT COMPLETED BY THE DELIVERY DATE COMMITTED BY THE FACTORY WHILE ACCEPTING THE ORDERS ANY ADDITIONAL FREIGHT COSTS INCURRED BY CIRCUITRONIX WOULD BE CHARGED BACK TO THE SUPPLIER.

CONFIDENTIAL                                                                                                   CTX_00282729



**Circuitronix (Hong Kong) Limited**
5/F, Continental Electric Building
17 Wang Chiu Road
KOWLOON BAY,

Phone:  64618609
Fax:       23421299

| Entry number | Date | Supplier |
|---|---|---|
| A01-4501906715 | 9/1/2017 | ROKPR001 |
| Reference | | |
| X70 | | |

**Supplier:**

Rok Printed Circuit Board Co.  Ltd
No. 21 Workingshop  Dongdan Industry Park
High-tech Industry Zone
Guangdong Province
 Hong Kong

**Ship To CTX Address:**

Circuitronix (Hong Kong) Limited
5/F, Continental Electric Building
17 Wang Chiu Road
KOWLOON
Hong Kong

| Supplier PN | CoC | PPAP | Receipt date | Ordered quantity | Net price | Tax excluded amount |
|---|---|---|---|---|---|---|
| 1055449+5 | Yes | None | 9/23/2017 | 6,774 PC | 1.99000 | 13,480.26 |

| | | |
|---|---|---|
| **Shipment mode** | | |
| **Payment term** | 60 Day After Monthly Statement | |
| **Incoterm** | | |
| **Incoterm Town** | | |

| | | |
|---|---:|---|
| Tax excluded line total | 13 480.26 | USD |
| TOTAL TAX | 0.00 | USD |
| TOTAL TAX INC | 13 480.26 | USD |

Page 1 of 1

# Circuitronix

| | |
|---|---|
| **Circuitronix (Hong Kong) Limited**<br>5/F, Continental Electric Building<br>17 Wang Chiu Road<br>KOWLOON BAY, | **Entry number** A01-4501906715   **Date** 9/1/2017   **Supplier** ROKPR001<br>**Reference**<br>X70 |
| **Phone:** 64618609<br>**Fax:** 23421299 | |

**Supplier:**

Rok Printed Circuit Board Co. Ltd
No. 21 Workingshop Dongdan Industry Park
High-tech Industry Zone
Guangdong Province
 Hong Kong

**Ship To CTX Address:**

Circuitronix (Hong Kong) Limited
5/F, Continental Electric Building
17 Wang Chiu Road
KOWLOON
Hong Kong

## Supplier PN

**1055449+5**

P/N: 17-1055449+5 Rev A (File: PSD 17-1055449+5 000 00.zip, RFQ-5216-Circuitronix(rev.5).xlsx ) [10-28-2013]
FR4 Per IPC-4101, UL94 V-0 , Min Tg:170 , Min Td 340Deg; 0.062±0.006 Board THK; 1/1 OZ (Min Finish); 2L; 7.838X11.015(2); 18X24(4);
0.010/0.010 (Line/space); 0.018 (Hole); SMOBC (Blue, LPI, IPC-SM-840, current revision class T); 1SS (White); Immersion Silver (Per IPC 4553)
Notes:
1> Rout Length:68/Panel; Hole:778/panel; Vcut 0 /panel;
2> RoHS compliant, compatible with Lead free assembly;
3> IPC-6012 Class 2, IPC-A-600 Class 2;
4> Hole location tolerance: 0.008 diameter of true position;
5> Layer to layer registration: within 0.005;
6> Annular ring: external supported holes (0.001 min), internal supported holes (tangency min), unsupported holes (tangency min);
7> Conductors will not exceed a reduction in width or spacing by more than 20% or 0.002 whichever min value is less;
8> Max bow and twist: 0.7%;
9> X-outs in an array are not acceptable, unless specifically noted as allowed. (per spec 101510 rev F);
10> Ionic contamination: <0.5 µg/cm2 (<3.23 µg/in2) NaCl equivalent (test per IPC-TM-650 2.3.25.5 or IPC-5704). (per spec 101510 rev F);
11> No repair of circuit defects or to damaged laminate without prior written approval. (per spec 101510 rev F);
12> Packaging: All PCBs to be treated as Moisture Sensitivity Level (MSL) 3. Each package shall have desiccant and HIC with 3 color spots of sensitivity values 5% RH, 10% RH and 60% RH. Anti-tarnish paper must be placed between HIC and board surface. Additionally for Imm Ag and Imm Sn finish boards, each package shall have at least one sheet of anti-tarnish paper protecting each board surface and around the stack of boards. (per spec 101510 rev F);
13> Additional packing requirements: (per spec 101510)
- pack in shrink-wrap, max weight of 12.5 kg (28 lbs), max height of 15.2 cm (6 in);
- solid piece of material on top and bottom of the stack;
- each package to be airtight to prevent moisture;
- each package to be marked with quantity, date code, part number and PO number;
- pack in boxes using only bubble-pack as filler (no particulate generating material such as styrofoam, cardboard, shreded or crumpled paper are allowed);
- outside surface of the box to include lot number, date code, job run number or other identification;
14> Follow the requirements found on Shipment Labeling Standard.pdf. (per customer requirement);
15> Attach C of C with the shipment every time. (per customer requirement);
16> Compliant to IPC-6012 Class 2 & IPC-A-600 Class 2 except for A/B coupons (per customer requirement);
17> PPAP required (customer requirement);

CTX UL LOGO MUST BE USED ON ALL BOARDS.