## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Plaintiff,

v.

CIRCUITRONIX, LLC,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING DECLARATION OF STEPHEN F. ROSENTHAL
IN SUPPORT OF DEFENDANT CIRCUITRONIX, LLC'S
REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

On this date, Defendant Circuitronix, LLC, by and through its undersigned counsel and in accordance with the Court's procedures, files the attached Declaration of Stephen F. Rosenthal in Support of Defendant Circuitronix, LLC's Reply in Support of Its Motion for Summary Judgment.

Dated: July 5, 2023

Respectfully submitted,

*/s/  Stephen F. Rosenthal*
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweishall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

*Counsel to Circuitronix, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on July 5, 2023 filed with the Clerk of the Court using CM/ECF.

By:  /s/ *Stephen F. Rosenthal*
Stephen F. Rosenthal