# EXHIBIT C

Wu Yukun
May 24, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

         Plaintiff,

    vs.

CIRCUITRONIX, LLC,

         Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS
DEPOSITION OF WU YUKUN

Wednesday, May 24, 2023
One Southeast Third Avenue, Suite 2300
Miami, Florida  33131
9:18 a.m. - 7:58 a.m.

Stenographically Reported By:
LAUREL A. MAZUR
Florida Professional Reporter

Wu Yukun
May 24, 2023

```
1        A    Yes.

2        Q    I am going to ask you to look at Exhibit 62.

3   We have already put numbers on a lot of these.

4             Do you recognize that first page of the

5   document as the Third Amended Complaint in this

6   lawsuit?

7        A    Yes.

8        Q    You have to answer verbally, not just uh-huh.

9        A    Okay.

10       Q    So yes, you recognize this as the Third

11  Amended Complaint?

12       A    Yes.

13       Q    I should ask you this.  How is your ability

14  to read English?

15       A    I think it's okay.

16       Q    You are comfortable reading English written

17  material?

18       A    Correct.

19       Q    Let me ask you to turn to Page 6 please.

20            Do you see Paragraph No. 13 at the top of the

21  page?

22       A    Yes.

23       Q    The first words say Invoice CCT-BLD dash some

24  numbers.  Do you see that?

25       A    Yes.
```

Wu Yukun
May 24, 2023

1       Q      Are you familiar with those abbreviations?

2       A      Familiar.

3       Q      What does CCT stand for?

4       A      Circuitronix LLC.

5       Q      So we can just call that Circuitronix, right?

6       A      Correct.

7       Q      And what is BLD an abbreviation for?

8       A      Benlida.

9       Q      And is there a code involved in the numbers

10   there?  The question is, is there a code involved in

11   the numbers there.

12       A      Well, according to what I know, like, the

13   No. 1-A, 1, 2, it represents the time, the date for the

14   shipment.

15       Q      Okay.  What is the 18, the first number?

16       A      2018.

17       Q      And what is the 12?

18       A      December.

19       Q      So it starts with -- the first two numbers

20   are the year, the second two numbers are the month?

21       A      Correct.

22       Q      And then what about the next two numbers, 29?

23       A      Date.

24       Q      Like the day?

25       A      Yes.

Wu Yukun
May 24, 2023

1        Q    So in Paragraph 13, that set of numbers tells

2   us that the invoice was dated December 29, 2018?

3        A    According to my understanding, yes.

4        Q    Is that a code that Benlida uses for its

5   invoices?

6        A    Yes.

7        Q    Okay.  And then you see in Paragraph 13 it's

8   followed by three numbers, 001?

9        A    Yes.

10       Q    What does that represent?

11       A    Well, I am not familiar with this.  This one,

12   I think it's the sales department created a number for

13   their own record.

14            MR. ROSENTHAL:  For their own record you

15       said?

16            THE INTERPRETER:  Right.

17   BY MR. ROSENTHAL:

18       Q    So take a look at Paragraph 15, 16, 17 and

19   18.  Do you see each of those has an invoice from the

20   same date, December 31, 2018?

21       A    Yes.

22       Q    And then they have 001, 002, 3 and 4?

23       A    Yes.

24       Q    Does that indicate anything to you?

25       A    My understanding is that those invoices were

Wu Yukun
May 24, 2023

1   made in December 31, 2018.

2        Q    Right.  And are they separate invoices

3   because of that last number, or do you not know?

4        A    Different invoices.

5        Q    So that may be a serial number to

6   differentiate them?

7        A    Correct, I suppose so.

8        Q    And you said you believe the sales department

9   comes up with those numbers?

10       A    Correct.

11       Q    And the person in the sales department at

12  Benlida responsible for Circuitronix was Tracy,

13  correct?

14       A    Correct.

15       Q    And the date that you told me is in this code

16  for the invoice name reflects the date that the invoice

17  was sent; is that right?

18       A    It should represent the date when we sent our

19  invoices or create invoice.  Create invoice.

20       Q    The date when the invoice was created at

21  Benlida's computer system?

22       A    According to my understanding, yes, but it

23  was not created by my department.

