# EXHIBIT D

Huang Hanchao
May 23, 2023

```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
             CASE NO. 21-60125-CIV-SCOLA/GOODMAN
 3

 4


 5   JIANGMEN BENLIDA PRINTED
     CIRCUIT CO., LTD.,
 6
              Plaintiff,
 7
          vs.
 8
     CIRCUITRONIX, LLC,
 9
              Defendant.
10   _____/

11

12

13
                     TRANSCRIPT OF PROCEEDINGS
14                  DEPOSITION OF HUANG HANCHAO

15

16

17              Tuesday, May 23, 2023
         One Southeast Third Avenue, Suite 2300
18                Miami, Florida  33131
                  9:07 a.m. - 7:22 p.m.
19

20

21


22             Stenographically Reported By:
                      LAUREL A. MAZUR
23             Florida Professional Reporter

24

25
```

1  only defendant, then that defendant should be
2  responsible for the loss, the loss on this case, and I
3  do not further investigate whether or not the claim
4  that we had in this lawsuit should belong to
5  Circuitronix USA or Circuitronix Hong Kong.
6       Q    Douglas, it will go faster if you just try to
7  listen carefully to the question I am asking you,
8  because sometimes I am just asking you a very simple
9  yes or no question, okay.  And if I want to continue, I
10 will, but you don't have to answer a broader question.
11      A    Okay.
12      Q    So my simple question is simply do you know
13 that the only defendant in this lawsuit is Circuitronix
14 USA?
15      A    No.
16      Q    Okay.  I will represent to you the fact that
17 Circuitronix USA is the only defendant in this case,
18 okay?
19      A    Okay.
20      Q    So given that fact -- which is not something
21 that is in dispute, it's just the reality -- my
22 question to you is what is your understanding of why
23 Circuitronix USA should be held responsible for money
24 that Circuitronix Hong Kong owes to Benlida?
25           MR. LERNER:  Objection.  Calls for him to

```
 1        talk about the law.
 2             MR. ROSENTHAL:  I am asking what his
 3        understanding is.
 4             MR. LERNER:  Do you understand?
 5             THE WITNESS:  Because Circuitronix US
 6        technically responsible to paying Benlida and ROK
 7        for Circuitronix Hong Kong.
 8             MR. ROSENTHAL:  Can you read that back?  I
 9        missed a word of what he said.
10             (The last answer is read
11              back by the court reporter.)
12   BY MR. ROSENTHAL:
13        Q    When you say they are technically
14   responsible -- Circuitronix USA is technically
15   responsible -- what is -- is there a contract that you
16   are thinking about when you make that statement?
17        A    Yes.
18        Q    Which contract are you thinking about that
19   makes Circuitronix USA responsible for Circuitronix
20   Hong Kong's debts to Benlida?
21        A    We should have letter.
22             MR. ROSENTHAL:  Don't show him the agreement.
23        He is testifying.  This is a question for him.
24             MR. LERNER:  I was just looking at it.
25             THE WITNESS:  We should have a letter by
```

1       Rishi confirm -- like confirm that.
2  BY MR. ROSENTHAL:
3       Q    When was that letter that you are thinking
4  of?
5       A    I think it's -- it should be early -- like
6  early time when business happen through -- between
7  Circuitronix Hong Kong and Benlida ROK.
8       Q    So have you seen that document during the
9  deposition today?  Have we talked about it already, the
10 one you are thinking of?
11      A    Yes.
12      Q    Okay, let me see if this refreshes your
13 memory.  Take a look at what has been marked in the
14 stack over there as Exhibit 27.
15           MR. ROSENTHAL:  I am sure Mr. Lerner can find
16      it for you.
17           MR. LERNER:  These are all out of sequence.
18      I am showing him my version.
19 BY MR. ROSENTHAL:
20      Q    Perfect.  Take a look at Exhibit 27, which is
21 called Business Authorization.  Is that the contract
22 you are thinking about or the letter you are thinking
23 about?
24      A    Yeah.
25      Q    Yes?

1       A    Yes.
2       Q    Are you aware of any other letter or contract
3  other than this one, Exhibit 27, which is from 2014,
4  that your understanding is makes Circuitronix USA
5  responsible for Circuitronix Hong Kong's debts to
6  Benlida?
7       A    Yeah.  What is your question?
8       Q    Is there any other letter or agreement that
9  makes them responsible?
10      A    I don't know.
11      Q    This is the one that you are thinking about,
12 that one?
13      A    Yeah.
14      Q    Okay.  Take a look at Exhibit 61 for a minute
15 please.
16           MR. ROSENTHAL:  Can you help him out, Rich?
17 BY MR. ROSENTHAL:
18      Q    Do you remember looking at this earlier in
19 your deposition?
20      A    No.
21      Q    Okay.  We will take a look at it again.
22      A    No.
23      Q    You don't remember seeing this today?
24      A    Today?
25      Q    Yes, during your deposition.