# EXHIBIT E

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2          IN AND FOR MIAMI-DADE COUNTY, FLORIDA

3           CASE NO.: 21-60125-CIV-SCOLA/GOODMAN

4     JIANGMEN BENLIDA PRINTED CIRCUIT CO, LTD,

5                  Plaintiff,

6     vs.

7     CIRCUITRONIX LLC,

8                  Defendant.

9

10

11    VIDEOTAPED
      DEPOSITION OF:  HUANG SULAN

12    DATE TAKEN:     May 26, 2023

13    TIME:           9:40 A.M. – 7:49 P.M.

14    PLACE:          Podhurst Orseck, PA
                      1 SE 3rd Avenue
15                    Suite 2300
                      Miami, Florida 33131

16
      TAKEN BEFORE:   ABBY G. SCHOFEL, FPR
17                    AND NOTARY PUBLIC

18

19

20

21

22

23

24

25

Huang Sulan
May 26, 2023                                                          26

1      A.   Yes.

2      Q.   And that you know that he was affiliated with

3   Circuitronix LLC, a United States company; right?

4      A.   Yes.

5      Q.   Did you also learn at some point that he was

6   affiliated with a company headquartered or based in Hong

7   Kong called Circuitronix Hong Kong Limited?

8      A.   Yes.

9      Q.   Okay.  So in this interrogatory answer, you

10  say:  Circuitronix, parenthesis, US and HK, are you

11  referring to both of those companies?

12     A.   Yes.

13     Q.   Okay.  When we're talking today just for

14  precision in language, when I say Circuitronix, I will

15  be referring to Circuitronix United States.  If you'd

16  like me to be clearer about it, I can try to say

17  Circuitronix US or CTX US.  Okay?

18     A.   Okay.  You should say CTX US.

19     Q.   CTX US.  Okay.  And if I am referring to

20  Circuitronix Hong Kong, what should I say?  CTX HK or

21  Hong Kong?

22     A.   CTX Hong Kong.

23     Q.   Okay.  CTX US and CTX Hong Kong.

24     A.   Hong Kong.

25     Q.   And I would ask you to do the same?

1   number to apply to pay down the past debt.

2          But once the shipment go, and then this will

3   go to -- will move to the -- it means pro forma invoice

4   payment.

5   Q.   I have to say I didn't understand that so I'm

6   going to need some more help with it.

7          So let me -- let me ask it this way:  There

8   was a time -- okay.  Let me back up even further.

9          Originally, you are familiar with the

10  manufacturing agreement between CTX US and Benlida?

11  A.   Yes.

12  Q.   Okay.  And am I correct that that has a

13  payment term of what is called AMS 60 days?

14  A.   Yes.

15  Q.   Which means what?

16  A.   AMS 60 days means when we ship out the boards

17  in January, for example, and then we -- Circuitronix

18  should pay the invoice in January -- the January invoice

19  in February, March, April.  They should pay it within

20  April.

21  Q.   Okay.  So basically at the end of January, you

22  count 60 days and that's when they have to pay?

23  A.   Yes.

24  Q.   Okay.  And that is essentially 60 days after

25  you send them the invoice for that shipment?

Huang Sulan
May 26, 2023                                    37

1        A.   Yes.

2        Q.   And the invoice you send them when you send

3   the product as well; right?

4        A.   Yes.  Yes.

5        Q.   Okay.  So under the manufacturing agreement,

6   the payment terms are AMS 60; correct?

7        A.   Correct.

8        Q.   And that's still in effect, right, the

9   manufacturing agreement, that provision?

10       A.   Yes.  Yes.

11       Q.   Okay.  But at some point in time, Benlida

12   required Circuitronix to do some prepayments for

13   products; right?

14       A.   Yes.

15       Q.   So that is what this sentence is talking

16   about, since prepayment commenced?

17       A.   Yes.

18       Q.   Okay.  So now since prepayment commenced, the

19   premiums added on to the purchases, what are the

20   premiums added on to the purchase, for the prepayment

21   purchases?

22       A.   Premiums means that after we apply a complaint

23   in Sinosure.  And then after Sinosure, how to say --

24   after Sinosure, finish the process of our complaint and

25   then they -- Sinosure requests Benlida to add the

Huang Sulan
May 26, 2023                                              42

1   complaint.  If you turn to page 6, paragraph 13.  That

2   is the first invoice that is listed.  Top of the page.

3        A.   Which page?

4        Q.   Six.

5        A.   Six.  Okay.

6        Q.   Are you familiar with the codes -- I assume

7   you are since you head the sales department -- that

8   Benlida uses for its invoices?

9        A.   Yes.

10       Q.   Okay.  That first invoice means that it is

11  from Benlida to Circuitronix -- CTX USA; right?

