**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff

v.

CIRCUITRONIX, LLC,

Defendant

_____/

**UNOPPOSED MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT**

Undersigned counsel, Chauncey Cole, co-counsel for Defendant, Circuitronix, LLC ("CTX"), respectfully requests that the Court enter an Order allowing Chauncey Cole and Chauncey Cole, PA, to withdraw as counsel for CTX in the above-captioned case and states:

1. CTX and undersigned counsel have agreed that Mr. Cole's continued participation as co-counsel is not required in light of the posture of this case.

2. As a result of Mr. Cole acting as lead trial counsel in the matter of *Shenzhen Kinwong Electronic Co., Ltd. v. Kukreja, et al.*, No. 18-cv-61550-ALTMAN/HUNT (S.D. Fla.) he was largely unable to participate in the case in April and May, 2023. *See* DE 152 at 4. At this time, the deadlines to complete fact discovery and file dispositive motions in the case have passed, CTX has filed a motion for summary judgment (DE 178), and is preparing the case for trial, scheduled for the two-week trial period beginning on October 10, 2023. DE 153.

3. CTX is well represented by co-counsel, Mr. Stephen Rosenthal and Podhurst Orseck, P.A., who shall remain as lead counsel for CTX.

4. No prejudice or delay will result from the granting of this motion.

1

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Undersigned counsel herby certifies that the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion and it is unopposed.

Dated: July 19, 2023                             Respectfully submitted,

**CHAUNCEY COLE, PA**
9100 South Dadeland Blvd., Suite 1553
Miami, Florida 33156
Tel.:    (786) 497-7053

By: /s/ *Chauncey D. Cole IV*

Chauncey D. Cole, IV, Esq.
Florida Bar No. 102184
chauncey.cole@coletrial.com

