Exhibit B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD., <br><br>*Plaintiff,* <br><br>v. <br><br>CIRCUITRONIX, LLC, <br><br>*Defendant.* | No. 21-60125-CIV-Scola/Goodman |

**Proposed Order**

Upon consideration of plaintiff Jiangmen Benlida Printed Circuit Co. Ltd's motion *in limine* to preclude from testifying at trial defendant Circuitronix, LLC's proposed expert on Chinese law, Professor Wei Cui, and testimony related thereto, and to preclude testimony or documentation from being introduced at trial concerning plaintiff Benlida's trade-credit insurance, it is by this Court:

**Ordered** that the motion is granted; and it is further,

**Ordered** that Circuitronix, LLC, is precluded, in questioning Benlida's witnesses at trial, from raising the issue of Benlida's or ROK's obligations with respect to, or compliance *vel non* with, Chinese regulatory law, including Chinese foreign exchange and customs regulations and Chinese trade credit reporting obligations; and it is further,

**Ordered** that Circuitronix, LLC, is precluded, at trial, from introducing testimony or documentation regarding plaintiff Benlida's trade-credit insurance with Sinosure.

**Done and ordered** in Miami, Florida, on _____, 2023.

_____
Robert N. Scola, Jr.
United States District Judge