# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
           CASE NO. 21-60125-CIV-SCOLA/GOODMAN
 3

 4


 5   JIANGMEN BENLIDA PRINTED
     CIRCUIT CO., LTD.,
 6
              Plaintiff,
 7
         vs.
 8
     CIRCUITRONIX, LLC,
 9
              Defendant.
10   _____/

11

12

13
                 TRANSCRIPT OF PROCEEDINGS
14              DEPOSITION OF RISHI KUKREJA

15

16


17            Thursday, June 1, 2023
        One Southeast Third Avenue, Suite 2300
18              Miami, Florida  33131
                9:22 a.m. - 7:03 p.m.
19

20


21

22         Stenographically Reported By:
                  LAUREL A. MAZUR
23         Florida Professional Reporter

24

25
```

U.S. LEGAL SUPPORT
(877) 479-2484

```
 1   Kong?
 2       A    That is correct.
 3       Q    He just kept his India --
 4       A    Yes.
 5       Q    You are the overall boss of all the global
 6   operations, right?
 7       A    So my mother is the owner of Circuitronix
 8   Hong Kong.  Circuitronix -- and through that
 9   Circuitronix Shenzhen and Circuitronix Europe, and my
10   mom and my dad were the owners of Circuitronix India.
11   My dad passed away a couple of years ago, and since
12   then the second owner is just for -- yeah, there is a
13   second minority owner just for --
14       Q    Who is that?
15       A    Sounendra Mahapatra.
16            THE REPORTER:  You're going to have to spell
17       that for me.
18            THE WITNESS:  Yes.  S-O-U-M-E-N-D-R-A, last
19       name M-A-H-A-P-A-T-R-A.
20            And I am the owner of Circuitronix Hong Kong,
21       and I manage -- I am the owner of Circuitronix
22       LLC.
23   BY MR. MAZZOLA:
24       Q    But you manage Hong Kong?
25       A    I manage Hong Kong.
```

1   Q   Because I hear a lot about Ms. Promila.
2   A   That is my mom, yes.
3   Q   Funny enough though, I have never seen an
4 e-mail in the tens of thousands of e-mails -- we did a
5 search -- for Promila, P-R-O-M-I-L-A.  Why is that?
6   A   Same reason why you didn't see a single
7 e-mail from Mr. Huang.
8   Q   She is not on e-mails?
9   A   Yes.
10  Q   But you do do the day-to-day management of
11 Circuitronix Hong Kong?
12  A   I do the day-to-day -- so, as one would
13 appreciate, we obviously rely on managers.  Akshay runs
14 the day-to-day operations and he reports to me.
15  Q   You have overall management authority?
16  A   I have overall management authority.
17  Q   And naturally you are authorized to sign
18 documents on behalf of Circuitronix Hong Kong, right?
19  A   I am.  But I do want to clarify in the event
20 my mother says I cannot sign a document, I cannot sign
21 a document.  I do have the authority, but she has the
22 final authority.
23  Q   Are there any documents in this case that
24 have been signed on behalf of Circuitronix Hong Kong
25 that your mother later said, hey, Rishi, you didn't

```
 1   have authority to sign that?
 2        A    No.
 3        Q    So if I look at something -- let's look, for
 4   example, at this.  This was previously marked as
 5   Exhibit 40.
 6        A    May I have a copy?
 7        Q    It's in those binders.
 8             MR. ROSENTHAL:  By the way, JC, when -- if
 9        you are going to ask about any documents -- JC?
10        Just housekeeping.  This doesn't have numbers 1
11        through 20 in it because they were the ones you
12        marked during the depositions you took last year.
13        I have a set I think somewhere that I have to get.
14             MR. MAZZOLA:  I don't know if we will use any
15        of them.  If we do, it will be nothing of any
16        excitement.
17             MR. ROSENTHAL:  Well, if you do need one send
18        us a copy of it and we will work as we go.
19   BY MR. MAZZOLA:
20        Q    This starts off with an e-mail.  Do you see
21   that?
22        A    Yes.
23        Q    It refers to the secondary agreement, do you
24   see that?
25        A    Yes.
```