# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant,
_____/

**DEFENDANT'S RULE 26(a)(1) SUPPLEMENTAL INITIAL DISCLOSURES**

Defendant, Circuitronix, LLC ("CTX, LLC"), pursuant to Federal Rule of Civil Procedure 26 and 34, hereby provides the following supplemental initial disclosures:

*(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses.*

| WITNESS | CONTACT DETAILS | KNOWLEDGE |
|---|---|---|
| Melonnie Rhoden | Address:<br>450 NW 124th Street<br>North Miami, FL 33168<br><br>Telephone No.:<br>(954) 993-7779 | Knowledge of accounting, invoicing, reconciliations, and payments, and related communications with Benlida regarding same |
| Marcia Delgado | Address:<br>800 SW 120th Way<br>Davie, FL 33325<br><br>Telephone No.:<br>(786) 650-4833 | Knowledge of accounting, invoicing, reconciliations, and payments and related communications with Benlida regarding the same. |
| Nicole Donaldson | Address:<br>1670 NW 123rd Street<br>Miami, FL 33167<br><br>Telephone No.:<br>(305) 345-2502 | Knowledge of accounting, invoicing, reconciliations, and payments, and related communications with Benlida regarding same |

1

These witnesses are in addition to those already disclosed in CTX's Initial Disclosures of January 26, 2022. In addition to the foregoing, Defendant reserves the right to call any witnesses identified by Plaintiff, now or in the future, and any employee of a corporate party. Defendant also reserves the right to supplement this list of individuals in light of further discovery and investigation.

*(iii)    a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; and*

1. The compensatory damages CTX, LLC seeks is set forth in the three charts below, subject to possible amendment at the time expert disclosures are due:

## AMOUNT OWED TO CTX, LLC (a.k.a. "CTX USA") BY BENLIDA

| | | | Records of CTX USA | | Records of Benlida | | Discrepancy | |
|---|---|---|---|---|---|---|---|---|
| **Through July 2019** | | | | | | | | |
| Payments | | | $ 67,728,456 | | $ 67,636,070 | | $ 92,386 | (4) |
| Invoices | | | (65,176,316) | (1) | (65,839,234) | (2) | 662,918 | (5) |
| Debit Memos | | | 2,762,729 | | 2,275,790 | | 486,939 | (6) |
| Owed to CTX USA through July 2019 | A | | $ 5,314,869 | | $ 4,072,625 | | $ 1,242,243 | |
| **After July 2019** | | | | | | | | |
| Payments | | | $ 5,846,684 | | Not provided for the period after July 2019 | | | |
| Invoices | | | (4,000,313) | (3) | | | | |
| Debit Memos | | | 7,475 | | | | | |
| Owed to CTX USA after July 2019 | B | | $ 1,853,845 | | | | | |
| Waiver of debit memos per meeting minutes | C | | $ (389,655) | (8) | | | | |
| Owed to CTX USA | A+B+C | | $ 6,779,059 | (7) | | | | |

(1) Data compiled from the Excel spreadsheets attached to Rishi Kukreja's email dated November 1, 2019: Benlida Payment Details CTX-US_2012-2019.xls (CTX_00001751-1753).
(2) Data compiled from the Excel spreadsheet attached to Benlida's email dated November 15, 2019: 2012-2019reconciliation analysis-2019.11.15 CCT (CTX_00001993-1995 ).
(3) Data compiled from spreadsheets produced by CTX: Benlida Payment Details CTX-US_2012-2021_v5.xls; CCT-BLD-190412001; CCT-BLD-190830001; CCT-BLD-190903002.
(4) Discrepancy includes payments by CTX USA which Benlida claims were for 1mm tin line, and OSP Payment.
(5) Discrepancy relates primarily to pricing differences between unit prices per CTX USA's Purchase Orders and corresponding invoices from Benlida for the same product.
(6) Discrepancy relates primarily to lead time exceedances claimed by CTX USA in Debit memos issued to Benlida.
(7) Not including Lead Time Penalties claimed by CTX USA.
(8) Meeting minutes and transmittal emails (BLD_00000367, BLD_00000073, BLD_00000581, BLD_00000582, BLD_00000588).

