# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX LLC,

Defendant,
_____/

**DEFENDANT'S RULE 26(a)(1) SUPPLEMENTAL DISCLOSURE OF JUNE 26, 2023**

Defendant, Circuitronix, LLC ("CTX, LLC"), pursuant to Federal Rule of Civil Procedure 26 and 34, hereby provides the following supplemental initial disclosures:

> *(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:*

This supplemental disclosure consolidates and amends the prior disclosures of January 26, 2022 and May 31, 2023 as follows:

1. The compensatory damages CTX, LLC seeks are set forth in (and are computed as the sum of the amounts in) the three charts below.

1

a) **AMOUNT OWED TO CTX, LLC BY BENLIDA**[1]

| | | Per CTX | Per Benlida | Difference |
|---|---|---|---|---|
| **Reconciliation Period through July 2019** | | | | |
| Payments | Table 2 | $ 67,623,456 | $ 67,636,070 | (12,614) |
| Invoices | Table 3 | (65,176,316) | (65,839,234) | 662,918 |
| Debit Memos | Table 5 | 2,313,707 | 1,843,314 | 97,284 |
| | | $ 4,760,847 | $ 3,640,149 | $ 747,588 |
| **Lead Time Penalties after January 2016** | | | | |
| Lead Time Penalties, net of Waivers | Table 6 | 3,107,778 | N/A | |
| **OWED BY BENLIDA TO CTX** | | $ 7,868,625 | | |

b) **AMOUNTS CTX, LLC PAID TO ROK AT BENLIDA'S DIRECTION WHICH WERE OWED TO AND SHOULD HAVE BEEN CREDITED BY BENLIDA**[2]

From March 2017 through June 2018, at Benlida's instruction CTX, LLC made the payments detailed below, totaling $2.825 million, to ROK for amounts that were actually owed to Benlida.

| DATES AND AMOUNTS PAID TO ROK | |
|---|---|
| 3/14/2017 | $ 300,000 |
| 3/23/2017 | $ 500,000 |
| 3/27/2017 | $ 500,000 |
| 3/15/2018 | $ 500,000 |
| 4/4/2018 | $ 75,000 |
| 4/10/2018 | $ 350,000 |
| 5/1/2018 | $ 200,000 |
| 6/1/2018 | $ 200,000 |
| 6/29/2018 | $ 200,000 |
| **TOTAL** | **$ 2,825,000** |

---

[1] The computation in this chart is set forth at paragraph 37, Table 7 of the Analysis of Payables Reconciliation prepared Barry Mukamal and Mark Parisi, that was served with expert disclosures on June 8, 2023.
[2] The data in this chart was compiled from the Excel spreadsheet entitled ROK Payment Details CTX-US-HK_2012-2019.xls (CTX_00001753), which was attached to Rishi Kukreja's email dated November 1, 2019 (CTX_00001751).

2

### c) PREMIUM PAYMENT AMOUNTS CTX, LLC PAID TO BENLIDA[3]

During the period from August 2019 through October 15, 2021, CTX, LLC made premium payments totaling $317,539.48 to Benlida. These payments represent a premium ranging from 3% to 20% on Benlida's invoice amounts.

| CTX-US Premium Summary | | | | |
|---|---|---|---|---|
| Year | 20% Premium | 10% Premium | 3% Premium | Total Premium |
| 2019 | - | - | - | - |
| 2020 | - | 143,207.63 | - | 143,207.63 |
| 2021 | - | 138,105.69 | 36,226.16 | 174,331.85 |
| Total | | 281,313.32 | 36,226.16 | 317,539.48 |

2. Punitive damages of three times the amount of compensatory damages for Plaintiff's intentional breach of fiduciary duty.

3. Pre-judgment and post-judgment interest in accordance with Florida Statute § 55.03 and 28 U.S.C § 1961.

4. Attorneys' fees and costs. CTX, LLC anticipates that it will incur over $2,500,000 in attorneys' fees and costs if this case were to proceed to trial.

Dated: June 26, 2023                                    Respectfully submitted,

**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131

**CHAUNCEY COLE, PA**
9100 South Dadeland Blvd., Suite 1553
Miami, Florida 33156

---

[3] The data in this chart was compiled from the Excel spreadsheet entitled Benlida Proforma Cost and Inventory Management (CTX_01533295). The chart reflects only premium payments made on or before October 15, 2021, the date CTX filed its Answer and Counterclaim [DE 34]. Additionally, it discounts sums reflecting a "Not Paid" payment status in Column P of the "Short Shipment Escalation" tab in the Excel spreadsheet, despite CTX's internal verification that the "Not Paid" notations are inaccurate and that corresponding premium payment amounts were actually paid. For the sake of this claim, however, the unpaid amounts have not been taken into consideration.

| | |
|---|---|
| Tel.: 305-358-2800/Fax: 305-358-2382 | Tel.:   (786) 497-7053 |
| By: /s/ Stephen F. Rosenthal<br>Stephen F. Rosenthal<br>Florida Bar No. 0131458<br>srosenthal@podhurst.com<br>Christina H. Martinez<br>Florida Bar No. 1029432<br>cmartinez@podhurst.com | Chauncey D. Cole, IV, Esq.<br>Florida Bar No. 102184<br>chauncey.cole@coletrial.com |



*Counsel for Circuitronix, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via electronic mail on all counsel of record on June 26, 2023.

By: /s/ *Stephen F. Rosenthal*
Stephen F. Rosenthal

4