# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

       Plaintiff,

   vs.

CIRCUITRONIX, LLC,

       Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS
DEPOSITION OF WU YUKUN

Wednesday, May 24, 2023
One Southeast Third Avenue, Suite 2300
Miami, Florida  33131
9:18 a.m. - 7:58 a.m.

Stenographically Reported By:
LAUREL A. MAZUR
Florida Professional Reporter

U.S. Legal Support | www.uslegalsupport.com

| | |
|---|---|
| 1 | of these paragraphs of the Complaint that says, "To |
| 2 | date, Circuitronix has paid no portion of the amount |
| 3 | owed."  Do you see that? |
| 4 |     A   Yes. |
| 5 |         MR. LERNER:  Can I interject? |
| 6 |         MR. ROSENTHAL:  No.  No, you may not.  Do you |
| 7 |    have an objection? |
| 8 |         MR. LERNER:  I want a clarification. |
| 9 |         MR. ROSENTHAL:  You may not clarify.  You can |
| 10 |    do that on cross. |
| 11 | BY MR. ROSENTHAL: |
| 12 |     Q   So all of the allegations from Paragraph 13 |
| 13 | on Page 6 through -- let's just stop at Paragraph 260 |
| 14 | on Page 30 -- all of those have that same sentence, "To |
| 15 | date, Circuitronix has paid no portion of the amount |
| 16 | owed," correct? |
| 17 |     A   Yes. |
| 18 |     Q   Does that mean that Benlida has not received |
| 19 | any money from Circuitronix for those invoices to date? |
| 20 |         MR. LERNER:  What date?  The date of the |
| 21 |    Complaint or today? |
| 22 |         MR. ROSENTHAL:  The date.  It says "to date". |
| 23 |         THE WITNESS:  It means that we did not |
| 24 |    receive the money in May 2020. |
| 25 | |

```
 1   BY MR. ROSENTHAL:
 2        Q    So when you understand the term "to date",
 3   you mean as of May 2020?
 4        A    Yes.
 5        Q    But Benlida actually did receive wire
 6   transfers from Circuitronix periodically, didn't it,
 7   before May 2020?
 8        A    What kind of wire transfer?
 9        Q    Payments, money, dollars.
10        A    We did receive money from them, but it wasn't
11   for those invoices listed.
12        Q    So Circuitronix did pay Benlida money through
13   May of 2020, correct?
14        A    Yes.
15        Q    Did Benlida keep a contemporaneous list of
16   the payments that Circuitronix made to it?
17             THE INTERPRETER:  I am sorry.  What list?
18   BY MR. ROSENTHAL:
19        Q    Did Benlida keep a contemporaneous list,
20   meaning at the same time, of the payments that Benlida
21   made to it?
22        A    Yes.
23        Q    Is that in a computer system?
24        A    Yes.
25        Q    What do you call that computer system at the
```

1    department, but I wasn't told.
2        Q    Did you ever have any conversations with
3    anybody at Circuitronix in which you told them that
4    their payments in 2018 were being applied to the oldest
5    outstanding debts in Benlida's records?
6        A    Is it that me and Circuitronix had a
7    conversation?
8        Q    Correct, that is what I am asking.
9        A    No.
10       Q    Do you know if anybody from Benlida had that
11   conversation with Circuitronix during the period of
12   time before the prepayment started?
13       A    I don't know.
14       Q    Would that likely have been someone in the
15   sales department?
16       A    I don't know.
17       Q    So we talked earlier about the fact that the
18   earliest date on the invoice in the Third Amended
19   Complaint as to Circuitronix was December 29, 2018?  Do
20   you remember that?
21       A    Yes.
22       Q    How much did Benlida's records say that
23   Circuitronix owed Benlida as of that date?
24       A    I don't understand your question.
25       Q    Okay.  So as of the date on the first invoice

