# EXHIBIT 6

Randall M. Paulikens, CPA/AVB/CFF/CITP
July 20, 2023

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
-------------------------------------x
JIANGMEN BENLIDA PRINTED CIRCUIT CO.,
LTD.,

                          Plaintiff,  :

        - against -

CIRCUITRONIX LLC,

                          Defendant.  :
-------------------------------------x
```

            1350 Avenue of the Americas
            New York, New York

            July 20, 2023
            9:40 a.m.

        EXAMINATION BEFORE TRIAL of RANDALL M. PAULIKENS, CPA/AVB/CFF/CITP, and Expert Witness on behalf of the Plaintiff herein, taken by the Defendant, pursuant to Court Order, held at the above-mentioned time and place, before Michelle Lemberger, a Notary Public of the State of New York.

| | |
|---|---|
| 1 | R. Paulikens |
| 2 | owes CTX on one set of data by -- and I'll |
| 3 | use 5 million for simple illustration, but |
| 4 | the Hong Kong entity is owed 13 million.  So |
| 5 | it's a net 8 million that Benlida owes. |
| 6 | And I was pointing out that the KM |
| 7 | report didn't cover that issue, didn't |
| 8 | address it, didn't even mention it.  So |
| 9 | that's why I put different examples and |
| 10 | caveated them, was dependent upon the data |
| 11 | source. |
| 12 | Q.  So on page 4 of your report, there's |
| 13 | a paragraph that begins, The significant |
| 14 | disparity. |
| 15 | Do you see that? |
| 16 | A.  Yes. |
| 17 | Q.  Three lines down at the right side |
| 18 | it begins a sentence that says, quote, As we |
| 19 | will show information from KM and others show |
| 20 | that CTX HK owes about $13 million, close |
| 21 | quote. |
| 22 | A.  Yes. |
| 23 | Q.  That's the high-end range -- well, |
| 24 | no, that's the highest number I think I've |
| 25 | seen in your report that you refer to, |

1                R. Paulikens

2    correct?

3         A.   That might be.

4         Q.   Okay.

5         A.   That might be.  And could I make a

6    correction?  The date of the e-mail that I

7    referenced, I typed wrong.

8         Q.   Let's -- we'll get to that later.

9    Let's just stay on this issue.

10        A.   Okay.

11        Q.   So with respect to the statement you

12   say, As we will show, information from KM and

13   others show that CTX HK owes about

14   $13 million, have you done an independent

15   calculation to come up with that figure?

16        A.   No.  What I did was I took one of

17   the files that we went through on the thumb

18   drive that was produced to your expert, which

19   was from his files that showed the HK -- I'll

20   call it the HK portion.

21        Q.   You're referring to the Circuitronix

22   Hong Kong?

23        A.   Yes.

24        Q.   Okay.

25        A.   It showed the same blue highlighted

| | |
|---|---|
| 1 | R. Paulikens |
| 2 | amounts, it showed invoices, debit memos, |
| 3 | payments, and it showed that the running |
| 4 | total at one point was $13 million.  It's |
| 5 | reprinted as part of a report and that came |
| 6 | directly from the KM files. |
| 7 | Q.  Let me direct you to page 8 of your |
| 8 | report, to the blue highlighted chart, and |
| 9 | ask you whether that's the one you're |
| 10 | referring to. |
| 11 | (Witness peruses document.) |
| 12 | Q.  At the top of the page. |
| 13 | A.  Yes.  And there's the 13 million. |
| 14 | Q.  That's the one that says, Balance |
| 15 | due slash credit balance, and it's got 13.492 |
| 16 | million? |
| 17 | A.  Correct.  And that was -- the source |
| 18 | document came from CTX Hong Kong was part of |
| 19 | the reconciliations that they were doing in |
| 20 | 2019, and that particular file came from your |
| 21 | expert's files. |
| 22 | Q.  So let me do this, because I know |
| 23 | that you marked certain of these charts with |
| 24 | the blue highlighting as exhibits to your |
| 25 | report, right? |

Randall M. Paulikens, CPA/AVB/CFF/CITP
July 20, 2023

| | |
|---|---|
| 1 | R. Paulikens |
| 2 | A. Yes. We printed some of them. |
| 3 | Q. If we look on the screen, I have |
| 4 | your PDF right here. It says, Paulikens' |
| 5 | open report. |
| 6 | MR. LERNER: Also, note for the |
| 7 | record Exhibit 144 does not include |
| 8 | all of the attachments. |
| 9 | MR. ROSENTHAL: Correct. |
| 10 | Otherwise it would be ten times as |
| 11 | long. |
| 12 | THE WITNESS: Can we take a |
| 13 | five-minute break? |
| 14 | MR. ROSENTHAL: Sure. |
| 15 | (Whereupon, a brief recess was |
| 16 | taken.) |
| 17 | BY MR. ROSENTHAL: |
| 18 | Q. Mr. Paulikens, I'm showing you a |
| 19 | copy of your report on the computer screen |
| 20 | because this copy of it, digital copy, has |
| 21 | the exhibits which are voluminous. |
| 22 | A. Okay. |
| 23 | Q. They are not printed out in |
| 24 | Exhibit 144. |
| 25 | So I want to ask you whether the |

| | |
|---|---|
| 1 | R. Paulikens |
| 2 | blue highlighted chart that appears at the |
| 3 | top of page 8 of your report that you were |
| 4 | just talking about is the same one that |
| 5 | appears as Exhibit 3? |
| 6 | A.  I have to get up. |
| 7 | Q.  Please.  And then I'll scroll down |
| 8 | and rotate this.  The top says, Source, |
| 9 | Benlida shipment and payment details CTX-HK |
| 10 | 2012 to 2019. |
| 11 | And you might want to take your |
| 12 | report with you, just to -- |
| 13 | A.  That looks like the same chart. |
| 14 | Because it was brought forward from the |
| 15 | exhibit, certainly the numbers agree. |
| 16 | Q.  Okay.  So those are the same two |
| 17 | things, right? |
| 18 | A.  Yes.  And this is the exact -- this |
| 19 | is the exhibit? |
| 20 | Q.  You're asking me? |
| 21 | A.  Yes. |
| 22 | Q.  Yes, see, it says Exhibit 3? |
| 23 | A.  Exhibit 3, and is there pages behind |
| 24 | it? |
| 25 | Q.  Yes. |

