# EXHIBIT 8

| Payment Detail Year | Total Invoices | Total Payments | Balance Due/(Credit Balance) |
|---|---|---|---|
| 2012 | $ 50,844.68 | $ - | $ 50,844.68 |
| 2013 | $ 623,490.65 | $ 242,827.24 | $ 380,663.41 |
| 2014 | $ 2,112,045.55 | $ 776,987.44 | $ 1,335,058.11 |
| 2015 | $ 4,866,595.96 | $ 3,959,983.86 | $ 906,612.10 |
| 2016 | $ 7,449,167.92 | $ 5,572,718.50 | $ 1,876,449.42 |
| 2017 | $ 7,095,140.71 | $ 4,405,490.00 | $ 2,689,650.71 |
| 2018 | $ 9,451,795.08 | $ 4,555,000.00 | $ 4,896,795.08 |
| 2019.01-07 | $ 3,602,117.12 | $ 2,245,367.06 | $ 1,356,750.07 |
| | $ 35,251,197.67 | $ 21,758,374.10 | $ 13,492,823.58 |



EXHIBIT 146