# EXHIBIT 9

| | |
|---|---|
| **Date:** | Fri, 22 Nov 2019 4:44:41 AM -0500 |
| **Sent:** | Fri, 22 Nov 2019 4:44:35 AM -0500 |
| **ect:** | Re: RE : Circuitronix, USA payment reconciliation from 1st of April, 2012  until present for Benlida and ROK |
| **From:** | accounting@benlida.com |
| **To:** | Rishi Kukreja <RishiK@circuitronix.com>; |
| **CC:** | Benlida Sales01 <sales01@benlida.com>; 吴宇焜 <kunnywoo@126.com>; Akshay Koul <AkshayK@Circuitronix.co.in>; Nicole Donaldson <NicoleD@circuitronix.com>; 超总 <douglas@benlida.com>; Tracy benlida <tracy@benlida.com>; |
| **Attachments:** | Benlida Shipment and Payment Details CTX-HK_2012-2019.xlsx; CTX missing inv. details.xlsx; Payment Discrepancy(1).xlsx |

Dear:

   Please see attachments "CTX missing inv. details" and "Payment Discrepancy" as you requested. Please also see attachment "Benlida Shipment and

Payment Details CTX-HK_2012-2019" for our records of the transactions between Benlida and CTX-HK.

Please provide your records of these transactions as soon as possible.

accounting@benlida.com

发件人：Rishi Kukreja
发送时间：2019-11-21 02:20
收件人：accounting@benlida.com
抄送：Benlida Sales01; kunnywoo@126.com; Akshay Koul; Nicole Donaldson; douglas
主题：RE: 转发：Circuitronix, USA payment reconciliation from 1st of April, 2012 until present for Benlida and ROK

a) Please confirm that you have received the following payments in your system which we had not included in our original

   et :

| Transaction Date | Transaction Amount | Note |
|---|---|---|
| 4/29/2014 | $     169,706.61 | Released 4/29/2014 |
| 8/29/2014 | $     505,832.50 | Released 8/29/2014 |
| 5/29/2014 | $     223,236.44 | Released 5/29/2014 |
| | $     898,775.55 | |

b) Please advise whether there are any additional payments which are in your system which are missing on our spreadsheet.

c) Tracy : There were some invoices which Benlida/ROK had factored and we had paid the bank directly. Do you have details

of the same?

**From:** accounting@benlida.com [mailto:accounting@benlida.com]

**Sent:** Thursday, November 14, 2019 10:40 PM

   kunnywoo@126.com; Tracy benlida; Rishi Kukreja; Akshay Koul; Nicole Donaldson; Marcia Delgado; douglas

**Cc:** Benlida Sales01

CONFIDENTIAL



EXHIBIT
87

CTX_00001754

**Subject:** Re: 转发：Circuitronix, USA payment reconciliation from 1st of April, 2012 until present for Benlida and ROK

.lo:

After reviewing the data from 2012 to 2019 you sent for US against BLD and ROK, and HK against ROK, the analysis is made and attached. Please provide the DMs details for those we can not find in our records and also check the invoices and payments again.  Besides, the reconciliation for CTX HK  should also be checked so that we can come to the whole picture. Please provide it to us as soon as possible. Please feel free to contact us for any questions on the analysis attached.

---

accounting@benlida.com

发件人：kunnywoo@126.com
发送时间：2019-11-01 23:11
收件人：tracy@benlida.com; accounting@benlida.com
主题：转发：Circuitronix, USA payment reconciliation from 1st of April, 2012 until present for Benlida and ROK

发自我的华为手机

-------- 原始邮件 --------
发件人：Rishi Kukreja <RishiK@circuitronix.com >
日期：2019年11月1日周五 22:28
收件人："'douglas@benlida.com'" <douglas@benlida.com >
抄送："吴宇焜 (kunnywoo@126.com)" <kunnywoo@126.com >, Rishi Kukreja <RishiK@circuitronix.com >, Akshay Koul <AkshayK@Circuitronix.co.in >
主题：Circuitronix, USA payment reconciliation from 1st of April, 2012
until present for Benlida and ROK
Douglas

As per Benlida's request please see account reconciliations  from 04/01/12 to the invoices through the month of July 2019. Please see our findings :

| Payment Detail Year | Total Invoices | Total Debit Memos | Total Payments | Balance Due/(Credit Balance) |
|---|---|---|---|---|
| 2012 | $     1,168,214.09 | $     (13,087.96) | $     (410,000.00) | $     745,126.13 |
| 2013 | $     3,477,155.95 | $     (169,253.24) | $     (3,205,959.35) | $     101,943.36 |
| 2014 | $     6,887,622.54 | $     (93,568.99) | $     (8,766,387.97) | $     (1,972,334.42) |

CONFIDENTIAL

CTX_00001755

| | | Total Invoices | Total Debit Memos | Total Payments | Balance Due/(Credit Balance) |
|---|---|---|---|---|---|
| CTX-US | 2015 | $ 9,293,546.49 | $ (855,066.49) | $ (8,315,190.90) | $ 123,289.10 |
| | 2016 | $ 8,754,631.41 | $ (710,083.81) | $ (7,623,054.90) | $ 421,492.70 |
| | 2017 | $ 9,197,773.44 | $ (61,907.94) | $ (12,972,992.87) | $ (3,837,127.37) |
| | 2018 | $ 16,683,255.06 | $ (836,947.61) | $ (17,080,547.82) | $ (1,234,240.36) |
| | 2019 | $ 9,714,117.09 | $ (22,812.92) | $ (9,354,322.12) | $ 336,982.05 |
| | | | | | **$ (5,314,868.81)** |

| | Payment Detail Year | Total Invoices | Total Debit Memos | Total Payments | Balance Due/(Credit Balance) |
|---|---|---|---|---|---|
| | 2012 | $ 3,265,102.22 | $ (196,846.20) | $ (3,143,546.54) | $ (75,290.52) |
| | 2013 | $ 6,324,019.58 | $ (1,344,533.28) | $ (4,389,105.00) | $ 590,381.30 |
| | 2014 | $ 5,555,159.54 | $ (447,187.73) | $ (4,982,531.31) | $ 125,440.51 |
| ROK | 2015 | $ 9,898,801.28 | $ (996,803.64) | $ (10,532,439.06) | $ (1,630,441.42) |
| | 2016 | $ 10,726,280.18 | $ (391,910.84) | $ (9,812,295.23) | $ 522,074.11 |
| | 2017 | $ 9,066,505.65 | $ (175,101.87) | $ (7,912,000.00) | $ 979,403.78 |
| | 2018 | $ 2,366,684.11 | $ (205,692.80) | $ (4,852,547.82) | $ (2,691,556.51) |
| | | | | | **$ (2,179,988.74)** |

AS YOU CAN SEE THAT WE ARE OVERPAID BY $7,494, 857.55. THIS DOES NOT INCLUDE LEADTIME PENALTY WHICH WILL INCREASE THE NUMBERS OWED BY EVEN MORE.

Please review and provide feedback.

Thank you.

Regards/Rishi Kukreja

CONFIDENTIAL