# EXHIBIT 10

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | TAC ¶ for Invoices affected by 4- year SOL | Invoice Amount | | TAC ¶ for Invoices affected by 5- year SOL | Invoice Amount |
| 2 | 13 | $34,608.09 | | 13 | $34,608.09 |
| 3 | 14 | $86,125.26 | | 14 | $86,125.26 |
| 4 | 15 | $48,335.32 | | 15 | $48,335.32 |
| 5 | 16 | $75,238.89 | | 16 | $75,238.89 |
| 6 | 17 | $118,543.84 | | 17 | $118,543.84 |
| 7 | 18 | $56,406.52 | | 18 | $56,406.52 |
| 8 | 19 | $89,750.65 | | 19 | $89,750.65 |
| 9 | 20 | $112,847.60 | | 20 | $112,847.60 |
| 10 | 21 | $11,978.29 | | 21 | $11,978.29 |
| 11 | 22 | $78,157.64 | | 22 | $78,157.64 |
| 12 | 23 | $58,979.40 | | 23 | $58,979.40 |
| 13 | 24 | $86,227.54 | | 24 | $86,227.54 |
| 14 | 25 | $48,634.29 | | 25 | $48,634.29 |
| 15 | 26 | $20,082.92 | | 26 | $20,082.92 |
| 16 | 27 | $45,553.39 | | 27 | $45,553.39 |
| 17 | 28 | $91,067.44 | | 28 | $91,067.44 |
| 18 | 29 | $83,098.02 | | 29 | $83,098.02 |
| 19 | 30 | $3,334.95 | | 30 | $3,334.95 |
| 20 | 31 | $662.86 | | 31 | $662.86 |
| 21 | 32 | $59,236.41 | | 32 | $59,236.41 |
| 22 | 33 | $2,953.74 | | 33 | $2,953.74 |
| 23 | 34 | $86,445 | | 34 | $86,445 |
| 24 | 35 | $58,150.80 | | 35 | $58,150.80 |
| 25 | 36 | $71,207.72 | | 36 | $71,207.72 |
| 26 | 261 | $96,396.08 | | 37 | $75,033.58 |
| 27 | 262 | $82,678.18 | | 38 | $7,451.60 |
| 28 | 263 | $30,611.09 | | 39 | $15,296.09 |
| 29 | 264 | $82,819.75 | | 40 | $300 |
| 30 | 265 | $98,589.22 | | 41 | $50,496.84 |
| 31 | 266 | $34,974.50 | | 42 | $4,718.58 |
| 32 | 267 | $13,863.50 | | 43 | $81,126.75 |
| 33 | 268 | $61,524.95 | | 44 | $35,987.40 |
| 34 | 269 | $11,722.07 | | 45 | $59,159.80 |
| 35 | 270 | $57,377.87 | | 46 | $668.50 |
| 36 | 271 | $77,139.78 | | 47 | $55,199.43 |
| 37 | 272 | $44,149.06 | | 48 | $25,120.06 |
| 38 | 273 | $5,078.23 | | 49 | $82,842 |
| 39 | 274 | $77,790.80 | | 50 | $76,526.40 |
| 40 | 275 | $52,647.19 | | 51 | $47,933.40 |
| 41 | 276 | $78,835.11 | | 52 | $1,288.56 |
| 42 | 277 | $37,790.10 | | 53 | $42,788.15 |
| 43 | 278 | $28,940.18 | | 54 | $47,470.44 |
| 44 | 279 | $33,134.91 | | 55 | $81,536.35 |
| 45 | 280 | $78,895.43 | | 56 | $54,353.60 |
| 46 | 281 | $43,577.36 | | 57 | $43,756.95 |
| 47 | 282 | $67,447.02 | | 58 | $369.32 |
| 48 | **Total** | **$2,623,608.96** | | 59 | $303.74 |
| 49 | | | | 60 | $39,243.18 |
| 50 | | | | 61 | $69,327.27 |
| 51 | | | | 62 | $29,091.10 |
| 52 | | | | 63 | $76,939.35 |
| 53 | | | | 64 | $20,735.88 |
| 54 | | | | 65 | $14,624.52 |
| 55 | | | | 66 | $470.95 |
| 56 | | | | 261 | $96,396.08 |
| 57 | | | | 262 | $82,678.18 |
| 58 | | | | 263 | $30,611.09 |
| 59 | | | | 264 | $82,819.75 |
| 60 | | | | 265 | $98,589.22 |
| 61 | | | | 266 | $34,974.50 |
| 62 | | | | 267 | $13,863.50 |
| 63 | | | | 268 | $61,524.95 |
| 64 | | | | 269 | $11,722.07 |
| 65 | | | | 270 | $57,377.87 |
| 66 | | | | 271 | $77,139.78 |
| 67 | | | | 272 | $44,149.06 |
| 68 | | | | 273 | $5,078.23 |
| 69 | | | | 274 | $77,790.80 |
| 70 | | | | 275 | $52,647.19 |
| 71 | | | | 276 | $78,835.11 |
| 72 | | | | 277 | $37,790.10 |
| 73 | | | | 278 | $28,940.18 |
| 74 | | | | 279 | $33,134.91 |
| 75 | | | | 280 | $78,895.43 |
| 76 | | | | 281 | $43,577.36 |
| 77 | | | | 282 | $67,447.02 |
| 78 | | | | 283 | $56,164.05 |
| 79 | | | | 284 | $96,448 |
| 80 | | | | 285 | $40,096.73 |
| 81 | | | | 286 | $65,247.85 |
| 82 | | | | 287 | $80,704.54 |
| 83 | | | | 288 | $12,847.61 |
| 84 | | | | 289 | $32,413 |
| 85 | | | | 290 | $34,630.04 |
| 86 | | | | 291 | $40,468.65 |
| 87 | | | | 292 | $60,248.27 |
| 88 | | | | 293 | $43,311.58 |
| 89 | | | | 294 | $41,265.65 |
| 90 | | | | 295 | $53,035.32 |
| 91 | | | | 296 | $19,980.37 |
| 92 | | | | 297 | $65,462.16 |
| 93 | | | | 298 | $14,808.67 |
| 94 | | | | **Total** | **$4,520,901.24** |