# EXHIBIT 12

# MAZZOLA LINDSTROM LLP

Richard E. Lerner
RICHARD@MAZZOLALINDSTROM.COM
O: 646-813-4345
M: 917-584-4864

June 5, 2023

Podhurst Orseck, P.A.
One S.E. 3rd Ave., Suite 2300
Miami, Florida 33131
Attn:   Stephen Rosenthal
        Christina Martinez

Re:   Jiangmen Benlida Printed Circuit Co., Ltd. v. Circuitronix, LLC
      S.D. Florida Docket No. 21-60125 (Scola / Goodman)

Dear Stephen and Christina:

This will respond to your follow-up request for further discovery, and also address certain deficiencies in your own production. We first address your requests:

1. All versions of Benlida's database of aging debts of accounts receivable for CTX since 2012 (responsive to 1st RFPs No. 11).

   **Answer:** Benlida sent monthly statements of Circuitronix's A/R via emails every month, which indicated Benlida's record of aging debts on CTX. Other than such emails, which have previously been disclosed, there is no other specific document concerning aging debts of accounts receivable for CTX.

2. Any prior versions or snapshots, stored or shared in any format or location including but not limited to WeChat, from 2012 of the Excel spreadsheet marked as Exhibit 83 (which you served on Thursday morning before Ms. Chen's deposition, which Ms. Chen testified was entitled "CCT Payment Details" and which she updated in 2020) (also responsive to 1st RFPs No. 11 above).

   **Answer:** There are no prior versions or snapshots. The spreadsheet was updated on a rolling basis and thereby updated. At about the time that CTX began making prepayments, it was no longer necessary to update the spreadsheet, and it was frozen.

3. Metadata of Exhibit 83.

   **Answer:** The document is maintained in a folder, as follows:



The metada for Exhibit 83 is as follows:



4. All communications between BLD and the Chinese Tax Authority concerning the subject of BLD obtaining from Circuitronix, LLC an agreement or pledge or authorization for the payment of debts of CTX HK, both prior to the 2014 Business Authorization and afterwards through 2018 (responsive to 2nd RFPs No. 4 and/or 1st RFPs No. 13).

**Answer:** See screenshot of Chinese Tax Authority portal. Communications through the portal are not retrievable by Benlida, which has no written communications that are responsive to this request.



You had also requested communications with the Chinese customs bureau. Likewise, Benlida has no written communications with Chinese customs bureau, and documents

2

submitted by Benlida to the customs bureau are not retrievable through the portal. (See screenshot).



5. All versions or snapshots, stored or shared in any format or location including but not limited to WeChat, of the file for Circuitronix, LLC accounts receivable from the Jindie software platform (also responsive to 1st RFPs No. 11 above).

   **Answer:** There are no historical "versions" or "snapshots" of data in the Jindie system, save for what has been extracted from time to time and transferred to Excel spreadsheets and emails. It is a live database that is continuously updated, and data is extracted from it as needed.

6. All versions or snapshots, stored or shared in any format or location including but not limited to WeChat, of the file for Circuitronix (Hong Kong) Ltd. accounts receivable from the Jindie software platform (also responsive to 1st RFPs No. 11 above).

   **Answer:** There are no historical "versions" or "snapshots" of data in the Jindie system, save for what has been extracted from time to time and transferred to Excel spreadsheets and email. It is a live database that is continuously updated, and data is extracted from it as needed.

7. Any communications between BLD and the Hua Nan firm prior to March 17, 2019 (referenced in Exhibit 107 and which Tracy Huang identified during her deposition) relating to Circuitronix, LLC and Circuitronix (Hong Kong), including but not limited to the firm's work product in connection with the parties' 2019 reconciliation effort (responsive to 1st RFPs No. 13 above).

   **Answer:** There were no written communications, but only face to face meetings at Benlida's premises.

3

8. Any communications between BLD and Jiangmen Bei Dou Certified Public Accountants Co. Ltd. relating to Circuitronix, LLC and Circuitronix (Hong Kong), including but not limited to the firm's work product in connection with the parties' 2019 reconciliation effort (responsive to 1st RFPs No. 13 above).

   **Answer:** There were no written communications, as Bei Dou reviewed the records at Benlida's premises.

9. Spreadsheets and any other attachments attached to the claim forms submitted to Sinosure.

   **Answer:** Other than the email exchanges previously disclosed, Benlida has no further documents, as it did not save hard copies of the documents provided to Sinosure.

\*\*\*

At Rishi Kukreja's deposition on June 1st, Mr. Kukreja testified that Benlida badmouthed Circuitronix to Chinese suppliers and to Circuitronix customers. He further testified that he had documentation of same. We memorialized our demand for copies of such documents, which are clearly within the scope of our requests for production of April 20, 2022, which request:

7. All Documents that CTX is relying upon to assert in paragraph 28 of the Counterclaim that, "Benlida further agreed that it 'shall subordinate and refrain from acting on any of its desires that may adversely affect CTX USA's interests.'"

10. All Documents and communications that CTX relied upon to support the allegations in paragraph 40(e) of the Counterclaim that Benlida, "communicat[ed] and correspond[ed] with other PCB suppliers and manufacturers in China in a coordinated effort to get multiple PCB suppliers to gang up on CTX and demand higher prices and other commercial concessions in violation of its fiduciary duties of good faith, fair dealing, and loyalty."

Additionally, Circuitronix has failed to disclose any back-up for its counterclaim as to damages allegedly caused by Benlida. Please provide all documentation of airfreight bills, line-down penalties, and/or loss of business sustained by Circuitronix (US and HK) that results from any breach by Benlida, which documents would be clearly within the scope of demand number 14, which demanded:

14. All Documents relating to CTX's allegation in paragraph 45 of Defendant's Counterclaim that, "Benlida's breaches have caused damage to CTX . . ."

Finally, Mr. Kukreja testified that Circuitronix prepared "intermediary reconciliations." If Circuitronix ever provided what it considers to be a "final" reconciliations for CTX-US and CTX-HK, please provide them immediately, or confirm that no such final reconciliation(s) exist.

Very truly yours,

**MAZZOLA LINDSTROM LLP**

Richard E. Lerner

cc: Chauncey Cole
    JC Mazzola