# EXHIBIT 1

| | |
|---|---|
| **Date:** | Tue, 21 Mar 2017 7:12:46 AM -0400 |
| **Sent:** | Tue, 21 Mar 2017 7:12:50 AM -0400 |
| **Subject:** | urgent issue on ROK foreign exchange!!! |
| **From:** | tracy@benlida.com |
| **To:** | Rishi Kukreja <RishiK@circuitronix.com>; |
| **CC:** | douglas <douglas@benlida.com>; Akshay Koul <AkshayK@Circuitronix.co.in>; |
| **Attachments:** | shipment, orders and payment plan -- 20170321.eml |

Dear Rishi,

We received formal notice from tax department this afternoon that ROK is now in blacklist due to foreign exchange get back from customer is much less than the amount exported.

It is the fact that such problem caused by: 1) Discount amount deduct on ROK receivable is 1.5 million USD. 2) Debit notes on quality and leadtime penalty since 2012, this amount is around 0.6 million USD. 3) Invoice discrepancy.

Big boss Mr. Huang collect a urgent meeting with financial manager and me, he suggest that CTX must only wire to ROK account in March when we collect both Benlida and ROK's payment. As the email I wrote today, we need 2.2 million USD from CTX in the balance days of March. (here attached the email again) So please urgently confirm CTX wire schedule of these two weeks, we need the wire reach ROK a.s.a.p.

Tomorrow we will also write a report to tax department to explain. Since we can not explain as the fact, we have to make up some other reasons.

We know that this problem mainly caused by ourselves, but now we really need CTX support. Otherwise ROK exporting license will be suspended and create big problem.

Since CTX wire amount is bigger than payable amount, we have two ways to resolve some gap:

1) OSP chemical payment, we change invoice name to ROK. Then CTX use them to book in ROK's payable amount. (Up to Dec 2016, OSP chemical payment amount is around USD270K)

2) We return RMB to CTX SZ, currently we can send 2 million RMB (equal to around USD300K).

For the balance gap, we need to discuss more and see how to work on it.

Please review above and response. Thank you.

RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

CONFIDENTIAL                                                                                                                               CTX_00002070