# EXHIBIT 2

| | |
|---|---|
| **Date:** | Mon, 17 Apr 2017 6:08:55 AM -0400 |
| **Sent:** | Mon, 17 Apr 2017 6:10:00 AM -0400 |
| **Subject:** | Fw: Re: wire transfer further discussion |
| **From:** | tracy@benlida.com |
| **To:** | Rishi Kukreja <RishiK@circuitronix.com>; |
| **CC:** | douglas <douglas@benlida.com>; |

Rishi,

As per talking on last Friday, we need your confirmation on wire transfer. Kindly remind that we suggest as following:

Benlida use Tracy's personal account in HKG and send USD300~500K to your personal account in US, then CTX US/HKG send it back from company account to Benlida/ROK.

Please make sure you discuss with your accounting team and give me update. We need this transfer done within this week.

Thank you.

RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

> **From:** tracy@benlida.com
> **Date:** 2017-04-13 19:25
> **To:** Rishi Kukreja
> **CC:** douglas
> **Subject:** Re: wire transfer further discussion
>
> Rishi,
>
> Just got the most update from our financial department, Benlida is also involved regarding foreign exchange gap in tax department, 3.5 million USD is dued till now showing in the tax department. If we can not collect 3.5 million USD by end of April, we will be punished 0.7 million USD. We need to talk with you a.s.a.p. Please let me know your available time.
> BTW, no wire reach our account today. Please double check the wire status. Tomorrow is holiday in HKG, if wire did not come out today, we will not receive it by tomorrow.
> RGDS
>
> Jiangmen Benlida Printed Circuit Group
> Tracy Huang
> 86-750-3962099
>
>> **From:** tracy@benlida.com
>> **Date:** 2017-04-13 15:07
>> **To:** Rishi Kukreja
>> **CC:** douglas
>> **Subject:** wire transfer further discussion
>>
>> Rishi,
>>
>> Since we still need to resolve ROK foreign exchange gap in tax department, we need to do some wires transfer. As per talking before, we need CTX wire extrat USD300K to ROK and then we return RMB2000K to CTX SZ. This is still pending to get your answer.
>> BTW, today our accounting come up another way: CTX HKG or the owner of CTX HKG can send some wires in USD to ROK, then we returen same amount USD from my personal account in HKG to the owner of CTX HKG.
>> We think this way is a better choice for both. Please check with your accounting and let us know.
>> This issue is very improtant to ROK now. We received formal notice from tax department today, if we can not get back all

CONFIDENTIAL                                                                                                                                      CTX_00003495

foreign exchange within due date, we will be punished another 20% of exporting amount. Now in tax department show ROK has 1.5 million USD foreign exchange delay, this means we will be punish 0.3 million USD if we can not resolve within end of April. So we really need your help to do some wire transfer.
Thank you.
RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099
_____
This email has been scanned by the Symantec Email Security.cloud service.

_____

CONFIDENTIAL                                                                                                                                           CTX_00003496