# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2          IN AND FOR MIAMI-DADE COUNTY, FLORIDA

 3           CASE NO.: 21-60125-CIV-SCOLA/GOODMAN

 4   JIANGMEN BENLIDA PRINTED CIRCUIT CO, LTD,

 5              Plaintiff,

 6   vs.

 7   CIRCUITRONIX LLC,

 8              Defendant.

 9

10
     VIDEOTAPED
11   DEPOSITION OF:   HUANG SULAN

12   DATE TAKEN:      May 26, 2023

13   TIME:            9:40 A.M. - 7:49 P.M.

14   PLACE:           Podhurst Orseck, PA
                      1 SE 3rd Avenue
15                    Suite 2300
                      Miami, Florida 33131
16
     TAKEN BEFORE:    ABBY G. SCHOFEL, FPR
17                    AND NOTARY PUBLIC

18

19

20

21

22

23

24

25
```

1      A.   -- data, I think.
2      Q.   Do you know whether the tax department
3  requires Benlida to keep the accounts receivable
4  separate for every single customer that's a separate
5  company that it deals with?
6      A.   Yes.  They request.
7      Q.   Okay.  And that has to do with things like
8  foreign exchange regulations?
9      A.   Yes.
10     Q.   And value-added tax calculations?
11     A.   Yes.
12     Q.   Because these are foreign companies outside of
13 China; correct?
14     A.   Yes.
15     Q.   Even Circuitronix Hong Kong is considered
16 foreign; correct?
17     A.   Yes.
18     Q.   Okay.  Let's come back to the interrogatories.
19     A.   Um-hm.
20     Q.   The second sentence in No. 1, you or Benlida
21 wrote:  Since prepayment commenced, however, the
22 premiums added on to the purchases and the prepayment
23 for the unshipped products have been applied to pay down
24 past debts on a FIFO basis.  Do you see that?
25     A.   Yes.

1      A.   Yes.
2      Q.   And the invoice you send them when you send
3  the product as well; right?
4      A.   Yes.  Yes.
5      Q.   Okay.  So under the manufacturing agreement,
6  the payment terms are AMS 60; correct?
7      A.   Correct.
8      Q.   And that's still in effect, right, the
9  manufacturing agreement, that provision?
10     A.   Yes.  Yes.
11     Q.   Okay.  But at some point in time, Benlida
12 required Circuitronix to do some prepayments for
13 products; right?
14     A.   Yes.
15     Q.   So that is what this sentence is talking
16 about, since prepayment commenced?
17     A.   Yes.
18     Q.   Okay.  So now since prepayment commenced, the
19 premiums added on to the purchases, what are the
20 premiums added on to the purchase, for the prepayment
21 purchases?
22     A.   Premiums means that after we apply a complaint
23 in Sinosure.  And then after Sinosure, how to say --
24 after Sinosure, finish the process of our complaint and
25 then they -- Sinosure requests Benlida to add the

1  premium in the future transaction because they need
2  premium to cover some debt.  So that's why at that time
3  we request Circuitronix to do the prepayment and also
4  premium.
5       Q.   And did Circuitronix agree to make a
6  prepayment with a premium at that point in time?
7       A.   Yes.
8       Q.   Okay.  And the premium is -- it is ten percent
9  more?
10      A.   Sometime -- it means during some periods of
11 time, I cannot remember the exact month, it was ten
12 percent.  And then we cut down to 3 percent because we
13 talked to Sinosure and apply to their approval to agree
14 to 3 percent.
15      Q.   Okay.  So that's the premium you are talking
16 about?
17      A.   Yes.
18      Q.   And so since that prepayment time started,
19 that was when, sometime in 2019?
20      A.   I think September -- June -- no, April or May
21 2019 I think.  I cannot remember exact month.
22      Q.   Okay.  Okay.  Whenever that was --
23      A.   Uh-huh.
24      Q.   -- you are saying in this answer that the
25 premiums have been applied to pay down past debt on a

1      Q.   Okay.  So some of the boards were built --
2      A.   Built in Benlida and some of the board were
3  built in ROK.
4      Q.   Which is, like, across the street, I
5  understand, from the Benlida factory?
