# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

      Plaintiff,

  vs.

CIRCUITRONIX, LLC,

      Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS
DEPOSITION OF WU YUKUN

Wednesday, May 24, 2023
One Southeast Third Avenue, Suite 2300
Miami, Florida  33131
9:18 a.m. - 7:58 a.m.

Stenographically Reported By:
LAUREL A. MAZUR
Florida Professional Reporter

1      A    Because I don't have the computer data with
2    me, so I can only say, like, an approximate number.
3      Q    Please tell me the best approximate number
4    you can come up with today.
5      A    So it's about $12,610,000.
6      Q    When you were saying that when Benlida
7    receives a premium it applies that premium to the
8    amount of the debt, were you referring to the
9    110 percent that Circuitronix has been paying for
10   invoices to Benlida, the extra 10 percent?
11           THE INTERPRETER:  I need to hear the question
12       again.
13           MR. ROSENTHAL:  I will state it again
14       concisely.
15   BY MR. ROSENTHAL:
16     Q    When you were referring to premiums a few
17   minutes ago, were you referring to the 110 percent that
18   Circuitronix has been paying Benlida?
19           THE INTERPRETER:  I am so sorry.  I am not
20       sure if I get the number right.  110 percent?
21           MR. ROSENTHAL:  Yes, more than a hundred
22       percent.  110 percent.
23           THE INTERPRETER:  Oh, 110 percent.
24           THE WITNESS:  So anything exceeding the
25       hundred percent, and is not necessary 110 percent.

```
 1   BY MR. ROSENTHAL:
 2       Q    Any amount exceeding 100 percent of an
 3   invoice that Circuitronix has been paying, that is the
 4   premium?  Is that what you are calling the premium?
 5       A    Correct.
 6       Q    And that premium is something that Sinosure
 7   required to pay Benlida to charge Circuitronix?
 8       A    Yes.
 9       Q    When did that start?
10       A    I don't quite remember when that starts, but
11   it could be at the end of 2019 or at the beginning of
12   2020.
13       Q    Are you familiar with events before you
14   joined Benlida concerning discussions between
15   Circuitronix and Benlida about how much money
16   Circuitronix owes?
17       A    I am not quite sure if I understand your
18   question.  Is it about whether or not I am familiar
19   with the fact that Circuitronix owes a lot of money to
20   Benlida, or is it about whether or not I am familiar
21   with the communication between Benlida and
22   Circuitronix?
23       Q    The latter.  The second.
24       A    Well, about communication, I do read the
25   meeting minutes.
```

```
 1         to do that.  I understand.
 2              MR. LERNER:  I am tired and the witness is
 3      tired.
 4   BY MR. ROSENTHAL:
 5         Q    One of the areas in the corporate --
 6              MR. LERNER:  And Christina is tired.
 7   BY MR. ROSENTHAL:
 8         Q    -- corporate rep designation is
 9   communications that Benlida had with Sinosure.
10         A    Yes.
11         Q    Are you familiar with a company in China
12   called as Sinosure?
13         A    Yes.
14         Q    Do you pronounce it Sinosure?
15         A    Sinosure.
16         Q    Sinosure is like an insurance company with
17   respect to foreign exchange of business; is that
18   correct?
19         A    For insurance.  For insurance business.
20         Q    Okay.  And does Sinosure provide insurance to
21   Benlida?
22         A    Yes.
23         Q    If Benlida waits too long to collect its
24   accounts receivable, does Sinosure pay attention to
25   that?
```

```
 1        A     Yes.
 2        Q     Does Benlida have to report to Sinosure --
 3              MR. LERNER:  Getting late for you too.
 4              MR. ROSENTHAL:  I have been saying it as
 5        Sinosure the whole time.
 6   BY MR. ROSENTHAL:
 7        Q     If -- does Sinosure pay attention to
 8   Benlida's accounts receivable aging?
 9        A     Yes.
10        Q     How does it pay attention to it?  Do you send
11   them information?
12        A     Yes, they have the system.  We have to fill
13   the numbers on that.
14        Q     They have an electronic system you have to
15   fill the numbers in?
16        A     Yeah, yeah, yeah.
17        Q     How frequently does Benlida have to do that?
18        A     Maybe per month.
19        Q     And does Sinosure have a rule about how long
20   you can wait before you collect receivables?
21        A     We have AMS day, and after that if we cannot
22   collect the money according to the AMS day, we have to
23   report to them 60 days --
24        Q     Sixteen?
25        A     Not later than 60 days.
```

```
 1        Q     One-six, 16?
 2        A     Six-O.
 3        Q     Sixty days?
 4        A     Yes, 60.
 5        Q     And let's say that those 60 days pass, then
 6   what happens between Benlida and Sinosure?
 7        A     We reduce our limit.
 8        Q     And what is the limit?  What is it's
 9   function?
10        A     Limit, the receivable, they will insurance.
11        Q     What do you mean by they will insurance?
12        A     For example, we have receivable from
13   Circuitronix about two million.  If they only give us
14   1 million limit, the other 1 million was not insurance.
15        Q     Was not insured?
16        A     Yes.
17        Q     Not covered by the Sinosure insurance policy?
18        A     Yeah, yeah, yeah.
19        Q     What difference does that make to Sinosure?
20   Do they care if Benlida exceeds the limit?
21              MR. LERNER:  Objection.
22   BY MR. ROSENTHAL:
23        Q     My question is if that happens and the amount
24   of money that is in the accounts receivable to
25   Circuitronix is 2 million but Benlida's limit with
```

