# EXHIBIT 5

Huang Xiangjiang
May 31, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

      Plaintiff,

  vs.

CIRCUITRONIX, LLC,

      Defendant.
_____/

TRANSCRIPT OF PROCEEDINGS
DEPOSITION OF HUANG XIANGJIANG

Wednesday, May 31, 2023
One Southeast Third Avenue, Suite 2300
Miami, Florida  33131
9:41 a.m. - 7:43 p.m.

Stenographically Reported By:
LAUREL A. MAZUR
Florida Professional Reporter

| | |
|---|---|
| 1 | Q    From what company did you purchase Benlida-- |
| 2 | insurance? |
| 3 | A    Well, the only insurance company is the Zhong |
| 4 | Xin Bao. |
| 5 | Q    Zhong Xin Bao is sometimes known as Sinosure, |
| 6 | did you know that? |
| 7 | A    I don't understand Sinosure. |
| 8 | Q    I will use Zhong Xin Bao as the term when I |
| 9 | speak about this. |
| 10 | When you were actively managing Benlida up |
| 11 | until 2008, did Benlida purchase an insurance policy |
| 12 | from Zhong Xin Bao? |
| 13 | A    Well, in my memory I don't quite remember if |
| 14 | we purchased insurance, because it's been a long time. |
| 15 | Q    What is the purpose of the insurance from |
| 16 | Zhong Xin Bao for a company like Benlida? |
| 17 | THE INTERPRETER:  Can I hear the question |
| 18 | again please? |
| 19 | BY MR. ROSENTHAL: |
| 20 | Q    What is the purpose of insurance from Zhong |
| 21 | Xin Bao for a company like Benlida? |
| 22 | A    So when we cannot collect money, that is when |
| 23 | we can -- it provides coverage. |
| 24 | Q    In other words, when you cannot collect money |
| 25 | from a customer, the insurance policy provides coverage |

```
 1   that protects Benlida?
 2       A    Well, after some very strict verification
 3   process from Zhong Xin Bao, in the process it involves
 4   some verification of the shipment.
 5       Q    Is there some type of a limit to the amount
 6   that you can purchase, the coverage limit?
 7       A    Well, I don't know the system that the
 8   company -- that they use to know about a business
 9   credit information.  After they obtain the credit
10   information, they provide a limit for the coverage.
11       Q    And is that limit that Zhong Xin Bao provides
12   specific to the customer?
13            THE INTERPRETER:  I am not sure if I
14       understand the answer.  Should I clarify with him?
15            MR. ROSENTHAL:  Why don't you just translate
16       the answer and I will follow up.
17            THE INTERPRETER:  "The US currency, sometimes
18       in renminbi."  That is what he mentioned.
19            MR. ROSENTHAL:  Can you read back the
20       question that I asked him?
21            (The pending question is read
22             back by the court reporter.)
23            THE WITNESS:  I don't think so.  I know that
24       we have to apply for the coverage, and then after
25       the verification and then application would be
```

```
 1            approved or not.
 2   BY MR. ROSENTHAL:
 3         Q    Do you recall whether or not Benlida ever got
 4   approval from Zhong Xin Bao for a credit limit for CTX?
 5         A    Yes.
 6         Q    Do you have any recollection about what year
 7   that was roughly?
 8         A    I don't remember.
 9         Q    There was a time when CTX was the biggest
10   customer of Benlida, correct?
11         A    Well, I am not -- I don't know, because I
12   don't get involved with the business operation and that
13   I am not -- I don't know the order situation from the
14   client.
15         Q    Would you agree that CTX was a big customer
16   of Benlida?
17         A    Somewhat it has been.
18         Q    And whenever it was that Benlida purchased
19   insurance from Zhong Xin Bao for CTX, did Benlida have
20   that insurance in place for a period of years?
21         A    I don't know how many years.
22         Q    But was it at least more than one year?
23         A    Yes, more than one year.
24         Q    Was it more than two years?
25         A    More than two years.
```

1     Q    Do you remember if it was more than three
2  years?
3     A    More than three years.
4     Q    Okay.  More than four years?
5     A    I don't know how many years.  It could be
6  maybe five -- four years, maybe five years.
7     Q    So probably three to five years?
8     A    I don't remember exactly.
9     Q    Okay.  Let me ask you a general question not
10 specific to CTX.  What does Zhong Xin Bao monitor about
11 the ongoing business with a customer which it has
12 insurance for?
13         MR. LERNER:  Objection.
14         THE WITNESS:  I don't quite know.
15 BY MR. ROSENTHAL:
16    Q    Do you know that there were certain reporting
17 requirements that Benlida had to make to Zhong Xin Bao?
18    A    I am not sure about that.
19    Q    Do you know whether the policies with Zhong
20 Xin Bao had a deadline by which customers had to make
21 their payments for shipments?
22         THE INTERPRETER:  Can I hear the question
23    again please?
24         (The pending question is read
25          back by the court reporter.)