**EXHIBIT 1**

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2          IN AND FOR MIAMI-DADE COUNTY, FLORIDA

 3            CASE NO.: 21-60125-CIV-SCOLA/GOODMAN

 4   JIANGMEN BENLIDA PRINTED CIRCUIT CO, LTD,

 5                  Plaintiff,

 6   vs.

 7   CIRCUITRONIX LLC,

 8                  Defendant.

 9


10
     VIDEOTAPED
11   DEPOSITION OF:  HUANG SULAN

12   DATE TAKEN:     May 26, 2023

13   TIME:           9:40 A.M. - 7:49 P.M.

14   PLACE:          Podhurst Orseck, PA
                     1 SE 3rd Avenue
15                   Suite 2300
                     Miami, Florida 33131
16
     TAKEN BEFORE:   ABBY G. SCHOFEL, FPR
17                   AND NOTARY PUBLIC

18

19

20

21

22

23

24

25
```

Huang Sulan
May 26, 2023                                          46

```
 1        A.   Okay.

 2        Q.   -- in painstaking detail and we will see if it

 3   refreshes your memory later?

 4        A.   Okay.

 5        Q.   Okay.  We'll get to it.

 6             Let's go with the interrogatories.  You

 7   mentioned that you worked on Interrogatory No. 2, and

 8   that concerns the subject of price increases?

 9        A.   So for the interrogatory, No. 1 I need to

10   clarify that it is only for the unshipped products.  So

11   once this pro forma paid and then shipped, and this --

12   this will move to the -- it means will not apply to the

13   old debt.  So that is --

14        Q.   I see.

15        A.   Yeah, okay.

16        Q.   Okay.  Right.  So just for that pipeline of

17   unshipped product --

18        A.   Yes, yes, just for the pipeline.

19        Q.   -- at that period of time?

20        A.   Yes.  Yes.

21        Q.   After -- you're saying after those shipped,

22   then everything was prepaid.  It was paid on a --

23   that -- that invoice --

24        A.   The pro forma invoice, yes.

25        Q.   The money was applied to that invoice?
```

Huang Sulan
May 26, 2023                                              47

1     A.   Yes.  Yes.  Okay.

2     Q.   Okay.  On No. 2, you are suing Circuitronix

3  for -- Circuitronix US for $2.1 million roughly in price

4  increases; right?

5     A.   Price increase, yes.  2.1 million for both

6  Circuitronix Hong Kong and Circuitronix US.  CTX US and

7  Hong Kong.

8     Q.   Okay.  So that is one of my questions.  That

9  number, 2.1 million rounded off, is what both CTX USA

10  and CTX Hong Kong owed Benlida?

11     A.   Yes.

12     Q.   Okay.  So you see our question says the third

13  amended complaint alleges that CTX US owes 2.1 million;

14  do you see that?

15     A.   Until September --

16     Q.   It says Circuitronix LLC in the question?

17     A.   Oh, in the question I saw.  Yes.

18     Q.   Okay.  Did you notice that when you answered

19  this question?

20     A.   How can I answer this?  I -- I --

21     Q.   If you don't know you can just say you don't

22  know or don't remember.

23     A.   I know.  I know.  You are asking only for LLC.

24     Q.   Okay.  Even though you knew we were asking

25  only for CTX US, you provided the answer that you

Huang Sulan
May 26, 2023                                                48

1   provided?

2        A.   Yes.

3        Q.   Okay.  So you referenced a meeting in

4   December -- December 14, 2016, concerning price

5   increases; right?

6        A.   Correct.

7        Q.   And you say -- I'm summarizing, that the logic

8   of the calculation was fixed in the meeting minutes?

9        A.   Yes.

10       Q.   And that your BLDs or Benlida's calculations

11   is that $2.1 million rounded off?

12       A.   Yes.

13       Q.   And then you further say that the calculation

14   was set forth in a spreadsheet that you sent to

15   Mr. Kukreja with a number of $3.3 million; right?

16       A.   Yes.

17       Q.   But that that number was brought down due to

18   FIFO to 2.1 million before litigation; correct?

19       A.   Correct.

20       Q.   So I want to ask you a couple of questions

21   about that.  I think it will probably be easier to look

22   at some documents to do that, the ones that you've

23   referenced.  But before we do that, can you explain to

24   me without looking at the documents what the -- what the

25   agreement was that you say in this response that CTX

Huang Sulan
May 26, 2023                                          49

1   agreed to pay increasing prices on shipments that

2   started from March 2017?

3       A.   Because at that meeting, which we answer in

4   this document on December 14, 2016, Circuitronix agreed

5   to pay to the price increasing due to the CCL price

6   increase a lot.  This a lot means close to 70 percent

7   something on the CCL, one of our material.

8       Q.   That's one of your materials?

9       A.   Yeah, one of our main materials.

10      Q.   And what does that stand for, CCL?

11      A.   Copper claim laminate.

12      Q.   Copper what?

13      A.   Copper claim --

14           MR. LERNER:  Clad.

15           THE WITNESS:  Clad.  Yeah, clad.

16   BY MR. ROSENTHAL:

17      Q.   Copper clad laminate?

18      A.   Laminate, yeah.

19      Q.   And that is something that is put onto the

20   circuit boards?

21      A.   One of the main material of circuit board.

22      Q.   Okay.

23      A.   So because of this, we request a price

24   increase.  And then Circuitronix agreed.  And the logic

25   of calculation was also fixed during the meeting.  And

Huang Sulan
May 26, 2023                                    50

1    also confirmed that starting the shipment from March

2    2017, Circuitronix would pay the price increasing.

3         Q.    Okay.  And then you refer to a spreadsheet

4    where it has a number of 3.3 million.  Do you see?

5         A.    Yes.

6         Q.    Can you explain to me how that number was

7    brought down using FIFO to 2.1 million?

8         A.    This FIFO means when we produce printed

9    circuit board, when we use the CCL or so we just like

10   FIFO.  It means the first arrive in the warehouse and

11   then we will take out firstly.  And every -- according

12   to the logic of the calculation, I need to give out CCL

13   price at the beginning of every month to Mr. -- to

14   Rishi.

15        Q.    Yeah?

16        A.    And then we will have the -- come out some

17   percentage of this price increasing for -- for this

18   month.  And when we use FIFO in our warehouse and we

19   also -- sometimes we are not regulating buying every

20   batch at the beginning of the month.  Sometimes we buy

21   maybe for two months, and maybe sometimes we buy only

22   for two weeks.  So that's our decision based on the

23   market price.

24            So when I calculated 3.3 million-something, I

25   used the quotation I got from our purchasing department.

Huang Sulan
May 26, 2023                                                  51

