**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant,
_______________________________________/

**DEFENDANT, CIRCUITRONIX, LLC'S DEPOSITION DESIGNATIONS**

Pursuant to this Court's Third Amended Scheduling Order (DE 153) Defendant, Circuitronix, LLC hereby files the following deposition designations for possible use in the upcoming trial in this matter.[1] *See* DE 153 at 3.

| **Deponent** | **Page & Line Designations** |
|---|---|
| Huang "Douglas" Hanchao *May 23, 2023* | 8:20-9:8 |
| | 12:12-24 |
| | 16:18-17:25 |
| | 23:12-24:2 |
| | 29:13-30:14 |
| | 33:3-21 |
| | 34:1-4 |

[1] CTX has designated these portions of the Benlida witness depositions based on Benlida's counsel's assertion to call Huang "Tracy" Sulan and Yukun "Roger" Wu, and without prejudice to CTX's position set forth in its motion for summary judgment (DE 184-1) and motions *in limine* (DE 197; DE 198).

| | |
|---|---|
| | 36:5-12 |
| | 37:9-38:6 |
| | 44:15-45:13 |
| | 46:3-18 |
| | 50:4-51:2 |
| | 53:3-4 |
| | 54:1-4 |
| | 59:6-16:8 |
| | 63:9-16 |
| | 68:8-70:7 |
| | 72:6-11 |
| | 72:15-73:1 |
| | 73:14-25 |
| | 75:12-76:1 |
| | 76:9-77:16 |
| | 78:23-79:17 |
| | 80:8-13 |
| | 80:18-21 |
| | 81:4-9 |
| | 81:20-82:12 |
| | 83:3-16 |
| | 84:12-85:17 |
| | 86:11-87:14 |
| | 87:19-24 |

| | |
|---|---|
| | 88:9-14 |
| | 88:18-20 |
| | 88:24-25 |
| | 89:4-16 |
| | 89:24-90:8 |
| | 91:13-15 |
| | 91:25-93:2 |
| | 93:6-7 |
| | 93:11-17 |
| | 93:25-95:1 |
| | 95:3-4 |
| | 95:8-96:10 |
| | 96:12-16 |
| | 96:19-97:8 |
| | 97:18-99:12 |
| | 99:16-20 |
| | 99:24-100:4 |
| | 100:9-12 |
| | 102:18-19 |
| | 103:2-13 |
| | 103:16-24 |
| | 104:5-10 |
| | 104:16-105:7 |
| | 105:20-24 |

| | |
|---|---|
| | 106:8-13 |
| | 106:20-21 |
| | 107:5-108:9 |
| | 108:20-21 |
| | 109:2-110:20 |
| | 112:5-9 |
| | 112:13-23 |
| | 113:8-114:6 |
| | 115:6-16 |
| | 117:17-118:15 |
| | 118:22-119:8 |
| | 120:4-14 |
| | 120:20-25 |
| | 122:2-15 |
| | 123:1-13 |
| | 123:21-124:2 |
| | 124:10-23 |
| | 126:4-24 |
| | 127:10-128:16 |
| | 130:8-11 |
| | 130:15-131:16 |
| | 131:22-132:3 |
| | 132:10-15 |
| | 134:8-13 |

| | |
|---|---|
| | 134:24-135:14 |
| | 135:22-136:4 |
| | 136:10-15 |
| | 136:22-137:12 |
| | 137:20-25 |
| | 139:18-20 |
| | 140:9-18 |
| | 141:2-8 |
| | 141:18-142:4 |
| | 142:25-144:12 |
| | 145:5-11 |
| | 145:19-22 |
| | 145:24 |
| | 146:10-13 |
| | 147:10-24 |
| | 148:2-24 |
| | 151:8-20 |
| | 152:3-20 |
| | 153:25-154:11 |
| | 155:17-156:19 |
| | 157:5-9 |
| | 162:19-163:7 |
| | 166:5-6 |
| | 166:18-25 |

| | |
|---|---|
| | 167:21-168:1 |
| | 170:25-171:18 |
| | 172:24-175:4 |
| | 175:10-25 |
| | 176:5-24 |
| | 177:2-15 |
| | 177:24-178:4 |
| | 178:9-18 |
| | 179:2-16 |
| | 179:22-24 |
| | 180:8-181:21 |
| | 182:21-183:18 |
| | 185:22-186:1 |
| | 187:4-188:15 |
| | 188:19-24 |
| | 189:6-191:21 |
| | 192:8-193:23 |
| | 194:2-11 |
| | 195:5-6 |
| | 195:11-198:4 |
| | 198:14-200:9 |
| | 200:15-201:15 |
| | 201:17-21 |
| | 202:1-203:13 |

