# EXHIBIT 1

Case No.: 21-60125-CIV-SCOLA/GOODMAN

AO 187 (Rev. 7/87) Exhibit List

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

vs.

CIRCUITRONIX, LLC

## JOINT EXHIBIT LIST

Case No.: 21-60125-CIV-SCOLA/GOODMAN

| | PRESIDING JUDGE<br>Hon. Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY<br>Jean-Claude Mazzola<br>Richard E. Lener | DEFENDANT'S ATTORNEY<br>Stephen F. Rosenthal<br>Matthew P. Weinshall<br>Christina H. Martinez | | |
|---|---|---|---|---|---|
| | TRIAL DATE (S)<br>October 10, 2023 | COURT REPORTER<br>Tammy Nestor | COURTROOM DEPUTY<br>Jacob Hasbun | | |
| JOINT NO. | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | EXPECT VS. MAY USE | OBJ. |
| 1 | | | | | | 11-21-17 email from Tracy to Akshay re: Debit Memos for your reference | | |
| 2 | | | | | | 6-8-16 Debit Memo – penalty for lead time exceedances for PO's for January 2016 | | |
| 3 | | | | | | 1-14-16 email from Tracy to Rishi re: Payment Details for BLD for CTX-HK (Jan. 1, 2015) | | Δ-R/UP |
| 4 | | | | | | Payment Detail | | Δ-R/UP |
| 5 | | | | | | Benlida 2017 Reconciliation Statement Spreadsheet (created by Nicole and Todor) | | Δ-R/UP |
| 6 | | | | | | 11-29-19 email from accounting@benlida.com to Nicole/Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK. Attachment: "No records DM list" | | Δ-R/UP |
| 7 | | | | | | Missing Invoice Spreadsheet (2012-2014) | | |
| 8 | | | | | | Spreadsheet of CTX debit memos to ROK | | Δ-R/UP |

| # | | | | | | Description | |
|---|---|---|---|---|---|---|---|
| 9 | | | | | | 12-2-19 email from accounting@benlida.com to Nicole/Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK. Attachment: "CTX missing inv. (with BLD and ROK), …" | |
| 10 | | | | | | 1-10-18 monthly statement from Benlida & ROK to CTX & CTX-HK | Δ-R/UP |
| 11 | | | | | | Reconciliation spreadsheet | Δ-R/UP |
| 12 | | | | | | 6/17/14 CTX-HK Purchase Order | Δ-R/UP |
| 13 | | | | | | 8-19-14CTX Purchase Order | |
| 14 | | | | | | 7-29-16 email from Honkit Cho (CTX-HK) to Tracy re: CTX-HK Aug. 1, 2016 Payment details for Jiangmen BLD Printed Circuit Company Limited | Δ-R/UP |
| 15 | | | | | | 8-1-16 Payment Detail (CTX-HK) | Δ-R/UP |
| 16 | | | | | | 7-1-16 Payment Detail (CTX-HK) | Δ-R/UP |
| 17 | | | | | | 7-10-16 email Honkit Cho (CTX-HK) to Tracy re: CTX-HK July 1, 2006 payment details for Jiangmen BLD Printed Circuit Company Limited | Δ-R/UP |
| 18 | | | | | | Dec. 13-14, 2016 Meeting Minutes | |
| 19 | | | | | | 10-20-17 Meeting Minutes | |
| 20 | | | | | | March 3-9, 2018 Meeting Minutes | |
| 21 | | | | | | 3-1-12 Manufacturing & Representation Agreement | |
| 22 | | | | | | 6-8-16 email from Tracy to Rishi re: penalty for lead-time exceedances – BLD (CTX-HK) & ROK (CTX-HK); email from Honkit Cho to Tracy with lead-time penalties | Δ-R/UP |
| 23 | | | | | | Spreadsheet for Lead-Time Exceedances for Jan. 2016 Orders (CTX-HK) | Δ-R/UP |
| 24 | | | | | | 6-18-16 email from Tracy to Nicole re: Penalty for Lead-Time Exceedances-ROK & BLD Jan 2016 Orders | |
| 25 | | | | | | 3-21-17 Notice from "Jiangmen Benlida Group" to CTX & CTX-HK | |
| 26 | | | | | | 3-17-18- Meeting Minutes | |
| 27 | | | | | | 2014 Business Authorization letter | Δ-R/UP |
| 28 | | | | | | 4-30-16 email from Tracy to Todor re: pls use these when doing your numbering comparing [re: 2015 records] | |

