# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant,
_____/

## JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.'S WITNESS LIST

Plaintiff/Counter-Defendant, Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida") hereby files its trial witness list pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule 16.1(e)(10).

## WILL-CALL WITNESSES

| No. | Name of Witness | Address |
|---|---|---|
| 1. | Sulan Huang | c/o Mazzola Lindstrom LLP<br>1350 6th Ave.<br>Second Floor<br>New York, NY 10019<br>(646) 216-8300 |
| 2. | Roger Wu | c/o Mazzola Lindstrom LLP<br>1350 6th Ave.<br>Second Floor<br>New York, NY 10019<br>(646) 216-8300 |
| 3. | Rishi Kukreja | c/o Podhurst Orseck, P.A.<br>1 S.E. 3rd Ave.<br>Suite 2300<br>Miami, FL 33131<br>(646) 216-8300 |
| 4. | Randall Paulikens (rebuttal) | c/o Mazzola Lindstrom LLP<br>1350 6th Ave. |

|   |   | Second Floor<br>New York, NY 10019<br>(646) 216-8300 |
|---|---|---|

## MAY-CALL WITNESSES

| No. | Name of Witness | Address |
|---|---|---|
| 1. | Lina Ochoa | c/o Podhurst Orseck, P.A.<br>1 S.E. 3rd Ave.<br>Suite 2300<br>Miami, FL 33131 |
| 2. | Nicole Donaldson |  |
| 3. | Sourabh Sharma | c/o Podhurst Orseck, P.A.<br>1 S.E. 3rd Ave.<br>Suite 2300<br>Miami, FL 33131 |
| 4. | Akshay Koul | c/o Podhurst Orseck, P.A.<br>1 S.E. 3rd Ave.<br>Suite 2300<br>Miami, FL 33131 |

Dated: September 12, 2023            Respectfully submitted,

**Mazzola Lindstrom LLP**
*/s/ Richard E. Lerner*
Richard E. Lerner
Jean-Claude Mazzola
Counsel for Jiangmen Benlida Printed Circuit Co., Ltd.
1350 Avenue of the Americas, Second Floor
New York, New York 10019
Tel.: (646) 216-8300
richard@mazzolalindstrom.com
jeanclaude@mazzolalindstrom.com

*Counsel for Jiangmen Benlida
Printed Circuit Co., Ltd.*

2