# EXHIBIT 3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant,
_____/

### **CIRCUITRONIX, LLC'S WITNESS LIST**

Defendant/Counter-Plaintiff, Circuitronix, LLC ("CTX"), hereby files its trial witness list pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule 16.1(e)(10).

### **WILL-CALL WITNESSES**

| No. | Name of Witness | Address | Description of Witness | Live/ Videoconference/ By Deposition |
|---|---|---|---|---|
| 1. | Rishi Kukreja | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX's Chief Executive Officer | Live |
| 2. | Lina Ochoa | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX's Global Operations Manager | Live |
| 3. | Barry Mukamal | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX's Expert | Live |

## MAY-CALL WITNESSES

| No. | Name of Witness | Address | Description of Witness | Live/ Videoconference/ By Deposition |
|---|---|---|---|---|
| 1. | Mark Parisi | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX's Expert | Live |
| 2. | Akshay Koul | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX-HK's General Manager | Live |
| 3. | Sourabh Sharma | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX India's General Manager | Live |
| 4. | Wei Cui | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX's Expert | Live (by video) |
| 5. | Huang "Douglas" Hanchao | c/o Mazzola Lindstrom LLP 1350 6th Ave. Second Floor New York, NY 10019 (646) 216-8300 | Benlida's General Manager | Deposition Designation Video |
| 6. | Yukun "Roger" Wu | c/o Mazzola Lindstrom LLP 1350 6th Ave. Second Floor New York, NY 10019 (646) 216-8300 | Benlida's CFO | Deposition Designation Video |
| 7. | Chen Zhanjiao | c/o Mazzola | Benlida's | Deposition |

| | | Lindstrom LLP 1350 6th Ave. Second Floor New York, NY 10019 (646) 216-8300 | bookkeeper for accounts receivable (Finance Department) | Designation Video |
|---|---|---|---|---|
| 8. | Huang "Tracy" Sulan | c/o Mazzola Lindstrom LLP 1350 6th Ave. Second Floor New York, NY 10019 (646) 216-8300 | Benlida's Sales Director | Deposition Designation Video |
| 9. | Huang Xiangjiang | c/o Mazzola Lindstrom LLP 1350 6th Ave. Second Floor New York, NY 10019 (646) 216-8300 | Benlida's Majority Owner | Deposition Designation Video |

Dated: September 12, 2023     Respectfully submitted,

    PODHURST ORSECK, P.A.
    One S.E. 3rd Avenue, Suite 2300
    Miami, Florida 33131
    Tel.: 305-358-2800

    */s/ Stephen F. Rosenthal*
    Stephen F. Rosenthal
    Florida Bar No. 0131458
    srosenthal@podhurst.com
    Matthew P. Weinshall
    Florida Bar No. 84783
    mweinshall@podhurst.com
    Christina H. Martinez
    Florida Bar No. 1029432
    cmartinez@podhurst.com

    *Counsel for Circuitronix, LLC*