**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant,

_____/

**DEFENDANT, CIRCUITRONIX, LLC'S OBJECTIONS**
**TO BENLIDA'S DEPOSITION CROSS-DESIGNATIONS**

Defendant, Circuitronix, LLC hereby files its objections to Benlida's cross-designations to CTX's deposition designations (ECF No. 206). Benlida served, but failed to file, its objections and cross-designations as required. *See* ECF No. 153 at 4 ("must serve and file any objections and any cross-designations"). Regardless, selections shaded in grey indicate testimony as to which Benlida neither objected nor cross-designated.

| Deponent | CTX's Designations | Benlida's Cross-Designations ["--" = N/A] | CTX's Objections to Benlida's Cross-Designation (and/or comment on Benlida's objections) ["--" = N/A] |
|---|---|---|---|
| **Huang "Douglas" Hanchao**[1] | 8:20-9:8 | -- | -- |
| | 12:12-24 | -- | -- |
| | 16:18-17:25 | -- | -- |

---

[1] CTX withdrew a number of its designations of Douglas Huang's testimony to streamline the presentation, in an amended designation document served on Benlida on September 1, 2023; those portions have been omitted from this chart.

1

| May 23, 2023 | 23:12-24:2 | 23:12-24:17 | -- |
| | 29:13-30:14 | 29:13-33:2 | FRE 403 (waste of time) as to 30:15-33:2 |
| | 33:3-21 | -- | -- |
| | 34:1-4 | -- | -- |
| | 36:5-12 | -- | -- |
| | 37:9-38:6 | 37:9-38:10 | -- |
| | 44:15-45:13 | -- | -- |
| | 46:3-18 | -- | -- |
| | 50:4-51:2 | 50:4-51:23 | FRE 602 ("Rishi's purpose") as to 51:13-18 |
| | 53:3-4 | -- | -- |
| | 54:1-4 | 53:16-54:4 | -- |
| | 59:6-16:8 | -- | -- |
| | 63:9-16 | -- | -- |
| | 68:8-70:7 | -- | -- |
| | 72:6-11 | 71:22-72:11 | -- |
| | 72:15-73:1 | -- | -- |
| | 73:14-25 | -- | -- |
| | 75:12-76:1 | -- | -- |
| | 76:9-77:16 | -- | -- |
| | 78:23-79:17 | -- | -- |
| | 80:8-13 | -- | -- |
| | 80:18-21 | 80:14-21 | -- |
| | 81:4-9 | -- | -- |
| | 81:20-82:12 | -- | -- |
| | 83:3-16 | -- | -- |

| | | | |
|---|---|---|---|
| | 84:12-85:17 | -- | -- |
| | 86:11-87:14 | 86:1-88:22 | FRE 403 (waste of time) as to 86:1-86:10, 87:15-88:22 |
| | 87:19-24 | -- | -- |
| | 127:10-128:16 | 127:10-128:16 | -- |
| | 130:8-11 | -- | -- |
| | 130:15-131:16 | -- | -- |
| | 131:22-132:3 | -- | -- |
| | 132:10-15 | -- | -- |
| | 134:8-13 | -- | -- |
| | 135:22-136:4 | -- | -- |
| | 142:25-144:12 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 145:5-11 | -- | -- |
| | 145:19-22 | [objection] | |
| | 145:24 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 146:10-13 | -- | -- |
| | 147:14-24 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 148:2-20 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 151:8-20 | -- | -- |
| | 153:25-154:11 | -- | -- |
| | 157:5-9 | -- | -- |
| | 161:12-162:2 | -- | -- |
| | 162:8-163:7 | -- | -- |
| | 166:5-6 | -- | -- |

| | | | |
|---|---|---|---|
| | 166:18-21 | -- | -- |
| | 170:25-171:18 | -- | -- |
| | 172:24-175:4 | -- | -- |
| | 175:10-25 | -- | -- |
| | 177:2-15 | -- | -- |
| | 179:2-7 | 179:2-18 | FRE 403 (waste of time/confusion) since designations about Ex. 64 have been deleted |
| | 194:2-11 | -- | -- |
| | 195:5-6 | -- | -- |
| | 195:11-198:4 | -- | -- |
| | 198:14-200:9 | -- | -- |
| | 201:19-21 | 201:18-21 | -- |
| | 202:1-203:13 | -- | -- |
| | 204:11-19 | [objection]     204:11-16 | *Benlida fails to state any basis for its objection.* |
| | 204:21-205:3 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 205:5-207:13 | [objection]     205:6-207:13 | *Benlida fails to state any basis for its objection.* |
| | 207:15-208:12 | -- | -- |
| | 210:18-212:19 | 210:18-213:9 | -- |
| | 213:12-22 | -- | -- |
| | 214:2-20 | 213:23-214:20 | -- |
| | 235:5-16 | 235:5-18 | -- |
| | 235:19-20 | -- | -- |
| | 235:25-236:7 | 235:22-236:14 | -- |
| | 236:15-19 | 236:15-25 | -- |

