UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,

v.

CIRCUITRONIX, LLC,

Defendant.
_____/

**CIRCUITRONIX, LLC'S NOTICE OF FILING
ITS COMPLETE TRIAL EXHIBIT LIST**

Defendant Circuitronix, LLC ("CTX"), through undersigned counsel, hereby gives notice of filing its complete exhibit list within the extended deadline the Court permitted.  *See* DE 215.  CTX's complete trial exhibit list is attached hereto as Exhibit 1.

CTX advises the Court, however, that one aspect of the exhibit lists remains outstanding:  CTX has not yet had an opportunity to submit its objections to Benlida's complete trial exhibit list.  As of this writing, on the afternoon of September 15, 2023, Benlida has not yet served CTX with any additional trial exhibits since the Court's order extending the deadline for that last week.  CTX understands that Benlida intends to list several thousand pages of additional exhibits on its list.  It is clear at this time that CTX will not have adequate time to review and state its objections to Benlida's additional trial exhibits by today's deadline.[1]  Consequently, once Benlida serves its complete trial exhibits, CTX will promptly review them and separately file its objections.

---

[1] Aside from the amount of time such review and work will entail, this evening also marks the beginning of the holiday of Rosh Hashana, which the undersigned observes.

**Podhurst Orseck, P.A.**
One S.E. Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346          www.podhurst.com

Dated: September 15, 2023

Respectfully submitted,

PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

/s/ Stephen F. Rosenthal
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweishall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

*Counsel for Circuitronix, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on September 15, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Stephen F. Rosenthal*
Stephen F. Rosenthal

2

**Podhurst Orseck, P.A.**
One S.E. Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com