# EXHIBIT 1

AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

vs.

CIRCUITRONIX, LLC

**JOINT EXHIBIT LIST WITH
CTX'S ADDITIONAL EXHIBITS**

Case No.: 21-60125-CIV-SCOLA/GOODMAN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Robert N. Scola, Jr. | Jean-Claude Mazzola Richard E. Lener | Stephen F. Rosenthal Matthew P. Weinshall Christina H. Martinez |
| TRIAL DATE (S) October 10, 2023 | COURT REPORTER Tammy Nestor | COURTROOM DEPUTY Jacob Hasbun |

| JOINT NO. | PLF NO. | DEF. NO. | DATE OFFERED | MARK-ED | ADMITT-ED | DESCRIPTION OF EXHIBITS | EXPECT VS. MAY USE | OBJ. |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | 11-21-17 email from Tracy to Akshay re: Debit Memos for your reference | | |
| 2 | | | | | | 6-8-16 Debit Memo – penalty for lead time exceedances for PO's for January 2016 | | |
| 3 | | | | | | 1-14-16 email from Tracy to Rishi re: Payment Details for BLD for CTX-HK (Jan. 1, 2015) | | Δ-R/UP |
| 4 | | | | | | Payment Detail | | Δ-R/UP |
| 5 | | | | | | Benlida 2017 Reconciliation Statement Spreadsheet (created by Nicole and Todor) | | Δ-R/UP |
| 6 | | | | | | 11-29-19 email from accounting@benlida.com to Nicole/Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK. | | Δ-R/UP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Attachment: "No records DM list" | | |
| 7 | | | | | | Missing Invoice Spreadsheet (2012-2014) | | |
| 8 | | | | | | Spreadsheet of CTX debit memos to ROK | | Δ-R/UP |
| 9 | | | | | | 12-2-19 email from accounting@benlida.com to Nicole/Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK. Attachment: "CTX missing inv. (with BLD and ROK), …" | | |
| 10 | | | | | | 1-10-18 monthly statement from Benlida & ROK to CTX & CTX-HK | | Δ-R/UP |
| 11 | | | | | | Reconciliation spreadsheet | | Δ-R/UP |
| 12 | | | | | | 6/17/14 CTX-HK Purchase Order | | Δ-R/UP |
| 13 | | | | | | 8-19-14CTX Purchase Order | | |
| 14 | | | | | | 7-29-16 email from Honkit Cho (CTX-HK) to Tracy re: CTX-HK Aug. 1, 2016 Payment details for Jiangmen BLD Printed Circuit Company Limited | | Δ-R/UP |
| 15 | | | | | | 8-1-16 Payment Detail (CTX-HK) | | Δ-R/UP |
| 16 | | | | | | 7-1-16 Payment Detail (CTX-HK) | | Δ-R/UP |
| 17 | | | | | | 7-10-16 email Honkit Cho (CTX-HK) to Tracy re: CTX-HK July 1, 2006 payment details for Jiangmen BLD Printed Circuit Company Limited | | Δ-R/UP |
| 18 | | | | | | Dec. 13-14, 2016 Meeting Minutes | | |
| 19 | | | | | | 10-20-17 Meeting Minutes | | |
| 20 | | | | | | March 3-9, 2018 Meeting Minutes | | |
| 21 | | | | | | 3-1-12 Manufacturing & Representation Agreement | | |
| 22 | | | | | | 6-8-16 email from Tracy to Rishi re: penalty for lead-time exceedances – BLD (CTX- | | Δ-R/UP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | HK) & ROK (CTX-HK); email from Honkit Cho to Tracy with lead-time penalties | | |
| 23 | | | | | Spreadsheet for Lead-Time Exceedances for Jan. 2016 Orders (CTX-HK) | | Δ-R/UP |
| 24 | | | | | 6-18-16 email from Tracy to Nicole re: Penalty for Lead-Time Exceedances- ROK & BLD Jan 2016 Orders | | |
| 25 | | | | | 3-21-17 Notice from "Jiangmen Benlida Group" to CTX & CTX-HK | | |
| 26 | | | | | 3-17-18- Meeting Minutes | | |
| 27 | | | | | 2014 Business Authorization letter | | Δ-R/UP |
| 28 | | | | | 4-30-16 email from Tracy to Todor re: pls use these when doing your numbering comparing [re: 2015 records] | | |
| 29 | | | | | 1-1-15 CTX payment detail, with BLD comments (attachment to Ex. 28 email) | | |
| 30 | | | | | Oct. 2015 Benlida monthly statement to CTX | | Δ-R/UP |
| 31 | | | | | 8-2015 Benlida monthly statement to CTX (dated 9-6-15) | | |
| 32 | | | | | 7-13-16 email from Tracy to Sourabh re: procedure for calculating leadtime exceedance penalty (includes Rishi to Sourabh email from 6-21-2016) | | |
| 33 | | | | | 6-21-16 email from Rishi to Sourabh Procedure for Calculating Lead-Time exceedance Penalty | | |
| 34 | | | | | 5-12-16 email from Tracy to Rishi re: ROK & BLD 5-1-16 Payment Details (comments re calculation of leadtime penalty) | | |
| 35 | | | | | 12-2-15 email from ROK pcb re: ROK & BLD Sch date we will put off totally at least 35 days. Pls give your priority | | |
| 36 | | | | | 12-3-15 email from Tracy to Rishi re: ROK & BLD Sch | | |

Case No.:  21-60125-CIV-SCOLA/GOODMAN

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | date will be put off totally at least 35 days. Pls give your priority | | |
| 37 | | | | | | 12-2-15 email Rishi to Tracy re: Penalty for Lead Time exceedances- BLD (CTX-HK) ; Douglas email that BLD can't keep up production | | |
| 38 | | | | | | 11-16-15 email re: New PO# BEN-B1503541-X66 for P/N: P01V04 1131 for 600 pieces | | |
| 39 | | | | | | 3-15-12 email from Douglas to Rishi re: signing new agreement and withdrawing lawsuit | | Δ-R/UP |
| 40 | | | | | | 8-2-16 email attaching 2016 Letter Agreement | | |
| 41 | | | | | | 2-29-16 email from Tracy to Rishi re: Feb. 25, 2016 Meeting minutes | | |
| 42 | | | | | | 7-28-16 email from Tracy to Rishi re: July 25, 2016 Meeting minutes | | |
| 43 | | | | | | 12-19-16 email from Rishi to Tracy re: price increase (and Dec. 14, 2016 meeting) | | |
| 44 | | | | | | 12-19-16 email from Tracy to Rishi re: price increase (and Dec. 14, 2016 meeting) | | |
| 45 | | | | | | 12-26-16 email from Tracy to Rishi re: Dec. 14, 2016 Meeting minutes | | |
| 46 | | | | | | 1-6-17 email from Rishi to Tracy re: Dec. 14, 2016 Meeting minutes | | |
| 47 | | | | | | 1-9-17 email from Tracy to Rishi re: Dec. 14, 2016 Meeting minutes | | |
| 48 | | | | | | 10-22-17 email from Tracy to Rishi Oct. 19-20, 2017 Meeting minutes | | |
| 49 | | | | | | 10-31-17 email from Rishi to Tracy re: Oct. 20, 2017 Meeting minutes | | |
| 50 | | | | | | 11-2-17 email from Rishi to Tracy re: Oct. 20, 2017 Meeting minutes | | |

