UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,

v.

CIRCUITRONIX, LLC,

Defendant.
_____/

## CIRCUITRONIX, LLC'S NOTICE OF FILING ITS COMPLETE TRIAL EXHIBIT LIST, WITH OBJECTIONS

Defendant Circuitronix, LLC ("CTX"), through undersigned counsel, hereby gives notice of filing its complete exhibit list, including Benlida's additional exhibits and CTX's objections thereto, as well as with Benlida's blanket objection to CTX's additional exhibits. CTX's revised trial exhibit list is attached hereto as Exhibit 1.

CTX notes that the manner in which Benlida listed its additional exhibits has frustrated CTX's ability to state objections to "each exhibit" as required under Local Rule 16.1(e)(9). Rather than list its exhibits individually, Benlida has grouped thousands of pages of documents into single, consolidated exhibits (or exhibit folders). Benlida's identification of only 11 additional exhibits beyond the joint exhibits is thus deceptively small. *See* DE 219-1 at 32. Exhibit P3, for example, is actually a folder containing 51 native email files and two sub-folders containing still more emails and sub-folders.

Benlida's deficient production of documents in this manner, and its failure to at least provide the Bates numbers for these documents on the exhibit list, has made it practically

1

impossible for CTX to verify the production of these exhibits within its own document review system and to provide individualized objections. CTX should not have to do the work of itemizing Benlida's exhibits.

Nevertheless, consistent with CTX's representation in its September 15, 2023 notice (DE 218), and in an effort to comply with its obligation to the Court, CTX has endeavored to provide general objections to Benlida's categories of additional exhibits in Exhibit 1. CTX has requested that Benlida disaggregate its exhibits, and Benlida has advised that it is in the process of creating an updated version of its exhibit list. Once it does so, CTX can state more particularized objections.

Dated: September 19, 2023

Respectfully submitted,

PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

*/s/ Stephen F. Rosenthal*
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweishall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

*Counsel for Circuitronix, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on September 19, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Stephen F. Rosenthal*
Stephen F. Rosenthal