UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant,
_____/

**JOINT NOTICE OF FILING JURY INSTRUCTIONS**

In accordance with the Court's Scheduling Order [D.E. 153], Plaintiff/Counter-Defendant Jiangmen Benlida Printed Circuit Co., Ltd. and Defendant/Counter-Plaintiff, Circuitronix, LLC hereby jointly submit proposed jury instructions.

DATED this 26th day of September, 2023.

Respectfully submitted,

| | |
|---|---|
| **MAZZOLA LINDSTROM LLP** <br> 1350 Avenue of the Americas, 2nd Floor <br> New York, New York 10019 <br> Tel.: (646) 216-8300 <br><br> /s/  Richard E. Lerner <br> Richard E. Lerner <br> richard@mazzolalindst rom.com <br> Jean-Claude Mazzola <br> jeanclaude@mazzolalindstrom.com <br><br> *Counsel for Jiangmen Benlida* <br> *Printed Circuit Co., Ltd.* | **PODHURST ORSECK, P.A.** <br> One S.E. 3rd Avenue, Suite 2300 <br> Miami, Florida 33131 <br> Tel.: 305-358-2800 <br><br> /s/  Stephen F. Rosenthal <br> Stephen F. Rosenthal <br> Florida Bar No. 0131458 <br> srosenthal@podhurst.com <br> Matthew P. Weinshall <br> Florida Bar No. 84783 <br> mweinshall@podhurst.com <br> Christina H. Martinez <br> Florida Bar No. 1029432 <br> cmartinez@podhurst.com <br><br> *Counsel for Circuitronix, LLC* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on September 26, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Stephen F. Rosenthal* .
Stephen F. Rosenthal