**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,

v.

CIRCUITRONIX, LLC,

Defendant.

_____/

**CIRCUITRONIX, LLC'S NOTICE OF FILING ITS**
***AMENDED* TRIAL EXHIBIT LIST AND WITNESS LIST**

Pursuant to this Court's Order Granting Summary Judgment (E.C.F. No. 221), Counter-Plaintiff, Circuitronix, LLC ("CTX"), through undersigned counsel, hereby gives notice of filing its amended exhibit list and amended witness list, removing exhibits and witnesses that CTX no longer expects it will or may seek introduce at trial, based upon the Court's summary judgment ruling.

CTX's amended trial exhibit list removing extraneous exhibits is attached hereto as Exhibit 1.  Exhibits which have been removed are indicated in strikethrough.  CTX has highlighted those exhibits that it would remove entirely or redact because of references to CTX-HK but which it has retained in an abundance of caution, in light of Benlida's representation that, in defending CTX's counterclaim, Benlida "intend[s] to show that payments were applied to the CTX-HK and CTX-US invoices on a FIFO basis, and that CTX-US is therefore not entitled recoupment of alleged overpayments."

1

Exhibit 2 contains CTX's amended witness list, again noting in highlighted cells any witnesses which CTX has retained in an abundance of caution in light of Benlida's position.

Dated:  September 29, 2023

Respectfully submitted,

PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

*/s/  Christina H. Martinez*
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweishall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

*Counsel for Circuitronix, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on September 29, 2023 as filed with the Clerk of the Court using CM/ECF.

By: */s/ Christina H. Martinez*
Christina H. Martinez