**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant,

_____/

**CIRCUITRONIX, LLC'S _AMENDED_ WITNESS LIST**

 Defendant/Counter-Plaintiff, Circuitronix, LLC ("CTX"), hereby files its amended trial

witness list in compliance with the Order Granting Motion for Summary Judgment (ECF No.

221 at 13).[1]

**WILL-CALL WITNESSES**

| No. | Name of Witness | Address | Description of Witness | Live/ Videoconference/ By Deposition |
|-----|-----------------|---------|------------------------|--------------------------------------|
| 1. | Rishi Kukreja | c/o Podhurst Orseck, P.A. 1 S.E. 3rd Ave. Suite 2300 Miami, FL 33131 (305) 358-2800 | CTX's Chief Executive Officer | Live |
| 2. | Lina Ochoa | c/o Podhurst Orseck, P.A. | CTX's Global Operations Manager | Live |
| 3. | Sourabh | c/o Podhurst Orseck, P.A. | CTX India's | Live |

---

[1] The witness shaded in yellow below, Akshay Koul, the General Manager of Circuitronix (Hong Kong) Limited ("CTX-HK"), would have been dropped from the witness list if Benlida had not announced, after the summary-judgment ruling, an intention to rely on an unpled affirmative defense seeking to set-off moneys owed to CTX against debts owed by CTX-HK.

| | Sharma | | General Manager | |
|---|---|---|---|---|
| 4. | Barry Mukamal | c/o Podhurst Orseck, P.A. | CTX's Expert | Live |

### MAY-CALL WITNESSES

| No. | Name of Witness | Address | Description of Witness | Live/ Videoconference/ By Deposition |
|---|---|---|---|---|
| 5. | Mark Parisi | c/o Podhurst Orseck | CTX's Expert | Live |
| 6. | Akshay Koul | c/o Podhurst Orseck | CTX-HK's General Manager | Live |
| 7. | Wei Cui | c/o Podhurst Orseck | CTX's Expert | Live or (by video) |
| 8. | Huang "Douglas" Hanchao | c/o Mazzola Lindstrom LLP 1350 6th Ave. Second Floor New York, NY 10019 (646) 216-8300 | Benlida's General Manager | Deposition Designation Video |
| 9. | Chen Zhanjiao | c/o Mazzola Lindstrom LLP | Benlida's bookkeeper for accounts receivable (Finance Department) | Deposition Designation Video |
| 10. | Huang Xiangjiang | c/o Mazzola Lindstrom LLP | Benlida's Majority Owner | Deposition Designation Video |

Dated: September 29, 2023          Respectfully submitted,


PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

*/s/  Stephen F. Rosenthal*
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com

2

Matthew P. Weinshall
Florida Bar No. 84783
mweinshall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

*Counsel for Circuitronix, LLC*