Case No.: 21-60125-CIV-SCOLA/GOODMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Plaintiff,

v.

CIRCUITRONIX, LLC,

    Defendant.

_____/

# Benlida's Amended Exhibit List

Plaintiff / Counterclaim Defendant Jiangmen Benlida Printed Circuit Co., Ltd., hereby incorporates by reference the joint exhibits designated in Circuitronix's exhibit list (DE 225-1), and submits the following further list:

**Benlida's Further Exhibits in Defense Against Counterclaim**

| | Date Offered | Marked | Admitted | | Description | Expect vs. May | Obj |
|---|---|---|---|---|---|---|---|
| P1 | | | | | Invoices from Third Amended Complaint, with sub-exhibit tabs P1-1 through P1-431 | May | |
| P1A | | | | | Summary Exhibit of Above, in Excel format | May | |
| P1B | | | | | Summary Exhibit of Above in PDF format | May | |
| P1C | | | | | Sample back-up PDF of above | | |
| P2 | | | | | Meeting Minutes, with sub-exhibit tabs | May | |

Case No.: 21-60125-CIV-SCOLA/GOODMAN

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P3 | | | | | | Emails in reference to adding customers to the Exclusive List, with sub-exhibit tabs P3-1 through P3-102 | May |
| P4 | | | | | | 2-16-22 Email from Rishi to Tracy re: Exclusive customer list with up to date exclusive customer list | May |
| P5 | | | | | | 12-19-2019 Email Re: Circuitronix, USA payment reconciliation from 1st of April, 2012 until present for Benlida and ROK | May |
| P6 | | | | | | Copy of Benlida Shipment and Payment Details CTX-HK 2012-2019 | May |
| P7 | | | | | | CTX HK POs referencing Exclusive List Clients, with sub-exhibit tabs P7-1 through P7-79 | May |
| P8 | | | | | | 8-1-2019 Email From Tracy to Rishi Re: Final Payment Reconciliation | May |
| P9 | | | | | | Invoices and Purchase orders from 2012-2017 | May |
| P10 | | | | | | 2015 BLD Monthly Invoice Statement | May |
| P11 | | | | | | 2016 BLD Monthly Invoice Statement | May |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Dated:  New York, New York
           September 29, 2023

**Mazzola Lindstrom LLP**

_____
Richard E. Lerner

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
Counsel for Jiangmen Benlida Printed Circuit Co., Ltd.
1350 Avenue of the Americas, Second Floor
New York, New York 10019
Tel.: (646) 216-8300
richard@mazzolalindstrom.com
jeanclaude@mazzolalindstrom.com

*Counsel for Jiangmen Benlida Printed Circuit Co., Ltd.*

**Service via ECF**