## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-60125-CIV-Scola/Goodman

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

                Plaintiff,

v.

CIRCUITRONIX, LLC,

                Defendant.

## Benlida's Objections and Counter Designations to Circuitronix LLC's Amended Deposition Designations

Plaintiff Belinda hereby submits the following objections to defendant Circuitronix's amended deposition designations, and counter-designations:

| Deponent | CTX's Designations | BLD Objections / Counter-Designations |
|---|---|---|
| Huang "Douglas" Hanchao *May 23, 2023* | 8:20-9-8 | No objection |
| | 12:12-24 | No objection |
| | 16:18-17:25 | No objection |
| | 23:12-24:2 | Counter Designation – 23:12-24:17 |
| | 29:13-30:14 | Counter Designation – 29:13-33:2 |
| | 33: 3-2 | No objection |
| | 34:1-4 | No objection |
| | 36:5-12 | No objection |
| | 37:9-38:6 | Counter Designation – 37:9-38:10 |
| | 44:15-45:13 | No objection |
| | 46: 3-18 | No objection |
| | 50:4-51:2 | Counter Designation - 50:4-51:23 |
| | 53: 3-4 | No objection |
| | 54:1-4 | Counter Designation - 53:16-54:4 |

1

| | 59:6-61:8 | Counter Designation – 59:6-61:8 |
|---|---|---|
| | 63:9-16 | No objection |
| | 72:6-11 | Counter Designation – 71:22-72:11 |
| | 72:15-73:1 | No objection |
| | 75:12-76:1 | No objection |
| | 130:8-11 | No objection |
| | 130:15-131:16 | No objection |
| | 131:22-132:3 | No objection |
| | 134:8-13 | No objection |
| | 153:25-154:11 | No objection |
| | 157:5-9 | No objection |
| | 166:5-6 | No objection |
| | 172:24-175:4 | No objection |
| | 194:2-11 | No objection |
| | 195:5-6 | No objection |
| | 195:11-198:4 | No objection |
| | 198:14-200:1 | Counter Designation – 198:14-200:3 |
| | 201:19-21 | Counter Designation – 201:18-21 |
| | 202:1-203:13 | No objection |
| | 204:11-19 | Object as to form – 204:20<br>Counter Designation – 204:11-16 |
| | 204:21-205: 3 | Object as to form – 204:20; 205:4 |
| | 205:5-207:13 | Object as to form – 205:4<br>Counter Designation – 205:6-207:13 |
| | 207:14-208:12 | No objection |
| | 210:18-212:19 | Counter Designation – 210:18-213:9 |
| | 235:5-16 | Counter Designation – 235:5-18 |
| | 235:19-20 | Counter Designation – 235:5-20 |
| | 235:25-236:7 | Counter Designation – 235:22-236:14 |
| | 236:15-19 | Counter Designation – 236:15-25 |
| | 237:4-9 | No objection |
| | 253:10-254:19 | No objection |
| | 262:4-23 | No objection |
| | 272:20-24 | Object as to Form – 272:25-273:1 |
| | 273:5-7 | Object as to form; Counter Designation – 273:2-7 |
| | 273:8-21 | Objection 272:25-273:1 (calls for witness to talk about law); Counter Designation – 273:2- |

| | | 21 |
|---|---|---|
| | 274:20-275:1 | No objection |
| | 276: 4-21 | No objection |
| | 277:7-25 | No objection |
| | 278:24-279:15 | Objections to form – 279:10, 16 |
| | 275:8-15 | Counter Designation – 275:2-15 |
| | 277:7-25 | Counter Designation – 276:22-277:25 |
| | 278:24-279:15 | Object as to form – 279:10,16 Counter Designation – 278:24-279:6 |
| | 279:17 | Object as to form – 279:16 |
| | 284:12-14 | No objection |
| | 284:21-24 | Object as to form – 284:25 |
| | 285:25-286: 3 | Object as to form; object because testimony concerns Sinosure; object because such testimony is irrelevant and prejudicial |
| | 286:10-287:8 | Object as to form; object because testimony concerns Sinosure; object because such testimony is irrelevant and prejudicial |
| | 288:9-290:13 | Object as to form – object because testimony concerns loan; object because such testimony is irrelevant and prejudicial |
| | 294:13-295:11 | Object as to Form; object because testimony concerns taxes; object because such testimony is irrelevant and prejudicial |
| | 295:25-296:21 | Object as to Form; object because testimony concerns taxes; object because such testimony is irrelevant and prejudical |
| | 297:16-298:12 | Object as to Form; object because testimony concerns taxes and loan; object because such testimony is irrelevant and prejudicial |

