**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Plaintiff,

v.

CIRCUITRONIX, LLC,

Defendant,
_____/

**CIRCUITRONIX, LLC'S NOTICE OF FILING IN COMPLIANCE WITH**
**<u>ORDER REGARDING SETTLEMENT NEGOTIATIONS</u>**

Defendant/counter-claimant, Circuitronix, LLC ("CTX"), files this notice in compliance with the Court's September 26, 2023 Order (ECF No. 221). The parties hereby report that CTX and Benlida have proposed settlement terms to each other. However, as of the date of this notice, the settlement positions of each have been unacceptable to the other.

Dated: October 2, 2023                                  Respectfully submitted,

 

                                                     PODHURST ORSECK, P.A.
                                                     One S.E. 3rd Avenue, Suite 2300
                                                     Miami, Florida 33131
                                                     Tel.: 305-358-2800

                                                     <u>/s/  Matthew P. Weinshall</u>
                                                     Stephen F. Rosenthal
                                                     Florida Bar No. 0131458
                                                     srosenthal@podhurst.com
                                                     Matthew P. Weinshall
                                                     Florida Bar No. 84783
                                                     mweinshall@podhurst.com
                                                     Christina H. Martinez
                                                     Florida Bar No. 1029432
                                                     cmartinez@podhurst.com

                                                     *Counsel for Circuitronix, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on October 2, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ <i>Matthew P. Weinshall</i><br>Matthew P. Weinshall