United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Counter-Defendant, <br><br> v. <br><br> Circuitronix, LLC, Counter-Plaintiff. | ) ) ) ) ) ) ) ) ) Civil Action No. 21-60125-Civ-Scola |

### Omnibus Order on Pretrial Motions

On October 3, 2023, the Court held a hearing on the parties' motions in limine and to exclude expert witness testimony. (C. Def.'s Mot., ECF No. 196; C. Pl.'s Mot. to Excl., ECF No. 197; C. Pl.'s Mot. in Lim., ECF No. 198.) For the reasons stated in open court and as further described below, the Court **grants in part and denies in part** all three motions (**ECF Nos. 196, 197, 198**).

**1. Circuitronix's Motion in Limine (ECF No. 198)**

- § 1. Any of Benlida's damages computation beyond that pleaded in the complaint (Pl.'s Mot. in Lim. at 2–7): *Denied as moot*, as a result of the Court's summary-judgment order.

- § 2. Debts Circuitronix (Hong Kong) Ltd. ("CTX-HK") allegedly owes Benlida (*id.* at 7–8): *Granted*—Benlida is precluded from presenting evidence of CTX-HK's debts or Circuitronix's responsibility therefor.

- § 3. Debts barred by the statute of limitations (*id.* at 9–12): *Denied* (as to Circuitronix's own debts); *denied as moot* (as to CTX-HK's debts).

- § 4. Records of Circuitronix's account that Benlida did not produce during discovery (*id.* at 12–13): *Denied as moot*.

- § 5. Circuitronix's experts' testimony regarding "related party" status (*id.* at 13–16): *Granted*.

- § 6. Assertions contradicting Benlida's judicial admissions (*id.* at 16–17): *Granted* by agreement.

- § 7. References to the parties' other lawsuits or alleged litigiousness (*id.* at 17): *Granted* by agreement.

- § 8. The parties' 2022 settlement agreement and CTX's termination thereof (*id.* at 18): *Granted* by agreement.

- § 9. Benlida's (or ROK's) entire print run of invoices (*id.* at 18–19.): *Granted* as to the entire print run; however Benlida may introduce the invoices listed in its complaint that were issued to Circuitronix (but not to CTX-HK).

## 2. Benlida's Motion in Limine (ECF No. 196)

The Court grants Benlida's motion, in part, precluding Circuitronix from presenting expert testimony as to Chinese law but reserves ruling, in part, as to any lay testimony that may incidentally refer to such issues. The Court denies Benlida's motion, however, to the extent it seeks to exclude evidence related Benlida's trade-credit insurance, with the understanding that Benlida can request an appropriate limiting instruction to the jury.

## 3. Circuitronix's Motion to Exclude or Limit Benlida's Rebuttal Expert's Testimony (ECF No. 197)

To the extent Benlida has agreed not to introduce its rebuttal expert's testimony regarding the $3 to $8 million he says Benlida is owed, Circuitronix's motion is denied as moot. But, for the same reasons that the Court has excluded evidence related to CTX-HK's debts or Circuitronix's liability for those debts, the Court grants the motion in part. Accordingly, Benlida may not introduce its rebuttal expert's testimony to the extent he opines on Circuitronix's experts' failures to account for CTX-HK's debts and on the relationship between Circuitronix and CTX-HK.

**Done and ordered** in Miami, Florida, on October 3, 2023.

_____
Robert N. Scola, Jr.
United States District Judge