United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Counter-Defendant, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-60125-Civ-Scola |
| Circuitronix, LLC, Counter-Plaintiff. | ) ) ) | |

### Order Regarding Deposition Designations and Objections

Previously, Counter-Plaintiff Circuitronix, LLC, submitted its deposition designations, to which Counter-Defendant Jiangmen Benlida Printed Circuit Co., Ltd., responded, albeit belatedly, objecting and providing counter-designations. Since then, the Court has issued a number of evidentiary rulings, pending memorialization in a written order, that have impacted the scope of the Circuitronix's designations. In order to facilitate the Court's prompt review of the designations and any associated objections, the parties must jointly submit one document which sets forth each party's objections to each deposition designation or cross-designation. The document must have the name and date of the deposition of the witness as a heading and then columns setting forth: (1) the page and line numbers of the objection; (2) which party is making the objection; (3) the legal basis for the objection; and (4) space for the Court's ruling. This format was utilized by the Court in its order on objections to deposition designations and counter-designations in *Lucas v. Royal Caribbean Cruises*, 19-cv-20914, ECF No. 86 (S.D. Fla. May 24, 2020), which the parties should use as a guide.

The parties must email a word version of this document to chambers (scola@flsd.uscourts.gov). The parties must also (1) <u>certify that the testimony of the witnesses who are designated will be presented via their depositions as substantive evidence and that these witnesses will definitely not be testifying in person at trial</u>; and (2) provide the Court with .pdf courtesy copies, to the same email address, of the depositions of those non-appearing, designated witnesses. Any depositions of witnesses whose testimony is unexpectedly to be presented at trial by deposition will be reviewed by the Court during trial.

The parties must re-submit their designations and objections and provide

the Court with the depositions, as set forth above, on or before **October 6, 2023**.

**Done and ordered** in Miami, Florida, on October 3, 2023.

_____
Robert N. Scola, Jr.
United States District Judge