UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Counter-Defendant,

v.

CIRCUITRONIX, LLC,

Counter-Plaintiff,
_____/

**JOINT NOTICE OF COMPLIANCE WITH ORDER**
**REGARDING DEPOSITION DESIGNATIONS AND OBJECTIONS (ECF No. 238)**

The parties, Counter-Plaintiff, Circuitronix, LLC ("CTX"), and Counter-Defendant, Jiangmen Benlida Printed Circuit Co., Ltd., ("Benlida"), jointly file this notice as instructed by the Order Regarding Deposition Designations and Objections (ECF No. 238). The chart that follows lists the information the Court has requested.

**Certifications of Counsel**

The undersigned counsel for CTX and Benlida each hereby certify that they will definitely not call the following witness to testify live at trial, such that the designated portions of their depositions will be presented as substantive evidence: Huang "Douglas" Hanchao, Huang Xianjiang ("Mr. Huang"), and Chen Zhanjiao ("Ms. Chen"), and Akshay Koul.

| | |
|---|---|
| */s/ Richard E. Lerner*<br>Counsel for Benlida | */s/ Stephen F. Rosenthal*<br>Counsel for CTX |

**Deposition Designations and Objections**

| **Huang "Douglas" Hanchao** |
| --- | --- | --- | --- |
| May 23, 2023 |
| **Page(s) and line(s)** | **Party Objecting** | **Objection** | **Ruling** |
| 29:13-30:14 | CTX | FRE 403 (waste of time) | |
| 51:13-18 | CTX | FRE 602 (speculation re: "Rishi's purpose") | |
| 284:12-14 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | |
| 284:21-24 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | |
| 285:25-286:3 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | |
| 286:10-287:8 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | |

| Page(s) and line(s) | Party Objecting | Objection | Ruling |
|---|---|---|---|
| 288:9-290:13 | Benlida | FRE 401 (Relevance, as there is no claim by CTX that money is due with regard to the transaction that is the subject of the testimony, and thus it is not probative of any issue in the case); FRE 403 (prejudicial, waste of time, confusing, and misleading to jury). | |
| 294:13-295:11 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial, waste of time, confusing and misleading to jury). | |
| 295:25-296:21 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial, waste of time, confusing and misleading to jury). | |
| 297:16-298:12 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial, waste of time, confusing and misleading to jury). | |

| Chen Zhanjiao ("Ms. Chen") May 25, 2023 ||||
|---|---|---|---|
| **Page(s) and line(s)** | **Party Objecting** | **Objection** | **Ruling** |
| 165:9-20 | CTX | FRE 802 (hearsay: Benlida was questioning its own employee, whom it could've brought to trial to testify) | |
| 166:11-13, 15, 17-18, 20-21, 23-24 | CTX | FRE 802 (hearsay: Benlida was questioning its own employees, whom it could've brought to trial to testify) Also, vague and leading as to 166:11-13, 15; leading as to 166:17-24 | |

| Page(s) and line(s) | Party Objecting | Objection | Ruling |
|---|---|---|---|
| 185:4-186:6 | CTX | FRE 802 (hearsay: Benlida was questioning its own employee, whom it could've brought to trial to testify); Also FRE 403 (confusing because questioning is about Ex. 85 and prior testimony on p. 182 is about different exhibits (92 and 93)) | |

## Huang Xiangjiang ("Mr. Huang")
### May 31, 2023

| Page(s) and line(s) | Party Objecting | Objection | Ruling |
|---|---|---|---|
| 49:10-50:11 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading). | |
| 50:13-18 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading). | |
| 50:20-22 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading) | |
| 51:2-15 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading) | |
| 107:21-108:2 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial, waste of time, confusing and misleading to the jury). | |

| | | | |
|---|---|---|---|
| 108:4-8 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial, waste of time, confusing and misleading to the jury); Objection to reading in a question without introducing the answer at line 10 and therefore the entire question and the entire line of questioning is objected to. | |
| 110:13-111:2 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | |
| 111:9 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | |
| 113:21-114:15 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | |
| 114:22-115:3 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading). | |

| | | | |
|---|---|---|---|
| 115:5-12 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury) | |
| 116:3-6 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | |
| 116:21-117:4 | Benlida | No objection as to 116:21 – 117:1; Objection to 117:2-4 – FRE 401 (relevance, as it not probative of any issue in the case, and calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading). | |
| 117:6-7 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to jury). | |
| 118:1-5 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to jury). | |

| | | | |
|---|---|---|---|
| 118:7-10 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to jury). | |
| 118:19-20 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | |
| 118:22-119:7 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | |

| Akshay Koul[1] <br> May 27, 2022 ||||
|---|---|---|---|
| **Page(s) and line(s)** | **Party Objecting** | **Objections** | **Ruling** |
| 9:2-12 | CTX | FRE 401 (relevance: Mr. Koul's relationship with Rishi Kukreja is not probative of any issue in the case); <br><br> FRE 403 (waste of time). | |
| 9:22-23 | CTX | FRE 401 (relevance: Mr. Koul's relationship with Rishi Kukreja is not probative of any issue in the case); <br><br> FRE 403 (waste of time). | |
| 10:2 | CTX | FRE 401 (relevance: Mr. Koul's relationship with Rishi Kukreja is not probative of any issue in the case); <br><br> FRE 403 (waste of time). | |
| 14:10-21 | CTX | FRE 401 (relevance: Mr. Koul's position at CTX-HK is irrelevant, given the Court's ruling excluding evidence of CTX-HK); | |

---

[1] In accordance with the Court's Third Amended Scheduling Order (ECF No. 153) and Paperless Order regarding deposition designations (ECF No. 222), CTX filed deposition designations on August 29, 2023 (ECF No. 206), and revised designations on September 29, 2023 (ECF No. 227).  Recognizing that its evidentiary rulings on the parties' motions in limine "have impacted the scope of … Circuitronix's designations," the Court instructed the parties to file a revised, joint document setting forth each party's objections to those designations or cross-designations to facilitate its prompt review.  Order Regarding Deposition Designations and Objections (ECF No. 238).

