UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

Counter-Defendant,

v.

CIRCUITRONIX, LLC,

Counter-Plaintiff,
_____/

### BENLIDA'S SUPPLEMENTAL
### DEPOSITION DESIGNATION AS TO AKSHAY KOUL

Counter-Defendant Jiangmen Benlida Printed Circuit Co., Ltd. respectfully submits this supplemental deposition designation to add pages 71:19 – 73:18 from Akshay Koul's deposition: Note: The supplemental designation is highlighted in the chart below. Circuitronix's counsel advises that it has no objection to the additional designation:

**Certification of Counsel**

Having been advised on October 5th that Circuitronix will not call Akshay Koul to testify at trial, Benlida identified certain portions of his testimony that it intended at that time to use at trial. Based upon further trial preparation, Benlida respectfully requests leave to supplement the designations submitted to the court on October 6th with regard to Mr. Koul to include the aforementioned portions of the transcript. Circuitronix's objections, previously set forth in the submission of October 6, 2023 (DE 239) are included in the below:

*/s/ Richard E. Lerner*
*/s/ Jean-Claude-Mazzola*
Counsel for Benlida

1

| Akshay Koul[1] May 27, 2022 |||| 
|---|---|---|---|
| Page(s) and line(s) | Party Objecting | Objections | Ruling |
| 9:2-12 | CTX | FRE 401 (relevance: Mr. Koul's relationship with Rishi Kukreja is not probative of any issue in the case); FRE 403 (waste of time). | |
| 9:22-23 | CTX | FRE 401 (relevance: Mr. Koul's relationship with Rishi Kukreja is not probative of any issue in the case); FRE 403 (waste of time). | |
| 10:2 | CTX | FRE 401 (relevance: Mr. Koul's relationship with Rishi Kukreja is not probative of any issue in the case); FRE 403 (waste of time). | |
| 14:10-21 | CTX | FRE 401 (relevance: Mr. Koul's position at CTX-HK is irrelevant, given the Court's ruling excluding evidence of CTX-HK); FRE 403 (waste of time; undue prejudice and confusion to introduce issues regarding CTX-HK). | |

---

[1] In accordance with the Court's Third Amended Scheduling Order (ECF No. 153) and Paperless Order regarding deposition designations (ECF No. 222), CTX filed deposition designations on August 29, 2023 (ECF No. 206), and revised designations on September 29, 2023 (ECF No. 227). Recognizing that its evidentiary rulings on the parties' motions in limine "have impacted the scope of … Circuitronix's designations," the Court instructed the parties to file a revised, joint document setting forth each party's objections to those designations or cross-designations to facilitate its prompt review. Order Regarding Deposition Designations and Objections (ECF No. 238).

Although the Court's most recent Order did not address the submission of new designations, Benlida served for the first time deposition designations for Akshay Koul on October 5, 2023 at 2:43 PM, after CTX confirmed it would not be calling Mr. Koul as a live witness in light of the Court's rulings on the motions in limine. Hence, the parties have not had sufficient time to further narrow the scope of their disputes regarding the designations for Mr. Koul.

2

| | | | |
|---|---|---|---|
| 21:19-25 | CTX | Designation should include Mr. Koul's response to the question at 22:1-2. . | |
| 44:9-13 | CTX | FRE 401 (relevance: no claim or defense regarding Benlida refusing to produce because they aren't getting paid) <br><br> FRE 403 (unfair prejudice). | |
| 45:1-21 | CTX | FRE 401 (relevance: organization and components of CTX-HK are irrelevant to issues in dispute) | |
| 46:3-18 | CTX | FRE 401 (relevance: Shenzhen operations, Mr. Koul's role in Shenzhen, and the departments in Shenzhen are not probative of any issue in the case); <br><br> FRE 403 (likely to mislead or cause confusion). | |
| 47:4-21 | CTX | FRE 401 (relevance: Shenzhen operations are not probative of any issue in the case); <br><br> FRE 403 (likely to mislead or cause confusion). | |
| 48:1-15 | CTX | FRE 401 (relevance: CTX-HK's sales are not probative of any issue in the case and veers into testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); <br><br> FRE 403 (undue prejudice, likely to mislead or cause confusion). | |

3

| | | | |
|---|---|---|---|
| 51:1-8 | CTX | Designation should include 49:3-50:25 and 51:9-11 for completeness. | |
| 71:19 – 73:18 | | | |
| 83:1-10 | CTX | FRE 401 (relevance: Shenzhen operations and where products were delivered are not probative of any issue in the case); FRE 403 (likely to mislead or cause confusion). | |
| 91:2-8 | CTX | FRE 401 (relevance: broader context starting at 89:13 indicates Mr. Koul is testifying about a spreadsheet for lead-time exceedances for CTX-HK orders, and testimony regarding CTX-HK purchase orders are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 92:11 | CTX | FRE 401 (relevance: Exhibit 12, identified by the designation contains a CTX-HK purchase order and testimony regarding CTX-HK purchase orders are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |

| | | | |
|---|---|---|---|
| 94:2-8 | CTX | FRE 401 (relevance: testimony regarding CTX-HK's customer codes are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); <br><br> FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 97:1-11 | CTX | FRE 401 (relevance: CTX-HK's sales are not probative of any issue in the case; also involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida); <br><br> FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 99:17-23 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida, **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); <br><br> FRE 403 (undue prejudice, likely to mislead or cause confusion). | |

| | | | |
|---|---|---|---|
| 100:22-23 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida; **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion); If admitted, designation should include answer at 100:24-101:5. | |
| 101:22-23 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida; **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |

| | | | |
|---|---|---|---|
| 102:5-8 | CTX | FRE 401 (relevance: **(1)** broader context starting at 99:10 indicates testimony relates to setting price numbers for CTX-HK purchase orders, which are not probative of any issue in the case; **(2)** involves testimony foreclosed by Omnibus Order (ECF No. 237 #2) regarding exclusion of debts CTX-HK allegedly owes Benlida; **(3)** neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |
| 108:1-8 | CTX | FRE 401 (relevance: neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion); Should these objections be overruled: designation should include 106:12-107:10, 107:25 for completeness. | |
| 109:19-110:23 | CTX | FRE 401 (relevance: neither the Amended Joint Pre-Trial Stipulation (ECF No. 226) nor Benlida's statement of issues of law (ECF No. 230) gives notice that any issue related to price increases remains to be litigated); FRE 403 (undue prejudice, likely to mislead or cause confusion). | |

| | | | |
|---|---|---|---|
| 113:24-114:11 | CTX | FRE 401 (relevance as to 114:10-11, identification of an exhibit regarding which Benlida does not designate any testimony). | |
| 127:1-10 | CTX | Designation should include 126:5-127:1 for completeness. | |

DATED October 9, 2023

                                Respectfully submitted,

**Mazzola Lindstrom LLP**
1350 Avenue of the Americas, Second Floor
New York, New York 10019
Tel.: (646) 216-8300
*/s/ Jean-Claude Mazzola*
*/s/ Richard E. Lerner*
Richard E. Lerner

Jean-Claude Mazzola
Bar No.: 73466

richard@mazzolalindstrom.com
jeanclaude@mazzolalindstrom.com

*Counsel for Jiangmen Benlida Printed Circuit Co., Ltd.*

**Service Via ECF**