United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Counter-Defendant, <br><br> v. <br><br> Circuitronix, LLC, Counter-Plaintiff. | ) <br> ) <br> ) <br> ) Civil Action No. 21-60125-Civ-Scola <br> ) <br> ) <br> ) |

### Order Granting Motion for Leave to Bring Electronic Devices into Court for Use During Trial Beginning October 16, 2023

The Court having considered Plaintiff Jiangmen Benlida Printed Circuit Co., Ltd.'s motion for leave to bring electronic devices into court for use during the trial of this matter and being otherwise duly advised herein, it is hereby:

**Ordered and adjudged** that the motion is hereby **granted** (**ECF No. 240**).

The Marshals are requested to permit attorneys Jean-Claude Mazzola, Esq. and Richard E. Lerner, Esq. of the Mazzola Lindstrom law firm, and their staff – Steven Prifti, Eric Toll, and Adam Wiener – as well as witnesses Huang Sulan, Wu Yukun, and Randall Paulikens to bring their laptop computers (with power cords) and their cellphones into the Wilkie D. Ferguson, Jr., United States Courthouse for use during trial beginning October 16, 2023.

**Done and ordered** in Miami, Florida, on October 10, 2023.

_____
Robert N. Scola, Jr.
United States District Judge