UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD., *et al.*

Plaintiffs,

v.

CIRCUITRONIX, LLC,

Defendant.

_____/

**CIRCUITRONIX, LLC'S NOTICE OF FILING ITS
SECOND *AMENDED* TRIAL EXHIBIT LIST AND WITNESS LIST**

Pursuant to this Court's Paperless Order (ECF No. 236), Counter-Plaintiff, Circuitronix, LLC ("CTX"), through undersigned counsel, hereby gives notice of filing its second amended exhibit list (**Exhibit 1**) and witness list (**Exhibit 2**) in light of the Court's Omnibus Order on Pretrial Motions (ECF No. 237).

CTX's second amended trial exhibit list contains the parties' joint exhibits and CTX's additional exhibits, as reflected in CTX's complete trial exhibit list of September 15, 2023 (ECF No. 218-1), but removes those exhibits from both categories which are no longer relevant based upon the Court's Order Granting Summary Judgment and its Omnibus Order.[1] A number of the exhibits will be redacted to avoid presenting topics that have been foreclosed by these Orders (*e.g.*, references to CTX-HK). No additional exhibits have been added, and

---

[1] On October 8, 2023, CTX circulated to Benlida the second amended trial exhibit list it files today, with proposed excisions from the joint exhibit list and deletions from CTX's additional exhibit list. At the time of preparation of this filing (in time for the noon deadline), Benlida has not responded to CTX's proposed excisions from the joint exhibit list.

1

CTX retains the exhibit numbering utilized in its original list.  Not having received any updated or more specific objections to its exhibit list, CTX also retains Benlida's original, blanket objection provided in its September 15, 2023 exhibit list filing.  *See* E.C.F. No. 219-1.

CTX additionally advises that the attached second amended exhibit list does not contain an updated disaggregated list of Benlida's exhibits because Benlida has still not provided them to CTX, despite multiple requests, including in open Court during the pre-trial conference on October 3.  *See also* ECF No. 236.[2]  Consequently, CTX has reproduced, at the end of its exhibit list, the same aggregated list of exhibits that Benlida previously filed, along with its objections thereto.  Once Benlida finally shares its disaggregated exhibit list, CTX would like to reserve the right to articulate objections as to individually listed documents, if the Court deems that helpful.

Dated:  October 10, 2023

Respectfully submitted,

PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

*/s/  Christina H. Martinez*
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweishall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com
*Counsel for Circuitronix, LLC*

---

[2] Counsel for Benlida advised CTX's counsel at 10:23 am this morning that Benlida estimated it would be providing its exhibit list by 12:30 pm, after the Court-ordered noon deadline to file the exhibit lists.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on October 10, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ <i>Christina H. Martinez</i><br>Christina H. Martinez