# EXHIBIT 1

Case No.: 21-60125-CIV-SCOLA/GOODMAN
AO 187 (Rev. 7/87) Exhibit List

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | JOINT EXHIBIT LIST WITH CTX'S SECOND AMENDED LIST OF ADDITIONAL EXHIBITS AND BENLIDA'S PREVIOUSLY FILED AMENDED EXHIBIT LIST |
|---|---|
| JIANGMEN BENLIDA PRINTED CIRCUIT CIRCUIT CO., LTD., <br><br> vs. <br><br> CIRCUITRONIX, LLC | Case No.: 21-60125-CIV-SCOLA/GOODMAN |

| PRESIDING JUDGE <br><br> Hon. Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY <br><br> Jean-Claude Mazzola <br> Richard E. Lerner | DEFENDANT'S <br><br> Stephen F. Rosenthal <br> Matthew P. Weinshall <br> Christina H. Martinez |
|---|---|---|
| TRIAL DATE (S) <br><br> October 16, 2023 | COURT REPORTER <br><br> Tammy Nestor | COURTROOM DEPUTY <br><br> Jacob Hasbun |

| Joint No. | PLF. No. | DEF. No. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | OBJ. |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | 11-21-17 email from Tracy to Akshay re: Debit Memos for your reference | |
| 2 | | | | | | 6-8-16 Debit Memo – penalty for lead time exceedances for PO's for January 2016 | |
| 4 | | | | | | Payment Detail | Δ-R/UP |
| 5 | | | | | | Benlida 2017 Reconciliation Statement Spreadsheet  (created by Nicole and Todor) | Δ-R/UP |
| 6 | | | | | | 11-29-19 email from accounting@benlida.com to Nicole/Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK.  Attachment: "No records DM list" | Δ-R/UP |
| 7 | | | | | | Missing Invoice Spreadsheet (2012-2014) | |
| 8 | | | | | | Spreadsheet of CTX debit memos to ROK | Δ-R/UP |
| 9 | | | | | | 12-2-19 email from accounting@benlida.com to Nicole/Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK.  Attachment: "CTX missing inv. (with BLD and ROK), …" | |
| 10 | | | | | | 1-10-18 monthly statement from Benlida & ROK to CTX & CTX-HK | Δ-R/UP |
| 11 | | | | | | Reconciliation spreadsheet | Δ-R/UP |
| 13 | | | | | | 8-19-14 CTX Purchase Order | |
| 18 | | | | | | Dec. 13-14, 2016 Meeting Minutes | |
| 19 | | | | | | 10-20-17 Meeting Minutes | |
| 20 | | | | | | March 3-9, 2018 Meeting Minutes | |
| 21 | | | | | | 3-1-12 Manufacturing & Representation Agreement | |
| 24 | | | | | | 6-18-16 email from Tracy to Nicole re: Penalty for Lead-Time Exceedances- ROK & BLD Jan 2016 Orders | |
| 26 | | | | | | 3-17-18- Meeting Minutes | |
| 28 | | | | | | 4-30-16 email from Tracy to Todor re: pls use these when doing your numbering comparing [re: 2015 records] | |
| 29 | | | | | | 1-1-15 CTX payment detail, with BLD comments (attachment to Ex. 28 email) | |
| 30 | | | | | | Oct. 2015 Benlida monthly statement to CTX | Δ-R/UP |
| 31 | | | | | | 8-2015 Benlida monthly statement to CTX (dated 9-6-15) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32 | | | | | | 7-13-16 email from Tracy to Sourabh re: procedure for calculating leadtime exceedance penalty (includes Rishi to Sourabh email from 6-21-2016) | |
| 33 | | | | | | 6-21-16 email from Rishi to Sourabh Procedure for Calculating Lead-Time exceedance Penalty | |
| 34 | | | | | | 5-12-16 email from Tracy to Rishi re: ROK & BLD 5-1-16 Payment Details (comments re calculation of leadtime penalty) | |
| 35 | | | | | | 12-2-15 email from ROK pcb re: ROK & BLD Sch date we will put off totally at least 35 days. Pls give your priority | |
| 36 | | | | | | 12-3-15 email from Tracy to Rishi re: ROK & BLD Sch date will be put off totally at least 35 days. Pls give your priority | |
| 38 | | | | | | 11-16-15 email re: New PO# BEN-B1503541-X66 for P/N: P01V04 1131 for 600 pieces | |
| 40 | | | | | | 8-2-16 email attaching 2016 Letter Agreement | |
| 41 | | | | | | 2-29-16 email from Tracy to Rishi re: Feb. 25, 2016 Meeting minutes | |
| 42 | | | | | | 7-28-16 email from Tracy to Rishi re: July 25, 2016 Meeting minutes | |
| 43 | | | | | | 12-19-16 email from Rishi to Tracy re: price increase (and Dec. 14, 2016 meeting) | |
| 44 | | | | | | 12-19-16 email from Tracy to Rishi re: price increase (and Dec. 14, 2016 meeting) | |
| 45 | | | | | | 12-26-16 email from Tracy to Rishi re: Dec. 14, 2016 Meeting minutes | |
| 46 | | | | | | 1-6-17 email from Rishi to Tracy re: Dec. 14, 2016 Meeting minutes | |
| 47 | | | | | | 1-9-17 email from Tracy to Rishi re: Dec. 14, 2016 Meeting minutes | |
| 48 | | | | | | 10-22-17 email from Tracy to Rishi Oct. 19-20, 2017 Meeting minutes | |
| 49 | | | | | | 10-31-17 email from Rishi to Tracy re: Oct. 20, 2017 Meeting minutes | |
| 50 | | | | | | 11-2-17 email from Rishi to Tracy re: Oct. 20, 2017 Meeting minutes | |
| 51 | | | | | | 11-3-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | |
| 52 | | | | | | 11-7-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | |
| 53 | | | | | | 2-23-18 email from Tracy to Rishi re: Feb. 7, 2018 meeting with Akshay Koul | |
| 54 | | | | | | 2-24-18 email from Tracy to Rishi re: meeting agenda list - 2018 Miami | |
| 55 | | | | | | 3-9-18 email from Tracy to Rishi re: March 2018 Meeting minutes in Miami | |
| 56 | | | | | | 3-10-18 email from Tracy to Rishi re: sheets mentioned during March 2018 meeting in Miami | |
| 57 | | | | | | 4-5-18 email from Rishi to Tracy re: price increase up to Jan & Feb 2018, attaching minutes of March 17, 2018 meeting in Benlida | |
| 58 | | | | | | 3-21-18 email from Tracy to Rishi attaching minutes of March 17, 2018 meeting in Benlida | |
| 59 | | | | | | 3-26-18 email from Tracy to Rishi re: reconciliation 2017 statement | |
| 60 | | | | | | 1-16-19 email from Tracy to Rishi re: Meeting Minute Conference Call on Jan. 16, 2019 | |
| 63 | | | | | | 5-23-23 Benlida's Interrogatory Responses | Δ-H |
| 64 | | | | | | 6-28-16 email from Douglas to Rishi re: 2015 invoice discrepancy | Δ-R/UP |
| 65 | | | | | | 11-21-16 email from Tracy to Rishi re: payment need in Nov., attaching BLD payment details | Δ-R/UP |
| 66 | | | | | | 2-26-15 email from Todor to Benlida re: March 1, 2015 Payment Details (December 2014 invoices) & bank slips | |
