Case No.: 21-60125-CIV-SCOLA/GOODMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

_____/
JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Plaintiff,

    v.

CIRCUITRONIX, LLC,

    Defendant.
_____/

**Benlida's Notice of Filing its Amended Trial Exhibit List and Witness List**

Pursuant to this Court's Paperless Order (ECF No. 236), Counter-Defendant Jiangmen Benlida Printed Circuit Co., Ltd., through undersigned counsel, hereby gives notice of filing its amended exhibit list (Exhibit 1) and amended witness list (Exhibit 2). Circuitronix advises that it reserves its right to present specific objections to any of Benlida's exhibits, and further objects to the inclusion of any exhibits that were not previously included in Benlida's list of additional exhibits that was filed on September 29, 2023.

Dated:  New York, New York
        October 10, 2023

                                       **Mazzola Lindstrom LLP**

                                       Richard E. Lerner
                                       */s/ Jean-Claude Mazzola*
                                       Jean-Claude Mazzola
                                       Counsel for Jiangmen Benlida Printed
                                       Circuit Co., Ltd.
                                       1350 Avenue of the Americas, Second Floor
                                       New York, New York 10019
                                       Tel.: (646) 216-8300
                                       richard@mazzolalindstrom.com
                                       jeanclaude@mazzolalindstrom.com

                                       *Counsel for Jiangmen Benlida*
                                       *Printed Circuit Co., Ltd.*

**Service via ECF**