Case No.: 21-60125-CIV-SCOLA/GOODMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

_____/
JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Plaintiff,

    v.

CIRCUITRONIX, LLC,

    Defendant.
_____/

# Benlida's Amended Witness List of October 10, 2023

Plaintiff / Counterclaim Defendant Jiangmen Benlida Printed Circuit Co., Ltd., hereby files its amended trial witness list:

|    | Name of Witness | Address | Description of Witness | Live/ Videoconference/By Deposition |
|----|---|---|---|---|
| 1. | Huang Sulan (Tracy Huang) | c/o Mazzola Lindstrom LLP 1350 6th Ave. 2d Fl., New York, NY 646-216-8300 | Benlida's Director of Sales | Live |
| 2. | Wu Yukun (Roger Wu) | c/o Mazzola Lindstrom | Benlida CFO | Live |
| 3. | Rishi Kukreja | c/o Podhurst Orseck, PA, 1 S.E. 3rd Ave. Suite 2300 Miami, FL, 305-358-2800 | CTX's CEO | Live |
| 3. | Randall Paulikens | c/o Mazzola Lindstrom | Expert Witness for Benlida | Live |
| 4. | Akshay Koul | c/o Podhurst Orseck | General Manager CTX-HK | Deposition Designation – to be read in |

Page 3Pages

Case No.: 21-60125-CIV-SCOLA/GOODMAN

Dated:　　New York, New York
　　　　　October 10, 2023

**Mazzola Lindstrom LLP**

_____
Richard E. Lerner

*/s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
Counsel for Jiangmen Benlida Printed
Circuit Co., Ltd.
1350 Avenue of the Americas, Second Floor
New York, New York 10019
Tel.: (646) 216-8300
richard@mazzolalindstrom.com
jeanclaude@mazzolalindstrom.com

*Counsel for Jiangmen Benlida
Printed Circuit Co., Ltd.*

**Service via ECF**

Page 3Pages