|  | Case No.: 21-60125-CIV-SCOLA/GOODMAN |
|---|---|
|  | AO 187 (Rev. 7/87) Exhibit List |

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA<br><br>JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD.,<br><br>vs.<br><br>CIRCUITRONIX, LLC | **BENLIDA'S OCTOBER 10, 2023 AMENDED LIST OF ADDITIONAL EXHIBITS**<br><br>Case No.: 21-60125-CIV-SCOLA/GOODMAN |
|---|---|
| PRESIDING JUDGE | Hon. Robert N. Scola, Jr. |
| TRIAL DATE (S) | October 16, 2023 |
| PLAINTIFF'S ATTORNEY | Jean-Claude Mazzola<br>Richard E. Lerner |
| DEFENDANT'S ATTORNEY | Stephen F. Rosenthal<br>Matthew P. Weinshall<br>Christina H. Martinez |
| COURT REPORTER | Tammy Nestor |
| COURTROOM DEPUTY | Jacob Hasbun |

**BENLIDA's Additional Exhibits**

| Joint No. | PLF No. | DEF No. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | OBJ.*** |
|---|---|---|---|---|---|---|---|
|  | Ex. P1 |  |  |  |  | Invoice CCT-BLD-181229001; 29th Dec 2018; CTX00000398 |  |
|  | Ex. P2 |  |  |  |  | Invoice CCT-BLD-181229002; 29th Dec 2018; CTX00000359 |  |
|  | Ex. P3 |  |  |  |  | Invoice CCT-BLD-181231001; 31st Dec 2018; CTX00000453 |  |
|  | Ex. P4 |  |  |  |  | Invoice CCT-BLD-181231002; 31st Dec 2018; CTX00000464 |  |
|  | Ex. P5 |  |  |  |  | Invoice CCT-BLD-181231003; 31st Dec 2018; CTX00000525 |  |
|  | Ex. P6 |  |  |  |  | Invoice CCT-BLD-181231004; 31st Dec 2018; CTX00000508 |  |
|  | Ex. P7 |  |  |  |  | Invoice CCT-BLD-190104001; 4th Jan 2019 |  |
|  | Ex. P8 |  |  |  |  | Invoice CCT-BLD-190104002; 4th Jan 2019; CTX00000579 |  |
|  | Ex. P9 |  |  |  |  | Invoice CCT-BLD-19010401; 4th Jan 2019; CTX00000107 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ex. P10 | | | | Invoice CCT-BLD-190108001; 8th Jan 2019; CTX00000590 | |
| | Ex. P11 | | | | Invoice CCT-BLD-19011001; 11th Jan 2019; CTX00000031 | |
| | Ex. P12 | | | | Invoice CCT-BLD-190111002; 11th Jan 2019; CTX00000056 | |
| | Ex. P13 | | | | Invoice CCT-BLD-190111003; 11th Jan 2019; CTX00000068 | |
| | Ex. P14 | | | | Invoice CCT-BLD-19011101; 11th Jan 2019; CTX00000083 | |
| | Ex. P15 | | | | Invoice CCT-BLD-190115001; 15th Jan 2019; CTX00000124 | |
| | Ex. P16 | | | | Invoice CCT-BLD-190118001; 18th Jan 2019; CTX00000280 | |
| | Ex. P17 | | | | Invoice CCT-BLD-190118002; 18th Jan 2019; CTX00000263 | |
| | Ex. P18 | | | | Invoice CCT-BLD-19011801; 18th Jan 2019; CTX00000320 | |
| | Ex. P19 | | | | Invoice CCT-BLD-19012101; 21st Jan 2019; CTX00000357 | |
| | Ex. P20 | | | | Invoice CCT-BLD-190122001; 22nd Jan 2019; CTX00000443 | |
| | Ex. P21 | | | | Invoice CCT-BLD-19012401; 24th Jan 2019; CTX00000421 | |
| | Ex. P22 | | | | Invoice CCT-BLD-190125001; 25th Jan 2019; CTX00000397 | |
| | Ex. P23 | | | | Invoice CCT-BLD-190125002; 25th Jan 2019; CTX00000548 | |
| | Ex. P24 | | | | Invoice CCT-BLD-190125003; 25th Jan 2019; CTX00000562 | |
| | Ex. P25 | | | | Invoice CCT-BLD-190129001; 29th Jan 2019; CTX00000037 | |
| | Ex. P26 | | | | Invoice CCT-BLD-190129002; 29th Jan 2019; CTX00000005 | |
| | Ex. P27 | | | | Invoice CCT-BLD-1901cancellation cost; 4th Jan 2019; CTX00000627 | |
