United States District Court
for the
Southern District of Florida

Jiangmen Benlida Printed Circuit )
Co., Ltd., Counter-Defendant, )
)
v. ) Civil Action No. 21-60125-Civ-Scola
)
Circuitronix, LLC, Counter- )
Plaintiff. )

### Partial Order on Deposition Designations

This matter is before the Court on a portion of the parties' objections to deposition designations. After reviewing the depositions of Huang "Douglas" Hanchao, Chen Zhanjiao ("Ms. Chen"), and Huang Xiangjiang ("Mr. Huang"), the Court issues the following rulings:

| Huang "Douglas" Hanchao  May 23, 2023 | | | |
|---|---|---|---|
| Page(s) and line(s) | Party Objecting | Objection | Ruling |
| 29:13-30:14 | CTX | FRE 403 (waste of time) | Overruled |
| 51:13-18 | CTX | FRE 602 (speculation re: "Rishi's purpose") | Overruled |
| 284:12-14 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | Sustained |
| 284:21-24 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | Sustained |

| | | | |
|---|---|---|---|
| 285:25-286:3 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | Sustained |
| 286:10-287:8 | Benlida | FRE 401 (Relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial and misleading to jury). | Sustained |
| 288:9-290:13 | Benlida | FRE 401 (Relevance, as there is no claim by CTX that money is due with regard to the transaction that is the subject of the testimony, and thus it is not probative of any issue in the case); FRE 403 (prejudicial, waste of time, confusing, and misleading to jury). | Overruled |
| 294:13-295:11 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial, waste of time, confusing and misleading to jury). | Sustained |
| 295:25-296:21 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); FRE 403 (prejudicial, waste of time, confusing and misleading to jury). | Sustained |
| 297:16-298:12 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); | Sustained |

|  |  | FRE 403 (prejudicial, waste of time, confusing and misleading to jury). |  |

| Chen Zhanjiao ("Ms. Chen") May 25, 2023 ||||
|---|---|---|---|
| **Page(s) and line(s)** | **Party Objecting** | **Objection** | **Ruling** |
| 165:9-20 | CTX | FRE 802 (hearsay: Benlida was questioning its own employee, whom it could've brought to trial to testify) | Overruled |
| 166:11-13, 15, 17-18, 20-21, 23-24 | CTX | FRE 802 (hearsay: Benlida was questioning its own employees, whom it could've brought to trial to testify)<br><br>Also, vague and leading as to 166:11-13, 15; leading as to 166:17-24 | Overruled |
| 185:4-186:6 | CTX | FRE 802 (hearsay: Benlida was questioning its own employee, whom it could've brought to trial to testify); Also FRE 403 (confusing because questioning is about Ex. 85 and prior testimony on p. 182 is about different exhibits (92 and 93)) | Overruled |

| Huang Xiangjiang ("Mr. Huang") May 31, 2023 ||||
|---|---|---|---|
| **Page(s) and line(s)** | **Party Objecting** | **Objection** | **Ruling** |
| 49:10-50:11 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading). | Overruled |
| 50:13-18 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading). | Overruled |
| 50:20-22 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading) | Overruled |
| 51:2-15 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial and misleading) | Sustained |
| 107:21-108:2 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); 403 (prejudicial, waste of time, confusing and misleading to the jury). | Overruled |
| 108:4-8 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case); | Overruled |

| | | | |
|---|---|---|---|
| | | 403 (prejudicial, waste of time, confusing and misleading to the jury); Objection to reading in a question without introducing the answer at line 10 and therefore the entire question and the entire line of questioning is objected to. | |
| 110:13-111:2 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | Sustained |
| 111:9 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | Sustained |
| 113:21-114:15 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | Sustained |
| 114:22-115:3 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); | Sustained |

| | | | |
|---|---|---|---|
| | | FRE 403 (prejudice, waste of time, confusing and misleading). | |
| 115:5-12 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury) | Sustained |
| 116:3-6 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | Sustained |
| 116:21-117:4 | Benlida | No objection as to 116:21 – 117:1; Objection to 117:2-4 – FRE 401 (relevance, as it not probative of any issue in the case, and calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading). | Overruled Sustained |
| 117:6-7 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to jury). | Sustained |

| 118:1-5 | Benlida | FRE 401 (relevance, as it is not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to jury). | Sustained |
|---|---|---|---|
| 118:7-10 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to jury). | Sustained |
| 118:19-20 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | Sustained |
| 118:22-119:7 | Benlida | FRE 401 (relevance, not probative of any issue in the case, calls for speculation as to what the Chinese tax authority could do); FRE 403 (prejudice, waste of time, confusing and misleading to the jury). | Sustained |

**Done and ordered** in Miami, Florida, on October 12, 2023.

Robert N. Scola, Jr.
United States District Judge