United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Circuitronix, LLC, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-60125-Civ-Scola |
| | ) |
| Jiangmen Benlida Printed Circuit Co., Ltd., Defendant. | ) |

**Verdict Form**

We, the jury in the above-titled action, unanimously find as follows:

**Question 1**: Did Benlida breach the parties' contract?

✓ Yes     _____ No

If your answer to Question 1 is NO, your verdict is for Benlida, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If you answered YES to Question 1, please answer Question 2.

**Question 2**: Was CTX-US damaged by Benlida's breach of the contract?

✓ Yes     _____ No

If your answer to Question 2 is NO, your verdict is for Benlida on this claim, and you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to Question 2 is YES, please answer Question 3.

**Question 3**: What are CTX-US's damages as a result of Benlida's breach of the contract?

Total: $ 7,585,847

So say we all, ███████

███████          2
Foreperson's signature        Foreperson's juror number

Dated: October 24, 2023