UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Counter-Defendant,

v.

CIRCUITRONIX LLC,

    Counter-Plaintiff,
_____/

**CIRCUITRONIX, LLC'S NOTICE OF FILING TRIAL EXHIBITS**

    Pursuant to Local Rule 5.3 and the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 274), undersigned counsel for Counter-Plaintiff Circuitronix, LLC ("CTX-US") hereby submits electronically the list of documentary exhibits offered or introduced into evidence at trial by CTX-US, attached hereto as Exhibit 1.

    CTX-US has confirmed with the Courtroom Deputy that a thumbdrive containing any exhibits in Excel format has been delivered to the Clerk's office. CTX-US will be separately filing a notice of conventional filing identifying the Excel-spreadsheet exhibits contained in the thumbdrive which is in the clerk's possession.

Dated: November 3, 2023

                        Respectfully submitted,

                        */s/ Christina H. Martinez*
                        Stephen F. Rosenthal
                        Florida Bar No. 0131458
                        srosenthal@podhurst.com
                        Matthew P. Weinshall
                        Florida Bar No. 84783
                        mweinshall@podhurst.com
                        Christina H. Martinez

Florida Bar No. 1029432
cmartinez@podhurst.com
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

*Counsel for Circuitronix, LLC*

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on November 3, 2023 as filed with the Clerk of the Court using CM/ECF.

By: /s/ *Christina H. Martinez*
Christina H. Martinez

Case No.: 21-60125-CIV-SCOLA/GOODMAN
AO 187 (Rev. 7/87) Exhibit List

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | JOINT EXHIBIT LIST WITH CTX'S SECOND AMENDED LIST OF ADDITIONAL EXHIBITS AND BENLIDA'S PREVIOUSLY FILED AMENDED EXHIBIT LIST |
|---|---|
| JIANGMEN BENLIDA PRINTED CIRCUIT CIRCUIT CO., LTD., vs. CIRCUITRONIX, LLC | Case No.: 21-60125-CIV-SCOLA/GOODMAN |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Robert N. Scola, Jr. | Jean-Claude Mazzola<br>Richard E. Lerner | Stephen F. Rosenthal<br>Matthew P. Weinshall<br>Christina H. Martinez |
| TRIAL DATE (S)<br>October 16, 2023 | COURT REPORTER<br>Tammy Nestor | COURTROOM DEPUTY<br>Jacob Hasbun |

| Joint No. | PLF. No. | DEF. No. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | OBJ. |
|---|---|---|---|---|---|---|---|
| 13 | | | | 10/17 | 10/17 | 8-19-14 CTX Purchase Order | |
| 21 | | | | 10/16 | 10/16 | 3-1-12 Manufacturing & Representation Agreement | |
| 40 | | | | 10/17 | 10/17 | 8-2-16 email attaching 2016 Letter Agreement | |
| 42 | | | | 10/17 | 10/17 | 7-28-16 email from Tracy to Rishi re: July 25, 2016 Meeting minutes | |
| 43 | | | | 10/24 | 10/24 | 12-19-16 email from Rishi to Tracy re: price increase (and Dec. 14, 2016 meeting) | |
| 45 | | | | 10/24 | 10/24 | 12-26-16 email from Tracy to Rishi re: Dec. 14, 2016 Meeting minutes | |
| 46 | | | | 10/17 | 10/17 | 1-6-17 email from Rishi to Tracy re: Dec. 14, 2016 Meeting minutes | |
| 48 | | | | 10/17 | 10/17 | 10-22-17 email from Tracy to Rishi Oct. 19-20, 2017 Meeting minutes | |
| 49 | | | | 10/17 | 10/17 | 10-31-17 email from Rishi to Tracy re: Oct. 20, 2017 Meeting minutes | |
| 51 | | | | 10/17 | 10/17 | 11-3-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | |
| 52 | | | | 10/17 | 10/17 | 11-7-17 email from Tracy to Rishi re: Oct. 20, 2017 Meeting minutes | |
| 53 | | | | 10/24 | 10/24 | 2-23-18 email from Tracy to Rishi re: Feb. 7, 2018 meeting with Akshay Koul | |
| 57 | | | | 10/19 | 10/19 | 4-5-18 email from Rishi to Tracy re: price increase up to Jan & Feb 2018, attaching minutes of March 17, 2018 meeting in Benlida | |
| 58 | | | | 10/24 | 10/24 | 3-21-18 email from Tracy to Rishi attaching minutes of March 17, 2018 meeting in Benlida | |
| 64 | | | | 10/17 | 10/17 | 6-28-16 email from Douglas to Rishi re: 2015 invoice discrepancy | Δ-R/UP |
| 65 | | | | 10/17 | 10/17 | 11-21-16 email from Tracy to Rishi re: payment need in Nov., attaching BLD payment details | Δ-R/UP |
| 70 | | | | 10/17 | 10/17 | 7-29-19 email from Tracy to Rishi responding to Rishi's email to Douglas | |
| 71 | | | | 10/19 | 10/19 | 7-14-16 email from Douglas to Rishi re: secondary agreement; bank having discovered ROK is lying | Δ-R/UP/MIL (DE 198), #7<br><br>π-I/R/UP |
| 73 | | | | 10/19 | 10/19 | 3-27-17 email from Tracy to Rishi re: Tax department check – requesting payment | π-I/R/UP |
| 77 | | | | 10/17 | 10/17 | 6-19-19 email from Tracy to Rishi re: shipment payment (6-19-19 update after reconciliation) | Δ-R/UP<br>π-R/UP |
| 78 | | | | 10/17 | 10/17 | 8-1-19 email from Tracy to Rishi re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | Δ-R/UP<br>π-I |
| 79 | | | | 10/17 | 10/17 | 11-14-19 email from accounting@benlida.com to Rishi, Akshay, et al. re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | |
| 87 | | | | 10/17 | 10/17 | 11-22-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK, attaching "Benlida Shipment & Payment Details CTX-HK 2012-2019.xlsx," etc. | Δ-R/UP |
| 88 | | | | 10/17 | 10/17 | 12-4-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK, attaching missing invoice details | Δ-R/UP |

