

# Purchase Order

| Date | PO # |
|---|---|
| 8/19/2014 | BEN-4501230708 |

3131 SW 42nd Street  
Fort Lauderdale, FL 33312  
United States

Page 1 of 2

| Vendor | Ship To |
|---|---|
| Jiangmen Benlida Printed Circuit Company Limited<br>No. 76 Long Xi Road, High-tech Industrial Park,<br>Jiangmen,<br>Guangdong,<br>China | CIRCUITRONIX, HKG |

| PO Rev Level | Ship By | Ship Via | Memo | Terms | FOB |
|---|---|---|---|---|---|
| | 9/2/2014 | | | AMS 60 N | HKG |

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1111528+4 | Piece | 9,000 | P/N: 17-1111528+4 Rev 4  (File: PSD 17-1111528+4 000 00.zip ) [05-13-2014]<br>FR4, UL94V-0, Tg 170° min, Td 340° min, per IPC-4101; 0.040 ± 10% Board THK; 1/1/1/1 OZ (Min finish);  4L; 5.118X9.146(4); 20X24(8); 0.005/0.005 (Line/space); 0.008 (Hole); SMOBC (LPI, Green, per IPC-SM-840 Class T); 2SS (White); Imm Silver (per IPC-4553)<br>Notes:<br>1> Rout Length:77/Panel; Hole:0.008 (68/panel) total 1867/panel; Vcut 0 /panel;<br>2> Layer stack-up: PP 0.008 ± 10% // Core 0.016 ± 10% // PP 0.008 ± 10%;<br>3> RoHS compliant and compatible with lead free assembly;<br>4> Per IPC-6012 and IPC-A-600 Class 2;<br>5> PCB shall be routed to finished size ± 0.25(0.010);<br>6> Hole location tolerance: 0.008 diameter of true position;<br>7> Layer to layer registration: within 0.005;<br>8> Annular ring: External Supported holes - 0.001 min: Internal Supported Holes - Tangency Min: Unsupported Holes - Tangency Min;<br>9> Conductors will not exceed a reduction in width or spacing by more than 20% or 0.002, whichever minimum value is less;<br>10> Plug vias in area specified on top and bottom;<br>11> Single ended impedance (±10%);<br>12> Max bow and twist of rigid section shall be 0.7% as measured per IPC-TM-650 method 2.4.22;<br>13> Solder mask: matte or semi-matte. Solder mask thickness: 0.0004 min thick and 0.002 max thick (per spec 101510 rev G);<br>14> Solderability: unless specified on fabrication drawing, shall meet the requirements of J-STD-003 class 2 and paragraph 1.5.1 test C. Coating durability shall comply to J-STD-003 paragraph 1.8 category 2 (per spec 101510 rev G);<br>15> Fiducials shall be round within +/-0.05mm (0.002) and shall have a diameter tolerance of +/-10%; (per spec 101510 rev G);<br>16> Add copper rings around array fiducials on the rails as long as required clearances are maintained (per spec 101510 rev G);<br>17> X-outs in an array are not acceptable, unless specifically noted as allowed (per spec 101510 rev G);<br>18> If coupons are required they shall be designed to IPC 2221 criteria, if not required, analyze 2 cross sections of a PCB or Thermal Stress coupon in both X & Y Axis per lot. (per spec 101510 rev G);<br>19> Perform solderability testing on both Plated Through Hole & Surface ( Minimum 5 per Lot).<br>20> Ionic contamination: <0.5 µg/cm2 (<3.23 µg/in2) NaCl equivalent (test per IPC-TM-650 2.3.25.5 | 0.83 | 7,470.00 |



# Purchase Order

| Date | PO # |
|---|---|
| 8/19/2014 | BEN-4501230708 |

3131 SW 42nd Street
Fort Lauderdale, FL 33312
United States

Page 2 of 2

| Part # | Unit Type | Quantity | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| | | | or IPC-5704).
21> No repair of circuit defects or to damaged laminate without prior written approval. (per spec 101510 rev G);
22> Packaging: All PCBs to be treated as Moisture Sensitivity Level (MSL) 3. Each package shall have desiccant and HIC with 3 color spots of sensitivity values 5% RH, 10% RH and 60% RH. OK to use HIC with 10% to 60% RH color spots (per EQ reply). Anti-tarnish paper must be placed between HIC and board surface. Desiccant shall not be included with PCBs that have Imm Ag finish. Anti-tarnish paper must be placed between the humidity indicator and board surface (per spec 101510 rev G);
23> CoC required for each shipment
24> Additional packing requirements: (per spec 101510 rev G);
- pack in shrink-wrap, max weight of 12.5 kg (28 lbs), max height of 15.2 cm (6 in);
- solid piece of material on top and bottom of the stack;
- each package to be heat sealed in an airtight bag to prevent moisture;
- each package to be marked with quantity, date code, part number and PO number;
- pack in boxes using only bubble-pack as filler (no particulate generating material such as styrofoam, cardboard, shreded or crumpled paper are allowed);
- outside of the box must include a label with the part number, lot number, date code, job run number and other Supplier information to ensure traceability to date of manufacture and associated data, ie. test results.
- if controlled impedance is specified, impedance report traceable to the production lot is required;
PPAP required
25> Follow requirements on Shipment Labeling Standard.pdf

*** CTX UL Logo to be used on boards. *** | | |
| | | | Total | | $7,470.00 |

This order is subject to attached Circuitronix terms and conditions. Circuitronix UL logo should be used to build the boards.

Supplier will be responsible for all costs because of their quality issue, including any additional efforts at incoming inspection, and sorting, etc.

If the total quantity of any order is not completed by the delivery date committed by the factory while accepting the orders, any additional freight costs incurred by Circuitronix will be charged back to the supplier.