| | |
|---|---|
| From: | tracy@benlida.com |
| Sent: | Thursday, July 28, 2016 11:44 AM |
| To: | Rishi Kukreja |
| Cc: | douglas |
| Subject: | meeting minutes of 20160725 in CTX US |
| Attachments: | Meeting minutes--20160725.doc; cancel amount and payment.xls; Copy of All ROK and BLD penalties-1.xlsx; OSP update.xls; LT Penalty waving details.xls; [redacted] |

Dear Rishi,

Here I draf our meeting minutes as attachment. Also some related docs were included.

Please check and let me know if you have any concern.

BTW, according to my number in last email, adding [redacted], CTX should wire another [redacted] to Benlida/ROK. Before you finish reviewing on all these numbers, please firstly address [redacted] to Benlida. It is also needed for cash float.

Thank you.

RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-396209

1