**From:** Rishi Kukreja
**Sent:** Monday, December 19, 2016 10:59 AM
**To:** Tracy benlida
**Cc:** douglas@benlida.com
**Subject:** Minutes of Meeting with Benlida on Wednesday 14th of December, 2016
**Attachments:** PCB price up analysis- Going Forward.xls

a) Circuitronix accepts the following price increase for any PO which is released after 14th of November, 2016 which ships after 13th of March, 2017. The price increase accepted is the following :

1. 5% for DS Boards
2. 4% for Multilayer Boards

Furthermore Circuitronix agrees to a further 0.5% increase per 500 sq. meter increase in capacity beyond 5700 sq. meter capped to an increase of 2000 sq. meter per we week and capped to an increment of 2%. This means if Benlida starts releasing 7700 sq. meters per week ( excluding PQ26) into production effective 19th of December the cost increase would be 7% for DS Boards and 6% for Mulitlayer Boards. There will be two criterions for measuring this :

i.  7700 sq. meters of orders excluding PQ26  have to be released into production every week starting 12/19/16.
ii. Minimum 7700 sq. meters excluding PQ26 has to be shipped every week starting week of 03/13/17.

b) The unit-price will not be changed on the PO. It will be made as one lumpsum payment at the beginning of the following month based upon the actual shipments of the prior month.

c)  The laminate baseline for price increase is RMB 215 for KB 1.5mm, 1oz./1oz. laminate.

d) The US$ to RMB conversion baseline for price increase will remain US$1 is US$6.27. There will be no price change for the following range :

US$1  is to RMB 6.76 and US$1 is to RMB 7.04.

1

e)   On the first Monday of every month Benlida will provide the latest, accurate and honest price they are able to receive for KB 1.5mm, 1oz./1oz. laminate. This will be the lowest possible price they are able to get. If Circuitronix is able to get lower prices Benlida will investigate why Circuitronix is able to get lower prices and ensure that they are able to receive the same from Kingboard.

f) The prices will be plugged into the attached cost increase calculator  and based upon the same a price increase or decrease would be determined which would be added to the price increase in Point A.

g) All orders will be released into production ASAP.

h) Benlida will accept ten sample orders per month for new projects and build at expedited basis not to exceed four weeks.

The above does not impact any other aspect of our current agreements including but not limited to Manufacturing Agreement and Secondary Agreement.

(M) : 305(331)8581