# Meeting Minutes

CTX/Rishi, Benlida/Mr.Huang, Douglas and Tracy
Place: Benlida
Date: 2016-12-13 &14

1. Review some business number in 2016:



CTX released high volume orders since Sep of 2016,

    Regarding the above numbers, Rishi said from positive side it is good to show business between CTX and Benlida /Rok keeps increasing. Beside current old projects, Emerson, UTEC new projects are ramping up, so total orders keep in ramping up. But from another side, CTX still saw Benlida/Rok quality performance is not good enough, some critical quality issues still happened in 2016, such as blow hole and NPTH via holes. These issues brought CTX more pressure on keeping business with current customers. For the business plan of 2017, CTX is willing to follow Benlida's plan, if Benlida is willing to increase output capa on CTX orders, CTX will fulfill the capa with orders.

    Benlida's comment: quality issue still happened in 2016, but comparing the case number and loss damage, number in 2016 is much less than before, and Benlida/Rok will keep improving in 2017. For the business plan of 2017, Benlida/Rok can increase 20% output capa for CTX orders. Regarding Rok moving back to Benlida or not, it needs to be decided by two factors: orders and cash float. If both are available, Rok will keep staying in the same place. If one of them is not available, Rok will retreat from current facility. Base on current total business situation, besides CTX another two big customers like GREE and CETV, their orders will also ramp up in 2017 by at least 30%. So we estimate total orders of Benlida/Rok will increase by 20% to 30%.

2. Discussion about price increasing.

    Benlida's comments: Since July 2016, CCL price increased a lot, up to 2016/12/08, KB 1.5 1/1oz laminate price reach to 215RMB per sheet. During these 4 months, CCL price increased by 70.8%. Others materials like copper, tin and chemicals, their price also increased in the last several months. ShengYi just gave out notice that their price will also increase by another 10% in Jan 2017, and they also estimate that CCL price will be kept in similar level in the whole year 2017. Besides materials cost, land cost, waste water treatment cost and labor cost all will only increase in the future, so current price with CTX can not cover the cost and keep company in normal business running. Benlida have to insist price increase.

    CTX's comments: CTX understood current market situation and the demand that Benlida put out. But Benlida/Rok must follow contract and should not hold orders by saying price increase.

    Benlida's comments: Since CTX orders volume is much bigger than agreed capa, current orders (released by CTX up to 11/14) delivery date goes to March 2017 which is 4 months after, so

    Benlida/Rok did not breach any contract and put out price increase requirement in the beginning of Nov.
    After several discussions, both parties come to the following agreement:

Circuitronix accepts the following price increase for any PO which is released after 14th of November, 2016 which ships after 13th of March, 2017. The price increase accepted is the following:

1. 5% for DS Boards
2. 4% for Multilayer Boards

Furthermore Circuitronix agrees to a further 0.5% increase per 500 sq. meter increase in capacity beyond 5700 sq. meter (should be 5600 sq. meter) capped to an increase of 2000 sq. meter per we week and capped to an increment of 2%. This means if Benlida starts releasing 7700 sq. meters per week (excluding PQ26) into production effective 19th of December the cost increase would be 7% for DS Boards and 6% for Mulitlayer Boards. There will be two criterions for measuring this:

i. 7700 sq. meters (should be 7600 sq. meter) of orders excluding PQ26 have to be released into production every week starting 12/19/16.
ii. Minimum 7700 sq. meters (should be 7600 sq. meter) excluding PQ26 has to be shipped every week starting week of 03/13/17.
 Benlida comments: Since there are over 35000 sq. meter CTX boards in wip, we will not release 7600 sq. meter per week in Dec and Jan. To satisfy 7600 sq. meter output starting week of 03/13/2017, will release more orders from Feb 2017. Also order releasing amount should relate to payment amount. CTX should pay as agreement in this minute without delay. 7600 sq. meter per week shipment is Benlida's target, but this is affected by CTX to,. ex CTX QC output and CTX HKG warehousing space. CTX should notice this and find solution when needed.
 The unit-price will not be changed on the PO. It will be made as one lumpsum payment at the beginning of the following month based upon the actual shipments of the prior month.
Benlida comments: Every month Benlida/Rok will calculate the PCB sales amount and the increase sales amount, then issue individual invoice accordingly. This invoice will combine into Benlida/Rok monthly statement and also include into CTX payable amount.

