| | |
|---|---|
| **From:** | Rishi Kukreja |
| **Sent:** | Friday, January 6, 2017 7:18 AM |
| **To:** | Tracy benlida |
| **Cc:** | 'douglas' |
| **Subject:** | RE: Minutes of Meeting with Benlida on Wednesday 14th of December, 2016 |
| **Attachments:** | PCB price up analysis- Going Forward.xls; meeting minutes--20161214 En (Rishi Kukreja).doc |

Hello Tracy

I have reviewed your Minutes of the Meeting. Please be advised as follows :

a) The text in green are statements made by Benlida. Circuitronix has not been able to verify the same.

b) Feedback regarding the below :

Benlida comments: Since there are over 35000 sq. meter CTX boards in wip, we will not release 7600 sq. meter per week in Dec and Jan. To satisfy 7600 sq. meter output starting week of 03/13/2017, will release more orders from Feb 2017. Also order releasing amount should relate to payment amount. CTX should pay as agreement in this minute without delay. 7600 sq. meter per week shipment is Benlida's target, but this is affected by CTX to,. ex CTX QC output and CTX HKG warehousing space. CTX should notice this and find solution when needed.

Any increment beyond  the below will be applicable for the week when orders released into production per week **and** orders shipped to Circuitronix  per week exceed 7600 sq. meter.

5% for DS Boards
4% for Multilayer Boards

c)  Please provide data as required by the following clause  by 01/09 :

On the first Monday of every month Benlida will provide the latest, accurate and honest price they are able to receive for KB 1.5mm, 1oz./1oz. laminate. This will be the lowest possible price they are able to get. If Circuitronix is able to get lower prices Benlida will investigate why Circuitronix is able to get lower prices and ensure that they are able to receive the same from Kingboard.

1

d) Feedback on the following clause :

<span style="color:red">All orders will be released into production ASAP.
Benlida comments: Order releasing amount should relate to payment amount. CTX should pay as section 3. in the following without delay.</span>

This is wrong. There is no correlatioon between orders released and payment. Orders need to be released as per the sq. footage allowance agreed between the two companies.

e) Payment Discussion :

1. Circuitronix does not agree with the unit-price discrepancy in majority of the case.

2. Payment plan is as per our email agreement on 1st of December, 2016. Benlida/ROK must maintain their shipment commitment volumes ▪

[redacted]

f)  Regarding Circuitronix UL application I will ask Wenwu to provide a list of all companies which are using CTX UL logo today and going forward.

g)  The attached pricing up analysis is for only HASL/Lead Free HASL/OSP and Immersion Tin Boards. For Immersion Gold and Immersion silver we have to take latest cost of gold and silver into account based upon 2012 baseline.

Please let me know if you have any further questions or concerns.

Thank you

2

Regards/Rishi Kukreja

---

**From:** tracy@benlida.com [mailto:tracy@benlida.com]
**Sent:** Monday, December 26, 2016 8:36 PM
**To:** Rishi Kukreja
**Cc:** douglas
**Subject:** Re: Minutes of Meeting with Benlida on Wednesday 14th of December, 2016

Dear Rishi,

Please check meeting minutes as attachment.
Blue writing is more details we have discussion during meeting. (regarding OSP chemical, I put it as one job we also need to confirm.)
Red writing is the comments we have based on your minutes draft.
Let's us know your concern if you have.

RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

---

**From:** Rishi Kukreja
**Date:** 2016-12-19 23:58
**To:** tracy (tracy@benlida.com)
**CC:** douglas@benlida.com
**Subject:** Minutes of Meeting with Benlida on Wednesday 14th of December, 2016

a) Circuitronix accepts the following price increase for any PO which is released after 14th of November, 2016 which ships after 13th of March, 2017. The price increase accepted is the following :

1. 5% for DS Boards
2. 4% for Multilayer Boards

Furthermore Circuitronix agrees to a further 0.5% increase per 500 sq. meter increase in capacity beyond 5700 sq. meter capped to an increase of 2000 sq. meter per we week and capped to an increment of 2%. This means if Benlida starts releasing 7700 sq. meters per week ( excluding PQ26)  into production effective 19th of December the cost increase would be 7% for DS Boards and 6% for Mulitlayer Boards. There will be two criterions for measuring this :

i.  7700 sq. meters of orders excluding PQ26  have to be released into production every week starting 12/19/16.
ii. Minimum 7700 sq. meters excluding PQ26 has to be shipped every week starting week of 03/13/17.

b) The unit-price will not be changed on the PO. It will be made as one lumpsum payment at the beginning of the following month based upon the actual shipments of the prior month.

c)  The laminate baseline for price increase is RMB 215 for KB 1.5mm, 1oz./1oz. laminate.

d) The US$ to RMB conversion baseline for price increase will remain US$1 is US$6.27. There will be no price change for the following range :

US$1  is to RMB 6.76 and US$1 is to RMB 7.04.

e)   On the first Monday of every month Benlida will provide the latest, accurate and honest price they are able to receive for KB 1.5mm, 1oz./1oz. laminate. This will be the lowest possible price they are able to get. If Circuitronix is able to get lower prices Benlida will investigate why Circuitronix is able to get lower prices and ensure that they are able to receive the same from Kingboard.

f) The prices will be plugged into the attached cost increase calculator  and based upon the same a price increase or decrease would be determined which would be added to the price increase in Point A.

g) All orders will be released into production ASAP.

h) Benlida will accept ten sample orders per month for new projects and build at expedited basis not to exceed four weeks.

The above does not impact any other aspect of our current agreements including but not limited to Manufacturing Agreement and Secondary Agreement.

(M) : 305(331)8581

_____
CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is

intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.

_____