| | |
|---|---|
| **From:** | tracy@benlida.com |
| **Sent:** | Sunday, October 22, 2017 9:42 AM |
| **To:** | Rishi Kukreja |
| **Cc:** | douglas; Tracy benlida |
| **Subject:** | Meeting Minutes-- 20171020 |
| **Attachments:** | Meeting Minutes-- 20171020.doc |

Rishi,

Here is the meeting minutes for our meeting on 19/10/2017~20/10/2017 in Benlida.

Let me know if there is any discrepancy.

Thank you.

RGDS

---

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099