# Meeting Minutes

10/20/2017@Benlida

Attend: Rishi, Douglas, Mr.Liao & Tracy

1. Price increase

As per last agreement in Dec 2016, CTX agreed to increase price by 5% (double side) and 4% (multi-layer) from shipment since 13/03/2017, and further 0.5% increase per 500 sq. meter increase in capa beyond 5600 sq.meter. The objective of the above agreement on price increase is to promote Benlida release more orders and ship more parts. When both reviewed order releasing and shipment area from Mar 2017 to Sep 2017, orders that Benlida released in Jul and Aug is less than 5600 sq. meter per week (in average) which also cause Benlida only shipped 5149 sq. meter in average per week in Sep 2017. CTX paid over ▮▮▮▮▮▮▮ air freight during Jul and Sep 2017 and CTX need Benlida to understand what happened in past hurt both companies. Event though CTX paid one week late, it is also the fact that Benlida deliver some orders after 8~10 weeks order released into production.

After several discussions, both companies agreed percentage on price increase of Mar to Sep 2017 which showed in the spreadsheet "price increase in 201709" (Tracy sent email on 20/10/2017). Further more, both companies are clear that in further calculation of price increase percentage: a) Put order releasing and shipment area in weekly basic from Oct 2017 calculation, not average number per week in same month. B) 0.5% increase per 500 sq. meter increase in capa beyond 5600 sq. meter is still effective in multiple of 500sq. meters. C) Variable percentage caused by CCL, copper, tin and exchange rate should be effect same month of shipment. D) Benlida agreed that for further cost change on machine maintain and depreciation (which show in spreadsheet "PCB price up analysis"), Benlida will not put this effect on CTX orders cost analysis.

CTX confirmed that for price increase in Mar, Apr, May and Jun, CTX will confirm the shipment area and price increase number within 24/10/2017, at the same time CTX send debit notes list of 2017 to Benlida. CTX will deduct debit notes amount from total price increase amount of Mar to Jun, and wire balance amount on 25/10/2017.

For future price increase calculation, Benlida will send in monthly basic and CTX should confirm and feedback timely. All price increase amount should be paid in the term of AMS 60 days.

2. Capa, order release and payment

CTX paid 1 million on 10/20/2017, Benlida deduct current week shipment value from this payment. Once payment balance number can not cover shipment value, CTX will wire ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ to cover further shipment value. Benlida will keep sending shipment report in weekly basic no later than EOB every Monday.

By every Sat Benlida should send order releasing breakdown. Benlida confirm that from Nov 2017, order releasing area will be 7000 sq. meter per week in average. 7000 sq. meter shipment per week is the target Benlida set up for CTX orders from Nov 2017. Prepayment of any sum of money is based upon Benlida committing to releasing a minimum order qty of 7000 sq. meters per week and shipping 7000 sq. meters of orders per week.

3. Lead time and lead time penalty clause

CTX agreed to wave lead time penalty ( but not airfreight and line down costs) for the shipment made from Mar to Oct 2017. From Nov 2017, lead time penalty clause will be effective when Benlida fail to ship 100% of order quantity within 7 weeks (date one is from order released by Benlida) for double side & 4 layer, and 8 weeks for 6 layers and above. If 80% of orders are to be shipped 100% within standard lead time (4 weeks for double side & 4 layers, 5 weeks for 6 layers and above), CTX will keep using above lead time exceeding term. If not, lead time exceeding term will cut down to 6 weeks and 7 weeks from Mar 2018. ( This is not correct. The standard leadtime for DS and 4L boards is 4 weeks and 6 layers and is 5 weeks. Benlida must maintain this leadtime and in the event they do not there will be liable for airfreight, line down and other costs. To show that Circuitronix does not want to use Leadtime Penalty as Profit Center Circuitronix has agreed to the text in red. The leadtime penalty does not change during Chinese New Year. Additionally the leadtime penalty should revert to 4 weeks for DS and 4L boards and 5 weeks for greater than 6 layers if Benlida fails to release minimm 7000 sq. meters per week and ship minimum7000 sq. meters per week.

4. Invoice discrepancy and monthly statement confirmation
To resolve invoice discrepancy which happened after Feb 2015 due to price discrepancy, CTX need Benlida to create spreadsheet and list: invoice date, number, P/N, CTX PO price, agreed price (which agreed in the last several months after two companies discussed) and price agreed date. Benlida will give out plan by when this will be sent to CTX, then CTX will confirm timeline to resolve.
To make both accounting a clear book, Benlida need CTX confirm the monthly statement which Benlida send regularly in monthly basic within 5 working days. Rishi will check with CTX accounting and confirm that how many working days CTX need to do this job, then let Tracy know.

5. Future business outlook
Benlida still treat CTX as the most important partner, so that Benlida suggest that both high management should have face to face meeting every 3~4 months, all issues should put out and discuss without delay and to avoid any misunderstanding.

6. Circuitronix has been making truck shipments several times every week because of delays in production. Circuitronix would like to debit 1.5% the value of the shipment for every truck shipment which is equal to the cost Benlida would pay if they used their regular shipping mode of ocean.