## Meeting Minutes

10/20/2017@Benlida
Attend: Rishi, Douglas, Mr.Liao & Tracy

1.  Price increase

As per last agreement in Dec 2016, CTX agreed to increase price by 5% (double side) and 4% (multi-layer) from shipment since 13/03/2017, and further 0.5% increase per 500 sq. meter increase in capa beyond 5600 sq.meter. The objective of the above agreement on price increase is to promote Benlida release more orders and ship more parts. When both reviewed order releasing and shipment area from Mar 2017 to Sep 2017, orders that Benlida released in Jul and Aug is less than 5600 sq. meter per week (in average) which also cause Benlida only shipped 5149 sq. meter in average per week in Sep 2017. CTX paid ███████████ air freight during Jul and Sep 2017 and CTX need Benlida to understand what happened in past hurt both companies. Event though CTX paid one week late, it is also the fact that Benlida deliver some orders after 8~10 weeks order released into production.

After several discussions, both companies agreed percentage on price increase of Mar to Sep 2017 which showed in the spreadsheet "price increase in 201709" (Tracy sent email on 20/10/2017). Further more, both companies are clear that in further calculation of price increase percentage: a) Put order releasing and shipment area in weekly basic from Oct 2017 calculation, not average number per week in same month. B) 0.5% increase per 500 sq. meter increase in capa beyond 5600 sq. meter is still effective in multiple of 500sq. meters. C) Variable percentage caused by CCL, copper, tin and exchange rate should be effect same month of shipment. D) Benlida agreed that for further cost change on machine maintain and depreciation (which show in spreadsheet "PCB price up analysis"), Benlida will not put this effect on CTX orders cost analysis.

CTX confirmed that for price increase in Mar, Apr, May and Jun, CTX will confirm the shipment area and price increase number within 24/10/2017, at the same time CTX send debit notes list of 2017 to Benlida. CTX will deduct debit notes amount from total price increase amount of Mar to Jun, and wire balance amount on 25/10/2017.

For future price increase calculation, Benlida will send in monthly basic and CTX should confirm and feedback timely. All price increase amount should be paid in the term of AMS 60 days.

2.  Capa, order release and payment

CTX paid 1 million on 10/20/2017, Benlida deduct current week shipment value from this payment. Once payment balance number can not cover shipment value, CTX will wire ████████ ███████████ to cover further shipment value. Benlida will keep sending shipment report in weekly basic no later than EOB every Monday.

By every Sat Benlida should send order releasing breakdown. Benlida confirm that from Nov 2017, order releasing area will be 7000 sq. meter per week in average. 7000 sq. meter shipment per week is the target Benlida set up for CTX orders from Nov 2017. Prepayment of any sum of money is –based upon Benlida committing to releasing a minimum order qty of 7000 sq. meters per week and shipping 7000 sq. meters of orders per week.

Benlida agree above, but CTX should do payment regularly every two weeks. For the week CTX makes payment, Benlida should receive by Friday. If payment does not reach by next Wed, it call

"payment delay". When the week payment delay, CTX should wave same week lead time penalty. If payment delay more than 7days, Benlida will inform CTX by formal email that order releasing will be suspended.

> **Formatted:** Font color: Custom Color(RGB(31,73,125))

3.  Lead time and lead time penalty clause

CTX agreed to wave lead time penalty  ( but not airfreight  and line down costs) for the shipment made from Mar to Oct 2017. From Nov 2017, lead time penalty clause will be effective

> **Formatted:** Font color: Red

when Benlida fail to ship 100% of order quantity within 7 weeks (date one is from order released by Benlida) for double side & 4 layer, and 8 weeks for 6 layers and above. If 80% of orders are to be shipped 100% within standard lead time (4 weeks for double side & 4 layers, 5 weeks for 6 layers and above), CTX will keep using above lead time exceeding term. If not, lead time exceeding term will cut down to 6 weeks and 7 weeks from Mar 2018. ( This is not correct.   The standard leadtime for DS and 4L boards is 4 weeks and 6 layers and   is 5 weeks. Benlida must maintain this leadtime and in the event they do not there will be liable for airfreight, line down and other costs. To show that Circuitronix does not want to use Leadtime Penalty as Profit Center Circuitronix has agreed to the text in red.   The leadtime penalty does not change during Chinese New Year.   Additionally the leadtime penalty should revert to   4 weeks for   DS and 4L boards and   5 weeks for greater than   6 layers if Benlida fails to release   minimm 7000 sq. meters per week and ship   minimum7000 sq. meters per week.

1) Benlida request two months (Nov and Dec) for the performance observation. During these two months, Benlida can not agree to take 100% liability on airfreight or line down cost when boards ship beyond standard lead time. CTX can put out and discuss case by case in the event airfreight and line down cost happen. When more orders deliver within standard lead time, airfreight cost of CTX should be brought down..

> **Formatted:** Numbered + Level: 1 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at:  0" + Indent at:  0.25"

2) During Chinese New Year holidays, around 12 days output will be zero which will impact both Benlida and CTX. Benlida agree to increase 10% capa (7700 ㎡ per week) in Jan and Mar 2018 to bring down impact cause by CNY holidays. By doing this, Benlida request CTX give one week delivery buffer for the orders which are impacted by CNY holidays, use 5+3 weeks and 6+3 weeks as lead time exceeding penalty term.

3) Benlida agree that if Benlida fails to release min 7000sq. meters per week and ship min 7000 sq. meters per week, leadtime penalty should revert to 4 weeks for DS and 4L boards and 5 weeks for greater then 6 layers. (As Benlida's understanding, this term will effect when Benlida fails both at the same month.)

> **Formatted:** Font color: Custom Color(RGB(31,73,125))

4.  Invoice discrepancy and monthly statement confirmation

To resolve invoice discrepancy which happened after Feb 2015 due to price discrepancy, CTX need Benlida to create spreadsheet and list: invoice date, number, P/N, CTX PO price, agreed price (which agreed in the last several months after two companies discussed) and price agreed date. Benlida will give out plan by when this will be sent to CTX, then CTX will confirm timeline to resolve.

To make both accounting a clear book, Benlida need CTX confirm the monthly statement which Benlida send regularly in monthly basic within 5 working days. Rishi will check with CTX accounting and confirm that how many working days CTX need to do this job, then let Tracy know.

5. Future business outlook

Benlida still treat CTX as the most important partner, so that Benlida suggest that both high management should have face to face meeting every 3~4 months, all issues should put out and discuss without delay and to avoid any misunderstanding.

6. Circuitronix has been making truck shipments several times every week because of delays in production. Circuitronix would like to debit 1.5% the value of the shipment for every truck shipment which is equal to the cost Benlida would pay if they used their regular shipping mode of ocean.

Benlida does not agree. Benlida reviewed shipment cost amount in the last three months. Comparing the days before CTX arrange truck shipment, Benlida's shipment cost bring down around 30% on CTX orders. When Benlida ship min 7000 sq. meters per week as commitment, and CTX arrange truck shipment as CTX need, Benlida should not take full cost. Benlida agree to review CTX truck shipment cost and see how to share the cost in the future.

Formatted: Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0" + Tab after: 0.25" + Indent at: 0.25"

Formatted: Indent: Left: 0.25"

Formatted: Font color: Custom Color(RGB(31,73,125))