**From:**          tracy@benlida.com
**Sent:**          Tuesday, November 7, 2017 5:02 AM
**To:**            Rishi Kukreja
**Cc:**            douglas
**Subject:**       Re: RE: Meeting Minutes-- 20171020
**Attachments:**   Meeting Minutes-- 20171020 (update on 20171107).doc


Rishi,

Here is our comments on your feedback. (Blue writing in the meeting minutes)
We can also discuss FTF when you come later this week.
Thank you.

RGDS
_____

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

> **From:** Rishi Kukreja
> **Date:** 2017-11-02 20:07
> **To:** Tracy benlida
> **CC:** douglas; Tracy benlida
> **Subject:** RE: Meeting Minutes-- 20171020
> Hello Tracy


Please provide your confirmation on this immediately.  There is one thing should be added :


The Manufacturing Agreement and the Secondary Agreement are impacted only as per the points in these
Minutes. All other Terms and Conditions  of the Manufacturing Agreement and Secondary Agreement are in full
effect. Anything related to payment terms and leadtime penalty in the attached discussions  are short term
amendments until we are able to resolve all open issues related to past pricing discrepancy.



Thank you.



Regards/Rishi Kukreja

From: Rishi Kukreja
Sent: Tuesday, October 31, 2017 10:10 PM
To: Tracy benlida
Cc: douglas; Tracy benlida
Subject: RE: Meeting Minutes-- 20171020


From: tracy@benlida.com<mailto:tracy@benlida.com> [mailto:tracy@benlida.com]
Sent: Sunday, October 22, 2017 9:42 AM
To: Rishi Kukreja

Cc: douglas; Tracy benlida
Subject: Meeting Minutes-- 20171020

Rishi,

Here is the meeting minutes for our meeting on 19/10/2017~20/10/2017 in Benlida.

Let me know if there is any discrepancy.

Thank you.

RGDS

_____
Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

_____
CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.

_____