

# 江门市奔力达电路有限公司
## JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD

地址：广东省江门市高新区龙溪路 76 号　　电话：0750-3962003　　传真：0750-3962007

## SUB: 奔力达与 CCT 会议记录

会议时间：2018 年 2 月 7 日晚上

Meeting time: 7th of Feb

会议地点：黄董办公室

Meeting place: Mr. Huang's office

参会人员：黄董、廖总、黄总监、AK

Attend: Mr. Huang, Mr. Liao, Tracy and AK

会议主题：双方工作进展沟通

Subject: current business update

**Tracy**：解释 ROK 应收款情况和有关税务事宜。详细如下：

Tracy: Explain ROK's receivable payment and tax issue as the following:

1、根据税局相关文件规定出口货物已申报办理出口退（免）税，但未按规定时间办理外汇核销的货物，视同内销处理文件规定。2017 年的出口货物必须在 2018 年 4 月 1 日前收回货款。如果 4 月 1 日未收回货款则视同内销处理，补交增值税。

According to tax refunded rules, for the exporting products which do not get Foreign Exchange Offset within limited time, these transactions will be treated as domestic sales. For the exporting products which are exported in 2017, all payment should be received within 1st of Apr 2018, otherwise the exported product will be treated as domestic sales and the company should pay related VAT.

2、CCT 截止 2017 年 12 月 31 日账面应收账款余额█████美元，其中香港█████美元，已减 2017 年已确认质量扣█████美元。美国 CCT：410 万美元，（已减 2016 年~2017 年已确认质量扣款 31 万美元，2015 年前已确认质量扣█████万美元），未减 113 万美元折让。2018 年 1 月 1 日~2 月 7 日，凯禹收 CCT █████万美元，扣减后应收款余额为███万美元。

Up to 31st of Dec 2017, as per ROK's booking receivable amount on  CTX US account USD4.1 million (already deduct confirmed debit notes USD310K which happened during 2016 and 2017, and USD250K debit notes which happened before 2015, did not deduct discount amount 1.13 million USD which happened in 2012 and 2013.)

████████████████████████████████████████
████████.
████████████████████████████████████████
████████████████████
████████████████████████████████████████
████████████████████████████████████████
████

4、如 CCT 不认同我司账面余额（不考虑未确认质量扣款），我 ████ 万美元视同国内销售，补交 17%增值税 ████████████ 万增值税，同时还要交相应企业所得税。

If CTX does not agree ROK's booking amount (excluding quality debits which have not been confirmed), ████ ████████ exported will be treated as domestic sales and need to pay 17% VAT which amount is around ████ ████, and at the same time ROK need to pay corporate income tax.

5、因未与 CCT 对账，不知道 2014 年前有没存在差额（2013 年出 ████ 万美元，2014 ████ 万美元），另 2017 年未确认质量扣 ████████ 美元。

Since invoices reconciliation have not finished, we don't know whether any discrepancy happened before 2014 ████████████████████████████████████████ ████████████████████

基于以上情况，奔力达需要 CTX 在 4 月 1 日前配合汇款到凯禹。

Based on above, Benlida need CTX send wires to ROK before 1st of Apr 2018 to settle payment.

**AK**：了解以上，但本人并非财务部门，对账面余额和应收货款的情况并不清楚，因此会把奔力达的情况如实转达 Rishi。

AK: I got this, but I am not the accounting guy, and do not know the details about booking number and receivable and payable amount, so the only thing I can do is pass all this information to Rishi.

**黄董**：2018 年 3 月 31 日前，除了正常出货货款汇凯禹外，CTX 还需汇出发票差异款（2015-2016 年）47 万美元，加价货 ████ ████████ ████ 出货的奔力达+凯禹加价金额），这样凯禹才能在税局系统平帐。由于 CTX 多次延误确认加价货款、对账工作也进展缓慢，已经影响了奔力达的现金流，对奔力达正常生产造成影响。因此，奔力达要求 CTX 预付 150 万美元到凯禹，待加价和对账确认清楚后，如 CTX 应付凯禹少于 150 万美元，可在正常出货货款中冲减。奔力达提出预付的要求是合理的：1. CTX 应正视自己接单能力强，但内部管理能力严重滞后，两者并形成鲜明反差的事实。2. 每月的对账是最基本的工作，CTX 是否存在资金不足的隐患，并以没对好帐为理由，进而拖延付款给奔力达和凯禹公司。3. 从几个月对帐的情况来看，CTX 欠付款是十分明确的、不争的事实，预付款是朝解决欠款问题的重要一步，也是 CTX 履行 2017 ██月会议上的承诺。美国是最诚信的国家，同样我们相信 CTX 也将诚信视为企业的生命██力达、凯禹一些产品逾期交货，其原因也包括 CTX 不按规定付款，造成生产企业流动资金不足原材料供应不上，但 CTX 仍提出扣减生产企业的巨额款项，同理地 CTX 拖欠应付货款时间如此之长、数额如此之大，也应该对

