| | |
|---|---|
| **From:** | tracy@benlida.com |
| **Sent:** | Friday, February 23, 2018 5:47 AM |
| **To:** | Rishi Kukreja; Akshay Koul |
| **Subject:** | meeting minutes 20180207 |
| **Attachments:** | CCT会议记录 -2018-2-7 En.doc |

Rishi,

Here is the meeting minutes which we have Akshay to discuss on 7th of Feb 2018.

RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

1