# Meeting recap

Date:  2018-03-17
Attend:  Mr. Rishi, Mr. Akshay, Mr. Huang, Mr. Liao, Douglas, Tracy

1. Mr. Huang: Regarding the accounting books reconciliation, Benlida sent Douglas and Tracy to Miami two times to discuss details and did show our good faith on resolving issues. Now to review what already found, both sides can see the fact and we want to know what comments CTX is having now.
   黄董表示关于双方对账问题，我方已两次抵达迈阿密进行交涉，已表达出足够的诚意，希望可以尽快解决该问题。目前双方其实已经对历史遗留问题比较清晰，希望 Rishi 对目前的情况发表一下看法。

2. Rishi: Invoice discrepancy issue were put out in 2016, but only starting 2017 both of us worked on the solution, so this problem is only exist one year not several years.
   Rishi 认为，虽然双方对账上的差异和其他问题在 2016 年已经提出，但是在 2017 年才开始寻求解决方法，所以其认为该问题只是一年的问题，并不是多年遗留问题。

3. Rishi: For the payment amount ▉▉▉ ▉▉▉ found during Miami meeting, ▉▉▉▉▉▉ is the usual payment need to be paid in Mar, ▉▉ is invoice discrepancy which related to shipment in 2015 and 2016, then balance is ▉▉▉▉▉. This ▉▉▉ ▉▉▉ plus another ▉▉▉ ▉▉ price increasing amount, total around ▉▉▉▉▉ which Benlida think CTX owned to Benlida. CTX think this amount will be deducted by around ▉▉▉ ▉▉ pending debit notes (most of them are airfreight debits) plus huge amount of leadtime exceeding penalty.
   Rishi 针对▉▉ 万款项的意见为：▉▉ 万中已支付▉▉ 万。另外，▉▉ 万中有▉▉ 万是正常该支付货款，▉▉ 万为发票差异，剩余▉▉ 万。该▉▉ 万加上▉▉ 价部分，共计▉▉ 万。而对于该▉▉ 万的欠款，Rishi 认为是可与其他费用冲减的。其他费用包括▉▉ 万的 pending debit notes（包括质量扣款和空运费扣款），另外还有大额的甩期罚款（未详细计算，2017 年▉月发生的计算为▉ 万），因此，Rishi 认为▉▉ 万刚好可以对冲上述费用。

4. Mr. Huang: Regarding the debits CTX mentioned above, please provide details evidence, then Benlida will investigate and verify. If the above evidence is not provided, Benlida will assign CPA and attorney in Miami to work on it.
   黄董表示关于上述费用，需要 CTX 提供更详细的证据，我方再根据证据厘定我方责任。如果该证据无法在近期提供，我方会在迈阿密当地聘请注册会计师和律师对该问题进行现场核查。

5. Rishi: CTX will provide all details and related evidence on airfreight debits within next week (03/23/2018). For the leadtime exceeding penalty, CTX will provide one or two months calculation samples only. CTX think it does not make sense to deduct Benlida on such huge amount penalty.
   Rishi 将在下周（2018 年 3 月 23 日前）提供所有关于空运扣费的信息。但对于甩期扣罚费用，Rishi 认为其可以提供数据样本，但 Rishi 并不要求我方根据该计算支付费用，原因是如果计算甩期费用，该部分金额将会是很大的一笔费用，要求我方支付并不现实。

6. Mr. Huang: CTX should list all related details, based on the contract we had agreement we had before, Benlida will confirm the reliability amount. Here Benlida confirm again that 31,000 sq meters output per month is still valid on CTX orders in the coming months.

   黄董表示，应该将所有证据罗列出来，我方再根据合同和后期双方的协议进行计算，才确定奔力达承担金额。奔力达再次承诺给 CTX 的订单产出配额是 3.1 万㎡/月

7. Rishi: What CTX agreed in last week Miami meeting, CTX will 100% carry out.

   Rishi 重申，会严格履行上周在迈阿密会议中约定好的事项。

8. Mr. Huang: As per agreed during Miami meeting, monthly statement reconciliation should be done within end of Mar 2018, CTX should not delay any more. We again suggest CTX put one accounting in Benlida factory to work on future reconciliation work and make sure this work will be done every month without delay. Benlida Request, starting from Apr 2018, price increasing amount and OSP chemical payment should be paid in monthly basic with AMS 60 days term. (Ex CTX should pay Jan shipment price increasing amount and Jan OSP chemical payment by Apr 10th 2018.)

   黄董表示，按迈阿密会议中约定，对账工作必须在 2018 年 3 月 31 日前完成，此时间不能再后延。再次建议 CTX 考虑在奔力达加设一位财务驻厂，每月及时协调处理对账工作。另从 2018 年 4 月起，奔力达要求加价部分金额、OSP 药水货款与货款同时进行结算，执行 AMS60 天的付款规定。（即 2018 年 4 月 10 日前需支付 2018 年 1 月出货金额应计算的加价金额和 2018 年 1 月所发生的 OSP 药水货款。）

9. Rishi: Agreed, CTX will deduct debit notes amount including quality debits, airfreight debits and leadtime penalty debits which happen also in same months then pay balance. (Ex CTX will deduct debit notes amount which happen in Jan when CTX pay Jan shipment price increasing amount in Apr.)

   Rishi 表示同意，同时表示该款项会扣除同期发出的质量扣款，甩期罚款，空运费等费用（如有）后付款。（即 2018 年 4 月支付该加价款前扣减 2018 年 1 月 CTX 所发出的扣款单金额。）

10. CTX paid ███████ in the meeting and showed bank slip. CTX always see the effort Benlida team working on the output, but 7000 sq meter per week is still the biggest concern.

    Rishi 于会议期间展示了其答应的汇款 ██ 万的汇款单据，并表示 Rishi 最看重的是奔力达每周 7000 平方米的产量，亦清楚了解我方为达到该产量所作出的努力。