| | |
|---|---|
| **From:** | Rishi Kukreja |
| **To:** | Tracy benlida |
| **Cc:** | Akshay Koul |
| **Subject:** | RE: price increasing up to Jan and Feb 2018 |
| **Date:** | Thursday, April 5, 2018 6:15:40 PM |
| **Attachments:** | 2018.3.17 meeting recap.docx |

Please see clause 9 of the Minutes of Meeting of 17th of March, 2018 :

1.      Rishi: Agreed, CTX will deduct debit notes amount including quality debits, airfreight debits and leadtime penalty debits which happen also in same months then pay balance. (Ex CTX will deduct debit notes amount which happen in Jan when CTX pay Jan shipment price increasing amount in Apr.)

From: tracy@benlida.com [mailto:tracy@benlida.com]
Sent: Wednesday, April 04, 2018 5:58 AM
To: Rishi Kukreja
Cc: Akshay Koul
Subject: price increasing up to Jan and Feb 2018

Rishi,

At the end of Feb before we went to Miami, I already sent the price increasing amount up to Jan 2018. The amount also showed in the meeting agenda list.

Item

Benlida's request

Atteachment

1

Price increasing confirmation

Price increasing amount related to shipment made from Benlida and ROK during Mar 2017 to Nov 2017 is ▉▉▉▉▉▉. Price increasing amount related to shipment made from Benlida and ROK in Dec 2017 is ▉▉▉▉▉▉, and related to shipment made in Jan 2018 is ▉▉▉▉▉▉
Up to Mar 2018, due amount is ▉▉▉▉▉▉ which is related to shipment made during Mar 2017 to Dec 2017. This amount must be confirmed and paid within Feb 28th 2018.

emails sent from Benlida in monthly basic with price increasing details and breakdown

Here I forward the email again.

As per your team feedback, reconciliation on Jan 2018 shipment invoices was also done. So the price increasing amount of Jan 2018 should be also confirm after they review on it.

Here I also forward the spreadsheet up to Feb 2018. They can directly use this one.

If they have any concern about the it, please let me know. Thank you.

RGDS

_____
Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

_____
CONFIDENTIALITY NOTE: The information contained in this email is legally privileged and confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or copy of this email is strictly prohibited. If you have received this email in error, please notify Circuitronix, LLC

This email has been scanned by the Symantec Email Security.cloud service.
_____