| | |
|---|---|
| **From:** | tracy@benlida.com |
| **Sent:** | Wednesday, March 21, 2018 7:25 AM |
| **To:** | Rishi Kukreja |
| **Cc:** | douglas; Akshay Koul |
| **Subject:** | 2018.3.17 meeting recap |
| **Attachments:** | 2018.3.17 meeting recap.docx |

Rishi,

Here is the meeting recap on Mar 17th we had in Benlida. Please keep it as both record.

BTW, kindly remind please send us airfreight details and evidence as you commited. Otherwise this will be delay and pending again.

Thank you.

RGDS

---

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099