**From:** Tracy benlida
**Sent:** Monday, July 29, 2019 9:44 PM
**To:** Rishi Kukreja
**Cc:** douglas
**Subject:** Re: Thank you

Rishi,

We are also glad to hear from you about the following update.

To begin with, Benlida is currently experiencing its most severe cash flow problem, not being able to procure raw material or making regular payroll. It is mainly because Circuitronix unilaterally reduced the payment to Benlida without any substantiation and repeatedly ignore Benlida's request on concluding our account reconciliation during the past years. Even after weekly communicating with your accounting team for the last three years and even hiring a local CPA firm for the purpose of better communication, we still have not gotten any reasonable documentation support, we still cannot get the whole reconciliation result from the beginning of our cooperation.

As such please be advised as follow:

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████ Without
this cash flow support we are not sure whether we can keep PCB supplying on automotive P/Ns which you suggest to list out. ████████████████████████████

In summary:

1)We still want to solve the problem by arbitration, but we need ████████████ to solve cash flow problem since our several banking accounts were frozen by our suppliers and some suppliers demand us to complete due payment to get CCLs. With these money, we can meet all your requests on your last email appropriately.

2)The arbitration time we mentioned in our last arbitration agreement is based on the consultation with several lawyers. We believe it is reasonable. We definitely will use our best effort to expedite the process. Please note, it is not our best interest to prolong the process either.

3)We also definitely hope to do business with Circuitronix continuously, but we need to communicate more on the details of our cooperation after we solve the historical problems.

RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

**From:** Rishi Kukreja
**Date:** 2019-07-29 09:14
**To:** 'douglas@benlida.com'

1

**CC:** Tracy benlida
**Subject:** Thank you

Douglas

Thank you for speaking with me earlier today. As per our conversation I feel that thing between Benlida and Circuitronix has worsened and I am concerned things may reach a point of " no return". Please be advised of some of the things we discussed :

a) █████████████████████████████████████████████████

████████████████████████████████████████████████████
████████████████████████████.

b) I will be sending soft copies of our reconciliation by tomorrow and this will be followed up with hardcopies.

c)  Benlida must stop any negative actions whether it is initiating the same or not about rumors about Circuitronix.   We need to be able to manage these issues in a positive manner.

d)  I will be responding back to our comments on the arbitration agreement in the next 48 hours.

Until we can resolve this situation I am requesting the following from Benlida :

i) Alllow customer audits for atleast the next 4 weeks.  We do not want to cause any permanent damage by pushing out audits again and again.

ii) Build a handful of P/Ns ( less than ten) which we cannot move since they are PPAPed . We can consider paying for these P/Ns while placing the orders.

iii) Advise your team to not speak negatively about Circuitronix to suppliers and other manufacturers.

As you can see I am not asking for too much. If you have a similar list please send to me for my consideration too.

Thank you.


Regards/Rishi Kukreja