| | |
|---|---|
| **From:** | Rishi Kukreja <RishiK@circuitronix.com> |
| **Sent:** | Monday, August 5, 2019 2:46 PM |
| **To:** | Tracy benlida |
| **Cc:** | Akshay Koul; douglas; kun吴宇焜 |
| **Subject:** | RE: Urgent P/Ns |
| **Attachments:** | Benlida Urgent Order Week 080519.xlsx |

Tracy

Please find attached final sheet for this week. Please do the following :

a) Release Proforma Invoice for these orders showing prepayments.

b) Please confirm our understanding :

1. Once prepayment is received laminate will take 10 days to be received.

2. Shipments will start in two weeks after laminate receipts and will be completed 6 weeks from the date laminate is received.

3. There will be no payments expected for shipments against these orders.

4. Once prepayment is received Benlida cannot default on shipments as per the above guidelines for no reason.

5. The above orders are governed by the Manufacturer's Agreement and the Secondary Agreement with the exception of payment terms which is just a temporary solution.

Thank you.

Regards/Rishi Kukreja

---

**From:** tracy@benlida.com [mailto:tracy@benlida.com]
**Sent:** Monday, August 05, 2019 6:50 AM
**To:** Rishi Kukreja
**Cc:** Akshay Koul; douglas; kun 吴宇焜
**Subject:** 回复: Urgent P/Ns

Rishi,

According to your urgent P/Ns list, the total amount of the orders is ███████████████

1

Please effect the prepayment of the total amount, we will release the orders once we receive the payment.

Thank you.

RGDS

Jiangmen Benlida Printed Circuit Group
Tracy Huang
86-750-3962099

| | |
|---|---|
| 发件人： | Rishi Kukreja |
| 发送时间： | 2019-08-05 06:52 |
| 收件人： | 吴宇焜 (kunnywoo@126.com) |
| 抄送： | Tracy benlida; Akshay Koul; 'douglas@benlida.com' |
| 主题： | Urgent P/Ns |

Kun


As per our discussions this is the first list of P/Ns we need Benlida to release.  I will give you an urgent list every week.


Please advise total dollars for prepayment.


Thank you.


Regards/Rishi Kukreja

2