## COPY AUTHORIZATION FORM

| Return to: | UL LLC<br>2600 N.W. Lake Road, Camas, WA  98607-9526 | Email:<br>Fax: | phoebe.lin@hk.ul.com<br>852-22769739 |
|---|---|---|---|
| Date: | | Service Request #: | NA |

### COPY AUTHORIZATION FORM

Jiangmen Benlida Pcb Factory    Authorizes UL to copy UL Document(s) into a

_(Releasing Applicant)_

UL File for:   Circuitronix LLC

_(Receiving Applicant)_

The following UL Documents(s) are authorized for copy:

| File<br>(Note the File Numbers) | Volume<br>(Note Specific Volumes or indicate "All Active and/or Withdrawn Volumes") | Section<br>(Note Specific Sections or indicate "All Active and/or Withdrawn Sections") | Products<br>(Note Specific Products or indicate "All Currently Certified and/or Withdrawn products") | Documents Authorized for Copy<br>(Check all that apply) |
|---|---|---|---|---|
| E203640 | All active | All active | All Currently Certified | ☑ Test Report<br>☑ Follow Up Services Procedure<br>☑ Test Data |

_(Signature of Authorized Official)*_

Ran Changxiao
_(Name – Please Print or Type)_

QA Supervisor
_(Title of Authorized Official – Please Print or Type)_

| 0750-3962055 | cs_benlida@163.com | 0750-3962007 |
|---|---|---|
| (Phone Number) | (Email Address – Please Print or Type) | Fax Number |

*The signatory represents and warrants that he/she is authorized to execute this document on behalf of the Releasing Applicant.