# SANDRA RODRIGUEZ

| | |
|---|---|
| **From:** | tracy <tracy@benlida.com> |
| **Sent:** | Sunday, June 15, 2014 11:32 PM |
| **To:** | Sunny Kapoor |
| **Cc:** | douglas |
| **Subject:** | Enteck OSP payment on Mar to May |
| **Attachments:** | IV for OSP.xls; Benlida Payment Details April 8, 2014 (Enteck OSP invoices).xls |

Sunny,

Here is the invoice for OSP payment:

Mar 2014, USD10,542.00
APR 2014, USD9747.00
MAY 2014, USD13,228.00

VAT those we got from Enteck will send to you by another email.

Please make sure that wire send to SITU JIAN in NANYANG COMMERCIAL BANK,LTD. HONGKONG, don't send to our company account.

Also, for the payment CTX US made in April for OSP201401 and OSP201402 (see attachment), please send them again to SITU JIAN in NANYANG COMMERCIAL BANK,LTD. HONGKONG, then deduct same amount from our usual PCB invoice. We must seperate OSP money and PCB money. We will be confused if CTX send to same account. All payment on OSP must wire to SITU JIAN.

RGDS

2014-06-16
———————

Tracy Huang
Jiangmen Benlida Printed Circuit Board Cooperation
Tel: 750-3962099
Fax: 750-3962007