| Summary of Premiums Paid by CTX ||||
|---|---|---|---|
| Year | 10% Premium | 3% Premium | Total Premium |
| 2020 | $143,207.63 | - | **$143,207.63** |
| 2021 | $138,105.69 | $36,226.16 | **$174,331.85** |
| **Total** | **$281,313.32** | **$36,226.16** | **$317,539.48** |

Source:  Benlida Proforma Cost and Inventory Management.xls (CTX_01533295).
*Note that, for year 2021, the table only includes amounts paid up to October 15, 2021.