<div align="center">

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

</div>

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

    Counter-Defendant,

v.

CIRCUITRONIX, LLC,

    Counter-Plaintiff.

_____/

<div align="center">

**NOTICE OF FILING LIST OF EXHIBITS IN EXCEL FORMAT**
**ADMITTED AT TRIAL**

</div>

    Please take notice that pursuant to Local Rule 5.3 and the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 274), undersigned counsel for Counter-Plaintiff Circuitronix, LLC ("CTX-US") hereby submits the list attached hereto as Exhibit 1, which identifies Excel-format exhibits offered or introduced into evidence at trial by CTX-US and provided to the clerk's office in a thumbdrive.

    Having confirmed with the Courtroom Deputy that a thumbdrive containing these Excel-format exhibits was delivered to the Clerk's office, CTX-US understands that the exhibits are in the Clerk's possession. Accordingly, and because the exhibits are Excel spreadsheets (and converting them to PDF format would alter them and cause loss of access to portions of the spreadsheets), CTX-US has not included these exhibits with its Notice of Filing Trial Exhibits filed earlier today.

Dated: November 3, 2023

<div style="margin-left: 50%;">

Respectfully submitted,

**PODHURST ORSECK, P.A.**
*Co-Counsel for Circuitronix, LLC*
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800

</div>

<div align="right">

By: /s/ Stephen F. Rosenthal
Stephen F. Rosenthal
Florida Bar No. 0131458
srosenthal@podhurst.com
Robert C. Josefsberg
Florida Bar No. 040856
rjosefsberg@podhurst.com
Matthew Weinshall
Florida Bar No. 84783
mweishall@podhurst.com
Christina H. Martinez
Florida Bar No. 1029432
cmartinez@podhurst.com

</div>

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on November 3, 2023 filed with the Clerk of the Court using CM/ECF.

<div align="right">

By: /s/ *Christin H. Martinez*
Christina H. Martinez

</div>

# EXHIBIT 1

Case No.: 21-60125-CIV-SCOLA/GOODMAN
AO 187 (Rev. 7/87) Exhibit List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JIANGMEN BENLIDA PRINTED CIRCUIT CIRCUIT CO., LTD.,

vs.

CIRCUITRONIX, LLC

**JOINT EXHIBIT LIST WITH
CTX'S SECOND AMENDED LIST OF ADDITIONAL EXHIBITS
AND BENLIDA'S PREVIOUSLY FILED AMENDED EXHIBIT LIST**

Case No.: 21-60125-CIV-SCOLA/GOODMAN

| PRESIDING JUDGE<br><br>Hon. Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY<br><br>Jean-Claude Mazzola<br>Richard E. Lerner | DEFENDANT'S ATTORNEY<br><br>Stephen F. Rosenthal<br>Matthew P. Weinshall<br>Christina H. Martinez |
|---|---|---|
| TRIAL DATE (S)<br><br>October 16, 2023 | COURT REPORTER<br><br>Tammy Nestor | COURTROOM DEPUTY<br><br>Jacob Hasbun |

| Joint No. | PLF. No. | DEF. No. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | | OBJ. |
|---|---|---|---|---|---|---|---|---|
| 87 | | | | 10/17 | 10/17 | 2nd and 3rd attachment to 11-22-19 email from accounting@benlida.com to Rishi re: CTX, USA Payment reconciliation from 1st of April, 2012 until present for BLD & ROK, attaching "Benlida Shipment & Payment Details CTX-HK 2012-2019.xlsx," etc. | | Δ-R/UP |
| 94 | | | | 10/19 | 10/19 | 1st and 2nd attachments to 10-18-19 email from Tracy to Rishi re: Lead Time Penalty for 3-2019 | | Δ-R/UP |
| | | D-Y7 | | 10/17 | 10/17 | 3rd attachment to 9-26-19 email from Rishi to Tracy re: Lead Time Penalty for Benlida April 2019 [CTX 4734] | May | ** |
| 121 | | | | 10/17 | 10/17 | 2nd attachment to 7-29-19 email from Rishi to Douglas re: Final Payment Reconciliation for CTX, HKG, CTX, USA & ROK | | Δ-R/UP |
| 148 | | | | 10/17 | 10/17 | BLD Payment Details_CTX-US_2012-2021_v.5 [print 1st page from email] | | Δ-R/UP/MIL (DE 197) |

Case No.: 21-60125-CIV-SCOLA/GOODMAN
AO 187 (Rev. 7/87) Exhibit List

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 153 | | | | 10/18 | 10/18 | BLD Payment Details CTX-US- V5_2012-2019 [previously marked exhibit 120] ("CTX Recon") | | |
| | | D-D10 | | 10/17 | 10/17 | BLD ROK Penalty for Lead-Time Exceedances Report - Jan 2018.xlsx | May | ** |
| | | D-W11 | | 10/17 | 10/17 | BLD LT Report 8-2019 | | |
| | | D-Y13 | | 10/17 | 10/17 | Proforma Cost Spreadsheet | | |