Case 0:21-cv-60125-RNS   Document 285-2   Entered on FLSD Docket 11/06/20...

**Plaintiff's Exhibit**

**P-255**

## SCHEDULE A

Identified Potential Customers and Circuitronix Customers

**Updated: 03/07/2020**

1) Preco Electronics, USA

2) MSI Manuafacturing, USA

3) Electrolux, Global Locations

4) PKG, USA

5) Curtis Instruments

6) First Alert/BRK

7) Gecko

8) Seveco

9) MicroCraft / Niles

10) Universal Lighting

11) Logican

12) Trico

13) Lear Corporation

14) Alps Automotive

15) Magna Electronics

16) Saturn Electronics

17) Panasonic: All Global Locations and Contract Manufacturers

18) Cherry: All Global Locations and Contract Manufacturers

19) Honeywell Corporation: All Global Locations.

20) Cooper Electronics: All Global Locations besides MTL in Europe. ➔ revised to Eaton/Cooper (2019/02/14)

21) Checkpoint System:    All Global Locations.

22) Celestica: All Global Locations.

23) SMTC: All Global Locations

24) Emerson: All Global Locations beside China and as agreed as per e-mail between the Parties

25) Tyco Electronics: All Global Locations

26) Osram Industries: All Global Locations

27) Ingersoll Rand: All Global Locations

28) Kimball Electronics: All Global Locations

29) Helbakao:    All Global Locations.

30) Harman International (Crown Division)

31) Canon Hi Tech, Thailand

32) Draxelmaeir

33) ITL

34) Methode Electronics

35) Celestica

36) Beckwith Electric

37) Star Microelectronics

38) Sitronics

39) Kaba

40) Leoni

41) Novita Technologies

42) Ducummon

43) Marquardt Switches

44) Valeo

45) EBW

46) Creationtech

47) Arcelik

48) Bourns

49) VLE Electronics

50) ZKW

51) Leviton

52) GBM

53) Epic Technologies

54) Computime

55) Ayrshine

56) Invensys

57) APAG

58) Flextronics (Mexico, Canada & Singapore)

59) Hella

60) Airborn

61) John Deere

62) Wabco

63) ZF

64) MTA (http://www.mta.it)

65) ML&S GmbH & Co., KG (http://www.mlands.com)

66) Fujutsu

67) Automated logic

68) Trane

69) UTEC

70) Ametek

71) BBM

72) Calcomp

73) UTC

74) Heliox

75) Jabil (except China, North America & Europe location -- 2015/11/16)

76) KSR

77) Leesys

78) Lutron

79) Napco

80) Peavey

81) Phelon

82) PNY

83) Syncro

84) Theben

85) Tomar

86) Touch Sensor

87) Viscount

88) Wellex

89) Xolutronics

90) Yazaki

91) The Genie Company (http://www.geniecompany.com/)

92) Brose

93) Littlefuse

94) Keytronics

95) KCB Electronics

96) TRW Automotive

97) WILO 威乐 :   All locations and subcontractors (will be specified)

98) Autoliv 奥托立夫 : All locations and subcontractors (will be specified)

99)  IMI (North America & Europe location -- 2015/11/16)

100)  MTA (http://www.mta.it/en/home -- 2015/11/30)

101)  Maxway Tech (深圳夏瑞科技—2015/12/15)

102) Gentherm (www.gentherm.com/2016/04/25)

103) Delphi (2016/06/06)

104) Draxelmaier (2016/06/06)

105) EMZ (2016/06/29)

106) Becom Hochstrass Austria (2016/07/02)

107) Philips (all division besides Philips lighting)

108) Grupo Antolin (2016/08/01)

109) Oncore (2016/08/26)  昂扩电子

110) Harting Technology Group (2016/9/13)

111) Katek (2016/11/24)

112) Watlow (2017/02/16, division of Ingersoll Rand 英格索兰)

113) Deltec Automotive Gmbh (2017/03/03)

114) EGO Product (http://www.egoproducts.com/en/home/ 2017/06/01)

115)  BSH Hausgeräte GmbH (https://www.bsh-group.com/2017/06/01)

