UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60125-CIV-SCOLA/GOODMAN

JIANGMEN BENLIDA PRNTED
CIRCUIT CO., LTD.,

    Counter-Defendant,

CIRCUITRONIX LLC,

    Counter-Plaintiff,

_____/

**Benlida's Notice of Filing Video (Exhibit P-304 Circuitronix Company Overview) in Electronic Format**

Pursuant to Local Rule 5.3 and the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 274), undersigned counsel for Benlida hereby submits a USB drive containing exhibit P-304, entitled "Circuitronix Company Overview." Such USB is being forwarded via FedEx to the Clerk's Office, with a hard copy of this notice. Circuitronix's counsel is already in possession of same.

Dated: November 6, 2023
    Respectfully submitted,

**MAZZOLA LINDSTROM LLP**
*Attorneys for Plaintiff Benlida*

By: */s/ Jean-Claude Mazzola*
Jean-Claude Mazzola
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
646.250.6666
jeanclaude@mazzolalindstrom.com

**Service via ECF**