United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Counter-Defendant,<br><br>v.<br><br>Circuitronix, LLC, Counter-Plaintiff. | )<br>)<br>)<br>)<br>) Civil Action No. 21-60125-Civ-Scola<br>)<br>)<br>) |

## Final Judgment

After the Court entered summary judgment in Circuitronix, LLC's favor, against Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida"), on Benlida's claims against Circuitronix (ECF No. 221), the court held a jury trial as to Circuitronix's remaining counterclaim against Benlida. After a six-day trial, the jury rendered its verdict in in this case, on October 24, 2023, in favor of Circuitronix, as Counter-Plaintiff, in the amount of $7,585,847, against Benlida, as Counter-Defendant. (ECF No. 273.) As required by Federal Rule of Civil Procedure 58, the Court now enters judgment as follows:

1. Judgment is entered in favor of Circuitronix, LLC, and against Jiangmen Benlida Printed Circuit Co., Ltd., as to Benlida's claims against Circuitronix.
2. Judgment is entered in favor of Circuitronix, LLC, and against Jiangmen Benlida Printed Circuit Co., Ltd., as to Circuitronix's breach-of-contract counterclaim in the amount of **$7,585,847**, for which sum let execution issue.

Interest shall accrue as provided for under the appropriate legal authorities. The Court directs the Clerk to **close** this case.

**Done and ordered** in Miami, Florida, on December 1, 2023.

_____
Robert N. Scola, Jr.
United States District Judge