**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60125-CIV-SCOLA/GOODMAN**

JIANGMEN BENLIDA PRINTED
CIRCUIT CO., LTD.,

      Plaintiff,

v.

CIRCUITRONIX LLC,

      Defendant.

_____/

## <u>VERFICATION OF BILL OF COSTS</u>

1.     I, Chirstina Martinez am a member of the Bar of the State of Florida and I am an associate at Podhurst Orseck, P.A. I have been a member of the Florida Bar since 2020 and a member of the New York Bar since 2016. In addition, I am admitted to practice law in the United States District Court, Southern District of Florida. I am counsel to Defendant, Circuitronix, LLC ("CTX") in this case. I make the following declaration based upon my personal knowledge:

2.     I am providing this verification in support of CTX's Bill of Costs and its Memorandum of Law in Support of Its Bill of Costs. I have personal knowledge of the facts set forth herein.

3.     In connection with CTX's costs in litigating this matter and in support of its memoranda, I attach as exhibits to this declaration the following materials/invoices which support certain costs being claimed in its Bill of Costs:

     a.     A true and correct copy of all the invoices paid for court reporter and transcription services in connection with depositions taken in this matter are attached hereto as **Exhibit A**;

      b.     A true and correct copy of all the invoice(s) paid for trial transcription services is attached hereto as **Exhibit B**;

      c.     A true and correct copy of all the invoices paid for interpreter services in connection with depositions taken in this matter are attached hereto as **Exhibit C**;

      d.     A true and correct copy of all the invoices paid for videography services in connection with depositions taken in this matter are attached hereto as **Exhibit D**; and

4.     Additionally, CTX is claiming taxable costs associated with witness fees for court attendance and associated travel to court for trial.  The figures for witnesses' local travel and for overnight accommodations for Mr. Sourabh Sharma were calculated in accordance with 28 U.S.C. § 1821.

5.     These costs were necessarily incurred for CTX's effective litigation of the matter, and the services for which the fees have been charged were actually and necessarily performed.

## <u>VERIFICATION</u>

Pursuant to 28 U.S.C. § 1924, I declare under penalty of perjury that the foregoing is true and correct.

Christina H. Martinez
Executed on January ___, 2024

# EXHIBIT A



# INVOICE

**NE - NEW YORK CITY**
16825 Northchase Drive Suite 900
Houston TX 77060
**Phone: 877-479-2484  Fax: 877-876-9330**

*Lidia*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230473124-13 | 7/28/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6412884 | 7/18/2023 | $351.00 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

Christina Martinez, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

#65221

**PAID** SEP - 8 2023 BY:

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Christina Martinez, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Rishi Kukreja (Continuation) | | | | |
| Copy | 66.00 | Pages | $3.50 | $231.00 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| | **Total Due** | | | **$351.00** |
| | AFTER 9/11/2023 PAY | | | $403.65 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$351.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Christina Martinez, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | 20230473124-13 | Invoice Date | 7/28/2023 |
|---|---|---|---|
| Job No. | 6412884 | Case No. | 2160125CIVSCOLASNOW |
| Total Due | **$351.00** | | |

Remit To:  **U.S. Legal Support, Inc.**
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

STATEMENT APPROVED FOR PAYMENT:

BY: _____

DATE: 9/8/23

MATTER NO. 65221

VENDOR NO. _____



# INVOICE

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

*SR*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230477135-12 | 8/3/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6414750 | 7/20/2023 | $3,153.20 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

#65221

**Stephen Rosenthal, Esquire**
**Podhurst Orseck, P.A.**
**One SE 3rd Avenue Suite 2300**
**Miami FL 33131**

| Case No. |
|---|
| 2160125CIVSCOLASNOW |



PAID
SEP - 8 2023
BY: - - - - - - - - - - - - - -

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Mazzola Lindstrom, LLP<br>1350 6th Avenue # 2nd fl<br>New York NY 10019 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - Per Session | 2.00 | N/A | $105.00 | $210.00 |
| In-Person Fee | 1.00 | N/A | $200.00 | $200.00 |
| ORIGINAL TRANSCRIPT OF: Randall M. Paulikens, CPA/AVB/CFF/CITP | | | | |
| Original | 374.00 | Pages | $6.15 | $2,300.10 |
| Condensed Transcript | 1.00 | N/A | $30.00 | $30.00 |
| Expert/Technical Pages | 308.00 | Pages | $0.95 | $292.60 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $65.50 | $65.50 |

| | | |
|---|---|---|
| **Total Due** | | **$3,153.20** |
| AFTER 9/17/2023 PAY | | $3,626.18 |
| **(-) Payments/Credits** | | **$0.00** |
| **(+) Finance Charges/Late Fees** | | **$0.00** |
| **(=) New Balance** | | **$3,153.20** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                      Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees or costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

STATEMENT APPROVED FOR PAYMENT:

BY: *SFB*

DATE: 9/9/23

MATTER NO. 65221

VENDOR NO.



