United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 21-60125-Civ-Scola |
| Circuitronix, LLC, Defendant. | ) ) | |

### Order Referring Motion to Magistrate Judge

The Court **refers** Circuitronix's motion for costs (**ECF Nos. 298, 299**) to United States Magistrate Judge Jonathan Goodman for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

**Done and ordered** in Miami, Florida, on January 31, 2024.

_____
Robert N. Scola, Jr.
United States District Judge