UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 21-cv-60125-RNS

JIANGMEN BENLIDA PRINTED            Miami, Florida
CIRCUIT CO., LTD.,

              Plaintiff,            October 16, 2023

    vs.                             9:25 a.m. - 5:35 p.m.

CIRCUITRONIX, LLC,                  Volume I

              Defendant.            Pages 1 to 300

                         TRIAL
         BEFORE THE HONORABLE ROBERT N. SCOLA, JR.
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          RICHARD E. LERNER, ESQ.
                            JEAN-CLAUDE MAZZOLA, ESQ.
                            MAZZOLA LINDSTROM LLP
                            1350 Avenue of the Americas
                            Second Floor
                            New York, New York 10019

FOR THE DEFENDANT:          CHRISTINA H. MARTINEZ, ESQ.
                            STEPHEN F. ROSENTHAL, ESQ.
                            MATTHEW WEINSHALL, ESQ.
                            PODHURST ORSECK, P.A.
                            One S.E. 3rd Avenue
                            Suite 2300
                            Miami, Florida 33131


*STENOGRAPHICALLY REPORTED BY:*
*MARY ANN CASALE, RDR, FPR-C, CLR, CSR-IL*
*Official Court Reporter*
*United States District Court*
*Southern District of Florida*
*400 North Miami Avenue*
*Miami, Florida 33128*
*MaryAnn_Casale@flsd.uscourts.gov*

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

```
 1                       I N D E X

 2

 3   WITNESS                                    PAGE
     RISHI KUKREJA
 4    Direct Examination By Mr. Rosenthal       186

 5

 6                 DEFENDANT'S EXHIBITS

 7
     EXHIBIT                                RECEIVED
 8    DU-3                                      189

 9

10

11                   JOINT EXHIBITS

12   EXHIBIT                                RECEIVED
      21                                        232
13    100                                       252

14

15

16

17

18

19

20

21

22

23

24

25
```

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1           (Call to the Order of the Court.)

2           THE COURT:  This is *Circuitronix versus*

3    *Benlida*.

4           Who's here for the now plaintiff?

5           MR. ROSENTHAL:  Your Honor, good morning.

6    Stephen Rosenthal with our client representative,

7    corporate representative, refresh Kukreja.  I will allow

8    my colleagues to introduce themselves.

9           MS. MARTINEZ:  Christina Martinez.

10          MR. WEINSHALL:  Good morning, your Honor.

11   Matthew Weinshall.

12          MS. MILLER:  Good morning, your Honor.  Jessica

13   Miller.

14          THE COURT:  For the defense?

15          MR. MAZZOLA:  Good morning, Judge.  It's

16   J.C. Mazzola for Benlida.

17          MR. LERNER:  Richard Lerner for Benlida.

18          MR. TOLL:  Good morning, your Honor.  Eric Toll

19   for Benlida.

20          MR. MAZZOLA:  He's our paralegal, Judge.

21          THE COURT:  All right.  Good morning.

22          MR. MAZZOLA:  And then we've sent down our

23   other paralegal to grab Tracy Huang.

24          THE COURT:  Okay.  And you now have several

25   days.  Assuming that I enforce my previous ruling -- I

1    don't know why I have to make decisions that I've already

2    made, but assuming I enforce that decision and limit or

3    exclude evidence relative to CTX-HK, how long is this

4    trial going to last so I can accurately advise the jurors

5    of their obligation?

6            MR. ROSENTHAL:  Our assumption, based upon our

7    estimates, is it's going to take us until next Tuesday.

8            THE COURT:  Knowing that we're not in court

9    Monday?

10           MR. ROSENTHAL:  Correct, right.

11           THE COURT:  Six days?

12           MR. MAZZOLA:  Next Tuesday, Judge?

13           MR. ROSENTHAL:  Yes, that's my estimate.

14           THE COURT:  And what does the defense think?

15           MR. MAZZOLA:  Judge, I thought this would be

16   over by Friday.  Mr. Rosenthal has a case.  His client

17   has a case.  They have a burden.  If they think it's

18   going to go until Tuesday, I can't dispute that, Judge.

19   I don't know.

20           MR. ROSENTHAL:  My assumption, your Honor,

21   would be that if you want to give them the outside

22   parameter, I think that's probably likely, and then we

23   can hopefully do it more efficiently.

24           THE COURT:  Okay.

25           MR. MAZZOLA:  Your Honor, may I grab one of

1    those mic things, the lav?

2              THE COURT:  Yes.  Don't turn it on yet.

3              MR. MAZZOLA:  I won't turn it on yet.

4              THE COURT:  Okay.  Octavia, are all the jurors

5    here?

6              COURTROOM DEPUTY:  Yes, your Honor.

7              THE COURT:  All right.  Let's bring in the

8    jury.

9              (Prospective jurors enter.)

10             THE COURT:  All right.  Folks, before we get

11   too comfortable, if you would remain standing and raise

12   your right hand to be sworn in as prospective jurors,

13   please.

14             (Prospective jurors panel sworn.)

15             THE COURT:  Thank you.  Please be seated.

16             Good morning everyone.  My name is Robert

17   Scola, and I'm a United States District Court Judge here

18   in the Southern District of Florida.  And we are here

19   this morning to select a jury in this case of

20   Circuitronix versus Benlida.  I know there were some

21   longer names for each side.  To make it easier,

22   Circuitronix is the plaintiff who is suing Benlida.

23             This is a civil case involving disputed claims

24   between the parties, and it's anticipated this case is

25   going to take approximately six days.  So I know a lot of

1    times people have served on juries in the State court

2    system where I was a judge for 16 years before coming

3    here, and when you get your summons, it says you're there

4    for one day or one trial.  But here, you are here for a

5    two-week trial period.  And I know people, when they get

6    their summons, the first thing they think of is what can

7    I tell this judge to get out of this case?  I don't want

8    to be on a jury.

9         I know there's 30 of you.  I'm sure 100 percent

10   of you would rather be at your place of work or at your

11   home rather than being here in court.  But we could not

12   have a system of justice unless our citizens were willing

13   to serve on juries.  The founders of our country thought

14   that the right to a jury trial in a civil case was so

15   important that it's contained in the 7th Amendment to our

16   United States Constitution.

17        Back before we had the revolution, it was the

18   king who appointed judges, and the judges made decisions.

19   And guess what happened to that judge if they made a

20   decision the king didn't like?  They got kicked out of

21   office.  So you had a lot of judges who were ruling

22   against -- I don't know if they were called citizens back

23   then but the people within the control of the king.  So

24   when our founders decided to form this nation, they

25   thought it was very important that the citizens

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    themselves would make these decisions.  And people have

2    fought and died to protect those rights over the last

3    couple centuries.  So I know that for everybody, it is an

4    inconvenience to be on jury duty, and for some of you,

5    it's somewhat of a hardship.  But I hope you understand

6    how important it is to our system of justice.  We don't

7    want to be resolving these disputes by having fights in

8    the street or duels or trial by combat.  That's why we

9    have civil trials here in court.

10            I'd like to begin this process by introducing

11   to you the people here in the courtroom.  Seated in front

12   of me over to my left is Kim Eve.  Ms. Eve is an

13   attorney, and she is my career law clerk.  You will learn

14   if you serve on the jury that you as the jury are the

15   judges of the facts.  I will be the judge of the law in

16   the case.  Ms. Eve is here to assist me in making some of

17   those legal decisions.  Most of the time she will not be

18   here in the courtroom with you.  She will be working in

19   my chambers on other matters unrelated to this case.

20            Seated in front of me a little bit to my left

21   is Alex Rodriguez.  You also met Octavia Green.

22   Ms. Green and Mr. Rodriguez work for the clerk's office,

23   but they're assigned to this courtroom.  So they will be

24   here for some of the trial.  Again, other times they may

25   be back in chambers working on other matters.

1          Under our Rules, jurors are not allowed to have

2    any contact whatsoever with the attorneys, the witnesses,

3    and the parties.  So even if it's a simple question like

4    what time did Judge Scola tell us to come back, or

5    Where's a good place to get lunch downtown, or what floor

6    is the cafeteria, please do not approach the lawyers or

7    the parties or the witnesses.  They are going to ignore

8    you, not because they're being rude to you, but because

9    they're following my instruction.  If you have any

10   questions of that nature, you can ask Ms. Green,

11   Mr. Rodriguez or Ms. Eve.  And if they can't give you the

12   answer, they will bring it to my attention.

13          Seated almost directly in front of me is our

14   court reporter, Mary Ann Casale.  Ms. Casale is

15   responsible for making a record of these proceedings, and

16   she takes down everything that is said by all of the

17   participants, which includes the witnesses and includes

18   all of you during this part of the case.  As you notice,

19   she is not looking at me while I am speaking to you, and

20   she may not be able to see many of you as you give your

21   answers.  So it's very important to keep in mind because

22   if you are asked a question that calls for a yes-or-no

23   answer and you nod your head or shake your head or say

24   uh-huh or uh-uh, those answers are very difficult or

25   impossible for her to get down.  So if you are asked a

1   question that calls for a yes-or-no answer, please answer

2   out loud either yes or no.

3           Another important reason to do that is that,

4   although some of our questions will be to you as

5   individual jurors, a lot of the questions will be to you

6   as groups of jurors.  And if we ask a question and get an

7   audible response from all of you, then we know that you

8   have heard and understood the principle and agreed to

9   that principle, and we can go on to another area.

10           If we ask a question and eight people answer

11   out loud, that is necessarily going to prompt us to ask

12   the other 22 people the same question over and over and

13   over and over again.  So I'm sure you would all rather

14   have a question asked one or two times rather than 22 or

15   23 times.

16           So with those things in mind, can everybody

17   agree that if you're asked a question that calls for a

18   yes-or-no answer, you will answer out loud either yes or

19   no?  Can everybody do that?

20           PROSPECTIVE JURORS:  Yes.

21           THE COURT:  I don't think everybody even

22   answered that one.

23           Can everybody do that?

24           PROSPECTIVE JURORS:  Yes.

25           THE COURT:  The next questions are a lot harder

10

1    than that.

2           Seated over to my right is our court security

3    officer, James Jenkins.  As his title indicates, he

4    provides security here in the courtroom.  He enforces my

5    orders in the case.  You may also have contact with him

6    during the trial.  And if you have any questions about

7    those other matters, you can ask him.

8           At this time I would ask the attorneys to

9    introduce themselves and the people seated at the table,

10   starting with the plaintiff.

11          MR. ROSENTHAL:  Thank you, your Honor.

12          Good morning.  My name is Stephen Rosenthal,

13   and I am counsel for Circuitronix LLC.  Seated next to me

14   is Mr. Refresh Kukreja, who is the Chief Executive

15   Officer of Circuitronix.  And I will allow my colleagues

16   on the legal team to introduce themselves.

17          MS. MARTINEZ:  Good morning, everyone.  I'm

18   Christina Martinez, also counsel for the plaintiff.

19          MR. WEINSHALL:  Good morning, everyone.  My

20   name is Matthew Weinshall, also counsel for the

21   plaintiff.

22          MS. MILLER:  Good morning, everyone.  Jessica

23   Miller, paralegal for our client.

24          MR. ROSENTHAL:  And assisting us is Mr. Ivan

25   Vega with tech in the courtroom.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1         THE COURT:  All right.  Thank you.

2         And for the defense?

3         MR. MAZZOLA:  Good morning, ladies and

4    gentlemen.  My name is J.C. Mazzola.  It's actually

5    Jean Claude, but everyone calls me J.C.  And I'm the

6    attorney for Benlida.  And seated to my right is Tracy

7    Huang.  She is Benlida's corporate representative, and

8    you will be hearing testimony from her.  And this is --

9         MR. LERNER:  Hi.  I'm Richard Lerner.  I work

10   with J.C. Mazzola.  I'm an attorney.

11        MR. WEINER:  Adam Weiner, paralegal for

12   Benlida.

13        MR. TOLL:  Eric Toll, likewise a paralegal.

14        THE COURT:  Thank you.

15        MR. MAZZOLA:  Also seated in the room is Roger.

16   Roger is an employee of Benlida as well, and he's present

17   as well.

18        THE COURT:  All right.  Thank you.  So before

19   we go any further, is there anyone here who knows or who

20   thinks they may know any of the people that I may have

21   introduced you to or any of the people who just

22   introduced themselves to you?  If so, would you please

23   raise your hand?

24        No one has indicated so.  I'm going to read to

25   you and show you a list of the possible witnesses in the

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

12

1    case.  All of these people may not testify.

2              Yes, sir.

3              PROSPECTIVE JUROR:  Judge, I know you.  I

4    practiced before you when I was an attorney.

5              THE COURT:  Okay.  Will that affect your

6    ability to be a fair juror in this case?

7              PROSPECTIVE JUROR:  Absolutely not.

8              THE COURT:  Okay.

9              PROSPECTIVE JUROR:  Judge, I also know you.

10             THE COURT:  All right.  In what context?

11             PROSPECTIVE JUROR:  Our children went to school

12   together.

13             THE COURT:  All right.  And is there anything

14   about our relationship that would make it difficult for

15   you to be a fair juror or to listen to my instructions on

16   the law?

17             PROSPECTIVE JUROR:  No, sir.

18             THE COURT:  All right.  Thank you.

19             Okay.  So these people may testify.  They may

20   not all testify, but if they do, we need to know if you

21   know them.  There's Huang "Douglas" Hanchao, Akshay Koul,

22   Rishi Kukreja, Barry Mukamal, Lina Ochoa, Mark Parisi,

23   Randall Paulikens, Sourabh Sharma, Huang Sulan, also

24   known as Tracy Huang, Wu Yukun, also known as Roger Wu,

25   and Huang Xiangjiang, and Chen Zhanjiao.

1          Is there anybody here who knows or thinks they

2    may know any of those witnesses, please raise your hand.

3          Yes, sir.

4          PROSPECTIVE JUROR:  When I practiced law,

5    Mr. Mukamal was a bankruptcy trustee, and I was before

6    him in many cases.

7          (Court reporter clarification.)

8          THE COURT:  All right.  So Mr. Barry Mukamal is

9    an accountant or a forensic accountant.  So, again, he

10   may not testify.  He may testify, but it might be a very

11   insignificant or undisputed matter, or he may testify

12   about a matter that's very significant and very disputed.

13   So let's assume it's that third category.  He's going to

14   testify about something very important and very much in

15   dispute.

16          Based upon your prior working with him or

17   against him, would you be able to evaluate his testimony

18   in a fair way?

19          PROSPECTIVE JUROR:  I would.

20          THE COURT:  All right.  Thank you.

21          Anybody else?

22          All right.  No one else has indicated so.

23          So, as I explained before, this is a civil case

24   involving a dispute between the parties.  The plaintiff

25   Circuitronix LLC, which is also sometimes called CTX-US,

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    entered into a contract with the defendant Jiangmen

2    Benlida Printed Circuit Company, Ltd., also known as

3    Benlida.  So the agreement provided that Benlida was to

4    manufacture and supply CTX-US with printed circuit

5    boards.  And in this case, CTX-US claims that it paid

6    Benlida more than Benlida is owed under the contract and

7    seeks to recover those overpayments from Benlida.  And

8    Benlida has specifically denied these allegations and

9    claims that they're not owed any money to CTX-US

10            So before we go any further, is there anybody

11   here who has any personal information about the case,

12   that they were present when any of the events may have

13   happened or anybody had seen or heard or read anything

14   about the case before coming to court this morning?  If

15   so, would you please raise your hand?

16            All right.  No one has indicated so.

17            So we're going to spend some time this morning

18   asking you some questions about your background and your

19   thoughts about some of the issues that may come up during

20   this trial.  Each of you has filled out one of these

21   written questionnaires, and I can tell you based upon the

22   answers that you gave us, that's going to save us a

23   significant amount of time here in the courtroom.  But

24   based upon the answers that you gave, I need to ask each

25   of you some follow-up questions.  And then when I get

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

15

1   done, each side will have the opportunity to have 15

2   minutes to ask you any additional questions.

3          So before we get to that questioning, I wanted

4   to let you know that I'm sure all of you filled out these

5   questionnaires to the best of your ability, given the

6   limited time and location that you had to do so.  But

7   these are not tests.  They're not exams.  You're not

8   stuck with these answers.  Many times by listening to the

9   answers of the other jurors, we are reminded of something

10  that we neglected to put on the form.  Like oh, my God.

11  I forgot that I got hit by a car and there was a lawsuit

12  20 years ago or something like that.

13         So if there's any additional information,

14  please let us know that when it is your turn.  And,

15  again, this is a beautiful courtroom, but unless you're

16  speaking into a microphone, the acoustics in here are

17  terrible.  So when it is your turn, if you're able to, if

18  you could please stand and use the microphone.

19         We're going to start with our No. 1 juror.

20  Thank you.  This is Gail Morrison Pinon.  Good morning.

21         PROSPECTIVE JUROR:  Good morning, your Honor.

22         THE COURT:  So your son Andy went to school

23  with my son Billy?

24         PROSPECTIVE JUROR:  That's correct.

25         THE COURT:  And what's Andy doing now?

1          PROSPECTIVE JUROR:  He's an attorney.

2          THE COURT:  Oh, very good.  My wife and I

3    failed.  Neither one of our children ever wanted to be an

4    attorney.  He is a doctor, so he's doing okay.

5          And your husband is a physician.  Is he still

6    active in his practice?

7          PROSPECTIVE JUROR:  Yes, he is, your Honor.

8          THE COURT:  What type of law is your son

9    practicing?

10          PROSPECTIVE JUROR:  He's involved with medical

11    malpractice defense, but he's in New York.

12          THE COURT:  All right.  And you have never been

13    on a jury before?

14          PROSPECTIVE JUROR:  I was never picked.

15          THE COURT:  You indicated that your husband had

16    a business dispute involving his medical practice.

17          And did that actually go to court?

18          PROSPECTIVE JUROR:  Yes.  It went to

19    Judge Hanzman's court.

20          THE COURT:  And was there a trial or it got

21    resolved before the trial?

22          PROSPECTIVE JUROR:  It was resolved.

23          THE COURT:  Is there anything about that

24    experience that you think would make it difficult for you

25    to be a fair juror in another business type of dispute?

1          PROSPECTIVE JUROR:  No, your Honor.

2          THE COURT:  Okay.  Thank you.

3          If you can hand the microphone to our No. 2

4    juror, Emiliano -- is it Saumell?

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Good morning.

7          PROSPECTIVE JUROR:  Good morning.

8          THE COURT:  Okay.  So you say you're a medical

9    insurance agent at home, meaning you work from home?

10          PROSPECTIVE JUROR:  Yes.

11          THE COURT:  And so do you call people to --

12          PROSPECTIVE JUROR:  Well, I get inbound calls

13    from clients looking for insurance.

14          THE COURT:  Okay.  And how long have you been

15    doing that?

16          PROSPECTIVE JUROR:  Seven months.

17          THE COURT:  What did you do before that?

18          PROSPECTIVE JUROR:  I worked other sales.  I

19    had other companies; different types of sales but, you

20    know, sales, but since --

21          THE COURT:  Have you always been in the sales

22    industry?

23          PROSPECTIVE JUROR:  In a way.  In the

24    restaurant.  I am a musician, so I just work sales for

25    money.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

18

1          THE COURT:  And your passion is your music?

2          PROSPECTIVE JUROR:  Of course, yes.

3          THE COURT:  What instrument do you play?

4          PROSPECTIVE JUROR:  I play the trombone.

5          THE COURT:  You said you used to work for an

6    import-export company based out of Hong Kong with ties to

7    Mainland China?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  What years did you work there?

10          PROSPECTIVE JUROR:  I worked there from 2021 to

11   2022.

12          THE COURT:  What was the product that was being

13   imported?

14          PROSPECTIVE JUROR:  We were distributors for

15   Xiaomi.  It's the brand of cell phones over there in

16   China.

17          THE COURT:  And what did you specifically do?

18          PROSPECTIVE JUROR:  Well, I started off in

19   sales, and then I moved over to be the CEO's assistant.

20          THE COURT:  So these are phones that are made

21   here and sold?

22          PROSPECTIVE JUROR:  No.  They're made in China,

23   and they're exported to America, then exported back to

24   Latin America.

25          THE COURT:  So they weren't sold in the United

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    States, but they came through here?

2         PROSPECTIVE JUROR:  They were sold to companies

3    that work out of the United States.  I mean, they shipped

4    them -- like, we would just have them in the warehouse,

5    and they would pick them up.  So anything happened at the

6    warehouse, that was them.  Yeah.

7         THE COURT:  You indicated that your mom had

8    sued somebody else as a result of an auto accident?

9         PROSPECTIVE JUROR:  Yes.

10        THE COURT:  How long ago was that?

11        PROSPECTIVE JUROR:  I want to say like three,

12   four years ago.

13        THE COURT:  And did that case get resolved or

14   is still pending?

15        PROSPECTIVE JUROR:  It resolved.

16        THE COURT:  Was that here in Dade County?

17        PROSPECTIVE JUROR:  Yes.

18        THE COURT:  All right.  Is there anything

19   concerning your work with the Chinese company or company

20   related to China that would make it difficult for you to

21   be a fair juror knowing what this case is about?

22        PROSPECTIVE JUROR:  Not at all.

23        THE COURT:  All right.  Thank you.

24        That brings us to Shahid Mahmood.

25        PROSPECTIVE JUROR:  Good morning.

20

1              THE COURT:  Good morning.

2              You are now working as an Uber driver?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  And how long have you been doing

5    that?

6              PROSPECTIVE JUROR:  Like seven, eight year.

7              THE COURT:  What did you do before that?

8              PROSPECTIVE JUROR:  I used to bring linen from

9    Pakistan.

10             THE COURT:  And how long did you do that?

11             PROSPECTIVE JUROR:  Like seven, eight years.

12             THE COURT:  Was that just your own company?

13             PROSPECTIVE JUROR:  Yes, my own company.

14             THE COURT:  And is there anything about what

15   you heard about this case that makes you think it would

16   be difficult for you to be a fair juror?

17             PROSPECTIVE JUROR:  No.  I have some medical

18   issue.  I have almost double vision.

19             THE COURT:  Hold on.  You have double vision?

20             PROSPECTIVE JUROR:  Yeah, double vision.  Since

21   I focus on one, my right eye drops.  This is just

22   stressful.

23             THE COURT:  Okay.  So, I mean, you're an Uber

24   driver, so I hope you can at least see cars and trucks.

25             So how would being in a courtroom make it

| | |
|---|---|
| 1 | difficult. |
| 2 | PROSPECTIVE JUROR:  I mean, when you focused to |
| 3 | the people, it's different.  If you are driving, you are |
| 4 | selling -- nobody around is talking with you.  It's |
| 5 | different. |
| 6 | THE COURT:  So if you were sitting right where |
| 7 | you are now and somebody was sitting here testifying, |
| 8 | would you be able to hear him and see him? |
| 9 | PROSPECTIVE JUROR:  If you decide it's okay. |
| 10 | THE COURT:  No, I'm asking you. |
| 11 | PROSPECTIVE JUROR:  You are a healthy person. |
| 12 | It's different.  Like, see, if I look with one eye |
| 13 | and -- one drop, and I look with one eye.  It's just |
| 14 | different.  It's stressful. |
| 15 | THE COURT:  All right.  We'll take that into |
| 16 | consideration.  Thank you.  If you can hand the |
| 17 | microphone to your neighbor. |
| 18 | Is it Ewa, Uwa (phonetic)?  How do you |
| 19 | pronounce your first name? |
| 20 | PROSPECTIVE JUROR:  It's Eva (ph.). |
| 21 | THE COURT:  Eva (ph).  Is that a W? |
| 22 | PROSPECTIVE JUROR:  But in English it's Eve. |
| 23 | THE COURT:  Eve, okay.  All right.  Smith. |
| 24 | You're another professional musician? |
| 25 | PROSPECTIVE JUROR:  Yes. |

1          THE COURT:  How long have you --

2          PROSPECTIVE JUROR:  Yes.  I am professional

3   violinist.  I born in Poland.  I graduated from Kosovo in

4   Poland.  And in Rostock, Germany.

5          THE COURT:  So you are a professional

6   violinist.

7          PROSPECTIVE JUROR:  I was a part of the

8   orchestra of Andrea Bocelli and Placido Domingo, if you

9   know.

10          THE COURT:  Of course.

11          PROSPECTIVE JUROR:  Things like Zorba with

12  Mikis Theodorakis.  And then I performed on the cruise

13  ship, Royal Caribbean International, when I met my

14  husband.  We're like seven years together, and he work

15  for Royal Caribbean.  He continue in the office.  And I'm

16  performing here.  And around my entertainment, I just do

17  music for corporation since 2017.

18          THE COURT:  Okay.  And wrote down that you are

19  concerned about your English, but you seem to be able to

20  express yourself well.

21          PROSPECTIVE JUROR:  Yes, English is my second

22  language.  And I'm not always quite sure if there was

23  something regarding law, so, you know, I'm not a counter.

24          THE COURT:  But my job --

25          PROSPECTIVE JUROR:  So I am not sure if I will

1    understand everything.  So I only say what I'm thinking.

2          THE COURT:  All right.  Thank you.  We'll take

3    that into consideration.

4          That brings us to Jean Claude Dorcin.

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Good morning.  Do you go by Jean

7    Claude or J.C.?

8          PROSPECTIVE JUROR:  Jean Claude.

9          THE COURT:  You are the director of information

10   technology for what kind of business?

11         PROSPECTIVE JUROR:  It's Bridges of America in

12   Orlando.

13         THE COURT:  What does that company do?

14         PROSPECTIVE JUROR:  We have people who convict

15   get back to normal life.

16         THE COURT:  Okay.

17         PROSPECTIVE JUROR:  Especially after they have

18   been using -- abusing drugs.

19         THE COURT:  And how long have you been working

20   there?

21         PROSPECTIVE JUROR:  Eight years.

22         THE COURT:  And what did you do before that?

23         PROSPECTIVE JUROR:  I used to be an air traffic

24   controller.

25         THE COURT:  Okay.  And you've never been on a

24

1    jury before?

2            PROSPECTIVE JUROR:  I haven't been selected.

3            THE COURT:  Okay.  All right.  Thank you.

4            That brings us to Sarah Chapman.

5            PROSPECTIVE JUROR:  Hello.

6            THE COURT:  Good morning.

7            PROSPECTIVE JUROR:  Good morning.

8            THE COURT:  And you are a research intern at

9    FIU.

10           What are you researching?

11           PROSPECTIVE JUROR:  Tropical cyclones.

12           THE COURT:  We have been lucky so far this

13   year, October 16th.  We've got about six more weeks for

14   hurricane season.

15           Are you also a student there?

16           PROSPECTIVE JUROR:  No.  I'm just an intern.

17           THE COURT:  Are you a paid intern?

18           PROSPECTIVE JUROR:  No.

19           THE COURT:  Volunteering.  Are you volunteering

20   with the hope that you'll either get into school or get

21   into a paid job in that field?

22           PROSPECTIVE JUROR:  Well, so I -- okay, so I

23   recently graduated, and I studied geoscience.

24           THE COURT:  You studied --

25           PROSPECTIVE JUROR:  Geoscience.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1          THE COURT:  Okay.

2          PROSPECTIVE JUROR:  And there's so many

3    different branches of geoscience, so at my college they

4    didn't have a professor in atmospheric science, so I

5    wanted to get some hands-on experience with somebody that

6    works in that field to decide if that's the path I want

7    to go on.

8          THE COURT:  And is that a one-year internship?

9          PROSPECTIVE JUROR:  It was supposed to be for

10    three months, but I'm on month four, so I don't really

11    know.

12          THE COURT:  And you indicated that your

13    grandmother worked in a factory.  Was that here in Miami?

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  And how long did she do that?

16          PROSPECTIVE JUROR:  I don't know.

17          THE COURT:  And you had some family members

18    that had been involved in some legal lawsuits.  You said

19    one of them led to being disbarred.  So that was -- one

20    of your family members was a lawyer?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  I don't need to know the name of

23    the person, but what relationship were they to you?

24          PROSPECTIVE JUROR:  She was my aunt.

25          THE COURT:  And do you know why she was

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    disbarred?

2           PROSPECTIVE JUROR:  I think it was because she

3    was, like, working with somebody, like her client, and

4    they had given her money so that she could do something

5    or invest in a specific way, and she disappeared, so...

6           THE COURT:  Okay.  And you had some other

7    relatives that were involved in the lawsuit.

8           Are any of them your lawsuits.

9           PROSPECTIVE JUROR:  No.

10          THE COURT:  This is all your aunts, uncles,

11   parents?

12          PROSPECTIVE JUROR:  Yes.

13          THE COURT:  Anything about those lawsuits that

14   would make it difficult for you to be a fair juror in

15   this case?

16          PROSPECTIVE JUROR:  I don't think so.

17          THE COURT:  Okay.  So you have an opinion that

18   basically says you're not a big fan of big companies, and

19   if you had to choose between a company and a person, you

20   would tend to favor the person generally.

21          PROSPECTIVE JUROR:  Yeah, generally.

22          THE COURT:  So here you have two companies that

23   are involved in a lawsuit.

24          Are you going to say, You know what, a pox on

25   both their houses.  I don't want to have anything to do

1   with this case, or would you be able to set aside your

2   feeling and be fair to both sides?

3               PROSPECTIVE JUROR:  I think I could be

4   objective.

5               THE COURT:  Okay.  Thank you.

6               That brings us to Mr. De La O.

7               PROSPECTIVE JUROR:  Good morning, Judge.

8               THE COURT:  Good morning.  So based upon your

9   earlier statement, you're no longer practicing law?

10              PROSPECTIVE JUROR:  Correct.

11              THE COURT:  So what do you do as a corporate

12  services manager?

13              PROSPECTIVE JUROR:  I work for a company that

14  forms Florida LLCs and corporations.  We also assist in

15  forming offshore companies for our clients, things of

16  that nature.  I haven't practiced law since 2010.

17              THE COURT:  Is there anything about your prior

18  law practice, knowing what this case is about, that would

19  make it difficult for you to be a fair juror?

20              PROSPECTIVE JUROR:  No, sir.

21              THE COURT:  And I know that your wife passed

22  her CPA exam.

23              Has she ever done any, like, forensic

24  accounting where she had to go and testify in court?

25              PROSPECTIVE JUROR:  No, she is not.  She was an

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1   auditor once for one of the biggie accounting companies,

2   but that was many, many years ago.

3            THE COURT:  All right.  Anything about the

4   lawsuits that you were involved in as a party that would

5   make it difficult for you to be a fair juror in a civil

6   case?

7            PROSPECTIVE JUROR:  Absolutely not.

8            THE COURT:  Thank you.

9            PROSPECTIVE JUROR:  Thank you.

10           THE COURT:  This brings us to Damaris Luna.

11           PROSPECTIVE JUROR:  Good morning, your Honor.

12           THE COURT:  Good morning.  So you have been

13  through this many times as a clerk over in the civil

14  division a couple blocks from here.

15           Have you ever sat on a jury before.

16           PROSPECTIVE JUROR:  No.

17           THE COURT:  Have you wanted to sit on a jury?

18           PROSPECTIVE JUROR:  It feels different.

19           THE COURT:  How long have you been a clerk's

20  deputy?

21           PROSPECTIVE JUROR:  Six years.

22           THE COURT:  Six years.  What did you do before

23  that?

24           PROSPECTIVE JUROR:  Well, I have been working

25  for the clerk's system for 20 years.  But I have been a

1    courtroom clerk for six years.

2         THE COURT:  Are you assigned to a particular

3    judge right now?

4         PROSPECTIVE JUROR:  Yes.

5         THE COURT:  Who is that?

6         PROSPECTIVE JUROR:  Reemberto Diaz.

7         THE COURT:  He's -- my old judicial assistant,

8    Virginia, is now his --

9         PROSPECTIVE JUROR:  Yes.

10        THE COURT:  -- judicial assistant.

11        PROSPECTIVE JUROR:  Yes.

12        THE COURT:  And you have never been in any

13   lawsuits yourself?

14        PROSPECTIVE JUROR:  No, your Honor.

15        THE COURT:  Thank you.

16        MR. ROSENTHAL:  Your Honor, can I interrupt for

17   one moment?  I apologize, but an assistant just joined us

18   late, so I just want to introduce her --

19        THE COURT:

20        MR. ROSENTHAL:  -- in case there's any

21   conflict.  It's Sandra Rodriguez from our office.

22        THE COURT:  All right.  Thank you.

23        That takes us to Valeria Cardoza.  Good

24   morning.

25        PROSPECTIVE JUROR:  Good morning, your Honor.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          THE COURT:  So you are a business owner

2  building and resurfacing pools?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  How long have you been doing that?

5          PROSPECTIVE JUROR:  It's a family business.

6  It's been more than ten years.

7          THE COURT:  And what do you specifically do on

8  a daily basis there?

9          PROSPECTIVE JUROR:  Well, I do all the

10  paperwork, and I also work in pools as well as my

11  husband.

12          THE COURT:  When you say "the paperwork," do

13  you, like, send out the bills and follow up --

14          PROSPECTIVE JUROR:  Yes.  All the invoicing and

15  all the employees managing the -- all the office work.

16          THE COURT:  Okay.  So based upon that little

17  summary I gave you, there may be a lot of testimony about

18  invoices.

19          Is there anything about your experience that

20  would make it difficult for you to be a fair juror?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  All right.  So one of the questions

23  asks whether you have experience working in a business

24  that has to make products on a time schedule.

25          PROSPECTIVE JUROR:  Yes.

| | |
|---|---|
| 1 | THE COURT:  So when you said yes, you -- when |
| 2 | you promise you're going to resurface your pool or build |
| 3 | your pool, it's going to be done by a certain time? |
| 4 | PROSPECTIVE JUROR:  Yes, we do. |
| 5 | THE COURT:  And is there a provision in it that |
| 6 | if -- let's say the pool is going to cost $10,000.  Is |
| 7 | there a provision in there saying We're going to get it |
| 8 | done by November 1st and every week after that, we deduct |
| 9 | $100 or -- |
| 10 | PROSPECTIVE JUROR:  Not so much because when we |
| 11 | talk to the customers, we let them know that it's an |
| 12 | estimated time frame, especially since we do permitting |
| 13 | and all the things with the City.  And the City |
| 14 | sometimes, they take a little bit longer.  So they're |
| 15 | aware of that. |
| 16 | THE COURT:  Okay.  Okay.  One of the questions |
| 17 | asks -- it says:  This is a case involving a dispute over |
| 18 | millions of dollars. |
| 19 | Would you have a problem awarding a company |
| 20 | millions of dollars if the facts and law support such a |
| 21 | verdict?  You said:  I'm not sure I can make a decision. |
| 22 | PROSPECTIVE JUROR:  Yes, just because I would |
| 23 | need to know the facts, so I didn't want to put a |
| 24 | specific answer. |
| 25 | THE COURT:  Okay.  But if you sat on a jury and |

1    you listened to everything and you were able to see the

2    witnesses, go through the invoices and figure, you could

3    come up with a decision?

4              PROSPECTIVE JUROR:  Yes.

5              THE COURT:  Okay.  Thank you.

6              PROSPECTIVE JUROR:  Thank you.

7              THE COURT:  That brings us to Rose Weintraub.

8              PROSPECTIVE JUROR:  Good morning, your Honor.

9              THE COURT:  Good morning.  What is the subject

10   matter that you teach in high school?

11             PROSPECTIVE JUROR:  I teach English, debate,

12   and I run our international baccalaureate program.

13             THE COURT:  How long have you been doing that?

14             PROSPECTIVE JUROR:  This is my 12th year.

15             THE COURT:  And never been on a jury before?

16             PROSPECTIVE JUROR:  No.

17             THE COURT:  No lawsuits?

18             PROSPECTIVE JUROR:  No.

19             THE COURT:  Okay.  You're going to have to

20   explain this to me.  It's that same question about the

21   dispute over millions of dollars.  Would you have a

22   problem awarding a company millions of dollars if the

23   facts and law support it?  You said maybe if it was

24   unethical even if it was legal.  Give me an example of

25   like what is in your head that --

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    PROSPECTIVE JUROR:  The way that the questions

2 were worded, in my head, I was thinking if we're awarding

3 millions at the expense of a hard-working immigrant, I

4 may have trouble with the ethics of that.

5    THE COURT:  Okay.  So in this case, you now

6 know that there's two companies --

7    PROSPECTIVE JUROR:  Yes.

8    THE COURT:  -- that had a business relationship

9 with each other.  The defendants were providing circuit

10 boards to plaintiffs, and there is a dispute of who owes

11 what for that relationship.

12    So is there anything about that issue that

13 would cause you to have trouble being fair in this case?

14    PROSPECTIVE JUROR:  No, sir.

15    THE COURT:  Okay.  All right.  Thank you.

16    Nicolas Garcia.

17    PROSPECTIVE JUROR:  Morning, your Honor.

18    THE COURT:  Morning.  You work at the help desk

19 for a university.  And tell me what you do on a daily

20 basis there.

21    PROSPECTIVE JUROR:  Yes.  I work at Albizu

22 University, and I run the online virtual aspect of it.

23 So we recorded the teachers' online courses then and put

24 them on the online dashboard.

25    THE COURT:  You're like the IT person there?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  So if there is some student that

3     needs to see the class and there's a problem, they

4     contact you.

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  How long have you been doing that?

7          PROSPECTIVE JUROR:  For seven months now.

8          THE COURT:  What did you do before that?

9          PROSPECTIVE JUROR:  Before that, I have been

10    doing photography and videography for about 10 years now,

11    but then actual company-wise before that, I worked at a

12    company called DB Schenker that I was doing the marketing

13    for them.  It was a logistics company.

14         THE COURT:  Do you photograph like weddings

15    and --

16         PROSPECTIVE JUROR:  Yeah, so I do weddings --

17         THE COURT:  -- like sports?

18         PROSPECTIVE JUROR:  -- corporate events,

19    anything that presents itself.

20         THE COURT:  All right.  And you said you were

21    on a civil jury, and it says they decided to change the

22    jury.  I don't know what that --

23         PROSPECTIVE JUROR:  Yeah.  It was several

24    months ago.  We were -- I don't think it was at a federal

25    level, but they had the jury, and then I'm assuming the

1    lawyers came to an agreement, and they just -- they

2    didn't move on with the jurors they had selected.

3              THE COURT:  So were you one of the people that

4    were selected?

5              PROSPECTIVE JUROR:  No, they got rid of the

6    whole --

7              THE COURT:  You went through this questioning

8    process, and they said, Forget it, we don't need anybody?

9              PROSPECTIVE JUROR:  Yeah.

10             THE COURT:  And your dad is an accountant?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Does he ever testify in court?

13             PROSPECTIVE JUROR:  No.

14             THE COURT:  So I guess if you have a wedding

15   that you do and the people want to get the photographs

16   and the video within a certain period of time, is there a

17   specific, like, penalty if you don't get it within a time

18   or just they want -- you try and do it like with a pool?

19             PROSPECTIVE JUROR:  We usually give a time

20   frame, but, normally, it's extra if you want it sooner.

21   So not so much if it's prolonged, but we do have a window

22   for delivery.

23             THE COURT:  So if you say, your wedding is on

24   Saturday -- this is probably not realistic -- if you want

25   the video on Tuesday, you have to pay extra.

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  So if you can't get it, Tuesday you

3    just don't get the extra.

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  But it's not like we'll definitely

6    have it to you by November 1st and on November 2nd starts

7    a penalty kicking in?

8          PROSPECTIVE JUROR:  Depending on how busy the

9    season is, also, sometimes it does take longer than what

10   we normally do.  In that case, we don't necessarily give

11   them a discount, but we do offer them a separate package

12   on the house, essentially, to compensate for the lack of

13   inconvenience.

14         THE COURT:  So it's more a gesture of good

15   will --

16         PROSPECTIVE JUROR:  Yes.

17         THE COURT: -- as opposed to something in your

18   contract that --

19         PROSPECTIVE JUROR:  Yes.

20         THE COURT:  -- imposes the penalty?

21         PROSPECTIVE JUROR:  Yes.

22         THE COURT:  All right.  Thank you.  That brings

23   us to Anna Lourdes Rales (ph.).

24         PROSPECTIVE JUROR:  Morales.

25         THE COURT:  I guess they ran out of space.

```
 1      That's a big difference.  Sorry about that.
 2               PROSPECTIVE JUROR:  Morales.
 3               THE COURT:  Morales.  Excuse me, Ms. Morales.
 4               PROSPECTIVE JUROR:  That's okay.
 5               THE COURT:  Okay.  All right.  So you work for
 6      a big company, MasTec, as an accounts payable
 7      coordinator.
 8               PROSPECTIVE JUROR:  Yes, your Honor.
 9               THE COURT:  Were you, like, the knee-breaker
10      there that goes and collects money that's owed or --
11               PROSPECTIVE JUROR:  I pay the bills for the
12      vendors.
13               THE COURT:  And is there somebody else that's
14      responsible for collecting?
15               PROSPECTIVE JUROR:  That's another department,
16      accounts receivable.
17               THE COURT:  Did you ever work in accounts
18      receivable?
19               PROSPECTIVE JUROR:  No.
20               THE COURT:  All right.  And have there ever
21      been any instances where you were required to testify as
22      a witness in a case where there was some dispute between
23      MasTec and some other company about whether certain
24      things were paid or not?
25               PROSPECTIVE JUROR:  No, your Honor.
```

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

38

```
 1            THE COURT:  Is there anything about your work
 2   that would make it difficult for you to be fair knowing
 3   what the issues are in this case?
 4            PROSPECTIVE JUROR:  No.
 5            THE COURT:  And you have been on both civil and
 6   criminal juries or just jury duty?
 7            PROSPECTIVE JUROR:  Jury duty.
 8            THE COURT:  Have you ever been selected?
 9            PROSPECTIVE JUROR:  No.
10            THE COURT:  All right.  Thank you.
11            Vanessa Montero.
12            PROSPECTIVE JUROR:  Good morning.
13            THE COURT:  Good morning.  And you're a
14   registered nurse.  Do you work for a particular
15   department at the hospital?
16            PROSPECTIVE JUROR:  Yeah.  I work for the
17   surgery department.
18            THE COURT:  And how long have you been doing
19   that?
20            PROSPECTIVE JUROR:  Well, I have been a nurse
21   for six years, but I have been working there specifically
22   for three.
23            THE COURT:  Okay.  Your mom was a bookkeeper?
24            PROSPECTIVE JUROR:  Yes.
25            THE COURT:  For what type of business?
```

1              PROSPECTIVE JUROR:  She worked for a

2      construction company.

3              THE COURT:  Do you know if she was ever

4      involved in any lawsuits --

5              PROSPECTIVE JUROR:  No, your Honor.

6              THE COURT: -- between the company and other

7      people?

8              PROSPECTIVE JUROR:  No.

9              THE COURT:  And you also had an aunt that's a

10     retired accountant?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  Do you know whether she testified

13     in court?

14             PROSPECTIVE JUROR:  I'm not sure.

15             THE COURT:  You say, I may be biased or

16     impartial due to this.  So what do you mean by that?

17             PROSPECTIVE JUROR:  I wasn't sure what the case

18     was about.

19             THE COURT:  So knowing now there is a dispute

20     between these two companies about whether the product was

21     delivered properly or overpayments were made, would you

22     have any problem being a juror?

23             PROSPECTIVE JUROR:  No, your Honor.

24             THE COURT:  Okay.  So one of the questions asks

25     if you have any negative feelings about someone who

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    emigrated legally and built a successful business here.

2    And you said it depends on the type of business.

3              What do you mean by that?

4              PROSPECTIVE JUROR:  See --

5              THE COURT:  What?

6              PROSPECTIVE JUROR:  -- I'm not sure.

7              THE COURT:  In your mind, like what type of

8    business would be a bad thing for them to have started?

9              PROSPECTIVE JUROR:  It had to be something

10   legal.

11             THE COURT:  So if they came here and their

12   business was selling cocaine, then you'd say okay --

13             PROSPECTIVE JUROR:  It'd have to be something

14   ethical, yes.

15             THE COURT:  All right.  Thank you.

16             That brings us to, hopefully, Oscar Fonseca.

17             PROSPECTIVE JUROR:  Good morning, your Honor.

18             THE COURT:  Good morning.  You are the general

19   manager for a property company?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  What does that company do?

22             PROSPECTIVE JUROR:  We rent properties in the

23   Doral area.

24             THE COURT:  Are they commercial properties?

25             PROSPECTIVE JUROR:  Commercial property.

1    THE COURT: And how long have you been doing

2 that?

3    PROSPECTIVE JUROR: For about 30 years.

4    THE COURT: All right. And who do you know

5 that has bookkeeping experience?

6    PROSPECTIVE JUROR: Well, I supervise some of

7 the -- I do entry, and I supervise the whole accounting

8 procedures and results.

9    THE COURT: Okay. So you have people who were,

10 like, in accounts receivable that send out the bills and

11 other people that --

12    PROSPECTIVE JUROR: These days I do everything.

13    THE COURT: You do everything yourself?

14    PROSPECTIVE JUROR: Yes, sir.

15    THE COURT: Okay. So have you ever been

16 involved in any lawsuits where people had not paid and

17 you had --

18    PROSPECTIVE JUROR: Actually, right now I'm in

19 the process. I'm suing a company because they haven't

20 paid rent.

21    THE COURT: So is this for one of your -- is it

22 a commercial property warehouse?

23    PROSPECTIVE JUROR: Commercial property that I

24 have been renting for quite some time.

25    THE COURT: Okay. And have you hired a lawyer

1    to file a lawsuit for you?

2           PROSPECTIVE JUROR:  Yes, sir.

3           THE COURT:  What stage is it at right now?

4           PROSPECTIVE JUROR:  Well, we're waiting for

5    final judgment to get them out.

6           THE COURT:  And so one of the questions asked

7    if you sued any person or company.  You said yes.

8           Is that the lawsuit that you're talking about?

9           PROSPECTIVE JUROR:  Yes, sir.

10          THE COURT:  And is there anything about your

11   experience in this business, including the collections

12   part of it, that would make it difficult for you to be

13   fair knowing what this case is about?

14          PROSPECTIVE JUROR:  Well, besides the real

15   estate aspect, I have been an exporter for 30 years.

16          THE COURT:  And what do you export?

17          PROSPECTIVE JUROR:  We export computer parts.

18          THE COURT:  Is that a totally separate company

19   from the --

20          PROSPECTIVE JUROR:  It's a different company.

21          THE COURT:  So you're the general manager for

22   the commercial real estate company.

23          And then what do you do for the export --

24          PROSPECTIVE JUROR:  The same.

25          THE COURT:  Are those both family businesses?

```
 1              PROSPECTIVE JUROR:  Actually, they're my
 2   company.  In the U.S., it's my company; but I do business
 3   in Latin America.
 4              THE COURT:  What do you export?
 5              PROSPECTIVE JUROR:  Computer parts.  We also
 6   used to import from China to Latin America.
 7              THE COURT:  Okay.
 8              PROSPECTIVE JUROR:  And sometime before, we
 9   used to bring them here in the U.S. and then we export to
10   Central America and South America.
11              THE COURT:  And knowing about this relationship
12   between a U.S. company and a Chinese company, would that
13   cause you any concerns based upon your past work with
14   China companies?
15              PROSPECTIVE JUROR:  I don't think so, but I
16   have knowledge on the bill of ladings, packing list, date
17   of export, or date of receipt, et cetera.
18              THE COURT:  All right.  Thank you.
19              PROSPECTIVE JUROR:  You're welcome.
20              THE COURT:  Anabel Perez Egana.
21              PROSPECTIVE JUROR:  Egana, yes.
22              THE COURT:  Good morning.
23              PROSPECTIVE JUROR:  Good morning.
24              THE COURT:  And you are a procurement
25   specialist for a --
```

1           PROSPECTIVE JUROR:  Flower company.

2           THE COURT:  -- flower company?

3           PROSPECTIVE JUROR:  Yes.

4           THE COURT:  And how long have you been doing

5    that?

6           PROSPECTIVE JUROR:  I have been doing it for 10

7    years now.

8           THE COURT:  When you say procurement, do you

9    actually -- I know a lot of flower companies import from

10   other countries.  Do you actually go to those countries

11   and find the flowers and procure it that way or you're

12   just ordering them from the United States?

13          PROSPECTIVE JUROR:  No.  We work from here, but

14   company had a relationship with different companies, most

15   of them in Latin America, and then bring the flowers from

16   there.

17          THE COURT:  And have you ever had any disputes

18   with these other companies who either refused to pay you

19   or you didn't pay them and they were suing you?

20          PROSPECTIVE JUROR:  No, no.

21          THE COURT:  All right.  And you have some --

22          PROSPECTIVE JUROR:  Knowledge --

23          THE COURT: -- education about accounting

24   because of your BA degree and your work.  Anything about

25   that that would make it difficult to be a fair juror?

1          PROSPECTIVE JUROR:  No, I don't think so.

2          THE COURT:  You said one of the questions asked

3   if anybody has worked in a factory.  You said, flower

4   industry is like a factory.  And you worked there

5   previously as a laborer?

6          PROSPECTIVE JUROR:  Yes.  The first time I

7   started like 12 years ago, I started like in, as a

8   laborer and -- inside the cooler and all of that.

9          THE COURT:  And the question that asks about

10  whether you have to make products on a time schedule,

11  obviously, flowers are perishable.  So when you buy

12  flowers, are there specific provisions in the agreement

13  saying that people have to deliver to you within a

14  certain time or there are penalties that are paid?

15         PROSPECTIVE JUROR:  There is not something like

16  that.  They go like by goodwill, and we hope the people

17  just deliver flowers in time to the airport.  Part of my

18  job is to make sure that happens, but there is not like a

19  fee or anything if they don't accomplish.

20         THE COURT:  Okay.  You indicated that if one of

21  the companies is from China, you would never give them

22  money.  After COVID-19, you don't trust them.

23         PROSPECTIVE JUROR:  That's correct.

24         So THE COURT:  One of the companies is from

25  China.  The other company is an American company that did

1   a lot of business with China.  So because of your

2   personal feelings, would it be difficult for you to be

3   fair in this case?

4          PROSPECTIVE JUROR:  I will try, but I lost,

5   like, a personal close friend, and I'm not sure if -- I

6   don't know.  I would have to see the facts and see.

7          THE COURT:  All right.  Thank you.

8          All right.  Brian Hernandez.

9          PROSPECTIVE JUROR:  Morning.

10         THE COURT:  Morning.  And you are the head chef

11  at a Red Lobster?

12         PROSPECTIVE JUROR:  Correct.

13         THE COURT:  How long have you been there?

14         PROSPECTIVE JUROR:  About five years now.

15         THE COURT:  And what is your specialty?  If the

16  President of the United States or the King of England

17  were coming and they were going to say, give us your best

18  meal, what would it be?

19         PROSPECTIVE JUROR:  Just cook them up a steak,

20  just a steak.

21         THE COURT:  And you were on a criminal jury

22  that reached a verdict?

23         PROSPECTIVE JUROR:  Yes.

24         THE COURT:  Was that here in this building or

25  over by Jackson?

47

1          PROSPECTIVE JUROR:  Jackson.

2          THE COURT:  How long ago was that?

3          PROSPECTIVE JUROR:  I would say in 2019, 2020.

4          THE COURT:  All right.  And you indicated

5   that -- first you wrote down that you were involved in a

6   lawsuit, but then you crossed it off.

7          PROSPECTIVE JUROR:  Yes, because I read the

8   question more clearly.

9          THE COURT:  So you have never been sued?

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  All right.  Thank you.

12          That's going to take us to Gregory -- we'll

13   start at the far end.

14          And how do you pronounce it?  Is it Fignole?

15          PROSPECTIVE JUROR:  Fignole.

16          THE COURT:  Fignole, all right.  Good morning.

17          PROSPECTIVE JUROR:  Good morning, sir.

18          THE COURT:  And you are a nurse practitioner?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Do you work at a hospital, a

21   clinic?

22          PROSPECTIVE JUROR:  I work at Clinica

23   Campesina, which we see -- for migrant worker, low-income

24   people in Homestead.

25          THE COURT:  How long have you worked there?

48

1           PROSPECTIVE JUROR:  Eight years.

2           THE COURT:  And your significant other is also

3   a nurse practitioner?

4           PROSPECTIVE JUROR:  She's in school.

5           THE COURT:  And you said you were on a criminal

6   jury.

7           PROSPECTIVE JUROR:  I think I may have said

8   wrong.  We were on the jury that day.  Both parties

9   argued the cases by 4:00-ish, and then they just came

10  back and said, everybody can go home.  Thank you for your

11  service.  I guess it was not...

12          THE COURT:  So they reached some kind of an

13  agreement?

14          PROSPECTIVE JUROR:  I guess.  They let

15  everybody go home about 4:00 p.m.

16          THE COURT:  On the same day that you started?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Okay.  All right.  Thank you.

19          Myra Martinez.

20          PROSPECTIVE JUROR:  Good morning.

21          THE COURT:  Good morning.  And you are not

22  working outside the home now?

23          PROSPECTIVE JUROR:  No.  I do contract work for

24  events, so it's not, like, steady.

25          THE COURT:  And what type of events do you put

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    on?

2              PROSPECTIVE JUROR:  Well, no.  Like, I work for

3    Sobe Food and Wine festivals, so I get hired to -- I get

4    contracted to work different events.

5              THE COURT:  And when you are contracted, what

6    type of work do you do at the festival?

7              PROSPECTIVE JUROR:  Like, for Sobe Food and

8    Wine, I will oversee the volunteers that come from FIU to

9    make sure that they're doing their job and instructing

10   them how to -- it's usually registration, so it's usually

11   when people are entering the event.

12             THE COURT:  And do you have prior work

13   experience or experience in hospitality?  Is that how you

14   got involved in that?

15             PROSPECTIVE JUROR:  People just like the way I

16   work.  I'm a people person, so, therefore, that's --

17   yeah, I didn't go to school for it.  It's just I worked

18   an event, and then eventually just started working more

19   events.

20             THE COURT:  Okay.  All right.  And your

21   paternal grandparents worked in a factory when they came

22   here from Cuba?

23             PROSPECTIVE JUROR:  Correct.

24             THE COURT:  What type of factory was it?

25             PROSPECTIVE JUROR:  I think it was a shoe

1    factory.  I'm not sure, but I believe it was a shoe

2    factory.

3         THE COURT:  And you said in response to the

4    question that asks about working in a business that makes

5    products on a time schedule, you say your brother works

6    making boxes.

7         PROSPECTIVE JUROR:  So I misunderstood the

8    question.  My brother is special needs, so he has a

9    special work where he works a schedule.  It's not that a

10   product needs to be done by a certain time.  So I misread

11   the question.

12        THE COURT:  That's okay.  It says you were sued

13   by somebody else over property damage.  Is that for a car

14   accident?

15        PROSPECTIVE JUROR:  No.  We're in the process

16   of suing for property damage.

17        THE COURT:  And was that a car?

18        PROSPECTIVE JUROR:  No.

19        THE COURT:  Tell me what happened.

20        PROSPECTIVE JUROR:  It's a condominium.  It's

21   family property.  The upstairs unit didn't have a permit,

22   and they broke a main water line which caused water

23   damage to the apartment.

24        THE COURT:  Don't ever tell my wife that.  I

25   have been trying to move into a condominium for years,

| | |
|---|---|
| 1 | and my wife says, if we ever move to a condominium, what |
| 2 | happens if the people above us leave the water on in |
| 3 | their tub and it comes down on our -- I'll never get to |
| 4 | go to a condo. |
| 5 | PROSPECTIVE JUROR:  Well, who we're suing is an |
| 6 | attorney. |
| 7 | THE COURT:  So that case is still pending? |
| 8 | PROSPECTIVE JUROR:  Mm-hmm. |
| 9 | THE COURT:  And have you hired a lawyer? |
| 10 | PROSPECTIVE JUROR:  Yes. |
| 11 | THE COURT:  How long ago did you file the |
| 12 | lawsuit? |
| 13 | PROSPECTIVE JUROR:  The property is under my |
| 14 | dad's name.  I live there.  It's still pending; it's been |
| 15 | about a year. |
| 16 | THE COURT:  Anything about that lawsuit that |
| 17 | would make it difficult for you to be a fair juror in |
| 18 | this case? |
| 19 | PROSPECTIVE JUROR:  No. |
| 20 | THE COURT:  Thank you. |
| 21 | PROSPECTIVE JUROR:  Thank you. |
| 22 | THE COURT:  Alina Toledo. |
| 23 | PROSPECTIVE JUROR:  Good morning. |
| 24 | THE COURT:  Good morning.  How are you? |
| 25 | PROSPECTIVE JUROR:  Good.  And you. |

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          THE COURT:  And you work as a relationship

2    banker?

3          PROSPECTIVE JUROR:  Yes.

4          THE COURT:  And how long have you been doing

5    that?

6          PROSPECTIVE JUROR:  Well, I started in '79 in

7    banking.  I have been in most of -- I started as a

8    teller, operations supervisor, assistant manager, pretty

9    much done a lot of positions in the retail section.

10          THE COURT:  Okay.

11          PROSPECTIVE JUROR:  Now a relationship banker.

12          THE COURT:  And your significant other is an

13    accountant.

14          PROSPECTIVE JUROR:  Yes.

15          THE COURT:  And do they ever testify in court?

16          PROSPECTIVE JUROR:  No.

17          THE COURT:  Do they work like in an accounting

18    company or business that has an accountant as part of it?

19          PROSPECTIVE JUROR:  No.

20          THE COURT:  Which one?

21          PROSPECTIVE JUROR:  I'm sorry.

22          THE COURT:  Do they work in an accounting

23    company?

24          PROSPECTIVE JUROR:  He works for a company,

25    accounting department.

1          THE COURT:  All right.  And you have been an

2    alternate juror in a civil case?

3          PROSPECTIVE JUROR:  Yeah, over 40 years ago.

4          THE COURT:  Was that here in Miami?

5          PROSPECTIVE JUROR:  Yes.

6          THE COURT:  And how long did the trial go on?

7          PROSPECTIVE JUROR:  I think it was for a week.

8          THE COURT:  And did you know at the beginning

9    that you were the alternate juror?

10          PROSPECTIVE JUROR:  Yes, I knew.  I mean, I

11    didn't get to deliberate.

12          THE COURT:  Right.  But did you know from the

13    very beginning --

14          PROSPECTIVE JUROR:  I don't remember.

15          THE COURT:  So when the jury went in to

16    deliberate and you couldn't go, did --

17          PROSPECTIVE JUROR:  Exactly.  That, I do

18    remember.

19          THE COURT:  Do you remember saying, Oh, I'm so

20    happy that I don't have to make a decision or, like, Oh,

21    my God, I can't believe I don't get to make a decision?

22          PROSPECTIVE JUROR:  No, I was upset not making

23    a decision.

24          THE COURT:  Okay.  All right.  You obviously

25    have experience in banking and finance.

1          PROSPECTIVE JUROR:  Right.

2          THE COURT:  So based upon the allegations in

3     this case, would you have a difficult time being a fair

4     juror to either side?

5          PROSPECTIVE JUROR:  No, I don't think so, but I

6     do have a problem.

7          THE COURT:  Okay.

8          PROSPECTIVE JUROR:  My mom is in a rehab.  I

9     took days off Wednesday, Thursday, Friday and next week

10    because I have to organize her health -- I have to call

11    the agencies, I have to get her help.  She's physically

12    disabled, so I'm not sure if I can come in.

13         THE COURT:  All right.  We'll take that into

14    consideration.

15         PROSPECTIVE JUROR:  Thank you.

16         THE COURT:  That brings us to Daniel Echeverry.

17         PROSPECTIVE JUROR:  Good morning.

18         THE COURT:  Good morning.  You work as a sous

19    chef at Coral Reef Yacht Club here in The Grove?

20         PROSPECTIVE JUROR:  Correct.

21         THE COURT:  How long have you been doing that?

22         PROSPECTIVE JUROR:  Cooking or working there.

23         THE COURT:  Both.

24         PROSPECTIVE JUROR:  Cooking, 20 years; working

25    there, eight years.

1          THE COURT:  What's your favorite meal to

2    prepare?

3          PROSPECTIVE JUROR:  We have an open menu, so we

4    just put in what they like, I guess.

5          THE COURT:  If the president of the United

6    States were coming, and they said, Hey, Daniel, make your

7    favorite meal for this guy, what would you make?

8          PROSPECTIVE JUROR:  I make him my beans,

9    Colombian beans.

10          THE COURT:  And your wife also works at the

11    same place?

12          PROSPECTIVE JUROR:  Yes, she's director of

13    membership.

14          THE COURT:  And you have been on jury duty, but

15    you were not selected?

16          PROSPECTIVE JUROR:  Correct.

17          THE COURT:  And how long did your dad work in

18    the factory in Hialeah?

19          PROSPECTIVE JUROR:  I think he did it for about

20    three years.

21          THE COURT:  And what did he do after that?

22          PROSPECTIVE JUROR:  He went to someone else.

23    The factory closed down, and I think he started working

24    at a hotel, I believe.

25          THE COURT:  All right.  Thank you.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

```
 1                Yvette Nelson, good morning.

 2                PROSPECTIVE JUROR:  Good morning.

 3                THE COURT:  You are not working now outside the

 4      home?

 5                PROSPECTIVE JUROR:  No, I'm not working, but I

 6      go to school.

 7                THE COURT:  And what are you studying?

 8                PROSPECTIVE JUROR:  Medical coding and billing.

 9                THE COURT:  Medical coding and billing.  How

10      long is that study?  Is it like a one-year program,

11      two-year program?

12                PROSPECTIVE JUROR:  Yeah, a one-year.

13                THE COURT:  One year?

14                PROSPECTIVE JUROR:  Yes.

15                THE COURT:  Did you work before you went to

16      school?

17                PROSPECTIVE JUROR:  Yes.

18                THE COURT:  What type of work did you do?

19                PROSPECTIVE JUROR:  Walgreens.

20                THE COURT:  I'm sorry?

21                PROSPECTIVE JUROR:  Walgreens.

22                THE COURT:  At Walgreens.  Okay.

23                And you have never been on a jury before?

24                PROSPECTIVE JUROR:  No.

25                THE COURT:  Okay.  Thank you, Ms. Nelson.
```

1              That brings us to Carmen --

2              PROSPECTIVE JUROR:  Good morning, your Honor.

3              THE COURT:  Carmen -- is it Wint?

4              PROSPECTIVE JUROR:  Wint, yes, your Honor.

5              THE COURT:  Good morning.  You are not working

6    now.  Are you retired?

7              PROSPECTIVE JUROR:  Yes, I retired.

8              THE COURT:  Good for you.  And what did you

9    used to do?

10             PROSPECTIVE JUROR:  A registered nurse.

11             THE COURT:  And how long have you been retired?

12             PROSPECTIVE JUROR:  Since 2021, May.

13             THE COURT:  And what do you like to do in your

14   retirement?

15             PROSPECTIVE JUROR:  I helped in the church, and

16   I wanted to do other things.  I was forced in retirement,

17   really.

18             THE COURT:  Okay.

19             PROSPECTIVE JUROR:  I see where you ask on the

20   paper if I had sued anyone, and I put no.  But yes, I am

21   in a lawsuit because I think I was forced out because of

22   ageism.

23             THE COURT:  Okay.  We'll get to that in a

24   second.

25             Okay.

```
 1            THE COURT:  So you have been on both civil and
 2   criminal juries?
 3            PROSPECTIVE JUROR:  Yes, sir.
 4            THE COURT:  Have you ever been in a trial in
 5   this building?
 6            PROSPECTIVE JUROR:  Yes, sir.
 7            THE COURT:  How long ago was that?
 8            PROSPECTIVE JUROR:  That was like 10 years ago.
 9            THE COURT:  Was that a criminal case or a civil
10   case?
11            PROSPECTIVE JUROR:  It was a civil case.
12            THE COURT:  And were you able to reach a
13   verdict?
14            PROSPECTIVE JUROR:  Yes, sir, we did.
15            THE COURT:  Okay.  So tell me about the
16   lawsuit.  Have you already filed it or you are
17   anticipating filing it?
18            PROSPECTIVE JUROR:  I filed it.
19            THE COURT:  Have you hired a lawyer to do that
20   for you?
21            PROSPECTIVE JUROR:  Yes, sir, I did.
22            THE COURT:  And is that filed in state court or
23   federal court?
24            PROSPECTIVE JUROR:  It's federal.
25            THE COURT:  And so you're suing -- is it the
```

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1  hospital system?

2           PROSPECTIVE JUROR:  Yes, sir.

3           THE COURT:  So you are a plaintiff in a civil

4  lawsuit which is going to ask a jury one day to award you

5  money for damages that you think the defendant caused

6  you.  So here we have a plaintiff who is suing a

7  defendant claiming that they're owed money by that

8  defendant.  Because you are a plaintiff -- I know it's a

9  different kind of case, but you are a plaintiff -- would

10 you have any difficulty being a fair juror in this case

11 to the defendant and the plaintiff?

12          PROSPECTIVE JUROR:  No, sir.

13          THE COURT:  All right.  You also indicated that

14 you were sued in a case relating to a credit card.

15          PROSPECTIVE JUROR:  Yes, sir.

16          THE COURT:  Was that resolved favorably to you?

17          PROSPECTIVE JUROR:  Yes, sir.

18          THE COURT:  All right.  Thank you, Ms. Wint.

19          PROSPECTIVE JUROR:  You're welcome.

20          THE COURT:  Maria Casals.

21          PROSPECTIVE JUROR:  Good morning.

22          THE COURT:  Good morning.  And you are a

23 clinical pharmacist?

24          PROSPECTIVE JUROR:  I am.

25          THE COURT:  How long have you been doing that?

1          PROSPECTIVE JUROR:  Eight years.

2          THE COURT:  And what type of business does your

3  significant other or spouse own?

4          PROSPECTIVE JUROR:  He has a rental company,

5  furniture company.

6          THE COURT:  And what type of business did you

7  work as a bookkeeper at?

8          PROSPECTIVE JUROR:  It was a store, and they

9  imported perfumes and merchandise from China.

10          THE COURT:  Is there anything about that

11  experience that would make it difficult for you to be

12  fair knowing what this case is about?

13          PROSPECTIVE JUROR:  No.

14          THE COURT:  And your husband -- some of his

15  products come from China?

16          PROSPECTIVE JUROR:  That is correct.

17          THE COURT:  So here we have a case where a

18  company in China is producing products to the plaintiff

19  in this country.  Is there anything about your husband's

20  work with the Chinese company that would make it

21  difficult for you to be fair?

22          PROSPECTIVE JUROR:  No, I don't think so.

23          THE COURT:  All right.  There was a lawsuit

24  involving your husband many years ago.

25          PROSPECTIVE JUROR:  He was a student, yeah.

1    THE COURT:  Anything about that lawsuit that
2 would make it difficult for you to be fair?
3    PROSPECTIVE JUROR:  No.
4    THE COURT:  All right.  Thank you.
5    Lourdes Vazquez.
6    PROSPECTIVE JUROR:  Morning.
7    THE COURT:  Good morning.  So you work as a
8 home health aide?
9    PROSPECTIVE JUROR:  Yes.
10    THE COURT:  How long have you been doing that?
11    PROSPECTIVE JUROR:  Sixteen years.
12    THE COURT:  And is your husband working outside
13 the home?
14    PROSPECTIVE JUROR:  No, my husband is engineer.
15    THE COURT:  Is what?
16    PROSPECTIVE JUROR:  Engineer.
17    THE COURT:  Engineer?
18    PROSPECTIVE JUROR:  Yes.
19    THE COURT:  And have you been able to
20 understand everything that's been said by everybody here?
21    PROSPECTIVE JUROR:  No.
22    THE COURT:  All right.  Thank you.
23    All right.  Alan Scott.
24    PROSPECTIVE JUROR:  Good morning.
25    THE COURT:  Supervisory park ranger, Everglades

1    National Park.  Wow, that's a great gig.

2              PROSPECTIVE JUROR:  Yeah.

3              THE COURT:  How long have you been doing that?

4              PROSPECTIVE JUROR:  About 30 years.

5              THE COURT:  Hopefully you weren't there

6    Saturday morning.  It was pouring like crazy there.

7              How many people do you supervise on a daily

8    basis there?

9              PROSPECTIVE JUROR:  I directly supervise 8

10   people and total of 50.

11             THE COURT:  And you have never been on jury

12   duty before?

13             PROSPECTIVE JUROR:  No, never selected.

14             THE COURT:  No lawsuits?

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  All right.  Thank you.

17             Michael Philome.

18             PROSPECTIVE JUROR:  Good morning, your Honor.

19             THE COURT:  Did I pronounce that correctly?

20             PROSPECTIVE JUROR:  Philome.

21             THE COURT:  Philome.  And you're not working

22   now.  Are you in school?

23             PROSPECTIVE JUROR:  No.  I took the summer off

24   to help fundraise for scholarships for the 5000 role

25   model program.  But before that, I was an executive

1    assistant for Miami Dade County Community Action Agency

2    for 10 years.

3              THE COURT:  Are you looking for a job now?

4              PROSPECTIVE JUROR:  Yes.  Once I get done with

5    this program.  We sent, I believe, 15 new students off

6    with a $5,000 scholarship this summer, so, yeah.

7              THE COURT:  Good for you.

8              You have never been on jury duty before?

9              PROSPECTIVE JUROR:  No, never been on jury

10   duty.

11             THE COURT:  Thank you, sir.

12             PROSPECTIVE JUROR:  All right.  You're welcome.

13             THE COURT:  Eveline Louis.  Is it Luis or

14   Louis?

15             PROSPECTIVE JUROR:  Louis.

16             THE COURT:  Louise, okay.  Good morning.

17             PROSPECTIVE JUROR:  Good morning, sir.

18             THE COURT:  You work at Publix?

19             PROSPECTIVE JUROR:  Publix.

20             THE COURT:  And how long have you worked there?

21             PROSPECTIVE JUROR:  Almost 11 years.

22             THE COURT:  Is your husband working now?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  What does he do?

25             PROSPECTIVE JUROR:  Same thing as me.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          THE COURT:  At Publix?

2          PROSPECTIVE JUROR:  Customer service, yes.

3          THE COURT:  You work the same shifts as him?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  In the same store?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  So you get a little break from him

8  every day?

9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  All right.  Thank you.

11          PROSPECTIVE JUROR:  Thank you, too.

12          THE COURT:  Yanitsa Jimenez.

13          PROSPECTIVE JUROR:  Good morning, your Honor.

14          THE COURT:  And you are a wealth management

15  associate at a big firm here.  And how long have you been

16  doing that?

17          PROSPECTIVE JUROR:  18-1/2 years.

18          THE COURT:  And what types of buildings does

19  the general contractor you're married to build?

20          PROSPECTIVE JUROR:  So my husband is a general

21  contractor, but his role at the company where he's at,

22  he's the general manager for a concrete and restoration

23  company.

24          THE COURT:  Okay.  And your mom studied

25  accounting in Cuba?

 1              PROSPECTIVE JUROR:  She did.

 2              THE COURT:  Did she ever work as an accountant

 3    here?

 4              PROSPECTIVE JUROR:  Not here in the United

 5    States, only because she didn't have her title.  But she

 6    did work in -- doing payroll for a factory when she

 7    migrated here from Cuba.

 8              THE COURT:  But she was not involved in, like,

 9    sending bills out or collecting?

10              PROSPECTIVE JUROR:  No, just payroll.

11              THE COURT:  And what type of factory did she

12    work in?

13              PROSPECTIVE JUROR:  I believe it was apparel;

14    it was back in the '80s.

15              THE COURT:  Was it here in Miami?

16              PROSPECTIVE JUROR:  It was in Hialeah.

17              THE COURT:  You indicated that you had been

18    involved in a previous lawsuit with a landlord and a

19    corporation?

20              PROSPECTIVE JUROR:  Correct.

21              THE COURT:  Were those two different matters?

22              PROSPECTIVE JUROR:  Two different matters.  I

23    sued a previous landlord of mine, and then the

24    corporation was also sued, a large corporation.

25              THE COURT:  Okay.  Let's start with the

```
 1    landlord.  Was that because he didn't give your deposit
 2    back or some other reason?
 3               PROSPECTIVE JUROR:  That was exactly what
 4    happened.
 5               THE COURT:  What happened when that went to
 6    court?
 7               PROSPECTIVE JUROR:  Well, the Judge -- it was
 8    in my favor.
 9               THE COURT:  Okay.  And did you have to hire a
10    lawyer or you did it on your own?
11               PROSPECTIVE JUROR:  I don't remember.  It was
12    back in, like, 2014, so I don't recall.
13               THE COURT:  Okay.
14               PROSPECTIVE JUROR:  It was a small claims
15    court.
16               THE COURT:  Okay.  And what about the
17    corporation you sued?
18               PROSPECTIVE JUROR:  Yeah, the corporation, we
19    had to hire an attorney.  It was -- mainly my husband was
20    the one involved, but I was named in the lawsuit only
21    because I was the owner of the contract.
22               THE COURT:  And what was the lawsuit about?
23               PROSPECTIVE JUROR:  It was -- it's -- I'm not
24    allowed really to talk about it, but it was between my
25    husband and a company in the energy sector.
```

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1          THE COURT:  Did it have anything to do with
2     somebody who provided products --
3          PROSPECTIVE JUROR:  No.
4          THE COURT:  -- and they didn't pay or was
5     overpaid or anything like that?
6          PROSPECTIVE JUROR:  No, no, it started with
7     criminal, and then it ended up as civil.
8          THE COURT:  Is there anything about either of
9     those lawsuits that would make it difficult for you to be
10     a fair juror in this case?
11          PROSPECTIVE JUROR:  No, your Honor.
12          THE COURT:  Thank you.
13          That brings us to Gema Martinez.
14          PROSPECTIVE JUROR:  Good morning, your Honor.
15          THE COURT:  Good morning.  Is that how you
16     pronounce your first name?
17          PROSPECTIVE JUROR:  Gema.
18          THE COURT:  Gema, okay.  And you work as
19     director in management compliance.
20          PROSPECTIVE JUROR:  Risk management and
21     compliance.
22          THE COURT:  Oh, risk management.  Okay.
23          And what does ABA Centers do.
24          PROSPECTIVE JUROR:  ABA Centers provide therapy
25     to children with autism.  But we also have a billing

1    company to collect the money from the insurance company,

2    of course.  And I am in charge for the risk management

3    and compliance for that billing company.

4              THE COURT:  Okay.  So on a daily basis, you're

5    dealing with transactions to collect money from the

6    insurance companies?

7              PROSPECTIVE JUROR:  And also to be in

8    compliance with the healthcare law, yes.

9              THE COURT:  Is there anything about the

10   allegations in this case that you think would make it

11   difficult for you to be a fair juror?

12             PROSPECTIVE JUROR:  No, of course not.

13             THE COURT:  Okay.  And you previously worked

14   for a company that did international shipping.  And did

15   any of those -- did they deal with China or other

16   countries?

17             PROSPECTIVE JUROR:  Well, all over the world.

18             THE COURT:  Okay.

19             PROSPECTIVE JUROR:  But I was in charge for

20   Latin America.  I was risk management and compliance and

21   legal for Latin.

22             THE COURT:  What years did you work there?

23             PROSPECTIVE JUROR:  The past last five years.

24             THE COURT:  All right.  Thank you.

25             PROSPECTIVE JUROR:  You're welcome.

1          THE COURT:  And finally that brings us to

2    Javier Moreno.

3          PROSPECTIVE JUROR:  Good morning.

4          THE COURT:  Good morning.  And you are in

5    computer programming?

6          PROSPECTIVE JUROR:  Correct.

7          THE COURT:  And what does ERP do?

8          PROSPECTIVE JUROR:  Enterprise Resources

9    Planning.  It's like an accounting system, financial

10   accounting system.

11         THE COURT:  Okay.  And how long have you worked

12   there?

13         PROSPECTIVE JUROR:  Eleven years.

14         THE COURT:  And your spouse or significant

15   other is an accountant?

16         PROSPECTIVE JUROR:  Correct.

17         THE COURT:  And do they work in an accounting

18   company or in a company and they do accounting within

19   that --

20         PROSPECTIVE JUROR:  He's doing accounting for a

21   company.

22         THE COURT:  Okay.  And does he ever testify in

23   court?

24         PROSPECTIVE JUROR:  No.

25         THE COURT:  Okay.

1            All right.  Thank you.  That's all the

2    questions I have.

3            PROSPECTIVE JUROR:  You're welcome.

4            THE COURT:  Folks, that's all the questions I

5    have.  I try and take a break every hour and a half so

6    that we don't stress out our bodily function.  So because

7    there's so many of you to get out and back in, then I'm

8    going to take a little bit longer than we normally take.

9    So let's take a 20-minute recess.  Everybody, look at the

10   clock over there on the wall.  Going by that clock, that

11   means we're going to come back at four minutes before

12   11:00.

13           Now, before you go, look to your left and look

14   to your right.  Remember your neighbor.  Remember where

15   you're sitting so when we come back, you can just come to

16   your seat.  We don't have to spend 20 minutes lining

17   everybody up.  So when we come back, we're going to have

18   15 minutes of questioning by each side.  And then I will

19   meet with the lawyers to go over their selections.  We'll

20   do the opening instructions, and then we'll break for

21   lunch.

22           Did you have a question?

23           PROSPECTIVE JUROR:  I work for Albizu

24   University, and this week we're currently getting audited

25   by the U.S. Department of Education.  Just to say that

1    that's the conflicting schedule I might have this week.

2         My name is Jesus Garcia.

3         THE COURT:  Let me get your -- 11.  Tell me

4    about the auditing.

5         PROSPECTIVE JUROR:  So we're getting --

6    essentially to ensure our funding for the following year

7    for the technology, essentially.

8         THE COURT:  So it's not just the school; it's

9    the actual IT division?

10        PROSPECTIVE JUROR:  Yes, it's my department

11   specifically for the Title V grants.

12        THE COURT:  And just so -- in terms of

13   scheduling, there's a chance we can finish -- I always

14   overestimate how long the trial is going to take, so six

15   days should be the maximum.  We hope we can finish this

16   week, but if we don't finish this week, I have other

17   matters I have to attend to on Monday.  So if we're in

18   trial, it's going to be these five days and then finish

19   next Tuesday.  So keep that in mind for your scheduling

20   purposes.

21        Okay.  So now -- well, we just gained two extra

22   minutes, so now we'll come back at two minutes before

23   11:00.

24        (Jury exits at 10:40 a.m.)

25        (Jury enters at 11:00 a.m.)

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          THE COURT:  Mr. Fonseca is parked in the wrong
2  garage and was trying to change parking garages during
3  the break and is not back.

4          Ms. Smith, you indicated you wanted to say
5  something about your schedule.

6          MS. SMITH:  Yes.  I have a little conflict with
7  work this week, like, Wednesday and Friday because I'm
8  responsible for all entire wedding, four hours, and this
9  was scheduled six months ago.  And this is high-class
10  hotels, so it will be very difficult for me if I have to
11  leave my clients.

12          THE COURT:  When is the wedding Wednesday?

13          MS. SMITH:  That would be the Biltmore Hotel.
14  I have the proof on my phone.

15          THE COURT:  I believe you.  What time is the
16  wedding?

17          MS. SMITH:  The wedding will be at 4:00 p.m.,
18  but I have to go early.  I have to be like 2:00 on
19  Wednesday, October 18th.  Thank you very much.

20          THE COURT:  All right.  We'll take that into
21  consideration.

22          So at this time, one attorney for each side
23  will have an opportunity to ask additional questions.
24  I'm sure they won't go over the matters we already
25  covered, but it is important that you listen to the

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    questions carefully and answer them honestly.

2            We'll hear first from Mr. Rosenthal on behalf

3    of the plaintiff.

4            MR. ROSENTHAL:  Thank you, your Honor.

5            Mr. Kukreja just stepped out to the restroom,

6    but I'll start with --

7            THE COURT:  He's here.

8            MR. ROSENTHAL:  Good morning.  This is my

9    opportunity on behalf of Circuitronix and our team to ask

10   you all some questions that help us make sure that we

11   have a jury comprised of people who can listen to the

12   evidence and render a fair verdict because the jury is in

13   charge of making that decision in this case, although

14   Judge Scola will tell us what the law is.

15           So I have a couple simple questions, really,

16   and what I'd like you to do is, if you don't mind, if you

17   want to answer the question, just raise your hand so we

18   don't have too many people talking over each other.  And

19   I encourage you to be forthcoming because what you all

20   say to us now gives us the opportunity to understand how

21   you think about cases like this.

22           So the first question is this:  Let's just say

23   you have two people -- forget about companies -- and

24   they're engaged in a transaction together.  And let's say

25   you accidentally or even for some reason, because that's

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

74

1    what you're talking about, overpay the other person.  You

2    pay more than you're supposed to pay.

3            Does anybody here by a show of hands think that

4    if you overpay that person and then you say to the

5    person, Oh, hey I need that money back.  I paid you too

6    much.  It was more than we agreed, that the person who

7    got that money does not have to return it to you?

8            Does anybody who thinks that the person who got

9    that money is hey, finders keepers, losers weepers.  You

10   don't have to return it?  So I'm assuming -- I see no

11   hands -- everybody agrees that in that situation, if you

12   got something that you weren't really entitled to, you

13   have to give it back; is that correct?

14           THE VIDEOGRAPHERS:  Yes.

15           MR. ROSENTHAL:  Does it make a difference if

16   we're not talking about two people, but we're talking

17   about two companies, because that's what we have here in

18   this case, two different companies who are engaged in a

19   lawsuit.  Does anybody think by a show of hands -- just

20   raise your hand -- if there's something, some factor

21   that's in your mind that would make you think, well, wait

22   a second.  Two companies, that's a different kind of

23   transaction.  They're more sophisticated, they're

24   businesses.

25           If one business pays more than the other one,

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    pays more than it's supposed to pay the other by the

2    contract, let's say, that the other company that gets the

3    money doesn't have to give it back?

4         Same thing, right?  Nobody is raising their

5    hand.  Everybody thinks in that situation that if one

6    company pays the other company more money than it's

7    supposed to pay under the terms of its deal, the other

8    company has to give it back; is that correct?

9         PROSPECTIVE JURORS:  Yes.

10        MR. ROSENTHAL:  Does it change in any way, in

11   your mind, if the contract that you'll learn about in the

12   case has a specific provision in it that says something

13   like we're going to deal fairly with each other and in

14   good faith, does a contract clause like that influence

15   your decision in any way?  Does it make it more likely in

16   your mind that the company that receives the money has to

17   pay it back to the other company?

18        PROSPECTIVE JURORS:  Yes.

19        MR. ROSENTHAL:  Can anybody explain why, in

20   their view, that is the case?

21        PROSPECTIVE JUROR:  When you guys decided to

22   make business together with agreements and contracts, and

23   the only way to make good business is by acting in good

24   will.  I have worked in businesses like that, and

25   sometimes we receive more money than usual by accident.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    When I used to work in import, obviously we would tell

2    them, hey, you sent us more money.  Either we can give

3    you a credit for next purchase or we can send it back.

4    That's how we do it, you know.

5          MR. ROSENTHAL:  Did you ever have a situation

6    where that happened and the other company that paid it

7    was the first one to recognize it?  Instead of you being

8    honest and saying, you guys gave us too much money, the

9    other company said, hey, you know, we just realized we

10    sent two payments instead of one.  Then they tell you

11    that?

12          PROSPECTIVE JUROR: Yes.

13          MR. ROSENTHAL:  How did your company handle

14    that?

15          PROSPECTIVE JUROR: They're a frequent buyer.

16    It was easier for us to give them credit for the next

17    purchase.

18          MR. ROSENTHAL:  Because there was a lot of

19    business --

20          PROSPECTIVE JUROR:  Yeah.  It was like back and

21    forth.  They would send us money on a regular basis, so

22    it wasn't that big a deal they'd send a little bit extra

23    because they would use it anyways.  They got credit for

24    it.

25          MR. ROSENTHAL:  Let me ask you about that

1  because if you're dealing with a case -- I don't mean to

2  turn my back to the folks in the back.  There's two

3  companies that are doing a lot of business together, like

4  the example you're saying, and a situation happens where

5  the money is not exactly what the contract says.  It's

6  more.  One side says, I paid you more.  And then a

7  discussion happens.

8          Where there's ongoing business like that, does

9  anybody here think it's wrong to just say, okay, wait.

10  We're doing a lot of business together.  We'll deal with

11  it later?  Does anybody think that's a problem?

12          Okay.  Does anybody think that it's something

13  that should be kept track of, even though you'll deal

14  with it later?

15          PROSPECTIVE JURORS:  Yes.

16          MR. ROSENTHAL:  Does anybody think it would be

17  a problem if you don't keep close track of that?

18          PROSPECTIVE JURORS: Yes.

19          MR. ROSENTHAL:  Right.  It makes sense.

20          So let me ask a different set of questions.

21          THE COURT:  That was Mr. Saumell who was

22  answering before.

23          MR. MAZZOLA:  I didn't hear that.

24          THE COURT:  That was Mr. Saumell who had

25  answered, so he can be identified for the court reporter.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

78

1           MR. ROSENTHAL:  Juror Number 2.  Thank you,

2    Mr. Saumell.

3           PROSPECTIVE JUROR:  I had to move my car.

4           THE COURT:  Don't worry about it.  Driving

5    downtown is not easy.

6           MR. ROSENTHAL:  So, your Honor, I don't know if

7    you want to summarize the sense --

8           THE COURT:  I don't want to summarize anything.

9           MR. ROSENTHAL:  No problem, sir.  I understand.

10          So just because you missed a couple minutes of

11   conversation, I'll try to be real quick.  This is our

12   opportunity to ask some questions of the jury to make

13   sure that everyone is approaching this with an open mind

14   and without bias and fair.

15          And so the question that I asked essentially

16   was -- of everyone else, and I'll really quickly do it

17   for your benefit, is if you had a situation where someone

18   overpaid you in a personal transaction, do you think it

19   would be okay if you received that money to not give it

20   back to the other person?

21          PROSPECTIVE JUROR:  That's wrong.

22          MR. ROSENTHAL:  You think that's wrong?

23          Does it change your mind -- I know if I recall

24   correctly, you've been involved in import-export business

25   and have significant experience as a businessman.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1              If there's two companies involved instead of

2    two people, is it still wrong?

3              PROSPECTIVE JUROR:  Of course.

4              MR. ROSENTHAL:  If there is a provision in the

5    contract that tells you what you have to do, that's

6    important, in your mind, as far as what you have to do?

7              PROSPECTIVE JUROR:  It's irrelevant.

8              MR. ROSENTHAL:  It's irrelevant.  You're saying

9    that if you receive more than what you are entitled to,

10   it doesn't matter what the contract says?

11             PROSPECTIVE JUROR:  Return it.

12             MR. ROSENTHAL:  Give it back.  So now you're

13   caught up.  You didn't miss much.

14             So the other set of questions I want to ask you

15   all is concerning the idea of a late fee.  We all are

16   used to, especially post-COVID in the economy where we

17   order things online.  A lot of people order things

18   through apps and everything like that.  And a lot of

19   companies that sell things to us promise that if their

20   delivery is late, you'll get a discount.  Maybe you get

21   the next one 10 percent off.  Maybe you get that one

22   free, depends on the company.

23             Does anybody think that if you order something

24   from a company and they sell it to you in this

25   transaction and they say, We have a discount structure if

| | |
|---|---|
| 1 | we deliver late that if they deliver late, you're not |
| 2 | entitled to ask for the discount?  If you -- raise your |
| 3 | hand.  Do you think you're not entitled to ask for a |
| 4 | discount? |
| 5 | If they deliver late and that's the deal, raise |
| 6 | your hand, please, if you think you should be entitled to |
| 7 | get the discount. |
| 8 | Does anybody -- do you not think you should get |
| 9 | the discount?  You didn't raise your hand. |
| 10 | PROSPECTIVE JUROR:  Of course. |
| 11 | MR. ROSENTHAL:  Sorry, I'm speaking to Juror |
| 12 | No. 3. |
| 13 | PROSPECTIVE JUROR:  If they agree to pay, if |
| 14 | their delivery come late, of course they have to return. |
| 15 | MR. ROSENTHAL:  They have to give you the |
| 16 | discount they promised? |
| 17 | PROSPECTIVE JUROR:  Right. |
| 18 | MR. ROSENTHAL:  Same question again.  I think |
| 19 | everybody agrees.  And just let me know if you don't |
| 20 | agree. |
| 21 | What, again, if it's two different companies |
| 22 | this time.  It's not you as an individual ordering |
| 23 | something from a company, like Domino's Pizza, |
| 24 | Amazon -- Amazon's never late.  They get it there before |
| 25 | you even hang up.  They actually have a discount program |

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    if they're late.

2            What if it's two companies?  If Company A

3    promises Company B because it's part of their business

4    that they're going to deliver on time, because Company B

5    needs to get what Company A is selling them to do

6    something with it, whether it's exporting it to Latin

7    America like some of you have talked about, your own

8    experience or otherwise, does that change your view?

9    Does the company that promised to deliver on time, and if

10   it doesn't, will give the company selling to a discount,

11   does the company who gets something late have the right

12   to demand of that other company the discount?

13           PROSPECTIVE JURORS:  Yes.

14           MR. ROSENTHAL:  Does anybody feel differently?

15   Can you think of a situation?

16           Yes, sir.

17           PROSPECTIVE JUROR:  That would be concerning

18   the order -- on the purchase order from the buyer, was

19   any of those specified, or is there any agreement prior

20   to the shipment in which you accepted that you will not

21   penalize for being late.

22           MR. ROSENTHAL:  That's an excellent question,

23   right, coming from the perspective of somebody who's

24   worked in business.

25           PROSPECTIVE JUROR:  Correct.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1            MR. ROSENTHAL:  Let's say, to use your example,

2    that there is an agreement between the two companies that

3    says here's the deal:  You have X number of days to

4    deliver, and if you don't deliver it by X number of days,

5    you're going to have a late fee, a penalty because we

6    need to get it on time.

7            So in that situation, would you feel, sir, that

8    if the company that delivers it late violates the terms

9    of the purchase order or the agreement that you were

10    referring to, that that company would have to pay what it

11    promised to do, the late fee?

12            PROSPECTIVE JUROR:  That's abridgement of the

13    agreement.

14            MR. ROSENTHAL:  An abridgement, like a breach

15    of the agreement, you're saying?

16            PROSPECTIVE JUROR:  That is correct.

17            MR. ROSENTHAL:  Okay.  Let's say that happens,

18    hypothetically.  At that point if they're supposed to

19    offer a discount, but to use the example that

20    Mr. Saumell, I think it was, mentioned, you're doing a

21    lot of business with that company, what do you do with

22    that discount?  Does anybody believe that that discount

23    should be ignored or that it should be tracked and

24    applied in the future as a credit to other moneys that

25    you would owe?

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          Do you follow what I am saying?  Does anybody

2   think that it should not be a credit against future

3   business?

4          (No response.)

5          MR. ROSENTHAL:  Does everybody basically agree

6   that if -- oh, I'm sorry, you're raising your hand.

7          PROSPECTIVE JUROR:  That was a credit memo

8   applied to the general ledger.

9          MR. ROSENTHAL:  Was the what applied?

10         PROSPECTIVE JUROR:  A credit memo.

11         MR. ROSENTHAL:  A credit memo.

12         PROSPECTIVE JUROR:  If you are late and there

13  was an agreement, did the seller issue a credit memo?

14  Question.

15         MR. ROSENTHAL:  We're going to talk in general

16  here, right, because we're just trying to understand what

17  people's feelings are about this.  So to you, it would be

18  important if the company that received products late said

19  to the company that sold it late, send them some memo and

20  saying, hey, these were late?

21         PROSPECTIVE JUROR:  Correct.

22         MR. ROSENTHAL:  So it's documented.

23         PROSPECTIVE JUROR:  Correct.

24         MR. ROSENTHAL:  Does anybody think that's

25  important to document business transactions?

1          PROSPECTIVE JURORS: Yes.

2          MR. ROSENTHAL:  I know it sounds obvious.  Does

3    anybody think it's not important in business?  You can

4    just say it and people will remember and no big deal?

5          (No response.)

6          MR. ROSENTHAL:  Okay.  Silence because it's

7    important to document transactions, right, so that people

8    can keep track and remember. Does anybody disagree with

9    that?

10          I'm sensitive, Judge, to the time that you've

11    allotted me.  I'm probably up against the limit.

12          Two minutes?  Okay.

13          Based upon the questions I've asked about

14    overpayments and returning moneys that you're not

15    entitled to and the questions about discounts for late

16    fees and making sure that you get credit for those, does

17    anybody have any questions of me about something they've

18    thought of about these kind of categories that might

19    affect the way you could sit as a juror impartially and

20    judge fairly between these two companies in this case?

21          (No response.)

22          MR. ROSENTHAL:  Okay.  Thank you very much for

23    your time.

24          THE COURT:  Thank you.  Make sure you turn off

25    your microphone.

1          And, Mr. Mazzola, make sure yours is on.  And

2     we'll hear from Mr. Mazzola on behalf of the defense.

3          MR. MAZZOLA:  Thank you, Mr. Rosenthal.

4          Good morning, ladies and gentlemen of the jury.

5     You know, and it's not really fair to Stephen because he

6     gets to go first like this, and so he covers a lot of

7     ground that I would want to cover.  But it's really

8     important that he does that because what we're all

9     looking for -- and Mr. Rosenthal did say this -- is we

10    want you to listen carefully and judge the facts, judge

11    the facts.

12         Does everyone understand that you people, the

13    group of you and whoever the jury is going to be is the

14    sole judge of the facts?  This is the judge.  He decides

15    the law.  He will rule on objections.  He'll call balls

16    and strikes almost like an umpire does, but you all

17    review the facts.

18         By a show of hands, does everyone agree that?

19         And here is another question.  I love asking

20    this question.  Sometimes I think it's helpful; sometimes

21    I don't think it is.  But anyone ever hear this saying:

22    Where there's smoke, there's fire?  Anybody ever hear

23    that, by a show of hands?

24         Jean Claude, what does that mean to you?

25         PROSPECTIVE JUROR:  Where there's smoke,

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    there's fire.

2            MR. MAZZOLA:  What is that saying, where

3    there's smoke, there's fire?  I know it's a simple thing;

4    where you see smoke, you can assume there's a fire.

5            PROSPECTIVE JUROR:  It's like when you have an

6    agreement or stuff like that.

7            MR. MAZZOLA:  How about this, Jean Claude?

8    Could there be a situation where all you see is smoke,

9    but you don't see the fire?  Could that happen?

10            PROSPECTIVE JUROR:  Definitely fire.

11            MR. MAZZOLA:  Does everyone agree that, that

12    you could see smoke, but you don't see the fire?  You

13    agree that?  So everyone agrees in that situation, you're

14    seeing smoke, but you're not seeing the whole picture,

15    right?

16            What about this thought?  Who likes true crime?

17    Anyone a true crime fan?  No one?  Mysteries?

18            Do you like mysteries?

19            What's your favorite show?

20            PROSPECTIVE JUROR:  Well, I mostly watch true

21    crime podcasts.

22            MR. MAZZOLA:  Have you ever had that experience

23    where you watch a mystery or something -- and by a show

24    of hands if anyone's had this experience.  You watch a

25    mystery movie or a TV show, and it goes on and on for

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

| | |
|---|---|
| 1 | about three hours, two hours, whatever it may be.  And |
| 2 | then the detective at the end tells you who done it. |
| 3 | That ever happen to anyone?  We've all had that |
| 4 | experience, right?  But you also ever had the experience |
| 5 | where the detective has to put all the pieces together, |
| 6 | and then at the end you have an ah-ha moment.  That's how |
| 7 | the crime happened?  Has that ever happened? |
| 8 | Ms. Chapman, you've seen that before, right? |
| 9 | PROSPECTIVE JUROR:  Yes. |
| 10 | MR. MAZZOLA:  Anyone else ever seen that in |
| 11 | movies? |
| 12 | PROSPECTIVE JURORS:  Yes. |
| 13 | MR. MAZZOLA:  It's the guy who played James |
| 14 | Bond, and he's done these movies and he's the detective. |
| 15 | He's got the Southern accent.  Anyone ever see those |
| 16 | movies?  You know the ones I'm talking about?  Anyone? |
| 17 | PROSPECTIVE JUROR:  Daniel Craig. |
| 18 | MR. MAZZOLA:  Yes, Daniel Craig.  Have you seen |
| 19 | his movies where he plays the detective? |
| 20 | PROSPECTIVE JUROR:  "Knives Out"? |
| 21 | MR. MAZZOLA:  Yes.  Do you remember at the end |
| 22 | of "Knives Out," how you don't know who the bad guy is, |
| 23 | and so the Daniel Craig character puts it all together? |
| 24 | Do you remember that? |
| 25 | PROSPECTIVE JUROR:  I had my suspicions. |

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          MR. MAZZOLA:  You had your suspicions.  So when

2    people are watching those movies, do they have their

3    suspicions?  Do they?

4          You guys back there, do you have those

5    suspicions?

6          (No response.)

7          MR. MAZZOLA:  You know how that works?  How you

8    look at little points of light and little clues that get

9    dropped throughout the case, right?

10         What do people in the room think about -- let

11   me ask this way.  By a show of hands in this room, who

12   likes people that don't tell the truth?

13         No one put their hands up, right?

14         Let me ask this next question.  Who likes

15   people that don't tell the truth in a courtroom?

16         Even fewer hands.

17         So one of the things that a jury gets to do is

18   a jury gets to judge the credibility of the witnesses.

19   By a show of hands, who thinks that they are good at

20   listening, watching, and judging the credibility of

21   people?  By a show of hands, who thinks that?

22         A fair group, right?  Because we have all had

23   experiences in our life, right?  We can tell a lie when

24   we see one.

25         Ms. Wint, Hi, Ms. Wint.

1           THE COURT:  Can somebody give her the

2   microphone?

3           MR. MAZZOLA:  Ms. Wint, do you think you're

4   good at judging a liar?

5           PROSPECTIVE JUROR WINT:  Please repeat.

6           MR. MAZZOLA:  Do you think you're good at

7   telling if someone is lying?

8           PROSPECTIVE JUROR WINT:  I think so.

9           MR. MAZZOLA:  Tell me what you try to look at

10  when you try to judge if someone's lying.

11          PROSPECTIVE JUROR WINT:  I listen intently and

12  I look in the eyes and the demeanor.

13          MR. MAZZOLA:  And how they answer questions,

14  right?

15          PROSPECTIVE JUROR WINT:  Yes.

16          MR. MAZZOLA:  So if they sound shifty and

17  shady, what does that tell you?

18          PROSPECTIVE JUROR WINT:  I don't understand

19  shifty and shady.

20          MR. MAZZOLA:  Does anyone else understand that?

21          PROSPECTIVE JUROR WINT:  No.  You're talking to

22  me, and you're speaking to me.  I am looking at you.  I

23  can tell if you are being -- if you are forthcoming or

24  you're hiding things.  Basically, that's what -- I look

25  at the person.  You're talking to me.  You're looking

1  down, you're looking away or you're thinking.  Then I

2  know if I'm telling the truth, listen, it's only one way

3  it is the truth.

4       So there's no way you turn it that I'm going to

5  change my answer because I'm telling the truth.  But if

6  I'm looking away and looking down or thinking, oh, let me

7  think about this, no.

8       MR. MAZZOLA:  Anyone heard it put this way:

9  Telling the truth is the easiest thing to do because you

10 don't have to remember anything?  Anyone hear it put that

11 way?

12      You have.  What does that mean to you?

13      This is Ms. Montero, right?

14      PROSPECTIVE JUROR:  Ms. Perez.

15      MR. MAZZOLA:  Oh, I beg your pardon, Ms. Perez,

16 sorry.

17      We were talking about telling the truth is the

18 easiest thing to do because you don't have to remember

19 anything.

20      PROSPECTIVE JUROR PEREZ:  Yes, that's correct,

21 because you don't have to lie or to keep inventing things

22 to cover one lie and then another and then another.  And

23 at some point you will forget a detail and everything

24 will be discovered.

25      MR. MAZZOLA:  So once you get yourself into a

1   lie or a fib, you just have to keep covering up.

2          Everyone agree that's what happens with people

3   that don't tell the truth sometimes?

4          PROSPECTIVE JURORS:  Yes.

5          MR. MAZZOLA:  What do people think about -- I

6   don't know how to say this -- people that like to control

7   everything?  Anyone have any thoughts about that?

8          Mr. De La O, what do you think about that?

9          PROSPECTIVE JUROR:  Perhaps it could show a

10  level of insecurity.

11         MR. MAZZOLA:  And I think you were in the

12  accounting business, right?

13         PROSPECTIVE JUROR:  No, my wife.

14         MR. MAZZOLA:  Your wife is in the accounting

15  business.  From an accounting perspective, if you have a

16  view on this, anyone that's involved in bookkeeping and

17  accounting, what are your thoughts on people that are

18  always -- like control freak in the business world?

19         Do you have any thoughts on that?

20         PROSPECTIVE JUROR:  Not necessarily other than

21  perhaps they don't trust others, and it's only their way

22  type of thing.

23         MR. MAZZOLA:  They don't trust others and it's

24  only their way.

25         PROSPECTIVE JUROR:  It's only their way.  They

92

| | |
|---|---|
| 1 | don't value other people's judgments or opinions. |
| 2 | MR. MAZZOLA:  Mr. Saumell, right? |
| 3 | PROSPECTIVE JUROR:  Yes. |
| 4 | MR. MAZZOLA:  What do you think about that?  In |
| 5 | the business world, people that are control freaks.  What |
| 6 | do you think about people like that? |
| 7 | PROSPECTIVE JUROR:  They usually don't have |
| 8 | much trust for the people they deal with or much trust in |
| 9 | what other people do, so they have to do it all |
| 10 | themselves.  And it usually leads to a lot of issues in |
| 11 | business. |
| 12 | MR. MAZZOLA:  Anyone ever -- anyone have the |
| 13 | thought that a person who is a control freak might be |
| 14 | hiding something?  Anyone think that? |
| 15 | (No response.) |
| 16 | MR. MAZZOLA:  What do you think? |
| 17 | PROSPECTIVE JUROR:  I have had that experience, |
| 18 | yes. |
| 19 | MR. MAZZOLA:  Can you tell us about that |
| 20 | experience? |
| 21 | PROSPECTIVE JUROR:  I had a manager who was |
| 22 | very controlling, and then he ended up doing a lot of bad |
| 23 | things with the company.  So just seeing that, I was -- |
| 24 | seeing his character before I knew about that, it didn't |
| 25 | surprise me when I heard about what he had done. |

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    MR. MAZZOLA: What kind of bad things was he

2    doing with the company?

3    PROSPECTIVE JUROR: I think he has allegations

4    for wire fraud; so very serious crimes.

5    MR. MAZZOLA: And what was your manager doing?

6    PROSPECTIVE JUROR: He was setting up payment

7    accounts to other -- so he would get the money from the

8    companies, and then he would pay our company at a lower

9    price so he could pocket whatever the difference was.

10   Very controlling.

11   MR. MAZZOLA: Anyone in this group -- I'm sorry

12   we have to talk to two groups. Anyone have any thoughts

13   on control freak type of people in business? Any

14   thoughts?

15   No thoughts?

16   (No response.)

17   MR. MAZZOLA: Sometimes if you're in school,

18   you don't want to raise your hand. And I'm going to ask

19   this gentleman over here at the end.

20   Do you have any thoughts about that?

21   PROSPECTIVE JUROR: I mean, it's 50/50 for me

22   because sometimes people that have been in business for a

23   long time have a particular way of doing things, and so

24   that's what they impress upon their employees. It

25   doesn't necessarily mean that it's control freak and it's

1    wrong.  It's just what has worked for them in the past.

2    But people who stifle innovation through control freak,

3    micromanaging, yes, it could be an indicator of problems

4    coming along the way.

5              THE COURT:  You have one more minute.

6              MR. MAZZOLA:  With my one minute, does everyone

7    promise that they will listen carefully to all the facts

8    and of course listen to the Judge?

9              By a show of hands, everyone promises to do

10   that?

11             One last question.  Does everyone -- if

12   someone -- if you determine someone is not telling the

13   truth, by a show of hands, will you hold that against

14   them if they're not telling the truth in this courtroom?

15   By a show of hands, if someone is not telling the truth

16   in this courtroom, will you hold that against them.

17             Okay.  Thank you.

18             THE COURT:  All right.  Thank you.

19             Members of the jury, prospective jury, I'm

20   going to meet with the attorneys outside of your presence

21   to go over their selections.  So I'm going to excuse you

22   now until 10 minutes to 12:00.  So if you want to go out

23   in the hallway, you may.  When you come back, if you have

24   not been selected, we'll send you down to the 5th floor

25   and they will give you further instructions.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1         If you have been selected, I'm going to give

2    you the opening jury instructions.  We will take about

3    10 minutes and then we'll break for lunch.  So whether

4    you are selected or not, you're going to be going to

5    lunch right around noon.  So we'll see all of the

6    prospective jurors at 10 minutes to 12:00.

7              (Jury exits at 11:33 a.m.)

8              THE COURT:  Please be seated.  We are here in

9    open court outside the presence of the prospective

10   jurors, but the parties and the attorneys are here.  So

11   we're going to go forward with the jury selection

12   process.  Each side has three peremptory challenges.  The

13   plaintiff will go first on all odd-numbered jurors, and

14   the defendant will go first on all even-numbered jurors.

15   I do not allow back-striking.

16             MR. MAZZOLA:  Let me just clarify something.

17             THE COURT:  Clarify?

18             MR. MAZZOLA:  No back-striking, which I

19   understand.

20             THE COURT:  Yes.

21             MR. MAZZOLA:  He goes first on odds.

22             THE COURT:  Yep.

23             MR. MAZZOLA: I go on evens second.

24             THE COURT:  Yes.

25             MR. MAZZOLA:  Do we make our cause strikes now

1    or we just want peremptories now?

2            THE COURT:  We will do causes as we get to the

3    jurors.

4            MR. MAZZOLA:  Okay.  Great.

5            MR. ROSENTHAL:  Does that mean if I go first,

6    he gets the ball on the second half to start?

7            THE COURT:  No.

8            MR. MAZZOLA:  So he's going to go.  He's going

9    to address Ms. Morrison, Judge.

10            THE COURT:  Correct.  He'll go first and you'll

11    go first on Mr. Saumell.

12            MR. MAZZOLA:  Okay.

13            THE COURT:  Not that hard.

14            MR. MAZZOLA:  It's not that hard, Judge.

15            THE COURT:  Jury No. 1, Gail Morrison Pinon.

16            MR. ROSENTHAL:  No objection from the

17    plaintiff, your Honor.

18            MR. MAZZOLA:  Judge, we think there is a cause

19    objection for Ms. Morrison.  I know you did explore it,

20    your Honor, but I think there is a significant concern

21    that it sounds that -- she may not be now, but at some

22    point she was a family friend of yours.  It sounded like

23    your children went to school together.

24            THE COURT:  So let me just say, if you need

25    clarification, let me first -- our kids went to school

1   together from nursery through 6th grade.  I did not

2   recognize her.  I did, when our kids were little, know

3   her husband, but I have not spoken to either one of them,

4   and my son is now 29 years old.

5           So I haven't seen either one of them in -- when

6   you're in 6th grade, how old are you?  11?  And I was not

7   close friends with them.  I have never socialized with

8   them.  I went on a trip to Williamsburg, Virginia, and I

9   was one of the parents and Dr. Pinon was one of the other

10  parents.  Ms. Pinon was not there.  That was when they

11  were in 5th grade.

12          I'm going to deny the challenge for cause.

13          MR. MAZZOLA:  Okay, Judge.

14          That's a juror, Judge.

15          THE COURT:  You accept her?

16          MR. MAZZOLA:  We'll accept her.

17          THE COURT:  So Ms. Pinon is Juror No. 1.

18          Juror No. 2, Emiliano Saumell.  Defense?

19          MR. MAZZOLA:  We accept.  Yes, we accept,

20  Judge.

21          MR. ROSENTHAL:  And no objection from the

22  plaintiff either.  This is No. 2 we're talking about,

23  correct?

24          THE COURT:  Correct.

25          MR. ROSENTHAL:  Yes.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          THE COURT:  It is Juror No. 2.

2          Juror No. 3, Shahid Mahmood.  Any objection

3     excusing him for cause?

4          MR. ROSENTHAL:  No, we agree with that,

5     especially because we have a lot of documents in this

6     case.  If he has a visual problem, that would be an

7     issue, I think.

8          MR. MAZZOLA:  I object to excusing him for

9     cause, Judge.

10          THE COURT:  Okay.

11          MR. MAZZOLA:  I don't see any inability about a

12    juror with an alleged handicap.  He says he can see.

13    He's an Uber driver.

14          THE COURT:  First of all, I'm not excusing

15    because he has a disability.  I am excusing him because

16    he expressed his own ill-ability to serve, and it seems

17    like a bizarre excuse.  If you can't see well enough to

18    be an Uber driver, I don't know what would happen in

19    court.  To me, either he has some real disability that he

20    himself thinks is going to prevent him from really

21    participating meaningfully in a case or he's making

22    something up because he doesn't want to be here.  So

23    either way, I'm excusing him for cause.

24          MR. MAZZOLA:  I object to that, Judge.  My

25    observations of him were that he was attentive.  He

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    listened carefully.  He responded, although maybe perhaps

2    with not audible responses, but you can see him nodding

3    his head and reacting.  So I object to the cause.  I

4    don't see it, Judge.

5            THE COURT:  All right.  Juror No. 4, Ewa Smith.

6    Any objection excusing her for cause since her wedding,

7    she has to leave at 2:00 Wednesday?

8            MR. MAZZOLA:  This is the lady who's got a

9    wedding?  There's no objection, Judge.

10           MR. ROSENTHAL:  Neither with us your Honor.

11           THE COURT:  We'll excuse her for cause.

12           Juror No. 5, Jean Claude Dorcin.

13           MR. ROSENTHAL:  Acceptable to the plaintiff.

14           MR. MAZZOLA:  Acceptable to the defendant,

15   Judge.

16           THE COURT:  So he's Juror No. 3.

17           That brings us to Juror No. 6, Sarah Chapman.

18   Defense?

19           MR. MAZZOLA:  My turn.  One second, your Honor.

20           MR. ROSENTHAL:  Your Honor, can I ask just a

21   point of clarification?  How many jurors are you picking

22   including alternates?  I don't know the answer to that.

23           THE COURT:  I was going to pick -- Well,

24   there's no alternate jurors in federal court.  They're

25   extra jurors, so if they're still here at the end, they

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    deliberate.  So because we're going to next week and

2    because my experience is 90 percent of the trials, as

3    soon as somebody is on the jury, at least one of them is

4    like, oh, I can't be here.  So I was going to say nine

5    just to make sure we have enough.  I'm sure you don't

6    want to do this a second time.

7              Juror No. 6.

8              MR. MAZZOLA:  Juror No. 6 is acceptable to the

9    defendants.

10             MR. ROSENTHAL:  To the plaintiff as well.

11             THE COURT:  So she's Juror No. 4.

12             That brings us to Jose De La O, No. 7.

13             MR. ROSENTHAL:  Yes, acceptable to plaintiff --

14   wait, I'm sorry.  May I confer?

15             THE COURT:  Yeah.

16             MR. ROSENTHAL:  Your Honor, we will exercise a

17   strike on that juror, No. 7, peremptory.

18             THE COURT:  That's the plaintiff's first

19   peremptory.  That brings us to Juror No. 8, Damaris Luna.

20   Defense?

21             MR. MAZZOLA:  One second, Judge.  Just checking

22   my chart here, your Honor.

23             Juror No. 8 is acceptable to the defendant.

24             MR. ROSENTHAL:  To the plaintiff as well,

25   your Honor, unless the Court has any concern about that,

101

1    but -- given that she's a court employee in another

2    court.

3         THE COURT:  Not at all.  So she's Juror No. 5.

4    That takes us to Valeria Cardoza, No. 9.  Plaintiff?

5         MR. ROSENTHAL:  Acceptable to the plaintiff,

6    your Honor.

7         MR. MAZZOLA:  Juror No. 9 is acceptable to the

8    defendants, Judge.

9         THE COURT:  So she's Juror No. 6.  All right.

10        Juror No. 10, Rose Weintraub.

11        MR. MAZZOLA:  My turn.  Judge, we're going to

12   exercise defendant's first peremptory challenge on

13   Ms. Weintraub.

14        THE COURT:  Okay.  That takes us to Nicolas

15   Garcia.  Any objection to excusing him for cause because

16   of the audit his department is undergoing this week?

17        MR. ROSENTHAL:  No, not for the plaintiff.

18        MR. MAZZOLA:  Judge, there's no objection to

19   that.

20        THE COURT:  Excuse him for cause.  Mr. Garcia.

21        That brings us to Anna Lourdes Morales, No. 12.

22        MR. MAZZOLA:  That's Ms. Rales [sic]?

23        THE COURT:  Well, it says Rales, but it's

24   Morales.  It just didn't print out correctly.

25        MR. ROSENTHAL:  Your Honor, are you waiting for

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

 1   us?

 2          THE COURT:  Defense.  No. 12.

 3          MR. MAZZOLA:  Ms. Morales is acceptable to the

 4   defendants.

 5          MR. ROSENTHAL:  Likewise to plaintiff.

 6          THE COURT:  So she's No. 7.

 7          No. 13, Vanessa Montero.  Plaintiff?

 8          MR. ROSENTHAL:  Yes, your Honor, acceptable to

 9   the plaintiff.

10          MR. MAZZOLA:  One second, Judge.

11          The defendant is going to exercise our second

12   peremptory challenge, Judge, on Ms. Montero.

13          Did I get this right?  13.

14          THE COURT:  Okay.  That brings us to Oscar

15   Fonseca.  Defense?  No. 14.

16          I'll give you each two additional peremptories

17   because we're kind of in the alternate, slash, extra

18   jurors.

19          MR. MAZZOLA:  An extra two so that means

20   Mr. Rosenthal has --

21          MR. ROSENTHAL:  We had two, so now we have

22   four.

23          MR. MAZZOLA:  I had two, so now I have --

24          THE COURT:  You have 3.

25          MR. MAZZOLA:  Three, okay.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          Juror No. 14, Mr. Fonseca, is acceptable to the

2     defendants.

3          MR. ROSENTHAL:  Acceptable to plaintiff as

4     well.

5          THE COURT:  So he's Juror No. 8.

6          MR. ROSENTHAL:  So are you just picking one

7     more, your Honor?

8          THE COURT:  Yeah, one more.

9          Juror No. 15, Ms. Egana.  Any objection

10    excusing her for cause based on her bias against Chinese

11    companies?

12         MR. ROSENTHAL:  No, your Honor.

13         MR. MAZZOLA:  No objection, Judge.

14         THE COURT:  All right.  That brings us to Juror

15    No. 16, Brian Hernandez.

16         MR. MAZZOLA:  One second, Judge.  I finally

17    figured out that I am the even numbers.

18         MR. ROSENTHAL:  It's a good thing he's the

19    defendant in the case.  He gets to go second.

20         MR. MAZZOLA:  A little slow in the uptake

21    sometimes.

22         We're going to exercise a peremptory challenge.

23    It seems to be the third peremptory challenge.

24         THE COURT:  That takes us to No. 17, Gregory

25    Fignole.  Plaintiff?

1          MR. ROSENTHAL:  Yeah, if you can give me one

2     moment, your Honor.

3          THE COURT:  All right.  Plaintiff?

4          MR. ROSENTHAL:  He's acceptable your Honor, to

5     the plaintiff.

6          THE COURT:  All right.  Defense?

7          MR. MAZZOLA:  Juror No. 17, Mr. Fignole, is

8     acceptable to the defendants.

9          THE COURT:  So he's Juror No. 9.

10         So we have Juror No. 1, Ms. Morrison Pinon;

11    Juror No. 2, Mr. Saumell; Juror No. 5, Mr. Dorcin; Juror

12    No, 6, Ms. Chapman; Juror No. 8, Ms. Luna; Juror No. 9,

13    Ms. Cardoza; Juror No. 12, Ms. Morales; Juror No. 14,

14    Mr. Fonseca; and Juror No. 17, Mr. Fignole.

15         Okay.  So, Alex, when you bring them in, just

16    have them fill in the bar here and have then sit down.

17    Bring everybody in and have them fill in this, and then

18    I'm going to call their names out in reverse order, 9, 8,

19    7, 6.

20         (Jury enters at 11:56 a.m.)

21         THE COURT:  Folks, if I call your name, I need

22    you to have a seat in the jury box.  Mr. Rodriguez and/or

23    Mr. Jenkins will tell you where to sit.

24         Gregory Fignole, Oscar Fonseca, Anna Morales,

25    Valeria Cardoza, Damaris Luna, Sarah Chapman, Jean Claude

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1   Dorcin, Emiliano Saumell, and Gail Morrison Pinon.

2          If your name was not called, I'm going to

3   excuse you from anything further on this case.  You need

4   to report back downstairs to the 5th floor, and they'll

5   give you any further instructions.  On behalf of all of

6   us who participated, I want to thank you for the time you

7   gave us this morning, and with our thanks, you're free to

8   go.

9          Mr. Rodriguez, will you please swear in the

10  jury.

11          COURTROOM DEPUTY:  Yes, your Honor.

12          (Jury panel sworn. )

13          THE COURT:  All right.  Thank you.  Please be

14  seated.

15          All right.  Members of the Jury, you have now

16  been selected and sworn as the jury in this case, and I

17  need to explain some basic principles to you about a

18  civil trial and your duty as jurors.  These are the

19  preliminary instructions, and I will give you more

20  detailed instructions at the end of the trial.

21          It is your duty to listen to the evidence,

22  decide what happened, and apply the law to the facts.  It

23  is my job to provide you with the law that you must

24  apply, and you must follow the law even if you disagree

25  with it.

106

1        While I decide all questions of law and

2   procedure that may arise during the trial, nothing I may

3   say or do during the trial is intended to indicate or

4   should be taken by you as indicating what your verdict

5   should be.  You must decide the case only on the evidence

6   presented in the courtroom.

7        Evidence comes in many forms.  It can be the

8   testimony about what someone saw or heard or smelled.  It

9   can be an exhibit or photograph.  It can be someone's

10  opinion.  It can even be facts to which the parties

11  stipulate or agree or the Court may instruct you to find.

12       Some evidence may prove a fact indirectly.  So,

13  for example, if we were all up here in this room where

14  you can't see outside, and we take a break and go down to

15  the lobby, and you see people standing in the lobby

16  holding umbrellas that are dripping.  You look outside.

17  You see the grass is wet and the streets are wet.  Even

18  though it's not raining at that moment, you can infer

19  that it had been raining.  That evidence of indirect

20  evidence is also called circumstantial evidence.  And the

21  law does not differentiate between the value that direct

22  evidence has relative to indirect evidence.  It is up to

23  you to decide what weight to give any type of evidence.

24       During the trial you will hear certain things

25  that are not evidence, and you must not consider them as

1   evidence.  First, the lawyers' statements and arguments

2   are not evidence.  In their opening statements and in

3   their closing arguments, the attorneys are allowed to

4   discuss the case with you, but those statements are not

5   evidence themselves.

6           Second, the questions and objections by the

7   lawyers are not evidence.  It's only the answers of the

8   witness.  So, for example, if we were in a trial where

9   there was an accident that happened down the street at

10  Flagler and Miami Avenue, and the question is, you know,

11  two cars were going through the intersection, and the

12  whole dispute was which car had the red light and which

13  car had the green light.  And if a lawyer gets up and

14  says to a witness, isn't it true that the car on Flagler

15  Street had the red light, and there is an objection, it's

16  sustained, and the witness doesn't give an answer, or the

17  witness says no, or the witness says, I don't know, or I

18  don't remember, no matter how forcefully the attorney

19  asks that question, there is no evidence that the light

20  was red for the car on Flagler Street.

21          If the lawyer asks the question, isn't it true

22  the light was red for the car on Flagler Street, and the

23  witness says, yes, okay, now there is evidence because

24  the witness has agreed with the information that's in the

25  question.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          And speaking of objections, the lawyers are

2    trained in the Rules of Evidence in trial procedure, and

3    it is their duty to make all objections that they feel

4    are proper.  When an objection is made, I will do one of

5    two things.  I will either overrule the objection, which

6    means you will hear the answer or you will see the piece

7    of evidence.  Or I will sustain the objection, which

8    means you will not hear the answer or you will not see

9    the piece of evidence.

10          When I sustain an objection, you should not

11   speculate on why I did not allow that testimony or

12   evidence to come in, and you should not speculate on what

13   that testimony or evidence would have been.  Your verdict

14   has to be based upon the evidence and testimony that came

15   in, not based on any speculation by you.

16          Now, most of the time, based upon what little

17   is said here in open court, I can make at least what I

18   think is a correct legal ruling on objections.  But there

19   may be times when I need additional information or

20   additional argument from the attorneys to decide whether

21   that testimony or evidence should come in.  When we have

22   those additional discussions, I'm going to do them at

23   sidebar outside of your presence.

24          When you go back into the jury room to

25   deliberate, I cannot go back in there with you.  It's not

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    because you are hiding anything from me.  It's because

2    you're doing your job as the judge of the facts, and

3    that's why I'm not included in your deliberations.

4    Likewise, when we're at sidebar, we're not hiding

5    anything from you.  I am doing my job as the judge of the

6    law, and that's the only reason you are not included in

7    those discussions.

8          Sometimes -- and again, this does happen on a

9    somewhat regular basis -- I may allow testimony or

10   evidence to come in but only for a limited purpose.  When

11   that happens, I will instruct you at the time what that

12   limited purpose is, and you must follow that instruction

13   and you must only consider that testimony or evidence for

14   that limited purpose.

15         Other times -- and hopefully this won't happen.

16   It doesn't happen very often -- but sometimes I may allow

17   a piece of testimony or evidence to come in, and then

18   upon thinking about it further, I realize, you know what,

19   I should not have let the jury see that or hear that.  If

20   that happens, I will order you -- or I will strike that

21   testimony or evidence and order you not to consider it in

22   your deliberations.  Again, it's unlikely that that will

23   happen, but if it does happen, it's extremely important

24   that you follow those instructions and not consider that

25   testimony or evidence.

1        In reaching a verdict, you may have to decide

2   what testimony to believe and what testimony not to

3   believe.  You may believe everything a witness says, part

4   of it, or none of it.  When considering a witness's

5   testimony, you may take into account the witness's

6   opportunity and ability to see, hear or know the things

7   the witness is testifying about, the witness's memory,

8   the witness's manner while testifying, any interest the

9   witness has in the outcome of the case, any bias or

10  prejudice the witness may have, any other evidence that

11  contradicts the witness's testimony, the reasonableness

12  of the witness's testimony in the light of all the

13  evidence, and any other factors affecting believability.

14  And at the end of the trial, I will give you additional

15  guidelines for determining a witness's credibility.

16        Circuitronix or CTX-US as the plaintiff in this

17  case has the burden of proving this case by what the law

18  calls a preponderance of the evidence.  That means it

19  must prove that, in light of all the evidence, what it

20  claims is more likely true than not.  So if you could put

21  the evidence favoring CTX-US and the evidence favoring

22  Benlida on opposite sides of balancing scales, CTX-US

23  needs to make the scales tip to its side.  If it fails to

24  meet this burden, you must find in favor of Benlida.

25        To decide whether any fact has been proved by a

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    preponderance of the evidence, you may, unless I instruct

2    you otherwise, consider the testimony of all the

3    witnesses regardless of who called them and all the

4    exhibits, regardless of who produced them.  After

5    considering all the evidence, if you decide a claim or

6    fact is more likely true than not, then that claim or

7    fact has been proved by a preponderance of the evidence.

8              While serving on the jury, you may not talk

9    with anyone about anything related to the case.  You may

10   tell people that you are a juror and give them

11   information about when you must be in court, but you must

12   not discuss anything about the case itself with anyone.

13             Usually the law and commonsense kind of run a

14   parallel course.  This is one of the areas where it

15   departs from what you think would make sense, and that is

16   we have nine of you who come from nine different walks of

17   life, nine different backgrounds, nine different places

18   in Miami that you live.  The one thing that unites you is

19   your service as a juror in this case.  So you would

20   think, Well, the most logical thing is let's talk about

21   the case during the breaks.  But the law does not permit

22   that for a lot of very valid reasons.  And one of the

23   most important a lot of times by talking about the case

24   early on the with each other, the jurors form opinions

25   which closes their mind to other evidence that may come

1     in later in the case.  So you cannot even discuss the

2     case among yourselves until you begin your deliberations.

3              So I have been a lawyer -- I was a lawyer for

4     15 years.  I have been a judge for 28 years.  And,

5     fortunately, it's not very often that jurors are involved

6     in misconduct.  But especially in the last 10 years,

7     99 percent of the time when there is juror misconduct, it

8     is because jurors don't follow this next instruction.

9     And that is you cannot conduct any investigation on your

10    own.

11             In 1980 I was a prosecutor in the Dade County

12    State Attorney's Office.  So I could be in a trial over

13    by Jackson.  There could be a crime that happened in

14    Homestead.  There could be a juror that's from Aventura.

15    If that juror wanted to violate the Judge's instruction,

16    they had to work very hard.  We were in court until 6:00

17    at night.  They'd have to drive each other all the way

18    down to Homestead if they wanted to go look at the crime

19    scene, and then afterwards they'd have to drive all the

20    way back to Aventura.  So it took a lot of effort to say,

21    you know what?  I don't care what the judge says, I'm

22    going to violate that instruction.

23             But today everybody has a phone, and in five

24    seconds you can put in an address and zoom in and you can

25    even see buildings and pictures of things now instead of

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    just the cartoon graphs.  It's very easy, if you want to

2    do -- if you want to violate that instruction to do so.

3    You can start Googling the names of the lawyers, the

4    names of the company, the names of the principals in the

5    company, the witnesses in the case.  It's easy to do, but

6    it's extremely important that you not do it.

7           We have Rules of Evidence and trial procedure

8    which controls the type of evidence and testimony that

9    jurors are allowed to consider.  There are no Rules of

10    Evidence or trial procedure on the internet.  Anybody can

11    post anything on the internet.  There's no way to verify

12    that.  And even if you find information on the internet,

13    and even if that information seems to be accurate, it is

14    completely unfair to the parties for you to consider that

15    without their knowing that you were considering.  Because

16    if they knew you had looked that up, they might have

17    said, look, I know that seems to be accurate, but here's

18    why it's not accurate, or yes, it is accurate, but let me

19    explain to you why even though it's accurate, it doesn't

20    apply in this case.

21           So I just went to a judicial conference in

22    Birmingham, Alabama last week, and there was a judge from

23    New York who tried the El Chapo case, the big Mexican

24    drug lord who's escaped from all these prisons before he

25    came.  And the amount of security measures they took were

114

1    unprecedented.  All the jurors -- the judge didn't know

2    the jurors' real names.  All the jurors were anonymous.

3    They had all these procedures they went through to

4    protect the jurors from being known and picked up by the

5    Marshals every day.  And every single day the judge said,

6    You cannot read or listen to any reports about the case.

7    And the trial went on so long and the judge said, I

8    didn't want to be bored, so I would say, Mr. Saumell,

9    what are you supposed to not do tonight?

10           Okay. I'm not going to read or listen about the

11   case.

12           So the trial finally finishes, and guess what?

13   One of the jurors is on TV saying, we all the time

14   watched TV, and we read reports about the case, and we

15   found out all this stuff that was going on that wasn't

16   introduced during the trial.  So now it jeopardizes a

17   trial that went on for months.

18           This case is not going to go on for months, but

19   it's taken the parties a long time and a lot of effort

20   and a lot of money preparing for this trial.  And if a

21   juror is involved in misconduct, then we might have to

22   start the whole trial all over again.  So all you have to

23   do is just come to court on time, listen carefully to the

24   testimony and rely on that.

25           If you feel like I really need to know

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1   something else, well, you know, the plaintiff has the

2   burden of proof.  If you feel like you need to go

3   someplace else to get additional information, then maybe

4   they have not met their burden of proof.  That's how you

5   resolve things when you say, I need more information, not

6   by going at it yourself and trying to get that

7   information.  So please do not do any Google searches.

8   Do not discuss the case on social media, whether that's

9   Facebook, Instagram or -- I guess it's now called X

10  instead of Twitter.

11          Okay.  Next.  If you wish to do so, you may

12  take notes during the trial if you think that note-taking

13  will help you to remember the testimony.  And we're going

14  to give each of you when you come back after lunch a

15  notebook and a pen so you can take notes if you wish to

16  do so, with the following instructions:

17          Number one, do not let your note-taking

18  distract you from the next thing that's happening in

19  court.  Sometimes you're so concentrating on writing down

20  something a witness said that you're not listening to the

21  next answer, which may be more important or may

22  contradict what you are writing down.

23          Number two, if you take notes, those notes are

24  for your own use to help you remember the testimony when

25  you go back to deliberate.  You can't use them as, hey,

1    look, I wrote this down, and I'm right and you're wrong.

2    They're only to help you.

3              And No. 3, each juror is responsible for paying

4    close attention to the entire trial.  You can't appoint

5    one of you to be, like, the secretary and take down the

6    notes and the rest of you Z out during the trial.

7    Everybody has to pay attention.

8              When we come back after lunch, we're going to

9    forward with the actual trial of the case.  Each of the

10   attorneys will have the opportunity to make an opening

11   statement to you.  As I told you before, the opening

12   statement is not evidence, but in the opening statement

13   the lawyers have a chance to explain to you what they

14   believe the evidence will show during the trial.

15             Many times, sometimes to accommodate witnesses'

16   schedules, testimony does not necessarily come in in a

17   chronological order.  So by hearing the opening

18   statements and having an overview of the case, if some

19   testimony, evidence comes in out of place, you'll know

20   where it fits in and the big picture of the case.

21             After the opening statements, witnesses will be

22   called to testify under oath.  They will be examined and

23   cross-examined by the attorneys, and at the end of all of

24   the evidence, the attorneys will make their final or

25   closing arguments to you, and then I will instruct you on

1    the law that you must apply in reaching your verdict.

2         So at this time, I am going to excuse you for

3    lunch.  I would like you to go out through the back of

4    the courtroom into the jury room for two reasons:  Number

5    one, Mr. Rodriguez needs to get your contact information,

6    like your cell phones and home phone numbers so we can

7    get in touch with you, if we need to, and also get you

8    the information so you can get in touch with our office

9    if you're running late for some reason.  So I'm going to

10   give you time to do that.

11        I also need to meet with the attorneys to go

12   over some logistical matters.  So I'm going to excuse all

13   of you until 1:45.  We'll come back at 1:45 with the

14   opening statements.  When you come -- you came in through

15   the front door, but if you just go a little bit to the

16   left, there's another door.  It's not alarmed.  You can

17   push through there and come down this hallway into the

18   jury room which is where you'll gather at 1:45.

19        All right.  So we'll see all the jurors back at

20   1:45.

21        (Jury exits at 12:16 p.m.)

22        THE COURT:  And we will see everybody else at

23   1:30 and we'll go over those recently filed motions, all

24   right?  So we'll see everybody at 1:30.

25        (Court recessed at 12:17 p.m.)

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1           (Back on the record at 1:31 p.m.)

2           THE COURT:  Let's go back on the record.  The

3    attorneys and the parties are here.

4           I know that Circuitronix has filed a couple of

5    motions, but let me hear from the defendant first.  And

6    tell me what specific evidence relating to CTX-HK you

7    want to use.

8           MR. MAZZOLA:  Judge, we understand the order

9    that your Honor issued in connection with their motion in

10   limine, Judge, addressed two very distinct things.

11          THE COURT:  I don't want any argument.  Just

12   tell me what evidence you want to use.

13          MR. MAZZOLA:  The existence of CTX Hong Kong is

14   not a secret.  It can't be a secret.  It's going to come

15   in.  There's going to be emails that have CTX Hong Kong

16   that has an email address.  We know that anytime the

17   question of leadtime penalty comes up, the existence of

18   CTX Hong Kong comes up.

19          THE COURT:  Why?

20          MR. MAZZOLA:  Why does it come up?

21          THE COURT:  Yes.

22          MR. MAZZOLA:  Because in order to calculate a

23   leadtime penalty, you have to look at the start date or

24   the end date.  The end date is the date the product is

25   received.  The start date is the date the purchase order

1    is issued or when it's shipped.  That's another question.

2             THE COURT:  Right.

3             MR. MAZZOLA:  But that end date is a key end

4    date, and that end date occurs at CTX Hong Kong either in

5    their own warehouse or a third-party warehouse.  If it's

6    in their own warehouse, we know that it's a CTX Hong Kong

7    employee ticking off the entry, making a note of it,

8    either entering it into NetSuite or Sage, whatever ERP

9    system was applicable at the time.

10            If it was sent to a third-party warehouse, we

11   also know that what would happen there is the third-party

12   warehouse would contact CTX Hong Kong, and it would be

13   the same people in Hong Kong entering in that date into

14   either NetSuite or Sage, the ERP system.  So the very

15   existence of leadtime penalty for that end date requires

16   discussion about CTX --

17            THE COURT:  You're saying that in this trial,

18   CTX-US is going to ask this jury to impose time delay

19   sanctions or penalties for shipments to CTX Hong Kong,

20   and that's the relevance of it?

21            MR. MAZZOLA:  I don't yet know, Judge.  It

22   sounded -- from voir dire, it sounds from everything I've

23   seen in this case, the documents, that there's going to

24   be a discussion about leadtime penalties.  And once they

25   get into leadtime penalties, CTX Hong Kong, the existence

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    of it --

2              THE COURT:  Are you bringing up any evidence on

3    your side relating to CTX Hong Kong and getting penalties

4    for any shipments related to them?

5              MR. WEINSHALL:  No, we're not seeking it --

6              THE COURT:  I'm asking.

7              MR. MAZZOLA:  It's not CTX Hong Kong.  It's

8    CTX-US  Every leadtime for the leadtime penalties, the

9    end location is CTX Hong Kong.  I wasn't clear, Judge.

10             THE COURT:  Still not clear.  Say that again.

11             MR. MAZZOLA:  Every delivery that was performed

12   and completed by my client was to CTX Hong Kong.  They

13   never shipped anywhere else in the world.  Every purchase

14   order issued by CTX said --

15             THE COURT:  Every purchase order by CTX-USA?

16             MR. MAZZOLA:  Or CTX Hong Kong.

17             THE COURT:  That delivered to CTX Hong Kong?

18             MR. MAZZOLA:  Yes.

19             THE COURT:  And that's the same as delivering

20   to us?

21             MR. MAZZOLA:  That's what it says.

22             MR WEINSHALL:  I don't think there is a dispute

23   about the receipt date for leadtime penalties, and that's

24   not the evidence we're talking about.  So the

25   existence that there is a company called CTX Hong Kong,

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    that's a fact.  That's fine.  But what we're talking

2    about is evidence regarding the separate purchase orders

3    placed by CTX Hong Kong and the debts or the balances,

4    things like that.  That's the information that we are

5    making sure that they're not seeking to bring in.

6         So the fact that products were received by CTX

7    Hong Kong, that is true, but it's -- no one is disputing

8    when the products were received.  So I'm not sure the

9    jury is even really going to hear about that, and I don't

10   think they're saying you received it earlier than you

11   tracked it.  So that's not really an issue.

12        I think the issue is purchase orders placed by

13   CTX Hong Kong and balances owed to CTX Hong Kong.  A lot

14   of the documents -- for example, the documents we

15   submitted in our motion, there's a line that says between

16   CTX-US  and Benlida, it's this balance.  And then there

17   is another line below that that says between CTX Hong

18   Kong and Benlida, it's that balance.  We believe the CTX

19   Hong Kong line needs to be redacted so the jury is not

20   confused about, well, maybe I supposed to net these two,

21   or like Benlida's counsel mentioned in his opening, well,

22   maybe you're not giving the whole picture, and if you

23   look at the whole picture, then, in fact, you should hold

24   them responsible.

25        That's what we're concerned about, and we

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1   wanted to make sure that that evidence wasn't introduced.

2   And what raised an alarm bell for us and the reason we

3   had to file this motion was because at the end of last

4   week, Benlida filed an amended exhibit list which

5   actually singled out purchase orders submitted by CTX

6   Hong Kong and submitted documents to us that contained a

7   lot of references to CTX Hong Kong.  And then they told

8   us, I think on Friday or Saturday, that they were not

9   going to redact anything.  So once they said that, we

10  said, well, we have to unfortunately bring this motion.

11          THE COURT:  I got it.

12          MR. MAZZOLA:  Judge, I understand the ruling.

13  I'm not going to get up here, unless, of course, the door

14  is opened, and I'm not going to get up here and say, We

15  don't owe any money because CTX Hong Kong owes us

16  8-1/2 million, 10 million on the other side.

17          THE COURT:  Okay.

18          MR. MAZZOLA:  You're not going to hear that

19  uttered out of my mouth.  I've instructed my clients

20  that.  That's not going to happen, Judge.

21          THE COURT:  You're not going to introduce

22  evidence, like, invoices and stuff of money owed to HK?

23          MR. MAZZOLA:  A trial becomes dynamic, Judge.

24  I don't know how it's going to happen, how it's going to

25  come in.  But I can tell you right now I have a whole

1    folder over here that says door opened.  But if it

2    doesn't get opened, that folder never sees the light of

3    day.  So I'm okay with that, Judge, and I think --

4    obviously I will follow your Honor's instructions and

5    rulings.

6            THE COURT:  I just want to make sure that when

7    we have your folder that says door open, that your

8    definition and mine may be radically different.  So if

9    you think the door was opened, then you can give me the

10   opportunity to decide if the door has been opened or not.

11           MR. MAZZOLA:  I understand that, Judge.

12           THE COURT:  Okay.

13           MR. MAZZOLA:  But I do want to say something,

14   and I don't mean to -- I guess it is an ad hominem

15   attack.  It's kind of ironic that Matthew is raising a

16   document before your Honor where they have done a

17   redaction and that we had put that in our list.  That was

18   in our list, but if you look at that document -- I'm sure

19   your Honor has -- refresh Kukreja is very, very clear

20   what he likes.  He says, we, CTX Hong Kong, owe you

21   8.43 -- CTX-US owe you this.  We, CTX Hong Kong, owe you

22   X.

23           That's always been one of our issues in this

24   case, Judge, that insofar as CTX is concerned, they've

25   always combined the two.  But I understand your ruling.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    I'm not going to get up here and ask for an offset for

2    debts owed, owed.  That's in quotations.

3              THE COURT:  And you're not going to introduce

4    documents that have that information?

5              MR. MAZZOLA:  I'm not going to introduce that

6    document.  But here's the irony of it all.  They're going

7    to introduce that document.

8              THE COURT:  A reacted part of it.

9              MR. MAZZOLA:  But there's the irony of it,

10   Judge; you understand that.

11             THE COURT:  How is it -- look, I -- I didn't

12   grant summary judgment against you because you couldn't

13   prove that CTX Hong Kong owed you money.  I granted

14   summary  because you didn't plead that.  There may be

15   overwhelming evidence that CTX Hong Kong owes you

16   millions of dollars, okay, but based upon the pleadings,

17   okay, that's my ruling.  It's not coming in.  It's not

18   relevant.

19             MR. MAZZOLA:  I understand that.

20             THE COURT:  Okay.

21             MR. MAZZOLA:  But as you know, a trial is

22   dynamic.  I don't know what's going to happen.  And if

23   that door is open, I'll give you the high sign, you know.

24             THE COURT:  I got it.

25             MR. MAZZOLA:  But I understand that,

125

1          your Honor.

2                    THE COURT:  All right.  And how long is your

3          opening statement going to be?

4                    MR. MAZZOLA:  Eight, ten minutes, Judge.

5                    Can I ask a question about scheduling,

6          your Honor?

7                    THE COURT:  Yes.

8                    MR. MAZZOLA:  I know you did say this.  What

9          time does your Honor finish up for the day?

10                   THE COURT:  Generally, particularly on the

11         first day, no later than 5:30.  Tomorrow I'm trying to

12         resolve -- I have a bunch of hearings in the morning, so

13         it looks like we're probably not going to be able to

14         start until 9:30.  So probably sometime between 5:30 and

15         6:00 tomorrow.  Wednesday we can start at 9:15, so we'll

16         stop around 5:30.  Thursday we can start at 9:00, so I'll

17         stop around 5:30.  Friday I have a couple hearings.  I

18         have a sentencing hearing with one of these cases

19         relating to the Parkland High School shooting where some

20         defendant in California started writing emails to one of

21         the dads about how he was glad his daughter was killed

22         and a thousand times worse than that.  So that's set for

23         an hour.  And then I have another hearing at 9:30, so

24         we're probably not going to start until 10:00 on Friday.

25                   Again, it also depends when the jurors show up.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

126

1   I'll try and convince them to get here early, but if they

2   show up 15 minutes late, I'm going to work 15 minutes

3   later at the end of the day.

4        MR. MAZZOLA:  It just helps, I think all of us,

5   time witnesses.  I do know from Mr. Rosenthal today that

6   his first witness is going to go through tomorrow.

7        MR. ROSENTHAL:  Yeah.  We're going to call

8   Mr. Kukreja as our first witness, whenever we start.  I'd

9   be shocked if it gets finished today.  I think it's going

10  to go well into tomorrow morning or late tomorrow

11  morning.

12       MR. MAZZOLA:  It's just -- if there is a way

13  for me to avoid a cross-examination that I only get

14  10 minutes on and then finish the next day, my preference

15  is -- of course, it's your schedule, Judge -- - would be

16  to roll it to the next day, but that's not going to

17  happen, it seems like.

18       THE COURT:  No.

19       MR WEINSHALL:  Your Honor, I think what we just

20  heard took care of that first motion we filed.  And just

21  as a follow-up, I showed this to Mr. Mazzola.  We had a

22  proposed instruction for when documents are shown to the

23  jury that are redacted, just to inform the jury that they

24  are not supposed to infer what's in them.  So if I can

25  hand that to your Honor.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

127

1          MR. MAZZOLA:  Judge, I don't agree to a

2    document going to the jury.  I do agree to your Honor

3    giving a curative instruction.

4          MR. ROSENTHAL:  This is just a jury

5    instruction.

6          MR. MAZZOLA:  I trust the judge to read his own

7    instruction.

8          THE COURT:  I will always read my own

9    instruction, but if you agree to an instruction, that's a

10   lot easier.

11         Okay.  Do you have an objection to this

12   language?

13         MR. MAZZOLA:  I don't have any objection,

14   Judge.

15         THE COURT:  Okay.

16         MR. ROSENTHAL:  Thank you, your Honor.

17         Then I think the other motion was about the

18   affirmative defenses, and Ms. Martinez is prepared to

19   address that.

20         THE COURT:  Is any of that evidence unrelated

21   to CTX-HK?

22         MS. MARTINEZ:  There may be some Circuitronix

23   Hong Kong evidence that overlaps, but these are distinct

24   issues, your Honor.

25         THE COURT:  Okay, like what?

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1          MS. MARTINEZ:  Well, at the pretrial

2   conference, your Honor basically addressed one of them.

3   This was a statutory defense to a leadtime penalty based

4   on the Florida Commercial Code that was raised for the

5   first time at the pretrial conference itself.  This is

6   the first time we had seen this statute.  That's the

7   first item.

8          And your Honor invited us to file a motion in

9   limine on that ground, but we included not just that one

10  but related affirmative defenses that we, kind of, saw

11  for the first time in an amended stipulation or that

12  we've gathered based on what has been submitted in the

13  additional exhibits that we've gotten from defendants.

14         So besides that affirmative defense based on

15  the Florida Commercial Code to leadtime penalty -- and

16  that's an affirmative defense based on output capacity

17  that we're concerned is making different or perhaps a

18  broader zone of obligations other than what's prescribed

19  in the contract.  So that appears nowhere in the answer.

20  It appears nowhere in any affirmative defense in the

21  answer because, as your Honor is aware, there were no

22  affirmative defenses pled in the answer.  And it also

23  doesn't appear in the original or the amended pretrial

24  statement.  That's as to the statutory affirmative

25  defense related to output capacity.

1                The second one is related to untimeliness of

2    leadtime penalties.  The most we could find on this --

3    first of all, I'll begin by saying there is nothing

4    related to untimeliness of Circuitronix communicating its

5    leadtime penalty reports or claims to Benlida.  But apart

6    from that, we have stray mentions of it in the statement

7    of the case in the original and amended pretrial

8    stipulation, but nothing about contested issues or issues

9    that are not contested.

10               THE COURT:  But why isn't it relevant for them

11   to say you didn't notify them of these penalties two

12   months later?  Whether that's legally a defense -- as to

13   that, we're going to take care of that later when we do

14   the jury instruction.  How is that evidence not

15   admissible?

16               MS. MARTINEZ:  Well, the problem with it is

17   it's a pleading deficiency, your Honor.  So I think if

18   they had pled it, we would be in a different place right

19   now.  But it's not in the answer.  It's not in the

20   stipulations, neither of those two things.

21               THE COURT:  What would the evidence be?

22               MS. MARTINEZ:  The evidence?

23               THE COURT:  Of untimeliness?

24               MS. MARTINEZ:  I really don't know, your Honor.

25   That's something that they've raised the specter of, so

1    I'm not really sure what it looks like, but I think that

2    pretty much exposes the problem.  We've never seen a

3    document.  We haven't seen deposition questioning talking

4    about or focused on timeliness of leadtime penalties.  So

5    it's hard to know how that would come in or try to get

6    proven, and we had no notice of it until we saw the

7    stipulations and, kind of, mentioned in passing in the

8    statement of the case in the original stipulation.

9              THE COURT:  Okay.

10             MS. MARTINEZ:  Under the circuit law that we've

11   seen and that we cited in the motion, the failure to

12   plead something in an answer or the stipulations -- in

13   this case they had an additional opportunity related to

14   stipulations -- is something that should not get brought

15   in unless you're avoiding manifest injustice.  And here,

16   there's not a manifest injustice based on your own

17   failure to plead some affirmative defense that might be

18   relevant to your claim.

19             The last one is relating to price increase

20   defense, and this issue did come up as part of -- Well,

21   now defendant Benlida's affirmative claim, but it's not

22   something that was addressed, again, in the answer or in

23   the original pretrial stipulation, Document Entry 216.

24   So for much the same reasons, it's not framed by their

25   answer pleading.  We didn't have notice of it or were

1    aware of it.  We didn't have notice of it from the

2    pretrial stipulation.  And, in fact, any reference to

3    price increase, which was their affirmative claim again,

4    was removed in the amended pretrial stipulation.  So just

5    as a matter of prejudice to plaintiff, now plaintiff,

6    Circuitronix, we don't think evidence or testimony

7    regarding these principles should come in.

8                THE COURT:  Okay.  Mr. Lerner.

9                MR. LERNER:  Your Honor, Richard Lerner

10   speaking.

11               We have denied, Benlida has denied the claims

12   of breach of contract.  These defenses of breach of

13   contract bring into the case that moneys that -- simply

14   moneys are not owed to Circuitronix.  And they are not

15   owed -- the evidence will show that it's not owed because

16   of -- there is no overpayment.  To look at the

17   overpayment issue, you have to analyze it and say why is

18   there no overpayment.

19               There is no overpayment because all of these

20   issues were taken into account, and they're accounted for

21   in the books.  There's no statute of limitations issue,

22   as counsel states in their motion, because, as we stated

23   previously, a statute of limitations merely bars a party

24   from seeking recovery on a debt.  It doesn't bar Benlida

25   from applying moneys to the debt.

1          So we've raised our defenses.  These are not

2     affirmative defenses.  The accounting will show what the

3     accounting shows, that moneys were applied to all debts.

4          Thank you, your Honor.

5          THE COURT:  Okay.  So I'm going to grant that

6     part of the motion that seeks to preclude any defense for

7     leadtime penalty from the Florida Commercial Code and so

8     as not an affirmative defense and not listed in both of

9     the stips.  I'm going to deny the motion in terms of the

10    other two issues relative to any evidence that may come

11    in.  Whether that's going to be a valid defense we'll

12    figure out later on.

13         All right.  Are the jurors here?

14         COURT SECURITY OFFICER:  Yes, sir.

15         THE COURT:  All right.  Bring in the jury.

16         MR. MAZZOLA:  I just want to get one

17    clarification.  Do we understand what a leadtime

18    penalties issue is?

19         MR. LERNER:  I just want to point out,

20    your Honor, the statutory provision is the codification

21    of the common law.  We have defended on the contract.  So

22    to the extent it may have referred to the statute, it's

23    not an affirmative defense.  It's merely a clarification

24    or a codification of the common law.  So it remains in

25    the case with or without the statute, but the statute is

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1  now out of the case, and we will respect your Honor's

2  decision.

3           THE COURT:  Okay.  Bring in the jury.

4           (Jury enters at 1:52 p.m.)

5           THE COURT:  Welcome back, everyone.  We're

6  going to proceed with the opening statements, and we'll

7  hear first from Mr. Rosenthal on behalf of the plaintiff.

8           MR. ROSENTHAL:  Thank you, your Honor.

9           Ladies and gentlemen, thank you so much for

10 being here.  We know that it was not by choice, but you

11 have been selected because both parties and the judge all

12 know that you are capable of rendering a fair verdict and

13 paying attention to the evidence.  So the first thing I

14 want to do is just say thank you.  We know this is a

15 sacrifice for your families and your business and your

16 time, and we want to respect that.

17          Our job is to present to you the evidence in

18 the case, and so this is my opportunity on behalf of my

19 client, our client, Circuitronix, represented by

20 Mr. Kukreja here in the courtroom, to give you an

21 overview of the case.  So this is what I'm going to do

22 right now.

23          And hopefully this will work.  Yes.

24          So you have video monitors in front of you.

25 I'm going to use this time to give you this overview.

1    It's somewhat detailed, but it's an overview, not getting

2    into crazy, nitty-gritty details but enough to give you a

3    big picture of the case from our perspective.  So that

4    when you hear evidence as it comes in, you might be able

5    to slot it into different places and evaluate it in the

6    context that we would like you guys to understand it in.

7    But before I get into the details, I want to frame this

8    as a big-picture question.

9            When you're done hearing all the evidence, what

10   is this case about?  And when you hear the evidence come

11   in, think about it in this terms:  Ultimately, this case

12   boils down to taking advantage of someone who trusted

13   you.  Mr. Kukreja, you will hear, trusted Benlida, and he

14   got taken advantage of.  And when I refer to Mr. Kukreja,

15   he is the individual person here representing his

16   company.  So Circuitronix got taken advantage of.  And

17   it's not just blind trust in some relationship.  It's a

18   business relationship governed by contracts.  And our

19   claim, you will hear, is about breach of contract.  So

20   I'm going to go through that with you, explain to you the

21   setup and where we are and who they are and what's the

22   nature of our claims.

23           But first a little introduction, by way of

24   background.  So you've heard the name Circuitronix LLC.

25   It's a Florida company, meaning it was incorporated here

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1   in Florida.  It is based in Fort Lauderdale, just

2   outside -- off of Griffin by Hollywood-Fort Lauderdale

3   Airport in the industrial park that's over there just

4   west of 95.  And its chief executive officer is

5   Mr. Kukreja.

6          And I want to introduce you to who he is

7   because he is our most important witness.  And you will

8   hear from him on the stand later today when these opening

9   statements finish.  And I believe his testimony is going

10  to go into tomorrow because he has a lot to talk about.

11  Mr. Kukreja is, in my opinion, a remarkable individual.

12  He was born in India, you will hear him testify.  He went

13  to school there and learned engineering.  And in the

14  1990s, I think, as a very young man, he got a job offer

15  in the United States of all places in Plantation,

16  Florida.

17          So Mr. Kukreja comes to Plantation, and his job

18  is to sit in front of a computer monitor and to design

19  printed circuit boards.  We'll tell you about what

20  printed circuit boards are.  Some of you may know.  And

21  he fell in love with this country.  And his story is a

22  modern American success story.  In fact, it's a modern

23  South Florida success story because you know that this

24  community is a melting pot of people from all over the

25  place who come to the United States.  And we are a

1  community composed of people from all over the place.

2  Well, Mr. Kukreja is one of those people who came from

3  India.  He liked the United States so much, and he found

4  such opportunity in this country that he eventually

5  applied for and became a U.S. citizen, a long time ago

6  now.

7          While he loved the country, I don't think he so

8  much loved his job sitting in front of a monitor

9  designing these precise circuit boards which he had

10 studied engineering to do.  He had a spark inside of him,

11 you will hear, to do something bigger, to do something

12 grander.  And he was an entrepreneur and a people person

13 at heart, even though he's got the engineering training

14 that he received in school.

15          And so Mr. Kukreja decided to leave his job and

16 go out on his own and open his own company.  So in 2002

17 he founded Circuitronix, basically out of his apartment

18 in Plantation, and he had one employee, himself.  And he

19 had whatever money he had in the bank to bankroll his own

20 new company.

21          So now it's 20-plus years later.  Where is

22 Circuitronix?  Circuitronix has 1,000 employees around

23 the world.  Its headquarters office in Fort Lauderdale

24 has 55 to 60 employees, and it is a very successful

25 company because of Mr. Kukreja's entrepreneurial skill

1    and his incredibly hard work and his brains.  He's a very

2    good businessman, and you'll hear evidence about that.

3    So that's who we are.  And I'll tell you about the

4    business.  Circuitronix -- sometimes it will be referred

5    to in short as CTX because Circuitronix is a bit of a

6    mouthful sometimes.  They provide circuit boards, printed

7    circuit boards, to the U.S. North American market.

8              Now, you may say what's a printed circuit

9    board?  Sometimes those are referred to as PCBs, printed

10   circuit board.  They're everywhere around us right now

11   and we can't see them.  Like the monitors that you are

12   staring at, there's a little circuit board in there.  The

13   microphone right here has got some kind of a circuit in

14   it.  This thing that's in my pocket, this lavalier

15   microphone has a printed circuit board in it.  This

16   little remote control that allows me to advance the

17   screens has a printed circuit board in it.  That smoke

18   alarm thing probably has a printed circuit board in it.

19   The light switches in this courtroom, that fancy air

20   filter probably has a lot of circuit boards in it.

21   They're everywhere.  They're in all kinds of consumer

22   products, electronic products.  They're in automobiles.

23   They make your seat go forward and backwards, if you have

24   the electric-powered seat.  Headlights even have printed

25   circuit boards in cars.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          So what Circuitronix does, you will hear, is

2    provide these circuit boards, printed circuit boards.

3    Sometimes they're just referred to as boards when they

4    talk about them in the industry -- to its customers in

5    the United States and in North America.

6          And the question is how does it get those

7    printed circuit boards?  That's what this case is about.

8    It doesn't have its own factory.  Circuitronix doesn't

9    have a manufacturing facility itself.  It's a fabrication

10   list, a fab list, company.  Its customers come to it

11   knowing that people like Mr. Kukreja and now all the

12   engineers who work for his company have the know-how to

13   design these printed circuit boards.  Like the picture

14   here which has got Circuitronix's logo on it.  I believe

15   that we have some exemplars in the courtroom of some of

16   these actual printed circuit boards.  We actually don't

17   have one with us today, but we will bring them so you can

18   see them.

19         And so what they do because they don't have

20   their own factory is they contract with, basically, a

21   partner, a business partner with whom they enter into a

22   contractual arrangement with that has a factory.  And

23   that's the defendant in this case, Benlida.  We call them

24   Benlida because it's easier than Jiangmen Benlida Printed

25   Circuit Co., Limited.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          So I want to tell you a little bit about the

2    relationship between Circuitronix and Benlida.  Benlida

3    is a company from China in the city of Jiangmen.  That's

4    where their name comes from.  Jiangmen is in the province

5    of Guangdong which is in the southeastern part of China.

6    So Jiangmen, Guangdong, China is like Miami, Florida,

7    U.S.A., city, region, country.

8          Benlida manufactures printed circuit boards;

9    that's what they do.  They have a warehouse with all

10   kinds of equipment that is designed to do all sorts of

11   high-tech things to create these boards, these PCBs.  So

12   Circuitronix engages in a contract with Benlida for the

13   production of these things.  And that's what this case is

14   about.  It's about, in big picture, a lot of business

15   that was being done between these two companies for years

16   and years, and disagreements arose.  We have not been

17   able to work out those disagreements, and that's why we

18   have an American court system with a jury and a judge, so

19   that you all can decide what should happen, what's right

20   and what's wrong in the case.

21          I want to tell you a little bit about this long

22   business relationship.  In 2005, soon after refresh

23   Kukreja here in Florida created his company out of his

24   apartment in Plantation, he began to try to develop some

25   contacts around the world so he could, like, sell these

1   printed circuit boards.  He has to get somebody who can

2   make them.  He's got to find clients.  And in 2005, he

3   travels to China, and he meets a gentleman named -- let's

4   call him Mr. Huang.  I believe his name is Huang

5   Xiangjiang, but he's known as Mr. Huang.  I'll show you a

6   picture of him in a moment.

7           Mr. Huang is the primary owner of Benlida and

8   another company that he also is a primary owner called

9   ROK, which you'll hear about.  Mr. Kukreja meets

10  Mr. Huang, and they strike up a good relationship.  And

11  he's one of his first very important contacts in China.

12  And because of that initial contact and their personal

13  relationship, they're able to start a business

14  relationship together which is mutually beneficial.  I

15  mean, they both profited from this because Circuitronix

16  could bring the North American market customers to

17  Benlida who would then manufacture these things, these

18  PCBs, and then send them back to Circuitronix who would

19  distribute them to the customers.  Everybody is happy.

20  Everybody is profiting as businesses.  So that goes on

21  for 20 years.

22          What I want to show you now on these slides is

23  a little detailed, but the reason I am going to do it is

24  because this is really what this case is about.  You're

25  going to see a lot of evidence in the form of documents

1   on the screen, and you're going to hear from witnesses

2   about these steps.  So bear with me if you will.  We're

3   trying to break this down.

4          How does this work?  How does this business

5   work?  I mentioned to you before, CTX over Miami, Fort

6   Lauderdale, sends something over to Benlida to start the

7   process.  They say, We have a purchase order.

8          What's a purchase order?  Circuitronix has a

9   client.  It's got a customer that says, We want to buy

10  50,000 printed circuit boards with the following

11  specifications, and there's like a zillion specifications

12  that are super detailed.  And you'll see some of those,

13  down to the micrometer, like, smaller than a millimeter.

14  They're microns, thickness, with copper, silver,

15  immersion tin, OSP finish, drilled holes with this

16  architecture.  And the thing might only be this size,

17  where some of them are bigger, but they're super-duper

18  detailed because they're custom designed for a specific

19  use like in that Dell monitor or something like that.

20  That's an NEC monitor.

21          In any event, that starts by Circuitronix

22  saying, here's a purchase order.  We are purchasing this

23  from you, Benlida.  Okay?  Make sense?

24          What happens next?  Number two, Benlida then

25  has to place the order into production in its factory.

1    Sometimes you will hear that called releasing into

2    production.  So they have the paper order, electronic

3    these days, but emails over an order.  Says we want to

4    order 10,000 PCBs.  Next step in the process is Benlida

5    has to take that order.  They have the raw materials in

6    their plant, and then they have to manufacture them.

7              And this next step here is important.  Between

8    2 and 3, between the time that Benlida places that order

9    into production in its factory and then finishes it and

10   ships it to a warehouse in Hong Kong that Circuitronix

11   uses to receive its product, there is a time period.  I'm

12   not going to dwell on it here, but that time period is a

13   really important part in this case, and we're going to

14   tell you about it in a lot of detail.

15             One of the things you will find in the evidence

16   in this case is t6ha there is a ton of detail.

17   Circuitronix keeps very, very detailed records.  You're

18   going to see them because we need to prove to you to meet

19   our burden of proof that all the stuff that we're saying

20   happened actually happened.  So forgive us for showing

21   you the detail, but there will be a lot of detail.

22             But between the time that Benlida releases the

23   production into the factory floor because it takes time

24   to produce it on these assembly lines, and the time they

25   ship it is a specific code, a specific phrase called

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

143

1  leadtime.  How much leadtime do they have to produce

2  something from the time they receive the PO, the purchase

3  order, until the time it spits out the back of their

4  factory and it's received by us in our warehouse in Hong

5  Kong?  So that leadtime is very important.  We'll talk

6  about that in a moment.

7           Next step, we receive the shipment, and then

8  there are people in the warehouse -- it looks like this

9  is in Australia on this map, but that's just because

10  there wasn't room.  This is happening in Hong Kong, which

11  is like No. 3.  That location is just southern part of

12  China.  I should make a point that Hong Kong, you may not

13  recall or know, used to be a British territory, a British

14  separate entity.  And in 1997, it reverted back to China.

15  It was in either '97 or '99.

16           So Hong Kong has this special administrative

17  status.  It's a big, big, as you know, international

18  commerce hub.  It's like tons of business is done through

19  Hong Kong.  And so once it's shipped to Hong Kong, it's,

20  sort of, out of Mainland China, even though it's pretty

21  much connected to China.

22           And in Step 4, the warehouse people look at the

23  boxes that were received.  They check the quantity that

24  was shipped against the packing list.  It comes with a

25  list that says here's what's in this shipment.  They say

144

1      okay, good.  They enter that information into a system or

2      they send it by email at different points in time.  It

3      evolved.  And that information is called an ERP system

4      now.  It's called Sage is the name of their system.  It's

5      this enterprise resource program or enterprise resource

6      platform, which is, sort of, custom designed for

7      Circuitronix's business.  So basically they pop the

8      information in.  It says 100 pieces.  Yes, we receive the

9      100 pieces.  They don't open the boxes there, you'll

10     hear, because that's for the customer, but they check the

11     packing list and the number of boxes and what it says is

12     inside the boxes, and they say, Okay, check, it matches.

13     If it doesn't match, they flag it to Benlida.

14              So where does that information go?  This is,

15     again, important because this case is about where the

16     information goes and who's keeping track and how much and

17     what's it worth.  So the next step is you see there's an

18     arrow over to India, No. 5.  The little green line is

19     meant to represent like electronic information flowing.

20              Circuitronix has a group of people in India,

21     their inside sales team.  They're actually not

22     Circuitronix employees.  They're employees of another

23     company called Richi Circuitronix Private, Limited,

24     R-I-C-H-I, not R-I-S-H-I like Mr. Kukreja's name.  But

25     they have a contract to work with Circuitronix, and they

145

1    provide certain services to them.

2         The inside sales team tracks this information

3    from the warehouse in Hong Kong, and what I wrote here is

4    they track a leadtime penalty.  Remember how I said it's

5    really critical like how much time between they release

6    it into production, it gets made, and it gets shipped out

7    when it's done, and then received, finally done.

8         Day 1, last day.  That amount of time is the

9    leadtime.  And under the contract, we'll explain to you,

10   if they didn't get it there on time, there's a penalty.

11   Circuitronix gets a discount if it's late.  It's like

12   Domino's Pizza delivery or the Uber-type delivery that I

13   was mentioning.  So the inside sales team tracks that

14   information.

15        Now, there is another line, the dotted line

16   that goes over to Florida.  That's information that's

17   also flowing at the same time through this ERP system

18   because they get it companywide, instantaneously.  We'll

19   talk to you about that, too.

20        So then No. 6 is Benlida has now finished its

21   product.  Let's say there is one shipment.  At the same

22   time they ship the product to Hong Kong with the packing

23   slip and the information, they're also sending an

24   invoice, a bill over to Circuitronix.  They go, okay, we

25   just built 10,000 of these things.  We delivered it.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    Here is how much you owe us for it.  And you'll see one

2    of those invoices or several of them, but they have the

3    list of the parts, they have the dates, they have the

4    amounts, and here is how much is due.

5              So somewhere in this process, of course,

6    Circuitronix from the warehouse in Hong Kong puts the

7    boxes on a ship in a cargo container, and it goes across

8    the Pacific Ocean to the United States.  So from our

9    standpoint at that point in time, great.  We've got the

10   product.  We're delivering it.  You'll hear sometimes

11   those products were late, and as a result, we had to put

12   them on an airplane.  Circuitronix had to fly them to the

13   destination because the customer was promised by a

14   certain date.  And when you put something on an airplane,

15   it's more expensive than shipping it by cargo.

16             So here's anot6her -- No. 8.  This is designed

17   to be what's happening in Circuitronix.  In Florida at

18   the headquarters here in Fort Lauderdale, Circuitronix's

19   accounting department gets the information from Benlida

20   on the invoice.  They just said, we shipped it, pay us.

21   So the CTX accounting department says, all right, let's

22   see if these invoices match the information we got

23   through that green dotted line through our computer

24   system, when the warehouse told us this is what they

25   received, let's make sure that the same parts, the right

1    part numbers, the quantity, the price that they said it

2    was, does it all check out?  That's what the accountants

3    do.  And we have heard a lot about accounting already in

4    this case.

5          They check it all out, and if it checks out,

6    they generate what the payment is that we have to pay for

7    that order.  If it doesn't match, they flag it.  If it

8    matches, then they process, the next step -- wait.  I

9    skipped a step.  They will process something in a moment.

10          No. 9.  Benlida sends a monthly statement.

11    Now, this is absolutely essential.  The way that payments

12    work in this business relationship is not just that

13    Benlida sends an invoice with every shipment.  They say,

14    look, they're doing so much business together every month

15    back and forth, back and forth, tons and tons of

16    shipments -- over the life of their business, you'll hear

17    they did something like $50 million worth of business.

18    It's a substantial amount of money and a substantial

19    amount of products.

20          So they say, We'll do it every month.  And

21    you'll see the contract says, All right.  We'll send you

22    a monthly statement, and you, Circuitronix, have to pay

23    within 60 days after that monthly statement.  So that's

24    how we keep track of it all.  Keep track of everything.

25    We'll send you this monthly statement.  And then when you

1    get the monthly statement, they call it AMS, AMS 60,

2    after monthly statement; 60 days you pay for everything

3    in that monthly statement.

4              Then after we get the monthly statement at the

5    top, No. 10, Circuitronix wires money from its bank,

6    Citibank in the United States, to China in U.S. dollars,

7    okay.  One thing that you're going to hear about this

8    case that's important is that under the way Chinese

9    businesses are going to work, when they say we're selling

10   abroad to a foreign customer -- the United States is

11   foreign -- $100,000 worth of products, that's dollars,

12   not Chinese RMB, Renminbi, their currency.  It's dollars.

13             So they send out something worth $100,000.

14   They need to get $100,000 back.  That's what the Chinese

15   government pays attention to, and both sides understand

16   this is the way that it works when you're dealing with a

17   Chinese company.  We will talk about that later.

18             And the last thing in this -- what now looks

19   like a very busy slide is No. 11 at the top.  The very

20   last part of this process is that Circuitronix then sends

21   something back to Benlida at the end, and they say, okay.

22   It's called a payment detail.  You sent us your monthly

23   statement.  We're now sending you a document back, either

24   with the money that gets wired or sometime after that

25   says, here's our monthly payment detail.

1          Same thing.  All the invoices that you sent us,

2     the bills, the part numbers, the amount of money you said

3     it was.  And we say, all right -- at the bottom you'll

4     see these things -- here's how much we're paying for

5     that, those shipments.  Those payment details are

6     important parts of this case also.

7          And the last thing that's on No. 11, it says it

8     includes something called debit memos.  This is something

9     we talked about a little bit during jury selection.  If

10    there is a situation, for example, that -- say that

11    there's some bad parts.  A customer says, you sold me --

12    these didn't work or they're somehow not matching what we

13    ordered.  Circuitronix hears about it, their sales team.

14    They then say to Benlida, these were bad parts.  We need

15    to debit -- which means the opposite of credit -- we need

16    a credit, but for you, you gotta subtract.  You said it's

17    $100,000 worth of stuff, but 10 percent of them were bad,

18    so that's $10,000 that were bad.  We're not going to pay

19    you $100,000 on our payment detail.  We're going to say

20    it was 90,000 because we're going to have a $10,000 debit

21    memo representing the bad parts.  It's complicated.  Some

22    of you are stretching and rolling your heads, but I

23    promise you we will go through this and we'll try not to

24    make it painful.

25          But that's how the business works.  It's

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1  actually relatively straightforward.  It's all designed

2  to keep track.  So we'll have evidence about all these

3  different things.

4         Let me back up and just tell you a little bit

5  about something Judge Scola has already explained to us

6  all, what our job is, what our burden is, right.  We are

7  the plaintiff in this trial, so we are bringing the

8  lawsuit, the claim against Benlida here in this court.

9         They are the defendant.  Sometimes you'll hear

10  plaintiff, defendant, and it's your decision, right,

11  whether we win or lose.  And so we need to make sure, our

12  job as lawyers is to make sure we have presented you the

13  evidence you need when you retire to the jury room to

14  think whether we've met our burden.  Judge Scola

15  described the balance scale which we have a picture of

16  here.  We are very acutely aware of our burden of proof.

17  We have to prove it, so it's our work.  And the way that

18  we have to tip the scale is just a little bit.  If we

19  move the scale in our favor, technically, we should win.

20  We don't want to win on a technicality.  We're going to

21  show you what we believe is overwhelming evidence that

22  tips the scale very visibly to show why we have met our

23  burden of proof.

24         Now, what's on the scale?  The scale is

25  testimony from somebody swearing under oath in that seat

1    over there in the witness chair, and it's also documents

2    that we'll introduce in evidence.  And all of those

3    things are, as the Judge will instruct you, things you

4    can and must consider in your decision.  What I am saying

5    is not evidence.  I'm just trying to give you a roadmap

6    for the case.  So we're acutely aware of our need to

7    prove by just a little bit so that we can win, but we

8    want to make your job easy and prove it by a lot.

9            So what is our claim?  Now, a lot of you, I

10   believe from what I heard during jury selection, are very

11   familiar with this.  I don't mean to talk about basic

12   stuff, but let me just do it in case somebody isn't that

13   clear on it.  Our claim is breach of contract.  We're

14   going to show you the contracts.  We have to show you the

15   contracts because we have to prove that the contracts

16   said something that was a promise by Benlida and that

17   they didn't do it, which is called a breach.  So let's go

18   step by step.

19           What's a contract?  It's an agreement where

20   both sides promise to do something for each other.  I do

21   this for you; you do this for me.  I give you the money;

22   you give me the printed circuit boards, for example.

23   What's a breach?  That's if one party to the

24   contract -- and we call them parties, right.  There's two

25   companies, one party, another party to the contract, just

1    like there's two parties in the lawsuit.  One party

2    promises to do something, but then breaks its promise.

3    It's got to be an important part of the contract to

4    count, but if it does that, it could breach its contract.

5    We are claiming that they breached the contract.  Okay.

6            And the result, if they do, if we've proven to

7    you that they have breached their contract, their

8    promises in the contract we had with them, then we're

9    entitled to seek monetary damages.  How much money did it

10   cost us?  What do they actually owe us?  So that is the

11   basis of our claim.  It's quite simple, actually.

12           Let me walk you through some basics.  You are

13   going to see a document called the manufacturing

14   agreement.  If you look closely, this is a picture of the

15   first page.  It's actually called standard manufacturing

16   and representation agreement.  But everybody refers to it

17   as the manufacturing agreement.  It's from 2012.  And I

18   told you that Mr. Kukreja met Mr. Huang back in 2005.

19   They had been doing business for seven years before they

20   reached this manufacturing agreement.  But this

21   manufacturing agreement, you will hear, was the

22   culmination.  They had done so much business together,

23   things were working so well that they formalized their

24   relationship in this agreement.

25           And you'd have to look closely, but I want to

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    point out there's another company involved in this

2    contract as well, and we'll show it to you bigger later.

3    It's called ROK.   Remember I mentioned ROK?   This

4    manufacturing agreement is Circuitronix U.S., Benlida,

5    and ROK because Benlida and ROK were both

6    Mr. Huang -- I'm going to simplify it and say it was

7    Mr. Huang's companies that he was a primary owner of.   So

8    it's sort of a three-party relationship.

9            After 2012 for a few years, they continued to

10   do business, and some disagreements, you'll hear, arose

11   because they're doing a lot of business, so people

12   disagree about things.   They did something called an

13   amendment.   You've probably heard of an amendment.

14   Amendment just means a change, a change to the contract.

15   They have to agree to change the contract, and according

16   to the terms of the manufacturing agreement from 2012, it

17   says if you're going to change this, it has to be in

18   writing.   Both parties have to agree.   You can't just say

19   it; we need to see it in writing.

20           So those writings could be either a letter

21   agreement like this one.   This is the next really kind of

22   formal-looking amendment.   It's something called the

23   letter agreement.   Sometimes they refer to it as the

24   supplemental agreement, and that was in 2016.   We're

25   going to show you specific provisions in the 2012

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    agreement and the 2016 letter agreement that kind of
2    modifies or changes the contract a little bit.  That's an
3    amendment.

4            And then we're also going to show you,
5    particularly in the area of leadtime that I talked about
6    between going into the factory and getting out of the
7    factory and delivered, some amendments that they made
8    through other means that are in writing.  Some of them
9    are through emails back and forth where, in fact, the two
10   people sitting in this room were doing the emails.  One
11   is Mr. Kukreja who I've introduced you to.  The other is
12   Huang Sulan who goes by the American name Tracy Huang,
13   the lady in the houndstooth jacket there, the checked
14   jacket.

15           Most of the business between the companies was
16   done primarily between -- I'm going to be informal --
17   Rishi and Tracy.  So you'll see a zillion emails back and
18   forth.  There are emails between Rishi Kukreja and Tracy
19   Huang that are about amending the agreement terms about
20   leadtime.  This gets real detailed, so we're not going to
21   do it now, but you'll see why when we get to it.

22           The second thing on the slide is some of these
23   changes were also done through what they call minutes.
24   What's a minute?  A meeting minute.  They would meet face
25   to face.  Mr. Kukreja would fly to China frequently, and

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    every once in a while would have face-to-face meetings

2    with the leadership, executive team of Benlida.  And so,

3    too, would Ms. Huang and others from Benlida come to

4    South Florida and met with Mr. Kukreja and his team.  And

5    when they had those face-to-face meetings, sometimes they

6    were a week long.

7            They would then exchange a document that says,

8    all right, let's type up what was said so that we can

9    keep it straight, and then they'd email it back and forth

10   because now they're across the world from each other.

11   And you'll see these meeting minutes where they say,

12   Okay, wait.  We want to add this or let me color this in

13   red font.  I don't agree with that.  Well, here is my

14   comments to you in blue.  You'll see those documents.

15           The meeting minutes we'll show to you changed

16   some stuff on leadtime penalty, also.  So all this stuff

17   about other amendments is about leadtime, which is just

18   one piece of the case, but it's kind of the most

19   detail-oriented.

20           Okay, so why are we here?  Now this is really

21   the meat of the matter, the heart of the matter.  What is

22   a little surprising to you, perhaps, what I'm about to

23   say is that Circuitronix and Benlida are still doing

24   business together today, not as much as they used to do,

25   but they're still doing business together.  And there's

1    two reasons for that.  And that's a little strange, I

2    realize, two parties suing each other in court still

3    doing business.  One of them has to do with just personal

4    relationships.  Both Mr. Kukreja and Ms. Huang, who I've

5    gotten to know only because of depositions, part of the

6    work of this case leading up to trial, are two terrific

7    people.  They have a wonderful personal relationship,

8    which is a good thing.  And it's a thing that helps the

9    companies continue to do business together, despite

10   having to resort to court to resolve there difference, a

11   different difference.

12        But the second reason is not just because of

13   good personal relationships that were developed since

14   2005 back and forth between China and Florida all the

15   time.  It's also because of the nature of the business.

16   Think about it.  Mr. Kukreja at Circuitronix gets a big

17   order from an auto manufacturer for printed circuit

18   boards that operate -- I'm going to use the seat example

19   or the headrest.  Some of the fancy cars have electric

20   headrests.  That's a big order, and they could make a lot

21   of money from that.  And they need a dependable factory

22   that they've worked with in the past who can build it

23   just right to the specifications that the customer

24   requires.  It's all in the purchase order.

25        If Mr. Kukreja and Circuitronix have those

1    orders in that relationship in the past with a big

2    automotive parts supplier who is waiting on these printed

3    circuit boards to go into the headrest mechanism doodad

4    that controls it, he doesn't want to cut off business

5    with them immediately.  He needs to make the business

6    continue to run because there are orders that keep on

7    coming in.  So they had to work out their differences.

8    You're going to hear throughout the years there's all

9    these discrepancies, meaning differences, disagreements

10   that they say, We disagree about this thing.  But let's

11   keep doing business because that's good for both of us.

12           You know, like the three-legged race when you

13   are tied to someone else with one leg and you have to

14   run.  They're in a three-legged race together.  They're

15   tied together because of their business.  It's very

16   closely interlocked.  In fact, this is what's on the

17   slide I want to emphasize.  They were so closely

18   interlocked in their business that Circuitronix was

19   making investments buying machinery to put in Benlida's

20   factory, in its line.  Because there are all these

21   different machines that do different things to these

22   printed circuit boards, and they're very expensive

23   machines.  And so they would sometimes buy that machine

24   because they've got a customer that's like, I need this

25   kind of board that has a special finish.  You'll hear

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1   this thing OSP finish or immersion tin.  I'll tell you, I

2   confess I don't understand what those mean.  I vaguely

3   know what they are.  But they're machines that do a

4   specific kind of thing to that board.  And sometimes

5   Circuitronix would buy the machine, put it in their

6   factory so that they could service those customers.  So

7   that's like an investment in somebody else's factory.

8              You'll also hear that the two companies

9   actually discussed merging companies and becoming one

10  together.  They had that close of a relationship in 2018.

11  So it's kind of strange, you would think, that these

12  companies are suing each other despite being so close.

13  So let me explain to you the but on the screen.  Here's

14  why.

15             We will prove through the evidence that you

16  will see that Benlida has big problems, and it's had

17  these problems for a long time.  It's forever had a cash

18  flow problem.  What is a cash flow problem?  We all know

19  what that is.  We don't have enough money to pay our

20  bills at a particular time.  We might be getting that

21  money in two weeks when a paycheck comes in or when some

22  contract comes through and we get paid finally, but

23  unless you have that money now because somebody else is

24  saying, pay me, that's a cash flow problem.  Benlida has

25  had that problem, and you'll see it in emails where

1    Ms. Huang admits it freely.  It's not a secret.  They had

2    cash flow problems, meeting loans that they had taken

3    from banks, paying their own employees' salaries, buying

4    the raw materials that they need to produce the printed

5    circuit boards.  There's something called laminate.  It's

6    called -- you'll see it sometimes, CCL, which is copper

7    clad laminate which means the copper is on the plastic

8    stuff.  They had to buy that to make the boards.

9    Sometimes they couldn't pay the raw material suppliers,

10   and so that's a big problem.  If your factory's building

11   printed circuit boards and you can't pay for the stuff to

12   build the boards, or you can't pay your employees to do

13   the job of building the boards, your company is not cash

14   flowing properly.  ROK, the other company's factory was

15   even shut down in 2018, stopped doing business entirely,

16   okay?

17          Now, why am I telling you this?  It's relevant

18   to the story we have to present to you because when

19   Benlida was faced with those financial issues, it looked

20   to its friends who trusted them -- Mr. Kukreja had a good

21   personal relationship -- and said, Circuitronix, you

22   don't have cash flow problems.  You are a very successful

23   business in the United States.  Can you front us some

24   money?  Can you give us money?

25          So they continually -- and you will see the

1    evidence -- asked favors beyond what was required in the

2    contract.  Like the contract says -- remember I told you

3    AMS 60 days after monthly statement pay?  Well, they

4    said, listen, we need more frequent payments because

5    we're having all these cash flow problems.  Can you help

6    us out?  Remember the three-legged race?  You will see

7    evidence that says, okay.  So Mr. Kukreja authorized

8    payments on a more frequent schedule.  He gave them

9    millions of dollars ahead of what was owed.

10           In addition, where it says diverted millions in

11   payments to ROK, that's the other company that Mr. Huang

12   owned.  There were times where you're going to see

13   evidence that ROK was in dire straits.  Urgent message,

14   please send the money that you are supposed to send to

15   Benlida, like $1.5 million, send it to ROK.  In the month

16   of March of 2017, I know we sent a lot of stuff to you

17   and you needed to pay us, Benlida, but send it over there

18   to ROK because we have this thing called a trade gap

19   problem, which is the next thing.

20           Remember I mentioned to you that the Chinese

21   government says, dollars out, dollars in.  You say you

22   did a million dollars of sales on your purchase orders to

23   a U.S. company.  Well, I want to see a million dollars

24   back.  And you'll hear some evidence that's how the

25   Chinese government monitors foreign currency exchange in

1    the country, different than the United States.  But from

2    Benlida's perspective, they have to make sure that they

3    don't have a trade gap.  Their numbers have to match.  So

4    if for some reason, ROK's having problems and they say,

5    send the money to ROK because we have a trade gap problem

6    with our government, Circuitronix helped them out.

7              But where does that money go as far as

8    Benlida's account?  Do they think Circuitronix hasn't

9    paid them $1.5 million or something like that?  That's

10   another issue you're going to see.  And that trade gap

11   and the differences in their accounting books started

12   causing disagreements about who owes who what.  So

13   ultimately at the end of the day, Circuitronix ended up

14   paying Benlida millions and millions of dollars more than

15   the contract required.  And Benlida didn't pay

16   Circuitronix things that the contract did require it to

17   pay.  And when asked to let's get even and pay us what

18   we're owed, Benlida refused to pay it back.  That's why

19   we're here.

20             Let me be real specific about the breaches of

21   contract we're suing for because when you hear all this

22   evidence come in, as Judge Scola said, sometimes it

23   doesn't come in the right order.  It's scattered and you

24   have to piece it together.  We'll do our best to try to

25   do it in an organized way.  And one of the reasons you

1    see four different colors on this slide is because we

2    thought it might be helpful to color code these things.

3    We're suing for four different breaches.  Each one has a

4    different color; orange, green, yellow and red.

5           The first one, the orange one, No. 1, is

6    Benlida's refusal to return these overpayments as of a

7    particular date.  See, it says the 2019 reconciliation

8    process.  This is something we're going to talk a lot

9    about because in 2019 after years of saying, hey, we have

10   disagreements about this thing.  We have disagreements

11   about that thing, but let's put them to the side, keep

12   doing business, and we have to resolve those

13   disagreements.

14          In 2019, they had a big, big effort to open up

15   their books -- at least Circuitronix did -- to show each

16   other who owes who how much.  So at the end of that 2019

17   reconciliation process -- it's in July, they sort of did

18   it up to July -- what did the books show?  Our claim is,

19   and we will prove to you that that showed that we had

20   made overpayments to them, millions of dollars, almost

21   $5 million, and that their books, according to what they

22   told us, agreed with it.  So we're claiming that we want

23   that money back.  Not giving it back to us if we overpaid

24   it to them was wrong, and it was a breach of our

25   contract, and we'll show you why.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1          Second one, the green one, ROK.  They said send

2   the money to ROK, not to us because ROK is in trouble.

3   Mr. Kukreja authorized Circuitronix to do that, but

4   Benlida hasn't given us credit for that.  Diverted

5   payments to ROK.  That's the second thing we're claiming.

6          The third thing is this leadtime penalty

7   concept, the yellow one.  Leadtime was, again, how much

8   time do you have to produce the product and get it to us,

9   like deliver the pizza, basically.  And under the

10  contract we'll show you, there are certain monetary

11  penalties that happen if you're late.  And they were late

12  a lot, and we have records that will show you exactly how

13  late, exactly how many orders, and what it added up to.

14  Over the course of this many-year period, it's millions

15  of dollars.  Benlida has refused to acknowledge they

16  disagree with the leadtime penalty calculation.

17          Fourth and finally, they charge us the red

18  category premiums.  Under the contract -- we'll show

19  you -- it's very detailed, there's something called a

20  pricing matrix, and here's how much we, Benlida, can

21  charge you, Circuitronix.  Because they put it all in the

22  manufacturing agreement, and it's crazy detailed.  It

23  says to the penny, lots of specific things.  And here's

24  how we do the price.  That's what we charge you.

25          Well, in 2019 after this reconciliation

1    process, Benlida said, you know what?  You need to start

2    paying us a premium on top of the price.  And we said,

3    that's not part of the contract, but in the three-legged

4    race, Mr. Kukreja authorized temporarily for them to do

5    it.  So Circuitronix has paid on top of the regular

6    negotiated price this additional premium in order to make

7    sure that Benlida continued to build the boards so it

8    could sell them to its customers.  That's the fourth

9    breach.

10           Now, we are going to show you evidence on each

11   one, and we'll try to break it down and I will try to

12   sign-post for you when I do it.  On the first one, the

13   overpayments from the 2019 reconciliation process, we're

14   going to show you some emails between the companies that

15   prove what we're saying.  You're going to hear from

16   Mr. Kukreja, possibly from other witnesses from our

17   company as well, and we also have an outside expert who's

18   going to come in.  His name is Barry Mukamal.  He is a

19   forensic accountant.  Circuitronix hired him for purposes

20   of this case in order to do an outside, independent look

21   at this 2019 reconciliation and see if anybody missed

22   anything.  So he'll give you a second opinion on that.

23           On the ROK thing, we'll show you the documents

24   that prove that Benlida asked Circuitronix to send it to

25   ROK at certain periods of time.  We'll show you the bank

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

165

1    statements.  We'll show the payment details that track

2    those particular payments, and you'll hear from

3    Mr. Kukreja about that.

4         On the issue of leadtime penalties -- and

5    again, every time I say "leadtime penalties," I wince

6    because it's complicated.  It takes a long time to

7    understand.  But we're going to show how these late

8    delivery fees, these discounts for late deliveries, added

9    up over time.  Mr. Kukreja's agreements that he made over

10   time during a lot of their sit-downs to even, like, waive

11   some of them.  I told you Benlida disagreed with them a

12   lot.  You will hear evidence that on two occasions, once

13   in 2016, another time in 2017, Mr. Kukreja said, fine.  I

14   disagree with you.  I stand by our records, but you know

15   what?  To get along, we have a good relationship.  I'm

16   going to waive hundreds of thousands of dollars' worth of

17   leadtime penalties that have accrued because you're

18   concerned, Benlida, about making a trade gap problem

19   because it's a big debit on your books if you'll

20   recognize it, and that's going to be an imbalance between

21   dollars out and dollars in, I'll waive it.

22        Even though he waived it, you will see that the

23   leadtime penalties that have added up over time are

24   millions of dollars still.  And they have refused to make

25   good on that so we are suing them because the contract

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    says there's such a thing as a leadtime penalty.  You'll

2    hear from witnesses and, again, another outside expert.

3          Finally, premiums.  This is relatively simple

4    because it's a short time period.  They started charging

5    these extra prices.  We say it violates the contract

6    because the contract doesn't call for any premium

7    pricing, and we'll show you the documents where they

8    requested it and you'll hear from Mr. Kukreja about that.

9          So I mentioned you'll hear from refresh

10   Kukreja, the CEO.  You'll hear from the outside

11   expert -- this is in our case -- Barry Mukamal, a

12   forensic accountant.  We may call as many of three

13   additional witnesses from our company depending upon

14   time.  And then we are also going to present in our case

15   in chief the video testimony of three people from

16   Benlida.  Those three pictures are Benlida executives.

17   Two of them are executives; one is an accounting

18   bookkeeper.

19          Mr. Huang Xiangjiang, which I'm sure I'm not

20   pronouncing correctly, is Mr. Huang.  Mr. Huang is

21   referred to at Benlida as "Big Boss."  He is the head

22   guy.  But his son, Huang Hanchao, who goes by the

23   American name, Douglas, which is easier for us to say, is

24   effectively the general manager or CEO of the company and

25   has been running it since his father took a more passive

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    role in the last number of years after some health

2    issues.

3          But you'll see a little bit of a video from

4    Mr. Huang, and you'll see a little bit of a video from

5    Douglas Huang.  And by the way, while we're talking about

6    Huang, Tracy Huang is not related, but we have three

7    people named Huang, so we're going to go with Mr. Huang,

8    Douglas and Tracy when we refer to them to keep it

9    straight.

10         And the last witness by video that we will

11   present is Chen Zhanjiao, who they all refer to as

12   Ms. Chen which is easier for us to say, too.  So Ms. Chen

13   is another witness who is a bookkeeper.  And that will be

14   our case that we'll present to you with evidence and

15   documents as well.

16         So at the end of the case, we have to prove to

17   you how much, if they breached the contract, each of

18   these claims amounts to, damages.  If we prove there was

19   a contract and that they breached that contract, they

20   broke that promise and didn't either return the money or

21   pay certain money, how much is it?  So you see those same

22   colors?  Each of those colors is color-coded to the same

23   breaches we're going to show you.

24         The biggest one is the 2019 reconciliation.

25   How much was it?  $4,760,847.  That's an amount of money

```
1    I don't think they're going to contest.  We'll see what
2    the evidence is when it comes in.  But that was the
3    back-and-forth in 2019.  The premiums, let's talk about
4    that because that's easy, that's small.  $317,539.48.
5    They're not entitled to charge that premium, we say.
6    They charged it.  We paid it because we had to keep the
7    business going, but we want that back.
8              The ROK diverted payments, the green one
9    $2,825,000.  Not giving us credit for those payments.
10   That we're seeking back, too.  And finally, the leadtime
11   penalties, the most intricate one $2,994,050.  So we will
12   show you evidence about all of these damages to prove up
13   those exact numbers because that's our burden.
14             Almost done.  Final slide.
15             In conclusion, what's the evidence going to
16   show in this case?  There was a contract where Benlida
17   made the following promises.  I'm going to take them one
18   by one.  This is the language in the contract, you'll
19   see, in the 2016 letter agreement.  To treat Circuitronix
20   fairly and deal with it in good faith.
21             Our claim is that they breached that provision
22   of the contract, to deal with us fairly and in good
23   faith.  How?  Look at the first thing under No. 2.
24   Benlida breached those promises by unfairly refusing to
25   return money that CTX overpaid.  If you're going to be
```

<span>1</span> fair and treat us in good faith, you should give us the

<span>2</span> money back that we proved to you we overpaid, like the

<span>3</span> 2019 reconciliation, the money to ROK, which you're not

<span>4</span> crediting to a payment to Benlida.

<span>5</span>          Go back to the top.

<span>6</span>          What's the second thing we will prove about the

<span>7</span> contract?  The contract says you have to pay leadtime

<span>8</span> penalties for late deliveries.  This is a time-sensitive

<span>9</span> business.  If it's late, our customers don't get the

<span>10</span> product, we get in trouble with our customers.  We might

<span>11</span> lose our customer.  So if you don't do it on time,

<span>12</span> there's a penalty basically in the form of a discount.

<span>13</span>          How did they breach that leadtime penalty?  Go

<span>14</span> back to No. 2, second one:  By not paying the leadtime

<span>15</span> penalties.  That's the proof of the breach of that

<span>16</span> promise.

<span>17</span>          And then third, going back to the top, there

<span>18</span> was the last one, their contract where Benlida promised

<span>19</span> to charge based on a set pricing matrix, not on any

<span>20</span> premiums.  How did they breach that?  By charging

<span>21</span> premiums.

<span>22</span>          So at the end of the day, we will show you

<span>23</span> those contractual provisions.  We will show you evidence

<span>24</span> about how they breached it, and then, finally, No. 3, the

<span>25</span> damages that flowed from that.  And those total damages

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1   when we add up that pie chart of the different colors is

2   $10,897,436.48.

3          Circuitronix appreciates your attention to the

4   evidence because it's our burden to present it to you.

5   We really want you to understand it and make sure that we

6   presented it clearly, because we believe we have all the

7   evidence we need to move that scale in our direction to

8   prove almost $11 million in damages.

9          I thank you for your attention on behalf of the

10  company.

11         THE COURT:  All right.  Thank you.

12         Mr. Mazzola.

13         MR. MAZZOLA:  Thank you.

14         Thank you, Mr. Rosenthal.

15         Gosh, that's a lot of money.  It sounds like my

16  client's got real problems.  But the good thing about

17  this is you'll be deciding this.  My client is

18  represented by Tracy.  Tracy is glad to be here.  She's

19  glad that her company can be here because they trust you.

20  They trust the American legal system.  They trust

21  American jurors.  They trust Miami, Florida jurors to

22  listen to all the facts and to decide what's the real

23  story.

24         Now, one of the things we all want when we

25  select a jury -- and you all said you would do this -- is

171

1    a jury that listens to the facts, that's not going to be

2    fooled, that not going to be tricked.  We wanted that and

3    we got that.

4          We also want a jury that's going to have

5    commonsense, a jury that's not going to leave the

6    commonsense at that door or that door, but that's going

7    to bring their commonsense into this room when they

8    listen to everything, when they judge the witnesses, when

9    they look at the documents.  That's what we want.

10          Now, the good thing about this was it's kind of

11    like the coming attractions.  You know when you see the

12    coming attraction and you say, darn, that's a good movie.

13    I have to go see that movie.  So you run down to the

14    movie theater, you give them 20 bucks, you sit there for

15    an hour and a half, two hours, and you walk out and you

16    say, hey, I think I saw the best part in the coming

17    attraction.  And the movie that I saw was nothing like

18    the coming attractions.

19          But that's okay because you're going to be

20    hearing all the evidence, and that's the point.  When you

21    hear all this evidence, one of the things you're going to

22    have to ask yourself is what's missing?  What didn't I

23    hear?  What didn't they tell me?  Those are things that

24    you have to listen for.

25          Now, you heard the Judge.  The Judge did say

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1   this during jury selection.  I think it related to a

2   question about don't go do your own investigation or if

3   there is a very question or something you don't

4   understand.  But the Judge did say if at the end of the

5   trial something is missing, they lose, or if it's missing

6   on my side, I lose.  So when all the facts are in and all

7   the evidence is in and after you've listened and

8   evaluated everything, if something is missing from their

9   side, they lose.

10         Now, when you look at all the facts and you

11  listen to everything and see all the evidence, you're

12  going to realize that the number that they put up

13  there -- I think it was $10,867,000 -- that Benlida owes

14  no one, no one $10 million, let $10,867,000.  Benlida

15  simply does not owe that.  And the evidence is going to

16  that, so let me tell you how we're going to get there.

17         First off, the evidence is going to be

18  unbelievable, and not unbelievable in the sense that, Oh,

19  wow.  It's going to be unbelievable, and it's just not

20  going to be credible.  You're going to hear lots of

21  claims.  You're going to see lots of numbers, lots of

22  spreadsheets, but what you need to do is you need to

23  listen carefully to things like cross-examination.

24  Listen carefully to questions that are asked and answers

25  that are given.

1      Judge the witness.  Look at the witness.  Look
2  how they behave.  Look how they answer their questions
3  when they get on the witness stand because you're going
4  to hear that.  You're going to hear the witnesses come up
5  here.  You're going to hear from Mr. Kukreja.  You're
6  going to hear from Lina Ochoa.  You're going to hear from
7  Sourabh Sharma, and I understand there may be other
8  witnesses.  But those are going to be the main witnesses
9  as we see it from the CTX side, so those are the
10  witnesses you will need to listen to.
11      And then, of course, you have to listen to
12  Tracy, listen to her testimony and Roger's testimony.
13  Tracy -- let me give you a little background about Tracy,
14  okay?  Tracy speaks beautiful English.  She reads English
15  beautifully.  She learned it in high school.  She learned
16  it in college as well.  She's an applied chemistry major.
17  She's a mother.  She's married.  She's got two boys.
18  They like to play soccer; any other working mother, like
19  any other working mother in the world.  The only
20  difference is she lives 13,000 miles away, but like any
21  other working mother.  Roger is a younger kid making his
22  way.  Smart guy.  You'll hear from him.  Smart with
23  numbers, really good with numbers.  And you'll hear from
24  him as well.
25      So although they're 13,000 miles away, when you

1    listen to them and you judge their credibility and you

2    listen to the evidence, they're just people working for a

3    business trying to do the right thing.  So listen

4    carefully to them.

5            So when you listen to all the evidence, you're

6    going to realize that what they are saying just is simply

7    not believable.  I mean, listen carefully.  The whole

8    thing, it seems to me, I think the evidence is going to

9    show you it's a big house of cards, a big shell game,

10   three-card monte.  Things are moving around.  Things are

11   moving around.  But where's the beef?  Nothing's there.

12   It's unbelievable.

13           Overpaid?  Owing him to the tune of closely

14   $11 million?  What kind of businessman allows himself --

15   and this is what the evidence is going to show; you'll

16   listen to it -- what kind of businessman with $5,000

17   suits allows himself to be in an overpaid position?

18   They're going to talk about oh, there's overpay, there's

19   leadtime penalties, there's -- I forget the other two.

20   It doesn't matter.  They're all one big number.  And what

21   kind of honest, credible, good, successful businessperson

22   allows himself to be in an overpaid position?  And it's

23   not that the overpaid position just happened.  The

24   evidence will show this -- it's not like they just wake

25   up one day and go, darn, these guys over here owe us

| | |
|---|---|
| 1 | 11 million bucks.  No.  That's not how it happened.  They |
| 2 | allowed it to run month after month after month after |
| 3 | month.  Who does that?  Listen to the evidence. |
| 4 | Now, you're going to hear from witnesses. |
| 5 | You're going to hear from Mr. Kukreja, and as |
| 6 | Mr. Rosenthal said, we have all been working so closely |
| 7 | together, and everyone has been working so professionally |
| 8 | together, and we get to know each other.  And that's a |
| 9 | great pleasure of practicing law even with your |
| 10 | adversary.  I'm going to raise my voice, he's going to |
| 11 | raise his voice; but at the end of the day, we have to |
| 12 | get together.  We have to work well together. |
| 13 | And we have taken depositions of Mr. Kukreja, |
| 14 | and we have taken depositions of his other employees |
| 15 | there.  And what you're going to hear when you listen -- |
| 16 | and I'm not actually saying the actual words.  When I say |
| 17 | "hear," we're talking about -- you know what I mean, that |
| 18 | sixth sense, the common sense, the logic, the smarts. |
| 19 | When you hear Mr. Kukreja testify, what you're going to |
| 20 | hear -- and the evidence will bear this out -- the |
| 21 | inference evidence, direct and indirect evidence, that he |
| 22 | is greedy, that he's controlling, and you guessed, you |
| 23 | guessed it, control freak.  That's what you're going to |
| 24 | hear. |
| 25 | You are also going to hear from Sourabh Sharma. |

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1   You'll hear evidence from him.  And we'll cross-examine
2   him, and they're going to put him on the witness stand,
3   and they'll talk to Sourabh Sharma.  He's coming from CTX
4   India.  He's coming over from CTX India, and you're going
5   to hear evidence that he is the inside sales guy.  He's
6   the guy that manages.  He controls all the inside sales
7   for CTX.  Now, I didn't know what inside sales was before
8   I started this case.  I didn't know a lot of things about
9   PCB or inside sales, but the inside sales person, they're
10  the ones that deal in the middle.  So if you think about
11  a salesman, they're not the salesmen that are out there
12  playing golf, having dinner, doing drinks.  That is not
13  the type of salespeople they are.

14          Mr. Rosenthal talked about a new headrest.
15  These salespeople are not out there wining and dining
16  doing the on-the-ground sales.  They're not selling PCBs
17  to the people who make this (indicating) or PCBs to the
18  people who make the lights.  That sales is done
19  different.  But the inside sales guys, they serve in the
20  middle.  They do things like issue purchase orders.
21  Evidence will show that.  They discuss things, I believe,
22  with the engineers.  The evidence will show that.  They
23  look at things like leadtime penalties, and the evidence
24  will show that.  They're the inside salespeople.  And
25  Sourabh Sharma is coming here to testify.

1          I want you to listen to Sourabh Sharma, not

2     just the answers he gives because as a juror, when you

3     evaluate a witness, you do so much more than just listen

4     to what they say.  You do so much more.  You look at

5     their body language, you look at their hands.  You look

6     at their eyes.  You look at the way they move their body.

7     That's what you do.

8          And when you listen to Sourabh Sharma -- you

9     know what he is?  And the evidence will show that.  He is

10     a yes man.  He is a yes man, and whatever he needed to do

11     for Rishi, he did.  Yes man, that's what you are going to

12     hear from him.

13          You're also going to hear from Lina Ochoa.

14     Lina Ochoa is the head of global operations for CTX.

15     She'll talk about her job, what she does in connection

16     with HR, what she does in connection with accounting.  I

17     think she sits above accounts payable and accounts

18     receivable.  You will hear from Lina Ochoa.

19          Mr. Ochoa is a good witness.  I'm looking at my

20     notes over here.  I really don't have much bad to say

21     about Lina Ochoa as the evidence is going to come out.

22     She did a good job.  She really did a good job.  But you

23     know what Lina Ochoa's problem was?  It's not really her

24     problem.  She had a lousy team.  And it's funny because I

25     was reading something the other day.  I think it was

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1    Margaret Thatcher was quoted saying this.  She's like,

2    I'm not so great.  It's just not me.  I didn't do

3    anything.  It's the team I had.  The team, and a good

4    leader picks out the team.  And Lina Ochoa's issue was

5    she had a lousy team.

6         How do we know she had a lousy team?  Well, the

7    evidence is going to show that the turnover -- the

8    turnover of the people that were doing all these numbers

9    and spreadsheets was shocking.  We are not talking about

10   that long a period of time.  We might be talking about a

11   five, six-year period of time.  The turnover, shocking.

12   You can look at one email that might have been written

13   two years ago, and I'm going through them asking

14   questions, gone, gone, gone, gone.  They're all gone.

15   They can't keep people there.  The turnover is

16   unbelievable all the time.

17        And we know what happens when there's turnover.

18   What happens when there's turnover?  Mistakes happen.

19   You know why?  Because the new person coming in doesn't

20   really care that much about what the old person did.  And

21   the person going out the door, what do they care about?

22   They're out the door.

23        Contrast that to Benlida.  Tracy's been there

24   forever.  Roger has been there I think for his whole

25   career.  Ms. Chen has been around.  They have been there

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1   the whole time.  So when they talk about numbers and

2   reconciliations and this and that, the people preparing

3   them on this side of the room have always been there.

4   The people preparing them on this side of the room have

5   been turning over, turning over, turning over, changing

6   employees like The Real Housewives of Miami change their

7   dresses.

8          But Lina had a little bit of a -- I forgot

9   something important.  I have to look at my notes.  I

10  didn't have a PowerPoint.

11         Regarding those employees, their own testimony

12  is these employees made mistakes.  Mistakes.  I found

13  another mistake, he made a mistake.  And I'm going to

14  show you the other mistakes, too.  We'll go through them

15  and you'll see mistakes.  Another employee was lazy,

16  another employee left, got fired, left for another job,

17  wanted a new opportunity.  Anyone that's ever worked

18  someplace knows that those are euphemisms for either got

19  fired or was going to be fired.  And so that's the issue

20  with Lina Ochoa.

21         I do have one concern with her as a witness and

22  the evidence she's going to give, and you're going to

23  hear this.  Lina had a bit of a mean streak in her, too,

24  just a bit of a mean streak.  You'll hear testimony

25  regarding that, that when it comes to business, there was

1    a bit of a mean streak.  And the evidence will come out

2    it was to the effect that -- and I'm going to get to

3    this, to the effect that if we made a mistake on an

4    invoice and we put the wrong amount on it, so the part

5    was $1.10, example, and we put a $1 amount on the invoice

6    and we sent it off to CTX, and CTX paid a dollar, we go

7    back and say really it should be $1.10, our mistake, our

8    mistake.  So our mistakes always enure to our detriment

9    as far as Lina was concerned.  In her mind, it was so

10   sad, so sorry, sayonara, sucker.  That's how Lina looked

11   at it, and that's how the evidence is going to come out.

12         This is my favorite, my favorite; the sloppy

13   bookkeeping.  My guys are sloppy.  My bookkeepers are

14   sloppy.  My accounts people are sloppy.  You're going to

15   hear it from everyone.  You are going to hear it from

16   Sourabh, the yes man.  They were sloppy.  That explains

17   everything.  If there's a mistake, it's my client's

18   fault.  They're sloppy.

19         You're going to hear it from Lina.  If there is

20   a mistake, it's my client's problem.  They're sloppy.

21   But let's talk about who's sloppy.  They can't keep

22   employees.  They have lazy employees.  They have

23   employees that make mistakes.  And as we go through the

24   numbers, we'll find more mistakes.  And you can judge by

25   yourself.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1           I wasn't thinking about this earlier, but I

2    heard Mr. Rosenthal say it.  I think he said my clients

3    were taking advantage of CTX.  We're going to put

4    evidence in to show this, of course, because that's our

5    obligation as well.  Now, they have the burden of proof,

6    but we're just not going to sit here and do nothing.

7    We'll put evidence in.  You'll hear from our witnesses.

8    But my clients are taking advantage.

9           Let me ask you this, all right?  This is a fair

10   question, because we all either have business experiences

11   or we have human experiences.  We have life experiences,

12   all sorts of experiences.  And you don't leave that at

13   the door when you come into this room.  So let me ask you

14   this question.  If someone's taken advantage of you, if

15   someone is taking advantage of you, do you do business

16   with that person?  No.  If a boyfriend is taking

17   advantage of you, do you continue to date that boyfriend

18   or girlfriend?  Do you continue to do that?  No.  So what

19   does human nature tell you about that?  You don't

20   continue to deal with someone if they are taking

21   advantage of you.  Well, you do if you are a sucker, but

22   he's not a sucker.  Mr. Kukreja is no sucker.  So ask

23   yourself that:  Who's taking advantage of whom?

24          And the evidence is going to show really that

25   Mr. Kukreja, he's the taking advantage-er.  He's the guy

1    taking advantage.  He's the taker.  He is the greedy one.

2    He's looking for something for nothing because that's why

3    we're here.  He's looking for something for nothing.

4         How do we know that?  Well, don't take my word

5    for it.  Don't take my word for it.  How are we going to

6    learn that?  Well, one of the ways we're going to learn

7    that is we're going to learn that every time Mr. Kukreja

8    or one of his lieutenants asked Benlida for something,

9    they gave it to him.  When Benlida asks for favors, they

10   don't get them.  They don't give it to them.

11        Now, I can feel the raise at the back of my

12   head when I am talking about that.  How could you say

13   that, JC?  Benlida asked us for money.  They asked us for

14   loans.  They need us to bail them out.  You heard

15   Mr. Rosenthal say that.  But when we talk about that at

16   the trial, listen to the evidence.  Because our cash flow

17   was so bad, we needed their money.  Well, ask yourself

18   this question:  Maybe our cash flow was tight because

19   we're running a business and they ain't paying the bills.

20   Maybe that's the answer.

21        So we said, my cash flow is tight.  We need to

22   get the bills paid.  Anyone that's ever been in that

23   situation knows what that's like.  Heck, I run a law

24   firm.  My cash flow is tight this week.  Client, you have

25   to pay your bill.  That's not me asking for a favor.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    It's not them asking for a favor.  Pay your bill.  It's

2    due.

3           They needed help getting raw materials.  Raw

4    materials are expensive.  I wish we had an example, and

5    either myself or Mr. Rosenthal will show you what these

6    PCBs look like.  And the two of us have learned more

7    about this than we ever want to know.  But it's great.

8    That's one of the great things about practicing law.  You

9    get to learn interesting things.

10          But the component parts that go into them

11   aren't cheap.  The plastics aren't cheap.  The gold, the

12   silver, all that stuff isn't cheap.  So yeah, you have an

13   order, but you haven't paid us, so how do you expect us

14   to buy the gold, the plastic, the silver, and all the

15   bits and bobs that go into the PCB if you haven't paid

16   the bill? Come on.  Pay the bill.  So yeah, pay the

17   bill.  I need raw materials.  That's what the evidence is

18   going to show.

19          And then there's the loan, the loan.  No way,

20   no way was there ever a loan.  You're going to listen to

21   the evidence.  We all know what a loan looks like.

22   Listen to the evidence.  There was never a loan.  They

23   owed nothing.  They never owed anything to them.  There

24   was never a loan.  So we were chasing them for money.

25   But you know what a loan looks like, and you'll see the

1    evidence of that one.

2            So what's going on here?  Really, what's going

3    on?  That's the question you have to answer.  And in

4    answering that question, you're going to look at all the

5    facts.  But my client's position is they didn't owe them

6    anything.  My client's position is their position is

7    entirely unbelievable, incredible, incredible as in not

8    truthful.  Not incredible, but incredible -- I like that

9    word so I use that.  Incredible.  Unbelievable and

10   incredible because when you listen to all the facts,

11   listen to all the evidence, something you got to ask

12   yourself is who allows themselves to be in such a big

13   overpay position?  Who allows them to be there?  They

14   don't allow themselves to be there.  Certainly not

15   successful businessmen, and he says he's successful.  He

16   says he's a good businessman.

17           He's got a thousand employees, his lawyer said,

18   thousand employees all over, and he allows himself to be

19   in this type of overpay position?  I think I heard his

20   lawyer say that they did $50 million worth of business

21   over the course, maybe 60 million.  I'm not sure if the

22   number was correct.  If they're doing that much business,

23   who lets themselves be in a $10 million overpay position?

24   Who allows them to be in a position where they're owed

25   $10 million if they are doing $50, 60 million worth of

1    work?  That's unbelievable.

2              And when you look at all the evidence and you

3    look at things like the payment memos and all of the

4    details, it will be clear to you -- remember I talked

5    earlier about the movies, right, at the end.  You hear

6    the conclusion.  It was the butler in the dining room

7    that did it, and you're like, I didn't get back.  But

8    when they play all the little bits and bobs, you see

9    that.  So when we make our closing argument, I'm going to

10   help you play back all those little bits and bobs of the

11   evidence.  And my client hopes that after you hear all

12   the evidence, you'll conclude that what CTX is saying

13   just is simply not true, and that my client does not owe

14   them any money.

15             And thank you for listening.

16             Thank you, Judge.

17             THE COURT:  All right.  Let's take our first

18   afternoon recess.  We'll see everybody back in 15

19   minutes.  We'll take up the first witness when we get

20   back.

21             (Jury exits at 3:05 p.m.)

22             (Court recessed at 3:05 p.m. to 3:21 p.m.)

23             THE COURT:  Let's bring in the jury.

24             (Jury enters at 3:22 p.m.)

25             THE COURT:  Welcome back, everyone.  Please be

1    seated.

2            Who is your first witness?

3            MR. ROSENTHAL:  Mr. Kukreja.

4            THE COURT:  All right.  Come up, please.

5    Before you sit down, if you would please raise your right

6    hand and be sworn.

7            (Witness duly sworn.)

8            THE WITNESS:  Yes, I do.

9            THE COURT:  Please have a seat.  Make yourself

10   comfortable.  Pull yourself up close to the microphone

11   and adjust the microphone for you.  And when you're

12   ready, please tell us your name and spell your first and

13   last name.

14           THE WITNESS:  Sure.  Rishi Kukreja, R-I-S-H-I,

15   last name Kukreja, K-U-K-R-E-J-A.

16           THE COURT:  Thank you.

17                   RISHI KUKREJA,

18   called as a witness herein, having been first duly sworn,

19   was examined and testified as follows:

20                   DIRECT EXAMINATION

21   BY MR. ROSENTHAL:

22      Q.   Good afternoon, Mr. Kukreja.

23      A.   Good afternoon.

24      Q.   Some things were said about you during opening

25   statement by Mr. Mazzola.

DIRECT EXAMINATION OF RISHI KUKREJA

1          Are you wearing a $5,000 suit?

2     A.   I wish.

3     Q.   Do you own a $5,000 suit?

4     A.   Nope, not even one-tenth of that.

5     Q.   Now, we want to make sure the jury hears you

6  clearly, so if you can speak into the microphone and make

7  sure that your testimony is heard well.

8          You heard Mr. Mazzola's opening statement that

9  the problems of cash flow at Benlida were caused by

10 Circuitronix not paying Benlida's invoices.

11         Did you hear that?

12    A.   I did.

13    Q.   Is that correct?

14    A.   Absolutely incorrect.

15    Q.   I'm going to ask you just at the very beginning

16 to take a look at a document.  Let me first ask you this

17 because it's the first document we're talking about in

18 this case.

19         You have an email address?

20    A.   Yes, I do.

21    Q.   And did you use your email to send emails back

22 and forth with people from Benlida?

23    A.   Yes, I did.

24         MR. ROSENTHAL:  Your Honor, I'd like to show

25 for identification Exhibit D-U3.  I don't believe there's

DIRECT EXAMINATION OF RISHI KUKREJA

```
 1    an objection to it.

 2              MR. MAZZOLA:  I have to see it.

 3              MR. ROSENTHAL:  So if I can ask Mr. Vega show

 4    solely for identification purposes D-U3.

 5              I believe the judge has to authorize us to see

 6    it.

 7              THE COURT:  The juror's screens are off.

 8              Do you see it on your screen -- no, the

 9    witness.

10              THE WITNESS:  I do.

11              THE COURT:  What's the exhibit number?

12              MR. ROSENTHAL:  It's D-U3.

13              THE COURT:  And where is that on your exhibit

14    list?

15              MR. ROSENTHAL:  If you look under U, you will

16    see UU, then U3.

17              THE COURT:  Okay.  I have a joint exhibit list.

18              MR. ROSENTHAL:  Yes.  And then beneath that

19    begins the additional exhibits which have the letters.

20    I'll see if I can get you the page number.

21              I believe it's on Page 7, your Honor.

22              THE COURT:  Okay.  D-U- --

23              MR. ROSENTHAL:  D-U3.

24              THE COURT:  3, okay.

25
```

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

DIRECT EXAMINATION OF RISHI KUKREJA

 1  BY MR. ROSENTHAL:

 2      Q.    Mr. Kukreja --

 3            MR. MAZZOLA:  Judge, just note my objection,

 4  but your Honor has already ruled on this one.

 5            THE COURT:  I have already ruled on it?

 6            MR. MAZZOLA:  It was subject to an earlier

 7  discussion, Judge.

 8            THE COURT:  So D-U3 will be received in

 9  evidence.  Show it to the jurors also.

10            (Exhibit D-U3 received in evidence.)

11  BY MR. ROSENTHAL:

12      Q.    Mr. Kukreja, we're showing you what's been

13  received in evidence as Exhibit D-U3.

14            Do you see that this is an email?

15      A.    Yes, I do.

16      Q.    How do you recognize it as an email?

17      A.    The sender is tracy@benlida.com.  Ms. Tracy is

18  sitting at the defense table, and I'm copied to that

19  email and -- it's addressed to me and copied to Douglas

20  and another gentleman, Akshay Koul.

21      Q.    Did you receive this email on or about

22  March 21st, 2017?

23      A.    Yes, I did.

24      Q.    Do you see where it says:  Dear Rishi?

25      A.    Yes, I do.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

DIRECT EXAMINATION OF RISHI KUKREJA

1    Q.    Who is that?

2    A.    That is me.

3    Q.    And do you recall receiving this email?

4    A.    I do.

5    Q.    From Tracy Huang?

6    A.    From Tracy Huang, yes.

7    Q.    Since this is in evidence.  I'm going to ask

8    you a dew questions about it right from the document.

9          Did she write to you that:  We, Benlida,

10   received formal notice from tax department this afternoon

11   that ROK is now in blacklist due to foreign exchange.

12   Get back from customer is much less than the amount

13   exported?

14   A.    Yes.

15   Q.    What did that mean?  Did you understand that?

16   A.    So although this was one of the first written

17   pieces of communication between Tracy and I on this

18   matter, she had communicated to me in the past, Douglas

19   and her had communicated to me in the past, that because

20   of their -- them not following the filing requirements

21   for the Chinese tax and custom authorities between 2012

22   and 2017, there were significant differences between

23   their numbers -- their books and the books that

24   represented to different Chinese authorities.

25   Q.    I want you to look down two lines.

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1      Do you see where it starts on the left:  Big

2  Boss, Mr. Huang?

3      A.    Yes.

4      Q.    Who is Big Boss, Mr. Huang?

5      A.    Mr. Huang is the owner of Jiangmen Benlida.

6      Q.    And what role did Mr. Huang have with ROK?

7      A.    So at some point in time, Mr. Huang's health

8  had gotten bad, and he had sold his majority stake in

9  Benlida to another party, and he started -- when his

10 health became better, he started another company called

11 ROK.  And the acronym for which it stood for, Return Of

12 the King.

13     Q.    Who was the king?

14     A.    Mr. Huang.  And he started under the company

15 which first Tracy joined and Douglas was managing, and at

16 some point in time, he bought back his shares at Benlida

17 also from the previous owner.

18     Q.    So let me ask you what is said in this email

19 here.  He says -- she says, Tracy, to you:  Big boss

20 Mr. Huang collect an urgent meeting with financial

21 manager and me.  He suggest that CTX must only wire to

22 ROK account in March when we collect both Benlida and

23 ROK's payment.

24         What did that mean?

25     A.    They wanted us to wire any moneys which was not

1    only due to Benlida but also -- not only owed to ROK, but

2    also moneys which was owed to Benlida to the ROK account

3    because they were trying to address certain financial --

4    so basically since they had not reported, it -- reported

5    their -- their reporting had some holes in it, that not

6    received the amount of money they were supposed to

7    receive from us in the ROK account.  And so they wanted

8    more money to come in to bridge that gap because they

9    reported to the Chinese government they had received more

10   money.

11        Q.    And so let me ask you to look at the next line

12   that starts with, Tomorrow.  It says:  Tomorrow we will

13   also write report to tax department to explain.

14             What tax department are they referring to?

15        A.    The Chinese tax authorities.

16        Q.    And Tracy says:  Since we cannot explain as the

17   fact, we have to make up some other reasons.

18             Do you know what that was about?

19        A.    So between 2012 and -- between 2012 and this

20   March 21, 2017 and actually until May of 2018 when ROK

21   finally shut down, as a part of doing business with ROK,

22   there were certain occasions on which we had to give

23   debit notes to them for poor quality, late shipments, or

24   for some other reasons.  But they were supposed to do was

25   that they were supposed to report that back to the tax

DIRECT EXAMINATION OF RISHI KUKREJA

1    authorities, and they did not do that in 2012, '13, '14,

2    '15, '16, '17, and it showed a really, really big gap.

3            And I guess somehow the tax department got to

4    know that, and so they could not go back and say that

5    they made this mistake in 2012 all these years.  So

6    that's the reason she said that we cannot explain that as

7    the fact.  We have to make up some reasons.  And that's

8    what she meant.

9       Q.   Who caused this problem for ROK?

10      A.   ROK.

11      Q.   Did Circuitronix cause this problem for ROK?

12      A.   Absolutely not.

13      Q.   So take a look at what Tracy wrote to you two

14   lines down, she says:  We know that this problem mainly

15   caused by ourselves.

16           Who is ourselves?

17      A.   Benlida ROK.

18      Q.   Do you know what those problems were, or are

19   they the same ones you already described to the jury?

20      A.   Yeah, because up until August of 2019, we ran

21   the organizations more as a partnership rather than a

22   contract manufacturer relationship.  So they usually

23   discussed all issues openly with me, and I did, too, for

24   them.  And so I knew I had an insight into what the

25   problems were.

DIRECT EXAMINATION OF RISHI KUKREJA

1     Q.    So when Mr. Mazzola said in his opening

2  statement a little while ago that the problems that the

3  company was having in China was because of Circuitronix

4  not paying, was this one of those examples?

5     A.    This is one of those examples.  There are

6  several emails like this.

7     Q.    Where Circuitronix is not paying or something

8  else was the cause?

9     A.    The cause was ROK -- ROK caused this problem

10  because of whatever filing issues the were supposed to --

11  there were certain filing requirements to show the gap,

12  which they had not done.  And the flip side is if they

13  didn't get the money from Circuitronix, not money which

14  was owed to them, but money which could be used to bail

15  them out, that would become our problem.

16     Q.    Okay.  We can take this document down.  We went

17  out of order just to address that issue.  Let's start

18  back at the beginning and give the jury a proper

19  introduction to you.

20         Can you please just tell the jury where you

21  were born?

22     A.    I was born in India.

23     Q.    And where were you educated?

24     A.    In India.

25     Q.    What university did you attend?

1    A.    It's called Manipal Institute of Technology.

2    Q.    Otherwise known as MIT?

3    A.    Yes, the MIT of India.

4    Q.    The MIT of India.  And what did you study when

5  you were there?

6    A.    I did my bachelor's in electronics and

7  communication engineering.

8    Q.    Did you come to get a job in that field?

9    A.    I did.

10   Q.    And where was that job?

11   A.    That job was in -- you mentioned Plantation,

12  but it was in Cooperstown [sic] which is not too far from

13  Plantation.

14   Q.    Cooper City?

15   A.    Cooper City, sorry.  I forgot.  My apologies.

16  Cooper City, yes.

17   Q.    You're not a Hall of Fame baseball player?

18   A.    I'm not.

19   Q.    Okay.

20   A.    So it involved designing printed circuit

21  boards.

22   Q.    And what did your job actually entail at the

23  time?

24   A.    So a printed circuit board is an electric -- it

25  can be considered as copper wires which are used to

1    connect whole bunch of components to get certain

2    functionality of a product.  But when you do it by

3    attaching wires, it's very bulky -- it's extremely bulky.

4    The second thing is that it's not repeatable.

5              So what they did was they had found a way of

6    etching these copper tracks on a two-dimensional

7    substrate, and those two-dimension substrate, that the

8    copper tracks basically connected the components to each

9    other.  And when they did it that way, they were able to

10   get more robustness both from a mechanical-performance

11   perspective as well as from an electrical-performance

12   perspective.

13             And then initially, the printed circuit boards

14   in the 1970s and '80s were really big because of the

15   technology, but now you can see they're able to

16   make -- like, if you look at the printed circuit board

17   which is used in the Apple AirPort, it's got so much

18   functionality, and yet it's such a small PCB.  It has

19   multiple layers so that they can make it small.  And the

20   technology is becoming more and more advanced every day.

21             So, yeah, that's what -- so I used to design

22   printed circuit boards, and I was designing printed

23   circuit boards specifically for the Motorola pagers

24   because Motorola had a factory in Plantation.

25        Q.   How long did you stay in that position; do you

**DIRECT EXAMINATION OF RISHI KUKREJA**

197

1  recall?

2      A.    I designed printed circuit boards in 1997 and

3  through middle of 1998.

4      Q.    Then what happened?

5      A.    And then I -- I realized that I was not -- I

6  was not getting too much enjoyment from sitting behind

7  the computer screen, and I asked my manager if I could

8  sell printed circuit boards.  And eventually at some

9  point in time started it as a hybrid project, like I was

10  doing my design as well as selling, and then I started

11  selling printed circuit boards.

12      Q.    Which part did you like better?

13      A.    Selling for sure.  But sales in any industry is

14  one of the most difficult things because of the amount of

15  pressure to meet your goals.  Being a salesperson, you

16  cannot be a cost center.  You have to be a profit center.

17  You have to pay for whatever you earn.

18      Q.    What happened after that in terms of your work

19  history?

20      A.    At some point in time, I decided to move away

21  from the company I was working with and start my own

22  company.  At that point in time, I was -- I had an

23  employment contract with them, and I had a noncompete.

24  So I digressed a little bit from printed circuit boards

25  and I went into something called plastic injection

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

198

1    molding.

2         Q.    What is plastic injection molding?

3         A.    So at its simplest, your iPhone has an

4    enclosure.  iPhone 15 is not plastic.  It's titanium, but

5    the iPhone 14 is plastic.  So every PCB assembly is

6    either housed in a plastic or a metal enclosure.  So I

7    did that for a year, ran my noncompete out, and then I

8    went back to printed circuit boards.

9         Q.    At that point you're saying you were free to go

10   back into the printed circuit board business?

11        A.    Yes.

12        Q.    Is that when you started Circuitronix?

13        A.    No, I started Circuitronix with

14   plastic-injection molding.

15        Q.    I see.  And at the time, how many employees of

16   Circuitronix were there?

17        A.    It was me.

18        Q.    And how long was it just you?

19        A.    So I -- I got my first significant contract six

20   months after starting Circuitronix, and at that point in

21   time, I could afford one more employee.  And I had moved

22   to Monroeville, Pennsylvania because the cost of living

23   was cheaper out there.  And then once I saw that -- once

24   the business started and I was able to -- once I saw that

25   there was cash flow coming, I came back here and I took a

DIRECT EXAMINATION OF RISHI KUKREJA

1   leased office just in Miami downtown.

2        Q.    So Circuitronix's first office in Miami was

3   right here in downtown Miami?

4        A.    That's right.

5        Q.    What building was it; do you recall?

6        A.    Yeah.  It's -- the Intercontinental Hotel is

7   connected with an office building.  It keeps changing its

8   name.  I think today it's called -- it's a Citibank

9   building.  But, yeah, I do not recollect what was at that

10  point in time in 2003.

11       Q.    So from 2003 when you had your office here in

12  downtown Miami, how long did you keep that office here

13  before you moved it?

14       A.    So we were in downtown, not in that office but

15  in several offices in downtown until 2012.  In 2011 I had

16  acquired -- I bought another company called Sunair

17  Electronics which sells high-frequency radios to the

18  U.S. Navy.  And they had their operations in -- off

19  Griffin, so I was spending three days here and three days

20  there.  And so what I decided was that it's better for me

21  to consolidate everything.

22            And this was a manufacture -- it was definitely

23  more difficult to move the Sunair operations because it

24  was an actual manufacturing operation.  So I moved

25  everybody out there.

DIRECT EXAMINATION OF RISHI KUKREJA

1    Q.   So you're saying the Circuitronix offices today

2    are in the same space or nearby to the Sunair

3    Electronics?

4    A.   It's in the same -- we have a 50,000 square

5    foot building, and most of it belongs to Sunair, but the

6    front portion -- because we do not -- we only require

7    cubicle space and office space.  We don't manufacture out

8    there.  Circuitronix does not.  And so Sunair has the

9    bigger manufacturing behind.

10   Q.   What state, just so it's clear, did you

11   incorporate Circuitronix in?

12   A.   In Florida.

13   Q.   So is it a Florida company?

14   A.   It is a Florida company.

15   Q.   Has that ever changed?

16   A.   No.

17   Q.   Do you live in Dade or Broward County?

18   A.   I live in Dade, Sunny Isles Beaches in Dade.

19   Q.   So you commute up to Broward?

20   A.   I do.

21   Q.   How is your commute?

22   A.   It's fine.

23   Q.   South Florida traffic?

24   A.   Yeah.

25   Q.   So you personally work out of the office off of

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1   Griffin Road?

2        A.    I work out of the office at Griffin Road, yes.

3        Q.    Let me ask you this before we leave just your

4   personal background.

5              At some point did you become a United States

6   citizen?

7        A.    I did; in 2012.

8        Q.    How many people currently work at the

9   Ft. Lauderdale office of Circuitronix, not Sunair?

10       A.    55.

11       Q.    And would you consider yourself a control

12   freak?

13       A.    I believe that every business person has to be

14   a control freak to some extent, and if the definition --

15   if the definition of a control freak is that I would do

16   everything in my resources to make my business a success

17   with an established accounting and legal frameworks, I

18   guess I'm a control freak.

19       Q.    So tell us a little bit and tell the jury a

20   little bit about the nature of Circuitronix's business in

21   your own description.

22       A.    So what has to be recognized is that when I

23   started Circuitronix in 2002, 2003, China was considered

24   to be -- quality of product coming from China was not

25   considered to be that great.  And I had to work with my

1     customers to change that mindset.  And I had to take a

2     lot of consultants from here to the factories out there

3     so that they could learn some of the Western techniques.

4              Today the story is different.  China is a

5     manufacturing giant, and I believe that China

6     manufactures high-quality product.  And in the printed

7     circuit board arena, China has close to 70 or 80 percent

8     of the -- of a 70 billion -- $80 billion market.  And

9     that's just printed circuit boards.  They've got

10    everything behind it, all the chemicals, all the

11    machines, everything.  They have the entire eco system.

12             So the work at different points in time was

13    different between 2002 and 2010.  The bigger challenge

14    was convincing customers to actually fly to China.

15         Q.    And these are customers from where?

16         A.    These are American customers, and they're big

17    customers like Motorola, Ford, GM, Honeywell, just huge

18    customers.

19         Q.    How did it change around 2010?

20         A.    So the first thing is that when we went

21    initially in 2002, 2003, we -- we were responsible for

22    making all the arrangements for the customer, picking up

23    at the airport, bring them to the hotel.  Making sure the

24    hotel was more Western and had -- they could find the

25    food they required, and they had something to do during

1    the evenings and so on and so forth.

2           And in 2010 and 2011, now you can find -- in

3    2003, 2004, you could not find a KFC or McDonald's out

4    there.  Now you can find everything out there.  And so

5    people can drive from Benlida's factory just five or ten

6    minutes and there are great restaurants and great

7    shopping, great hotels.  But that was not the case in

8    2003.  In 2003, they relied upon us.  When we went to

9    China, we actually carried snacks for the customers.  So,

10   yeah, it may seem like little work, but it's just

11   planning for everything.  You're literally babysitting

12   the entire process, in addition to the actual audit of

13   the factories.

14        Q.   So what does the audit of the factory mean?

15        A.   So customers want to see that the factory is

16   capable of building high-quality product, not when

17   they're standing there, not one time, but batch after

18   batch.  And to be able to do that, you have to have a

19   very robust quality system.  And that quality means --

20   and customers come and audit every aspect of the quality

21   system right from incoming inspection.

22          Printed circuit board manufacturing has 20, 22

23   discrete processes, so each of the process, some of the

24   customers even go on board in terms of crawling to,

25   crawling under machine space to see when was it cleaned

```
 1   last.  Because at the end of the day, although one is not

 2   supposed to judge a book by its cover, it does show your

 3   maintenance capabilities.

 4           And -- but there's another aspect of the

 5   business, which a lot of companies are focusing today.

 6   It's called EHS.

 7      Q.   Say again.

 8      A.   EHS, environmental, health, and safety.  Some

 9   of you may have heard about some of the controversy

10   behind Apple's subcontract of Foxconn, underage workers.

11           MR. MAZZOLA:  Objection, Judge.  I'm not sure

12   where this is going.

13           THE COURT:  Sustained.

14   BY MR. ROSENTHAL:

15      Q.   Let's focus on the factory in question here.

16           You mentioned actually that there's this audit

17   process.

18           Just jumping around a little bit, you recall in

19   the opening presentation I showed the first step was

20   sending a purchase order from Circuitronix X to Benlida?

21   Do you remember that?

22      A.   So --

23      Q.   If I can limit you for a second.  Do you

24   remember that first step?

25      A.   Yes, I do.
```

1      Q.    Before that first step, where does this audit

2   process you are discussing where the customer inspects

3   the factory fit?

4      A.    Most customers before they place the first

5   purchase order to us which would allow us to place our

6   purchase order to the factory, they audit the factory.

7      Q.    That's the physical visit you were talking

8   about?

9      A.    They physically visit the factory and do a

10   full-blown quality audit.

11      Q.    Does that include some of the automotive

12   manufacturers you mentioned like GM and Ford?

13      A.    So GM and Ford usually do not audit the

14   factories -- excuse me.  They do audit the factories, but

15   GM and Ford work through Tier 1 EMS companies.

16      Q.    Tier 1 EMS companies?

17      A.    Yes.

18      Q.    You have to explain what that means.

19      A.    Sure.  There is a company which manufactures

20   lights called Lear Corporation or Hella.  So Ford works

21   with them, how the lights could be designed mechanically,

22   how it's going to look.  And they work with them as far

23   as how the performance is concerned.  Lear or Hella would

24   design the PCB behind it.  And before they buy the PCB

25   from us, they would need to audit the factory.

1    Q.    You're saying Lear or Hella would do it for

2    Ford or GM, essentially?

3    A.    Ford, yes, their -- in the last 20 years, I

4    have been involved with several projects, but even the

5    OEM does it.

6    Q.    The OEM?  What's that?

7    A.    That's the original manufacturer in this case,

8    which would be the Ford or the GM or the Nissans, BMWs.

9    They would also come along with Lear or Hella or one of

10   these companies.

11   Q.    So since we're talking about automotive

12   companies, let me ask you this.

13         Where does the PCB, this little thing, fit into

14   the process of car manufacturing?

15   A.    So the first thing, I think I would need to

16   correct you on one thing.  It's not necessarily little

17   because some pieces could be little, but an instrument

18   cluster could be the size of the cluster because you have

19   the dials on it.  So it takes the shape of the product

20   it's going into.

21   Q.    Okay.

22   A.    And now with the change from gas vehicles to

23   electric vehicles, that's another completely different

24   change because now you don't need a lot of the things

25   which you needed in your -- in the previous type of cars.

DIRECT EXAMINATION OF RISHI KUKREJA

1    You basically need power distribution systems.  So it's a

2    different type of printed circuit board.

3         Q.    So the printed circuit boards, do they help

4    with power distribution?

5         A.    The printed circuit board is turned into a

6    product which helps it power distribution.

7         Q.    I see.  And so since we're focusing on what

8    Circuitronix does, how important or not important is it

9    for Circuitronix to be able to produce the printed

10   circuit boards for an automotive manufacturer from the

11   production standpoint?

12        A.    So in 2002, the biggest consumer of printed

13   circuit boards used to be the toys industry.

14        Q.    Toys?

15        A.    Yes.  In 2023, hands down, the biggest consumer

16   of printed circuit boards is the automotive industry.

17   You have your radars.  You've got your lighters.  You

18   have your cameras.  There's so much electronics in a car

19   today.  And as you're going through -- as the cars are

20   gearing up for autonomous driving, there's more and more

21   electronics in the car.

22        Q.    When the automotive companies order PCBs

23   through Circuitronix, what are their requirements?  What

24   are their expectations as they've communicated them to

25   you so you understand them?

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    A.    So the first and most important thing is one

2  has to start with how a line of an OEM is set up.

3    Q.    Again, OEM means what?

4    A.    Original equipment manufacturer, like GM, Ford.

5          So when they're designing a car, they

6  preprogram that this car is going to manufacture -- the

7  line is going to run such that one car is going to roll

8  out every, say, six minutes.  That's the way they

9  calculate their capacity rate.  And the cost of the line

10  could be more than a billion dollars.

11          And the way they have -- And so they need the

12  seats and they need the outer frame and they need all the

13  electronics.  So as the car is coming down the line.

14  They have their Tier 1 EMS companies provide the product

15  just when it's required.  To be able to do that, Lear

16  needs parts from us.

17    Q.    Lear is one of those Tier 1 EMS electronics

18  manufacturing --

19    A.    Companies.

20    Q.    -- companies?  Okay.

21    A.    So just like when they do that, they -- a

22  company like Lear needs -- when they tell us that they

23  need the boards on 1st of November, they need the boards

24  by 1st of November.

25    Q.    Why?

1      A.      Because if they don't have the PCBs by the 1st

2  of November, they cannot include the electronic assembly

3  in, say, the light or the seat, so that seat is not going

4  to reach a GM or a Ford in time, and then they'll -- GM

5  or Ford would need to stop the line.

6      Q.      What happens when a line like that stops?

7      A.      The cost is between $75,000 to $100,000 a

8  second.

9      Q.      A second?

10     A.      Yes.  And our contracts say that we will be

11  responsible for that.

12     Q.      Is it fair to say that it's important for

13  Circuitronix to make sure it supplies these Tier 1 EMS

14  companies that in turn work for Ford and GM and Nissan

15  and those kind of auto manufacturers in a very timely

16  way?

17     A.      Absolutely.

18     Q.      What happens if you actually don't meet that

19  obligation?

20     A.      So the first thing is that let's assume that

21  they had programmed to receive our PCBs on 1st of

22  November, and it's programmed to reach by ocean.  They

23  would expect -- and the manufacturing location is, say,

24  Mexico.  So they would program us to deliver the boards

25  at least seven or eight weeks prior so that they can put

1    it on the ocean.  If we meet that deadline, they will fly

2    the boards by air and charge us difference.

3         Q.   If you don't meet that deadline, that's when

4    you would fly them by air?

5         A.   Yes, because they don't have six or seven weeks

6    to put it on the ocean.

7              Now, let's assume that they're not able to ship

8    it until the 28th of October, which is three days prior

9    to what's required.  They will either make us charter an

10   aircraft or they will charter an aircraft and charge us

11   back to fly those boards.

12        Q.   I'm assuming that's not cheap?

13        A.   It's not.  It's not cheap.

14             And let's assume that we miss the 1st of

15   November deadline.  Now, obviously, when Lear requires

16   the 1st of November, they do not need to give the product

17   which uses our PCB on 1st of November.  They'll give

18   it -- let's assume that it's 10th of November.  So now

19   what they need to do is they'll fly a charter aircraft to

20   them.  They'll incur additional cost to make the product

21   the seat, and then they'll charge an aircraft to fly the

22   seat to a GM or a Ford which will be another charter

23   cost.

24        Q.   So you're saying if we ever find ourselves on

25   an airplane and next to us is a seat from a car, that's

1    the situation?

2         A.    I think you're flying a bad airline.

3         Q.    So I guess the last point is if a line -- if an

4    automotive line goes down, General Motors has to stop its

5    whole production automated line that's manufacturing cars

6    because the seat is not available because this printed

7    circuit boards was not in the piece that goes to the

8    seat, what happens to CTX, to Circuitronix in that

9    scenario if it's your printed circuit board that they're

10   depending upon?

11        A.    So we will be charged -- we will be charged all

12   these costs back from -- so GM will charge Lear, Lear

13   will charge us.

14        Q.    And in addition to the costs, what implications

15   is that on Circuitronix's reputation as a business in the

16   industry?

17             MR. MAZZOLA:  Objection, Judge.  I'm not sure

18   what that leads to.

19             THE COURT:  I can't hear you.  You need to

20   speak --

21             MR. MAZZOLA:  Objection, your Honor.  The

22   question was what is the -- what is in terms of cost --

23             THE COURT:  I know what the question was.  My

24   question is:  What is your objection?

25             MR. MAZZOLA:  Oh, I think it's relevance.

1          THE COURT:  Overruled.

2          THE WITNESS:  So can you repeat the question?

3     BY MR. ROSENTHAL:

4     Q.    Sure.  What's the impact on Circuitronix's

5     reputation in the industry if it were to happen that a

6     line, an automotive line goes down where it's because

7     ultimately your boards were late?

8     A.    So the first time we bring GM's line down, GM

9     puts us on what they call an internal blacklist, and they

10    publish it through all their Tier 1 customers and --

11    Tier 1 suppliers, and none of the Tier 1 suppliers can

12    use Circuitronix ever again.  So that's the first

13    problem.

14          Then they will accumulate all these costs and

15    they'll charge those costs back to us.  And just by the

16    virtue of the fact that we have been blacklisted, we will

17    never win another project from the Tier 1 EMS company.

18    Q.    So let's talk about where you get -- when I say

19    "you," I mean Circuitronix, the company, get PCBs when

20    you need them for some of these contracts we're talking

21    about.

22          How many different factories does Circuitronix

23    use, during the last number of years, roughly, to

24    produce, to actually manufacture the printed circuit

25    boards?

Case 0:21-cv-60125-RNS  Document 319  Entered on FLSD Docket 02/28/2024  Page 213 of 300
DIRECT EXAMINATION OF RISHI KUKREJA

213

1      A.     So we go predominantly with three to five

2  suppliers, but every now and then, there's a requirement

3  which has very special requirement, and we may need to

4  step out from these three to five suppliers and use -- so

5  in total, we've got around anywhere between 10 to 15

6  suppliers.

7      Q.     Is Benlida one of those suppliers?

8      A.     Benlida is one of those suppliers.

9      Q.     How would you describe the importance of

10 Benlida as a supplier to Circuitronix over the years?

11 Where does it rate, rank?

12     A.     Until 2019 July, they were number one during

13 the life -- we've done close to $75 million worth of

14 business with them, and I have prior to -- until 2019, I

15 must have visited Benlida at least 100 times on

16 individual trips.  I'm not talking about visiting them

17 multiple times on one trip.

18     Q.     A hundred flights to China?

19     A.     Yes.

20     Q.     Well, let me get to that in a moment.  Let me

21 just ask you this aspect of the business.  In terms of

22 how Circuitronix itself as a company is organized, does

23 it perform all of its business functions in-house by its

24 employees or does it have outside relationships that it

25 also relies upon?

1      A.     So, as we mentioned, we have a fab less, fab

2  less, manufacturing operation.

3      Q.     Meaning not a not a fabrication factory itself?

4      A.     Yes.  It's very common in this industry.

5      Q.     Okay.

6      A.     But the customers are Circuitronix customers.

7  They're not the factory's customers.  We control the

8  quality of the product.  We control the audit.  All the

9  sales and marketing we do.  I think, as an outcome of

10 that, all the liability falls upon us.  So if something,

11 all these chargebacks and everything else, it comes on

12 us.

13     Q.     "Chargeback."  Meaning what?

14     A.     As I spoken about, expedited air freight cost

15 and charters fees and all these other costs which I have

16 spoken about.

17     Q.     Okay.  And in terms, like, whether you have

18 employees -- I'll just go to this example.  You heard my

19 opening statement where I talked about a company in India

20 called Richi Circuitronix Private, Limited.

21         What is that?

22     A.     So a lot -- most American companies to a

23 certain degree, they have back-office operations in

24 countries like Philippines, Costa Rica, India where these

25 companies are doing a lot of accounting work.  And inside

1    sales is one of the functions.

2         Q.    So when you say "inside sales" -- the jury

3    heard about that during my opening -- what is that

4    department?

5         A.    So the people who go and actually contact the

6    customer and get new business, they're called outside

7    sales or hunters.  They get new accounts.  They are all

8    located in the United States, Canada, and Mexico.  And

9    once they win a project, then they work with inside

10   sales -- like they'll give broad guidelines.  They go

11   back and say, For this part number, I expect to get

12   10,000 pieces per month, and if you do not get the 10,000

13   pieces, then come to me.  They're going to focus on

14   continuing to get new business from either same customers

15   or new customers.

16        Q.    So the inside salespeople in India, are they

17   employed by Circuitronix U.S.?

18        A.    They're not, they're contract employees.

19        Q.    So there's a contract between Circuitronix U.S.

20   and the company that they're technically employees of?

21        A.    Yes.

22        Q.    What other functions -- let me ask it this way.

23             What parts of the company, what functions does

24   Circuitronix U.S. handle itself by its employees in the

25   United States?  You mentioned outside sales.  What else?

1       A.    We manage outside sales.  We've got an
2  accounting team which also relies on a back office, a
3  person in India who helped them with the -- but you've
4  got the team out here, too.
5       Q.    When you say "out here," where?
6       A.    In Fort Lauderdale.
7       Q.    Okay.
8       A.    We've got quality engineers, design engineers.
9       Q.    These are people in the United States who work
10 for --
11      A.    Yes.
12      Q.    -- Circuitronix?  Okay.
13            What about human resources?
14      A.    Corporate HR is out here.  So corporate HR is
15 here, and then we've got HR in different -- they're the
16 ones who engage with the HR teams of subcontractors to
17 see what's required.  And then together they find the
18 skill sets.
19      Q.    Okay.  And what about IT, information
20 technology?  Where is that?
21      A.    IT is here, too.
22      Q.    How about something called logistics?
23      A.    So logistics is here.  Logistics is
24 subcontracted in India, and logistics is also
25 subcontracted through another company we have in Hong

 1    Kong.

 2              MR. MAZZOLA:  I didn't hear what that answer

 3    was, Judge.

 4              MR. ROSENTHAL:  He said through another company

 5    in Hong Kong.

 6    BY MR. ROSENTHAL:

 7        Q.    In Hong Kong, is there a warehouse that

 8    Circuitronix U.S. uses to receive products?

 9        A.    Yes.

10        Q.    Is that the company you're referring to?

11        A.    Yes, a couple of them.

12        Q.    Okay.  So I think we've already covered what a

13    printed circuit board does, and if we had one here

14    physically -- and maybe we will later on perhaps

15    tomorrow -- we can show it to the jury as an exemplar,

16    but you've described it well.

17              Let me just ask you to specifically tell us

18    what some of the materials are in the PCB.  You mentioned

19    something called substrate.  What is that?

20        A.    So as I mentioned, the printed circuit board

21    has, broadly speaking, two functions.  One function is

22    electrical, which is -- which is achieved with the copper

23    tracks, and then the other function is mechanical which

24    is achieved through glass fiber.

25        Q.    Through glass fiber you said?

1     A.    It's fiberglass, and they impregnate it with

2  epoxy so that makes it sturdy and robust.  And on that

3  you have copper tracks etched, and you put the components

4  in such a way so that electrical signals move from one

5  component to the next component.

6     Q.    What is something called laminate?

7     A.    It's a substrate.  It's both combined together.

8  It's the glass fiber with epoxy with the copper on it.

9     Q.    Is there something called copper clad laminate?

10    A.    That's the same.

11    Q.    Same thing?

12    A.    (Nodding.)

13    Q.    Is it always copper?  Is that the only metal,

14 or are there others that are used?

15    A.    So copper is the only metal which is used to

16 conduct electricity, but you cannot have exposed copper

17 because it oxidizes.

18    Q.    What does that mean?

19    A.    If you leave it to the elements, it will rust.

20 So what they do is they cover it with either gold, tin

21 lead, silver, tin, palladium.  Depending on the

22 requirement, they -- immersion silver -- they cover it

23 with different things so that it doesn't oxidize.

24    Q.    So I'm asking you about these things not

25 because I am curious about the metals, but maybe you can

1    tell the jury, like, when you are building a PCB for a

2    customer's order, these metals, what role do they play?

3    Like, are they sometimes requested by the customers?

4         A.    Yes, absolutely, they're requested by the

5    customer.  And the reason why they're requested by the

6    customer is because the customer is manufacturing an

7    assembly operation.  It's slightly different if it has

8    gold on it compared to if it had silver.  The profiles

9    are slightly different.  But it's customer specified.

10        Q.    Another thing to talk about with regard to PCBs

11   because it becomes relevant to this case is something

12   called layers; is that correct?

13        A.    Yes.

14        Q.    Can you explain to the jury what layers are

15   when you're talking about a printed circuit board?

16        A.    At simplest level, a printed circuit board has

17   the fiberglass epoxy substrate with one layer of copper

18   on it.  At its most complicated, what's used in

19   supercomputers, is 64 to 80 layers of copper in it.  And

20   what they do is that they basically build a whole bunch

21   of double-side substrates, two sides, and then they'll

22   make 36 sets of that and then laminate it together.  And,

23   obviously, you require a lot of precision because

24   everything has to align properly so that the electricity

25   from, the signal from one layer goes through the proper

1  inner layer and then comes out like whatever requires to

2  be done.

3      Q.    Would it be a terrible example to think of the

4  layers in a printed circuit board as like a layer cake

5  with like a layer of cake and then frosting, another

6  layer of cake, another layer of frosting?  Is that a

7  reasonable way to think about the layers?

8      A.    It's not unreasonable.  The only thing is that

9  consistently it is fiberglass, copper, fiberglass,

10  copper.  You cannot have different flavors of frosting.

11      Q.    Okay.  So what is a finish when you talk about

12  a finish on a printed circuit board?

13      A.    So it's what I just mentioned.  Gold is one

14  finish, silver, immersion tin.  One of the most prevalent

15  finishes is something which is called OSP.

16      Q.    OSP?

17      A.    Yes.  It stands for organic solderability

18  protectant.

19      Q.    Oh, like solderable, soldering gun or

20  something?

21      A.    Solderable.  So basically you protect the areas

22  on which a component is going to sit so that it doesn't

23  oxidize.

24      Q.    So we just talked about a bunch of things that

25  are involved in the actual board itself.

DIRECT EXAMINATION OF RISHI KUKREJA

221

1    What are the things that make up the cost of

2    the production of a printed circuit board?

3    A.    So you've got the laminate or the substrate or

4    the CCL, depending upon whether you're using a

5    double-sided -- you're building a double-side board or a

6    four-layer board.  Like a double-side board, the laminate

7    contributes to 30, 35 percent, or even slightly higher,

8    of the total cost of the product.

9    Q.    Okay.

10    A.    Then the -- that substrate has to be put

11    through different processes, 20 different processes.  And

12    that is the production cost.

13    Q.    So each of those processes, each step might

14    have a different cost to it?

15    A.    Yes.

16    Q.    So does it depend upon the nature of the

17    particular printed circuit board that's being ordered by

18    the customer what the different cost elements would be

19    for that board?

20    A.    So the biggest contributor is layer count.

21    Then that ties back into the type of substrate because

22    you can have -- I simplified it by saying fiberglass

23    epoxy.  You have different grades of fiberglass epoxy for

24    different temperature ratings, so depending upon what

25    temperature rating.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1        And then the last one is the finish.  The

2   finish is the most expensive -- sorry, the finish

3   is -- between two double sided PCBs, the finish would

4   determine the cost differential between the two because

5   the substrate may be the same, all the processes are the

6   same, but the finish may be different.

7        Q.    So what's the relationship between the layer

8   counts of a printed circuit board and the time it takes

9   to make it?  Is there any difference if it's

10  single-sided, double-sided, four-layer, six-layer to

11  manufacture it?

12       A.    A four-layer PCB is like manufacturing two

13  double-sided PCBs.  A six-layer PCB is manufacturing

14  three double-sided PCBs.  But when we come up with our

15  agreement with leadtime, we do not -- and we say 28 days.

16  It does not take 28 days to manufacture PCB.  But

17  double-side PCB, if you started today, within four days

18  or five days, if you were not manufacturing any of the

19  product in that factory, within five days you could

20  complete it.  The reason why you take 28 days as a

21  leadtime is because when the factory gets the order, they

22  have to place laminate.  The laminate may come in three

23  days, five days, seven days.

24       Q.    You said they have to place the laminate?  You

25  mean like order it as a raw material?

223

1      A.     Sometimes they have it in stock.   Sometimes

2   they don't, so they have to place the order for the

3   laminate.

4      Q.     Okay.

5      A.     And then the laminate may come on Day 7, but on

6   Day 7, the first process of cutting they have other part

7   numbers being built.   So the first day they may be able

8   to get it in to start cutting at Day 9.   So when you take

9   all of that, when we come up with our leadtime with the

10  factory, we have taken all these -- everything into

11  account, the laminate ordering, staging the orders,

12  the -- between processes after cutting.   Now it's

13  supposed to go into a process called drilling.

14     Q.     What is drilling?

15     A.     They basically drill holes on the PCB.

16     Q.     For what?

17     A.     So that the top layer can be connected with the

18  bottom layer, because the signal has to -- all the

19  different layers have to connect with each other.

20     Q.     Electrically?

21     A.     Electrically.   So when they drill it, it's not

22  connected because there's only copper at the top, copper

23  at the bottom.   But after that, it goes through another

24  process where they put copper in the hole.   And they

25  build up the copper, and then they etch and they put the

1 circuitry on top.

2  Q. So do all these raw materials you've been

3 talking about last forever on the shelf in the inventory,

4 or do they have expiration dates?

5  A. So the substrate by itself has a pretty long

6 expiration date.  And it has an expiration date of around

7 two years.  But when you are building a full-layer board,

8 you have your double-side PCB which you made, and then

9 you're pressing it with copper on the outer layer, copper

10 on the inner layer with another epoxy layer between.

11   Now, that substrate -- that epoxy layer is

12 called prepreg.  Prepreg has a leadtime of -- has a shelf

13 life of only three months.  And so different products --

14 different ingredients have different shelf lives.

15  Q. Okay.  We've talked enough about the super

16 exciting subject of the PCBs themselves.  Let's shift

17 into your relationship with Benlida, okay?

18  A. Sure.

19  Q. I think we may have already said this, but when

20 did you first start doing business with Benlida or with

21 its --

22   MR. MAZZOLA:  (Inaudible.)

23   MR. ROSENTHAL:  Sure.  Can we take a break,

24 Judge?  It's a fine time for me.

25   THE COURT:  Let's take a 10-minute break.

DIRECT EXAMINATION OF RISHI KUKREJA

```
 1                (Court recessed 4:22 p.m. to 4:33 p.m.)
 2                THE COURT:  Go ahead.
 3                MR. ROSENTHAL:  Thank you, your Honor.
 4     BY MR. ROSENTHAL:
 5        Q.    Mr. Kukreja, when we left off before the break,
 6     I was going to switch to a different topic.
 7                I'd like to talk about your relationship and
 8     Circuitronix's relationship with Benlida.
 9        A.    Sure.
10        Q.    When did you first start doing business with
11     Benlida in China?
12        A.    May of 2005.
13        Q.    How did that come about?
14        A.    I was in China, and I was sitting at my hotel
15     one Sunday afternoon, and I was looking for suppliers.  I
16     called a number from one of those industry magazines for
17     Benlida, and Tracy picked up the phone.  And I spoke with
18     her, and then on Monday I visited them.
19        Q.    And what happened after that initial meeting?
20        A.    From Day 1, everybody at Benlida as well as
21     Tracy were very kind, nice.  And their factory was small
22     compared to some of the other factories we were working
23     with, and -- but we worked together as a team, and we
24     overcame a lot of the challenges which I had initially.
25     And together I think we -- we started getting more and
```

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

DIRECT EXAMINATION OF RISHI KUKREJA

226

 1  more customer audits and passing the audits and doing

 2  business, and we started doing well together.

 3      Q.   And what period of time were you just referring

 4  to roughly?

 5      A.   So in 2008, Mr. Huang got unwell.  And his son

 6  Douglas was still in college in Canada, so he was not

 7  ready to take over the business.  So Mr. Huang decided to

 8  sell his shares to another gentleman.  And that

 9  relationship didn't work out too well because both --

10  everybody, like -- whether it was Tracy or when Douglas

11  joined a couple years later, none of them got along with

12  that new business owner.  And then I think that the real

13  strength of the Benlida/Circuitronix's partnership came

14  out starting 2012.

15      Q.   And that's the year that you signed an

16  agreement?

17      A.   So that's the year when we signed another

18  agreement.

19      Q.   What was that called?

20      A.   It was called the standard manufacturing

21  agreement.

22      Q.   Okay.  Before we get to that document, which I

23  want to show you, let me just ask you this big picture --

24  and I think you may have testified to this before, but

25  let me specifically ask you.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

227

1          How many visits have you personally made since,

2     I guess, 2005 when you started doing business with folks

3     at Benlida to their offices in China?

4          A.     More than 100.

5          Q.     And how many times have people like Tracy and

6     others from Benlida come to Circuitronix's offices here

7     in Florida?

8          A.     Actually, that's not the first time they --

9     yeah, that's not too much, if I had to say, five times.

10         Q.     Why is that?  Why were you traveling more than

11    they were?

12         A.     So when we went there, we were taking customers

13    there, so we had to be there.  So if that's where the

14    business was being conducted, that's where we went,

15    whereas there was not too much of a requirement for them

16    to be here.

17         Q.     So tell us a little bit about the personal

18    relationship you developed with Mr. Huang.

19         A.     Well, again, I would not call it a personal

20    relationship.

21         Q.     Okay.

22         A.     It was a very amicable, cordial relationship, a

23    fatherly figure.  Every time we went there, he had an

24    interest in playing ping pong, so he would challenge us

25    ping pong games.  And once in a while we would have -- go

1  for lunch.  The -- so then in 2012 when we reengaged with

2  Benlida, at that point in time, Mr. Huang was not in the

3  picture; he was still recuperating.

4          He came back sometime in 2013, '14 or even

5  later than -- our principal point of contact 2012, '13,

6  '14 was more Tracy and Douglas.  By that time, Douglas

7  had graduated from college in Canada and he had moved

8  back to China.

9      Q.    How would you describe your relationship with

10 Douglas?

11     A.    Good, very good.

12     Q.    And how about with Tracy Huang?

13     A.    Very good.  She's a great person.

14     Q.    You mentioned this before, but how would you

15 describe the -- as time passed -- let's say we're now

16 after 2012 -- the closeness or not closeness of the two

17 companies?

18     A.    Post 2012?

19     Q.    Yes.

20     A.    So every time I asked Tracy for something, even

21 if she was not able to fulfill it -- which was beyond her

22 capability.  Some of the items were beyond her

23 capability.  I do not believe it was because of any lack

24 of effort on our part.  She tried whatever she could.  At

25 the end of the day, it's a factory, and by chance if

1    they're having payment problems with their suppliers or

2    electricity problems or landlord issues, that was

3    beyond -- but she continued to try to help.

4         And I believe I reciprocated the same every

5    time she came to me as a messenger from Mr. Huang.

6    Q.    As a what, a messenger?

7    A.    Yes.  In terms of requiring money, I paid the

8    money.  And she was very helpful all the time.

9    Q.    Was there ever a time when, for example, a sign

10   with the name "Circuitronix" was located at the factory

11   in China?

12   A.    Yes.  It was at least since 2012.

13   Q.    And why was that?

14   A.    As I mentioned, we were a fab less

15   manufacturing operation.  We represented to our customers

16   that that was our manufacturing operation, and we

17   performed and executed as though it was our manufacturing

18   operation.  We were the ones who conducted the preaudits

19   before the customer came.  We were the ones who conducted

20   the audits when the customer came.  We -- so there was

21   some reference to investing in equipment, although that

22   was the most, more expensive part of things.  But we

23   believe that we contributed in even other ways, like

24   we -- in 2012/'13 we got all the walls painted

25   internally.  We got the carpets changed in the conference

1    room.  We got a new fridge, put a coffee machine in

2    there.

3         Q.    Why?

4         A.    So that our customers were comfortable doing

5    the audit.

6         Q.    Who paid for that?

7         A.    We paid for that.

8         Q.    In Benlida's factory?

9         A.    Yes.

10        Q.    And given these interactions between the two

11   companies together, can you tell us anything about this

12   idea of a merger between the two companies?

13        A.    So off and on since Mr. Huang -- since Douglas

14   and Tracy were my main point of contact, there were a lot

15   of decisions or discussions between the two sides that we

16   should merge the companies and run the companies as one

17   organization.  And at some point in time, 2018, 2019,

18   they were trying to build -- this is not our case -- once

19   our case shut down, they were trying to build another

20   factory in the inside of China called -- in an area

21   called Xiang Xi.  So there were discussions about us

22   going into some sort of a joint venture regarding that

23   operation.

24             So there was always -- we were always floating

25   these ideas around, and I can tell you from 2012 to until

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1   the relationship became bad sometime in 2019, one could

2   not say that we were not one organization.

3       Q.   You worked together that closely?

4       A.   Absolutely.

5       Q.   How -- since you say it that way, I should ask

6   you now.

7            How open was Circuitronix to Benlida about

8   Circuitronix's operations?

9       A.   So, obviously, they knew the name of all our

10  customers just by virtue of the way the manufacturing

11  agreement is set up.  They were the only company who we

12  allowed customers to exchange business cards with them.

13  And I cannot recollect with 100 percent certainty, but I

14  do believe at some point in time, Tracy also had a

15  Circuitronix -- I know she had a Circuitronix email ID,

16  and Douglas had a Circuitronix email ID, but I think they

17  also had business cards, Circuitronix's business cards.

18      Q.   Did Circuitronix ever hire an employee and have

19  that employee work at the Benlida factory in China?

20      A.   So at its -- at the peak of the business, we

21  had close to 30, 35 people stationed at Benlida.  We had

22  our own room there for quality inspection, engineering.

23  Today we have seven to eight employees who are stationed

24  there.  And at some point in time, we put somebody in the

25  finance team out there so that there was no -- if by

1    chance Benlida told us 100 pieces of part already

2    shipped, our employee verified that.  And so by the --

3    there was no confusion; and this was sometime in 2018.

4         Q.    Okay.  So let's pivot to the contract, okay.

5               You mentioned that at some point in time in

6    2012 Circuitronix and Benlida formalized the terms of

7    their deal in a contract, right?

8         A.    Yes.

9         Q.    What was the name of that again?

10        A.    It was called the standard manufacturing

11   agreement.

12              MR. ROSENTHAL:  I'd like to show for

13   identification purposes only Exhibit 21.

14              THE COURT:  You have no objection?

15              MR. MAZZOLA:  (Shaking head.)

16              THE COURT:  So 21 will be received in evidence.

17              (Exhibit 21 received in evidence.)

18              MR. ROSENTHAL:  I think the jury can see this

19   as well, your Honor?

20              THE COURT:  Yes.

21   BY MR. ROSENTHAL:

22        Q.    Mr. Kukreja, can you see this document on the

23   screen in front of you?

24        A.    Yes.

25        Q.    Do you recognize it?

DIRECT EXAMINATION OF RISHI KUKREJA

1    A.    Yes.

2    Q.    Can you tell us what that is?

3    A.    That's the standard manufacturing

4  representation agreement.

5    Q.    Okay.  And Mr. Vega has helpfully blown up the

6  first paragraph for us.

7          Can you tell us who the companies are that are

8  signing this agreement?

9    A.    It's Jiangmen Benlida Printed Circuit Board

10  Company and ROK Printed Circuit Company, Ltd.

11    Q.    And you mentioned that ROK Printed Circuit

12  Company, Ltd. is another company.

13          What did you say about it and Mr. Huang?

14    A.    So ROK Printed Circuit -- so when Mr. Huang

15  started ROK Printed Circuit Company, he had not rebought

16  his shares from Benlida.  I was told that it was a way of

17  actually putting pressure so that the sales shares could

18  be sold back.

19    Q.    At some point do you know if Mr. Huang

20  repurchased his shares in Benlida?

21    A.    Yes.

22    Q.    From the guy that people didn't get along with?

23    A.    Yes.

24    Q.    And who was the third company in this contract?

25    A.    ROK -- between Circuitronix on one side and

1    Benlida Printed Circuit Company, Ltd., ROK on the other

2    side.

3        Q.    So Circuitronix is the third one listed at the

4    bottom there?

5        A.    Yes.  This is when our offices were still in

6    downtown Miami.

7        Q.    On Biscayne Boulevard here?

8        A.    Yes.

9        Q.    And the date of this contract at the top is

10   what?

11       A.    1st of March 2012.

12       Q.    Okay.  We've talked about this perhaps, but

13   what's the location of Benlida's factory, at least at

14   this time in 2012?

15       A.    It was in 2012, and it's -- still today one of

16   the factories is still out here.  It's in Jiangmen.  And

17   Jiangmen is a city which is two, two-and-a-half hours'

18   drive from the China, Shenzhen/Hong Kong border.  So we

19   would fly to Hong Kong, then drive from the Hong Kong

20   airport or the hotel in Hong Kong two-and-a-half hours to

21   reach Jiangmen Benlida.

22       Q.    And let me ask you about ROK since it has an

23   address here.

24             Where was it located?

25       A.    Right across where the Benlida factories are.

DIRECT EXAMINATION OF RISHI KUKREJA

1    Q.    Across what?

2    A.    Across the street.

3    Q.    Right across the street?

4    A.    Yes.

5    Q.    Okay.  Was that the case throughout the

6    relationship that you had with Benlida, that the ROK

7    factory was right across the street?

8    A.    So ROK -- we had the relationship with Benlida,

9    the relationship with the previous owners, but we stopped

10   doing business with them.  Mr. Huang started ROK.  Tracy

11   started working with ROK.  We started doing business with

12   ROK.  Mr. Huang bought back his shares at Benlida, and

13   then we started doing business again with Benlida.

14   Q.    Did Circuitronix do business with both Benlida

15   and ROK after that point in time?

16   A.    Yes.

17   Q.    Until ROK at some point stopped doing business?

18   A.    ROK -- so ROK did not have its own -- Benlida

19   has its own building.  ROK was leasing a building from

20   somebody.  And the main -- the reason why that's

21   important is in printed circuit board manufacturing, you

22   need to have a wastewater license.  And the amount of

23   printed circuit boards you can build depends on the size

24   of your license.

25   Q.    Your wastewater license?

1      A.    Yes, because that's the amount of contaminated

2  water you can --

3           MR. MAZZOLA:  Judge, I have an objection to the

4  relevance of this.

5           THE COURT:  Overruled.

6  BY MR. ROSENTHAL:

7      Q.    Go ahead.  You can continue.

8      A.    So the landlord for ROK owned the wastewater

9  license, and that was one of the main reasons why ROK was

10 always in -- not able to meet their obligations.

11          MR. MAZZOLA:  I am going to object again;

12 relevance.  I think it's unduly prejudice.  I'm not quite

13 sure what wastewater has to do with anything in this

14 case.

15          THE COURT:  Overruled.

16 BY MR. ROSENTHAL:

17     Q.    Go ahead, Mr. Kukreja.  Just finish your

18 explanation.

19     A.    Sure.  And finally what broke the relationship

20 between ROK and the landlord what was a dispute on the

21 wastewater treatment.

22     Q.    So what was the date that ROK stopped doing

23 business?

24     A.    May 2018.

25     Q.    Okay.  Did you or someone from Circuitronix

 1   sign this manufacturing agreement?

 2       A.   Yes.

 3            MR. ROSENTHAL:  Let's take a look at Page 9,

 4   please, Mr. Vega, at the bottom.

 5   BY MR. ROSENTHAL:

 6       Q.   Under Circuitronix, LLC, who signed that?

 7       A.   A gentleman by the name of Animesh Dutta.

 8       Q.   Who is Animesh Dutta?

 9       A.   He is the business manager based in our Florida

10   offices.

11       Q.   Did someone from Benlida sign it?

12       A.   Somebody from Benlida signed it; I think it's

13   Douglas, but I'm not sure.

14       Q.   Do you read Chinese?

15       A.   No, I do not.

16       Q.   And someone signed for ROK, to your knowledge?

17       A.   Yes.

18       Q.   Okay.  And so this contract was -- became a

19   contract in what date again, you said?

20       A.   It became a -- it was dated 1st of March 2012.

21       Q.   Okay.  So that was the effective date, to your

22   knowledge?

23       A.   Somewhere between 1st of March 2012 or the date

24   it was signed which is 8th of May 2012.

25       Q.   Okay.  So big picture, can you tell us what

1    this manufacturing agreement did for Circuitronix?

2         A.    From the time when we start trying to convince

3    a customer to work at a factory until the customer starts

4    placing purchase orders of any significant size, there

5    could be anywhere between 12 to 18 months which pass by.

6    So during those 12 to 18 months, we need a few things to

7    happen.

8              The first thing which we need to ensure is

9    nobody contacts that customer but us because at this

10   point in time we've started disclosing a lot of

11   information about that customer to the factory.

12             The second thing which is of utmost importance

13   is the factory does not provide us with one price to

14   entice the customer on the first product, and then after

15   that -- once the customer approves that factory, they

16   start increasing their prices.  So we had a price matrix

17   attached to this contract.  And the price matrix could

18   only change if there were certain -- based upon certain

19   guidelines, terms, and conditions as defined in the

20   contract.

21             Another piece was about the leadtime.  The time

22   the -- it would take from the day we released the

23   purchase order to the factory to the time when they would

24   deliver the product to our office in Hong Kong, to our

25   warehouse in Hong Kong.  And that was really important

1  because if that -- based upon that time, we further made

2  commitments to our customers so that they could plan

3  their onward production.  And tied to the leadtime was

4  also this concept of what capacity of orders Benlida

5  would accept from us.  That was also spelled out.

6     Q.   So can I show you some of these specific

7  things?

8     A.   Sure.

9     Q.   Okay.

10          MR. ROSENTHAL:  So let's look at Page 2,

11  Section 2, Mr. Vega.

12  BY MR. ROSENTHAL:

13     Q.   What does the manufacturing agreement say in

14  Section 2 about pricing?  Tell us what -- let's take a

15  moment to look at this.  I'm going to read it as

16  background.  2.1 says:

17          All business will be conducted as per the

18  pricing matrix as outlined in Schedule B.  And that

19  pricing matrix will clearly state the assumptions which

20  will constitute the base of the pricing, including, but

21  not limited to, laminate costs, copper price, gold price,

22  silver price, RMB/U.S. dollar exchange rate, and labor

23  costs.

24          What does the RMB mean?

25     A.   It's the Chinese currency, Chinese yuan.

DIRECT EXAMINATION OF RISHI KUKREJA

1      Q.    Before we go to the pricing matrix, let's just

2  see what Section 2.2 says.

3            Can you just tell us in general what does it

4  talk about in terms of price increases?  The jurors can

5  read it themselves, too, but what's the purpose of that

6  provision?

7      A.    Benlida could not tell us on one particular day

8  that they want to increase the prices by 5 percent.  They

9  needed to provide us with a justification why they're

10  increasing the prices.  And the justification was based

11  upon the parameters which formed the base of the pricing

12  matrix.  And once again, the main reason behind that is

13  that they could not one day just get up and say, we have

14  a profit margin of 10 percent, and we want to increase it

15  by 20 percent -- another 10 percent, so we're going to

16  increase your price by 10 percent.

17            Now, on the flip side, if there were reasons

18  for them to increase the price, like the price of copper,

19  the price of gold, silver, RMB, then they could.  But

20  they would need to justify it because we would take that

21  justification and take it back to our customers and then

22  be able to convince the customer why we can pass the

23  price increase on.

24      Q.    So is there something in this contract called

25  the pricing matrix?

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1      A.    Yes.

2      Q.    And it says Schedule B?

3            MR. ROSENTHAL:  Mr. Vega, can you turn to

4      Page 11, Schedule B.

5      BY MR. ROSENTHAL:

6      Q.    Okay.  Mr. Kukreja, let's look at the very

7      first part of that.

8            This goes on for several pages, right?

9      A.    Yes.

10     Q.    Okay.  It lists a bunch of things under the

11     heading of price matrix or pricing matrix.

12           Can you just walk us through each of those

13     categories to explain what they mean?  Let's start with

14     1, base pricing, what we're looking at.  What does that

15     table tell us?

16     A.    So, again, this is a little technical, but this

17     depends upon the layer counts; like double-side,

18     four-layer, six-layer, eight-layer, ten-layer.

19     Q.    Whoa, hold on.  You said that really fast.

20           Are you reading down that first column?

21     A.    Yes.

22     Q.    You said double-sided.  Is that DS?

23     A.    DS.

24     Q.    DS stands for what?

25     A.    Double-side.

DIRECT EXAMINATION OF RISHI KUKREJA

1    Q.    What's the next, 4L, stand for?

2    A.    Four-layer.

3    Q.    Okay.  And six-layer?

4    A.    Eight-layer, ten-layer.

5    Q.    Okay.  Sorry.  I just -- for you, this is

6  like -- you know, you could say this in your sleep, but

7  some people are hearing this for the first time.

8         Okay.  And what is the base price?

9    A.    So the base price is let's assume that there's

10 a double-side board which is 1-inch length and 1-inch

11 width.  It would be .039 multiplied by 1, multiplied by

12 1.  If it was 2 inches by 2 inches, it would be .039

13 multiplied by 2, multiplied by 2.  So you take the area

14 of the PCB and multiplied it by the base price.

15   Q.    Okay.  So --

16   A.    In inches.

17   Q.    So as the layer count increased, what happened

18 to the base price?

19   A.    So as the layer count increased, the base price

20 increased.  But one of the interesting observations is

21 that although I told you that a four-layer board is sort

22 of equivalent to building two double-side boards.  The

23 price does not double.  It increases, but it does not

24 double.

25   Q.    Is that because there is certain efficiencies

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

```
 1   in manufacturing?

 2        A.   It's because drilling is the same -- you don't

 3   have two sets of drilling in most cases.  The green --

 4   the finish which you put at the end of the process, you

 5   don't do it twice; you only do it once.  So stuff like

 6   that.

 7        Q.   And what is that last column, NRE?

 8        A.   It stands for nonrecurring engineering charges.

 9        Q.   Nonrecurring engineering charges?

10        A.   Yes.

11        Q.   Okay.

12        A.   And so basically it's to basically set up the

13   machines to be able to build, and you also need certain

14   fixtures.

15        Q.   Okay.  Is the NRE something that we're going to

16   focus on in this case?

17        A.   We're not.  No, we're not.

18        Q.   So we don't have to worry about that so much.

19             MR. ROSENTHAL:  Mr. Vega, can you zoom back out

20   a little bit.  Let's look at the paragraph underneath

21   that first base pricing cable for a moment.

22   BY MR. ROSENTHAL:

23        Q.   So, Mr. Kukreja, you remember you heard me say

24   in my opening remarks that there's real specific stuff

25   here.
```

1        Are these bullet points underneath the base

2   pricing, is it fair to say these are just details about

3   that, the way the things are constructed and what costs

4   are related to them?

5        A.    So basically this specific portion states the

6   assumptions on which that base price which you saw above

7   is based upon.  It's when you go down onto the next pages

8   you'll see for a change in any of these specifications,

9   there would be cost adders.

10       Q.    Okay.  Let's take a look at that.

11             MR. ROSENTHAL:  Mr. Vega, if you can show us

12  the next thing.

13  BY MR. ROSENTHAL:

14       Q.    It says adders No. 2.  This first one says

15  finishes, this chart.

16             What are those?

17       A.    So as I said OSP is a type of finish.  And the

18  cost adder -- there's no cost adder because that's the

19  baseline.  If you've got something which is lead free,

20  hot air --

21             (Court reporter clarification.)

22             THE WITNESS:  Lead free, hot air solder

23  leveling.

24       Q.    That's the thing that's abbreviated LF,

25  et cetera?

DIRECT EXAMINATION OF RISHI KUKREJA

1      A.    HASL, yeah.

2      Q.    Okay.  HASL.

3      A.    And there's tin and there's silver and there's

4  gold and there's -- you can have gold of 2 microinches

5  and 3 microinches.

6      Q.    And each of these different things have

7  different costs associated with them?

8      A.    Yes.

9      Q.    And these are costs per -- defined for an area,

10  like, square inch?

11      A.    Square inch.

12          MR. ROSENTHAL:  Okay.  Let's zoom back out,

13  Mr. Vega.  So if we can go to the next page.

14  BY MR. ROSENTHAL:

15      Q.    This is all within the pricing matrix, right?

16      A.    Yes.

17      Q.    Something called TG.  What's that?

18      A.    If you recollect, I was saying that the -- that

19  the fiberglass epoxy substrate had come through different

20  rating, temperature ratings.  The base was 430 degrees,

21  and then the cost adder is 450 degrees and 170 degrees.

22      Q.    So for our purposes, that's just another

23  variable that could affect cost?

24      A.    Yes.  And all of these are, like everything

25  else on the next -- this page.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1     Q.    Let's look at the whole page itself for a

2   second.   There is another category called thickness.

3          That's, what, thickness of the board?

4     A.    Yeah.   So at the base it's for 0.062 inches.

5   This is for 0.39.   Since 0.39 is thinner than 0.062,

6   there's a cost reduction.

7     Q.    Okay.   So let's look at the next one.   D says

8   standalone cost adders.   Real quickly, you had mentioned

9   the word "drilling" before?

10          How does drilling, depending upon the nature of

11   the printed circuit board affect the cost?

12     A.    So drilling, it depends on the hole density.

13   If there are 45 holes per square inch, there would be no

14   cost adder.   If by chance there were more than 45 holes

15   per square inch, then there would be the cost adder for

16   .50 per thousand holes.

17          MR. ROSENTHAL:   Okay.   So we can zoom back out

18   of that.   If we just go to the next page.

19   BY MR. ROSENTHAL:

20     Q.    CU adders, what's CU?

21     A.    Copper adder.

22     Q.    That's the element abbreviation for copper, CU?

23     A.    Yes.

24     Q.    Again, this affects price, yes.

25     A.    Yes.

1    Q.    Yes.

2          MR. ROSENTHAL:  We can zoom back out of that.

3    BY MR. ROSENTHAL:

4    Q.    Are all of these details so far that we've

5    covered things that somebody from Circuitronix negotiated

6    with Benlida at the time that this 2012 manufacturing

7    agreement was entered into?

8    A.    Yes, me.

9    Q.    You did?

10   A.    (Nodding.)

11   Q.    Who did you negotiate it with?

12   A.    Tracy and Douglas.

13   Q.    The next thing says discount structure.

14         This is also within this pricing matrix still,

15   right?

16   A.    Yes.

17   Q.    Can you tell us what this means?

18   A.    So they wanted to give us an initiative to

19   place more orders with them rather than placing orders

20   with other factories.  So they basically said that if you

21   place orders between 300 to 399,000, we would give you a

22   2 percent discount; and then so on and so forth.  So by

23   the time we came to January of 2015, we were already at

24   around $1.4 million per month.

25   Q.    Can I pause you there?  So is that 1.4 million

 1    the very last number on this chart?

 2          A.    Yes.

 3          Q.    Let me just stop about one thing.  The way this

 4    is written, it says 1400K, like 1,400, thousand?

 5          A.    Yes.

 6          Q.    Why is it written that way?

 7          A.    It's -- that's the way it's commonly written

 8    because K has three zeros, so you put three zeros in

 9    front of the 1400, you'll get one point.

10          Q.    I'm sorry to interrupt.

11                You're saying by 2015 you had already gotten to

12    that level of volume of business?

13          A.    Yes.

14          Q.    So then what happened?

15          A.    Then Tracy came to me -- no, actually, Tracy

16    came -- another gentleman working with us called Sunny

17    Kapoor.  She told him rather than following this, we

18    should just -- we'll just give you 7 percent discount

19    across the board on the base metrics.  So rather than

20    every -- at the end of every month going and raising a

21    debit note to them, which we were doing in 2012, '13,

22    '14, just let's build it into the unit price itself.

23          Q.    So let me ask you a little bit about that

24    because you said a few things.  So when you said "rather

25    than give them a debit note," are you saying that under

DIRECT EXAMINATION OF RISHI KUKREJA

1    the previous way you guys were doing this business, if

2    you reached a certain threshold that under the discount

3    structure here in the contract, you were entitled to

4    let's just say, 2 percent discount, you would send them a

5    debit note saying, hey, we're entitled to 2 percent off?

6         A.   So the way it was working was that let's assume

7    in December of 2014, we did $1 million worth of business.

8    In January -- sometime in January, we would give them

9    6 percent -- sorry, 1 million worth and 5.5 percent.

10        Q.   Okay.

11        A.   We would give them a debit note for $55,000.

12   Now, what happened is that Benlida never reported these

13   debit notes back to the Chinese government.

14        Q.   How do you know that?

15        A.   Because that's what in the final reconciliation

16   all of a sudden.  Never before that said that these

17   amounts were opened in 2012, '13, '14, '15, and all of a

18   sudden the amounts showed up.

19        Q.   So let me ask you what you mean by that.

20             When you say never before these amounts showed

21   up in 2012, '13, '14, '15, showed up where?  What do you

22   mean?

23        A.   So whenever we had discussions, whenever we had

24   meetings to match accounts, they did not -- these

25   discounts never showed up.

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1      Q.    And when they didn't show up, what do you mean

2    by that?  They didn't raise them as issues or they didn't

3    what?

4      A.    They could not raise it as issues because the

5    way it worked is that for each of these debit notes, we

6    sent a calculation with the debit note to them.  And

7    Tracy or somebody from the team -- mostly Tracy would

8    reply back and say accepted or the month of August

9    accepted, month of September accepted.

10          But when we came to 2018, '19, 2019, where for

11   the first time they asked us to start reconciling all the

12   way back these numbers, all these debit notes started

13   coming on their statement.

14     Q.    And how did that affect things when those debit

15   notes started coming on their statement in 2019?

16     A.    They claimed it was moneys owed by us to them,

17   whereas it was settled in 2012 and settled in 2013.

18   Every month we sent them a payment slip.  The payment

19   slip would list all the invoices we were paying, minus

20   all the debit notes we were giving them, minus all the

21   payments we made and what the balance was.

22          Now, mostly the balance should have been zero,

23   but even at that point in time, they were asking us

24   money, so we were all paying them.  So there was always a

25   positive balance for us, and it would carry on to the

1    next month's statement.  So right from 2012 until today,

2    we have got monthly statements going like that, and it

3    was given to them every month.

4        Q.    Since you mentioned this payment detail, I'm

5    going to skip ahead to that for a moment.

6            MR. ROSENTHAL:  And, Mr. Vega, I don't know if

7    you can find Exhibit 100 to mark for identification

8    purposes only.

9            MR. MAZZOLA:  Is this in evidence now?

10           MR. ROSENTHAL:  No, for identification.

11           MR. MAZZOLA:  Are you going to move it in?  I

12   mean, just trying to identify it right now.

13           MR. WEINSHALL:  He's asking about 21.

14           MR. MAZZOLA:  21.

15           THE COURT:  21 is in evidence.

16           So what exhibit do you want to show him now?

17           MR. ROSENTHAL:  Exhibit 100.  I'm being asked

18   to clarify something.

19           THE COURT:  Does the defense have any objection

20   to 100?

21           MR. MAZZOLA:  I have to see it.

22           MR. ROSENTHAL:  If you can put it up for

23   identification purposes, please.  And then we'll pull up

24   the attachment.

25           MR. MAZZOLA:  I mean, there's no objection.

1  We're okay, Judge, thank you.

2          THE COURT:  All right.  So 100 is in evidence.

3          (Exhibit 100 received in evidence.)

4          MR. ROSENTHAL:  Let's go back to the email

5  itself for a moment, please.  Because Exhibit 100 is in

6  evidence, we can show it to everyone.

7  BY MR. ROSENTHAL:

8      Q.   Mr. Kukreja, do you recognize what this is?

9      A.   This is the way payment details were being

10  transmitted to Benlida and to ROK.  This one specifically

11  is for Benlida.

12     Q.   Okay.  And by somebody who was an accounts

13  payable specialist in Fort Lauderdale?

14     A.   Yes.

15          MR. ROSENTHAL:  Okay.  I'm going to ask

16  Mr. Vega, see, it says attachments there.

17  BY MR. ROSENTHAL:

18     Q.   What is the first attachment called in the

19  email?  He's highlighting it to make it easier for us to

20  see.

21     A.   Benlida payment details, April 1st, 2019.

22     Q.   When you were referring a moment ago in your

23  testimony to having sent payment details to Benlida, were

24  you referring to something like this?

25     A.   Yes.

DIRECT EXAMINATION OF RISHI KUKREJA

1          MR. ROSENTHAL:  Let's take a look at that

2    attachment, please, the first attachment to Exhibit 100.

3    Maybe we can blow it up a little bit because it's kind of

4    hard to see.  Great.

5    BY MR. ROSENTHAL:

6          Q.    What does it say at the top?

7          A.    So this is a payment detail for April 1st,

8    2019.  April 1st, 2019 included invoices for the month of

9    January because the payment terms were AMS 60 days.  So

10   for all the shipments which took place in the month

11   of January, the statement was generated on 1st of

12   February, the monthly statement.  And then we had 60 days

13   from 1st of Feb. to make the payment.  So we had

14   30 -- month of February, month of March, and it was due

15   on the 1st of February 2019.

16         Q.    Now, the reason I brought this up now,

17   Mr. Kukreja, is because you had mentioned a few minutes

18   ago that you were talking about sending debit memos to

19   Benlida.

20         A.    Yes.

21         Q.    Do you see anything that's a debit memo on this

22   payment detail?

23         A.    The last six transactions in the table.

24         Q.    What do they start with in their bill number

25   abbreviation?

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1    A.    BEN-DM.

2    Q.    What is DM?

3    A.    DM stands for debit notes.

4    Q.    Debit notes or debit memos?

5    A.    Debit memos.

6    Q.    Do you see how those numbers in the right-hand

7    column are in parentheses?

8    A.    Yes.

9    Q.    What does that mean?

10   A.    That means it's a subtraction, not an addition.

11   Q.    So, for example, on the top line on March 5th,

12   2019, Circuitronix is telling Benlida what?

13   A.    Circuitronix is saying that the old invoices in

14   the month of January of 2019 minus the debit notes, it

15   comes up to 1,161,528.46.  From the previous month, we

16   carried a credit of 7,487,963.59.  We made these

17   additional payments prior to sending this debit note.

18   Q.    For payment detail, right?

19   A.    Payment details.  Now the balance on February

20   1st, 2019's payment detail will be 7,576,435.13.

21   Q.    And so that last big number of 7 million,

22   et cetera, is also in parentheses.

23         What does that mean?

24   A.    That means we were in an overpaid situation.

25   Q.    So it was negative as to who?

1      A.    Benlida owed us money.

2      Q.    Okay.  So we can leave this document for now.

3  Let's go back because you were telling us about how you

4  sent payment details.  We were talking about the

5  manufacturing agreement.

6            MR. ROSENTHAL:  Let's go back to Exhibit 21,

7  which is in evidence and back to Page 2, if we can,

8  Section 2.  Thank you.

9  BY MR. ROSENTHAL:

10     Q.    You told us about the price increase 2.2, that

11 provision?

12     A.    Yes.

13     Q.    And I think you've already addressed this,

14 actually, but let's be sure.  What were the reasons that

15 this contract in Section 2.2 allowed Benlida to come to

16 Circuitronix and say we need to increase the prices

17 because of, what kinds of things?

18     A.    Our customers are looking for pricing

19 stability.  In the automotive world, a certain car model

20 lasts for six years, seven years, eight years.  Like if

21 you think about a Ford Explorer or one of these cars,

22 they have a life cycle of seven years, and they're using

23 that printed circuit board consistently.  They don't

24 allow for price increase for any other reason -- for any

25 reason.

1          So we cannot accept the price increase from the

2   supplier, but we also understood that no supplier is

3   going to accept that.  So we made an exception saying

4   that we will accept the price increase as long as you can

5   justify it.  As long as you do two things, one is give us

6   a four-months' notice so that we can try to convince our

7   customer.  And the second one is justify the price

8   increase.  And once they gave that to us, we would try to

9   go back to the customer.  In most cases the cust- -- in

10  the majority of the cases, the customer did not accept

11  the price increase, and Circuitronix had to absorb it.

12  But at least there was -- there was some logic to the

13  price increase, and we were basically holding them honest

14  when they gave the price increase to us.

15      Q.    Okay.  Now, you mentioned when you were

16  explaining stuff before this AMS 60 days to pay, right?

17      A.    (No response.)

18      Q.    Do you recall that?

19      A.    Yes.

20      Q.    Let me ask you what the manufacturing agreement

21  says about how Circuitronix has to pay for the products

22  that Benlida delivers.

23      A.    Sure.

24          MR. ROSENTHAL:  Can you take us to Page 4,

25  Section 4, Mr. Vega, Payment Terms.

 1   BY MR. ROSENTHAL:

 2       Q.   So in Section 4.1 there, what does it mean when

 3   it says:  Manufacture and Circuitronix agree to payment

 4   terms of AMS 60 days from the date of invoice?

 5       A.   So any shipment which took place -- let's

 6   assume a shipment took place on the 2nd of Jan.

 7       Q.   2nd of January?

 8       A.   Yes, 2nd of January.  The monthly statement,

 9   that bill for that shipment -- the monthly statement, the

10   bill for that shipment, would come in would be the

11   monthly statement of February 1st, a month later.  And we

12   had 60 days from that monthly statement.  So each and

13   every shipment which took place in Jan., all of them

14   would come onto the monthly statement of 1st of February,

15   and we had 60 days from that monthly statement to make

16   the payment.

17       Q.   Okay.  So what's the most -- the longest period

18   of time Circuitronix would conceivably have to pay for a

19   particular shipment?

20       A.   A shipment which was made on the 1st of Jan.,

21   we would get 90 days to pay.

22       Q.   Why?

23       A.   Because the monthly statement -- it would come

24   on the monthly statement for 1st of Feb, and 60 days from

25   1st of February -- the shipment which was made on 31st of

 1  Jan. would also come on the -- we would get only 60 days

 2  because it would come on the 1st of Feb. monthly

 3  statement, and we'd only get 60 days.  So anywhere

 4  between 60 to 90 days.

 5       Q.    Are you aware of any controversy between your

 6  standing of AMS 60 and Benlida's understanding of that?

 7       A.    None at all.

 8       Q.    So that's not an issue in dispute, to your

 9  knowledge?

10       A.    It's not a dispute.

11       Q.    Is that a fairly standard term of payment in

12  the industry?

13       A.    AMS 30, AMS 60, AMS 90.  AMS is a very standard

14  term.  We usually negotiate the number of days post the

15  monthly statement.

16       Q.    We also talked about delivery and leadtime.

17            Is there a section of the contract, the

18  manufacturing agreement, that addresses that subject?

19       A.    Yes.

20            MR. ROSENTHAL:  If you can show us Page 3,

21  please, Section -- there you are, 3.1.  Let's start with

22  that.

23  BY MR. ROSENTHAL:

24       Q.    I'm going to read it for ease:  Manufacturer

25  shall use best commercial efforts to ensure timely

1    delivery of all products in accordance with the delivery

2    requirements set forth in the leadtime schedule attached

3    hereto as Schedule C or as otherwise set forth in the

4    accepted sales contract or purchase order.  This is known

5    as the leadtime schedule.

6              What's the purpose of that?

7    A.     The purpose of that is -- once again, it's very

8    important for us to know when we would get the product

9    after we placed the purchase order with the factory

10   because we had to make commitments to our customers

11   ahead.  And so for different layer counts, there were

12   different leadtimes which were negotiated.

13   Q.     Let me ask you, before we look at Schedule C --

14   Is Schedule C like schedules -- like an attachment to the

15   contract?

16   A.     Yes.

17   Q.     Like we were looking at the price matrix, that

18   was Schedule B?

19   A.     Yes.

20   Q.     That's at the back of the document?

21   A.     Yes.

22   Q.     So if the jurors are later looking for it

23   later, that's where they would find it?

24   A.     Yes.

25             MR. ROSENTHAL:  Before we go to Schedule C, let

 1  me just ask Mr. Vega to blow up Section 3.3 right there.

 2  BY MR. ROSENTHAL:

 3      Q.    What was the deal about your ability to change

 4  the leadtime schedule with Benlida?

 5      A.    So we had accepted that Benlida could come to

 6  us and make a request to amend the leadtime, and it's

 7  documented in the Schedule C.

 8      Q.    What is documented in Schedule C, the leadtime?

 9      A.    The leadtime is documented, but also the fact

10  that we could request -- they could request to change the

11  leadtime.

12      Q.    Okay.  So we'll talk about that later, but

13  let's look at Schedule C now, please, which is on

14  Page 14.

15          So can you walk us through this leadtime

16  schedule and explain how it worked?  And this is as of

17  2012, right?

18      A.    Yes.

19      Q.    Okay.  So maybe -- you can give us an overview,

20  and then I have some specific questions.

21      A.    So the agreed-upon leadtime for single-side

22  board was 10 days.  10 days meant from the day we gave

23  them the purchase order, the date on the purchase order

24  to when the product would be at our warehouse in

25  Hong Kong.

1     Q.     Okay.

2     A.     For double-sided boards, it was 14 days.  For

3   4-layer to 6-layer, it was 21 days.  And for 8-layer and

4   above, it was 28 days.

5     Q.     What's the relationship between -- Well, let me

6   ask you about Paragraph 5 at the bottom of that leadtime

7   schedule.  It says that the standard leadtimes apply to

8   an order of 3,000 square meters per week.

9           Can you tell us what's the relationship between

10   the volume of the order and the leadtime?

11     A.     Sure.  So every manufacturing operation has a

12   finite capacity.  So what they told us is that if in a

13   week you release 3,000 square meters, we will give you

14   the lead -- single-side board will be manufactured in

15   10 days, manufactured and shipped to the Hong Kong

16   office, double-side in 14 days, 21 days, 28 days as per

17   this table out here.  But if you released more than

18   3,000 -- so as an example --

19     Q.     Can I just stop you.

20           When you say "released" -- I just want to be

21   clear -- what do you mean by that?  If you release more

22   than 3,000, who is doing what?

23     A.     Issuing purchase orders.

24     Q.     If Circuitronix issues purchase orders for more

25   than 3,000 square meters --

1      A.    Per week.

2      Q.    Per week, okay.  Go ahead.  I'm sorry.

3      A.    So let's assume that in six days we have

4   released 3,000 square meters, and so we basically have

5   used up that week's allocation, and on the seventh day,

6   we release another 400 square meters.  So what they were

7   saying as per Clause 5 is that for every 400 square

8   meters, the leadtime would increase by one day.  Now,

9   whether the leadtime became 11 days or they accepted the

10  production -- Benlida released it into production on the

11  eighth day, it has the same effect.

12     Q.    Either way they've got eight days in

13  that scenario -- I'm sorry, 11 days to produce a

14  single-sided board?

15     A.    They have 11 days from the date of order

16  release or they have 10 days from when they release the

17  boards into production.  Both have the same effect.

18     Q.    And so you used the word "release."

19           We're both talking about two different things,

20  right, when Circuitronix releases a purchase order,

21  meaning like we send you the purchase order, right?

22     A.    So actually going forward, I will talk about

23  issuing purchase orders from our side.

24     Q.    Okay.

25     A.    And when I talk about releasing orders, it will

263

1    be about Benlida releasing the orders into production.

2         Q.    And when they release orders into production,

3    what does that mean?

4         A.    The day they actually put that purchase order

5    into production.

6         Q.    Like put the stuff in the machines in the

7    factory?

8         A.    Yes.

9         Q.    Okay.  And since this is important, I want to

10   stay on it.

11              When on this leadtime schedule do you start

12   counting days?  What's Day 1?

13        A.    So as I said, that Day 1 always is the purchase

14   order date unless we exceed the allotted capacity.  So

15   if -- so if we exceed the capacity by 400 square meters,

16   they would hold that 400 square meters to Day 8 and start

17   production.

18        Q.    Is that because maybe they didn't have the

19   capacity to put that extra 400 meters into production at

20   that time --

21        A.    Yes.

22        Q.    -- basically?

23        A.    Yes.

24        Q.    Okay.  So just to be clear, we've established

25   Day 1 that starts the clock for leadtime.

 1          What's the date that stops the clock from

 2    running?

 3      A.    When we get the goods in our warehouse in

 4    Hong Kong.

 5      Q.    So the time between Day 1 purchase order date

 6    and final day when you receive it in Hong Kong, is that

 7    period of time called something?

 8      A.    It's called leadtime.

 9      Q.    Okay.  Now -- okay.  Now, you mentioned

10    capacity.

11          What's the unit of measurement of capacity in

12    the manufacturing agreement?

13      A.    For printed circuit board manufacturing, it's

14    square meters.

15      Q.    Is that per time period as well?

16      A.    Yes.  It's square meters per week, 3,000 square

17    meters per week.

18      Q.    You're referring to the bottom there?

19      A.    Yes.

20      Q.    Okay.  So let me just ask you something about

21    your question -- your response to my question about

22    leadtime.

23          Where is the leadtime defined in the agreement?

24      A.    The clause which we just saw, like it was -- I

25    can --

1    Q.    Inside Schedule C or are you talking about

2  somewhere else?

3    A.    It's defined in the contract, 3.1, 3.2, which

4  refers to Schedule C.

5          MR. ROSENTHAL:  So can you take us back to 3.1,

6  Mr. Vega, just so we're clear.  It's on Page 3.  Can you

7  blow up 3.1.

8  BY MR. ROSENTHAL:

9    Q.    So what was defined as timely is defined

10 according to what the leadtime is in the contract?

11   A.    Yes.

12   Q.    Okay.  So I think we've covered all my

13 questions about this section.  Let me ask you about a

14 different provision in the manufacturing agreement.

15         Was there a provision regarding what happens if

16 you have a disagreement between Circuitronix and Benlida,

17 how to handle it?

18   A.    Yes.

19   Q.    Okay.  Do you recall generally what it said

20 about how you deal with the disagreement?

21   A.    I'm trying to recollect whether the original

22 agreement or the secondary agreement first required

23 mediation between the parties.

24   Q.    Well, let me show you and see if it refreshes

25 your memory.

**DIRECT EXAMINATION OF RISHI KUKREJA**

1          MR. ROSENTHAL:  Section 10.4, please, Mr. Vega.

2    BY MR. ROSENTHAL:

3          Q.    There is a section entitled Dispute Resolution.

4    Take a look at that and let us know if that refreshes

5    your memory.

6          A.    Yes, it does.

7          Q.    Okay.  So did the contract, the manufacturing

8    agreement, from 2012 have a procedure that it spelled out

9    for how to deal with the dispute?

10         A.    Yes.

11         Q.    Did Circuitronix follow that procedure with

12   respect to the dispute that this lawsuit relates to?

13         A.    Yes.

14         Q.    Okay.  Okay.  That's all I have about that.

15               Is there another section of the manufacturing

16   agreement that deals with if you have to file a lawsuit,

17   where it goes, where it's filed?

18         A.    Yes.

19         Q.    And what does that say?

20         A.    The law as well as the venue of Dade County,

21   Florida.

22               MR. ROSENTHAL:  Let me ask you, Mr. Vega, to

23   pull up Section 13.4, please, for Venue and Governing

24   Law.

25

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

DIRECT EXAMINATION OF RISHI KUKREJA

1    BY MR. ROSENTHAL:

2        Q.    You see the part where it says that:  Each of

3    the parties -- I'm going to skip some words -- accepts

4    the jurisdiction of Florida state courts or United States

5    federal district courts located in Miami-Dade County,

6    Florida with respect to any legal action brought in

7    connection with enforcement of this agreement?

8        A.    Yes.

9        Q.    Who wanted that provision in this contract?

10       A.    I cannot recollect, but this contract was

11   initiated from our side.  But there was extensive amount

12   of discussions between Douglas, Tracy, and myself before

13   it was accepted.

14       Q.    And we're here in this court because of this

15   provision?

16       A.    Yes.

17            MR. ROSENTHAL:  Your Honor, I don't know if,

18   given the hour, you want to -- we're at a break point

19   between this and a different contract.  I can continue,

20   but I wanted to flag that for you.

21            THE COURT:  So I think the jurors were here

22   around 8:00 this morning, so it's been a long day for

23   them.  So let's stop a little bit early today.

24            I usually try and start my trials at 9:00, but

25   I have a couple hearings earlier in the morning that I

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1  couldn't move around.  So we're going to start tomorrow

2  at 9:30.  So when you come back tomorrow, you do not need

3  to go to the 5th floor.  You can just come up here to our

4  jury room.  We will have coffee and there's other soft

5  drinks for you there.

6          I'm also going to bring in either doughnuts or

7  pastries or bagels every day for two reasons; number one,

8  it's my small way to thank you for serving, and, number

9  two, it's to encourage you to get here early.  Because if

10  you don't work downtown, you will learn that every day

11  the traffic is bad, but one day a week, the traffic is

12  horrible, and we never know what day that is.  So just

13  plan on bad traffic, that one day you're going to be

14  late.  So if you plan on the horrible traffic and get

15  here early, at least you'll know there's coffee and

16  bagels and for you or doughnuts for you here so that we

17  can get started promptly at 9:30.

18          So please take your notebooks whether you took

19  notes or not and leave them in the jury room.  No one has

20  access to those except my staff, and no one is going to

21  look at them.  So have a safe trip home.  And back in the

22  morning, we'll see all of the jurors all at 9:30 sharp.

23          (Proceedings concluded at 5:35 p.m.)

24

25

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

1                    C E R T I F I C A T E

2

3          I certify that the foregoing pages represent a

4    true and correct transcript of the above-styled

5    proceedings as reported on the date, time, and location

6    listed.

7

8          I further certify that I am neither counsel

9    for, related to, nor employed by any of the parties to

10   the action in which this hearing was reported, and

11   further that I am not financially nor otherwise

12   interested in the outcome of the above-entitled matter.

13

14
     DATE: 2/19/24      /s/Mary Ann Casale, RDR, FPR-C, CLR, CSR-IL
15                      Official Court Reporter
                        United States District Court
16                      Southern District of Florida
                        400 North Miami Avenue
17                      Miami, Florida 33128
                        MaryAnn_Casale@flsd.uscourts.gov
18

19

20

21

22

23

24

25

                STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

## $

**$1.10** [2] - 180:5, 180:7
**$10** [3] - 172:14, 184:23, 184:25
**$10,000** [3] - 31:6, 149:18, 149:20
**$10,867,000** [2] - 172:13, 172:14
**$10,897,436.48** [1] - 170:2
**$100** [1] - 31:9
**$100,000** [6] - 148:11, 148:13, 148:14, 149:17, 149:19, 209:7
**$11** [2] - 170:8, 174:14
**$2,825,000** [1] - 168:9
**$2,994,050** [1] - 168:11
**$317,539.48** [1] - 168:4
**$4,760,847** [1] - 167:25
**$5,000** [4] - 63:6, 174:16, 187:1, 187:3
**$50** [3] - 147:17, 184:20, 184:25
**$55,000** [1] - 249:11
**$75** [1] - 213:13
**$75,000** [1] - 209:7
**$80** [1] - 202:8

## '

**'13** [5] - 193:1, 228:5, 248:21, 249:17, 249:21
**'14** [6] - 193:1, 228:4, 228:6, 248:22, 249:17, 249:21
**'15** [3] - 193:2, 249:17, 249:21
**'16** [1] - 193:2
**'17** [1] - 193:2
**'19** [1] - 250:10
**'79** [1] - 52:6
**'80s** [2] - 65:14, 196:14
**'97** [1] - 143:15
**'99** [1] - 143:15

## /

**/s/Mary** [1] - 269:14

## 0

**0.062** [2] - 246:4, 246:5
**0.39** [2] - 246:5
**039** [2] - 242:11, 242:12

## 1

**1** [26] - 15:19, 96:15, 97:17, 104:10, 145:8, 162:5, 180:5, 205:15,
205:16, 208:14, 208:17, 209:13, 212:10, 212:11, 212:17, 225:20, 241:14, 242:11, 242:12, 249:7, 249:9, 263:12, 263:13, 263:25, 264:5
**1,000** [1] - 136:22
**1,161,528.46** [1] - 254:15
**1,400** [1] - 248:4
**1-inch** [2] - 242:10
**1.4** [2] - 247:24, 247:25
**1.5** [2] - 160:15, 161:9
**10** [22] - 34:10, 44:6, 58:8, 63:2, 79:21, 94:22, 95:3, 95:6, 101:10, 112:6, 122:16, 126:14, 148:5, 149:17, 213:5, 240:14, 240:15, 240:16, 260:22, 261:15, 262:16
**10,000** [4] - 142:4, 145:25, 215:12
**10-minute** [1] - 224:25
**10.4** [1] - 266:1
**100** [14] - 6:9, 144:8, 144:9, 213:15, 227:4, 231:13, 232:1, 251:7, 251:17, 251:20, 252:2, 252:3, 252:5, 253:2
**10:00** [1] - 125:24
**10:40** [1] - 71:24
**10th** [1] - 210:18
**11** [10] - 63:21, 71:3, 97:6, 148:19, 149:7, 175:1, 241:4, 262:9, 262:13, 262:15
**11:00** [1] - 70:12, 71:23, 71:25
**11:33** [1] - 95:7
**11:56** [1] - 104:20
**12** [6] - 45:7, 101:21, 102:2, 104:13, 238:5, 238:6
**12:00** [2] - 94:22, 95:6
**12:16** [1] - 117:21
**12:17** [1] - 117:25
**12th** [1] - 32:14
**13** [2] - 102:7, 102:13
**13,000** [2] - 173:20, 173:25
**13.4** [1] - 266:23
**14** [7] - 102:15, 103:1, 104:13, 198:5, 260:14, 261:2, 261:16
**1400** [1] - 248:9
**1400K** [1] - 248:4
**15** [10] - 15:1, 63:5, 70:18, 103:9, 112:4, 126:2, 185:18, 198:4, 213:5
**16** [2] - 6:2, 103:15

**16th** [1] - 24:13
**17** [3] - 103:24, 104:7, 104:14
**170** [1] - 245:21
**18** [2] - 238:5, 238:6
**18-1/2** [1] - 64:17
**18th** [1] - 72:19
**1970s** [1] - 196:14
**1980** [1] - 112:11
**1990s** [1] - 135:14
**1997** [2] - 143:14, 197:2
**1998** [1] - 197:3
**1:30** [1] - 117:23, 117:24
**1:31** [1] - 118:1
**1:45** [1] - 117:13, 117:18, 117:20
**1:52** [1] - 133:4
**1st** [25] - 31:8, 36:6, 208:23, 208:24, 209:1, 209:21, 210:14, 210:16, 210:17, 234:11, 237:20, 237:23, 252:21, 253:7, 253:8, 253:11, 253:13, 253:15, 254:20, 257:11, 257:14, 257:20, 257:24, 257:25, 258:2

## 2

**2** [23] - 17:3, 78:1, 97:18, 97:22, 98:1, 104:11, 142:8, 168:23, 169:14, 239:10, 239:11, 239:14, 242:12, 242:13, 244:14, 245:4, 247:22, 249:4, 249:5, 255:7, 255:8
**2.1** [1] - 239:16
**2.2** [1] - 240:2, 255:10, 255:15
**2/19/24** [1] - 269:14
**20** [10] - 15:12, 28:25, 54:24, 70:16, 140:21, 171:14, 203:22, 206:3, 221:11, 240:15
**20-minute** [1] - 70:9
**20-plus** [1] - 136:21
**2002** [5] - 136:16, 201:23, 202:13, 202:21, 207:12
**2003** [7] - 199:10, 199:11, 201:23, 202:21, 203:3, 203:8
**2004** [1] - 203:3
**2005** [6] - 139:22, 140:2, 152:18, 156:14, 225:12, 227:2
**2008** [1] - 226:5
**2010** [4] - 27:16, 202:13, 202:19, 203:2
**2011** [2] - 199:15, 203:2

**2012** [33] - 152:17, 153:9, 153:16, 153:25, 190:21, 192:19, 193:1, 193:5, 199:15, 201:7, 226:14, 228:1, 228:5, 228:16, 228:18, 229:12, 230:25, 232:6, 234:11, 234:14, 234:15, 237:20, 237:23, 237:24, 247:6, 248:21, 249:17, 249:21, 250:17, 251:1, 260:17, 266:8
**2012'13** [1] - 229:24
**2013** [2] - 228:4, 250:17
**2014** [2] - 66:12, 249:7
**2015** [2] - 247:23, 248:11
**2016** [4] - 153:24, 154:1, 165:13, 168:19
**2017** [6] - 22:17, 160:16, 165:13, 189:22, 190:22, 192:20
**2018** [7] - 158:10, 159:15, 192:20, 230:17, 232:3, 236:24, 250:10
**2019** [24] - 47:3, 162:7, 162:9, 162:14, 162:16, 163:25, 164:13, 164:21, 167:24, 168:3, 169:3, 193:20, 213:12, 213:14, 230:17, 231:1, 250:10, 250:15, 252:21, 253:8, 253:15, 254:12, 254:14
**2019's** [1] - 254:20
**2020** [1] - 47:3
**2021** [2] - 18:10, 57:12
**2022** [1] - 18:11
**2023** [1] - 207:15
**21** [10] - 192:20, 232:13, 232:16, 232:17, 251:13, 251:14, 251:15, 255:6, 261:3, 261:16
**216** [1] - 130:23
**21st** [1] - 189:22
**22** [3] - 9:12, 9:14, 203:22
**23** [1] - 9:15
**28** [6] - 112:4, 222:15, 222:16, 222:20, 261:4, 261:16
**28th** [1] - 210:8
**29** [1] - 97:4
**2:00** [2] - 72:18, 99:7
**2nd** [4] - 36:6, 257:6, 257:7, 257:8

## 3

**3** [12] - 80:12, 98:2, 99:16, 102:24, 116:3, 142:8, 143:11, 169:24, 188:24, 245:5, 258:20,

265:6
**3,000** [7] - 261:8, 261:13, 261:18, 261:22, 261:25, 262:4, 264:16
**3.1** [4] - 258:21, 265:3, 265:5, 265:7
**3.2** [1] - 265:3
**3.3** [1] - 260:1
**30** [8] - 6:9, 41:3, 42:15, 62:4, 221:7, 231:21, 253:14, 258:13
**300** [1] - 247:21
**31st** [1] - 257:25
**33128** [1] - 269:17
**35** [2] - 221:7, 231:21
**36** [1] - 219:22
**399,000** [1] - 247:21
**3:05** [2] - 185:21, 185:22
**3:21** [1] - 185:22
**3:22** [1] - 185:24

## 4

**4** [5] - 99:5, 100:11, 143:22, 256:24, 256:25
**4-layer** [1] - 261:3
**4.1** [1] - 257:2
**40** [1] - 53:3
**400** [6] - 262:6, 262:7, 263:15, 263:16, 263:19, 269:16
**430** [1] - 245:20
**45** [2] - 246:13, 246:14
**450** [1] - 245:21
**4:00** [2] - 48:15, 72:17
**4:00-ish** [1] - 48:9
**4:22** [1] - 225:1
**4:33** [1] - 225:1
**4L** [1] - 242:1

## 5

**5** [8] - 99:12, 101:3, 104:11, 144:18, 162:21, 240:8, 261:6, 262:7
**5.5** [1] - 249:9
**50** [2] - 62:10, 246:16
**50,000** [2] - 141:10, 200:4
**50/50** [1] - 93:21
**5000** [1] - 62:24
**55** [1] - 136:24, 201:10
**5:30** [4] - 125:11, 125:14, 125:16, 125:17
**5:35** [1] - 268:23
**5th** [5] - 94:24, 97:11, 105:4, 254:11, 268:3

**6**

**6** [8] - 99:17, 100:7, 100:8, 101:9, 104:12, 104:19, 145:20, 249:9
**6-layer** [1] - 261:3
**60** [19] - 136:24, 147:23, 148:1, 148:2, 160:3, 184:21, 184:25, 253:9, 253:12, 256:16, 257:4, 257:12, 257:15, 257:24, 258:1, 258:3, 258:4, 258:6, 258:13
**64** [1] - 219:19
**6:00** [2] - 112:16, 125:15
**6th** [2] - 97:1, 97:6

**7**

**7** [9] - 100:12, 100:17, 102:6, 104:19, 188:21, 223:5, 223:6, 248:18, 254:21
**7,487,963.59** [1] - 254:16
**7,576,435.13** [1] - 254:20
**70** [2] - 202:7, 202:8
**7th** [1] - 6:15

**8**

**8** [8] - 62:9, 100:19, 100:23, 103:5, 104:12, 104:18, 146:16, 263:16
**8-1/2** [1] - 122:16
**8-layer** [1] - 261:3
**8.43** [1] - 123:21
**80** [2] - 202:7, 219:19
**8:00** [1] - 267:22
**8th** [1] - 237:24

**9**

**9** [8] - 101:4, 101:7, 104:9, 104:12, 104:18, 147:10, 223:8, 237:3
**90** [4] - 100:2, 257:21, 258:4, 258:13
**90,000** [1] - 149:20
**95** [1] - 135:4
**99** [1] - 112:7
**9:00** [2] - 125:16, 267:24
**9:15** [1] - 125:15
**9:30** [5] - 125:14, 125:23, 268:2, 268:17, 268:22

**A**

**a.m** [4] - 71:24, 71:25, 95:7, 104:20
**ABA** [2] - 67:23, 67:24
**abbreviated** [1] - 244:24

**abbreviation** [2] - 246:22, 253:25
**ability** [5] - 12:6, 15:5, 98:16, 110:6, 260:3
**able** [25] - 8:20, 13:17, 15:17, 21:8, 22:19, 27:1, 32:1, 58:12, 61:19, 125:13, 134:4, 139:17, 140:13, 196:9, 196:15, 198:24, 203:18, 207:9, 208:15, 210:7, 223:7, 228:21, 236:10, 240:22, 243:13
**above-entitled** [1] - 269:12
**above-styled** [1] - 269:4
**abridgement** [2] - 82:12, 82:14
**abroad** [1] - 148:10
**absolutely** [8] - 12:7, 28:7, 147:11, 187:14, 193:12, 209:17, 219:4, 231:4
**absorb** [1] - 256:11
**abusing** [1] - 23:18
**accent** [1] - 87:15
**accept** [9] - 97:15, 97:16, 97:19, 239:5, 256:1, 256:3, 256:4, 256:10
**acceptable** [13] - 99:13, 99:14, 100:8, 100:13, 100:23, 101:5, 101:7, 102:3, 102:8, 103:1, 103:3, 104:4, 104:8
**accepted** [8] - 81:20, 250:8, 250:9, 259:4, 260:5, 262:9, 267:13
**accepts** [1] - 267:3
**access** [1] - 268:20
**accident** [4] - 19:8, 50:14, 75:25, 107:9
**accidentally** [1] - 73:25
**accommodate** [1] - 116:15
**accomplish** [1] - 45:19
**accordance** [1] - 259:1
**according** [3] - 153:15, 162:21, 265:10
**account** [2] - 110:5, 131:20, 161:8, 191:22, 192:2, 192:7, 223:11
**accountant** [1] - 13:9, 35:10, 39:10, 52:13, 52:18, 65:2, 69:15, 164:19, 166:12
**accountants** [1] - 147:2
**accounted** [1] - 131:20
**accounting** [28] - 27:24, 28:1, 41:7, 44:23, 52:17, 52:22, 52:25, 64:25, 69:9,

69:10, 69:17, 69:18, 69:20, 91:12, 91:14, 91:15, 91:17, 132:2, 132:3, 146:19, 146:21, 147:3, 161:11, 166:17, 177:16, 201:17, 214:25, 216:2
**accounts** [11] - 37:6, 37:16, 37:17, 41:10, 93:7, 177:17, 180:14, 215:7, 249:24, 252:12
**accrued** [1] - 165:17
**accumulate** [1] - 212:14
**accurate** [5] - 113:13, 113:17, 113:18, 113:19
**accurately** [1] - 4:4
**achieved** [2] - 217:22, 217:24
**acknowledge** [1] - 163:15
**acoustics** [1] - 15:16
**acquired** [1] - 199:16
**acronym** [1] - 191:11
**acting** [1] - 75:23
**action** [2] - 267:6, 269:10
**Action** [1] - 6:23
**active** [1] - 16:6
**actual** [8] - 34:11, 71:9, 116:9, 138:16, 175:16, 199:24, 203:12, 220:25
**acutely** [2] - 150:16, 151:6
**ad** [1] - 123:14
**adam** [1] - 11:11
**add** [2] - 155:12, 170:1
**added** [3] - 163:13, 165:8, 165:23
**adder** [6] - 244:18, 245:21, 246:14, 246:15, 246:21
**adders** [4] - 244:9, 244:14, 246:8, 246:20
**addition** [4] - 160:10, 203:12, 211:14, 254:10
**additional** [16] - 15:2, 15:13, 72:23, 102:16, 108:19, 108:20, 108:22, 110:14, 115:3, 128:13, 130:13, 164:6, 166:13, 188:19, 210:20, 254:17
**address** [8] - 96:9, 112:24, 118:16, 127:19, 187:19, 192:3, 194:17, 234:23
**addressed** [5] - 118:10, 128:2, 130:22, 189:19, 255:13
**addresses** [1] - 258:18
**adjust** [1] - 186:11
**administrative** [1] -

143:16
**admissible** [1] - 129:15
**admits** [1] - 159:1
**advance** [1] - 137:16
**advanced** [1] - 196:20
**advantage** [12] - 134:12, 134:14, 134:16, 181:3, 181:8, 181:14, 181:15, 181:17, 181:21, 181:23, 181:25, 182:1
**advantage-er** [1] - 181:25
**adversary** [1] - 175:10
**advise** [1] - 4:4
**affect** [5] - 12:5, 84:19, 245:23, 246:11, 250:14
**affecting** [1] - 110:13
**affects** [1] - 246:24
**afford** [1] - 198:21
**afternoon** [5] - 185:18, 186:22, 186:23, 190:10, 225:15
**afterwards** [1] - 112:19
**ageism** [1] - 57:22
**agencies** [1] - 54:11
**Agency** [1] - 63:1
**agent** [1] - 17:9
**ago** [18] - 15:12, 19:10, 19:12, 28:2, 34:24, 45:7, 47:2, 51:11, 53:3, 58:7, 58:8, 60:24, 72:9, 136:5, 178:13, 194:2, 252:22, 253:18
**agree** [17] - 9:17, 80:13, 80:20, 83:5, 85:18, 86:11, 86:13, 91:2, 98:4, 106:11, 127:1, 127:2, 127:9, 153:15, 153:18, 155:13, 257:3
**agreed** [5] - 9:8, 74:6, 107:24, 162:22, 260:21
**agreed-upon** [1] - 260:21
**agreement** [51] - 14:3, 35:1, 45:12, 48:13, 81:19, 82:2, 82:9, 82:13, 82:15, 83:13, 86:6, 151:19, 152:14, 152:16, 152:17, 152:20, 152:21, 152:24, 153:4, 153:16, 153:21, 153:23, 153:24, 154:1, 154:19, 163:22, 168:19, 222:15, 226:16, 226:18, 226:21, 231:11, 232:11, 233:4, 233:8, 237:1, 238:1, 239:13, 247:7, 255:5, 256:20, 258:18, 264:12, 264:23, 265:14, 265:22, 266:8, 266:16, 267:7
**agreements** [2] - 75:22,

165:9
**agrees** [3] - 74:11, 80:19, 86:13
**ah-ha** [1] - 87:6
**ahead** [7] - 160:9, 225:2, 236:7, 236:17, 251:5, 259:11, 262:2
**aide** [1] - 61:8
**ain't** [1] - 182:19
**air** [7] - 23:23, 137:19, 210:2, 210:4, 214:14, 244:20, 244:22
**aircraft** [4] - 210:10, 210:19, 210:21
**airline** [1] - 211:2
**airplane** [3] - 146:12, 146:14, 210:25
**Airport** [2] - 135:3, 196:17
**airport** [3] - 45:17, 202:23, 234:20
**Akshay** [2] - 12:21, 189:20
**Alabama** [1] - 113:22
**Alan** [1] - 61:23
**alarm** [2] - 122:2, 137:18
**alarmed** [1] - 117:16
**Albizu** [2] - 33:21, 70:23
**Alex** [2] - 7:21, 104:15
**align** [1] - 219:24
**Alina** [1] - 51:22
**allegations** [4] - 14:8, 54:2, 68:10, 93:3
**alleged** [1] - 98:12
**allocation** [1] - 262:5
**allotted** [2] - 84:11, 263:14
**allow** [9] - 3:7, 10:15, 95:15, 108:11, 109:9, 109:16, 184:14, 205:5, 255:24
**allowed** [7] - 8:1, 66:24, 107:3, 113:9, 175:2, 231:12, 255:15
**allows** [8] - 137:16, 174:14, 174:17, 174:22, 184:12, 184:13, 184:18, 184:24
**almost** [7] - 8:13, 20:18, 63:21, 85:16, 162:20, 168:14, 170:8
**alternate** [4] - 53:2, 53:9, 99:24, 102:17
**alternates** [1] - 99:22
**Amazon** [1] - 80:24
**Amazon's** [1] - 80:24
**amend** [1] - 260:6
**amended** [5] - 122:4, 128:11, 128:23, 129:7, 131:4

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**amending** [1] - 154:19
**Amendment** [1] - 6:15
**amendment** [5] - 153:13, 153:14, 153:22, 154:3
**amendments** [2] - 154:7, 155:17
**America** [11] - 18:23, 18:24, 23:11, 43:3, 43:6, 43:10, 44:15, 68:20, 81:7, 138:5
**American** [11] - 45:25, 135:22, 137:7, 139:18, 140:16, 154:12, 166:23, 170:20, 170:21, 202:16, 214:22
**amicable** [1] - 227:22
**amount** [15] - 14:23, 113:25, 145:8, 147:18, 147:19, 149:2, 167:25, 180:4, 180:5, 190:12, 192:6, 197:14, 235:22, 236:1, 267:11
**amounts** [5] - 146:4, 167:18, 249:17, 249:18, 249:20
**AMS** [11] - 148:1, 160:3, 253:9, 256:16, 257:4, 258:6, 258:13
**Anabel** [1] - 43:20
**analyze** [1] - 131:17
**Andrea** [1] - 22:8
**Andy** [2] - 15:22, 15:25
**Animesh** [2] - 237:7, 237:8
**Ann** [2] - 8:14, 269:14
**Anna** [3] - 36:23, 101:21, 104:24
**anonymous** [1] - 114:2
**anot6her** [1] - 146:16
**answer** [28] - 8:12, 8:23, 9:1, 9:10, 9:18, 31:24, 73:1, 73:17, 89:13, 90:5, 99:22, 107:16, 108:6, 108:8, 115:21, 128:19, 128:21, 128:22, 129:19, 130:12, 130:22, 130:25, 173:2, 182:20, 184:3, 217:2
**answered** [2] - 9:22, 77:25
**answering** [2] - 77:22, 184:4
**answers** [9] - 8:21, 8:24, 14:22, 14:24, 15:8, 15:9, 107:7, 172:24, 177:2
**anticipated** [1] - 5:24
**anticipating** [1] - 58:17
**anytime** [1] - 11:16
**anyways** [1] - 76:23
**apart** [1] - 129:5

**apartment** [3] - 50:23, 136:17, 139:24
**apologies** [1] - 195:15
**apologize** [1] - 29:17
**apparel** [1] - 65:13
**appear** [1] - 128:23
**Apple** [1] - 196:17
**Apple's** [1] - 204:10
**applicable** [1] - 119:9
**applied** [6] - 82:24, 83:8, 83:9, 132:3, 136:5, 173:16
**apply** [5] - 105:22, 105:24, 113:20, 117:1, 261:7
**applying** [1] - 131:25
**appoint** [1] - 116:4
**appointed** [1] - 6:18
**appreciates** [1] - 170:3
**approach** [1] - 8:6
**approaching** [1] - 78:13
**approves** [1] - 238:15
**apps** [1] - 79:18
**April** [3] - 252:21, 253:7, 253:8
**architecture** [1] - 141:16
**area** [6] - 9:9, 40:23, 154:5, 230:20, 242:13, 245:9
**areas** [2] - 111:14, 220:21
**arena** [1] - 202:7
**argued** [1] - 48:9
**argument** [3] - 108:20, 118:11, 185:9
**arguments** [3] - 107:1, 107:3, 116:25
**arise** [1] - 106:2
**arose** [2] - 139:16, 153:10
**arrangement** [1] - 138:22
**arrangements** [1] - 202:22
**arrow** [1] - 144:18
**aside** [1] - 27:1
**aspect** [3] - 33:22, 42:15, 203:20, 204:4, 213:21
**assembly** [4] - 142:24, 198:5, 209:2, 219:7
**assigned** [2] - 7:23, 29:2
**assist** [2] - 7:16, 27:14
**assistant** [6] - 18:19, 29:7, 29:10, 29:17, 52:8, 63:1
**assisting** [1] - 10:24
**associate** [1] - 64:15
**associated** [1] - 245:7
**assume** [10] - 13:13, 86:4, 209:20, 210:7, 210:14, 210:18, 242:9,

249:6, 257:6, 262:3
**assuming** [5] - 3:25, 4:2, 34:25, 74:10, 210:12
**assumption** [2] - 4:6, 4:20
**assumptions** [2] - 239:19, 244:6
**atmospheric** [1] - 25:4
**attached** [2] - 238:17, 259:2
**attaching** [1] - 196:3
**attachment** [5] - 251:24, 252:18, 253:2, 259:14
**attachments** [1] - 252:16
**attack** [1] - 123:15
**attend** [2] - 71:17, 194:25
**attention** [7] - 8:12, 116:4, 116:7, 133:13, 148:15, 170:3, 170:9
**attentive** [1] - 98:25
**attorney** [10] - 7:13, 11:6, 11:10, 12:4, 16:1, 16:4, 51:6, 66:19, 72:22, 107:18
**Attorney's** [1] - 112:12
**attorneys** [8] - 8:2, 10:8, 94:20, 95:10, 107:3, 108:20, 116:10, 116:23, 116:24, 117:11, 118:3
**attraction** [2] - 171:12, 171:17
**attractions** [2] - 171:11, 171:18
**audible** [2] - 9:7, 99:2
**audit** [13] - 101:16, 203:12, 203:14, 203:20, 204:16, 205:1, 205:6, 205:10, 205:13, 205:14, 205:25, 214:8, 230:5
**audited** [1] - 70:24
**auditing** [1] - 71:4
**auditor** [1] - 28:1
**audits** [3] - 226:1, 229:20
**August** [2] - 193:20, 250:8
**aunt** [2] - 25:24, 39:9
**aunts** [1] - 26:10
**Australia** [1] - 143:9
**authorities** [4] - 190:21, 190:24, 192:15, 193:1
**authorize** [1] - 188:5
**authorized** [3] - 160:7, 163:3, 164:4
**autism** [1] - 67:25
**auto** [3] - 19:8, 156:17, 209:15
**automated** [1] - 211:5
**automobiles** [1] - 137:22
**automotive** [9] - 157:2, 205:11, 206:11, 207:10, 207:16, 207:22, 211:4,

212:6, 255:19
**autonomous** [1] - 207:20
**available** [1] - 211:6
**Aventura** [2] - 112:14, 112:20
**Avenue** [2] - 107:10, 269:16
**avoid** [1] - 126:13
**avoiding** [1] - 130:15
**award** [1] - 59:4
**awarding** [3] - 31:19, 32:22, 33:2
**aware** [6] - 31:15, 128:21, 131:1, 150:16, 151:6, 258:5

**B**

**BA** [1] - 44:24
**babysitting** [1] - 203:11
**baccalaureate** [1] - 32:12
**bachelor's** [1] - 195:6
**back-and-forth** [1] - 168:3
**back-office** [1] - 214:23
**back-striking** [2] - 95:15, 95:18
**background** [5] - 14:18, 134:24, 173:13, 201:4, 239:16
**backgrounds** [1] - 111:17
**backwards** [1] - 137:23
**bad** [16] - 40:8, 87:22, 92:22, 93:1, 149:11, 149:14, 149:17, 149:18, 149:21, 177:20, 182:17, 191:8, 211:2, 231:1, 268:11, 268:13
**bagels** [2] - 268:7, 268:16
**bail** [2] - 182:14, 194:14
**balance** [7] - 121:16, 121:18, 150:15, 250:21, 250:22, 250:25, 254:19
**balances** [2] - 121:3, 121:13
**balancing** [1] - 110:22
**ball** [1] - 96:6
**balls** [1] - 85:15
**bank** [3] - 136:19, 148:5, 164:25
**banker** [2] - 52:2, 52:11
**banking** [2] - 52:7, 53:25
**bankroll** [1] - 136:19
**bankruptcy** [1] - 13:5
**banks** [1] - 159:3
**bar** [2] - 104:16, 131:24
**Barry** [4] - 12:22, 13:8,

164:18, 166:11
**bars** [1] - 131:23
**base** [14] - 239:20, 240:11, 241:14, 242:8, 242:9, 242:14, 242:18, 242:19, 243:21, 244:1, 244:6, 245:20, 246:4, 248:19
**baseball** [1] - 195:17
**based** [27] - 4:6, 13:16, 14:21, 14:24, 18:6, 27:8, 30:16, 43:13, 54:2, 84:13, 103:10, 108:14, 108:15, 108:16, 124:16, 128:3, 128:12, 128:14, 128:16, 130:16, 135:1, 169:19, 237:9, 238:18, 239:1, 240:10, 244:7
**baseline** [1] - 244:19
**basic** [2] - 105:17, 151:11
**basics** [1] - 152:12
**basis** [7] - 30:8, 33:20, 62:8, 68:4, 76:21, 109:9, 152:11
**batch** [2] - 203:17, 203:18
**Beaches** [1] - 200:18
**beans** [2] - 55:8, 55:9
**bear** [2] - 141:2, 175:20
**beautiful** [2] - 15:15, 173:14
**beautifully** [1] - 173:15
**became** [6] - 136:5, 191:10, 231:1, 237:18, 237:20, 262:9
**become** [2] - 194:15, 201:5
**becomes** [2] - 122:23, 219:11
**becoming** [2] - 158:9, 196:20
**beef** [1] - 174:11
**beg** [1] - 90:15
**began** [1] - 139:24
**begin** [3] - 7:10, 112:2, 129:3
**beginning** [4] - 53:8, 53:13, 187:15, 194:18
**begins** [1] - 188:19
**behalf** [7] - 73:2, 73:9, 85:2, 105:5, 133:7, 133:18, 170:9
**behave** [1] - 173:2
**behind** [6] - 197:6, 200:9, 202:10, 204:10, 205:24, 240:12
**believability** [1] - 110:13
**believable** [1] - 174:7
**bell** [1] - 122:2

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**belongs** [1] - 200:5
**below** [1] - 121:17
**BEN** [1] - 254:1
**BEN-DM** [1] - 254:1
**beneath** [1] - 188:18
**beneficial** [1] - 140:14
**benefit** [1] - 78:17
**benlida** [1] - 168:24
**Benlida** [143] - 3:3, 3:16, 3:17, 3:19, 5:20, 5:22, 11:6, 11:12, 11:16, 14:2, 14:3, 14:6, 14:7, 14:8, 110:22, 110:24, 121:16, 121:18, 122:4, 129:5, 131:11, 131:24, 134:13, 138:23, 138:24, 139:2, 139:8, 139:12, 140:7, 140:17, 141:6, 141:23, 141:24, 142:4, 142:8, 142:22, 144:13, 145:20, 146:19, 147:10, 147:13, 148:21, 149:14, 150:8, 151:16, 153:4, 153:5, 155:2, 155:3, 155:23, 158:16, 158:24, 159:19, 160:15, 160:17, 161:14, 161:15, 161:18, 163:4, 163:15, 163:20, 164:1, 164:7, 164:24, 165:11, 165:18, 166:16, 166:21, 168:16, 169:4, 169:18, 172:13, 172:14, 178:23, 182:8, 182:9, 182:13, 187:9, 187:22, 190:9, 191:5, 191:9, 191:16, 191:22, 192:1, 192:2, 193:17, 204:20, 213:7, 213:8, 213:10, 213:15, 224:17, 224:20, 225:8, 225:11, 225:17, 225:20, 227:3, 227:6, 228:2, 231:7, 231:19, 231:21, 232:1, 232:6, 233:9, 233:16, 233:20, 234:1, 234:21, 234:25, 235:6, 235:8, 235:12, 235:13, 235:14, 235:18, 237:11, 237:12, 239:4, 240:7, 247:6, 249:12, 252:10, 252:11, 252:21, 252:23, 253:19, 254:12, 255:1, 255:15, 256:22, 260:4, 260:5, 262:10, 263:1, 265:16
**Benlida's** [12] - 11:7, 121:21, 130:21, 157:19, 161:2, 161:8, 162:6, 187:10, 203:5, 230:8, 234:13, 258:6
**Benlida/Circuitronix's**

[1] - 226:13
**best** [5] - 15:5, 46:17, 161:24, 171:16, 258:25
**better** [3] - 191:10, 197:12, 199:20
**between** [58] - 5:24, 13:24, 26:19, 37:22, 39:6, 39:20, 43:12, 66:24, 82:2, 84:20, 106:21, 121:15, 121:17, 125:14, 139:2, 139:15, 142:7, 142:8, 142:22, 145:5, 154:6, 154:15, 154:16, 154:18, 156:14, 164:14, 165:20, 190:17, 190:21, 190:22, 192:19, 202:13, 209:7, 213:5, 215:19, 222:3, 222:4, 222:7, 223:12, 224:10, 230:10, 230:12, 230:15, 233:25, 236:20, 237:23, 238:5, 247:21, 258:4, 258:5, 261:5, 261:9, 264:5, 265:16, 265:23, 267:12, 267:19
**beyond** [4] - 160:1, 228:21, 228:22, 229:3
**bias** [3] - 78:14, 103:10, 110:9
**biased** [1] - 39:15
**big** [33] - 26:18, 37:1, 37:6, 64:15, 76:22, 84:4, 113:23, 116:20, 134:3, 134:8, 139:14, 143:17, 156:16, 156:20, 157:1, 158:16, 159:10, 162:14, 165:19, 174:9, 174:20, 184:12, 191:19, 193:2, 196:14, 202:16, 226:23, 237:25, 254:21
**Big** [3] - 166:21, 191:1, 191:4
**big-picture** [1] - 134:8
**bigger** [5] - 136:11, 141:17, 153:2, 200:9, 202:13
**biggest** [4] - 167:24, 207:12, 207:15, 221:20
**biggie** [1] - 28:1
**bill** [10] - 43:16, 145:24, 182:25, 183:1, 183:16, 183:17, 253:24, 257:9, 257:10
**billing** [4] - 56:8, 56:9, 67:25, 68:3
**billion** [3] - 202:8, 208:10
**bills** [8] - 30:13, 37:11, 41:10, 65:9, 149:2, 158:20, 182:19, 182:22
**Billy** [1] - 15:23
**Biltmore** [1] - 72:13

**Birmingham** [1] - 113:22
**Biscayne** [1] - 234:7
**bit** [28] - 7:20, 31:14, 70:8, 76:22, 117:15, 137:5, 139:1, 139:21, 149:9, 150:4, 150:18, 151:7, 154:2, 167:3, 167:4, 179:8, 179:23, 179:24, 180:1, 197:24, 201:19, 201:20, 204:18, 227:17, 243:20, 248:23, 253:3, 267:23
**bits** [3] - 183:15, 185:8, 185:10
**bizarre** [1] - 98:17
**blacklist** [2] - 190:11, 212:9
**blacklisted** [1] - 212:16
**blind** [1] - 134:17
**blocks** [1] - 28:14
**blow** [3] - 253:3, 260:1, 265:7
**blown** [2] - 205:10, 233:5
**blue** [1] - 155:14
**BMWs** [1] - 206:8
**board** [43] - 137:9, 137:10, 137:12, 137:15, 137:17, 137:18, 157:25, 158:4, 195:24, 196:16, 198:10, 202:7, 203:22, 203:24, 207:2, 207:5, 211:9, 217:13, 217:20, 219:15, 219:16, 220:4, 220:12, 220:25, 221:2, 221:5, 221:6, 221:17, 221:19, 222:8, 224:7, 235:21, 242:10, 242:21, 246:3, 246:11, 248:19, 255:23, 260:22, 261:14, 262:14, 264:13
**Board** [1] - 233:9
**boards** [55] - 14:5, 33:10, 135:19, 135:20, 136:9, 137:6, 137:7, 137:20, 137:25, 138:2, 138:3, 138:7, 138:13, 138:16, 139:8, 139:11, 140:1, 141:10, 151:22, 156:18, 157:3, 157:22, 159:5, 159:8, 159:11, 159:12, 159:13, 164:7, 195:21, 196:13, 196:22, 196:23, 197:2, 197:8, 197:11, 197:24, 198:8, 202:9, 207:3, 207:10, 207:13, 207:16, 208:23, 209:24, 210:2, 210:11, 211:7, 212:7, 212:25, 235:23, 242:22, 261:2, 262:17
**bobs** [3] - 183:15, 185:8,

185:10
**Bocelli** [1] - 22:8
**bodily** [1] - 70:6
**body** [2] - 177:5, 177:6
**boils** [1] - 134:12
**Bond** [1] - 87:14
**book** [1] - 204:2
**bookkeeper** [4] - 38:23, 60:7, 166:18, 167:13
**bookkeepers** [1] - 180:13
**bookkeeping** [3] - 41:5, 91:16, 180:13
**books** [8] - 131:21, 161:11, 162:15, 162:18, 162:21, 165:19, 190:23
**border** [1] - 234:18
**bored** [1] - 114:8
**born** [4] - 22:3, 135:12, 194:21, 194:22
**Boss** [3] - 166:21, 191:2, 191:4
**boss** [1] - 191:19
**bottom** [7] - 149:3, 223:18, 223:23, 234:4, 237:4, 261:6, 264:18
**bought** [3] - 191:16, 199:16, 235:12
**Boulevard** [1] - 234:7
**box** [1] - 104:22
**boxes** [6] - 50:6, 143:23, 144:9, 144:11, 144:12, 146:7
**boyfriend** [2] - 181:16, 181:17
**boys** [1] - 173:17
**brains** [1] - 137:1
**branches** [1] - 25:3
**brand** [1] - 18:15
**breach** [13] - 82:14, 131:12, 134:19, 151:13, 151:17, 151:23, 152:4, 162:24, 164:9, 169:13, 169:15, 169:20
**breached** [7] - 152:5, 152:7, 167:17, 167:19, 168:21, 168:24, 169:24
**breaches** [3] - 161:20, 162:3, 167:23
**break** [12] - 64:7, 70:5, 70:20, 72:3, 95:3, 106:14, 141:3, 164:11, 224:23, 224:25, 225:5, 267:18
**breaker** [1] - 37:9
**breaks** [2] - 111:21, 152:2
**Brian** [2] - 46:8, 103:15
**bridge** [1] - 192:8
**Bridges** [1] - 23:11
**bring** [19] - 5:7, 8:12,

20:8, 43:9, 44:15, 104:15, 104:17, 121:5, 122:10, 131:13, 132:15, 133:3, 138:17, 140:16, 171:7, 185:23, 202:23, 212:8, 268:6
**bringing** [2] - 120:2, 150:7
**brings** [18] - 19:24, 23:4, 24:4, 27:6, 28:10, 32:7, 36:22, 40:16, 54:16, 57:1, 67:13, 69:1, 99:17, 100:12, 100:19, 101:21, 102:14, 103:14
**British** [2] - 143:13
**broad** [1] - 215:10
**broader** [1] - 128:18
**broadly** [1] - 217:21
**broke** [2] - 50:22, 167:20, 236:19
**brother** [2] - 50:5, 50:8
**brought** [3] - 130:14, 253:16, 267:6
**Broward** [2] - 200:17, 200:19
**bucks** [2] - 171:14, 175:1
**build** [12] - 31:2, 64:19, 156:22, 159:12, 164:7, 219:20, 223:25, 230:18, 230:19, 235:23, 243:13, 248:22
**building** [16] - 30:2, 46:24, 58:5, 159:10, 159:13, 199:5, 199:7, 199:9, 200:5, 203:16, 219:1, 221:5, 224:7, 235:19, 242:22
**buildings** [2] - 64:18, 112:25
**built** [3] - 40:1, 145:25, 223:7
**bulky** [2] - 196:3
**bullet** [1] - 244:1
**bunch** [5] - 125:12, 196:1, 219:20, 220:24, 241:10
**burden** [13] - 4:17, 110:17, 110:24, 115:2, 115:4, 142:19, 150:6, 150:14, 150:16, 150:23, 168:13, 170:4, 181:5
**business** [117] - 16:16, 16:25, 23:10, 30:1, 30:5, 30:23, 33:8, 38:25, 40:1, 40:2, 40:8, 40:12, 42:11, 43:2, 46:1, 50:4, 52:18, 60:2, 60:6, 74:25, 75:22, 75:23, 76:19, 77:3, 77:8, 77:10, 78:24, 81:3, 81:24, 82:21, 83:3, 83:25, 84:3,

91:12, 91:15, 91:18, 92:5, 92:11, 93:13, 93:22, 133:15, 134:18, 137:4, 138:21, 139:14, 139:22, 140:13, 141:4, 143:18, 144:7, 147:12, 147:14, 147:16, 147:17, 149:25, 152:19, 152:22, 153:10, 153:11, 154:15, 155:24, 155:25, 156:3, 156:9, 156:15, 157:4, 157:5, 157:11, 157:15, 157:18, 159:15, 159:23, 162:12, 168:7, 169:9, 174:3, 179:25, 181:10, 181:15, 182:19, 184:20, 184:22, 192:21, 198:10, 198:24, 201:13, 201:16, 201:20, 204:5, 211:15, 213:14, 213:21, 213:23, 215:6, 215:14, 224:20, 225:10, 226:2, 226:7, 226:12, 227:2, 227:14, 231:12, 231:17, 231:20, 235:10, 235:11, 235:13, 235:14, 235:17, 236:23, 237:9, 239:17, 248:12, 249:1, 249:7

**businesses** [5] - 42:25, 74:24, 75:24, 140:20, 148:9

**businessman** [5] - 78:25, 137:2, 137:14, 174:16, 184:16

**businessmen** [1] - 184:15

**businessperson** [1] - 174:21

**busy** [2] - 36:8, 148:19

**butler** [1] - 185:6

**buy** [7] - 45:11, 141:9, 157:23, 158:5, 159:8, 183:14, 205:24

**buyer** [2] - 76:15, 81:18

**buying** [2] - 157:19, 159:3

**BY** [28] - 186:21, 189:1, 189:11, 204:14, 212:3, 217:6, 225:4, 232:21, 236:6, 236:16, 237:5, 239:12, 241:5, 243:22, 244:13, 245:14, 246:19, 247:3, 252:7, 252:17, 253:5, 255:9, 257:1, 258:23, 260:2, 265:8, 266:2, 267:1

### C

**cable** [1] - 243:21
**cafeteria** [1] - 8:6

**cake** [3] - 220:4, 220:5, 220:6

**calculate** [2] - 118:22, 208:9

**calculation** [2] - 163:16, 250:6

**California** [1] - 125:20

**cameras** [1] - 207:18

**Campesina** [1] - 47:23

**Canada** [3] - 215:8, 226:6, 228:7

**cannot** [13] - 108:25, 112:1, 112:9, 114:6, 192:16, 193:6, 197:16, 209:2, 218:16, 220:10, 231:13, 256:1, 267:10

**capabilities** [1] - 204:3

**capability** [2] - 228:22, 228:23

**capable** [2] - 133:12, 203:16

**capacity** [10] - 128:16, 128:25, 208:9, 239:4, 261:12, 263:14, 263:15, 263:19, 264:10, 264:11

**car** [18] - 15:11, 50:13, 50:17, 78:3, 107:12, 107:13, 107:14, 107:20, 107:22, 206:14, 207:18, 207:21, 208:5, 208:6, 208:7, 208:13, 210:25, 255:19

**card** [2] - 59:14, 174:10

**cardoza** [1] - 104:13

**Cardoza** [3] - 29:23, 101:4, 104:25

**cards** [4] - 174:9, 231:12, 231:17

**care** [5] - 112:21, 126:20, 129:13, 178:20, 178:21

**career** [2] - 7:13, 178:25

**carefully** [9] - 73:1, 85:10, 94:7, 99:1, 114:23, 172:23, 172:24, 174:4, 174:7

**cargo** [2] - 146:7, 146:15

**Caribbean** [2] - 22:13, 22:15

**Carmen** [2] - 57:1, 57:3

**carpets** [1] - 229:25

**carried** [2] - 203:9, 254:16

**carry** [1] - 250:25

**cars** [8] - 20:24, 107:11, 137:25, 156:19, 206:25, 207:19, 211:5, 255:21

**cartoon** [1] - 113:1

**Casale** [3] - 8:14, 269:14

**Casals** [1] - 59:20

**case** [127] - 4:16, 4:17,

5:19, 5:23, 5:24, 6:7, 6:14, 7:16, 7:19, 8:18, 10:5, 12:1, 12:6, 13:23, 14:5, 14:11, 14:14, 19:13, 19:21, 20:15, 26:15, 27:1, 27:18, 28:6, 29:20, 31:17, 33:5, 33:13, 36:10, 37:22, 38:3, 39:17, 42:13, 46:3, 51:7, 51:18, 53:2, 54:3, 58:9, 58:10, 58:11, 59:9, 59:10, 59:14, 60:12, 60:17, 67:10, 68:10, 73:13, 74:18, 75:12, 75:20, 77:1, 84:20, 88:9, 98:6, 98:21, 103:19, 105:3, 105:16, 106:5, 107:4, 110:9, 110:17, 111:9, 111:12, 111:19, 111:21, 111:23, 112:1, 112:2, 113:5, 113:20, 113:23, 114:6, 114:11, 114:14, 114:18, 115:8, 116:9, 116:18, 116:20, 119:23, 123:24, 129:7, 130:8, 130:13, 131:13, 132:25, 133:1, 133:18, 133:21, 134:3, 134:10, 134:11, 138:7, 138:23, 139:13, 139:20, 140:24, 142:13, 142:16, 144:15, 147:4, 148:8, 149:6, 151:6, 151:12, 155:18, 156:6, 164:20, 166:11, 166:14, 167:14, 167:16, 168:16, 176:8, 187:18, 203:7, 206:7, 219:11, 230:18, 230:19, 235:5, 236:14, 243:16

**cases** [7] - 13:6, 48:9, 73:21, 125:18, 243:3, 256:9, 256:10

**cash** [13] - 158:17, 158:18, 158:24, 159:2, 159:13, 159:22, 160:5, 182:16, 182:18, 182:21, 182:24, 187:9, 198:25

**categories** [2] - 84:18, 241:13

**category** [3] - 13:13, 163:18, 246:2

**caught** [1] - 79:13

**caused** [6] - 50:22, 59:5, 187:9, 193:9, 193:15, 194:9

**causes** [1] - 96:2

**causing** [1] - 161:12

**CCL** [2] - 159:6, 221:4

**cell** [2] - 18:15, 117:6

**center** [2] - 197:16

**Centers** [2] - 67:23,

67:24

**Central** [1] - 43:10

**centuries** [1] - 7:3

**CEO** [2] - 166:10, 166:24

**CEO's** [1] - 18:19

**certain** [22] - 31:3, 35:16, 37:23, 45:14, 50:10, 106:24, 145:1, 146:14, 163:10, 164:25, 167:21, 192:3, 192:22, 194:11, 196:1, 214:23, 238:18, 242:25, 243:13, 249:2, 255:19

**certainly** [1] - 184:14

**certainty** [1] - 231:13

**certify** [3] - 269:3, 269:8

**cetera** [3] - 43:17, 244:25, 254:22

**chair** [1] - 151:1

**challenge** [7] - 97:12, 101:12, 102:12, 103:22, 103:23, 202:13, 227:24

**challenges** [1] - 95:12, 225:24

**chambers** [2] - 7:19, 7:25

**chance** [5] - 71:13, 116:13, 228:25, 232:1, 246:14

**change** [19] - 34:21, 72:2, 75:10, 78:23, 81:8, 90:5, 153:14, 153:15, 153:17, 179:6, 202:1, 202:19, 206:22, 206:24, 238:18, 244:8, 260:3, 260:10

**changed** [3] - 155:15, 200:15, 229:25

**changes** [2] - 154:2, 154:23

**changing** [2] - 179:5, 199:7

**Chapman** [5] - 24:4, 87:8, 99:17, 104:12, 104:25

**Chapo** [1] - 113:23

**character** [2] - 87:23, 92:24

**charge** [14] - 68:2, 68:19, 73:13, 163:17, 163:21, 163:24, 168:5, 169:19, 210:2, 210:10, 210:21, 211:12, 211:13, 212:15

**chargeback** [1] - 214:13

**chargebacks** [1] - 214:11

**charged** [3] - 168:6, 211:11

**charges** [2] - 243:8, 243:9

**charging** [2] - 166:4, 169:20

**chart** [4] - 100:22, 170:1, 244:15, 248:1

**charter** [4] - 210:9, 210:10, 210:19, 210:22

**charters** [1] - 214:15

**chasing** [1] - 183:24

**cheap** [5] - 183:11, 183:12, 210:12, 210:13

**cheaper** [1] - 198:23

**check** [5] - 143:23, 144:10, 144:12, 147:2, 147:5

**checked** [1] - 154:13

**checking** [1] - 100:21

**checks** [1] - 147:5

**chef** [2] - 46:10, 54:19

**chemicals** [1] - 202:10

**chemistry** [1] - 173:16

**Chen** [5] - 12:25, 167:11, 167:12, 178:25

**chief** [2] - 135:4, 166:15

**Chief** [1] - 10:14

**children** [4] - 12:11, 16:3, 67:25, 96:23

**China** [42] - 18:7, 18:16, 18:22, 19:20, 43:6, 43:14, 45:21, 45:25, 46:1, 60:9, 60:15, 60:18, 68:15, 139:3, 139:5, 139:6, 140:3, 140:11, 143:12, 143:14, 143:20, 143:21, 148:6, 154:25, 156:14, 194:3, 201:23, 201:24, 202:4, 202:5, 202:7, 202:14, 203:9, 213:18, 225:11, 225:14, 227:3, 228:8, 229:11, 230:20, 231:19, 234:18

**Chinese** [18] - 19:19, 43:12, 60:20, 103:10, 148:8, 148:12, 148:14, 148:17, 160:20, 160:25, 190:21, 190:24, 192:9, 192:15, 237:14, 239:25, 249:13

**choice** [1] - 133:10

**choose** [1] - 26:19

**Christina** [2] - 3:9, 10:18

**chronological** [1] - 116:17

**church** [1] - 57:15

**Circuit** [8] - 14:2, 138:25, 233:9, 233:10, 233:11, 233:14, 233:15, 234:1

**circuit** [69] - 14:4, 33:9, 130:10, 135:19, 135:20, 136:9, 137:6, 137:7, 137:8, 137:10, 137:12,

137:13, 137:15, 137:17,
137:18, 137:20, 137:25,
138:2, 138:7, 138:13,
138:16, 139:8, 140:1,
141:10, 151:22, 156:17,
157:3, 157:22, 159:5,
159:11, 195:20, 195:24,
196:13, 196:16, 196:22,
196:23, 197:2, 197:8,
197:11, 197:24, 198:8,
198:10, 202:7, 202:9,
203:22, 207:2, 207:3,
207:5, 207:10, 207:13,
207:16, 211:7, 211:9,
212:24, 217:13, 217:20,
219:15, 219:16, 220:4,
220:12, 221:2, 221:17,
222:8, 235:21, 235:23,
246:11, 255:23, 264:13
    **Circuitronix** [120] - 3:2,
5:20, 5:22, 10:13, 10:15,
13:25, 73:9, 110:16,
118:4, 127:22, 129:4,
131:6, 131:14, 133:19,
134:16, 134:24, 136:17,
136:22, 137:4, 137:5,
138:1, 138:8, 139:2,
139:12, 140:15, 140:18,
141:8, 141:21, 142:10,
142:17, 144:20, 144:22,
144:23, 144:25, 145:11,
145:24, 146:6, 146:12,
146:17, 147:22, 148:5,
148:20, 149:13, 153:4,
155:23, 156:16, 156:25,
157:18, 158:5, 159:21,
161:6, 161:8, 161:13,
161:16, 162:15, 163:3,
163:21, 164:5, 164:19,
164:24, 168:19, 170:3,
187:10, 193:11, 194:3,
194:7, 194:13, 198:12,
198:13, 198:16, 198:20,
200:1, 200:8, 200:11,
201:9, 201:23, 204:20,
207:8, 207:9, 207:23,
209:13, 211:8, 212:12,
212:19, 212:22, 213:10,
213:22, 214:6, 214:20,
215:17, 215:19, 215:24,
216:12, 217:8, 229:10,
231:7, 231:15, 231:16,
231:18, 232:6, 233:25,
234:3, 235:14, 236:25,
237:6, 238:1, 247:5,
254:12, 254:13, 255:16,
256:11, 256:21, 257:3,
257:18, 261:24, 262:20,
265:16, 266:11
    **Circuitronix's** [11] -
138:14, 144:7, 146:18,

199:2, 201:20, 211:15,
212:4, 225:8, 227:6,
231:8, 231:17
    **circuitry** [1] - 224:1
    **circumstantial** [1] -
106:20
    **cited** [1] - 130:11
    **Citibank** [2] - 148:6,
199:8
    **citizen** [2] - 136:5, 201:6
    **citizens** [3] - 6:12, 6:22,
6:25
    **City** [5] - 31:13, 195:14,
195:15, 195:16
    **city** [3] - 139:3, 139:7,
234:17
    **civil** [15] - 5:23, 6:14, 7:9,
13:23, 28:5, 28:13, 34:21,
38:5, 53:2, 58:1, 58:9,
58:11, 59:3, 67:7, 105:18
    **clad** [2] - 159:7, 218:9
    **claim** [12] - 111:5, 111:6,
130:18, 130:21, 131:3,
134:19, 150:8, 151:9,
151:13, 152:11, 162:18,
168:21
    **claimed** [1] - 250:16
    **claiming** [4] - 59:7,
152:5, 162:22, 163:5
    **claims** [10] - 5:23, 14:5,
14:9, 66:14, 110:20,
129:5, 131:11, 134:22,
167:18, 172:21
    **clarification** [6] - 13:7,
96:25, 99:21, 132:17,
132:23, 244:21
    **clarify** [3] - 95:16, 95:17,
251:18
    **class** [2] - 34:3, 72:9
    **Claude** [8] - 11:5, 23:4,
23:7, 23:8, 85:24, 86:7,
99:12, 104:25
    **Clause** [1] - 262:7
    **clause** [2] - 75:14,
264:24
    **cleaned** [1] - 203:25
    **clear** [5] - 120:9, 120:10,
123:19, 151:13, 185:4,
200:10, 261:21, 263:24,
265:6
    **clearly** [4] - 47:8, 170:6,
187:6, 239:19
    **clerk** [5] - 7:13, 28:13,
29:1
    **clerk's** [3] - 7:22, 28:19,
28:25
    **client** [12] - 3:6, 4:16,
10:23, 26:3, 120:12,
133:19, 141:9, 170:17,
182:24, 185:11, 185:13

    **client's** [5] - 170:16,
180:17, 180:20, 184:5,
184:6
    **clients** [7] - 17:13, 27:15,
72:11, 122:19, 140:2,
181:2, 181:8
    **clinic** [1] - 47:21
    **Clinica** [1] - 47:22
    **clinical** [1] - 59:23
    **clock** [4] - 70:10, 263:25,
264:1
    **close** [10] - 46:5, 77:17,
97:7, 116:4, 158:10,
158:12, 186:10, 202:7,
213:13, 231:21
    **closed** [1] - 55:23
    **closely** [7] - 152:14,
152:25, 157:16, 157:17,
174:13, 175:6, 231:3
    **closeness** [2] - 228:16
    **closes** [1] - 111:25
    **closing** [3] - 107:3,
116:25, 185:9
    **CLR** [1] - 269:14
    **Club** [1] - 54:19
    **clues** [1] - 88:8
    **cluster** [2] - 206:18
    **Co** [1] - 138:25
    **cocaine** [1] - 40:12
    **code** [2] - 142:25, 162:2
    **Code** [3] - 128:4, 128:15,
132:7
    **coded** [1] - 167:22
    **codification** [1] - 132:20,
132:24
    **coding** [2] - 56:8, 56:9
    **coffee** [3] - 230:1, 268:4,
268:15
    **colleagues** [2] - 3:8,
10:15
    **collect** [4] - 68:1, 68:5,
191:20, 191:22
    **collecting** [2] - 37:14,
65:9
    **collections** [1] - 42:11
    **collects** [1] - 37:10
    **college** [4] - 25:3,
173:16, 226:6, 228:7
    **Colombian** [1] - 55:9
    **color** [4] - 155:12, 162:2,
162:4, 167:22
    **color-coded** [1] - 167:22
    **colors** [4] - 162:1,
167:22, 170:1
    **column** [3] - 241:20,
243:7, 254:7
    **combat** [1] - 7:8
    **combined** [2] - 123:25,
218:7
    **comfortable** [3] - 5:11,

186:10, 230:4
    **coming** [21] - 6:2, 14:14,
46:17, 55:6, 81:23, 94:4,
124:17, 157:7, 171:11,
171:12, 171:16, 171:18,
176:3, 176:4, 176:25,
178:19, 198:25, 201:24,
208:13, 250:13, 250:15
    **comments** [1] - 155:14
    **commerce** [1] - 143:18
    **commercial** [6] - 40:24,
40:25, 41:22, 41:23,
42:22, 258:25
    **Commercial** [3] - 128:4,
128:15, 132:7
    **commitments** [2] -
239:2, 259:10
    **common** [4] - 132:21,
132:24, 175:18, 214:4
    **commonly** [1] - 248:7
    **commonsense** [4] -
111:13, 171:5, 171:6,
171:7
    **communicated** [3] -
190:18, 190:19, 207:24
    **communicating** [1] -
129:4
    **communication** [2] -
190:17, 195:7
    **Community** [1] - 63:1
    **community** [2] - 135:24,
136:1
    **commute** [2] - 200:19,
200:21
    **companies** [55] - 17:19,
19:2, 26:18, 26:22, 27:15,
28:1, 33:6, 39:20, 43:14,
44:9, 44:14, 44:18, 45:21,
45:24, 68:6, 73:23, 74:17,
74:18, 74:22, 77:3, 79:1,
79:19, 80:21, 81:2, 82:2,
84:20, 93:8, 103:11,
139:15, 151:25, 153:7,
154:15, 156:9, 158:8,
158:9, 158:12, 164:14,
204:5, 205:15, 205:16,
206:10, 206:12, 207:22,
208:14, 208:19, 208:20,
209:14, 214:22, 214:25,
228:17, 230:11, 230:12,
230:16, 233:7
    **company** [120] - 18:6,
19:19, 20:12, 20:13,
23:13, 26:19, 27:13,
31:19, 32:22, 34:11,
34:12, 34:13, 37:6, 37:23,
39:2, 39:6, 40:19, 40:21,
41:19, 42:7, 42:18, 42:20,
42:22, 43:2, 43:12, 44:1,
44:2, 44:14, 45:25, 52:18,

52:23, 52:24, 60:4, 60:5,
60:18, 60:20, 64:21,
64:23, 66:25, 68:1, 68:3,
68:14, 69:18, 69:21, 75:2,
75:6, 75:8, 75:16, 75:17,
76:6, 76:9, 76:13, 79:22,
79:24, 80:23, 81:9, 81:10,
81:11, 81:12, 82:8, 82:10,
82:21, 83:18, 83:19,
92:23, 93:2, 93:8, 113:4,
113:5, 120:25, 134:16,
134:25, 136:16, 136:20,
136:25, 138:10, 138:12,
139:3, 139:23, 140:8,
144:23, 148:17, 153:1,
159:13, 160:11, 160:23,
164:17, 166:13, 166:24,
170:10, 170:19, 191:10,
191:14, 194:3, 197:21,
197:22, 199:16, 200:13,
200:14, 205:19, 208:22,
212:17, 212:19, 213:22,
214:19, 215:20, 215:23,
216:25, 217:4, 217:10,
231:11, 233:12, 233:24
    **Company** [10] - 14:2,
81:2, 81:3, 81:4, 81:5,
233:10, 233:12, 233:15,
234:1
    **company's** [1] - 159:14
    **company-wise** [1] -
34:11
    **companywide** [1] -
145:18
    **compared** [2] - 219:8,
225:22
    **compensate** [1] - 36:12
    **complete** [1] - 222:20
    **completed** [1] - 120:12
    **completely** [2] - 113:14,
206:23
    **compliance** [5] - 67:19,
67:21, 68:3, 68:8, 68:20
    **complicated** [3] -
149:21, 165:6, 219:18
    **component** [4] - 183:10,
218:5, 220:22
    **components** [3] - 196:1,
196:8, 218:3
    **composed** [1] - 136:1
    **comprised** [1] - 73:11
    **computer** [6] - 42:17,
43:5, 69:5, 135:18,
146:23, 197:7
    **conceivably** [1] - 257:18
    **concentrating** [1] -
115:19
    **concept** [2] - 163:7,
239:4
    **concern** [3] - 96:20,

100:25, 179:21

**concerned** [7] - 22:19, 121:25, 123:24, 128:17, 165:18, 180:9, 205:23

**concerning** [3] - 19:19, 79:15, 81:17

**concerns** [1] - 43:13

**conclude** [1] - 185:12

**concluded** [1] - 268:23

**conclusion** [2] - 168:15, 185:6

**concrete** [1] - 64:22

**conditions** [1] - 238:19

**condo** [1] - 51:4

**condominium** [3] - 50:20, 50:25, 51:1

**conduct** [2] - 112:9, 218:16

**conducted** [4] - 227:14, 229:18, 229:19, 239:17

**confer** [1] - 100:14

**conference** [4] - 113:21, 128:2, 128:5, 229:25

**confess** [1] - 158:2

**conflict** [2] - 29:21, 72:6

**conflicting** [1] - 71:1

**confused** [1] - 121:20

**confusion** [1] - 232:3

**connect** [2] - 196:1, 223:19

**connected** [5] - 143:21, 196:8, 199:7, 223:17, 223:22

**connection** [4] - 118:9, 177:15, 177:16, 267:7

**consider** [9] - 106:25, 109:13, 109:21, 109:24, 111:2, 113:9, 113:14, 151:4, 201:11

**consideration** [4] - 21:16, 23:3, 54:14, 72:21

**considered** [3] - 195:25, 201:23, 201:25

**considering** [3] - 110:4, 111:5, 113:15

**consistently** [2] - 220:9, 255:23

**consolidate** [1] - 199:21

**constitute** [1] - 239:20

**Constitution** [1] - 6:16

**constructed** [1] - 244:3

**construction** [1] - 39:2

**consultants** [1] - 202:2

**consumer** [3] - 137:21, 207:12, 207:15

**contact** [9] - 8:2, 10:5, 34:4, 117:5, 119:12, 140:12, 215:5, 228:5, 230:14

**contacts** [3] - 139:25,

140:11, 238:9

**contained** [2] - 6:15, 122:6

**container** [1] - 146:7

**contaminated** [1] - 236:1

**contest** [1] - 168:1

**contested** [2] - 129:8, 129:9

**context** [2] - 12:10, 134:6

**continually** [1] - 159:25

**continue** [8] - 22:15, 156:9, 157:6, 181:17, 181:18, 181:20, 236:7, 267:19

**continued** [3] - 153:9, 164:7, 229:3

**continuing** [1] - 215:14

**contract** [81] - 14:1, 14:6, 36:18, 48:23, 66:21, 75:2, 75:11, 75:14, 77:5, 79:5, 79:10, 128:19, 131:12, 131:13, 132:21, 134:19, 138:20, 139:12, 144:25, 145:9, 147:21, 151:13, 151:19, 151:24, 151:25, 152:3, 152:4, 152:5, 152:7, 152:8, 153:2, 153:14, 153:15, 154:2, 158:22, 160:2, 161:15, 161:16, 161:21, 162:25, 163:10, 163:18, 164:3, 165:25, 166:5, 166:6, 167:17, 167:19, 168:16, 168:18, 168:22, 169:7, 169:18, 193:22, 197:23, 198:19, 215:18, 215:19, 232:4, 232:7, 233:24, 234:9, 237:18, 237:19, 238:17, 238:20, 240:24, 249:3, 255:15, 258:17, 259:4, 259:15, 265:3, 265:10, 266:7, 267:9, 267:10, 267:19

**contracted** [2] - 49:4, 49:5

**contractor** [2] - 64:19, 64:21

**contracts** [7] - 75:22, 134:18, 151:14, 151:15, 209:10, 212:20

**contractual** [2] - 138:22, 169:23

**contradict** [1] - 115:22

**contradicts** [1] - 110:11

**contrast** [1] - 178:23

**contributed** [1] - 229:23

**contributes** [1] - 221:7

**contributor** [1] - 221:20

**control** [16] - 6:23, 91:6, 91:18, 92:5, 92:13, 93:13,

93:25, 94:2, 137:16, 175:23, 201:11, 201:14, 201:15, 201:18, 214:7, 214:8

**controller** [1] - 23:24

**controlling** [3] - 92:22, 93:10, 175:22

**controls** [3] - 113:8, 157:4, 176:6

**controversy** [2] - 204:9, 258:5

**conversation** [1] - 78:11

**convict** [1] - 23:14

**convince** [4] - 126:1, 238:2, 240:22, 256:6

**convincing** [1] - 202:14

**cook** [1] - 46:19

**cooking** [2] - 54:22, 54:24

**cooler** [1] - 45:8

**Cooper** [3] - 195:14, 195:15, 195:16

**Cooperstown** [1] - 195:12

**coordinator** [1] - 37:7

**copied** [1] - 189:18, 189:19

**copper** [27] - 141:14, 159:6, 159:7, 195:25, 196:6, 196:8, 217:22, 218:3, 218:8, 218:9, 218:13, 218:15, 218:16, 219:17, 219:19, 220:9, 220:10, 223:22, 223:24, 223:25, 224:9, 239:21, 240:18, 246:21, 246:22

**Coral** [1] - 54:19

**cordial** [1] - 227:22

**corporate** [6] - 3:7, 11:7, 27:11, 34:18, 216:14

**Corporation** [1] - 205:20

**corporation** [6] - 22:17, 65:19, 65:24, 66:17, 66:18

**corporations** [1] - 27:14

**correct** [28] - 4:10, 15:24, 27:10, 45:23, 46:12, 49:23, 54:20, 55:16, 60:16, 65:20, 69:6, 69:16, 74:13, 75:8, 81:25, 82:16, 83:21, 83:23, 90:20, 96:10, 97:23, 97:24, 108:18, 184:22, 187:13, 206:16, 219:12, 269:4

**correctly** [4] - 62:19, 78:24, 101:24, 166:20

**cost** [26] - 31:6, 152:10, 197:16, 198:22, 208:9, 209:7, 210:20, 210:23, 211:22, 214:14, 221:1, 221:8, 221:12, 221:14,

221:18, 222:4, 244:9, 244:18, 245:21, 245:23, 246:6, 246:8, 246:11, 246:14, 246:15

**Costa** [1] - 214:24

**costs** [10] - 211:12, 211:14, 212:14, 212:15, 214:15, 239:21, 239:23, 244:3, 245:7, 245:9

**counsel** [6] - 10:13, 10:18, 10:20, 121:21, 131:22, 269:8

**count** [4] - 152:4, 221:20, 242:17, 242:19

**counter** [1] - 22:23

**counting** [1] - 263:12

**countries** [4] - 44:10, 68:16, 214:24

**country** [6] - 6:13, 60:19, 135:21, 136:4, 136:7, 139:7, 161:1

**counts** [3] - 222:8, 241:17, 259:11

**County** [9] - 19:16, 63:1, 112:11, 200:17, 266:20, 267:5

**couple** [9] - 7:3, 28:14, 73:15, 78:10, 118:4, 125:17, 217:11, 226:11, 267:25

**course** [16] - 18:2, 22:10, 68:2, 68:12, 79:3, 80:10, 80:14, 94:8, 111:14, 122:13, 126:15, 146:5, 163:14, 173:11, 181:4, 184:21

**courses** [1] - 33:23

**court** [34] - 4:8, 6:1, 6:11, 7:9, 8:14, 10:2, 14:14, 16:17, 16:19, 27:24, 35:12, 39:13, 52:15, 58:22, 58:23, 66:6, 66:15, 69:23, 77:25, 95:9, 98:19, 99:24, 101:1, 101:2, 108:17, 111:11, 112:16, 114:23, 115:19, 139:18, 150:8, 156:2, 156:10, 267:14

**Court** [11] - 3:1, 5:17, 13:7, 100:25, 106:11, 117:25, 185:22, 225:1, 244:21, 269:15, 269:15

**COURT** [522] - 3:2, 3:14, 3:21, 3:24, 4:8, 4:11, 4:14, 4:24, 5:2, 5:4, 5:7, 5:10, 5:15, 9:21, 9:25, 11:1, 11:14, 11:18, 12:5, 12:8, 12:10, 12:13, 12:18, 13:8, 13:20, 15:22, 15:25, 16:2, 16:8, 16:12, 16:15,

16:20, 16:23, 17:2, 17:6, 17:8, 17:11, 17:14, 17:17, 17:21, 18:1, 18:3, 18:5, 18:9, 18:12, 18:17, 18:20, 18:25, 19:7, 19:10, 19:13, 19:16, 19:18, 19:23, 20:1, 20:4, 20:7, 20:10, 20:12, 20:14, 20:19, 20:23, 21:6, 21:10, 21:15, 21:21, 21:23, 22:1, 22:5, 22:10, 22:18, 22:24, 23:2, 23:6, 23:9, 23:13, 23:16, 23:19, 23:22, 23:25, 24:3, 24:6, 24:8, 24:12, 24:17, 24:19, 24:24, 25:1, 25:8, 25:12, 25:15, 25:17, 25:22, 25:25, 26:6, 26:10, 26:13, 26:17, 26:22, 27:5, 27:8, 27:11, 27:17, 27:21, 28:3, 28:8, 28:10, 28:12, 28:17, 28:19, 28:22, 29:2, 29:5, 29:7, 29:10, 29:12, 29:15, 29:19, 29:22, 30:1, 30:4, 30:7, 30:12, 30:16, 30:22, 31:1, 31:5, 31:16, 31:25, 32:5, 32:7, 32:9, 32:13, 32:15, 32:17, 32:19, 33:5, 33:8, 33:15, 33:18, 33:25, 34:2, 34:6, 34:8, 34:14, 34:17, 34:20, 35:3, 35:7, 35:10, 35:12, 35:14, 35:23, 36:2, 36:5, 36:14, 36:17, 36:20, 36:22, 36:25, 37:3, 37:5, 37:9, 37:13, 37:17, 37:20, 38:1, 38:5, 38:8, 38:10, 38:13, 38:18, 38:23, 38:25, 39:3, 39:6, 39:9, 39:12, 39:15, 39:19, 39:24, 40:5, 40:7, 40:11, 40:15, 40:18, 40:21, 40:24, 41:1, 41:4, 41:9, 41:13, 41:15, 41:21, 41:25, 42:3, 42:6, 42:10, 42:16, 42:18, 42:21, 42:25, 43:4, 43:7, 43:11, 43:18, 43:20, 43:22, 43:24, 44:2, 44:4, 44:8, 44:17, 44:21, 44:23, 45:2, 45:9, 45:20, 45:24, 46:7, 46:10, 46:13, 46:15, 46:21, 46:24, 47:2, 47:4, 47:9, 47:11, 47:16, 47:18, 47:20, 47:25, 48:2, 48:5, 48:12, 48:16, 48:18, 48:21, 48:25, 49:5, 49:12, 49:20, 49:24, 50:3, 50:12, 50:17, 50:19, 50:24, 51:7, 51:9, 51:11, 51:16, 51:20, 51:22, 51:24, 52:1, 52:4, 52:10, 52:12, 52:15, 52:17, 52:20, 52:22, 53:1,

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

53:4, 53:6, 53:8, 53:12, 53:15, 53:19, 53:24, 54:2, 54:7, 54:13, 54:16, 54:18, 54:21, 54:23, 55:1, 55:5, 55:10, 55:14, 55:17, 55:21, 55:25, 56:3, 56:7, 56:9, 56:13, 56:15, 56:18, 56:20, 56:22, 56:25, 57:3, 57:5, 57:8, 57:11, 57:13, 57:18, 57:23, 58:1, 58:4, 58:7, 58:9, 58:12, 58:15, 58:19, 58:22, 58:25, 59:3, 59:13, 59:16, 59:18, 59:20, 59:22, 59:25, 60:2, 60:6, 60:10, 60:14, 60:17, 60:23, 61:1, 61:4, 61:7, 61:10, 61:12, 61:15, 61:17, 61:19, 61:22, 61:25, 62:3, 62:5, 62:11, 62:14, 62:16, 62:19, 62:21, 63:3, 63:7, 63:11, 63:13, 63:16, 63:18, 63:20, 63:22, 63:24, 64:1, 64:3, 64:5, 64:7, 64:10, 64:12, 64:14, 64:18, 64:24, 65:2, 65:8, 65:11, 65:15, 65:17, 65:21, 65:25, 66:5, 66:9, 66:13, 66:16, 66:22, 67:1, 67:4, 67:8, 67:12, 67:15, 67:18, 67:22, 68:4, 68:9, 68:13, 68:18, 68:22, 68:24, 69:1, 69:4, 69:7, 69:11, 69:14, 69:17, 69:22, 69:25, 70:4, 71:3, 71:8, 71:12, 72:1, 72:12, 72:15, 72:20, 73:7, 77:21, 77:24, 78:4, 78:8, 84:24, 89:1, 94:5, 94:18, 95:8, 95:17, 95:20, 95:22, 95:24, 96:2, 96:7, 96:10, 96:13, 96:15, 96:24, 97:15, 97:17, 97:24, 98:1, 98:10, 98:14, 99:5, 99:11, 99:16, 99:23, 100:11, 100:15, 100:18, 101:3, 101:9, 101:14, 101:20, 101:23, 102:2, 102:6, 102:14, 102:24, 103:5, 103:8, 103:14, 103:24, 104:3, 104:6, 104:9, 104:21, 105:13, 117:22, 118:2, 118:11, 118:19, 118:21, 119:2, 119:17, 120:2, 120:6, 120:10, 120:15, 120:17, 120:19, 122:11, 122:17, 122:21, 123:6, 123:12, 124:3, 124:8, 124:11, 124:20, 124:24, 125:2, 125:7, 125:10, 126:18, 127:8, 127:15, 127:20, 127:25,

129:10, 129:21, 129:23, 130:9, 131:8, 132:5, 132:14, 132:15, 133:3, 133:5, 170:11, 185:17, 185:23, 185:25, 186:4, 186:9, 186:16, 188:7, 188:11, 188:13, 188:17, 188:22, 188:24, 189:5, 189:8, 204:13, 211:19, 211:23, 212:1, 224:25, 225:2, 232:14, 232:16, 232:20, 236:5, 236:15, 251:15, 251:19, 252:2, 267:21

**courtroom** [17] - 7:11, 7:18, 7:23, 10:4, 10:25, 14:23, 15:15, 20:25, 29:1, 88:15, 94:14, 94:16, 106:6, 117:4, 133:20, 137:19, 138:15

**COURTROOM** [2] - 5:6, 105:11

**courts** [2] - 267:4, 267:5

**cover** [5] - 85:7, 90:22, 204:2, 218:20, 218:22

**covered** [4] - 72:25, 217:12, 247:5, 265:12

**covering** [1] - 91:1

**covers** [1] - 85:6

**COVID** [1] - 79:16

**COVID-19** [1] - 45:22

**CPA** [1] - 27:22

**Craig** [1] - 87:17, 87:18, 87:23

**crawling** [2] - 203:24, 203:25

**crazy** [1] - 62:6, 134:2, 163:22

**create** [1] - 139:11

**created** [1] - 139:23

**credibility** [4] - 88:18, 88:20, 110:15, 174:1

**credible** [2] - 172:20, 174:21

**credit** [16] - 59:14, 76:3, 76:16, 76:23, 82:24, 83:2, 83:7, 83:10, 83:11, 83:13, 84:16, 149:15, 149:16, 163:4, 168:9, 254:16

**crediting** [1] - 169:4

**crime** [6] - 86:16, 86:17, 86:21, 87:7, 112:13, 112:18

**crimes** [1] - 93:4

**criminal** [6] - 38:6, 46:21, 48:5, 58:2, 58:9, 67:7

**critical** [1] - 145:5

**cross** [4] - 116:23, 126:13, 172:23, 176:1

**cross-examination** [2] - 126:13, 172:23

**cross-examine** [1] - 176:1

**cross-examined** [1] - 116:23

**crossed** [1] - 47:6

**cruise** [1] - 22:12

**CSR** [1] - 269:14

**CSR-IL** [1] - 269:14

**CTX** [61] - 4:3, 13:25, 14:4, 14:5, 14:9, 110:16, 110:21, 110:22, 118:6, 118:13, 118:15, 118:18, 119:4, 119:6, 119:12, 119:16, 119:18, 119:19, 119:25, 120:3, 120:7, 120:8, 120:9, 120:12, 120:14, 120:15, 120:16, 120:17, 120:25, 121:3, 121:6, 121:13, 121:16, 121:17, 121:18, 122:5, 122:7, 122:15, 123:20, 123:21, 123:24, 124:13, 124:15, 127:21, 137:5, 141:5, 146:21, 168:25, 173:9, 176:3, 176:4, 176:7, 177:14, 180:6, 181:3, 185:12, 191:21, 211:8

**CTX-HK** [3] - 4:3, 118:6, 127:21

**CTX-US** [11] - 13:25, 14:4, 14:5, 14:9, 110:16, 110:21, 110:22, 119:18, 120:8, 121:16, 123:21

**CTX-USA** [1] - 120:15

**CU** [3] - 246:20, 246:22

**Cuba** [3] - 49:22, 64:25, 65:7

**cubicle** [1] - 200:7

**culmination** [1] - 152:22

**curative** [1] - 127:3

**curious** [1] - 218:25

**currency** [3] - 148:12, 160:25, 239:25

**cust** [1] - 256:9

**custom** [3] - 141:18, 144:6, 190:21

**customer** [31] - 64:2, 141:9, 144:10, 146:13, 148:10, 149:11, 156:23, 157:24, 169:11, 190:12, 202:22, 205:2, 215:6, 219:5, 219:6, 219:9, 221:18, 226:1, 229:19, 229:20, 238:3, 238:9, 238:11, 238:14, 238:15, 240:22, 256:7, 256:9, 256:10

**customer's** [1] - 219:2

**customers** [36] - 31:11, 138:4, 138:10, 140:16, 140:19, 158:6, 164:8, 169:9, 169:10, 202:1, 202:14, 202:15, 202:16, 202:17, 202:18, 203:9, 203:15, 203:20, 203:24, 205:4, 212:10, 214:6, 214:7, 215:14, 215:15, 219:3, 227:12, 229:15, 230:4, 231:10, 231:12, 239:2, 240:21, 255:18, 259:10

**cut** [1] - 157:4

**cutting** [3] - 223:6, 223:8, 223:12

**cycle** [1] - 255:22

**cyclones** [1] - 24:11

# D

**D-U3** [7] - 187:25, 188:4, 188:12, 188:23, 189:8, 189:10, 189:13

**dad** [2] - 35:10, 55:17

**dad's** [1] - 51:14

**Dade** [8] - 19:16, 63:1, 112:11, 200:17, 200:18, 266:20, 267:5

**dads** [1] - 125:21

**daily** [4] - 30:8, 33:19, 62:7, 68:4

**damage** [3] - 50:13, 50:16, 50:23

**damages** [7] - 59:5, 152:9, 167:18, 168:12, 169:25, 170:8

**Damaris** [3] - 28:10, 100:19, 104:25

**Daniel** [5] - 54:16, 55:6, 87:17, 87:18, 87:23

**darn** [2] - 171:12, 174:25

**dashboard** [1] - 33:24

**date** [31] - 43:16, 43:17, 118:23, 118:24, 118:25, 119:3, 119:4, 119:13, 119:15, 120:23, 146:14, 162:7, 181:17, 224:6, 234:9, 236:22, 237:19, 237:21, 237:23, 257:4, 260:23, 262:15, 263:14, 264:1, 264:5, 269:5

**DATE** [1] - 269:14

**dated** [1] - 237:22

**dates** [2] - 146:3, 224:4

**daughter** [1] - 258:25

**days** [53] - 3:25, 4:11, 5:25, 41:12, 54:9, 71:15, 71:18, 82:3, 82:4, 142:3,

147:23, 148:2, 160:3, 199:19, 210:8, 222:15, 222:16, 222:17, 222:18, 222:19, 222:20, 222:23, 253:9, 253:12, 256:16, 257:4, 257:12, 257:15, 257:21, 257:24, 258:1, 258:3, 258:4, 258:14, 260:22, 261:2, 261:3, 261:4, 261:15, 261:16, 262:3, 262:9, 262:12, 262:13, 262:15, 262:16, 263:12

**DB** [1] - 34:12

**De** [3] - 27:6, 91:8, 100:12

**deadline** [3] - 210:1, 210:3, 210:15

**deal** [18] - 68:15, 75:7, 75:13, 76:22, 77:10, 77:13, 80:5, 82:3, 84:4, 92:8, 168:20, 168:22, 176:10, 181:20, 232:7, 260:3, 265:20, 266:9

**dealing** [3] - 68:5, 77:1, 148:16

**deals** [1] - 266:16

**Dear** [1] - 189:24

**debate** [1] - 32:11

**debit** [23] - 149:8, 149:15, 149:20, 165:19, 192:23, 248:21, 248:25, 249:5, 249:11, 249:13, 250:5, 250:6, 250:12, 250:14, 250:20, 253:18, 253:21, 254:3, 254:4, 254:5, 254:14, 254:17

**debt** [2] - 131:24, 131:25

**debts** [3] - 121:3, 124:2, 132:3

**December** [1] - 249:7

**decide** [13] - 21:9, 25:6, 105:22, 106:1, 106:5, 106:23, 108:20, 110:1, 110:25, 111:5, 123:10, 139:19, 170:22

**decided** [7] - 6:24, 34:21, 75:21, 136:15, 197:20, 199:20, 226:7

**decides** [1] - 85:14

**deciding** [1] - 170:17

**decision** [12] - 4:2, 6:20, 31:21, 32:3, 53:20, 53:21, 53:23, 73:13, 75:15, 133:2, 150:10, 151:4

**decisions** [5] - 4:1, 6:18, 7:1, 7:17, 230:15

**deduct** [1] - 31:8

**defendant** [16] - 14:1, 59:5, 59:7, 59:8, 59:11,

95:14, 99:14, 100:23,
102:11, 103:19, 118:5,
125:20, 130:21, 138:23,
150:9, 150:10
  **defendant's** [1] - 101:12
  **defendants** [7] - 33:9,
100:9, 101:8, 102:4,
103:2, 104:8, 128:13
  **defended** [1] - 132:21
  **defense** [25] - 3:14, 4:14,
11:2, 16:11, 85:2, 97:18,
99:18, 100:20, 102:2,
102:15, 104:6, 128:3,
128:14, 128:16, 128:20,
128:25, 129:12, 130:17,
130:20, 132:6, 132:8,
132:11, 132:23, 189:18,
251:19
  **defenses** [6] - 127:18,
128:10, 128:22, 131:12,
132:1, 132:2
  **deficiency** [1] - 129:17
  **defined** [6] - 238:19,
245:9, 264:23, 265:3,
265:9
  **definitely** [3] - 36:5,
86:10, 199:22
  **definition** [3] - 123:8,
201:14, 201:15
  **degree** [2] - 44:24,
214:23
  **degrees** [3] - 245:20,
245:21
  **delay** [1] - 119:18
  **deliberate** [5] - 53:11,
53:16, 100:1, 108:25,
115:25
  **deliberations** [3] - 109:3,
109:22, 112:2
  **deliver** [12] - 45:13,
45:17, 80:1, 80:5, 81:4,
81:9, 82:4, 163:9, 209:24,
238:24
  **delivered** [4] - 39:21,
120:17, 145:25, 154:7
  **deliveries** [2] - 165:8,
169:8
  **delivering** [2] - 120:19,
146:10
  **delivers** [2] - 82:8,
256:22
  **delivery** [10] - 35:22,
79:20, 80:14, 120:11,
145:12, 165:8, 258:16,
259:1
  **Dell** [1] - 141:19
  **demand** [1] - 81:12
  **demeanor** [1] - 89:12
  **denied** [2] - 14:8, 131:11
  **density** [1] - 246:12

  **deny** [2] - 97:12, 132:9
  **department** [13] - 37:15,
38:15, 38:17, 52:25,
71:10, 101:16, 146:19,
146:21, 190:10, 192:13,
192:14, 193:3, 215:4
  **Department** [1] - 70:25
  **departs** [1] - 111:15
  **dependable** [1] - 156:21
  **deposit** [1] - 66:1
  **deposition** [1] - 130:3
  **depositions** [3] - 156:5,
175:13, 175:14
  **DEPUTY** [2] - 5:6, 105:11
  **deputy** [1] - 28:20
  **describe** [3] - 213:9,
228:9, 228:15
  **described** [3] - 150:15,
193:19, 217:16
  **description** [1] - 201:21
  **design** [6] - 135:18,
138:13, 196:21, 197:10,
205:24, 216:8
  **designed** [7] - 139:10,
141:18, 144:6, 146:16,
150:1, 197:2, 205:21
  **designing** [4] - 136:9,
195:20, 196:22, 208:5
  **desk** [1] - 33:18
  **despite** [2] - 156:9,
158:12
  **destination** [1] - 146:13
  **detail** [14] - 90:23,
142:14, 142:16, 142:21,
148:22, 148:25, 149:19,
155:19, 251:4, 253:7,
253:22, 254:18, 254:20
  **detail-oriented** [1] -
155:19
  **detailed** [9] - 105:20,
134:1, 140:23, 141:12,
141:18, 142:17, 154:20,
163:19, 163:22
  **details** [12] - 134:2,
134:7, 149:5, 165:1,
185:4, 244:2, 247:4,
252:9, 252:21, 252:23,
254:19, 255:4
  **detective** [4] - 87:2, 87:5,
87:14, 87:19
  **determine** [2] - 94:12,
222:4
  **determining** [1] - 110:15
  **detriment** [1] - 180:8
  **develop** [1] - 139:24
  **developed** [2] - 156:13,
227:18
  **dew** [1] - 190:8
  **dials** [1] - 206:19
  **Diaz** [1] - 29:6

  **died** [1] - 7:2
  **difference** [8] - 37:1,
74:15, 93:9, 156:10,
156:11, 173:20, 210:2,
222:9
  **differences** [4] - 157:7,
157:9, 161:11, 190:22
  **different** [67] - 17:19,
21:3, 21:5, 21:12, 21:14,
25:3, 28:18, 42:20, 44:14,
49:4, 59:9, 65:21, 65:22,
74:18, 74:22, 77:20,
80:21, 111:16, 111:17,
123:8, 128:17, 129:18,
134:5, 144:2, 150:3,
156:11, 157:21, 161:1,
162:1, 162:3, 162:4,
170:1, 176:19, 190:24,
202:4, 202:12, 202:13,
206:23, 207:2, 212:22,
216:15, 218:23, 219:7,
219:9, 220:10, 221:11,
221:14, 221:18, 221:23,
221:24, 222:6, 223:19,
224:13, 224:14, 225:6,
245:6, 245:7, 245:19,
259:11, 259:12, 262:19,
265:14, 267:19
  **differential** [1] - 222:4
  **differentiate** [1] - 106:21
  **differently** [1] - 81:14
  **difficult** [24] - 8:24,
12:14, 16:24, 19:20,
20:16, 21:1, 26:14, 27:19,
28:5, 30:20, 38:2, 42:12,
44:25, 46:2, 51:17, 54:3,
60:11, 60:21, 61:2, 67:9,
68:11, 72:10, 197:14,
199:23
  **difficulty** [1] - 59:10
  **digressed** [1] - 197:24
  **dimension** [1] - 196:7
  **dimensional** [1] - 196:6
  **dining** [2] - 176:15,
185:6
  **dinner** [1] - 176:12
  **dire** [2] - 119:22, 160:13
  **DIRECT** [1] - 186:20
  **direct** [2] - 106:21,
175:21
  **direction** [1] - 170:7
  **directly** [2] - 8:13, 62:9
  **director** [3] - 23:9, 55:12,
67:19
  **disability** [2] - 98:15,
98:19
  **disabled** [1] - 54:12
  **disagree** [6] - 84:8,
105:24, 153:12, 157:10,
163:16, 165:14

  **disagreed** [1] - 165:11
  **disagreement** [2] -
265:16, 265:20
  **disagreements** [8] -
139:16, 139:17, 153:10,
157:9, 161:12, 162:10,
162:13
  **disappeared** [1] - 26:5
  **disbarred** [2] - 25:19,
26:1
  **disclosing** [1] - 238:10
  **discount** [21] - 36:11,
79:20, 79:25, 80:2, 80:4,
80:7, 80:9, 80:16, 80:25,
81:10, 81:12, 82:19,
82:22, 145:11, 169:12,
247:13, 247:22, 248:18,
249:2, 249:4
  **discounts** [3] - 84:15,
165:8, 249:25
  **discovered** [1] - 90:24
  **discrepancies** [1] -
157:9
  **discrete** [1] - 203:23
  **discuss** [5] - 107:4,
111:12, 112:1, 115:8,
176:21
  **discussed** [2] - 158:9,
193:23
  **discussing** [1] - 205:2
  **discussion** [4] - 77:7,
119:16, 119:24, 189:7
  **discussions** [6] -
108:22, 109:7, 230:15,
230:21, 249:23, 267:12
  **Dispute** [1] - 266:3
  **dispute** [17] - 4:18,
13:15, 13:24, 16:16,
16:25, 31:17, 32:21,
33:10, 37:22, 39:19,
107:12, 120:22, 236:20,
258:8, 258:10, 266:9,
266:12
  **disputed** [2] - 5:23,
13:12
  **disputes** [2] - 7:7, 44:17
  **disputing** [1] - 121:7
  **distinct** [2] - 118:10,
127:23
  **distract** [1] - 115:18
  **distribute** [1] - 140:19
  **distribution** [3] - 207:1,
207:4, 207:6
  **distributors** [1] - 18:14
  **District** [4] - 5:17, 5:18,
269:15, 269:16
  **district** [1] - 267:5
  **diverted** [2] - 160:10,
163:4, 168:8
  **division** [2] - 28:14, 71:9

  **DM** [3] - 254:1, 254:2,
254:3
  **doctor** [1] - 16:4
  **Document** [1] - 130:23
  **document** [19] - 83:25,
84:7, 123:16, 123:18,
124:6, 124:7, 127:2,
130:3, 148:23, 152:13,
155:7, 187:16, 187:17,
190:8, 194:16, 226:22,
232:22, 255:2, 259:20
  **documented** [4] - 83:22,
260:7, 260:8, 260:9
  **documents** [14] - 98:5,
119:23, 121:14, 122:6,
124:4, 126:22, 140:25,
151:1, 155:14, 164:23,
166:7, 167:15, 171:9
  **dollar** [2] - 180:6, 239:22
  **dollars** [20] - 31:18,
31:20, 32:21, 32:22,
124:16, 148:6, 148:11,
148:12, 160:9, 160:21,
160:22, 160:23, 161:14,
162:20, 163:15, 165:21,
165:24, 208:10
  **dollars'** [1] - 165:16
  **Domingo** [1] - 22:8
  **Domino's** [2] - 80:23,
145:12
  **done** [24] - 15:1, 27:23,
31:3, 31:8, 50:10, 52:9,
63:4, 87:2, 87:14, 92:25,
123:16, 134:9, 139:15,
143:18, 145:7, 152:22,
154:16, 154:23, 168:14,
176:18, 194:12, 213:13,
220:2
  **doodad** [1] - 157:3
  **door** [13] - 117:15,
117:16, 122:13, 123:1,
123:7, 123:9, 123:10,
124:23, 171:6, 178:21,
178:22, 181:13
  **Doral** [1] - 40:23
  **Dorcin** [4] - 23:4, 99:12,
104:11, 105:1
  **dotted** [2] - 145:15,
146:23
  **double** [12] - 20:18,
20:19, 20:20, 219:21,
221:5, 221:6, 222:3,
222:10, 222:13, 222:14,
222:17, 224:8, 241:17,
241:22, 241:25, 242:10,
242:22, 242:23, 242:24,
261:2, 261:16
  **double-side** [10] -
219:21, 221:5, 221:6,
222:17, 224:8, 241:17,

241:25, 242:10, 242:22,
261:16
**double-sided** [6] - 221:5,
222:10, 222:13, 222:14,
241:22, 261:2
**doughnuts** [2] - 268:6,
268:16
**Douglas** [17] - 12:21,
166:23, 167:5, 167:8,
189:19, 190:18, 191:15,
226:6, 226:10, 228:6,
228:10, 230:13, 231:16,
237:13, 247:12, 267:12
**down** [38] - 3:22, 8:16,
8:25, 22:18, 47:5, 51:3,
55:23, 90:1, 90:6, 94:24,
104:16, 106:14, 107:9,
112:18, 115:19, 115:22,
116:1, 116:5, 117:17,
134:12, 141:3, 141:13,
159:15, 164:11, 171:13,
186:5, 190:25, 192:21,
193:14, 194:16, 207:15,
208:13, 211:4, 212:6,
212:8, 230:19, 241:20,
244:7
**downs** [1] - 165:10
**downstairs** [1] - 105:4
**downtown** [9] - 8:5,
78:5, 199:1, 199:3,
199:12, 199:14, 199:15,
234:6, 268:10
**Dr** [1] - 97:9
**dresses** [1] - 179:7
**drill** [2] - 223:15, 223:21
**drilled** [1] - 141:15
**drilling** [7] - 223:13,
223:14, 243:2, 243:3,
246:9, 246:10, 246:12
**drinks** [2] - 176:12, 268:5
**dripping** [1] - 106:16
**drive** [5] - 112:17,
112:19, 203:5, 234:18,
234:19
**driver** [4] - 20:2, 20:24,
98:13, 98:18
**driving** [3] - 21:3, 78:4,
207:20
**drop** [1] - 21:13
**dropped** [1] - 88:9
**drops** [1] - 20:21
**drug** [1] - 113:24
**drugs** [1] - 23:18
**DS** [3] - 241:22, 241:23,
241:24
**DU** [1] - 188:22
**due** [6] - 39:16, 146:4,
183:2, 190:11, 192:1,
253:14
**duels** [1] - 7:8

**duly** [1] - 186:7, 186:18
**duper** [1] - 141:17
**during** [22] - 8:18, 10:6,
14:19, 72:2, 106:2, 106:3,
106:24, 111:21, 114:16,
115:12, 116:6, 116:14,
149:9, 151:10, 165:10,
172:1, 186:24, 202:25,
212:23, 213:12, 215:3,
238:6
**Dutta** [2] - 237:7, 237:8
**duty** [10] - 7:4, 38:6,
38:7, 55:14, 62:12, 63:8,
63:10, 105:18, 105:21,
108:3
**dwell** [1] - 142:12
**dynamic** [2] - 122:23,
124:22

## E

**early** [6] - 72:18, 111:24,
126:1, 267:23, 268:9,
268:15
**earn** [1] - 197:17
**ease** [1] - 258:24
**easier** [7] - 5:21, 76:16,
127:10, 138:24, 166:23,
167:12, 252:19
**easiest** [2] - 90:9, 90:18
**easy** [5] - 78:5, 113:1,
113:5, 151:8, 168:4
**Echeverry** [1] - 54:16
**eco** [1] - 202:11
**economy** [1] - 79:16
**educated** [1] - 194:23
**Education** [1] - 70:25
**education** [1] - 44:23
**effect** [4] - 180:2, 180:3,
262:11, 262:17
**effective** [1] - 237:21
**effectively** [1] - 166:24
**efficiencies** [1] - 242:25
**efficiently** [1] - 4:23
**effort** [4] - 112:20,
114:19, 162:14, 228:24
**efforts** [1] - 258:25
**Egana** [3] - 43:20, 43:21,
103:9
**EHS** [2] - 204:6, 204:8
**eight** [14] - 9:10, 20:6,
20:11, 23:21, 48:1, 54:25,
60:1, 125:4, 209:25,
231:23, 241:18, 242:4,
255:20, 262:12
**eight-layer** [2] - 241:18,
242:4
**eighth** [1] - 262:11
**either** [29] - 9:2, 9:18,
24:20, 44:18, 54:4, 67:8,

76:2, 97:3, 97:5, 97:22,
98:19, 98:23, 108:5,
119:4, 119:8, 119:14,
143:15, 148:23, 153:20,
167:20, 179:18, 181:10,
183:5, 198:6, 210:9,
215:14, 218:20, 262:12,
268:6
**EI** [1] - 113:23
**electric** [4] - 137:24,
156:19, 195:24, 206:23
**electric-powered** [1] -
137:24
**electrical** [3] - 196:11,
217:22, 218:4
**electrical-performance**
[1] - 196:11
**electrically** [2] - 223:20,
223:21
**electricity** [3] - 218:16,
219:24, 229:2
**electronic** [4] - 137:22,
142:2, 144:19, 209:2
**Electronics** [2] - 199:17,
200:3
**electronics** [5] - 195:6,
207:18, 207:21, 208:13,
208:17
**element** [1] - 246:22
**elements** [2] - 218:19,
221:18
**eleven** [1] - 69:13
**email** [16] - 118:16,
144:2, 155:9, 178:12,
187:19, 187:21, 189:14,
189:16, 189:19, 189:21,
190:3, 191:18, 231:15,
231:16, 252:4, 252:19
**emails** [1] - 118:15,
125:20, 142:3, 154:9,
154:10, 154:17, 154:18,
158:25, 164:14, 187:21,
194:6
**emigrated** [1] - 40:1
**Emiliano** [3] - 17:4,
97:18, 105:1
**emphasize** [1] - 157:17
**employed** [2] - 215:17,
269:9
**employee** [10] - 11:16,
101:1, 119:7, 136:18,
179:15, 179:16, 198:21,
231:18, 231:19, 232:2
**employees** [23] - 30:15,
93:24, 136:22, 136:24,
144:22, 159:12, 175:14,
179:6, 179:11, 179:12,
180:22, 182:23, 184:17,
184:18, 198:15, 213:24,
214:18, 215:18, 215:20,

215:24, 231:23
**employees'** [1] - 159:3
**employment** [1] - 197:23
**EMS** [6] - 205:15, 205:16,
208:14, 208:17, 209:13,
212:17
**enclosure** [2] - 198:4,
198:6
**encourage** [2] - 73:19,
268:9
**end** [30] - 47:13, 87:2,
87:6, 87:21, 93:19, 99:25,
105:20, 110:14, 116:23,
118:24, 119:3, 119:4,
119:15, 120:9, 122:3,
126:3, 148:21, 161:13,
162:16, 167:16, 169:22,
172:4, 175:11, 185:5,
204:1, 228:25, 243:4,
248:20
**ended** [3] - 67:7, 92:22,
161:13
**energy** [1] - 66:25
**enforce** [2] - 3:25, 4:2
**enforcement** [1] - 267:7
**enforces** [1] - 10:4
**engage** [1] - 216:16
**engaged** [2] - 73:24,
74:18
**engages** [1] - 139:12
**engineer** [3] - 61:14,
61:16, 61:17
**engineering** [7] - 135:13,
136:10, 136:13, 195:7,
231:22, 243:8, 243:9
**engineers** [2] - 138:12,
176:22, 216:8
**England** [1] - 46:16
**English** [6] - 21:22,
22:19, 22:21, 32:11,
173:14
**enjoyment** [1] - 197:6
**ensure** [3] - 71:6, 238:8,
258:25
**entail** [1] - 195:22
**enter** [3] - 5:9, 138:21,
144:1
**entered** [2] - 14:1, 247:7
**entering** [3] - 49:11,
119:8, 119:13
**enterprise** [2] - 69:8,
144:5
**enters** [4] - 71:25,
104:20, 133:4, 185:24
**entertainment** [1] - 22:16
**entice** [1] - 238:14
**entire** [4] - 72:8, 116:4,
202:11, 203:12
**entirely** [2] - 159:15,
184:7

**entitled** [12] - 74:12,
79:9, 80:2, 80:3, 80:6,
84:15, 152:9, 168:5,
249:3, 249:5, 266:3,
269:12
**entity** [1] - 143:14
**entrepreneur** [1] -
136:12
**entrepreneurial** [1] -
136:25
**Entry** [1] - 130:23
**entry** [2] - 41:7, 119:7
**enure** [1] - 180:8
**environmental** [1] -
204:8
**epoxy** [8] - 218:2, 218:8,
219:17, 221:23, 224:10,
224:11, 245:19
**equipment** [2] - 139:10,
208:4, 229:21
**equivalent** [1] - 242:22
**er** [1] - 181:25
**Eric** [2] - 3:18, 11:13
**ERP** [5] - 69:7, 119:8,
119:14, 144:3, 145:17
**escaped** [1] - 113:24
**especially** [5] - 23:17,
31:12, 79:16, 98:5, 112:6
**essential** [1] - 147:11
**essentially** [5] - 36:12,
71:6, 71:7, 78:15, 206:2
**established** [2] - 201:17,
263:24
**estate** [2] - 42:15, 42:22
**estimate** [1] - 4:13
**estimated** [1] - 31:12
**estimates** [1] - 4:7
**et** [3] - 43:17, 244:25,
254:22
**etch** [1] - 223:25
**etched** [1] - 218:3
**etching** [1] - 196:6
**ethical** [1] - 40:14
**ethics** [1] - 33:4
**euphemisms** [1] -
179:18
**Eva** [2] - 21:20, 21:21
**evaluate** [3] - 13:17,
134:5, 177:3
**evaluated** [1] - 172:8
**Eve** [6] - 7:12, 7:16, 8:11,
21:22, 21:23
**Eveline** [1] - 63:13
**even-numbered** [1] -
95:14
**evenings** [1] - 203:1
**evens** [1] - 95:23
**event** [3] - 49:11, 49:18,
141:21
**events** [6] - 14:12, 34:18,

48:24, 48:25, 49:4, 49:19
**eventually** [3] - 49:18, 136:4, 197:8
**Everglades** [1] - 61:25
**everywhere** [2] - 137:10, 137:21
**Evidence** [3] - 108:2, 113:7, 113:10
**evidence** [139] - 4:3, 73:12, 105:21, 106:5, 106:7, 106:12, 106:19, 106:20, 106:22, 106:23, 106:25, 107:1, 107:2, 107:5, 107:7, 107:19, 107:23, 108:7, 108:9, 108:12, 108:13, 108:14, 108:21, 109:10, 109:13, 109:17, 109:21, 109:25, 110:10, 110:13, 110:18, 110:19, 110:21, 111:1, 111:5, 111:7, 111:25, 113:8, 116:12, 116:14, 116:19, 116:24, 118:6, 118:12, 120:2, 120:24, 121:2, 122:1, 122:22, 124:15, 127:20, 127:23, 129:14, 129:21, 129:22, 131:6, 131:15, 132:10, 133:13, 133:17, 134:4, 134:9, 134:10, 137:2, 140:25, 142:15, 150:2, 150:13, 150:21, 151:2, 151:5, 158:15, 160:1, 160:7, 160:13, 160:24, 161:22, 164:10, 165:12, 167:14, 168:2, 168:12, 168:15, 169:23, 170:4, 170:7, 171:20, 171:21, 172:7, 172:11, 172:15, 172:17, 174:2, 174:5, 174:8, 174:15, 174:24, 175:3, 175:20, 175:21, 176:1, 176:5, 176:21, 176:22, 176:23, 177:9, 177:21, 178:7, 179:22, 180:1, 180:11, 181:4, 181:7, 181:24, 182:16, 183:17, 183:21, 183:22, 184:1, 184:11, 185:2, 185:11, 185:12, 189:9, 189:10, 189:13, 190:7, 232:16, 232:17, 251:9, 251:15, 252:2, 252:3, 252:6, 255:7
**evolved** [1] - 144:3
**Ewa** [2] - 21:18, 99:5
**exact** [1] - 168:13
**exactly** [5] - 53:17, 66:3, 77:5, 163:12, 163:13
**exam** [1] - 27:22

**examination** [2] - 126:13, 172:23
**EXAMINATION** [1] - 186:20
**examine** [1] - 176:1
**examined** [2] - 116:22, 116:23, 186:19
**example** [17] - 32:24, 77:4, 82:1, 82:19, 106:13, 107:8, 121:14, 149:10, 151:22, 156:18, 180:5, 183:4, 214:18, 220:3, 229:9, 254:11, 261:18
**examples** [2] - 194:4, 194:5
**exams** [1] - 15:7
**exceed** [2] - 263:14, 263:15
**excellent** [1] - 81:22
**except** [1] - 268:20
**exception** [1] - 256:3
**exchange** [5] - 155:7, 160:25, 190:11, 231:12, 239:22
**exciting** [1] - 224:16
**exclude** [1] - 4:3
**excuse** [9] - 37:3, 94:21, 98:17, 99:11, 101:20, 105:3, 117:2, 117:12, 205:14
**excusing** [6] - 98:3, 98:8, 98:14, 98:15, 98:23, 99:6, 101:15, 103:10
**executed** [1] - 229:17
**Executive** [1] - 10:14
**executive** [3] - 62:25, 135:4, 155:2
**executives** [2] - 166:16, 166:17
**exemplar** [1] - 217:15
**exemplars** [1] - 138:15
**exercise** [4] - 100:16, 101:12, 102:11, 103:22
**exhibit** [6] - 106:9, 122:4, 188:11, 188:13, 188:17, 251:16
**Exhibit** [11] - 187:25, 189:10, 189:13, 232:13, 232:17, 251:7, 251:17, 252:3, 252:5, 253:2, 255:6
**exhibits** [3] - 111:4, 128:13, 188:19
**existence** [5] - 118:13, 118:17, 119:15, 119:25, 120:25
**exits** [4] - 71:24, 95:7, 117:21, 185:21
**expect** [3] - 183:13, 209:23, 215:11
**expectations** [1] -

207:24
**expedited** [1] - 214:14
**expense** [1] - 33:3
**expensive** [5] - 146:15, 157:22, 183:4, 222:2, 229:22
**experience** [19] - 16:24, 25:5, 30:19, 30:23, 41:5, 42:11, 49:13, 53:25, 60:11, 78:25, 81:8, 86:22, 86:24, 87:4, 92:17, 92:20, 100:2
**experiences** [3] - 82:3, 181:10, 181:11, 181:12
**expert** [3] - 164:17, 166:2, 166:11
**expiration** [1] - 224:4, 224:6
**explain** [15] - 32:20, 75:19, 105:17, 113:19, 116:13, 134:20, 145:9, 158:13, 192:13, 192:16, 193:6, 205:18, 219:14, 241:13, 260:16
**explained** [2] - 13:23, 150:5
**explaining** [1] - 256:16
**explains** [1] - 180:16
**explanation** [1] - 236:18
**explore** [1] - 96:19
**Explorer** [1] - 255:21
**export** [8] - 18:6, 42:16, 42:17, 42:23, 43:4, 43:9, 43:17, 78:24
**exported** [3] - 18:23, 190:13
**exporter** [1] - 42:15
**exporting** [1] - 81:6
**exposed** [1] - 218:16
**exposes** [1] - 130:2
**express** [1] - 22:20
**expressed** [1] - 98:16
**extensive** [1] - 267:11
**extent** [2] - 132:22, 201:14
**extra** [10] - 35:20, 35:25, 36:3, 71:21, 76:22, 99:25, 102:17, 102:19, 166:5, 263:19
**extremely** [3] - 109:23, 113:6, 196:3
**eye** [3] - 20:21, 21:12, 21:13
**eyes** [2] - 89:12, 177:6

**F**

**fab** [4] - 138:10, 214:1, 229:14
**fabrication** [2] - 138:9,

214:3
**face** [6] - 154:24, 154:25, 155:1, 155:5
**face-to-face** [2] - 155:1, 155:5
**Facebook** [1] - 115:9
**faced** [1] - 159:19
**facility** [1] - 138:9
**fact** [15] - 106:12, 110:25, 111:6, 111:7, 121:1, 121:6, 121:23, 131:2, 135:22, 154:9, 157:16, 192:17, 193:7, 212:16, 260:9
**factor** [1] - 74:20
**factories** [9] - 202:2, 203:13, 205:14, 212:22, 225:22, 234:16, 234:25, 247:20
**factors** [1] - 110:13
**factory** [54] - 25:13, 45:3, 45:4, 49:21, 49:24, 50:1, 50:2, 55:18, 55:23, 65:6, 65:11, 138:8, 138:20, 138:22, 141:25, 142:9, 142:23, 143:4, 154:6, 154:7, 156:21, 157:20, 158:6, 158:7, 159:14, 196:24, 203:5, 203:14, 203:15, 204:15, 205:3, 205:6, 205:9, 205:25, 214:3, 222:19, 222:21, 223:10, 225:21, 228:25, 229:10, 230:8, 230:20, 231:19, 234:13, 235:7, 238:3, 238:11, 238:13, 238:15, 238:23, 259:9, 263:7
**factory's** [2] - 159:10, 214:7
**facts** [19] - 7:15, 31:20, 31:23, 32:23, 46:6, 85:10, 85:11, 85:14, 85:17, 94:7, 105:22, 106:10, 109:2, 170:22, 171:1, 172:6, 172:10, 184:5, 184:10
**failed** [1] - 16:3
**fails** [1] - 110:23
**failure** [2] - 130:11, 130:17
**fair** [33] - 12:6, 12:15, 13:18, 16:25, 19:21, 20:16, 26:14, 27:2, 27:19, 28:5, 30:20, 33:13, 38:2, 42:13, 44:25, 46:3, 51:17, 54:3, 59:10, 60:12, 60:21, 61:2, 67:10, 68:11, 73:12, 78:14, 85:5, 88:22, 133:12, 169:1, 181:9, 209:12, 244:2

**fairly** [5] - 75:13, 84:20, 168:20, 168:22, 258:11
**faith** [4] - 75:14, 168:20, 168:23, 169:1
**falls** [1] - 214:10
**Fame** [1] - 195:17
**familiar** [1] - 151:11
**families** [1] - 133:15
**family** [6] - 25:17, 25:20, 30:5, 42:25, 50:21, 96:22
**fan** [2] - 26:18, 86:17
**fancy** [2] - 137:19, 156:19
**far** [8] - 24:12, 47:13, 79:6, 161:7, 180:9, 195:12, 205:22, 247:4
**fast** [1] - 241:19
**father** [1] - 166:25
**fatherly** [1] - 227:23
**fault** [1] - 180:18
**favor** [6] - 26:20, 66:8, 110:24, 150:19, 182:25, 183:1
**favorably** [1] - 59:16
**favoring** [2] - 110:21
**favorite** [5] - 55:1, 55:7, 86:19, 180:12
**favors** [2] - 160:1, 182:9
**Feb** [3] - 253:13, 257:24, 258:2
**February** [7] - 253:12, 253:14, 253:15, 254:19, 257:11, 257:14, 257:25
**federal** [5] - 34:24, 58:23, 58:24, 99:24, 267:5
**fee** [4] - 45:19, 79:15, 82:5, 82:11
**feelings** [3] - 39:25, 46:2, 83:17
**fees** [3] - 84:16, 165:8, 214:15
**fell** [1] - 135:21
**festival** [1] - 49:6
**festivals** [1] - 49:3
**few** [4] - 153:9, 238:6, 248:24, 253:17
**fewer** [1] - 88:16
**fib** [1] - 91:1
**fiber** [3] - 217:24, 217:25, 218:8
**fiberglass** [7] - 218:1, 219:17, 220:9, 221:22, 221:23, 245:19
**field** [3] - 24:21, 25:6, 195:8
**fights** [1] - 7:7
**Fignole** [7] - 47:14, 47:15, 47:16, 103:25, 104:7, 104:14, 104:24
**figure** [3] - 32:2, 132:12,

227:23
**figured** [1] - 103:17
**file** [5] - 42:1, 51:11, 122:3, 128:8, 266:16
**filed** [8] - 58:16, 58:18, 58:22, 117:23, 118:4, 122:4, 126:20, 266:17
**filing** [4] - 58:17, 190:20, 194:10, 194:11
**fill** [2] - 104:16, 104:17
**filled** [2] - 14:20, 15:4
**filter** [1] - 137:20
**final** [5] - 42:5, 116:24, 168:14, 249:15, 264:6
**finally** [11] - 69:1, 103:16, 114:12, 145:7, 158:22, 163:17, 166:3, 168:10, 169:24, 192:21, 236:19
**finance** [2] - 53:25, 231:25
**financial** [4] - 69:9, 159:19, 191:20, 192:3
**financially** [1] - 269:11
**finders** [1] - 74:9
**fine** [4] - 121:1, 165:13, 200:22, 224:24
**finish** [21] - 71:13, 71:15, 71:16, 71:18, 125:9, 126:14, 135:9, 141:15, 157:25, 158:1, 220:11, 220:12, 220:14, 222:1, 222:2, 222:3, 222:6, 236:17, 243:4, 244:17
**finished** [2] - 126:9, 145:20
**finishes** [4] - 114:12, 142:9, 220:15, 244:15
**finite** [1] - 261:12
**fire** [7] - 85:22, 86:1, 86:3, 86:4, 86:9, 86:10, 86:12
**fired** [3] - 179:16, 179:19
**firm** [2] - 64:15, 182:24
**first** [77] - 6:6, 21:19, 45:6, 47:5, 67:16, 73:2, 73:22, 76:7, 85:6, 95:13, 95:14, 95:21, 96:5, 96:10, 96:11, 96:25, 98:14, 100:18, 101:12, 107:1, 118:5, 125:11, 126:6, 126:8, 126:20, 128:5, 128:6, 128:7, 128:11, 129:3, 133:7, 133:13, 134:23, 140:11, 152:15, 162:5, 164:12, 168:23, 172:17, 185:17, 185:19, 186:2, 186:12, 186:18, 187:16, 187:17, 190:16, 191:15, 198:19, 199:2,

202:20, 204:19, 204:24, 205:1, 205:4, 206:15, 208:1, 209:20, 212:8, 212:12, 223:6, 223:7, 224:20, 225:10, 227:8, 233:6, 238:8, 238:14, 241:7, 241:20, 242:7, 243:21, 244:14, 250:11, 252:18, 253:2, 265:22
**fit** [2] - 205:3, 206:13
**fits** [1] - 116:20
**FIU** [2] - 24:9, 49:8
**five** [12] - 46:14, 68:23, 71:18, 112:23, 178:11, 203:5, 213:1, 213:4, 222:18, 222:19, 222:23, 227:9
**fixtures** [1] - 243:14
**flag** [3] - 144:13, 147:7, 267:20
**Flagler** [4] - 107:10, 107:14, 107:20, 107:22
**flavors** [1] - 220:10
**flights** [1] - 213:18
**flip** [2] - 194:12, 240:17
**floating** [1] - 230:24
**floor** [5] - 8:5, 94:24, 105:4, 142:23, 268:3
**Florida** [27] - 5:18, 27:14, 128:4, 128:15, 132:7, 134:25, 135:1, 135:16, 135:23, 139:6, 139:23, 145:16, 146:17, 155:4, 156:14, 170:21, 200:12, 200:13, 200:14, 200:23, 227:7, 237:9, 266:21, 267:4, 267:6, 269:16, 269:17
**flow** [12] - 158:18, 158:24, 159:2, 159:22, 160:5, 182:16, 182:18, 182:21, 182:24, 187:9, 198:25
**flowed** [1] - 169:25
**flower** [4] - 44:1, 44:2, 44:9, 45:3
**flowers** [5] - 44:11, 44:15, 45:11, 45:12, 45:17
**flowing** [3] - 144:19, 145:17, 159:14
**fly** [9] - 146:12, 154:25, 202:14, 210:1, 210:4, 210:11, 210:19, 210:21, 234:19
**flying** [1] - 211:2
**focus** [4] - 20:21, 204:15, 215:13, 243:16
**focused** [1] - 21:2, 130:4
**focusing** [2] - 204:5, 207:7

**folder** [3] - 123:1, 123:2, 123:7
**folks** [5] - 5:10, 70:4, 77:2, 104:21, 227:2
**follow** [10] - 14:25, 30:13, 83:1, 105:24, 109:12, 109:24, 112:8, 123:4, 126:21, 266:11
**follow-up** [4] - 14:25, 126:21
**following** [7] - 8:9, 71:6, 115:16, 141:10, 168:17, 190:20, 248:17
**follows** [1] - 186:19
**Fonseca** [6] - 40:16, 72:1, 102:15, 103:1, 104:14, 104:24
**font** [1] - 155:13
**food** [1] - 202:25
**Food** [2] - 49:3, 49:7
**fooled** [1] - 171:2
**foot** [1] - 200:5
**forced** [2] - 57:16, 57:21
**forcefully** [1] - 107:18
**ford** [1] - 206:3
**Ford** [13] - 202:17, 205:12, 205:13, 205:15, 205:20, 206:2, 206:8, 208:4, 209:4, 209:5, 209:14, 210:22, 255:21
**foregoing** [1] - 269:3
**foreign** [4] - 148:10, 148:11, 160:25, 190:11
**forensic** [4] - 13:9, 27:23, 164:19, 166:12
**forever** [3] - 158:17, 178:24, 224:3
**forget** [3] - 73:23, 90:23, 174:19
**Forget** [1] - 35:8
**forgive** [1] - 142:20
**forgot** [3] - 15:11, 179:8, 195:15
**form** [5] - 6:24, 15:10, 111:24, 140:25, 169:12
**formal** [2] - 153:22, 190:10
**formal-looking** [1] - 153:22
**formalized** [1] - 152:23, 232:6
**formed** [1] - 240:11
**forming** [1] - 27:15
**forms** [2] - 27:14, 106:7
**Fort** [7] - 135:1, 135:2, 136:23, 141:5, 146:18, 216:6, 252:13
**forth** [10] - 76:21, 147:15, 154:9, 154:18, 155:9, 156:14, 168:3, 187:22,

203:1, 247:22, 259:2, 259:3
**forthcoming** [2] - 73:19, 89:23
**fortunately** [1] - 112:5
**forward** [4] - 95:11, 116:9, 137:23, 262:22
**fought** [1] - 7:2
**founded** [1] - 136:17
**founders** [2] - 6:13, 6:24
**four** [19] - 19:12, 25:10, 70:11, 72:8, 102:22, 162:1, 162:3, 221:6, 222:10, 222:12, 222:17, 241:18, 242:2, 242:21, 256:6
**four-layer** [1] - 221:6, 222:10, 222:12, 241:18, 242:2, 242:21
**four-months'** [1] - 256:6
**fourth** [2] - 163:17, 164:8
**Foxconn** [1] - 204:10
**FPR** [1] - 269:14
**FPR-C** [1] - 269:14
**frame** [4] - 31:12, 35:20, 134:7, 208:12
**framed** [1] - 130:24
**frameworks** [1] - 201:17
**fraud** [1] - 93:4
**freak** [10] - 91:18, 92:13, 93:13, 93:25, 94:2, 175:23, 201:12, 201:14, 201:15, 201:18
**freaks** [1] - 92:5
**free** [5] - 79:22, 105:7, 198:9, 244:19, 244:22
**freely** [1] - 159:1
**freight** [1] - 214:14
**frequency** [1] - 199:17
**frequent** [3] - 76:15, 160:4, 160:8
**frequently** [1] - 154:25
**Friday** [6] - 4:16, 54:9, 72:7, 122:8, 125:17, 125:24
**fridge** [1] - 230:1
**friend** [2] - 46:5, 96:22
**friends** [2] - 97:7, 159:20
**front** [11] - 7:11, 7:20, 8:13, 117:15, 133:24, 135:18, 136:8, 159:23, 200:6, 232:23, 248:9
**frosting** [2] - 220:5, 220:6, 220:10
**Ft** [1] - 201:9
**fulfill** [1] - 228:21
**full** [2] - 205:10, 224:7
**full-blown** [1] - 205:10
**full-layer** [1] - 224:7
**function** [1] - 70:6,

217:21, 217:23
**functionality** [2] - 196:2, 196:18
**functions** [5] - 213:23, 215:1, 215:22, 215:23, 217:21
**funding** [1] - 71:6
**fundraise** [1] - 62:24
**funny** [1] - 177:24
**furniture** [1] - 60:5
**future** [2] - 82:24, 83:2

**G**

**Gail** [3] - 15:20, 96:15, 105:1
**gained** [1] - 71:21
**game** [1] - 174:9
**games** [1] - 227:25
**gap** [8] - 160:18, 161:3, 161:5, 161:10, 165:18, 192:8, 193:2, 194:11
**garage** [1] - 72:2
**garages** [1] - 72:2
**Garcia** [3] - 33:16, 71:2, 101:15, 101:20
**gas** [1] - 206:22
**gather** [1] - 117:18
**gathered** [1] - 128:12
**gearing** [1] - 207:20
**Gema** [3] - 67:13, 67:17, 67:18
**general** [9] - 40:18, 42:21, 64:19, 64:20, 64:22, 83:8, 83:15, 166:24, 240:3
**General** [1] - 211:4
**generally** [4] - 26:20, 26:21, 125:10, 265:19
**generate** [1] - 147:6
**generated** [1] - 253:11
**gentleman** [6] - 93:19, 140:3, 189:20, 226:8, 237:7, 248:16
**gentlemen** [3] - 11:4, 85:4, 133:9
**geoscience** [3] - 24:23, 24:25, 25:3
**Germany** [1] - 22:4
**gesture** [1] - 36:14
**giant** [1] - 202:5
**gig** [1] - 62:1
**girlfriend** [1] - 181:18
**given** [8] - 15:5, 26:4, 101:1, 163:4, 172:25, 230:10, 251:3, 267:18
**glad** [1] - 125:21, 170:18, 170:19
**glass** [3] - 217:24, 217:25, 218:8

**global** [1] - 177:14
**GM** [13] - 202:17, 205:12, 205:13, 205:15, 206:2, 206:8, 208:4, 209:4, 209:14, 210:22, 211:12, 212:8
**GM's** [1] - 212:8
**goals** [1] - 197:15
**God** [2] - 15:10, 53:21
**gold** [9] - 183:11, 183:14, 218:20, 219:8, 220:13, 239:21, 240:19, 245:4
**golf** [1] - 176:12
**goods** [1] - 264:3
**goodwill** [1] - 45:16
**Google** [1] - 115:7
**Googling** [1] - 113:3
**gosh** [1] - 170:15
**gotta** [1] - 149:16
**governed** [1] - 134:18
**Governing** [1] - 266:23
**government** [6] - 148:15, 160:21, 160:25, 161:6, 192:9, 249:13
**grab** [1] - 3:23, 4:25
**grade** [3] - 97:1, 97:6, 97:11
**grades** [1] - 221:23
**graduated** [3] - 22:3, 24:23, 228:7
**grander** [1] - 136:12
**grandmother** [1] - 25:13
**grandparents** [1] - 49:21
**grant** [2] - 124:12, 132:5
**granted** [1] - 124:13
**grants** [1] - 71:11
**graphs** [1] - 113:1
**grass** [1] - 106:17
**great** [13] - 62:1, 96:4, 146:9, 175:9, 178:2, 183:7, 183:8, 201:25, 203:6, 203:7, 228:13, 253:4
**greedy** [2] - 175:22, 182:1
**green** [7] - 107:13, 144:18, 146:23, 162:4, 163:1, 168:8, 243:3
**Green** [3] - 7:21, 7:22, 8:10
**Gregory** [3] - 47:12, 103:24, 104:24
**Griffin** [4] - 135:2, 199:19, 201:1, 201:2
**gritty** [1] - 134:2
**ground** [3] - 85:7, 128:9, 176:16
**group** [4] - 85:13, 88:22, 93:11, 144:20
**groups** [2] - 9:6, 93:12

**Grove** [1] - 54:19
**Guangdong** [2] - 139:5, 139:6
**guess** [13] - 6:19, 35:14, 36:25, 48:11, 48:14, 55:4, 114:12, 115:9, 123:14, 193:3, 201:18, 211:3, 227:2
**guessed** [2] - 175:22, 175:23
**guidelines** [3] - 110:15, 215:10, 238:19
**gun** [1] - 220:19
**guy** [9] - 55:7, 87:13, 87:22, 166:22, 173:22, 176:5, 176:6, 181:25, 233:22
**guys** [8] - 75:21, 76:8, 88:4, 134:6, 174:25, 176:19, 180:13, 249:1

## H

**half** [5] - 70:5, 96:6, 171:15, 234:17, 234:20
**Hall** [1] - 195:17
**hallway** [2] - 94:23, 117:17
**Hanchao** [2] - 12:21, 166:22
**hand** [17] - 5:12, 11:23, 13:2, 14:15, 17:3, 21:16, 73:17, 74:20, 75:5, 80:3, 80:6, 80:9, 83:6, 93:18, 126:25, 186:6, 254:6
**handicap** [1] - 98:12
**handle** [3] - 76:13, 215:24, 265:17
**hands** [17] - 25:5, 74:3, 74:11, 74:19, 85:18, 85:23, 86:24, 88:11, 88:13, 88:16, 88:19, 88:21, 94:9, 94:13, 94:15, 177:5, 207:15
**hands-on** [1] - 25:5
**hang** [1] - 80:25
**Hanzman's** [1] - 16:19
**happy** [2] - 53:20, 140:19
**hard** [7] - 33:3, 96:13, 96:14, 112:16, 130:5, 137:1, 253:4
**hard-working** [1] - 33:3
**harder** [1] - 9:25
**hardship** [1] - 7:5
**HASL** [2] - 245:1, 245:2
**head** [6] - 8:23, 32:25, 33:2, 46:10, 99:3, 166:21, 177:14, 182:12, 232:15
**heading** [1] - 241:11
**Headlights** [1] - 137:24

**headquarters** [2] - 136:23, 146:18
**headrest** [3] - 156:19, 157:3, 176:14
**headrests** [1] - 156:20
**heads** [1] - 149:22
**health** [6] - 54:10, 61:8, 167:1, 191:7, 191:10, 204:8
**healthcare** [1] - 68:8
**healthy** [1] - 21:11
**hear** [81] - 21:8, 73:2, 77:23, 85:2, 85:21, 85:22, 90:10, 106:24, 108:6, 108:8, 109:19, 110:6, 118:5, 121:9, 122:18, 133:7, 134:4, 134:10, 134:13, 134:19, 135:8, 135:12, 136:11, 137:2, 138:1, 140:9, 141:1, 142:1, 144:10, 146:10, 147:16, 148:7, 150:9, 152:21, 153:10, 157:8, 157:25, 158:8, 160:24, 161:21, 164:15, 165:2, 165:12, 166:2, 166:8, 166:9, 166:10, 171:21, 171:23, 172:20, 173:4, 173:5, 173:6, 173:22, 173:23, 175:4, 175:5, 175:15, 175:17, 175:19, 175:20, 175:24, 175:25, 176:1, 176:5, 177:12, 177:13, 177:18, 179:23, 179:24, 180:15, 180:19, 181:7, 185:5, 185:11, 187:11, 211:19, 217:2
**heard** [21] - 9:8, 14:13, 20:15, 90:8, 92:25, 106:8, 126:20, 134:24, 147:3, 151:10, 153:13, 171:25, 181:2, 182:14, 184:19, 187:7, 187:8, 204:9, 214:18, 215:3, 243:23
**hearing** [8] - 11:8, 116:17, 125:18, 125:23, 134:9, 171:20, 242:7, 269:10
**hearings** [2] - 125:12, 125:17, 267:25
**hears** [2] - 149:13, 187:5
**heart** [2] - 136:13, 155:21
**heck** [1] - 182:23
**Hella** [4] - 205:20, 205:23, 206:1, 206:9
**hello** [1] - 24:5
**help** [12] - 33:18, 54:11, 62:24, 73:10, 115:13, 115:24, 116:2, 160:5, 183:3, 185:10, 207:3,

229:3
**helped** [3] - 57:15, 161:6, 216:3
**helpful** [3] - 85:20, 162:2, 229:8
**helpfully** [1] - 233:5
**helps** [2] - 126:4, 156:8, 207:6
**herein** [1] - 186:18
**hereto** [1] - 259:3
**Hernandez** [2] - 46:8, 103:15
**hi** [1] - 11:9
**Hi** [1] - 88:25
**Hialeah** [2] - 55:18, 65:16
**hiding** [4] - 89:24, 92:14, 109:1, 109:4
**high** [8] - 32:10, 72:9, 124:23, 139:11, 173:15, 199:17, 202:6, 203:16
**High** [1] - 125:19
**high-class** [1] - 72:9
**high-frequency** [1] - 199:17
**high-quality** [2] - 202:6, 203:16
**high-tech** [1] - 139:11
**higher** [1] - 221:7
**highlighting** [1] - 252:19
**himself** [6] - 98:20, 136:18, 174:14, 174:17, 174:22, 184:18
**hire** [3] - 66:9, 66:19, 231:18
**hired** [5] - 41:25, 49:3, 51:9, 58:19, 164:19
**history** [1] - 197:19
**hit** [1] - 15:11
**HK** [4] - 4:3, 118:6, 122:22, 127:21
**hmm** [1] - 51:8
**hold** [6] - 20:19, 94:13, 94:16, 121:23, 241:19, 263:16
**holding** [2] - 106:16, 256:13
**hole** [2] - 223:24, 246:12
**holes** [6] - 141:15, 192:5, 223:15, 246:13, 246:14, 246:16
**Hollywood** [1] - 135:2
**Hollywood-Fort** [1] - 135:2
**home** [11] - 6:11, 17:9, 48:10, 48:15, 48:22, 56:4, 61:8, 61:13, 117:6, 268:21
**Homestead** [3] - 47:24, 112:14, 112:18
**hominem** [1] - 123:14
**honest** [2] - 76:8,

174:21, 256:13
**honestly** [1] - 73:1
**Honeywell** [1] - 202:17
**Hong** [53] - 18:6, 118:13, 118:15, 118:18, 119:4, 119:6, 119:12, 119:13, 119:19, 119:25, 120:3, 120:7, 120:9, 120:12, 120:16, 120:17, 120:25, 121:3, 121:7, 121:13, 121:17, 121:19, 122:6, 122:7, 122:15, 123:20, 123:21, 124:13, 124:15, 127:23, 142:10, 143:4, 143:10, 143:12, 143:16, 143:19, 145:3, 145:22, 146:6, 216:25, 217:5, 217:7, 234:19, 234:20, 238:24, 238:25, 260:25, 261:15, 264:4, 264:6
**Honor** [73] - 3:5, 3:10, 3:12, 3:18, 4:20, 4:25, 5:6, 10:11, 15:21, 16:7, 17:1, 28:11, 29:14, 29:16, 29:25, 32:8, 33:17, 37:8, 37:25, 39:5, 39:23, 40:17, 57:2, 57:4, 62:18, 64:13, 67:11, 67:14, 73:4, 78:6, 96:17, 96:20, 99:10, 99:19, 99:20, 100:16, 100:22, 100:25, 101:6, 101:25, 102:8, 103:7, 103:12, 104:2, 104:4, 105:11, 118:9, 123:16, 123:19, 125:1, 125:6, 125:9, 126:19, 126:25, 127:2, 127:16, 127:24, 128:2, 128:8, 128:21, 129:17, 129:24, 131:9, 132:4, 132:20, 133:8, 187:24, 188:21, 189:4, 211:21, 225:3, 232:19, 267:17
**Honor's** [2] - 123:4, 133:1
**hope** [5] - 7:5, 20:24, 24:20, 45:16, 71:15
**hopefully** [5] - 4:23, 40:16, 62:5, 109:15, 133:23
**hopes** [1] - 185:11
**horrible** [2] - 268:12, 268:14
**hospital** [3] - 38:15, 47:20, 59:1
**hospitality** [1] - 49:13
**hot** [2] - 244:20, 244:22
**hotel** [5] - 55:24, 202:23, 202:24, 225:14, 234:20
**Hotel** [2] - 72:13, 199:6

**hotels** [2] - 72:10, 203:7
**houndstooth** [1] - 154:13
**hour** [4] - 70:5, 125:23, 171:15, 267:18
**hours** [5] - 72:8, 87:1, 171:15, 234:20
**hours'** [1] - 234:17
**house** [3] - 36:12, 174:9, 213:23
**housed** [1] - 198:6
**houses** [1] - 26:25
**Housewives** [1] - 179:6
**HR** [5] - 177:16, 216:14, 216:15, 216:16
**Huang** [49] - 3:23, 11:7, 12:21, 12:23, 12:24, 12:25, 140:4, 140:5, 140:7, 140:10, 152:18, 153:6, 154:12, 154:19, 155:3, 156:4, 159:1, 160:11, 166:19, 166:20, 166:22, 167:4, 167:5, 167:6, 167:7, 190:5, 190:6, 191:2, 191:4, 191:5, 191:6, 191:14, 191:20, 226:5, 226:7, 227:18, 228:2, 228:12, 229:5, 230:13, 233:13, 233:14, 233:19, 235:10, 235:12
**huang** [1] - 166:20
**Huang's** [2] - 153:7, 191:7
**hub** [1] - 143:18
**huge** [1] - 202:17
**human** [3] - 181:11, 181:19, 216:13
**hundred** [1] - 213:18
**hundreds** [1] - 165:16
**hunters** [1] - 215:7
**hurricane** [1] - 24:14
**husband** [13] - 16:5, 16:15, 22:14, 30:11, 60:14, 60:24, 61:12, 61:14, 63:22, 64:20, 66:19, 66:25, 97:3
**husband's** [1] - 60:19
**hybrid** [1] - 197:9
**hypothetically** [1] - 82:18

**I**

**ID** [2] - 231:15, 231:16
**idea** [2] - 79:15, 230:12
**ideas** [1] - 230:25
**identification** [6] - 187:25, 188:4, 232:13, 251:7, 251:10, 251:23

**identified** [1] - 77:25
**identify** [1] - 251:12
**ignore** [1] - 8:7
**ignored** [1] - 82:23
**IL** [1] - 269:14
**ill** [1] - 98:16
**ill-ability** [1] - 98:16
**imbalance** [1] - 165:20
**immediately** [1] - 157:5
**immersion** [4] - 141:15, 158:1, 218:22, 220:14
**immigrant** [1] - 33:3
**impact** [1] - 212:4
**impartial** [1] - 39:16
**impartially** [1] - 84:19
**implications** [1] - 211:14
**import** [5] - 18:6, 43:6, 44:9, 76:1, 78:24
**import-export** [2] - 18:6, 78:24
**importance** [2] - 213:9, 238:12
**important** [35] - 6:15, 6:25, 7:6, 8:21, 9:3, 13:14, 72:25, 79:6, 83:18, 83:25, 84:3, 84:7, 85:8, 109:23, 111:23, 113:6, 115:21, 135:7, 140:11, 142:7, 142:13, 143:5, 144:15, 148:8, 149:6, 152:3, 179:9, 207:8, 208:1, 209:12, 235:21, 238:25, 259:8, 263:9
**imported** [2] - 18:13, 60:9
**impose** [1] - 119:18
**imposes** [1] - 36:20
**impossible** [1] - 8:25
**impregnate** [1] - 218:1
**impress** [1] - 93:24
**in-house** [1] - 213:23
**inability** [1] - 98:11
**inaudible** [1] - 224:22
**inbound** [1] - 17:12
**inch** [4] - 245:10, 245:11, 246:13, 246:15
**inches** [4] - 242:12, 242:16, 246:4
**include** [2] - 205:11, 209:2
**included** [4] - 109:3, 109:6, 128:9, 253:8
**includes** [3] - 8:17, 149:8
**including** [4] - 42:11, 99:22, 239:20
**income** [1] - 47:23
**incoming** [1] - 203:21
**inconvenience** [2] - 7:4, 36:13
**incorporate** [1] - 200:11

**incorporated** [1] - 134:25
**incorrect** [1] - 187:14
**increase** [17] - 130:19, 131:3, 240:8, 240:14, 240:16, 240:18, 240:23, 255:10, 255:16, 255:24, 256:1, 256:4, 256:8, 256:11, 256:13, 256:14, 262:8
**increased** [3] - 242:17, 242:19, 242:20
**increases** [2] - 240:4, 242:23
**increasing** [2] - 238:16, 240:10
**incredible** [6] - 184:7, 184:8, 184:9, 184:10
**incredibly** [1] - 137:1
**incur** [1] - 210:20
**independent** [1] - 164:20
**India** [15] - 135:12, 136:3, 144:18, 144:20, 176:4, 194:22, 194:24, 195:3, 195:4, 214:19, 214:24, 215:16, 216:3, 216:24
**indicate** [1] - 106:3
**indicated** [11] - 11:24, 13:22, 14:16, 16:15, 19:7, 25:12, 45:20, 47:4, 59:13, 65:17, 72:4
**indicates** [1] - 10:3
**indicating** [2] - 106:4, 176:17
**indicator** [1] - 94:3
**indirect** [3] - 106:19, 106:22, 175:21
**indirectly** [1] - 106:12
**individual** [5] - 9:5, 80:22, 134:15, 135:11, 213:16
**industrial** [1] - 135:3
**industry** [11] - 17:22, 45:4, 138:4, 197:13, 207:13, 207:16, 211:16, 212:5, 214:4, 225:16, 258:12
**infer** [2] - 106:18, 126:24
**inference** [1] - 175:21
**influence** [1] - 175:4
**inform** [1] - 126:23
**informal** [1] - 154:16
**information** [29] - 14:11, 15:13, 23:9, 107:24, 108:19, 111:11, 113:12, 113:13, 115:3, 115:5, 115:7, 117:5, 117:8, 121:4, 124:4, 144:1, 144:3, 144:8, 144:14,

144:16, 144:19, 145:2, 145:14, 145:16, 145:23, 146:19, 146:22, 216:19, 238:11
**ingredients** [1] - 224:14
**initial** [2] - 140:12, 225:19
**initiated** [1] - 267:11
**initiative** [1] - 247:18
**injection** [3] - 197:25, 198:2, 198:14
**injustice** [2] - 130:15, 130:16
**inner** [2] - 220:1, 224:10
**innovation** [1] - 94:2
**insecurity** [1] - 91:10
**inside** [19] - 45:8, 136:10, 144:12, 144:21, 145:2, 145:13, 176:5, 176:6, 176:7, 176:9, 176:19, 176:24, 214:25, 215:2, 215:9, 215:16, 230:20, 265:1
**insight** [1] - 193:24
**insignificant** [1] - 13:11
**insofar** [1] - 123:24
**inspection** [2] - 203:21, 231:22
**inspects** [1] - 205:2
**Instagram** [1] - 115:9
**instances** [1] - 37:21
**instantaneously** [1] - 145:18
**instead** [5] - 76:7, 76:10, 79:1, 112:25, 115:10
**Institute** [1] - 195:1
**instruct** [5] - 106:11, 109:11, 111:1, 116:25, 151:3
**instructed** [1] - 122:19
**instructing** [1] - 49:9
**instruction** [13] - 8:9, 109:12, 112:8, 112:15, 112:22, 113:2, 126:22, 127:3, 127:5, 127:7, 127:9, 129:14
**instructions** [10] - 12:15, 70:20, 94:25, 95:2, 105:5, 105:19, 105:20, 109:24, 115:16, 123:4
**instrument** [2] - 18:3, 206:17
**insurance** [4] - 17:9, 17:13, 68:1, 68:6
**intended** [1] - 106:3
**intently** [1] - 89:11
**interactions** [1] - 230:10
**Intercontinental** [1] - 199:6
**interest** [2] - 110:8,

227:24
**interested** [1] - 269:12
**interesting** [2] - 183:9, 242:20
**interlocked** [2] - 157:16, 157:18
**intern** [3] - 24:8, 24:16, 24:17
**internal** [1] - 212:9
**internally** [1] - 229:25
**International** [1] - 22:13
**international** [3] - 32:12, 68:14, 143:17
**internet** [3] - 113:10, 113:11, 113:12
**internship** [1] - 25:8
**interrupt** [2] - 29:16, 248:10
**intersection** [1] - 107:11
**intricate** [1] - 168:11
**introduce** [10] - 3:8, 10:9, 10:16, 29:18, 122:21, 124:3, 124:5, 124:7, 135:6, 151:2
**introduced** [5] - 11:21, 11:22, 114:16, 122:1, 154:11
**introducing** [1] - 7:10
**introduction** [2] - 134:23, 194:19
**inventing** [1] - 90:21
**invention** [1] - 224:3
**invest** [1] - 26:5
**investigation** [2] - 112:9, 172:2
**investing** [1] - 229:21
**investment** [1] - 158:7
**investments** [1] - 157:19
**invited** [1] - 128:8
**invoice** [6] - 145:24, 146:20, 147:13, 180:4, 180:5, 257:4
**invoices** [10] - 30:18, 32:2, 122:22, 146:2, 146:22, 149:1, 187:10, 250:19, 253:8, 254:13
**invoicing** [1] - 30:14
**involved** [21] - 16:10, 25:18, 26:7, 26:23, 28:4, 39:4, 41:16, 47:5, 49:14, 65:8, 65:18, 66:20, 78:24, 79:1, 91:16, 112:5, 114:21, 153:1, 195:20, 206:4, 220:25
**involving** [5] - 5:23, 13:24, 16:16, 31:17, 60:24
**iPhone** [3] - 198:3, 198:4, 198:5
**ironic** [1] - 123:15
**irony** [2] - 124:6, 124:9

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**irrelevant** [2] - 79:7, 79:8
**Isles** [1] - 200:18
**issue** [17] - 20:18, 33:12, 83:13, 98:7, 121:11, 121:12, 130:20, 131:17, 131:21, 132:18, 161:10, 165:4, 176:20, 178:4, 179:19, 194:17, 258:8
**issued** [3] - 118:9, 119:1, 120:14
**issues** [17] - 14:19, 38:3, 92:10, 123:23, 127:24, 129:8, 131:20, 132:10, 159:19, 167:2, 193:23, 194:10, 229:2, 250:2, 250:4, 261:24
**issuing** [2] - 261:23, 262:23
**IT** [4] - 33:25, 71:9, 216:19, 216:21
**it'd** [1] - 40:13
**item** [1] - 128:7
**items** [1] - 228:22
**itself** [12] - 34:19, 111:12, 128:5, 138:9, 213:22, 214:3, 215:24, 220:25, 224:5, 246:1, 248:22, 252:5
**Ivan** [1] - 10:24

**J**

**J.C** [5] - 3:16, 11:4, 11:5, 11:10, 23:7
**jacket** [2] - 154:13, 154:14
**Jackson** [3] - 46:25, 47:1, 112:13
**James** [2] - 10:3, 87:13
**Jan** [4] - 257:6, 257:13, 257:20, 258:1
**January** [8] - 247:23, 249:8, 253:9, 253:11, 254:14, 257:7, 257:8
**Javier** [1] - 69:2
**JC** [1] - 182:13
**Jean** [8] - 11:5, 23:4, 23:6, 23:8, 85:24, 86:7, 99:12, 104:25
**Jenkins** [2] - 10:3, 104:23
**jeopardizes** [1] - 114:16
**Jessica** [2] - 3:12, 10:22
**Jesus** [1] - 71:2
**Jiangmen** [10] - 14:1, 138:24, 139:3, 139:4, 139:6, 191:5, 233:9, 234:16, 234:17, 234:21
**Jimenez** [1] - 64:12
**job** [25] - 22:24, 24:21,

45:18, 49:9, 63:3, 105:23, 109:2, 109:5, 133:17, 135:14, 135:17, 136:8, 136:15, 150:6, 150:12, 151:8, 159:13, 177:15, 177:22, 179:16, 195:8, 195:10, 195:11, 195:22
**joined** [3] - 29:17, 191:15, 226:11
**joint** [2] - 188:17, 230:22
**Jose** [1] - 100:12
**judge** [36] - 4:15, 6:2, 6:7, 6:19, 7:15, 12:3, 12:9, 29:3, 84:20, 85:10, 85:14, 88:18, 89:10, 96:18, 101:11, 101:18, 109:2, 109:5, 112:4, 112:21, 113:22, 114:1, 114:5, 114:7, 118:8, 127:6, 133:11, 139:18, 171:8, 173:1, 174:1, 180:24, 188:5, 204:2
**Judge** [58] - 3:15, 3:20, 4:12, 4:18, 5:17, 8:4, 16:19, 27:7, 66:7, 73:14, 84:10, 94:8, 96:9, 96:14, 97:13, 97:14, 97:20, 98:9, 98:24, 99:4, 99:9, 99:15, 100:21, 101:8, 102:10, 102:12, 103:13, 103:16, 118:10, 119:21, 120:9, 122:12, 122:20, 122:23, 123:3, 123:11, 123:24, 124:10, 125:4, 126:15, 127:1, 127:14, 150:5, 150:14, 151:3, 161:22, 171:25, 172:4, 185:16, 189:3, 189:7, 204:11, 211:17, 217:3, 224:24, 236:3, 252:1
**Judge's** [1] - 112:15
**judges** [4] - 6:18, 6:21, 7:15
**judging** [2] - 88:20, 89:4
**judgment** [2] - 42:5, 124:12
**judgments** [1] - 92:1
**judicial** [3] - 29:7, 29:10, 113:21
**July** [3] - 162:17, 162:18, 213:12
**jumping** [1] - 204:18
**juries** [4] - 6:1, 6:13, 38:6, 58:2
**jurisdiction** [1] - 267:4
**Juror** [21] - 80:11, 97:17, 98:1, 99:16, 99:17, 100:11, 100:19, 101:3, 101:9, 103:5, 103:14, 104:9, 104:10, 104:11,

104:12, 104:13, 104:14
**JUROR** [423] - 12:3, 12:7, 12:9, 12:11, 12:17, 13:4, 13:19, 15:21, 15:24, 16:1, 16:7, 16:10, 16:14, 16:18, 16:22, 17:1, 17:5, 17:7, 17:10, 17:12, 17:16, 17:18, 17:23, 18:2, 18:4, 18:8, 18:10, 18:14, 18:18, 18:22, 19:2, 19:9, 19:11, 19:15, 19:17, 19:22, 19:25, 20:3, 20:6, 20:8, 20:11, 20:13, 20:17, 20:20, 21:2, 21:9, 21:11, 21:20, 21:22, 21:25, 22:2, 22:7, 22:11, 22:21, 22:25, 23:5, 23:8, 23:11, 23:14, 23:17, 23:21, 23:23, 24:2, 24:5, 24:7, 24:11, 24:16, 24:18, 24:22, 24:25, 25:2, 25:9, 25:14, 25:16, 25:21, 25:24, 26:2, 26:9, 26:12, 26:16, 26:21, 27:3, 27:7, 27:10, 27:13, 27:20, 27:25, 28:7, 28:9, 28:11, 28:16, 28:18, 28:21, 28:24, 29:4, 29:6, 29:9, 29:11, 29:14, 29:25, 30:3, 30:5, 30:9, 30:14, 30:21, 30:25, 31:4, 31:10, 31:22, 32:4, 32:6, 32:8, 32:11, 32:14, 32:16, 32:18, 33:1, 33:7, 33:14, 33:17, 33:21, 34:1, 34:5, 34:7, 34:9, 34:16, 34:18, 34:23, 35:5, 35:9, 35:11, 35:13, 35:19, 36:1, 36:4, 36:8, 36:16, 36:19, 36:21, 36:24, 37:2, 37:4, 37:8, 37:11, 37:15, 37:19, 37:25, 38:4, 38:7, 38:9, 38:12, 38:16, 38:20, 38:24, 39:1, 39:5, 39:8, 39:11, 39:14, 39:17, 39:23, 40:4, 40:6, 40:9, 40:13, 40:17, 40:20, 40:22, 40:25, 41:3, 41:6, 41:12, 41:14, 41:18, 41:23, 42:2, 42:4, 42:9, 42:14, 42:17, 42:20, 42:24, 43:1, 43:5, 43:8, 43:15, 43:19, 43:21, 43:23, 44:1, 44:3, 44:6, 44:13, 44:20, 44:22, 45:1, 45:6, 45:15, 45:23, 46:4, 46:9, 46:12, 46:14, 46:19, 46:23, 47:1, 47:3, 47:7, 47:10, 47:15, 47:17, 47:19, 47:22, 48:1, 48:4, 48:7, 48:14, 48:17, 48:20, 48:23, 49:2, 49:7, 49:15, 49:23, 49:25, 50:7, 50:15,

50:18, 50:20, 51:5, 51:8, 51:10, 51:13, 51:19, 51:21, 51:23, 51:25, 52:3, 52:6, 52:11, 52:14, 52:16, 52:19, 52:21, 52:24, 53:3, 53:5, 53:7, 53:10, 53:14, 53:17, 53:22, 54:1, 54:5, 54:8, 54:15, 54:17, 54:20, 54:22, 54:24, 55:3, 55:8, 55:12, 55:16, 55:19, 55:22, 56:2, 56:5, 56:8, 56:12, 56:14, 56:17, 56:19, 56:21, 56:24, 57:2, 57:4, 57:7, 57:10, 57:12, 57:15, 57:19, 58:3, 58:6, 58:8, 58:11, 58:14, 58:18, 58:21, 58:24, 59:2, 59:12, 59:15, 59:17, 59:19, 59:21, 59:24, 60:1, 60:4, 60:8, 60:13, 60:16, 60:22, 60:25, 61:3, 61:6, 61:9, 61:11, 61:14, 61:16, 61:18, 61:21, 61:24, 62:2, 62:4, 62:9, 62:13, 62:15, 62:18, 62:20, 62:23, 63:4, 63:9, 63:12, 63:15, 63:17, 63:19, 63:21, 63:23, 63:25, 64:2, 64:4, 64:6, 64:9, 64:11, 64:13, 64:17, 64:20, 65:1, 65:4, 65:10, 65:13, 65:16, 65:20, 65:22, 66:3, 66:7, 66:11, 66:14, 66:18, 66:23, 67:3, 67:6, 67:11, 67:14, 67:17, 67:20, 67:24, 68:7, 68:12, 68:17, 68:19, 68:23, 68:25, 69:3, 69:6, 69:8, 69:13, 69:16, 69:20, 69:24, 70:3, 70:23, 71:5, 71:10, 75:21, 76:12, 76:15, 76:20, 78:3, 78:21, 79:3, 79:7, 79:11, 80:10, 80:13, 80:17, 81:17, 81:25, 82:12, 82:16, 83:7, 83:10, 83:12, 83:21, 83:23, 85:25, 86:5, 86:10, 86:20, 87:9, 87:17, 87:20, 87:25, 89:5, 89:8, 89:11, 89:15, 89:18, 89:21, 90:14, 90:20, 91:9, 91:13, 91:20, 91:25, 92:3, 92:7, 92:17, 92:21, 93:3, 93:6, 93:21
**juror** [45] - 12:6, 12:15, 15:19, 16:25, 17:4, 19:21, 20:16, 26:14, 27:19, 28:5, 30:20, 39:22, 44:25, 51:17, 53:2, 53:9, 54:4, 59:10, 67:10, 68:11, 78:1, 84:19, 97:14, 97:18, 98:2, 98:12, 99:5, 99:12, 100:7,

100:8, 100:17, 100:23, 101:7, 101:10, 103:1, 103:9, 104:7, 111:10, 111:19, 112:7, 112:14, 112:15, 114:21, 116:3, 177:2
**juror's** [1] - 188:7
**jurors** [38] - 4:4, 5:4, 5:9, 5:12, 5:14, 8:1, 9:5, 9:6, 15:9, 35:2, 95:6, 95:10, 95:13, 95:14, 96:3, 99:21, 99:24, 99:25, 102:18, 105:18, 111:24, 112:5, 112:8, 113:9, 114:1, 114:2, 114:4, 114:13, 117:19, 125:25, 132:13, 170:21, 189:9, 240:4, 259:22, 267:21, 268:22
**JURORS** [10] - 9:20, 9:24, 75:9, 75:18, 77:15, 77:18, 81:13, 84:1, 87:12, 91:4
**jurors'** [1] - 114:2
**Jury** [9] - 71:24, 71:25, 95:7, 104:20, 105:15, 117:21, 133:4, 185:21, 185:24
**jury** [82] - 5:8, 5:19, 6:8, 6:14, 7:4, 7:14, 16:13, 24:1, 28:15, 28:17, 31:25, 32:15, 34:21, 34:22, 34:25, 38:6, 38:7, 46:21, 48:6, 48:8, 53:15, 55:14, 56:23, 59:4, 62:11, 63:8, 63:9, 73:11, 73:12, 78:12, 85:4, 85:13, 88:17, 88:18, 94:19, 95:2, 95:11, 96:15, 100:3, 104:22, 105:10, 105:12, 105:16, 108:24, 109:19, 111:8, 117:4, 117:18, 119:18, 121:9, 121:19, 126:23, 127:2, 127:4, 129:14, 132:15, 133:3, 139:18, 149:9, 150:13, 151:10, 170:25, 171:1, 171:4, 171:5, 172:1, 185:23, 187:5, 193:19, 194:18, 194:20, 201:19, 215:2, 217:15, 219:1, 219:14, 232:18, 268:4, 268:19
**justice** [2] - 6:12, 7:6
**justification** [3] - 240:9, 240:10, 240:21
**justify** [3] - 240:20, 256:5, 256:7

**K**

**K-U-K-R-E-J-A** [1] - 186:15

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**Kapoor** [1] - 248:17
**keep** [18] - 8:21, 71:19, 77:17, 84:8, 90:21, 91:1, 147:24, 150:2, 155:9, 157:6, 157:11, 162:11, 167:8, 168:6, 178:15, 180:21, 199:12
**keepers** [1] - 74:9
**keeping** [1] - 144:16
**keeps** [2] - 142:17, 199:7
**kept** [1] - 77:13
**key** [1] - 119:3
**KFC** [1] - 203:3
**kicked** [1] - 6:20
**kicking** [1] - 36:7
**kid** [1] - 173:21
**kids** [2] - 96:25, 97:2
**killed** [1] - 125:21
**Kim** [1] - 7:12
**kind** [25] - 23:10, 48:12, 59:9, 74:22, 84:18, 93:1, 102:17, 111:13, 123:15, 128:10, 130:7, 137:13, 153:21, 154:1, 155:18, 157:25, 158:4, 158:11, 171:10, 174:14, 174:16, 174:21, 209:15, 225:21, 253:3
**kinds** [3] - 137:21, 139:10, 255:17
**king** [4] - 6:18, 6:20, 6:23, 191:13
**King** [2] - 46:16, 191:12
**knee** [1] - 37:9
**knee-breaker** [1] - 37:9
**knives** [1] - 87:20
**Knives** [1] - 87:22
**know-how** [1] - 138:12
**knowing** [10] - 4:8, 19:21, 27:18, 38:2, 39:19, 42:13, 43:11, 60:12, 113:15, 138:11
**knowledge** [5] - 43:16, 44:22, 237:16, 237:22, 258:9
**known** [7] - 12:24, 14:2, 114:4, 140:5, 195:2, 259:4
**knows** [4] - 11:19, 13:1, 179:18, 182:23
**Kong** [54] - 18:6, 118:13, 118:15, 118:18, 119:4, 119:6, 119:12, 119:13, 119:19, 119:25, 120:3, 120:7, 120:9, 120:12, 120:16, 120:17, 120:25, 121:3, 121:7, 121:13, 121:18, 121:19, 122:6, 122:7, 122:15, 123:20, 123:21, 124:13, 124:15, 127:23, 142:10, 143:5,

143:10, 143:12, 143:16, 143:19, 145:3, 145:22, 146:6, 217:1, 217:5, 217:7, 234:18, 234:19, 234:20, 238:24, 238:25, 260:25, 261:15, 264:4, 264:6
**Kosovo** [1] - 22:3
**Koul** [2] - 12:21, 189:20
**KUKREJA** [1] - 186:17
**Kukreja** [54] - 3:7, 10:14, 12:22, 73:5, 123:19, 126:8, 133:20, 134:13, 134:14, 135:5, 135:11, 135:17, 136:2, 136:15, 138:11, 139:23, 140:9, 152:18, 154:11, 154:18, 154:25, 155:4, 156:4, 156:16, 156:25, 159:20, 160:7, 163:3, 164:4, 164:16, 165:3, 165:13, 166:8, 166:10, 173:5, 175:5, 175:13, 175:19, 181:22, 181:25, 182:7, 186:3, 186:14, 186:15, 186:22, 189:2, 189:12, 225:5, 232:22, 236:17, 241:6, 243:23, 252:8, 253:17
**Kukreja's** [2] - 136:25, 144:24, 165:9

**L**

**labor** [1] - 239:22
**laborer** [2] - 45:5, 45:8
**lack** [2] - 36:12, 228:23
**ladies** [2] - 11:3, 85:4, 133:9
**ladings** [1] - 43:16
**lady** [2] - 99:8, 154:13
**laminate** [14] - 159:5, 159:7, 218:6, 218:9, 219:22, 221:3, 221:6, 222:22, 222:24, 223:3, 223:5, 223:11, 239:21
**landlord** [6] - 65:18, 65:23, 66:1, 229:2, 236:8, 236:20
**language** [4] - 22:22, 127:12, 168:18, 177:5
**large** [1] - 65:24
**last** [27] - 4:4, 7:2, 68:23, 94:11, 112:6, 113:22, 122:3, 130:19, 145:8, 148:18, 148:20, 149:7, 167:1, 167:10, 169:18, 186:13, 186:15, 204:1, 206:3, 211:3, 212:23, 222:1, 224:3, 243:7,

248:1, 253:23, 254:21
**lasts** [1] - 255:20
**late** [34] - 29:18, 79:15, 79:20, 80:1, 80:5, 80:14, 80:24, 81:1, 81:11, 81:21, 82:5, 82:8, 82:11, 83:12, 83:18, 83:19, 83:20, 84:15, 117:9, 126:2, 126:10, 145:11, 146:11, 163:11, 163:13, 165:7, 165:8, 169:8, 169:9, 192:23, 212:7, 268:14
**Latin** [7] - 18:24, 43:3, 43:6, 44:15, 68:20, 68:21, 81:6
**Lauderdale** [8] - 135:1, 135:2, 136:23, 141:6, 146:18, 201:9, 216:6, 252:13
**lav** [1] - 5:1
**lavalier** [1] - 137:14
**law** [31] - 7:13, 7:15, 12:16, 13:4, 16:8, 22:23, 27:9, 27:16, 27:18, 31:20, 32:23, 68:8, 73:14, 85:15, 105:22, 105:23, 105:24, 106:1, 106:21, 109:6, 110:17, 111:13, 111:21, 117:1, 130:10, 132:21, 132:24, 175:9, 182:23, 183:8, 266:20
**Law** [1] - 266:24
**lawsuit** [21] - 15:11, 26:7, 26:23, 42:1, 42:8, 47:6, 51:12, 51:16, 57:21, 58:16, 59:4, 60:23, 61:1, 65:18, 66:20, 66:22, 74:19, 150:8, 152:1, 266:12, 266:16
**lawsuits** [10] - 25:18, 26:8, 26:13, 28:4, 29:13, 32:17, 39:4, 41:16, 62:14, 67:9
**lawyer** [11] - 15:20, 41:25, 51:9, 58:19, 66:10, 107:13, 107:21, 112:3, 184:17, 184:20
**lawyers** [8] - 8:6, 35:1, 70:19, 107:7, 108:1, 113:3, 116:13, 150:12
**lawyers'** [1] - 107:1
**layer** [34] - 219:17, 219:25, 220:1, 220:4, 220:5, 220:6, 221:6, 221:20, 222:7, 222:10, 222:12, 222:13, 223:17, 223:18, 224:7, 224:9, 224:10, 224:11, 241:17, 241:18, 242:2, 242:3, 242:4, 242:17, 242:19,

242:21, 259:11
**layers** [7] - 196:19, 219:12, 219:14, 219:19, 220:4, 220:7, 223:19
**lazy** [2] - 179:15, 180:22
**lead** [4] - 218:21, 244:19, 244:22, 261:14
**leader** [1] - 178:4
**leadership** [1] - 155:2
**leading** [1] - 156:6
**leads** [2] - 92:10, 211:18
**leadtime** [64] - 118:17, 118:23, 119:15, 119:24, 119:25, 120:8, 120:23, 128:3, 128:15, 129:2, 129:5, 130:4, 132:7, 132:17, 143:1, 143:5, 145:4, 145:9, 154:5, 154:20, 155:16, 155:17, 163:6, 163:7, 163:16, 165:4, 165:5, 165:17, 165:23, 166:1, 168:10, 169:7, 169:13, 169:14, 174:19, 176:23, 222:15, 222:21, 223:9, 224:12, 238:21, 239:3, 258:16, 259:2, 259:5, 260:4, 260:6, 260:8, 260:9, 260:11, 260:15, 260:21, 261:6, 261:10, 262:8, 262:9, 263:11, 263:25, 264:8, 264:22, 264:23, 265:10
**leadtimes** [2] - 259:12, 261:7
**Lear** [10] - 205:20, 205:23, 206:1, 206:9, 208:15, 208:17, 208:22, 210:15, 211:12
**learn** [8] - 7:13, 75:11, 182:6, 182:7, 183:9, 202:3, 268:10
**learned** [4] - 135:13, 173:15, 183:6
**leased** [1] - 199:1
**leasing** [1] - 235:19
**least** [10] - 20:24, 100:3, 108:17, 162:15, 209:25, 213:15, 229:12, 234:13, 256:12, 268:15
**leave** [10] - 51:2, 72:11, 99:7, 136:15, 171:5, 181:12, 201:3, 218:19, 255:2, 268:19
**led** [1] - 25:19
**ledger** [1] - 83:8
**left** [8] - 7:12, 7:20, 70:13, 117:16, 179:16, 191:1, 225:5
**leg** [1] - 157:13

**legal** [10] - 7:17, 10:16, 25:18, 32:24, 40:10, 68:21, 108:18, 170:20, 201:17, 267:6
**legally** [2] - 40:1, 129:12
**legged** [4] - 157:12, 157:14, 160:6, 164:3
**length** [1] - 242:10
**LERNER** [4] - 3:17, 11:9, 131:9, 132:19
**Lerner** [4] - 3:17, 11:9, 131:8, 131:9
**less** [4] - 190:12, 214:1, 214:2, 229:14
**letter** [4] - 153:20, 153:23, 154:1, 168:19
**letters** [1] - 188:19
**level** [4] - 34:25, 91:10, 219:16, 248:12
**leveling** [1] - 244:23
**LF** [1] - 244:24
**liability** [1] - 214:10
**liar** [1] - 89:4
**license** [4] - 235:22, 235:24, 235:25, 236:9
**lie** [4] - 88:23, 90:21, 90:22, 91:1
**lieutenants** [1] - 182:8
**life** [8] - 23:15, 88:23, 111:17, 147:16, 181:11, 213:13, 224:13, 255:22
**light** [11] - 88:8, 107:12, 107:13, 107:15, 107:19, 107:22, 110:12, 110:19, 123:2, 137:19, 209:3
**lighters** [1] - 207:17
**lights** [3] - 176:18, 205:20, 205:21
**likely** [4] - 4:22, 75:15, 110:20, 111:6
**likewise** [3] - 11:13, 102:5, 109:4
**limine** [2] - 118:10, 128:9
**limit** [3] - 4:2, 84:11, 204:23
**limitations** [2] - 131:21, 131:23
**limited** [5] - 15:6, 109:10, 109:12, 109:14, 239:21
**Limited** [3] - 138:25, 144:23, 214:20
**Lina** [14] - 12:22, 173:6, 177:13, 177:14, 177:18, 177:21, 177:23, 178:4, 179:8, 179:20, 179:23, 180:9, 180:10, 180:11, 181:9
**line** [23] - 50:22, 121:15, 121:17, 121:19, 144:18, 145:15, 146:23, 157:20, 192:11, 208:2, 208:7,

208:9, 208:13, 209:5,
209:6, 211:3, 211:4,
211:5, 212:6, 212:8,
254:11
   **linen** [1] - 20:8
   **lines** [3] - 142:24,
190:25, 193:14
   **lining** [1] - 70:16
   **list** [14] - 11:25, 43:16,
122:4, 123:17, 123:18,
138:10, 143:24, 143:25,
144:11, 146:3, 188:14,
188:17, 250:19
   **listed** [3] - 132:8, 234:3,
269:6
   **listen** [38] - 12:15, 72:25,
73:11, 85:10, 89:11, 90:2,
94:7, 94:8, 105:21, 114:6,
114:10, 114:23, 160:4,
170:22, 171:8, 171:24,
172:11, 172:23, 172:24,
173:10, 173:11, 173:12,
174:1, 174:2, 174:3,
174:5, 174:7, 174:16,
175:3, 175:15, 177:1,
177:3, 177:8, 182:16,
183:20, 183:22, 184:10,
184:11
   **listened** [3] - 32:1, 99:1,
172:7
   **listening** [4] - 15:8,
88:20, 115:20, 185:15
   **listens** [1] - 171:1
   **lists** [1] - 241:10
   **literally** [1] - 203:11
   **live** [4] - 51:14, 111:18,
200:17, 200:18
   **lives** [2] - 173:20, 224:14
   **living** [1] - 198:22
   **LLC** [4] - 10:13, 13:25,
134:24, 237:6
   **LLCs** [1] - 27:14
   **loan** [7] - 183:19, 183:20,
183:21, 183:22, 183:24,
183:25
   **loans** [2] - 159:2, 182:14
   **lobby** [2] - 106:15
   **Lobster** [1] - 46:11
   **located** [4] - 215:8,
229:10, 234:24, 267:5
   **location** [6] - 15:6,
120:9, 143:11, 209:23,
234:13, 269:5
   **logic** [2] - 175:18, 256:12
   **logical** [1] - 111:20
   **logistical** [1] - 117:12
   **logistics** [5] - 34:13,
216:22, 216:23, 216:24
   **logo** [1] - 138:14
   **longest** [1] - 257:17

   **look** [60] - 21:12, 21:13,
70:9, 70:13, 88:8, 89:9,
89:12, 89:24, 106:16,
112:18, 113:17, 116:1,
118:23, 121:23, 123:18,
124:11, 131:16, 143:22,
147:14, 152:14, 152:25,
164:20, 168:23, 171:9,
172:10, 173:1, 173:2,
176:23, 177:4, 177:5,
177:6, 178:12, 179:9,
183:6, 184:4, 185:2,
185:3, 187:16, 188:15,
190:25, 192:11, 193:13,
196:16, 205:22, 237:3,
239:10, 239:15, 241:6,
243:20, 244:10, 246:1,
246:7, 253:1, 259:13,
260:13, 266:4, 268:21
   **looked** [3] - 113:16,
159:19, 180:10
   **looking** [18] - 8:19,
17:13, 63:3, 85:9, 89:22,
89:25, 90:1, 90:6, 153:22,
177:19, 182:2, 182:3,
225:15, 241:14, 255:18,
259:17, 259:22
   **looks** [6] - 125:13, 130:1,
143:8, 148:18, 183:21,
183:25
   **lord** [1] - 113:24
   **lose** [5] - 150:11, 169:11,
172:5, 172:6, 172:9
   **losers** [1] - 74:9
   **lost** [1] - 46:4
   **loud** [3] - 9:2, 9:11, 9:18
   **Louis** [3] - 63:13, 63:14,
63:15
   **Louise** [1] - 63:16
   **Lourdes** [3] - 36:23,
61:5, 101:21
   **lousy** [3] - 177:24, 178:5,
178:6
   **love** [2] - 85:19, 135:21
   **loved** [2] - 136:7, 136:8
   **low** [1] - 47:23
   **low-income** [1] - 47:23
   **lower** [1] - 93:8
   **Ltd** [4] - 14:2, 233:10,
233:12, 234:1
   **lucky** [1] - 24:12
   **Luis** [1] - 63:13
   **Luna** [4] - 28:10, 100:19,
104:12, 104:25
   **lunch** [8] - 8:5, 70:21,
95:3, 95:5, 115:14, 116:8,
117:3, 228:1
   **lying** [2] - 89:7, 89:10

**M**

   **machine** [4] - 157:23,
158:5, 203:25, 230:1
   **machinery** [1] - 157:19
   **machines** [6] - 157:21,
157:23, 158:3, 202:11,
243:13, 263:6
   **magazines** [1] - 225:16
   **Mahmood** [2] - 19:24,
98:2
   **main** [6] - 50:22, 173:8,
230:14, 235:20, 236:9,
240:12
   **Mainland** [2] - 18:7,
143:20
   **maintenance** [1] - 204:3
   **major** [1] - 173:16
   **majority** [2] - 191:8,
256:10
   **malpractice** [1] - 16:11
   **man** [5] - 135:14, 177:10,
177:11, 180:16
   **manage** [1] - 216:1
   **management** [6] - 64:14,
67:19, 67:20, 67:22, 68:2,
68:20
   **manager** [11] - 27:12,
40:19, 42:21, 52:8, 64:22,
92:21, 93:5, 166:24,
191:21, 197:7, 237:9
   **manages** [1] - 176:6
   **managing** [2] - 30:15,
191:15
   **manifest** [2] - 130:15,
130:16
   **Manipal** [1] - 195:1
   **manner** [1] - 110:8
   **manufacture** [10] - 14:4,
140:17, 142:6, 199:22,
200:7, 208:6, 212:24,
222:11, 222:16, 257:3
   **manufactured** [2] -
261:14, 261:15
   **manufacturer** [6] -
156:17, 193:22, 206:7,
207:10, 208:4, 258:24
   **manufacturers** [2] -
205:12, 209:15
   **manufactures** [3] -
139:8, 202:6, 205:19
   **manufacturing** [44] -
138:9, 152:13, 152:15,
152:17, 152:20, 152:21,
153:4, 153:16, 163:22,
199:24, 200:9, 202:5,
203:22, 206:14, 208:18,
209:23, 211:5, 214:2,
219:6, 222:12, 222:13,
222:18, 226:20, 229:15,

229:16, 229:17, 231:10,
232:10, 233:3, 235:21,
237:1, 238:1, 239:13,
243:1, 247:6, 255:5,
256:20, 258:18, 261:11,
264:12, 264:13, 265:14,
266:7, 266:15
   **many-year** [1] - 163:14
   **map** [1] - 143:9
   **March** [9] - 160:16,
189:22, 191:22, 192:20,
234:11, 237:20, 237:23,
253:14, 254:11
   **Margaret** [1] - 178:1
   **margin** [1] - 240:14
   **Maria** [1] - 59:20
   **Mark** [1] - 12:22
   **mark** [1] - 251:7
   **market** [3] - 137:7,
140:16, 202:8
   **marketing** [2] - 34:12,
214:9
   **married** [2] - 64:19,
173:17
   **Marshals** [1] - 114:5
   **MARTINEZ** [8] - 3:9,
10:17, 127:22, 128:1,
129:16, 129:22, 129:24,
130:10
   **Martinez** [5] - 3:9, 10:18,
48:19, 67:13, 127:18
   **Mary** [1] - 8:14
   **MaryAnn_Casale@flsd.
uscourts.gov** [1] - 269:17
   **MasTec** [2] - 37:6, 37:23
   **match** [5] - 144:13,
146:22, 147:7, 161:3,
249:24
   **matches** [1] - 144:12,
147:8
   **matching** [1] - 149:12
   **material** [2] - 159:9,
222:25
   **materials** [7] - 142:5,
159:4, 183:3, 183:4,
183:17, 217:18, 224:2
   **matrix** [14] - 163:20,
169:19, 238:16, 238:17,
239:18, 239:19, 240:1,
240:12, 240:25, 241:11,
245:15, 247:14, 259:17
   **matter** [1] - 13:11,
13:12, 32:10, 79:10,
107:18, 131:5, 155:21,
174:20, 190:18, 269:12
   **matters** [8] - 7:19, 7:25,
10:7, 65:21, 65:22, 71:17,
72:24, 117:12
   **Matthew** [3] - 3:11,
10:20, 123:15

   **maximum** [1] - 71:15
   **MAZZOLA** [125] - 3:15,
3:20, 3:22, 4:12, 4:15,
4:25, 5:3, 11:3, 11:15,
77:23, 85:3, 86:2, 86:7,
86:11, 86:22, 87:10,
87:13, 87:18, 87:21, 88:1,
88:7, 89:3, 89:6, 89:9,
89:13, 89:16, 89:20, 90:8,
90:15, 90:25, 91:5, 91:11,
91:14, 91:23, 92:2, 92:4,
92:12, 92:16, 92:19, 93:1,
93:5, 93:11, 93:17, 94:6,
95:16, 95:18, 95:21,
95:23, 95:25, 96:4, 96:8,
96:12, 96:14, 96:18,
97:13, 97:16, 97:19, 98:8,
98:11, 98:24, 99:8, 99:14,
99:19, 100:8, 100:21,
101:7, 101:11, 101:18,
101:22, 102:3, 102:10,
102:19, 102:23, 102:25,
103:13, 103:16, 103:20,
104:7, 118:8, 118:13,
118:20, 118:22, 119:3,
119:21, 120:7, 120:11,
120:16, 120:18, 120:21,
122:12, 122:18, 122:23,
123:11, 123:13, 124:5,
124:9, 124:19, 124:21,
124:25, 125:4, 125:8,
126:4, 126:12, 127:1,
127:6, 127:13, 132:16,
170:13, 188:2, 189:3,
189:6, 204:11, 211:17,
211:21, 211:25, 217:2,
224:22, 232:15, 236:3,
236:11, 251:9, 251:11,
251:14, 251:21, 251:25
   **Mazzola** [9] - 3:16, 11:4,
11:10, 85:1, 85:2, 126:21,
170:12, 186:25, 194:1
   **Mazzola's** [1] - 187:8
   **McDonald's** [1] - 203:3
   **meal** [3] - 46:18, 55:1,
55:7
   **mean** [39] - 19:3, 20:23,
21:2, 39:16, 40:3, 53:10,
77:1, 85:24, 90:12, 93:21,
93:25, 96:5, 123:14,
140:15, 151:11, 158:2,
174:7, 175:17, 179:23,
179:24, 180:1, 190:15,
191:24, 203:14, 212:19,
218:18, 222:25, 239:24,
241:13, 249:19, 249:22,
250:1, 251:12, 251:25,
254:9, 254:23, 257:2,
261:21, 263:3
   **meaning** [6] - 17:9,

134:25, 157:9, 214:3, 214:13, 262:21
**meaningfully** [1] - 98:21
**means** [15] - 70:11, 102:19, 108:6, 108:8, 110:18, 149:15, 153:14, 154:8, 159:7, 203:19, 205:18, 208:3, 247:17, 254:10, 254:24
**meant** [3] - 144:19, 193:8, 260:22
**measurement** [1] - 264:11
**measures** [1] - 113:25
**meat** [1] - 155:21
**mechanical** [2] - 196:10, 217:23
**mechanical-performance** [1] - 196:10
**mechanically** [1] - 205:21
**mechanism** [1] - 157:3
**media** [1] - 115:8
**mediation** [1] - 265:23
**medical** [6] - 16:10, 16:16, 17:8, 20:17, 56:8, 56:9
**meet** [11] - 70:19, 94:20, 110:24, 117:11, 142:18, 154:24, 197:15, 209:18, 210:1, 210:3, 236:10
**meeting** [6] - 154:24, 155:11, 155:15, 159:2, 191:20, 225:19
**meetings** [3] - 155:1, 155:5, 249:24
**meets** [2] - 140:3, 140:9
**melting** [1] - 135:24
**members** [3] - 25:17, 25:20, 94:19
**Members** [1] - 105:15
**membership** [1] - 55:13
**memo** [7] - 83:7, 83:10, 83:11, 83:13, 83:19, 149:21, 253:21
**memory** [3] - 110:7, 265:25, 266:5
**memos** [5] - 149:8, 185:3, 253:18, 254:4, 254:5
**mentioned** [24] - 82:20, 121:21, 130:7, 141:5, 153:3, 160:20, 166:9, 195:11, 204:16, 205:12, 214:1, 215:25, 217:18, 217:20, 220:13, 228:14, 229:14, 232:5, 233:11, 246:8, 251:4, 253:17, 256:15, 264:9
**mentioning** [1] - 145:13

**mentions** [1] - 129:6
**menu** [1] - 55:3
**merchandise** [1] - 60:9
**merely** [2] - 131:23, 132:23
**merge** [1] - 230:16
**merger** [1] - 230:12
**merging** [1] - 158:9
**message** [1] - 160:13
**messenger** [2] - 229:5, 229:6
**met** [7] - 7:21, 22:13, 115:4, 150:14, 150:22, 152:18, 155:4
**metal** [3] - 198:6, 218:13, 218:15
**metals** [2] - 218:25, 219:2
**meters** [12] - 261:8, 261:13, 261:25, 262:4, 262:6, 262:8, 263:15, 263:16, 263:19, 264:14, 264:16, 264:17
**metrics** [1] - 248:19
**Mexican** [1] - 113:23
**Mexico** [2] - 209:24, 215:8
**Miami** [18] - 25:13, 53:4, 63:1, 65:15, 107:10, 111:18, 139:6, 141:5, 170:21, 179:6, 199:1, 199:2, 199:3, 199:12, 234:6, 267:5, 269:16, 269:17
**Miami-Dade** [1] - 267:5
**mic** [1] - 5:1
**Michael** [1] - 62:17
**microinches** [2] - 245:4, 245:5
**micromanaging** [1] - 94:3
**micrometer** [1] - 141:13
**microns** [1] - 141:14
**microphone** [11] - 15:16, 15:18, 17:3, 21:17, 84:25, 89:2, 137:13, 137:15, 186:10, 186:11, 187:6
**middle** [3] - 176:10, 176:20, 197:3
**might** [15] - 13:10, 71:1, 84:18, 92:13, 113:16, 114:21, 130:17, 134:4, 141:16, 158:20, 162:2, 169:10, 178:10, 178:12, 221:13
**migrant** [1] - 47:23
**migrated** [1] - 65:7
**Mikis** [1] - 22:12
**miles** [2] - 173:20, 173:25

**MILLER** [2] - 3:12, 10:22
**Miller** [2] - 3:13, 10:23
**millimeter** [1] - 141:13
**million** [23] - 122:16, 147:17, 160:15, 160:22, 160:23, 161:9, 162:21, 170:8, 172:14, 174:14, 175:1, 184:20, 184:21, 184:23, 184:25, 213:13, 247:24, 247:25, 249:7, 249:9, 254:21
**millions** [13] - 31:18, 31:20, 32:21, 32:22, 33:3, 124:16, 160:9, 160:10, 161:14, 162:20, 163:14, 165:24
**mind** [13] - 8:21, 9:16, 40:7, 71:19, 73:16, 74:21, 75:11, 75:16, 78:13, 78:23, 79:6, 111:25, 180:9
**mindset** [1] - 202:1
**mine** [2] - 65:23, 123:8
**minus** [2] - 250:19, 250:20, 254:14
**minute** [4] - 94:5, 94:6, 154:24
**minutes** [22] - 15:2, 70:11, 70:16, 70:18, 71:22, 78:10, 84:12, 94:22, 95:3, 95:6, 125:4, 126:2, 126:14, 154:23, 155:11, 155:15, 185:19, 203:6, 208:8, 253:17
**misconduct** [2] - 112:6, 112:7, 114:21
**misread** [1] - 50:10
**miss** [2] - 79:13, 210:14
**missed** [2] - 78:10, 164:21
**missing** [4] - 171:22, 172:5, 172:8
**mistake** [8] - 179:13, 180:3, 180:7, 180:8, 180:17, 180:20, 193:5
**mistakes** [8] - 178:18, 179:12, 179:14, 179:15, 180:8, 180:23, 180:24
**misunderstood** [1] - 50:7
**MIT** [3] - 195:2, 195:3, 195:4
**model** [2] - 62:25, 255:19
**modern** [2] - 135:22
**modifies** [1] - 154:2
**molding** [2] - 198:1, 198:2, 198:14
**mom** [4] - 19:7, 38:23, 54:8, 64:24
**moment** [13] - 29:17, 87:6, 104:2, 106:18,

140:6, 143:6, 147:9, 213:20, 239:15, 243:21, 251:5, 252:5, 252:22
**Monday** [3] - 4:9, 71:17, 225:18
**monetary** [2] - 152:9, 163:10
**money** [65] - 14:9, 17:25, 26:4, 37:10, 45:22, 59:5, 59:7, 68:1, 68:5, 74:5, 74:7, 74:9, 75:3, 75:6, 75:16, 75:25, 76:2, 76:8, 76:21, 77:5, 78:19, 93:7, 114:20, 122:15, 122:22, 124:13, 136:19, 147:18, 148:5, 148:24, 149:2, 151:21, 152:9, 156:21, 158:19, 158:21, 158:23, 159:24, 160:14, 161:5, 161:7, 162:23, 163:2, 167:20, 167:21, 167:25, 168:25, 169:2, 169:3, 170:15, 182:13, 182:17, 183:24, 185:14, 192:6, 192:8, 192:10, 194:13, 194:14, 229:7, 229:8, 250:24, 255:1
**moneys** [9] - 82:24, 84:14, 131:13, 131:14, 131:25, 132:3, 191:25, 192:2, 250:16
**monitor** [1] - 135:18, 136:8, 141:19, 141:20
**monitors** [3] - 133:24, 137:11, 160:25
**Monroeville** [1] - 198:22
**monte** [1] - 174:10
**Montero** [4] - 38:11, 90:13, 102:7, 102:12
**month** [22] - 25:10, 147:14, 147:20, 160:15, 175:2, 175:3, 215:12, 247:24, 248:20, 250:8, 250:9, 250:18, 251:3, 253:8, 253:10, 253:14, 254:14, 254:15, 257:11
**month's** [1] - 251:1
**monthly** [23] - 147:10, 147:22, 147:23, 147:25, 148:1, 148:2, 148:3, 148:4, 148:22, 148:25, 160:3, 251:2, 253:12, 257:8, 257:9, 257:11, 257:12, 257:14, 257:15, 257:23, 257:24, 258:2, 258:15
**months** [12] - 17:16, 25:10, 34:7, 34:24, 72:9, 114:17, 114:18, 129:12, 198:20, 224:13, 238:5,

238:6
**months'** [1] - 256:6
**Morales** [9] - 36:24, 37:2, 37:3, 101:21, 101:24, 102:3, 104:13, 104:24
**Moreno** [1] - 69:2
**morning** [77] - 3:5, 3:10, 3:12, 3:15, 3:18, 3:21, 5:16, 5:19, 10:12, 10:17, 10:19, 10:22, 11:3, 14:14, 14:17, 15:20, 15:21, 17:6, 17:7, 19:25, 20:1, 23:6, 24:6, 24:7, 27:7, 27:8, 28:11, 28:12, 29:24, 29:25, 32:8, 32:9, 33:17, 33:18, 38:12, 38:13, 40:17, 40:18, 43:22, 43:23, 46:9, 46:10, 47:16, 47:17, 48:20, 48:21, 51:23, 51:24, 54:17, 54:18, 56:1, 56:2, 57:2, 57:5, 59:21, 59:22, 61:6, 61:7, 61:24, 62:6, 62:18, 63:16, 63:17, 64:13, 67:14, 67:15, 69:3, 69:4, 73:8, 85:4, 105:7, 125:12, 126:10, 126:11, 267:22, 267:25, 268:22
**Morrison** [6] - 15:20, 96:9, 96:15, 96:19, 104:10, 105:1
**most** [23] - 7:17, 44:14, 52:7, 108:16, 111:20, 111:23, 129:2, 135:7, 154:15, 155:18, 168:11, 197:14, 200:5, 205:4, 208:1, 214:22, 219:18, 220:14, 222:2, 229:22, 243:3, 256:9, 257:17
**mostly** [3] - 86:20, 250:7, 250:22
**mother** [4] - 173:17, 173:18, 173:19, 173:21
**motion** [1] - 118:9, 121:15, 122:3, 122:10, 126:20, 127:17, 128:8, 130:11, 131:22, 132:6, 132:9
**motions** [2] - 117:23, 118:5
**Motorola** [3] - 196:23, 196:24, 202:17
**Motors** [1] - 211:4
**mouth** [1] - 122:19
**mouthful** [1] - 137:6
**move** [12] - 35:2, 50:25, 51:1, 78:3, 150:19, 170:7, 177:6, 197:20, 199:23, 218:4, 251:11, 268:1
**moved** [5] - 18:19,

198:21, 199:13, 199:24,
228:7

**movie** [5] - 86:25,
171:12, 171:13, 171:14,
171:17

**movies** [6] - 87:11,
87:14, 87:16, 87:19, 88:2,
185:5

**moving** [2] - 174:10,
174:11

**MR** [273] - 3:5, 3:10, 3:15,
3:17, 3:18, 3:20, 3:22,
4:6, 4:10, 4:12, 4:13,
4:15, 4:20, 4:25, 5:3,
10:11, 10:19, 10:24, 11:3,
11:9, 11:11, 11:13, 11:15,
29:16, 29:20, 73:4, 73:8,
74:15, 75:10, 75:19, 76:5,
76:13, 76:18, 76:25,
77:16, 77:19, 77:23, 78:1,
78:6, 78:9, 78:22, 79:4,
79:8, 79:12, 80:11, 80:15,
80:18, 81:14, 81:22, 82:1,
82:14, 82:17, 83:5, 83:9,
83:11, 83:15, 83:22,
83:24, 84:2, 84:6, 84:22,
85:3, 86:2, 86:7, 86:11,
86:22, 87:10, 87:13,
87:18, 87:21, 88:1, 88:7,
89:3, 89:6, 89:9, 89:13,
89:16, 89:20, 90:8, 90:15,
90:25, 91:5, 91:11, 91:14,
91:23, 92:2, 92:4, 92:12,
92:16, 92:19, 93:1, 93:5,
93:11, 93:17, 94:6, 95:16,
95:18, 95:21, 95:23,
95:25, 96:4, 96:5, 96:8,
96:12, 96:14, 96:16,
96:18, 97:13, 97:16,
97:19, 97:21, 97:25, 98:4,
98:8, 98:11, 98:24, 99:8,
99:10, 99:13, 99:14,
99:19, 99:20, 100:8,
100:10, 100:13, 100:16,
100:21, 100:24, 101:5,
101:7, 101:11, 101:17,
101:18, 101:22, 101:25,
102:3, 102:5, 102:8,
102:10, 102:19, 102:21,
102:23, 102:25, 103:3,
103:6, 103:12, 103:13,
103:16, 103:18, 103:20,
104:1, 104:4, 104:7,
118:8, 118:13, 118:20,
118:22, 119:3, 119:21,
120:5, 120:7, 120:11,
120:16, 120:18, 120:21,
120:22, 122:12, 122:18,
122:23, 123:11, 123:13,
124:5, 124:9, 124:19,
124:21, 124:25, 125:4,

125:8, 126:4, 126:7,
126:12, 126:19, 127:1,
127:4, 127:6, 127:13,
127:16, 131:9, 132:16,
132:19, 133:8, 170:13,
186:3, 186:21, 187:24,
188:2, 188:3, 188:12,
188:15, 188:18, 188:23,
189:1, 189:3, 189:6,
189:11, 204:11, 204:14,
211:17, 211:21, 211:25,
212:3, 217:2, 217:4,
217:6, 224:22, 224:23,
225:3, 225:4, 232:12,
232:15, 232:18, 232:21,
236:3, 236:6, 236:11,
236:16, 237:3, 237:5,
239:10, 239:12, 241:3,
241:5, 243:19, 243:22,
244:11, 244:13, 245:12,
245:14, 246:17, 246:19,
247:2, 247:3, 251:6,
251:9, 251:10, 251:11,
251:13, 251:14, 251:17,
251:21, 251:22, 251:25,
252:4, 252:7, 252:15,
252:17, 253:1, 253:5,
255:6, 255:9, 256:24,
257:1, 258:20, 258:23,
259:25, 260:2, 265:5,
265:8, 266:1, 266:2,
266:22, 267:1, 267:17

**MS** [13] - 3:9, 3:12,
10:17, 10:22, 72:6, 72:13,
72:17, 127:22, 128:1,
129:16, 129:22, 129:24,
130:10

**Mukamal** [5] - 12:22,
13:5, 13:8, 164:18, 166:11

**multiple** [2] - 196:19,
213:17

**multiplied** [5] - 242:11,
242:13, 242:14

**music** [2] - 18:1, 22:17

**musician** [2] - 17:24,
21:24

**must** [14] - 105:23,
105:24, 106:5, 106:25,
109:12, 109:13, 110:19,
110:24, 111:11, 117:1,
151:4, 191:21, 213:15

**mutually** [1] - 140:14

**Myra** [1] - 48:19

**Mysteries** [1] - 86:17

**mysteries** [1] - 86:18

**mystery** [2] - 86:23,
86:25

---

### N

**name** [27] - 5:16, 10:12,

10:20, 11:4, 21:19, 25:22,
51:14, 67:16, 71:2,
104:21, 105:2, 134:24,
139:4, 140:4, 144:4,
144:24, 154:12, 164:18,
166:23, 186:12, 186:13,
186:15, 199:8, 229:10,
231:9, 232:9, 237:7

**named** [3] - 66:20, 140:3,
167:7

**names** [6] - 5:21, 104:18,
113:3, 113:4, 114:2

**nation** [1] - 6:24

**National** [1] - 62:1

**nature** [8] - 8:10, 27:16,
134:22, 156:15, 181:19,
201:20, 221:16, 246:10

**Navy** [1] - 199:18

**nearby** [1] - 200:2

**NEC** [1] - 141:20

**necessarily** [6] - 9:11,
36:10, 91:20, 93:25,
116:16, 206:16

**need** [59] - 12:20, 14:24,
25:22, 31:23, 35:8, 74:5,
82:6, 96:24, 104:21,
105:3, 105:17, 108:19,
114:25, 115:2, 115:5,
117:7, 117:11, 142:18,
148:14, 149:14, 149:15,
150:11, 150:13, 151:6,
153:19, 156:21, 157:24,
159:4, 160:4, 164:1,
170:7, 172:22, 173:10,
182:14, 182:21, 183:17,
205:25, 206:15, 206:24,
207:1, 208:11, 208:12,
208:23, 209:5, 210:16,
210:19, 211:19, 212:20,
213:3, 235:22, 238:6,
238:8, 240:20, 243:13,
255:16, 268:2

**needed** [6] - 160:17,
177:10, 182:17, 183:3,
206:25, 240:9

**needs** [10] - 34:3, 50:8,
50:10, 81:5, 110:23,
117:5, 121:19, 157:5,
208:16, 208:22

**negative** [2] - 39:25,
254:25

**neglected** [1] - 15:10

**negotiate** [2] - 247:11,
258:14

**negotiated** [3] - 164:6,
247:5, 259:12

**neighbor** [2] - 21:17,
70:14

**Nelson** [2] - 56:1, 56:25

**net** [1] - 121:20

**NetSuite** [2] - 119:8,
119:14

**never** [27] - 16:12, 16:14,
23:25, 29:12, 32:15,
45:21, 47:9, 51:3, 56:23,
62:11, 62:13, 63:8, 63:9,
80:24, 97:7, 120:13,
123:2, 130:2, 183:22,
183:23, 183:24, 212:17,
249:12, 249:16, 249:20,
249:25, 268:12

**new** [11] - 63:5, 136:20,
176:14, 178:19, 179:17,
215:6, 215:7, 215:14,
215:15, 226:12, 230:1

**New** [2] - 16:11, 113:23

**next** [37] - 4:7, 4:12,
9:25, 10:13, 54:9, 71:19,
76:3, 76:16, 79:21, 88:14,
100:1, 112:8, 115:11,
115:18, 115:21, 126:14,
126:16, 141:24, 142:4,
142:7, 143:7, 144:17,
147:8, 153:21, 160:19,
192:11, 210:25, 218:5,
242:1, 244:7, 244:12,
245:13, 245:25, 246:7,
246:18, 247:13, 251:1

**nice** [1] - 225:21

**Nicolas** [2] - 33:16,
101:14

**night** [1] - 112:17

**nine** [5] - 100:4, 111:16,
111:17

**Nissan** [1] - 209:14

**Nissans** [1] - 206:8

**nitty** [1] - 134:2

**nitty-gritty** [1] - 134:2

**nobody** [3] - 21:4, 75:4,
238:9

**noncompete** [2] -
197:23, 198:7

**none** [4] - 110:4, 212:11,
226:11, 258:7

**nonrecurring** [2] - 243:8,
243:9

**noon** [1] - 95:5

**normal** [1] - 23:15

**normally** [3] - 35:20,
36:10, 70:8

**North** [4] - 137:7, 138:5,
140:16, 269:16

**not..** [1] - 48:11

**note** [11] - 115:12,
115:17, 119:7, 189:3,
248:21, 248:25, 249:5,
249:11, 250:6, 254:17

**note-taking** [2] - 115:12,
115:17

**notebook** [1] - 115:15

**notebooks** [1] - 268:18

**notes** [17] - 115:12,
115:15, 115:23, 116:6,
177:20, 179:9, 192:23,
249:13, 250:5, 250:12,
250:15, 250:20, 254:3,
254:4, 254:14, 268:19

**nothing** [6] - 106:2,
129:3, 129:8, 171:17,
181:6, 182:2, 182:3,
183:23

**nothing's** [1] - 174:11

**notice** [6] - 8:18, 130:6,
130:25, 131:1, 190:10,
256:6

**notify** [1] - 129:11

**November** [11] - 31:8,
36:6, 208:23, 208:24,
209:2, 209:22, 210:15,
210:16, 210:17, 210:18

**nowhere** [2] - 128:19,
128:20

**NRE** [2] - 243:7, 243:15

**Number** [2] - 78:1,
141:24

**number** [22] - 82:3, 82:4,
115:17, 115:23, 117:4,
144:11, 167:1, 172:12,
174:20, 184:22, 188:11,
188:20, 212:23, 213:12,
215:11, 225:16, 248:1,
253:24, 254:21, 258:14,
268:7, 268:8

**numbered** [2] - 95:13,
95:14

**numbers** [16] - 103:17,
117:6, 147:1, 149:2,
161:3, 168:13, 172:21,
173:23, 178:8, 179:1,
180:24, 190:23, 223:7,
250:12, 254:6

**nurse** [5] - 38:14, 38:20,
47:18, 48:3, 57:10

**nursery** [1] - 97:1

---

### O

**oath** [2] - 116:22, 150:25

**object** [4] - 98:8, 98:24,
99:3, 236:11

**objection** [27] - 96:16,
96:19, 97:21, 98:2, 99:6,
99:9, 100:15, 101:18,
103:9, 103:13, 107:15,
108:4, 108:5, 108:7,
108:10, 127:11, 127:13,
188:1, 189:3, 204:11,
211:17, 211:21, 211:24,
232:14, 236:3, 251:19,
251:25

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**objections** [5] - 85:15, 107:6, 108:1, 108:3, 108:18
**objective** [1] - 27:4
**obligation** [3] - 4:5, 181:5, 209:19
**obligations** [2] - 128:18, 236:10
**observations** [2] - 98:25, 242:20
**obvious** [1] - 84:2
**obviously** [7] - 45:11, 53:24, 76:1, 123:4, 210:15, 219:23, 231:9
**occasions** [2] - 165:12, 192:22
**occurs** [1] - 119:4
**Ocean** [1] - 146:8
**ocean** [3] - 209:22, 210:1, 210:6
**Ochoa** [8] - 12:22, 173:6, 177:13, 177:14, 177:18, 177:19, 177:21, 179:20
**Ochoa's** [2] - 177:23, 178:4
**Octavia** [2] - 5:4, 7:21
**October** [3] - 24:13, 72:19, 210:8
**odd** [1] - 95:13
**odd-numbered** [1] - 95:13
**odds** [1] - 95:21
**OEM** [4] - 206:5, 206:6, 208:2, 208:3
**offer** [3] - 36:11, 82:19, 135:14
**office** [21] - 6:21, 7:22, 22:15, 29:21, 30:15, 117:8, 136:23, 199:1, 199:2, 199:7, 199:11, 199:12, 199:14, 200:7, 200:25, 201:2, 201:9, 214:23, 216:2, 238:24, 261:16
**Office** [1] - 112:12
**OFFICER** [1] - 132:14
**officer** [2] - 10:3, 135:4
**Officer** [1] - 10:15
**offices** [6] - 199:15, 200:1, 227:3, 227:6, 234:5, 237:10
**Official** [1] - 269:15
**offset** [1] - 124:1
**offshore** [1] - 27:15
**often** [2] - 109:16, 112:5
**old** [5] - 29:7, 97:4, 97:6, 178:20, 254:13
**on-the-ground** [1] - 176:16
**once** [19] - 28:1, 63:4,

90:25, 119:24, 122:9, 143:19, 155:1, 165:12, 198:23, 198:24, 215:9, 227:25, 230:18, 238:15, 240:12, 243:5, 256:8, 259:7
**One** [1] - 94:11
**one** [181] - 4:25, 6:4, 9:14, 9:22, 11:24, 13:22, 14:16, 14:20, 16:3, 20:21, 21:12, 21:13, 25:8, 25:19, 28:1, 29:17, 30:22, 31:16, 35:3, 39:24, 41:21, 42:6, 45:2, 45:20, 45:24, 52:20, 56:10, 56:12, 56:13, 59:4, 66:20, 72:22, 74:25, 75:5, 76:7, 76:10, 77:6, 79:21, 86:17, 88:13, 88:17, 88:24, 90:2, 90:22, 94:5, 94:6, 97:3, 97:5, 97:9, 99:19, 100:3, 100:21, 102:10, 103:6, 103:8, 103:16, 104:1, 108:4, 111:14, 111:18, 111:22, 114:13, 115:17, 116:5, 117:5, 121:7, 123:23, 125:18, 125:20, 128:2, 128:9, 129:1, 130:19, 132:16, 136:2, 136:18, 138:17, 140:11, 142:15, 145:21, 146:1, 148:7, 151:23, 151:25, 152:1, 153:21, 154:10, 155:18, 156:3, 157:13, 158:9, 161:25, 162:3, 162:5, 163:1, 163:7, 164:11, 164:12, 166:17, 167:24, 168:8, 168:11, 168:17, 168:18, 169:14, 169:18, 170:24, 171:21, 172:14, 174:20, 174:25, 178:12, 179:21, 182:1, 182:6, 182:8, 183:8, 184:1, 187:4, 189:4, 190:16, 194:4, 194:5, 197:14, 198:21, 203:17, 204:1, 206:9, 206:16, 208:1, 208:7, 208:17, 213:7, 213:8, 213:12, 213:17, 215:1, 217:13, 217:21, 218:4, 219:17, 219:25, 220:13, 220:14, 222:1, 225:15, 225:16, 230:16, 231:1, 231:2, 233:25, 234:3, 234:15, 236:9, 238:13, 240:7, 240:13, 242:20, 244:14, 246:7, 248:3, 248:9, 252:10, 255:21, 256:5, 256:7, 262:8, 268:7, 268:11, 268:13, 268:19, 268:20

**one-tenth** [1] - 187:4
**one-year** [1] - 25:8, 56:10, 56:12
**ones** [6] - 87:16, 176:10, 193:19, 216:16, 229:18, 229:19
**ongoing** [1] - 77:8
**online** [4] - 33:22, 33:23, 33:24, 79:17
**onward** [1] - 239:3
**open** [10] - 55:3, 78:13, 95:9, 108:17, 123:7, 124:23, 136:16, 144:9, 162:14, 231:7
**opened** [6] - 122:14, 123:1, 123:2, 123:9, 123:10, 249:17
**opening** [20] - 70:20, 95:2, 107:2, 116:10, 116:11, 116:12, 116:17, 116:21, 117:14, 121:21, 125:3, 133:6, 135:8, 186:24, 187:8, 194:1, 204:19, 214:19, 215:3, 243:24
**openly** [1] - 193:23
**operate** [1] - 156:18
**operation** [8] - 199:24, 214:2, 219:7, 229:15, 229:16, 229:18, 230:23, 261:11
**operations** [6] - 52:8, 177:14, 199:18, 199:23, 214:23, 231:8
**opinion** [4] - 26:17, 106:10, 135:11, 164:22
**opinions** [2] - 92:1, 111:24
**opportunity** [12] - 15:1, 72:23, 73:9, 73:20, 78:12, 110:6, 116:10, 123:10, 130:13, 133:18, 136:4, 179:17
**opposed** [1] - 36:17
**opposite** [2] - 110:22, 149:15
**orange** [2] - 162:4, 162:5
**orchestra** [1] - 22:8
**order** [55] - 79:17, 79:23, 81:18, 82:9, 104:18, 109:20, 109:21, 116:17, 118:8, 118:22, 118:25, 120:14, 120:15, 141:7, 141:8, 141:22, 141:25, 142:2, 142:3, 142:4, 142:5, 142:8, 143:3, 147:7, 156:17, 156:20, 156:24, 161:23, 164:6, 164:20, 183:13, 194:17, 204:20, 205:5, 205:6,

207:22, 219:2, 222:21, 222:25, 223:2, 238:23, 259:4, 259:9, 260:23, 261:8, 261:10, 262:15, 262:20, 262:21, 263:4, 263:14, 264:5
**Order** [1] - 3:1
**ordered** [2] - 149:13, 221:17
**ordering** [3] - 44:12, 80:22, 223:11
**orders** [11] - 10:5, 121:2, 121:12, 122:5, 157:1, 157:6, 160:22, 163:13, 176:20, 223:11, 238:4, 239:4, 247:19, 247:21, 261:23, 261:24, 262:23, 262:25, 263:1, 263:2
**organic** [1] - 220:17
**organization** [2] - 230:17, 231:2
**organizations** [1] - 193:21
**organize** [1] - 54:10
**organized** [2] - 161:25, 213:22
**oriented** [1] - 155:19
**original** [7] - 128:23, 129:7, 130:8, 130:23, 206:7, 208:4, 265:21
**Orlando** [1] - 23:12
**Oscar** [3] - 40:16, 102:14, 104:24
**OSP** [5] - 141:15, 158:1, 220:15, 220:16, 244:17
**otherwise** [5] - 81:8, 111:2, 195:2, 259:3, 269:11
**ourselves** [3] - 193:15, 193:16, 210:24
**outcome** [3] - 110:9, 214:9, 269:12
**outer** [2] - 208:12, 224:9
**outlined** [1] - 239:18
**output** [2] - 128:16, 128:25
**outside** [18] - 4:21, 48:22, 56:3, 61:12, 94:20, 95:9, 106:14, 106:16, 108:23, 135:2, 164:17, 164:20, 166:2, 166:10, 213:24, 215:6, 215:25, 216:1
**overcame** [1] - 225:24
**overestimate** [1] - 71:14
**overlaps** [1] - 127:23
**overpaid** [10] - 67:5, 78:18, 162:23, 168:25, 169:2, 174:13, 174:17, 174:22, 174:23, 254:24

**overpay** [6] - 74:1, 74:4, 174:18, 184:13, 184:19, 184:23
**overpayment** [4] - 131:16, 131:17, 131:18, 131:19
**overpayments** [6] - 14:7, 39:21, 84:14, 162:6, 162:20, 164:13
**overrule** [1] - 108:5
**overruled** [3] - 212:1, 236:5, 236:15
**oversee** [1] - 49:8
**overview** [5] - 116:18, 133:21, 133:25, 134:1, 260:19
**overwhelming** [2] - 124:15, 150:21
**owe** [11] - 82:25, 122:15, 123:20, 123:21, 146:1, 152:10, 172:15, 174:25, 184:5, 185:13
**owed** [22] - 14:6, 14:9, 37:10, 59:7, 121:13, 122:22, 124:2, 124:13, 131:14, 131:15, 160:9, 161:18, 183:23, 184:24, 192:1, 192:2, 194:14, 250:16, 255:1
**owes** [6] - 33:10, 122:15, 124:15, 161:12, 162:16, 172:13
**owing** [1] - 174:13
**own** [27] - 20:12, 20:13, 60:3, 66:10, 81:7, 98:16, 112:10, 115:24, 119:5, 119:6, 127:6, 127:8, 130:16, 136:16, 136:19, 138:8, 138:20, 159:3, 172:2, 179:11, 187:3, 197:21, 201:21, 231:22, 235:18, 235:19
**owned** [2] - 160:12, 236:8
**owner** [8] - 30:1, 66:21, 140:7, 140:8, 153:7, 191:5, 191:17, 226:12
**owners** [1] - 235:9
**oxidize** [2] - 218:23, 220:23
**oxidizes** [1] - 218:17

**P**

**p.m** [13] - 48:15, 72:17, 117:21, 117:25, 118:1, 133:4, 185:21, 185:22, 185:24, 225:1, 268:23
**Pacific** [1] - 146:8
**package** [1] - 36:11

**packing** [4] - 43:16,
143:24, 144:11, 145:22
**page** [6] - 152:15,
188:20, 245:13, 245:25,
246:1, 246:18
**Page** [9] - 188:21, 237:3,
239:10, 241:4, 255:7,
256:24, 258:20, 260:14,
265:6
**pagers** [1] - 196:23
**pages** [3] - 241:8, 244:7,
269:3
**paid** [21] - 14:5, 24:17,
24:21, 37:24, 41:16,
41:20, 45:14, 74:5, 76:6,
77:6, 158:22, 161:9,
164:5, 168:6, 180:6,
182:22, 183:13, 183:15,
229:7, 230:6, 230:7
**painful** [1] - 149:24
**painted** [1] - 229:24
**Pakistan** [1] - 20:9
**palladium** [1] - 218:21
**panel** [2] - 5:14, 105:12
**paper** [2] - 57:20, 142:2
**paperwork** [2] - 30:10,
30:12
**paragraph** [2] - 233:6,
243:20
**Paragraph** [1] - 261:6
**paralegal** [5] - 3:20,
3:23, 10:23, 11:11, 11:13
**parallel** [1] - 111:14
**parameter** [1] - 4:22
**parameters** [1] - 240:11
**pardon** [1] - 90:15
**parentheses** [2] - 254:7,
254:22
**parents** [3] - 26:11, 97:9,
97:10
**Parisi** [1] - 12:22
**park** [2] - 61:25, 135:3
**Park** [1] - 62:1
**parked** [1] - 72:1
**parking** [1] - 72:2
**Parkland** [1] - 125:19
**part** [30] - 8:18, 22:7,
42:12, 45:17, 52:18, 81:3,
110:3, 124:8, 130:20,
132:6, 139:5, 142:13,
143:11, 147:1, 148:20,
149:2, 152:3, 156:5,
164:3, 171:16, 180:4,
192:21, 197:12, 215:11,
223:6, 228:24, 229:22,
232:1, 241:7, 267:2
**participants** [1] - 8:17
**participated** [1] - 105:6
**participating** [1] - 98:21
**particular** [9] - 29:2,

38:14, 93:23, 158:20,
162:7, 165:2, 221:17,
240:7, 257:19
**particularly** [2] - 125:10,
154:5
**parties** [18] - 5:24, 8:3,
8:7, 13:24, 48:8, 95:10,
106:10, 113:14, 114:19,
118:3, 133:11, 151:24,
152:1, 153:18, 156:2,
265:23, 267:3, 269:9
**partner** [2] - 138:21
**partnership** [2] - 193:21,
226:13
**parts** [12] - 42:17, 43:5,
146:3, 146:25, 149:6,
149:11, 149:14, 149:21,
157:2, 183:10, 208:16,
215:23
**party** [11] - 28:4, 119:5,
119:10, 119:11, 131:23,
151:23, 151:25, 152:1,
153:8, 191:9
**pass** [2] - 238:5, 240:22
**passed** [2] - 27:21,
228:15
**passing** [2] - 130:7,
226:1
**passion** [1] - 18:1
**passive** [1] - 166:25
**past** [7] - 43:13, 68:23,
94:1, 156:22, 157:1,
190:18, 190:19
**pastries** [1] - 268:7
**paternal** [1] - 49:21
**path** [1] - 25:6
**Paulikens** [1] - 12:23
**pause** [1] - 247:25
**pay** [41] - 35:25, 37:11,
44:18, 44:19, 67:4, 74:2,
75:1, 75:7, 75:17, 80:13,
82:10, 93:8, 116:7,
146:20, 147:6, 147:22,
148:2, 149:18, 158:19,
158:24, 159:9, 159:11,
159:12, 160:3, 160:17,
161:15, 161:17, 161:18,
167:21, 169:7, 182:25,
183:1, 183:16, 197:17,
256:16, 256:21, 257:18,
257:21
**payable** [3] - 37:6,
177:17, 252:13
**paycheck** [1] - 158:21
**paying** [13] - 116:3,
133:13, 149:4, 159:3,
161:14, 164:2, 169:14,
182:19, 187:10, 194:4,
194:7, 250:19, 250:24
**Payment** [1] - 256:25

**payment** [28] - 93:6,
147:6, 148:22, 148:25,
149:5, 149:19, 165:1,
169:4, 185:3, 191:23,
229:1, 250:18, 251:4,
252:9, 252:21, 252:23,
253:7, 253:9, 253:13,
253:22, 254:18, 254:19,
254:20, 255:4, 257:3,
257:16, 258:11
**payments** [11] - 76:10,
147:11, 160:4, 160:8,
160:11, 163:5, 165:2,
168:8, 168:9, 250:21,
254:17
**payroll** [2] - 65:6, 65:10
**pays** [4] - 74:25, 75:1,
75:6, 148:15
**PCB** [17] - 176:9, 183:15,
196:18, 198:5, 205:24,
206:13, 210:17, 217:18,
219:1, 222:12, 222:13,
222:16, 222:17, 223:15,
224:8, 242:14
**PCBs** [16] - 137:9,
139:11, 140:18, 142:4,
176:16, 176:17, 183:6,
207:22, 209:1, 209:21,
212:19, 219:10, 222:3,
222:13, 222:14, 224:16
**peak** [1] - 231:20
**pen** [1] - 115:15
**penalize** [1] - 81:21
**penalties** [21] - 45:14,
119:19, 119:24, 119:25,
120:3, 120:8, 120:23,
129:2, 129:11, 130:4,
132:18, 163:11, 165:4,
165:5, 165:17, 165:23,
168:11, 169:8, 169:15,
174:19, 176:23
**penalty** [19] - 35:17,
36:7, 36:20, 82:5, 118:17,
118:23, 119:15, 128:3,
128:15, 129:5, 132:7,
145:4, 145:10, 155:16,
163:6, 163:16, 166:1,
169:12, 169:13
**pending** [3] - 19:14,
51:7, 51:14
**Pennsylvania** [1] -
198:22
**penny** [1] - 163:23
**people** [88] - 6:1, 6:5,
6:23, 7:1, 7:11, 9:10,
9:12, 10:9, 11:20, 11:21,
12:1, 12:19, 17:11, 21:3,
23:14, 35:3, 35:15, 39:7,
41:9, 41:11, 41:16, 45:13,
45:16, 47:24, 49:11,

49:15, 49:16, 51:2, 62:7,
62:10, 73:11, 73:18,
73:23, 74:16, 79:2, 79:17,
84:4, 84:7, 85:12, 88:2,
88:10, 88:12, 88:15,
88:21, 91:2, 91:5, 91:6,
91:17, 92:5, 92:6, 92:8,
92:9, 93:13, 93:22, 94:2,
106:15, 111:10, 119:13,
135:24, 136:1, 136:2,
136:12, 138:11, 143:8,
143:22, 144:20, 153:11,
154:10, 156:7, 166:15,
167:7, 174:2, 176:17,
176:18, 178:8, 178:15,
179:2, 179:4, 180:14,
187:22, 201:8, 203:5,
215:5, 216:9, 227:5,
231:21, 233:22, 242:7
**people's** [2] - 83:17, 92:1
**per** [14] - 215:12, 239:17,
245:9, 246:13, 246:15,
246:16, 247:24, 261:8,
261:16, 262:1, 262:7,
264:15, 264:16, 264:17
**Per** [1] - 262:2
**percent** [19] - 6:9, 79:21,
100:2, 112:7, 149:17,
202:7, 221:7, 231:13,
240:8, 240:14, 240:15,
240:16, 247:22, 248:18,
249:4, 249:5, 249:9
**peremptories** [2] - 96:1,
102:16
**peremptory** [7] - 95:12,
100:17, 100:19, 101:12,
102:12, 103:22, 103:23
**Perez** [3] - 43:20, 90:14,
90:15
**PEREZ** [1] - 90:20
**perform** [1] - 213:23
**performance** [3] -
196:10, 196:11, 205:23
**performed** [3] - 22:12,
120:11, 229:17
**performing** [1] - 22:16
**perfumes** [1] - 60:9
**perhaps** [7] - 91:9,
91:21, 99:1, 128:17,
155:22, 217:14, 234:12
**period** [12] - 6:5, 35:16,
142:11, 142:12, 163:14,
166:4, 178:10, 178:11,
226:3, 257:17, 264:7,
264:15
**periods** [1] - 164:25
**perishable** [1] - 45:11
**permit** [2] - 50:21,
111:21
**permitting** [1] - 31:12

**person** [25] - 21:11,
25:23, 26:19, 26:20,
33:25, 42:7, 49:16, 74:1,
74:4, 74:5, 74:6, 74:8,
78:20, 89:25, 92:13,
134:15, 136:12, 176:9,
178:19, 178:20, 178:21,
181:16, 201:13, 216:3,
228:13
**personal** [12] - 14:11,
46:2, 46:5, 78:18, 140:12,
156:3, 156:7, 156:13,
159:21, 201:4, 227:17,
227:19
**personally** [2] - 200:25,
227:1
**perspective** [6] - 81:23,
91:15, 134:3, 161:2,
196:11, 196:12
**ph)** [1] - 21:21
**ph.)** [2] - 21:20, 36:23
**pharmacist** [1] - 59:23
**Philippines** [1] - 214:24
**Philome** [3] - 62:17,
62:20, 62:21
**phone** [4] - 72:14,
112:23, 117:6, 225:17
**phones** [3] - 18:15,
18:20, 117:6
**phonetic** [1] - 21:18
**photograph** [2] - 34:14,
106:9
**photographs** [1] - 35:15
**photography** [1] - 34:10
**phrase** [1] - 142:25
**physical** [1] - 205:7
**physically** [3] - 54:11,
205:9, 217:14
**physician** [1] - 16:5
**pick** [2] - 19:5, 99:23
**picked** [3] - 16:14, 114:4,
225:17
**picking** [1] - 99:21,
103:6, 202:22
**picks** [1] - 178:4
**picture** [14] - 86:14,
116:20, 121:22, 121:23,
134:3, 134:8, 138:13,
139:14, 140:6, 150:15,
152:14, 226:23, 228:3,
237:25
**pictures** [2] - 112:25,
166:16
**pie** [1] - 170:1
**piece** [7] - 108:6, 108:9,
109:17, 155:18, 161:24,
211:7, 238:21
**pieces** [8] - 87:5, 144:8,
144:9, 190:17, 206:17,
215:12, 215:13, 232:1

**ping** [2] - 227:24, 227:25
**pinon** [1] - 97:10
**Pinon** [6] - 15:20, 96:15, 97:9, 97:17, 104:10, 105:1
**pivot** [1] - 232:4
**pizza** [1] - 163:9
**Pizza** [2] - 80:23, 145:12
**place** [19] - 6:10, 8:5, 55:11, 116:19, 129:18, 135:25, 136:1, 141:25, 205:4, 205:5, 222:22, 222:24, 223:2, 247:19, 247:21, 253:10, 257:5, 257:6, 257:13
**placed** [3] - 121:3, 121:12, 259:9
**places** [4] - 111:17, 134:5, 135:15, 142:8
**Placido** [1] - 22:8
**placing** [2] - 238:4, 247:19
**plaintiff** [37] - 3:4, 5:22, 10:10, 10:18, 10:21, 13:24, 59:3, 59:6, 59:8, 59:9, 59:11, 60:18, 73:3, 95:13, 96:17, 97:22, 99:13, 100:10, 100:13, 100:24, 101:4, 101:5, 101:17, 102:5, 102:7, 102:9, 103:3, 103:25, 104:3, 104:5, 110:16, 115:1, 131:5, 133:7, 150:7, 150:10
**plaintiff's** [1] - 100:18
**plaintiffs** [1] - 33:10
**plan** [3] - 239:2, 268:13, 268:14
**planning** [1] - 203:11
**Planning** [1] - 69:9
**plant** [1] - 142:6
**Plantation** [7] - 135:15, 135:17, 136:18, 139:24, 195:11, 195:13, 196:24
**plastic** [3] - 159:7, 183:14, 197:25, 198:2, 198:4, 198:5, 198:6, 198:14
**plastic-injection** [1] - 198:14
**plastics** [1] - 183:11
**platform** [1] - 144:6
**play** [6] - 18:3, 18:4, 173:18, 185:8, 185:10, 219:2
**played** [1] - 87:13
**player** [1] - 195:17
**playing** [2] - 176:12, 227:24
**plays** [1] - 87:19
**plead** [3] - 124:14,

**130**:12, 130:17
**pleading** [2] - 129:17, 130:25
**pleadings** [1] - 124:16
**pleasure** [1] - 175:9
**pled** [2] - 128:22, 129:18
**PO** [1] - 143:2
**pocket** [2] - 93:9, 137:14
**podcasts** [1] - 86:21
**point** [33] - 82:18, 90:23, 96:22, 99:21, 132:19, 143:12, 146:9, 153:1, 171:20, 191:7, 191:16, 197:9, 197:20, 197:22, 198:9, 198:20, 199:10, 201:5, 211:3, 228:2, 228:5, 230:14, 230:17, 231:14, 231:24, 232:5, 233:19, 235:15, 235:17, 238:10, 248:9, 250:23, 267:18
**points** [4] - 88:8, 144:2, 202:12, 244:1
**Poland** [2] - 22:3, 22:4
**pong** [2] - 227:24, 227:25
**pool** [4] - 31:2, 31:3, 31:6, 35:18
**pools** [2] - 30:2, 30:10
**poor** [1] - 192:23
**pop** [1] - 144:7
**portion** [2] - 200:6, 244:5
**position** [11] - 174:17, 174:22, 174:23, 184:5, 184:6, 184:13, 184:19, 184:23, 184:24, 196:25
**positions** [1] - 52:9
**positive** [1] - 250:25
**possible** [1] - 11:25
**possibly** [1] - 164:16
**post** [5] - 79:16, 113:11, 164:12, 228:18, 258:14
**post-COVID** [1] - 79:16
**pot** [1] - 135:24
**pouring** [1] - 62:6
**power** [3] - 207:1, 207:4, 207:6
**powered** [1] - 137:24
**PowerPoint** [1] - 179:10
**pox** [1] - 26:24
**practice** [3] - 16:6, 16:16, 27:18
**practiced** [3] - 12:4, 13:4, 27:16
**practicing** [4] - 16:9, 27:9, 175:9, 183:8
**practitioner** [2] - 47:18, 48:3
**preaudits** [1] - 229:18
**precise** [1] - 136:9

**precision** [1] - 219:23
**preclude** [1] - 132:6
**predominantly** [1] - 213:1
**preference** [1] - 126:14
**prejudice** [3] - 110:10, 131:5, 236:12
**preliminary** [1] - 105:19
**premium** [4] - 164:2, 164:6, 166:6, 168:5
**premiums** [5] - 163:18, 166:3, 168:3, 169:20, 169:21
**prepare** [1] - 55:2
**prepared** [1] - 127:18
**preparing** [3] - 114:20, 179:2, 179:4
**preponderance** [3] - 110:18, 111:1, 111:7
**prepreg** [2] - 224:12
**preprogram** [1] - 208:6
**prescribed** [1] - 128:18
**presence** [3] - 94:20, 95:9, 108:23
**present** [8] - 11:16, 14:12, 133:17, 159:18, 166:14, 167:11, 167:14, 170:4
**presentation** [1] - 204:19
**presented** [3] - 106:6, 150:12, 170:6
**presents** [1] - 34:19
**President** [1] - 46:16
**president** [1] - 55:5
**pressing** [1] - 224:9
**pressure** [2] - 197:15, 233:17
**pretrial** [7] - 128:1, 128:5, 128:23, 129:7, 130:23, 131:2, 131:4
**pretty** [4] - 52:8, 130:2, 143:20, 224:5
**prevalent** [1] - 220:14
**prevent** [1] - 98:20
**previous** [8] - 3:25, 65:18, 65:23, 191:17, 206:25, 235:9, 249:1, 254:15
**previously** [3] - 45:5, 68:13, 131:23
**price** [38] - 93:9, 130:19, 131:3, 147:1, 163:24, 164:2, 164:6, 238:13, 238:16, 238:17, 239:21, 239:22, 240:4, 240:16, 240:18, 240:19, 240:23, 241:11, 242:8, 242:9, 242:14, 242:18, 242:19, 242:23, 244:6, 246:24, 248:22, 255:10, 255:24,

**256**:1, 256:4, 256:7, 256:11, 256:13, 256:14, 259:17
**prices** [5] - 166:5, 238:16, 240:8, 240:10, 255:16
**pricing** [17] - 163:20, 166:7, 169:19, 239:14, 239:18, 239:19, 239:20, 240:1, 240:11, 240:25, 241:11, 241:14, 243:21, 244:2, 245:15, 247:14, 255:18
**primarily** [1] - 154:16
**primary** [3] - 140:7, 140:8, 153:7
**principal** [1] - 228:5
**principals** [1] - 113:4
**principle** [2] - 9:8, 9:9
**principles** [2] - 105:17, 131:7
**print** [1] - 101:24
**Printed** [8] - 14:2, 138:24, 233:9, 233:10, 233:11, 233:14, 233:15, 234:1
**printed** [61] - 14:4, 135:19, 135:20, 137:6, 137:8, 137:9, 137:15, 137:17, 137:18, 137:24, 138:2, 138:7, 138:13, 138:16, 139:8, 140:1, 141:10, 151:22, 156:17, 157:2, 157:22, 159:4, 159:11, 195:20, 195:24, 196:13, 196:16, 196:22, 197:2, 197:8, 197:11, 197:24, 198:8, 198:10, 202:6, 202:9, 203:22, 207:2, 207:3, 207:5, 207:9, 207:12, 207:16, 211:6, 211:9, 212:24, 217:13, 217:20, 219:15, 219:16, 220:4, 220:12, 221:2, 221:17, 222:8, 235:21, 235:23, 246:11, 255:23, 264:13
**prisons** [1] - 113:24
**Private** [2] - 144:23, 214:20
**problem** [28] - 31:19, 32:22, 34:3, 39:22, 54:6, 77:11, 77:17, 78:9, 98:6, 129:16, 130:2, 158:18, 158:24, 158:25, 159:10, 160:19, 161:5, 165:18, 177:23, 177:24, 180:20, 193:9, 193:11, 193:14, 194:9, 194:15, 212:13
**problems** [14] - 94:3,

**158**:16, 158:17, 159:2, 159:22, 160:5, 161:4, 170:16, 187:9, 193:18, 193:25, 194:2, 229:1, 229:2
**procedure** [6] - 106:2, 108:2, 113:7, 113:10, 266:8, 266:11
**procedures** [2] - 41:8, 114:3
**proceed** [1] - 133:6
**proceedings** [2] - 8:15, 269:5
**Proceedings** [1] - 268:23
**process** [24] - 7:10, 35:8, 41:19, 50:15, 95:12, 141:7, 142:4, 146:5, 147:8, 147:9, 148:20, 162:8, 162:17, 164:1, 164:13, 203:12, 203:23, 204:17, 205:2, 206:14, 223:6, 223:13, 223:24, 243:4
**processes** [6] - 203:23, 221:11, 221:13, 222:5, 223:12
**procure** [1] - 44:11
**procurement** [2] - 43:24, 44:8
**produce** [7] - 142:24, 143:1, 159:4, 163:8, 207:9, 212:24, 262:13
**produced** [1] - 111:4
**producing** [1] - 60:18
**product** [26] - 18:12, 39:20, 50:10, 118:24, 142:11, 145:21, 145:22, 146:10, 163:8, 169:10, 196:2, 201:24, 202:6, 203:16, 206:19, 207:6, 208:14, 210:16, 210:20, 214:8, 221:8, 222:19, 238:14, 238:24, 259:8, 260:24
**production** [19] - 139:13, 141:25, 142:2, 142:9, 142:23, 145:6, 207:11, 211:5, 221:2, 221:12, 239:3, 262:10, 262:17, 263:1, 263:2, 263:5, 263:17, 263:19
**products** [18] - 30:24, 45:10, 50:5, 60:15, 60:18, 67:2, 83:18, 121:6, 121:8, 137:22, 146:11, 147:19, 148:11, 217:8, 224:13, 256:21, 259:1
**professional** [3] - 21:24, 22:2, 22:5
**professionally** [1] -

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

175:7
  **professor** [1] - 25:4
  **profiles** [1] - 219:8
  **profit** [2] - 197:16,
240:14
  **profited** [1] - 140:15
  **profiting** [1] - 140:20
  **program** [8] - 32:12,
56:10, 56:11, 62:25, 63:5,
80:25, 144:5, 209:24
  **programmed** [2] -
209:21, 209:22
  **programming** [1] - 69:5
  **project** [3] - 197:9,
212:17, 215:9
  **projects** [1] - 206:4
  **prolonged** [1] - 35:21
  **promise** [9] - 31:2,
79:19, 94:7, 149:23,
151:16, 151:20, 152:2,
167:20, 169:16
  **promised** [5] - 80:16,
81:9, 82:11, 146:13,
169:18
  **promises** [6] - 81:3,
94:9, 152:2, 152:8,
168:17, 168:24
  **prompt** [1] - 9:11
  **promptly** [1] - 268:17
  **pronounce** [4] - 21:19,
47:14, 62:19, 67:16
  **pronouncing** [1] -
166:20
  **proof** [8] - 72:14, 115:2,
115:4, 142:19, 150:16,
150:23, 169:15, 181:5
  **proper** [3] - 108:4,
194:18, 219:25
  **properly** [3] - 39:21,
159:14, 219:24
  **properties** [2] - 40:22,
40:24
  **property** [8] - 40:19,
40:25, 41:22, 41:23,
50:13, 50:16, 50:21, 51:13
  **proposed** [1] - 126:22
  **prosecutor** [1] - 112:11
  **Prospective** [2] - 5:9,
5:14
  **PROSPECTIVE** [433] -
9:20, 9:24, 12:3, 12:7,
12:9, 12:11, 12:17, 13:4,
13:19, 15:21, 15:24, 16:1,
16:7, 16:10, 16:14, 16:18,
16:22, 17:1, 17:5, 17:7,
17:10, 17:12, 17:16,
17:18, 17:23, 18:2, 18:4,
18:8, 18:10, 18:14, 18:18,
18:22, 19:2, 19:9, 19:11,
19:15, 19:17, 19:22,

19:25, 20:3, 20:6, 20:8,
20:11, 20:13, 20:17,
20:20, 21:2, 21:9, 21:11,
21:20, 21:22, 21:25, 22:2,
22:7, 22:11, 22:21, 22:25,
23:5, 23:8, 23:11, 23:14,
23:17, 23:21, 23:23, 24:2,
24:5, 24:7, 24:11, 24:16,
24:18, 24:22, 24:25, 25:2,
25:9, 25:14, 25:16, 25:21,
25:24, 26:2, 26:9, 26:12,
26:16, 26:21, 27:3, 27:7,
27:10, 27:13, 27:20,
27:25, 28:7, 28:9, 28:11,
28:16, 28:18, 28:21,
28:24, 29:4, 29:6, 29:9,
29:11, 29:14, 29:25, 30:3,
30:5, 30:9, 30:14, 30:21,
30:25, 31:4, 31:10, 31:22,
32:4, 32:6, 32:8, 32:11,
32:14, 32:16, 32:18, 33:1,
33:7, 33:14, 33:17, 33:21,
34:1, 34:5, 34:7, 34:9,
34:16, 34:18, 34:23, 35:5,
35:9, 35:11, 35:13, 35:19,
36:1, 36:4, 36:8, 36:16,
36:19, 36:21, 36:24, 37:2,
37:4, 37:8, 37:11, 37:15,
37:19, 37:25, 38:4, 38:7,
38:9, 38:12, 38:16, 38:20,
38:24, 39:1, 39:5, 39:8,
39:11, 39:14, 39:17,
39:23, 40:4, 40:6, 40:9,
40:13, 40:17, 40:20,
40:22, 40:25, 41:3, 41:6,
41:12, 41:14, 41:18,
41:23, 42:2, 42:4, 42:9,
42:14, 42:17, 42:20,
42:24, 43:1, 43:5, 43:8,
43:15, 43:19, 43:21,
43:23, 44:1, 44:3, 44:6,
44:13, 44:20, 44:22, 45:1,
45:6, 45:15, 45:23, 46:4,
46:9, 46:12, 46:14, 46:19,
46:23, 47:1, 47:3, 47:7,
47:10, 47:15, 47:17,
47:19, 47:22, 48:1, 48:4,
48:7, 48:14, 48:17, 48:20,
48:23, 49:2, 49:7, 49:15,
49:23, 49:25, 50:7, 50:15,
50:18, 50:20, 51:5, 51:8,
51:10, 51:13, 51:19,
51:21, 51:23, 51:25, 52:3,
52:6, 52:11, 52:14, 52:16,
52:19, 52:21, 52:24, 53:3,
53:5, 53:7, 53:10, 53:14,
53:17, 53:22, 54:1, 54:5,
54:8, 54:15, 54:17, 54:20,
54:22, 54:24, 55:3, 55:8,
55:12, 55:16, 55:19,
55:22, 56:2, 56:5, 56:8,

56:12, 56:14, 56:17,
56:19, 56:21, 56:24, 57:2,
57:4, 57:7, 57:10, 57:12,
57:15, 57:19, 58:3, 58:6,
58:8, 58:11, 58:14, 58:18,
58:21, 58:24, 59:2, 59:12,
59:15, 59:17, 59:19,
59:21, 59:24, 60:1, 60:4,
60:8, 60:13, 60:16, 60:22,
60:25, 61:3, 61:6, 61:9,
61:11, 61:14, 61:16,
61:18, 61:21, 61:24, 62:2,
62:4, 62:9, 62:13, 62:15,
62:18, 62:20, 62:23, 63:4,
63:9, 63:12, 63:15, 63:17,
63:19, 63:21, 63:23,
63:25, 64:2, 64:4, 64:6,
64:9, 64:11, 64:13, 64:17,
64:20, 65:1, 65:4, 65:10,
65:13, 65:16, 65:20,
65:22, 66:3, 66:7, 66:11,
66:14, 66:18, 66:23, 67:3,
67:6, 67:11, 67:14, 67:17,
67:20, 67:24, 68:7, 68:12,
68:17, 68:19, 68:23,
68:25, 69:3, 69:6, 69:8,
69:13, 69:16, 69:20,
69:24, 70:3, 70:23, 71:5,
71:10, 75:9, 75:18, 75:21,
76:12, 76:15, 76:20,
77:15, 77:18, 78:3, 78:21,
79:3, 79:7, 79:11, 80:10,
80:13, 80:17, 81:13,
81:17, 81:25, 82:12,
82:16, 83:7, 83:10, 83:12,
83:21, 83:23, 84:1, 85:25,
86:5, 86:10, 86:20, 87:9,
87:12, 87:17, 87:20,
87:25, 89:5, 89:8, 89:11,
89:15, 89:18, 89:21,
90:14, 90:20, 91:4, 91:9,
91:13, 91:20, 91:25, 92:3,
92:7, 92:17, 92:21, 93:3,
93:6, 93:21
  **prospective** [4] - 5:12,
94:19, 95:6, 95:9
  **protect** [3] - 7:2, 114:4,
220:21
  **protectant** [1] - 220:18
  **prove** [17] - 106:12,
110:19, 124:13, 142:18,
150:17, 151:7, 151:8,
151:15, 158:15, 162:19,
164:15, 164:24, 167:16,
167:18, 168:12, 169:6,
170:8
  **proved** [3] - 110:25,
111:7, 169:2
  **proven** [2] - 130:6, 152:6
  **provide** [8] - 67:24,

105:23, 137:6, 138:2,
145:1, 208:14, 238:13,
240:9
  **provided** [2] - 14:3, 67:2
  **provides** [1] - 10:4
  **providing** [1] - 33:9
  **province** [1] - 139:4
  **proving** [1] - 110:17
  **provision** [4] - 31:5,
31:7, 75:12, 79:4, 132:20,
168:21, 240:6, 255:11,
265:14, 265:15, 267:9,
267:15
  **provisions** [3] - 45:12,
153:25, 169:23
  **publish** [1] - 212:10
  **Publix** [3] - 63:18, 63:19,
64:1
  **pull** [2] - 186:10, 251:23,
266:23
  **purchase** [34] - 76:3,
76:17, 81:18, 82:9,
118:25, 120:13, 120:15,
121:2, 121:12, 122:5,
141:7, 141:8, 141:22,
143:2, 156:24, 160:22,
176:20, 204:20, 205:5,
205:6, 238:4, 238:23,
259:4, 259:9, 260:23,
261:23, 261:24, 262:20,
262:21, 262:23, 263:4,
263:13, 264:5
  **purchasing** [1] - 141:22
  **purpose** [6] - 109:10,
109:12, 109:14, 240:5,
259:6, 259:7
  **purposes** [7] - 71:20,
164:19, 188:4, 232:13,
245:22, 251:8, 251:23
  **push** [1] - 117:17
  **put** [39] - 15:10, 31:23,
33:23, 48:25, 55:4, 57:20,
87:5, 88:13, 90:8, 90:10,
110:20, 112:24, 123:17,
146:11, 146:14, 157:19,
158:5, 162:11, 163:21,
172:12, 176:2, 180:4,
180:5, 181:3, 181:7,
209:25, 210:6, 218:3,
221:10, 223:24, 223:25,
230:1, 231:24, 243:4,
248:8, 251:22, 263:4,
263:6, 263:19
  **puts** [3] - 87:23, 146:6,
212:9
  **putting** [1] - 233:17

**Q**

  **quality** [11] - 192:23,

201:24, 202:6, 203:16,
203:19, 203:20, 205:10,
214:8, 216:8, 231:22
  **quantity** [2] - 143:23,
147:1
  **questioning** [4] - 15:3,
35:7, 70:18, 130:3
  **questionnaires** [2] -
14:21, 15:5
  **questions** [35] - 8:10,
9:4, 9:5, 9:25, 10:6,
14:18, 14:25, 15:2, 30:22,
31:16, 33:1, 39:24, 42:6,
45:2, 70:2, 70:4, 72:23,
73:1, 73:10, 73:15, 77:20,
78:12, 79:14, 84:13,
84:15, 84:17, 89:13,
106:1, 107:6, 172:24,
173:2, 178:14, 190:8,
260:20, 265:13
  **quick** [1] - 78:11
  **quickly** [2] - 78:16, 246:8
  **quite** [4] - 22:22, 41:24,
152:11, 236:12
  **quotations** [1] - 124:2
  **quoted** [1] - 178:1

**R**

  **race** [3] - 157:12, 157:14,
160:6, 164:4
  **radars** [1] - 207:17
  **radically** [1] - 123:8
  **radios** [1] - 199:17
  **raining** [2] - 106:18,
106:19
  **raise** [16] - 5:11, 11:23,
13:2, 14:15, 73:17, 74:20,
80:2, 80:5, 80:9, 93:18,
175:10, 175:11, 182:11,
186:5, 250:2, 250:4
  **raised** [4] - 122:2, 128:4,
129:25, 132:1
  **raising** [4] - 75:4, 83:6,
123:15, 248:20
  **Rales** [3] - 36:23, 101:22,
101:23
  **ran** [3] - 36:25, 193:20,
198:7
  **Randall** [1] - 12:23
  **ranger** [1] - 61:25
  **rank** [1] - 213:11
  **rate** [3] - 208:9, 213:11,
239:22
  **rather** [9] - 6:10, 6:11,
9:13, 9:14, 193:21,
247:19, 248:17, 248:19,
248:24
  **rating** [2] - 221:25,
245:20

**ratings** [2] - 221:24,
245:20
**raw** [8] - 142:5, 159:4,
159:9, 183:3, 183:17,
222:25, 224:2
**RDR** [1] - 269:14
**reach** [4] - 58:12, 209:4,
209:22, 234:21
**reached** [4] - 46:22,
48:12, 152:20, 249:2
**reaching** [2] - 110:1,
117:1
**reacted** [1] - 124:8
**reacting** [1] - 99:3
**read** [12] - 11:24, 14:13,
47:7, 114:6, 114:10,
114:14, 127:6, 127:8,
237:14, 239:15, 240:5,
258:24
**reading** [2] - 177:25,
241:20
**reads** [1] - 173:14
**ready** [2] - 186:12, 226:7
**Real** [1] - 179:6
**real** [12] - 42:14, 42:22,
78:11, 98:19, 114:2,
154:20, 161:20, 170:16,
170:22, 226:12, 243:24,
246:8
**realistic** [1] - 35:24
**realize** [4] - 109:18,
156:2, 172:12, 174:6
**realized** [2] - 76:9, 197:5
**really** [33] - 25:10, 57:17,
66:24, 73:15, 74:12,
78:16, 85:5, 85:7, 98:20,
114:25, 121:9, 121:11,
129:24, 130:1, 140:24,
142:13, 145:5, 153:21,
155:20, 170:5, 173:23,
177:20, 177:22, 177:23,
178:20, 180:7, 181:24,
184:2, 193:2, 196:14,
238:25, 241:19
**reason** [17] - 9:3, 66:2,
73:25, 109:6, 117:9,
122:2, 140:23, 156:12,
161:4, 193:6, 219:5,
222:20, 235:20, 240:12,
253:16, 255:24, 255:25
**reasonable** [1] - 220:7
**reasonableness** [1] -
110:11
**reasons** [12] - 111:22,
117:4, 130:24, 156:1,
161:25, 192:17, 192:24,
193:7, 236:9, 240:17,
255:14, 268:7
**rebought** [1] - 233:15
**receipt** [2] - 43:17,

120:23
**receivable** [4] - 37:16,
37:18, 41:10, 177:18
**receive** [11] - 75:25, 79:9,
142:11, 143:2, 143:7,
144:8, 189:21, 192:7,
209:21, 217:8, 264:6
**received** [20] - 78:19,
83:18, 118:25, 121:6,
121:8, 121:10, 136:14,
143:4, 143:23, 145:7,
146:25, 189:8, 189:10,
189:13, 190:10, 192:6,
192:9, 232:16, 232:17,
252:3
**receives** [1] - 75:16
**receiving** [1] - 190:3
**recently** [2] - 24:23,
117:23
**recess** [2] - 70:9, 185:18
**recessed** [3] - 117:25,
185:22, 225:1
**reciprocated** [1] - 229:4
**recognize** [6] - 76:7,
97:2, 165:20, 189:16,
232:25, 252:8
**recognized** [1] - 201:22
**recollect** [5] - 199:9,
231:13, 245:18, 265:21,
267:10
**reconciliation** [8] -
162:7, 162:17, 163:25,
164:13, 164:21, 167:24,
169:3, 249:15
**reconciliations** [1] -
179:2
**reconciling** [1] - 250:11
**record** [3] - 8:15, 118:1,
118:2
**recorded** [1] - 33:23
**records** [3] - 142:17,
163:12, 165:14
**recover** [1] - 14:7
**recovery** [1] - 131:24
**recuperating** [1] - 228:3
**Red** [1] - 46:11
**red** [7] - 107:12, 107:15,
107:20, 107:22, 155:13,
162:4, 163:17
**redact** [1] - 122:9
**redacted** [2] - 121:19,
126:23
**redaction** [1] - 123:17
**reduction** [1] - 246:6
**Reef** [1] - 54:19
**Reemberto** [1] - 29:6
**reengaged** [1] - 228:1
**refer** [4] - 134:14,
153:23, 167:8, 167:11
**reference** [2] - 131:2,

229:21
**references** [1] - 122:7
**referred** [5] - 132:22,
137:4, 137:9, 138:3,
166:21
**referring** [7] - 82:10,
192:14, 217:10, 226:3,
252:22, 252:24, 264:18
**refers** [2] - 152:16, 265:4
**refresh** [5] - 3:7, 10:14,
123:19, 139:22, 166:9
**refreshes** [2] - 265:24,
266:4
**refusal** [1] - 162:6
**refused** [4] - 44:18,
161:18, 163:15, 165:24
**refusing** [1] - 168:24
**regard** [1] - 219:10
**regarding** [7] - 22:23,
121:2, 131:7, 179:11,
179:25, 230:22, 265:15
**regardless** [2] - 111:3,
111:4
**region** [1] - 139:7
**registered** [2] - 38:14,
57:10
**registration** [1] - 49:10
**regular** [3] - 76:21,
109:9, 164:5
**rehab** [1] - 54:8
**related** [12] - 19:20,
111:9, 120:4, 128:10,
128:25, 129:1, 129:4,
130:13, 167:6, 172:1,
244:4, 269:9
**relates** [1] - 266:12
**relating** [5] - 59:14,
118:6, 120:3, 125:19,
130:19
**relationship** [40] - 12:14,
25:23, 33:8, 33:11, 43:11,
44:14, 52:1, 52:11,
134:17, 134:18, 139:2,
139:22, 140:10, 140:13,
140:14, 147:12, 152:24,
153:8, 156:7, 157:1,
158:10, 159:21, 165:15,
193:22, 222:7, 224:17,
225:7, 225:8, 226:9,
227:18, 227:20, 227:22,
228:9, 231:1, 235:6,
235:8, 235:9, 236:19,
261:5, 261:9
**relationships** [3] - 156:4,
156:13, 213:24
**relative** [3] - 4:3, 106:22,
132:10
**relatively** [2] - 150:1,
166:3
**relatives** [1] - 26:7

**release** [8] - 145:5,
261:13, 261:21, 262:6,
262:16, 262:18, 263:2
**released** [5] - 238:22,
261:17, 261:20, 262:4,
262:10
**releases** [2] - 142:22,
262:20
**releasing** [3] - 142:1,
262:25, 263:1
**relevance** [4] - 119:20,
211:25, 236:4, 236:12
**relevant** [5] - 124:18,
129:10, 130:18, 159:17,
219:11
**relied** [1] - 203:8
**relies** [2] - 213:25, 216:2
**rely** [1] - 114:24
**remain** [1] - 5:11
**remains** [1] - 132:24
**remarkable** [1] - 135:11
**remarks** [1] - 243:24
**remember** [24] - 53:14,
53:18, 53:19, 66:11,
70:14, 84:4, 84:8, 87:21,
87:24, 90:10, 90:18,
107:18, 115:13, 115:24,
145:4, 153:3, 160:2,
160:6, 160:20, 185:4,
204:21, 204:24, 243:23
**reminded** [1] - 15:9
**remote** [1] - 137:16
**removed** [1] - 131:4
**render** [1] - 73:12
**rendering** [1] - 133:12
**Renminbi** [1] - 148:12
**rent** [2] - 40:22, 41:20
**rental** [1] - 60:4
**renting** [1] - 41:24
**repeat** [2] - 89:5, 212:2
**repeatable** [1] - 196:4
**reply** [1] - 250:8
**report** [3] - 105:4,
192:13, 192:25
**reported** [6] - 192:4,
192:9, 249:12, 269:5,
269:10
**Reporter** [1] - 269:15
**reporter** [4] - 8:14, 13:7,
77:25, 244:21
**reporting** [1] - 192:5
**reports** [3] - 114:6,
114:14, 129:5
**represent** [2] - 144:19,
269:3
**representation** [2] -
152:16, 233:4
**representative** [3] - 3:6,
3:7, 11:7
**represented** [4] - 133:19,

170:18, 190:24, 229:15
**representing** [2] -
134:15, 149:21
**repurchased** [1] - 233:20
**reputation** [2] - 211:15,
212:5
**request** [3] - 260:6,
260:10
**requested** [4] - 166:8,
219:3, 219:4, 219:5
**require** [3] - 161:16,
200:6, 219:23
**required** [8] - 37:21,
160:1, 161:15, 202:25,
208:15, 210:9, 216:17,
265:22
**requirement** [4] - 213:2,
213:3, 218:22, 227:15
**requirements** [4] -
190:20, 194:11, 207:23,
259:2
**requires** [4] - 119:15,
156:24, 210:15, 220:1
**requiring** [1] - 229:7
**research** [1] - 24:8
**researching** [1] - 24:10
**Resolution** [1] - 266:3
**resolve** [4] - 115:5,
125:12, 156:10, 162:12
**resolved** [5] - 16:21,
16:22, 19:13, 19:15, 59:16
**resolving** [1] - 7:7
**resort** [1] - 156:10
**resource** [2] - 144:5
**resources** [2] - 201:16,
216:13
**Resources** [1] - 69:8
**respect** [4] - 133:1,
133:16, 266:12, 267:6
**responded** [1] - 99:1
**response** [10] - 9:7, 50:3,
83:4, 84:5, 84:21, 88:6,
92:15, 93:16, 256:17,
264:21
**responses** [1] - 99:2
**responsible** [7] - 8:15,
37:14, 72:8, 116:3,
121:24, 202:21, 209:11
**rest** [1] - 116:6
**restaurant** [1] - 17:24
**restaurants** [1] - 203:6
**restoration** [1] - 64:22
**restroom** [1] - 73:5
**result** [3] - 19:8, 146:11,
152:6
**results** [1] - 41:8
**resurface** [1] - 31:2
**resurfacing** [1] - 30:2
**retail** [1] - 52:9
**retire** [1] - 150:13

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

294

retired [4] - 39:10, 57:6, 57:7, 57:11
retirement [2] - 57:14, 57:16
return [7] - 74:7, 74:10, 79:11, 80:14, 162:6, 167:20, 168:25
Return [1] - 191:11
returning [1] - 84:14
reverse [1] - 104:18
reverted [1] - 143:14
review [1] - 85:17
revolution [1] - 6:17
Rica [1] - 214:24
Richard [3] - 3:17, 11:9, 131:9
Richi [2] - 144:23, 214:20
RICHI [1] - 144:24
rid [1] - 35:5
right-hand [1] - 254:6
rights [1] - 7:2
Rishi [6] - 12:22, 154:17, 154:18, 177:11, 186:14, 189:24
RISHI [3] - 144:24, 186:14, 186:17
risk [4] - 67:20, 67:22, 68:2, 68:20
RMB [3] - 148:12, 239:24, 240:19
RMB/U.S [1] - 239:22
Road [2] - 201:1, 201:2
roadmap [1] - 151:5
Robert [1] - 5:16
robust [2] - 203:19, 218:2
robustness [1] - 196:10
Rodriguez [7] - 7:21, 7:22, 8:11, 29:21, 104:22, 105:9, 117:5
Roger [5] - 11:15, 11:16, 12:24, 173:21, 178:24
Roger's [1] - 173:12
ROK [57] - 140:9, 153:3, 153:5, 159:14, 160:11, 160:13, 160:15, 160:18, 161:5, 163:1, 163:2, 163:5, 164:23, 164:25, 168:8, 169:3, 190:11, 191:6, 191:11, 191:22, 192:1, 192:2, 192:7, 192:20, 192:21, 193:9, 193:10, 193:11, 193:17, 194:9, 233:10, 233:11, 233:14, 233:15, 233:25, 234:1, 234:22, 235:6, 235:8, 235:10, 235:11, 235:12, 235:15, 235:17, 235:18, 235:19, 236:8, 236:9, 236:20, 236:22,

237:16, 252:10
ROK's [2] - 161:4, 191:23
role [5] - 62:24, 64:21, 167:1, 191:6, 219:2
roll [2] - 126:16, 208:7
rolling [1] - 149:22
room [19] - 11:15, 88:10, 88:11, 106:13, 108:24, 117:4, 117:18, 143:10, 150:13, 154:10, 171:7, 179:3, 179:4, 181:13, 185:6, 230:1, 231:22, 268:4, 268:19
Rose [2] - 32:7, 101:10
rosenthal [2] - 102:20, 170:14
ROSENTHAL [135] - 3:5, 4:6, 4:10, 4:13, 4:20, 10:11, 10:24, 29:16, 29:20, 73:4, 73:8, 74:15, 75:10, 75:19, 76:5, 76:13, 76:18, 76:25, 77:16, 77:19, 78:1, 78:6, 78:9, 78:22, 79:4, 79:8, 79:12, 80:11, 80:15, 80:18, 81:14, 81:22, 82:1, 82:14, 82:17, 83:5, 83:9, 83:11, 83:15, 83:22, 83:24, 84:2, 84:6, 84:22, 96:5, 96:16, 97:21, 97:25, 98:4, 99:10, 99:13, 99:20, 100:10, 100:13, 100:16, 100:24, 101:5, 101:17, 101:25, 102:5, 102:8, 102:21, 103:3, 103:6, 103:12, 103:18, 104:1, 104:4, 126:7, 127:4, 127:16, 133:8, 186:3, 186:21, 187:24, 188:3, 188:12, 188:15, 188:18, 188:23, 189:1, 189:11, 204:14, 212:3, 217:4, 217:6, 224:23, 225:3, 225:4, 232:12, 232:18, 232:21, 236:6, 236:16, 237:3, 237:5, 239:10, 239:12, 241:3, 241:5, 243:19, 243:22, 244:11, 244:13, 245:12, 245:14, 246:17, 246:19, 247:2, 247:3, 251:6, 251:10, 251:17, 251:22, 252:4, 252:7, 252:15, 252:17, 253:1, 253:5, 255:6, 255:9, 256:24, 257:1, 258:20, 258:23, 259:25, 260:2, 265:5, 265:8, 266:1, 266:2, 266:22, 267:1, 267:17

Rosenthal [13] - 3:6, 4:16, 10:12, 73:2, 85:3, 85:9, 126:5, 133:7, 175:6, 176:14, 181:2, 182:15, 183:5
Rostock [1] - 22:4
roughly [2] - 212:23, 226:4
Royal [2] - 22:13, 22:15
rude [1] - 8:8
rule [1] - 85:15
ruled [2] - 189:4, 189:5
Rules [4] - 8:1, 108:2, 113:7, 113:9
ruling [6] - 3:25, 6:21, 108:18, 122:12, 123:25, 124:17
rulings [1] - 123:5
run [10] - 32:12, 33:22, 111:13, 157:6, 157:14, 171:13, 175:2, 182:23, 208:7, 230:16
running [1] - 117:9, 166:25, 182:19, 264:2
rust [1] - 218:19

**S**

sacrifice [1] - 133:15
sad [1] - 180:10
safe [1] - 268:21
safety [1] - 204:8
Sage [3] - 119:8, 119:14, 144:4
salaries [1] - 159:3
sales [29] - 17:18, 17:19, 17:20, 17:21, 17:24, 18:19, 144:21, 145:2, 145:13, 149:13, 160:22, 176:5, 176:6, 176:7, 176:9, 176:16, 176:18, 176:19, 197:13, 214:9, 215:1, 215:2, 215:7, 215:10, 215:25, 216:1, 233:17, 259:4
salesman [1] - 176:11
salesmen [1] - 176:11
salespeople [4] - 176:13, 176:15, 176:24, 215:16
salesperson [1] - 197:15
sanctions [1] - 119:19
Sandra [1] - 29:21
Sarah [3] - 24:4, 99:17, 104:25
sat [2] - 28:15, 31:25
Saturday [1] - 35:24, 62:6, 122:8
Saumell [11] - 17:4, 77:21, 77:24, 78:2, 82:20, 92:2, 96:11, 97:18,

104:11, 105:1, 114:8
save [1] - 14:22
saw [9] - 106:8, 128:10, 130:6, 171:16, 171:17, 198:23, 198:24, 246:6, 264:24
sayonara [1] - 180:10
scale [7] - 150:15, 150:18, 150:19, 150:22, 150:24, 170:7
scales [2] - 110:22, 110:23
scattered [1] - 161:23
scenario [2] - 211:9, 262:13
scene [1] - 112:19
schedule [14] - 30:24, 45:10, 50:5, 50:9, 71:1, 72:5, 126:15, 160:8, 259:2, 259:5, 260:4, 260:16, 261:7, 263:11
Schedule [3] - 239:18, 241:2, 241:4, 259:3, 259:13, 259:14, 259:18, 259:25, 260:7, 260:8, 260:13, 265:1, 265:4
scheduled [1] - 72:9
schedules [2] - 116:16, 259:14
scheduling [3] - 71:13, 71:19, 125:5
Schenker [1] - 34:12
scholarship [1] - 63:6
scholarships [1] - 62:24
school [16] - 12:11, 15:22, 24:20, 32:10, 48:4, 49:17, 56:6, 56:16, 62:22, 71:8, 93:17, 96:23, 96:25, 135:13, 136:14, 173:15
School [1] - 125:19
science [1] - 25:4
Scola [6] - 5:17, 8:4, 73:14, 150:5, 150:14, 161:22
Scott [1] - 61:23
screen [5] - 141:1, 158:13, 188:8, 197:7, 232:23
screens [2] - 137:17, 188:7
searches [1] - 115:7
season [2] - 24:14, 36:9
seat [14] - 70:16, 104:22, 137:23, 137:24, 150:25, 156:18, 186:9, 209:3, 210:21, 210:22, 210:25, 211:6, 211:8
seated [12] - 5:15, 7:11, 7:20, 8:13, 10:2, 10:9, 10:13, 11:6, 11:15, 95:8,

105:14, 186:1
seats [1] - 208:12
second [28] - 22:21, 57:24, 74:22, 95:23, 96:6, 99:19, 100:6, 100:21, 102:10, 102:11, 103:16, 103:19, 107:6, 129:1, 154:22, 156:12, 163:1, 163:5, 164:22, 169:6, 169:14, 196:4, 204:23, 209:8, 209:9, 238:12, 246:2, 256:7
secondary [1] - 265:22
seconds [1] - 112:24
secret [3] - 118:14, 159:1
secretary [1] - 116:5
section [6] - 52:9, 258:17, 265:13, 266:1, 266:3, 266:15
Section [10] - 239:11, 239:14, 240:2, 255:8, 255:15, 256:25, 257:2, 258:21, 260:1, 266:23
sector [1] - 66:25
SECURITY [1] - 132:14
security [3] - 10:2, 10:4, 113:25
see [105] - 8:20, 20:24, 21:8, 21:12, 32:1, 34:3, 40:4, 46:6, 47:23, 57:19, 74:10, 86:4, 86:8, 86:9, 86:12, 87:15, 88:24, 95:5, 98:11, 98:12, 98:17, 99:2, 99:4, 106:14, 106:15, 106:17, 108:6, 108:8, 109:19, 110:6, 112:25, 117:19, 117:22, 117:24, 137:11, 138:18, 140:25, 141:12, 142:18, 144:17, 146:1, 146:22, 147:21, 149:4, 152:13, 153:19, 154:17, 154:21, 155:11, 155:14, 158:16, 158:25, 159:6, 159:25, 160:6, 160:12, 160:23, 161:10, 162:1, 162:7, 164:21, 165:22, 167:3, 167:4, 167:21, 168:1, 168:19, 171:11, 171:13, 172:11, 172:21, 173:9, 179:15, 183:25, 185:8, 185:18, 188:2, 188:5, 188:8, 188:16, 188:20, 189:14, 189:24, 191:1, 196:15, 198:15, 203:15, 203:25, 207:7, 216:17, 232:18, 232:22, 240:2, 244:8, 251:21, 252:16, 252:20, 253:4, 253:21, 254:6, 265:24, 267:2, 268:22

KEYWORD INDEX

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**seeing** [4] - 86:14, 92:23, 92:24
**seek** [1] - 152:9
**seeking** [4] - 120:5, 121:5, 131:24, 168:10
**seeks** [2] - 14:7, 132:6
**seem** [2] - 22:19, 203:10
**sees** [1] - 123:2
**select** [2] - 5:19, 170:25
**selected** [11] - 24:2, 35:2, 35:4, 38:8, 55:15, 62:13, 94:24, 95:1, 95:4, 105:16, 133:11
**selection** [4] - 95:11, 149:9, 151:10, 172:1
**selections** [2] - 70:19, 94:21
**sell** [6] - 79:19, 79:24, 139:25, 164:8, 197:8, 226:8
**seller** [1] - 83:13
**selling** [9] - 21:4, 40:12, 81:5, 81:10, 148:9, 176:16, 197:10, 197:11, 197:13
**sells** [1] - 199:17
**send** [22] - 30:13, 41:10, 76:3, 76:21, 76:22, 83:19, 94:24, 140:18, 144:2, 147:21, 147:25, 148:13, 160:14, 160:15, 160:17, 161:5, 163:1, 164:24, 187:21, 249:4, 262:21
**sender** [1] - 189:17
**sending** [6] - 65:9, 145:23, 148:23, 204:20, 253:18, 254:17
**sends** [4] - 141:6, 147:10, 147:13, 148:20
**sense** [7] - 77:19, 78:7, 111:15, 141:23, 172:18, 175:18
**sensitive** [2] - 84:10, 169:8
**sent** [13] - 3:22, 63:5, 76:2, 76:10, 119:10, 148:22, 149:1, 160:16, 180:6, 250:6, 250:18, 252:23, 255:4
**sentencing** [1] - 125:18
**separate** [4] - 36:11, 42:18, 121:2, 143:14
**September** [1] - 250:9
**serious** [1] - 93:4
**serve** [4] - 6:13, 7:14, 98:16, 176:19
**served** [1] - 6:1
**service** [4] - 48:11, 64:2, 111:19, 158:6
**services** [2] - 27:12,

145:1
**serving** [2] - 111:8, 268:8
**set** [10] - 27:1, 77:20, 79:14, 125:22, 169:19, 208:2, 231:11, 243:12, 259:2, 259:3
**sets** [3] - 216:18, 219:22, 243:3
**setting** [1] - 93:6
**settled** [2] - 250:17
**setup** [1] - 134:21
**seven** [7] - 17:16, 20:6, 20:11, 22:14, 34:7, 152:19, 209:25, 210:5, 222:23, 231:23, 255:20, 255:22
**seventh** [1] - 262:5
**several** [7] - 3:24, 34:23, 146:2, 194:6, 199:15, 206:4, 241:8
**shady** [2] - 89:17, 89:19
**Shahid** [2] - 19:24, 98:2
**shake** [1] - 8:23
**shaking** [1] - 232:15
**shall** [1] - 258:25
**shape** [1] - 206:19
**shares** [6] - 191:16, 226:8, 233:16, 233:17, 233:20, 235:12
**Sharma** [7] - 12:23, 173:7, 175:25, 176:3, 176:25, 177:1, 177:8
**sharp** [1] - 268:22
**shelf** [3] - 224:3, 224:12, 224:14
**shell** [1] - 174:9
**Shenzhen/Hong** [1] - 234:18
**shift** [1] - 224:16
**shifts** [1] - 64:3
**shifty** [2] - 89:16, 89:19
**ship** [5] - 22:13, 142:25, 145:22, 146:7, 210:7
**shipment** [1] - 81:20, 143:7, 143:25, 145:21, 147:13, 257:5, 257:6, 257:9, 257:10, 257:13, 257:19, 257:20, 257:25
**shipments** [6] - 119:19, 120:4, 147:16, 149:5, 192:23, 253:10
**shipped** [9] - 19:3, 119:1, 120:13, 143:19, 143:24, 145:6, 146:20, 232:2, 261:15
**shipping** [2] - 68:14, 146:15
**ships** [1] - 142:10
**shocked** [1] - 126:9
**shocking** [2] - 178:9,

178:11
**shoe** [2] - 49:25, 50:1
**shooting** [1] - 125:19
**shopping** [1] - 203:7
**short** [2] - 137:5, 166:4
**show** [76] - 11:25, 74:3, 74:19, 85:18, 85:23, 86:19, 86:23, 86:25, 88:11, 88:19, 88:21, 91:9, 94:9, 94:13, 94:15, 116:14, 125:25, 126:2, 131:15, 132:2, 140:5, 140:22, 150:21, 150:22, 151:14, 153:2, 153:25, 154:4, 155:15, 162:15, 162:18, 162:25, 163:10, 163:12, 163:18, 164:10, 164:14, 164:23, 164:25, 165:1, 165:7, 166:7, 167:23, 168:12, 168:16, 169:22, 169:23, 174:9, 174:15, 174:24, 176:21, 176:22, 176:24, 177:9, 178:7, 179:14, 181:4, 181:24, 183:5, 183:18, 187:24, 188:3, 189:9, 194:11, 204:2, 217:15, 226:23, 232:12, 239:6, 244:11, 250:1, 251:16, 252:6, 258:20, 265:24
**showed** [8] - 126:21, 162:19, 193:2, 204:19, 249:18, 249:20, 249:21, 249:25
**showing** [2] - 142:20, 189:12
**shown** [1] - 126:22
**shows** [1] - 132:3
**shut** [3] - 159:15, 192:21, 230:19
**sic** [2] - 101:22, 195:12
**side** [34] - 5:21, 15:1, 54:4, 70:18, 72:22, 77:6, 95:12, 110:23, 120:3, 122:16, 162:11, 172:6, 172:9, 173:9, 179:3, 179:4, 194:12, 219:21, 221:5, 221:6, 222:17, 224:8, 233:25, 234:2, 240:17, 241:17, 241:25, 242:10, 242:22, 260:21, 261:14, 261:16, 262:23, 267:11
**sidebar** [2] - 108:23, 109:4
**sided** [9] - 221:5, 222:3, 222:10, 222:13, 222:14, 241:22, 261:2, 262:14
**sides** [6] - 27:2, 110:22, 148:15, 151:20, 219:21,

230:15
**sign** [5] - 124:23, 164:12, 229:9, 237:1, 237:11
**sign-post** [1] - 164:12
**signal** [2] - 219:25, 223:18
**signals** [1] - 218:4
**signed** [6] - 226:15, 226:17, 237:6, 237:12, 237:16, 237:24
**significant** [11] - 13:12, 14:23, 48:2, 52:12, 60:3, 69:14, 78:25, 96:20, 190:22, 198:19, 238:4
**signing** [1] - 233:8
**silence** [1] - 84:6
**silver** [10] - 141:14, 183:12, 183:14, 218:21, 218:22, 219:8, 220:14, 239:22, 240:19, 245:3
**simple** [5] - 8:3, 73:15, 86:3, 152:11, 166:3
**simplest** [2] - 198:3, 219:16
**simplified** [1] - 221:22
**simplify** [1] - 153:6
**simply** [4] - 131:13, 172:15, 174:6, 185:13
**single** [5] - 114:5, 222:10, 260:21, 261:14, 262:14
**single-side** [2] - 260:21, 261:14
**single-sided** [2] - 222:10, 262:14
**singled** [1] - 122:5
**sit** [10] - 28:17, 84:19, 104:16, 104:23, 135:18, 165:10, 171:14, 181:6, 186:5, 220:22
**sit-downs** [1] - 165:10
**sits** [1] - 177:17
**sitting** [8] - 21:6, 21:7, 70:15, 136:8, 154:10, 189:18, 197:6, 225:14
**situation** [13] - 74:11, 75:5, 76:5, 77:4, 78:17, 81:15, 82:7, 86:8, 86:13, 149:10, 182:23, 211:1, 254:24
**six** [20] - 4:11, 5:25, 24:13, 28:21, 28:22, 29:1, 38:21, 71:14, 72:9, 178:11, 198:19, 208:8, 210:5, 222:10, 222:13, 241:18, 242:3, 253:23, 255:20, 262:3
**six-layer** [4] - 222:10, 222:13, 241:18, 242:3
**six-year** [1] - 178:11

**sixteen** [1] - 61:11
**sixth** [1] - 175:18
**size** [4] - 141:16, 206:18, 235:23, 238:4
**skill** [2] - 136:25, 216:18
**skip** [2] - 251:5, 267:3
**skipped** [1] - 147:9
**slash** [1] - 102:17
**sleep** [1] - 242:6
**slide** [5] - 148:19, 154:22, 157:17, 162:1, 168:14
**slides** [1] - 140:22
**slightly** [3] - 219:7, 219:9, 221:7
**slip** [3] - 145:23, 250:18, 250:19
**sloppy** [8] - 180:12, 180:13, 180:14, 180:16, 180:18, 180:20, 180:21
**slot** [1] - 134:5
**slow** [1] - 103:20
**small** [6] - 66:14, 168:4, 196:18, 196:19, 225:21, 268:8
**smaller** [1] - 141:13
**smart** [2] - 173:22
**smarts** [1] - 175:18
**smelled** [1] - 106:8
**Smith** [3] - 21:23, 72:4, 99:5
**SMITH** [3] - 72:6, 72:13, 72:17
**smoke** [8] - 85:22, 85:25, 86:3, 86:4, 86:8, 86:12, 86:14, 137:17
**snacks** [1] - 203:9
**so..** [1] - 26:5
**Sobe** [2] - 49:3, 49:7
**soccer** [1] - 173:18
**social** [1] - 115:8
**socialized** [1] - 97:7
**soft** [1] - 268:4
**sold** [7] - 18:21, 18:25, 19:2, 83:19, 149:11, 191:8, 233:18
**solder** [1] - 244:22
**solderability** [1] - 220:17
**solderable** [2] - 220:19, 220:21
**soldering** [1] - 220:19
**sole** [1] - 85:14
**solely** [1] - 188:4
**someone** [15] - 39:25, 55:22, 78:17, 89:7, 94:12, 94:15, 106:8, 134:12, 157:13, 181:15, 181:20, 236:25, 237:11, 237:16
**someplace** [2] - 115:3, 179:18

**KEYWORD INDEX**

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**sometime** [7] - 43:8, 125:14, 148:24, 228:4, 231:1, 232:3, 249:8

**sometimes** [3] - 13:25, 31:14, 36:9, 75:25, 85:20, 91:3, 93:17, 93:22, 103:21, 109:8, 109:16, 115:19, 116:15, 137:4, 137:6, 137:9, 138:3, 142:1, 146:10, 150:9, 153:23, 155:5, 157:23, 158:4, 159:6, 159:9, 161:22, 219:3, 223:1

**somewhat** [3] - 7:5, 109:9, 134:1

**somewhere** [3] - 146:5, 237:23, 265:2

**son** [6] - 15:22, 15:23, 16:8, 97:4, 166:22, 226:5

**soon** [2] - 100:3, 139:22

**sooner** [1] - 35:20

**sophisticated** [1] - 74:23

**sorry** [15] - 37:1, 52:21, 56:20, 83:6, 90:16, 93:11, 100:14, 180:10, 195:15, 222:2, 242:5, 248:10, 249:9, 262:2, 262:13

**Sorry** [1] - 80:11

**sort** [6] - 143:20, 144:6, 153:8, 162:17, 230:22, 242:21

**sorts** [2] - 139:10, 181:12

**sound** [1] - 89:16

**sounded** [2] - 96:22, 119:22

**sounds** [4] - 84:2, 96:21, 119:22, 170:15

**Sourabh** [8] - 12:23, 173:7, 175:25, 176:3, 176:25, 177:1, 177:8, 180:16

**sous** [1] - 54:18

**South** [3] - 43:10, 135:23, 155:4

**south** [1] - 200:23

**southeastern** [1] - 139:5

**Southern** [3] - 5:18, 87:15, 269:16

**southern** [1] - 143:11

**space** [5] - 36:25, 200:2, 200:7, 203:25

**spark** [1] - 136:10

**speaking** [7] - 8:19, 15:16, 80:11, 89:22, 108:1, 131:10, 217:21

**speaks** [1] - 173:14

**special** [5] - 50:8, 50:9, 143:16, 157:25, 213:3

**specialist** [2] - 43:25, 252:13

**specialty** [1] - 46:15

**specific** [17] - 26:5, 31:24, 35:17, 45:12, 75:12, 118:6, 141:18, 142:25, 153:25, 158:4, 161:20, 163:23, 239:6, 243:24, 244:5, 260:20

**specifically** [9] - 14:8, 18:17, 30:7, 38:21, 71:11, 196:23, 217:17, 226:25, 252:10

**specifications** [4] - 141:11, 156:23, 244:8

**specified** [2] - 81:19, 219:9

**specter** [1] - 129:25

**speculate** [2] - 108:11, 108:12

**speculation** [1] - 108:15

**spell** [1] - 186:12

**spelled** [2] - 239:5, 266:8

**spend** [2] - 14:17, 70:16

**spending** [1] - 199:19

**spits** [1] - 143:3

**spoken** [3] - 97:3, 214:14, 214:16

**sports** [1] - 34:17

**spouse** [2] - 60:3, 69:14

**spreadsheets** [2] - 172:22, 178:9

**square** [16] - 200:4, 245:10, 245:11, 246:13, 246:15, 261:8, 261:13, 261:25, 262:4, 262:6, 262:7, 263:15, 263:16, 264:14, 264:16

**stability** [1] - 255:19

**staff** [1] - 268:20

**stage** [1] - 42:3

**staging** [1] - 223:11

**stake** [1] - 191:8

**stand** [5] - 15:18, 135:8, 165:14, 173:3, 176:2, 242:1

**standalone** [1] - 246:8

**standard** [7] - 152:15, 226:20, 232:10, 233:3, 258:11, 258:13, 261:7

**standing** [4] - 5:11, 106:15, 203:17, 258:6

**standpoint** [2] - 146:9, 207:11

**stands** [4] - 220:17, 241:24, 243:8, 254:3

**staring** [1] - 137:12

**start** [33] - 15:19, 47:13, 65:25, 73:6, 96:6, 113:3, 114:22, 118:23, 118:25, 125:14, 125:15, 125:16, 125:24, 126:8, 140:13,

141:6, 164:1, 194:17, 197:21, 208:2, 223:8, 224:20, 225:10, 238:2, 238:16, 241:13, 250:11, 253:24, 258:21, 263:11, 263:16, 267:24, 268:1

**started** [36] - 18:18, 40:8, 45:7, 48:16, 49:18, 52:6, 52:7, 55:23, 67:6, 125:20, 161:11, 166:4, 176:8, 191:9, 191:10, 191:14, 197:9, 197:10, 198:12, 198:13, 198:24, 201:23, 222:17, 225:25, 226:2, 227:2, 233:15, 235:10, 235:11, 235:13, 238:10, 250:12, 250:15, 268:17

**starting** [3] - 10:10, 198:20, 226:14

**starts** [6] - 36:6, 141:21, 191:1, 192:12, 238:3, 263:25

**State** [2] - 6:1, 112:12

**state** [4] - 58:22, 200:10, 239:19, 267:4

**statement** [37] - 27:9, 116:11, 116:12, 125:3, 128:24, 129:6, 130:8, 147:10, 147:22, 147:23, 147:25, 148:1, 148:2, 148:3, 148:4, 148:23, 160:3, 186:25, 187:8, 194:2, 214:19, 250:13, 250:15, 251:1, 253:11, 253:12, 257:8, 257:9, 257:11, 257:12, 257:14, 257:15, 257:23, 257:24, 258:3, 258:15

**statements** [10] - 107:1, 107:2, 107:4, 116:18, 116:21, 117:14, 133:6, 135:9, 165:1, 251:2

**States** [23] - 5:17, 6:16, 19:1, 19:3, 44:12, 46:16, 55:6, 65:5, 135:15, 135:25, 136:3, 138:5, 146:8, 148:6, 148:10, 159:23, 161:1, 201:5, 215:8, 215:25, 216:9, 267:4, 269:15

**states** [2] - 131:22, 244:5

**stationed** [2] - 231:21, 231:23

**status** [1] - 143:17

**statute** [6] - 128:6, 131:21, 131:23, 132:22, 132:25

**statutory** [3] - 128:3, 128:24, 132:20

**stay** [2] - 196:25, 263:10

**steady** [1] - 48:24

**steak** [2] - 46:19, 46:20

**step** [13] - 142:4, 142:7, 143:7, 144:17, 147:8, 147:9, 151:18, 204:19, 204:24, 205:1, 213:4, 221:13

**Step** [1] - 143:22

**Stephen** [3] - 3:6, 10:12, 85:5

**stepped** [1] - 73:5

**steps** [1] - 141:2

**stifle** [1] - 94:2

**still** [16] - 16:5, 19:14, 51:7, 51:14, 79:2, 99:25, 120:10, 155:23, 155:25, 156:2, 165:24, 226:6, 228:3, 234:5, 234:15, 234:16, 247:14

**stips** [1] - 132:9

**stipulate** [1] - 106:11

**stipulation** [6] - 128:11, 129:8, 130:8, 130:23, 131:2, 131:4

**stipulations** [4] - 129:20, 130:7, 130:12, 130:14

**stock** [1] - 223:1

**stood** [1] - 191:11

**stop** [7] - 125:16, 125:17, 209:5, 211:4, 248:3, 261:19, 267:23

**stopped** [4] - 159:15, 235:9, 235:17, 236:22

**stops** [2] - 209:6, 264:1

**store** [2] - 60:8, 64:5

**story** [5] - 135:21, 135:22, 135:23, 159:18, 170:23, 202:4

**straight** [2] - 155:9, 167:9

**straightforward** [1] - 150:1

**straits** [1] - 160:13

**strange** [2] - 156:1, 158:11

**stray** [1] - 129:6

**streak** [3] - 179:23, 179:24, 180:1

**street** [5] - 7:8, 107:9, 235:2, 235:3, 235:7

**Street** [3] - 107:15, 107:20, 107:22

**streets** [1] - 106:17

**strength** [1] - 226:13

**stress** [1] - 70:6

**stressful** [2] - 20:22, 21:14

**stretching** [1] - 149:22

**strike** [3] - 100:17, 109:20, 140:10

**strikes** [2] - 85:16, 95:25

**striking** [2] - 95:15, 95:18

**structure** [3] - 79:25, 247:13, 249:3

**stuck** [1] - 15:8

**student** [3] - 24:15, 34:2, 60:25

**students** [1] - 63:5

**studied** [4] - 24:23, 24:24, 64:24, 136:10

**study** [2] - 56:10, 195:4

**studying** [1] - 56:7

**stuff** [16] - 86:6, 114:15, 122:22, 142:19, 149:17, 151:12, 155:16, 159:8, 159:11, 160:16, 183:12, 243:5, 243:24, 256:16, 263:6

**sturdy** [1] - 218:2

**styled** [1] - 269:4

**subcontract** [1] - 204:10

**subcontracted** [2] - 216:24, 216:25

**subcontractors** [1] - 216:16

**subject** [4] - 32:9, 189:6, 224:16, 258:18

**submitted** [4] - 121:15, 122:5, 122:6, 128:12

**substantial** [2] - 147:18

**substrate** [12] - 196:7, 217:19, 218:7, 219:17, 221:3, 221:10, 221:21, 222:5, 224:5, 224:11, 245:19

**substrates** [1] - 219:21

**subtract** [1] - 149:16

**subtraction** [1] - 254:10

**success** [3] - 135:22, 135:23, 201:16

**successful** [6] - 40:1, 136:24, 159:22, 174:21, 184:15

**sucker** [4] - 180:10, 181:21, 181:22

**sudden** [2] - 249:16, 249:18

**sued** [19] - 19:8, 42:7, 47:9, 50:12, 57:20, 59:14, 65:23, 65:24, 66:17

**suggest** [1] - 191:21

**suing** [12] - 5:22, 41:19, 44:19, 50:16, 51:5, 58:25, 59:6, 156:2, 158:12, 161:21, 162:3, 165:25

**suit** [2] - 187:1, 187:3

**suits** [1] - 174:17

**Sulan** [2] - 12:23, 154:12

**summarize** [2] - 78:7,

78:8
  **summary** [3] - 30:17,
124:12, 124:14
  **summer** [2] - 62:23, 63:6
  **summons** [2] - 6:3, 6:6
  **Sunair** [6] - 199:16,
199:23, 200:2, 200:5,
200:8, 201:9
  **Sunday** [1] - 225:15
  **Sunny** [2] - 200:18,
248:16
  **super** [3] - 141:12,
141:17, 224:15
  **super-duper** [1] - 141:17
  **supercomputers** [1] -
219:19
  **supervise** [4] - 41:6,
41:7, 62:7, 62:9
  **supervisor** [1] - 52:8
  **supervisory** [1] - 61:25
  **supplemental** [1] -
153:24
  **supplier** [4] - 157:2,
213:10, 256:2
  **suppliers** [10] - 159:9,
212:11, 213:2, 213:4,
213:6, 213:7, 213:8,
225:15, 229:1
  **supplies** [1] - 209:13
  **supply** [1] - 14:4
  **support** [2] - 31:20,
32:23
  **supposed** [15] - 25:9,
74:2, 75:1, 75:7, 82:18,
114:9, 121:20, 126:24,
160:14, 192:6, 192:24,
192:25, 194:10, 204:2,
223:13
  **surgery** [1] - 38:17
  **surprise** [1] - 92:25
  **surprising** [1] - 155:22
  **suspicions** [4] - 87:25,
88:1, 88:3, 88:5
  **sustain** [2] - 108:7,
108:10
  **sustained** [2] - 107:16,
204:13
  **swear** [1] - 105:9
  **swearing** [1] - 150:25
  **switch** [1] - 225:6
  **switches** [1] - 137:19
  **sworn** [7] - 5:12, 5:14,
105:12, 105:16, 186:6,
186:7, 186:18
  **system** [19] - 6:2, 6:12,
7:6, 28:25, 59:1, 69:9,
69:10, 119:9, 119:14,
139:18, 144:1, 144:3,
144:4, 145:17, 146:24,
170:20, 202:11, 203:19,

203:21
  **systems** [1] - 207:1

**T**

  **t6ha** [1] - 142:16
  **table** [5] - 10:9, 189:18,
241:15, 253:23, 261:17
  **taker** [1] - 182:1
  **tax** [7] - 190:10, 190:21,
192:13, 192:14, 192:15,
192:25, 193:3
  **teach** [2] - 32:10, 32:11
  **teachers'** [1] - 33:23
  **team** [19] - 10:16, 73:9,
144:21, 145:2, 145:13,
149:13, 155:2, 155:4,
177:24, 178:3, 178:4,
178:5, 178:6, 216:2,
216:4, 225:23, 231:25,
250:7
  **teams** [1] - 216:16
  **tech** [2] - 10:25, 139:11
  **technical** [1] - 241:16
  **technicality** [1] - 150:20
  **technically** [2] - 150:19,
215:20
  **techniques** [1] - 202:3
  **Technology** [1] - 195:1
  **technology** [5] - 23:10,
71:7, 196:15, 196:20,
216:20
  **teller** [1] - 52:8
  **temperature** [3] - 221:24,
221:25, 245:20
  **temporarily** [1] - 164:4
  **ten** [5] - 30:6, 125:4,
203:5, 241:18, 242:4
  **ten-layer** [2] - 241:18,
242:4
  **tend** [1] - 26:20
  **tenth** [1] - 187:4
  **term** [2] - 258:11, 258:14
  **terms** [18] - 71:12, 75:7,
82:8, 132:9, 134:11,
153:16, 154:19, 197:18,
203:24, 211:22, 213:21,
214:17, 229:7, 232:6,
238:19, 240:4, 253:9,
257:4
  **Terms** [1] - 256:25
  **terrible** [2] - 15:17, 220:3
  **terrific** [1] - 156:6
  **territory** [1] - 143:13
  **testified** [3] - 39:12,
186:19, 226:24
  **testify** [16] - 12:1, 12:19,
12:20, 13:10, 13:11,
13:14, 27:24, 35:12,
37:21, 52:15, 69:22,

116:22, 135:12, 175:19,
176:25
  **testifying** [3] - 21:7,
110:7, 110:8
  **testimony** [35] - 11:8,
13:17, 30:17, 106:8,
108:11, 108:13, 108:14,
108:21, 109:9, 109:13,
109:17, 109:21, 109:25,
110:2, 110:5, 110:11,
110:12, 111:2, 113:8,
114:24, 115:13, 115:24,
116:16, 116:19, 131:6,
135:9, 150:25, 166:15,
173:12, 179:11, 179:24,
187:7, 252:23
  **tests** [1] - 15:7
  **TG** [1] - 245:17
  **Thatcher** [1] - 178:1
  **THE** [527] - 3:2, 3:14,
3:21, 3:24, 4:8, 4:11,
4:14, 4:24, 5:2, 5:4, 5:7,
5:10, 5:15, 9:21, 9:25,
11:1, 11:14, 11:18, 12:5,
12:8, 12:10, 12:13, 12:18,
13:8, 13:20, 15:22, 15:25,
16:2, 16:8, 16:12, 16:15,
16:20, 16:23, 17:2, 17:6,
17:8, 17:11, 17:14, 17:17,
17:21, 18:1, 18:3, 18:5,
18:9, 18:12, 18:17, 18:20,
18:25, 19:7, 19:10, 19:13,
19:16, 19:18, 19:23, 20:1,
20:4, 20:7, 20:10, 20:12,
20:14, 20:19, 20:23, 21:6,
21:10, 21:15, 21:21,
21:23, 22:1, 22:5, 22:10,
22:18, 22:24, 23:2, 23:6,
23:9, 23:13, 23:16, 23:19,
23:22, 23:25, 24:3, 24:6,
24:8, 24:12, 24:17, 24:19,
24:24, 25:1, 25:8, 25:12,
25:15, 25:17, 25:22,
25:25, 26:6, 26:10, 26:13,
26:17, 26:22, 27:5, 27:8,
27:11, 27:17, 27:21, 28:3,
28:8, 28:10, 28:12, 28:17,
28:19, 28:22, 29:2, 29:5,
29:7, 29:10, 29:12, 29:15,
29:19, 29:22, 30:1, 30:4,
30:7, 30:12, 30:16, 30:22,
31:1, 31:5, 31:16, 31:25,
32:5, 32:7, 32:9, 32:13,
32:15, 32:17, 32:19, 33:5,
33:8, 33:15, 33:18, 33:25,
34:2, 34:6, 34:8, 34:14,
34:17, 34:20, 35:3, 35:7,
35:10, 35:12, 35:14,
35:23, 36:2, 36:5, 36:14,
36:17, 36:20, 36:22,

36:25, 37:3, 37:5, 37:9,
37:13, 37:17, 37:20, 38:1,
38:5, 38:8, 38:10, 38:13,
38:18, 38:23, 38:25, 39:3,
39:6, 39:9, 39:12, 39:15,
39:19, 39:24, 40:5, 40:7,
40:11, 40:15, 40:18,
40:21, 40:24, 41:1, 41:4,
41:9, 41:13, 41:15, 41:21,
41:25, 42:3, 42:6, 42:10,
42:16, 42:18, 42:21,
42:25, 43:4, 43:7, 43:11,
43:18, 43:20, 43:22,
43:24, 44:2, 44:4, 44:8,
44:17, 44:21, 44:23, 45:2,
45:9, 45:20, 45:24, 46:7,
46:10, 46:13, 46:15,
46:21, 46:24, 47:2, 47:4,
47:9, 47:11, 47:16, 47:18,
47:20, 47:25, 48:2, 48:5,
48:12, 48:16, 48:18,
48:21, 48:25, 49:5, 49:12,
49:20, 49:24, 50:3, 50:12,
50:17, 50:19, 50:24, 51:7,
51:9, 51:11, 51:16, 51:20,
51:22, 51:24, 52:1, 52:4,
52:10, 52:12, 52:15,
52:17, 52:20, 52:22, 53:1,
53:4, 53:6, 53:8, 53:12,
53:15, 53:19, 53:24, 54:2,
54:7, 54:13, 54:16, 54:18,
54:21, 54:23, 55:1, 55:5,
55:10, 55:14, 55:17,
55:21, 55:25, 56:3, 56:7,
56:9, 56:13, 56:15, 56:18,
56:20, 56:22, 56:25, 57:3,
57:5, 57:8, 57:11, 57:13,
57:18, 57:23, 58:1, 58:4,
58:7, 58:9, 58:12, 58:15,
58:19, 58:22, 58:25, 59:3,
59:13, 59:16, 59:18,
59:20, 59:22, 59:25, 60:2,
60:6, 60:10, 60:14, 60:17,
60:23, 61:1, 61:4, 61:7,
61:10, 61:12, 61:15,
61:17, 61:19, 61:22,
61:25, 62:3, 62:5, 62:11,
62:14, 62:16, 62:19,
62:21, 63:3, 63:7, 63:11,
63:13, 63:16, 63:18,
63:20, 63:22, 63:24, 64:1,
64:3, 64:5, 64:7, 64:10,
64:12, 64:14, 64:18,
64:24, 65:2, 65:8, 65:11,
65:15, 65:17, 65:21,
65:25, 66:5, 66:9, 66:13,
66:16, 66:22, 67:1, 67:4,
67:8, 67:12, 67:15, 67:18,
67:22, 68:4, 68:9, 68:13,
68:18, 68:22, 68:24, 69:1,
69:4, 69:7, 69:11, 69:14,

69:17, 69:22, 69:25, 70:4,
71:3, 71:8, 71:12, 72:1,
72:12, 72:15, 72:20, 73:7,
74:14, 77:21, 77:24, 78:4,
78:8, 84:24, 89:1, 94:5,
94:18, 95:8, 95:17, 95:20,
95:22, 95:24, 96:2, 96:7,
96:10, 96:13, 96:15,
96:24, 97:15, 97:17,
97:24, 98:1, 98:10, 98:14,
99:5, 99:11, 99:16, 99:23,
100:11, 100:15, 100:18,
101:3, 101:9, 101:14,
101:20, 101:23, 102:2,
102:6, 102:14, 102:24,
103:5, 103:8, 103:14,
103:24, 104:3, 104:6,
104:9, 104:21, 105:13,
117:22, 118:2, 118:11,
118:19, 118:21, 119:2,
119:17, 120:2, 120:6,
120:10, 120:15, 120:17,
120:19, 122:11, 122:17,
122:21, 123:6, 123:12,
124:3, 124:8, 124:11,
124:20, 124:24, 125:2,
125:7, 125:10, 126:18,
127:8, 127:15, 127:20,
127:25, 129:10, 129:21,
129:23, 130:9, 131:8,
132:5, 132:15, 133:3,
133:5, 170:11, 185:17,
185:23, 185:25, 186:4,
186:8, 186:9, 186:14,
186:16, 188:7, 188:10,
188:11, 188:13, 188:17,
188:22, 188:24, 189:5,
189:8, 204:13, 211:19,
211:23, 212:1, 212:2,
224:25, 225:2, 232:14,
232:16, 232:20, 236:5,
236:15, 244:22, 251:15,
251:19, 252:2, 267:21
  **theater** [1] - 171:14
  **themselves** [12] - 3:8,
7:1, 10:9, 10:16, 11:22,
92:10, 107:5, 184:12,
184:14, 184:23, 224:16,
240:5
  **Theodorakis** [1] - 22:12
  **therapy** [1] - 67:24
  **therefore** [1] - 49:16
  **they've** [8] - 84:17,
123:24, 129:25, 156:22,
157:24, 202:9, 207:24,
262:12
  **thickness** [3] - 141:14,
246:2, 246:3
  **thinking** [6] - 23:1, 33:2,
90:1, 90:6, 109:18, 181:1

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**thinks** [7] - 11:20, 13:1, 74:8, 75:5, 88:19, 88:21, 98:20

**thinner** [1] - 246:5

**third** [9] - 13:13, 103:23, 119:5, 119:10, 119:11, 163:6, 169:17, 233:24, 234:3

**third-party** [3] - 119:5, 119:10, 119:11

**thoughts** [4] - 14:19, 91:7, 91:17, 91:19, 93:12, 93:14, 93:15, 93:20

**thousand** [5] - 125:22, 184:17, 184:18, 246:16, 248:4

**thousands** [1] - 165:16

**three** [27] - 19:11, 25:10, 38:22, 55:20, 87:1, 95:12, 102:25, 153:8, 157:12, 157:14, 160:6, 164:3, 166:12, 166:15, 166:16, 167:6, 174:10, 199:19, 210:8, 213:1, 213:4, 222:14, 222:22, 224:13, 248:8

**three-card** [1] - 174:10

**three-legged** [4] - 157:12, 157:14, 160:6, 164:3

**three-party** [1] - 153:8

**threshold** [1] - 249:2

**throughout** [3] - 88:9, 157:8, 235:5

**Thursday** [2] - 54:9, 125:16

**ticking** [1] - 119:7

**tied** [3] - 157:13, 157:15, 239:3

**Tier** [8] - 205:15, 208:14, 208:17, 209:13, 212:10, 212:11, 212:17

**tier** [1] - 205:16

**ties** [2] - 18:6, 221:21

**tight** [3] - 182:18, 182:21, 182:24

**time-sensitive** [1] - 169:8

**timeliness** [1] - 130:4

**timely** [3] - 209:15, 258:25, 265:9

**tin** [6] - 141:15, 158:1, 218:20, 218:21, 220:14, 245:3

**tip** [2] - 110:23, 150:18

**tips** [1] - 150:22

**titanium** [1] - 198:4

**title** [2] - 10:3, 65:5

**Title** [1] - 71:11

**today** [16] - 112:23,

126:5, 126:9, 135:8, 138:17, 155:24, 199:8, 200:1, 202:4, 204:5, 207:19, 222:17, 231:23, 234:15, 251:1, 267:23

**together** [32] - 12:12, 22:14, 73:24, 75:22, 77:3, 77:10, 87:5, 87:23, 96:23, 97:1, 140:14, 147:14, 152:22, 155:24, 155:25, 156:9, 157:14, 157:15, 158:10, 161:24, 175:7, 175:8, 175:12, 216:17, 218:7, 219:22, 225:23, 225:25, 226:2, 230:11, 231:3

**Toledo** [1] - 51:22

**TOLL** [2] - 3:18, 11:13

**Toll** [2] - 3:18, 11:13

**tomorrow** [10] - 125:11, 125:15, 126:6, 126:10, 135:10, 192:12, 217:15, 268:1, 268:2

**Tomorrow** [1] - 192:12

**ton** [1] - 142:16

**tonight** [1] - 114:9

**tons** [3] - 143:18, 147:15

**took** [12] - 54:9, 62:23, 112:20, 113:25, 126:20, 166:25, 198:25, 253:10, 257:5, 257:6, 257:13, 268:18

**top** [12] - 148:5, 148:19, 164:2, 164:5, 169:5, 169:17, 223:17, 223:22, 224:1, 234:9, 253:6, 254:11

**topic** [1] - 225:6

**total** [4] - 62:10, 169:25, 213:5, 221:8

**totally** [1] - 42:18

**touch** [2] - 117:7, 117:8

**toys** [1] - 207:13

**Toys** [1] - 207:14

**track** [9] - 77:13, 77:17, 84:8, 144:16, 145:4, 147:24, 150:2, 165:1

**tracked** [2] - 82:23, 121:11

**tracks** [6] - 145:2, 145:13, 196:6, 196:8, 217:23, 218:3

**tracy** [1] - 173:13

**Tracy** [37] - 3:23, 11:6, 12:24, 154:12, 154:17, 154:18, 167:6, 167:8, 170:18, 173:12, 173:13, 173:14, 189:17, 190:5, 190:6, 190:17, 191:15, 191:19, 192:16, 193:13,

225:17, 225:21, 226:10, 227:5, 228:6, 228:12, 228:20, 230:14, 231:14, 235:10, 247:12, 248:15, 250:7, 267:12

**Tracy's** [1] - 178:23

**tracy@benlida.com** [1] - 189:17

**trade** [5] - 160:18, 161:3, 161:5, 161:10, 165:18

**traffic** [6] - 23:23, 200:23, 268:11, 268:13, 268:14

**trained** [1] - 108:2

**training** [1] - 136:13

**transaction** [4] - 73:24, 74:23, 78:18, 79:25

**transactions** [4] - 68:5, 83:25, 84:7, 253:23

**transcript** [1] - 269:4

**transmitted** [1] - 252:10

**traveling** [1] - 227:10

**travels** [1] - 140:3

**treat** [2] - 168:19, 169:1

**treatment** [1] - 236:21

**trial** [43] - 4:4, 6:4, 6:5, 6:14, 7:8, 7:24, 10:6, 14:20, 16:20, 16:21, 53:6, 58:4, 71:14, 71:18, 105:18, 105:20, 106:2, 106:3, 106:24, 107:8, 108:2, 110:14, 112:12, 113:7, 113:10, 114:7, 114:12, 114:16, 114:17, 114:20, 114:22, 115:12, 116:4, 116:6, 116:9, 116:14, 119:17, 122:23, 124:21, 150:7, 156:6, 172:5, 182:16

**trials** [3] - 7:9, 100:2, 267:24

**tricked** [1] - 171:2

**tried** [2] - 113:23, 228:24

**trip** [3] - 97:8, 213:17, 268:21

**trips** [1] - 213:16

**trombone** [1] - 18:4

**tropical** [1] - 24:11

**trouble** [4] - 33:4, 33:13, 163:2, 169:10

**trucks** [1] - 20:24

**true** [10] - 86:16, 86:17, 86:20, 107:14, 107:21, 110:20, 111:6, 121:7, 185:13, 269:4

**trust** [11] - 45:22, 91:21, 91:23, 92:8, 127:6, 134:17, 170:19, 170:20, 170:21

**trusted** [3] - 134:12,

134:13, 159:20

**trustee** [1] - 13:5

**truth** [11] - 88:12, 88:15, 90:2, 90:3, 90:5, 90:9, 90:17, 91:3, 94:13, 94:14, 94:15

**truthful** [1] - 184:8

**try** [17] - 35:18, 46:4, 70:5, 78:11, 89:9, 89:10, 126:1, 130:5, 139:24, 149:23, 161:24, 164:11, 229:3, 256:6, 256:8, 267:24

**trying** [14] - 50:25, 72:2, 83:16, 115:6, 125:11, 141:3, 151:5, 174:3, 192:3, 230:18, 230:19, 238:2, 251:12, 265:21

**tub** [1] - 51:3

**Tuesday** [6] - 4:7, 4:12, 4:18, 35:25, 36:2, 71:19

**tune** [1] - 174:13

**turn** [11] - 5:2, 5:3, 15:14, 15:17, 77:2, 84:24, 90:4, 99:19, 101:11, 209:14, 241:3

**turned** [1] - 207:5

**turning** [1] - 179:5

**turnover** [6] - 178:7, 178:8, 178:11, 178:15, 178:17, 178:18

**TV** [3] - 86:25, 114:13, 114:14

**twice** [1] - 243:5

**Twitter** [1] - 115:10

**two** [80] - 6:5, 9:14, 26:22, 33:6, 39:20, 56:11, 65:21, 65:22, 71:21, 71:22, 73:23, 74:16, 74:17, 74:18, 74:22, 76:10, 77:2, 79:1, 79:2, 80:21, 81:2, 82:2, 84:12, 84:20, 87:1, 93:12, 102:16, 102:19, 102:21, 102:23, 107:11, 108:5, 115:23, 117:4, 118:10, 121:20, 123:25, 129:11, 129:20, 132:10, 139:15, 141:24, 151:24, 152:1, 154:9, 156:1, 156:2, 156:6, 158:8, 158:21, 165:12, 166:17, 171:15, 173:17, 174:19, 178:13, 183:6, 190:25, 193:13, 196:6, 196:7, 217:21, 219:21, 222:3, 222:4, 222:12, 224:7, 228:16, 230:10, 230:12, 230:15, 234:17, 234:20, 242:22, 243:3, 256:5, 262:19,

268:7, 268:9

**two-and-a-half** [2] - 234:17, 234:20

**two-dimension** [1] - 196:7

**two-dimensional** [1] - 196:6

**two-week** [1] - 6:5

**two-year** [1] - 56:11

**type** [24] - 16:8, 16:25, 38:25, 40:2, 40:7, 48:25, 49:6, 49:24, 56:18, 60:2, 60:6, 65:11, 91:22, 93:13, 106:23, 113:8, 145:12, 155:8, 176:13, 184:19, 206:25, 207:2, 221:21, 244:17

**types** [2] - 17:19, 64:18

## U

**U.S** [14] - 43:2, 43:9, 43:12, 70:25, 136:5, 137:7, 148:6, 153:4, 160:23, 199:18, 215:17, 215:19, 215:24, 217:8

**U.S.A** [1] - 139:7

**U3** [8] - 187:25, 188:4, 188:12, 188:16, 188:23, 189:8, 189:10, 189:13

**Uber** [5] - 20:2, 20:23, 98:13, 98:18, 145:12

**Uber-type** [1] - 145:12

**ultimately** [3] - 134:11, 161:13, 212:7

**umbrellas** [1] - 106:16

**umpire** [1] - 85:16

**unbelievable** [8] - 172:18, 172:19, 174:12, 178:16, 184:7, 184:9, 185:1

**uncles** [1] - 26:10

**under** [9] - 8:1, 14:6, 51:13, 75:7, 116:22, 130:10, 145:9, 148:8, 150:25, 163:9, 163:18, 168:23, 188:15, 191:14, 203:25, 237:6, 241:10, 248:25, 249:2

**underage** [1] - 204:10

**undergoing** [1] - 101:16

**underneath** [2] - 243:20, 244:1

**understood** [2] - 9:8, 256:2

**undisputed** [1] - 13:11

**unduly** [1] - 236:12

**unethical** [1] - 32:24

**unfair** [1] - 113:14

**unfairly** [1] - 168:24

Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC
Case No. 21-cv-60125-RNS

**unfortunately** [1] - 122:10

**unit** [3] - 50:21, 248:22, 264:11

**United** [23] - 5:17, 6:16, 18:25, 19:3, 44:12, 46:16, 55:5, 65:4, 135:15, 135:25, 136:3, 138:5, 146:8, 148:6, 148:10, 159:23, 161:1, 201:5, 215:8, 215:25, 216:9, 267:4, 269:15

**unites** [1] - 111:18

**university** [2] - 33:19, 194:25

**University** [2] - 33:22, 70:24

**unless** [8] - 6:12, 15:15, 100:25, 111:1, 122:13, 130:15, 158:23, 263:14

**unlikely** [1] - 109:22

**unprecedented** [1] - 114:1

**unreasonable** [1] - 220:8

**unrelated** [2] - 7:19, 127:20

**untimeliness** [3] - 129:1, 129:4, 129:23

**unwell** [1] - 226:5

**up** [82] - 14:19, 14:25, 19:5, 30:13, 32:3, 46:19, 67:7, 70:17, 79:13, 80:25, 84:11, 88:13, 91:1, 92:22, 93:6, 98:22, 106:13, 106:22, 107:13, 113:16, 114:4, 118:17, 118:18, 118:20, 120:2, 122:13, 122:14, 124:1, 125:9, 125:25, 126:2, 126:21, 130:20, 140:10, 150:4, 155:8, 156:6, 161:13, 162:14, 162:18, 163:13, 165:9, 165:23, 168:12, 170:1, 172:12, 173:4, 174:25, 185:19, 186:4, 186:10, 192:17, 193:7, 193:20, 200:19, 202:22, 207:20, 208:2, 221:1, 222:14, 223:9, 223:25, 225:17, 231:11, 233:5, 240:13, 243:12, 249:18, 249:21, 249:25, 250:1, 251:22, 251:23, 253:3, 253:16, 254:15, 260:1, 262:5, 265:7, 266:23, 268:3

**upset** [1] - 53:22

**upstairs** [1] - 50:21

**uptake** [1] - 103:20

**urgent** [1] - 160:13,

191:20

**US** [11] - 13:25, 14:4, 14:5, 14:9, 110:16, 110:21, 110:22, 119:18, 120:8, 121:16, 123:21

**USA** [1] - 120:15

**uses** [2] - 142:11, 210:17, 217:8

**usual** [1] - 75:25

**utmost** [1] - 238:12

**uttered** [1] - 122:19

**UU** [1] - 188:16

**Uwa** [1] - 21:18

### V

**vaguely** [1] - 158:2

**Valeria** [3] - 29:23, 101:4, 104:25

**valid** [2] - 111:22, 132:11

**value** [2] - 92:1, 106:21

**Vanessa** [2] - 38:11, 102:7

**variable** [1] - 245:23

**Vazquez** [1] - 61:5

**Vega** [16] - 10:25, 188:3, 233:5, 237:4, 239:11, 241:3, 243:19, 244:11, 245:13, 251:6, 252:16, 256:25, 260:1, 265:6, 266:1, 266:22

**vehicles** [2] - 206:22, 206:23

**vendors** [1] - 37:12

**venture** [1] - 230:22

**venue** [1] - 266:20

**Venue** [1] - 266:23

**verdict** [9] - 31:21, 46:22, 58:13, 73:12, 106:4, 108:13, 110:1, 117:1, 133:12

**verified** [1] - 232:2

**verify** [1] - 113:11

**versus** [2] - 3:2, 5:20

**video** [7] - 35:16, 35:25, 133:24, 166:15, 167:3, 167:4, 167:10

**VIDEOGRAPHERS** [1] - 74:14

**videography** [1] - 34:10

**view** [3] - 75:20, 81:8, 91:16

**violate** [3] - 112:15, 112:22, 113:2

**violates** [2] - 82:8, 166:5

**violinist** [2] - 22:3, 22:6

**Virginia** [2] - 29:8, 97:8

**virtual** [1] - 33:22

**virtue** [2] - 212:16, 231:10

**visibly** [1] - 150:22

**vision** [3] - 20:18, 20:19, 20:20

**visit** [2] - 205:7, 205:9

**visited** [2] - 213:15, 225:18

**visiting** [1] - 213:16

**visits** [1] - 227:1

**visual** [1] - 98:6

**voice** [2] - 175:10, 175:11

**voir** [1] - 119:22

**volume** [2] - 248:12, 261:10

**volunteering** [2] - 24:19

**volunteers** [1] - 49:8

### W

**wait** [5] - 74:21, 77:9, 100:14, 147:8, 155:12

**waiting** [3] - 42:4, 101:25, 157:2

**waive** [3] - 165:10, 165:16, 165:21

**waived** [1] - 165:22

**wake** [1] - 174:24

**Walgreens** [3] - 56:19, 56:21, 56:22

**walk** [4] - 152:12, 171:15, 241:12, 260:15

**walks** [1] - 111:16

**wall** [1] - 70:10

**walls** [1] - 229:24

**warehouse** [20] - 19:4, 19:6, 41:22, 119:5, 119:6, 119:10, 119:12, 139:9, 142:10, 143:4, 143:8, 143:22, 145:3, 146:6, 146:24, 217:7, 238:25, 260:24, 264:3

**wastewater** [5] - 235:22, 235:25, 236:8, 236:13, 236:21

**watch** [3] - 86:20, 86:23, 86:24

**watched** [1] - 114:14

**watching** [2] - 88:2, 88:20

**water** [4] - 50:22, 51:2, 236:2

**ways** [2] - 182:6, 229:23

**wealth** [1] - 64:14

**wearing** [1] - 187:1

**wedding** [8] - 35:14, 35:23, 72:8, 72:12, 72:16, 72:17, 99:6, 99:9

**weddings** [2] - 34:14, 34:16

**Wednesday** [6] - 54:9,

72:7, 72:12, 72:19, 99:7, 125:15

**week** [22] - 6:5, 31:8, 53:7, 54:9, 70:24, 71:1, 71:16, 72:7, 100:1, 101:16, 113:22, 122:4, 155:6, 182:24, 261:8, 261:13, 262:1, 262:2, 264:16, 264:17, 268:11

**week's** [1] - 262:5

**weeks** [4] - 24:13, 158:21, 209:25, 210:5

**weepers** [1] - 74:9

**weight** [1] - 106:23

**WEINER** [1] - 11:11

**Weiner** [1] - 11:11

**WEINSHALL** [6] - 3:10, 10:19, 120:5, 120:22, 126:19, 251:13

**Weinshall** [2] - 3:11, 10:20

**Weintraub** [3] - 32:7, 101:10, 101:13

**welcome** [7] - 43:19, 59:19, 63:12, 68:25, 70:3, 133:5, 185:25

**west** [1] - 135:4

**Western** [2] - 202:3, 202:24

**wet** [2] - 106:17

**whatsoever** [1] - 8:2

**whereas** [2] - 227:15, 250:17

**whoa** [1] - 241:19

**whole** [15] - 35:6, 41:7, 86:14, 107:12, 114:22, 121:22, 121:23, 122:25, 174:7, 178:24, 179:1, 196:1, 211:5, 219:20, 246:1

**width** [1] - 242:11

**wife** [7] - 16:2, 27:21, 50:24, 51:1, 55:10, 91:13, 91:14

**Williamsburg** [1] - 97:8

**willing** [1] - 6:12

**win** [6] - 150:11, 150:19, 150:20, 151:7, 212:17, 215:9

**wince** [1] - 165:5

**window** [1] - 35:21

**Wine** [2] - 49:3, 49:8

**wining** [1] - 176:15

**WINT** [6] - 89:5, 89:8, 89:11, 89:15, 89:18, 89:21

**Wint** [4] - 57:3, 88:25, 89:3

**wint** [2] - 57:4, 59:18

**wire** [3] - 93:4, 191:21, 191:25

**wired** [1] - 148:24

**wires** [3] - 148:5, 195:25, 196:3

**wise** [1] - 34:11

**wish** [4] - 115:11, 115:15, 183:4, 187:2

**witness** [30] - 37:22, 107:8, 107:14, 107:16, 107:17, 107:23, 107:24, 110:3, 110:7, 110:9, 110:10, 115:20, 126:6, 126:8, 135:7, 151:1, 167:10, 167:13, 173:1, 173:3, 176:2, 177:3, 177:19, 179:21, 185:19, 186:2, 186:18, 188:9

**Witness** [1] - 186:7

**WITNESS** [5] - 186:8, 186:14, 188:10, 212:2, 244:22

**witness's** [7] - 110:4, 110:5, 110:7, 110:8, 110:11, 110:12, 110:15

**witnesses** [22] - 8:2, 8:7, 8:17, 11:25, 13:2, 32:2, 88:18, 111:3, 113:5, 116:21, 126:5, 141:1, 164:16, 166:2, 166:13, 171:8, 173:4, 173:8, 173:10, 175:4, 181:7

**witnesses'** [1] - 116:15

**wonderful** [1] - 156:7

**word** [5] - 182:4, 182:5, 184:9, 246:9, 262:18

**worded** [1] - 33:2

**words** [2] - 175:16, 267:3

**worker** [1] - 47:23

**workers** [1] - 204:10

**works** [9] - 25:6, 50:5, 50:9, 52:24, 55:10, 88:7, 148:16, 149:25, 205:20

**world** [9] - 68:17, 91:18, 92:5, 120:13, 136:23, 139:25, 155:10, 173:19, 255:19

**worry** [2] - 78:4, 243:18

**worse** [1] - 125:22

**worth** [1] - 144:17, 147:17, 148:11, 148:13, 149:17, 165:16, 184:20, 184:25, 213:13, 249:7, 249:9

**wow** [2] - 62:1, 172:19

**write** [2] - 190:9, 192:13

**writing** [6] - 115:19, 115:22, 125:20, 153:18, 153:19, 154:8

**writings** [1] - 153:20

**written** [6] - 14:21, 178:12, 190:16, 248:4,

**Jiangmen Benlida Printed Circuit Co., Ltd. Vs. Circuitronix, LLC**
**Case No. 21-cv-60125-RNS**

300

248:6, 248:7
**wrote** [5] - 22:18, 47:5,
116:1, 145:3, 193:13
**Wu** [2] - 12:24

## X

**Xi** [1] - 230:21
**Xiang** [1] - 230:21
**Xiangjiang** [3] - 12:25,
140:5, 166:19
**Xiaomi** [1] - 18:15

## Y

**Yacht** [1] - 54:19
**Yanitsa** [1] - 64:12
**year** [15] - 20:6, 24:13,
25:8, 32:14, 51:15, 56:10,
56:11, 56:12, 56:13, 71:6,
163:14, 178:11, 198:7,
226:15, 226:17
**years** [61] - 6:2, 15:12,
18:9, 19:12, 20:11, 22:14,
23:21, 28:2, 28:21, 28:22,
28:25, 29:1, 30:6, 34:10,
38:21, 41:3, 42:15, 44:7,
45:7, 46:14, 48:1, 50:25,
53:3, 54:24, 54:25, 55:20,
58:8, 60:1, 60:24, 61:11,
62:4, 63:2, 63:21, 64:17,
68:22, 68:23, 69:13, 97:4,
112:4, 112:6, 136:21,
139:15, 139:16, 140:21,
152:19, 153:9, 157:8,
162:9, 167:1, 178:13,
193:5, 206:3, 212:23,
213:10, 224:7, 226:11,
255:20, 255:22
**yellow** [2] - 162:4, 163:7
**yes-or-no** [3] - 8:22, 9:1,
9:18
**York** [2] - 16:11, 113:23
**young** [1] - 135:14
**younger** [1] - 173:21
**yourself** [13] - 22:20,
29:13, 41:13, 90:25,
115:6, 171:22, 180:25,
181:23, 182:17, 184:12,
186:9, 186:10, 201:11
**yourselves** [1] - 112:2
**yuan** [1] - 239:25
**Yukun** [1] - 12:24
**Yvette** [1] - 56:1

## Z

**zero** [1] - 250:22
**zeros** [2] - 248:8
**Zhanjiao** [2] - 12:25,
167:11

**zillion** [2] - 141:11,
154:17
**zone** [1] - 128:18
**zoom** [5] - 112:24,
243:19, 245:12, 246:17,
247:2
**Zorba** [1] - 22:11

KEYWORD INDEX