United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Counter-Defendant, <br><br> v. <br><br> Circuitronix, LLC, Counter-Plaintiff. | ) <br> ) <br> ) <br> ) Civil Action No. 21-60125-Civ-Scola <br> ) <br> ) <br> ) |

### **Amended Final Judgment**

After the Court entered summary judgment in Circuitronix, LLC's favor, against Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida"), on Benlida's claims against Circuitronix (ECF No. 221), the court held a jury trial as to Circuitronix's remaining counterclaim against Benlida. After a six-day trial, the jury rendered its verdict in this case, on October 24, 2023, in favor of Circuitronix, as Counter-Plaintiff, in the amount of $7,585,847, against Benlida, as Counter-Defendant. (ECF No. 273.) Subsequent to the Court's entering a final judgment on that verdict (ECF No. 294), and while Circuitronix's motion for judgment as a matter of law was pending review, Circuitronix moved to amend the judgment to include prejudgment interest and to set the post-judgment interest rate (ECF No. 300). In granting that motion to amend, the Court agreed to add $1,621,249.45 in prejudgment interest to the judgment and to set post-judgment interest at 5.05%.

Accordingly, as required by Federal Rule of Civil Procedure 58, the Court now enters an *amended* judgment as follows:

1. Judgment is entered in favor of Circuitronix, LLC, and against Jiangmen Benlida Printed Circuit Co., Ltd., as to Benlida's claims against Circuitronix.

2. Judgment is entered in favor of Circuitronix, LLC, and against Jiangmen Benlida Printed Circuit Co., Ltd., as to Circuitronix's breach-of-contract counterclaim in the amount of **$9,207,096.45**, which includes prejudgment interest, for which sum let execution issue.

Post-judgment interest shall accrue from December 1, 2023, at the rate of 5.05%, computed daily and compounded annually.  This case is to remain

closed.

**Done and ordered** in Miami, Florida, on April 22, 2024.

_____
Robert N. Scola, Jr.
United States District Judge