UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-60125-Civ-Scola/Goodman

---------------------------------------------------------x
JIANGMEN BENLIDA
PRINTED CIRCUIT CO., LTD.,

Plaintiff/Counterclaim Defendant,

-against-

CIRCUITRONIX, LLC,

Defendant/Counterclaim Plaintiff.
---------------------------------------------------------x

# Amended Notice of Appeal

Notice is hereby given that plaintiff/counterclaim defendant Jiangmen Benlida Printed Circuit Co., Ltd. appeals to the United States Court of Appeals for the Eleventh Circuit, from each and every aspect of the following judgment and orders entered in the United States District Court, Southern District of Florida:

| | |
|---|---|
| ECF No. 333 | Amended Final Judgment dated April 22, 2024 (Exhibit A), which supersedes the judgment dated December 1, 2023. |
| ECF No. 221 | Order dated September 25, 2023, granting summary judgment, dismissing plaintiff Jiangmen Benlida Printed Circuit Co., Ltd.'s claims against defendant Circuitronix, and directing that the case proceed to trial on defendant/counterclaim plaintiff Circuitronix, LLC's counterclaims. (Exhibit B). |
| ECF No. 293 | Order dated December 1, 2023, denying plaintiff Jiangmen Benlida Printed Circuit Co., Ltd.'s motion for reconsideration of the order granting summary judgment. (Exhibit C). |

Please take further notice that plaintiff/counterclaim defendant Jiangmen Benlida Printed Circuit Co., Ltd. appeals from each and every aspect of the final judgment, including all adverse orders and evidentiary rulings issued during the entire proceeding, and during the trial of the

1

case, such including all adverse orders and evidentiary rulings on motions *in limine*, motions to preclude, evidentiary objections made prior to and during the trial, and objections to requests to charge and denials of plaintiff/counterclaim defendant Jiangmen Benlida Printed Circuit Co., Ltd. requests to charge, and all other adverse orders and rulings as, upon review of the full record and transcript, may become apparent to have been to plaintiff/counterclaim defendant Jiangmen Benlida Printed Circuit Co., Ltd.'s prejudice or to otherwise constitute reversible error, whether as a matter of law, or under an abuse-of-discretion standard, or otherwise.

Dated: New York, New York
May 10, 2024

**MAZZOLA LINDSTROM LLP**

Richard E. Lerner
Jean-Claude Mazzola
*Counsel for appellant / plaintiff / counterclaim defendant Jiangmen Benlida Printed Circuit Co., Ltd.*
1350 Avenue of the Americas, Second Floor
New York, New York 10019
917-584-4864
646.216.8300
richard@mazzolalindstrom.com
jeanclaude@mazzolalindstrom.com

To:    **(Via ECF)**

PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131

Attn:   Stephen F. Rosenthal srosenthal@podhurst.com
Matthew P. Weinshall mweinshall@podhurst.com
Christina H. Martinez cmartinez@podhurst.com