United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jiangmen Benlida Printed Circuit Co., Ltd., Counter-Defendant,<br><br>v.<br><br>Circuitronix, LLC, Counter-Plaintiff. | )<br>)<br>)<br>)  Civil Action No. 21-60125-Civ-Scola<br>)<br>)<br>)<br>) |

## Omnibus Order Adopting Reports and Recommendations

Upon referral (ECF Nos. 309, 315), United States Magistrate Judge Jonathan Goodman recommends that the Court largely grant both Counter-Plaintiff Circuitronix, LLC's unopposed motion for attorney's fees and contractual costs (ECF No. 311) as well as its unopposed motion for taxable costs (ECF Nos. 312 and 313). Although neither Counter-Defendant Jiangmen Benlida Printed Circuit Co., Ltd. ("Benlida"), nor Circuitronix objects to Judge Goodman's fees recommendations (with the time to do so having passed), Circuitronix objects to part of Judge Goodman's report and recommendations on Circuitronix's motion for taxable costs. (Objs. to Rep., ECF No. 318.) Circuitronix also sought reconsideration of the taxable-costs report and recommendations and objects to Judge Goodman's order denying that motion as well. (Mot. for Reconsideration, ECF No. 316; Objs. to Order on Reconsideration, ECF No. 327.) The Court has conducted a de novo review of the entirety of both reports as well as the order denying Circuitronix's motion for reconsideration, the record, and the relevant legal authorities. Having done so, the Court finds Judge Goodman's reports and recommendations (and order) thorough, cogent, and compelling. Accordingly, the Court **overrules** Circuitronix's objections (**ECF Nos. 318, 327**), leaves Judge Goodman's order denying reconsideration undisturbed (**ECF No. 325**), **adopts** his reports and recommendations in whole (**ECF Nos. 314, 334**), and thus **grants in part and denies in part** both Circuitronix's motions for fees and contractual costs (**ECF No. 311**) and Circuitronix's motion for taxable costs (**ECF Nos. 312, 313**).

Circuitronix objects to that part of Judge Goodman's report on taxable costs that recommends disallowing $4,846.53 for four deposition transcripts, reducing a $6.15-per-page rate to $4.80 per page, and disallowing a $200 "in-person fee" associated with an expert deposition (ECF No. 314). Judge Goodman explains that these amounts should be disallowed because Circuitronix failed to supply sufficient evidence to support the awards. In objecting, Circuitronix provides new explanations and previously-unsupplied

evidence—that it neglected to include in its motion—that it says now show Circuitronix is indeed entitled to those costs. These arguments and documents, however, come too late. The Court agrees with Judge Goodman: Circuitronix "should have included this additional information and documentation in its costs memorandum" and, "[h]aving failed to do so," cannot "be given a second bite at the proverbial apple." (Order Denying Reconsideration, ECF No. 325, 8.)

Accordingly, after careful, de novo review, the Court agrees with all of Judge Goodman's findings and conclusions, as set forth above. Consistent then, with Judge Goodman's reports and recommendations, the Court awards Circuitronix **$43,635.01** in taxable costs, **$1,786,565.25** in attorney's fees, and **$638,102.14** in contractual costs, to be paid by Benlida, for which sum, let execution issue.

**Done and ordered** in Miami, Florida, on June 26, 2024.

_____
Robert N. Scola, Jr.
United States District Judge