24       Q    It was created by the sales department?

25       A    Correct.

Wu Yukun
May 24, 2023

1      Q    So if you look at the Third Amended

2   Complaint, just at the CCT-BLD designation from Page 6,

3   all the ones on that page are from Benlida to

4   Circuitronix, correct, invoices?

5           Take a moment and look, but tell me if you

6   agree with me that it's invoices from Benlida to

7   Circuitronix all the way through Page 30 at

8   Paragraph 260.

9      A    Is it 260 or 268?

10     Q    My question to you is do you agree through

11  Paragraph 260, two-six-zero.

12     A    Okay.

13     Q    Just to be clear, you agree with me that all

14  of the invoices listed in the Third Amended Complaint

15  from Paragraph 13 through Paragraph 260 are invoices

16  that Benlida issued to Circuitronix USA?

17     A    Yes.

18     Q    And look at Paragraph 261 on Page 30.  That

19  has a different abbreviation in the invoice name,

20  correct?

21     A    Yes.

22     Q    It says CCT-BLD-HK?

23     A    Correct.

24     Q    What does that mean?

25     A    That represents the invoice from Benlida to

Wu Yukun
May 24, 2023

```
 1   Circuitronix Hong Kong.

 2        Q    So that is from Benlida to a different

 3   company, correct?

 4        A    Correct.

 5        Q    And will you agree with me by looking at the

 6   Third Amended Complaint that the invoices listed from

 7   Paragraph 261 all the way down through Page 47 at

 8   Paragraph 431 are invoices that Benlida issued to

 9   Circuitronix Hong Kong?

10        A    I agree.

11        Q    That just saved us from talking about all of

12   them.  Thank you.

13             So going back to the date that you explained,

14   if you look at Page 6 of the Third Amended Complaint --

15        A    Okay.

16        Q    -- the invoices listed in Paragraph 13

17   through Paragraph 18 were all created in the year 2018,

18   correct?

19        A    Correct.

20        Q    And the invoices listed in Paragraphs 19 all

21   the way through Paragraph 260 were all created in the

22   year 2019, correct?

23        A    Correct.

24        Q    So the Complaint that Benlida has filed

25   against Circuitronix with respect to invoices that
```

Wu Yukun
May 24, 2023

```
1   Benlida sent to Circuitronix only lists invoices from

2   December 29, 2018, through September 21, 2019; is that

3   correct?

4              THE INTERPRETER:  From December --

5              MR. ROSENTHAL:  December 29, 2018 through --

6              THE INTERPRETER:  Through September 21, 2019?

7              MR. ROSENTHAL:  Correct.

8              THE WITNESS:  Yes.

9   BY MR. ROSENTHAL:

10      Q    That is approximately a nine-month period of

11  time, correct?

12             MR. ROSENTHAL:  Can you translate what he is

13      saying please?

14             THE INTERPRETER:  "In Paragraph 259, and the

15      date here is February '18."  That is what he said.

16  BY MR. ROSENTHAL:

17      Q    You mean the date -- you are pointing out in

18  Paragraph 259 the date of that invoice was actually

19  December 18, 2019?

20      A    Yes.

21      Q    So let me revise the question.

22             The invoices that Benlida is suing

23  Circuitronix for payment for, that were issued to

24  Circuitronix USA, fall within the time period of

25  approximately one year, December 29, 2018, through
```

Wu Yukun
May 24, 2023

1   December 18, 2019?

2        A    You said it's about a year.

3        Q    Correct.

4        A    But this one shows December '18.

5        Q    Which one are you referring to when you are

6   saying this one?

7             THE INTERPRETER:  It's the same paragraph.

8             MR. ROSENTHAL:  Can you just translate that?

9             THE INTERPRETER:  Sorry.

10            THE WITNESS:  259.

11  BY MR. ROSENTHAL:

12       Q    What are you pointing out about

13  Paragraph 259?

14            THE INTERPRETER:  He is trying to clarify

15       with me what you said was about a one-year period

16       instead of nine-month period.

17  BY MR. ROSENTHAL:

18       Q    Do you agree with me that the date that

19  Benlida created the invoice in Paragraph 259 was

20  December 18, 2019?

21       A    Yes.

22       Q    And from -- the earliest invoice that Benlida

23  issued to Circuitronix in the Complaint, which was

24  December 29, 2018, until the date that is in

25  Paragraph 259, which is December 18, 2019, that is

Wu Yukun
May 24, 2023

1   essentially one year, correct?

2       A    Yes.

3       Q    And with respect to the invoices that Benlida

4   sent to Circuitronix Hong Kong, the date range that is

5   in the Complaint is how long?

6       A    So the time period is approximately 11

7   months.

8       Q    From what date to what date?

9       A    So it's from December 18, 2018, to

10  November 19, 2019.

11      Q    And those are the only invoices to your

12  knowledge that Benlida is suing Circuitronix for

13  payment for, correct?