12       A.   CTX -- yes.  USA.

13       Q.   That's what -- that's what the CCT means?

14       A.   Yeah, CCT-VID means -- yeah -- for CTX US.

15       Q.   Okay.  And the numbers we interpret to mean

16  the year 2018, the month 12 is December, and the date is

17  29 is the date that the invoice was prepared?

18       A.   Yes.

19       Q.   So that earliest invoice is December 29th,

20  2018?

21       A.   Yes.

22       Q.   Okay.  So does that refresh your memory as to

23  what the earliest invoice is that you are suing upon?

24       A.   Yes.

25       Q.   Okay.  So now back to what we were talking

Huang Sulan
May 26, 2023                                              221

 1   Yeah.

 2        Q.   Okay.  So to summarize what I think you just

 3   testified, tell me if this is correct, you asked Rishi

 4   to sign this attachment to your e-mail, which is

 5   Exhibit 61, and it is entitled Letter of Authorization

 6   for Payment and Trust?

 7        A.   Yes.

 8        Q.   But he did not sign it?

 9        A.   Yes.

10        Q.   So as a result or subsequent thereto, the

11   custom record for Benlida --

12        A.   For Benlida and Circuitronix Hong Kong.

13        Q.   Remained imbalanced.

14        A.   Yes.

15        Q.   Unbalanced?

16        A.   Yes.

17        Q.   And as a result, Benlida had to pay --

18        A.   Pay the VAT, yes.

19        Q.   -- the VAT tax to the customs department?

20        A.   Yes.  Yes.

21        Q.   Okay.  Did Benlida then look to Circuitronix

22   to say, hey, you made me pay taxes that I shouldn't have

23   had to pay.  Can you pay me something?

24        A.   No.  No.  We know that Circuitronix will not

25   agree to do so.

Huang Sulan
May 26, 2023                                                247

1      A.   Yes.

2      Q.   So that was before this period of time of

3  February 1st, 2019?

4      A.   Yes.

5      Q.   So what is Circuitronix Hong Kong's balance

6  with Benlida have to do with Circuitronix US's balance

7  with Benlida as of February 1st, 2019?

8      A.   Because starting from 2014, we combined these

9  two accounts together.  So in Benlida's records, we

10 treat Circuitronix Hong Kong and Circuitronix US

11 together.  So when I only receive the US, nothing I can

12 do.  Nothing we can do.  It means we cannot reconcile --

13 reconcile --

14          MR. LERNER:  Reconcile?

15          THE WITNESS:  Yeah, reconcile.

16 BY MR. ROSENTHAL:

17     Q.   So your interpretation of the 2014 business

18 authorization document that Rishi signed --

19     A.   Yes.

20     Q.   -- that we looked at is that as of that date

21 Circuitronix US was saying for purposes of accounts

22 receivable, you can treat Circuitronix US and

23 Circuitronix Hong Kong as one and the same?

24     A.   No.  We cannot say so.

25     Q.   You have to keep them separate; right?

Huang Sulan
May 26, 2023                                                      248

1        A.   We keep them separated because -- because we

2   need to separate the record to -- it means to work on

3   that, we cannot combine together because Circuitronix

4   Hong Kong issue PO, we have bills, and then we have

5   debit notes also separated.  Everything is separate.

6   But finally for the receivable, we can -- it means

7   combine two number together.

8        Q.   So everything is kept separate because you

9   have to keep track of things?

10       A.   Yes, keep tracking on the --

11       Q.   But then when it comes to the money that you

12  receive --

13       A.   Yes.

14       Q.   -- you comingled it together?

15       A.   Yes.  Yes.  Yes.

16            MR. LERNER:  Objection to the term comingling.

17            THE WITNESS:  I don't know what mean by

18       comingle.  Okay.

19  BY MR. ROSENTHAL:

20       Q.   It means you put them together in the same

21  bucket?

22       A.   Yes.

23       Q.   I mean, basically if you simplify it, if you

24  are taking money and putting it into a bucket as a -- if

25  you do it separate, you would have one bucket for money

1   you received from Circuitronix US.

2        A.   Uh-huh.

3        Q.   And another bucket for money you received from

4   Circuitronix Hong Kong; right?

5        A.   Right.

6        Q.   If you comingle them, that's just a term or

7   mix them together, you would have one bucket and you put

8   both sets of dollars in that same bucket; right?