## AMOUNT OWED TO CTX, LLC (a.k.a. "CTX USA") BY ROK

|  |  | Records of CTX USA | Records of ROK | Discrepancy |
|---|---|---|---|---|
| *Through July 2019* |  |  |  |  |
| Payments |  | $ 45,624,466 | $ 45,242,084 | $ 382,382 (12) |
| Invoices |  | (47,207,857) (9) | (47,759,772) (10) | 551,915 (13) |
| Debit Memos |  | 3,763,381 | 2,328,501 | 1,434,880 (14) |
| Owed to (from) CTX USA through July 2019 | A | $ 2,179,989 | $ (189,188) | $ 2,369,177 |
| *After July 2019* |  |  |  |  |
| Payments |  | $ 450,000 (11) | Not provided |  |
| Invoices |  | - |  |  |
| Owed to (from) CTX USA after July 2019 | B | $ 450,000 |  |  |
| Waiver of debit memos per meeting minutes | C | $ (28,247) (16) |  |  |
| Owed to CTX USA | A+B+C | $ 2,601,742 (15) |  |  |

(9) Data compiled from the Excel spreadsheet attached to Rishi Kukreja's email dated November 1, 2019: ROK Payment Details CTX-US_2012-2019 (CTX_00001751-1753).
(10) Data compiled from the Excel spreadsheet attached to Benlida's email dated November 15, 2019: 2012-2019reconciliation analysis-2019.11.15 CCT (CTX_00001993-1995).
(11) Data compiled from spreadsheet produced by CTX: ROK Payment Details CTX-US-HK_2012-2018_2.xls.
(12) Discrepancy includes payments by CTX USA which ROK claims were for non-product purposes such as 1mm tin line, OSP Payment, and transfer payment.
(13) Discrepancy relates primarily to pricing differences between unit prices per CTX USA's Purchase Orders and corresponding invoices from ROK for the same product.
(14) Discrepancy relates primarily to lead time exceedances claimed by CTX USA in Debit memos issued to ROK.
(15) Not including Lead Time Penalties claimed by CTX USA.
(16) Meeting minutes and transmittal emails (BLD_00000367, BLD_00000073, BLD_00000581, BLD_00000582, BLD_00000588).

## LEAD TIME PENALTIES OWED TO CTX, LLC (a.k.a. "CTX USA") FROM BENLIDA & ROK

|  | BLD | ROK |
|---|---|---|
| February 2016 through February 2017 | $ 832,383 | $ 602,904 |
| November 2017 through May 2018 | 938,563 | 679,811 |
| August 2018 through July 2021 | 1,336,831 |  |
| **Owed to CTX USA** | $ 3,107,778 (17) | $ 1,282,714 (17) |

(17) Penalty for Lead-Time Exceedances Reports for the period from February 2016 through July 2021

Dated: May 31, 2023                                  Respectfully submitted,

**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

By: /s/ *Stephen F. Rosenthal*
Stepphen F. Rosenthal, Esq
Florida Bar No. 0131458
srosenthal@podhurst.com

| | |
|---|---|
| **PODHURST ORSECK, P.A.** | **CHAUNCEY COLE, PA** |
| One S.E. 3rd Avenue, Suite 2300 | 9100 South Dadeland Blvd., Suite 1553 |
| Miami, Florida 33131 | Miami, Florida 33156 |
| Tel.: 305-358-2800/Fax: 305-358-2382 | Tel.:    (786) 497-7053 |
| | |
| *By:  /s/  Stephen F. Rosenthal* | |
| Stephen F. Rosenthal | By: /s/ *Chauncey D. Cole IV* |
| Florida Bar No. 0131458 | Chauncey D. Cole, IV, Esq. |
| srosenthal@podhurst.com | Florida Bar No. 102184 |
| Christina H. Martinez | chauncey.cole@coletrial.com |
| Florida Bar No. 1029432 | |
| cmartinez@podhurst.com | |



*Counsel for Circuitronix, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served by hand and via electronic mail on a registered CM/ECF user on May 31, 2023.

By: /s/ *Stephen F. Rosenthal*
Stephen F. Rosenthal

4