| | | |
|---|---|---|
| 1 | A | Always -- not before 2014, but always they |
| 2 | pay together. | |
| 3 | Q | Always who paid together? |
| 4 | A | US and Hong Kong. |
| 5 | Q | Are you saying that -- |
| 6 | A | US will pay the debt of Hong Kong to Benlida. |
| 7 | Q | That is how they paid? |
| 8 | A | Yes. |
| 9 | Q | So always Circuitronix United States was |
| 10 | paying invoices that Benlida sent to Circuitronix Hong | |
| 11 | Kong? | |
| 12 | A | Yes. |
| 13 | Q | And how do you know that? |
| 14 | A | Because we have maybe a notice about that. |
| 15 | Q | Okay.  And in Benlida's financial department |
| 16 | records, did Benlida keep Circuitronix USA and | |
| 17 | Circuitronix Hong Kong separate? | |
| 18 | A | We have records separate and we have records |
| 19 | together, because for the CTX they separate.  So when | |
| 20 | we doing the reconciliation, we will send separate one | |
| 21 | to the CTX to -- for them to better understand the | |
| 22 | difference. | |
| 23 | Q | When you received money paid by Circuitronix |
| 24 | USA, did you sometimes apply that money to an invoice | |
| 25 | that was sent to Circuitronix Hong Kong? | |

1      A     Yes.

2      Q     In what years?

3      A     Maybe always.

4      Q     Maybe always?

5      A     Yes.

6      Q     Was there a note in the file or the program

7  that said to the people who do the data input that that

8  is what they were supposed to do, take the money paid

9  by Circuitronix USA and also apply it to invoices that

10 were sent to Circuitronix Hong Kong?

11     A     Sorry?

12           MR. ROSENTHAL:  Do you remind repeating that

13     one so that she can translate.

14           (The pending question is read

15            back by the court reporter.)

16           (Question interpreted).

17           THE WITNESS:  I don't know whether it exist

18     in paper or not, but that's -- the sales team

19     tells the financial team to do this, follow this

20     instruction.

21 BY MR. ROSENTHAL:

22     Q     Okay.  So the instructions for how the

23 financial department was supposed to record the

24 payments of Circuit -- received from Circuitronix

25 United States was told by the sales department to the

```
 1   finance department, that instruction?
 2           That was a terribly asked question.  I am
 3   sorry.  Strike that.  Let me try again.
 4           The sales department at Benlida instructed
 5   the finance department at Benlida to apply the money
 6   received from Circuitronix USA to both Circuitronix USA
 7   invoices and Circuitronix Hong Kong invoices, correct?
 8       A   FIFO, yes.
 9       Q   Yes, with a FIFO methodology?
10       A   Yes.
11       Q   And to your knowledge, that was throughout
12   the relationship between the companies, that
13   instruction?
14           (Question interpreted.)
15       A   To my knowledge, yes.
16       Q   Okay.  Certainly throughout the time that you
17   have been at the company, correct?
18       A   Yes.
19       Q   And even to this day, to the present day?
20       A   No, present day we use prepayment.
21       Q   Okay.  So until the prepayment started?
22       A   Yeah, yeah, yeah.
23       Q   So let me just give you an example to make
24   sure we are talking very concretely.
25           Let's say there is no business at all, we are
```

1      A    Yes.

2      Q    Okay.  So we now have $300,000 worth of

3  invoices from Benlida.

4      A    Yes.

5      Q    Now let's say in April, Circuitronix USA

6  sends a wire transfer to Benlida for $200,000?

7      A    Yeah.

8      Q    What does Benlida do with that money?

9      A    The first two invoice.

10     Q    The first two invoices are to Circuitronix

11 Benlida -- I am sorry -- Circuitronix USA and

12 Circuitronix Hong Kong, correct?

13     A    Yes.

14     Q    Because those are the earliest two invoices,

15 correct?

16     A    Yes.

17     Q    Okay.  So the FIFO process that Benlida used

18 to allocate money included both Circuitronix USA and

19 Circuitronix Hong Kong, correct?

20     A    Yes.

21     Q    You understand that, when you worked in a

22 bank before you joined Benlida, you had to keep

23 different companies' accounts separate, correct, as a

24 general rule, right?

25     A    Keep separate?  I don't understand.

```
 1        A    Yes.
 2        Q    They kept their records separate, right?
 3        A    Yes.
 4        Q    Yet, when you received money from one
 5   company, you would use it to pay the oldest debts for
 6   either company, whichever was oldest, right?
 7        A    Yes.
 8             MR. LERNER:  Okay, question.  Have you
 9        completed the corporate rep dep yet?  You have
10        been going I think more than seven hours --
11             MR. ROSENTHAL:  Most of this thing is
12        corporate rep.
13             MR. LERNER:  You have been going well more
14        than seven hours.
15             MR. ROSENTHAL:  I am sure.
16             MR. LERNER:  So the rule is seven hours.
17             MR. ROSENTHAL:  We have not been keeping
18        track of the breaks and things like that.  And
19        turns out that his English is fantastic and we
20        took twice and long as we needed to for about five
21        hours.
22             MR. LERNER:  His English isn't fantastic, but
23        it's better than my Chinese.
24             MR. ROSENTHAL:  And you speak Chinese,
25        correct?
```