```
 1                     R. Paulikens
 2        A.   Okay, there's detail, yes.
 3        Q.   So I want to just ask you something
 4   else about the source document for this chart
 5   that is Exhibit 3 to your report, and also
 6   appears on page 8 of it.
 7             In your document that you provided
 8   us, and I'm pulling it up on the screen, I'm
 9   going into the folder called, Further
10   documents reviewed by Randall Paulikens.  I
11   want to show you the document that matches
12   that title, which is Benlida shipment and
13   payment details.  Bear with me a second.
14        A.   Right here?
15        Q.   You're pointing to the one that says
16   CTX HK 2012 to 2019?  Let me open that then,
17   it's an Excel spreadsheet.
18             This brings up a blue highlighted --
19   the summary tab brings up a blue highlighted
20   chart, right?
21        A.   Correct.
22        Q.   And it doesn't have additional
23   columns like you had done where it says
24   payment type?
25        A.   We had spread it out to show the
```

| | |
|---|---|
| 1 | R. Paulikens |
| 2 | payment type and show the debit memos, but it |
| 3 | still gets to the same $13,492,000, which I |
| 4 | referenced it as the source of the |
| 5 | information.  So I spread it out to make it |
| 6 | easier to compare the other tables. |
| 7 | Q.  Okay.  So, okay, so this is the |
| 8 | source file for -- |
| 9 | A.  Right, there is a few versions of |
| 10 | it, and if we click on that -- and there was |
| 11 | also similar information.  Again, there was a |
| 12 | lot of Excel files going back and forth, but |
| 13 | that is the source for that $13 million we |
| 14 | just saw that it agreed. |
| 15 | Q.  Okay.  So I don't recall whether we |
| 16 | made this an exhibit previously, but so just |
| 17 | for the purpose of clarity, the Excel |
| 18 | spreadsheet file that we're looking at, which |
| 19 | I'm going to make this the next exhibit which |
| 20 | will be 146, is entitled Benlida shipment and |
| 21 | payment details, CTX HK 2012 to 2019, right? |
| 22 | A.  Correct. |
| 23 | Q.  And then I will close out of it, Mr. |
| 24 | Paulikens and you can look at where it |
| 25 | resides on the folder.  This is the one you |

```
 1                    R. Paulikens
 2        Q.   Okay.
 3        A.   You know, there's an overpayment
 4   floating out there.
 5        Q.   Okay.  So just, the chart that you
 6   just referred to on page 6 of your report is
 7   the one that's got the blue highlighting
 8   right in the middle of the page?
 9        A.   Yes.  And it's like 5.6 million in
10   the pretty much center.
11        Q.   The specific number is 5,633,674.51,
12   correct?
13        A.   Correct.
14        Q.   Below, this is on page 8 of your
15   report of where we just were, you state, CTX
16   has underpaid the Benlida Group by
17   $13.5 million, right?
18        A.   Correct.
19        Q.   What is the Benlida Group, you
20   capitalize that?
21        A.   I call -- well, I'm talking about
22   the 13.5 million, which is the HK.  So I
23   guess I could have said Benlida, CTX HK
24   underpaid by 13.5 million.  So that whole
25   paragraph is on the one hand there's a
```