6      A.   Yes, yes.  One street away.
7      Q.   Okay.  And then the immersion tin investment
8  payment for $60,000 was an ROK immersion tin investment;
9  right?
10     A.   Yes.
11     Q.   And the immersion tin investment was like in
12 machinery; correct?
13     A.   Machine, yes.
14     Q.   And that machinery was physically located in
15 ROK factory?
16     A.   In Benlida.
17     Q.   Well, there is two different lines for
18 immersion tin investment.  One says Benlida for $80,000.
19 One says ROK for $60,000; right?
20     A.   Yes.
21     Q.   Was -- was the entire immersion tin machinery
22 only in the Benlida factory?
23     A.   Yes.
24     Q.   Okay.  So some of that -- why is it attributed
25 to ROK is what I am asking?

1      A.     Because ROK -- we need this wire received in
2  ROK.
3      Q.     You need this wire received in ROK?
4      A.     Yes, yes, yes.
5      Q.     You mean that money for $60,000?
6      A.     Yes.
7      Q.     Why?
8      A.     Because when we do business during 2012, some
9  months to 2014, I remember, and then we give discount on
10 the shipments.  So all discount amount were issued a
11 debit note by Circuitronix US and Hong Kong to ROK.  So
12 at that time, it means we ship one million.  If we give
13 7 percent discount and then we can only get 930,000 US
14 dollar, for example.  So that is why there is a gap --
15 we call a gap in -- in ROK accounts showing in the
16 books.  So we want some money to be received on ROK
17 account to let this gap became smaller.
18     Q.     Okay.  There are two things you said there
19 that I want to ask you about.  One of them is I think I
20 heard you say is that some of that $60,000 with respect
21 to ROK, that's allocated to ROK, involve both CTX US and
22 CTX Hong Kong; is that correct?
23     A.     Yes.
24     Q.     Okay.  And you also said that this concept of
25 a gap --

1      A.   Uh-huh.
2      Q.   -- and I want to ask you a question about
3 that.
4           So what you're referring to I think is that
5 when Benlida, let's say, ships product to a foreign
6 company under Chinese customs requirements or perhaps
7 also tax requirements, you can tell me, you have to show
8 a match between if you shipped a million dollars of
9 product, you have to have a million dollars of
10 foreign -- US currency, let's say, to show for it in the
11 books?
12     A.   Yes.  Yes.
13     Q.   Okay.  But you are saying that because you
14 used the example of a 7 percent discount --
15     A.   Discount, yes.
16     Q.   -- you shipped out a million dollars of
17 products, but you only showed $930,000 of receipts?
18     A.   Yes, correct.
19     Q.   And so who would -- who would be concerned
20 about that?  The tax authority?
21     A.   The tax authority, yes.  The tax authority
22 mostly.
23     Q.   Okay.  What about the customs authority?  That
24 is not their business?
25     A.   Custom, I don't know.  Because I am not the

1  one who dealing with them.
2       Q.   Okay.
3       A.   So I don't know.
4       Q.   So because of this discount that you offered
5  to --
6       A.   Circuitronix.
7       Q.   -- Circuitronix, you asked Circuitronix
8  through Rishi to make this payment to balance the
9  books --
10      A.   Yes.
11      Q.   -- in Benlida's books?
12      A.   In ROK's books.
13      Q.   Sorry, ROK's books.  Well, also Benlida's
14 books or no?  The $80,000?
15      A.   Benlida -- I cannot remember why at that time
16 sent to Benlida.  Maybe it's because Benlida buy this
17 machine.  So exactly I cannot remember.
18      Q.   Okay.  So let me ask this question.  If you
19 are giving a price discount to a customer --
20      A.   Yes.
21      Q.   -- why not just tell the tax authorities that,
22 to use your example, this is not a million dollars of
23 valued product.  It is only $930,000 of product so that
24 then you don't have that problem afterwards?
25      A.   Now they have some policy can explain like