| | |
|---|---|
| 1 | Sinosure is only 1 million, does Sinosure come knock at |
| 2 | the door and start yelling, or what happens? |
| 3 |     A   I don't know.  Because we if we do business |
| 4 | with Circuitronix over the limit, so the over limit |
| 5 | part will not be insurance.  That is the deal. |
| 6 |     Q   That is what? |
| 7 |     A   That is the deal we do with Sinosure. |
| 8 |     Q   Who is the risk on if you do business with |
| 9 | Circuitronix above the Sinosure limit?  The risk is on |
| 10 | Benlida, right? |
| 11 |     A   Yes. |
| 12 |     Q   Did you make any -- did Benlida make any |
| 13 | claims to Sinosure for insurance coverage related to |
| 14 | Circuitronix? |
| 15 |     A   Yes. |
| 16 |     Q   Circuitronix USA? |
| 17 |     A   Yeah, and Hong Kong. |
| 18 |     Q   Also Hong Kong.  When did that do that?  Do |
| 19 | you know? |
| 20 |     A   August 2019. |
| 21 |     Q   And -- |
| 22 |     A   August or September.  I cannot remember. |
| 23 |     Q   But according to Benlida's records, at least, |
| 24 | Circuitronix USA owed Benlida money for a long time |
| 25 | before August of 2019, right? |

Wu Yukun
May 24, 2023

```
 1      A    I am not sure.  Maybe monthly.
 2      Q    Is it done electronically?
 3      A    Yes, they have the system.
 4      Q    They have a system where you have to input
 5   data?
 6      A    Yes.
 7      Q    And who at Benlida was responsible --
 8   principally responsible for sending in that data to the
 9   Chinese Customs Agency?
10           (Question interpreted.)
11      A    A colleague in the financial department.
12      Q    Say that again louder.
13      A    A colleague in the financial department.
14      Q    What is the name of that colleague?
15      A    I am not sure if it's specific person or not.
16      Q    And then there is a separate Tax Authority in
17   China, right, that is different from the Customs
18   Authority?
19      A    Yes.
20      Q    Is there any regular reporting required to be
21   done to the Chinese Tax Authority?
22      A    Yeah.
23      Q    How frequently?
24      A    I don't know how to -- maybe a year or a
25   month.  I don't know.
```

```
 1      Q    Is that something that you get involved in?
 2      A    I know the whole picture, but I don't know
 3   the operational of process of that.
 4      Q    And is part of the reporting that Benlida has
 5   to do to the Chinese Tax Authority its transactions in
 6   foreign currency?
 7      A    Yes.
 8      Q    You have to report how many US dollars, for
 9   example, you received?
10      A    Yes.
11      Q    And do you have to report how many RMBs you
12   receive?
13      A    From foreign?
14      Q    From any companies.
15      A    No.
16      Q    So the focus is on money coming into China
17   from outside of China?
18      A    Yes.
19      Q    Including Hong Kong?
20      A    Yes.
21      Q    Is Hong Kong considered, for tax reporting
22   purposes, foreign?
23      A    Yes.
24      Q    And does the -- do you know whether the
25   Chinese Tax Authority compares the amount of foreign
```