```
 1        Q.    Purchasing department?
 2        A.    Yeah, purchasing department to calculate it.
 3   And then before this litigation, we need to review all
 4   the numbers and datas regarding this issue.  So we need
 5   to collect all the VAT in our -- VAT means value add
 6   tax.
 7        Q.    Right.
 8        A.    It means in China is domestic.  So that is the
 9   proof what the price we bought on the CCLs, the exact
10   CCL.  So when we use the price that we applied on the --
11   during that time, applied on their products, and then we
12   found that this number should come down to 2.1 million.
13   So that's why we collect -- we correct this and then --
14   before the litigation.
15        Q.    Okay.  So thank you for that explanation.
16              Let me ask this:  Are you saying that when you
17   sent a spreadsheet to Rishi Kukreja with an amount of
18   3.3 million, that number was off; it was inaccurate.
19   And then when you subsequently reviewed all the
20   paperwork, you realized it should be 2.1 million?
21        A.    Paperwork -- yes, yes.
22        Q.    So it was off by a third approximately?
23        A.    Yes.  Yes, approximately.
24        Q.    It was artificially high by one-third?
25        A.    Yes.
```

Huang Sulan
May 26, 2023                                           52

1     Q.   Okay.  At any point before this litigation

2  from the time back when you sent Mr. Kukreja, Rishi

3  Kukreja, the $3.3 million number, did you tell him:  Oh,

4  we discovered that this was inaccurate and it is

5  actually much lower?

6     A.   No.

7     Q.   Why not?

8     A.   Because Rishi didn't confirm he will pay this

9  money.

10     Q.   Okay.  Well, he didn't confirm that he would

11  pay 3.3 million, but did you ask him if he would pay 2.1

12  million?

13     A.   No.

14     Q.   Okay.  Let's look at the document that you

15  referenced in Interrogatory No. 2 when you talk about a

16  meeting from December 14th, 2016.  And let me just check

17  one thing.

18          MR. ROSENTHAL:  So, Rich, one of the

19      designated corporate representative topics is,

20      quote, negotiations and communications surrounding

21      price adjustments that the parties agreed to in

22      December of 2016 related to the invoices identified

23      in the third amended complaint.

24          So the subject that I am about to cover with

25      her is within the corporate representative

Huang Sulan
May 26, 2023                                          140

1          A.   Yes.  Yes.

2          Q.   Okay.  So then it takes some time to

3     manufacture?

4          A.   Yes.  Yes.

5          Q.   And once it is finished manufacturing, then

6     you can ship it; right?

7          A.   Yes.  Yes.

8          Q.   Okay.  So to be clear, the document Excel

9     spreadsheet that has a number of CTX 1476700, and we're

10    looking at tab March 2017 right now.

11         A.   Yes.

12         Q.   That is the underlying data you used to

13    calculate the three-point-something-million-dollar

14    number that appears in your answer to Interrogatory

15    No. 2; correct?

16         A.   Correct.

17         Q.   Okay.  And what you are telling us and to be

18    more accurate, it is 3.3 million roughly; right?

19         A.   Yes.  Yes.

20         Q.   So you are saying in this spreadsheet, in

21    Document 1476700, you only listed the shipment quantity

22    during that time period, not the releasing; correct?

23         A.   Let's -- let's see the full sheet.  Okay?

24         Q.   Okay.  Tell me which way to go.

25         A.   Just go down.  Let me see if we have the

Huang Sulan
May 26, 2023                                                141

1  others.  Okay.  So yes.  Yes.

2       Q.   Okay.  And your -- your testimony is that you

3  did that because you -- this has to do with the issue

4  that you were not clear on from the e-mail that's been

5  marked as Exhibit 47 at the bottom in red where you

6  wrote:  Benlida comments we cannot understand well;

7  please explain with more detail?

8       A.   Yes.

9       Q.   Okay.  Let me just ask you a question about

10  the -- the box that is in yellow on the spreadsheet, CTX

11  1476700, which, for clarity sake, I know we had marked

12  as part of a -- a new exhibit number.  I think it is

13  90 --

14       A.   94.

15       Q.   -- 4, thank you.

16            Someone updated this sheet while I was out.

17            MS. MILLER:  Are you good?

18  BY MR. ROSENTHAL:

19       Q.   Okay.  My question is if you look -- here, let

20  me scroll it so it's clear what line -- I guess it's

21  Line 14.  You said during this period of 19 days Benlida

22  and ROK shipped 20,513.75 square meters; is that word

23  average?

24       A.   Yes.  Average.

25       Q.   Okay.  And then equal to 7,557 square meters

Huang Sulan
May 26, 2023                                         142