| | |
|---|---|
| | 204:11-19 |
| | 204:21-205:3 |
| | 205:5-207:13 |
| | 207:18-208:19 |
| | 209:1-11 |
| | 209:17-210:5 |
| | 210:18-212:19 |
| | 213:12-22 |
| | 214:2-20 |
| | 216:12-15 |
| | 216:21-219:8 |
| | 219:15-220:5 |
| | 220:9-24 |
| | 221:4-8 |
| | 221:20-224:10 |
| | 224:14-225:17 |
| | 226:2-13 |
| | 227:16-228:4 |
| | 228:15-25 |
| | 229:3-233:13 |
| | 233:19-234:4 |
| | 235:5-16 |
| | 235:19-20 |
| | 235:25-236:7 |

| | |
|---|---|
| | 236:15-19 |
| | 237:4-9 |
| | 238:7-15 |
| | 238:22-239:19 |
| | 240:4-245:18 |
| | 245:22-246:19 |
| | 247:4-9 |
| | 247:12-248:6 |
| | 248:10-249:8 |
| | 249:16-250:2 |
| | 250:5-15 |
| | 251:7-21 |
| | 252:14-18 |
| | 253:10-255:22 |
| | 256:14-25 |
| | 257:18-258:23 |
| | 262:4-20 |
| | 264:4-265:2 |
| | 265:19-22 |
| | 267:18-268:2 |
| | 268:16-270:7 |
| | 271:12-17 |
| | 272:20-24 |
| | 273:5-7 |

| | |
|---|---|
| | 273:13-21 |
| | 274:20-24 |
| | 275:8-15 |
| | 276:4-21 |
| | 277:7-25 |
| | 278:24-279:15 |
| | 279:17 |
| | 284:12-14 |
| | 284:21-24 |
| | 285:25-286:3 |
| | 286:10-287:8 |
| | 288:9-290:13 |
| | 294:13-295:11 |
| | 295:25-296:21 |
| | 297:16-298:12 |
| Yukun “Roger” Wu<br>*May 24 and July 12, 2023* | 36:13-38:8 |
| | 42:5-43:10 |
| | 46:2-49:10 |
| | 59:21-60:11 |
| | 61:6-63:18 |
| | 67:23-69:16 |
| | 72:18-74:17 |
| | 79:19-81:3 |
| | 82:17-83:13 |

| | |
|---|---|
| | 84:10-86:4 |
| | 87:8-88:6 |
| | 128:25-130:3 |
| | 131:13-23 |
| | 151:10-154:5 |
| | 173:16-175:9 |
| | 184:15-185:20 |
| | 186:4-186:22 |
| | 192:8-193:7 |
| | 195:20-196:1 |
| | 196:7-197:18 |
| | 198:8-22 |
| | 206:18-23 |
| | 210:21-211:5 |
| | 211:9-18 |
| | 214:18-217:17 |
| | 217:21-219:3 |
| | 222:8-225:1 |
| | 228:5-25 |
| | 233:3-234:18 |
| | 235:5-237:4 |
| | 276:23-277:1 |
| | 277:21-278:20 |
| | 283:23-283:9 |

| | |
|---|---|
| | 284:18-288:12 |
| | 289:8-293:24 |
| | 294:19-296:24 |
| Chen Zhanjiao<br>*May 25, 2023* | 34:22-36:18 |
| | 38:12-39:7 |
| | 40:21-43:23 |
| | 46:13-47:3 |
| | 47:11-15 |
| | 49:18-22, |
| | 50:19-52:3 |
| | 72:5-14 |
| | 73:4-74:7 |
| | 75:22-76:2 |
| | 78:16-79:10 |
| | 81:15-82:16 |
| | 83:5-86:9 |
| | 89:3-90:5 |
| | 90:13-95:15 |
| | 95:23-96:2 |
| | 97:22-99:15 |
| | 100:17-20 |
| | 101:2-106:8 |
| | 108:25-109:23 |
| | 110:12-112:9 |

| | |
|---|---|
| | 112:20-24 |
| | 113:8-114:3 |
| | 114:9-116:23 |
| | 118:14-22 |
| | 119:3-121:25 |
| | 122:15-123:8 |
| | 123:15-127:23 |
| | 128:9-129:20 |
| | 130:6-131:4 |
| | 134:3-9 |
| | 140:9-144:4 |
| | 168:14-23 |
| | 169:12-182:17 |
| Huang "Tracy" Sulan<br>*May 26 and July 12, 2023* | 92:20-93:9 |
| | 115:24-116:22 |
| | 117:4-12, 18-25 |
| | 118:1-119:25 |
| | 123:24-124:25 |
| | 125:10-127:5 |
| | 128:13-129:1 |
| | 157:21-159:11 |
| | 159:12-18 |
| | 160:3-161:5 |
| | 161:13-18 |