| 29 | | | | | | 1-1-15 CTX payment detail, with BLD comments (attachment to Ex. 28 email) | | |
| 30 | | | | | | Oct. 2015 Benlida monthly statement to CTX | | Δ-R/UP |
| 31 | | | | | | 8-2015 Benlida monthly statement to CTX (dated 9-6-15) | | |
| 32 | | | | | | 7-13-16 email from Tracy to Sourabh re: procedure for calculating leadtime exceedance penalty (includes Rishi to Sourabh email from 6-21-2016) | | |
| 33 | | | | | | 6-21-16 email from Rishi to Sourabh Procedure for Calculating Lead-Time exceedance Penalty | | |
| 34 | | | | | | 5-12-16 email from Tracy to Rishi re: ROK & BLD 5-1-16 Payment Details (comments re calculation of leadtime penalty) | | |
| 35 | | | | | | 12-2-15 email from ROK pcb re: ROK & BLD Sch date we will put off totally at least 35 days. Pls give your priority | | |
| 36 | | | | | | 12-3-15 email from Tracy to Rishi re: ROK & BLD Sch date will be put off totally at least 35 days. Pls give your priority | | |
| 37 | | | | | | 12-2-15 email Rishi to Tracy re: Penalty for Lead Time exceedances-BLD (CTX-HK) ; Douglas email that BLD can't keep up production | | |
| 38 | | | | | | 11-16-15 email re: New PO# BEN-B1503541-X66 for P/N: P01V04 1131 for 600 pieces | | |
| 39 | | | | | | 3-15-12 email from Douglas to Rishi re: signing new agreement and withdrawing lawsuit | | Δ-R/UP |
| 40 | | | | | | 8-2-16 email attaching 2016 Letter Agreement | | |
| 41 | | | | | | 2-29-16 email from Tracy to Rishi re: Feb. 25, 2016 Meeting minutes | | |
| 42 | | | | | | 7-28-16 email from Tracy to Rishi re: July 25, 2016 Meeting minutes | | |
| 43 | | | | | | 12-19-16 email from Rishi to Tracy re: price increase (and Dec. 14, 2016 meeting) | | |
| 44 | | | | | | 12-19-16 email from Tracy to Rishi re: price increase (and Dec. 14, 2016 meeting) | | |
| 45 | | | | | | 12-26-16 email from Tracy to Rishi re: Dec. 14, 2016 Meeting minutes | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 46 | | | | | | 1-6-17 email from Rishi to Tracy re: Dec. 14, 2016 Meeting minutes | | |
| 47 | | | | | | 1-9-17 email from Tracy to Rishi re: Dec. 14, 2016 Meeting minutes | | |
| 48 | | | | | | 10-22-17 email from Tracy to Rishi Oct. 19-20, 2017 Meeting minutes | | |
| 49 | | | | | | 10-31-17 email from Rishi to Tracy re: Oct. 20, 2017 Meeting minutes | | |
| 50 | | | | | | 11-2-17 email from Rishi to Tracy re: Oct. 20, 2017 Meeting minutes | | |
| 51 | | | | | | 11-3-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | | |
| 52 | | | | | | 11-7-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | | |
| 53 | | | | | | 2-23-18 email from Tracy to Rishi re: Feb. 7, 2018 meeting with Akshay Koul | | |
| 54 | | | | | | 2-24-18 email from Tracy to Rishi re: meeting agenda list - 2018 Miami | | |
| 55 | | | | | | 3-9-18 email from Tracy to Rishi re: March 2018 Meeting minutes in Miami | | |
| 56 | | | | | | 3-10-18 email from Tracy to Rishi re: sheets mentioned during March 2018 meeting in Miami | | |
| 57 | | | | | | 4-5-18 email from Rishi to Tracy re: price increase up to Jan & Feb 2018, attaching minutes of March 17, 2018 meeting in Benlida | | |
| 58 | | | | | | 3-21-18 email from Tracy to Rishi attaching minutes of March 17, 2018 meeting in Benlida | | |
| 59 | | | | | | 3-26-18 email from Tracy to Rishi re: reconciliation 2017 statement | | |
| 60 | | | | | | 1-16-19 email from Tracy to Rishi re: Meeting Minute Conference Call on Jan. 16, 2019 | | |
| 61 | | | | | | 10-5-18 email from Tracy to Rishi re: "Authorization for Payment Entrust – important!" | | Δ-R/UP  π -R/UP |
| 62 | | | | | | Third Amended Complaint | | Δ-R/UP |
| 63 | | | | | | 5-23-23 Benlida's Interrogatory Responses | | Δ-H |
| 64 | | | | | | 6-28-16 email from Douglas to Rishi re: 2015 invoice discrepancy | | Δ-R/UP |
| 65 | | | | | | 11-21-16 email from Tracy to Rishi re: payment need in Nov., attaching BLD payment details | | Δ-R/UP |