| | | | |
|---|---|---|---|
| | 237:4-9 | -- | -- |
| | 253:10-254:19 | -- | -- |
| | 262:4-23 | 262:4-21 | FRE 106: lines 22-23 should be included for clarity/completeness |
| | 263:5-19 | -- | -- |
| | 272:20-24 | [objection] | [2] |
| | 273:5-7 | [objection]        275:2-7 | *See* n.2 |
| | 273:8-21 | -- | -- |
| | 274:20-275:1 | -- | -- |
| | 275:8-15 | 275:2-15 | -- |
| | 276:4-21 | -- | -- |
| | 277:7-25 | 276:22-277:25 | -- |
| | 278:24-279:15 | [objection]        278:24-279:6 | *Benlida fails to state any basis for its objection.* |
| | 279:17 | -- | -- |
| | 284:12-14 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 284:21-24 | [objection] | [3] |
| | 285:25-286:3 | [objection] | *See* n.3 |
| | 286:10-287:8 | [objection] | [4] |

---

[2] Objection waived based on Benlida's cross-designation of 275:2-15. Further, if the Court denies CTX's motion for summary judgment on the ground that a factual dispute remains about the parties' understandings of their contractual relationship, this testimony would show Benlida's CEO's understanding of why Benlida believed it could use CTX's payments for CTX-HK's debts.

[3] For CTX's position on the evidence about Sinosure, *see* ECF No. 202 at 13-20.

[4] This testimony is relevant to CTX's counterclaim involving monies Benlida asked CTX to pay ROK.

| | 288:9-290:13 | [objection] | [5] |
|---|---|---|---|
| | 294:13-295:11 | [objection] | *See* n.5 |
| | 295:25-296:21 | [objection] | *See* n.5 |
| | 297:16-298:12 | [objection] | *See* n.5 |
| **Yukun "Roger" Wu**<br><br>*May 24 and July 12, 2023* | 36:13-38:8 | -- | -- |
| | 42:5-43:10 | -- | -- |
| | 46:2-49:10 | -- | -- |
| | 59:21-60:11 | -- | -- |
| | 61:6-63:18 | -- | -- |
| | 67:23-69:16 | -- | -- |
| | 72:18-74:17 | -- | -- |
| | 79:19-81:3 | 78:1-79:18, and 81:4-11 | FRE 802 as to 78:1-79:18 (references Benlida's interrogatory answer, so it's hearsay for Benlida to add it) |
| | 82:17-83:13 | -- | -- |
| | 84:10-86:4 | -- | -- |
| | 87:8-88:6 | [objection] 88:19-22 | FRE 403 (confusing to include the answer at 88:19-22, which is to a different question)<br><br>*Benlida fails to state any basis for its objection.* |
| | 128:25-130:3 | -- | -- |
| | 131:13-23 | 130:24-131:12 | -- |
| | 151:10-154:5 | [objection] | CTX withdraws this designation. |

---

[5] For CTX's position on the evidence about Chinese regulatory oversight of Benlida, *see* ECF No. 202 at 1-12.

| | 173:16-175:19[6] | [objection] 175:10-177:13 | *Benlida fails to state any basis for its objection.* |
|---|---|---|---|
| | 184:15-185:20 | -- | -- |
| | 186:4-186:22 | [objection][7] 189:21-191:5; 191:19-192:7 | Benlida's cross-designations go into explanations well beyond the simple facts in the designation (so not required by FRE 106) |
| | 192:8-193:7 | [objection] | *See* n.7 |
| | 195:20-196:1 | [objection][8] | |
| | 196:7-197:18 | [objection] | *See* n.8 |
| | 198:8-22 | [objection] | *See* n.8 |
| | 206:18-23 | [objection] | *See* n.8 |
| | 210:21-211:5 | [objection] | *See* n.8 |
| | 211:9-18 | [objection] | *See* n.8 |
| | 214:18-217:17 | [objection][9] | |
| | 217:21-219:3 | [objection] | *See* n.9 |
| | 222:8-225:1 | [objection] | *See* n.9 |
| | 228:5-25 | [objection] 226:5-228:4 | *See* n.9 -- |
| | 233:3-234:18 | -- | -- |
| | 235:5-237:4 | -- | -- |
| | 276:23-277:1 | 277:2-13 | -- |