Case No.:  21-60125-CIV-SCOLA/GOODMAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51 | | | | | 11-3-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | | |
| 52 | | | | | 11-7-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | | |
| 53 | | | | | 2-23-18 email from Tracy to Rishi re: Feb. 7, 2018 meeting with Akshay Koul | | |
| 54 | | | | | 2-24-18 email from Tracy to Rishi re: meeting agenda list - 2018 Miami | | |
| 55 | | | | | 3-9-18 email from Tracy to Rishi re: March 2018 Meeting minutes in Miami | | |
| 56 | | | | | 3-10-18 email from Tracy to Rishi re: sheets mentioned during March 2018 meeting in Miami | | |
| 57 | | | | | 4-5-18 email from Rishi to Tracy re: price increase up to Jan & Feb 2018, attaching minutes of March 17, 2018 meeting in Benlida | | |
| 58 | | | | | 3-21-18 email from Tracy to Rishi attaching minutes of March 17, 2018 meeting in Benlida | | |
| 59 | | | | | 3-26-18 email from Tracy to Rishi re: reconciliation 2017 statement | | |
| 60 | | | | | 1-16-19 email from Tracy to Rishi re: Meeting Minute Conference Call on Jan. 16, 2019 | | |
| 61 | | | | | 10-5-18 email from Tracy to Rishi re: "Authorization for Payment Entrust – important!" | | Δ-R/UP |
| 62 | | | | | Third Amended Complaint | | Δ-R/UP |
| 63 | | | | | 5-23-23 Benlida's Interrogatory Responses | | Δ-H |
| 64 | | | | | 6-28-16 email from Douglas to Rishi re: 2015 invoice discrepancy | | Δ-R/UP |
| 65 | | | | | 11-21-16 email from Tracy to Rishi re: payment need in Nov., attaching BLD payment details | | Δ-R/UP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 66 | | | | | 2-26-15 email from Todor to Benlida re: March 1, 2015 Payment Details (December 2014 invoices) & bank slips | | |
| 67 | | | | | 5-12-16 email from Tracy to Rishi re: pls use these when doing number comparing [attaching invoice differences through Oct. 2015] | | |
| 68 | | | | | 5-21-17 email from Tracy to Rishi attaching photo of white board recapping May 17, 2017 discussion | | |
| 69 | | | | | 5-31-19 email from Tracy to Rishi attaching photo of whiteboard recapping March 2018 meeting in Miami | | Δ-R/UP |
| 70 | | | | | 7-29-19 email from Tracy to Rishi responding to Rishi's email to Douglas | | |
| 71 | | | | | 7-14-16 email from Douglas to Rishi re: secondary agreement; bank having discovered ROK is lying | | Δ-R/UP |
| 72 | | | | | 7-5-16 email from Douglas to Rishi re: bank froze ROK's account | | Δ-R/UP |
| 73 | | | | | 3-27-17 email from Tracy to Rishi re: Tax department check – requesting payment | | |
| 74 | | | | | 12-9-18 email from Roger Wu to Rishi attaching "BLDROK SHIPMENTS 1207" (BLD's analysis of shipment amounts through Oct. 2018) | | Δ-R/UP |
| 75 | | | | | 12-2-18 email from Tracy to Rishi re: shipment payment, pls feedback [attaching Payment Request memo (CTX_4356-59] | | Δ-R/UP |
| 76 | | | | | 3-16-19 email from Tracy to Rishi re: BLD payments [reconciliation discussion showing 12-1-16 to 3-9-19 records] | | Δ-R/UP |
| 77 | | | | | 6-19-19 email from Tracy to Rishi re: shipment payment (6-19-19 update after reconciliation) | | Δ-R/UP |

| 78 | | | | | 8-1-19 email from Tracy to Rishi re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | | Δ-R/UP |
|---|---|---|---|---|---|---|---|
| 79 | | | | | 11-14-19 email from accounting@benlida.com to Rishi, Akshay, et al. re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | |
| 80 | | | | | Sinosure Claim Form (CTX, LLC) | | |
| 81 | | | | | Sinosure Claim Form (CTX-HK) | | Δ-R/UP |
| 82 | | | | | 6-7-18 email from Tracy to Rishi re: wire transfer of USD200K | | |
| 83 | | | | | Ms. Chen's Excel Spreadsheet "CTX Unpaid Invoices, 2020 December" – "Received Payments" Tab | | Δ-R/UP |
| 84 | | | | | Ms. Chen's Excel Spreadsheet "CTX Unpaid Invoices, 2020 December" – "Received Payments" Tab - 2018 - excerpt | | Δ-R/UP |
| 85 | | | | | 9-6-18 email from Nicole Donaldson to Tracy re: BLD Payment Detail & bank slips for your reference - June 2018 invoices | | |
| 86 | | | | | 4-29-19 email from Tracy to Rishi re: BLD payments, attaching "Benlida reconciliation with CTX 0316.xlsx" | | Δ-R/UP |
| 87 | | | | | 11-22-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK, attaching "Benlida Shipment & Payment Details CTX-HK 2012-2019.xlsx," etc. | | Δ-R/UP |
| 88 | | | | | 12-4-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of | | Δ-R/UP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | April, 2012 until present for BLD & ROK, attaching missing invoice details | | |
| 89 | | | | | 12-4-19 email from accounting@benlida.com to Nichole Donaldson & Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | Δ-R/UP |
| 90 | | | | | 12-4-19 email accounting@benlida.com to Nichole Donaldson & Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | Δ-R/UP |
| 91 | | | | | 1-12-20 email from accounting@benlida.com to Sinosure, attachments include 2019 email reconciled with CTX & Cash transaction email after risk occurred | | Δ-R/UP |
| 92 | | | | | 6-29-18 email from Nichole Donalson to Tracy re: "Benlida Payment Details & Bank slips for your reference - April 2018 Invoice"s (Marked up by Ms. Chen) | | |
| 93 | | | | | 8-1-2018 email from Nichole Donalson to Tracy re: "Benlida Payment Detail & Bank Slips for your reference - May 2018 Invoices" (Marked up by Chen) | | |
| 94 | | | | | 10-18-19 email from Tracy to Rishi re: Lead Time Penalty for 3-2019 | | Δ-R/UP |
| 95 | | | | | 11-13-19 email from Tracy to Rishi re: Lead Time Penalty for BLD for May 2019 - Benlida feedback | | |
| 96 | | | | | 12-30-16 email from Tracy to Rishi re: Minutes of Meeting with BLD on December 14, 2016 | | |
| 97 | | | | | 11-30-16 email from Tracy to Rishi re: payment in Nov -- | | Δ-R/UP |

Case No.: 21-60125-CIV-SCOLA/GOODMAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | update as per CTX accounting number | | |
| 98 | | | | | 3-4-19 email from Nichole to Melonnie Rhoden re: Benlida Payment Detail & Bank Slips for your reference - November 2018 invoices | | |
| 99 | | | | | 3-6-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - December 2018 invoices | | |
| 100 | | | | | 4-12-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - January 2019 invoices | | |
| 101 | | | | | 5-1-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - February 2019 invoices | | |
| 102 | | | | | 6-4-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - March 2019 invoices | | |
| 103 | | | | | 7-8-19 email from Nichole Donaldson to Tracy re: Benlida Payment Detail & Bank Slips for your reference - April 2019 invoices | | |
| 104 | | | | | 8-1-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - May 2019 invoices | | |
| 105 | | | | | 9-5-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - June 2019 invoices | | |
| 106 | | | | | 10-4-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - July 2019 invoices | | |
| 107 | | | | | 3-16-19 email from Tracy to Rishi re: Benlida payments | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 108 | | | | | 8-26-16 email from Tracy to Rishi re: Update payment number—correct one | Δ-R/UP |
| 109 | | | | | 11-3-2016 email from Tracy to Rishi re: payment need in Nov. | Δ-R/UP |
| 110 | | | | | 11-17-16 email from Tracy to Rishi re: payment need in Nov. | Δ-R/UP |
| 111 | | | | | 11-17-16 email from Tracy to Rishi re: payment need in Nov | Δ-R/UP |
| 112 | | | | | 3-16-19 email from Rishi to Tracy re: Belinda payments | Δ-R/UP |
| 113 | | | | | 5-19-19 email from Tracy to Rishi re: cash flow issue | |
| 114 | | | | | 5-30-23 CTX's Supplemental Answers to 1st set Interrogatories | |
| 115 | | | | | 5-22-19 email from Melonnie Rhoden to Tracy re: Belinda Statement Reconciliation April 2019 | |
| 116 | | | | | 10-1-16 CTX Payment Detail for ROK | Δ-R/UP |
| 117 | | | | | 7-29-16 email from Honkit Cho to Tracy re: Payment details for Benlida (CTX-HK) | Δ-R/UP |
| 118 | | | | | 7-10-16 email from Honkit Cho to Tracy re: Payment details for Benlida (CTX-HK) | Δ-R/UP |
| 119 | | | | | 6-8-16 email from Tracy to Rishi re: Penalty for Lead time exceedances - BLD (CTX-HK) & ROK (CTX-HK) | Δ-R/UP |
| 120 | | | | | 11-1-19 email from Rishi to Douglas re: CTX, USA payment reconciliation from 1st of April, 2012 until present for BLD & ROK | Δ-R/UP |
| 121 | | | | | 7-29-19 email from Rishi to Douglas re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | Δ-R/UP |
| 122 | | | | | 12-4-14 email from Todor to Tracy re: Dec. 2, 2014 payment detail for Benlida in the amount of $5,821.01 | |
| 123 | | | | | 2-2-15 email from Todor to Tracy re: Benlida Payment | Δ-R/UP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Detail & bank slip as proof of payment/ROK bank slip (attaching Benlida Payment Details Jan. 1 and Feb. 1, 2015) | | |
| 124 | | | | | 2-26-15 email from Todor to Tracy re: Payment Detail & Bank slip as proof of payment (attaching Benlida Payment Details March 1, 2015) | | |
| 125 | | | | | 4-27-15 email from Todor to Tracy re: Payment Detail & bank slip (attaching ROK payment details for March 2014 – April 2015) | | Δ-R/UP |
| 126 | | | | | 8-31-16 email from Rishi to Tracy re: update payment number - correct one | | Δ-R/UP |
| 127 | | | | | 3-27-17 email from Rishi to Tracy re: invoice discrepancy analysis update | | |
| 128 | | | | | 9-1-16 CTX Payment Detail | | |
| 129 | | | | | Benlida's outside auditor's Confirmation of Balances to CTX, LLC for 2017 | | |
| 130 | | | | | Benlida's outside auditor's Confirmation of Balances to CTX-HK for 2017 | | Δ-R/UP |
| 131 | | | | | 6-3-19 email from accounting@benlida.com to Rishi, et al. re: Confirmation for Audit Purposes (attaching Benlida's outside auditor's Confirmation of Balances for 2018) | | Δ-R/UP |
| 132 | | | | | 7-31-20 email from accounting@benlida.com to Rishi, et al. re: Confirmation for Audit Purposes (attaching Benlida's outside auditor's Confirmation of Balances for 2019) | | Δ-R/UP |
| 133 | | | | | 2015 Benlida monthly statements to CTX (Jan – Dec.) | | Δ-R/UP |
| 134 | | | | | Screenshot of Chinese Tax Authority Portal | | |