| Deponent | CTX's Designations | BLD Objections / Counter-Designations |
|---|---|---|
| Chen Zhanjiao<br>*May 25, 2023* | 34:22-36:18 | Object as to form; object to questions about Chinese Customs Authority;<br><br>Counter-designations:Include 34:1-21 for context |
| | 38:12-39:7 | No objection |
| | 46:13-24 | No objection |
| | 72:5-14 | Object as to form; object because testimony concerns Sinosure. |
| | 90:13-95:15 | Object as to form at 93:10 and 93:15 |
| | 99:3-15 | No objection |
| | 114:9-116:23 | No objection |
| | 118:14-22 | No objection |
| | 120:14-121:25 | Object as to form – 121:23 |
| | 122:15-123:8 | No objection |
| | 123:15-127:23 | No objection |
| | 128:9-129:20 | Counter designation: Include 128:3-8 for context |
| | 130:6-131:4 | No objection |
| | 134:3-9 | Counter designation: Context added 134:10-11, 24-25 |
| | 140:9-144:4 | No objection |
| | 168:14-23 | No objection |
| | 169:12-182:17 | Reserve Object as to form 170:4-5/172:15/180:10 |

| Deponent | CTX's Designations | BLD Objections / Counter-Designations |
|---|---|---|
| Huang Xiangjiang *May 31, 2023* | 5:6-11 | No objection |
| | 11:3-8 | No objection |
| | 17:18-20 | No objection |
| | 18:3-12 | No objection |
| | 20:4-11 | No objection |
| | 20:15-18 | No objection |
| | 20:22-21:7 | No objection |
| | 23:24-24:3 | No objection |
| | 24:11-19 | No objection |
| | 30:18-21 | No objection |
| | 49:10-50:11 | Object as to form; object because the topic of the testimony is whether Benlida's numbers balanced in the Tax Department and with regard to tax exemptions, to which Benlida objected; object because such testimony is irrelevant and prejudical |
| | 50:13-18 | Object as to form; object as to testimony regarding tax regulations; object because such testimony is irrelevant and prejudical |
| | 50:20-22 | Object as to form; object to questions about Chinese government and tax regulations; object because such testimony is irrelevant and prejudical |
| | 51:2-15 | Object as to form; object as to testimony about tax department/regulations; object because such testimony is irrelevant and prejudicial |
| | 98:4-7 | No objection |
| | 107:21-108:2 | Object as to form |
| | 108:4-8 | Object as to form |
| | 108:10-21 | No objection |
| | 110:13-111:2 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudical |
| | 111:9 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 113:21-114:15 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |

| | 114:22-115:3 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 115:5-12 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 116:3-6 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 116:21-117:4 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 117:6-7 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 118:1-5 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudical |
| | 118:7-10 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 118:19-20 | Object as to form; object to questions about taxes; object because such testimony is irrelevant and prejudicial |
| | 118:22-119:7 | Object as to form; object because such testimony is irrelevant and prejudicial |
| | 135:22-137:6 | Object as to form; object to questions about taxes; object because testimony concerns Sinosure; object because such testimony is irrelevant and prejudicial |
| | 137:8-14 | Object as to form; object because testimony concerns Sinosure; object because such testimony is irrelevant and prejudicial |
| | 137:16-17 | Object as to form; object because testimony concerns Sinosure; object because such testimony is irrelevant and prejudical |

| Deponent | CTX's Designations | Revisions/ Objections |
|---|---|---|
| Randall Paulikens | 4:2-21 | No objection |
| | 35:4-25 | No objection |
| | 40:2-15 | No objection |
| | 44:18-46:22 | Object as to form at 45:23 |
| | 47:13-47:24 | No objection |
| | 53:12-54:16 | No objection |
| | 86:5-87:10 | No objection |
| | 138:4-142:6 | No objection |
| | 142:21-143:15 | No objection |
| | 149:17-151:14 | No objection |
| | 182:7-183:13 | No objection |

Dated: New York, New York
          September 29, 2023

**Mazzola Lindstrom LLP**

_____
Richard E. Lerner

_/s/ Jean-Claude Mazzola_
Jean-Claude Mazzola
Counsel for Jiangmen Benlida Printed
Circuit Co., Ltd.
1350 Avenue of the Americas, Second Floor
New York, New York 10019
Tel.: (646) 216-8300
richard@mazzolalindstrom.com
jeanclaude@mazzolalindstrom.com

_Counsel for Jiangmen Benlida_
_Printed Circuit Co., Ltd._

**Service via ECF**