Although the Court's most recent Order did not address the submission of new designations, Benlida served for the first time deposition designations for Akshay Koul on October 5, 2023 at 2:43 PM, after CTX confirmed it would not be calling Mr. Koul as a live witness in light of the Court's rulings on the motions in limine.  Hence, the parties have not had sufficient time to further narrow the scope of their disputes regarding the designations for Mr. Koul.

| | | | |
|---|---|---|---|
| | | FRE 403 (waste of time; undue prejudice and confusion to introduce issues regarding CTX-HK). | |
| 21:19-25 | CTX | Designation should include Mr. Koul's response to the question at 22:1-2. . | |
| 44:9-13 | CTX | FRE 401 (relevance: no claim or defense regarding Benlida refusing to produce because they aren't getting paid)<br><br>FRE 403 (unfair prejudice). | |
| 45:1-21 | CTX | FRE 401 (relevance: organization and components of CTX-HK are irrelevant to issues in dispute) | |
| 46:3-18 | CTX | FRE 401 (relevance: Shenzhen operations, Mr. Koul's role in Shenzhen, and the departments in Shenzhen are not probative of any issue in the case);<br><br>FRE 403 (likely to mislead or cause confusion). | |
| 47:4-21 | CTX | FRE 401 (relevance: Shenzhen operations are not probative of any issue in the case);<br><br>FRE 403 (likely to mislead or cause confusion). | |
| 48:1-15 | CTX | FRE 401 (relevance: CTX-HK's sales are not probative of any issue in the case and veers into testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida);<br><br>FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 51:1-8 | CTX | Designation should include 49:3-50:25 and 51:9-11 for completeness. | |

| | | | |
|---|---|---|---|
| 83:1-10 | CTX | FRE 401 (relevance: Shenzhen operations and where products were delivered are not probative of any issue in the case); FRE 403 (likely to mislead or cause confusion). | |
| 91:2-8 | CTX | FRE 401 (relevance: broader context starting at 89:13 indicates Mr. Koul is testifying about a spreadsheet for lead-time exceedances for CTX-HK orders, and testimony regarding CTX-HK purchase orders are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 92:11 | CTX | FRE 401 (relevance: Exhibit 12, identified by the designation contains a CTX-HK purchase order and testimony regarding CTX-HK purchase orders are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 94:2-8 | CTX | FRE 401 (relevance: testimony regarding CTX-HK's customer codes are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); | |

| | | | |
|---|---|---|---|
| | | FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 97:1-11 | CTX | FRE 401 (relevance: CTX-HK's sales are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 99:17-23 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida, **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 100:22-23 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida; **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue | |

| | | | |
|---|---|---|---|
| | | related to price increases remains to be litigated); | |
| | | FRE 403 (undue prejudice, likely to mislead or cause confusion); | |
| | | If admitted, designation should include answer at 100:24-101:5. | |
| 101:22-23 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida; **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); | |
| | | FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 102:5-8 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida; **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); | |

| | | | |
|---|---|---|---|
| | | FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 108:1-8 | CTX | FRE 401 (relevance: neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion); Should these objections be overruled: designation should include 106:12-107:10, 107:25 for completeness. | |
| 109:19-110:23 | CTX | FRE 401 (relevance: neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 113:24-114:11 | CTX | FRE 401 (relevance as to 114:10-11, identification of an exhibit regarding which Benlida does not designate any testimony). | |
| 127:1-10 | CTX | Designation should include 126:5-127:1 for completeness. | |

DATED October 6, 2023

Respectfully submitted,

| | |
|---|---|
| **Mazzola Lindstrom LLP** | **PODHURST ORSECK, P.A.** |
| 1350 Avenue of the Americas, Second Floor | One S.E. 3rd Avenue, Suite 2300 |
| New York, New York 10019 | Miami, Florida 33131 |
| Tel.: (646) 216-8300 | Tel.: 305-358-2800 |
| | |
| /s/  Richard E. Lerner | /s/  Stephen F. Rosenthal |
| Richard E. Lerner | Stephen F. Rosenthal |
| Jean-Claude Mazzola | Florida Bar No. 0131458 |
| Bar No.: 73466 | srosenthal@podhurst.com |
| richard@mazzolalindstrom.com | Matthew P. Weinshall |
| jeanclaude@mazzolalindstrom.com | Florida Bar No. 84783 |
| | mweinshall@podhurst.com |
| *Counsel for Jiangmen Benlida* | Christina H. Martinez |
| *Printed Circuit Co., Ltd.* | Florida Bar No. 1029432 |
| | cmartinez@podhurst.com |
| | |
| | *Counsel for Circuitronix, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on October 6, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Stephen F. Rosenthal*      .
Stephen F. Rosenthal

d: October 6, 2023                    Respectfully submitted,