| 67 | | | | | | 5-12-16 email from Tracy to Rishi re: pls use these when doing number comparing [attaching invoice differences through Oct. 2015] | |
| 68 | | | | | | 5-21-17 email from Tracy to Rishi attaching photo of white board recapping May 17, 2017 discussion | |
| 69 | | | | | | 5-31-19 email from Tracy to Rishi attaching photo of whiteboard recapping March 2018 meeting in Miami | Δ-R/UP |

| No. | | | | | | Description | Objections |
|---|---|---|---|---|---|---|---|
| 70 | | | | | | 7-29-19 email from Tracy to Rishi responding to Rishi's email to Douglas | |
| 71 | | | | | | 7-14-16 email from Douglas to Rishi re: secondary agreement; bank having discovered ROK is lying | Δ-R/UP/MIL (DE 198), #7 <br><br> π-I/R/UP |
| 72 | | | | | | 7-5-16 email from Douglas to Rishi re: bank froze ROK's account | Δ-R/UP/MIL (DE 198), #7 <br> π-I/R/UP |
| 73 | | | | | | 3-27-17 email from Tracy to Rishi re: Tax department check – requesting payment | π-I/R/UP |
| 74 | | | | | | 12-9-18 email from Roger Wu to Rishi attaching "BLDROK SHIPMENTS 1207" (BLD's analysis of shipment amounts through Oct. 2018) | Δ-R/UP |
| 75 | | | | | | 12-2-18 email from Tracy to Rishi re: shipment payment, pls feedback [attaching Payment Request memo (CTX_4356-59] | Δ-R/UP |
| 76 | | | | | | 3-16-19 email from Tracy to Rishi re: BLD payments [reconciliation discussion showing 12-1-16 to 3-9-19 records] | Δ-R/UP |
| 77 | | | | | | 6-19-19 email from Tracy to Rishi re: shipment payment (6-19-19 update after reconciliation) | Δ-R/UP <br> π-R/UP |
| 78 | | | | | | 8-1-19 email from Tracy to Rishi re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | Δ-R/UP <br> π-I |
| 79 | | | | | | 11-14-19 email from accounting@benlida.com to Rishi, Akshay, et al. re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | |
| 80 | | | | | | Sinosure Claim Form (CTX, LLC) | π-I/R/UP |
| 82 | | | | | | 6-7-18 email from Tracy to Rishi re: wire transfer of USD200K | π-R/UP |
| 85 | | | | | | 9-6-18 email from Nicole Donaldson to Tracy re: BLD Payment Detail & bank slips for your reference - June 2018 invoices | |
| 86 | | | | | | 4-29-19 email from Tracy to Rishi re: BLD payments, attaching "Benlida reconciliation with CTX 0316.xlsx" | Δ-R/UP <br> π-I |
| 87 | | | | | | 11-22-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK, attaching "Benlida Shipment & Payment Details CTX-HK 2012-2019.xlsx," etc. | Δ-R/UP |
| 88 | | | | | | 12-4-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK, attaching missing invoice details | Δ-R/UP |
| 89 | | | | | | 12-4-19 email from accounting@benlida.com to Nichole Donaldson & Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | Δ-R/UP |
| 90 | | | | | | 12-4-19 email accounting@benlida.com to Nichole Donaldson & Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | Δ-R/UP |
| 91 | | | | | | 1-12-20 email from accounting@benlida.com to Sinosure, attachments include 2019 email reconciled with CTX & Cash transaction email after risk occurred | Δ-R/UP <br> π-I/R/UP |
| 92 | | | | | | 6-29-18 email from Nichole Donalson to Tracy re: "Benlida Payment Details & Bank slips for your reference - April 2018 Invoice"s (Marked up by Ms. Chen) | |
| 93 | | | | | | 8-1-2018 email from Nichole Donalson to Tracy re: "Benlida Payment Detail & Bank Slips for your reference - May 2018 Invoices" (Marked up by Chen) | |
| 94 | | | | | | 10-18-19 email from Tracy to Rishi re: Lead Time Penalty for 3-2019 | Δ-R/UP |
| 95 | | | | | | 11-13-19 email from Tracy to Rishi re: Lead Time Penalty for BLD for May 2019 - Benlida feedback | |
| 96 | | | | | | 12-30-16 email from Tracy to Rishi re: Minutes of Meeting with BLD on December 14, 2016 | |
| 97 | | | | | | 11-30-16 email from Tracy to Rishi re: payment in Nov -- update as per CTX accounting number | Δ-R/UP |
| 98 | | | | | | 3-4-19 email from Nichole to Melonnie Rhoden re: Benlida Payment Detail & Bank Slips for your reference - November 2018 invoices | |

| No. | Description | Objection |
|---|---|---|
| 99 | 3-6-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - December 2018 invoices | |
| 100 | 4-12-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - January 2019 invoices | |
| 101 | 5-1-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - February 2019 invoices | |
| 102 | 6-4-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - March 2019 invoices | |
| 103 | 7-8-19 email from Nichole Donaldson to Tracy re: Benlida Payment Detail & Bank Slips for your reference - April 2019 invoices | |
| 104 | 8-1-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - May 2019 invoices | |
| 105 | 9-5-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - June 2019 invoices | |
| 106 | 10-4-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - July 2019 invoices | |
| 107 | 3-16-19 email from Tracy to Rishi re: Benlida payments | |
| 108 | 8-26-16 email from Tracy to Rishi re: Update payment number—correct one | Δ-R/UP |
| 109 | 11-3-2016 email from Tracy to Rishi re: payment need in Nov. | Δ-R/UP |
| 110 | 11-17-16 email from Tracy to Rishi re: payment need in Nov. | Δ-R/UP |
| 111 | 11-17-16 email from Tracy to Rishi re: payment need in Nov | Δ-R/UP |
| 112 | 3-16-19 email from Rishi to Tracy re: Belinda payments | Δ-R/UP |
| 113 | 5-19-19 email from Tracy to Rishi re: cash flow issue | |
| 114 | 5-30-23 CTX's Supplemental Answers to 1st set Interrogatories | |
| 115 | 5-22-19 email from Melonnie Rhoden to Tracy re: Belinda Statement Reconciliation April 2019 | |
| 116 | 10-1-16 CTX Payment Detail for ROK | Δ-R/UP |
| 120 | 11-1-19 email from Rishi to Douglas re: CTX, USA payment reconciliation from 1st of April, 2012 until present for BLD & ROK | Δ-R/UP |
| 121 | 7-29-19 email from Rishi to Douglas re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | Δ-R/UP |
| 122 | 12-4-14 email from Todor to Tracy re: Dec. 2, 2014 payment detail for Benlida in the amount of $5,821.01 | |