| | Ex. P28 | | | | Invoice CCT-BLD-1901NRE; 1st Jan 2019; CTX00000643 | |
| | Ex. P29 | | | | Invoice CCT-BLD-19020101; 1st February 2019; CTX00000720 | |
| | Ex. P30 | | | | Invoice CCT-BLD-19020102; 1st February 2019; CTX00000020 | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. P31 | | | | Invoice CCT-BLD-190215001; 15th February 2019; CTX00000069 | |
| Ex. P32 | | | | Invoice CCT-BLD-190215002; 15th February 2019; CTX00000352 | |
| Ex. P33 | | | | Invoice CCT-BLD-190215003; 15th February 2019; CTX00000096 | |
| Ex. P34 | | | | Invoice CCT-BLD-19021801; 18th February 2019; CTX00000127 | |
| Ex. P35 | | | | Invoice CCT-BLD-190219001; 19th February 2019; CTX00000189 | |
| Ex. P36 | | | | Invoice CCT-BLD-190222001; 22nd February 2019; CTX00000254 | |
| Ex. P37 | | | | Invoice CCT-BLD-190222002; 22nd February 2019 | |
| Ex. P38 | | | | Invoice CCT-BLD-190222003; 22nd February 2019; CTX00000286 | |
| Ex. P39 | | | | Invoice CCT-BLD-190222004; 22nd February 2019; CTX00000394 | |
| Ex. P40 | | | | Invoice CCT-BLD-19022201; 22nd February 2019; CTX00000466 | |
| Ex. P41 | | | | Invoice CCT-BLD-190226001; 26th February 2019; CTX00000516 | |
| Ex. P42 | | | | Invoice CCT-BLD-190226002; 26th February 2019; CTX00000207 | |
| Ex. P43 | | | | Invoice CCT-BLD-190301001; 1st March 2019; CTX00000117 | |
| Ex. P44 | | | | Invoice CCT-BLD-190301002; 1st March 2019; CTX00000139 | |
| Ex. P45 | | | | Invoice CCT-BLD-190301003; 1st March 2019; CTX00000256 | |
| Ex. P46 | | | | 58. Invoice CCT-BLD-19030101; 1st March 2019; CTX00000284 | |
| Ex. P47 | | | | Invoice CCT-BLD-190304defective; 4th March 2019; CTX00000159 | |
| Ex. P48 | | | | Invoice CCT-BLD-190305001; 5th March 2019; CTX00000323 | |
| Ex. P49 | | | | Invoice CCT-BLD-190305002; 5th March 2019; CTX00000360 | |
| Ex. P50 | | | | Invoice CCT-BLD-190308001; 8th March 2019; CTX00000399 | |
| Ex. P51 | | | | Invoice CCT-BLD-190308002; 8th March 2019; CTX00000427 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ex. P52 | | | | Invoice CCT-BLD-190308003; 8th March 2019; CTX00000454 | |
| | Ex. P53 | | | | Invoice CCT-BLD-190308004; 8th March 2019; CTX00000521 | |
| | Ex. P54 | | | | Invoice CCT-BLD-19030801; 8th March 2019; CTX00000547 | |
| | Ex. P55 | | | | Invoice CCT-BLD-190312001; 12th March 2019; CTX00000499 | |
| | Ex. P56 | | | | Invoice CCT-BLD-190312002; 12th March 2019; CTX00000569 | |
| | Ex. P57 | | | | Invoice CCT-BLD-19031201; 12th March 2019; CTX00000588 | |
| | Ex. P58 | | | | Invoice CCT-BLD-190315001; 15th March 2019; CTX00000619 | |
| | Ex. P59 | | | | Invoice CCT-BLD-190315002; 15th March 2019; CTX00000625 | |
| | Ex. P60 | | | | Invoice CCT-BLD-190315003; 15th March 2019; CTX00000036 | |
| | Ex. P61 | | | | Invoice CCT-BLD-190319001; 19th March 2019; CTX00000079 | |
| | Ex. P62 | | | | Invoice CCT-BLD-190319002; 19th March 2019; CTX00000066 | |
| | Ex. P63 | | | | Invoice CCT-BLD-19031901; 19th March 2019; CTX00000121 | |
| | Ex. P64 | | | | Invoice CCT-BLD-190322001; 22nd March 2019; CTX00000104 | |