Case No.: 21-60125-CIV-SCOLA/GOODMAN
AO 187 (Rev. 7/87) Exhibit List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 89 | | | 10/17 | 10/17 | 12-4-19 email from accounting@benlida.com to Nichole Donaldson & Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | Δ-R/UP |
| 94 | | | 10/19 | 10/19 | 10-18-19 email from Tracy to Rishi re: Lead Time Penalty for 3-2019 | | Δ-R/UP |
| 100 | | | 10/16 | 10/16 | 4-12-19 email from Melonnie Rhoden to Tracy re: Benlida Payment Detail & Bank Slips for your reference - January 2019 invoices | | |
| 120 | | | 10/17 | 10/17 | 11-1-19 email from Rishi to Douglas re: CTX, USA payment reconciliation from 1st of April, 2012 until present for BLD & ROK | | Δ-R/UP |
| 121 | | | 10/17 | 10/17 | 7-29-19 email from Rishi to Douglas re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | | Δ-R/UP |
| 123 | | | 10/18 | 10/18 | 2-2-15 email from Todor to Tracy re: Benlida Payment Detail & bank slip as proof of payment/ROK bank slip (attaching Benlida Payment Details Jan. 1 and Feb. 1, 2015) | | Δ-R/UP |
| 132 | | | 10/20 | 10/20 | 7-31-20 email from accounting@benlida.com to Rishi, et al. re: Confirmation for Audit Purposes (attaching Benlida's outside auditor's Confirmation of Balances for 2019) | | Δ-R/UP |
| 133 | | | 10/17 | 10/17 | 2015 Benlida monthly statements to CTX (Jan – Dec.) | | Δ-R/UP |
| 136 | | | 10/20 | 10/20 | 9-9-21 email dated re: Statement of Aug. 2021 | | Δ-R/UP |
| 136A | | | 10/20 | 10/20 | 8-21 Benlida monthly statement to CTX | | |
| 159 | | | 10/17 | 10/17 | 3-21-16 CTX Debit Memo | | |
| | | D-B | 10/17 | 10/17 | 7-1-13 email from Sunny Kapoor to Tracy re: Penalty for Leadtime Violation [CTX 1607-1612] | May | ** |
| | | D-O3 | 10/24 | 10/24 | 11-18-16 email from Tracy to Rishi re: price increase notice [CTX 791-795] | May | ** |
| | | D-U3 | 10/16 | 10/16 | 3-21-17 email from Tracy to Rishi re: urgent issue on ROK foreign exchange!!! -- CTX 2070 | May | ** |
| | | D-Z4 | 10/24 | 10/24 | 7-22-17 email from Tracy to Rishi re: PCB price up analysis- 201703-06 and CCL price [CTX 3751] | May | ** |
| | | D-A6 | 10/24 | 10/24 | 4-25-18 email from Tracy to Roishi re: shipment report up to Apr – [CTX 3959-3972] | May | ** |
| | | D-K7 | 10/17 | 10/17 | 5-24-19 email from Rishi to Tracy re: BLD-ROK Shipment & Payment report as of 5/18/2019 [CTX 4522] | May | ** |
| | | D-U7 | 10/17 | 10/17 | 8-5-19 email from Rishi to Tracy re: Urgent P/Ns [CTX 949444-949445] | May | ** |
| | | D-Y7 | 10/17 | 10/17 | 9-26-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida April 2019 [CTX 4734] | May | ** |
| | | D-H9 | 10/19 | 10/19 | Summary of the BLD and CTX Reconciliations (KM Rpt Tbl 1) | May | ** |
| | | D-N9 | 10/19 | 10/19 | Summary of Payable Reconciliation bet. CTX & BLD (KM Rpt Tbl 7) | May | ** |
| | | D-R9 | 10/19 | 10/19 | Summary of CTX-US LTP | May | ** |
| | | D-F14 | 10/24 | 10/24 | Authorization Form | | |
| | | | | | | | |
| | | D-J14 | 10/24 | 10/24 | 6-15-14 Email | | |
| | | D-K14 | 10/24 | 10/24 | Photo of CTX Bldg. from Video | | |
| | | D-Q13 | 10/17 | 10/17 | Bank Statement | | |
| | | D-R13 | 10/17 | 10/17 | Bank Statement | | |
| | | D-S13 | 10/17 | 10/17 | Bank Statement | | |
| | | D-T13 | 10/17 | 10/17 | Bank Statement | | |
| | | D-U13 | 10/17 | 10/17 | Bank Statement | | |
| | | D-V13 | 10/17 | 10/17 | Bank Statement | | |
| | | D-X13 | 10/17 | 10/19 | Summary of Premiums Paid | | |
| | | D-L14 | 10/24 | 10/24 | Benlida Lobby From Video | | |