c)  The laminate baseline for price increase is RMB 215 for KB 1.5mm, 1oz./1oz. laminate.

d) The US$ to RMB conversion baseline for price increase will remain US$1 is US$6.27 (should be 6.9). There will be no price change for the following range: US$1 is to RMB 6.76 and US$1 is to RMB 7.04.

e)  On the first Monday of every month Benlida will provide the latest, accurate and honest price they are able to receive for KB 1.5mm, 1oz./1oz. laminate. This will be the lowest possible price they are able to get. If Circuitronix is able to get lower prices Benlida will investigate why Circuitronix is able to get lower prices and ensure that they are able to receive the same from Kingboard.

f) The prices will be plugged into the attached cost increase calculator and based upon the same a price increase or decrease would be determined which would be added to the price increase in Point A.

[REDACTED]

h) All orders will be released into production ASAP.
Benlida comments: Order releasing amount should relate to payment amount. CTX should pay as section 3. in the following without delay.

i) Benlida will accept ten sample orders per month for new projects and build at expedited basis not to exceed four weeks.

The above does not impact any other aspect of our current agreements including but not limited to Manufacturing Agreement and Secondary Agreement.

3. Payment discussion

After Sunny's leaving since March 2015, invoices discrepancy happened due to unit price discrepancy, up to now nearly two years but this issue is still pending to resolve which cause CTX payable number is less than Benlida/Rok receivable number. Benlida/Rok can not get full payment from CTX. As Benlida mentioned several times before, CTX pay on time is very important to Benlida/Rok. Benlida/Rok must receive CTX payment timely to pay CCL, hot-press and other suppliers. If CTX delay payment and cause Benlida/Rok could not run usually, it will influence lead time of CTX orders.

After discussion, both parties agree as following:

1) [REDACTED] CTX make payment in weekly basic on every Monday, payment number follow shipment amount happen in last week, then pay clear by end of every month.

2) When these days material price increase a lot, Benlida/Rok have bigger payable number on material than before. If CTX can not pay as mentioned in 1) and influence Benlida/Rok's usual running, then any late delivery happen due to this, Benlida/Rok will not take responsibility.

3) CTX will resolve invoice discrepancy issue before 02/28/2017.

4) Enthone OSP chemical cost is still pending to confirm by CTX, Benlida already sent breakdown detail till 09/30/2016 (refer Tracy email sent on 11/21/2016 and 12/03/2016), and will send breakdown of 10/01/2016~12/31/2016 by 01/15/2017, then CTX should confirm by 02/28/2017.

4. Others

1) For the fit-up cost happened in 2016 which Benlida fit up the facility according to CTX requirement, CTX is willing to share half by USD13,000 (detail can refer email Tracy sent on 11/03/2016), and will make wire accordingly.

2) From 2016/08/01, CTX take dinning cost of their employee in Benlida/Rok. [REDACTED]

3) Regarding CTX UL logo application, CTX use Benlida's UL file to apply CTX UL logo and apply on the PCB product which build in Benlida, WingLong and VGT. This is approved by UL already. CTX should have a formal explanation on the UL logo application and update the explanation every year. Before CTX assign another PCB factory except above mentioned three factories to use CTX UL logo on CTX product, CTX

should formally inform Benlida by email (Wenwu Jiang to Tracy Huang) and get Benlida's approval. Otherwise, Benlida has authority to claim for compensation on all loss due to un-approval application.