等的被承担处罚的责任，并且只有在公平对等的原则下，双方的合作才能更具约束力。5. 对帐最后限期已被 CTX 一再推迟，目前已经完成大部分对帐结果也表明奔力达、凯禹公司的帐目是正确的，因此应该在 2018 年 3 月 1 日为对帐结束时间，已经完成对帐的按双方确认结果，未完成的以奔力达、凯禹帐为准。

Mr. Huang: Before 31st of Mar 2018, CTX should send out wires to cover invoice discrepancy amount ▇▇▇▇▇ (related invoices in year 2015 and 2016) and price increasing amount ▇▇▇▇▇ (related to shipment made from Benlida and ROK during Mar 2018 to Nov 2018.). By doing so, ROK can make numbers balance in tax department record. Since CTX delay confirmation on price increasing by several times, and invoice reconciliation works are also in slow progress, all these together influence our cash flow and normal production. Benlida now request CTX should pay USD1500K as advanced payment, once after finishing invoices reconciliation and price increasing confirmation, if CTX payable amount is less then USD1500K, CTX can deduct related amount from usual shipment's payment. The reason why Benlida request this is based on: 1). It is the fact that CTX has been done a good job on orders expanding, but CTX did not do good job on internal management. 2). Monthly statement reconciliation is very basic job for both accounting, when CTX delay again and again to give out final result, is there any problem happen on CTX's cash flow and CTX delay payment by delaying reconciliation job. 3). From the result came out from monthly statement reconciliation, CTX did owned Benlida and ROK's payment. Wire out advanced payment is the proper way to resolve pending payment and fulfill CTX's commitment which made in Oct 2017 meeting. US is the country who treat integrity as the most importance, and we also think CTX would treat integrity as the life of one company. 4). Benlida and ROK had delay shipment case happened before, these were also related to delay payment from CTX which influence factory's normal running. Benlida and ROK already took the responsibility and related penalty. In the same way, when CTX delay such huge amount payment, CTX should also be punished. This is fair to both and will restrict both during cooperation. 5) Final date to finish monthly statement reconciliation has been delayed by CTX again and again, from the result which came out already, most of the Benlida and ROK's numbers is correct. Based on this, if CTX could not finish monthly statement reconciliation by 1st of Mar 2018, for the pending months should use Benlida's and ROK's record as the correct ones.

**AK：** 奔力达所担心的 CTX 资金不足的隐患并不存在，如果奔力达需要 CTX 出具银行的资金证明，CTX 可以马上提供。虽然 CTX 在墨西哥投资了两家工厂，但至今为止这两家工作运作良好，并未对 CTX 资金流造成不良影响。预付 150 万美元并非小金额，会转达 Rishi。对账延误的扣罚问题并非本人能对应，也需要 Rishi 决定。另外，按本人了解，Rishi 并不认为 CTX 欠付奔力达/凯禹如此高金额货款。

AK: You are worrying that the risk of insufficient funds in CTX doesn't exist. If BLD require CTX provide financial certification which issued by bank, CTX will provide it immediately. CTX has invested two factories in Mexico, the efficiency of sales and operations in these two factories go smoothly so far and have not had a negative impact on CTX cash flows. Prepayment of U$1.5 million is not a small amount, and I will report this issue to Rishi. I can't solve the problem of the deduction due to monthly statement reconciliation delay, but I will pass this information to Rishi.

Moreover, according to my understanding, Rishi doesn't think that CTX owes for payment of so much amount to BLD & ROK.

**Tracy**：正是因为财务对账 CTX 至今未能配合完成，导致双方高层都不清楚正确的应收/应付金额。因此对账工作务必尽快完成，需要 CTX 明白此重要性。

Tracy: CTX hasn't completed monthly statement reconciliation in time, leading to the top leader of both side don't know well the correct receivables and payable amounts. Therefore, statement reconciliation must be completed ASAP, and CTX has to understand the importance of this issue.

**AK：** 完全明白奔力达诉求，会转达并让 Rishi 也清楚理解。

AK: I have fully understand the worry from BLD, and I will pass all above information to Rishi.