116) JSHT     http://www.jshtgroup.com/jsht/default.aspx 2017/07/17

117) Inveta    http://www.intevaproducts.com/ 2017/07/17

118) SVI  （2017/07/17）

119) TQ-Group 特酷  (2017/8/1)

120) Pentair http://www.pentair.com/ (2017/08/01)

121) Bitron http://www.bitron.net/ (2017/08/30)

122) Seuffer www.seuffer.de(2017/08/30)

123) SET electronics www.set-electronics.com (2017/8/30)

124) Gemphil Technologies Inc (2017/9/18)

125) Krypton Solutions (207/10/26)

126) Honortone  惠州鸿通电子，Newell 的 SMT 厂  (2017/12/09)

127) Walbro http://www.walbro.com/ (2018/2/23)

128) Haldex http://www.haldex.com (2018/3/3)

129) WAHL http://www.wahlglobal.com/ (2018/3/9)

130) Molex   https://www.molex.com/molex/home(2018/6/14)

131) Generac   http://www.generac.com/(2018/8/6)

132) Hitachi Automotive http://www. hitachi-automotive.co.jp/(2018/9/17)

133) BIG ASS FANS   https://www.bigassfans.com/(2018/10/05)

134) Gracon   https://www.grakon.com/ (2018/10/16)

135) Grundig (2018/11/13)

136) Medtronic https://www.medtronic.com/us-en/index.html (2018/11/23)

137) Wells Vehicle Electronics http://www.wellsve.com/ (2019/01/11)

138) Lenze   https://www.lenze.com/en-de/about-lenze/ (2019/01/23)

139) Eaton (2019/2/12)

140) EI Electronics   https://www.eielectronics.com/(2019/02/14)

141) Gentex (2019/02/14)

142) Arad     www.arad.co.il (2019/02/14)

143)  Vivint   https://www.vivint.com/ (2019/03/12)

144) Acuity Brands (2019/3/4)

145) Rebo Group (2019/3/19)

146) Lacroix (2019/4/16)

147) Weidmuller (2019/5/6)

148) Viessmann (2019/5/18)

149) Kurz Elektronik (2019/5/18)

150) ASKGROUP (2019/5/18)

151) Fleetwood Electronics (2019/5/25)

152) Aimtron (2019/5/25)

153) ENICS (2019/5/28)

154) FIH Mexico (2019/6/13)

155) NOTE (2019/6/21)

156) Delvis (2019/8/14)

157) Keba (2019/8/14)

158) Efore (2019/8/14)

159) E-T-A (2019/8/14)

160) Robert Shaw (2019/8/14)

161) EPE Corp (2019/8/22)

162) WNC (Wistron NeWeb Corp) (2019/9/5)

163) Commscope (2019/9/6)

164) Tangent Services (2019/9/12)

165) Kepco Power (2019/9/12)

166) SICK Sensor Intelligence (2019/09/20)

167) EE technology (2019/10/11)

168) Spyder controls (2019/10/17)

169) Price Industries in Exclusive (2019/10/17)

170) Cebi (2019/10/18)

171) First Customer Inc (2020/03/07)

172) ATS (2020/5/7)

173) MinebeaMitsumi // NMB (2020/5/7)

174) Brusa (7/30/2020)

175) DIEHL (8/6/2020)

176) Core Health and Fitness (11/9/2020)

177) Husqvarna (6/16/2021)

178) Energomera (9/1/2021)

179) Kenwood (10/13/2021)

180) Zollner (10/19/2021)

181) BenchMark (11/13/2021)

182) Info-Tek Corp (PSA) (12/10/2021)

183) Luminar (2/9/2022)

184) Eberle/Schneider Electric (2/18/2022) – Eberle – no conflict, Scneider – Conflict by Tracy. However Eberle/Schneider Electric are same company

185) Pepperl+Fuchs (3/4/2022)

186) Shenzhen Topband Co., Ltd. (3/4/2022)

187) Fideltronik (3/4/2022)

188) Leeds (3/10/2022)

189) Odelo (4/12/2022)