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220171659-12 | 5/12/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6145079 | 5/10/2022 | $230.00 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
1 Southeast 3rd Avenue Suite 2300
Miami FL 33131

*# 6522l*
*OK per SR*

*PAID*
*AUG 10 2022*
*SR:*

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>1 Southeast 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>1 Southeast 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| SCHEDULED DEPOSITION OF: Chen Zhanjiao | | | | |
| Late Cancellation | 1.00 | N/A | $200.00 | $200.00 |
| | | Total Due | | **$200.00** |
| | | (-) Payments/Credits | | **$0.00** |
| | | (+) Finance Charges/Late Fees | | **$30.00** |
| | | (=) New Balance | | **$230.00** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**                    Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
1 Southeast 3rd Avenue Suite 2300
Miami FL 33131

| | | |
|---|---|---|
| Invoice No. | 20220171659-12 | Invoice Date | 5/12/2022 |
| Job No. | 6145079 | Case No. | 2160125CIVSCOLASNOW |
| Total Due | **$230.00** | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230471795-12 | 7/26/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6407485 | 7/12/2023 | $1,630.50 |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-2427**

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

JUL 3 1 2023

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 2.00 | Hours | $95.00 | $190.00 |
| Non-Traditional Hours | 0.50 | Hours | $97.50 | $48.75 |
| Realtime Feed - Connectivity Fee | 1.00 | N/A | $150.00 | $150.00 |
| ORIGINAL TRANSCRIPT OF: Huang Sulan aka Tracy Hung- Continuation | | | | |
| Original | 55.00 | Pages | $4.80 | $264.00 |
| Exhibit | 21.00 | Pages | $0.65 | $13.65 |
| Exhibits (Color) | 29.00 | Pages | $1.25 | $36.25 |
| Video Pages | 43.00 | Pages | $0.75 | $32.25 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Realtime Feed - Streaming | 43.00 | Pages | $2.60 | $111.80 |
| ORIGINAL TRANSCRIPT OF: Yukun Wu aka Roger Woo- Continuation | | | | |
| Original | 60.00 | Pages | $4.80 | $288.00 |
| Video Pages | 48.00 | Pages | $0.75 | $36.00 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Realtime Feed - Streaming | 48.00 | Pages | $2.60 | $124.80 |

| | | |
|---|---|---|
| **Total Due** | | **$1,630.50** |
| AFTER 9/9/2023 PAY | | $1,875.08 |
| **(-) Payments/Credits** | | **$0.00** |
| **(+) Finance Charges/Late Fees** | | **$0.00** |
| **(=) New Balance** | | **$1,630.50** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**

Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover our fees and costs it
incurs in collecting our unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.



# INVOICE

| | Invoice No. | Invoice Date | Payment Terms |
|---|---|---|---|
| | 20230444773-13 | 6/15/2023 | Net 30 |
| | Job No. | Job Date | Balance |
| | 6386532 | 6/1/2023 | $1,148.90 |

**NE - NEW YORK CITY**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 877-479-2484 Fax: 877-876-9330**

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

**STATEMENT APPROVED FOR PAYMENT:**

**Stephen Rosenthal, Esquire**
**Podhurst Orseck, P.A.**
**One SE 3rd Avenue Suite 2300**
**Miami FL 33131**

BY: *SRC*
DATE: 6/30/2023
MATTER NO. 65221
VENDOR NO.

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

PAID
JUL 1 2 2023
BY: _____

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Rishi Kukreja | | | | |
| Copy | 301.00 | Pages | $3.50 | $1,053.50 |
| Exhibit | 116.00 | Pages | $0.65 | $75.40 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |

| ***Credit of $100.00 applied – Client courtesy –adjusting charge*** | **Total Due** | | | **$1,248.90** |
|---|---|---|---|---|
| | AFTER 7/30/2023 PAY | | | $1,336.24 |
| | **(-) Payments/Credits** | | | **$100.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$1,148.90** |

Phone: 305-358-2800

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | 20230444773-13 | Invoice Date | 6/15/2023 |
|---|---|---|---|
| Job No. | 6386532 | Case No. | 2160125CIVSCOLASNOW |
| Total Due | **$1,148.90** | | |

| Remit To: | **U.S. Legal Support, Inc.**<br>**P.O. Box 4772**<br>**Houston, TX 77210** |
|---|---|

**PAY BY CREDIT CARD**    

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____



# INVOICE



**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230445179-12 | 6/16/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6386521 | 5/31/2023 | $2,577.75 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