14          MR. LERNER:  Objection.

15          MR. ROSENTHAL:  Let me clarify the question.

16  BY MR. ROSENTHAL:

17      Q    The invoices listed in the Complaint are the

18  only invoices that Benlida is suing Circuitronix for

19  payment, correct?

20          MR. LERNER:  Objection.

21          THE WITNESS:  Yes.

22  BY MR. ROSENTHAL:

23      Q    Let me ask you about some of the other

24  abbreviations that are listed in the Complaint.

25          Look at Page 8, Paragraph 39 please.  Do you

Wu Yukun
May 24, 2023

1    files.

2         Q    Do you know if they were designated as

3    something like CCT-BLD, the way that the invoices are

4    designated?

5         A    I am not sure.

6         Q    Today is there a record of the historical

7    data in the files related to Circuitronix as of the

8    date of the filing of the Complaint in this lawsuit,

9    the original Complaint?

10        A    I am not sure about the question.

11        Q    Benlida and Circuitronix have continued to do

12   business since this lawsuit was started, correct?

13        A    Yes.

14        Q    So new information is being put into the

15   files about Circuitronix in Benlida's records, correct?

16        A    Yes.

17        Q    So what I am asking you is whether there is a

18   snapshot, a picture, of the historical records as they

19   existed with Circuitronix the day before the Complaint

20   in this lawsuit was filed?

21        A    I don't have a snapshot.

22        Q    So it's not like a version of the files was

23   saved from a particular date in the past, correct?

24             THE INTERPRETER:  Can you repeat the

25        question?

Wu Yukun
May 24, 2023

```
 1   BY MR. ROSENTHAL:

 2        Q    You can answer if you know.

 3             THE INTERPRETER:  I need to hear the question

 4        again.  I am sorry.

 5             (The pending question is read

 6              back by the court reporter.)

 7             THE WITNESS:  I know, but I wasn't the one

 8        responsible to collect the data.

 9   BY MR. ROSENTHAL:

10        Q    Who was responsible to collect the data?

11        A    Possibly Tracy.

12        Q    Have you ever seen the Excel spreadsheet for

13   Circuitronix that showed which invoices it had not paid

14   in Benlida's records from 2018 and 2019?

15        A    So you are asking me if I have seen a

16   document like that between 2018 or '19?

17        Q    My question was a little different.  You

18   testified that there is an Excel spreadsheet in

19   Benlida's computer system for Circuitronix showing

20   which invoices were paid and which were not paid,

21   correct?

22        A    Yes.

23        Q    Have you seen that spreadsheet before?

24        A    Yes.

25        Q    When is the last time you looked at it?
```

Wu Yukun
May 24, 2023

1    Q    Was a FIFO accounting methodology always

2    applied to Circuitronix's accounts at Benlida until the

3    prepayment requirement?

4    A    Yes.

5    Q    In August of 2019, when Benlida changed the

6    payment terms to prepayment, why didn't Benlida apply

7    the money that Circuitronix paid to the oldest

8    outstanding debt?

9    A    Because the money they would receive is

10   specified for the older that we received.

11   Q    And who decided that?

12   A    I am not sure who, but our sales department

13   would tell -- give us information.

14   Q    So the sales department would tell you in the

15   finance department that when we receive money -- when

16   Benlida receives money from Circuitronix after sometime

17   in August 2019, that money should be applied to the

18   invoice specifically?

19   A    To apply to the specific invoice that has

20   prepayment involvement.

21   Q    Before the prepayment policy change with

22   respect to Circuitronix, did anybody at the sales

23   department tell the finance department how to apply

24   money received from Circuitronix?

25   A    I am not sure if they told the finance

Wu Yukun
May 24, 2023

1   department, but I wasn't told.

2       Q    Did you ever have any conversations with

3   anybody at Circuitronix in which you told them that

4   their payments in 2018 were being applied to the oldest

5   outstanding debts in Benlida's records?

6       A    Is it that me and Circuitronix had a

7   conversation?

8       Q    Correct, that is what I am asking.

9       A    No.

10      Q    Do you know if anybody from Benlida had that

11  conversation with Circuitronix during the period of

12  time before the prepayment started?

13      A    I don't know.

14      Q    Would that likely have been someone in the

15  sales department?

16      A    I don't know.

17      Q    So we talked earlier about the fact that the

18  earliest date on the invoice in the Third Amended

19  Complaint as to Circuitronix was December 29, 2018?  Do

20  you remember that?