9        A.   Right.

10       Q.   Okay.  That is what I mean by comingle.

11            So what Benlida was doing with the -- when it

12  received money from Circuitronix Benlida -- I am

13  sorry --

14       A.   US.

15       Q.   -- Circuitronix United States and Circuitronix

16  Hong Kong, it was putting those dollars into the same

17  bucket from an accounting perspective?

18       A.   Yes.  Yes.

19       Q.   Okay.  And the reason that I understand you're

20  saying you felt it was okay to do that --

21       A.   Yes.

22       Q.   -- was that in 2014, Rishi Kukreja signed this

23  business authorization document?

24       A.   Yes.

25       Q.   So if Rishi had approved this putting both

Huang Sulan
May 26, 2023                                                      253

1      A.   I don't know.

2      Q.   Okay.  Okay.  So let me just ask you this.

3  You understood from Exhibit 98, which is this payment

4  detail.

5      A.   Uh-huh.  Yes.

6      Q.   And is this payment detail similar to other

7  payment details that Circuitronix US would send Benlida?

8      A.   Yes.

9      Q.   They all kind of look the same?

10     A.   Yes.

11     Q.   They just have different data.

12     A.   Yes.

13     Q.   But you understood as you testified that this

14  is Circuitronix US saying, I am paying for the following

15  invoices for this time period?

16     A.   Yes.  Yes.

17     Q.   Right?  And even though I am sending you big

18  round numbers like $300,000.  $480,000, $470,000.

19  $250,000, I want you to apply it to these invoices that

20  are listed here; right?

21     A.   Yes.

22     Q.   Okay.

23     A.   That is what the payment detail did.

24     Q.   I mean, that's a reasonable reading of what

25  this document is?

```
 1        A.   Yes.  Yes.

 2        Q.   It is what you understood it to be?

 3        A.   Yes.  Agreed.

 4        Q.   Okay.  But notwithstanding that, did you also

 5   know that when the finance department, Ms. Chen, was

 6   doing the accounts receivable for Circuitronix US --

 7        A.   Yes.

 8        Q.   -- she was also mixing the money received from

 9   Circuitronix US with the money received from

10   Circuitronix Hong Kong in one big bucket essentially?

11        A.   Okay.

12        Q.   You were aware of that; right?

13        A.   Yes.  Yes.  Yes.

14        Q.   Okay.  Were you aware of which -- when you

15   were hearing that there were invoices that remained

16   unpaid from the past, that was part of a discrepancy;

17   right?

18        A.   Okay.

19        Q.   I mean, you're aware of that?

20        A.   Yes.

21        Q.   That was one of the sort of disputes that was

22   going on over time?

23        A.   Yes.

24        Q.   And you and Rishi tried hard to resolve it if

25   you could.
```

```
 1        A.   Resolve this, yes.

 2        Q.   In good faith.

 3        A.   Yes.  Agree.

 4        Q.   Did you ever tell Rishi the reason for some of

 5   these invoice discrepancies on our books at Benlida is

 6   that we are comingling the money --

 7             MR. LERNER:  Objection.

 8   BY MR. ROSENTHAL:

 9        Q.   -- from -- received from CTX US and CTX Hong

10   Kong in the same bucket and applying it to the invoices

11   from both companies?

12        A.   No.  This is not related to the invoice

13   discrepancy.

14        Q.   Okay.

15        A.   It is only the payment how to apply.

16        Q.   How to apply?

17        A.   Yes.

18        Q.   Correct.

19        A.   And invoice is invoice, number is number.  So

20   price is price.  So this is not the reason.

21        Q.   So let me ask you a hypothetical question.  If

22   you have a dispute about what you are calling the

23   invoice discrepancy, the reason for that discrepancy --

24   well, let me ask to be clear.  Was -- give me an example

25   why.  Why was there an invoice discrepancy in the past
```

 1        Q.    Okay.

 2        A.    But we also found that means before 2019, in

 3   2016 or 2017, we also do some reconciliation, two teams.

 4        Q.    Right.

 5        A.    And then we also found that in Circuitronix

 6   books, their invoice have other problem.  Not only the

 7   price issue cause the discrepancy, but also some

 8   quantity discrepancy and some -- the quantity and then

 9   if you cause amount -- invoice amount discrepancy; so...

10        Q.    So a variety of different types of issues that

11   you all identified over time?