| | |
|---|---|
| 1 | this way.  You mentioned some time ago that Benlida |
| 2 | keeps a record -- I think you said two different |
| 3 | records for Circuitronix; one is with Circuitronix and |
| 4 | Circuitronix Hong Kong kept separate, and one of them |
| 5 | is with the two of them combined? |
| 6 |     A    Yes. |
| 7 |     Q    And what do those records show?  What is it a |
| 8 | records of; payments, accounts receivable? |
| 9 |     A    We just show -- why the separate one?  Why we |
| 10 | use the separate one? |
| 11 |     Q    No.  I am asking you what kind of information |
| 12 | do those two sets of records record? |
| 13 |         (Question interpreted.) |
| 14 |     A    (Through the interpreter) Invoices and |
| 15 | payments. |
| 16 |     Q    So -- and I want to try to use a name to |
| 17 | describe this, but when you have the combined document |
| 18 | or spreadsheet, what do you refer to it as?  What do |
| 19 | you call it? |
| 20 |     A    I don't know how to call it.  It's just |
| 21 | something like receivable. |
| 22 |     Q    But it's a receivable for both Circuitronix |
| 23 | LLC and Circuitronix Hong Kong? |
| 24 |     A    I don't know exact name of this record, but |
| 25 | the meaning of the record is that. |

```
 1        Q    Is that correct?
 2        A    Yeah.
 3             (Question interpreted.)
 4        A    Yes.
 5        Q    And I am asking you now how early in time --
 6   how far back did you go to calculate these numbers?
 7        A    From the very beginning of our cooperation.
 8        Q    So what was that date roughly?
 9        A    Maybe some day in 2011.
10        Q    Okay.  2011 through May 31, 2020; is that
11   correct?
12        A    Yes.
13        Q    In that first box that says Shipment Amount
14   Through Cut-Off Date, that has the figure of
15   $156 million and change.  Do you see that?
16        A    One hundred thousand and fifty-six --
17        Q    156,031,184; do you see that?
18        A    Yes.
19        Q    Does that include ROK shipments?
20        A    Yes.
21        Q    It does?  Okay.  Does it include shipments to
22   Circuitronix Hong Kong?
23        A    Yes.
24        Q    So this analysis includes both Circuitronix
25   USA and Circuitronix Hong Kong?
```

```
 1        A    Yes.
 2        Q    So you looked at the total amount of product
 3   shipped in Benlida's records and ROK's records from the
 4   time period, and it was $156 million and change,
 5   correct?
 6        A    Which one?
 7        Q    The top one.
 8        A    Yes.
 9        Q    And then you looked at the second one.  How
10   much was paid through that same date, which is the
11   second line, right?
12        A    Yes.
13        Q    That was $140 million?
14        A    Yes.
15        Q    And the difference between those numbers is
16   something in the order of $15.7 million, correct?
17        A    Sorry?
18        Q    The difference between those numbers is about
19   $15 million, give or take?
20        A    Yes.
21        Q    And then you subtracted the debit notes that
22   you agree with, correct?
23        A    Yes.
24        Q    And that gives you the total of $11.5 million
25   roughly?
```

```
 1       A    Yes.
 2       Q    Okay.  And that is the amount of the invoiced
 3  amount that is in the Complaint?
 4       A    Yes.
 5       Q    Okay.  And then it says beneath that chart,
 6  "Per agreement not recognized as payment for shipments
 7  is $742,000," right?
 8       A    Yes.
 9       Q    And then it has a chart below it that breaks
10  down that $742,000?
11       A    Yes.
12       Q    And some of those are from -- are ROK
13  charges, correct?
14       A    Yes.
15       Q    And actually, if you remember, when we were
16  looking at a previous spreadsheet on the computer, we
17  saw these figures, the OSP 235,000 dollar payment,
18  right?
19       A    Yes.
20       Q    So is this chart taken from that earlier
21  spreadsheet that we were looking at on the computer
22  screen from, I think, late 2019 when Benlida had looked
23  at Circuitronix's numbers total time period?
24       A    Sorry.  I cannot understand your question.
25       Q    Okay.  Do you remember when we spent some
```