```
 1  this.  And -- but many years ago, it just a fixed rule.
 2  And then if we cannot meet this, we need to pay the
 3  tax -- pay more tax, something like that.
 4       Q.   Okay.  So that's the problem.  If the books
 5  don't balance --
 6       A.   Yes.  We need to pay --
 7       Q.   -- the tax authority say Benlida has to -- or
 8  ROK has to pay a tax?
 9       A.   Yes.  Yes.  Yes.
10       Q.   Okay.  Did you ever just pay the tax?
11       A.   Yes.  Yes.  Because of this gap, we -- we pay
12  the tax.
13       Q.   But I guess I am asking why did you ask
14  Circuitronix to send money to take care of that problem
15  if it was not really Circuitronix's problem, it was
16  really ROK's problem with the tax authority?
17       A.   But this money -- this money was agreed to
18  pay.  So anyway, just different accounts we need.
19       Q.   Okay.  It was agreed to pay after the fact?
20       A.   Yes.
21       Q.   To fix this problem?
22       A.   Yes.  Yes.
23       Q.   Okay.  And let me -- what is the wire transfer
24  by Tracy?  That is you; right?
25       A.   Yes.  Yes.
```

1        Q.    For $200,000, what was that payment for?
2        A.    This payment Circuitronix sent to ROK, 200,000
3   US dollars.
4        Q.    Uh-huh.
5        A.    And then I transfer -- and I transfer
6   150,000 US dollar to Rishi from my personal account in
7   Hong Kong.  But that account Rishi is not in his name.
8        Q.    I am sorry, say that last part again.
9        A.    The account I sent from my Hong Kong personal
10  account is not the -- the name is not Rishi.
11       Q.    What was the name?
12       A.    I cannot remember.
13       Q.    Okay.  Can you tell me what this was all
14  about, this transaction?
15       A.    This transaction is also need to cover some
16  gap of ROK books on the tax department.  Same.  Similar
17  like the immersion tin --
18       Q.    I'm sorry, similar what?
19       A.    Similar like the immersion tin and OSP
20  chemical payment receive to cover some gap.
21       Q.    To cover a gap.
22       A.    Um-hum.
23       Q.    So why did -- if there was a gap, the gap was
24  on the books of ROK?
25       A.    Yes.

1      Q.   And Circuitronix?
2      A.   Yes.
3      Q.   Do you remember was the gap on books of
4  Circuitronix US and ROK or Circuitronix Hong Kong and
5  ROK?
6      A.   I cannot remember.
7      Q.   Okay.  And -- let me see.  I may be able to
8  refresh your memory.  Let me ask you to turn to
9  Exhibit 82.
10     A.   82.  Nothing.
11     Q.   Not there?  Just one page.  82 is missing from
12 the book.
13          MR. LERNER:  82 is missing.
14          MR. ROSENTHAL:  Rich, could you give her
15     yours --
16          MR. LERNER:  My copy?
17          MR. ROSENTHAL:  Yeah.  It is 407 A.
18 BY MR. ROSENTHAL:
19     Q.   So I have handed you Exhibit 82 that was
20 previously marked.  It is a June 7th, 2018, e-mail from
21 you to Rishi copied to Douglas.
22     A.   Okay.
23     Q.   Take a look at that and tell me if it
24 refreshes your memory about this particular transaction?
25     A.   Yes.  Here it says CTX, Hong Kong.