| | |
|---|---|
| 1 | money coming into a Chinese company like Benlida to the |
| 2 | sales of products that the company makes to the foreign |
| 3 | buyer? |
| 4 | A     Yes. |
| 5 | Q     Are those supposed to match? |
| 6 | A     Yes. |
| 7 | Q     Sometimes -- are you aware of any |
| 8 | circumstances where Benlida's foreign currency |
| 9 | transactions did not match -- |
| 10 | A     Yes. |
| 11 | Q     -- it's sales of products? |
| 12 | A     Yeah.  For this case still don't match. |
| 13 | Q     Did that cause any trouble with the Chinese |
| 14 | Tax Authority? |
| 15 | A     Trouble with us. |
| 16 | Q     Caused trouble for Benlida? |
| 17 | A     Yes. |
| 18 | Q     Would it be legal under Chinese -- let me ask |
| 19 | the question differently, because Mr. Lerner has gotten |
| 20 | all prickly looking. |
| 21 |       Based upon your understanding of how a |
| 22 | Chinese company like Benlida is supposed to operate |
| 23 | with reporting of foreign currency transactions to the |
| 24 | government, would it be a problem if Benlida asked a |
| 25 | United States company to send it dollars for products |

**China Export & Credit Insurance Corporation**
China Export & Credit Insurance Corporation

Applicable to general business
of short-term export insurance

# Claim form

Damage filing number:    EC201910005

| Type | Short-term exit insurance | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Insured Name | Jiangmen Benlida Circuit Co., Ltd. | | | | Policy number | | SCH008936-090900 | |
| Contact and method | Zhanjiao Chen 0750-3962068 | | | | Key customer | | | |
| Buyer's Name | CIRCUITRONIX, LLC | | | | Buyer's Code | | USA/185269 | |
| Issuing bank | | | | | Issuing bank SWIFT code | | | |
| Confirming bank | | | | | Confirming bank SWIFT code | | | |
| Credit limit | OA120 days, USD4,800,000 | | | | Limit effective date | | May 4th 2018 | |
| Cause of damage | Non-letter of credit payment method | [ ] Buyer goes bankrupt  [✓] The buyer is in arrears  [ ] The buyer rejects  [ ] Political risk | | | | | | |
| | Payment by letter of credit method | [ ] Bankruptcy  [ ] Bank in arrears  [ ] Bank refuses to accept  [ ] Political risk | | | | | | |
| Invoice number | Shipping date | Payment terms | Payable date | Bill of lading number | Customs declaration number | Invoice Amount | Loss Amount | Claim amount |

See the attachment for details.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Whether the insured entrusts the insurer to recover: | Yes ☐ | No ☑ | Total | 5340630.07 | 5303213.21 | 5303213.21 | |
| Whether the insured has handled trade financing: | Yes ☐ | No ☑ | Financing Amount: | | | | |
| Financing Bank: | | | | | | | |

Statement of the case (an additional page can be added)

The customer was seriously in arrears and failed to pay on time after several collections.

Mitigation measures:

In order to reduce the receivable loss by collecting the payment first and then placing the order.

| Claimant | [ ] Insured |
|---|---|
| | [ ] Other claimants |
| | Whether the "Assignment Agreement of Claim Rights" or other relevant documents have been provided |
| | [ ] provided     [ ] not provided |

The claimant hereby represents and warrants that:

1. The above claim information and attached documents are true and correct, if there is any intentional omission or misstatement, the insurer shall not be liable for compensation;
2. The insured will fulfill the obligations stipulated in the insurance policy and actively cooperate with the insurer in the investigation and recovery work.

| Signature of claimant: | (official seal) | year | month | 2018 |
|---|---|---|---|---|
| The insurer handles: | Date Claim Form Received: | year | month | 2018 |

Note: Claim applicants are required to provide the relevant documents listed in the "Detailed Form of Proof of Claim Form" in accordance with the provisions of the policy while filling out this application form.