```
 1   weekly; right?

 2        A.   Yes.

 3        Q.   So that number, 7,557 is an average?

 4        A.   An average, yes.

 5        Q.   An average taken of the number of meters

 6   shipped during March 13th through March 31st?

 7        A.   Yes.

 8        Q.   Okay.  So you were computing an average and

 9   saying that that total volume of shipment of 7,557

10   satisfied the requirements of the agreement with -- with

11   Circuitronix?

12        A.   Yes.

13        Q.   Okay.  And because you say it is satisfied the

14   terms of the agreement with Circuitronix, then you were

15   entitled to a higher price; correct?

16        A.   Not higher price.  It means price increasing.

17        Q.   Sorry -- well, okay.  What's the difference

18   between price increase and higher price?

19        A.   Cost, to compensate the cost.

20        Q.   Okay.  So it is really terminology, how you

21   describe -- either way you describe it, Benlida is

22   saying pursuant to our agreement because we satisfied

23   this production volume requirement, Circuitronix has to

24   pay more money to Benlida?

25        A.   More money.  Yes.
```

Huang Sulan
May 26, 2023                                               143

```
1        Q.   And in this case, it is Benlida and ROK?

2        A.   Yes.

3        Q.   Okay.  Okay.  So now I think we have

4   identified what your source of information was for your

5   dollar figure of 3.3 million in your interrogatory

6   response; correct?

7        A.   Yes, yes, yes.

8        Q.   Okay.  Great.  Let's move on from this

9   document.

10       A.   Okay.

11       Q.   I am going to click them off the screen and

12  let's see if we can cover some more ground before we

13  take a lunch break.

14            All righty.  Can you remind me if you provided

15  the answer to Interrogatory No. 4 in Exhibit 93A?

16       A.   Uh-uh.

17       Q.   No, you said no.  I found the answer.

18            But you verified the accuracy of these before

19  you signed it as the corporate -- for the corporation?

20       A.   Yes.  Yes.  Yes.

21       Q.   Let me see if I have any questions for you

22  about that answer.  I think we can move on.

23            So No. 5 --

24       A.   Okay.  No. 5.

25       Q.   -- you said you provided the answer to.
```