| | |
|---|---|
| | 164:17-165:24 |
| | 167:13-169:4 |
| | 169:18-171:20 |
| | 176:13-177:24 |
| | 178:4-179:6 |
| | 183:19-184:5 |
| | 186:12-187:10 |
| | 187:20-188:14 |
| | 191:13-193:9 |
| | 239:9-16 |
| | 240:20-245:25 |
| | 247:5-249:18 |
| | 253:2-254:13 |
| | 258:8-260:9 |
| | 282:18-283:25 |
| | 302:6-303:12 |
| | 303:21-308:1 |
| | 309:20-310:5 |
| | 321:4-9 |
| | 324:12-325:3 |
| | 325:13-14 |
| | 351:3-25 |
| | 352:14-353:23 |
| | 354:16-356:9 |

| | |
|---|---|
| | 395:17-22 |
| | 396:8-398:12 |
| | 401:14-402:23 |
| | 404:3-21 |
| | 405:1-21 |
| | 407:2-18 |
| | 408:18-410:4 |
| | 418:16-419:13 |
| Huang Xiangjiang<br>*May 31, 2023* | 5:6-11 |
| | 10:3-8 |
| | 13:5-13 |
| | 14:12-15 |
| | 14:17-20 |
| | 15:21-25 |
| | 16:2-3 |
| | 17:18-20 |
| | 18:3-12 |
| | 19:4-16 |
| | 19:19-23 |
| | 20:4-11 |
| | 20:15-18 |
| | 20:22-21:7 |
| | 23:24-24:2 |
| | 24:11-19 |

| | |
|---|---|
| | 26:19-24 |
| | 27:5-16 |
| | 27:21-22 |
| | 28:7-8 |
| | 28:12-16 |
| | 30:18-21 |
| | 31:16-20 |
| | 32:18-21 |
| | 33:4-9 |
| | 34:17-19 |
| | 34:24-35:1 |
| | 36:14-16 |
| | 36:19-22 |
| | 37:18-22 |
| | 42:2-3 |
| | 42:24-43:5 |
| | 43:8-15 |
| | 45:12-24 |
| | 46:6-8 |
| | 47:10-11 |
| | 47:16-48:19 |
| | 49:10-50:11 |
| | 50:13-18 |
| | 50:20-22 |

| | |
|---|---|
| | 51:2-15 |
| | 68:21-69:5 |
| | 74:25-75:3 |
| | 75:25-76:12 |
| | 77:1-5 |
| | 77:9-15 |
| | 78:24-79:6 |
| | 79:12-14 |
| | 79:18-80:4 |
| | 80:25-81:3 |
| | 81:8-11 |
| | 83:3-12 |
| | 88:20-89:4 |
| | 89:20-90:10 |
| | 91:3-5 |
| | 91:9-92:6 |
| | 93:8-14 |
| | 94:9-13 |
| | 94:17-22 |
| | 95:12-20 |
| | 96:12-19 |
| | 98:4-7 |
| | 100:19-21 |
| | 100:23-101:11 |

| | |
|---|---|
| | 104:18-105:6 |
| | 105:18-20 |
| | 107:21-108:2 |
| | 108:4-8 |
| | 108:10-21 |
| | 109:16-19 |
| | 110:13-111:2 |
| | 111:9 |
| | 111:16-22 |
| | 111:24-112:5 |
| | 113:2-4 |
| | 113:6-10 |
| | 113:12-23 |
| | 113:25-114:15 |
| | 114:22-115:3 |
| | 115:5-12 |
| | 116:3-6 |
| | 116:21-117:4 |
| | 117:6-7 |
| | 118:1-5 |
| | 118:7-10 |
| | 118:19-20 |
| | 118:22-119:4 |
| | 119:6-17 |

| | |
|---|---|
| | 120:21-121:6 |
| | 124:11-16 |
| | 125:22-24 |
| | 127:5-10 |
| | 129:22-24 |
| | 130:6-131:19 |
| | 132:3-133:5 |
| | 134:25-135:8 |
| | 135:22-137:6 |
| | 137:8-14 |
| | 137:16-17 |
| | 138:5-139:24 |
| | 140:10-11 |
| | 140:13-142:11 |
| | 142:13 |
| | 143:8-15 |
| | 143:20-24 |
| | 144:7-12 |
| | 145:2-12 |
| | 146:2-6 |

Dated: August 29, 2023                                   Respectfully submitted,


                                                          PODHURST ORSECK, P.A.
                                                          One S.E. 3rd Avenue, Suite 2300
                                                          Miami, Florida 33131
                                                          Tel.: 305-358-2800

                                                          */s/  Stephen F. Rosenthal*
                                                          Stephen F. Rosenthal
                                                          Florida Bar No. 0131458
                                                          srosenthal@podhurst.com
                                                          Matthew P. Weinshall
                                                          Florida Bar No. 84783
                                                          mweinshall@podhurst.com
                                                          Christina H. Martinez
                                                          Florida Bar No. 1029432
                                                          cmartinez@podhurst.com

                                                          *Counsel for Circuitronix, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF on August 29, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Stephen F. Rosenthal*
Stephen F. Rosenthal