| # | | | | | | Description | | |
|---|---|---|---|---|---|---|---|---|
| 66 | | | | | | 2-26-15 email from Todor to Benlida re: March 1, 2015 Payment Details (December 2014 invoices) & bank slips | | |
| 67 | | | | | | 5-12-16 email from Tracy to Rishi re: pls use these when doing number comparing [attaching invoice differences through Oct. 2015] | | |
| 68 | | | | | | 5-21-17 email from Tracy to Rishi attaching photo of white board recapping May 17, 2017 discussion | | |
| 69 | | | | | | 5-31-19 email from Tracy to Rishi attaching photo of whiteboard recapping March 2018 meeting in Miami | | ∆-R/UP |
| 70 | | | | | | 7-29-19 email from Tracy to Rishi responding to Rishi's email to Douglas | | |
| 71 | | | | | | 7-14-16 email from Douglas to Rishi re: secondary agreement; bank having discovered ROK is lying | | ∆-R/UP; MIL (DE 198) (#7) (1390)  π-I/R/UP |
| 72 | | | | | | 7-5-16 email from Douglas to Rishi re: bank froze ROK's account | | ∆-R/UP; MIL (DE 198) (#7) (1379)  π -I/R/UP |
| 73 | | | | | | 3-27-17 email from Tracy to Rishi re: Tax department check – requesting payment | | π -I/R/UP |
| 74 | | | | | | 12-9-18 email from Roger Wu to Rishi attaching "BLDROK SHIPMENTS 1207" (BLD's analysis of shipment amounts through Oct. 2018) | | ∆-R/UP |
| 75 | | | | | | 12-2-18 email from Tracy to Rishi re: shipment payment, pls feedback [attaching Payment Request memo (CTX_4356-59] | | ∆-R/UP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 76 | | | | | | 3-16-19 email from Tracy to Rishi re: BLD payments [reconciliation discussion showing 12-1-16 to 3-9-19 records] | | Δ-R/UP |
| 77 | | | | | | 6-19-19 email from Tracy to Rishi re: shipment payment (6-19-19 update after reconciliation) | | Δ-R/UP<br><br>π -R/UP |
| 78 | | | | | | 8-1-19 email from Tracy to Rishi re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | | Δ-R/UP<br><br>π - I |
| 79 | | | | | | 11-14-19 email from accounting@benlida.com to Rishi, Akshay, et al. re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | |
| 80 | | | | | | Sinosure Claim Form (CTX, LLC) | | π – I/R/UP |
| 81 | | | | | | Sinosure Claim Form (CTX-HK) | | Δ-R/UP<br><br>π – I/R/UP |
| 82 | | | | | | 6-7-18 email from Tracy to Rishi re: wire transfer of USD200K | | π - R/UP |
| 83 | | | | | | Ms. Chen's Excel Spreadsheet "CTX Unpaid Invoices, 2020 December" – "Received Payments" Tab | | Δ-R/UP |
| 84 | | | | | | Ms. Chen's Excel Spreadsheet "CTX Unpaid Invoices, 2020 December" – "Received Payments" Tab - 2018 - excerpt | | Δ-R/UP |
| 85 | | | | | | 9-6-18 email from Nicole Donaldson to Tracy re: BLD Payment Detail & bank slips for your reference - June 2018 invoices | | |
| 86 | | | | | | 4-29-19 email from Tracy to Rishi re: BLD payments, attaching "Benlida reconciliation with CTX 0316.xlsx" | | Δ-R/UP<br><br>π – I |
| 87 | | | | | | 11-22-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK, attaching "Benlida Shipment & Payment Details CTX-HK 2012-2019.xlsx," etc. | | Δ-R/UP |
| 88 | | | | | | 12-4-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for | | Δ-R/UP |