---

[6] CTX's designation contained a typo "175:9," which should say "19."

[7] Benlida's objection fails to state a legal basis.  Its vague cross-reference to its motion *in limine* on Chinese regulations is off-point since this testimony does not discuss any regulatory issue.

[8] For CTX's position on the evidence about Sinosure, *see* ECF No. 202 at 13-20.

[9] For CTX's position on the evidence about Chinese regulatory oversight of Benlida, *see* ECF No. 202 at 1-12.

| | 277:21-278:20 | -- | -- |
|---|---|---|---|
| | 283:23-284:9 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 284:18-288:12 | [objection][10] 288:13-23 | -- |
| | 289:8-293:24 | [objection][11] | |
| | 294:19-296:24 | [objection] | *See* n.11 |
| **Chen Zhanjiao** *May 25, 2023* | 34:22-36:18 | [objection]    34:1-21 | The material Benlida objects to is part of their own cross-designation; the proper context Benlida wants starts at 34:14 |
| | 38:12-39:7 | -- | -- |
| | 40:21-43:23 | -- | -- |
| | 46:13-47:3 [12] | -- | -- |
| | 47:11-15 | -- | -- |
| | 49:18-22 | -- | -- |
| | 50:19-52:3 | -- | -- |
| | 72:5-14 | [objection] | [13] |
| | 73:4-74:7 [14] | [objection] | *See* n.13 |
| | 75:22-76:2 | [objection] | *See* n.13 |
| | 78:16-79:10 | [objection] | *See* n.13 |
| | 81:15-82:16 | [objection] | *See* n.13 |

[10] The presumed basis of the objection ("asking about audits/taxes") fails to state any basis, and the passage does not reference taxes.

[11] The basis of the objection ("taxes") fails to state any basis, and the passage does not reference taxes.

[12] CTX's designation contains a typo "47:3"; it should be 47:2.

[13] For CTX's position on the evidence about Sinosure, *see* ECF No. 202 at 13-20.

[14] CTX's designation contains a typo "74:7"; it should be 74:9.

| | 83:5-86:9 | [objection] | *See* n.13 |
|---|---|---|---|
| | 89:3-90:5 | -- | -- |
| | 90:13-95:15 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 95:23-96:2 | -- | -- |
| | 97:22-99:15 | -- | -- |
| | 100:17-20 | -- | -- |
| | 101:2-106:8 | 106:9-12 and 106:17-19 | Not helpful for context (under FRE 106) |
| | 108:25-109:23 | -- | -- |
| | 110:12-112:9 | -- | -- |
| | 112:20-24 | -- | -- |
| | 113:8-114:3 | -- | -- |
| | 114:9-116:23 | -- | -- |
| | 118:14-22 | 118:5-9 | Not helpful for context (under FRE 106) because would lack necessary context of prior questions. |
| | 119:3-121:25 | [objection] | *Benlida fails to state any basis for its objection.* |
| | 122:15-123:8 | -- | -- |
| | 123:15-127:23 | -- | -- |
| | 128:9-129:20 | 128:3-8 | -- |
| | 130:6-131:4 | 131:5-14, 20-25; 132:1-2, 12-18 | Not helpful for context (FRE 106) because concerns different subject, and confusing (FRE 403) because cross-designation omits some orienting lines (e.g., 131:17-19). |
| | 134:3-9 | 134:10-11, 24-25 | -- |