Case No.: 21-60125-CIV-SCOLA/GOODMAN

| | | | | | | |
|---|---|---|---|---|---|---|
| 135 | | | | | Screenshot of Communications with Chinese Customs Bureau | |
| 136 | | | | | 9-9-21 email dated re: Statement of Aug. 2021 | Δ-R/UP |
| 136 A | | | | | 8-21 Benlida monthly statement to CTX | |
| 13 6B | | | | | 9-9-21 Benlida monthly statement to CTX | |
| 13 6C | | | | | 8-21 Benlida monthly statement to CTX-HK | Δ-R/UP |
| 13 6D | | | | | 9-9-21 Benlida monthly statement to CTX-HK | Δ-R/UP |
| 137 | | | | | 4-30-18 email from Alfredo More to Tracy re: "DHL Invoices | Δ-R/UP |
| 138 | | | | | CTX Excel spreadsheet – Benlida proformas | Δ-R/UP |
| 139 | | | | | ROK Payment Details CTX-US-HK 2012-2018 | Δ-R/UP |
| 140 | | | | | Payment Schedule for ROK_US_HK Payment Detail Reconciliation | Δ-R/UP |
| 141 | | | | | Screenshot index of Randall Paulikens' Documents | |
| 142 | | | | | Benlida vs CTX Accounting event | |
| 143 | | | | | Summary – LTP data (Excel) [print out first page and mark it with placeholder] | Δ-R/UP |
| 144 | | | | | Randall Paulikens' Response Report | Δ-H, R/UP |
| 145 | | | | | Working Analysis – Table 7 and additional tables | Δ-R/UP |
| 146 | | | | | Benlida Shipment & Payment Details CTX-HK 2012-2019.xlsx | Δ-R/UP |
| 147 | | | | | KM Report [w/o exhibits] | Δ-R/UP |
| 148 | | | | | BLD Payment Details_CTX-US_2012-2021_v.5 [print 1st page from email] | Δ-R/UP |
| 149 | | | | | "Benlida source for Complaint 12_1_20 (2).xlsx" – "EN tab" | Δ-H |
| 14 9A | | | | | "Benlida source for Complaint 12_1_20 (2).xlsx" – "Inv Detail" tab | Δ-H |

| 14 9B | | | | | "Benlida source for Complaint 12_1_20 (2).xlsx" – "Sheet 1" tab | Δ-H |
|---|---|---|---|---|---|---|
| 150 | | | | | 1-10-18 list of 2017 shipment amounts from BLD and ROK to CTX-HK | Δ-R/UP |
| 151 | | | | | KM Docs Utilized Folder Trees | |
| 152 | | | | | Docs Utilized List from KM Report | Δ-R/UP |
| 153 | | | | | BLD Payment Details CTX-US- V5_2012-2019 [previously marked exhibit 120] ("CTX Recon") | Δ-R/UP |
| 154 | | | | | 2012-2019 Reconciliation Analysis 2019.11.15 CCT | Δ-R/UP |
| 155 | | | | | 3-10-15 DM # "0310" (one of the ones in KM's judgmental set) | |
| 156 | | | | | BLD Penalty for LT Exceedance Reports Nov. 2020 | |
| 157 | | | | | BLD Penalty for LT Exceedance Reports April 2020 | |
| 158 | | | | | BLD Shipment and Payment Details CTX-HK_2012-2019 | Δ-R/UP |
| 159 | | | | | 3-21-16 CTX Debit Memo | |
| 160 | | | | | Oct. 20, 2013 CTX Debit Memo | |
| 161 | | | | | 9-12-14 CTX Debit Memo | |
| 162 | | | | | Jules Jin & Co. 2021 Audit of CTX-HK | Δ-R/UP |
| 163 | | | | | Jules Jin & Co. 2022 Audit of CTX-HK | Δ-R/UP |
| 164 | | | | | KM/Citrin Invoices | Δ-R/UP |
| 165 | | | | | BM Recent Testimony List from Report | Δ-R/UP |
| 166 | | | | | 4-12-19 Benlida invoice to CTX (CCT-BLD-190412001) | |
| 167 | | | | | 8-6-19 Benlida invoice to CTX-HK (BLDCCT-HK19080602) | Δ-R/UP |
| 168 | | | | | Binder of Barry Mukamal | Δ-R/UP |

| | | | A | | | 4-23-13 email from Rishi to Tracy re: Penalty for Leadtime Violation [CTX 1524-1525] | May | |
|---|---|---|---|---|---|---|---|---|
| | | | B | | | 7-1-13 email from Sunny Kapoor to Tracy re: Penalty for Leadtime Violation [CTX 1607-1612] | May | |
| | | | C | | | 10-16-13 email from Tracy to Rishi re: meeting minutes [CTX 3412-3413] | May | |
| | | | D | | | 3-31-14 Email from Jim HonKit Cho to Tracy Benlida re: Benlida debit memo: BEN-DM20140328 // E00808703 Rev A 2.549mm returned freight cost [CTX-1533385-1533386] | May | |
| | | | E | | | 5-1-14 Email from Jim HonKit Cho to Tracy Benlida re: Benlida Debit memo: BEN-DM20140430 & BEN-DM20140430-2 [CTX 1533387-1533389] | May | |
| | | | F | | | 2-4-15 email from Tracy to Sunny re: bring down unit price from Feb order – Urgent [CTX 3414-3417] | May | |
| | | | G | | | 7-1-15 email from Tracy to Rishi re: price increase [CTX 3717] | May | |
| | | | H | | | 9-17-15 email form Tracy to Douglas re: Penalty for Leadtime Violation [CTX 4763-4764] | May | |
| | | | I | | | 11-30-15 Email from Jim HonKit Cho to Tracy Benlida re: Penalty for Lead Time exceedances - BLD (CTX-HK) – Document ID: 7523631-0002537463-0011 (Attachments Document: 7523631-0002537463-0012-Document: 7523631-0002537463-0013) [CTX-1533390-1533396] | May | |
| | | | J | | | 12-9-15 email from Tracy to Rishi re: fyi! [CTX 1533344-1533363] | May | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | K | | | | 12/31/2015 Email from Jim HonKit Cho to Tracy Benlida re: Penalty for Lead Time exceedances - BLD (CTX-HK) [CTX_312058-312059] | May | |
| | | L | | | | 1-3-16 email from: Tracy to: Rishi re: Delamination Issues D-8794705PNP02+0 [CTX 1703-1705] | May | |
| | | M | | | | 1-7-16 email from Tracy to Rishi re: payment of Jan 2016 [CTX 2172] | May | |
| | | N | | | | 1/20/2016 Email from Jim HonKit Cho to Tracy Benlida re: Penalty for Lead Time exceedances - BLD (CTX-HK) [CTX 295735- 295737] | May | |
| | | O | | | | 1-28-16 email from Tracy to: Rishi re: URGENTREMINDER: FNG1H – AE … [discussing leadtimes disagreement] [CTX_1716-1721] | May | |
| | | P | | | | 2-17-2016 email from Charles Mervens to rokpcb@126.com, Tracy re: new order for PO: BLD-1206508-X68 / PN: 0704116 for 600 pcs [CTX 1688-1702] | May | |
| | | Q | | | | 2-19-16 email from Tracy to Rishi re: some reverts on late delivery penalty  [CTX 1517] | May | |
| | | R | | | | 2-19-16 email from Tracy to Charles Mervens re: Debit Memo BEN-DM2016017 for your reference [CTX_1685-1686] | May | |
| | | S | | | | 2-19-16 from Tracy to Rishi re: payment need for Benlida and ROK  [CTX 2170] | May | |
| | | T | | | | 2-23-16 email from Tracy to Rishi re: Leadtime Penalty discussion info [CTX 1526] | May | |
| | | U | | | | 2-25-16 email from Tracy to Rishi re: Benlida [CTX 1508] | May | |
| | | V | | | | 2/25/2016 Email from Jim HonKit Cho to Tracy Benlida re: Penalty for Lead Time | May | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | exceedances - BLD (CTX-HK)  [CTX 295225-295227] | | |
| | | W | | | 3-3-16 email from Tracy to Rishi re: 2 million loan and Sinosure [CTX979-983] | May | |
| | | X | | | 3-7-2016 email from Tracy to Rishi re: need wire to Benlida [CTX_1147-1150] | May | |
| | | Y | | | 3-8-16 from Tracy to Rishi re: loan proposal [CTX_1327] | May | |
| | | Z | | | 3-11-16 from Tracy to Rishi re: need wire to Benldia [CTX_991-997] | May | |
| | | AA | | | 3-21-16 email from Tracy to Rishi re: need wire to Benlida [CTX 2196-2202] | May | |
| | | BB | | | 3/22/2016 Email from Jim HonKit Cho to Tracy Benlida re: Penalty for Lead Time exceedances - BLD (CTX-HK) – [CTX 294858-294860] | May | |
| | | CC | | | 3-23-16 email from Tracy to Rishi re: leadtime on orders [CTX_813-814] | May | |
| | | DD | | | 3-24-16 email from Tracy to Honkit Cho re: Penalty for LeadTime exceedances- BLD (CTX-HK) [CTX 1513] | May | |
| | | EE | | | 3-28-16 email from Tracy to Rishi re: Penalty for Lead Time exceedances- BLD (CTX-HK) [CTX 1520-1521] | May | |
| | | FF | | | 4-13-16 email form Tracy to Rishi re: Payment in Apr 2016 [CTX 1162] | May | |
| | | GG | | | 4-13-16 email from Tracy to Rishi re: CTX orders and lead time [CTX 796] | May | |
| | | HH | | | 4-15-16 email from Tracy to Sourabh re: CTX orders and lead time- update 0416 [CTX 809-810] | May | |
| | | II | | | 4-19-16 email from Tracy to Rishi re: wave penalty on PQ26 and Imm Tin  [CTX 1363] | May | |
| | | JJ | | | 4-21-16 email from Tracy to Rishi re: payment in Apr 2016 [CTX_2178-2179] | May | |