| 123 | 2-2-15 email from Todor to Tracy re: Benlida Payment Detail & bank slip as proof of payment/ROK bank slip (attaching Benlida Payment Details Jan. 1 and Feb. 1, 2015) | Δ-R/UP |
| 124 | 2-26-15 email from Todor to Tracy re: Payment Detail & Bank slip as proof of payment (attaching Benlida Payment Details March 1, 2015) | |
| 125 | 4-27-15 email from Todor to Tracy re: Payment Detail & bank slip (attaching ROK payment details for March 2014 – April 2015) | Δ-R/UP |
| 126 | 8-31-16 email from Rishi to Tracy re: update payment number - correct one | Δ-R/UP |
| 127 | 3-27-17 email from Rishi to Tracy re: invoice discrepancy analysis update | |
| 128 | 9-1-16 CTX Payment Detail | |
| 129 | Benlida's outside auditor's Confirmation of Balances to CTX, LLC for 2017 | |
| 131 | 6-3-19 email from accounting@benlida.com to Rishi, et al. re: Confirmation for Audit Purposes (attaching Benlida's outside auditor's Confirmation of Balances for 2018) | Δ-R/UP |
| 132 | 7-31-20 email from accounting@benlida.com to Rishi, et al. re: Confirmation for Audit Purposes (attaching Benlida's outside auditor's Confirmation of Balances for 2019) | Δ-R/UP |
| 133 | 2015 Benlida monthly statements to CTX (Jan – Dec.) | Δ-R/UP |
| 134 | Screenshot of Chinese Tax Authority Portal | π-I/R/H/UP |
| 135 | Screenshot of Communications with Chinese Customs Bureau | π-I/R/H/UP |

| No. | | Letter | | | | Description | Marking |
|---|---|---|---|---|---|---|---|
| 136 | | | | | | 9-9-21 email dated re: Statement of Aug. 2021 | Δ-R/UP |
| 136A | | | | | | 8-21 Benlida monthly statement to CTX | |
| 136B | | | | | | 9-9-21 Benlida monthly statement to CTX | |
| 137 | | | | | | 4-30-18 email from Alfredo More to Tracy re: "DHL Invoices | Δ-R/UP |
| 138 | | | | | | CTX Excel spreadsheet – Benlida proformas | Δ-R/UP |
| 139 | | | | | | ROK Payment Details CTX-US-HK 2012-2018 | Δ-R/UP |
| 140 | | | | | | Payment Schedule for ROK_US_HK Payment Detail Reconciliation | Δ-R/UP |
| 142 | | | | | | Benlida vs CTX Accounting event | π-R/UP |
| 143 | | | | | | Summary – LTP data (Excel)  [print out first page and mark it with placeholder] | Δ-R/UP |
| 145 | | | | | | Working Analysis – Table 7 and additional tables | Δ-R/UP |
| 148 | | | | | | BLD Payment Details_CTX-US_2012-2021_v.5  [print 1st page from email] | Δ-R/UP/MIL (DE 197) |
| 150 | | | | | | 1-10-18 list of 2017 shipment amounts from BLD and ROK to CTX-HK | Δ-R/UP |
| 153 | | | | | | BLD Payment Details CTX-US- V5_2012-2019 [previously marked exhibit 120] ("CTX Recon") | |
| 154 | | | | | | 2012-2019 Reconciliation Analysis 2019.11.15 CCT | Δ-R/UP |
| 155 | | | | | | 3-10-15 DM # "0310" (one of the ones in KM's judgmental set) | |
| 156 | | | | | | BLD Penalty for LT Exceedance Reports Nov. 2020 | |
| 157 | | | | | | BLD Penalty for LT Exceedance Reports April 2020 | |
| 159 | | | | | | 3-21-16 CTX Debit Memo | |
| 160 | | | | | | Oct. 20, 2013 CTX Debit Memo | |
| 161 | | | | | | 9-12-14 CTX Debit Memo | |
| 166 | | | | | | 4-12-19 Benlida invoice to CTX (CCT-BLD-190412001) | |
| 168 | | | | | | Binder of Barry Mukamal | Δ-R/UP π-R/UP |
| **CTX's Additional Exhibits** | | | | | | | |
| | | D-A | | | | 4-23-13 email from Rishi to Tracy re: Penalty for Leadtime Violation [CTX 1524-1525] | ** |
| | | D-B | | | | 7-1-13 email from Sunny Kapoor to Tracy re: Penalty for Leadtime Violation [CTX 1607-1612] | ** |
| | | D-C | | | | 10-16-13 email from Tracy to Rishi re: meeting minutes [CTX 3412-3413] | ** |
| | | D-F | | | | 2-4-15 email from Tracy to Sunny re: bring down unit price from Feb order – Urgent [CTX 3414-3417] | ** |
| | | D-G | | | | 7-1-15 email from Tracy to Rishi re: price increase [CTX 3717] | ** |
| | | D-H | | | | 9-17-15 email form Tracy to Douglas re: Penalty for Leadtime Violation [CTX 4763-4764] | ** |
| | | D-J | | | | 12-9-15 email from Tracy to Rishi re: fyi! [CTX 1533344-1533363] | ** |
| | | D-L | | | | 1-3-16 email from: Tracy to: Rishi re: Delamination Issues D-8794705PNP02+0 [CTX 1703-1705] | ** |
| | | D-M | | | | 1-7-16 email from Tracy to Rishi re: payment of Jan 2016 [CTX 2172] | ** |
| | | D-O | | | | 1-28-16 email from Tracy to: Rishi re: URGENTREMINDER: FNG1H – AE … [discussing leadtimes disagreement] [CTX_1716-1721] | ** |
| | | D-P | | | | 2-17-2016 email from Charles Mervens to rokpcb@126.com, Tracy re: new order for PO: BLD-1206508-X68 / PN: 0704116 for 600 pcs [CTX 1688-1702] | ** |
| | | D-R | | | | 2-19-16 email from Tracy to Charles Mervens re: Debit Memo BEN-DM2016017 for your reference [CTX_1685-1686] | ** |
| | | D-S | | | | 2-19-16 from Tracy to Rishi re: payment need for Benlida and ROK  [CTX 2170] | ** |
| | | D-T | | | | 2-23-16 email from Tracy to Rishi re: Leadtime Penalty discussion info [CTX 1526] | ** |
| | | D-U | | | | 2-25-16 email from Tracy to Rishi re: Benlida [CTX 1508] | ** |
| | | D-W | | | | 3-3-16 email from Tracy to Rishi re: 2 million loan and Sinosure [CTX979-983] | ** |
| | | D-X | | | | 3-7-2016 email from Tracy to Rishi re: need wire to Benlida [CTX_1147-1150] | ** |
| | | D-Y | | | | 3-8-16 from Tracy to Rishi re: loan proposal [CTX_1327] | ** |
| | | D-Z | | | | 3-11-16 from Tracy to Rishi re: need wire to Benlida [CTX_991-997] | ** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | D-AA | | | | 3-21-16 email from Tracy to Rishi re: need wire to Benlida [CTX 2196-2202] | ** |
| | | D-BB | | | | 3/22/2016 Email from Jim HonKit Cho to Tracy Benlida re: Penalty for Lead Time exceedances - BLD (CTX-HK) – [CTX 294858-294860] | ** |
| | | D-CC | | | | 3-23-16 email from Tracy to Rishi re: leadtime on orders [CTX_813-814] | ** |
| | | D-FF | | | | 4-13-16 email form Tracy to Rishi re: Payment in Apr 2016 [CTX 1162] | ** |
| | | D-GG | | | | 4-13-16 email from Tracy to Rishi re: CTX orders and lead time [CTX 796] | ** |
| | | D-HH | | | | 4-15-16 email from Tracy to Sourabh re: CTX orders and lead time- update 0416 [CTX 809-810] | ** |
| | | D-II | | | | 4-19-16 email from Tracy to Rishi re: wave penalty on PQ26 and Imm Tin  [CTX 1363] | ** |