| | Ex. P65 | | | | Invoice CCT-BLD-190322002; 22nd March 2019; CTX00000140 | |
| | Ex. P66 | | | | Invoice CCT-BLD-190322003; 22nd March 2019; CTX00000182 | |
| | Ex. P67 | | | | Invoice CCT-BLD-19032501; 25th March 2019; CTX00000208 | |
| | Ex. P68 | | | | Invoice CCT-BLD-190326001; 26th March 2019; CTX00000247 | |
| | Ex. P69 | | | | Invoice CCT-BLD-190326002; 26th March 2019; CTX00000349 | |
| | Ex. P70 | | | | Invoice CCT-BLD-190326003; 26th March 2019; CTX00000282 | |
| | Ex. P71 | | | | Invoice CCT-BLD-190329001; 29th March 2019; CTX00000131 | |
| | Ex. P72 | | | | Invoice CCT-BLD-190329002; 29th March 2019; CTX00000411 | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. P73 | | | | Invoice CCT-BLD-1903NRE; Mar-19; CTX00000512 | |
| Ex. P74 | | | | Invoice CCT-BLD-19040201; 2nd April 2019; CTX00000450 | |
| Ex. P75 | | | | Invoice CCT-BLD-190403003; 3rd April 2019; CTX00000591 | |
| Ex. P76 | | | | Invoice CCT-BLD-190403002; 3rd April 2019; CTX00000006 | |
| Ex. P77 | | | | Invoice CCT-BLD-190403004; 3rd April 2019; CTX00000012 | |
| Ex. P78 | | | | Invoice CCT-BLD-190403001; 3rd April 2019; CTX00000495 | |
| Ex. P79 | | | | Invoice CCT-BLD-19040801; 8th April 2019; CTX00000023 | |
| Ex. P80 | | | | Invoice CCT-BLD-190409001; 9th April 2019; CTX00000028 | |
| Ex. P81 | | | | Invoice CCT-BLD-190409002; 9th April 2019; CTX00000077 | |
| Ex. P82 | | | | Invoice CCT-BLD-190412002; 12th April 2019; CTX00000138 | |
| Ex. P83 | | | | Invoice CCT-BLD-190412001; 12th April 2019 | |
| Ex. P84 | | | | Invoice CCT-BLD-190416001; 16th April 2019; CTX00000216 | |
| Ex. P85 | | | | Invoice CCT-BLD-19041701; 17th April 2019; CTX00000156 | |
| Ex. P86 | | | | Invoice CCT-BLD-190419003; 19th April 2019; CTX00000312 | |
| Ex. P87 | | | | Invoice CCT-BLD-190419004; 19th April 2019; CTX00000129 | |
| Ex. P88 | | | | Invoice CCT-BLD-190419001; 19th April 2019; CTX00000264 | |
| Ex. P89 | | | | Invoice CCT-BLD-190419002; 19th April 2019; CTX00000281 | |
| Ex. P90 | | | | Invoice CCT-BLD-19042201; 22nd April 2019; CTX00000153 | |
| Ex. P91 | | | | Invoice CCT-BLD-190423003; 23rd April 2019; CTX00000422 | |
| Ex. P92 | | | | Invoice CCT-BLD-190423001; 23rd April 2019; CTX00000372 | |
| Ex. P93 | | | | Invoice CCT-BLD-190423002; 23rd April 2019; CTX00000404 | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. P94 | | | | Invoice CCT-BLD-190426003; 26th April 2019; CTX00000515 | |
| Ex. P95 | | | | Invoice CCT-BLD-190426002; 26th April 2019; CTX00000498 | |
| Ex. P96 | | | | Invoice CCT-BLD-190426001; 26th April 2019; CTX00000457 | |
| Ex. P97 | | | | Invoice CCT-BLD-19042901; 29th April 2019; CTX00000581 | |
| Ex. P98 | | | | Invoice CCT-BLD-190429002; 29th April 2019; CTX00000556 | |
| Ex. P99 | | | | Invoice CCT-BLD-190429001; 29th April 2019; CTX00000539 | |
| Ex. P100 | | | | Invoice CCT-BLD-19050601; 6th May 2019; CTX00000609 | |
| Ex. P101 | | | | Invoice CCT-BLD-190507001; 7th May 2019; CTX00000644 | |
| Ex. P102 | | | | Invoice CCT-BLD-190507002; 7th May 2019; CTX00000631 | |
| Ex. P103 | | | | Invoice CCT-BLD-190510001; 10th May 2019; CTX00000679 | |