PAID
JUL 1 2 2023
BY: _____

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 10.00 | Hours | $95.00 | $950.00 |
| Non-Traditional Hours | 2.50 | Hours | $97.50 | $243.75 |
| ORIGINAL TRANSCRIPT OF: Huang Xiangjiang | | | | |
| Original | 193.00 | Pages | $4.80 | $926.40 |
| Exhibit | 9.00 | Pages | $0.65 | $5.85 |
| Exhibits (Color) | 1.00 | Pages | $1.25 | $1.25 |
| Interpreter Pages | 157.00 | Pages | $0.75 | $117.75 |
| Video Pages | 157.00 | Pages | $0.75 | $117.75 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |

| | |
|---|---|
| **Total Due** | **$2,577.75** |
| AFTER 7/31/2023 PAY | $2,964.41 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2,577.75** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

STATEMENT APPROVED FOR PAYMENT:
BY: _____
DATE  6/20/2023
MATTER NO. 65221
VENDOR NO. _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230438527-12 | 6/9/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6372742 | 5/26/2023 | $5,988.17 |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

**Stephen Rosenthal, Esquire**
**Podhurst Orseck, P.A.**
**One SE 3rd Avenue Suite 2300**
**Miami FL 33131**

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

PAID
JUL 1 2 2023
BY: _____

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 10.00 | Hours | $95.00 | $950.00 |
| Non-Traditional Hours | 2.50 | Hours | $97.50 | $243.75 |
| ORIGINAL TRANSCRIPT OF: Huang Sulan (aka "Tracy") as Corporate Representative for Jiangmen Benlida Printed Circuit CO., LTD | | | | |
| Original | 456.00 | Pages | $4.80 | $2,188.80 |
| 2 Business Day Expedite | | | | $1,969.92 |
| Exhibit | 53.00 | Pages | $0.65 | $34.45 |
| Exhibits (Color) | 75.00 | Pages | $1.25 | $93.75 |
| Video Pages | 390.00 | Pages | $0.75 | $292.50 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |

| | |
|---|---|
| **Total Due** | **$5,988.17** |
| AFTER 7/24/2023 PAY | $6,886.40 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$5,988.17** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

STATEMENT APPROVED FOR PAYMENT:
BY: _____
DATE _6/26/23_
MATTER NO. _65221_
VENDOR NO. _____



# INVOICE

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230439640-12 | 6/8/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6372741 | 5/25/2023 | $3,105.70 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

**Stephen Rosenthal, Esquire**
**Podhurst Orseck, P.A.**
**One SE 3rd Avenue Suite 2300**
**Miami FL 33131**

PAID
JUL 1 2 2023
BY:_____

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 11.00 | Hours | $95.00 | $1,045.00 |
| Non-Traditional Hours | 3.50 | Hours | $97.50 | $341.25 |
| ORIGINAL TRANSCRIPT OF: Chen Zhanjiao | | | | |
| Original | 235.00 | Pages | $4.80 | $1,128.00 |
| Exhibit | 28.00 | Pages | $0.65 | $18.20 |
| Exhibits (Color) | 55.00 | Pages | $1.25 | $68.75 |
| Interpreter Pages | 193.00 | Pages | $0.75 | $144.75 |
| Video Pages | 193.00 | Pages | $0.75 | $144.75 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| | **Total Due** | | | **$3,105.70** |
| | AFTER 7/23/2023 PAY | | | $3,571.56 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$3,105.70** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                   Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

STATEMENT APPROVED FOR PAYMENT

BY:

DATE  6/20/2023

MATTER NO.  65221

VENDOR NO.



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230439596-12 | 6/8/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6372737 | 5/24/2023 | $3,415.40 |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

**Stephen Rosenthal, Esquire**
**Podhurst Orseck, P.A.**
**One SE 3rd Avenue Suite 2300**
**Miami FL 33131**

#65221



| Case No. |
|---|
| 2160125CIVSCOLASNOW |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 10.00 | Hours | $95.00 | $950.00 |
| Non-Traditional Hours | 2.50 | Hours | $97.50 | $243.75 |
| ORIGINAL TRANSCRIPT OF: Yukun Wu, aka "Roger" or "Kunny Woo" | | | | |
| Original | 306.00 | Pages | $4.80 | $1,468.80 |
| Exhibit | 109.00 | Pages | $0.65 | $70.85 |
| Exhibits (Color) | 70.00 | Pages | $1.25 | $87.50 |
| Interpreter Pages | 253.00 | Pages | $0.75 | $189.75 |
| Video Pages | 253.00 | Pages | $0.75 | $189.75 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |

|  |  |
|---|---|
| **Total Due** | **$3,415.40** |
| AFTER 7/23/2023 PAY | $3,927.71 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$3,415.40** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