21      A    Yes.

22      Q    How much did Benlida's records say that

23  Circuitronix owed Benlida as of that date?

24      A    I don't understand your question.

25      Q    Okay.  So as of the date on the first invoice

Wu Yukun
May 24, 2023

1  listed in the Complaint as to Circuitronix, which is in

2  Paragraph 13 on Page 6, the date is December 29, 2018.

3          Using that date as a point of reference, my

4  question is how much money did Benlida's Excel

5  spreadsheet show that Circuitronix owed to Benlida on

6  that date?

7      A    I am not sure how much.

8      Q    Well, if you admit that Circuitronix was

9  paying money to Benlida during the period of time that

10  these invoices cover and you were applying that payment

11  to a debt that Circuitronix owed, wouldn't it be

12  important to know how much debt Circuitronix was

13  starting out with before that period of time in

14  Benlida's own books?

15     A    Yes.

16     Q    But you don't know that number here today?

17     A    If I had the document in front of me and the

18  data, I would know.

19     Q    And the document and the data you are talking

20  about is this Excel spreadsheet that relates to

21  Circuitronix?

22     A    I am not sure if there will be any other

23  document that contained related data.

24     Q    But that Excel spreadsheet that we talked

25  about before related to Circuitronix would also have

Wu Yukun
May 24, 2023

1    that data in it, correct?

2        A    I suppose so.

3        Q    Do you know how old -- whatever the amount of

4    money was that Benlida thought that Circuitronix owed

5    it as of the end of December 2018, do you know how old

6    that debt was on Benlida's books?

7        A    What do you mean by oldest?

8        Q    You told me that your accounting methodology

9    at Benlida was to apply a payment day, received day, to

10   the oldest debt on the books for that customer,

11   correct?

12       A    Yes.

13       Q    So I am asking you as of the date of

14   December 29, 2018, what was the oldest debt -- how old

15   was the oldest debt in Benlida's books for

16   Circuitronix?

17       A    I don't have the data to tell you, like, a

18   specific invoice.

19       Q    But we would look to the specific invoice

20   that was the oldest invoice, right, to answer that

21   question?

22       A    At that time --

23            THE INTERPRETER:  I am confused.

24            MR. ROSENTHAL:  We would look to the oldest

25       invoice -- now I forgot the question.

Wu Yukun
May 24, 2023

```
 1              (The pending question is read
 2              back by the court reporter.)
 3              THE WITNESS:  Isn't your question that you
 4         were asking me what specifically the invoice
 5         number was?
 6    BY MR. ROSENTHAL:   --
 7         Q    No.
 8         A    -- back then?
 9         Q    No, I am asking you about the age of the
10    invoice.  The date, let's say, of the invoice.  So I
11    am --
12              MR. ROSENTHAL:  Do you want to translate
13         that?
14              (Interpreter complies.)
15              THE WITNESS:  I am not sure.  I would have to
16         look at that invoice to tell you how old.
17    BY MR. ROSENTHAL:
18         Q    So you don't know as you sit here today
19    whether the oldest invoice in Benlida's books for
20    Circuitronix as of December 29, 2018, was from 2016,
21    2015, 2014?  You don't know?
22         A    I think it's 2018, but I am not sure.
23         Q    And the only way to check that would be to
24    look at the Excel spreadsheet which listed the
25    outstanding invoices; is that correct?
```

Wu Yukun
May 24, 2023

```
 1        A    Well, correct, but I am not quite sure if the
 2   document that we were talking about has the correct
 3   data in regard to the date.
 4        Q    Does Benlida keep a separate document of the
 5   age of its debts, how old they are?  And I should
 6   clarify.  The debts of its customers, money that it's
 7   owed.
 8        A    Yes.
 9        Q    What is that document called or that database
10   called?
11        A    I don't remember the specific name.
12        Q    Is it kept in the system we call Jin Die?
13        A    Jin Die does contain data about accounts
14   receivable, but it doesn't tell how old those
15   receivables are.
16        Q    I may have asked you this.  Forgive me.  Do
17   you know the name of the document or the system that
18   the age of the debt is listed in?
19        A    Yes.
20        Q    You do know the name of it?
21        A    I am not sure about a name.
22        Q    Is it a tool that you use in the finance
23   department?
24        A    When don't have a special tool, it's just a
25   document, a file that we use to make the records.
```

Wu Yukun
May 24, 2023

1      A      Always -- not before 2014, but always they

2  pay together.