12        A.    Yes.

13        Q.    That had financial ramifications?

14        A.    Yes.

15        Q.    Depending on who is right and --

16        A.    Yes.  Yes.

17        Q.    Okay.  But did you ever analyze, ever, whether

18   the amount of money that Circuitronix US sent to Benlida

19   was enough to cover even the discrepancy, even from

20   Benlida's point of view?

21        A.    Can you repeat?

22        Q.    Yeah.  So I want to -- I think there is an

23   assumption that I am making and I want to be clear in

24   this question.  Some of those price discrepancies and

25   other issues that arose between the companies over time

1    involved both Circuitronix Hong Kong sales and

2    Circuitronix US sales?

3          A.   US sales, yes.

4          Q.   So what I am asking you to assume for this

5    question is that Circuitronix Hong Kong issues are put

6    to the side.  Okay.  If you could separate them.

7          A.   Okay.

8          Q.   Right.  I mean, you told me that Benlida kept

9    separate records for Circuitronix Hong Kong and

10   Circuitronix Benlida because it had to for not just to

11   keep track of stuff, but to report to the Chinese

12   customs authority?

13         A.   Yes, yes.

14         Q.   Okay.  To avoid VAT taxes?

15         A.   Yes.

16         Q.   Unnecessarily.

17         A.   Yes.

18         Q.   Okay.  If you take the Hong -- Circuitronix

19   Hong Kong piece and put it to the side and you just look

20   at the Circuitronix US side.  And you -- with all the

21   disputes that you had, you just look at the part that --

22   the aspect of that that affected Circuitronix US and you

23   totaled up how much money that was affecting

24   Circuitronix US, did you ever look at how much that

25   amounted to?

1      A.   I didn't.

2      Q.   Okay.  And did -- because if you had just

3  looked at the amount that -- that affected Circuitronix

4  US, that company is here in the United States, and you

5  compared that to the amount of money that Circuitronix

6  US paid to Benlida, you would find that they are either

7  equal, short, or more than the total amount that was the

8  discrepancy plus what Circuitronix agreed it had to pay

9  Benlida; right?  It is one of those possibilities.  It's

10  either -- they either paid enough, they paid the right

11  amount, or they paid too little; right?

12      A.   Okay.

13      Q.   You didn't undertake that analysis?

14      A.   We -- when we -- we need to combine them

15  together because that is the total sales and -- and

16  payment, we -- we need to -- it means collect.  So even

17  though we separate it has no meaning for us because we

18  need the payment both -- it means to account together.

19      Q.   So is the answer to my question, no, you never

20  did that comparison?

21      A.   No.  No.  No.

22      Q.   Okay.  To date, have you done that comparison

23  outside the context of this lawsuit?

24      A.   Sometimes I will just like the e-mail I wrote

25  to Rishi maybe in some days 2016 or '17.  I saw that and

 1        before.  Or worse.

 2              MR. LERNER:  This -- let the record reflect

 3        this is day four of depositions and one of us --

 4        one of us has had enough.

 5              MR. ROSENTHAL:  Yeah.

 6   BY MR. ROSENTHAL:

 7        Q.   So, Tracy, we just handed you I think 99, 100,

 8   101, -2 and -3 and -4.

 9        A.   100 okay.

10        Q.   -5, and 106; right?

11        A.   Yes.

12        Q.   Just in the interest of time, take the time

13   you need, but can you flip through those and tell me

14   whether or not these are all payment details that

15   Circuitronix US sent to Benlida --

16        A.   Yes.  From March to October.

17              (Whereupon the document was marked as

18        Defendant's 99-106 for identification purposes

19        after which the following proceedings were held.)

20   BY MR. ROSENTHAL:

21        Q.   Of 2019?

22        A.   Yes, 2019.

23        Q.   And are you on these e-mails as a recipient?

24        A.   Yes.

25        Q.   Okay.  So you don't question that you received

1   these e-mails from Circuitronix on the dates that

2   they -- that these e-mails state?

3       A.   No, don't have any question.  I did receive

4   this.

5       Q.   Okay.  And so is it fair to say that it was at

6   least during the period that is reflected in Exhibits

7   98 -- I'll go backwards one -- through 105?

8       A.   105.

9       Q.   I am sorry 106; right?

10      A.   6, yes.

11      Q.   That Circuitronix US actually on a very

12  regular basis sent Benlida --

13           MR. LERNER:  Objection.

14  BY MR. ROSENTHAL:

15      Q.   -- payment details for consecutive months that

16  then attached the -- not only listed the payments that

17  they are saying they are paying those listed invoices

18  for, but even attached some type of record of the bank

19  payment.

20      A.   This is only this period and only Circuitronix

21  US.  Nothing I can get -- we -- we receive from

22  Circuitronix Hong Kong.

23      Q.   But is the answer to the question I asked yes?

24      A.   Yes.

25      Q.   Okay.

1      A.   Price discrepancy issue, yes.

2      Q.   Right.  Which at some point was identified at

3   different amounts, $311,000, then $500,000, then

4   $700,000 it looked at --

5      A.   Yes.

6      Q.   -- for the year -- whatever the time period

7   was at the time.  The business continued between the two

8   companies and there was still money coming into Benlida

9   from Circuitronix US?