1  sent debit memos to someone at Benlida, that would come
2  as a surprise to you during the time period you just
3  identified as them not sending them; right?
4       A.   Can you repeat your answer -- your question?
5       Q.   Yeah.
6       A.   I'm sorry.
7       Q.   During -- during the periods of times that
8  you've just testified that Circuitronix did not send
9  debit memos to Benlida, if there were e-mails showing
10 that they did send them to Benlida, that would come as a
11 surprise to you, I assume?
12      A.   Yes.
13      Q.   Okay.  Okay.  Was one of the reasons that you
14 asked Circuitronix to -- you or Benlida, I say you, but
15 I mean the company -- asked Benlida to hold the debit
16 memos with respect to lead time penalties because it was
17 creating a gap in the accounting books for Benlida?
18      A.   Yes.  Yes.  Yes.
19      Q.   And by that, as you explained before, the
20 customs or the tax department of China requires the
21 books to match, that if you send out products, say,
22 worth a million dollars --
23      A.   Yes.  Yes.
24      Q.   But you don't receive a million dollars, US
25 dollars back, there is this gap?

1      A.   Yes.
2      Q.   And it could lead to a penalty that Benlida
3 would have to pay the Chinese government?
4      A.   It will lead to pay the tax, not penalty.
5      Q.   I am sorry.
6      A.   The tax.
7      Q.   The tax.  Oh, if they match, you avoid having
8 to pay the VAT?
9      A.   Yes.  Yes.
10     Q.   Value added tax.
11     A.   Yes.  Yes.
12     Q.   If they don't match?
13     A.   We have to pay.
14     Q.   Okay.  The tax.
15     A.   Um-mm.
16     Q.   And the reason that the -- when Circuitronix
17 was not holding the lead time penalty debits that it was
18 counting, that meant that it was not paying?  I am
19 asking you this.  Did that mean it was not --
20 Circuitronix was not paying Benlida the full value of
21 the invoice?
22     A.   Yes.
23     Q.   Because Circuitronix was saying, hey, we think
24 you have these lead time penalties --
25     A.   Lead time penalty.

| | |
|---|---|
| 1 | A. No. No. |
| 2 | Q. Okay. When was the first time to your |
| 3 | knowledge that Benlida took out insurance through |
| 4 | Sinosure? |
| 5 | A. Can you repeat? |
| 6 | Q. Yeah. When was the first time that Benlida |
| 7 | took out -- I call it insurance, but a policy, with |
| 8 | Sinosure? |
| 9 | A. Oh, you mean start the insurance with |
| 10 | Sinosure. |
| 11 | Q. Correct. When did they start the insurance |
| 12 | with Sinosure? |
| 13 | A. If I am not -- if I remember correct, it |
| 14 | should be starting from 2008. But I am not sure. |
| 15 | Q. Okay. So 2008 possibly? |
| 16 | A. Yeah, yeah, possibly. |
| 17 | Q. You are aware of the fact that -- you may have |
| 18 | actually testified about it and I had forgotten -- that |
| 19 | Benlida made a claim -- actually, more than one claim in |
| 20 | 2019 with Sinosure regarding Circuitronix; correct? |
| 21 | A. Yes. Correct. |
| 22 | Q. One was for Circuitronix US and one was for |
| 23 | Circuitronix Hong Kong? |
| 24 | A. Hong Kong, yes. |
| 25 | Q. Prior to those two claims in -- were they in |