EXHIBIT 80

BLD_032133

中国出口信用保险公司
CHINA EXPORT & CREDIT INSURANCE CORPORATION

短期出口险一般业务适用

# 索赔申请书

可损立案号： EC201910005

| 险 种 | 短期出口险 | | |
|---|---|---|---|
| 被保险人名称 | 江门市奔力达电路有限公司 | 保 单 号 | SCH008936-090900 |
| 联系人及方式 | 陈展娇 0750-3962068 | 关键客户 | |
| 买方名称 | CIRCUITRONIX, LLC | 买 方 代 码 | USA/185269 |
| 开证行 | | 开证行 SWIFT 码 | |
| 保兑行 | | 保兑行 SWIFT 码 | |
| 信用限额 | OA120 天，USD4,800,000 | 限额生效日期 | 2018 年 5 月 4 日 |
| 致损原因 | 非信用证支付方式 [ ]买方破产 [√]买方拖欠 [ ]买方拒收 [ ]政治风险 | | |
| | 信用证支付方式 [ ]银行破产 [ ]银行拖欠 [ ]银行拒绝承兑 [ ]政治风险 | | |

| 发票号 | 出运日期 | 支付条件 | 应付款日 | 提单号 | 报关单号 | 发票金额 | 损失金额 | 索赔金额 |
|---|---|---|---|---|---|---|---|---|

明细见附件。

| 被保险人是否委托保险人追讨： 是 □  否 √ | 合 计 | 5340630.07 | 5303213.21 | 5303213.21 |
|---|---|---|---|---|
| 被保险人是否已办理贸易融资： 是 □  否 √ 融资银行： | 融资金额： | | | |

案情说明（可另加附页说明）

客户拖欠货款严重，多次催收后仍未能准时付款。

减损措施：

以通过先收款再下单，减少应收损失。

| 索赔申请人 | [√] 被保险人<br>[ ] 其他索赔权人<br>　　　是否已提供《索赔权转让协议》或其他相关文件<br>　　　[ ]已提供　　[ ]未提供 |
|---|---|

索赔申请人谨此声明并保证：
1、上述索赔信息及所附文件均真实无误，如存在故意漏报或误报，保险人可不予承担赔偿责任；
2、被保险人将履行保险单规定的各项义务，积极配合保险人做好调查追偿工作。

索赔申请人签字：　　　　　　　　　（公　章）　　　　　　年　月　日

保险人经办：　　　　　　收到索赔申请书日期：　　　　　年　月　日

注：请索赔申请人填写本申请书的同时，按保单规定提供《索赔单证明细表》中所列相关文件。

**China Export & Credit Insurance Corporation**
China Export & Credit Insurance Corporation

Applicable to general business
of short-term export insurance

# Claim form

Damage filing number: EC201910004

| Type | Short-term exit insurance | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Insured Name | Jiangmen Benlida Circuit Co., Ltd. | | | | Policy number | | SCH008936-090900 | |
| Contact and method | Zhanjiao Chen 0750-3962068 | | | | Key customer | | | |
| Buyer's Name | CIRCUITRONIX (HONG KONG) LTD | | | | Buyer's Code | | HKG/596755 | |
| Issuing bank | | | | | Issuing bank SWIFT code | | | |
| Confirming bank | | | | | Confirming bank SWIFT code | | | |
| Credit limit | OA90 days, USD800,000 | | | | Limit effective date | | May 4th 2018 | |
| Cause of damage | Non-letter of credit payment method | [ ] Buyer goes bankrupt  [✓] The buyer is in arrears  [ ] The buyer rejects  [ ] Political risk | | | | | | |
| | Payment by letter of credit method | [ ] Bankruptcy  [ ] Bank in arrears  [ ] Bank refuses to accept  [ ] Political risk | | | | | | |
| Invoice number | Shipping date | Payment terms | Payable date | Bill of lading number | Customs declaration number | Invoice Amount | Loss Amount | Claim amount |

See the attachment for details.

| Whether the insured entrusts the insurer to recover: | Yes ☐ | No ☑ | Total | 1840779.01 | 1840779.01 | 1840779.01 |
|---|---|---|---|---|---|---|
| Whether the insured has handled trade financing: | Yes ☐ | No ☑ | Financing Amount: | | | |

Financing Bank:

Statement of the case (an additional page can be added)

The customer was seriously in arrears and failed to pay on time after several collections.