| # | | | | | | Description | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BLD & ROK, attaching missing invoice details | | |
| 89 | | | | | | 12-4-19 email from accounting@benlida.com to Nichole Donaldson & Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | Δ-R/UP |
| 90 | | | | | | 12-4-19 email accounting@benlida.com to Nichole Donaldson & Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | Δ-R/UP |
| 91 | | | | | | 1-12-20 email from accounting@benlida.com to Sinosure, attachments include 2019 email reconciled with CTX & Cash transaction email after risk occurred | | Δ-R/UP  π-I/R/UP |
| 92 | | | | | | 6-29-18 email from Nichole Donalson to Tracy re: "Benlida Payment Details & Bank slips for your reference - April 2018 Invoice"s (Marked up by Ms. Chen) | | |
| 93 | | | | | | 8-1-2018 email from Nichole Donalson to Tracy re: "Benlida Payment Detail & Bank Slips for your reference - May 2018 Invoices" (Marked up by Chen) | | |
| 94 | | | | | | 10-18-19 email from Tracy to Rishi re: Lead Time Penalty for 3-2019 | | Δ-R/UP |
| 95 | | | | | | 11-13-19 email from Tracy to Rishi re: Lead Time Penalty for BLD for May 2019 - Benlida feedback | | |
| 96 | | | | | | 12-30-16 email from Tracy to Rishi re: Minutes of Meeting with BLD on December 14, 2016 | | |
| 97 | | | | | | 11-30-16 email from Tracy to Rishi re: payment in Nov -- update as per CTX accounting number | | Δ-R/UP |
| 98 | | | | | | 3-4-19 email from Nichole to Melonnie Rhoden re: Benlida Payment Detail & Bank Slips for your reference - November 2018 invoices | | |
| 99 | | | | | | 3-6-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - December 2018 invoices | | |
| 100 | | | | | | 4-12-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Bank Slips for your reference - January 2019 invoices | | |
| 101 | | | | | | 5-1-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - February 2019 invoices | | |
| 102 | | | | | | 6-4-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - March 2019 invoices | | |
| 103 | | | | | | 7-8-19 email from Nichole Donaldson to Tracy re: Benlida Payment Detail & Bank Slips for your reference - April 2019 invoices | | |
| 104 | | | | | | 8-1-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - May 2019 invoices | | |
| 105 | | | | | | 9-5-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - June 2019 invoices | | |
| 106 | | | | | | 10-4-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - July 2019 invoices | | |
| 107 | | | | | | 3-16-19 email from Tracy to Rishi re: Benlida payments | | |
| 108 | | | | | | 8-26-16 email from Tracy to Rishi re: Update payment number—correct one | | Δ-R/UP |
| 109 | | | | | | 11-3-2016 email from Tracy to Rishi re: payment need in Nov. | | Δ-R/UP |
| 110 | | | | | | 11-17-16 email from Tracy to Rishi re: payment need in Nov. | | Δ-R/UP |
| 111 | | | | | | 11-17-16 email from Tracy to Rishi re: payment need in Nov | | Δ-R/UP |
| 112 | | | | | | 3-16-19 email from Rishi to Tracy re: Belinda payments | | Δ-R/UP |