| | | | |
|---|---|---|---|
| | 140:9-144:4 | -- | -- |
| | 168:14-23 | -- | -- |
| | 169:12-182:17[15] | [objection] 165:9-20; 166:11-13, 15, 17-18, 20-21, 23-24; 185:4-186:6 | FRE 802 (hearsay because Benlida was questioning its own witness, whom it can bring to trial to testify); vague and leading as to 166:11-13, 15; leading as to 166:17-24; FRE 403 as to 185:4-186:6 (confusing because questioning is about Ex. 85 and prior testimony on 182 is about different exhibits (92 and 93)) |
| **Huang "Tracy" Sulan**<br><br>*May 26 and July 12, 2023* | 92:20-93:9 | -- | -- |
| | 115:24-116:22 | [objection] | [16] |
| | 117:4-12, 18-25; 118:1-119:25 | [objection] | *See* n.16 |
| | 123:24-124:25 | [objection] | *See* n.16 |
| | 125:10-127:5 | [objection] | *See* n.16 |
| | 128:13-129:1 | 127:23-129:1 | FRE 802 as to 127:23-128:12 (references Benlida's interrogatory answer, so it's hearsay for Benlida to add it); not helpful for context (FRE 106) because concerns different subject (Interrog. No. 4 vs. No. 3) |
| | 157:21-159:11 | 157:13-159:11 | FRE 403 (confusing) as to 157:13-20 because implicates an exhibit (Ex. 52) without identifying it.  A more |

---

[15] To avoid waste of time, the changing of the videotape time (171:8-19) should be omitted.

[16] The testimony is relevant to CTX's counter-claim relating to recoupment of money Benlida asked CTX to send to ROK to help deal with the gap on ROK's accounting books with Chinese regulators.  For CTX's position on the evidence about Chinese regulatory oversight of Benlida, *see* ECF No. 202 at 1-12.

| | | appropriate context would start at 156:8 (-159:11) |
|---|---|---|
| 159:12-18 | 159:12-160:2 | -- |
| 160:3-161:5 | -- | -- |
| 161:13-18 | -- | -- |
| 164:17-165:24 | -- | -- |
| 167:13-169:4 | 167:4-169:4 | -- |
| 169:18-171:20 | 169:18-174:10 | FRE 802 as to 171:21-174:10 (references Benlida's interrogatory answer, so it's hearsay for Benlida to add it); not helpful for context (FRE 106) because pivots to different subject beyond Ex. 96 |
| 176:13-177:24 | -- | -- |
| 178:4-179:6 | -- | -- |
| 183:19-184:5 | 182:15-184:5 | FRE 403 (confusing) as to 182:15-183:18 because implicates an exhibit (Ex. 79) without identifying it; not helpful for context (FRE 106) because goes beyond subject of debit memos |
| 186:12-187:10 | 185:12-187:10 | FRE 403 (waste of time) as 185:12-186:11 requires reference to another exhibit (Ex. 95); unnecessary to show context (FRE 106) |
| 187:20-188:14 | 187:20-189:22 | FRE 403 (waste of time) as 188:15-189:22 is repetitive of CTX's designation; unnecessary to show context (FRE 106) |

| | | | |
|---|---|---|---|
| | 191:13-193:9 | [objection] | [17] |
| | 239:9-16 | -- | -- |
| | 240:20-245:25 | 240:20-246:9 | -- [18] |
| | 247:5-249:18 | [objection] 247:5-248:7 | *Benlida fails to state any legal basis for its objection.*[19] |
| | 253:2-254:13 | -- | -- |
| | 258:8-260:9 | [objection] | [20] |
| | 282:18-283:25 | 282:18-284:11 | -- |
| | 302:6-303:12 | -- | -- |
| | 303:21-308:1 | [objection] 306:8-308:12 | *Benlida fails to state any basis for its objection.*<br><br>308:2-12 changes the subject from Benlida's knowledge of CTX's intention, so unnecessary to show context (FRE 106) |
| | 309:20-310:5 | 309:19-310:5 | [Should start from sentence beginning with "You" on 309:20] |
| | 321:4-9 | -- | -- |

---

[17] CTX's designation is relevant to its counter-claim for payment of lead-time penalties. For CTX's position on the evidence about Chinese regulatory oversight of Benlida, *see* ECF No. 202 at 1-12.

[18] No objection, subject to the Court's ruling on evidence about CTX-HK, since Benlida's cross-designation injects testimony about CTX-HK.

[19] Benlida objects to the use of the word "commingle" and seeks to exclude 248:8-249:18. The word perfectly fits the context. *See* https://www.merriam-webster.com/dictionary/commingle ("to combine (funds ...) into a common fund …").