Case No.:  21-60125-CIV-SCOLA/GOODMAN

|  |  | KK |  |  |  | 4-22-16 email from Tracy to Rishi re: some emails for your reference [CTX 1600-1602, CTX 1604, CTX 1607-1614] | May |  |
|  |  | LL |  |  |  | 4-25-16 email from Tracy to Rishi re: Penalty for Leadtime Violation- update [CTX 1522-1523] | May |  |
|  |  | MM |  |  |  | 5-3-16 email from Tracy to Sourabh re: pending repeat order price need to be fixed- IMPORTANT! [CTX 1081-1085] | May |  |
|  |  | NN |  |  |  | 5-11-16 email from Tracy to Rishi re: 2015 leadtime exceeding penalty discussion (Jan-Jul) [CTX 1511] | May |  |
|  |  | OO |  |  |  | 5-13-16 email from Tracy to Rishi re: Imm Tin processing cost update—May 2016 [CTX 1493-1495] | May |  |
|  |  | PP |  |  |  | 5-16-16 email from Tracy to Rishi re: HKG personal account info [CTX 2007-2008] | May |  |
|  |  | QQ |  |  |  | 6-27-16 email from Tracy to Sourabh re: Procedure for Calculating Leadtime Exceedance Penalty [CTX 1561-1563] | May |  |
|  |  | RR |  |  |  | 6-28-16 email from Douglas to Rishi re: remind on pending issues [CTX 1365-1375] | May |  |
|  |  | SS |  |  |  | 6-29-16 email from Tracy to Sourabh re: Pricing Discrepancy [CTX 959-962] | May |  |
|  |  | TT |  |  |  | 6-30-16 email form Tracy to Rishi re: remind on pending issues [CTX 1434-1445] | May |  |
|  |  | UU |  |  |  | 7-3-16 email from Tracy to Sourabh re: Pricing Discrepancy [involving remittance information, please pat attention to the safety of property] [CTX 966-969] | May |  |
|  |  | VV |  |  |  | 7-5-16 email from Douglas to Rishi re: bank froze ROK's account [CTX 1376-1389] | May |  |

Case No.:  21-60125-CIV-SCOLA/GOODMAN

|  |  | WW |  |  | 7-11-16 email from Tracy to Rishi re: Pricing Discrepancy [CTX 921-929] | May |  |
|  |  | XX |  |  | 7-13-16 email from Tracy to Sourabh re: Procedure for Calculating Leadtime Exceedance Penalty [CTX 1565-1569, CTX 1571-1572] | May |  |
|  |  | YY |  |  | 7-14-16 email from Tracy@Benlida to Rishi Re: Procedure for Calculating Leadtime Exceedance Penalty; [CTX 1576-1581] |  |  |
|  |  | ZZ |  |  | 7-14-2016 email from Tracy to Rishi re: 回复: Re: secondary agreement [CTX 2205-2220] | May |  |
|  |  | AAA |  |  | 7-14-16 email from Douglas to Rishi re: secondary agreement; bank having discovered ROK is lying [CTX 1390-1403] | May |  |
|  |  | BBB |  |  | 7-16-16 email from Tracy to Rishi re: Procedure for Calculating Leadtime Exceedance Penalty [CTX 1583-1589] | May |  |
|  |  | CCC |  |  | 7-25-16 email from Tracy to Rishi re: LT Penalty waving details [CTX 1529] | May |  |
|  |  | DDD |  |  | 7-25-16 email from Tracy to Rishi re: CTX HK BLD Penalty for Lead-Time Exceedances [CTX 1506] | May |  |
|  |  | EEE |  |  | 8-3-16 email from Tracy to Rishi re: required urgently [CTX_1320-1321] | May |  |
|  |  | FFF |  |  | 8-11-16 email from Tracy to Rishi re: updated payment number—correct one [CTX 1354-1362] | May |  |
|  |  | GGG |  |  | 9-7-16 email from Tracy to Rishi re: payment need in Sep [CTX 2171] | May |  |
|  |  | HHH |  |  | 9-13-16 email from Tracy to Rishi re: leadtime basket [CTX 821] | May |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | III | | | 9-23-16 email from Tracy to Rishi re: need help on wire transfer [CTX 2173] | May | |
| | | JJJ | | | 9-29-16 email form Tracy to Rishi re: payment need in Sept [CTX 867-870] | May | |
| | | KKK | | | 10-6-16 email from Tracy to Rishi re: CTX orders and output [CTX 808] | May | |
| | | LLL | | | 11-14-16 email from Tracy to Rishi re: price increase notice [CTX 785] | May | |
| | | MMM | | | 11-21-16 email from Tracy to Rishi re: payment need in Nov [CTX 1260-1273] | May | |
| | | NNN | | | 11-17-16 email from Tracy to Rishi re: price increase notice [CTX 787-789] | May | |
| | | OOO | | | 11-18-16 email from Tracy to Rishi re: price increase notice [CTX 791-795] | May | |
| | | PPP | | | 12-8-16 email from Tracy to Rishi re: KB rice increase notice on 2016/12/08 [CTX 782] | May | |
| | | QQQ | | | 12-8-16 email from Tracy to Rishi re: price increase notice on 2016/12/08 [CTX 784] | May | |
| | | RRR | | | 1-16-17 email from Rishi to Tracy re: shipment and payment—update on 1/13/2017 [CTX 3446-3454] | May | |
| | | SSS | | | 2-22-17 email from Tracy to Rishi re bank slips -- more payment should be made [CTX 2002-2004] | May | |
| | | TTT | | | 3-15-17 email from Tracy to Rishi re: shipment and payment -- 20170315 [CTX 2068-2069] | May | |
| | | UUU | | | 3-21-17 email from Tracy to Rishi re: urgent issue on ROK foreign exchange!!! -- CTX 2070 | May | |
| | | VVV | | | 4-7-17 email from Tracy to Rishi re: IV for OSP—up to 201702 [CTX 3480-3486] | May | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | WWW | | | | 4-10-17 email from Tracy to Rishi re: price increase in 201703 [CTX 3749] | May | |
| | | XXX | | | | 4-10-17 email from Tracy to Rishi re: price increase in 201703 [CTX 3487] | May | |
| | | YYY | | | | 4-10-17 email from Tracy to Rishi re: price increase in 201703 [CTX 3728] | May | |
| | | ZZZ | | | | 4-13-17 email from Tracy to Rishi re: price increase in 201703—revised!  [CTX 3491-3492] | May | |
| | | AAAA | | | | 4-17-17 email from Tracy to Rishi re: wire transfer further discussion [CTX 3495-3496] | May | |
| | | BBBB | | | | 4-17-17 email from Tracy to Rishi re: Fw: Fw: shipment and payment in Apr 2017 [CTX 3497-3501] | May | |
| | | CCCC | | | | 4-19-17 email from Tracy to Rishi re: pls send ROK one more wire from CTX HKG [CTX 3502-3507] | May | |
| | | DDDD | | | | 4-29-17 email from Tracy to Rishi re: price increase in 201703 -- revised [CTX 3508-3510] | May | |
| | | EEEE | | | | 4-29-17 email from Tracy to Rishi re: price increase in 201703 -- revised  [CTX 3522-3524] | May | |
| | | FFFF | | | | 5-9-17 email from chzhj512@163.com to todorc@circuitronix.com [CTX 3722] | May | |
| | | GGGG | | | | 5-9-17 email from chzhj512@163.com to todorc@circuitronix.com [CTX 3743] | May | |
| | | HHHH | | | | 5-15-17 email from jmllp@126.com to  todorc@circuitronix.com [CTX 3725] | May | |
| | | IIII | | | | 5-15-17 email from jmllp@126.com to todorc@circuitronix.com [CTX 3746] | May | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | JJJJ | | | 5-16-17 email from Tracy to Rishi re: price increase in 201703 -- update with breakdown [CTX 3533-3535] | May | |
| | | KKKK | | | 6-3-17 email from Tracy to Rishi re: price increase in 201704 [CTX 3548] | May | |
| | | LLLL | | | 6-3-17 email from Tracy to Rishi re: price increase 201704 [CTX 3718] | May | |
| | | MMMM | | | 6-3-17 email from Tracy to Rishi re: Monthly statement of April 2017  [CTX 3742] | May | |
| | | NNNN | | | 6-6-17 email from chzhj512@163.com to todorc@circuitronix.com [CTX 3714] | May | |
| | | OOOO | | | 6-9-17 email from Tracy to Rishi re: price increase in 201704 [CTX 3719] | May | |
| | | PPPP | | | 6-9-17 email from Tracy to Rishi re: price increase 201704 [CTX 3740] | May | |
| | | QQQQ | | | 7-1-17 email from Tracy to Rishi re: price increase in 201704 and 201703  [CTX 3738] | May | |
| | | RRRR | | | 7-3-17 email from Tracy to Howard re: Monthly statement of April 2017  [CTX 3721] | May | |
| | | SSSS | | | 7-4-17 email from Tracy to Rishi re: update coston Imm Tin processing in Benlida [CTX  3612-3614] | May | |
| | | TTTT | | | 7-3-17 email from Tracy to Rishi re: IV for OSP-up to 201702 [CTX_3601-3609] | May | |
| | | UUUU | | | 7-6-17 email from chzhj512@163.com to todorc@circuitronix.com [CTX 3735] | May | |
| | | VVVV | | | 7-8-17 email from Tracy to Rishi re: price increase in 201705 [CTX 3709] | May | |
| | | WWWW | | | 7-10-17 email from jmllp@126.com to LinaO@circuitronix.xom [CTX 3711] | May | |