| | | D-JJ | | | | 4-21-16 email from Tracy to Rishi re: payment in Apr 2016 [CTX_2178-2179] | ** |
| | | D-KK | | | | 4-22-16 email from Tracy to Rishi re: some emails for your reference [CTX 1600-1602, CTX 1604, CTX 1607-1614] | ** |
| | | D-LL | | | | 4-25-16 email from Tracy to Rishi re: Penalty for Leadtime Violation- update [CTX 1522-1523] | ** |
| | | D-MM | | | | 5-3-16 email from Tracy to Sourabh re: pending repeat order price need to be fixed- IMPORTANT! [CTX 1081-1085] | ** |
| | | D-NN | | | | 5-11-16 email from Tracy to Rishi re: 2015 leadtime exceeding penalty discussion (Jan-Jul) [CTX 1511] | ** |
| | | D-OO | | | | 5-13-16 email from Tracy to Rishi re: Imm Tin processing cost update—May 2016 [CTX 1493-1495] | ** |
| | | D-PP | | | | 5-16-16 email from Tracy to Rishi re: HKG personal account info [CTX 2007-2008] | ** |
| | | D-QQ | | | | 6-27-16 email from Tracy to Sourabh re: Procedure for Calculating Leadtime Exceedance Penalty [CTX 1561-1563] | ** |
| | | D-RR | | | | 6-28-16 email from Douglas to Rishi re: remind on pending issues [CTX 1365-1375] | ** |
| | | D-SS | | | | 6-29-16 email from Tracy to Sourabh re: Pricing Discrepancy [CTX 959-962] | ** |
| | | D-TT | | | | 6-30-16 email form Tracy to Rishi re: remind on pending issues [CTX 1434-1445] | ** |
| | | D-UU | | | | 7-3-16 email from Tracy to Sourabh re: Pricing Discrepancy [involving remittance information, please pat attention to the safety of property] [CTX 966-969] | ** |
| | | D-VV | | | | 7-5-16 email from Douglas to Rishi re: bank froze ROK's account [CTX 1376-1389] | ** |
| | | D-WW | | | | 7-11-16 email from Tracy to Rishi re: Pricing Discrepancy [CTX 921-929] | ** |
| | | D-XX | | | | 7-13-16 email from Tracy to Sourabh re: Procedure for Calculating Leadtime Exceedance Penalty [CTX 1565-1569, CTX 1571-1572] | ** |
| | | D-YY | | | | 7-14-16 email from Tracy@Benlida to Rishi Re: Procedure for Calculating Leadtime Exceedance Penalty; [CTX 1576-1581] | ** |
| | | D-ZZ | | | | 7-14-2016 email from Tracy to Rishi re: 回复: Re: secondary agreement [CTX 2205-2220] | ** |
| | | D-A3 | | | | 7-14-16 email from Douglas to Rishi re: secondary agreement; bank having discovered ROK is lying [CTX 1390-1403] | ** |
| | | D-B3 | | | | 7-16-16 email from Tracy to Rishi re: Procedure for Calculating Leadtime Exceedance Penalty [CTX 1583-1589] | ** |
| | | D-C3 | | | | 7-25-16 email from Tracy to Rishi re: LT Penalty waving details [CTX 1529] | ** |
| | | D-D3 | | | | 7-25-16 email from Tracy to Rishi re: CTX HK BLD Penalty for Lead-Time Exceedances [CTX 1506] | ** |
| | | D-E3 | | | | 8-3-16 email from Tracy to Rishi re: required urgently [CTX_1320-1321] | ** |
| | | D-F3 | | | | 8-11-16 email from Tracy to Rishi re: updated payment number—correct one [CTX 1354-1362] | ** |
| | | D-G3 | | | | 9-7-16 email from Tracy to Rishi re: payment need in Sep [CTX 2171] | ** |
| | | D-H3 | | | | 9-13-16 email from Tracy to Rishi re: leadtime basket [CTX 821] | ** |
| | | D-I3 | | | | 9-23-16 email from Tracy to Rishi re: need help on wire transfer [CTX 2173] | ** |

| | | D-J3 | | | | 9-29-16 email form Tracy to Rishi re: payment need in Sept [CTX 867-870] | ** |
|---|---|---|---|---|---|---|---|
| | | D-K3 | | | | 10-6-16 email from Tracy to Rishi re: CTX orders and output [CTX 808] | ** |
| | | D-L3 | | | | 11-14-16 email from Tracy to Rishi re: price increase notice [CTX 785] | ** |
| | | D-M3 | | | | 11-21-16 email from Tracy to Rishi re: payment need in Nov [CTX_1260-1273] | ** |
| | | D-N3 | | | | 11-17-16 email from Tracy to Rishi re: price increase notice [CTX 787-789] | ** |
| | | D-O3 | | | | 11-18-16 email from Tracy to Rishi re: price increase notice [CTX 791-795] | ** |
| | | D-P3 | | | | 12-8-16 email from Tracy to Rishi re: KB Price increase notice on 2016/12/08 [CTX 782] | ** |
| | | D-Q3 | | | | 12-8-16 email from Tracy to Rishi re: price increase notice on 2016/12/08 [CTX 784] | ** |
| | | D-R3 | | | | 1-16-17 email from Rishi to Tracy re: shipment and payment—update on 1/13/2017 [CTX 3446-3454] | ** |
| | | D-S3 | | | | 2-22-17 email from Tracy to Rishi re bank slips -- more payment should be made [CTX 2002-2004] | ** |
| | | D-T3 | | | | 3-15-17 email from Tracy to Rishi re: shipment and payment -- 20170315 [CTX 2068-2069] | ** |
| | | D-U3 | | | | 3-21-17 email from Tracy to Rishi re: urgent issue on ROK foreign exchange!!! -- CTX 2070 | ** |
| | | D-V3 | | | | 4-7-17 email from Tracy to Rishi re: IV for OSP—up to 201702 [CTX 3480-3486] | ** |
| | | D-W3 | | | | 4-10-17 email from Tracy to Rishi re: price increase in 201703 [CTX 3749] | ** |
| | | D-Z3 | | | | 4-13-17 email from Tracy to Rishi re: price increase in 201703—revised!  [CTX 3491-3492] | ** |
| | | D-A4 | | | | 4-17-17 email from Tracy to Rishi re: wire transfer further discussion [CTX 3495-3496] | ** |
| | | D-B4 | | | | 4-17-17 email from Tracy to Rishi re: Fw: Fw: shipment and payment in Apr 2017 [CTX 3497-3501] | ** |
| | | D-C4 | | | | 4-19-17 email from Tracy to Rishi re: pls send ROK one more wire from CTX HKG [CTX 3502-3507] | ** |
| | | D-D4 | | | | 4-29-17 email from Tracy to Rishi re: price increase in 201703 -- revised [CTX 3508-3510] | ** |
| | | D-F4 | | | | 5-9-17 email from chzhj512@163.com to todorc@circuitronix.com [CTX 3722] | ** |
| | | D-H4 | | | | 5-15-17 email from jmllp@126.com to_todorc@circuitronix.com [CTX 3725] | ** |
| | | D-J4 | | | | 5-16-17 email from Tracy to Rishi re: price increase in 201703 -- update with breakdown [CTX 3533-3535] | ** |
| | | D-K4 | | | | 6-3-17 email from Tracy to Rishi re: price increase in 201704 [CTX 3548] | ** |
| | | D-L4 | | | | 7-1-17 email from Tracy to Rishi re: price increase in 201704 and 201703 | ** |
| | | D-M4 | | | | 6-3-17 email from Tracy to Rishi re: Monthly statement of April 2017  [CTX 3742] | ** |
| | | D-N4 | | | | 6-6-17 email from chzhj512@163.com to todorc@circuitronix.com re: STATEMENT  OF  MAY  IN 2017（ROK) [CTX 3714] | ** |