| Ex. P104 | | | | Invoice CCT-BLD-190510002; 10th May 2019; CTX00000670 | |
| Ex. P105 | | | | Invoice CCT-BLD-190510003; 10th May 2019; CTX00000687 | |
| Ex. P106 | | | | Invoice CCT-BLD-19051301; 13th May 2019; CTX00000693 | |
| Ex. P107 | | | | Invoice CCT-BLD-190514001; 14th May 2019; CTX00000054 | |
| Ex. P108 | | | | Invoice CCT-BLD-190514002; 14th May 2019; CTX00000085 | |
| Ex. P109 | | | | Invoice CCT-BLD-190514003; 14th May 2019; CTX00000119 | |
| Ex. P110 | | | | Invoice CCT-BLD-190517001; 17th May 2019; CTX00000154 | |
| Ex. P111 | | | | Invoice CCT-BLD-190517002; 17th May 2019; CTX00000212 | |
| Ex. P112 | | | | Invoice CCT-BLD-190517003; 17th May 2019; CTX00000308 | |
| Ex. P113 | | | | Invoice CCT-BLD-190521001; 21st May 2019; CTX00000266 | |
| Ex. P114 | | | | Invoice CCT-BLD-190521002; 21st May 2019; CTX00000371 | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. P115 | | | | Invoice CCT-BLD-19052101; 21st May 2019; CTX00000407 | |
| Ex. P116 | | | | Invoice CCT-BLD-190524001; 24th May 2019; CTX00000451 | |
| Ex. P117 | | | | Invoice CCT-BLD-190524002; 24th May 2019; CTX00000505 | |
| Ex. P118 | | | | Invoice CCT-BLD-190524003; 24th May 2019; CTX00000528 | |
| Ex. P119 | | | | Invoice CCT-BLD-190524004; 24th May 2019; CTX00000561 | |
| Ex. P120 | | | | 132. Invoice CCT-BLD-190528001; 28th May 2019; CTX00000606 | |
| Ex. P121 | | | | Invoice CCT-BLD-19052801; 28th May 2019; CTX00000633 | |
| Ex. P122 | | | | Invoice CCT-BLD-19052802; 28th May 2019; CTX00000688 | |
| Ex. P123 | | | | Invoice CCT-BLD-190531001; 31st May 2019; CTX00000656 | |
| Ex. P124 | | | | Invoice CCT-BLD-190531002; 31st May 2019; CTX00000722 | |
| Ex. P125 | | | | Invoice CCT-BLD-190531003; 31st May 2019; CTX00000007 | |
| Ex. P126 | | | | Invoice CCT-BLD-190604001; 4th June 2019; CTX00000034 | |
| Ex. P127 | | | | Invoice CCT-BLD-19060501; 5th June 2019; CTX00000018 | |
| Ex. P128 | | | | Invoice CCT-BLD-190606001; 6th June 2019; CTX00000078 | |
| Ex. P129 | | | | Invoice CCT-BLD-190606002; 6th June 2019; CTX00000063 | |
| Ex. P130 | | | | Invoice CCT-BLD-190611001; 11th June 2019; CTX00000101 | |
| Ex. P131 | | | | Invoice CCT-BLD-19061202; 12th June 2019; CTX00000146 | |
| Ex. P132 | | | | Invoice CCT-BLD-19061201; 12th June 2019; CTX00000122 | |
| Ex. P133 | | | | Invoice CCT-BLD-190614001; 14th June 2019; CTX00000205 | |
| Ex. P134 | | | | Invoice CCT-BLD-190614004; 14th June 2019; CTX00000272 | |
| Ex. P135 | | | | Invoice CCT-BLD-190614002; 14th June 2019; CTX00000224 | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. P136 | | | | Invoice CCT-BLD-190614003; 14th June 2019; CTX00000290 | |
| Ex. P137 | | | | Invoice CCT-BLD-190618001; 18th June 2019; CTX00000325 | |
| Ex. P138 | | | | Invoice CCT-BLD-190618002; 18th June 2019; CTX00000378 | |
| Ex. P139 | | | | Invoice CCT-BLD-190621002; 21st June 2019; CTX00000213 | |
| Ex. P140 | | | | Invoice CCT-BLD-190621001; 21st June 2019; CTX00000255 | |
| Ex. P141 | | | | Invoice CCT-BLD-19062102; 21st June 2019; CTX00000186 | |