STATEMENT APPROVED FOR PAYMENT:

BY: _____

DATE _____ 6/20/2023 _____

MATTER NO. _____ 65221 _____

VENDOR NO. _____



# INVOICE

SE - MIAMI
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230439660-12 | 6/8/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6372731 | 5/23/2023 | $3,785.35 |

**Case Name**

Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

#65221



PAID
JUL 1 2 2023
BY:_____

**Case No.**

2160125CIVSCOLASNOW

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Appearance Fee - First Hour | 1.00 | N/A | $95.00 | $95.00 |
| Appearance - Additional Hours | 10.00 | Hours | $95.00 | $950.00 |
| Non-Traditional Hours | 2.50 | Hours | $97.50 | $243.75 |
| ORIGINAL TRANSCRIPT OF: Huang Hanchao | | | | |
| Original | 359.00 | Pages | $4.80 | $1,723.20 |
| Exhibit | 186.00 | Pages | $0.65 | $120.90 |
| Exhibits (Color) | 60.00 | Pages | $1.25 | $75.00 |
| Interpreter Pages | 305.00 | Pages | $0.75 | $228.75 |
| Video Pages | 305.00 | Pages | $0.75 | $228.75 |
| Condensed Transcript | 1.00 | N/A | $20.00 | $20.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |

| | | |
|---|---|---|
| **Total Due** | | **$3,785.35** |
| AFTER 7/23/2023 PAY | | $4,353.15 |
| **(-) Payments/Credits** | | **$0.00** |
| **(+) Finance Charges/Late Fees** | | **$0.00** |
| **(=) New Balance** | | **$3,785.35** |

Phone: 305-358-2800

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

STATEMENT APPROVED FOR PAYMENT:

BY: _____

DATE ____6/20/2023____

MATTER NO. ___65221___

VENDOR NO. _____

# TP One

# STATEMENT

1 of 1

| Account No. | Date |
|---|---|
| C73500 | 6/1/2023 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $4,846.53 | $0.00 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$4,846.53** |

Christina Martinez
Podhurst Orseck
One S.E. 3rd Avenue
Suite 2300

Miami, FL 33131

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 4/17/2023 | 159890 | 1,000.20 | 117074 | 5/24/2022 | Nicole Donaldson | Jiangmen Benlida Printed Circuit Co. Ltd. v. Circuitronix LLC |
| 4/17/2023 | 159891 | 1,022.10 | 117075 | 5/25/2022 | Lina Ochoa | Jiangmen Benlida Printed Circuit Co. Ltd. v. Circuitronix LLC |
| 4/29/2023 | 160325 | 1,397.45 | 117076 | 5/26/2022 | Sourabh Sharma | Jiangmen Benlida Printed Circuit Co. Ltd. v. Circuitronix LLC |
| 4/29/2023 | 160429 | 1,426.78 | 117077 | 5/27/2022 | Akshay Koul | Jiangmen Benlida Printed Circuit Co. Ltd. v. Circuitronix LLC |

STATEMENT APPROVED FOR PAYMENT:

BY:

DATE: 6/2/2023

MATTER NO. C5221

VENDOR NO.

**Tax ID:** 35-2640986

*Please detach bottom portion and return with payment.*

Christina Martinez
Podhurst Orseck
One S.E. 3rd Avenue
Suite 2300

Miami, FL 33131

Account No. : C73500
Date : 6/1/2023

**Total Due** : **$4,846.53**

Remit To: **Trustpoint Court Reporting, LLC**
**PO Box 532308**
**Atlanta, GA 30353-2308**

# EXHIBIT B

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## For the Southern District of Florida

### INVOICE 20230007

Stephen F. Rosenthal
Podhurst Orseck, P.A.
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
(305) 258-280_
srosenthal@podhurst.com

**MAKE CHECKS PAYABLE TO:**
Casale Reporting Service, Inc.
Mary Ann Casale, Federal Official Court Reporter
400 North Miami Avenue
9th Floor
Miami, FL 33128
(305) 523-5632
Zelle: mac@casalereporting.com
Tax ID: 36-4366678

PAID
DEC 20 2023
BY:

| | | |
|---|---|---|
| __ CRIMINAL | X CIVIL | DATE ORDERED: 12-18-2023 | DATE DELIVERED: |

**In the matter of:** 21-cv-60125, Jiangmen Benlida v Circuitronix

Transcript of Trial in above-entitled matter.  Quote is for Original to Circuitronix and Copy to Benlinda.  Parties agree to split transcript fee.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 1550 | 4.40 | 6820.00 | 1550 | 1.00 | 1550.00 | | | | 8370.00 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | | |
| Misc. Charges | | | | | | | | | | |
| | | | | | | | | | **Subtotal** | 8370.00 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 8370.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Mary Ann Casale