3      Q      Always who paid together?

4      A      US and Hong Kong.

5      Q      Are you saying that --

6      A      US will pay the debt of Hong Kong to Benlida.

7      Q      That is how they paid?

8      A      Yes.

9      Q      So always Circuitronix United States was

10  paying invoices that Benlida sent to Circuitronix Hong

11  Kong?

12     A      Yes.

13     Q      And how do you know that?

14     A      Because we have maybe a notice about that.

15     Q      Okay.  And in Benlida's financial department

16  records, did Benlida keep Circuitronix USA and

17  Circuitronix Hong Kong separate?

18     A      We have records separate and we have records

19  together, because for the CTX they separate.  So when

20  we doing the reconciliation, we will send separate one

21  to the CTX to -- for them to better understand the

22  difference.

23     Q      When you received money paid by Circuitronix

24  USA, did you sometimes apply that money to an invoice

25  that was sent to Circuitronix Hong Kong?

Wu Yukun
May 24, 2023

1    A    Yes.

2    Q    In what years?

3    A    Maybe always.

4    Q    Maybe always?

5    A    Yes.

6    Q    Was there a note in the file or the program

7    that said to the people who do the data input that that

8    is what they were supposed to do, take the money paid

9    by Circuitronix USA and also apply it to invoices that

10   were sent to Circuitronix Hong Kong?

11   A    Sorry?

12        MR. ROSENTHAL:  Do you remind repeating that

13        one so that she can translate.

14        (The pending question is read

15         back by the court reporter.)

16        (Question interpreted).

17        THE WITNESS:  I don't know whether it exist

18        in paper or not, but that's -- the sales team

19        tells the financial team to do this, follow this

20        instruction.

21   BY MR. ROSENTHAL:

22   Q    Okay.  So the instructions for how the

23   financial department was supposed to record the

24   payments of Circuit -- received from Circuitronix

25   United States was told by the sales department to the

Wu Yukun
May 24, 2023

1   finance department, that instruction?

2          That was a terribly asked question.  I am

3   sorry.  Strike that.  Let me try again.

4          The sales department at Benlida instructed

5   the finance department at Benlida to apply the money

6   received from Circuitronix USA to both Circuitronix USA

7   invoices and Circuitronix Hong Kong invoices, correct?

8      A    FIFO, yes.

9      Q    Yes, with a FIFO methodology?

10     A    Yes.

11     Q    And to your knowledge, that was throughout

12  the relationship between the companies, that

13  instruction?

14         (Question interpreted.)

15     A    To my knowledge, yes.

16     Q    Okay.  Certainly throughout the time that you

17  have been at the company, correct?

18     A    Yes.

19     Q    And even to this day, to the present day?

20     A    No, present day we use prepayment.

21     Q    Okay.  So until the prepayment started?

22     A    Yeah, yeah, yeah.

23     Q    So let me just give you an example to make

24  sure we are talking very concretely.

25         Let's say there is no business at all, we are

Wu Yukun
May 24, 2023

```
 1        A    Yes.

 2        Q    Okay.  So we now have $300,000 worth of

 3    invoices from Benlida.

 4        A    Yes.

 5        Q    Now let's say in April, Circuitronix USA

 6    sends a wire transfer to Benlida for $200,000?

 7        A    Yeah.

 8        Q    What does Benlida do with that money?

 9        A    The first two invoice.

10        Q    The first two invoices are to Circuitronix

11    Benlida -- I am sorry -- Circuitronix USA and

12    Circuitronix Hong Kong, correct?

13        A    Yes.

14        Q    Because those are the earliest two invoices,

15    correct?

16        A    Yes.

17        Q    Okay.  So the FIFO process that Benlida used

18    to allocate money included both Circuitronix USA and

19    Circuitronix Hong Kong, correct?

20        A    Yes.

21        Q    You understand that, when you worked in a

22    bank before you joined Benlida, you had to keep

23    different companies' accounts separate, correct, as a

24    general rule, right?

25        A    Keep separate?  I don't understand.
```

Wu Yukun
May 24, 2023

```
1        Q    Let's say your lawyer, Rich, is a company,
2   and I am a company.
3        A    Yeah.
4        Q    And we both give you money and you are the
5   bank.
6        A    Yeah.
7        Q    You have to keep our money separate if we are
8   two separate people, right?  Normally?
9        A    For the bank?
10       Q    Yes.
11       A    Yes.
12       Q    Unless you have instructions from Rich and me
13  to commingle our money, correct, in one account?
14       A    They have their rules.  I don't know if the
15  instruction is okay for that.
16       Q    You say banks have their rules, right?
17       A    Yeah.
18       Q    And companies have their rules also, don't
19  they?
20       A    According to our rules that can be deduct
21  together.
22       Q    According to Benlida's rules, you are saying
23  the money from Circuitronix USA and Circuitronix Hong
24  Kong can be put together?
25       A    Yes, because we have the authorize.
```

Wu Yukun
May 24, 2023

1      Q    You have an authorization?

2      A    Yes.

3      Q    You haven't seen this authorization, you have

4   just been told it exists, right?