10     A.   And also Circuitronix Hong Kong.

11     Q.   And also Circuitronix Hong Kong; correct.

12          And you've explained that the accounting

13   department at Benlida used one bucket of moneys coming

14   in from both Circuitronix Hong Kong and Circuitronix US

15   and applied that money against both invoices from

16   Circuitronix Hong Kong and Circuitronix US?

17     A.   Yes.

18     Q.   Or not from those companies, but to those

19   companies, the invoices that were sent to them?

20     A.   Yes.  Yes.

21     Q.   And did you ever tell Rishi Kukreja in 2017,

22   2018 --

23     A.   Uh-huh.

24     Q.   -- when you were asking him to pay $2.5

25   million or $2.8 million by a certain date that when he

1   paid that, you're going to be applying it to invoices

2   from years before because of Benlida's view of what

3   Circuitronix USA owes it?

4        A.   Because what?  Can you repeat?

5             MR. ROSENTHAL:  Sure.  Would you mind

6        repeating my question?

7             (Whereupon the requested portion was read back

8        by the court reporter after which the following

9        proceedings were held.)

10            MR. ROSENTHAL:  And then I said did you

11       ever -- oh, yeah, that's it.  You are right.

12       Sorry.

13            THE WITNESS:  No, I didn't tell this to Rishi.

14       No.

15   BY MR. ROSENTHAL:

16       Q.   Okay.  And why not?

17       A.   Because this is our books and you are saying

18   the wrong -- it should not say that we are -- at that

19   time absolutely not paying one years ago invoice.  But

20   at that time, I don't know -- for example, some month of

21   2017 and now, I didn't remember at that time when we

22   collect the payment and which invoice is the oldest

23   invoice would apply.  Okay.  So absolutely not one years

24   ago.  Because during that days, our transaction is

25   around Circuitronix Hong Kong and Circuitronix US

Huang Sulan
May 26, 2023                                                    326

1   together should be 2 million something every month.  So

2   even though we have a gap, it should not go back to one

3   years ago.  This is -- we are talking about more than 10

4   million US dollar.  So I don't think so.

5        Q.   So when you identified this gap -- I am

6   sorry -- when -- yeah, when you identified this gap in

7   Exhibit 109, which was your e-mail from November 3rd,

8   2016, of $700,000 for the year 2015?

9        A.   700 US --

10       Q.   Number three on your list there at the top?

11       A.   Invoice discrepancy 700 -- okay.

12       Q.   When you -- when you identified that dispute

13   about $700,000 that you said Circuitronix owed Benlida

14   from 2015 --

15       A.   Yes.

16       Q.   -- you didn't tell Rishi Kukreja or anybody at

17   Circuitronix that when you would be collecting

18   $2.8 million that you were asking for that you would be

19   applying that to wipe out the $700,000 difference, did

20   you?

21       A.   No.

22       Q.   Because you were applying -- you understood

23   that it would be used for the $2.74 million of invoices

24   that your company had just sent to Circuitronix; right?

25       A.   This is not the logic.  Even for Circuitronix,

Huang Sulan
May 26, 2023                                                   327

1    they are using the FIFO.  So -- so we are also using the

2    FIFO.  So that is -- it means the methodology.  So why I

3    need to tell Rishi on that?  I just need to tell him

4    that we have the difference on the invoice.  So how it

5    books, it doesn't change the fact that we have the

6    discrepancy.  And this is Circuitronix owe us.  Right?

7                 MR. LERNER:  That's right.

8                 MR. ROSENTHAL:  One vote for it's right from

9         your lawyer.

10   BY MR. ROSENTHAL:

11        Q.   Let's take a look at another exhibit, which we

12   will mark 1251, which is what number?  110.

13             So at the bottom of page 1251.  It's an e-mail

14        from November 17th, 2016 --

15        A.   Okay.

16        Q.   -- soon after the one we just looked at.  And

17   you e-mailed Rishi and the subject is payment need in

18   November.  And you wrote the following, tell me if I am

19   reading this correctly:  Please confirm that $500,000

20   already come out from CTX.  I am under big pressure of

21   collecting CTX payment.  In our accounting books after

22   we receive 500,000 last week, 3.2 million is due in

23   November.  Since invoice discrepancy in 2015 and 2016 is

24   still pending to resolve, I cannot explain anymore to

25   them.  Invoice discrepancy was put out in beginning of