```
 1   2019?
 2        A.   2019, yes.
 3        Q.   Okay.  Prior to those two claims, was there
 4   any -- was there ever a time before that that Benlida
 5   made a claim with Sinosure?
 6        A.   Yes.
 7        Q.   Okay.  With respect to Circuitronix?
 8        A.   No.
 9        Q.   Okay.  Which is the one that you are
10   remembering, the earlier claim?
11        A.   I remember it is an Indian customer, but I
12   cannot remember exact the name.
13        Q.   Do you remember approximately what year it
14   was?
15        A.   Pardon?
16        Q.   Do you remember approximately what year it
17   was?
18        A.   What year it was?  I cannot remember.  But
19   before 2019.  This is -- I remember.  Okay.
20        Q.   Okay.  I am looking for a document.  It will
21   be one of these folders that is all around me.  No, I'm
22   going to proceed the way we were proceeding.
23             Let me ask you this about the Sinosure
24   insurance.
25        A.   Okay.
```

1      Q.   So I understand how it works.  If you take out
2  a policy -- if Benlida takes out a policy with Sinosure,
3  does it apply to all of Benlida's customers, or is it
4  customer specific?
5      A.   All customer and all sales.
6      Q.   Okay.  And is there -- does Sinosure place a
7  kind of a credit limit with respect to certain
8  customers?
9      A.   Yes.  Yes.
10     Q.   How does that work to your knowledge?
11     A.   From the beginning when we apply to Sinosure
12 about one customer, we need to start a business with
13 them.  We give them the information of this customer and
14 then they will use their ways to verify whether they
15 will release the credit limit.  Or if they did, they
16 will -- they will give some numbers as the credit limit.
17          So if they say no, I cannot approve to release
18 a credit limit on this customer, and then those
19 transaction with this customer will not cover by their
20 policy.
21     Q.   Okay.  When you refer to the term credit
22 limit, it makes me think of a loan from a bank instead
23 of an insurance company.  So what do you mean by a
24 credit limit?  How does that work?
25     A.   That is not a loan.  Credit limit means that

| | |
|---|---|
| 1 | when our transaction within this limit, it was covered |
| 2 | by the insurance policy. |
| 3 | Q.   Okay.  So in other words, it is like a limit |
| 4 | of insurance coverage? |
| 5 | A.   Yes. |
| 6 | Q.   Okay.  Meaning, for example, if it's a million |
| 7 | dollars? |
| 8 | A.   Uh-huh. |
| 9 | Q.   They will -- Sinosure will look at your |
| 10 | customer, say Circuitronix, and say, all right, based |
| 11 | upon our review of the accounts receivable and other |
| 12 | variables, we're going to set a credit limit of a |
| 13 | million dollars as to that customer? |
| 14 | A.   Yes. |
| 15 | Q.   So for how many years did Benlida have an |
| 16 | insurance policy with Sinosure where Sinosure had |
| 17 | assigned a credit limit to Circuitronix? |
| 18 | A.   I couldn't remember exactly.  I am not sure |
| 19 | whether starting from 2012, 2014, I cannot -- I couldn't |
| 20 | remember. |
| 21 | Q.   Okay.  And do you know whether the credit |
| 22 | limit that Sinosure had assigned to Circuitronix was |
| 23 | actually divided into Circuitronix US versus |
| 24 | Circuitronix Hong Kong? |
| 25 | A.   Yes.  Yes. |

1      Q.   And do you know why Sinosure kept them
2  separate?
3      A.   Because they are different entities.  So they
4  have to -- it means separate it.
5      Q.   Okay.
6      A.   But we applied to them to combine and then
7  that's why we need Circuitronix to sign those one paper
8  in 2014.  Because they only release very small amount
9  credit limit on Circuitronix Hong Kong, which cannot
10 satisfy the transaction between Benlida or ROK with CTX
11 Hong Kong.
12     Q.   Okay.  I want to show you that document that
13 you referenced in a minute.
14     A.   Yes.
15     Q.   From 2014 to make sure that we're talking
16 about the same thing or thinking about the same thing.
17     A.   Yeah.  Okay.  Okay.
18     Q.   But first, let me ask you if Sinosure didn't
19 have a very high credit limit for Circuitronix Hong Kong
20 in 2013 or '14 --
21     A.   Okay.  I can understand, yes.
22     Q.   -- what difference does that make to Benlida
23 as long as Circuitronix Hong Kong is paying its invoices
24 that you send them, you never have to make an insurance
25 claim?

```
 1   Yeah.
 2        Q.   Okay.  So to summarize what I think you just
 3   testified, tell me if this is correct, you asked Rishi
 4   to sign this attachment to your e-mail, which is
 5   Exhibit 61, and it is entitled Letter of Authorization
 6   for Payment and Trust?
 7        A.   Yes.
 8        Q.   But he did not sign it?
 9        A.   Yes.
10        Q.   So as a result or subsequent thereto, the
11   custom record for Benlida --
12        A.   For Benlida and Circuitronix Hong Kong.
13        Q.   Remained imbalanced.
14        A.   Yes.
15        Q.   Unbalanced?
16        A.   Yes.
17        Q.   And as a result, Benlida had to pay --
18        A.   Pay the VAT, yes.
19        Q.   -- the VAT tax to the customs department?
20        A.   Yes.  Yes.
21        Q.   Okay.  Did Benlida then look to Circuitronix
22   to say, hey, you made me pay taxes that I shouldn't have
23   had to pay.  Can you pay me something?
24        A.   No.  No.  We know that Circuitronix will not
25   agree to do so.
```