Mitigation measures:

In order to reduce the receivable loss by collecting the payment first and then placing the order.

| Claimant | [ ] Insured | |
|---|---|---|
| | [ ] Other claimants Whether the "Assignment Agreement of Claim Rights" or other relevant documents have been provided | |
| | [ ] provided | [ ] not provided |

The claimant hereby represents and warrants that:

1. The above claim information and attached documents are true and correct, if there is any intentional omission or misstatement, the insurer shall not be liable for compensation;
2. The insured will fulfill the obligations stipulated in the insurance policy and actively cooperate with the insurer in the investigation and recovery work.

| Signature of claimant: | (official seal) | year | month | 2018 |
|---|---|---|---|---|
| The insurer handles: | Date Claim Form Received: | year | month | 2018 |

Note: Claim applicants are required to provide the relevant documents listed in the "Detailed Form of Proof of Claim Form" in accordance with the provisions of the policy while filling out this application form.



EXHIBIT 81

BLD_032134

中国出口信用保险公司
SINOSURE CHINA EXPORT & CREDIT INSURANCE CORPORATION

短期出口险一般业务适用

# 索赔申请书

可损立案号：　EC201910004

| 险　种 | 短期出口险 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 被保险人名称 | 江门市奔力达电路有限公司 | | | | 保单号 | | SCH008936-090900 | |
| 联系人及方式 | 陈展娇 0750-3962068 | | | | 关键客户 | | | |
| 买方名称 | CIRCUITRONIX (HONG KONG) LTD | | | | 买方代码 | | HKG/596755 | |
| 开证行 | | | | | 开证行 SWIFT 码 | | | |
| 保兑行 | | | | | 保兑行 SWIFT 码 | | | |
| 信用限额 | OA90 天，USD800,000 | | | | 限额生效日期 | | 2018 年 5 月 4 日 | |
| 致损原因 | 非信用证支付方式 | [　]买方破产 | [√]买方拖欠 | [　]买方拒收 | | [　]政治风险 | | |
| | 信用证支付方式 | [　]银行破产 | [　]银行拖欠 | [　]银行拒绝承兑 | | [　]政治风险 | | |
| 发票号 | 出运日期 | 支付条件 | 应付款日 | 提单号 | 报关单号 | 发票金额 | 损失金额 | 索赔金额 |
| 明细见附件。 | | | | | | | | |
| | | | | | 合　计 | 1840779.01 | 1840779.01 | 1840779.01 |
| 被保险人是否委托保险人追讨： | | 是 □　否 √ | | | | | | |
| 被保险人是否已办理贸易融资： | | 是 □　否 √ | | 融资金额： | | | | |
| 融资银行： | | | | | | | | |
| 案情说明（可另加附页说明）<br><br>客户拖欠货款严重，多次催收后仍未能准时付款。 | | | | | | | | |
| 减损措施：<br><br>以通过先收款再下单，减少应收损失。 | | | | | | | | |
| 索赔申请人 | [√] 被保险人<br>[　] 其他索赔权人<br>　　　是否已提供《索赔权转让协议》或其他相关文件<br>[　]已提供　　　[　]未提供 | | | | | | | |
| 索赔申请人谨此声明并保证：<br>1、上述索赔信息及所附文件均真实无误，如存在故意漏报或误报，保险人可不予承担赔偿责任；<br>2、被保险人将履行保险单规定的各项义务，积极配合保险人做好调查追偿工作。 | | | | | | | | |
| 索赔申请人签字： | | | （公　章） | | | 年　月　日 | | |
| 保险人经办： | | | 收到索赔申请书日期： | | | 年　月　日 | | |

注：请索赔申请人填写本申请书的同时，按保单规定提供《索赔单证明细表》中所列相关文件。

BLD_032134