| 113 | | | | | | 5-19-19 email from Tracy to Rishi re: cash flow issue | | |
| 114 | | | | | | 5-30-23 CTX's Supplemental Answers to 1st set Interrogatories | | |
| 115 | | | | | | 5-22-19 email from Melonnie Rhoden to Tracy re: Belinda Statement Reconciliation April 2019 | | |
| 116 | | | | | | 10-1-16 CTX Payment Detail for ROK | | Δ-R/UP |
| 117 | | | | | | 7-29-16 email from Honkit Cho to Tracy re: Payment details for Benlida (CTX-HK) | | Δ-R/UP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 118 | | | | | | 7-10-16 email from Honkit Cho to Tracy re: Payment details for Benlida (CTX-HK) | | Δ-R/UP |
| 119 | | | | | | 6-8-16 email from Tracy to Rishi re: Penalty for Lead time exceedances - BLD (CTX-HK) & ROK (CTX-HK) | | Δ-R/UP |
| 120 | | | | | | 11-1-19 email from Rishi to Douglas re: CTX, USA payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | Δ-R/UP |
| 121 | | | | | | 7-29-19 email from Rishi to Douglas re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | | Δ-R/UP |
| 122 | | | | | | 12-4-14 email from Todor to Tracy re: Dec. 2, 2014 payment detail for Benlida in the amount of $5,821.01 | | |
| 123 | | | | | | 2-2-15 email from Todor to Tracy re: Benlida Payment Detail & bank slip as proof of payment/ROK bank slip (attaching Benlida Payment Details Jan. 1 and Feb. 1, 2015) | | Δ-R/UP |
| 124 | | | | | | 2-26-15 email from Todor to Tracy re: Payment Detail & Bank slip as proof of payment (attaching Benlida Payment Details March 1, 2015) | | |
| 125 | | | | | | 4-27-15 email from Todor to Tracy re: Payment Detail & bank slip (attaching ROK payment details for March 2014 – April 2015) | | Δ-R/UP |
| 126 | | | | | | 8-31-16 email from Rishi to Tracy re: update payment number - correct one | | Δ-R/UP |
| 127 | | | | | | 3-27-17 email from Rishi to Tracy re: invoice discrepancy analysis update | | |
| 128 | | | | | | 9-1-16 CTX Payment Detail | | |
| 129 | | | | | | Benlida's outside auditor's Confirmation of Balances to CTX, LLC for 2017 | | |
| 130 | | | | | | Benlida's outside auditor's Confirmation of Balances to CTX-HK for 2017 | | Δ-R/UP |
| 131 | | | | | | 6-3-19 email from accounting@benlida.com to Rishi, et al. re: Confirmation for Audit Purposes (attaching Benlida's outside auditor's Confirmation of Balances for 2018) | | Δ-R/UP |
| 132 | | | | | | 7-31-20 email from accounting@benlida.com to Rishi, et al. re: Confirmation for Audit Purposes | | Δ-R/UP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | (attaching Benlida's outside auditor's Confirmation of Balances for 2019) | | |
| 133 | | | | | | 2015 Benlida monthly statements to CTX (Jan – Dec.) | | Δ-R/UP |
| 134 | | | | | | Screenshot of Chinese Tax Authority Portal | | π – I/R/H/UP |
| 135 | | | | | | Screenshot of Communications with Chinese Customs Bureau | | π-I/R/H/UP |
| 136 | | | | | | 9-9-21 email dated re: Statement of Aug. 2021 | | Δ-R/UP |
| 136 A | | | | | | 8-21 Benlida monthly statement to CTX | | |
| 136 B | | | | | | 9-9-21 Benlida monthly statement to CTX | | |