[20] The reference to the Chinese Customs Authority and VAT taxes is relevant to Benlida's record-keeping system of CTX payments, which is of central importance to Benlida's claims and CTX's counter-claims. For CTX's position on the evidence about Chinese regulatory oversight of Benlida, *see* ECF No. 202 at 1-12. In any event Benlida's objection would only affect 258:8-17.

| | | |
|---|---|---|
| 324:12-325:3 | 324:12-326:4 | No objection to cross-designation if extended through 327:6 (for full context) |
| 325:13-14 | 324:12-326:4 | Same as above. |
| 351:3-25 | -- | -- |
| 352:14-353:23 | -- | -- |
| 354:16-356:9 | 354:16-357:13 | FRE 403 (undue prejudice) because 356:10-357:13 addresses CTX-HK; FRE 106 (changes context so not helpful) |
| 395:17-22 | -- | -- |
| 396:8-398:12 | -- | -- |
| 401:14-402:23 | -- | -- |
| 404:3-21 | 403:19-406:23 | No objection to addition of 403:19-404:2, 404:22-25, or 405:22-406:1. (Benlida did not object to 405:1-21, below). So, 404:3-406:1 is agreed.<br><br>As to 406:2-23, however, CTX objects: FRE 403 (undue prejudice) because it addresses CTX-HK, and changes the topic, so not helpful under FRE 106. |
| 405:1-21 | -- | -- |
| 407:2-18 | -- | -- |
| 408:18-410:4 | -- | -- |
| 418:16-419:13 | -- | -- |

| | | | |
|---|---|---|---|
| **Huang Xiangjiang**<br><br>*May 31, 2023* | 5:6-11 | | *Designation withdrawn* |
| | 11:3-8 | | This designation was originally listed incorrectly as on page 10. |
| | 13:5-13 | | *Designation withdrawn* |
| | 14:12-15 | | *Designation withdrawn* |
| | 14:17-20 | | *Designation withdrawn* |
| | 15:21-25 | | *Designation withdrawn* |
| | 16:2-3 | | *Designation withdrawn* |
| | 17:18-20 | -- | -- |
| | 18:3-12 | -- | -- |
| | 19:4-16 | | *Designation withdrawn* |
| | 19:19-23 | | *Designation withdrawn* |
| | 20:4-11 | -- | -- |
| | 20:15-18 | -- | -- |
| | 20:22-21:7 | -- | -- |
| | 23:24-24:2 | -- | -- |
| | 24:11-19 | -- | -- |
| | 26:19-24 | | *Designation withdrawn* |
| | 27:5-16 | | *Designation withdrawn* |
| | 27:21-22 | | *Designation withdrawn* |
| | 28:7-8 | | *Designation withdrawn* |
| | 28:12-16 | | *Designation withdrawn* |
| | 30:18-21 | -- | -- |
| | 31:16-20 | | *Designation withdrawn* |
| | 32:18-21 | | *Designation withdrawn* |
| | 33:4-9 | | *Designation withdrawn* |

| | 34:17-19 | | *Designation withdrawn* |
|---|---|---|---|
| | 34:24-35:1 | | *Designation withdrawn* |
| | 36:14-16 | | *Designation withdrawn* |
| | 36:19-22 | | *Designation withdrawn* |
| | 37:18-22 | | *Designation withdrawn* |
| | 42:2-3 | | *Designation withdrawn* |
| | 42:24-43:5 | | *Designation withdrawn* |
| | 43:8-15 | | *Designation withdrawn* |
| | 45:12-24 | | *Designation withdrawn* |
| | 46:6-8 | | *Designation withdrawn* |
| | 47:10-11 | | *Designation withdrawn* |
| | 47:16-48:19 | | *Designation withdrawn* |
| | 49:10-50:11 | [objection] | *See* notes 5, 9-10, 20. |
| | 50:13-18 | [objection] | *See* notes 5, 9-10, 20. |
| | 50:20-22 | [objection] | *See* notes 5, 9-10, 20. |
| | 51:2-15 | [objection] | *See* notes 5, 9-10, 20. |
| | 68:21-69:5 | | *Designation withdrawn* |
| | 74:25-75:3 | | *Designation withdrawn* |
| | 75:25-76:12 | | *Designation withdrawn* |
| | 77:1-5 | | *Designation withdrawn* |
| | 77:9-15 | | *Designation withdrawn* |
| | 78:24-79:6 | | *Designation withdrawn* |
| | 79:12-14 | | *Designation withdrawn* |
| | 79:18-80:4 | | *Designation withdrawn* |
| | 80:25-81:3 | | *Designation withdrawn* |
| | 81:8-11 | | *Designation withdrawn* |