Case No.:  21-60125-CIV-SCOLA/GOODMAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | XXXX | | | | 7-10-17 email from jmllp@126.com to LinaO@circuitronix.xom [CTX 3732] | May |
| | | YYYY | | | | 7-17-17 email from Tracy to Rishi re: price increase 201705 -- CTX 3730 | May |
| | | ZZZZ | | | | 7-22-17 email from Tracy to Rishi re: PCB price up analysis- 201703-06 and CCL price [CTX 3751] | May |
| | | AAAAA | | | | 8-2-17 email from Tracy to Rishi re: OSP chemical payment must close today – recap of our call at 7:00 pm [CTX 3766-3768] | May |
| | | BBBBB | | | | 8- 21-17 email from Tracy to Rishi re: PCB price up analysis- up to 201708  [CTX 3772] | May |
| | | CCCCC | | | | 9-2-17 email from Tracy to Rishi re: price increase in 201707 [CTX 3778-3780, CTX 3782, CTX 3785] | May |
| | | DDDDD | | | | 9-2-17 email from Tracy to Rishi re: PCB price up analysis- up to 201708  [CTX 3788-3789] | May |
| | | EEEEE | | | | 10-20-17 email from Tracy to Rishi re: price increase form (revised on 10/20/17) [CTX 3817] | May |
| | | FFFFF | | | | 10-22-17 email from Tracy to Rishi re: price increase form (revised on 10/20/17) [CTX 3820-3821] | May |
| | | GGGGG | | | | 11-2-17 email from Tracy to Rishi re: pls review wires [CTX 2020-2021] | May |
| | | HHHHH | | | | 11-3-17 email from Tracy to Rishi re: PCB price up analysis- up to 201711 [CTX 3827-3828] | May |
| | | IIIII | | | | 11-10-17 email from Rishi to Tracy re: shipement [sic] and payment in Oct 2017 [CTX 3834] | May |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | JJJJJ | | | | 11-22-17 email from Tracy to Rishi re: Benlida/ROK: Debit Notes – [CTX_3846-3847] | May | |
| | | KKKKK | | | | 11-22-17 email form Rishi to Akshay re: shipment and payment in Nov 2017 [CTX 1533364-1533366] | May | |
| | | LLLLL | | | | 12-7-17 email from Tracy to Rishi re: PCB price up analysis- up to 201712 [CTX 3854-3856] | May | |
| | | MMMMM | | | | 12-7-17 email from Tracy to Rishi re: price increase in 201710 [CTX 3858-3859, CTX 3863, CTX 3866] | May | |
| | | NNNNN | | | | 3-7-18 email from Tracy to Rishi re: 回复: shipment report up to Mar [CTX 858791] | May | |
| | | OOOOO | | | | 1-23-18 email from Tracy to Rishi re: price increase confirmation [CTX 3870] | May | |
| | | PPPPP | | | | 1-27-18 email from Tracy to Rishi re: price increasing confirmation [CTX 3871-3874] | May | |
| | | QQQQQ | | | | 2-25-18 email from Tracy to Rishi re: PCB price analysis- up to 201802 [CTX 3880-3882] | May | |
| | | RRRRR | | | | 2-25-18 email for Tracy to Rishi re: meeting agenda list-2018 Miami [CTX 3933] | May | |
| | | SSSSS | | | | 3-21-18 email from Tracy to Rishi re: OSP production area breakdown update -- up to Dec 2017 [CTX_2022-2026] | May | |
| | | TTTTT | | | | 4-4-18 email from Tracy to Rishi re: price increasing up to Jan and Feb 2018 [CTX 3932] | May | |
| | | UUUUU | | | | 4-4-18 email from Tracy to Rishi re: 回复: short paid USD76K ==> USD151K [CTX 859167-8591672] | May | |
| | | VVVVV | | | | 4-4-2018 email from Tracy to Rishi re: short paid USD76K ==> USD151K  [CTX 2080-2085] | May | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | WWWWW | | | | 4-17-18 email from Tracy to Rishi re: 回复: 回复: shipment report up to Apr -- update and important! [CTX 2086-2093] | May |
| | | XXXXX | | | | 4-9-18 email from Tracy to Rishi re: 回复: 转发: shipment report up to Apr -- with wire plan [CTX 923992-9239926] | May |
| | | YYYYY | | | | 4-23-18 email from Tracy to Rishi re: update manufacturing agreement [CTX 1533367-1533382] | May |
| | | *ZZZZZ* | | | | 4-24-18 email from Tracy to Rishi re: pls release payment on price increase of Jan 2018 [CTX 3953-3958] | May |
| | | AAAAAA | | | | 4-25-18 email from Tracy to Roishi re: shipment report up to Apr – [CTX 3959-3972] | May |
| | | BBBBBB | | | | 4-27-18 email from Tracy to Rishi re: payment for this week shipment [CTX 783515] | May |
| | | CCCCCC | | | | 4-30-18 email from Alfredo Mora to Tracy re: DHL Invoices [CTX_1533220-1533262] | May |
| | | DDDDDD | | | | 5-6-18 email from Tracy to Rishi re: payment for this week shipment + Benlida's feedback [CTX 3987-3994; CTX 3997-4002] | May |
| | | EEEEE | | | | 5-8-2018 email from Tracy to: Rishi re: OSP payment – up to Feb 2018 [CTX 4025-4030] | May |
| | | FFFFFF | | | | 5-17-18 email from Tracy to Lina re: DHL Invoices -- Benlida's feedback [CTX_4040-4042] | May |
| | | GGGGGG | | | | 5-21-18 email from Rishi to Tracy re: update manufacturing agreement [CTX-1533337-15333343] | May |
| | | HHHHHH | | | | 5-23-18 email from Tracy to Rishi re: price increasing up to Apr 2018 [CTX 4056-4057] | May |
| | | IIIIII | | | | 5-28-18 email from Tracy to Rishi re: shipment and | May |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | payment in May 2018 –[CTX 93005-930019] | | |
| | JJJJJJ | | | 6-5-2018 email from Tracy to Rishi re: price increasing up to Apr 2018 ]CTX 4060-4061] | May | |
| | KKKKKK | | | 6-5-18 email form Tracy to Rishi re: the latest statements from 2018/1-2018/4 (BLD&ROK) [CTX 4064-4065, CTX 4073-4074] | May | |
| | LLLLLL | | | 6-7-18 email from Tracy to Rishi re: wire transfer of USD200K [CTX 4078] | May | |
| | MMMMMM | | | 6-12-18 from Tracy to Rishi re: order releasing breakdown up to May 2018  [CTX  4087] | May | |
| | NNNNNN | | | 6-25-18 email from Tracy to Rishi re: price increasing up to May 2018 [CTX 4107-4108] | May | |
| | OOOOOO | | | 7-9-18 email from Rishi to Tracy@Benlida Re: Benlida and ROK Lead time Penalty Reports for All Months CTX_4136-4137 | May | |
| | PPPPPP | | | 7-17-18 email from Tracy to Rishi re: Benlida and ROK Lead Time Penalty Reports for All Months [CTX 4138] | May | |
| | QQQQQQ | | | 7-23-18 email from Tracy to Rishi re: Order releasing breakdown up top May 2018 | May | |
| | RRRRRR | | | 8-15-18 email from Tracy to Rishi re: price increasing up to July 2018 [CTX 4145-4147] | May | |
| | SSSSSS | | | 8-16-18 email from Rishi to Tracy re: Benlida and ROK Lead Time Penalty Reports all for All Months [CTX 4189] | May | |
| | TTTTTT | | | 8/24/2018 email from Evan Chu to Benlida Sales01 re: CTXHKDM// BEN-HKDM20180821-9-1 – [CTX 1509938-1509944] | May | |
| | UUUUUU | | | 8/29/2018 email from Evan Chu to Benlida Sales01 re: CTXHKDM-20180620 [CTX 1355955 -13555978] | May | |