| | | D-O4 | | | | 6-9-17 email from Tracy to Rishi re: price increase in 201704 [CTX 3719] | ** |
| | | D-Q4 | | | | 7-1-17 email from Tracy to Rishi re: price increase in 201704 and 201703  [CTX 3738] | ** |
| | | D-R4 | | | | 7-3-17 email from Tracy to Howard re: Monthly statement of April 2017  [CTX 3721] | ** |
| | | D-S4 | | | | 7-4-17 email from Tracy to Rishi re: update coston Imm Tin processing in Benlida  [CTX_3612-3614] | ** |
| | | D-T4 | | | | 7-3-17 email from Tracy to Rishi re: IV for OSP-up to 201702 [CTX_3601-3609] | ** |
| | | D-U4 | | | | 7-6-17 email from chzhj512@163.com to todorc@circuitronix.com [CTX 3735] | ** |
| | | D-V4 | | | | 7-8-17 email from Tracy to Rishi re: price increase in 201705 [CTX 3709] | ** |

| | | D-W4 | | | | 6-10-17 email from jmllp@126.com to LinaO@circuitronix.xom re: [Chinese characters] statement of MAY 2017)[CTX 3711] | ** |
|---|---|---|---|---|---|---|---|
| | | D-Y4 | | | | 7-17-17 email from Tracy to Rishi re: price increase 201705 -- CTX 3730 | ** |
| | | D-Z4 | | | | 7-22-17 email from Tracy to Rishi re: PCB price up analysis-201703-06 and CCL price [CTX 3751] | ** |
| | | D-A5 | | | | 8-2-17 email from Tracy to Rishi re: OSP chemical payment must close today – recap of our call at 7:00 pm [CTX 3766-3768] | ** |
| | | D-B5 | | | | 8- 21-17 email from Tracy to Rishi re: PCB price up analysis- up to 201708  [CTX  3772] | ** |
| | | D-C5 | | | | 9-2-17 email from Tracy to Rishi re: price increase in 201707 [CTX 3778-3780, CTX 3782, CTX 3785] | ** |
| | | D-D5 | | | | 9-2-17 email from Tracy to Rishi re: PCB price up analysis- up to 201708  [CTX 3788-3789] | ** |
| | | D-E5 | | | | 10-20-17 email from Tracy to Rishi re: price increase form (revised on 10/20/17) [CTX 3817] | ** |
| | | D-F5 | | | | 10-22-17 email from Tracy to Rishi re: price increase form (revised on 10/20/17) [CTX 3820-3821] | ** |
| | | D-G5 | | | | 11-2-17 email from Tracy to Rishi re: pls review wires [CTX 2020-2021] | ** |
| | | D-H5 | | | | 11-3-17 email from Tracy to Rishi re: PCB price up analysis- up to 201711 [CTX 3827-3828] | ** |
| | | D-I5 | | | | 11-10-17 email from Rishi to Tracy re: shipement [sic] and payment in Oct 2017 [CTX 3834] | ** |
| | | D-J5 | | | | 11-22-17 email from Tracy to Rishi re: Benlida/ROK: Debit Notes – [CTX_3846-3847] | ** |
| | | D-K5 | | | | 11-22-17 email form Rishi to Akshay re: shipment and payment in Nov 2017 [CTX 1533364-1533366] | ** |
| | | D-L5 | | | | 12-7-17 email from Tracy to Rishi re: PCB price up analysis- up to 201712 [CTX 3854-3856] | ** |
| | | D-M5 | | | | 12-7-17 email from Tracy to Rishi re: price increase in 201710 [CTX 3858-3859, CTX 3863, CTX 3866] | ** |
| | | D-N5 | | | | 3-7-18 email from Tracy to Rishi re: 回复: shipment report up to Mar [CTX 858791]_ | ** |
| | | D-O5 | | | | 1-23-18 email from Tracy to Rishi re: price increase confirmation [CTX 3870] | ** |
| | | D-P5 | | | | 1-27-18 email from Tracy to Rishi re: price increasing confirmation [CTX 3871-3874] | ** |
| | | D-Q5 | | | | 2-25-18 email from Tracy to Rishi re: PCB price analysis- up to 201802 [CTX 3880-3882] | ** |
| | | D-R5 | | | | 2-25-18 email for Tracy to Rishi re: meeting agenda list- 2018 Miami [CTX 3933] | ** |
| | | D-S5 | | | | 3-21-18 email from Tracy to Rishi re: OSP production area breakdown update -- up to Dec 2017 [CTX_2022-2026] | ** |
| | | D-T5 | | | | 4-4-18 email from Tracy to Rishi re: price increasing up to Jan and Feb 2018 [CTX 3932] | ** |
| | | D-U5 | | | | 4-4-18 email from Tracy to Rishi re: 回复: short paid USD76K ==> USD151K [CTX 859167-8591672] | ** |
| | | D-V5 | | | | 4-4-2018 email from Tracy to Rishi re: short paid USD76K ==> USD151K  [CTX 2080-2085] | ** |
| | | D-W5 | | | | 4-17-18 email from Tracy to Rishi re: 回复: 回复: shipment report up to Apr -- update and important! [CTX 2086-2093] | ** |
| | | D-X5 | | | | 4-9-18 email from Tracy to Rishi re: 回复: 转发: shipment report up to Apr -- with wire plan [CTX 923992-9239926] | ** |
| | | D-Y5 | | | | 4-23-18 email from Tracy to Rishi re: update manufacturing agreement [CTX 1533367-1533382] | ** |
| | | D-Z5 | | | | 4-24-18 email from Tracy to Rishi re: pls release payment on price increase of Jan 2018 [CTX 3953-3958] | ** |
| | | D-A6 | | | | 4-25-18 email from Tracy to Roishi re: shipment report up to Apr – [CTX 3959-3972] | ** |
| | | D-B6 | | | | 4-27-18 email from Tracy to Rishi re: payment for this week shipment [CTX 783515] | ** |
| | | D-C6 | | | | 4-30-18 email from Alfredo Mora to Tracy re: DHL Invoices [CTX_1533220-1533262] | ** |
| | | D-D6 | | | | 5-6-18 email from Tracy to Rishi re: payment for this week shipment + Benlida's feedback [CTX 3987-3994; CTX 3997-4002] | ** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | D-E6 | | | | 5-8-2018 email from Tracy to: Rishi re: OSP payment – up to Feb 2018 [CTX 4025-4030] | ** |
| | | D-F6 | | | | 5-17-18 email from Tracy to Lina re: DHL Invoices -- Benlida's feedback [CTX_4040-4042] | ** |
| | | D-G6 | | | | 5-21-18 email from Rishi to Tracy re: update manufacturing agreement [CTX-1533337-15333343] | ** |
| | | D-H6 | | | | 5-23-18 email from Tracy to Rishi re: price increasing up to Apr 2018 [CTX 4056-4057] | ** |
| | | D-I6 | | | | 5-28-18 email from Tracy to Rishi re: shipment and payment in May 2018 –[CTX 93005-930019] | ** |
| | | D-J6 | | | | 6-5-2018 email from Tracy to Rishi re: price increasing up to Apr 2018 ]CTX 4060-4061] | ** |
| | | D-K6 | | | | 6-5-18 email form Tracy to Rishi re: the latest statements from 2018/1-2018/4 (BLD&ROK) [CTX 4064-4065, CTX 4073-4074] | ** |
| | | D-L6 | | | | 6-7-18 email from Tracy to Rishi re: wire transfer of USD200K [CTX 4078] | ** |
| | | D-M6 | | | | 6-12-18 from Tracy to Rishi re: order releasing breakdown up to May 2018  [CTX_4087] | ** |
| | | D-N6 | | | | 6-25-18 email from Tracy to Rishi re: price increasing up to May 2018 [CTX 4107-4108] | ** |
| | | D-O6 | | | | 7-9-18 email from Rishi to Tracy@Benlida Re: Benlida and ROK Lead time Penalty Reports for All Months CTX_4136-4137 | ** |