| Ex. P142 | | | | Invoice CCT-BLD-19062101; 21st June 2019; CTX00000144 | |
| Ex. P143 | | | | Invoice CCT-BLD-190625001; 25th June 2019; CTX00000309 | |
| Ex. P144 | | | | Invoice CCT-BLD-190625002; 25th June 2019; CTX00000277 | |
| Ex. P145 | | | | Invoice CCT-BLD-19062501; 25th June 2019; CTX00000356 | |
| Ex. P146 | | | | Invoice CCT-BLD-19062502; 25th June 2019; CTX00000496 | |
| Ex. P147 | | | | Invoice CCT-BLD-190628003; 28th June 2019; CTX00000395 | |
| Ex. P148 | | | | Invoice CCT-BLD-190628004; 28th June 2019; CTX00000455 | |
| Ex. P149 | | | | BLD-190628005; 28th June 2019; CTX00000511 | |
| Ex. P150 | | | | Invoice CCT-BLD-190628002; 28th June 2019; CTX00000537 | |
| Ex. P151 | | | | Invoice CCT-BLD-190628001; 28th June 2019; CTX00000420 | |
| Ex. P152 | | | | Invoice CCT-BLD-190702001; 2nd July 2019; CTX00000555 | |
| Ex. P153 | | | | Invoice CCT-BLD-190702002; 2nd July 2019; CTX00000578 | |
| Ex. P154 | | | | Invoice CCT-BLD-190705001; 5th July 2019; CTX00000592 | |
| Ex. P155 | | | | Invoice CCT-BLD-190705002; 5th July 2019; CTX00000622 | |
| Ex. P156 | | | | Invoice CCT-BLD-190705003; 5th July 2019; CTX00000059 | |
| Ex. P157 | | | | Invoice CCT-BLD-19070501; 5th July 2019; CTX00000652 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Ex. P158 |  |  |  | Invoice CCT-BLD-19070502; 5th July 2019; CTX00000076 |  |
| Ex. P159 |  |  |  | Invoice CCT-BLD-190709001; 9th July 2019; CTX00000097 |  |
| Ex. P160 |  |  |  | Invoice CCT-BLD-190709002; 9th July 2019; CTX00000115 |  |
| Ex. P161 |  |  |  | Invoice CCT-BLD-190712001; 12th July 2019; CTX00000137 |  |
| Ex. P162 |  |  |  | Invoice CCT-BLD-190712002; 12th July 2019; CTX00000155 |  |
| Ex. P163 |  |  |  | Invoice CCT-BLD-190712003; 12th July 2019; CTX00000201 |  |
| Ex. P164 |  |  |  | Invoice CCT-BLD-19071201; 12th July 2019; CTX00000268 |  |
| Ex. P165 |  |  |  | Invoice CCT-BLD-19071202; 12th July 2019; CTX00000219 |  |
| Ex. P166 |  |  |  | Invoice CCT-BLD-19071801; 18th July 2019; CTX00000409 |  |
| Ex. P167 |  |  |  | Invoice CCT-BLD-190719001; 19th July 2019; CTX00000311 |  |
| Ex. P168 |  |  |  | Invoice CCT-BLD-190719002; 19th July 2019; CTX00000353 |  |
| Ex. P169 |  |  |  | Invoice CCT-BLD-190719003; 19th July 2019; CTX00000381 |  |
| Ex. P170 |  |  |  | Invoice CCT-BLD-190719004; 19th July 2019; CTX00000423 |  |
| Ex. P171 |  |  |  | Invoice CCT-BLD-190723001; 23rd July 2019; CTX00000689 |  |
| Ex. P172 |  |  |  | Invoice CCT-BLD-190723002; 23rd July 2019 |  |
| Ex. P173 |  |  |  | Invoice CCT-BLD-19072301; 23rd July 2019; CTX00000634 |  |
| Ex. P174 |  |  |  | Invoice CCT-BLD-19072302; 23rd July 2019; CTX00000017 |  |
| Ex. P175 |  |  |  | Invoice CCT-BLD-190726001; 26th July 2019; CTX00000035 |  |
| Ex. P176 |  |  |  | Invoice CCT-BLD-190726002; 26th July 2019; CTX00000075 |  |
| Ex. P177 |  |  |  | Invoice CCT-BLD-190726003; 26th July 2019; CTX00000065 |  |
| Ex. P178 |  |  |  | Invoice CCT-BLD-190730001; 30th July 2019 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ex. P179 | | | | Invoice CCT-BLD-190730002; 30th July 2019 | |