DATE:
12-18-2023

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

**EXHIBIT C**

# U.S. Legal Support

# INVOICE

| | | |
|---|---|---|
| **Invoice No.** | **Invoice Date** | **Payment Terms** |
| 20230478449-12 | 8/4/2023 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6386521 | 5/31/2023 | $2,237.50 |

**SE - MIAMI**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

#65221

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| **Case Name** |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| **Case No.** |
|---|
| 2160125CIVSCOLASNOW |



PAID
SEP - 8 2023
BY: ------------------

| **Job Location** | **Ordered By** | **Reference Info.** |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| INTERPRETING SERVICES: Huang Xiangjiang | | | | |
| Interpreting Administration Fee (Exotic/Rare) | 1.00 | N/A | $50.00 | $50.00 |
| Rare Interpreter Level 1 | 8.00 | Hours | $175.00 | $1,400.00 |
| Items Covered: Huang Xiangjiang as Corporate Representative for Jiangmen Benlida Printed Circuit Co., LTD | | | | |
| Rare Interpreter Level 1 - Overtime Hours | 3.00 | Hours | $262.50 | $787.50 |
| | **Total Due** | | | **$2,237.50** |
| | AFTER 9/18/2023 PAY | | | $2,573.13 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$2,237.50** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                    Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| **Invoice No.** | 20230478449-12 | **Invoice Date** | 8/4/2023 |
|---|---|---|---|
| **Job No.** | 6386521 | **Case No.** | 2160125CIVSCOLASNOW |
| **Total Due** | **$2,237.50** | | |

Remit To:     **U.S. Legal Support, Inc.**
              P.O. Box 4772
              Houston, TX 77210

**PAY BY CREDIT CARD**    

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

STATEMENT APPROVED FOR PAYMENT:
BY: _____ SFR _____
DATE _____ 9/8/23 _____
MATTER NO. _____ 65221 _____
_____ NO. _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230466162-12 | 7/18/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6407485 | 7/12/2023 | $487.50 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| Case No. |
|---|
| 2160125CIVSCOLASNOW |



**SE - MIAMI**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| INTERPRETING SERVICES: Yukun Wu aka Roger Woo- Continuation | | | | |
| Interpreting Administration Fee (Exotic/Rare) | 1.00 | N/A | $50.00 | $50.00 |
| Rare Interpreter Level 1 | 2.50 | Hours | $175.00 | $437.50 |
| | Total Due | | | **$487.50** |
| | AFTER 9/1/2023 PAY | | | $560.63 |
| | (-) Payments/Credits | | | $0.00 |
| | (+) Finance Charges/Late Fees | | | $0.00 |
| | (=) New Balance | | | **$487.50** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                          Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | 20230466162-12 | Invoice Date | 7/18/2023 |
|---|---|---|---|
| Job No. | 6407485 | Case No. | 2160125CIVSCOLASNOW |
| Total Due | $487.50 | | |

Remit To:   **U.S. Legal Support, Inc.**
            **P.O. Box 4772**
            **Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:        Phone:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220189891-12 | 6/8/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6147897 | 6/3/2022 | $400.00 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

**SE - MIAMI**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
1 Southeast 3rd Avenue Suite 2300
Miami FL 33131

*#65221*

**PAID**
JUL 19 2022
BY:

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>1 Southeast 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>1 Southeast 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| Items Covered: General | | | | |
| Interpreting Administration Fee (Exotic/Rare) | 1.00 | N/A | $50.00 | $50.00 |
| Rare Interpreter Level 1 | 2.00 | Hours | $175.00 | $350.00 |
| | **Total Due** | | | **$400.00** |
| | AFTER 7/23/2022 PAY | | | $400.00 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$400.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                          Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting your unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
1 Southeast 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | 20220189891-12 | Invoice Date | 6/8/2022 |
|---|---|---|---|
| Job No. | 6147897 | Case No. | 2160125CIVSCOLASNOW |
| Total Due | **$400.00** | | |

Remit To:     **U.S. Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston, TX 77210**

**PAY BY CREDIT CARD**    

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

STATEMENT APPROVED FOR PAYMENT

BY: _____

DATE _7/17/22_

MATTER NO. _65221_

VENDOR NO. _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230431423-12 | 5/25/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6372731 | 5/23/2023 | $1,655.00 |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