5      A    And also see the authorization.

6      Q    Let me ask you to take a look at what I think

7   you might be referring to, and you can tell me if this

8   is it.

9           If you can take a look at Exhibit 27.

10          MR. ROSENTHAL:  Mr. Lerner, can you provide

11      him that?

12          MR. LERNER:  Did you say 27?

13          MR. ROSENTHAL:  27 is the Business

14      Authorization document.

15          MR. LERNER:  I can give him mine.

16   BY MR. ROSENTHAL:

17      Q    Is that the document you are thinking of?

18      A    Yes.

19      Q    So you are referring to a Business

20   Authorization document signed by -- do you know who

21   signed it?

22      A    Rishi.

23      Q    Rishi Kukreja?  On January 1, 2014?

24      A    Yeah.

25      Q    And your understanding is that this document,

Wu Yukun
May 24, 2023

1    this one-page piece of paper, is what authorized

2    Benlida to use the money that Circuitronix USA paid to

3    also pay the invoices that Benlida issued to

4    Circuitronix Hong Kong?

5         A    Yes.

6         Q    Yes?

7         A    Yes.

8         Q    Now, you know that -- well, do you know that

9    when Circuitronix USA sent Benlida payment details --

10   we talked about that right --

11        A    Yeah.

12        Q    -- that Circuitronix would say on that

13   payment detail a list of invoices, right?

14        A    Yes.

15        Q    And those payment details came from -- strike

16   that.

17             The payment details that Circuitronix USA

18   sent you listed invoices only for Circuitronix USA,

19   right?

20        A    Yeah.

21        Q    And at the same time, when Circuitronix Hong

22   Kong sent payment details, those payment details listed

23   only invoices that were sent to Circuitronix Hong Kong,

24   right?  So Circuitronix USA and Circuitronix Hong Kong

25   kept -- gave Benlida separate payment details, correct?

Wu Yukun
May 24, 2023

1      A     Yes.

2      Q     They kept their records separate, right?

3      A     Yes.

4      Q     Yet, when you received money from one

5  company, you would use it to pay the oldest debts for

6  either company, whichever was oldest, right?

7      A     Yes.

8          MR. LERNER:  Okay, question.  Have you

9      completed the corporate rep dep yet?  You have

10     been going I think more than seven hours --

11         MR. ROSENTHAL:  Most of this thing is

12     corporate rep.

13         MR. LERNER:  You have been going well more

14     than seven hours.

15         MR. ROSENTHAL:  I am sure.

16         MR. LERNER:  So the rule is seven hours.

17         MR. ROSENTHAL:  We have not been keeping

18     track of the breaks and things like that.  And

19     turns out that his English is fantastic and we

20     took twice and long as we needed to for about five

21     hours.

22         MR. LERNER:  His English isn't fantastic, but

23     it's better than my Chinese.

24         MR. ROSENTHAL:  And you speak Chinese,

25     correct?

1   date listed in the Complaint for Circuitronix USA was

2   from December 2019, why did you look through May 31,

3   2020, five months later, to do the calculation of

4   damages?

5          (Question interpreted.)

6      A    We have to do some preparation for this.

7      Q    Why did you pick May 31, 2020, as the period

8   of time to look back and measure damages?  Do you

9   understand?

10     A    Yes, but I don't think there is a reason,

11  because at that time we, you know, we decide to start

12  the case.

13     Q    So that was the point in time that you used

14  internally for damages for this lawsuit, correct?

15     A    Yeah, yeah, yeah.

16     Q    Did that have any relation to the timing of

17  the last invoice that you are suing for?

18     A    I didn't think about it.

19     Q    Take a look at Page 6 please.  If you look,

20  there is a chart in the answer to Question 14.  It says

21  from the date of the earliest invoice in the Complaint

22  until July 2020, how much money had Circuitronix LLC

23  paid Benlida.  Do you see that?

24     A    Yes.

25     Q    Okay.  And the answer says -- it identifies