| 136 C | | | | | | 8-21 Benlida monthly statement to CTX-HK | | Δ-R/UP |
| 136 D | | | | | | 9-9-21 Benlida monthly statement to CTX-HK | | Δ-R/UP |
| 137 | | | | | | 4-30-18 email from Alfredo More to Tracy re: "DHL Invoices | | Δ-R/UP |
| 138 | | | | | | CTX Excel spreadsheet – Benlida proformas | | Δ-R/UP |
| 139 | | | | | | ROK Payment Details CTX-US-HK 2012-2018 | | Δ-R/UP |
| 140 | | | | | | Payment Schedule for ROK_US_HK Payment Detail Reconciliation | | Δ-R/UP |
| 141 | | | | | | Screenshot index of Randall Paulikens' Documents | | π-R/UP |
| 142 | | | | | | Benlida vs CTX Accounting event | | π-R/UP |
| 143 | | | | | | Summary – LTP data (Excel) [print out first page and mark it with placeholder] | | Δ-R/UP |
| 144 | | | | | | Randall Paulikens' Response Report | | Δ-H, R/UP; MIL (DE 197) |
| 145 | | | | | | Working Analysis – Table 7 and additional tables | | Δ-R/UP |
| 146 | | | | | | Benlida Shipment & Payment Details CTX-HK 2012-2019.xlsx | | Δ-R/UP |
| 147 | | | | | | KM Report [w/o exhibits] | | Δ-R/UP π-R/UP |
| 148 | | | | | | BLD Payment Details_CTX-US_2012-2021_v.5 [print 1st page from email] | | Δ- MIL (DE 197) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 149 | | | | | | "Benlida source for Complaint 12_1_20 (2).xlsx" – "EN tab" | | Δ-H |
| 149 A | | | | | | "Benlida source for Complaint 12_1_20 (2).xlsx" – "Inv Detail" tab | | Δ-H |
| 149 B | | | | | | "Benlida source for Complaint 12_1_20 (2).xlsx" – "Sheet 1" tab | | Δ-H |
| 150 | | | | | | 1-10-18 list of 2017 shipment amounts from BLD and ROK to CTX-HK | | Δ-R/UP |
| 151 | | | | | | KM Docs Utilized Folder Trees | | π-R/UP |
| 152 | | | | | | Docs Utilized List from KM Report | | Δ-R/UP π-R/UP |
| 153 | | | | | | BLD Payment Details CTX-US-V5_2012-2019 [previously marked exhibit 120] ("CTX Recon") | | |
| 154 | | | | | | 2012-2019 Reconciliation Analysis 2019.11.15 CCT | | Δ-R/UP |
| 155 | | | | | | 3-10-15 DM # "0310" (one of the ones in KM's judgmental set) | | |
| 156 | | | | | | BLD Penalty for LT Exceedance Reports Nov. 2020 | | |
| 157 | | | | | | BLD Penalty for LT Exceedance Reports April 2020 | | |
| 158 | | | | | | BLD Shipment and Payment Details CTX-HK_2012-2019 | | Δ-R/UP; MIL (DE 197) |
| 159 | | | | | | 3-21-16 CTX Debit Memo | | |
| 160 | | | | | | Oct. 20, 2013 CTX Debit Memo | | |
| 161 | | | | | | 9-12-14 CTX Debit Memo | | |
| 162 | | | | | | Jules Jin & Co. 2021 Audit of CTX-HK | | Δ-R/UP; MIL (DE 198) (#2) |
| 163 | | | | | | Jules Jin & Co. 2022 Audit of CTX-HK | | Δ-R/UP; MIL DE 198 (#2) |
| 164 | | | | | | KM/Citrin Invoices | | Δ-R/UP π-R/UP |
| 165 | | | | | | BM Recent Testimony List from Report | | Δ-R/UP π-R/UP |
| 166 | | | | | | 4-12-19 Benlida invoice to CTX (CCT-BLD-190412001) | | |
| 167 | | | | | | 8-6-19 Benlida invoice to CTX-HK (BLDCCT-HK19080602) | | Δ-R/UP |

Case No.: 21-60125-CIV-SCOLA/GOODMAN

| 168 | | | | | | Binder of Barry Mukamal | | Δ-R/UP |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | π-R/UP |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.