| | | |
|---|---|---|
| 83:3-12 | | *Designation withdrawn* |
| 88:20-89:4 | [objection] | *See* note 3. |
| 89:20-90:10 | [objection] | *See* note 3. |
| 91:3-5 | [objection] | *See* note 3. |
| 91:9-92:6 | [objection] | *See* note 3. |
| 93:8-14 | [objection] | *See* note 3. |
| 94:9-13 | [objection]<br><br>94:4-8 | *See* note 3. |
| 94:17-22 | [objection] | *See* note 3. |
| 95:12-20 | [objection] | *See* note 3. |
| 96:12-19 | [objection] | *See* note 3. |
| 98:4-7 | -- | -- |
| 100:19-21 | | *Designation withdrawn* |
| 100:23-101:11 | | *Designation withdrawn* |
| 104:18-105:6 | | *Designation withdrawn* |
| 105:18-20 | | *Designation withdrawn* |
| 107:21-108:2 | [objection] | *Benlida fails to state any basis for its objection.* |
| 108:4-8 | [objection] | *Benlida fails to state any basis for its objection.* |
| 108:10-21 | -- | -- |
| 109:16-19 | | *Designation withdrawn* |
| 110:13-111:2 | [objection] | *Benlida fails to state any basis for its objection.* |
| 111:9 | [objection] | *Benlida fails to state any basis for its objection.* |
| 111:16-22 | | *Designation withdrawn* |
| 111:24-112:5 | | *Designation withdrawn* |

16

| | | |
|---|---|---|
| 113:2-4 | | *Designation withdrawn* |
| 113:6-10 | | *Designation withdrawn* |
| 113:12-23 | | *Designation withdrawn* |
| 113:25-114:15 | [objection] | *See* notes 5, 9-10, 20. |
| 114:22-115:3 | [objection] | *See* notes 5, 9-10, 20. |
| 115:5-12 | [objection] | *See* notes 5, 9-10, 20. |
| 116:3-6 | [objection] | *See* notes 5, 9-10, 20. |
| 116:21-117:4 | [objection] | *See* notes 5, 9-10, 20. |
| 117:6-7 | [objection] | *See* notes 5, 9-10, 20. |
| 118:1-5 | [objection] | *See* notes 5, 9-10, 20. |
| 118:7-10 | [objection] | *See* notes 5, 9-10, 20. |
| 118:19-20 | [objection] | *See* notes 5, 9-10, 20. |
| 118:22-119:4 | [objection] | *See* notes 5, 9-10, 20. |
| 119:6-17 | | *Designation withdrawn* |
| 120:21-121:6 | | *Designation withdrawn* |
| 124:11-16 | | *Designation withdrawn* |
| 125:22-24 | | *Designation withdrawn* |
| 127:5-10 | | *Designation withdrawn* |
| 129:22-24 | | *Designation withdrawn* |
| 130:6-131:19 | | *Designation withdrawn* |
| 132:3-133:5 | | *Designation withdrawn* |
| 134:25-135:8 | | *Designation withdrawn* |
| 135:22-137:6 | [objection] | *See* notes 3, 5, 9-10, 20. |
| 137:8-14 | [objection] | *See* note 3. |
| 137:16-17 | [objection] | *See* note 3. |
| 138:5-139:24 | | *Designation withdrawn* |

| | | |
|---|---|---|
| | 140:10-11 | *Designation withdrawn* |
| | 140:13-142:11 | *Designation withdrawn* |
| | 142:13 | *Designation withdrawn* |
| | 143:8-15 | *Designation withdrawn* |
| | 143:20-24 | *Designation withdrawn* |
| | 144:7-12 | *Designation withdrawn* |
| | 145:2-12 | *Designation withdrawn* |
| | 146:2-6 | *Designation withdrawn* |

Dated: September 12, 2023                           Respectfully submitted,


PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

*/s/  Matthew P. Weinshall*
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Matthew P. Weinshall
Florida Bar No. 84783
mweinshall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

*Counsel for Circuitronix, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on September 12, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Matthew P. Weinshall*
Matthew P. Weinshall