Case No.:  21-60125-CIV-SCOLA/GOODMAN

| | | | | | | |
|---|---|---|---|---|---|---|
| | VVVVVV | | | | 9-3-18 from Tracy to Rishi re: shipment and payment in Aug 2018  [CTX 4199-4227] | May |
| | WWWWWW | | | | 9-3-18 from Tracy to Nicole re: shipment and payment in Aug 2018 | May |
| | XXXXXX | | | | 9/6/2018 email from Evan Chu to Benlida Sales01 re: CTXHK// DMs// 20180905// 20180801 [CTX 1509576-1509581] | May |
| | YYYYYY | | | | 9-18-18 email from Sourabh Sharma to Tracy re: customer code update and share CTX [CTX 1517343 - 1517343-44] | May |
| | ZZZZZZ | | | | 10/5/2018 email from Evan Chu to Benlida Sales01 re: CTXHKDMs BEN-HKDM20181004-1 & BEN-HKDM20181004-2 &  BEN-HKDM20181004 [CTX 1520300- 1520303] | May |
| | AAAAAAA | | | | 10/8/2018 email from Evan Chu to Benlida Sales01 re: CTXHK debit memo BEN-HKDM20181004 "3-8" [CTX  1520177-1520183] | May |
| | BBBBBBB | | | | 10-27-18 email from Tracy to Rishi re: price increasing up to Sep 2018 [CTX 4304-4306] | May |
| | CCCCCCC | | | | 12-3-18 email from Tracy to Rishi re: CCT [CTX 4395-4400] | May |
| | DDDDDDD | | | | 12-9-18 email from Kunny Woo to Rishi re: Re:RE: 回复: CCT出货欠款记录表 [CTX 4435-4444] | May |
| | EEEEEEE | | | | 2-23-19 email from Tracy to Rishi re: meeting minutes 20180207 [CTX 2017-2019] | May |
| | FFFFFFF | | | | 3-6-19 email from Melonnie to sales01@benlida.com re: Benida Payment detail and bank slips for your reference- December 2018 invoices [CTX 1288957-1288961] | May |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | GGGGGGG | | | | 3-8-19 email from Rishi to Tracy re: Benlida payments [CTX 4474-4477] | May | |
| | HHHHHHH | | | | 3-8-19 2:43 PM email from Rishi to Tracy re: BLD Payments [CTX 4469-4473 | May | |
| | IIIIIII | | | | 3-16-19 1:12 AM email from Rishi to Tracy re: BLD Payments CTX_4493-4501] | May | |
| | JJJJJJJ | | | | 4-29-19 email from Tracy to Rishi re: about the reconciliation process [CTX 4502-4503] | May | |
| | KKKKKKK | | | | 5-24-19 email from Rishi to Tracy re: BLD-ROK Shipment & Payment report as of 5/18/2019 [CTX 4522] | May | |
| | LLLLLLL | | | | 6-16-19 email from Tracy to Rishi re: price increasing up to Feb 2019 [CTX 4515-4518 | May | |
| | MMMMMMM | | | | 6-16-19 email from Tracy to Rishi re: price increasing up to Feb 2019 -- CTX 4638-4641] | May | |
| | NNNNNNN | | | | 7-4-19 email form Tracy to Rishi re: Please provide the following so that I can complete my proposal for tomorrow's meeting [CTX 4661-4662] | May | |
| | OOOOOOO | | | | 7-13-19 email from Tracy to Rishi re: notice [BLD_23046-230047] | May | |
| | PPPPPPP | | | | 7-17-19 email from Tracy to Rishi re: notice [CTX 4678-4687] | May | |
| | QQQQQQQ | | | | 7-17-19 email from Melonnie to Tracy re: Benlida Payment Detail and Bank slip- April 2019 invoices [CTX 1382274-1382276] | May | |
| | RRRRRRR | | | | 7-29-19 from Rishi to: douglas re: Benlida Air freight Debit Information [CTX_4699] | May | |
| | SSSSSSS | | | | 8-1-19 email form Melonnie to Tracy re: Benlida Payment Detail and bank slip- May 2019 invoices [CTX 1050145-1050149] | May | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | TTTTTTT | | | | 8-24-19 email from Tracy to Nicole D re: Shipment and payment in Aug 2019 [CTX1526750-1526751] | May |
| | UUUUUUU | | | | 8-5-19 email from Rishi to Tracy re: Urgent P/Ns [CTX 949444-949445] | May |
| | VVVVVVV | | | | 8-8-19 email from Akshay to Rishi re: Call with Tracy [CTX 1533219] | May |
| | WWWWWWW | | | | 9-3-19 email from Tracy to Rishi re: shipment and payment in Aug [CTX-1533397-1533401] | |
| | XXXXXXX | | | | 9-12-19 email from huang ly@sinosure.com.cn to Ms. Chen re: Benlida Cases EC201910004 & EC20191005 [BLD 23046-230047] | May |
| | YYYYYYY | | | | 9-26-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida April 2019 [CTX 4734] | May |
| | ZZZZZZZ | | | | 9-26-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida March 2019 [CTX 4738] | May |
| | AAAAAAAA | | | | 9-30-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida May 2019 [CTX 4742] | May |
| | BBBBBBBB | | | | 10-4-19 email form Melonnie to sales01@benlida.com re: Benlida Payment detail and bank slip for- July 2019 invoices [CTX 1336809-1336812] | May |
| | CCCCCCCC | | | | 10-18-19 email from Tracy to Rishi re: Leadtime Penalty for March 2019 [CTX 4746-4747] | May |
| | DDDDDDDD | | | | 11-1-19 email from Rishi to Douglas re: Circuitronix, USA pAyment Reconciliation from 1st April, 2012 Until Present for Benlida and ROK [CTX 1751-1753] | May |
| | EEEEEEEE | | | | 11-5-19 email from Melonnie to sales01@benlida.com re: Benlida Payment detail for | May |