| | | D-P6 | | | | 7-17-18 email from Tracy to Rishi re: Benlida and ROK Lead Time Penalty Reports for All Months [CTX 4138] | ** |
| | | D-Q6 | | | | 7-23-18 email from Tracy to Rishi re: Order releasing breakdown up top May 2018 | ** |
| | | D-R6 | | | | 8-15-18 email from Tracy to Rishi re: price increasing up to July 2018 [CTX 4145-4147] | ** |
| | | D-S6 | | | | 8-16-18 email from Rishi to Tracy re: Benlida and ROK Lead Time Penalty Reports all for All Months [CTX 4189] | ** |
| | | D-W6 | | | | 9-3-18 from Tracy to Nicole re: shipment and payment in Aug 2018 | ** |
| | | D-Y6 | | | | 9-18-18 email from Sourabh Sharma to Tracy re: customer code update and share CTX [CTX 1517343 - 1517343-44] | ** |
| | | D-B7 | | | | 10-27-18 email from Tracy to Rishi re: price increasing up to Sep 2018 [CTX 4304-4306] | ** |
| | | D-C7 | | | | 12-3-18 email from Tracy to Rishi re: CCT [CTX 4395-4400] | ** |
| | | D-D7 | | | | 12-9-18 email from Kunny Woo to Rishi re: Re:RE: 回复：CCT出货欠款记录表 [CTX 4435-4444] | ** |
| | | D-E7 | | | | 2-23-19 email from Tracy to Rishi re: meeting minutes 20180207 [CTX 2017-2019] | ** |
| | | D-F7 | | | | 3-6-19 email from Melonnie to sales01@benlida.com re: Benida Payment detail and bank slips for your reference- December 2018 invoices [CTX 1288957-1288961] | ** |
| | | D-G7 | | | | 3-8-19 email from Rishi to Tracy re: Benlida payments [CTX 4474-4477] | ** |
| | | D-H7 | | | | 3-8-19 2:43 PM email from Rishi to Tracy re: BLD Payments [CTX 4469-4473 | ** |
| | | D-I7 | | | | 3-16-19 1:12 AM email from Rishi to Tracy re: BLD Payments CTX_4493-4501] | ** |
| | | D-J7 | | | | 4-29-19 email from Tracy to Rishi re: about the reconciliation process [CTX 4502-4503] | ** |
| | | D-K7 | | | | 5-24-19 email from Rishi to Tracy re: BLD-ROK Shipment & Payment report as of 5/18/2019 [CTX 4522] | ** |
| | | D-L7 | | | | 6-16-19 email from Tracy to Rishi re: price increasing up to Feb 2019 [CTX 4515-4518 | ** |
| | | D-M7 | | | | 6-16-19 email from Tracy to Rishi re: price increasing up to Feb 2019 -- CTX 4638-4641] | ** |
| | | D-N7 | | | | 7-4-19 email form Tracy to Rishi re: Please provide the following so that I can complete my proposal for tomorrow's meeting [CTX 4661-4662] | ** |
| | | D-O7 | | | | 7-13-19 email from Tracy to Rishi re: notice [BLD_23046-230047] | ** |
| | | D-P7 | | | | 7-17-19 email from Tracy to Rishi re: notice [CTX 4678-4687] | ** |

| | | D-Q7 | | | | 7-17-19 email from Melonnie to Tracy re: Benlida Payment Detail and Bank slip- April 2019 invoices [CTX 1382274-1382276] | ** |
|---|---|---|---|---|---|---|---|
| | | D-R7 | | | | 7-29-19 from Rishi to: douglas re: Benlida Air freight Debit Information [CTX_4699] | ** |
| | | D-S7 | | | | 8-1-19 email form Melonnie to Tracy re: Benlida Payment Detail and bank slip- May 2019 invoices [CTX 1050145-1050149] | ** |
| | | D-T7 | | | | 8-24-19 email from Tracy to Nicole D re:  Shipment and payment in Aug 2019 [CTX1526750-1526751] | ** |
| | | D-U7 | | | | 8-5-19 email from Rishi to Tracy re: Urgent P/Ns [CTX 949444-949445] | ** |
| | | D-V7 | | | | 8-8-19 email from Akshay to Rishi re: Call with Tracy [CTX 1533219] | ** |
| | | D-W7 | | | | 9-3-19 email from Tracy to Rishi re: shipment and payment in Aug  [CTX-1533397-1533401] | ** |
| | | D-X7 | | | | 9-12-19 email from huang ly@sinosure.com.cn to Ms. Chen re: Benlida Cases EC201910004 & EC20191005 [BLD 23046-230047] | ** |
| | | D-Y7 | | | | 9-26-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida April 2019 [CTX 4734] | ** |
| | | D-Z7 | | | | 9-26-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida March 2019 [CTX 4738] | ** |
| | | D-A8 | | | | 9-30-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida May 2019 [CTX 4742] | ** |
| | | D-B8 | | | | 10-4-19 email form Melonnie to sales01@benlida.com re: Benlida Payment detail and bank slip for- July 2019 invoices [CTX 1336809-1336812] | ** |
| | | D-C8 | | | | 10-18-19 email from Tracy to Rishi re: Leadtime Penalty for March 2019 [CTX 4746-4747] | ** |
| | | D-D8 | | | | 11-1-19 email from Rishi to Douglas re: Circuitronix, USA pAyment Reconciliation from 1st April, 2012 Until Present for Benlida and ROK [CTX_1751-1753] | ** |
| | | D-E8 | | | | 11-5-19 email from Melonnie to sales01@benlida.com re: Benlida Payment detail for August 2019 [CTX 1480974-1480975] | ** |
| | | D-F8 | | | | 11-11-19 email from andy_ng@eingglungpcb.com to Rishi re: Commercial issue [CTX1533218] | ** |
| | | D-H8 | | | | 11-20-19 email from Rishi to: tracy re Updated Debit Information [CTX4780] | ** |
| | | D-I8 | | | | 12-2-19 email from Akshay to Rishi re: Meeting with Yuwei on 12/9/19 on their Shenzhen plant [CTX 1533214] | ** |
| | | D-J8 | | | | 12/2/19 email from accounting@benlida.com to Nicole D, Rishi re: CTX, USA payment reconciliation from 1st of April, 2012 until present for BLD and ROK [CTX_1754-1759] | ** |
| | | D-K8 | | | | 12-3-19 email from Melonnie to Tracy re: Benlida Payment detail for September 2019 invoices [CTX 1481386-1481387] | ** |
| | | D-L8 | | | | 12/4/19 email from accounting@benlida.com to Nicole D, Rishi re:  CTX, USA payment reconciliation from 1st of April, 2012 until present for BLD and ROK [CTX 1875-187] | ** |
| | | D-M8 | | | | 12/4/19 email from accounting@benlida.com to Nicole D. CTX, USA payment reconciliation from 1st of April, 2012   until present for BLD and ROK [CTX 1883-1888] | ** |
| | | D-N8 | | | | 12-23-19 email from Tracy to Nicole, etc. re: Urgent PN list for Proforma Invoice [CTX 1250503-1250507] | ** |
| | | D-O8 | | | | 1-19-20 email from Tracy to Rishi re payment for the shipped but unpaid orders [CTX-01533402-413] | ** |
| | | D-P8 | | | | 3-4-20 email from Tracy to Rishi re: update on payment and shipment [CTX 377958-377961] | ** |
| | | D-Q8 | | | | 4-4-20 email from Tracy to Rishi re: Arbitration agreement and premium of shipment [CTX 1533336] | ** |