| | Ex. P180 | | | | Invoice CCT-BLD-1907NRE; Jul-2019; CTX00000001 | |
| | Ex. P181 | | | | Invoice CCT-BLD-190802001; 2nd August 2019; CTX00000095 | |
| | Ex. P182 | | | | Invoice CCT-BLD-190802002; 2nd August 2019; CTX00000123 | |
| | Ex. P183 | | | | Invoice CCT BLD-190802003; 2nd August 2019; CTX00000200 | |
| | Ex. P184 | | | | Invoice CCT-BLD-19080201; 2nd August 2019; CTX00000223 | |
| | Ex. P185 | | | | Invoice CCT-BLD-19080202; 2nd August 2019; CTX00000303 | |
| | Ex. P186 | | | | Invoice CCT-BLD-190806001; 6th August 2019; CTX00000275 | |
| | Ex. P187 | | | | Invoice CCT-BLD-190806002; 6th August 2019; CTX00000348 | |
| | Ex. P188 | | | | Invoice CCT-BLD-19080601; 6th August 2019; CTX00000380 | |
| | Ex. P189 | | | | Invoice CCT-BLD-19080602; 6th August 2019; CTX00000150 | |
| | Ex. P190 | | | | Invoice CCT-BLD-190808; 8th August 2019; CTX00000271 | |
| | Ex. P191 | | | | Invoice CCT-BLD-190809001; 9th August 2019; CTX00000305 | |
| | Ex. P192 | | | | Invoice CCT-BLD-190809002; 9th August 2019; CTX00000375 | |
| | Ex. P193 | | | | Invoice CCT-BLD-190809003; 9th August 2019 | |
| | Ex. P194 | | | | Invoice CCT-BLD-190814001; 14th August 2019; CTX00000517 | |
| | Ex. P195 | | | | Invoice CCT-BLD-190814002; 14th August 2019 | |
| | Ex. P196 | | | | Invoice CCT-BLD-19081501; 15th August 2019; CTX00000632 | |
| | Ex. P197 | | | | Invoice CCT-BLD-19081502; 15th August 2019; CTX00000620 | |
| | Ex. P198 | | | | Invoice CCT-BLD-190816001; 16th August 2019 | |
| | Ex. P199 | | | | Invoice CCT-BLD-190816002; 16th August 2019 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ex. P200 | | | | Invoice CCT-BLD-190816003; 16th August 2019 | |
| | Ex. P201 | | | | Invoice CCT-BLD-190820001; 20th August 2019 | |
| | Ex. P202 | | | | Invoice CCT-BLD-190820002; 20th August 2019 | |
| | Ex. P203 | | | | Invoice CCT-BLD-19082201; 22nd August 2019; CTX00000354 | |
| | Ex. P204 | | | | Invoice CCT-BLD-19082202; 22nd August 2019 | |
| | Ex. P205 | | | | Invoice CCT-BLD-190823001; 23rd August 2019 | |
| | Ex. P206 | | | | Invoice CCT-BLD-190823002; 23rd August 2019; CTX00000502 | |
| | Ex. P207 | | | | Invoice CCT-BLD-190823003; 23rd August 2019 | |
| | Ex. P208 | | | | Invoice CCT-BLD-190827001; 27th August 2019; CTX00000584 | |
| | Ex. P209 | | | | Invoice CCT-BLD-190827002; 27th August 2019; CTX00000648 | |
| | Ex. P210 | | | | Invoice CCT-BLD-190830001; 30th August 2019 | |
| | Ex. P211 | | | | Invoice CCT-BLD-190830002; 30th August 2019 | |
| | Ex. P212 | | | | Invoice CCT-BLD-19083001; 30th August 2019; CTX00000030 | |
| | Ex. P213 | | | | Invoice CCT-BLD-190903001; 3rd Sep 2019; CTX00000061 | |
| | Ex. P214 | | | | Invoice CCT-BLD-190903002; 3rd Sep 2019 | |
| | Ex. P215 | | | | Invoice CCT-BLD-190906001; 6th Sep 2019; CTX00000109 | |
| | Ex. P216 | | | | Invoice CCT-BLD-190906002; 6th Sep 2019 | |
| | Ex. P217 | | | | Invoice CCT-BLD-190906003; 6th Sep 2019; CTX00000273 | |
| | Ex. P218 | | | | Invoice CCT-BLD-190910001; 10th Sep 2019 | |
| | Ex. P219 | | | | Invoice CCT-BLD-190910002; 10th Sep 2019 | |