**Stephen Rosenthal, Esquire**
**Podhurst Orseck, P.A.**
**One SE 3rd Avenue Suite 2300**
**Miami FL 33131**



| Case No. |
|---|
| 2160125CIVSCOLASNOW |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| INTERPRETING SERVICES: Huang Hanchao | | | | |
| Rare Interpreter Level 1 | 9.00 | Hours | $175.00 | $1,575.00 |
| Travel Expenses | 1.00 | N/A | $30.00 | $30.00 |
| INTERPRETING SERVICES: Huang Hanchao as Corporate Representative for Jiangmen Benlida Printed Circuit Co., LTD | | | | |
| Interpreting Administration Fee (Exotic/Rare) | 1.00 | N/A | $50.00 | $50.00 |
| | **Total Due** | | | **$1,655.00** |
| | AFTER 7/9/2023 PAY | | | $1,903.25 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$1,655.00** |

**Tax ID : 76-0523238 Nevada Firm Registration # 067F**           Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

| | | | | |
|---|---|---|---|---|
| Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Invoice No. | 20230431423-12 | Invoice Date | 5/25/2023 |
| | Job No. | 6372731 | Case No. | 2160125CIVSCOLASNOW |
| | Total Due | **$1,655.00** | | |

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**    

Cardholder's Name:

Card Number:

Exp. Date: _____  Phone:

Billing Address:

Zip: _____  Card Security Code:

Amount to Charge:

Cardholder's Signature:

STATEMENT APPROVED FOR PAYMENT:

BY: _____

DATE 5/26/2023

MATTER NO. 65221

VENDOR NO. _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230433563-12 | 5/31/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6372737 | 5/24/2023 | $2,005.00 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-1427**

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131



PAID
JUN - 7 2023
BY:------------

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A. | Stephen Rosenthal, Esquire | Client Matter No: |
| One SE 3rd Avenue Suite 2300 | Podhurst Orseck, P.A. | Claim No: |
| Miami FL 33131 | One SE 3rd Avenue Suite 2300 | Insured: |
| | Miami FL 33131 | D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| INTERPRETING SERVICES: Yukun Wu, aka "Roger" or "Kunny Woo" | | | | |
| Interpreting Administration Fee (Exotic/Rare) | 1.00 | N/A | $50.00 | $50.00 |
| Rare Interpreter Level 1 | 11.00 | Hours | $175.00 | $1,925.00 |
| Travel Expenses | 1.00 | N/A | $30.00 | $30.00 |

| | |
|---|---|
| **Total Due** | **$2,005.00** |
| AFTER 7/15/2023 PAY | $2,305.75 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2,005.00** |

**Tax ID # 76-0523238 Nevada Firm Registration # 067F**                    Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | 20230433563-12 | | Invoice Date | 5/31/2023 |
|---|---|---|---|---|
| Job No. | 6372737 | | Case No. | 2160125CIVSCOLASNOW |
| Total Due | **$2,005.00** | | | |

Remit To:      **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**    

Cardholder's Name:

Card Number:

Exp. Date:              Phone:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

STATEMENT APPROVED FOR PAYMENT:

BY:

DATE  6/1/23

MATTER NO.  60221

VENDOR NO.



**U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230433607-12 | 5/31/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6372741 | 5/25/2023 | $2,040.00 |

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

**PAID**
**JUN - 7 2023**
**BY:_____**

**SE - MIAMI**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 305-373-8404  Fax: 305-358-1427

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| INTERPRETING SERVICES: Chen Zhanjiao | | | | |
| Interpreting Administration Fee (Exotic/Rare) | 1.00 | N/A | $50.00 | $50.00 |
| Rare Interpreter Level 1 | 11.00 | Hours | $175.00 | $1,925.00 |
| Parking | 1.00 | N/A | $35.00 | $35.00 |
| Travel Expenses | 1.00 | N/A | $30.00 | $30.00 |

| | |
|---|---|
| **Total Due** | **$2,040.00** |
| AFTER 7/15/2023 PAY | 2,346.00 |
| **(-) Payments/Credits** | **$0.00** |
| **(+) Finance Charges/Late Fees** | **$0.00** |
| **(=) New Balance** | **$2,040.00** |

**Tax ID # 76-0523238 Nevada Firm Registration # 067F**                 Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | 20230433607-12 | | Invoice Date | 5/31/2023 |
|---|---|---|---|---|
| Job No. | 6372741 | | Case No. | 2160125CIVSCOLASNOW |
| Total Due | **$2,040.00** | | | |

Remit To:     **U.S. Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

STATEMENT APPROVED FOR PAYMENT:

BY: _____

DATE: 6/1/23

MATTER NO. 65221

VENDOR NO. _____

# EXHIBIT D



# U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20230473191-12 | 7/28/2023 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6407485 | 7/12/2023 | $1,110.00 |

**SE - MIAMI**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 305-373-8404  Fax: 305-358-3417**

PAID
AUG - 2 2023
BY: _____

| Case Name |
|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., et al. v. Circuitronix LLC |