| | | | | | |
|---|---|---|---|---|---|
| | | | | August 2019 [CTX 1480974-1480975] | |
| | FFFFFFFF | | | 11-11-19 email from andy_ng@eingglungpcb.com to Rishi re: Commercial issue [CTX1533218] | May |
| | GGGGGGGG | | | 11/14/2019 Email from Evan Cgu to Benlida Sales01 re: [CTXHK Debit Memos] BEN-HKDM20191029-1-2/ BEN-HKDM20191030-1-6/ BEN-HKDM20191031 [CTX 1193932- 1193943] | May |
| | HHHHHHHH | | | 11-20-19 email from Rishi to: tracy re Updated Debit Information [CTX4780] | May |
| | IIIIIIII | | | 12-2-19 email from Akshay to Rishi re: Meeting with Yuwei on 12/9/19 on their Shenzhen plant [CTX 1533214] | May |
| | JJJJJJJJ | | | 12/2/19 email from accounting@benlida.com to Nicole D, Rishi re: CTX, USA payment reconciliation from 1st of April, 2012   until present for BLD and ROK [CTX  1754-1759] | May |
| | KKKKKKKK | | | 12-3-19 email from Melonnie to Tracy re: Benlida Payment detail for September 2019 invoices [CTX 1481386-1481387] | May |
| | LLLLLLLL | | | 12/4/19 email from accounting@benlida.com to Nicole D, Rishi re:  CTX, USA payment reconciliation from 1st of April, 2012   until present for BLD and ROK [CTX 1875-187] | May |
| | MMMMMMMM | | | 12/4/19 email from accounting@benlida.com to Nicole D. CTX, USA payment reconciliation from 1st of April, 2012   until present for BLD and ROK [CTX 1883-1888] | May |
| | NNNNNNNN | | | 12-23-19 email from Tracy to Nicole, etc. re: Urgent PN list | May |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | for Proforma Invoice [CTX 1250503-1250507] | | |
| | OOOOOOOO | | | | 1-19-20 email from Tracy to Rishi re payment for the shipped but unpaid orders [CTX-01533402-413] | May | |
| | PPPPPPPP | | | | 3-4-20 email from Tracy to Rishi re: update on payment and shipment [CTX 377958-377961] | May | |
| | QQQQQQQQ | | | | 4-4-20 email from Tracy to Rishi re: Arbitration agreement and premium of shipment [CTX 1533336] | May | |
| | RRRRRRRR | | | | 4-27-2020 email from Tracy to Rishi re: call conference text on 2020/04/20  [CTX 4804-4806] | May | |
| | SSSSSSSS | | | | 5-20-20 email from Tracy to Akshay, Rishi re: 22nd PRO Invoice payment received [CTX 384496-384500] | May | |
| | TTTTTTTT | | | | 10-21-20 email from R. Lerner to C. Cole re: draft complaint and attached draft complaint [DE 15-3] | May | |
| | UUUUUUUU | | | | 1-8-21 email from R. Lerner to C. Cole re: proposed complaint and attached complaint [DE 15-5] | May | |
| | VVVVVVVV | | | | 10-10-21 email from Sinosure to Ms. Chen re: [Chinese characters] EC20191005-EX01 – BLD-S_61-62 | May | |
| | WWWWWWWW | | | | Excel spreadsheet titled "ROK_US_HK Invoice List 2012-2018" | May | |
| | XXXXXXXX | | | | Excel spreadsheet titled "Payment Schedule for ROK_US_HK_2012-2018"Payment Detail Reconciliation | May | |
| | YYYYYYYY | | | | Excel spreadsheet titled "ROK Payment Details CTX-US-HK_2012-2018_2" | May | |
| | ZZZZZZZZ | | | | Circuitronix Answer and Counterclaim [DE 34] | May | |
| | AAAAAAAAA | | | | Benlida's Answer [DE 43] | May | |
| | BBBBBBBBB | | | | Complaint [DE 1] | May | |

| | | CCCCCCCCC | | | Text Messages [CTX 1533216-1533217] | May | |
| | | DDDDDDDDD | | | Benlida Monthly Statement [BLD 00000113] | May | |
| | | EEEEEEEEE | | | Benlida Monthly Statement [BLD 00000287] | May | |
| | | FFFFFFFFF | | | Benlida Monthly Statement [BLD 00000674] | May | |
| | | GGGGGGGGG | | | Benlida Monthly Statement [BLD  00000690] | May | |
| | | HHHHHHHHH | | | Summary of the BLD and CTX Reconciliations (KM Rpt Tbl 1) | May | |
| | | IIIIIIIII | | | Analysis of Payments During the Reconciliation Period (KM Rpt Tbl 2) | May | |
| | | JJJJJJJJJ | | | Analysis of Invoice Discrepancy (KM Rpt Tbl 3) | May | |
| | | KKKKKKKKK | | | Summary of the "Cancel amount and payment" Spreadsheet (KM Rpt Tbl 4) | May | |
| | | LLLLLLLLL | | | LTP Waivers through 2016 (KM Rpt Tbl 5) | May | |
| | | MMMMMMMMM | | | LTP Claim After Jan. 2016 (KM Rpt Tbl 6) | May | |
| | | NNNNNNNNN | | | Summary of Payable Reconciliation bet. CTX & BLD (KM Rpt Tbl 7) | May | |
| | | OOOOOOOOO | | | Summary of Data from Benlida's Accounts Receivable Spreadsheet | May | |
| | | PPPPPPPPP | | | Benlida Payment Details CTX-HK_2012-2021_v2 | May | |
| | | QQQQQQQQQ | | | Payment Schedule for Benlida HK Payment Detail Reconciliation 2012-2021 | May | |
| | | RRRRRRRRR | | | Summary of CTX-US LTP | May | |
| | | SSSSSSSSS | | | BLD  ROK Penalty for Lead-Time Exceedances Report - April 2016.xlsx | May | |
| | | TTTTTTTTT | | | BLD  ROK Penalty for Lead-Time Exceedances Report - April 2017.xlsx | May | |
| | | UUUUUUUUU | | | BLD  ROK Penalty for Lead-Time Exceedances Report - April 2018.xlsx | May | |
| | | VVVVVVVVV | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Aug 2016.xlsx | May | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | WWWWWWWWW | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Aug 2017.xlsx | May |
| | XXXXXXXXX | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Dec 2016.xlsx | May |
| | YYYYYYYYY | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Dec 2017.xlsx | May |
| | ZZZZZZZZZ | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - feb 2016.xlsx | May |
| | AAAAAAAAAA | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - FEB 2017.xlsx | May |
| | BBBBBBBBBB | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - feb 2018.xlsx | May |
| | CCCCCCCCCC | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Jan 2017.xlsx | May |
| | DDDDDDDDDD | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Jan 2018.xlsx | May |
| | EEEEEEEEEE | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - July 2016.xlsx | May |
| | FFFFFFFFFF | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - July 2017.xlsx | May |
| | GGGGGGGGGG | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - June 2016.xlsx | May |
| | HHHHHHHHHH | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - June 2017.xlsx | May |
| | IIIIIIIII | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Mar 2016.xlsx | May |
| | JJJJJJJJJ | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - March 2018.xlsx | May |
| | KKKKKKKKKK | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - May 2016.xlsx | May |
| | LLLLLLLLLL | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - May 2017.xlsx | May |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | MMMMMMMMMM | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - May 2018.xlsx | May | |
| | NNNNNNNNNN | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Nov 2016.xlsx | May | |
| | OOOOOOOOOO | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Nov 2017.xlsx | May | |
| | PPPPPPPPPP | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Oct 2016.xlsx | May | |
| | QQQQQQQQQQ | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Oct 2017.xlsx | May | |
| | RRRRRRRRRR | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Sept 2016.xls | May | |
| | SSSSSSSSSS | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Sept 2017 (3).xlsx | May | |
| | TTTTTTTTTT | | | | BLD and ROK Penalty for Lead-Time Exceedances Report - Mar 2017.xlsx | May | |
| | UUUUUUUUUU | | | | BLD Penalty for Lead Time Exceedances Report (6) June 2019.xlsx | May | |
| | VVVVVVVVVV | | | | BLD Penalty for Lead-Time Exceedances Report - (1) January 2019.xlsx | May | |
| | WWWWWWWWW | | | | BLD Penalty for Lead-Time Exceedances Report - (1) January 2020.xlsx | May | |
| | XXXXXX | | | | BLD Penalty for Lead-Time Exceedances Report - (1) January 2021.xlsx | May | |
| | YYYYYYYYYY | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2018.xlsx | May | |
| | ZZZZZZZZZZ | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2019.xlsx | May | |
| | AAAAAAAAAA | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2020.xlsx | May | |
| | BBBBBBBBBB | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2018.xlsx | May | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | CCCCCCCCCC | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2019.xlsx | May |
| | | DDDDDDDDDD | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2020.xlsx | May |
| | | EEEEEEEEEE | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2018.xlsx | May |
| | | FFFFFFFFFF | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2019.xlsx | May |
| | | GGGGGGGGGG | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2020.xlsx | May |
| | | HHHHHHHHHH | | | | BLD Penalty for Lead-Time Exceedances Report - (2) February 2019.xlsx | May |
| | | IIIIIIIII | | | | BLD Penalty for Lead-Time Exceedances Report - (2) February 2021.xlsx | May |
| | | JJJJJJJJJJ | | | | BLD Penalty for Lead-Time Exceedances Report - (3) March 2019.xlsx | May |
| | | KKKKKKKKKK | | | | BLD Penalty for Lead-Time Exceedances Report - (3) March 2020.xls | May |
| | | LLLLLLLLLL | | | | BLD Penalty for Lead-Time Exceedances Report - (3) March 2021.xlsx | May |
| | | MMMMMMMMMM | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2019.xlsx | May |
| | | NNNNNNNNNN | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2020.xlsx | May |
| | | OOOOOOOOOO | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2021 US.xlsx | May |
| | | PPPPPPPPPP | | | | BLD Penalty for Lead-Time Exceedances Report - (5) May 2019.xlsx | May |
| | | QQQQQQQQQQ | | | | BLD Penalty for Lead-Time Exceedances Report - (5) May 2020.xlsx | May |
| | | RRRRRRRRRR | | | | BLD Penalty for Lead-Time Exceedances Report - (6) June 2020.xlsx | May |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SSSSSSSSSSS | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2019.xlsx | May |
| | TTTTTTTTTTT | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2020.xlsx | May |
| | UUUUUUUUUU | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2021 CTX US.xlsx | May |
| | VVVVVVVVVVV | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2018.xlsx | May |
| | WWWWWWWWW | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2019.xlsx | May |
| | XXXXXXXXXXX | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2020.xlsx | May |
| | YYYYYYYYYYY | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2018.xlsx | May |
| | ZZZZZZZZZZZ | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2019.xlsx | May |
| | AAAAAAAAAAA | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2020.xlsx | May |
| | BBBBBBBBBBBB | | | | BLD Penalty for Lead-Time Exceedances Report -(5) May 2021 US.xlsx | May |
| | CCCCCCCCCCC | | | | BLD73 | May |
| | DDDDDDDDDDDD | | | | BLD364 | May |
| | EEEEEEEEEEE | | | | BLD582 | May |
| | FFFFFFFFFFFF | | | | Summary of CTX-HK LTP | |
| | GGGGGGGGGGGG | | | | BLD Penalty for Lead-Time Exceedances Report -June 2021 US.xlsx | May |
| | HHHHHHHHHHHH | | | | BLD Penalty for Lead Time Exceedances Report (6) June 2019 HK.xlsx | May |
| | IIIIIIIIIII | | | | BLD Penalty for Lead-Time Exceedances Report - (1) January 2019 HK.XLSX | May |
| | JJJJJJJJJJJ | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2018 HK.xlsx | May |
| | KKKKKKKKKKKK | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2019 HK.XLSX | May |