| | | D-R8 | | | | 4-27-2020 email from Tracy to Rishi re: call conference text on 2020/04/20  [CTX 4804-4806] | ** |
| | | D-S8 | | | | 5-20-20 email from Tracy to Akshay, Rishi re: 22nd PRO Invoice payment received [CTX 384496-384500] | ** |
| | | D-V8 | | | | 10-10-21 email from Sinosure to Ms. Chen re: [Chinese characters] EC20191005-EX01 – BLD-S_61-62 | ** |
| | | D-W8 | | | | Excel spreadsheet titled "ROK_US_HK Invoice List 2012-2018" | ** |

| | | D-X8 | | | | Excel spreadsheet titled "Payment Schedule for ROK_US_HK_2012-2018"Payment Detail Reconciliation | ** |
|---|---|---|---|---|---|---|---|
| | | D-Y8 | | | | Excel spreadsheet titled "ROK Payment Details CTX-US-HK_2012-2018_2"_ | ** |
| | | D-Z8 | | | | Circuitronix Answer and Counterclaim [DE 34] | ** |
| | | D-A9 | | | | Benlida's Answer [DE 43] | ** |
| | | D-B9 | | | | Complaint [DE 1] | ** |
| | | D-C9 | | | | Text Messages [CTX 1533216-1533217] | ** |
| | | D-D9 | | | | Benlida Monthly Statement [BLD 00000113] | ** |
| | | D-E9 | | | | Benlida Monthly Statement [BLD 00000287] | ** |
| | | D-F9 | | | | Benlida Monthly Statement [BLD 00000674] | ** |
| | | D-G9 | | | | Benlida Monthly Statement [BLD_00000690] | ** |
| | | D-H9 | | | | Summary of the BLD and CTX Reconciliations (KM Rpt Tbl 1) | ** |
| | | D-I9 | | | | Analysis of Payments During the Reconciliation Period (KM Rpt Tbl 2) | ** |
| | | D-J9 | | | | Analysis of Invoice Discrepancy (KM Rpt Tbl 3) | ** |
| | | D-K9 | | | | Summary of the "Cancel amount and payment" Spreadsheet (KM Rpt Tbl 4) | ** |
| | | D-L9 | | | | LTP Waivers through 2016 (KM Rpt Tbl 5) | ** |
| | | D-M9 | | | | LTP Claim After Jan. 2016 (KM Rpt Tbl 6) | ** |
| | | D-N9 | | | | Summary of Payable Reconciliation bet. CTX & BLD (KM Rpt Tbl 7) | ** |
| | | D-O9 | | | | Summary of Data from Benlida's Accounts Receivable Spreadsheet | ** |
| | | D-R9 | | | | Summary of CTX-US LTP | ** |
| | | D-S9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - April 2016.xlsx | ** |
| | | D-T9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - April 2017.xlsx | ** |
| | | D-U9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - April 2018.xlsx | ** |
| | | D-V9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Aug 2016.xlsx | ** |
| | | D-W9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Aug 2017.xlsx | ** |
| | | D-X9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Dec 2016.xlsx | ** |
| | | D-Y9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Dec 2017.xlsx | ** |
| | | D-Z9 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - feb 2016.xlsx | ** |
| | | D-A10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - FEB 2017.xlsx | ** |
| | | D-B10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - feb 2018.xlsx | ** |
| | | D-C10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Jan 2017.xlsx | ** |
| | | D-D10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Jan 2018.xlsx | ** |
| | | D-E10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - July 2016.xlsx | ** |
| | | D-F10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - July 2017.xlsx | ** |
| | | D-G10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - June 2016.xlsx | ** |
| | | D-H10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - June 2017.xlsx | ** |
| | | D-I10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - Mar 2016.xlsx | ** |
| | | D-J10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - March 2018.xlsx | ** |
| | | D-K10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - May 2016.xlsx | ** |
| | | D-L10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - May 2017.xlsx | ** |
| | | D-M10 | | | | BLD  ROK Penalty for Lead-Time Exceedances Report - May 2018.xlsx | ** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | D-N10 | | | | BLD ROK Penalty for Lead-Time Exceedances Report - Nov 2016.xlsx | ** |
| | | D-O10 | | | | BLD ROK Penalty for Lead-Time Exceedances Report - Nov 2017.xlsx | ** |
| | | D-P10 | | | | BLD ROK Penalty for Lead-Time Exceedances Report - Oct 2016.xlsx | ** |
| | | D-Q10 | | | | BLD ROK Penalty for Lead-Time Exceedances Report - Oct 2017.xlsx | ** |
| | | D-R10 | | | | BLD ROK Penalty for Lead-Time Exceedances Report - Sept 2016.xls | ** |
| | | D-S10 | | | | BLD ROK Penalty for Lead-Time Exceedances Report - Sept 2017 (3).xlsx | ** |
| | | D-T10 | | | | BLD and ROK Penalty for Lead-Time Exceedances Report - Mar 2017.xlsx | ** |
| | | D-U10 | | | | BLD Penalty for Lead Time Exceedances Report (6) June 2019.xlsx | ** |
| | | D-V10 | | | | BLD Penalty for Lead-Time Exceedances Report - (1) January 2019.xlsx | ** |
| | | D-W10 | | | | BLD Penalty for Lead-Time Exceedances Report - (1) January 2020.xlsx | ** |
| | | D-X10 | | | | BLD Penalty for Lead-Time Exceedances Report - (1) January 2021.xlsx | ** |
| | | D-Y10 | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2018.xlsx | ** |
| | | D-Z10 | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2019.xlsx | ** |
| | | D-A11 | | | | BLD Penalty for Lead-Time Exceedances Report - (10) October 2020.xlsx | ** |
| | | D-B11 | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2018.xlsx | ** |
| | | D-C11 | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2019.xlsx | ** |
| | | D-D11 | | | | BLD Penalty for Lead-Time Exceedances Report - (11) November 2020.xlsx | ** |
| | | D-E11 | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2018.xlsx | ** |
| | | D-F11 | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2019.xlsx | ** |
| | | D-G11 | | | | BLD Penalty for Lead-Time Exceedances Report - (12) December 2020.xlsx | ** |
| | | D-H11 | | | | BLD Penalty for Lead-Time Exceedances Report - (2) February 2019.xlsx | ** |
| | | D-I11 | | | | BLD Penalty for Lead-Time Exceedances Report - (2) February 2021.xlsx | ** |
| | | D-J11 | | | | BLD Penalty for Lead-Time Exceedances Report - (3) March 2019.xlsx | ** |
| | | D-K11 | | | | BLD Penalty for Lead-Time Exceedances Report - (3) March 2020.xls | ** |