| | Ex. P220 | | | | Invoice CCT-BLD-190911001; 11th Sep 2019 | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. P221 | | | | Invoice CCT-BLD-190911002; 11th Sep 2019 | |
| Ex. P222 | | | | Invoice CCT-BLD-190912A; 12th Sep 2019; CTX00000373 | |
| Ex. P223 | | | | Invoice CCT-BLD-19091701; 17th Sep 2019 | |
| Ex. P224 | | | | Invoice CCT-BLD-19091702; 17th Sep 2019 | |
| Ex. P225 | | | | Invoice CCT-BLD-190920001; 20th Sep 2019; CTX00000384 | |
| Ex. P226 | | | | Invoice CCT-BLD-190920003; 20th Sep 2019; CTX00000429 | |
| Ex. P227 | | | | Invoice CCT-BLD-190924001; 24th Sep 2019; CTX00000458 | |
| Ex. P228 | | | | Invoice CCT-BLD-190924002; 24th Sep 2019; CTX00000483 | |
| Ex. P229 | | | | Invoice CCT-BLD-190927001; 27th Sep 2019; CTX00000527 | |
| Ex. P230 | | | | Invoice CCT-BLD-190927002; 27th Sep 2019; CTX00000552 | |
| Ex. P231 | | | | Invoice CCT-BLD-19092901; 29th Sep 2019; CTX00000608 | |
| Ex. P232 | | | | Invoice CCT-BLD-19092902; 29th Sep 2019; CTX00000582 | |
| Ex. P233 | | | | Invoice CCT-BLD-191008001; 8th Oct 2019; CTX00000676 | |
| Ex. P234 | | | | Invoice CCT-BLD-191008002; 8th Oct 2019; CTX00000651 | |
| Ex. P235 | | | | Invoice CCT-BLD-191011001; 11th Oct 2019; CTX00000629 | |
| Ex. P236 | | | | Invoice CCT-BLD-191011002; 11th Oct 2019; CTX00000685 | |
| Ex. P237 | | | | Invoice CCT-BLD-191015001; 15th Oct 2019; CTX00000692 | |
| Ex. P238 | | | | Invoice CCT-BLD-191015002; 15th Oct 2019; CTX00000070 | |
| Ex. P239 | | | | Invoice CCT-BLD-191018001; 18th Oct 2019; CTX00000750 | |
| Ex. P240 | | | | Invoice CCT-BLD-191018002; 18th Oct 2019; CTX00000724 | |
| Ex. P241 | | | | Invoice CCT-BLD-191022001; 22nd Oct 2019; CTX00000728 | |

| | | | | | |
|---|---|---|---|---|---|
| Ex. P242 | | | | Invoice CCT-BLD-191022002; 22nd Oct 2019; CTX00000099 | |
| Ex. P243 | | | | Invoice CCT-BLD-191025A; 25th Oct 2019; CTX00000206 | |
| Ex. P244 | | | | Invoice CCT-BLD-19103002; 30th Oct 2019; CTX00000118 | |
| Ex. P245 | | | | Invoice CCT-BLD-19110601; 6th Nov 2019; CTX00000141 | |
| Ex. P246 | | | | Invoice CCT-BLD-19120402; 4th Dec 2019; CTX00000180 | |
| Ex. P247 | | | | Invoice CCT-BLD-19121802; 18th Dec 2019; CTX00000452 | |
| Ex. P248 | | | | Invoice CCT-BLD-190921INV PRO; 23rd Dec 2019 | |
| Ex. P249 | | | | Invoice CCT-BLD-190921INV PRO; 3rd Jan 2020 | |
| Ex. P250 | | | | Summary Exhibit of CTX-US Invoices in the Third Amended Complaint | |
| Ex. P251 | | | | Meeting Minutes December 13-14, 2016 | |
| Ex. P252 | | | | Meeting Minutes October 20, 2017 | |
| Ex. P253 | | | | Meeting Minutes March 3-9, 2018 | |
| Ex. P254 | | | | Meeting Minutes March 17, 2018 | |
| Ex. P255 | | | | DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF JIANGMEN BENLIDA | |
| Ex. P256 | | | | 12-19-2019 Email Re: Circutronix, USA payment reconciliation from 1st of April 2012 until present for Benlida and ROK. | |
| Ex. P257 | | | | Copy of Benlida Shipment and Payment Details CTX-HK 2012-19 | |
| Ex. P258 | | | | CTX HK Pos referencing Exclusive List Clients (DELETE) | |
| Ex. P259 | | | | CTX HK Pos referencing Exclusive List Clients | |