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

# 65221

| Case No. |
|---|
| 2160125CIVSCOLASNOW |

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Stephen Rosenthal, Esquire<br>Podhurst Orseck, P.A.<br>One SE 3rd Avenue Suite 2300<br>Miami FL 33131 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| VIDEOGRAPHY SERVICES OF: General | | | | |
| Professional Legal Videography | 5.50 | Hours | $180.00 | $990.00 |
| Media Stock | 1.00 | N/A | $25.00 | $25.00 |
| Video Handling & Processing | 1.00 | N/A | $25.00 | $25.00 |
| VIDEOGRAPHY SERVICES OF: Huang Sulan aka Tracy Hung- Continuation | | | | |
| Video Technology Package | 1.00 | N/A | $35.00 | $35.00 |
| VIDEOGRAPHY SERVICES OF: Yukun Wu aka Roger Woo- Continuation | | | | |
| Video Technology Package | 1.00 | N/A | $35.00 | $35.00 |
| | **Total Due** | | | **$1,110.00** |
| | AFTER 9/11/2023 PAY | | | $1,276.50 |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$0.00** |
| | **(=) New Balance** | | | **$1,110.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                      Phone: 305-358-2800

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Stephen Rosenthal, Esquire
Podhurst Orseck, P.A.
One SE 3rd Avenue Suite 2300
Miami FL 33131

| Invoice No. | 20230473191-12 | Invoice Date | 7/28/2023 |
|---|---|---|---|
| Job No. | 6407485 | Case No. | 2160125CIVSCOLASNOW |
| Total Due | **$1,110.00** | | |

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**    

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____



# INVOICE

Invoice No. 232793
Invoice Date: 05/31/2023
Due On: 06/30/2023



**Truvid LLC**
13750 W. Colonial Drive, Ste 350-322
Winter Garden, Florida 34787
754-444-2923 or 407-748-3528
Video@TruVidLegal.com

Podhurst Orseck PA
SunTrust International Center
One SE Third Avenue, Ste 2300
Miami, FL 33131

| ACTIVITY | RATE | AMOUNT |
|---|---|---|
| 05/31/23; | $0.00 | $0.00 |
| Huang Xiangjiang | | |
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD. v CIRCUITRONIX LLC | | |
| Scheduled 9:30, Start 9:41, End 7:43 | | |
| Videographer Appearance Fee: | | |
| First 1.5 Hours | $385.00 | $385.00 |
| 6 Additional Hour(s) | $125.00 | $750.00 |
| 3 Overtime Hour(s) | $187.50 | $562.50 |
| Zoom Setup/Tech Support + Loaner Laptop | $100.00 | $100.00 |
| | **AMOUNT** | **$1,797.50** |

**MAKE ALL CHECKS PAYABLE TO:**

**Truvid LLC**
**EIN 47-2658334**

**DIRECT ALL INQUIRIES TO:**
Khalid Musrati
754-444-2923 or 407-748-3528
Video@TruVidLegal.Com

*THANK YOU FOR YOUR BUSINESS!*

STATEMENT APPROVED FOR PAYMENT:
BY:
DATE 6/2/23
MATTER NO. 6522l
VENDOR NO.

# INVOICE



Invoice No. 232752
Invoice Date: 05/26/2023
Due On: 06/25/2023

**Truvid LLC**
13750 W. Colonial Drive, Ste 350-322
Winter Garden, Florida 34787
754-444-2923 or 407-748-3528
Video@TruVidLegal.com

PAID
JUN - 7 2023
BY:_____

Podhurst Orseck PA
SunTrust International Center
One SE Third Avenue, Ste 2300
Miami, FL 33131

| ACTIVITY | RATE | AMOUNT |
|---|---|---|
| 05/26/23; | $0.00 | $0.00 |
| Huang Sulan (aka "Tracy") | | |
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD v CIRCUITRONIX LLC | | |
| Scheduled 9:30, Start 9:40, End 7:38 | | |
| Videographer Appearance Fee: | | |
| First 1.5 Hours | $385.00 | $385.00 |
| 6 Additional Hour(s) | $125.00 | $750.00 |
| 3 Overtime Hour(s) | $187.50 | $562.50 |
| **AMOUNT** | | **$1,697.50** |

**MAKE ALL CHECKS PAYABLE TO:**

**Truvid LLC**
**EIN 47-2658334**

**DIRECT ALL INQUIRIES TO:**
Khalid Musrati
754-444-2923 or 407-748-3528
Video@TruVidLegal.Com

*THANK YOU FOR YOUR BUSINESS!*

STATEMENT APPROVED FOR PAYMENT:
BY:
DATE: 5/30/2023
MATTER NO. 65221
VENDOR NO.