| | LLLLLLLLLLLL | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2018 HK.xlsx | May | |
| | MMMMMMMMMM | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2019 HK.XLSX | May | |
| | NNNNNNNNNNNN | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2018 HK.XLSX | May | |
| | OOOOOOOOOOOO | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2019 HK - Copy.XLSX | May | |
| | PPPPPPPPPPPP | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2019 HK.XLSX | May | |
| | QQQQQQQQQQQQ | | | | BLD Penalty for Lead-Time Exceedances Report - (2) February 2019 HK.XLSX | May | |
| | RRRRRRRRRRRR | | | | BLD Penalty for Lead-Time Exceedances Report - (3) March 2019 HK.XLSX | May | |
| | SSSSSSSSSSSS | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2019 HK.XLSX | May | |
| | TTTTTTTTTTTT | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2021 HK.xlsx | May | |
| | UUUUUUUUUUUU | | | | BLD Penalty for Lead-Time Exceedances Report - (5) May 2019 HK - Copy.XLSX | May | |
| | VVVVVVVVVVVV | | | | BLD Penalty for Lead-Time Exceedances Report - (5) May 2019 HK.XLSX | May | |
| | WWWWWWWWW | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2019 HK.XLSX | May | |
| | XXXXXXXXXXXX | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2021 CTX HK.xlsx | May | |
| | YYYYYYYYYYYY | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2018 HK.xlsx | May | |
| | ZZZZZZZZZZZZ | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2019 HK.XLSX | May | |
| | AAAAAAAAAAAA | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2018 HK.xlsx | May | |

| | BBBBBBBBBBBBB | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2019 HK.XLSX | May | |
|---|---|---|---|---|---|---|---|
| | CCCCCCCCCCCCC | | | | BLD Penalty for Lead-Time Exceedances Report -(5) May 2021 HK - Copy.xlsx | May | |
| | DDDDDDDDDDDD | | | | BLD Penalty for Lead-Time Exceedances Report -(5) May 2021 HK.xlsx | May | |
| | EEEEEEEEEEEE | | | | BLD Penalty for Lead-Time Exceedances Report HK- (1) January 2020.xlsx | May | |
| | FFFFFFFFFFFFF | | | | BLD Penalty for Lead-Time Exceedances Report HK- (1) January 2021.xlsx | May | |
| | GGGGGGGGGGGG | | | | BLD Penalty for Lead-Time Exceedances Report HK- (11) November 2020 MP.xlsx | May | |
| | HHHHHHHHHHHH | | | | BLD Penalty for Lead-Time Exceedances Report HK- (11) November 2020.xlsx | May | |
| | IIIIIIIIIIII | | | | BLD Penalty for Lead-Time Exceedances Report HK- (12) December 2020.xlsx | May | |
| | JJJJJJJJJJJJ | | | | BLD Penalty for Lead-Time Exceedances Report HK- (2) February 2021.xlsx | May | |
| | KKKKKKKKKKKK | | | | BLD Penalty for Lead-Time Exceedances Report HK- (7) July 2020.xlsx | May | |
| | LLLLLLLLLLLL | | | | BLD Penalty for Lead-Time Exceedances Report HK- (8) August 2020.xlsx | May | |
| | MMMMMMMMMM | | | | BLD Penalty for Lead-Time Exceedances Report HK- (9) September 2020.xlsx | May | |
| | NNNNNNNNNNNN | | | | BLD Penalty for Lead-Time Exceedances Report -June 2021 HK.xlsx | May | |
| | OOOOOOOOOOO | | | | Benlida Monthly Statement dated 2018.09.03 spreadsheet | May | |
| | PPPPPPPPPPPPP | | | | Summary of Benlida Output Data | May | |
| | QQQQQQQQQQQQ | | | | Summary of Payments Payment to ROK | May | |
| | RRRRRRRRRRRRR | | | | Bk Stmt [2698] 043018_Redacted [CTX 1533303-1533309] | May | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | SSSSSSSSSSSSS | | | | Bk Stmt [2698] 053118_Redacted [CTX 1533310-1533317] | May | |
| | TTTTTTTTTTTTTT | | | | Bk Stmt [2698] 063018_Redacted [CTX 1533318-1533325] | May | |
| | UUUUUUUUUUUU | | | | Bk Stmt [2698-5123] 033117_Redacted [CTX 1533296-1533302] | May | |
| | VVVVVVVVVVVV | | | | CTX_3269-3272 | May | |
| | WWWWWWWWW | | | | Payment Schedule for ROK_US_HK Payment Detail Reconciliation 2012-2018 | May | |
| | XXXXXXXXXXXX | | | | Summary of Premiums Paid | May | |
| | YYYYYYYYYYYY | | | | Excel Spreadsheet Titled "Benlida Proforma Cost and Inventory Management" | May | |
| | ZZZZZZZZZZZZZ | | | | Summary of CTX Payment Details for Post-July 2019 Invoices | May | |
| | AAAAAAAAAAAA | | | | 1-7-20 email from Melonnie to Tracy re: Benlida Payment Detail for October 2019 invoices [CTX 1533326-153328] | May | |
| | BBBBBBBBBBBBB | | | | 2-4-20 email from Melonnie to Tracy re: Benlida Payment detail for November 2019 invoices [153329-15233332] | May | |
| | CCCCCCCCCCCC | | | | 3-2-20 email from Melonnie to Tracy re: Benlida Payment Detail [CTX 1533383-1533384] | May | |
| | DDDDDDDDDDDD | | | | 4-1-20 email from Melonnie to accounting@benlida.com [CTX 1533333-1533335] | May | |
| | EEEEEEEEEEEEE | | | | Summary of TAC Invoices | May | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.