| | | D-L11 | | | | BLD Penalty for Lead-Time Exceedances Report - (3) March 2021.xlsx | ** |
| | | D-M11 | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2019.xlsx | ** |
| | | D-N11 | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2020.xlsx | ** |
| | | D-O11 | | | | BLD Penalty for Lead-Time Exceedances Report - (4) April 2021 US.xlsx | ** |
| | | D-P11 | | | | BLD Penalty for Lead-Time Exceedances Report - (5) May 2019.xlsx | ** |
| | | D-Q11 | | | | BLD Penalty for Lead-Time Exceedances Report - (5) May 2020.xlsx | ** |
| | | D-R11 | | | | BLD Penalty for Lead-Time Exceedances Report - (6) June 2020.xlsx | ** |
| | | D-S11 | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2019.xlsx | ** |
| | | D-T11 | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2020.xlsx | ** |
| | | D-U11 | | | | BLD Penalty for Lead-Time Exceedances Report - (7) July 2021 CTX US.xlsx | ** |

| | | | | | | Description | Objection |
|---|---|---|---|---|---|---|---|
| | | D-V11 | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2018.xlsx | ** |
| | | D-W11 | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2019.xlsx | ** |
| | | D-X11 | | | | BLD Penalty for Lead-Time Exceedances Report - (8) August 2020.xlsx | ** |
| | | D-Y11 | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2018.xlsx | ** |
| | | D-Z11 | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2019.xlsx | ** |
| | | D-A12 | | | | BLD Penalty for Lead-Time Exceedances Report - (9) September 2020.xlsx | ** |
| | | D-B12 | | | | BLD Penalty for Lead-Time Exceedances Report -(5) May 2021 US.xlsx | ** |
| | | D-C12 | | | | BLD73 | ** |
| | | D-D12 | | | | BLD364 | ** |
| | | D-E12 | | | | BLD582 | ** |
| | | D-G12 | | | | BLD Penalty for Lead-Time Exceedances Report -June 2021 US.xlsx | ** |
| | | D-O13 | | | | Benlida Monthly Statement dated 2018.09.03 spreadsheet | ** |
| | | D-P13 | | | | Summary of Benlida Output Data | ** |
| | | D-Q13 | | | | Summary of Payments Made to ROK | ** |
| | | D-R13 | | | | Bk Stmt [2698] 043018_Redacted [CTX 1533303-1533309] | ** |
| | | D-S13 | | | | Bk Stmt [2698] 053118_Redacted [CTX 1533310-1533317] | ** |
| | | D-T13 | | | | Bk Stmt [2698] 063018_Redacted [CTX 1533318-1533325] | ** |
| | | D-U13 | | | | Bk Stmt [2698-5123] 033117_Redacted [CTX 1533296-1533302] | ** |
| | | D-V13 | | | | CTX_3269-3272 | ** |
| | | D-W13 | | | | Payment Schedule for ROK_US_HK Payment Detail Reconciliation 2012-2018 | ** |
| | | D-X13 | | | | Summary of Premiums Paid | ** |
| | | D-Y13 | | | | Excel Spreadsheet Titled "Benlida Proforma Cost and Inventory Management" | ** |
| | | D-Z13 | | | | Summary of CTX Payment Details for Post-July 2019 Invoices | ** |
| | | D-A14 | | | | 1-7-20 email from Melonnie to Tracy re: Benlida Payment Detail for October 2019 invoices [CTX 1533326-153328] | ** |
| | | D-B14 | | | | 2-4-20 email from Melonnie to Tracy re: Benlida Payment detail for November 2019 invoices [153329-15233332] | ** |
| | | D-C14 | | | | 3-2-20 email from Melonnie to Tracy re: Benlida Payment Detail [CTX 1533383-1533384] | ** |
| | | D-D14 | | | | 4-1-20 email from Melonnie to accounting@benlida.com [CTX 1533333-1533335] | ** |
| | | D-E14 | | | | Summary of TAC Invoices | ** |
| **Benlida's Additional Exhibits** | | | | | | | |
| P1 | | | | | | Invoices from Third Amended Complaint, with sub-exhibit tabs P1-1 through P1-431 | Consolidated; R, UP (as to CTX-HK invoices P1-249 through P1-431) |
| P1A | | | | | | Summary Exhibit of Above, in Excel format | Unidentifiable; improper summary (Fed. R. Evid. 1006); H |
| P1B | | | | | | Summary Exhibit of Above in PDF format | Unidentifiable (listed as "removed" from Dropbox) |
| P1C | | | | | | Sample back-up PDF of above | Unidentifiable (listed as "removed" from Dropbox) |
| P2 | | | | | | Meeting Minutes, with sub-exhibit tabs | Consolidated; R, UP (as to CTX-HK references); documents appear in different format from other versions of minutes marked during depositions, so requires further inspection |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P3 | | | | | | Emails in reference to adding customers to the Exclusive List, with sub-exhibit tabs P3-1 through P3-102 | Unidentifiable; Consolidated (333-pages, most without Bates numbers) |
| P4 | | | | | | 2-16-22 Email from Rishi to Tracy re: Exclusive customer list with up to date exclusive customer list | R, UP |
| P5 | | | | | | 12-19-2019 Email Re: Circuitronix, USA payment reconciliation from 1st of April, 2012 until present for Benlida and ROK | R,  UP (as to CTX-HK references) |
| P6 | | | | | | Copy of Benlida Shipment and Payment Details CTX-HK 2012-2019 | R, UP |
| P7 | | | | | | CTX HK POs referencing Exclusive List Clients, with sub-exhibit tabs P7-1 through P7-79 | Consolidated; R, UP |
| P8 | | | | | | 8-1-2019 Email From Tracy to Rishi Re: Final Payment Reconciliation | R, UP (as to CTX-HK references) |
| P9 | | | | | | Invoices and Purchase orders from 2012-2017 | Unidentifiable (still not produced); Consolidated |
| P10 | | | | | | 2015 BLD Monthly Invoice Statement | Consolidated: R, UP (as to CTX-HK references) |
| P11 | | | | | | 2016 BLD Monthly Invoice Statement | R, UP (as to CTX-HK references) |

**Plaintiff Benlida objects to, and otherwise reserves its rights to object to, CTX's exhibits [D-A] through [D-E14] (and any further exhibits identified by CTX). Due to the voluminous number of proposed exhibits – as of this time numbering 347 – it is impossible to review them all prior to this submission, and to provide more specific objections thereto at this time. It is expected that a large number of the proposed exhibits will be objected to, however, on grounds of relevance, duplication, undue prejudice, and on grounds previously stated in Benlida's motion in limine. At this time, however, because it is impossible to review all of CTX's proposed exhibits, Benlida generally objects to all of them.  Benlida's Trial Exhibit List (DE 219-1) at 33.