| Ex. P260 | | | | Exemplar 6-20-2015 CTX-HK PO X57 | |
| Ex. P261 | | | | Exemplar 11-24-2015 CTX-HK PO X57 | |
| Ex. P262 | | | | Exemplar 12-24-2015 CTX HK PO X57 | |

|  | | | | | | |
|---|---|---|---|---|---|---|
| Ex. P263 | | | | | Exemplar 11-12-2015 CTX-US PO X57 | |
| Ex. P264 | | | | | Exemplar 12-1-2015 CTX-US PO X29 | |
| Ex. P265 | | | | | Exemplar 12-4-2015 CTX-US PO X10 | |
| Ex. P266 | | | | | Exemplar 7-26-2016 CTX-HK PO X70 | |
| Ex. P267 | | | | | Exemplar 11-17-2016 CTX-HK PO X19 | |
| Ex. P268 | | | | | Exemplar 8-22-2016 CTX-HK PO X57 | |
| Ex. P269 | | | | | Exemplar 2-27-2016 CTX-US PO X57 | |
| Ex. P270 | | | | | Exemplar 3-14-2016 CTX-US PO X65 | |
| Ex. P271 | | | | | Exemplar 10-20-2016 CTX-US PO X65 | |
| Ex. P272 | | | | | Exemplar 8-17-2017 CTX-HK PO X12 | |
| Ex. P273 | | | | | Exemplar 9-20-2017 CTX-HK PO X12 | |
| Ex. P274 | | | | | Exemplar 9-1-2017 CTX-HK PO X70 | |
| Ex. P275 | | | | | Exemplar 6-15-2017 CTX-US PO X70 | |
| Ex. P276 | | | | | Exemplar 10-5-2017 CTX-US PO X70 | |
| Ex. P277 | | | | | Exemplar 9-21-2017 CTX-US PO X65 | |
| Ex. P278 | | | | | Exemplar 9-11-2018 CTX-HK PO X12 | |
| Ex. P279 | | | | | Exemplar 12-12-2018 CTX-HK PO X12 | |
| Ex. P280 | | | | | Exemplar 11-21-2018 CTX-HK PO X70 | |
| Ex. P281 | | | | | Exemplar 9-25-2018 CTX-US PO X57 | |
| Ex. P282 | | | | | Exemplar 12-4-2018 CTX-US PO X57 | |
| Ex. P283 | | | | | Exemplar 11-28-2018 CTX-US PO X70 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ex. P284 | | | | Exemplar 1-1-2019 CTX-HK PO X57 | |
| | Ex. P285 | | | | Exemplar 9-6-2019 CTX-HK PO X57 | |
| | Ex. P286 | | | | Exemplar 5-9-2019 CTX-HK PO X70 | |
| | Ex. P287 | | | | Exemplar 1-30-2019 CTX-US PO X12 | |
| | Ex. P288 | | | | Exemplar 1-24-2019 CTX-US PO X57 | |
| | Ex. P289 | | | | Exemplar 5-9-2019 CTX-US PO X70 | |
| | Ex. P290 | | | | 8-1-2019 Email from Tracy to Rishi Re: Final Payment Reconciliation | |
| | Ex. P291 | | | | 2015 BLD Monthly Invoice Statement | |
| | Ex. P292 | | | | 2016 BLD Monthly Invoice Statement | |
| | Ex. P293 | | | | Email from Rishi Kukreja, Circuitronix LLC to Benlida, July 7, 2016 (Native) | |
| | Ex. P294 | | | | Email from Rishi Kukreja, Circuitronix LLC to Benlida, July 7, 2016 (PDF) | |
| | Ex. P295 | | | | Payment Reconciliation Spreadsheet 7.30.2019 | |
| | Ex. P296 | | | | Order released Document -- up to April | |
| | Ex. P297 | | | | Order released Document -- up to June | |
| | Ex. P298 | | | | Order Released Document -- up to July | |
| | Ex. P299 | | | | Order Released Document -- up to Aug | |
| | Ex. P300 | | | | Order Released Document -- up to Sept | |
| | Ex. P301 | | | | ROK AND BLD ORDERS AND SCHEDULE DATE | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

***At time of this filing, Benlida acknowledges that CTX has not yet had an opportunity to review and object with specificity. Additionally, CTX advises that it objects to any exhibits that were not previously included in Benlida's list of additional exhibits of September 29, 2023.