# INVOICE

Invoice No. 232686
Invoice Date: 05/23/2023
Due On: 06/22/2023

**Truvid LLC**
13750 W. Colonial Drive, Ste 350-322
Winter Garden, Florida 34787
754-444-2923 or 407-748-3528
Video@TruVidLegal.com



Podhurst Orseck PA
SunTrust International Center
One SE Third Avenue, Ste 2300
Miami, FL 33131

| ACTIVITY | RATE | AMOUNT |
|---|---|---|
| 05/23/23; | $0.00 | $0.00 |

Huang Hanchao (aka "Douglas") as Corporate Representative for Jiangmen Benlida Printed Circuit Co., LTD1

JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD v CIRCUITRONIX LLC

Scheduled 9:00, Start 9:07, End 7:22

Videographer Appearance Fee:

| | RATE | AMOUNT |
|---|---|---|
| First 1.5 Hours | $385.00 | $385.00 |
| 6.5 Additional Hour(s) | $125.00 | $812.50 |
| 2.5 Overtime Hour(s) | $187.50 | $468.75 |
| **AMOUNT** | | **$1,666.25** |

**MAKE ALL CHECKS PAYABLE TO:**

**Truvid LLC**
**EIN 47-2658334**

**DIRECT ALL INQUIRIES TO:**
Khalid Musrati
754-444-2923 or 407-748-3528
Video@TruVidLegal.Com

*THANK YOU FOR YOUR BUSINESS!*

STATEMENT APPROVED FOR PAYMENT:

BY: _____ 5/26/2023

DATE _____

MATTER NO. 65221

VENDOR NO. _____



# INVOICE

Invoice No. 232704
Invoice Date: 05/24/2023
Due On: 06/23/2023



BY: _____

**Truvid LLC**
13750 W. Colonial Drive, Ste 350-322
Winter Garden, Florida 34787
754-444-2923 or 407-748-3528
Video@TruVidLegal.com

Podhurst Orseck PA
SunTrust International Center
One SE Third Avenue, Ste 2300
Miami, FL 33131

| ACTIVITY | RATE | AMOUNT |
|---|---|---|
| 05/24/23; | $0.00 | $0.00 |
| | | |
| Yukun Wu | | |
| | | |
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD v CIRCUITRONIX LLC | | |
| | | |
| Scheduled 9:00, Start 9:18, End 7:58 | | |
| | | |
| Videographer Appearance Fee: | | |
| First 1.5 Hours | $385.00 | $385.00 |
| 6.5 Additional Hour(s) | $125.00 | $812.50 |
| 3 Overtime Hour(s) | $187.50 | $562.50 |
| **AMOUNT** | | **$1,760.00** |

**MAKE ALL CHECKS PAYABLE TO:**

**Truvid LLC**
**EIN 47-2658334**

**DIRECT ALL INQUIRIES TO:**
Khalid Musrati
754-444-2923 or 407-748-3528
Video@TruVidLegal.Com

***THANK YOU FOR YOUR BUSINESS!***

STATEMENT APPROVED FOR PAYMENT:

BY _____

DATE  5/30/2013

MATTER NO.  65221

VENDOR NO. _____



# INVOICE

Invoice No. 232736
Invoice Date: 05/25/2023
Due On: 06/24/2023

**Truvid LLC**
13750 W. Colonial Drive, Ste 350-322
Winter Garden, Florida 34787
754-444-2923 or 407-748-3528
Video@TruVidLegal.com

PAID
JUN - 7 2023
BY:_____

Podhurst Orseck PA
SunTrust International Center
One SE Third Avenue, Ste 2300
Miami, FL 33131

| ACTIVITY | RATE | AMOUNT |
|---|---|---|
| 05/25/25; | $0.00 | $0.00 |
| Chen Zhanjiao | | |
| JIANGMEN BENLIDA PRINTED CIRCUIT CO., LTD. v CIRCUITRONIX LLC | | |
| Scheduled 10:00, Start 10:33, End 8:38 | | |
| Videographer Appearance Fee: | | |
| First 1.5 Hours | $385.00 | $385.00 |
| 5.5 Additional Hour(s) | $125.00 | $687.50 |
| 4 Overtime Hour(s) | $187.50 | $750.00 |
| **AMOUNT** | | **$1,822.50** |

**MAKE ALL CHECKS PAYABLE TO:**

**Truvid LLC**
**EIN 47-2658334**

**DIRECT ALL INQUIRIES TO:**
Khalid Musrati
754-444-2923 or 407-748-3528
Video@TruVidLegal.Com

*THANK YOU FOR YOUR BUSINESS!*

STATEMENT APPROVED FOR PAYMENT:
BY:_____
DATE  5 30 2023
MATTER NO.  65221
VENDOR NO._____